# Exhibit D

581

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                                    :
                                    : 04-CV-02799 (BMC)
COURTNEY LINDE, ET AL.,             : And all related cases:
                                    : 04-CV-05449 (Litle)
            Plaintiffs,             : 04-CV-05564 (Almog)
                                    : 04-CV-00365 (Coulter)
                                    : 05-CV-00388 (Afriat-Kurtzer)
                                    : 05-CV-03183 (Bennett)
    -against-                       : 05-CV-03768 (Roth)
                                    : 06-CV-01623 (Weiss)
                                    :
                                    : United States Courthouse
                                    : Brooklyn, New York
ARAB BANK, PLC,                     :
                                    :
            Defendant.              : Tuesday, August 19, 2014
                                      9:00 a.m.


- - - - - - - - - - - - - - - X

          TRANSCRIPT OF CIVIL CAUSE FOR JURY TRIAL
           BEFORE THE HONORABLE BRIAN M. COGAN
              UNITED STATES DISTRICT JUDGE


                  A P P E A R A N C E S:

For the Linde and      OSEN, LLC
Coulter Plaintiffs:    BY:GARY M. OSEN, ESQ.

                       TURNER & ASSOCIATES, PLLC
                       BY:CLYDE T. TURNER, ESQ.


For the Litle,         SAYLES WERBNER
Bennett and Roth       BY:MARK S. WERBNER, ESQ.
Plaintiffs:
For the Almog          STONE BONNER & ROCCO, LLP
Plaintiffs:            BY:JAMES P. BONNER, ESQ.

                       MOTLEY RICE, LLC
                       BY:MICHAEL E. ELSNER, ESQ.
                          JODI FLOWERS, ESQ.

                  VB    OCR    CRR

Levitt - direct - Werbner                    588

1              THE COURTROOM DEPUTY:  Before you sit, sir, please

2      raise your right hand.

3      M A T T H E W    L E V I T T,

4                  called by the Plaintiffs, having been

5                  first duly sworn, was examined and testified

6                  as follows:

7              THE COURTROOM DEPUTY:  Please, state your name for

8      the record, have a seat.

9              THE WITNESS:  Dr. Matthew Levitt -- L-E-V-I-T-T.

10             THE COURTROOM DEPUTY:  Thank you.

11             THE COURT:  You may proceed.

12             MR. WERBNER:  Thank you, Your Honor.

13     DIRECT EXAMINATION

14     BY MR. WERBNER:

15     Q    Dr. Levitt, would you introduce yourself to the members

16     of the jury by giving them a little bit of your background?

17     A    My name is Dr. Matthew Levitt.  I direct a program on

18     counter-terrorism at a Washington think tank called the

19     Washington Institute For Near East Policy.

20             Previously, I was a U.S. Government official.  I was

21     the deputy assistant secretary for intelligence and analysis

22     at the U.S. Department of the Treasury.

23             Earlier, I was an FBI counter-terrorism analyst and

24     have done work for the U.S. State Department as well.

25     Q    When you were at the State Department, what was your

1    responsibility and who did you work with there?

2    A    At the State Department I was what's called a temporary

3    Government employee, not a full-time and I was a

4    counter-terrorism advisor to General James Jones who was then

5    a Middle East envoy for the then-Bush administration, one of

6    three envoys sent to try and pursue the peace process.

7    Q    When you were with the FBI and the United States

8    Department of The treasury, were you a full-time employee?

9    A    Yes.

10   Q    So, together, taking your FBI work, your Department of

11   State and your Treasury Department, how many years have you

12   been in the Government dealing with anti-terrorism?

13   A    Five, six years.  In and out.

14   Q    Where do you live, Dr. Levitt?

15   A    In Maryland, just outside of Washington.

16   Q    Do you have a Ph.D. degree?

17   A    I do.

18   Q    What is that in?

19   A    I have a Ph.D. in international relations from the

20   Fletcher School of Law and Diplomacy at Tufts.

21   Q    Have you been admitted as an expert witness on the

22   subject of Hamas in your career?

23   A    Yes, I have.

24   Q    How many times have you been admitted in a Federal Court

25   as an expert on Hamas?

Levitt - direct - Werbner                590

1  A    Quite a few times.  Probably four or five times.

2  Q    Have you been admitted as an expert on Hamas in this very

3  District Court, the Eastern District of New York?

4  A    I have.

5  Q    How many times has that occurred?

6  A    I think that was once.

7  Q    How did you get your experience as an expert in Hamas?

8  A    Well, it's a combination of things.

9         I focused on Hamas along with other groups in the

10 Middle East in particular involving the Israeli-Palestinian

11 conflict as part of my graduate work for my masters and my

12 Ph.D. including field work in the West Bank, in the Gaza Strip

13 and in Israel.

14        Then I focused on these and other groups when I was

15 in the U.S. Government service.

16        And now, as an outside expert, I focus on these

17 groups among others.  I review material from court documents,

18 Government documents, seized reports, videos, pamphlets, I

19 interview people, I travel to the region.  I should be back in

20 the region in the next few weeks again.

21 Q    These things that you just listed, did you rely upon

22 those things in forming your opinions in this case?

23 A    Yes.

24 Q    And to what degree, from your experience, are the things

25 that you just listed that you relied upon trustworthy to

Levitt - direct - Werbner                                591

1  consider in forming opinions?

2  A    Well, all material needs to be vetted.  But material that

3  comes from respectable Governments, material that's been

4  admitted into court, material that has been discussed in

5  peer-reviewed journals or books, materials that other experts

6  have relied on as you go about the process of talking with

7  others who are doing similar types of research, whether it's

8  written material, videos of material, pamphlets or posters or

9  other types of material, these are all the types of things

10 that are referred to and relied upon in my field.

11 Q    And have you ever, Dr. Levitt, interviewed Hamas people

12 in jail or outside of jail?

13 A    I have.

14 Q    Tell the jury briefly about that, please.

15 A    Well, for the purpose of researching the book that I

16 published on Hamas I interviewed three Hamas operatives in

17 Israeli jails for the of purpose of understanding one

18 particular terrorist attack that they were involved in.

19         So, I interviewed the person who was convicted of

20 being -- later convicted, he was not yet when I interviewed

21 him -- convicted of being the mastermind of this attack.

22 Q    I'm sorry, I apologize, but which attack was it that was

23 the focus point that led you to interview these three people

24 in the Israeli jail?

25 A    This was the attack on the Park Hotel, Passover, in the

Levitt - direct - Werbner                    592

1   spring of 2002.

2   Q    All right.  So, you interviewed the gentleman you just

3   mentioned.

4          Who else did you interview relating to that attack?

5   A    The first was Abbas Sayyid, phonetic.

6          And there are two others, one whose name is escaping

7   me and the third was Fathi al-Khatib.

8   Q    You mentioned a book.  What book you referring to?

9   A    In 2006 I published a book on Hamas that was published by

10  Yale University Press entitled Hamas: Politics Charity and

11  Terrorism in the Service of Jihad.

12  Q    Is this the book that you wrote and that was published by

13  Yale University?

14  A    Yes.

15  Q    And what has been, I think you said what; 2000-what that

16  this was published?

17  A    2006.

18  Q    How has it been received as far as people in term of this

19  boom?

20          MR. STEPHENS:  Objection.

21          THE COURT:  Sustained.

22  Q    Is this book only in English?

23  A    No.

24  Q    What other languages has this book been translated to?

25  A    Spanish and Polish.

Levitt - direct - Werbner                    593

1   Q    You mentioned testifying in Federal Court as an expert on

2   Hamas, including in this very district, the Eastern District

3   of New York, Brooklyn.

4           Have you ever testified as an expert on Hamas

5   outside the United States?

6   A    Yes.

7   Q    Tell the jury about that, sir, please.

8   A    I think there were two cases abroad that were specific to

9   Hamas.

10          One was in Denmark.  It was a trial involving the

11  Al-Aqsa International Foundation office in Denmark, which was

12  accused of being part of the international Hamas fund-raising

13  network there.  That was a criminal case.

14          The other was a civil case in France, in Paris,

15  where another charity that has been tied by the U.S.

16  Government to Hamas, goes by the initials CBSP, sued someone

17  for writing an article about their ties to Hamas and I was

18  called in as an expert witness on appeal to explain a little

19  bit about Hamas and about the U.S. process of designating

20  terrorist groups.

21  Q    I see from your resume that you do some teaching; is that

22  right?

23  A    I am not teaching right now, but I have often in the

24  past.

25  Q    Where have you taught in the past on the subject of Hamas

Levitt - direct - Werbner                    594

1    or counter-terrorism and terror finance?

2    A    At Johns Hopkins University, both at Anvil Krieger

3    Graduate School and the School of Advanced International

4    Studies.

5    Q    Have you ever done any teaching at the United States

6    military academy at West Point?

7    A    I've done lecturing there, yes.

8    Q    Have you had any involvement in lecturing or teaching

9    with the Harvard law school?

10   A    I had a Ph.D. fellowship from my -- a fellowship to

11   complete and research my Ph.D. at the program on negotiation

12   at Harvard Law School.

13   Q    When you testified in the Federal cases dealing with

14   Hamas in the United States, who retained you to be an expert

15   in those matters?

16   A    The Department of Justice.

17   Q    Were you involved in the United States prosecution of the

18   Holy Land Foundation outside of Dallas?

19   A    I was.

20   Q    What was your role in that case?

21   A    I was called as an expert witness.

22   Q    And did it involve some of the same charities that you

23   evaluated in this case?

24   A    Yes.

25   Q    And what was the outcome in that case?

Levitt - direct - Werbner                    595

1          MR. STEPHENS:  Objection, Your Honor.

2          THE COURT:  Sustained.

3          Do you need water?

4          THE WITNESS:  I have, thank you.

5     Q    When you look at the various items that you said you and

6     other experts rely upon, you just take them and relate them in

7     your books or lectures or testimony or what do you do with

8     that material?

9     A    Some material has more credibility than others, but all

10    material needs to be vetted.  You can't just take anything and

11    run with it.  And so, as I mentioned earlier, you'll talk to

12    others in the field, other academics, other journalists, law

13    enforcement, prosecutors, intelligence officials, people who

14    are studying these issues and vet the materials with them.

15          For example, if I were to get material say, seized

16    abroad, I might go and ask U.S. Government officials what

17    their assessment of that seized material is.

18    Q    Is that something that experts in your field do?

19    A    Yes.

20    Q    What intelligence services have you dealt with or

21    obtained material from that relate to Hamas and Hamas

22    financing of terror?

23    A    Well, as part of my job in the think tank I travel a lot,

24    I meet with a lot of different people in a lot of different

25    services.

1          Obviously, I spend a lot of time here in the

2    United States with authorities here.  In Canada.  Obviously,

3    in the Middle East, Israel, Jordan in particular as it relates

4    to Hamas, and other groups involved in the Israeli-Palestinian

5    conflict.  Australia and significant time in Europe, the

6    French, Germans, Brits, others.

7    Q    Have you ever done work with the British intelligence

8    agency?

9    A    Yes.

10   Q    What is it called?

11   A    The British intelligence agency?

12   Q    Yes.

13   A    The domestic service is referred to as MI-5.  And the law

14   enforcement agency that kind of straddles law enforcement and

15   intelligence work is Scotland Yard.

16   Q    Dr. Levitt, what were you asked to do in this case?

17   A    In this case I was asked to do what I describe as provide

18   a little bit of Hamas 101.  Basic description of what Hamas

19   is, how it was founded, how it's structured and operates.  And

20   also, to opine on a list of individuals and entities and

21   discuss what connections, if any, they may have to Hamas.

22   Q    In doing that, did you find there were connections

23   between those individuals and entities and Hamas?

24   A    I did.

25   Q    Did you write a report to reflect the work that you did

Levitt - direct - Werbner                    597

1   and the opinions that you held and have come to as a result of

2   your work?

3   A    I did.

4   Q    Let me hand you this expert report and I'd like to ask

5   you when you wrote it and generally the length of it and

6   whether you have source citations.

7   A    The report is dated January 31st, 2011.  It runs

8   101 pages and includes just under 700 footnotes.

9   Q    Given that that report was written three-and-a-half years

10  ago, I want you to keep that in front of you.

11          Have you reviewed it lately?

12  A    I have.

13  Q    Okay.  Do you feel like you're familiar with it even

14  though it was written three-and-a-half years ago?

15  A    To the extent one can be familiar with a hundred-page

16  report, yes.

17  Q    All right.  Well, we may look at that report specifically

18  or you let me know if you'd like to do that.

19          Let's start with Hamas overall and I'd like to pull

20  up slide number one, at least for the witness initially.

21          MR. WERBNER:  And Your Honor, I would request

22  permission to use this slide as a demonstrative.

23          THE COURT:  Is there any objection?

24          MR. STEPHENS:  No.

25  Q    So, as the slide comes up, Dr. Levitt, would you give the

1  jury briefly what Hamas is and how it grew?

2  A    Hamas is an acronym in Arabic for Harakat al-Muqawama

3  al-Islamiya, which means Islamic resistance movement.  It's

4  also a play on words.  The word Hamas in Arabic means zeal.

5       Hamas describes itself as the Palestinian branch of

6  the Muslim Brotherhood, an organization founded in Egypt in

7  the 1920s.  Hamas as Hamas -- in other words, using the name

8  Hamas -- was founded in late 1987 in the Gaza Strip.  Hamas

9  leaders explain that the organization already existed as the

10 Palestinian branch of the Muslim Brotherhood.  Some of the

11 entities that serve as the backbone of Hamas preexisted, were

12 founded long before December 1987, and in December 1987 in

13 response to the first intifada, the first Palestinian

14 uprising, they decided to found Hamas as such.

15      Hamas was subsequently declared a terrorist group by

16 the United States.  Several of its leaders and entities tied

17 to it have also been so designated.

18 Q    Is it a secular or religious terror group?

19 A    It's not just religious.  It's extremist.  So, it

20 believes in pursuing not a two-state solution, but -- with an

21 Israeli that would end in State of Israel and a State of

22 Palestine, but in a one-state solution where there is no

23 Israel and all you have is the State of Palestine and all of

24 what you consider to be Star of Palestine.

25      And their position not only out of nationalist

1  reasons, they are a nationalist group, but for radical

2  religious reasons.  They believe that all of historic

3  Palestine is an Islamic endowment, Waqf, which means basically

4  that it was endowed by God for Muslims and therefore, it must

5  be retaken by Muslims.

6  Q    Let's talk briefly about the people who founded Hamas in

7  1987?

8            MR. WERBNER:  And I'd like slide number two to be

9  shown to the witness and if there's no objection, then

10  permission to use it as a demonstrative Exhibit.

11           THE COURT:  Go ahead.

12 Q    So, looking at this, would you tell the jury about the

13 senior leaders of Hamas, the people that are part of Hamas

14 from the beginning using this slide if that aids you and the

15 jury.

16 A    The individual at the top of the slide Sheikh Ahmed

17 Yassin, paraplegic in a wheelchair, religious figure who is

18 one of the founders and often also regarded as spiritual

19 leader of Hamas.  He was also the head of the kind of founding

20 of the Muslim Brotherhood in the Gaza Strip as the Palestinian

21 Muslim Brotherhood and then, as I said, in 1987, late 1987, a

22 kind of transformation of that into what they now described as

23 Hamas.

24           Below you have four other individuals who are widely

25 acknowledged Hamas senior leaders.  On the far left you have

1   Salah Shehada.  Salah Shehada was at one time the head of the

2   Hamas military apparatus described as the military wing.  It's

3   called the Izz al-Din al-Qassam Brigades.  He's described as

4   even founding a kind of security militant infrastructure even

5   several years before Hamas was founded in 1983 in the

6   Gaza Strip.

7           Next to him you have Abd al-Aziz al-Rantisi.

8   Rantisi is a senior Hamas leader.  At one point he was the

9   chief leader of Hamas in the Gaza Strip succeeding

10  Sheikh Yassin who is at the top there after Yassin was killed.

11  Rantisi was there at the beginning of the founding of Hamas,

12  but really only became very well-known outside of the

13  organization in 1992, at which time the Israelis deported

14  about 415 or so militants from Hamas and other groups out of

15  the West Bank and the Gaza Strip into southern Lebanon, to the

16  north, to a hilltop there and Abd al-Aziz Rantisi became the

17  spokesperson for that group there and he is well-known for

18  publicly espousing very radical views.

19  Q    Is he a terrorist?

20  A    He is a designated U.S. designated terrorist, as is

21  Yassin.

22  Q    All right.  And who is the next person?

23  A    Ismail Haniya -- here Ishmail, it's the same thing -- is

24  another senior Hamas official.  He was, at one point, the

25  prime minister of the Hamas Government in the Gaza Strip.

Levitt - direct - Werbner                601

1   Also, very close to Sheikh Yassin and involved with some of

2   those precursor, large Muslim-Brotherhood-then-Hamas

3   organizations that were founded in the Gaza Strip.

4   Q    All right.  Who else is part of the senior leadership or

5   was at the time the terror group was founded?

6   A    And so finally in the bottom right you have Ismail Abu

7   Shanab, another senior leader who was close to Yassin, was a

8   political leader, one of the founders of the Islamic Society,

9   one of these precursor organizations and later, very involved

10  in Hamas activity.

11  Q    Does Hamas write out anywhere its views, its ideology,

12  its purpose?

13  A    It has, yes.

14  Q    Okay.  And what's that document called?

15  A    The most important is the Hamas Charter.

16  Q    Let's show the witness only what was marked for

17  identification as Plaintiff's Exhibit 4112 and when that comes

18  up, and you have a chance to look at it, I'd like to ask you

19  whether that -- well.  Actually, that's a slide of it, but if

20  we could bring up 4112, I think that's the actual charter.

21          Have you looked over the slide and the document

22  there in front of you, I think, if you will just identify

23  that?

24  A    Yes, that's the English translation of the Hamas charter.

25          MR. WERBNER:  Your Honor, we'll offer Plaintiff's

Levitt - direct - Werbner                    602

1    Exhibit 4112, the charter of Hamas.

2              THE COURT:  Any objection?

3              MR. STEPHENS:  No objection.

4              THE COURT:  All right.  It is received.

5              (Plaintiffs' Exhibit 4112 was received in evidence.)

6              MR. WERBNER:  So, it we can just show the jury how

7    again, it's several pages, and I think we'll go to a slide

8    that blows out a paragraph or two for the jury.

9              Just blow out the top couple paragraphs there.

10   Q    Is this covenant of the Islamic Resistance Movement Hamas

11   from 1988 something that you are very familiar with?

12   A    Yes.

13   Q    Have you written and lectured on it?

14   A    Yes.

15             MR. WERBNER:  Let's look at slide five, if there's

16   no objection, which simply blows out some of the articles.

17   Q    Do you see article 7, 8 and 12 there, blown out and

18   highlighted in yellow?

19   A    I do.

20   Q    What do these articles represent and then, if you would,

21   would you read each of those?

22   A    These are articles from the charter laying out Hamas's

23   position on a variety of issues.

24             The highlighted portion of article 7 reads, and I

25   quote:  The time will not come until Muslims will fight the

1   Jews and kill them; until the Jews hide behind rocks and trees

2   which will cry oh, Muslim, there is a Jew hiding behind me,

3   come on and kill him.  This will not apply to the Ghargad,

4   which is a Jewish tree, as cited by Hari Muslim.

5   Q    What's article 8 say?

6   A    Article 8, the highlighted portion reads, Allah, God,

7   Allah is its goal, the prophet is its model, the Quran its

8   Constitution, Jihad its path and death for the case of Allah

9   its most sublime belief.

10  Q    And I think the jury will have this document, I'm not

11  going to have you read article 12 at this time, but you

12  mentioned the military brigade and you gave out the Arabic

13  name, spelled it.

14       What are the components of Hamas, the structure of

15  Hamas?

16  A    Hamas is often referred to as a hybrid organization

17  because it includes several different components involved in

18  several different types of activity.  I'd like to refer to it

19  as a stool with three legs.

20       One leg is political activity and Hamas has long

21  been active on political campuses and within professional

22  engineering and doctors, unions, for example.  And more

23  recently, in the past almost decade in running politics for

24  the legislative counsel, the Palestinian version of Congress

25  in politics.  And so that's one.

Levitt - direct - Werbner                604

1          The second is social activism and charity.  And

2     here, they are active in setting up charity institutions,

3     which do provide some charity and also engage in other

4     activity.

5          The third is militant or terrorist activity and

6     Hamas engages in all three of these.  These are not distinct

7     wings or agencies that are stove-piped in kind of vertical

8     columns that don't touch each other.  On contrary, they are

9     structured to interact with each other and to benefit one

10    another.

11         So if you pull out any one of those three legs,

12    Hamas as the organization, as the movement that it is, can't

13    stand or function.  When you have all three of those legs,

14    it's a very sturdy organization and you're able to support

15    your political activity and your military activity through

16    your social action, your social action and your military

17    activity through your politics, and your politics and your

18    social and charitable activity through your militant activity.

19

20         (Continued on following page.)

21

22

23

24

25

Levitt - direct - Werbner                    605

1   EXAMINATION CONTINUES

2   BY  MR. WERBNER:

3   Q    Let's pull up plaintiffs' exhibit 1248 that was admitted

4   into evidence yesterday.  It is the designation by the United

5   States Treasury designating various charities in 2003.  Let's

6   look at paragraph four.  I want to ask you about that to

7   determine if what you just said about the integration of

8   Hamas, of the charities, of military wing and the political

9   wing is simply your view or that of other experts.

10           Let's look at where it says the Hamas fundraising,

11  which I think I misspoke.  There is a section on a page back

12  that says, as the title, Hamas Fundraising.  It's five pages

13  in.  There are other Hamas people, including Osama Hamdan and

14  others designated.  But I want to pick up on what you just

15  said about the integration of the political, the charities and

16  the military.

17           Can you read what the United States Treasury has

18  said about Hamas fundraising in exhibit plaintiff's 1248?

19  A    I am reading, and I quote, the heading here is Hams

20  Fundraising.

21           Hamas raises tens of millions or dollars -- I think

22  it is a typo -- of dollars per year throughout the world using

23  charitable fundraising as cover.  While Hamas may provide --

24           MR. STEPHENS:  I object.

25           THE COURT:  It's in evidence, isn't it?

Levitt - direct - Werbner                    606

1          Overruled.

2    A    While Hamas may provide money for legitimate charitable

3    work, this work is a primary recruiting tool for the

4    organization's militant causes.  Hamas relies on donations

5    from Palestinian expatriates around the world and private

6    benefactors located in moderate Arab states, Western Europe

7    and North America.  Hamas uses a web of charities to

8    facilitate funding and to funnel money.

9    Q    Let me stop you there.

10         Are you familiar with this web of charities that

11   Hamas has around the world?

12   A    I am.

13   Q    Please continue.

14   A    Charitable donations to non-governmental organizations

15   are commingled, moved between charities in ways that hide the

16   money trail and then often diverted or siphon to support

17   terrorism.

18         The funds pouring into Hamas coffers directly

19   undermine the Middle East peace process.  These funds allow

20   the group to continue to foment violence, strengthen its

21   terrorist infrastructure and undermine responsible leadership.

22   Q    Just one more paragraph and we will move on.

23   A    The political leadership of Hamas directs its terrorist

24   networks just as they oversee their other activities.  Hamas

25   leader Yassin confirms this relationship stating to

Levitt - direct - Werbner                    607

1  Al-Sharq Al-Awsat on August 12, 2002, and this is a quote,

2  when we make decisions on the political level and convey them

3  to the military wing it abides by it normally, end quote.  The

4  intensity of this relationship is reflected in Yassin's words,

5  quoted by Reuters on May 12, 1998.  This is a quote.  We

6  cannot separate the wing from the body.  If we do so, the body

7  will not be able to fly.  Hamas is one body.

8  Q    Are you familiar with how the United States Department of

9  the Treasury makes these designations and makes the findings

10 like the one just read?

11 A    I am.

12 Q    How are you familiar with the way the United States

13 Department of Treasury makes such findings?

14 A    As I mentioned, I used to be the Deputy Assistant

15 Secretary For Intelligence and Analysis at the Department of

16 the Treasury, which is one component within Treasury's

17 Terrorism and Financial Intelligence, TFI, branch.  I was not

18 involved in this designation which happened before I got

19 there.  But I was very involved in the designation process

20 while I was there and know it intimately from that experience.

21 Q    We will talk more about that in a bit.  But let's turn to

22 martyrdom and the manner in which that exists, if it does, in

23 Hamas.

24        Is that something you have studied and become

25 familiar with?

GR       OCR       CM       CRR       CSR

Levitt - direct - Werbner                    608

1  A    It is.

2  Q    Tell the jury how Hamas involved martyrdom as part of its

3  culture?

4  A    Hamas tries to instill a culture of resistance, that

5  promotes martyrdom, self-sacrifice, to promote its cause.

6  That can come out in a variety of different ways.  Whether

7  it's self-sacrifice in terms of giving financially or

8  otherwise, all the way to the extreme of martyrdom in the

9  sense of giving up one's life for the cause, in a variety of

10 ways, including, the use the term martyr to refer to suicide

11 bombers.  Not only, but Hamas has a particular penchant for

12 using it very explicitly in that context.

13 Q    How does Hamas, from your work, publicize or promote this

14 sense of martyrdom?

15 A    In a variety of ways, and in multiple settings.  Hamas

16 prints posters of people who have carried out suicide terror

17 attacks and posts them publicly in some of their charity and

18 other institutions, on the walls and neighborhoods, describing

19 these people as martyrs, lauding them for what they have done,

20 setting them as examples to be followed, including in

21 educational settings for very young children.

22      It does this at the funerals of people who have

23 engaged in these types of activities, where they laud the

24 action that terrorist attack that they were engaged in,

25 describing them as martyrs, call for their martyrdom to be

1  avenged.  They do this at public rallies.  This is not

2  something that's done behind closed doors.

3         For Hamas to be able to gain the political benefit

4  of its political activities and the benefit of its charitable

5  activities, it's important for people on the street to know

6  that it is Hamas that's giving this charity or its Hamas

7  that's doing this rally.  That's very public.

8  Q    To what degree are even trinkets or other things with

9  children or others done to promote Hamas's martyrdom

10 operations?

11 A    Hamas is creative.  They have distributed key chains with

12 pictures of suicide bombers described as martyrs.  They have

13 produced trading cards for children.  They have produced

14 course schedules they hand out to students in college campuses

15 where you can write in your course schedule and has pictures

16 of suicide bombers lauding them, describing them as martyrs.

17 Q    You mentioned posters.  When you were involved with the

18 United States Government in the prosecution of Holy Land

19 Foundation in Texas, were you involved with and part of seeing

20 posters that had been obtained by the government that were

21 admitted by the United States court there?

22 A    I did, as an expert testifier about some of these

23 posters, yes.

24 Q    If we could show the witness only Plaintiff's

25 Exhibit 1101?

1      Were there just one or two or many of such posters

2    that were introduced in evidence at that trial that had come

3    from various charities that Hamas was connected with?

4             MR. STEPHENS:  Objection, Your Honor.

5             Could we have a side bar.

6             THE COURT:  The question?

7             MR. STEPHENS:  Could we have a side bar?

8             THE COURT:  To that question?

9             MR. STEPHENS:  Yes.

10            THE COURT:  Okay.  Let's have a side bar.

11            MR. WERBNER:  Your Honor, I will withdraw the

12   question to save time.

13            THE COURT:  Okay.

14            MR. WERBNER:  I think we will --

15   Q    Do you have Plaintiffs' Exhibit 1101 in front of you?

16   A    I have a picture in front of me.  I don't see it saying

17   1101.

18   Q    All right.  I'll represent to you that that is from the

19   piece of paper that will be offered in the court.

20            There is an exhibit sticker on there.  What is that

21   exhibit sticker?

22   A    This is an exhibit sticker from the Holy Land Foundation

23   trial, indicating it was put into evidence at that trial and

24   that it's a poster that was found at the Islamic Charitable

25   Society in Hebron, in Southern West Bank.

Levitt - direct - Werbner                    611

1   Q    Do you recognize the person that's on this poster?

2   A    I do.

3   Q    Who is that?

4   A    This is Saleh Shehade, who I mentioned earlier as at one

5   time being the head of the Qassam Brigades.

6   Q    At the time this poster was made, was he dead or alive?

7            MR. STEPHENS:  Objection; no foundation that he

8   knows when it was made.

9   Q    Do you know --

10           THE COURT:  Sustained.

11  Q    Do you know when this man died?

12  A    I don't recall offhand.  I think it's in my report.

13           MR. WERBNER:  All right.  We'll offer Plaintiffs'

14  Exhibit 1101, Your Honor.

15           THE COURT:  Any objection?

16           MR. STEPHENS:  Yes.

17           THE COURT:  Let's have a side bar.

18           (Continued on next page.)

19

20

21

22

23

24

25

Levitt - direct - Werbner                    612

1          (Side bar.)

2          THE COURT:  What's the objection?

3          MR. STEPHENS:  It's unauthenticated hearsay from a

4    different trial.  Your Honor actually addressed this in one of

5    your earlier orders in limine.  They are offering it under

6    703.  I don't see how it is that posters that he doesn't know

7    who made or when they were made, he has nothing to do with it

8    himself and he only knows that they exist because he was an

9    expert in a different trial, that it should be displayed to

10   the jury.  I don't see it.

11         MR. WERBNER:  It's not hearsay --

12         THE COURT:  It is not hearsay.  What about

13   authentication?

14         MR. WERBNER:  Maybe I need to ask one more question.

15   This is something he relied upon and has credible

16   trustworthiness because it was admitted in evidence and he was

17   involved as an expert witness with that.  This is not

18   something just being handed to him out of the blue.

19         THE COURT:  What you are saying, and I gather this

20   from your questioning, is that because it was admitted in

21   another case, it's deemed authentic for purposes of this case?

22         MR. WERBNER:  Well, for purposes of his reliance

23   upon it.  But I am happy to use it as demonstrative.  It is

24   just a poster of Mr. Shehade.

25         MR. OLSEN:  Your Honor, also I believe Doctor Levitt

Levitt - direct - Werbner                   613

1   is aware of and was involved in the process by which the US

2   Government obtained those materials from the Israeli

3   government.  That might require --

4           THE COURT:  I haven't heard that.  If I hear that I

5   might reach a different ruling.  For now I am only going to

6   allow it to be used to illustrate his testimony, not to be

7   received in evidence.  If you want to lay more of a foundation

8   you can.

9           MR. OLSEN:  Thank you.

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Levitt - direct - Werbner                614

1          (In open court.)

2    EXAMINATION CONTINUES

3    BY  MR. WERBNER:

4    Q    I am going to show the jury this poster just as a means

5    of an example, if it allows you to.  So may I provide with

6    that, Your Honor?

7              THE COURT:  Yes.

8    Q    With the poster in front of you, would you explain to the

9    jury what it is and how you were involved with it in the prior

10   trial that you mentioned?

11   A    In the Holy Land Foundation trial a variety of posters,

12   including this one, were presented as evidence of the types of

13   kind of radicalizing and militant oriented material that was

14   found in what Hamas describes as charitable office.  This is

15   the Islamic Charity Society in Hebron.

16             So here you have a picture of the openly head of the

17   Hamas Qassam Brigades -- this is not someone who was involved

18   in charity activity -- with pictures of fighters posing with

19   their weapons in the background, a map of, again, all historic

20   Palestine, what today encompasses all of the State of Israel,

21   and the Palestinian territories of the West Bank and the Gaza

22   Strip.

23   Q    What are these things down here?

24   A    These are maps of Afghanistan and Chechnya, places around

25   the world where they are other jihadi conflicts going on.

Levitt - direct - Werbner                    615

1  Q    You mentioned that there were some institutions of the

2  Muslim Brotherhood of Palestine at the time that Hamas was

3  created.

4         What were the key ones or the prime ones from your

5  work in this field?

6  A    Well, there were several.  The individuals that we are

7  talking about, Sheik Yassin, were based in the Gaza Strip.  In

8  the Gaza Strip there were three institutions in particular

9  that were especially important.

10 Q    What were those?

11 A    The Islamic Center or complex, the Mujama; the Islamic

12 Society or association, the Jamiya; and the Al-Salah Society.

13 Q    Once Hamas was founded in '87, what degree, if any, did

14 these Muslim Brotherhood organizations become part of or

15 controlled by or alter ego of Hamas?

16 A    As we described, these entities predate the founding of

17 Hamas by a decade or more.  The Islamic Society, Islamic

18 Center, were founded in the early to mid-1970s, by the same

19 individuals, Sheik Yassin, Ibrahim Yazury and others that we

20 have discussed, and in December 1987, when they decided to

21 start operating under the name Hamas, these institutions

22 became the backbone of Hamas.

23         This is not in contention.  This has been publicly

24 discussed by human rights groups, by international think tanks

25 like the International Crisis Group, by Palestinian scholars

Levitt - direct - Werbner                616

1   like Ziad Abu Amr who discusses this, for example, in a book

2   he published here in the United States by Indiana University

3   Press and others.

4   Q    Now, from '87 forward, let's focus on the year 2000

5   through 2004.

6           Were these entities in your opinion, the Islamic

7   Center, Al-Mujama and the Islamic Society, Al-Jamiya, Hamas

8   organizations?

9   A    Yes.

10  Q    Who was the head of the Islamic society called in Arabic

11  Al-Jamiya?

12  A    For years it was Bahar.

13  Q    Has -- I think you mentioned it, that the US Government

14  has designated Hamas and many of its leaders terrorist or

15  terror organizations.

16          Are you familiar with those designations?

17  A    I am.

18          MR. WERBNER:  Your Honor, Plaintiffs' Exhibit 4167

19  is the 1995 designation of Hamas.  We would offer that into

20  evidence.

21          THE COURT:  Any objection?

22          MR. STEPHENS:  No objection.

23          THE COURT:  All right.  That's received.

24          (Marked.)

25          MR. WERBNER:  Plaintiffs' 4143 is the 1997

1  designation of Hamas, both by the United States Government.

2  We would offer it into evidence.

3          THE COURT:  Any objection?

4          MR. STEPHENS:  Let me take a look at it.

5          (Pause).

6          No objection.

7          THE COURT:  All right it is also received.

8  Q    Since we just talked about the United States Government

9  designating Hamas, we are going to look at more designations

10 this morning, I would like you to give us a little deeper

11 understanding of what is a Foreign Terrorist Organization,

12 FTO, what is a Specially Designated Terrorist, SDT, and a

13 Specially Designated Global Terrorist, are those three

14 different labels that you could explain?

15 A    In essence, they are two labels.  There is the State

16 Department's designation of an organization as a foreign

17 terrorist organization.  Then there are the Treasury

18 Department's designations and that term has changed over time.

19 First they refer to specially designated nationals and

20 specially designated terrorists and specially designated

21 global terrorist entities.  In essence those are the same.

22 Treasury does more than just terrorism, which is why it's

23 sometimes misunderstood.

24 Q    Why is the State Department and the Treasury involved in

25 designating terrorist and terror organizations?

Levitt - direct - Werbner                618

1  A    The designations have slightly different authorities.

2  They grew out of slightly different laws.  But, in essence,

3  they bar financial transactions with these entities and

4  they -- it's kind of naming and shaming.  It's exposing these

5  entities for their terrorist activity.

6           When those entities have assets in the United

7  States, those assets can be frozen, and when they don't, it

8  still is illegal for any US person, which can include

9  institutions, to do business with them and institutions doing

10 business here in the United States to do business with them.

11 Q    Why, if you can say from your expertise, are these sort

12 of you can't do any business with these terrorist or terror

13 organizations, what is the basis for that from your expertise?

14 A    The basis is an effort to try and make it more difficult

15 for organizations that are involved in illicit activity, in

16 this case terrorist activity, to be able to raise, launder,

17 move and access money.  Everything costs money.

18 Q    How important from your work is money to a terrorist

19 organization?

20 A    It is absolutely essential.  It is the lifeblood.  You

21 cannot pay your operatives salaries, procure weapons, travel,

22 get safe houses, all the different things you need if you

23 don't have money.

24           And in the case of a hybrid organization like Hamas,

25 where you are also funding political activity and charities

Levitt - direct - Werbner                 619

1   and hot food programs and clinics, this is infrastructure.

2   Now we are talking very significant amounts of money.

3   Q    Like what?

4   A    Millions and millions of dollars.

5   Q    This designating people, like Sheik Yassin and some of

6   the others Usama Hamdan, I have heard the phrase in other

7   contexts, a no fly list, people that are checked getting on a

8   plane to come to the United States.

9         Are these designations the equivalent of a no fly

10  list?

11  A    No, not at all.

12  Q    Would you explain the difference to the members of the

13  jury, please?

14  A    Well, no fly list, where everybody who has traveled, is a

15  list on which people that the government has derogatory

16  information about, they'd be on the list and literally you

17  cannot fly.

18        Now, even in that list, if you are not on that list

19  doesn't mean you automatically get access to the airplane.

20  Airlines have to share data with governments and there are

21  other reasons why you might not be allowed on that airplane.

22        But some people think of the no fly list as well,

23  that's the black list and so long as you are not on that list

24  you can get on the airplane.

25        Let's --

Levitt - direct - Werbner                    620

1    Q    Is that the case?

2    A    Let's even assume that that's the case.  Not exactly

3    right.  But that's not our issue here.

4              In contrast, the designation lists which are

5    maintained by the Office of Foreign Assets Control, OFAC,

6    Treasury, are not that way at all.  They are sometimes

7    referred to as a black list.  I don't like that so much

8    because it implies that not being on the black list puts you

9    on some type of white list.  It implies that if you want to

10   know who the bad guys are, all you have to do is this one-stop

11   shop of looking at Treasury's list and if they are not on this

12   list then de facto by definition they are good, and that could

13   not be farther than the truth for a very wide variety of

14   reasons.

15   Q    Such as?

16   A    Well, the first instance, the law requires no

17   automaticity.  What I mean is, if the if US Government finds

18   out that a certain person or an entity is in fact financing

19   terrorism, Hamas or somebody else, there is no requirements

20   that they need to be designated.  Designations is just one

21   tool in the toolkit.  Like a plumber fixing a broken sink, you

22   may use this tool, you may use that tool.  You may run an

23   intelligence investigation.  You may insert a source.  You may

24   listen on their telephones with the Court approved

25   wiretapping.  You may ask FBI to initiate a law enforcement

Levitt - direct - Werbner                    621

1   investigation hopefully leading towards a prosecution.  You

2   may have the State Department engage with the local government

3   to get the local government to do more since they are on the

4   ground and they are better capable, a long list of things,

5   other tools that could be used.

6   Q    Should anyone assume that because a person or entity

7   isn't on the OFAC list, it's okay, they are not a terrorist?

8             MR. STEPHENS:  Objection.

9             THE COURT:  I will sustain it on the ground of asked

10  and answered.  I think he said that.

11            MR. WERBNER:  All right.

12  Q    Have you sat in meetings in the State Department and/or

13  Treasury as persons or entities were considered for placement

14  on as -- as a designated terror organization?

15  A    As a matter of policy I don't get into the details of

16  what I did in government in any detail.  But as I've already

17  testified, when I was the Deputy Assistant Secretary of

18  Treasury Department, I was involved in the deliberations, in

19  the process of considering and going through the process of

20  designations.

21  Q    All right.  Let's shift focus a moment to the -- this

22  political component of Hamas, integrated with the social and

23  the military.

24            Can you tell the jury something about the political

25  bureau or component of Hamas, please?

Levitt - direct - Werbner                    622

1  A    As we said, there are these three legs to the stool.  One

2  of them is politics.  For Hamas politics means two things.

3  One is actually running in elections, whether it's on college

4  campuses or in the engineering or other syndicates or for the

5  Palestinian legislative council.

6         It can also mean politics within Hamas itself.  So

7  it has what they described as political leaders, like, for

8  example, Khalid Mashaal, the current Secretary General of

9  Hamas, who presents himself as the kind of political leader of

10 Hamas, he's on television a lot and does a lot of interviews,

11 et cetera and is making grand decisions for Hamas.

12        As you saw in the quote that we had on the screen a

13 few moments earlier from Shekih Yassin, the founder, the key

14 founder of Hamas, he said when we in the political leadership

15 make decisions, the military wing is expected and usually

16 follows.  It's not completely separate.

17        Indeed, you will have people who are actually

18 overtly active in the two overt or public thirds of Hamas, the

19 political leg of the stool and the social or charitable leg of

20 the stool, and they may at the same time covertly, secretly be

21 engaged in that third leg of the stool, in some of the

22 militant or terrorist or other secret activity.

23 Q    Who is Mousa Abu Marzook?

24 A    Musa Marzook is the Deputy Secretary General of Hamas in

25 its political leadership.  He used to reside here in the

Levitt - direct - Werbner                      623

1    United States.  He has been indicted here in the United States

2    and remains a fugitive of justice and also been designated a

3    terrorist by the United States government.

4    Q    I would like to use slide six as a demonstrative, if

5    there is no objection.

6            Do you know -- I guess here -- are those related to

7    who you just mentioned?

8    A    I'm sorry.  I am still waiting for it to come up.

9    Q    Okay.  Did you testify in the trial that convicted Musa

10   Abu Marzook of being a terrorist?

11   A    I testified in the trial.  He is not convicted.  He did

12   not show up and remains a fugitive.

13   Q    All right.  Would you use this demonstrative to explain

14   to the jury these people?

15           Let me first ask you, there is a title at the top.

16   Would you explain that?

17   A    The title says, Hamas External Leadership, Syria and

18   Lebanon.

19   Q    What does that mean?

20   A    Within this leadership of Hamas, political or otherwise,

21   but especially political, there are Hamas leaders who are

22   resident inside Palestinian territories, either in the West

23   Bank or the Gaza Strip, or externally, outside of Palestinian

24   territories, primarily at the time in Syria, in Lebanon, also

25   in a few other places.  They had representatives in Iran, in

Levitt - direct - Werbner                          624

1   Yemen, and Sudan.

2          These are some of the external leaders of Hamas who

3   were resident at least at the time in Syria or Lebanon.

4   They've all been designated terrorists by the US Government.

5          On the far left you have Khalid Mashal who we

6   mentioned a moment ago.  Because this is phonetic rendering in

7   Arabic, you will see it spelled slightly differently than I

8   spelled it for the court reporter a moment ago.  He remains

9   the Secretary General of Hamas today.

10  Q    How often is he publicly speaking as a spokesperson on

11  behalf of Hamas?

12  A    Very frequently, more frequently when stuff is going on

13  in the news.  But he -- he's well known to international

14  media.

15  Q    Let's look at the next terrorist.

16  A    This is a picture of Mousa Abu Marzook who we mentioned a

17  moment ago.  He used to live here in the United States.  He

18  was deported in mid-1990s, I think it was 1995, and lived in

19  Jordan for a few years, until the government of Jordan

20  expelled him and Khalid Mashaal and others from Jordan because

21  of their Hamas activity there.  This is the individual who is

22  a fugitive of justice and is also a designated person.  He's

23  the Deputy Secretary General of Hamas today.

24  Q    And the next person?

25  A    This is Imad Al-Alami.  Imad Al-Alami I believe at the

GR      OCR      CM      CRR      CSR

1   time was in Lebanon.  He's affiliated with a political bureau,

2   but as I believe the US Government made public in this

3   designation, he was always tied as an external leader to

4   militant activities.  Some of these external leaders are

5   involved in helping to plan, oversee, call for, fund the

6   operations that happen on the ground in the West Bank, in the

7   Gaza Strip or, of course, in Israel.

8   Q    Let's go to the next one.

9   A    This is Usama Hamdan.  Sometimes you will see it spelled

10  Osama Hamdan.  Again it's phonetic.  He's a former Hamas

11  representative in Teheran, Iran and has been in Lebanon now

12  for many years, I believe he's still there now, designated a

13  terrorist by the US Government.

14  Q    And did he appear on television and say he was the

15  spokesperson for Hamas in the midst of these suicide bombings?

16  A    Yes, he has.

17           MR. STEPHENS:  Objection, Your Honor.

18           THE COURT:  Overruled.

19  Q    Now, in the designation, does the United States

20  Government describe who these people are and what the

21  government knows that they are doing?

22  A    The government produces a short press release, sometimes

23  a page, sometimes several pages, but compared to the very,

24  very long, usual legal, several inches high, evidentiary that

25  underscores the full designation, it's just a summary of some

Levitt - direct - Werbner                    626

1   of the information, including some declassified intelligence,

2   to be able to share with the public and explain why this was

3   done, in part to show that it wasn't arbitrary or capricious.

4   Q    Are you staying current all the time with the

5   designations of Hamas terrorists?

6   A    I do.

7   Q    Do you rely upon those designations by the United States

8   Government and the information put forth by the government in

9   your forming opinions about Hamas and the extent of the

10  organization?

11  A    It is one of the things I rely on, yes.

12          MR. WERBNER:  Your Honor, Plaintiffs' Exhibit 4096

13  is the 1995 designation of Musa Abu Marzook.  We would offer

14  that into evidence.

15          THE COURT:  Any objection?

16          MR. STEPHENS:  No objection.

17          THE COURT:  It is received.

18          (Marked.)

19  Q    That last slide, we can take that down.  That's just the

20  paper that confirmed that.  But the last slide that had

21  Mashaal and Marzook and Osama Hamdan and Al-Alami, let's look

22  at the Plaintiff's Exhibit 1248 because that's the August '03

23  designation, Plaintiffs' 1248.  Let's see what the government

24  said.

25          Let's go to where they talk about Osama Hamdan, when

Levitt - direct - Werbner                627

1   he was designated a terrorist in 2003?

2           I think that this designation is several pages.  It

3   has Yassin and Marzook.  Let's look at Osama Hamdan.

4           Would you read that and help us understand what our

5   government said about them when they declared this to be a

6   global terrorist?

7   A    This is the 2003 designation.  It was done in 2003.

8   Obviously, based on prior actions leading up to 2003.

9   Q    Why are you mentioning that it's based on prior actions?

10  A    Sometimes people are confused.  They see the dates and

11  they associate what is written there that I am about to read

12  to be that date.  Obviously by definition it happened on this

13  date.  It's based on information the government has about

14  their activities preceding that date.

15  Q    All right.  Go ahead then and let us know how -- what the

16  government said about Usama Hamdan.

17  A    This is the heading for Usama Hamdan.  I am reading and

18  quoting.

19          Hamdan, a senior Hamas official based in Lebanon,

20  maintains contact with representatives with other terrorist

21  organizations with the purpose of strengthening of ties

22  between these organizations in order to strengthen an

23  international Islamic jihad.  He has worked with other Hamas

24  and Hizballah leaders on initiatives to develop and activate

25  the military network inside the Palestinian territories in

1   support of the current intifada, including the movement of

2   weapons, explosives and personnel to the West Bank and Gaza

3   for Hamas fighters.

4   Q    So he is not just a spokesperson that goes on TV?

5   A    No.

6                (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Levitt - direct - Werbner                    629

1   BY MR. WERBNER:   (Continuing)

2   Q    What's this last paragraph say?

3   A    And I'm reading again.  Quoting:  Funds transferred from

4   charitable donations to Hamas for distribution to the families

5   of Palestinian "martyrs" have been transferred to the bank

6   account of Hamdan and used to support Hamas military

7   operations in Israel.

8   Q    Do you have personal knowledge of which bank account

9   Usama Hamdan used to support military operations?

10  A    I do not know which bank accounts are being referred to

11  here.

12  Q    Okay.  So I'm not going to take the time to read about

13  Marzook and Masha'al, at least not at this time.  The jury

14  will have these documents and I'm going to move, move forward

15  for a moment.

16        If you ever -- to what degree are these United

17  States declarations -- they're made public or are they not?

18  A    They are made public.

19  Q    What extent in your experience are they reliable and

20  trustworthy in terms of the facts that are contained in them?

21        MR. STEPHENS:  Objection, Your Honor.  If there's

22  thousands of designations.  There's no foundation.

23        THE COURT:  Stop.  Stop.  Your objection is

24  overruled.  You may answer.

25  Q    You can answer.

Levitt - direct - Werbner                     630

1   A    In my experience, the designations are extremely reliable

2   and are regarded as such by scholars and one of the main

3   reasons is because of the, I believe, extraordinary robust

4   process for going about a designation.  Far, far, far more

5   entities that are considered for designation are never

6   designated because they don't make it through all the great

7   many hoops:  Intelligence consensus, policy discussions, legal

8   review, litigation review that have to be done to justify the

9   government actually pulling the trigger on one of these and

10  going forward.

11  Q    Who is Ahmed al-Ja'bari?

12  A    Ahmed Ja'bari is one of the former leaders.  I think at

13  one time, he was actually the acting leader of the Qassam

14  Brigades.

15  Q    Who is Maqadamah?  I don't know the full name.  Do you

16  know who I'm referring to who is the former Hamas leader of

17  the military brigade?

18  A    Maqadamah.

19  Q    Maqadamah?

20  A    M-A-Q-A-D-A-M-A-H, or so.  Also a former head on the

21  Qassam Brigades.

22  Q    Sheikh Yassin who we've mentioned many times and we can

23  read from his designation, but I'd rather just have you

24  address the jury with regard to how well known was Sheikh

25  Yassin as a leader of Hamas back in 2000, 2001, 2002?

1  A    Yassin was uniquely well known.  He was an iconic figure.

2  He had been in Israeli jail.  In very dramatic fashion, he was

3  released from jail.  Despite being a quadriplegic in a

4  wheelchair, he went through a kind of tour of the Middle East.

5  He got a tremendous amount of media coverage.  His picture is

6  very, very well known, the white beard, the white head

7  covering, sitting in his wheelchair.  So he's especially well

8  known.

9  Q    Who is Abu Shanab?

10  A    Ismail Abu Shanab is another of the Hamas leaders there

11  founding Hamas, there at the beginning the activities of the

12  Islamic Society in the Gaza Strip.

13  Q    I'd like you to turn to page one of your report, this

14  hundred page report.  On page one, you have a list of Hamas

15  leaders.  Do you see that?

16  A    I do.

17  Q    Read those off and tell us if they're Hamas.  If you've

18  already told us, that's all you need to do is read their name.

19  If we've skipped one of those, I'd like you to state for the

20  jury the basis for your opinion that they're Hamas.

21  A    Sheikh Ahmed Yassin, we've already talked to.

22       Ismail Abu Shanab, we've already talked about.

23       Ahmed Bahar, we referred to in passing.  For some

24  20 years, he was the head of the Islamic Society in the Gaza

25  Strip and then very public Hamas politician.

Levitt - direct - Werbner                    632

1           Abd al-Aziz al-Rantisi's picture we had up, a deputy

2   to Sheikh Yassin and became a spokesman for the Hamas

3   deportees to Lebanon in 1992 and then succeeded Yassin as the

4   political leader of Hamas in the Gaza Strip for a period of

5   time.

6           Ibrahim Fares al-Yazuri we mentioned in passing as

7   one of the people who were there at the founding of Hamas and

8   was involved in the Islamic Center and the Islamic Society and

9   is also someone who's come up very publicly and explained that

10  the purpose of Hamas engaging in this social and the

11  charitable activities is to ultimately support its military

12  activities.

13          Mahmud al-Zahar, M-A-H-M-U-D, A-L-Z-A-H-A-R, is

14  another senior Hamas political official.  At one point, he

15  actually served as the foreign minister in the Hamas-led

16  government.  He's a, he's a doctor by training.  He served as

17  Yassin's doctor for some time, but he is also an extremely

18  radical political leader and very close to the military wing.

19          A couple of these guys, I may need to refer to the

20  report if you want some details.

21          Muhammed Sham'a is a Hamas leader who's involved in

22  the social charitable activities.

23          Mohammed Taha is a Hamas leader.  He and several of

24  his sons were arrested at one point.  One of his sons was a

25  senior leader in a Qassam Brigades.  Another was a spokesman

Levitt - direct - Werbner                    633

1  for Hamas who also smuggled several million dollars into Hamas

2  across the border from Egypt.

3         Ibrahim al-Muqadama we mentioned is already one of

4  the former heads of the Qassam Brigades.

5         Salah Shehadeh we had on that poster with the

6  pictures of all of the historic Palestine, Chechnya,

7  Afghanistan, as one of the former heads of the Qassam

8  Brigades.

9         Osama Hamdan we discussed as one of the Hamas

10 leaders in Lebanon designated by the U.S. Government.

11        Ismail Haniyeh, H-A-N-I-Y-E-H, we discussed he was a

12 Hamas prime minister in the Gaza Strip.  Before that, he was

13 the head of the Hamas political bureau in the Gaza Strip.

14 Long time Hamas leader.

15        Ahmad Ja-bari we mentioned already, one of the

16 former leaders of the Qassam Brigades.

17        Ghazi Hamad, Ghazi with a guttural G-H, A-Z-I,

18 Hamad, H-A-M-A-D, a spokesperson for Hamas and someone who was

19 close to Sheikh Yassin.

20        Sheik al-Bitawi, H-A-M-E-D, A-L-B-A-T-A-W-I, a long

21 time Hamas leader in the West Bank, the leader of a prominent

22 Hamas-affiliated charity called Tadahoman, T-A-D-A-H-O-M-A-N,

23 and the deputy for a long time of the Nablus Zakat Committee.

24        Let's see.  Salah al-Din Daruza was a professor in

25 the West Bank affiliated with Hamas.

Levitt - direct - Werbner                     634

1          Jamal Salim Damuni, also a long-time Hamas leader in

2     the West Bank.

3          Jamal Mansour, M-A-N-S-O-U-R, a long-time Hamas

4     leader in the West Bank.  Israelis said he was kind of a

5     public figure on the one hand, but also involved in some of

6     the military activities in a covert way.  And -- excuse me --

7     Muna, M-U-N-A, Mansour, his wife, became a Hamas political

8     person arrested at one time.

9          And Jamal Tawil.  Jamal Tawil was someone who

10    founded the Al-Islah, I-S-L-A-H, a charitable society in the

11    Ramallah area, in the middle of the West Bank for the express

12    purpose of using it to move money to Hamas and so was at the

13    same time functioning as a leader of the Hamas charity, even

14    as he was also very involved in the Qassam Brigade recruiting

15    suicide bombers and the like.

16    Q    So is that an example of the integration of the Hamas

17    charities and the military affairs?

18    A    Yes.

19    Q    You mentioned a few times the overt and the covert.  Can

20    you just briefly explain to the jury what Hamas does that's

21    out in the open for people to see and what is covert or not

22    out in the open?

23    A    So this is one of the reasons why many people refer to

24    Hamas as a hybrid organization, because it doesn't only engage

25    in public activities or it doesn't only engage in covert or

Levitt - direct - Werbner                    635

1   secret activities.

2          It doesn't want to project and tell about

3   operations.  It doesn't want you to know that it's going to do

4   the X operation at Y place at Z time because it doesn't want

5   to be thwarted.  It doesn't want you to know who among its

6   operatives, whether they're only working in the military wing

7   or they're working in the military wing and something else,

8   they don't want you they're working in the military because

9   they know that law enforcement or intelligence -- not only the

10  Israelis, very often the Palestinian services themselves will

11  come after them and try to thwart the next shooting or next

12  bombing what have you.  But on the flip side, their political,

13  charitable activities, their social activities are very, very

14  open and they don't put a shingle on the door about their

15  military activity.

16          In terms of some of the international charities that

17  are raising money for Hamas, say, in Europe or North America,

18  they won't put a shingle out there saying we are Hamas

19  because, especially in the United States and Canada and

20  Europe, Hamas is a designated terrorist organization.  You

21  don't publicize, hi, I'm raising money for a terrorist

22  organization, but on the ground, in the West Bank, in the Gaza

23  Strip, they have to make it public.  You don't get any --

24  Q    Why is that?

25  A    I'm sorry?

Levitt - direct - Werbner                636

1   Q    Why is that?

2   A    They don't get political benefit.  They don't get the

3   benefit of providing, of the charity they're providing, people

4   don't know it's them who's providing it.  And they can't use

5   the charities and the services which are part of what they

6   describe as the da'wa, D-A-W-A, which means proselytization as

7   a means of bringing people in to then proselytize their ideas,

8   religious and political both.

9            That's why when you'll go into some of these

10  charities, you will find that when people have gone in, they

11  have found, they have confiscated things like those key chains

12  and posters and what not that hide in no way at all that what

13  they are about is Hamas with the Hamas logo and not just that,

14  but lauding and praising not their political activities only,

15  not their charitable activities only, but the most extreme of

16  their military activities, suicide bombers.

17  Q    Plaintiff's Exhibit 1293 is the 2007 designation of

18  al-Salah which you mentioned.  Is that something you relied

19  upon in concluding that al-Salah along with other facts is

20  Hamas controlled or an alter ego?

21  A    Along with other facts, yes.

22            MR. WERBNER:  Your Honor, we offer Plaintiffs'

23  Exhibit 1293.

24            THE COURT:  Any objection?

25            MR. STEPHENS:  No objection.

Levitt - direct - Werbner                    637

1          THE COURT:  All right.  It is received.

2          (So marked.)

3          MR. WERBNER:  The Holy Land Foundation which I

4   mentioned was designated and shown in Plaintiffs'

5   Exhibit 4166.  We offer that exhibit.

6          MR. STEPHENS:  No objection.

7          THE COURT:  Received.

8          (So marked.)

9   Q    Plaintiffs' Exhibit 1247 is the 2003 designation of

10  Al-Aqsa Foundation.  Do you know that foundation?

11  A    I do.

12         MR. WERBNER:  Your Honor, we offer Plaintiffs'

13  Exhibit 1247.

14         MR. STEPHENS:  No objection.

15         THE COURT:  Received.

16         (So marked.)

17         MR. WERBNER:  And Plaintiffs' Exhibit 1248 is the

18  2003 designation of Interpal and CBSP.  We offer that exhibit.

19         MR. STEPHENS:  No objection.

20         THE COURT:  Received.

21         (So marked.)

22  Q    Is there a global Hamas fundraising network?

23  A    There is.

24         MR. WERBNER:  I'd like to use slide number number 8.

25  If we can show it first to the witness only.

Levitt - direct - Werbner                638

1  Q    Would this graphic of the world help you relate to the

2  jury the Hamas worldwide fundraising network?

3  A    It would.

4         MR. WERBNER:  Your Honor, may I use it as a

5  demonstrative?

6         THE COURT:  You may.

7  Q    Let's walk through this with the jury starting on the far

8  left where we have the United States and Canada and then after

9  that, we'll cross the ocean and look at some of the things

10 that are on the right side.

11        (Exhibit published.)

12 Q    Can you start there and tell us what we're looking at?

13 A    So this is a demonstrative just to demonstrate that there

14 is Hamas support activity, coordinated activity happening

15 around the world.  This is not all inclusive.  By no means can

16 we put all of the organizations that have raised money for

17 Hamas on here.  There are several, were several in the United

18 States.  Here we just point to the largest, the most

19 egregious.

20        The Holy Land Foundation for Relief and Development,

21 or HLF, is located in Richardson, a suburb of Dallas, Texas.

22 The Holy Land Foundation was designated as a terrorist entity

23 by the Treasury Department in December of 2001 and

24 subsequently indicted and ultimately convicted on all counts

25 in a criminal case in court, federal court in Dallas.  That's

1  the trial that you referenced earlier and which I served as an

2  expert.

3          In Canada, we have IRFAN which is a charity there

4  that was closely tied to Holy Land Foundation.  It has had its

5  charitable status revoked and has been designated as a

6  terrorist entity in Canada as well.

7          If we move across the Atlantic, you have a series of

8  entities.  Interpal in the United Kingdom, CBSP in France, ASP

9  in Switzerland, PVOE in Austria -- I'll save you what these

10 are all acronyms for -- and several offices of the Al-Aqsa

11 Foundation in Germany, Denmark, Belgium, et cetera, which have

12 been designated as terrorist entities by the United States

13 Government, by Israel, et cetera.  Different governments,

14 local governments have taken different types of action against

15 these entities.  Some of them have put them on trial.  Some of

16 them have shut them down with their equivalent of a

17 designation.  Some choose not to use that particular tool of

18 designation and instead follow them very closely.  That's what

19 the French government has said, for example, about CBSP in

20 France, what the UK government has said about Interpal in

21 Great Britain in the United Kingdom.

22          Then there are others in the Middle East.  As we

23 read earlier, you had me read from one of the Treasury

24 designations.  You have some of these operating in modern Arab

25 states as well, and particularly in the Gulf, some in Saudi

Levitt - direct - Werbner                    640

1    Arabia including the Saudi Committee in Support of the

2    Intifada and then in the middle, pointed toward the Middle

3    East but the bottom middle, we have, it says The Union of

4    Good.  The Union of Good has also been designated by the U.S.

5    Government, by Israel as a terrorist entity and the Union of

6    Good -- excuse me -- the Union of Good is especially

7    significant.

8    Q    Why is that?

9    A    Because it functions as an umbrella organization for a

10   wide variety of groups including most of these you're seeing

11   on the screen here such as the Saudi Committee and others.

12            (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                        Side Bar                      641
```

1  Q    Was there --

2            MR. STEPHENS:  Your Honor, may I approach for a

3  moment?

4            THE COURT:  Yes.  Let's have a side bar.

5            (The following occurred at side bar.)

6            THE COURT:  Do you want a limine instruction that

7  the Israeli designations are only for purposes of his opinion

8  and not evidence?

9            MR. STEPHENS:  Yes.

10           THE COURT:  Okay.

11           MR. STEPHENS:  Or he can stop mentioning them.  One

12  or the other.

13           THE COURT:  Well, what are you asking me for?

14           MR. STEPHENS:  The second and the first.  I mean, if

15  I'm not going to get the second, I'll take the first.

16           THE COURT:  All right.  I will give you the first.

17  I will deny the second.

18           (Continued on next page.)

19

20

21

22

23

24

25

642

1           (The following occurred in open court.)

2     BY MR. WERBNER:

3     Q     Would the --

4           THE COURT:  Just a second.  Let me give the

5     instruction.

6           Ladies and gentlemen, there is no evidence before

7     you as to the designation of the entities that have been

8     mentioned by foreign governments including the Israeli

9     government, however, the expert is telling you that this is

10    part of the basis for his opinion and you may consider it for

11    that purpose only in evaluating his opinion.

12          Please proceed.

13          MR. WERBNER:  Thank you.

14    Q     We're going to talk more about the Union of Good in a

15    moment, but was that known, was there an a/k/a or also known

16    as when it was designated?

17    A     The government always includes a variety of a/k/a's so

18    that, to the best of its ability, so that entities will know

19    of its other names, 101 Days Campaign and also, it gives an

20    a/k/a its name in Arabic.

21    Q     So if the jury sees the 101 Days, that's the same or an

22    a/k/a for Union of Good?

23    A     That's right.

24    Q     The Al-Aqsa Foundation Germany that's shown on this Hamas

25    worldwide network, are you familiar with that?

643

1    A    I am.

2    Q    On what did you rely to come to the conclusion that the

3    Al-Aqsa Foundation is part of the worldwide Hamas network?

4    A    A variety of things including the U.S. designation, the

5    German government action against that foundation, the German

6    intelligence services report provided to its sister

7    departments in the German government for use in their

8    decision-making process as they were considering whether or

9    not to shut down that charity there --

10   Q    Let me ask you --

11   A    -- and others.

12   Q    -- to look at, for the witness only, Plaintiffs'

13   Exhibit 1275 and ask you if that is one of the German

14   intelligence in German, translated in English, that pertains

15   to Al-Aqsa that you just mentioned?

16   A    It is.

17   Q    Is that one of the things you relied upon in coming to

18   your opinion?

19   A    It is.

20        MR. WERBNER:  Your Honor, we offer Plaintiffs'

21   Exhibit 1275.

22        (Continued on next page.)

23

24

25

Side Bar                                          644

1          THE COURT:  Any objection?

2          MR. STEPHENS:  Yes.  Objection, Your Honor.  The --

3          THE COURT:  All right.  I understand.  Let's have a

4    side bar.

5          (The following occurred at side bar.)

6          THE COURT:  I thought there was a problem with the

7    Israeli designations.  I didn't understand there to be a

8    problem with other countries' designations.

9          MR. STEPHENS:  But it's not even a designation.

10   It's a document from the secret police that has, you know, no

11   identification and he's just using his testimony to shovel in

12   all the hearsay that you otherwise would keep out.

13         MR. WERBNER:  Your Honor, this is the basis of his

14   opinion just like Mr. Kohlmann and the jury is entitled to see

15   it.  He looked at this and relied upon it to come to the

16   conclusions that he did and it's just like the other, the

17   other evidence of that.  We're not saying anything other than

18   what we said for the other, Al-Aqsa has been designated as

19   Hamas and this is the basis on which he relied.

20         MR. OSEN:  May I?

21         MR. WERBNER:  Sure.

22         MR. OSEN:  Your Honor, the document is an

23   intelligence report submitted in support of the designation.

24   It's a classic example of a government report under duty of

25   law to investigate.

```
                          Side Bar                        645

1           THE COURT:  Right.  That's right.  I will overrule

2     the objection then.

3               (Continued on next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Levitt - direct - Werbner                    646

1           (The following occurred in open court.)

2           THE COURT:  All right.  The document is admitted.

3      The objection is overruled.

4           (Plaintiffs' Exhibit 1275 so marked.)

5      BY MR. WERBNER:

6      Q    Let's pull up Plaintiffs' Exhibit 1275 which was just

7      admitted by the Court and we'll, we're going to look at the

8      English though the German is there.

9           What is this intelligence service called commonly

10     and what is it?

11     A    This is the BND, I hope you'll allow me to not try and

12     pronounce that in German, which is the German equivalent of

13     the CIA.  It's German, one of the German intelligence

14     services.

15     Q    And what is in this that you relied specifically on in

16     coming to the opinions that are in your report and which

17     you're expressing to the jury today?

18     A    Well, as you can see here in the subject area, this is a

19     memo written regarding the deliberations going on at the time

20     apparently in the Germany government about the proscription

21     proceedings about the Al-Aqsa Foundation in Germany in the

22     city of --

23          THE COURT:  Let me interrupt you.  How do you know

24     that it is, in fact, a report of the German BND?

25          THE WITNESS:  Will, first of all, it's clear from

Levitt - direct - Werbner                647

1    the heading.  It's clear from the way the memo is written from

2    the BND to other aspects and the genesis of this, at least the

3    way I came to it, is it was presented in open court in

4    Germany.

5              When Al-Aqsa appealed its proscription -- they did

6    ultimately proscribe the charity -- the government had to

7    present some of the evidence that it used to come to that

8    decision and these reports were put into evidence in German

9    court.  It seems to me, therefore, quite reliable, not just

10   the government report, but then brought into a German court.

11   These are not kangaroo courts.  Germany is a democracy and it

12   was provided as evidence there.

13             THE COURT:  All right.  Proceed.

14             MR. WERBNER:  Thank you, Your Honor.

15   Q    In this report, I'd like to direct you to page three of

16   five and you'll see in number three, this Al-Jam'iya, the

17   Islamic Charitable Society.  Is that something that you've

18   looked at recently?

19   A    It is.

20   Q    Would you look at the last paragraph of that section

21   where it begins, The association receives donations.  Would

22   you read that and then I'd like to ask you some questions.

23   A    I'm reading and quoting from the record.

24             (Continued on next page.)

25

```
                          Side Bar                        648

1           MR. STEPHENS:  May we approach, please?

2           THE COURT:  Sure.

3           (The following occurred at side bar.)

4           THE COURT:  What's up?

5           MR. STEPHENS:  Now he's reading the facts from this

6     document into the record or he's about to about money that

7     went here or money that went there.  There's no proof of it

8     whatsoever --

9           THE COURT:  All right.  Well --

10          MR. STEPHENS:  -- except this document.

11          THE COURT:  First of all, I will overrule the

12    objection.  The report is in evidence.  The witness may read

13    from the report.  Second, the reason I overruled the objection

14    is because it is a government report.  It is, therefore,

15    usable for any purpose.  It has been sufficiently

16    authenticated to my satisfaction and that is why I am allowing

17    the question.  Objection overruled.

18          (Continued on next page.)

19

20

21

22

23

24

25
```

Levitt - direct - Werbner                          649

1    BY MR. WERBNER:

2    Q    Would you read this highlighted section of the German

3    equivalent of the CIA and then explain that?

4    A    I'm reading from the report.

5              The association receives donations from the "Saudi

6    Committee for the support of Al-Aqsa Intifada" (al-Lajna

7    al-sa'udiya li-da'm intifadat al Quds) which are to be passed

8    on specifically to families of Palestinian "martyrs."  Among

9    the "martyrs" are also suicide bombers.

10   Q    Do you have any reason to doubt the government

11   intelligence service statements that the Saudi committee for

12   the support of the Al Quds Intifada was involved with monies

13   going to martyrs including the suicide bombers?

14   A    I do not.

15              (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

Levitt - direct - Werbner                    650

1          THE COURT:  At a good time, Mr. Werbner --

2          MR. WERBNER:  Perfect time.

3          THE COURT:  -- to take our morning break?

4          MR. WERBNER:  Perfect.

5          THE COURT:  Ladies and gentlemen, we will take

6    15 minutes.  Please do not discuss the case amongst

7    yourselves.  Feel free to walk around anywhere you want.  I

8    know you want to stretch your legs.  Please be back in there

9    at 11:17.  See you shortly.

10          (Jury exits.)

11          THE COURT:  Okay.  Recess.  15 minutes.

12          (Recess taken.)

13          (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Levitt - direct - Werbner                          651

1           (In open court.)

2           (Judge BRIAN M. COGAN enters the courtroom.)

3           THE COURT:  Let's have the jury, please.

4           THE COURTROOM DEPUTY:  All rise.

5           (Jury enters.)

6           THE COURT:  Everyone may be seated.

7           Please, continue, Mr. Werbner.

8           MR. WERBNER:  Thank you, Your Honor.

9    BY MR. WERBNER:  (Continuing)

10          MR. WERBNER:  Let's talk a little bit, Dr. Levitt,

11   about the Union of Good.  It's been mentioned.  It's a/k/a

12   101 Days.  Plaintiff's Exhibit 4169 is the U.S. designation of

13   Union of Good.  We'll offer Plaintiffs' Exhibit 4169.

14          MR. STEPHENS:  No objection.

15          THE COURT:  Received.

16          (Plaintiffs' Exhibit 4169 was received in evidence.)

17   Q    And let's look at a slide, which is simply an excerpt

18   from that and I think that would be slide ten.

19          Would you, from this designation of Union of Good

20   from the United States Treasury Department, read that first

21   paragraph and explain what material is there?

22   A    Okay.  I'm reading from the designation.

23          The leadership of Hamas created the Union of Good in

24   late 2000.  Shortly after the start of the second intifada in

25   order to facilitate the transfer of funds to Hamas.  Union of

Levitt - direct - Werbner                    652

1    Good acts as a broker for Hamas by facilitating financial

2    transfers between a web of charitable organizations including

3    several organizations previously designated under executive

4    order 13224 for providing support to Hamas and

5    Hamas-controlled organizations in the West Bank and Gaza.

6           The primary purpose of this activity is to

7    strengthen Hamas's political and military position in the

8    West Bank and Gaza, including by

9           1)  diverting charitable donations to support Hamas

10   members and the families of terrorist operatives and

11          2)  dispensing social welfare and other charitable

12   services on behalf of Hamas.

13   Q    Now, this is a coalition or a network of a number of

14   different charities; is that right?

15   A    Correct.

16   Q    Was the Saudi Committee for the support of the intifada

17   that we saw mentioned in German intelligence a conduit for

18   funds of suicide bombers, is it or is it not part of the Union

19   of Good?

20          MR. STEPHENS:  Your Honor, may I approach?

21          THE COURT:  Yes.

22          (Side-bar conference held on the record out of the

23   hearing of the jury.)

24

25

1           (Side-bar.)

2           MR. STEPHENS:  This witness does not mention the

3    Saudi Committee in his report.  This the first we're hearing

4    that he has anything to offer about it.

5           MR. WERBNER:  It is mentioned.  It's not much, but

6    it's mentioned.  And all he's doing here is he mentions the

7    Union of Good and this is one of the --

8           MR. STEPHENS:  It's not mentioned.

9           THE COURT:  Is there any doubt that the

10   Saudi Committee is at least mentioned in the report?

11          MR. WERBNER:  There is a slight bit of doubt, but

12   not very much.  Not very much.

13          THE COURT:  Okay, you have to look at the report and

14   tell me if it's there.

15          MR. WERBNER:  Objection.

16          THE COURT:  If it's not there, you can't ask him the

17   question.

18          MR. WERBNER:  If I find it, I'll set it up that way.

19          (Side-bar end.)

20

21

22

23

24

25

1              (In open court.)

2    BY MR. WERBNER:

3    Q    Dr. Levitt, I don't want to delay moving along here.

4              Do you remember if your report, as opposed to this

5    designation, mentions the Saudi Committee?

6    A    At least in the context of B and D reports I know it

7    does.  I don't recall offhand.  I can look.

8    Q    Well, let me -- maybe we'll do that over the lunch break

9    because I really do want to stay on the Union of Good.

10             Who is one of the main leaders or head of this Union

11   of Good that the United States says is transferring millions

12   of dollars to support Hamas social and military activities?

13   A    An individual named Sheikh Yusuf Qaradawi.

14   Q    Other than the Union of Good, is Sheikh Hamed Bitawi

15   involved with any other charities?

16   A    Sheikh Ahmed Bitawi, as mentioned earlier, served as the

17   head of the al-Tadahoman charity in the Nablus area as well

18   the deputy of the Nablus Zakat Committee.

19             And he was also one of the point people for the

20   Union of Good in the West Bank.

21   Q    Are all of the entities that you just mentioned that

22   Bitawi is involved with, in your opinion, are those Hamas?

23   A    Yes.

24   Q    Did you rely, among other thing, on a video of

25   Sheikh Bitawi in regard to whether he is or isn't with Hamas

Levitt - direct - Werbner                    655

1   or a terrorist?

2   A    I did.

3           MR. WERBNER:  Your Honor, with the Court's

4   permission, we would play that video that has been marked as

5   Plaintiff's Exhibit 1061.

6           MR. STEPHENS:  Objection, Your Honor.

7           THE COURT:  Well, are you offering it in evidence or

8   are you offering it as an illustration of what the witness

9   relied on?

10          MR. WERBNER:  An illustration.

11          THE COURT:  Any objection on that basis?

12          MR. STEPHENS:  Yes.

13          THE COURT:  Do you need a side-bar on that?

14          MR. STEPHENS:  Yes.

15          THE COURT:  Okay.

16          (Side-bar conference held on the record out of the

17  hearing of the jury.)

18

19

20

21

22

23

24

25

```
                          Side-Bar                        656
```

1              (Side-bar.)

2              THE COURT:  Which Exhibit Number was this?

3              MR. WERBNER:  1061.

4              THE COURT:  What is it of?

5              MR. WERBNER:  It's Sheikh Bitawi in a large public

6     gathering with a rifle in his hand.

7              THE COURT:  Right.

8              And what is the objection?

9              MR. STEPHENS:  I have several objections.

10             Most and primarily it's so inflammatory.  I mean,

11    the man is screaming and yelling kill them, kill them, kill

12    them and other people are screaming.  It has absolutely

13    nothing to do with this man's opinion about who's what.

14             It is, in addition to the fact that whatever

15    probative value it might have is outweighed by the prejudices

16    involved, I don't even see how he can claim that just because

17    he looked at it, it's part of his opinion.  Bitawi is a

18    fanatic.  Nobody disagrees with that.

19             MR. OSEN:  Actually, Beverly Milton Edwards says

20    she's interviewed him and that she doesn't believe it's the

21    Tadahoman Society or the Nablus Zakat Committee or part of

22    Hamas.

23             MR. STEPHENS:  Then maybe you can use it when you

24    talk to her, but that's neither here nor there.

25             It's incredibly inflammatory, Your Honor.

Side-Bar                                    657

1            MR. OSEN:  Your Honor, it's not offered for the

2      truth of the matter asserted.  It's offered to demonstrate

3      that Mr. Bitawi is a public figure associated with Hamas.

4            THE COURT:  Well, he's not raising a hearsay

5      objection.  He is raising a rule 403 objection.

6            I saw this at some point, maybe recently, but I

7      don't feel I have enough command of it to rule on 403 right

8      now, so I am going have to give the jury another break and

9      take a look at it and then, I will make a ruling on it.

10           So, let's recess five minutes.  It's not longer than

11     five minutes, is it?

12           MR. WERBNER:  No.

13           MR. OSEN:  It's two minutes.

14           THE COURT:  All right.

15           I think I will just send them out, you'll play it

16     and then I'll rule on it.

17           MR. STEPHENS:  In addition, Your Honor.

18           THE COURT:  Yes.

19           MR. STEPHENS:  I don't believe that this video is

20     authenticated in any way.  At all.

21           THE COURT:  Okay.

22           MR. STEPHENS:  You know I haven't seen any testimony

23     about where it came from, who took it, when it was taken.

24           THE COURT:  Right.

25           Before we break, you are going to have to ask him

Levitt - direct - Werbner                    658

1   some more about its provenance so that I know where it came

2   from.

3             MR. WERBNER:  Okay.

4             THE COURT:  Let's do that first, then we'll break,

5   I'll look at it, then we'll reconvene.

6             (Side-bar end.)

7

8             (In open court.)

9   BY MR. WERBNER:

10  Q    Dr. Levitt, would you just explain again why the basis

11  for -- at this point we're just going to go with your

12  testimony -- the basis for your testimony that Sheikh Bitawi

13  and these entities that he's associated with are Hamas.  What

14  have you seen, done, read, interviewed to form that opinion?

15  A    Sheikh Bitawi is a very prominent figure.  He leads

16  rallies.  They're not small rallies and they're not usually

17  only about charitable activity.  He's the type to wave a gun

18  and then call people, to call out people who have carried out

19  terrorist attacks, praise them, call on others, lead people in

20  chants.  You know, he says something, they repeat, about the

21  need to engage in these types of activities with expressly

22  militant themes.

23            He is also the head of the al-Tadahoman charity.

24  Q    Was that about --

25  A    And the deputy of the Nablus Zakat Committee.

Levitt - direct - Werbner                659

1          Both of these are charities that have been banned by

2    the Israelis.  Tadahoman raided by the Palestinians and came

3    up in great detail in the context of the Holy Land Foundation

4    trial in Dallas where tremendous evidence was put in before

5    the Court, accepted by the Court, some of the posters we were

6    talking about, long lists of individuals including Bitawi but

7    not only, long histories with Hamas, including people who were

8    doing military things with Hamas, even if they had

9    affiliations with his charities.

10   Q    Is there any connection between Sheikh Qaradawi and

11   Sheikh Bitawi?

12   A    There is.  As I mentioned earlier, Sheikh Bitawi is the

13   local representative in the West Bank for the Union of Good.

14         In the Gaza Strip the Union of Good has their own

15   representative.  For whatever reason in the West Bank, they

16   chose to work through three local charities.  The Islamic

17   charitable society in Hebron in the south.  The al-Islah

18   charity in the middle of the West Bank in Ramallah.  And

19   al-Tadahoman through Sheikh Bitawi in the north.

20   Q    Al-Salah was designated by the United States; wasn't it?

21   A    It was.

22         MR. WERBNER:  Your Honor, Plaintiff's Exhibit 1293

23   is the designation of al-Salah and al-Kurd and we would offer

24   Plaintiff's Exhibit 1293.

25         THE COURT:  Any objection?

Levitt - direct - Werbner                    660

1          MR. STEPHENS:  No objection.

2          THE COURT:  All right, that is received.

3          (Plaintiffs' Exhibit 1293 was received in evidence.)

4          MR. WERBNER:  I'd like to use slide 11, which is

5     simply a portion of that designation that I just offered and

6     was admitted.

7     Q    Can you use this slide dealing with al-Salah and tell the

8     jury about that, including specifically who this person is

9     depicted there.

10    A    This is a picture of Ahmad al-Kurd who has served for

11    many year as the chairman of the al-Salah Islamic Society in

12    the Gaza Strip.

13         In the text box to the side we have a pullout quote

14    from the U.S. designation which occurred in August 2007.

15    Obviously, referring to activity leading up to 2007 and I'm

16    reading the quote here.

17         Quote, the al-Salah society is directed by Ahmad

18    al-Kurd, a recognized high-ranking Hamas leader in Gaza.

19    Al-Kurd's affiliation with Hamas goes back over a decade.

20    Q    Well, what do you mean it goes back over a decade?  He's

21    put on the OFAC list or the designation list if '07.

22         I think you touched on it but in regard to this

23    specific, can you explain to the jury what his status was

24    before this?

25         MR. STEPHENS:  Objection, Your Honor.

Levitt - direct - Werbner                661

1          THE COURT:  Sustained as to form.

2    Q    Would you explain this remark that you have in U.S.

3    designation about his affiliation with Hamas going back over a

4    decade?

5    A    This is the Treasury Department making clear that people

6    understand that Ahmad al-Kurd's affiliation with Hamas is not

7    something new.  It's not something that only just came up in

8    2007 leading to this designation.  It's something that, as

9    they say, goes back over a decade.  In fact, he was someone

10   who was a fairly prominent person.

11   Q    The fact that he was designated then, would people on the

12   ground years before, what way would they have to know that he

13   was part of Hamas?

14          MR. STEPHENS:  Objection, Your Honor.

15          THE COURT:  Sustained as to form.

16   Q    How prominent was he in that community prior to him

17   becoming designated and what do you base that on?

18   A    The al-Salah Society is a fairly significant

19   Hamas-affiliated charity in the Gaza Strip and has been

20   described as such by many people, publicly, including

21   Palestinians.  I have in the report, I think it's Shanab who

22   refers back to al-Salah Society being an important early

23   Hamas-affiliated charity.

24          Al-Kurd's affiliation as a senior Hamas person with

25   this charity would have been well-known as we've discussed

Levitt - direct - Werbner                      662

1   because of the fact that it's a prominent organization, he's a

2   prominent individual and one of the things Hamas is trying to

3   do by engaging in these public overt activities is build a

4   name or itself.

5          It doesn't want -- elsewhere in this designation the

6   treasury reveals things that many people probably didn't know;

7   that people affiliated with the al-Salah Society were engaged

8   in very specific terrorist activities.  That presumably is

9   things that Hamas worked quite hard to conceal and the

10  Treasury Department was only able to make public presumably by

11  declassifying some type of intelligence.

12  Q    Well, from your work at the Treasury, as well as the

13  State Department and the FBI, but particularly at the

14  U.S. Treasury, which issued this designation, is it okay for

15  people or organizations to deal with someone if they know they

16  are a Hamas terrorist even if they haven't been designated?

17         MR. STEPHENS:  Objection, Your Honor.

18         THE COURT:  I'll allow it.  Overruled.

19  A    First, I should note, this didn't happen when I was at

20  Treasury.  I was not involved in this.

21  Q    Okay.

22  A    But Treasury does lots of things.  Designations are only

23  one of then.  Treasury meets with banks.  Treasury meets with

24  Governments.  Treasury does lots of engagement --

25  Q    Let me tighten up the question.  That's part of what I

Levitt - direct - Werbner                    663

1   asked, but I really want to be more focused.

2          Based on your time at the U.S. Treasury, as well as

3   your FBI experience and being involved in counter-terrorism,

4   is it okay for someone that knows that a person or

5   organization is part of Hamas to deal with them simply because

6   they hadn't yet been designated?

7          MR. STEPHENS:  Objection, Your Honor.

8          THE COURT:  Sustained.

9          I think the problem is okay.  What does that mean,

10  okay?

11         MR. WERBNER:  Okay.  Then I'll try to be clearer.

12  Q    Based on your experience, can an organization, a person,

13  a bank deal with someone if they know they're part of Hamas or

14  a charity even before they were designated?

15         MR. STEPHENS:  Objection, Your Honor.

16         THE COURT:  Sustained.

17  Q    Based on your experience, what is a person or an

18  organization obligated, from your understanding, in regard to

19  dealing with someone that they know is connected with Hamas

20  even if the person hasn't been designated?

21         MR. STEPHENS:  Objection, Your Honor.

22         MR. WERBNER:  Your Honor, this was in opening a very

23  prominent issue that I think this witness, with all due

24  respect --

25         THE COURT:  The form of the question is wrong.  The

Levitt - direct - Werbner                    664

1  form of the question is wrong.  You have to ask it the right

2  way.

3          MR. WERBNER:  Okay.  I'll rephrase, then, Your Honor

4  and attempt to do that.

5  Q    Dr. Levitt, based on your experience, if someone -- and

6  this is a hypothetical as an expert witness -- knows that a

7  person or entity is controlled or part of Hamas, the fact that

8  they're not designated, would you explain whether that permits

9  them or doesn't permit them to do business with that person or

10  entity?

11          MR. STEPHENS:  Objection, Your Honor.

12          THE COURT:  Are you aware of any regulatory

13  restriction, based on your experience in Government and

14  elsewhere, in dealing with someone who is not listed but is

15  still known to be a terrorist?

16          THE WITNESS:  I am.  Both regulatory and industry

17  standard.

18          THE COURT:  Tell us about regulatory and industry

19  standard.

20          THE WITNESS:  As I mentioned earlier, designation is

21  only one tool available to Government.  There is no

22  requirement for the Government to designate somebody.

23          But if someone is not designated, that doesn't mean

24  they're on some type of white list.  And if there is public

25  information available about an individual or an entity tying

Levitt - direct - Werbner                665

1    them to a terrorist group, or for that matter to many other

2    types of illicit activity, there are regulations, finCEN the

3    financial crimes enforcement network, Treasury, sends out many

4    warnings to banks.

5            A financial action task force, the OECD based in

6    Paris, sets out standards in relation to industry standards.

7    And because in the private sector, this is not just banks, but

8    there are there's reputational risk issues that need to be

9    taken into account, there are fiduciary obligations to

10   shareholders that need to be taken into account.  There is due

11   diligence that has to be done.  And so, just checking the

12   Treasury list is absolutely insufficient.

13           And if there is public information that something is

14   tied to terrorism, whether it's Hamas or something else, then

15   one does absolutely expose themselves to all kinds of risk by

16   engaging in business in the case of banks, whether it's

17   processing transfers or holding accounts, what have you, or

18   entities that one has a reason to know, should know, is

19   publicly out there as being tied to, in this case, terrorist

20   activity.

21           MR. WERBNER:  Your Honor, I would just mention, I

22   looked and in the report on page 82 and 85 there is explicit

23   mentions of the Saudi Committee.

24           THE COURT:  Yes, I saw it.

25           MR. WERBNER:  Okay.

Side-Bar                                          666

1              THE COURT:  Okay.

2              MR. STEPHENS:  Your Honor, I'm sorry, may I

3      approach?

4              THE COURT:  Sure.

5              (Side-bar conference held on the record out of the

6      hearing of the jury.)

7

8              (Side-bar.)

9              MR. STEPHENS:  The answer we just heard is way

10     beyond this witness's offering.

11             THE COURT:  I think that's right, Mr. Werbner.

12             This is not what he was qualified as an expert on to

13     talk about, industry standards and should a person know if

14     someone is not listed that they can't teal with them.  That is

15     not in the report.  That is a new opinion he's come up with.

16             MR. WERBNER:  Well, the bank's Counsel made a big

17     thing in opening that not being designated.  He is an expert

18     and his report is full --

19             THE COURT:  I will tell you what I will do.  I'm

20     going to strike this question and answer.

21             But after the bank's case, if that comes out, if he

22     is qualified -- because I don't really know that he, I think

23     he probably is, but I don't know that he is because it wasn't

24     in the report -- if he's qualified I will let you call him in

25     rebuttal.  But I don't think you can do it now just based on

VB        OCR        CRR

Levitt - direct - Werbner                    667

1   the bank's opening statement because I don't know that he's

2   the guy for this.

3            MR. WERBNER:  Okay, I understand.

4            THE COURT:  Okay.

5            MR. OSEN:  One last point because the Saudi

6   Committee is the reason we came up here.

7            THE COURT:  Yes, it is in there.  It is mentioned,

8   which means it might not be mentioned the way you'd like it,

9   but it was fair game at his deposition and he could have been

10  asked everything he knows about the Saudi Committee.

11           So, if you didn't do that, he's still allowed to

12  testify about it.

13           (Side-bar end.)

14

15           (In open court.)

16           THE COURT:  I am directing that the last question

17  and answer from this witness be stricken from the record and

18  the jury is not to consider it.

19  BY MR. WERBNER:

20  Q    Dr. Levitt, I mentioned in your report, I pointed to the

21  page where you mentioned the Saudi Committee for support of

22  intifada and it was that place where you were quoting from

23  that German intelligence that we showed the jury.

24           Do you recall that now?

25  A    I do.

Levitt - direct - Werbner                    668

1   Q    And you were quoting from German intelligence that the

2   Saudi Committee that funds through Hamas charities were going

3   through to the Saudi Committee to pay, among others, suicide

4   bombers; correct?

5   A    Correct.

6   Q    Are you aware that the Arab Bank made those payments on

7   behalf of the Saudi Committee?

8           MR. STEPHENS:  Objection, Your Honor.

9           THE COURT:  Overruled.

10  A    I am.

11  Q    Would 20 or $30 million of payment be, in your opinion,

12  material or not material in regard to that kind of activity?

13          MR. STEPHENS:  Objection.

14          THE COURT:  Sustained.

15  Q    You mentioned this Khalid Mishal and the Sheikh Qaradawi.

16          Did you see a video of those two people together

17  speaking in 2007?

18  A    I did.

19  Q    And where did that video come from?

20  A    I don't recall.  It was a video of a conference where --

21  related to the Union of Good.

22  Q    All right.  Was that video, as you reviewed it, to what

23  extent did you rely upon it as one piece or part of the

24  opinions you formed about the Union of Good, Sheikh Bitawi,

25  Khalid Mishal?

Levitt - direct - Werbner                    669

1    A    The portion that was significant to me is the portion

2    with Khalid Mishal, the secretary general of Hamas, sitting on

3    the podium with Sheikh Yusuf Qaradawi, who is the founder of

4    the Union of Good.  They are thanking Qaradawi for not only

5    talking the talk, but walking the walk, following through with

6    significant financial outlays for Hamas.

7              MR. WERBNER:  Your Honor, that video that he's

8    referring to has been marked for identification as Plaintiff's

9    Exhibit 1244.

10             THE COURT:  Right.

11             MR. WERBNER:  1244, and I would offer that in

12   evidence and ask that the jury be allowed to see it.

13             MR. STEPHENS:  I'd like to approach, Your Honor.

14             THE COURT:  Okay, side-bar, please.

15             (Side-bar conference held on the record out of the

16   hearing of the jury.)

17

18

19

20

21

22

23

24

25

1           (Side-bar.)

2           MR. STEPHENS:  This is the video from 2007?  It's

3    three years after the intifada ended and nothing to do with us

4    or anybody who -- I mean, it just doesn't.

5           He's not allowed, Your Honor, to just simply recite

6    all these thing that he looks at as an expert and then put

7    them into the record.

8           THE COURT:  Well, I'm not understanding why this is

9    being offered to the jury.

10          MR. WERBNER:  Well, it's part of what he relied upon

11   to say they're Hamas.  The bank says oh, these people are all

12   charity, these are all charity.

13          THE COURT:  How does this show that it's not a

14   charity?

15          MR. OSEN:  Your Honor, the statements that are in

16   the clips are classic statements against penal interests in

17   which they are discussing, Mr. Qaradawi is discussing with the

18   leader of Hamas all the support that he gave to Hamas through

19   the Union of Good, which is explicitly mentioned.

20          THE COURT:  I see.

21          MR. WERBNER:  That's what I was trying to say.

22          THE COURT:  I think that's good enough.

23          MR. STEPHENS:  Who authenticates the video?

24          THE COURT:  Well, I agree with that.  I think it

25   doesn't take much for authentication.

Side-Bar                              671

1          It's a pretty minimal requirement, but you at least

2     have to ask him the question with regard to a photograph or a

3     video are you familiar with the people in this video, have you

4     seen them before, can you confirm that this fairly and

5     accurately represents them based on your prior exposure to

6     them.  Those kind of basic, first-year law school questions

7     I've got to have.

8          MR. WERBNER:  Okay.

9          MR. STEPHENS:  He already said he doesn't know.

10         THE COURT:  No, he said he doesn't remember where it

11    comes from.  He didn't say he doesn't know what this guy looks

12    like and he can't identify him on the video.

13         If he says that is this guy in the video and he has

14    a basis for saying that -- which I think it's clear that he

15    does -- then authentication is met.

16         I think you're making too much out of

17    authentication.  The plaintiffs may not be doing it right, but

18    it's easy enough to do right, generally speaking, unless

19    there's a real doubt that some Exhibit may be manufactured or

20    phony, and none of us have any doubt about this stuff.  It's

21    not phony.

22         So if you want to be technical, we'll be technical

23    and they will go through and make the minimal showing

24    necessary for authentication.

25         MR. STEPHENS:  Your Honor, phony or not phony, the

Side-Bar                                                    672

1   playing of all these interviews and whatever else it is that

2   they're trying to get into the record, it's a prejudicial

3   event that is not allowed by 703.

4           THE COURT:  I am not taking all of the things they

5   are offering.  I am ruling on this one.

6           This one is in response to one of your points in

7   opening which says these are just charities and this is going

8   to show or tend to show, according to the plaintiffs, a

9   connection and that is a perfectly legitimate use.

10          As far as a hearsay objection, it seems to me based

11  on the proffer I've had, it is definitely a declaration

12  against interests.  So, I see no impediment to this video.

13          If you have objections to others, by all means raise

14  them, but be guided by my rulings here so you know where I'm

15  coming from.

16          Okay, thank you.

17          MR. WERBNER:  While we're up here, Your Honor.

18          THE COURT:  Yes.

19          MR. WERBNER:  I have one more video and since, to

20  move this along, is the kindergarten video that takes place at

21  the Islamic Center, Islamic Society.

22          THE COURT:  I think it's important to back up the

23  expert's testimony to show the unity between the charitable

24  and the terrorism branches of Hamas.  That shows it very

25  graphically, it's something he relied on in his report, I

Side-Bar                                             673

1  assume we're going to hear that and therefore, I think that is

2  admissible.

3         Now, I may cut it off at some point, I don't recall

4  how long it is, and I don't want you to beat this horse to

5  death.

6         MR. WERBNER:  We cut it very -- how long?

7         MR. OSEN:  Your Honor, even the Qaradawi thing we

8  took out most of the inflammatory, what we could of it.

9         THE COURT:  Okay.  Let's keep it to a minimum

10  necessary to make the point.  These are all doors that the

11  defendant opened in its opening statement and I see no

12  impediment to the plaintiffs addressing those points.

13         (Side-bar end.)

14

15         (Continued on following page.)

16

17

18

19

20

21

22

23

24

25

Levitt - direct - Werbner                    674

1          (In open court.)

2    EXAMINATION CONTINUES

3    BY  MR. WERBNER:

4    Q    This video we are about to play, Plaintiffs' 1244 with

5    Mr. Mashaal and Sheikh Bitawi, when you viewed this, were

6    you -- how well were you able to recognize the people to be

7    who I have just said?

8    A    It's very, very clear.  I am very familiar with Khalid

9    Mashaal and with Sheikh Bitawi and recognize them.  There are

10   subtitles in case that wasn't clear.  But it's very, very

11   clear.  They are referring to each other.  There is no

12   question.

13          MR. WERBNER:  Your Honor, we request permission to

14   play the video, Plaintiffs' 1244.

15          THE COURT:  First you want it in evidence.  It is

16   received in evidence over objection.

17          You may proceed.

18          (Marked.)

19          (Video plays)

20   Q    Who is this?

21   A    This is Khalid Mashaal.

22          (Video continues to play.)

23   Q    And then, the second clip from that same exhibit, when it

24   comes up, tell us who is the speaker.

25          (Video plays.)

Levitt - direct - Werbner                  675

1   A    This is Sheikh Qaradawi.

2        (Video stops.)

3   Q    So Mashaal is the head of the political part of Hamas

4   sitting with the man who is part of this Union of Good

5   coalition?

6   A    He's not anymore.  He's the head of the political wing,

7   Mashaal.  He's the head of their Shura or consultative

8   council.  This is the overarching body for all of Hamas.  When

9   the US Government designated Khalid Mashaal they tied acts of

10  terrorism to him too.  It's not just politics.  He's sitting

11  next to Sheikh Qaradawi who headed and founded the Union of

12  good and when Qaradawi speaks he's -- they are joking.  He is

13  making light.  People are going to say I'm a terrorist.  The

14  West wrongs me for thinking I am a terrorist because I

15  disagreed on Palestine where I think suicide attacks and even

16  uses the Arabic word.

17  Q    Which word?

18  A    Istashhad, for suicide attacks, to be clear.  I support

19  those.  He lists Hamas and other US designated terrorist

20  groups that he supports.

21  Q    And that man was the head of the Union of Good that

22  includes the Saudi committee for the support of an intifada?

23  A    Yes.

24       He's saying this is a room of people.  It's an event

25  about the Union of good.  There must be a room full of

Levitt - direct - Werbner                    676

1    terrorists here because we support the Union of Good.  He's

2    making light of the fact.

3    Q    You mentioned Jamal Tawil and Al-Islah.  Explain to the

4    jury what that is an example, if it's helpful to clarify the

5    inner connection between terrorist operatives and the

6    so-called charities?

7    A    Jamal Tawil is a good example of someone who wore more

8    than one hat, one openly, overtly and one secretly, covertly.

9              Jamal Tawil was an operative within the Qassam

10   Brigades, recruiting suicide bombers and the like.  He was

11   also raising money for Hamas prisoners committees, money that

12   would be sent in to Hamas operatives in Israeli prisons.  He

13   found it hard to get approval from the Palestinian government,

14   to open up a prisoner's committee, and so someone suggested to

15   him that he open up a Ramallah branch of this larger charity,

16   the Al-Islah charity, for the express purpose of being able to

17   move money for Hamas, and this he did.  He's doing this not

18   only on his own out of the Al-Islah charity in Ramallah, but

19   in coordination with others.

20             We talked about the Islamic Society, charitable

21   society in Hebron.  Abdl Khalek Natshe worked together and

22   Natshe would send money to Tawil.  When people expressed an

23   interest in engaging in terrorist attacks Natshe would refer

24   them to the Qassam Brigades.  These weren't stove-piped

25   entities, one off in Ramallah, one farther south in Hebron.

Levitt - direct - Werbner                    677

1    There is a network working together.

2    Q    Let me ask you, Doctor Levitt, you mentioned the -- the

3    Islamic Society as even going back before Hamas with the

4    Muslim Brotherhood.

5            In your testimony in the 2000, 2004 and beyond, did

6    it remain to be part of Hamas or become part of Hamas?

7    A    It was.

8    Q    And did you in connection with your involvement with US

9    Government and the Holy Land trial outside or in Dallas, have

10   you reviewed there and other occasions a video tape of

11   activities that were conducted at that so-called charity, the

12   Islamic society?

13   A    Yes.

14           MR. STEPHENS:  Objection, Your Honor.

15           THE COURT:  The objection to that question is

16   overruled.

17   Q    And to what degree did that video that you watched from

18   the criminal trial in Dallas and from your other sources --

19   was that video, by the way, has it been mentioned in any

20   intelligence reports or other places that you reviewed to

21   determine its authenticity?

22   A    It has.

23   Q    Where else was that videotape mentioned that led you to

24   believe it's authentic?

25   A    Aside from the FBI and the Department of Justice's use of

Levitt - direct - Werbner                    678

1   it, and its admission into evidence in the HLF trial in

2   Dallas, the German BND intelligence service makes explicit

3   detailed reference to it in its report as well.

4           MR. WERBNER:  Your Honor, Plaintiffs' 1132, I offer

5   it into evidence and if admitted I would like to play it to

6   the jury.

7           THE COURT:  Do I need to hear from you further,

8   Mr. Stephens?

9           MR. STEPHENS:  Just a moment.

10          (Pause.)

11          May we approach, Your Honor in.

12          THE COURT:  All right.  Sorry, ladies and

13  gentlemen.  Sometimes we have to do these things.  Ultimately,

14  they do save time rather than take the time they appear to be

15  taking.

16          (Continued on next page.)

17

18

19

20

21

22

23

24

25

1              (Side bar.)

2              THE COURT:  Okay.

3              MR. STEPHENS:  I don't think this witness can

4      testify about a video.  He doesn't know who took it.  He

5      doesn't know if it is staged.  He doesn't know who was there.

6      He doesn't know that it was set up like a theatrical

7      performance and then everybody went home.  It's propaganda of

8      one kind or another.  I just don't see how it is --

9              THE COURT:  You keep melding the objections.

10             The first part of what you said is authenticity.  I

11     have a concern about that.

12             The second part of what you said is relevance.  I

13     have less concern about that, although some.

14             I am hearing two objections.  Let me hear from the

15     plaintiffs how to overcome those objections.

16             MR. OSEN:  Your Honor, first of all, although the

17     videotape was actually seized in a charitable committee, it's

18     actually a broadcast from Al-Manar with Al-Manar's -- much

19     like the one you just saw, Your Honor.  It has the logo and

20     indicia of having been broadcast on the Al-Manar broadcast

21     network.  So that's number one.

22             Number two -- so that goes to authenticity.

23             The actual video itself contains a sign in Arabic

24     which is translated in the video identifying the location

25     because they actually had to sign up in the front of the

Levitt - direct - Werbner                680

1   podium that indicates the location of the video independently.

2           And, thirdly, it's obviously offered not for the

3   truth of what is being said but for the fact that the event

4   occurred as indicated both on the telecast and in the sign

5   contemporaneously inside, that is, that was on the stage of

6   the video, indicating that it occurred at Islamic Society in

7   Gaza.

8           MR. WERBNER:  If I may add?

9           It was admitted in the United States court in

10  Dallas.  He -- I am not saying that's the only basis.

11          THE COURT:  It's not any basis, frankly.  They had

12  their record and the judge ruled on that record.  I've got my

13  record.

14          MR. WERBNER:  But I am responding, yes, on

15  authenticity, to say that he was present at it.  It was

16  offered.  It was admitted.  It's very important to respond to

17  what the defense said in opening.

18          THE COURT:  That does not persuade me, the fact that

19  it was used in another trial.

20          The fact that it was broadcast and that it's -- you

21  see, the problem is, the proffer you just gave me, none of

22  that is from this witness.  Okay.

23          MR. OSEN:  I understand that.  Foundation should be

24  laid for that before he actually --

25          THE COURT:  I've got to know more on the record from

Levitt - direct - Werbner                681

1    the witness as to the provenance of the clip.  If I get that,

2    then I have overcome the authenticity objection.

3              Tell me, though, what's it being offered to show?

4              MR. WERBNER:  To show that this is not what the bank

5    contends.  It's not a charity.  It's a place that is

6    associated with Hamas and that is engaged in directing monies.

7              THE COURT:  It's relevant for that purpose.

8              Why is it not relevant for that purpose?

9              MR. STEPHENS:  Because nobody can say what the

10   circumstances -- maybe they rented a room for half an hour.

11             THE COURT:  It's not that they are surprising you

12   with this video at the last minute.  You had the ability to go

13   out and get evidence to show that what this purports to mean

14   it doesn't mean.  You can argue that to the jury or offer more

15   evidence to rebut it.

16             But it's not an admissibility issue.  If the thing

17   on its face shows something, that's enough to permit the

18   plaintiffs to argue that what it shows is true.  You can argue

19   it's not true.  It's not an admissibility issue.

20             MR. STEPHENS:  It is when it fades into 403, Your

21   Honor.  I think indoctrination of young kids is -- is

22   prejudicial.

23             THE COURT:  It's clearly prejudicial.

24             MR. STEPHENS:  Undo prejudice.

25             THE COURT:  It is not unduly prejudicial.  It goes

Levitt - direct - Werbner                 682

1   right to the issue you raised in your opening about how is the

2   bank supposed to know, these are mere charities.  These are

3   not, according to plaintiffs, mere charities and they are

4   presenting the evidence to rebut what you said.

5          I think that's perfectly permissible.  I am going to

6   allow it.

7          (Side bar ends.)

8          (Continued on next page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR     OCR     CM     CRR     CSR

Levitt - direct - Werbner                683

1              (In open court.)

2    EXAMINATION CONTINUES

3    BY  MR. WERBNER:

4    Q    Before we play this, Doctor Levitt, I just want to get

5    more information from you about this video and where it was

6    played and what facts you have that leads you to believe it's

7    authentic, if you do.

8    A    I do.

9              The video is taken from a television clip produced

10   by Al-Manar television, which is the television station of

11   Hizballah, a group in Lebanon.  It has been authenticated and

12   used not only by FBI and Department of Justice in the Holy

13   Land Foundation case but also by the German BND intelligence

14   service.  As one could imagine, organizations like the FBI or

15   BND have their own ways of vetting and verifying these types

16   of videos.

17   Q    Is there -- go ahead.

18   A    It has been used in court.  It has been talked about in

19   articles, in books.  It's not a secret, this video, and I

20   don't know anybody who has actually challenged its

21   authenticity.

22   Q    Are there any things in the video, logos or other things

23   that substantiate that as well?

24   A    There is the logo of Al-Manar television.

25              MR. WERBNER:  Your Honor, may I -- I will offer

Levitt - direct - Werbner                684

1  again the exhibit and request leave to show to it the jury.

2              THE COURT:  It is received over objection.

3              (1132 is marked.)

4              (Video plays.)

5              THE COURT:  All right.  Mr. Werbner, I think we can

6  stop it.

7              (Video stops.)

8  Q    Doctor Levitt, is this -- from your many years in

9  counterterrorism with the government, researcher, witness,

10 author of a book called Hamas, was this unusual or

11 aberrational or to what extent are these so-called charities

12 doing things like this as education?

13 A    This was unusual in that it was put on television and got

14 such broad coverage.  We know that Ahmad Bitawi in the West

15 Bank had a similar type ceremony.  You see the -- the children

16 portraying the iconic figures like Sheikh Yassin in his

17 wheelchair with the beard.

18              But it's not the type of thing that is played

19 at -- that my kids would put on in their kindergartens.  This

20 involves people playing with toy guns, sitting there as a mock

21 suicide bomber with the dynamite sticks, doing a mock

22 capturing of an Israeli soldier, stomping on the Israeli flag

23 painted on to the stage.  It's very, very military in nature

24 and as Al-Manar narrator says up front, this is in part about

25 gearing the children toward these types of ideas.

Levitt - cross - Stephens                    685

1    Q    Is that charity?

2    A    Not to my mind.

3              MR. WERBNER:  Your Honor, subject to the other

4    matter I will pass the witness.

5              THE COURT:  All right.

6    CROSS-EXAMINATION

7    BY MR. STEPHENS:

8    Q    Good afternoon.

9    A    Good afternoon, sir.

10   Q    It is afternoon, just barely.

11   A    Yes.

12   Q    My name is Shand Stephens.  We haven't met before.  I am

13   here to represent the bank and ask you some questions.

14             Before I get into the outline here, I would like to

15   bring you back to something that you looked at with

16   plaintiffs' attorneys a few minutes ago.

17             That's Plaintiff's Exhibit 1293, please, Sean.

18             If we can look?

19   A    I am waiting for it to come up.

20             Okay.

21   Q    This is the designation of the Al-Saleh Society by the

22   United States in August of 2007; do you see that?

23   A    Yes.

24   Q    If you look at the second paragraph, the last sentence,

25   it says, today's action, meaning today's action on

Levitt - cross - Stephens                    686

1  August 7, 2007, alerts the world to the true nature of

2  Al-Saleh and cuts it off from the US financial system.

3          The US Government is saying with that phrase, this

4  is alerting everyone that the United States has designated

5  Al-Saleh as a terror organization, isn't it?

6  A    Correct.

7  Q    All right.  And it doesn't say this is to alert the world

8  five years ago that Al-Saleh should have been a terrorist

9  organization, does it?

10 A    Does not say that here.

11 Q    I want to talk to you for a few minutes about the

12 opinions you are not offering and then I will get to the ones

13 you are.

14 A    Okay.

15 Q    First of all, you are not offering an opinion that any of

16 the ten Zakat charities addressed in your report participated

17 in any of the 24 attacks here?

18 A    I was asked to opine on very specific things in the

19 report and to keep to those things in the report.  I have

20 opinions on all these -- on all kinds of matters but unless

21 you want me otherwise to give them now, I am sticking just to

22 the opinions I was asked to do in the report.

23 Q    Right.  That's my point, which is, you haven't been asked

24 to offer an opinion on those things in your report, right?

25 A    I have not been asked.

1  Q     Right.

2        So you are not offering an opinion that any of the

3  ten Zakat charities addressed in your report participated in

4  any of the 24 attacks?

5  A    In the report, there are instances where I note

6  individuals tied to charities involved with specific attacks.

7  I don't recall if any of those are the 24 attacks in question

8  but I don't specifically have a bullet to that point.

9  Q    You are not suggesting the charities participated in the

10 attacks?

11 A    Again, I do point to the charities being involved in the

12 specific attacks in the report.  I do not recall if any of

13 those are among your 24.

14 Q    You are not offering an opinion that any of the ten Zakat

15 charities that you examined in your report trained any

16 perpetrators of the 24 attacks, are you?

17 A     No.

18              (Continued on next page.)

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Levitt - cross - Stephens                     688

1   BY MR. STEPHENS:   (Continuing)

2   Q    And you're not offering an opinion that any of the ten

3   Zakat charities provided logistical support for any of the 24

4   attacks?

5   A    Not one way or the other, I don't get into it.

6   Q    You're not offering an opinion to this jury that any of

7   the ten Zakat charities was the cause of any one of these 24

8   attacks?

9   A    Again, not the subject of my report.

10  Q    You're not offering an opinion that any of the

11  perpetrators of the 24 attacks were recruited from the ten

12  Zakat charities?

13  A    Not in my report.  May have happened.  May have not.  Not

14  in my report.

15  Q    You're not offering an opinion about the Bank's state of

16  mind?

17  A    Correct.

18  Q    Arab Bank's state of mind?

19  A    Correct.

20  Q    And you agree that you are not an expert on all things

21  charity?

22  A    I wouldn't call myself an expert on all things whatever

23  you fill the last word on.  I do have expertise on the issue

24  of abuse of charities for terrorist purposes and anti-money

25  laundering and trying to find efforts to protect the

1   charitable sector from abuse and have testified before

2   Congress and have written extensively about this including the

3   Chronicle of Philanthropy, for example.  So I do have some

4   expertise on the issue as to charity, but not all things

5   charity, no.

6   Q    You are not generally an expert on Palestinian charities,

7   are you?

8   A    I, I've -- again, I've done a lot of work on Palestinian

9   charities, but I don't present myself as an expert on American

10  charities or Palestinian charities or any other type of

11  charities as such but, rather, on efforts to prevent the abuse

12  of charities and efforts to provide sufficient anti-money

13  laundering counter-terrorism mechanisms to that.

14  Q    And you're not offering an opinion on whether Hamas is

15  responsible for any of the 24 attacks alleged in the report?

16  A    That's not in my report.  I don't think that's a matter

17  of dispute but that's not in my report.

18  Q    Now, you are familiar with the OFAC system as you

19  testified earlier in court today?

20  A    Yes.

21  Q    And you have experience with that system both inside the

22  government and I take it outside in testifying?

23  A    Yes, testifying, lecturing.  I do a lot of consulting.

24  I've been brought in by major banks to consult and lecture on

25  these types of issues.  Same within the U.S. Government,

Levitt - cross - Stephens                    690

1    foreign governments, et cetera.

2    Q    Can we take a look, please, at LG001.

3          (Exhibit published.)

4    Q    In the United States, you have, first of all, from the

5    State Department, foreign terrorist organization designations,

6    correct?

7    A    Correct.

8    Q    And then a combination of Treasury and the President of

9    the United States do specially designate terrorists and also

10   specially designated global terrorists, do they not?

11   A    So, the Treasury does them.  The authority comes from a

12   Presidential Executive Order.

13   Q    Can we see the next slide, please, 2.

14         So in the United States, the designation of a

15   terrorist is the FTOs, the SDTs, and the SDGTs go on to a

16   specially designated nationals and blocked persons list and

17   then those are all combined into the OFAC list, is that right?

18   A    I don't know if they put it that way, but essentially

19   those and others.  There are other OFAC administrative list

20   for narcotics traffickers, for regimes, for nuclear weapons

21   proliferators, as well as what you have on the screen here and

22   then there is a master list.

23   Q    All right.  Let's take a look, please, at 003.

24         The OFAC list as of October 2012, which is when

25   we're looking at it, was at that point 525 pages long?

Levitt - cross - Stephens                    691

1    A    That could be.  I don't know.  It's long.

2    Q    And there were over 10,000 designated people or groups on

3    the list?

4    A    Possible.

5             (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Side Bar                                              692

1    Q    And for every U.S. transaction --

2          MR. WERBNER:  Your Honor, I'm sorry, but this has

3    been ruled on earlier and I'll object to it.

4          THE COURT:  You are going to need a side bar to tell

5    me that I excluded this earlier.  Let's have a side bar.

6          (The following occurred at side bar.)

7          MR. OSEN:  Sorry, Your Honor.  The slide as amended

8    after we went through them on Wednesday, I think it was, did

9    not have the last portion which is on there.

10         MR. STEPHENS:  I didn't realize it was there until I

11   just put it up.

12         THE COURT:  Okay.

13         MR. STEPHENS:  But the objection was argumentative

14   and I'm arguing with him now.  I'm entitled to do that now.

15         THE COURT:  I don't think that was the objection.

16         MR. STEPHENS:  I think it was.

17         THE COURT:  Was that the objection, argumentative?

18         MR. STEPHENS:  Yes.

19         THE COURT:  I'm overruling that objection but use

20   the right slide.

21         MR. STEPHENS:  Okay.

22         (Continued on next page.)

23

24

25

Levitt - cross - Stephens                693

1   BY MR. STEPHENS:

2   Q    Here we go.

3           THE COURT:  Please.

4   Q    The OFAC list is actually used in an electronic fashion

5   to filter transactions, is it not?

6   A    When it's used, it can be used and should be used

7   electronically since it's so long.

8   Q    Right.  And for every U.S. transaction, at least in the

9   banking industry, the software electronically compares the

10  names in the transaction to the names on the OFAC list?

11  A    They should be and usually it's multiple types of

12  software combined with -- most banks also subscribe to third

13  party consultants that provide lists so they will put for you

14  in one place the OFAC list, the parallel British list, others,

15  and the better ones will also put in other information as

16  well.

17  Q    Back in the year 2000, 14 years ago, the software was

18  much less sophisticated, was it not?

19  A    It's still only as sophisticated as it is.  There are

20  flaws in the software even today.

21  Q    The -- let's go to -- oh, you believe that the U.S.

22  designation process is very, very good, do you not?

23  A    It's very robust.

24  Q    Is there a difference between robust and good?

25  A    "Robust" is only the word I used earlier and to say I

Levitt - cross - Stephens                         694

1    said "good" is putting words in my mouth.

2              I don't, I don't -- I mean, "good" is a judgment

3    call.  It is.  There is a very robust process for how to go

4    about doing the designation and getting to the point of it

5    being approved.

6              MR. STEPHENS:  Can we look at Mr. Levitt's

7    deposition at page 451, line 21.

8              THE WITNESS:  Could I get a copy of that?

9              THE COURT:  You're about to see it.

10             THE WITNESS:  I mean, more than just the page for

11   the context.  As memory serves, it's about 600 pages long.

12             THE COURT:  You may give it to him, yes, sure.

13   Q    Through line 5 on 451, the question is:  How would you

14   rate the United States on the spectrum of competent actors in

15   preparing designation lists?  Is it among the best, by way of

16   example?

17             Your answer was:  You know, let's put the cards on

18   the table.  You're asking someone who's involved in the

19   process.  The process is what it is, which is to say that

20   nothing's perfect.  But I think it's very, very good.

21             You do think it's very, very good or at least you

22   did think so three years ago, right?

23   A    First of all, I'm having a hard time finding that here

24   and I can't see the context here but, yes.

25             THE COURT:  What's the page and line number?

Levitt - cross - Stephens                    695

1           MR. WERBNER:   451.

2    A    So it does not appear on this 451.

3           (Pause.)

4    A    Here we go.  Okay.

5    Q    Of the 19 leaders you identify as being Hamas in your

6    report, between 2000 and 2004 -- if we could please see 4 --

7    the only ones designated by the United States of America as

8    terrorists were Yassin and Rantisi which was in August of '03

9    and Osama Hamdan which was in August 2003, is that correct?

10   A    Correct.  Yassin, in 1997, at least according to what you

11   have here and then he was among the others in 2003.

12   Q    So this very, very good designation system hadn't

13   designated 16 of the 19 people you have on the list as a Hamas

14   leader between 2000 and 2004?

15   A    This is why the context is so very important.  When I'm

16   talking about the list being good, I'm talking about the

17   process of getting people on the list and I'll say again, as I

18   said earlier, there's no automaticity.  What makes them look

19   good or not is how many entities it has on there.  It's not a

20   good list if it lists every terrorist under the sun and a bad

21   list if it doesn't.  You choose to use this tool in certain

22   circumstances and in others, you don't.

23           So, there are far, far, far more people who are

24   known terrorists who are not on the list for any one of many

25   long reasons than those who are.  There's no automaticity

Levitt - cross - Stephens                    696

1    whatsoever and you can go across any terrorist group or

2    narcotics group or any OFAC list, infinitely more people are

3    not on that list than on it and that doesn't mean that,

4    therefore, they're somehow a light list.

5    Q    Let me ask you a question which is you've got these 19

6    Hamas leaders identified, 16 of them are not identified on the

7    OFAC list, and then you've got ten charities that you've

8    identified and if you could take a look, please, at 5, LG005.

9    There's the ten charities in your report, right?

10   A    Yes.

11   Q    Can we take a look -- do you know how many were

12   designated between 2000 and 2004 on the OFAC list?

13   A    At that time, none, but it's not, it's not so quite a

14   simple answer.

15        As we discussed, al-Salah gets designated later, but

16   for example, in the December 2001 designation of the Holy Land

17   Foundation, a significant portion of the predicate for that

18   designation is the Holy Land Foundation's interactions with

19   these and other entities.  There's no requirement under the

20   law for these individual entities to be listed.  They have no

21   assets in the United States which could be frozen, but it's

22   not like there wasn't indications out there prior to al-Salah

23   being designated and with the others never being designated

24   that there was something remiss about them.

25   Q    Well, certainly, Al-Salah was designated as you pointed

Levitt - cross - Stephens                           697

1    out in your direct in August of 2007, three years after the

2    Intifada ended, correct?

3    A    Yes.

4    Q    So the U.S. Government knows how to designate one of

5    these charities when it thinks its appropriate, right?

6    A    Your words are exactly right, when it thinks it's

7    appropriate, that is to say, when there's a reason for doing

8    that.

9              Now, why they decided to do it then is an

10   interesting conversation.  There probably were things going on

11   in the Israeli-Palestinian conflict.  Perhaps they saw

12   significant increase of funds going to that particular

13   charity, who knows, but there was a reason suddenly to take

14   what basically amounted to a shot across the bow at the

15   Al-Salah Society at the time.

16   Q    You have testified here today that the 16 people who were

17   not on the OFAC list on 2000 to 2004 and the ten charities who

18   were not on the OFAC list from 2000 to 2004 are terrorist

19   organizations associated, people or organizations associated

20   with Hamas, right?

21   A    Correct.

22   Q    Have you told the U.S. Government that you think all

23   these organizations and people ought to be on the OFAC list?

24   A    No, because they don't necessarily belong on the OFAC

25   list.  Again, the OFAC list is not a list of all terrorists.

Levitt - cross - Stephens                    698

1  It is a specific tool to be used when it's the appropriate

2  tool.  So you don't -- and there is never any premise to say

3  automatically, you know someone is a terrorist, you've got

4  evidence, quickly put them on the OFAC list.  That is exactly

5  backwards.  It was never intended for that.

6  Q    Have you ever asked the United States Government if it

7  wanted your opinion about whether or not these 16 other people

8  in these ten charities should be put on the list?

9  A    I don't know if I've spoken about these specific

10  entities.  I've had many conversations with the U.S.

11  Government about who gets on its lists and not, including the

12  Israeli-Palestinian conflict and I include, by the way, not

13  just radical Muslim terrorists, but Jewish terrorists as well.

14  To be clear, there are two sides of this conflict, but that's

15  ongoing conversations.

16  Q    So the Levitt list is broader than the OFAC list?

17  A    Well, there's the OFAC list but the OFAC list, as you

18  said, what's the number, 10,000?  I certainly don't have

19  10,000 so I guess the answer to that would be no.

20          (Continued on next page.)

21

22

23

24

25

699

1          MR. STEPHENS:  Your Honor, if we would like to break

2     for lunch, I can do that now.

3          THE COURT:  Well, that depends.

4          MR. STEPHENS:  What's that?

5          THE COURT:  That depends.  Can you finish in the

6     next half hour?

7          MR. STEPHENS:  No.

8          THE COURT:  Okay.  A little early for lunch unless

9     it's a natural break.  This is a natural break, you're saying?

10         MR. STEPHENS:  It's a natural break.

11         THE COURT:  All right.  Ladies and gentlemen, we'll

12    have lunch now.  We will reconvene at 1:35.  Please do not

13    discuss the case amongst yourselves or anyone else.  Don't do

14    any research or internet communications on the case.  Keep an

15    open mind.  I'll see you back here at 1:35.

16         (Jury exits.)

17         THE COURT:  All right.  1:35.  See you then.

18         (Luncheon recess.)

19         (Continued on next page.)

20

21

22

23

24

25

1                           AFTERNOON SESSION

2                (In open court.)

3                (Judge BRIAN M. COGAN enters the courtroom.)

4                THE COURT:  Let's have the jury, please.

5                THE COURTROOM DEPUTY:  All rise.

6                (Jury enters.)

7                THE COURT:  Be seated, please.

8                Mr. Stephens, please continue.

9    CROSS EXAMINATION

10   BY MR. STEPHENS:  (Continuing)

11   Q    Good afternoon, Dr. Levitt.

12   A    Good afternoon, hope you had a good lunch.

13   Q    I did.

14        Could we go back to LG 004 please, Sean.  There we

15   go.  These are the 19 people you have in your report; right?

16   A    Correct.

17   Q    And as we were talking before the lunch break, 16 of them

18   are not on the OFAC list between 2000 and 2004 and three are;

19   right?

20   A    Correct.

21   Q    All right.  I want to take a look, please at PX 1938 and

22   hang on before we do that.  We've got Salah Shehadah right

23   there; right?

24   A    Yes.

25   Q    And he's not on the list, OFAC list?

1  A    Correct.

2  Q    Okay.

3           Can we look at PX 1938?

4           PX 1938 is a SWIFT message, a transfer message out

5  of New York branch of Arab Bank and as you can see, it's

6  coming from a Mr. Mahmoud Okailan down there at the bottom as

7  originating party.  It is going to Salah Mustafah Mohamad

8  Shehadah.  It is crediting to Arab Bank in Ramallah.  The date

9  is February 13th, 2001, right there at the top and as you can

10 see over there on the left-hand side it says OFAC and it has

11 MUM.

12          Are you familiar with these sorts of transfer?

13 A    I've seen them.

14 Q    All right.  And this notation on this transfer shows that

15 it went through the OFAC list; does it not?

16 A    I assume that's what's it means.

17 Q    And it shows actually that somebody took a look at it

18 because there's initials next to it, are you aware of that?

19 A    I see that.

20 Q    All right.  And then because this person is not on the

21 OFAC list, the transfer went through; didn't it?

22 A    If you say so.

23 Q    Let's take a look at back to LG 004, please.

24          We're back to your list and one person on your list

25 is Ismail Haniya; is that correct?  Am I missing him here?

Levitt - cross - Stephens                    702

1    A    It looks like -- no, right under Osama Hamdan.

2    Q    Right.  Ismail Haniya is there and he's not on the OFAC

3    list; is he?

4    A    No.

5    Q    So, let's take a look at PX 1930.

6              This is another transfer going from the top to the

7    bottom, this one is from July 1st, 2000.  It's in the amount

8    of $20,000.  It's going from Yousef Hayek to Ismail Haniya and

9    it goes to the OFAC list and it's a zero.  Meaning there

10   wasn't any match; isn't that right?

11   A    That's what appears.

12   Q    Okay.  Let's take another one of the Hamas leaders that

13   you discussed.

14             Can we go back to the list, please?

15             We have Ismail Shanab.  He's not on the OFAC list

16   between 2000 and 2004; right?

17   A    Correct.

18   Q    So let's take a look at PX 2187.

19             2187 is another transfer.  This one dated

20   October the 18th, 2000.  It is from Yousef El Hayek to Ismail

21   Shanab and it goes to the OFAC list and it's a zero.

22             Do you see that?

23   A    I do.

24   Q    Okay.  And the fact that this is a zero, meaning it's not

25   a match, Yousef El Hayek was checked and Shanab was checked;

Levitt - cross - Stephens                             703

1    isn't that right?

2    A    Checked on the OFAC list alone, yes.

3    Q    Checked on OFAC list?

4    A    Yes.

5    Q    Now, these sorts of transfers happen in the blink of an

6    eye; don't they?

7    A    I don't know.

8    Q    You don't know about the electronic transfer of funds?

9    A    I know when I do an electronic transfer of funds it takes

10   my bank sometimes a couple days to do it, so I don't know how

11   long it actually takes for the whole process.  The process

12   itself can take some time, but when they actually approve it

13   and hit the button that it probably goes pretty quickly.

14   Q    It actually all happens in the blink of an eye; doesn't

15   it?

16         You don't know?

17   A    No.

18   Q    Well, the filtering system for OFAC used by financial

19   systems al over the United States takes electronic transfers

20   that are going in the thousands of tens of thousands and

21   sometimes hundreds of thousands per month and has to check

22   them all to make sure that A) they go through the list and if

23   the person is designated as a terrorist the transactions stop

24   and B) that commerce can go on so it doesn't stop the

25   transaction but it all has to happen very quickly; doesn't it?

Levitt - cross - Stephens                    704

1    A    No.

2    Q    It doesn't?

3    A    No.

4    Q    Okay.  So, your view is that financial institutions in

5    the United States are actually having human beings look at

6    each one of these?

7    A    No.

8    Q    All right.  You haven't worked at a bank; have you?

9    A    No.

10   Q    If you take a look at -- I'm interested in something

11   here, which is are you familiar with the United Nations list?

12   A    Yes.

13   Q    Yes?  And is it correct that in the United Nations there

14   is a Security Council Counter-Terrorism Committee?

15   A    That is correct.

16   Q    And the U.N. has 193 member states, currently?

17   A    Sounds right.

18   Q    And the United Nations Security Council counter-terrorism

19   committee has its own list of designated terrorists; does it

20   not?

21   A    It has a list.  It is not a list of all terrorists.  It

22   is limited in scope to entities that can be tied to either

23   al-Queda or the Taliban, only.

24   Q    Okay.  Are any of your Hamas leaders, your 19 Hamas

25   leaders on the U.N. list?

Levitt - cross - Stephens                    705

1   A    No, because they are not Al-Qaeda or the Taliban.

2   Q    What about the European Union?  Are you familiar with the

3   European Union list?

4   A    I am.

5   Q    The European Union is an organization of 28 different

6   countries?

7   A    Twenty-nine.

8   Q    Twenty-nine.  Has a new one?  I must have looked it up

9   too late.  Or too early.

10          The European Union incorporates the U.N. list; does

11   it not?

12   A    It does.

13   Q    All right.  And it maintains its own list as well?

14   A    A much, much shorter list.  It has its own list.  Mostly

15   of organizations but some persons.

16   Q    Are any of the 19 people you have on your list on the

17   European Union list?

18   A    I don't think so.  Hamas is.

19   Q    We'll get to that in a minute.

20          Let's take a look at your ten Zakats.  We can do

21   that through slide number five.

22          By the way, Zakat has a meaning in Arabic; doesn't

23   it?

24   A    It does.

25   Q    What is that?

Levitt - cross - Stephens                706

1  A    Simply charity.  Religious -- charity one gives as a
2  religious obligation.
3  Q    All right.  And it's somewhat similar in obligation under
4  Islam to tithing; is it not?
5  A    Right.
6  Q    Right.  You're supposed to give a certain amount of your
7  money to the church or in this case the mosque as a part of
8  your devotion to the religion; is that right?
9  A    Not exact, but it's close enough.  There's nothing
10  nefarious per se about Zakat.  The concern is about its
11  vulnerability to abuse.
12  Q    Right.  There is nothing nefarious about Zakat, per se;
13  correct?
14  A    Correct.
15  Q    So, Zakat charities is actually somewhat of a redundancy;
16  isn't it?
17  A    Not really.  There actually are different words for
18  charity and the Zakat religious charity, but for our purposes,
19  sure.
20  Q    All right.  So, here's the Zakat charities you listed and
21  as we've already established, we can see the build, during
22  2000 to 2004 time frame none of them were on the OFAC list
23  either; right?
24  A    Correct.
25  Q    They weren't on the U.N. list either; were they?

Levitt - cross - Stephens                          707

1   A    By definition they don't qualify for the U.N. list, they

2   could never come up for consideration.

3   Q    And they weren't on the EU list either; were they?

4   A    Correct.

5   Q    In the United States approximately how many people are

6   working on the OFAC list in the Treasury Department as we

7   stand here today?

8   A    I have no idea.

9   Q    Is it several hundred?

10  A    I really don't know.  It depends how broadly you describe

11  working on the list.  Probably a fairly small number of people

12  actually maintain the list, a larger list of people who have

13  anything to do with the whole listing process.

14  Q    Do you know how many people work in the Office of Foreign

15  Assets Control, OFAC?

16  A    Once upon a time I did.  I'm happy to say I don't

17  anymore.

18  Q    So, that would have been in what, 2004 when you were

19  there?

20  A    I was there through 2007.

21  Q    2007?

22  A    2005 to 2007.

23  Q    What about the number of people working in the United

24  Nations on investigating and creating United Nations list, do

25  you know how many people that is?

Levitt - cross - Stephens                    708

1   A    Probably actually a very small number because it's not

2   actually the United Nations that does the investigating.  It's

3   member states.  And it's member states within their respective

4   existing agencies.

5   Q    All right.

6   A    People assigned to communities, probably a fairly small

7   number and there are monitoring committees, which do some

8   investigations and have maybe, I don't know, I think it's

9   maybe a dozen or so each.

10  Q    So, how many countries are contributing to the

11  investigation that goes into the U.N. list?

12  A    Unfortunately, very few.  Very few countries actually are

13  interested in nominating names.  When they do it, it's because

14  they have some type of interest.  The U.S., the European

15  countries tend to be, Canada, Australia.  Western countries

16  tend to be the ones most involved.

17  Q    Okay.  So, in other words, 15 or 20?

18  A    It's hard to say.

19  Q    Is it at least 15?

20  A    I'd say at least 15.

21  Q    So, there are 15 countries contributing to the

22  investigations?

23  A    Again, it's, I wouldn't put it that way.  You don't have,

24  there's not a standing committee looking into these

25  investigations.

Levitt - cross - Stephens                    709

1          First of all, the whole thing is moot as far as

2    discussion here because Hamas, which is the issue we're

3    discussing, cannot be even considered at the U.N.  The U.N. is

4    irrelevant to the conversation.

5          To the extent that something else in some other

6    court case somewhere may have relevance to the U.N., it's not

7    like you have standing countries who are regularly

8    investigating.  You'll have countries that are doing an

9    investigation of their own and when they go through, they will

10   nominate, if it's applicable -- that is to say, if it's a

11   group or an entity or a person that has demonstrable ties to

12   Al-Qaeda, Al-Qaeda affiliate groups or the Taliban in

13   Afghanistan -- will nominate them to also be designated at the

14   U.N. in an effort to multi-lateralize, internationalize the

15   action.

16         It's irrelevant; it cannot happen for Hamas or

17   Jewish extremist groups or the IRA or anything that's al-Queda

18   or the Taliban.

19   Q    Do you recall the poster that you were shown during your

20   direct of Salah Shehadah?

21   A    Yes.

22   Q    It had some countries down at the bottom of it, one of

23   those was Afghanistan; wasn't it?

24   A    Correct.

25   Q    That's where the Taliban are?

1  A    Correct.  Why Hamas wanted to affiliate itself with

2  Jihadists in Chechnya, Afghanistan, you would have to ask

3  them.  But Hamas actually isn't tied, isn't affiliated with,

4  isn't formally part of Al-Qaeda and Taliban and would never be

5  applicable for even consideration at the U.N.

6  Q    All right.  Let's if back to LG 005 please, Sean.

7         So, I want to take a look with you for a minute at

8  transactions for the Zakats you've got listed and have

9  determined in your own mind are controlled by Hamas.  So, the

10 first one of those I'd like to see is PX 1836.

11        This is a SWIFT transfer.  It's dated November 26th,

12 1999.  It's going from Juma al-Majed to -- I'm going have

13 trouble with this name, but it's the Islamic is it?

14 A    Almojamaa al-Islami.

15 Q    Yes.  And it goes through OFAC and it's a zero.  Checked

16 to see if it was a designated terrorist by the United States;

17 did it not?

18 A    Honestly, I don't know if the two parentheses there look

19 like are zero or not, actually look different from the zero

20 digits in the line right above it and I honestly don't know if

21 that means that is it was subjected to an OFAC check or if it

22 wasn't an OFAC check.

23 Q    So, you don't know whether this was checked or not?

24 A    I don't.  And next what you have in that OFAC line you've

25 highlighted, looks to me as frankly have the others you've

Levitt - cross - Stephens                711

1    shown me, like an open and closed parentheses, not the 0 digit

2    right above it.

3    Q    They are actually.  They're two parentheses and when they

4    come together it looks like a zero to Shand Stephens, so

5    that's the only reason I called it a zero.

6            But I guess what you're telling the jury is that you

7    are not familiar enough with how this works to recognize that

8    the transaction's been checked through OFAC and there was not

9    a hit?

10           MR. WERBNER:  Your Honor, I'm going to object.

11           THE COURT:  Sustained.

12   Q    Okay, let's take a look at PX 1827.

13           PX 1827 is another transfer, as you can see.  It's

14   dated February 16th, 2001.  It's coming from the International

15   Islamic Relief Organization to the Islamic Society Gaza.  And

16   it's gone through OFAC and it does not show a hit; isn't that

17   right?

18   A    The same thing.  International Islamic Relief

19   Organization or some offices of it were designated, but I

20   think after 2001.

21   Q    But this, what these Exhibits show is the OFAC filtering

22   system in action?

23           MR. WERBNER:  Objection, Your Honor, there's no

24   predicate.

25           THE COURT:  Sustained.

Levitt - cross - Stephens                712

1    Q    All right.

2           THE COURT:  Mr. Werbner, just objection, that's all.

3    Q    Now, you also testified in your direct about an

4    international network of charities that funded Hamas; did you

5    not?

6    A    I did.

7    Q    Could I see that map, please Sean?

8           This was shown to you on your direct examination, do

9    you remember that?

10   A    Correct.

11   Q    All right.  Did you actually basically design this?

12   A    Yes.

13   Q    Okay.  And so, over here from left to right you've got

14   the Holy Foundation in Texas as one of the charities that's

15   part of the funding network for Hamas; do you not?

16   A    Correct.

17   Q    Okay.  Could we look at PX 2229.

18          PX 2229 is another SWIFT message.  This one's dated

19   September 23rd, 1999.  And it is going from Holy Land

20   Foundation to the Ramallah Zakat Committee.

21          Do you see that?

22   A    I do.

23   Q    And it went through OFAC and it was not a hit?

24          MR. WERBNER:  Your Honor, objection.

25          THE COURT:  Sustained.

Levitt - cross - Stephens                    713

1   Q    I take it, Dr. Levitt, that if I show you any of these

2   transfers that are similar, you are not going to know whether

3   they were or weren't a hit in the OFAC list?

4   A    The same as this.  All I see is the parentheses.

5              Also, I don't see any lines for any other lists,

6   whether it's the U.K. list, Financial Services Authority which

7   does list Hamas entities.  There are other lists other than

8   OFAC and everything you've shown so far I only see if, in

9   fact, this is what had happened, that this was checked by

10  OFAC, nothing else.

11  Q    In your report, in fact, in your direct examination you

12  were asked about the length of your report, do you remember

13  that?

14  A    Yes.

15  Q    It's 101 pages?

16  A    Yes, 101.

17  Q    And you said almost 700 footnotes, it's actually

18  precisely 694; isn't it?

19  A    You know it better than I do.

20  Q    I do.  I probably read it more than you ever thought

21  anyone would.  So, you wrote your report.

22             Could we see 84, please.

23             You wrote your report in 2010, signed it in 2011?

24  A    Correct.

25  Q    Okay, great.  And so, the time frame of the terror

Levitt - cross - Stephens                    714

1   attacks that we're talking about here is 2001, March 2001 to

2   September 2004; is it not?

3   A    Correct.

4   Q    All right.  And you wrote your report based on

5   information you had gathered all the way up to the end of

6   2010; isn't that right?

7   A    Correct.

8   Q    Right?

9   A    So far as it was relevant to the time period in question

10  as well.

11  Q    So, you relied on information that actually wasn't

12  available here in order to write your report there; right?

13  A    In some cases.  In other cases I relied on information

14  that was available then and earlier.  In some cases, I relied

15  on information that became available subsequently.

16  Q    All right.  One of the things I see you cited in your

17  report is a book called The Hamas Lexicon.

18       That was written in 2008; was it not?

19  A    I'd have to check it, if you like.

20  Q    All right.  Can we take a look at number six.

21       We've gone to the trouble and I think maybe you've

22  seen it before to count up your top ten most cited sources in

23  your report.  And the most commonly cited documents in your

24  report are these CSS documents.

25       Could you tell the jury briefly what the CSS is?

Levitt - cross - Stephens                715

1   A    CSS, which stands for Center For Special Studies I think,

2   it actually goes by another name now, is an entity in Israel.

3   It is a think tank that is tied to the Israeli military and

4   through which the Israeli military the Israel Defense Force or

5   IDF published materials it seized from institutions in the

6   West Bank -- some Hamas institutions or others, some

7   Palestinian intelligence offices -- when it re-entered the

8   West Bank and what it called Operation Defensive Shield.

9           Their reports also include analysis of their own

10  which I don't cite to.  I make use of the primary source

11  documents, which they make available in their original Arabic

12  and English translation and which I took the effort of vetting

13  with U.S. and other officials and used those primary source

14  documents in the report.

15  Q    All right.  The CSS bulletins which include those primary

16  source documents you're talking about that you cite 128 times

17  out of 694 are dated December 2004 and later; are they not?

18  A    I have to check.  If you want me to look at each and

19  every one, but I'll take your word for it.

20  Q    Okay.  The U.S. Holy Land Foundation trial documents,

21  which came from 2008, you cite 87 times and that's the second

22  most commonly cited document in your report; is it not?

23  A    I haven't counted them, you have, I'll take you at your

24  word here.

25  Q    All right.  The Watson memo from the FBI that I'm going

Levitt - cross - Stephens                716

1   to discuss with you in a few minutes is November 2001.  You

2   cite that 71 times; right?

3   A    Okay.

4   Q    And we can, here's the German Intelligence Service

5   letters.  We saw those in the direct; did we not?

6   A    We did.

7   Q    You cite those.  Those are from 2002 to 2004, and you

8   cite those 24 times.

9          Are you going to take my word for it?

10  A    Unless you want me to sit here and count them, I'll take

11  your word for it, we are good.

12  Q    I don't think the Judge would stand it.

13  A    Me neither.

14  Q    All together your top ten most cited sources -- could we

15  see the next part of this slide -- there's 393 of them out of

16  694, that's 57 percent just in those ten citations or those

17  documents.  And I want to know --

18          If I could see, by the way, the next slide.

19          The first attack in this case is March 2001; is it

20  not?

21  A    Yes.

22  Q    Do you know how many of those top ten citations of yours

23  actually refer to documents that were generated after the

24  first attack?

25  A    How many of those top ten sources refer to documents

Levitt - cross - Stephens                717

1    that -- the documents themselves, many of them came out later.

2    They include in there information about incidents and events

3    that happened earlier and you still have the whatever it is

4    40-something percent of other documents as well.

5            But these are particularly reliable documents from

6    Government sources, primary source documents seized on the

7    ground in West Bank.  They're the types of documentation you

8    want to see in a report like this.  And as we discussed

9    earlier, if a report comes out, for argument's sake today,

10   it's not based on information that happens today, it's based

11   on things leading up to today, obviously.

12   Q    Okay.  Let's take a look at the next slide please, Sean,

13   which is 8.

14           If we eliminate the citations from your top ten in

15   your report that are after the first attack, we wind up

16   with -- you can build it, yes -- nine of the ten are after the

17   first attack, so the information from those particular sources

18   is not available until after the first attack had actually

19   happened; right?

20   A    Well, those particular sources clearly were not

21   available.  The information in them, not necessarily the case.

22           So, for example, some of these reports refer to

23   Palestinian raids of some of these different entities.  Those

24   raids would have been reported in the press, there would have

25   been talk about that, there were plenty of sources of

Levitt - cross - Stephens                    718

1   information, including some included in these reports, but the

2   reports themselves, of course, if they were published after

3   the date in question, would not yet have been available.

4   Q    The one citation that is actually before the first attack

5   is this book from 1994 published by the Indiana University

6   Press; is it not?

7   A    Yes, that's the book by Ziad, Abu-Amr that I referenced

8   earlier.

9   Q    Could we see slide number nine.

10        That's the book that you referred to in footnote 14

11  of your report; is it not?

12  A    This is the Ziad Abu-Amr book, yes.

13  Q    Right.  Published in 1994, it's 135 pages long and it's a

14  history book actually, isn't it; right?

15  A    A good one.

16  Q    About the Muslim Brotherhood and Islamic Jihad?

17  A    No, it's about Islamic Fundamentalism in the West Bank in

18  Gaza, so that includes the Muslim Brotherhood, it includes

19  Islamic Jihad, it includes Hamas.

20  Q    Okay.  Let's take a look at slide 11.

21        I'm going to focus now on the citations that you

22  referred to in your report that are after the last attack.

23  The last attack is in September 2004 in this case; right?

24  A    Yes.

25  Q    Could we see slide 12, please.

Levitt - cross - Stephens                    719

1          Here's the same top ten citations in your report,

2     which is over half of the references in it.  And these are all

3     after all the attacks had happened.  This is after all the

4     attacks had happened.  This, we've already covered this, which

5     was the one thing that was before, and then this is after the

6     Union of the Good and this is after.

7             So, all we're left with to start with is the Watson

8     memo; right?

9     A    Again, so, if you take the HLF trial documents which came

10    out as such in 2008 and is crossed out here, there was plenty

11    of writing reportage about the type of posters, for example,

12    that we've talked about found in some of these charities over

13    the years.  That is cited here to the HLF case material

14    because those have gone through extra layers of vetting, but

15    it's not like no one knew about this, that this was unheard of

16    this until then.  I'm just choosing to cite it to that source

17    because it's a particularly strong source.

18

19             (Continued on following page.)

20

21

22

23

24

25

Levitt - cross - Stephens                           720

1   EXAMINATION CONTINUES

2   BY MR. STEPHENS:

3   Q    You will agree with me, that the Holy Land Foundation

4   documents, as you cited in being in 2008 out of that trial,

5   were not available for anyone to look at in 2000 and 2004, in

6   that form for sure?

7   A    In that form?  Clearly not.  But there were already

8   people who were making research trips to the West Bank and the

9   Gaza Strip.  This was by no means the first time that type of

10  information came out.  To pretend otherwise is just

11  disingenuous.

12          So, yes, you could not have gotten those sources

13  through the HLF trial, until the HLF trial went through its

14  course and it was published on the Court's website.  It was

15  disingenuous to suggest much of that material wasn't publicly

16  available.

17  Q    You took years to assemble it, did you not?

18  A    I took years to assemble a lot of this information, yes.

19  Q    The most commonly cited document that's actually not

20  after the last attack is the Watson memo.  The Watson

21  memo -- we can see 14?  The Watson memo actually refers to a

22  memo written by Dale Watson, who is the Assistant Director of

23  the Counterterrorism Division in the FBI.

24          You actually worked at the FBI when Dale Watson was

25  there, did you not?

GR      OCR      CM      CRR      CSR

Levitt - cross - Stephens                    721

1    A    I did.

2    Q    All right.  And this is shortly after 9/11, right?

3    A    Yes.

4    Q    And Mr. Watson, the Assistant Director of

5    Counterterrorism, is sending this memo to Richard Newcomb who

6    was the Director of the Office of Foreign Assets Control; you

7    see that?

8    A    Correct.

9    Q    It's an Action Memorandum.  When you were in the

10   Treasury -- when you were in both the FBI and the Treasury,

11   what did action memorandum mean?

12   A    It's FBI lingo for a memo that is about a potential

13   action.

14   Q    Okay.

15   A    This one is about providing information to be considered

16   in support of Treasury's deliberations.  I shouldn't say

17   Treasury.  It's an interagency deliberation, led by Treasury,

18   about whether or not to designate the Holy Land Foundation --

19   it's actually a direct parallel to the BND report, the German

20   report submitted to their ministries about their

21   considerations about whether or not to designate the Al-Aqsa

22   International Foundation in Germany.

23   Q    This is the FBI giving information to the head of OFAC

24   saying this is -- this is material you ought to consider and

25   parties you ought to consider for designation on the OFAC

GR      OCR      CM      CRR      CSR

Levitt - cross - Stephens                    722

1   list, is it not?

2   A    No.

3           This is specifically, as the subject line suggests,

4   and only about whether or not to designate the Holy Land

5   Foundation for relief and development.  It was never about

6   whether or not to designate any of the other entities that are

7   included in the report.

8   Q    Okay.  Well, the Watson memo actually discusses some of

9   the entities that you say are Hamas Zakat charities, does it

10  not?

11  A    I and many others, yes.

12  Q    Could we take a look at 15?

13          This is a page out of the Watson memo and it says

14  that Zakat committees in the West Bank and Gaza include

15  Islamic Charity Association in Hebron, the Ramallah Zakat,

16  Jenin Zakat, Nablus Zakat and Tolkarem Zakat.  Those are all

17  on your list of Hamas charities, are they not?

18  A    Correct.

19  Q    And despite the fact that the FBI told OFAC about the

20  Holy Land Foundation and these charities that supposedly were

21  getting money from it, not a single one of them was designated

22  by OFAC, were they?

23  A    Nor were they considered for designation.

24  Q    You weren't in OFAC at the time.  You wouldn't know that,

25  would you?

Levitt - cross - Stephens                723

1   A    I have spoken to people who were involved.  What was

2   under consideration was the Holy Land Foundation.  One of the

3   reasons I know what -- that these weren't considered is

4   because there is a long ongoing debate within US Government

5   about whether or not, if an entity, a group, in this case

6   Hamas, is designated, is there any utility or responsibility

7   in designating every one of its constituent parts.  You have

8   designated Hamas.

9            If, for example, from what you have here, the

10  Islamic Charitable Association in Hebron, is in fact part of

11  Hamas, have you not already designated it?  Do you have to go

12  through secondary, tertiary, whatever designations for

13  everything?  Most people say no in part because Treasury would

14  be spinning its wheels, constantly adding, constantly adding.

15           So you don't designate every single one.  There has

16  to be a reason.  HLF, the Holy Land Foundation, was the

17  largest Muslim charity in the United States until it was shut

18  down.  It was a massive fraud on the American people, who for

19  religious or national reasons were giving charity to

20  Palestinians, and there is nothing wrong with that, without

21  realizing the vast majority of them, they are actually giving

22  money to Hamas.

23           There was a national interest in shutting down the

24  Holy Land Foundation, but not necessarily in ticking off every

25  single one of the constituent entities that are Hamas.  The

Levitt - cross - Stephens                    724

1   report does go to great length to show these are Hamas

2   entities.  By virtue of them not saying let's designate them

3   too, I think they are making their point.  Designated Hamas,

4   we don't need to designate every single piece of Hamas.

5   Q    When was the Holy Land Foundation designated as a

6   terrorist by the United States?

7   A    December 2001.

8   Q    I am interested in one other thing, which is, could we go

9   back to the report itself, the first page of this?  It's 14.

10              Watson in 2002 announced publicly --

11              MR. WERBNER:  Your Honor, I object.

12              THE COURT:  Let's have a side bar.

13              (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Levitt - cross - Stephens                    725

1           (Side bar.)

2           THE COURT:  What's your objection?

3           MR. WERBNER:  Well, if it's what you already ruled

4   was inadmissible, that he made a similar statement about Osama

5   Bin Laden, I think then counsel should be reprimanded.  If I

6   misunderstood, then I'll be corrected.

7           THE COURT:  I don't know about the reprimand.  The

8   document is not in evidence.

9           MR. STEPHENS:  I am not putting the document in.  I

10  am going to ask him if he knows.

11          THE COURT:  You are using it as if it is in

12  evidence.  You are quoting from it.

13          MR. STEPHENS:  You mean, the thing out of his

14  report?

15          THE COURT:  No.  The Watson memo.

16          MR. STEPHENS:  Yes, right.

17          THE COURT:  You are quoting from it.

18          MR. STEPHENS:  Yes.

19          THE COURT:  It's not in evidence.

20          MR. STEPHENS:  Yes.

21          THE COURT:  Do the plaintiffs want it in evidence?

22          MR. WERBNER:  Yes.  We are going to offer it.

23  That's not the point.

24          MR. OSEN:  Our issue, Your Honor, the slide that

25  they had shown in opening was to impeach Mr. Watson, not

Levitt - cross - Stephens                    726

1    Mr. Levitt, by putting out that he mistakenly claimed he

2    believed Osama Bin Laden was dead in 2002.

3              Am I mistaken about that?

4              MR. STEPHENS:  No.  I think that's what he did.  He

5    announced it publicly.

6              THE COURT:  But it's not in evidence.

7              MR. WERBNER:  But, Your Honor --

8              MR. OSEN:  It is an out of court statement.

9              MR. WERBNER:  That's not the point.  The point from

10   me was that you ruled that that was not appropriate.  It's

11   hearsay.  They are trying to impeach collaterally.  Then I

12   have to go and show why he might think Osama --

13             THE COURT:  I agree.  I am sustaining the objection.

14             MR. STEPHENS:  Okay.

15             (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Levitt - cross - Stephens                    727

1           (In open court.)

2           MR. STEPHENS:  Could you look at 17 again, please?

3    BY MR. STEPHENS:

4    Q    The next most commonly cited document in your report are

5    these German intelligence letters that we saw earlier today,

6    right?

7    A    Correct.

8    Q    You I believe -- could we see 18?

9           You testified that this name, which I am not even

10   going to try to pronounce, the BND, is the equivalent of the

11   US CIA, right?

12   A    It's one of the German intelligence sources.

13   Q    And these documents that were introduced earlier in your

14   testimony were actually sent to the German Ministry of the

15   Interior?

16   A    Correct.

17   Q    They were internal documents of the German government?

18   A    Until they were preferred as evidence in the court and

19   the Al-Aqsa International Foundation's appealed of its

20   proscription.

21   Q    That was in 2005?

22   A    I think it was 2005.  I'd have to check though.

23   Q    You don't know when they'd been translated in English or

24   what availability there was outside of the German government

25   until that trial in 2005, right?

GR        OCR        CM        CRR        CSR

Levitt - cross - Stephens                    728

1    A    Correct.

2    Q    Could we go back to 17, please?

3         Here you've got as something you cited 19 times was

4    the US designation of five charities and six Hamas leaders

5    from August 2003.

6         You see that?

7    A    Yes.

8    Q    If we could see LG 21?

9         The designation that you are citing is actually

10   after all but four of the attacks in this case, is it not?

11   A    Correct.

12   Q    The individuals that you discuss in your -- well, in your

13   testimony as well as in your report, but in particular in your

14   report, also you rely on information that came after, for

15   example, Salah Shehadah was dead; is that right?

16   A    We could check.

17   Q    Let's see LG 27.

18        This is your report, runs two pages, or from 14 to

19   15, on Mr. Shehadah.  The citations are, your footnotes, which

20   started '89 and go up to '95.  One of them is from July 22,

21   2002, which is the Al Qassam Brigades's information on this

22   announcing that he is dead, isn't that right?

23   A    Sure.

24   Q    And all the rest of these that you cite are actually

25   after he's dead?

GR        OCR        CM        CRR        CSR

Levitt - cross - Stephens                    729

1  A    These particular citations are.

2        Of course, Salah Shehadah was well known.  His name

3  was out there well before.  These just happened to be the

4  citations I used.

5  Q    And if we can take a look at LG 28?

6        Ismail Shanab was not designated as -- on the OFAC

7  list, was he?

8  A    Correct.

9  Q    And all of your citations here are after his death as

10 well, aren't they?

11 A    Again, the ones that I chose to use happen to be after

12 his death.

13       Ismail Abu Shanab was a very public figure, quoted

14 many times.  His relation with Hamas is a matter of public

15 record.

16 Q    And one more, Ismail Haniyeh, let's see the next one.

17 Your citations concerning Ismail Haniyeh, who is not

18 designated, are December 2006 and June 2007, are they not?

19 A    Again, I am taking your word for it in the interests of

20 time.  But Ismail Haniyeh is one of the most public figures of

21 Hamas in the Gaza Strip and his affiliation with Hamas

22 associated charities there, the fact that he was a senior

23 Hamas political leader in Gaza Strip, very public, well-known

24 fact.

25 Q    Yes.  In point of fact, you agree that after the

Levitt - cross - Stephens                    730

1   assassination of Sheikh Yassin in 2003 and Rantissi in 2004,

2   Haniyeh was reportedly named to Hamas's collective leadership,

3   although the exact identities of Hamas's leaders were kept

4   secret?

5   A    After the Israelies assassinated first Yassin and then

6   his successor Rantissi in quick succession, I think it was

7   about four weeks apart, Hamas got the message and decided not

8   to make public, not to announce who the next official formal

9   leader would be.  So that, when it started going under the

10  category of that kind of secret activity that we talked about.

11  Meanwhile, there was plenty of overt information.  So while

12  you might not have known if Ismail Haniyeh, there was talk

13  about Mahmud Zahar at the same time who we mentioned also

14  purportedly maybe, but they didn't want to say if it was him

15  or if it was him or someone else because they didn't want the

16  Israelies to target that person.  These people were senior

17  Hamas leaders before and after Yassin and Rantissi's death.

18  It is a fact.

19  Q    This actually is a quotation out of your report, is it

20  not?

21  A    Correct.

22  Q    It's true, isn't it, that after the assassinations of

23  Yassin and Rantissi in '03 and '04, the identities of Hamas's

24  leaders were kept secret?

25  A    The identities of the new individual or individuals,

Levitt - cross - Stephens                    731

1    there were reports that it wasn't going to be just one person

2    anymore so if one person was assassinated you didn't remove

3    all the top leadership, they were being secret.

4             Ismail Haniyeh didn't somehow become a secret.  We

5    all knew about him before and we knew about him after.  That's

6    just on this who is going be the top leader position.  For all

7    the guys on the ground who are running charities and

8    everything, as we discussed earlier, these people were very

9    open about their affiliation and that needed to be so so that

10   they could get the political benefit of their charitable work.

11   You are not going to get that if you don't say who you are.  I

12   am giving you something but you don't know who I am.

13            So these rallies, these funeral processions, these

14   posters, this is all very, very public stuff.

15   Q    In 2005, the landscape in the West Bank and Gaza changed

16   because there was an election, isn't that right?

17   A    2006.

18   Q    2006.

19            And Hamas actually created a political party called

20   what, the Change and Reform Party?

21   A    Change and Reform.

22   Q    Right.

23            Hamas was elected as the government of the West Bank

24   and Gaza in that election, was it not?

25   A    It was.

Levitt - cross - Stephens                    732

1  Q    Right.

2  A    The -- I'm sorry.  I didn't mean to interrupt.  It was a

3  national unity government led by Hamas.

4  Q    In 2006, there were people who were openly running for

5  Hamas positions in the parliament, right?

6  A    Correct.

7  Q    And then in 2007, actually when I think the government

8  was formed, is that right?  The beginning of '07?

9  A    No.  In 2006, the national unity government is formed.

10 2007, you have a violent split, which ends with Hamas taking

11 over the Gaza Strip and Fatah, a more secular party, which had

12 dominated the PLO, Palestine Liberation Organization, and the

13 FA, the Palestine Authority until then, ruled the West Bank

14 and more or less continues to today.

15 Q    Right.

16        And after that election, when Hamas people were

17 openly running for seats on the Parliament, Ismail Haniyeh,

18 who we were discussing a minute ago, actually became the prime

19 minister, didn't he?

20 A    He was the prime minister of the national unity

21 government for a period of time.  He was then removed from

22 that position by the president and with the split with Hamas

23 taking over the Gaza Strip, became the Hamas prime minister in

24 the Gaza Strip and there was a Fatah or Palestinian Authority

25 prime minister in the West Bank.

Levitt - cross - Stephens                733

1   Q    All of that happened basically two years after the

2   intifada ceased?

3   A    Approximately, yes.

4   Q    And approximately two years after the last attack at

5   issue in this case?

6   A    Approximately.

7   Q    Your conclusion -- I am going to move to the Zakats for a

8   moment.  Your conclusion in your report about the Zakats is

9   that all ten of them in effect are Hamas departments, agents,

10  alter egos, precursors or otherwise controlled or dominated by

11  Hamas?

12  A    I'm sorry.  Could you tell me what --

13  Q    I'm sorry.  It's on page -- it's the fourth paragraph of

14  your conclusions.  I don't have a page.

15       Would you like to see it?  I think I have it.

16  A    Okay.

17  Q    I don't have page on my outline here.

18  A    This would be 101, the last page.

19  Q    It right in front, isn't it?

20       Yes, you are right.  The last page.

21  A    So I don't list out specific names here.  But I do --

22  would you like me to read it?  You have it right there.

23  Q    No.  Actually -- that actually is not what I am referring

24  to.

25       I am going to step over because -- it's in the front

Levitt - cross - Stephens                734

1    of the report when he says what his conclusions are, not the

2    back.

3              But I am interested in departments, agents,

4    alter egos, precursors, are not all the same thing, are they?

5    A    No.

6              But again, where are we?

7              MR. STEPHENS:  Can you find the page?

8              Okay.  Just run it through the computer.

9    Q    I am move on to something else and we will get back to

10   that.

11             Page three, paragraph four.  I knew it was at the

12   front.

13   A    Summary opinions.

14   Q    There you go.

15             So if we could expand paragraph four, please, Sean?

16             You say, right there, in my professional opinion,

17   particular organizations and entities are demonstrably Hamas

18   departments, agents, alter egos, precursors or otherwise

19   controlled or dominated by Hamas.

20   A    Correct.

21   Q    My question to you is, departments, acts, alter egos,

22   precursors, are not all the same thing, are they?

23   A    No.

24             What we are trying to do here, what I am trying to

25   do here is cover the waterfront.  This is not -- I am not a

1    lawyer.  It's not meant to be legalese.

2           But different individuals, different entities can be

3    described in different ways as being affiliated with part of,

4    controlled by Hamas.  Some entities, like we have discussed

5    Union of Good, according to US Government, founded from the

6    very get-go for the purpose of financing Hamas.  Others, Hamas

7    infiltrated over time and took over and so, for example, the

8    Watson memo that you referred to includes a section on a

9    presentation that a Hamas operative from the West Bank gave at

10   one point where he goes through a list of charities including

11   some that we are talking about here.  He says, this one is all

12   of ours, this one is partially ours.  This is back in 1993 or

13   four.  And goes how much control they have over them.

14   Q    A precursor is something that comes before something

15   else?

16   A    Correct.

17   Q    So which one of the ten Zakats is a precursor?

18   A    In particular, what I am referring to here are the Mujama

19   and the Jamiya, Islamic Center and the Islamic Society, which

20   I and Ziad Abu-Amr, which you had up on the screen earlier,

21   and others, note are entities that were founded by people,

22   including Sheikh Yassin, Ismail Abu Shanab, Ibrahim Yazuri,

23   and others, and which then morphed into what they started

24   referring to themselves as Hamas when they adopted that name

25   in December of 1987.  It wasn't like it was a snapping of the

Levitt - cross - Stephens                736

1   fingers and suddenly in December 1987 infrastructure popped

2   out of the ground that hadn't been there before.  Rather, this

3   infrastructure that pre-existed the actual using of the name

4   Hamas, became the backbone of this organization, Hamas.

5   Q    You do agree that Hamas is a movement, do you not?

6   A    I do.

7   Q    And you prefer not to use the word members when referring

8   to people associated with Hamas, isn't that right?

9   A    It's difficult to use the term member when referring to

10  an organization like Hamas or any other organization that

11  includes covert -- I don't like to use the term membership or

12  affiliation.  Because they don't necessarily keep a list.

13  They don't necessarily carry membership cards in their wallet.

14        So you try and be as specific as possible when you

15  can.  So when citing to a government report you try and use

16  the words they use.  Presumably, they have reason to use the

17  word they use.

18        Or to try and be specific, if someone was engaging

19  in an operation, Hamas operative, you might call them an

20  operative.  If someone was providing support, supporter.  They

21  were providing funding, fundraiser, to the extent possible.

22  Q    Would you agree that Hamas is a criminal organization?

23  A    It is that and more.  Hamas engages in criminal activity,

24  to be sure, yes.  Not only murder, which is a criminal

25  activity, but also other types of criminal activity.  But as

1  you noted and as I say, it's a movement, engages in other

2  activities as well.

3  Q    Like any criminal organization, it tries to maintain its

4  clandestine and secret activities away from, or as you put it,

5  behind closed doors, right?

6  A    Some of those activities very much so and some of those

7  activities not at all.  As we have discussed, when you are

8  engaged in criminal activity, in operational activity that you

9  don't want thwarted or frustrated, one you are trying to

10  protect your leaders from strikes or target assassinations,

11  clearly you are going try and hide what you are doing, who is

12  doing it.

13          But other things, their political activities as you

14  mentioned, people are running under Hamas's Reform and Change

15  platform, which Hamas was very open about that being Hamas.

16  This wasn't a secret.

17          Hamas is running charities, where they are -- the

18  Hamas logos on the posters, they are making very clear that

19  it's Hamas.

20          In terms of their public activities, as I said now a

21  few times, it's a hybrid organization.  If I have a pure

22  terrorist organization, they are going to do almost if not

23  everything in a covert, secret manner.  A hybrid organization

24  is going to have some things that are secret, some things that

25  are not.

Levitt - cross - Stephens                    738

1          In the case of someone like Jamal Tawil, maybe a

2      little bit above his political charitable social activities,

3      were quiet overt.  The fact that he was also clandestinely

4      secretly recruiting suicide bombers is something he kept to

5      himself.

6               (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR        OCR        CM        CRR        CSR

Levitt - Cross - Stephens                    739

1   BY MR. STEPHENS:

2   Q    Now, you instead of members, you prefer to use the words,

3   operatives, activists, supporters, affiliates and

4   sympathizers?

5   A    To the extent I can, yes.

6   Q    And, at the bottom end of that, in terms of affiliation

7   with Hamas is a sympathizer, right?

8   A    Yes.

9   Q    That is somebody who has sympathy for the organization

10  but may or may not be doing something?

11  A    Correct.

12  Q    And affiliates is a broad spectrum of associations?

13  A    It is.

14  Q    Operatives is someone actually involved in operations?

15  A    Yes.

16  Q    You agree that the Zakats, the ten that you have

17  identified, actually engage in charitable work?

18  A    I'm sorry, I couldn't hear.

19  Q    They engage in charitable work?

20  A    Hamas, Zakat or charity committees do engage in some

21  charitable work.  The vast majority of it, earmarked towards

22  its supporters as a means of building grassroots support for

23  the organization.  They also engage in less altruistic

24  activities under the cover of charity, as the we read in the

25  Treasury's designation, it means to move and launder money as

Levitt - Cross - Stephens                     740

1    we already elucidated, for example, providing day jobs to

2    actual operatives, et cetera.

3    Q    What you think is that the cover of actually doing

4    charitable activity is effective in trying to hide actually

5    what maybe going on as you put it, behind closed doors?

6    A    For a variety of reasons, not the least of which is

7    that -- well who is against charity, charity is a great thing.

8           And, as we said, there is nothing wrong with giving

9    to charity to needed Palestinians, that is a good thing.  So

10   it is a very effective cover, not only for day jobs, but also

11   for raising, moving and laundering money.

12   Q    You've never spoken to any members of the charities that

13   you listed, have you?

14   A    That's correct.

15   Q    And you've never actually tried to speak to any members

16   of those charities, right?

17   A    Quite purposefully.

18   Q    Your view is that visiting one of these Zakat charities

19   would tell you what they were doing openly, but it would not

20   give you a clue as to what they were doing behind closed

21   doors?

22   A    That's one issue.  There are also is an issue as a former

23   U.S. government official, that when -- very frequently when

24   former U.S. government officials meet with a group like Hamas,

25   Hamas then makes it public that there was a meeting and make

Levitt - Cross - Stephens                    741

1   it as if this is some type of U.S. government back channel.  I

2   have not wanted to be a part of that.

3            If I were an anthropologist or someone who is

4   studying the movement of funds, how charities work, then there

5   is utility going to meet people across a broad array of

6   charities, some affiliated with Hamas, some not, to get a

7   sense of how these things work.

8            The part of this that I have be investigating is,

9   how Hamas uses these public institutions as cover for their

10  secret work.  That they are not going to tell you about.

11           It is kind of like going up to Al Capone and asking

12  if he is a crime boss.  You are not surprised when he says,

13  no, I'm in the trash disposal business.  That doesn't mean you

14  go to a conference, and say, well, I asked Al Capone, he told

15  me he's in the trash disposal business, so clearly he is not

16  an organized criminal enterprise.

17           There is no utility in asking Al Capone that unless

18  you just wanted to --

19  Q    Now, the next line in my outline was an Al Capone

20  analogy.  Either you anticipated --

21  A    You and I work together, we are right there.

22  Q    According to you, to understand the nature of the

23  connection, if there is one, of an entity charity to a

24  terrorist group, you need to talk to people who are

25  investigating covert activity, right?

Levitt - Cross - Stephens                    742

1    A    If what you want to know is about the covert activity,

2    yes.

3              So, if you wanted to know if Jamal Tawil, deals with

4    the charity society in Ramallah, was doing more than just

5    operating a Hamas charity, because that he was doing openly.

6    If you want to also know if he is recruiting suicide bombers

7    which he apparently was, you are going to need some inside

8    information.

9    Q    Right.

10   A    If you want to know is that this is a Hamas entity, you

11   don't need any top secret information there.  You can get on a

12   plane, rent a car, and go.

13             As for example, the British BBC did, when the U.K.

14   was investigating Interpal, and they went to a bunch of these

15   places, and lo and behold there was no secret about Hamas in

16   any of the places that they visited.

17   Q    Well, we are going to have some live testimony about that

18   from Beverly Milton Edwards here, our expert.  So let's move

19   on to a different thing since you have not been to a Zakat.

20             You do agree that, you would have a lot more success

21   to understanding the connection, if there is one, between one

22   of these charities and terrorist groups by talking to

23   investigators, overseers, regulators and reading government

24   reports?

25   A    Again, to be clear, you will get a much better

Levitt - Cross - Stephens                743

1    understanding not of their connection to terrorist groups,

2    because Hamas is a terrorist group, it is so designated.  And

3    there is lots of overt fully public information about that.

4            But if you want to know about the connection of

5    terrorists operations, or the criminal enterprises that you

6    mentioned, then, yes, you need inside information.

7    Q    Can we see Doctor Levitt's deposition at page 88,

8    starting at line 23 over to page 89.

9            You remember having a deposition taken in this case,

10   yes?

11   A    It was sometime ago, I remember we did.

12   Q    Now --

13   A    I'm sorry, give me one second.  This is out of order.

14           Page 88?

15   Q    Yes, line 23.

16   A    Almost there.

17   Q    This is the end of a long answer.  You say, and my point

18   is, that by simply going and asking kind of overtly, you'll be

19   able to get presumably some pretty good information on the

20   overt side, but not the covert side.  And if you wanted to

21   then have a broader perspective on the totality of their

22   actions, then, yes, you have to speak to people who are

23   investigating that covert activity.

24           That is true, isn't it?

25   A    This is exactly what we just said.  If all you need to

Levitt - Cross - Stephens                744

1   know is about the overt.

2          THE COURT:  Let me interrupt you Doctor.  I think we

3   got this point.  Let's go on to something else, please.

4   Q    To summarize that point, as you put it, to be successful

5   in identifying illicit conduct, you really need law

6   enforcement and intelligence support?

7   A    Again, in context, we are talking about, is the type of

8   illicit conduct that they normally go to lengths to hide.

9          But if you are trying to know, if all you are asking

10  is not where is the bomb, how is the money being laundered,

11  but, is this entity Hamas, you don't need any law enforcement

12  intelligence, regulatory information for that at all.

13         If you want to go further and for that as we put it

14  there, as I put it in the deposition apparently for the

15  totality, if you want to know not only about that much more

16  overt Hamas charity and politics, which you also want to get

17  insight to the operations and the crime, yes, you need more

18  information that will not be as readily available as the

19  general fact that they are Hamas.

20  Q    Can we see FM 22, please.

21         You have testified in front of Congress from time to

22  time, have you not?

23  A    I have.

24  Q    And, in fact more than once?

25  A    Many times.

Levitt - Cross - Stephens                     745

1   Q    In your testimony, which is on page 57 to the Congress --

2   A    I'm sorry, it is very small, I can't see what testimony

3   this is or when it was.

4   Q    Well--

5   A    Do you have a copy you can give me perhaps?

6   Q    I can expand it for you.  It starts with discriminating

7   between legitimate.

8            MR. WERBNER:  Objection.  Until there is

9   impeachment.  It is not in evidence.

10           THE COURT:  I understand.

11           It is overruled.

12  Q    Will you roll down just a bit.  Are we on page 57?

13  A    Is it possible, can I ask that we go to the front page

14  and expand that, so I can see what testimony you are talking

15  about?

16  Q    Sure.

17           You are testifying in front of the Senate Banking

18  Committee, August 2002.  Do you remember that testimony?

19  A    I do.

20  Q    Do you have the 57 page there?  If you don't, I will come

21  back to it.

22           In this testimony-- is this testimony written before

23  you give it?

24  A    Is it written out?

25  Q    Yes.

1    A    No, the way it works before Congress is usually they ask

2    you to do a testimony for the record, a written report.  And

3    then they give you, depending on the committee four, eight,

4    ten minutes to do a summary.  So very rarely is it the same

5    thing.

6         The oral version will differ.  Usually what I do is

7    I summarize a little bit, I take the most important paragraph

8    or two or three, and summarize, because they will cut you off.

9    Q    You take a look at this paragraph right here under

10   disrupting the flow of terror financing.

11        You say to the Congress, discriminating between

12   legit and nefarious charities is extremely difficult.  Partly

13   because front organizations do not hang a shingle on their

14   door identifying themselves as a terrorists, partly because

15   they actively attempt to hide their financing of terrorism

16   among some legitimate causes they fund as well.

17        That is true, isn't it?

18   A    It is true and more so for some organizations than

19   others.

20        I think we have discussed maybe during direct,

21   forgive me if I can't recall, that the Holy Land Foundation

22   which the paragraph goes on to continue to discuss or Interpal

23   in Great Britain or others in Europe where you are raising

24   funds for Hamas in a place where Hamas has been banned, all

25   parts of Hamas, not just the terrorist, but the political and

1    charity wings if you will, were banned, it is illegal.

2           So there they go to great lengths to make it

3    difficult for you to know that that is what they are doing.

4           And in fact, the way the Germans, the way the

5    F.B.I., and the case in Germany and the Holy Land Foundation

6    case in the United States, were really one of the ways they

7    demonstrated that those fronts, which were going to great

8    lengths to hide their Hamas affiliations were in fact Hamas,

9    is because, the constituent entities on the ground in the West

10   Bank, in the Gaza Strip, the Zakat committees and others were

11   Hamas.

12          So, it is not as true for everything.  Hamas on the

13   ground in the West Bank, and the Gaza Strip, it is not that

14   they go to great lengths to hide their Hamas affiliation.  For

15   many years they went to great lengths to publicize there

16   affiliation.

17   Q    You were trying to reach a conclusion whether or not

18   these Zakats were controlled by Hamas, right?

19   A    I'm sorry, when was I trying to do that?

20   Q    In your report, the ten Zakats that you--

21   A    The report for this case?

22   Q    Yes, in this case, whether they are controlled by Hamas?

23   A    Correct.

24   Q    Right.

25          And, it is not a simple matter or exercise as you

Levitt - Cross - Stephens                    748

1   put it to determine whether an entity is controlled by Hamas,

2   is it?

3   A    Well, again, I will say a second time and I will try to

4   be clearer.  It is a whole lot easier to do it with entities

5   on the ground in the West Bank and the Gaza Strip, than it is

6   where Hamas was able to operate openly.

7   Q    You listed out factors that you considered in whether or

8   not an organization is controlled by Hamas, which includes,

9   you have to look at the individuals in the entity, how much

10  activity they actually have inside of the committee, where

11  they are on the board of the committee, where they are in

12  terms of the hierarchy of Hamas, the nature of their

13  activities both for Hamas and the committee, documents that

14  you could find in the Zakat, posters that would be there, are

15  they employing suspect people, among other things, did you

16  not?

17  A    Correct, much of that is publicly available.

18          THE COURT:  Hang on one minute, Mr. Stephens.

19          (Pause.)

20          THE COURT:  Please proceed.

21  Q    Now, all but one of the Zakat charities in your report

22  was actually established before Hamas existed, isn't that

23  right?

24  A    Some of them, I don't know how many.

25  Q    Could you see 65, please.

1           There are ten charities that are listed in your

2    report and nine of them, were established between 1956, and

3    1981.  Hamas was established as you indicated in 1987, right?

4    A     Through 1985, yes.  Jenin was 1985.

5    Q     Right.

6    A     According to what you have here.

7    Q     And, you also testified I think, that there is nothing

8    wrong or dangerous or nefarious about the da'wa, as you put

9    it, the charity system in the West Bank and Gaza?

10   A     I didn't testify to location.  What I testified to is

11   that the idea of providing charity, the idea of Zakat, is

12   nothing nefarious about it per se.

13          The concern is about the vulnerability of abuse,

14   whether it is like the number ten which we discussed being

15   established specifically to fund, send money to Hamas or

16   others established in mostly the 1970's, but not only, at a

17   time when Hamas -- excuse me, at a time when the Muslim

18   Brotherhood in the West Bank and the Gaza Strip, was asserting

19   itself.

20          Prior to 1967, when Gaza was under the control of

21   the Egypt, where it was the Muslim Brotherhood was severely

22   suppressed and the West Bank was under the control of Jordan,

23   where it was effectively co-opted.  It was much harder to

24   build the Muslim Brotherhood infrastructure.

25          Perhaps ironically after Israel took over control,

Levitt - Cross - Stephens                    750

1  after the 1967 war, it became much easier when the Israelis

2  believed perhaps giving some religious people more space to

3  maneuver, religious people who were not yet then carrying out

4  acts of violence, might be a counterweight to the Palestine

5  secular terrorists groups, mostly Marxists, the various

6  Palestine fronts and the democratic front, that were hijacking

7  airplanes and doing attacks.  It didn't work out that way.

8  The idea was, Israeli thought, maybe by giving religious

9  people more birth, more space, might by a counterweight to the

10 secular terrorist groups.

11 Q    As a matter of fact, with the exception of the Islamic

12 Terrorist Society in Hebron, established in 1962, all of these

13 charities, would have been licensed by the Israeli military

14 when they were formed; isn't that right?

15 A    At one point or another, yes.  Most of them were formed

16 and then licensed a few years later, yes.

17           THE COURT:  Mr. Stephens, how are you doing on time?

18           MR. STEPHENS:  You mean getting toward the end?

19           THE COURT:  Yes.

20           MR. STEPHENS:  I'm going to do my best to finish

21 at-- by 4:30.

22           THE COURT:  Okay.

23           MR. WERBNER:  May we approach the bench?

24           THE COURT:  Yes.

25           (Sidebar.)

- Sidebar -                                        751

1          THE COURT:  The problem is, you are making some of

2     the same points five times.  The points are fine.  But you

3     don't need to make them five times.  So really that is far

4     beyond the anticipated cross of an expert that I thought we

5     would have in this trial.

6              So I'm going to require you to finish by 4:15.

7     Okay.  Get in what you can, but finish by 4:15.

8              MR. STEPHENS:  Right.

9          THE COURT:  We will cut our break which we will take

10    at three to ten minutes instead of fifteen to give you an

11    extra five.

12             MR. STEPHENS:  Okay.

13             (Open Court.)

14

15

16

17

18

19

20

21

22

23

24

25

Levitt - Cross - Stephens                752

1              THE COURT:  Let's the take an afternoon break now.

2    We will come back here just after three o'clock, ladies and

3    gentlemen.

4              Please don't discuss the case among yourselves, nor

5    with anyone else.  You are free to move around the Courthouse,

6    we will see you back here at 3:02, 3:03, thanks.

7              (Jurors left the courtroom.)

8              THE COURT:  Ten minute recess.

9              (Recess.)

10             THE COURT:  Let's have the jury back.

11             (Jury entering.)

12             THE COURT:  All right.  Be seated, please.

13             Please continue, Mr. Stephens.

14   BY MR. STEPHENS:

15   Q    Doctor Levitt, do you know what the USAID is?

16   A    The United States Agency for International Development,

17   it is affiliated with the State Department.

18   Q    It gives grants, does it not?

19   A    It does.

20   Q    Are you aware of whether --

21             MR. WERBNER:  Your Honor, objection.

22             THE COURT:  Sustained, beyond the scope.

23   Q    You are familiar with the system in the United Kingdom

24   for combatting terror financing, are you not?

25   A    What system are you referring to?

1    Q    The Home Office and the prescribed terrorists list?

2    A    Yes, the Home Office does more than just terror finance,

3    but they do that to.

4    Q    And the Home Office operates under the Terrorism Act of

5    2000; is that right?

6    A    Yes.

7    Q    And the Home Secretary of Great Britain can prescribe an

8    organization, if it believes it is connected with terrorism,

9    right?

10   A    Yes, I'm not 100 percent -- under the category of things

11   I have learned and forgotten what the role of the Home

12   Secretary is, but the role of the Financial Services Authority

13   is, I think it is kind of like two different parts of our U.S.

14   Treasury, but they are the two main bodies involved in the U.K..

15   Q    Another body involved in the U.K. is the United Kingdom

16   Charity Commission is it not?

17   A    Not really in countering terrorist finance, I will be the

18   first to say that is not really within their realm.

19        The Charity Commission is primarily a commission

20   responsible for making sure that charities operating within

21   the United Kingdom are operating under the appropriate laws.

22   They have, you know-- good governance, financial transparency,

23   this type of thing.

24        When it comes to cases when they have been asked if

25   something is terrorism finance or not, they shy away.

Levitt - Cross - Stephens                754

1   Q    In the case of-- can we see the map again, please.

2        One of the entities that you testified to on direct,

3   that is a part of the Hamas worldwide network for funding

4   Hamas, is Interpal, U.K., is it not?

5   A    Correct.

6   Q    Interpal was designated by the United States in August of

7   2003; is that right?

8   A    Correct.

9   Q    And, you are aware, are you not, that the U.K. Charity

10  Commission has investigated Interpal three different times?

11  A    I'm quite aware, I have met with them about it and others

12  in the U.K. government about it as well.

13  Q    And, the first investigation started in 1996, did it not?

14  A    That sounds right.  It is in my report, I would have to

15  check.

16  Q    It is in your report, flip to 298.

17       Can we see LG 38.

18       THE COURT:  Mr. Stephens, while you are doing that,

19  let me tell you that I misunderstood your question on the

20  USAID.  I will overrule that question, you may put the

21  question again.

22       MR. STEPHENS:  Thank you.

23  A    Yes.

24  Q    The Interpal investigation started in 1996, because of an

25  article that appeared in the Times, right?

Levitt - Cross - Stephens                      755

1   A    The article appeared in the Times, I don't know if it was

2   the sole precipitant, but it was one of them, yes.

3   Q    And, can we see LG 39.  So after this article appeared in

4   the Times, which suggested that Interpal was connected with

5   Hamas, an investigation started shortly thereafter, did it not?

6   A    I'm not sure you have the timeline exactly right.  The

7   article is reporting there is an investigation ongoing.  So it

8   is not that the article is what precipitated the investigation.

9   Q    All right.  Well, if the date is not exactly right, then

10  there was an investigation that was being conducted by the

11  Charity Commission in 1996?

12  A    No-- correct.  There is a -- Charity Commission

13  subsequently begins an investigation of its own, there was

14  already a very long standing investigation ongoing within the

15  U.K..

16  Q    So, the Charity Commission actually issued a report in

17  1996, did it not, on the investigation?

18  A    Correct.

19  Q    Footnote 300?

20  A    Page 49, yes.

21  Q    Can we see LG 40.

22          That is what that looks like, what you cited is it

23  not?

24  A    Correct.

25  Q    And then if we can look at LG 41.  The conclusion by the

Levitt - Cross - Stephens                    756

1   Charities Commission, in 1996 was that the allegations that

2   funds were going to support Hamas, from Interpal and in

3   particular, the families of suicide bombers, was not a direct

4   concern as long as the funds were being applied within the

5   objects of the charity.

6           You knew that, when you wrote your report, yes?

7   A    Correct, I have that in the report.

8   Q    And, the conclusion also in 1996 by the U.K., Charity

9   Commission was in the area of benefit, anticipate that a large

10  number of people will support Hamas, relief cannot be denied

11  to them because of that support.  But at the same time, we

12  needed to ensure to the best of our ability, that funds were

13  not being given because of a person's support for Hamas.

14          That is what the Charity Commission said it was

15  doing, correct?

16  A    Correct.

17  Q    And then, as it concluded in other words, poverty and

18  need should be the only criteria when deciding how the charity

19  funds should be distributed.

20          If we can take a look at 42.  The commission had

21  other conclusions did it not?

22  A    Yes.

23  Q    And in particular, scrutiny of a charity's publicity and

24  documentation provided no evidence of any pro-terrorist or

25  anti-Israeli propaganda and interviews with the Trustees and

Levitt - Cross - Stephens                757

1    staff suggested they were motivated by faith and altruism

2    rather than fanaticism.

3            You are aware of that, are you not?

4    A    The key words here are scrutiny of the charity's

5    publicity and documentation.

6            In other words, Charity Commission will be the first

7    to say as they said to me, that they did no investigation of

8    their own, certainly not on the ground in the West Bank and

9    Gaza Strip and they went strictly by what Interpal told them,

10   since they believed that their responsibility was not to be

11   looking at this from counter terrorism perspective, but from a

12   question of charitable due diligence.

13   Q    The other conclusion is 76.

14           The conclusion was that although press coverage

15   spoke about evidence being made available to the government,

16   which showed that the charity was funding terrorist activity

17   this has not been substantiated.

18           You knew that as well?

19   A    I knew this, and the fact that this is a tremendously,

20   very hotly contested statement within the British government.

21   There was a lot of concern that perhaps the Charity Commission

22   did not see.  But there was plenty of information within the

23   British government which had been running an investigation of

24   its own, into Interpal for sometime.

25   Q    There was another investigation of Interpal by the

Levitt - Cross - Stephens                     758

1    British government in 2003, was there not?

2    A    Correct.

3    Q    And, could we see-- that was shortly after the

4    designation of Interpal by the United States, was it not

5    beforehand--

6    A    It was just before.  It was in April, the U.S. designated

7    Interpal in August and in September the EU expanded its

8    designation from just the Qassam Brigade to all of Hamas.

9    Q    So, the Charity Commission we can look at 48.

10         The United Kingdom after its -- after the

11   designation of Interpal by the United States, writes in its

12   report, as you cite, a second inquiry was opened in

13   August 2003, following a decision by the government of the

14   United States-- that is the U.K. government, I'm sorry, the

15   government of the United States.

16         MR. WERBNER:  I object, he is reading, it is not in

17   evidence.

18         THE COURT:  I agree.

19         MR. STEPHENS:  Sorry.

20         THE COURT:  It is sustained.  The document is not in

21   evidence.  It is not the witness' document.

22         MR. STEPHENS:  May I approach.

23         THE COURT:  Yes.

24         (Sidebar.)

25         (Transcript continues on next page.)

Side-Bar                                759

1          (Side-bar conference held on the record out of the

2    hearing of the jury.)

3          (Side-bar.)

4

5          MR. STEPHENS:  I'm using it to impeach his

6    testimony, but I would be happy to move it in since he's

7    already authenticated it and he cites to all these things in

8    his report in the footnotes.

9          THE COURT:  Are you going to let the plaintiffs move

10   in, without objection, all of the documents he cites in his

11   report?

12         MR. STEPHENS:  Not every single one, no.

13         THE COURT:  So, if I understand you correctly, you

14   want to pick which documents can be used as if they're in

15   evidence and not allow the ones that you don't want in

16   evidence?

17         MR. STEPHENS:  Well, I think these are properly in

18   evidence, since they're Government reports which we've

19   actually seen earlier today and therefore,

20   self-authenticating.  And he says he knows what they are and

21   he collected them.

22         THE COURT:  Are there any other objections besides

23   the fact that it's not in evidence?

24         MR. OSEN:  It's not in evidence, Your Honor.  We

25   don't object to Mr. Stephens cross-examining him about the

Side-Bar                                          760

1    subject, but's posting and selectively citing from documents

2    that are not in evidence and it's very prejudicial because

3    obviously, as you just noted, Your Honor, he has hundreds of

4    citations in his report.

5           So, asking him a question is one thing.  Posting a

6    document not in evidence is another thing.

7           MR. WERBNER:  It's being put up for hearsay and we

8    can't cross-examine.  It's being put up -- the Charity

9    Commission said so-and-so for the truth of that.  He can ask

10   the witness now, in your opinion did you consider the charity

11   or you know other people disagree, but to read statements for

12   the truth of it also, is hearsay.

13          THE COURT:  I don't think he is reading statements

14   for the truth of them.  He is reading statements to show,

15   whether true or not that, for example, the U.K. did not

16   designate a certain point in time.

17          MR. OSEN:  Your Honor, it's also a problem because

18   the EU didn't designate Hamas in its entirety, unlike the

19   United States laws since 1996.  It causes confusion as to what

20   they're even assessing.

21          THE COURT:  I don't think it's proper

22   cross-examination.

23          I am going to allow a little of it, all right?

24          MR. STEPHENS:  Your Honor, these are Government

25   reports.  Just like those that we saw from Germany and the

Side-Bar                                    761

1    other things that we've been discussing today that take it out

2    of a hearsay problem and they're self-authenticating.

3              THE COURT:  You have not moved them into evidence.

4    So whether they're hearsay or not is not the issue.

5              The issue is whether they are proper

6    cross-examination and I think taking selected bits of really

7    it could be dozens or hundreds of reports and putting those up

8    in front of the jury when they are not in evidence is not

9    proper cross.

10             You can certainly ask him the question and I said I

11   would give you some room as to foreign designations, you can

12   say to him isn't it a fact that the U.K. did not designate as

13   of this date and then, if he says no, that's not true, then

14   you can show him the statement.

15             But I am not going to let you go through each

16   conclusion of every foreign entity or as many as you want to

17   for the purpose of showing what those foreign entities

18   determined.  That is not impeaching this witness.

19             MR. STEPHENS:  We solve the problem, I think, if I

20   move them in and see what the objection is.  I don't know what

21   the objection could possibly be.

22             They're the same quality of document that we have

23   seen being moved in on his direct examination, Your Honor.

24   So, I'll move the Charity Commission reports, there's three of

25   them, be admitted evidence.

Side-Bar                              762

1          MR. WERBNER:  There's two problems with that,

2    Your Honor.

3          One is that what came in before as official records

4    were things that he relied upon.  There's been no such

5    predicate here and I think he'll say he didn't.

6          And number two, under Rule 403, if some 200-page

7    report comes in merely ly to establish that they weren't

8    designated, then there's confusion, delay, we'll have to go in

9    there, the jury may take it back.  We'll have to have him go

10   through it to dispel or agree or disagree with everything when

11   a simple question about when it was designated would be

12   adequate.

13         MR. STEPHENS:  Your Honor, he devotes pages to

14   Interpal and to CBSP.  Pages of his report.

15         MR. OSEN:  We do not disagree that he can cross on

16   those subjects, but they have no expert and no affirmative

17   actual evidence that they've offered in this case about this

18   subject.

19         THE COURT:  I'm adhering to what I said before.

20         You may ask him isn't it a fact that a Government

21   entity on such date concluded, without reading it, what the

22   conclusion was.

23         If he denies that allegation or if you need to

24   refresh his recollection, you can use the report for that

25   purpose.

Levitt - cross - Stephens                763

1          MR. STEPHENS:  All right.

2          THE COURT:  But only in that manner.

3          (Side-bar end.)

4

5          (In open court.)

6    BY MR. STEPHENS:

7    Q    So, it is true, is it not, Dr. Levitt, that there was

8    another investigation by the Charity Commission in 2003.

9    A    There was.

10   Q    And it was at Interpal?

11   A    Correct.

12   Q    And it was both before and after the U.S. designation in

13   August of 2003?

14   A    It was right around then.

15   Q    And the Charity Commission actually asked the

16   United States to supply the information on which the

17   United States had relied to designate Interpal in the OFAC

18   list; did it not?

19   A    Well, it didn't put it in those terms.  And it didn't ask

20   directly, went through Government channels.  And it was a big

21   argument because The Commission was claiming it didn't get

22   information from the U.S., the U.S. had provided information.

23   This appears to have been actually a tiff between different

24   departments within the U.K. Government and there was a lot of

25   consternation in the Charity Commission's final report

Levitt - cross - Stephens                    764

1   claiming well, we asked but we didn't get information because

2   other parts of the U.K. Government had plenty of information

3   of their own and from the United States.

4           So, it was a very hotly-contested investigation,

5   this second of three investigations in 2003.

6   Q    And the conclusion of the investigation by the British

7   Government was that there was no evidence that Interpal was,

8   in fact, financing terrorism for Hamas?

9   A    No, you can't put it that way.

10          There are many people in British Government who

11  hotly dispute that.  What you can say is that the Charity

12  Commission who and again, they'll be the first to tell you as

13  they've told me, is not a counter-terrorism body and did not

14  send a single investigator to the West Bank in the Gaza Strip,

15  did not do any digging on their own.

16          Concluded they did not have enough information and

17  that because there wasn't direct ties to the military wing,

18  there wasn't going to take action.  That was the second

19  extremely controversial part of this investigation because as

20  I stated, during the course of this second investigation in

21  September 2003, the European Union of which the United Kingdom

22  is a member expanded its designation from just al-Qassam

23  Brigades to all of Hamas.

24          So, as of September 2003, giving money to any part

25  of Hamas for any reason goes against the EU designation and

Levitt - cross - Stephens                    765

1   despite that, somehow, the Charity Commission decided that

2   unless it found records of money going specifically to the

3   military wing, it wasn't a violation.

4   Q    Okay.  Isn't it a fact that the Commission formally

5   requested the U.S. authorities to provide evidence to support

6   the allegations made against the charity and the designation?

7   A    I don't know what you're reading from.  It might have

8   been from the report, they had some language along those lines

9   there.  And like you said, it was hotly contested not only by

10  the Government here, but by some of their sister agencies in

11  the U.K.

12  Q    Would looking at the report refresh your recollection?

13  A    Only if you need me to read from the report.  I'm telling

14  you something along those lines was in the report, I know and

15  that's why it was hotly-contested.

16  Q    The U.S. authorities did not respond with the evidence as

17  requested; did they?

18  A    My understanding is that that's not exactly how it

19  happened, but that -- and you may be quoting, I don't know, I

20  don't have whatever you have at your desk there, but you're

21  reading from something, maybe the report, I don't know -- this

22  is the controversy I'm describing to you.

23  Q    Let's take a look at 49, we'll find out whether or not

24  The Commission said that.

25          The U.S. authorities did not respond with evidence

Levitt - cross - Stephens                766

1    as requested and the Commission concluded that in the absence

2    of any clear evidence showing the charity had links to Hamas's

3    political or violent military activities, the inquiry should

4    be closed.

5            Does that refresh your recollection that that indeed

6    was the conclusion of the 2003 investigation?

7    A    I think that's pretty much what I said.

8            Of course, following this, the British BBC said kind

9    of a oh, really and sent someone to, I think it was the

10   West Bank -- I don't remember if they went to Gaza, too, I

11   don't think so -- and went to a bunch of the places in

12   question, found all kinds of very obvious, as we've discussed,

13   overt ties to Hamas which forced a third investigation.  Made

14   the Charity Commission look very bad and, in part, led to the

15   removal of the former commissioner.  It was not a pretty

16   sight.

17   Q    Let's go over that history for a meant.

18           In fact, in 2006, the BBC made a report on

19   television on its panorama program called Faith, Hate and

20   Charity; didn't it?

21   A    Yes.

22   Q    Right.  And it was an exploration of how U.K. charities'

23   donations have helped build support for Hamas; right?

24   A    That sounds right.  I don't know what you're reading

25   from, but.

Levitt - cross - Stephens                    767

1   Q    Would you like to take a look at it to refresh your
2   recollection?
3   A    Only if it's important to you.  I'm happy to, if you
4   like.
5   Q    Could we see 56, please?
6           THE COURT:  I'm putting it up for the witness only.
7           MR. STEPHENS:  All right.
8   Q    Can you see that?
9   A    I can't read it.  It's a little too small but I see it.
10  I see the title.
11  Q    Right below the title it's Exploration of How U.K.
12  Charities Donations Have Helped Build Support For Hamas?
13          So, this article by the BBC triggered another
14  investigation by the British Government; did it not?
15  A    Correct.
16  Q    And that investigation lasted from 2006 to its conclusion
17  in 2009; right?
18  A    I think it was '07 to '08, but it was that general
19  period, yes.
20  Q    Well, let's talk a look at slide 59.
21          THE COURT:  Witness only.  You're refreshing his
22  recollection, see if it refreshes his recollection.
23  Q    Does that refresh your recollection that it was, in fact,
24  2009 since you're looking at the cover of the report?
25  A    It was published in 2009.  The investigation was '07

Levitt - cross - Stephens                    768

1   to '08.

2   Q    All right.  The conclusion of the investigation was that

3   there was no evidence that Interpal was supporting the Hamas

4   political or military wing; was it not?

5   A    Well, it wasn't quite so clear-cut.  They had some pretty

6   specific concerns in particular about Interpal's connections

7   with Qaradawi, which we discussed earlier, and the Union of

8   Good and about the management, some meetings with some

9   Hamas-associated individuals, including one that was on trial

10  here in the Eastern District of New York.

11  Q    The conclusion of the two-year long investigation or

12  almost three-year investigation was that Interpal was allowed

13  to continue to operate in the U.K. without interruption;

14  right?

15  A    It was allowed to continue to function within the U.K. so

16  long as it made some changes to how it did business, yes.

17  Q    All right.

18  A    In particular as related to its relationship with the

19  Union of Good.

20  Q    So, the British Government investigated Interpal three

21  times between 1996 and 2008 and each time found that it was

22  not, contrary to allegations, supporting the political or

23  military wing of Hamas?

24  A    They found insufficient evidence for their threshold in a

25  prescription.

Levitt - cross - Stephens                    769

1          Again, they will be the first to say they're not

2    counter-terrorism body.  And there are other parts of the U.K.

3    Government that continue doing whatever they do, as we've

4    discussed.  The whole idea of prescription of designation is

5    only one tool in the tool kit and there are many reasons not

6    to do it.

7          Here, as is clear from one of the earlier slides you

8    put up, the British are for good reason very concerned about

9    the extent of need within the Palestinian territories and they

10   are concerned about disruption that could happen and they

11   weigh that in a certain way, which is their right.

12   Q    So, looking at your map of the worldwide network of Hamas

13   terror funding?

14   A    It's on only my screen, I think.

15   Q    Okay.

16   A    There you go.

17   Q    The British Government doesn't agree that Interpal U.K.

18   is part of Hamas's worldwide fund-raising network?

19          MR. WERBNER:  Objection.

20          THE COURT:  Overruled.

21   A    No, I disagreed, as I've said, and I'll make it very

22   clear.

23          The Charity Commission determined that on its

24   threshold in its policy decisions it was not going to shut

25   down the charity.  That was not a statement for the entire

Levitt - cross - Stephens                    770

1    British Government, other parts of which continued to do

2    whatever the things they are that they do regarding Interpal.

3    Q    I want to turn for a moment to USAID and I'd like to ask

4    you again so the jury can be reminded, what is the USAID?

5    A    USAID is the U.S. agency for international development,

6    which is the U.S. Government body tied to the State

7    Department, which gives grants abroad to alleviate poverty,

8    et cetera.

9    Q    Okay.

10   A    Promotes development.

11   Q    Okay.  Right.  Are you aware that USAID, this Government

12   agency, provided grants to the Nablus Zakat Committee between

13   2000 and 2005?

14   A    I am.  And I've written about it and when the U.S.

15   Department of Justice wanted the U.S. Department of State to

16   put an end to USAID's completely lacking vetting process, I

17   was the expert they called in.

18   Q    So, if it was so easy to figure out who was Hamas in the

19   West Bank and Gaza, it must not have been that easy for USAID

20   since it sent grants there.

21   A    To the contrary.  The point was it should have been at

22   least that easy for USAID.

23          But USAID, sort of like our discussion about the

24   Charity Commission responds saying we are an aid organization.

25   Our job is to find places in the world that need development

Levitt - cross - Stephens                    771

1   and to find entities in the department who can get the aid out

2   there fast.  We're not in the vetting business.  Our job is to

3   move money where it's needed fast and time is of the essence.

4           What they weren't at first willing to concede is

5   that you have to balance that legitimate need and desire to

6   move money where it's needed quickly with the need to address

7   some of the security concerns on the other side.  And it

8   became very clear that their vetting process was completely

9   lacking, was completely revamped and that no longer happens

10  today.

11  Q    It is true, is it not, that USAID cleared for grants in

12  2002 the Jenin Zakat Committee which is on your list of ten,

13  Tulkarem Zakat Committee, which is on your list of ten and

14  al-Tadahoman, which is on your list of ten?

15  A    I don't remember the dates or which, but there were

16  several.  And heads rolled.  This was a huge issue within the

17  U.S. Government, State Department and its constituent agency

18  USAID who were really in the hot seat.  And as I said, this no

19  longer happens.

20          There were Congressional hearings, there were a lot

21  of people including myself who wrote a lot of articles, for

22  example, noting just how wrong USAID was taking all of this

23  open-source information that was available to them even

24  without them digging in to the not-public stuff that they

25  should have had access to by virtue of being part of the State

Levitt - cross - Stephens                    772

1   Department and saying even if you went by the public stuff,

2   you should have known the following.

3   Q    Can you tell the jury what ANERA is?

4   A    ANERA is a non-Government aid organization.  America Near

5   East Refugee Agency maybe, I may be getting that wrong.

6   Q    How large and well-known is ANERA?

7   A    I don't know how large.  It's not small is my

8   understanding.  And it's fairly well-known.

9   Q    Do you know whether or not ANERA had a joint bank account

10  with the al-Salah Zakat?

11  A    This is ringing a bell, I don't remember the details.

12  And this type of activity happened a lot.  Again, with eight

13  organizations whose response to Government concern about this

14  type of thing was that's not my job, that's not my concern.  I

15  see an -- I'm sorry, excuse me.  I see need in, in that case

16  the Gaza Strip, my job is to get the money there as quickly as

17  possible and alleviate that need.  My job is not to vet, is

18  not to see who I'm working with, that's -- and by the way,

19  that argument is to longer accepted.

20  Q    I want to return to Interpal for just a moment.

21  A    Of course.

22  Q    After the 2003 investigation concluded into Interpal by

23  the British Government, do you know whether or not the BBC

24  News Board of Deputies apologized to Interpal?

25  A    They may have -- well.  BBC Board of Deputies?

Levitt - cross - Stephens                    773

1    Q    Yes.

2              MR. WERBNER:  Objection.

3              THE COURT:  Overruled.

4    A    There may be two things confused here, I don't know.  I

5    don't recall the BBC having to issue an apology.  I recall

6    that a different organization's Board of Deputies had to issue

7    an apology, was sued by Interpal and instead of going through

8    the litigation, decided to issue an apology.

9              But if memory serves, it was not the BBC.

10   Q    Actually, as a matter of fact, the Board of Deputies of

11   British Jews accused Interpal of promoting and defending --

12   I'm sorry, of financing Hamas; did it not?

13   A    I don't know the language, I don't have whatever's in

14   front of you, but there was a statement that they made and

15   there was a libel suit and at the time of the day, the Jewish

16   whatever it was, Board of Deputies, decided not to pursue

17   litigation in return for issuing an apology.

18   Q    To Interpal?

19   A    To Interpal.  I think this was after the second but

20   before the third investigation.

21   Q    And a libel lawsuit is one where the plaintiff Interpal

22   alleges that the defendant --

23              THE COURT:  Sustained.

24              I will note for the record that Mr. Werbner rose to

25   object.

Levitt - cross - Stephens                    774

1  Q    I'd like to move to France for a moment.  Could I see the

2  map again?

3            THE COURT:  A lot of people would like to move to

4  France.

5            MR. STEPHENS:  Yes.  The weather is too nice outside

6  to move right now.

7  Q    Another one of the worldwide fund-raising network

8  institutions according to you is CBSP in France; is it not?

9  A    According to the U.S. Government, yes.  Designated by the

10 U.S. Government.

11 Q    Now, France has its own anti-terrorism units; does it

12 not?

13 A    It does.

14 Q    And what are they?

15 A    They are primarily the domestic service the DST, the

16 police and their national intelligence service.  They have

17 others as well.

18 Q    What's the DST, please?

19 A    It is their equivalent of the FBI.  The domestic law

20 enforcement intelligence service.

21 Q    And France has actually conducted a number of

22 administrative and judicial investigations into CBSP; has it

23 not?

24 A    I don't know if there have been administrative or

25 judicial investigations.  I know that there is an ongoing law

Levitt - cross - Stephens                775

1   enforcement intelligence investigation and I know that the --

2   I think it was the former president stated publicly that they

3   are aware of the charges of CBSP's ties to Hamas and are, I

4   think I have the statement in my report somewhere but kind of

5   very on top of it is the gist of what he was saying.

6   Q    As a matter of fact, in your book on Hamas, which you

7   published in 2006, you note, do you not, that more than one

8   administrative and judicial hearings have resulted in the

9   French deciding to continue to allow CBSP to operate because

10  it does not -- well, I'll stop there; isn't that right?

11  A    First of all, I'm thrilled you read my book.

12  Q    Not all of it?

13  A    As long as you bought it, I don't care if you read it,

14  thank you.  My college fund.  Later if you have time, I'll be

15  happy to sign it.

16          I don't remember the details of the book because for

17  this I focused on my report.  And I think there may be

18  confusion between the Government administrative action and I

19  think what I recall correctly, maybe I'm wrong, what I wrote

20  about in the book was a CBSP libel suit where they sued

21  someone with the Simon Wiesenthal Center based in Paris for

22  libel, based on an article he wrote, which in turn was based

23  on the U.S. Government designation, and the U.S. Government

24  designated CBSP as a Hamas charity front organization and they

25  sued him.

Levitt - cross - Stephens                  776

1           They won their original libel suit.  In France these

2      civil libel suits are also criminal proceedings.  And the

3      individual, being Mr. Simons, was fined a token one Euro fine.

4           He then appealed and won on appeal, so he was found

5      not guilty of libel and I assume he got his one Euro back.

6      Q    That's actually not the only lawsuit for defamation filed

7      by CBSP in France; is it?

8      A    It's one I know about.  The one I testified to.

9      Q    You don't know that there's been a judgment in 2014 for

10     defamation --

11          MR. WERBNER:  Objection.

12          THE COURT:  Sustained.  Sustained.

13     Q    Let me get back to CBSP for a moment and your book and

14     also, your papers.

15          You have written twice, have you not, that France

16     has issued a position paper in 2004 which explained quote,

17     France continues to oppose the inclusion on the list of CBSP

18     which raises funds for social actions in the Palestinian

19     territories.  Several administrative and judicial

20     investigations have produced no evidence that this group uses

21     such funds for terrorist purposes.

22          That's out of your book; isn't it?  Word-for-word?

23     A    I take your word for it, sounds like you read it more

24     recently than I have.

25     Q    You said the same thing in a position paper you wrote in

Levitt - cross - Stephens                777

1    2007; did you not?  Very same words?

2    A    It's very possible.

3            As we've discussed earlier, all of these

4    proscriptions whether it's France, the United Kingdom, the

5    United States, they are one tool.  If a Government decides

6    against proscribing an entity, it doesn't mean the Government

7    says this entity is okay, legitimate, not terrorist.  All it

8    means is that for whatever reason, and there are many

9    legitimate reasons, it has decided not to ban, close, shutter

10   the charity.

11           Sometimes, as I mentioned a minute ago, just as an

12   effort to in their balance, as they weigh and balance the

13   sometimes competing interests of international security and

14   international aid and development, they say yes, maybe there's

15   some support for Hamas which does terrorism, but it's also a

16   lot of charity and we don't want to stop the charity.  It may

17   not be the conclusion I would come to, but it's a legitimate

18   conclusion based upon their calculus and it doesn't mean that

19   they're not doing other things, perhaps behind closed doors,

20   regarding CBSP.  And I've written about that, too.

21

22           (Continued on following page.)

23

24

25

VB        OCR        CRR

Levitt - cross - Stephens                    778

1    EXAMINATION CONTINUES

2    BY MR. STEPHENS:

3    Q    We don't have any doubt that you wrote about it twice,

4    right?

5    A    At least twice.

6    Q    Interpal is still operating in the UK today, is it not?

7    A    That's correct.

8    Q    So is CBSP in France?

9    A    That's correct.

10   Q    I want to go over a few items with you.

11        The first is that you agree that the need for aid in

12   Palestinian territories is acute?

13   A    Yes.

14   Q    And you agree there are plenty of Palestinian charities

15   that do charitable work which are not connected to Hamas?

16   A    That's correct.

17   Q    You agree that most people had no idea that Hamas was

18   getting money from the Holy Land Foundation?

19   A    Correct.

20        Most of the donors who were giving money to the Holy

21   Land Foundation thought they were just doing the right thing,

22   which is why the President described it as a great fraud on

23   the American people.

24   Q    You brought up the Saudi Committee or it was brought up

25   in your direct examination.

GR        OCR        CM        CRR        CSR

Levitt - cross - Stephens                    779

1          Do you remember that?

2    A    Yes.

3    Q    That's the Saudi Committee in support of the Al Qaeda's

4    intifada, correct?

5    A    Correct.

6    Q    It actually went by three different names over about two

7    years, did it not?

8    A    That sounds right.

9    Q    So I will just call it the Saudi Committee.

10         This -- the Saudi Committee program was a whole

11   number of different charitable efforts, was it not?

12   A    My understanding is that it was a variety of ways raising

13   money, in support of the intifada.

14   Q    Your understanding is not that it had a program to pay

15   the families of people who were killed, program to pay the

16   families of people who were injured, programs to pay the

17   families of people who were crippled, programs to pay actually

18   prisoners' families a one-time payment, payments to people

19   whose fields or homes had been destroyed?  You don't have any

20   of that understanding?

21   A    I do, as well as expressly in several cases as we read in

22   BND documents, for example, people who blew themselves up as

23   terrorists.  In all of these, including, for example,

24   providing money to prisoners who were in jail for carrying out

25   these types of activities.  Former Secretary of State then

Levitt - cross - Stephens                    780

1   Secretary of State Colin Powell described those types of

2   payments as incentivising terrorism.  At a minimum it removes

3   a disincentive.

4   Q    Secretary of State Powell also said in that same

5   statement that the Saudi government had assured the United

6   States of Americana the program was not designed to

7   incentivize terror, did he not?

8   A    I don't have all of the statement in front of me.  I

9   don't recall.  But this was an ongoing issue between the US

10  and Saudi governments and ultimately the program was

11  curtailed.

12  Q    Curtailed meaning it stopped giving grants?

13  A    Curtailed meaning the public telethons that were being

14  run, they were specifically talking about raising money for

15  martyrs, which can include suicide bombers and can include

16  others killed in other ways too, in some cases specifically

17  mentioning actual suicide bombers.  Those types of overt

18  things were stopped and over time with a significant amount of

19  US and other international pressure, the program was changed.

20  Q    The Saudi Committee was never designated on the OFAC list

21  by the United States, was it?

22  A    It was not.

23  Q    All right.

24  A    It would be a very sensitive diplomatic thing to do that,

25  since it was a very public Saudi issue and the United States,

Levitt - cross - Stephens                    781

1   of course, has many different diplomatic issues with the

2   Saudis.  Designate them on this and expose them and name and

3   shame them and make them look bad, maybe when you ask for

4   their help on something else they won't be as forthcoming.

5   Q    There was a great deal of publicity in 2002 about the

6   Saudi Committee and that's when you are talking about Colin

7   Powell actually having given that statement, isn't it?

8   A    That sounds right.

9   Q    Right.

10        In fact, the State of Israel complained to the

11  President of the United States that it thought that the

12  payments to the families of people who had been killed was a

13  problem, right?

14  A    It sounds right.  I don't have anything in front of me

15  about it.  But I think they complained to a lot of people

16  about it.

17  Q    Do you know who -- I can't remain his first name?

18  A    I can't hear when you are walking away.

19  Q    I'm sorry.  I am also talking to the floor at this

20  minute.  That doesn't help either.

21  A    It's late in the day.

22  Q    Yes.

23        The representative of the Saudi government who

24  discussed this in the press on several occasions was a man

25  named Al-Jubier, isn't that true?

Levitt - cross - Stephens                782

1          THE COURT:  Sustained.

2          Mr. Werbner rose and before he could even get out

3     the word objection, I sustained it.

4     Q    The statement by Colin Powell you just referred to is --

5          MR. STEPHENS:  It is Exhibit 553.  I would like to

6     move that into evidence, Your Honor.

7          MR. WERBNER:  If it's the same document we have

8     addressed before, I will object to hearsay.

9          THE COURT:  I don't recall what 553 is.  Someone

10    needs to give me a copy.

11         MR. STEPHENS:  I can show it to you on the screen.

12         THE COURT:  I am afraid not.  My screen went out

13    several hour ago.

14         MR. STEPHENS:  Oh, no.  Okay.  Here we go.

15         MR. INGERMAN:  Your Honor, might I approach?

16         THE COURT:  Please.

17         (Side bar.)

18         THE COURT:  All right.  I am going to sustain the

19    objection on the ground of hearsay.

20         MR. STEPHENS:  He just opened the door to this whole

21    subject.

22         THE COURT:  No.  You opened the door.

23         MR. STEPHENS:  I didn't say anything, Your Honor.

24    He brought it up.  I did not say a thing about this.

25         THE COURT:  You may --

GR      OCR      CM      CRR      CSR

Levitt - cross - Stephens                783

1          MR. OLSEN:  Your Honor, this was subject to an

2   explicit motion in limine.

3          THE COURT:  We are now raising something different,

4   did the witness open the door.  I think the witness did not

5   open the door.  I am going to sustain the objection.

6          MR. STEPHENS:  Your Honor, I'm sorry, but I didn't

7   mention anything about Colin Powell.

8          THE COURT:  I know.

9          MR. STEPHENS:  All I did was ask him a question.

10          THE COURT:  Yes.  It was in response to a question

11   that you asked.

12          If you want me to strike his remark about Colin

13   Powell, I will be happy to do that.  You didn't ask me to do

14   that.  If you want me to I will.

15          But that does not open the door for you to get in

16   all this other extraneous stuff.  It's not only inadmissible,

17   we have been through so many side shows with this witness.  We

18   are far down the Rule 403 path here and I do not want anymore

19   distractions for this jury.

20          I will even do it now.  If you want me to strike the

21   answer about Colin Powell, I'll do it.

22          MR. STEPHENS:  I don't want you to do that.

23          THE COURT:  Then I am not letting this in, in any

24   event, on Rule 403 grounds as well as hearsay.

25          (Continued on next page.)

GR      OCR      CM      CRR      CSR

Levitt - cross - Stephens                784

1              (In open court.)

2    EXAMINATION CONTINUES

3    BY MR. STEPHENS:

4    Q    Getting back to the Saudi Committee for a moment, your

5    view is that if there is a charitable program that pays

6    everyone who has a dead family member and that program makes

7    it clear that it's not for actually committing a terrorist

8    act, if that's how the person happened to die, that that's

9    acceptable; isn't it?

10   A    I am just processing.  There are a lot of caveats there.

11            In your hypothetical, if there is an organization

12   which makes it clear that it's providing money to the families

13   of dead people, not because of how or when or in what

14   situation they died but just because someone died and the

15   bread maker is gone, that that's not a problem?  Is that my

16   understanding?

17   Q    Yes.

18   A    Correct.

19   Q    You also agree that if someone carries out a criminal act

20   and they have children, that it's appropriate to give those

21   children humanitarian support and not punish the children for

22   the actions of the parent?

23   A    Well, I am not saying you meant it this way but I think

24   that's a loaded question.

25            On the one hand, children are innocent.  You have

GR      OCR      CM      CRR      CSR

Levitt - cross - Stephens                785

1  to -- it makes sense to try and find some mechanism through

2  which aid can be provided that will not further the goals of

3  the criminal enterprise.

4          The problem here is that providing these funds

5  through Hamas helps build Hamas, helps build grass root

6  support for Hamas.  Hamas is able to tell its operatives,

7  don't worry, if something happens to you, you don't need to

8  worry about being gone as the breadwinner.  We will take care

9  of you.

10          I've interviewed Hamas people in Israeli jails who

11  have volunteered without my pressing that this was their

12  calculation, one person 14 children, said to him

13  father-to-father, aren't you worried about who is taking care

14  of your children?  I don't have to worry about that.  I don't

15  know exactly what person or what entity but I know that they

16  are being all taken care of.  So that's not a problem.

17          There are ways if you work with charities that are

18  not tied to criminal enterprises or terrorist organizations to

19  provide that aid in such a way that doesn't further the

20  criminal enterprise.

21  Q    You say that the Saudi Committee had some connection to

22  Hamas because the recommendations as to families to be paid

23  came from Al-Salah and the Islamic Charitable Society in

24  Hebron, is that right?

25  A    It's two-ended.  One, they are working on the ground with

Levitt - cross - Stephens                786

1  demonstrated Hamas entities.  Two, they are working

2  internationally as part of the Union of Good, which the US

3  Department of the Treasury not only designated but in so doing

4  declassified information making clear that this entity, the

5  Union of Good, was established for the express purpose of

6  funding Hamas and this Saudi charity is operating within that

7  umbrella organization.

8           So it's at both ends of the giving spectrum.

9  Q    Okay.  Despite that, the Saudi Committee wasn't

10  designated by the United States Government as a terrorist on

11  the OFAC list?

12  A    As the vast majority of Hamas related charities have not

13  been.  As I said, you can imagine the diplomatic fallout, to

14  cite just one of many types of reasons why they might decide

15  not to designate such an entity, the diplomatic fallout of

16  designating a Saudi entity at a time when you have so many

17  other, if I can use some government lingo here, asks,

18  requests, to the Saudi government on other issues.

19  Q    You agree, I believe, that the budget of Hamas during the

20  second -- by the time of the second intifada was more than

21  $70 million a year?

22  A    That sounds right, ballpark.  I don't think anybody can

23  put a -- an exact figure on it.

24  Q    Right.

25           Over a four-year period, somewhere between -- around

GR     OCR     CM     CRR     CSR

Levitt - cross - Stephens                787

1   $300 million?

2   A    It's possible.

3   Q    You also agree that Hamas terrorism is not good for the

4   economic development of the Palestinian territories?

5   A    That's true.  Not that it stops Hamas from doing it, but

6   ultimately it's not good for economic development.

7   Q    As you put it, when there is violence in the streets,

8   there is no business at the cafes, no investment, no opening

9   factories, no shipment of goods; right?

10  A    I don't remember writing it but that's good language.  I

11  like it.

12  Q    And, in fact, put that another way, the terrorism and

13  chaos that is -- terrorism brings along is not good for

14  business, is it?

15           MR. WERBNER:  Objection.

16           THE COURT:  Sustained.

17  Q    You agree that it's hard to determine what percentage of

18  employees of the ten Zakats were Hamas members, do you not?

19  A    I agree.  It's difficult to assess, as we discussed

20  earlier, the problem with the term like members and

21  percentage, is difficult because you don't know about every

22  person.

23           But as we have demonstrated here today, in a report

24  it's not difficult to demonstrate key leadership, people in

25  position of influence, enough to be able to make a

Levitt - cross - Stephens                    788

1   determination and, of course, the issue of people employed in

2   these charities being affiliated with Hamas as you laid out

3   earlier is only one type of category you'd look at to make

4   that determination.

5   Q    Terrorism in Israel and Palestine, the larger Palestine,

6   existed before Hamas came into being, did it not?

7   A    Terrorism predated Hamas, yes.

8   Q    By a long way?

9   A    Correct.

10        The terrorism that Hamas brought was a completely

11  different caliber.  The vast majority of the Israeli

12  significant terrorists attacks that were done by these secular

13  Palestinian nationalist groups were often done abroad,

14  hijackings and airport shootings and the like.  There were

15  shooting attacks, commandeering buses, this type of thing.

16        But the suicide bombings, blowing up cafes and buses

17  and bus stops and rockets that Hamas brought was of a

18  completely different caliber.

19  Q    The back and forth between the factions in the

20  Middle East has been going on, as you put it, tit for tat,

21  since the 1930s?

22        MR. WERBNER:  Objection.

23        THE COURT:  Sustained.

24        MR. STEPHENS:  Give me a minute, Your Honor.

25        THE COURT:  Sure.

1           (Pause.)

2           MR. STEPHENS:  Doctor Levitt, that's all I have for

3    right now.

4           Thank you.

5           THE WITNESS:  Thank you, sir.

6           THE COURT:  Thank you, Mr. Stephens.

7           Any redirect?

8           MR. WERBNER:  Briefly, Your Honor.

9           THE COURT:  All right.

10   REDIRECT EXAMINATION

11   BY MR. WERBNER:

12   Q    Doctor Levitt, you were asked questions by defense

13   counsel about the 24 attacks.

14   A    Yes.

15   Q    Would you turn to page one hundred of your report,

16   please?

17   A    Yes.

18   Q    I will represent to you that one of the 24 attacks we are

19   talking about was the Ben Yehuda bombing on the Pedestrian Way

20   in Jerusalem.

21           You are familiar with that attack?

22   A    Yes.

23   Q    On page one hundred, in regard to this A-Islah and

24   Mr. Tawil that you mentioned, what did your investigation show

25   the involvement of that charity to be, if any, concerning that

GR        OCR        CM        CRR        CSR

Levitt - redirect - Werbner                    790

1    Ben Yehuda bombing attack, one of these 24?

2              MR. STEPHENS:  Objection, Your Honor.

3              THE COURT:  Sustained.

4         You can ask him what conclusions he reached about

5    the attack.  If needs to consult his report to refresh his

6    recollection he can.  But the report is not in evidence.  So

7    he has to answer here in court today.

8    Q    Doctor Levitt, have you refreshed your recollection

9    reviewing the top of page one hundred of your report?

10   A    Yes.

11   Q    Can you tell the jury based on that refreshed

12   recollection what this Al-Isla charity and Mr. Tawil, how that

13   involved, if it did, the Ben Yehuda bombing in Jerusalem?

14   A    Jamal Tawil --

15             MR. STEPHENS:  Excuse me, Your Honor.

16             May I approach?

17             THE COURT:  Yes.

18             (Continued on next page.)

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Levitt - redirect - Werbner                    791

1              (Side bar.)

2              THE COURT:  Can you just tell me the objection?

3              MR. STEPHENS:  Yes.  It is beyond -- first of all,

4    beyond my cross.

5              THE COURT:  How does this relate to the cross?

6              MR. WERBNER:  He specifically asked about the 24

7    attacks and asked him if you know who was responsible or

8    anything.  He asked about the four attacks.  This rebuts where

9    he in his very report stated that Jamal Tawil --

10             THE COURT:  I don't mean to interrupt.  I am not

11   saying it's not relevant.  I am saying, I don't recall any

12   questions about the 24 attacks specifically.  He mentioned the

13   24 attacks.

14             MR. OSEN:  He asked him whether or not any of the

15   charities were involved in or had any involvement in the 24

16   attacks.  The witness said, I don't know what the 24 are but I

17   do mention in my report that there are some operatives of the

18   charities who were involved in terrorist attacks.

19             THE COURT:  That's correct.

20             MR. STEPHENS:  He hasn't been called to --

21             THE COURT:  No.  They can rehabilitate him when you

22   asked that question.  You made it sound like he didn't have a

23   recollection or he didn't know.  Now he is going to say he

24   does know because he did the work.

25             So I will overrule the objection. (Side bar ends)

GR      OCR      CM      CRR      CSR

1              (Open court.)

2   BY MR. WERBNER:

3   Q    You may tell the jury, Doctor Levitt, about Jamal Tawil's

4   use of the Al-Islah charity and its connection, if any, to the

5   Ben Yehuda pedestrian bombing?

6   A    Jamal Tawil was an overt Hamas operative, founded the

7   Al-Islah charity in the Ramallah area in the middle of the

8   West Bank.  It turns out he was also a Qassam brigade

9   operative recruiting people for suicide bombings, et cetera.

10             He received money both into his personal account and

11  into Al-Islah charity account from Hamas, and he used the

12  charity to launder funds, for Qassam brigade activities

13  including, the December 2001 attack in question, which he

14  helped plan, this Jerusalem Ben Yehuda pedestrian mall attack

15  in December, 2001 that killed 11 people and wounded I think

16  about 180.

17  Q    Doctor Levitt, the defense counsel asked you about the

18  Watson memo, do you remember those questions?

19  A    Yes.

20  Q    Certain excerpts of it were shown.

21             Your Honor, I would move admission of the Watson

22  memo, Plaintiff's Exhibit 1297.

23             THE COURT:  Any objection?

24             MR. STEPHENS:  No objection.

25             THE COURT:  It is received.

1              (So marked.)

2    Q    Do you remember Doctor Levitt that defense counsel asked

3    you some questions about the BND for the German intelligence

4    reports?

5    A    Yes.

6    Q    We introduced one into evidence earlier.  I would move

7    admission at this time of the other two, Plaintiff's Exhibits

8    1284 and 1356.

9              THE COURT:  Any objection?

10             MR. STEPHENS:  Yes, Your Honor.

11             THE COURT:  Sidebar, please.

12             (Sidebar.)

13

14

15

16

17

18

19

20

21

22

23

24

25

- Sidebar -                                      794

1      THE COURT:  What is the objection.

2      MR. STEPHENS:  The same objection that I did to the

3  other one.

4      THE COURT:  Can you just refresh me, it is a little

5  late in the day.

6      MR. STEPHENS:  Yes, it is a little late in the day.

7      I don't believe that those documents qualify under

8  703 to be put in front of the jury.

9      What Your Honor-- they were German government

10  documents they were self authenticating, et cetera.  I still

11  am of the view that all of this foreign material which this

12  witness cannot tie anybody having seen, at any time during the

13  period that is relevant in this case, is something that he

14  ought to be able to just walk into the courtroom because he

15  referred to some of these things in his appendix.

16      THE COURT:  Your objection is too long. Is the

17  objection authentication?  Is it hearsay?  What is it?  Is it

18  relevance?

19      MR. STEPHENS:  403.

20      THE COURT:  Okay.

21      MR. STEPHENS:  Sorry.

22      THE COURT:  403 is overruled.

23      (Open Court.)

24

25

1            THE COURT:  1284 and 1356 are received over

2    objection.

3            (So marked, Plaintiff's Exhibits 1284 & 1356.)

4    BY MR. WERBNER:

5    Q    Just a couple of documents to wrap up Doctor Levitt.  You

6    were shown some wire transfer records or swift records by

7    defense counsel.  Do you recall those?

8    A    Yes.

9    Q    Let's look at Plaintiff's Exhibit 1836.

10           This was one that you were shown, if you recall, it

11   shows the originating party, and the beneficiary party, and

12   you recall-- were called attention to that.  Is this one of

13   the charities that you talked about?

14   A    Yes.  Almojamaa Alislami.

15   Q    It was over $27,000, do you see that?

16   A    $27,177.81.

17   Q    It shows that that-- what you characterize as a Hamas

18   charity in Gaza, actually has a bank account at Arab Bank,

19   correct?

20   A    Correct.

21           MR. STEPHENS:  Objection, he would not know that.

22           THE COURT:  Hang on.

23           (Pause.)

24           THE COURT:  How do you know what it shows?

25           THE WITNESS:  You can see here that at least as far

Levitt - Redirect - Werbner                    796

1    as Ramallah, it is a transfer is made through Arab Bank, due

2    by Arab Bank, in the Ramallah Arab Bank.

3           THE COURT:  I will overrule the objection.

4    Q    Let's go to another one that you were shown, Plaintiff's

5    Exhibit 1827.

6           And, who received the $7,800 as shown in this wire

7    transfer?

8    A    Beneficiary party here, is the Islamic Society, Gaza.

9    Q    Is that the one that we saw was having that kindergarten

10   activity on the premises?

11   A    Yes.

12   Q    And, where does-- what you call the Hamas, and we saw on

13   the video, is Arab Bank, shown on this document at all?

14   A    Yes.

15   Q    Let's look at Plaintiff's Exhibit 2229.  This is a wire

16   transfer for over $12,000.  It shows the beneficiary party is

17   Ramallah Zakat.  Is that one that was in your report and

18   determined by you to be a Hamas charity front?

19   A    Yes and the originating party as well, the Holy Land

20   Foundation.

21   Q    Hamas to Hamas.

22          And, where does it show that the Ramallah Zakat does

23   its banking at least in terms of this wire transfer?

24   A    The Arab Bank Branch Manarah, which is a main square in

25   Ramallah.

Levitt - Redirect - Werbner                    797

1    Q    It gives the account number as well, doesn't it?

2    A    Yes.

3    Q    Let's look at Plaintiff's Exhibit 1930.  Then I will have

4    one more.  We will let you take your train to Washington.

5    A    Thank you.

6    Q    This exhibit for $20,000, the recipient is Ismail Abd Al

7    Salam Haniyah.  Is he one of the heads of Hamas?

8    A    Yes.  He was the one time Hamas prime minister, another

9    time the head of the Hamas political branches that were in the

10   Gaza Strip.

11   Q    And, how many different places is the head of Hamas, how

12   many places on that wire transfer does Arab Bank appear?

13   A    Arab Bank, Ramallah; Arab Bank, Gaza Branch; Arab Bank,

14   Beirut; Arab Bank Chtoura Branch .

15   Q    Let's look at Plaintiff's 2187.

16        This is a $15,000 wire transfer and who is receiving

17   the $15,000?

18   A    Ismail Abu Shanab.

19   Q    Is that the same Ismail Abu Shanab you identified earlier

20   as one of the top founders of Hamas?

21   A    Yes.

22   Q    And, he also banks with the defendant?

23   A    We have here listed Arab Bank, Ramallah; Arab Bank, Gaza

24   Branch; Arab Bank, Beirut; Arab Bank, Chtoura Branch.

25   Q    Now, I just showed you Doctor Levitt the few that you

- Proceedings -                          798

1    were shown by the defense lawyers.  Do you know how many

2    dozens and dozens, if not hundreds similar to this with Hamas

3    leaders exist?

4    A    I don't.

5              MR. WERBNER:  Thank you Doctor Levitt.

6              THE COURT:  You may step down, thank you very much.

7              THE WITNESS:  Thank you, sir.

8              (Witness excused.)

9              THE COURT:  Ladies and gentlemen, we will let you go

10   for the day.

11              I think you all know, I'm not sure if I told you

12   expressly, but I know you all talk about not the substance of

13   the case, that we are not sitting tomorrow.  And we are not

14   sitting Friday this week.  We will be sitting four days next

15   week.  I want you all to try to clear the day of Friday

16   two weeks from this coming Friday.  I don't have the date in

17   mind.  But try to keep that open.

18              I'm not telling you that we will sit on that day, if

19   someone has a real problem then we probably won't.  But I want

20   to try to make up for the day we are going to lose tomorrow

21   and I know we can't do it next week.  So I'm thinking the week

22   after assuming the trial is still going on the week after

23   that.

24              Hang on one second.

25              (Pause.)