# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

December 30, 2014

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
           Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

     I request admission of the enclosed excerpts from Exhibits 246, 259, 344, 359, 376, 380, 398 and 435. These redacted documents are records from Court hearings. The redactions omit all but certain self-inculpatory statements of unavailable witnesses.

     These self-inculpatory statements were made by convicted persons immediately before sentencing. They include convicted terrorists telling the court "I do not regret my actions" (Exs. 246, 380), "I made no mistake" (Ex. 344) and "I do not regret any of the acts that I have carried out." Ex. 435. They are admissible as statements against interest under Federal Rule of Evidence 804(b)(3). Each of these documents is authenticated by apostille.

     Defendants have refused to stipulate to the admissibility of these documents.

                                        Respectfully,

                                        Kent A. Yalowitz

cc:    All ECF Counsel