

PLAINTIFF'S EXHIBIT 246

Date: 6 Tishri, 5763                                                    File Number: 3739/02
September 12, 2002

**Military Court, Beit El**
**Transcript of Hearing before Single Judge**

**Before the Deputy President: Major Nathaniel Benichou**

**Prosecutor: Captain Michael Kotlik - Present**
**Defense Attorney: Not present**

**Defendant: Nasser Jamal Mousa Shawish Identity No. 993006188/ Israel Prison Service – Present**

**Interpreter: Private Wajdi Khatar**
**Recorder: Corporal Inbal Hess**



Defendant: It's not a charge that I committed a number of terrorist attacks. I was the organizer of five suicide terrorist attacks, and it is an honor for me to defend my people. To prove to the Israel Defense Forces that we in the al-Aqsa Brigades can get to the cities in Israel, just like the Israel Defense Forces can destroy our villages. I do not regret my actions.



1



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                     Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                     Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.     The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P11-3 229.

2.     I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P11-3 229.

Dated: March 6, 2014

                                                   _____
                                           Rina Ne'eman

ss.:  New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
6 day of March, 2014


Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires

מס׳ תיק:02/3739

תאריך: ו׳ תשרי,   תשס״ג
12 ספטמבר, 2002

בית   המשפט   הצבאי   בית   אל

פרוטוקול הדיון בישיבת דן יחיד

בפני המשנה לנשיא:רס״ן נתנאל בגישו

תובע:סרן מיכאל קוטליק –נוכח
סנגור: ללא ייצוג

נאשם:נאצר ג׳מאל מוסא שוויש ת.ז. 993006188 /שב״ס – נוכח

מתורגמן:טור׳ וג׳די חטאר
רשמת: רב״ט ענבל הס
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

נאשם: זה לא אשמה שאני עשיתי כמה פיגועים. אני הייתי המארגן של חמישה
פיגועי התאבדות, וזה כבוד לי שאני מגן על העם שלי. כדי להוכיח לצה״ל שאנו
בגדודי אל אקצא יכולים כמו שצה״ל יכול להרוס את הכפרים שלנו, להגיע לערים
בישראל. אני לא מתחרט על מעשיי.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47