

PLAINTIFF'S
EXHIBIT
252

Date:  8 Shevat 5768                                          Case No.: 2305/04
       January 15, 2008

## The Judea Military Court

**Before Honorable President of the Court:  Major Yair Tirosh**
                                 **Judge:  Major Dalia Kaufman**
                                 **Judge:  Major Amir Dahan**

**The military prosecution**
(by Captain Sagiv Lichtman)

- v. -

**Ahmed Mohamed Ahmed Saad, Identity No. 911744878 / IPS**
(by Counsel Adv. Osama Ouda)

---

## <u>Arguments for Sentencing</u>



1









*I made a mistake and I regret that I did it, but the part I did, I admit it, but what I did is part of what I carried out without thinking of the consequences, and I hope that it will be clear to everyone that when I reached a mature age, I thought about my actions and saw that the actions that I had performed were violent and bad actions against humanity,*





































## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

        vs.                                              No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                          Defendants.

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.   The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as P2: 133-144.

2.   I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience.  I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.   To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P2: 133-144.

                                              _____
                                              Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2392704

תיק מסי: 2305/04

תאריך: חי בשבט תשסייח
15 ינואר, 2008

ב י ת   ה מ ש פ ט   ה צ ב א י   י ה ו ד ה

בפני כבי האבייד: סאייל יאיר תירוש
השופטת: רסיין דליה קאופמן
השופט: רסיין אמיר דהאן

התביעה הצבאית
(באמצעות סרן שגיב ליכטמן)

נגד

הנאשם: אחמד מוחמד אחמד סעד ת.ז 911744878 / שבייס
(באמצעות בייכ עוייד אוסאמה עודה)

_____

<u>נימוקי גזר דין</u>



ועשיתי

טעות ואני מתחרט על זה שעשיתי את זה אולם החלק שעשיתי, אני
מודה בו אבל את מה שעשיתי הוא חלק שביצעתי אותו בלי לחשוב על
התוצאות ואני מקווה שיהיה ברור לכולם שאני בזמן שהגעתי לגיל בגרות
חשבתי על מעשיי וראיתי שהמעשים שעשיתי אותם הם מעשים
אלימים ולא טובים נגד האנושות







