

PLAINTIFF'S EXHIBIT
344

[Line numbering in Hebrew original]

Date: 22 Iyar 5764                                      File Number: 3544/02
May 13, 2004

## Military Court, Judea

---

**Before the Presiding Judge: Lieutenant-Colonel Netanel Benichou**
**Judge: Captain Aryeh Dorani**
**Judge: Captain Zeev Afik**

**Military Prosecution**
(represented by Captain Vladi Borodovsky)

- v -

**The Defendant: Sanah Mohamed Shehadeh Identity No. 81021198/ Prisons Service – Present**
(represented by her attorney, Adv. Ahlam Hadad)

**Recorder: Corporal Rosie Ivgi**
**Interpreter: Sergeant 1st Class Kamel Zian**

---

**The Presiding Judge opens the hearing and identifies the Defendant.**

## <u>HEARING</u>





-1-





-2-





Defendant, in her final statement: I would ask the Court to judge me as a person, and not as its enemy; ultimately, I made no mistake.

-3-



-4-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

        vs.                                                No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the
      document received by Rina Ne'eman Hebrew Language Services, to the best of my
      knowledge and belief.  The document is designated as P5: 125-128.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew
      University of Jerusalem (Israel) and 30 years of translation experience.  I am fluent in
      Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and
      accurate translation of the Hebrew-language document bearing the bates number, P5:
      125-128.

                                                _____
                                                Rina Ne'eman

ss.:  New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

```
MIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2692704
```

תאריך : כ"ב אייר, תשס"ד
13 מאי, 2004

תיק מס' : 3544/02

ב י ת ה מ ש פ ט ה צ ב א י י ה ו ד ה

בפני אב"ד : סא"ל נתנאל בנישו
שופט: סרן אריה דורני
שופט: סרן זאב אפיק

התביעה הצבאית
(באמצעות סרן ולדי בורודובסקי)

נגד

הנאשמת: סנאא מחמד שחאדה    ת.ז 81021198 / שב"ס - נוכחת
(באמצעות ב"כ עו"ד אחלאם חדאד)

רשמת: סמל רוזי איבגי
מתורגמן : רס"ל כאמל זיאן

אב"ד פותח את הישיבה ומזהה את הנאשמת.

מהלך הדיון

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21





43 נאשמת בדברה האחרון: אבקש מביהמ״ש שישפוט אותי כאדם ולא כאויב שלו,

44 בסופו של דבר לא עשיתי שום טעות.

-3-