

PLAINTIFF'S
EXHIBIT
359

Date: 1 Av 5763                                                    Case No.: 3459/02
      July 30, 2003

### The Military Court

### - Yehuda -

### - Transcript -

Court hearing dated: July 30, 2003      Before the Presiding Judge: LTC Netanel Benishu
                                  Judge: Captain Menachem Lieberman
                                  Judge: Captain Shlomo Katz

The military prosecution: Captain Michael Kotlik and Captain Raid Shanan
Defense counsel: Adv. Ahmed Safia – Present

**Defendant: Ahmed Taleb Moustafa Barghouti  Identity No.: 994466860 / Israel Prison Service – Present**

Interpreter: Staff Sergeant Mohamed Nasraladin

Stenographer: Corporal Sivan Shemesh

**The Presiding Judge opens the meeting and identifies the Defendant**

### Course of Hearing







The Defendant in his last address: I say that Sharon must be given a death sentence in this Court. I have no regrets.

Date: 1 Av 5763                                          Case No.: 3459/02
     July 30, 2003

### The Military Court

### Yehuda

### - Transcript -

Court hearing dated: July 30, 2003          Before the Presiding Judge: LTC Netanel Benishu
                                                      Judge: Captain Menachem Lieberman
                                                      Judge: Captain Shlomo Katz

**Defendant: Ahmed Taleb Moustafa Barghouti  Identity No.: 994466860 / Israel Prison Service – Present**

### Sentence























## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                  Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5:210-17.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 5:210-17.

Dated: March 6, 2014

                                                        _____
                                                 Rina Ne'eman

ss.: New Jersey

On the __6__ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
__6__ day of March, 2014

_Leonor Troyano_
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/8/2014

12-AUG-2009 10:26 From:HANA EZRA COHEN    036131323         To:029999838         P.5/12

תאריך : א' אב, תשס"ג
30 יולי, 2003

מספר התיק : 3459/02

בית המשפט הצבאי

- י ה ו ד ה -

פ ר ו ט ו ק ו ל

1
2
3
4
5
דיון בימ"ש מיום : 30/07/2003
6
7
בפני אב"ד : סא"ל נתנאל בנישו
שופט : סרן מנחם ליברמן
שופט : סרן שלמה כ"ץ

8
9
התביעה הצבאית : סרן מיכאל קוטליק וסרן ראיד שנאן
10
סניגוריה : עו"ד אחמד צפיה - נוכח
11
12
נאשם : אחמד טאלב מוצטפא ברגותי    ת.ז : 994466860 / שב"ס - נוכח
13
14
מתורגמן : סמ"ר מוחמד נסראלדין
15
רשמת : רב"ט סיון שמש
16
17
18
אבה"ד פותח את הישיבה ומזהה את הנאשם.
19
20
מהלך הדיון
21
22



20  הנאשם בדברו האחרון : אני אומר שעל שרון צריך להטיל עונש מוות בביה״ש זה.
21  אני לא מתחרט.

2

תיק מס׳ : 3459/02

תאריך : א׳ אב, תשס״ג
30 יולי, 2003

**בית המשפט הצבאי**
**י ה ו ד ה**
**- פ ר ו ט ו ק ו ל -**

בפני אב״ד : סא״ל נתנאל בנישו          דיון בית משפט מיום : 30/07/2003
שופט : סרן מנחם ליברמן
שופט : סרן שלמה כץ

נאשם : אחמד טאלב מוצטפא ברגותי    ת.ז.: 9994466860 / שב״ס - נוכח

**ג ז ר - ד י ן**







