

PLAINTIFF'S EXHIBIT 376

Date: 8th of Adar Sheni 5763
March 12, 2003

Case No.: 3478/02

## The Military Court
### Beit El
### (in its session in Beit El)

Hearing of the Court on
March 12, 2003

Before the President of the Court: Major Eli Bar-On

Judge: Captain Shlomi Friedman
Judge: Captain Rafi Netz

Prosecutor: Captain Raed Shanan – present.
Defense counsel: Adv. Samra – present.

**Defendant: Abed Kariem Ratab Yunis Aweis, Identity No. 980136675/ Israel Prison Service – present.**

Stenographer: Private Naama Levi
Interpreter: Corporal Kariem Salameh

The President of the Court opens the session and identifies the Defendant.

### Course of the Hearing

1



Date: 8th of Adar Sheni 5763
March 12, 2003

Case No.: 3478/02



The Defendant in his last statement: I am proud of the acts that I have committed and there is a just reason for my having done them.

[Stamp] P 5: 43

If I could have murdered more Jews, I would not hesitate. ▮▮▮▮▮

[Stamp] P 5: 43 [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P5: 42-43.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P5: 42-43.

_____
Rina Ne'eman

ss.: New Jersey

On the 28 ] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D. # 2392704

תיק מס׳: 3478/02                                              תאריך: ח׳ אדר ב׳ תשס״ג
                                                              12 במרץ, 2003

|  |  |
|---|---|
| בית המשפט הצבאי | 1 |
| ב י ת - א ל | 2 |
| (במושבו בבית אל) | 3 |
|  | 4 |
|  | 5 |
| דיון בית משפט מיום: 12/03/03     בפני האב״ד: רס״ן אלי בר-און | 6 |
| שופט: סרן שלומי פרידמן | 7 |
| שופט: סרן רפי נץ | 8 |
|  | 9 |
| תובע: סרן ראאד שנאן- נוכח | 10 |
| סניגור: עו״ד סמרה- נוכח | 11 |
|  | 12 |
| נאשם: ע/כרים ראתב יונס עוויס    ת.ז.: 980136675 /שב״ס- נוכח | 13 |
|  | 14 |
| רשמת: טור׳ נעמה לוי | 15 |
| מתורגמן: רב״ט כרים סלאמה | 16 |
|  | 17 |
|  | 18 |
| **אב״ד פותח את הישיבה ומזהה את הנאשם** | 19 |
|  | 20 |
| **מהלך דיון** | 21 |



| | |
|---|---|
| נאשם בדברו האחרון: המעשים שאני ביצעתי אותם, אני מתגאה בהם ויש סיבה | 30 |
| מוצדקת שאני עשיתי את המעשים האלה. | 31 |
| | 32 |
| . לו הייתי יכול לרצוח מס׳ רב יותר של יהודים, לא | 33 |
| הייתי מהסס. | 34 |
| | 35 |
| | 36 |

2