
PLAINTIFF'S EXHIBIT 398

Date: 10 Shevat 5763
January 13, 2003

Case No.: 3159/02

## The Military Court in Beit El

## Transcript of a Hearing in a Single Judge Session

**Before Judge: Major Eli Bar-On**

**Prosecutor: Lieutenant Vladi Borodovsky – attending**

**Defense counsel: Adv. Shukri - attending**

**Defendant: Bashar Hassan Abed Barghouti Identity No. 934469768 / Megiddo – attending**

**Interpreter: Sergeant Hamad Hamadan**

**Stenographer: Corporal Sivan Harel**

**The President of the Court opens the session and identifies the Defendant.**

## Course of Hearing

Prosecutor: We have reached a plea bargain in the framework of which I shall ask to file an amended indictment. The Defendant shall withdraw his not guilty plea, shall plead guilty to the amended indictment and the parties will plead for sentencing freely.

Defense counsel: I confirm the statements of my colleague and ask for the Court to permit the Defendant to withdraw his not guilty plea.

## Decision

In view of the plea bargain that the parties have reached, I permit the Prosecutor to amend the indictment and for the Defendant to withdraw his not guilty plea.

**Handed down and announced today, January 13, 2003, in public and in the presence of the parties.**

[Signature]
**Judge**

Prosecutor: I file an amended indictment.

[Stamp] P 6: 357

1

Defense counsel: I have explained to my client the amended indictment; he understands and pleads guilty to it.

Defendant: my defense counsel has explained to me the amended indictment; I understand and plead guilty to it.

# Verdict

Based on the admission of guilt, I convict the Defendant of the offense attributed to him in the amended indictment.

**Handed down and announced today, January 13, 2003, in public and in the presence of the parties.**

[Signature]
**Judge**

[Stamp] P 6: 357 [continued]











The Defendant in his last statement: In the beginning, it was true that I heard or knew from ▮▮▮▮▮▮▮▮ that there was a chance that there would be an attack, but of course, after my acquaintance with ▮▮▮▮ and my familiarity with his personality, and the way he talked that night, I thought that this was not necessarily so, because he had been drinking. I did not believe what he said, and I did not comment on it. Even if I were to take what he said seriously and believe it, I did not attempt to prevent one hundred percent the attack that he talked of, I could not prevent it, because I live in a territory that is under the rule of the Palestinian Authority, in an A area, and I cannot contact Israel's Shin Bet and inform them that ▮▮▮▮ or another person knew of or intended to carry out one attack or another, because as we hear every day, this would have meant a death penalty for me from the [Palestinian] Authority or the resistance people.

[Stamp] P 6: 360



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

        Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P6: 357-360.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P6: 357-360.

_____
Rina Ne'eman

ss.: New Jersey

On the [24] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
24 day of February, 2014

_____
Notary Public

> **HALA Y GOBRIAL**
> Notary Public
> State of New Jersey
> My Commission Expires Apr. 18, 2017
> I.D.# 2419990

תאריך: י' שבט, תשס"ג
13 ינואר, 2003

מספר התיק: 3159/02

1
2 **בית המשפט הצבאי בבית אל**
3 **פרוטוקול הדיון של ישיבת דן יחיד**
4
5
6 בפני השופט: רס"ן אלי בר-און
7
8 תובע: סגן ולדי בורודובסקי - נוכח
9 סניגור: עו"ד שוקרי - נוכח
10
11 נאשם: בשאר חסן עבד ברגותי ת.ז 934469768 / מגידו - נוכח
12
13 מתורגמן: סמל חאמד חמדאן
14 רשמת: רב"ט סיון הראל
15 ------------------------------------------------------
16 אבה"ד פותח את הישיבה ומזהה את הנאשם.
17
18 **מהלך הדיון**
19
20 תובע: הגענו להסדר טיעון, במסגרתו אבקש להגיש כתב אישום מתוקן. הנאשם
21 יחזור בו מכפירתו, יודה בכתב האישום המתוקן והצדדים יטענו לעונש באופן
22 חופשי.
23
24 סניגור: אני מאשר את דברי חברי ומבקש מביהמ"ש כי יתיר לנאשם לחזור בו
25 מכפירתו.
26 **החלטה**
27
28 לנוכח הסדר הטיעון אליו הגיעו הצדדים, אני מתיר לתובע לתקן את כתב האישום
29 ולנאשם לחזור בו מכפירתו.
30
31 ניתן והודע היום, 13/01/03, בפומבי ובמעמד הצדדים.
32
33                            _____ שופט
34 תובע: אני מגיש כתב אישום מתוקן.
35
36 סניגור: הסברתי למרשי את כתב האישום המתוקן, הוא מבין אותו ומודה בו.
37
38 נאשם: סנגורי הסביר לי את כתב האישום המתוקן, אני מבין אותו ומודה בו.
39
40 **הכרעת-דין**
41
42 על יסוד ההודאה באשמה, אני מרשיע את הנאשם בעבירה המיוחסת לו בכתב
43 האישום המתוקן.
44
45 ניתן והודע היום, 13/01/03, בפומבי ובמעמד הצדדים.
46
47                            _____ שופט
48

1





הנאשם בדברו האחרון: בהתחלה נכון ששמעתי או ידעתי מ███ שיש
סיכוי שיהיה פיגוע, אבל כמובן, לאחר היכרותי עם ███, והיכרותי עם אישיותו,
ובשיטת דיבורו באותו לילה, וחשבתי שהוא לא בהכרה כי הוא שתה. אני לא
האמנתי למה שהוא אמר, וגם לא התייחסתי לדבריו. אפילו אם לקחתי את דיבורו
ברצינות והאמנתי בו, או ניסיתי למנוע במאה אחוז את הפיגוע עליו הוא מדבר, לא
היה ביכולתי למנוע זאת, וזאת בגלל שאני חי בשטח שהוא תחת שלטון הרש״פ,
באזור A, אני לא יכול לפנות לשב״כ הישראלי ולהודיע להם ש███ או אדם אחר
יודע או מתכוון לבצע פיגוע זה או אחר, כי כפי שאנו שומעים כל יום, זה יגרום לי
עונש של גזר דין מוות ע״י הרשות או אנשי ההתנגדות.