

Ra'id Shanan v. Abdullah Ghaleb Abdullah Barghouti

# The Military Court
## Judea
### -Transcript-

Court hearing dated: November 9, 2003   Before the Presiding Judge: Lieutenant Colonel Natanel Benishu
Judge: Lieutenant Colonel Hanan Rubinstein
Judge: Major Eli Bar-On

Prosecutor: Captain Ra'id Shanan
Defense Counsel: Adv. Basoul Tawfik – Present

**Defendant:** Abdullah Ghaleb Abdullah Barghouti Identity No.: 30300028 / Russian Compound – Present

Stenographer: Corporal Sivan Kadmi
Interpreter: Corporal Karim Salameh and Sergeant Naaman Madi

**The Presiding Judge opens the session and identifies the Defendant.**

## Course of the Hearing










I do not regret any of the acts that I have carried out, and the Court knows that I have taught dozens of engineers to do the work better than me. In the future you will see cases that are ten times greater than my case. I promise that.





[Stamp] P 7: 20

Case 1:04-cv-00397-GBD-RLE    Document 689-8    Filed 12/30/14    Page 7 of 14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 17-20.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 17-20.

                                                _____
                                                Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

HALA Y GOBRIAL
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990

Case 1:04-cv-00397-GBD-RLE    Document 689-8    Filed 12/30/14    Page 10 of 14

ראיד שנאן נ׳ עבדאללה עיאלב עבדאללה ברגותי

# בית המשפט הצבאי
# י ה ו ד ה
## - פ ר ו ט ו ק ו ל -

דיון בית משפט מיום: 03/11/09    בפני אב״ד: סא״ל נתנאל בנישו
שופט: סא״ל חנן רובינשטיין
שופט: רס״ן אלי בר – און

תובע: סרן ראיד שנאן
סניגור: עו״ד בסול תאופיק – נוכח

נאשם: עבדאללה ע׳אלב עבדאללה ברגותי ת.ז.: 30300028 / מגרש הרוסים – נוכח

רשמת: רב״ט סיון קדמי
מתורגמן: רב״ט כרים סלאמה וסמל נעמן מאדי

אב״ד פותח את הישיבה ומזהה את הנאשם

## מהלך הדיון



P 7: 17

Case 1:04-cv-00397-GBD-RLE    Document 689-8    Filed 12/30/14    Page 12 of 14

P 7: 18

ראיד שנאן נ' עבדאללה עיאלב עבדאללה ברגותי

אני לא מתחרט אפילו על אחד מהמעשים שביצעתי וביהמ״ש ידע שאני לימדתי עשרות מהנדסים שיעשו את העבודה יותר טוב ממני. אתם תראו בעתיד תיקים שהם פי עשר מתיקי. אני מבטיח זאת.

P 7: 19



P 7: 20