# Exhibit 2

# Hill, Brian

| | |
|---|---|
| **From:** | Machnes, Tal <Tal.Machnes@aporter.com> |
| **Sent:** | Wednesday, February 12, 2014 12:31 PM |
| **To:** | Hill, Brian; Ferguson, Laura; Rochon, Mark; Hibey, Richard |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Hashimoto, Ken L.; Pildis, Sara K.; Romeo, Carmela; Kientzle, Michael; 'Mordechai Haller'; 'Rachel Weiser' |
| **Subject:** | Sokolow et al v. PA/PLO |

Counsel,

Plaintiffs hereby supplement their Rule 26 disclosures with the information provided below relating to the listed witnesses who may testify at trial. If you believe you are missing any Rule 26 information relating to any of the witnesses disclosed by plaintiffs in their JPTO witness list, please let me know.

Plaintiffs Rule 26 supplementation:

**1) Benichou, Pierre:**
47 Sderot David Hamelech4th Floor,
Apt. 14, Tel Aviv, Israel
972-52-350-6350
Will serve as a foundational witness for Bates P 5- 325 Part I and Part II.

**2) Eviatar, Alon:**
Nahal Kisuphim 795
Modiin-Macabim-Reut, Israel
Will serve as a foundational witness for Arabic and Hebrew documents obtained from libraries and websites.

**3) Fayyad, Salam**
5 Ali bin Abi Talib St.
P.O. Box 19334
Jerusalem, Israel
972-5831367
Will serve as a witness on topics discussed in his designated deposition.

**4) Feldner, Yotam:**
PO Box 27837
Washington DC 20038
02-95509070
Will serve as a foundational witness for P 1- 3842 and for certain documents including but not limited to Bates 1-4284.

**5) Goldberg, Zvi:**
Mr. Goldberg may be contacted through counsel.
He will serve as a fact/damages witness for the Goldberg family.

**6) Lerner, Aaron:**
IMRA, PO Box 982
Kfar Sava, Israel
09-760-4719

1

Will serve as a foundational witness for Bates P 1- 879.

7) **Marcus, Itamar**:
59 King George St
Jerusalem, Israel
Will serve as a foundational witness for all broadcasts cited in his reports, anything published by PMW that was disclosed in this matter, and all videos from the "For You" program that were disclosed in this matter.

8) **Pearlman, Meshulam**:
03-345 Ramot # 24, Ramot, Jerusalem
Home: 050-872-2618
Will serve as a fact eyewitness for the Goldberg bus bombing.

9) **Reiss-Wolicki, Linda, Adv.**
59 Reuven St.
Bet Shemesh, Israel
972-52-853-4236
Will serve as a foundational witness for Bates 1- 3034 and 1- 3035, and other related evidence submitted by Israeli prosecutors in the Marwan Barghouti case.

10) **Roth, Roland**
33 Jaffa Road
Jerusalem ISRAEL 91008
972-2-6259916
Will serve as a foundational witness for certain documents related to the *Goldman v. PA* case and other civil actions pending against the PA or PLO in Israel.

11) **Segal, Yifa:**
4 Crémieux Street Apt 7
Tel-Aviv, Israel
050-220-7121
Will serve as a foundational witness for Israel TV footage including but not limited to Bates 9: 1-2 and 10: 1-4, and other related materials.

12) **Shaked, Roni:**
Sadeh Hamed Street #15
Mevasseret Tzion, Israel
972-2-534-3049
Will serve as a foundational witness for Bates 1-173 and 1-174.

13) **Shrenzel, Yisroel :**
16 Bilu Street
Tel Aviv, Israel
Will serve as a foundational witness for Arabic and Hebrew documents obtained from libraries and websites.

14) **Stein, Alex**:
Cardozo Law School
55 Fifth Avenue, Suite 943
New York, NY 10003
212-790-0348
Will serve as a fact eyewitness to the Hebrew University bombing.

15) **Mosab Hassan Yousef**
18440 68th
Street, Phoenix, Arizona, 85054

Regards,
Tal

_____

Tal Machnes

Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

+1.212.715.1125 (office)
+1.781.307.2288 (mobile)
Tal.Machnes@aporter.com
www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com