# Exhibit 3

## Hill, Brian

| | |
|---|---|
| **From:** | Yalowitz, Kent A. <Kent.Yalowitz@APORTER.COM> |
| **Sent:** | Monday, December 22, 2014 9:11 AM |
| **To:** | Hill, Brian |
| **Cc:** | McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; 'rtolchin@berkmanlaw.com'; Horton, Philip W.; Hashimoto, Ken L.; Pildis, Sara K.; Ferguson, Laura; Rochon, Mark |
| **Subject:** | RE: Sokolow v. PLO: Plaintiffs' Witnesses |

Brian,

As we have already told you, we have made very fulsome disclosures on all these witnesses, including interrogatory answers, document productions, and explanations of their testimony on the January 2014 proposed witness list. At this point, we are not inclined to collect these materials for defendants.

Best regards,

Kent

Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Telephone: +1 212.715.1113
Kent.Yalowitz@aporter.com
www.arnoldporter.com

**From:** bhill@milchev.com
**Sent:** Friday, December 19, 2014 12:32 PM
**To:** Yalowitz, Kent A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; 'rtolchin@berkmanlaw.com'; Horton, Philip W.; Hashimoto, Ken L.; Pildis, Sara K.; Ferguson, Laura; Rochon, Mark
**Subject:** RE: Sokolow v. PLO: Plaintiffs' Witnesses

Kent,

I have not heard further from you on this. Please let me know by COB today if you will provide the requested information about what the below witnesses will say at trial by Tuesday, or if we must request that relief from the Court.

Regards,

Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900

1

Washington, DC  20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801


**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Wednesday, December 17, 2014 4:37 PM
**To:** Hill, Brian
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; 'rtolchin@berkmanlaw.com'; Horton, Philip W.; Hashimoto, Ken L.; Pildis, Sara K.; Ferguson, Laura; Rochon, Mark
**Subject:** RE: Sokolow v. PLO: Plaintiffs' Witnesses

We will look for them.



Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212.715.1113
Kent.Yalowitz@aporter.com
www.arnoldporter.com


**From:** bhill@milchev.com
**Sent:** Wednesday, December 17, 2014 4:31 PM
**To:** Yalowitz, Kent A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; 'rtolchin@berkmanlaw.com'; Horton, Philip W.; Hashimoto, Ken L.; Pildis, Sara K.; Ferguson, Laura; Rochon, Mark
**Subject:** RE: Sokolow v. PLO: Plaintiffs' Witnesses

Kent,

If that is the case I will stand corrected.  Please send them to me or indicate when I previously received them so I can review them.

Regards,


Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC  20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801


**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Wednesday, December 17, 2014 4:25 PM
**To:** Hill, Brian
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; 'rtolchin@berkmanlaw.com'; Horton, Philip W.; Hashimoto, Ken L.;

2

Pildis, Sara K.; Ferguson, Laura; Rochon, Mark
**Subject:** RE: Sokolow v. PLO: Plaintiffs' Witnesses

Dear Brian,

Plaintiffs made Rule 26(a) disclosures for all these witnesses. Are you having trouble finding them?

Best,

Kent

---

Kent A. Yalowitz
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212.715.1113
Kent.Yalowitz@aporter.com
www.arnoldporter.com

**From:** bhill@milchev.com
**Sent:** Wednesday, December 17, 2014 4:10 PM
**To:** Yalowitz, Kent A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; 'rtolchin@berkmanlaw.com'; Horton, Philip W.; Hashimoto, Ken L.; Pildis, Sara K.; Ferguson, Laura; Rochon, Mark
**Subject:** Sokolow v. PLO: Plaintiffs' Witnesses

Kent,

As you know, at yesterday's hearing Judge Daniels directed us to provide a disclosure of the expected testimony of certain witnesses about which you claimed to lack information. I mentioned at the hearing that there were several witnesses on your witness list for which the substance of their expected testimony was not known to us. I write to request that you provide us by Tuesday December 23 with a representation about what the following witnesses will say at trial:

Zvi Goldberg
Meshulam Pearlman
Alex Stein
Dr. Shlomo Constantini
Maher Deeb
Dr. Geoffrey Fenner
Dr. Judith Gedalia
Ronald Hoffman
Martin Kessler
Moshe Lifschitz
Dr. Chay Noam
Dr. Tuvia Perry
Dr. Carole Pidhorz
Dr. Chaim Pogrond
Dr. Yaacov Rozenman

3

Alpesh Shah
Dr. Arnold Stein
Dr. Richard Wang
Menahem Yitzhaki
Ned Zallik
Pierre Benichou
Yotam Feldner
Anat Hazut
Aaron Lerner
Linda Reiss-Wolicki
Roland Roth
Yifa Sigal
Roni Shaked

Please let us know by noon tomorrow, Thursday December 18, if you will provide the requested information. If you will not do so, we will ask the Court to compel you to do so.

Regards,

Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC  20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com