# EXHIBIT A



PLAINTIFF'S EXHIBIT 1127

منظمـة التحــرير الفلســطينية
السلطة الوطنية الفلسطينية

جبـريل الـرجوب
مستشار الأمن القومي

هاتف متنقل : ٠٥٩٣٠٥٧٠٤+        هاتف المكتب : ٠٢٢٤٠٩٠٨٨+
بريد الكتروني : jrajoub@nsa.gov.ps        فـــاكس : ٠٢٢٤٠٤٠٤٥+



Palestine Liberation Organization
Palestinian National Authority

### Jebreel M. Rajoub
National Security Advisor

Office Tel. +970 2 240 9088
Fax: +970 2 240 4045

Mobile: +970 59 305704
E-mail: jrajoub@nsa.gov.ps