PLAINTIFF'S EXHIBIT 365

# Israel Ministry of Foreign Affairs

## IDF Activity in Ramallah-Summary of Inventory-31-Mar-2002

31 Mar 2002

### IDF Activity in Ramallah - Summary of Inventory
(Communicated by the IDF Spokesman)
March 31, 2002

Starting on the morning of 29 March 2002, IDF Central Command Forces entered the city of Ramallah, taking hold of all parts of the city including the Mukata'ah compound in the center of town which houses the bureau of the Palestinian Authority Chairman who is in his suite together with several close aides. During this operation, over 500 Palestinian men were detained for identification and questioning. Large stores of weapons and arms were discovered during the sweep of the Mukata'ah compound and other locations in Ramallah as follows:

13 Mini MK 47 Kalachnikov Automatic Rifles
Some 200 MK 47 Kalachnikov Automatic Rifles
19 Sniper Rifles
One M-16
40 Pistols
43 RPG Missiles
2 Mortar Shells
1 Norwegian Sniper Weapon
1 Barreta Sniper Weapon
24 Telescopes
19 Sniper Telescopes
2 Night Vision Apparatus
Crates of Munitions



©IDF Spokesman
Weapons found in Arafat's government compound in Ramallah

Monday, August 05, 2013

Crates of 5.56 Munitions
3 Crates of MK 47 Kalatchnikov Munitions
2 Crates of Heavy Machine Gun Munitions (MAG)
1 Crate of Hunting Rifle Munitions
20 Munitions Clips
Hand Grenades
Commando Knives
Empty Suicide Bomber Belts
PK Heavy Machine Gun
4 Pipe Bombs
Munitions Belts

A significant amount of the mentioned weapons and arms were being held by elements within the PA in direct violation of all agreements with Israel and directly prove the undeniable connection between official elements within the PA and the terrorist activities against Israel.

In addition, a large cache of counterfeit NIS 100 and NIS 200 bills were found adding up to a sizable sum. The counterfeit bills were found together with the plates and material needed to create millions of dollars worth of counterfeit Israeli bills and coins. Among those detained during the operation were 10 individuals wanted for their involvement in terror activities against Israel. They are now being questioned by the Israel Security Agency (ISA). Additional individuals are currently undergoing identification and questioning due to the lack of documentation on their person. We believe that there are additional wanted terrorists among those detained, hiding under borrowed identities to avoid arrest. Upon definitive identification, these wanted terrorists will also be questioned by the ISA.

At this point in the operation IDF forces are acting to flush out and catch other wanted terrorists in hiding.


©IDF Spokesman
Forged Israeli currency found in Arafat's government compound


©IDF Spokesman
Palestinian ambulances delivering food and medical supplies to Arafat's compound

**Most wanted terrorist list members detained during IDF action in Ramallah:**

1. *Abd al Karim Aweis*, born 1970, known Tanzim terrorist, company commander in Jenin, directly involved in terror attacks and a dispatcher of suicide bombers to Israel. In December 2001 Abd al Karim Aweis was arrested by Palestinian



Monday, August 05, 2013

security services in Samaria and was transferred to Ramallah for incarceration in a high security facility. In actuality the Palestinian security services granted him full freedom to continue carrying out murderous terror attacks. During his sojourn in Ramallah he worked in concert with other Tanzim terrorists from Ramallah headed by Marwan Barghouti to carry out additional terror attacks.

During questioning by the ISA, Abd al Karim Aweis confessed to his activity during the recent violent conflict:

- Planting a land mine on the Jenin bypass road;
- Participating in three shooting attacks on the Jenin bypass road;
- Manufacturing mortars and mortar shells in conjunction with terrorists from the Jenin area;
- Firing mortars on the town of Kadim;
- Manufacturing an explosive device for a terror cell of Dir Hana (Israel) residents. The device was planted at the Golani Junction;
- Manufacturing explosive devices for Tanzim terrorists in Ramallah;
- Dispatched two suicide bombers to Afula in concert with Ali Tzipori, an Islamic Jihad terrorist from Jenin;
- Dispatched the suicide bomber who killed 3 Israelis and wounded 35 more on King George Street in Jerusalem on 21 March 2001 in concert with Samaria Tanzim terrorist Nasser Shuyash.

In addition, Aweis, together with Jenin Islamic Jihad terrorist Mahmoud Gorssi, was behind the suicide terror attack of 12 August 2001 in Kiryat Motzkin that injured 14 Israelis. The pair was also responsible for the failed suicide attack of 16 August 2001 in Haifa.

2. *Muhammed Abu Toul*, born 1979, a native of Miyamoun/Jenin. A Tanzim terrorist recruited by Abd al Karim Aweis who was involved in directing and dispatching terrorist bombers and shooters.

Muhammed Abu Toul delivered the bomb to the terrorist bombers at the Golani Junction hitchhiking station on 31 August 2001. He was also behind the Mei Ami bombing of 26 October 2001, sent two terrorists on a bombing attack on the road near Jenin, planned a car bomb attack on Zichron Ya'akov and a shooting attack near Um El Fahm. He is also connected to the manufacturing of explosive devices and mortars used in terror attacks.

3. *Ahmad Nahfaz (Mahmoud Talmaas)* born 1972, native of Jebaliah. Employed as a police officer in the Ramallah police force. Was in the room during the 12 October 2000 lynch carried out against two IDF reserve soldiers, the late Vadim Norditch and Yossi Avrahami.

4. *Ali Ah Rahman Gardaht*, born 1955, senior PFLP terrorist. Wanted for many years due to involvement in PFLP terrorist activity. Serves as deputy to Ahmed Saddat, chairman of PFLP, who is responsible for

http://mfa.gov.il/MFA/PressRoom/2002/Pages/IDF%20Activity%20in%20Ramallah%20-%20Summary%20of%20Inventory%20-.aspx

P 5: 291

Monday, August 05, 2013

many deadly terrorist bombings in Israel and the murder of Minister Rechavam Ze'evy. Currently serves as PFLP spokesman.

5. *Mazlafah Rabbah Yusef Karahn*, born 1984, resident of El Bireh, a Hamas terrorist connected to the manufacturing of explosive devices. Connected to Hamas terrorist cells in Ramallah.

6. *Sammi Majmad Ibrahim Baduan*, born 1983, Kuber, PFLP terrorist

7. *Raad Mahmoud Yusef Zabbar*, born 1975, Kuber, PFLP terrorist.

8. *Yasser Mahmoud Ah Kadher Shanan*, born 1969, Kuber, PA General Intelligence, aid to PFLP terrorist cell. Found with weapons and arms on his person.

The three, Baduan, Zabbar and Shanan, are members of the PFLP terrorist organization in Kuber/Ramallah which functions under the direction of the PFLP central command in Ramallah. Shooting attacks near Ramallah and the planning of additional terrorist activity are attributed to this organization.

9. *Haitam Mustafah Hassan Karaan*, born 1980, El Bireh, Hamas terrorist.

10. *Raad Mustafah Hassan Karaan*, born 1974, El Bireh, Hamas terrorist. Connected to the Hamas terrorist infrastructure in Ramallah responsible for carrying out the murderous terror bombings in 1996.

The following are suspected of involvement in Hamas terror activities in the Ramallah area:

11. *Faarge Assaid Sallam Aduan*, born 1969, native of Retzah, employed as a police officer in the Ramallah DCO. There are indicative testimonies tying Aduan to fatal shooting attacks against Israelis.

12. *Ashak Amin Ah Kader Yunes*, born 1946, native of Retzah, resident of El Biteh, PFLP terrorist. Spent significant time in Syria. Upon arrival in Israel adjoined the terrorist activity of the PFLP. Serves as a senior aid to Ahmed Saddat. Has close ties to George Habash, former PFLP chairman.

 Close