עברית | عربي

[Search]

**HomePage**  **About**  **History**  **Information Systems & Technology**  **Terror Data and Trends**

שירות הביטחון הכללי > Israel Security Agency > Terror Data and Trends > Analysis of Attacks in the Last Decade > Fatalities and injuries in the last decade

**Analysis of Attacks in the Last Decade**

Fatalities and injuries in the last decade
Suicide Attacks
Mass murder shooting attacks
Shooting attacks
Car-bomb attacks
Explosive device attacks
Grenade attacks
Anti-tank shooting attacks (AT)
Kidnapping attacks
Stabbing attacks
Running-over attacks
Assault attacks
Mortar Shell launching attacks
Rocket launching



Analysis of Attacks in the Last Decade 2000-2010

**Fatalities and injuries in the last decade**

Throughout the present conflict, since September 29, 2000, and until the end of 2009, 1,178 people had been killed and 8,022 injured, as a result of terror attacks executed by Palestinians.

**Distribution of fatalities of Palestinian terror since the beginning of the present conflict**



**Distribution of casualties (injuries) since the beginning of the present conflict**



Most fatalities occurred as a result of suicide attacks: **516 people** (43.8 percent of the overall number of fatalities); small arms attacks: **313** people (26.5 percent); and explosive device attacks: **98** fatalities (8.3 percent).
Other murderous patterns, some closely related to suicide attacks were: mass-murder attacks by shooting: **80 people** (about 6.8 percent of the overall number of fatalities), explosive car-bomb: **38 people** (3.2 percent).

High trajectory shooting (rockets and mortar shells) from the Gaza Strip towards Israel started, later becoming predominant course of action, demanding the lives of 32 people, who make up 2.7 percent of all fatalities.

**Diagram - Distribution of highest number of fatalities**



PLAINTIFF'S EXHIBIT S47



As aforesaid the patterns demanding highest number of lives (suicide, small arms shooting and explosive devices) killed 927 people, who are 79 percent of the overall fatalities. 21 percent (251 people) were killed in additional patterns:

**Distribution of fatalities in the present conflict according to additional patterns**



Note: detailed information on the number of fatalities in the present conflict, compared to the previous decade (1990-Sept. 2000) in various profiles can be seen in the review "Fatalities as a result of Palestinian Terrorism"

**Suicide Attacks**

**Mass murder shooting attacks**

**Shooting attacks**

**Car-bomb attacks**

**Explosive device attacks**

**Grenade attacks**

**Anti-tank shooting attacks (AT)**

**Kidnapping attacks**

**Stabbing attacks**

**Running-over attacks**

**Assault attacks**


Back  Print  Send a friend

© 2010 All rights reserved                              Clarification   Terms of Usage and Disclaimers   RSS