
PLAINTIFF'S EXHIBIT
554

http://www.shabak.gov.il/publications/archive/skirot-archive/pages/4years-summary.aspx

## <u>Summary of 4 Years of Conflict – Terrorism Data and Trends</u>    [Emblem]

## <u>Contents:</u>

Influence of establishment of the Security Fence on the operational capability of the terrorism infrastructure in Samaria ...................................................................................... 1

Operational cooperation between the various terrorist organizations in the territories during the conflict ...................................................................................................................... 3

Characteristics of the Hezbollah organization's activity vis-à-vis the territories ................ 6

Activity of the Hezbollah organization among Israeli Arabs ................................................. 8

Involvement of Israeli Arabs in terrorism since the beginning of the conflict ..................... 9

Involvement of East Jerusalemites in terrorism ................................................................... 12

Involvement of women in terrorism ........................................................................................ 14

Involvement of children and adolescents in terrorism .......................................................... 16

Involvement of family reunification [members] in terrorist activity ................................... 18

Involvement of unlawful residents in terrorism .................................................................... 20

Confiscation of terrorism funds ............................................................................................... 22

The Qassam rockets .................................................................................................................. 24

The Qassam rocket production laboratory in Beituniya ........................................................ 25

Tunnels in the service of terrorism .......................................................................................... 26

Terrorist activity from within prisons in Israel ..................................................................... 28

Involvement of the Palestinian security apparatuses in terrorism ....................................... 30

Significant examples of upgrading and improving the scope of terrorist attacks ............. 32

Summary of 4 Years of Conflict – Terrorism Data and Trends
Israel Security Agency Survey
www.shabak.gov.il

**Summary of 4 Years of Conflict – Terrorism Data and Trends**    [Emblem]

**Involvement of the Palestinian security apparatuses in terrorism**

During Operation Defensive Shield (2002), the deep involvement of the Palestinian Authority's security apparatuses in terrorist activity against Israel was uncovered. Many interrogation subjects who were arrested during the operation told in their interrogations by the Israel Security Agency of the involvement of various individuals in the security apparatus, including the heads of the various organizations, in terrorism. The involvement of these bodies in terrorism also came out from documents seized in the course of the operation. From the totality of the material collected, a picture is obtained that clearly indicates that not only did they not act to thwart terrorism, but they were even active in initiating and directing terrorist attacks against Israel. In 2003-2004 there was a continuation, and apparently even an increase, in this phenomenon of involvement by members of the security forces from Judea, Samaria and the Gaza Strip – many of them operatives in the Tanzim (some directed by Hezbollah elements from abroad) – in planning and carrying out a variety of terrorist attacks, including suicide terrorist attacks, in which many Israelis were killed (suicide terrorist attacks in Jerusalem, January 29, 2004, and February 22, 2004; a suicide terrorist attack at the Port of Ashdod, March 2004; and suicide terrorist attacks at the Erez Industrial Zone, February 26, 2004, and March 6, 2004). This is in addition to activity to smuggle weapons into the territory of the Authority and the supply of weapons to various terrorist cells. The National Security and Military Intelligence apparatuses (particularly in Judea and Samaria) and the Preventive Security Service (in the Gaza Strip) continue to hold a dominant position in their members' involvement in terrorism, although members of other bodies also play a role in this.

It is difficult to indicate the exact number of members of the apparatuses involved in terrorism. In general, there are many hundreds of operatives who were involved in terrorism, directly or indirectly, since the beginning of the Intifada.

The position of the Palestinian security apparatus in relation to terrorism ranges from not preventing it to initiating and participating in it. The apparatuses, notwithstanding their awareness of the activity of the terrorist organizations, generally ignore it, or sometimes even pretend to deal with it, solely for appearance's sake. Thus, for example, they stage seizures of weapons, arrest terrorist operatives to preclude the Israeli security forces dealing with them, or as a temporary, ritualistic act, which ends up with the operatives being released a short time later, without having been dealt with.

The involvement of the apparatuses in terrorism is reflected, most seriously, in initiating and planning terrorist activity, in directing, funding and arming the perpetrators, and in executing the terrorist attacks. Many operatives operate in the framework of the terrorist organizations in parallel to their activity in the security apparatus, and in many instances operatives from within

the terrorist organizations are recruited to the security apparatus, where they continue to be involved in terrorism under the guise of their official employment.

Thus, for example, the Preventive Security in the Gaza Strip, under the leadership of its senior members, was transformed from a body whose purpose was to prevent terrorism to a terrorist organization which carried out, initiated and provided cover for a prolonged series of terrorist attacks and terrorist activity against the Israel Defense Forces and the Israeli settlements in the Gaza Strip.

30

Summary of 4 Years of Conflict – Terrorism Data and Trends     [Emblem]

**Noteworthy examples of involvement of [security] apparatus operatives in terrorism:**

- **Kamel Abu Wa'ar** – aged 30, resident of the village of Kabatiya, an operative in Force 17 – the Palestinian Presidential Guard and a senior Tanzim military operative. He was arrested by Israel in <u>January 2003</u> and admitted in his interrogation to involvement in carrying out serious terrorist attacks in which 4 Israelis were killed and 9 wounded, and to planning mass terrorist attacks in various forms against Israeli targets. Upon the outbreak of the conflict, Abu Wa'ar took part in exchanges of fire with Israel Defense Forces troops at Joseph's Tomb; Abu Wa'ar stated that he participated in the shooting using the Kalashnikov rifle that was issued to him for his service in Arafat's presidential security unit.

- **Jaber Ahras** – an operative of the Palestinian National Security Force, originally from the Gaza Strip (Rafiah), serving in Bethlehem. In <u>November 2003</u> he carried out a shooting attack at the Tunnels Road Checkpoint, in which two Israel Defense Forces soldiers were killed.

- **Majid Hajaj** – an operative of the Preventive Security Service in Gaza, he used his truck to transport the two car bombs that were part of the combined suicide terrorist attack carried out on <u>March 6, 2004</u>, at Erez, in which 6 Israeli civilians were killed and 9 others wounded. Hajaj was arrested by the [Palestinian security] apparatus following the terrorist attack, but was released a short time later.

- **Mouin Atallah** – an operative of the Preventive Security Service from Jabaliya, who assisted Hamas and Fatah in carrying out the suicide terrorist attack at the Port of Ashdod on <u>March 14, 2004</u>, in which 10 Israeli civilians were killed and 12 others wounded. The 2 terrorists who carried out the terrorist attack left the Gaza Strip through the Karni Crossing, where Atallah worked in a position that gave him access to all locations within the terminal. Atallah stated in his interrogation that he assisted the Hamas organization in planning the purchase of trucks and establishment of a company to transport containers from the Gaza Strip to Israel, so as to use them as cover for smuggling terrorists. Atallah was arrested a few days prior to executing another suicide terrorist attack that was to be carried out using the same method.

- **Ali Yadak** – an operative of the General Intelligence apparatus who was arrested in <u>February 2004</u> and who stated in his interrogation that he transported, from Nablus to Qusin, a terrorist who intended to carry out a suicide terrorist attack, as well as a Kalashnikov assault rifle, magazines and a bomb. Together with him was arrested <u>Samr Abed-Rabbo</u> – an officer in the General Intelligence apparatus who was an accomplice in developing the terrorist attack. The two admitted under interrogation to planning further terrorist attacks, such as throwing hand grenades at the Israel Defense Forces in the Qusin area.

31

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document or a portion thereof received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "Report by the Israeli Security Agency (Pls.' Ex. 554)."

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Hebrew-language document or a portion thereof designated as "Report by the Israeli Security Agency (Pls.' Ex. 554)."

Dated: March 6 , 2014

_____
Rina Ne'eman

ss.: New Jersey

On the __6__ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
__6__ day of March, 2014

_Leonor Troyano_

Notary Public

**LEONOR TROYANO**
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/8/2014

Fn 94 + 95 + 96 + 97 + 98 + 106 + 107 + 113 + 114
+ 115 + 116 + 117 + 136 + 137 + 138 + 139

http://www.shabak.gov.il/publications/archive/skirot-archive/pages/4years-summary.aspx

סיכום 4 שנות עימות – נתונים ומגמות בטרור

## תוכן עניינים:

השפעת הקמת מרחב התפר על יכולת הפעולה של תשתיות הטרור בשומרון ........... 1

שיתוף הפעולה המבצעי בין ארגוני הטרור השונים בשטחים במהלך העימות .......... 3

מאפייני פעילות ארגון ה"חזבאללה" מול השטחים ..................... 6

פעילות ארגון "חזבאללה" מול ערבים ישראלים ........................ 8

מעורבות ערבים ישראלים בטרור מתחילת העימות ..................... 9

מעורבות מזרח ירושלמים בטרור ........................................ 12

מעורבות נשים בטרור ................................................... 14

מעורבות ילדים ונערים בטרור .......................................... 16

מעורבות אחמ"שים בפעילות טרור ...................................... 18

מעורבות שוהים בלתי חוקיים בטרור .................................... 20

החרמת כספי טרור ..................................................... 22

רקטות ה"קסאם" ...................................................... 24

מעבדת ייצור טילי קסאם בביתוניא .................................... 25

מנהרות בשימוש הטרור ................................................ 26

פעילות טרור מבתי הכלא בישראל ..................................... 28

מעורבות מנגנוני הביטחון הפלסטינים בטרור ........................... 30

דוגמאות בולטות לשדרוג ושכלול מתווה פיגועים ....................... 32

 סיכום 4 שנות עימות – נתונים ומגמות בטרור

## הקדמה

ב- <u>29 לספטמבר 2000</u> החל המאבק האלים הנוכחי בין ישראל לפלסטינים. בתחילה נשא
המאבק מאפיינים של התקוממות עממית: תהלוכות המונים, ידוי אבנים והפרות סדר. במהרה,
שככו המאפיינים של התקוממות עממית, וארגוני הטרור הם שקבעו את הטון – הרשות החלה
מתפוררת, ושליטתה באירועים הלכה והתחזקה, עד כדי היפוך תפקידה והפיכתה למקדמת
פעולות הטרור כנגד ישראל.

מחקירתם בשירות ביטחון כללי של בכירי הפת"ח - מרואן ברגותי, נאצר עוויס, נאצר אבו
חמיד ואחמד ברגותי - עלה כי יאסר ערפאת אישר מימון כספים עבור פעילי תנזים בידיעה
שישמשו לפיגועים כנגד אזרחים ישראלים. כמו כן עלה כי מחסני הנשק של הרשות שימשו
לחלוקת מטענים לפעילים.

## השפעת הקמת מרחב החיץ על יכולת הפעולה של תשתיות הטרור בשומרון

חלקו הראשון של מרחב החיץ, שנועד לשבש ולסכל את יכולתן של תשתיות הטרור להחדיר
לישראל מפגעים לצורך ביצוע פיגועי התאבדות והקרבה כנגד אזרחים, הושלם <u>ביולי 2003</u>,
כאשר הושלמו 130 ק"מ הראשונים בשומרון שמשתרעים מאלקנה ועד סאלם. באותה
התקופה הושלמו גם 2 קטעים בחלק הצפוני והדרומי של עוטף ירושלים. שלב ב' של מרחב
החיץ משתרע מסאלם ועד הגבול עם ירדן, דרומית לטירת צבי וכולל 60 ק"מ, מתוכם, 40 ק"מ
מבוצעים כיום, ו- 20 הק"מ הנותרים יושלמו לפעילות מבצעית במהלך חודש אוקטובר.

מחקירות פעילים בתשתיות הטרור השונות בשומרון עולה כי מרחב החיץ בשומרון, אכן
מהווה מכשול משמעותי המשפיע על יכולתן של תשתיות הטרור בשומרון להחדיר מפגעים
לתחומי ישראל לצורך ביצוע פיגועים. הפעילים השונים מסרו בחקירותיהם כי בשל קיומו של
המכשול נאלצות התשתיות למצוא דרכים מסובכות בכדי להחדיר מתאבדים בישראל. בעקבות
זאת, פועלות התשתיות להוצאת מפגעים מאזורים בהם לא הושלמה בניית מרחב החיץ וכן
פועלות התשתיות בשומרון להסטת נקודות שיגור המפגעים לאזור יהודה, שם לא קיים עדיין
מרחב חיץ. השוהים הבלתי חוקיים, שמעוניינים בכניסה לישראל, מתקשים אף הם לחדור בשל
קיומו של מרחב זה.

1

 סיכום 4 שנות עימות – נתונים ומגמות בטרור

## דוגמא בולטת להשפעת מרחב החיץ על פעילות הטרור בשומרון כפי שבאה
## לידי ביטוי בחקירתו בשירות בטחון כללי:

אמג"ד עבידי, אשר שימש כראש התשתית ג'האד האסלאמי בג'נין ועמד מאחורי שורה של
פיגועים וניסיונות פיגועים בהם פיגוע ההתאבדות במסעדת "מקסים" בחיפה, מסר פרטים
בחקירתו אודות השפעת מרחב החיץ על הוצאת הפיגועים שתכנן. עבידי הודה במהלך חקירתו
כי כאשר פעל עם צאלח ל'ראדאת, פעיל ג'האד אסלאמי בכיר שנהרג במהלך התקלות עם
כוחות הביטחון ביוני 2003, השניים התרכזו בניסיונות החדרת מפגעים דרך אזור ברטעה
ואזור יעבד – טורה. בהמשך עם התקדמות בניית החיץ נאלצו לשנות את יעדי הפיגוע לכיוון
הגלבוע ומזרחית לו שכן בניית החיץ עד לבקעה טרם הושלמה. עבידי ציין בחקירתו כי במידה
והחיץ היה גבוה עד לבקעה היו מחויבים פעילי כל הארגונים לחשוב על דרכים אחרות
לחלוטין לבצע פיגועים.

## דוגמא בולטת לסיכול מוצלח בזכות מרחב החיץ

ב- 3 דצמבר 2003 סוכל פיגוע התאבדות בישראל מטעם תשתית הג'האד האסלאמי בג'נין עם
מעצרם של המחבל המתאבד , מוניר רביע, ומוביל, מוראד זיתון, בישוב ברדלה השוכן על קו
התפר. ביום הפיגוע המתוכנן יצאו השניים בשעה 08:30 , כשהם חמושים בחגורת הנפץ, ליעד
הפיגוע. מג'נין נסעו במונית לכפר בורקין, אז לקחו מונית נוספת לכפר מעי'ר ומשם נסעו לישוב
ברדלה, אזור בו לא הושלמה בניית מרחב החיץ הביטחוני. בברדלה נעצרה השניים על ידי
כוחות הביטחון. חגורת הנפץ שהוסתרה על ידי השניים במסגד בכפר, נמצאה ופוצצה באופן
מבוקר. אבו-זיתון סיפר בחקירתו כי מברדלה התכוונו לצאת במונית לואדי ערה ומשם לעפולה
או לבית ספר ביקנעם (יעדים אלה הוצפו על ידי אבו זיתון שעבד בעבר בערים אלה ומכיר
אותן).

מהתבוננות במפה ניתן לראות כי הדרך בה התקדמו השניים עד לברדלה, הישוב ממנו התכוונו
לחדור לישראל, הנה דרך ארוכה ומפותלת וכי הישובים בהם עברו עד שנתפסו (בורקין, מעי'ר
וברדלה) נמצאים דרומית /מערבית/מזרחית לג'נין בעוד שעפולה ו/או יוקנעם נמצאות
צפונית/מערבית לג'נין. עקיפת מרחב החיץ הביטחוני עיכבה את המחבלים באופן ניכר
מלהגיע ליעדם, ואפשרה לכוחות הביטחון לבלום אותם במקום הנמצא הרחק ממרכזי
אוכלוסייה.

2



סיכום **4** שנות עימות – נתונים ומגמות בטרור

<u>הדרך שביצעו זיתון ורביע:</u>



<u>שיתוף הפעולה המבצעי בין ארגוני הטרור השונים בשטחים
במהלך העימות</u>

משנת 2001 החלה מגמה הולכת ומתהדקת של שיתוף פעולה בין ארגוני שהגיעה לשיאה
בשנת 2004. שיתוף הפעולה הבין ארגוני הוא תופעה מגומגמת בהיקפה, בהשוואה לכלל
הפעילות המבצעית העצמאית של כל ארגון, אך למרות זאת, מאז תחילת העימות בספטמבר
2000 הוא הפך לדפוס פעולה בולט של ארגוני הטרור השונים השטחים, בדגש על אלה
בשומרון וברצועת עזה. שת'פ זה בא ליד ביטוי בקידום הוצאתם לפועל של פיגועים משותפים
נגד יעדים ישראלים, לצד סיוע הדדי בייצור והברחות אמל'ח וסיוע בלוגיסטיקה.

שיתוף הפעולה הבין ארגוני צמח בשומרון על בסיס הכרות אישית/מקומית בין פעילי הארגונים
השונים, וברמונה כתוצר של קשרים בדרג המבצעי הבכיר. הנהגות הארגונים מצדן התאימו
את עמדתן למציאות שהוכתבה בידי הפעילים בשטח, מתוך הבנה כי הפעילות המשותפת
מהווה מכפיל כוח מבצעי ומעבירה מסר של אחדות השורה מול ישראל והרשות.

**"חזבאללה",** כזרוע איראנית המשמשת בחודשים האחרונים מען "מפקדת חוץ" של מרבית
התארגנויות התנזים בשטחים, רואה בשיתוף הפעולה הבין ארגוני מרכיב משמעותי בפעילות
המבצעית בשטחים ומעודד זאת.

3



סיכום 4 שנות עימות – נתונים ומגמות בטרור

**העמקת שיתוף הפעולה הבין ארגוני נובע בעיקר משני מניעים:**

1. הקשיים המבצעים המתמשכים ובראשם פעילות הסיכול הישראלית המאלצים את ארגון הטרור לאחד שורות' ולנצל את היתרון היחסי של כל ארגון על מנת להבטיח פיגועים מוצלחים. בנוסף הפעילות המשותפת מקשה על ישראל למקד את פעילות הסיכול, ואת צעדי התגובה הנקודתיים.

2. צורך בתיאום עמדות ובהתייצבות כחזית אחידה מול ישראל והרשות הפלסטינית. לכל אורך העימות בולט התנגים (וארגון) ועדות ההתנגדות העממית ברצועה) כארגון המעורב ביותר בפעילות בין ארגונית. נכון ל**יוני 2004** כ – **92%** מכלל הפיגועים המשתתפים בוצעו במעורבות ארגון זה. הג'האד האסלאמי החל בפעילות משותפת בשומרון מאז שנת 2001 והתשתית ברצועה הצטרפה למעגל זה במהלך 2003. ארגון החמא"ס לעומת זאת החל ליטול חלק במסגרת הבין ארגונית רק לאחר מבצע חומת מגן, במחצית השניה של שנת 2002, בדגש על רצועת עזה. גם תשתית החזית העממית בשומרון בולטת במעורבותה בשת"פ בין ארגוני.

## מאפייני שיתוף הפעולה הבין ארגוני לצורך ביצוע פיגועים בחלוקה אזורית

**שומרון** – שיתוף הפעולה הבין ארגוני באזור זה שהחל **מיולי 2001**, תפס תאוצה במיוחד לאחר מבצע "חומת מגן" **באפריל 2002**, במהלכו נפגעו קשות חלק ניכר מהתשתיות, באזור. ההשפעה המצטברת של פעילות הסיכול המתמשכת מול תשתיות אלה, כמו גם בניתוב ההולכת ומשתנה של מרחב החיץ בשומרון, הקשו עליהן לבצע פיגועים "איכותיים" והובילו לשילוב הכוחות. בנוסף מאפיינים ייחודיים לאזור השומרון הובילו להעמקת שיתוף הפעולה באזור:

- כניסתם המהירה למעגל העשייה הצבאית של פעילים חדשים וחסרי ניסיון, המחויבים פחות למסגרות הארגוניות, ואינם נרתעים מטשטוש הזהות היתודית של כל ארגון לצורך קידום הוצאתם לפועל של פיגועים.

- העדר גרעין הנהגה ותיק וממוסד המסוגל לחזק את הזהות הארגונית של הפעילים בשטח. עובדה זו הובילה לתופעה של מיידת פעילים מארגון אחד למשנהו, בעיקר הג'האד האסלאמי והתנזים, גם על רקע מחסור בכספים או באמל"ח.

- היכרות אישית בין הפעילים על רקע שכונתי שהקלה על ההתארגנות המשותפת.

**רצועת עזה** – מאז המחצית השניה של 2003 שיתוף הפעולה הבין ארגוני ברצועה הפך לדפוס הפעולה העיקרי של תשתיות הטרור באזור. הפעילות המבצעית המשותפת ברצועה מתקיימת במאפייני גרילה: פיגועים רבי משתתפים משולבים ומדורגים, ובחירת צירי הגזרה הממזערים את היתרון הטכנולוגי של צה"ל. השת"פ הבין ארגוני ברצועה הוא במידה רבה חלק

4

סיכום 4 שנות עימות – נתונים ומגמות בטרור

ממדיניות הפיגועים של הארגונים השונים, והוא נועד בין היתר להשפיע על מהלכים פוליטיים מדיניים שעל הפרק, דגמת ביצוע פיגועים לצורך טרפוד מאמצים להשגת הפסקת אש. ברצועה התגבשה חלוקת תפקידים במסגרתה ארגון החמא"ס עמד מאחורי תכנון הפיגועים ומספק את האמל"ח עבורם, בעוד יתר הארגונים מתמקדים בהיבטים הלוגיסטיים של הפעילות. תופעה נוספת הבולטת ברצועת עזה היא שכל ארגון השותף לתכנון פיגוע, מספק מפגע מטעמו.

יהודה – אזור זה בולט בעובדה כי בו, ככל הידוע, לא מצח במהלך העימות מסגרת בין ארגונית. אזור יהודה מאופיין בגרעיני הנהגה ותיק וממוסה הממתווה דבקות בדפוסי הפעולה החשאית, תוך היצמדות למסגרת הארגונית והימנעות משיתוף פעולה בין ארגוני.

## דוגמאות לפיגועים בולטים שבוצעו במסגרת שת"פ בין ארגוני במהלך שנת 2004:

- ינואר 2004 – בהתארגנות משותפת לארגון החמא"ס ולתנזים בוצע פיגוע התאבדות במעבר 'ארז' שבו נהרגו 4 אזרחים ישראלים. באפריל 04' בוצע פיגוע התאבדות נוסף במעבר, בהתארגנות משותפת של שני הארגונים, בו נהרג אזרח ישראלי נוסף.

- מרץ 2003 – בהתארגנות משותפת לחמא"ס ולתנזים בוצע פיגוע התאבדות כפול בנמל אשדוד, בו נהרגו 10 אזרחים ישראלים.

- מאי 2004 – בפיגוע משותף לג'האד האסלאמי ולוועדות ההתנגדות העממית ביצעו 2 מפגעים ירי לעבר רכב בציר כיסופים והביאו להריגתם של טלי חטואל וארבע בנותיה. כמו כן נפצעו בפיגוע 2 חיילים ואזרח נוסף.

- מאי 2004 - בהתארגנות משותפת לג'האד האסלאמי, וועדות ההתנגדות העממית והתנזים, בוצע פיגוע התאבדות משולב בירי לעבר רכב ישראלים סמוך לרפיח, בו נפצעו 2 חיילים.

5



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מאפייני פעילות ארגון ה"חזבאללה" מול השטחים

ארגון ה"חזבאללה" הוקם בידי כוחות "משמרות המהפכה" האיראנים שהגיעו ללבנון בעת מלחמת "שלום הגליל" בשנת 1982 כחלק ממדיניות ייצוא המהפכה האסלאמית. הארגון פעל רבות מול ישראל בזמן שהותה בשטח לבנון, ומאז נסיגת צה"ל מלבנון במאי 2000 החל להתמקד בפעילות מול פנים ישראל שמתרחבת ומעמיקה, במטרה לקדם הוצאת פיגועי איכות בתוך שטחי ישראל ובכך לשבש כל ניסיון להידברות וכל הזדמנות לחזור להליך השלום. מאמצים אלו ניכרת במהלך ניסיונות קודמים לקיים מו"מ על "הודנה" (הפסקת אש), כאשר המפעילים קידמו פיגועים שמטרתם הכשלת המגעים.

פעילות ה"חזבאללה" משתלבת במדיניותה הכוללת של איראן מול ישראל, הדוגלת בליבוי הסכסוך הישראלי-פלסטיני וייזום פעילות טרור כנגד ישראל. זאת, למרות שמדובר בארגון לבנוני המורכב כולו מפעילים לבמניים ללא כל זיקה לאומית לסכסוך הפלסטיני-ישראלי. למכח עניינה של איראן לטשטש את טביעות אצבעותיה בכל המגע להכוונה ישירה של פעילות טרור בפנים, בולט מעמדה של ה"חזבאללה" כזרוע מבצעית קדמית של איראן מול ישראל.

### הארגון פועל מול ישראל בארבעה נדבכים עיקריים:

1. החדרת מפגעים/מסייענים דרך מעברי הגבול בתיעוד זר.
2. הקמת תשתית פח'עית בתוך ישראל ובשטחי איו"ש ורצ"ע.
3. פעילות דרך הגבולות – הברחות אמל"ח ומפגעים.
4. תמיכה כספית בארגונים ובקבוצות פלסטיניים.

<u>משנת 2003</u> ניתן לראות מגמה של הידוק שיתוף פעולה בין גורמי "חזבאללה" בלבנון לבין גורמים מבצעיים בקרב ארגוני הטרור הפלסטינים האחרים בדגש על התנזים, הג'האד האסלאמי, החמאס והח'ע. שיתוף הפעולה ניכר במיוחד בין ה"חזבאללה" לארגון התנזים, כאשר למעשה, ארגון ה"חזבאללה" משמש בחודשים האחרונים מעין "מפקדת חוץ" של מרבית התארגמויות התנזים בשטחים.

חסן נצראללה, מנהיג ה"חזבאללה", אף הודה לראשונה בפומבי בקיומה של יחידה ב"חזבאללה", שאמונה על הפעילות מול הפלסטינים. את דבריו נשא ב- <u>19 יולי 2004</u>, בטלוויזיית 'אלמנאר' לאחר מותו של ע'אלב עוואלי, פעיל בכיר ב"חזבאללה": "...החלל ע'אלב עוואלי היה כמו החלל עלי צלאח מהקבוצה שהקדישה את חייה בשנים האחרונות לסיוע לאחים בפלסטין הכבושה. אנחנו לא רוצים להסתיר את האמת. אנו יוצאים בה במוצהר ומתפארים בה. ע'אלב עוואלי היום הוא חלל בדרך פלסטין. הוא חלל ירושלים. הוא חלל

6

### סיכום 4 שנות עימות – נתונים ומגמות בטרור

מסכד אלאקצא. הוא חלל העימות עם המפעל הציוני... ואנו לא ננטוש את המלחמה הזו
ומעולם לא נטשנו אותה. אנו נמצאים בעמדה בה אנו לוחמים בגלוי ונלחמים בסתר".

דפוסי ההכוונה של "חזבאללה" מול התארגנויות הטרור בשטחים דומים לאלה המאפיינים את
מעורבות מפקדות ארגוני הטרור הפלסטיניים בחוץ (חמא"ס והג'האד האסלאמי) בפעילות
התשתיות שלהם בפנים. במסגרת זו בולטים מתן הנחיות לביצוע פיגועי הרג המוני בתוך
שטחי ישראל, תיווך בין פעילים במוקדי הפעילות השונים, העברת כספים בהיקפים גדולים
ולבסוף, ריכוז מאמץ לשדרוג יכולות החבלה של התשתיות שמתבטא ב- 3 ערוצים
עיקריים:

- **העברת ידע רב בתחום החבלה באמצעות שליחים.** כך למשל נלכדה <u>במאי 2003</u>
  סירת הדיג "אבו חסן" מול חופי קפריסין כשעליה מומחה חבלה של ה"חזבאללה", ועימו
  אמצעי לחימה וחומר הדרכה רב על גבי מדיה מגנטית בנושא ייצור ושימוש באמל"ח.

- **פעילות להעברת אמל"ח איכותי לשטח, תוך תיאום הברחות אמל"ח לשטחים.**
  בינואר 2001 נלכדה ספינת 'המשק סנטוריני', אשר היתה אמורה להבריח אמצעי
  לחימה מלבנון לשטחי הרשות הפלסטינית באמצעות ה"חזבאללה" וחזית ג'בריל. על
  סיפונה של ה"סנטוריני" נמצאו כמויות רבות של אמצעי לחימה בהם טילים, כלל
  סטרלות נגד מטוסים, מרגמות, משק קל ותחמושת. כשנה לאחר מכן, בינואר 2002
  נלכדה גם הספינה " KARIN A" שצוידה באמצעי לחימה רבים על ידי איראן
  ו"החזבאללה", ואוישה על ידי צוות של הרשות הפלסטינית.

- **קליטת פעילים מהפנים לאימונים מבצעיים בחו"ל.** כך למשל במהלך החודשים <u>מאי –
  יולי 2002</u> נעצרו שלושה פעילי תנזים, תושבי השומרון, אשר הודו במהלך חקירתם
  בשירות ביטחון כללי כי יצאו לאימונים בלבנון שנערכו על ידי ארגון ה"חזבאללה". חלקם
  עברו אימונים מקיפים בלבנון ואילו אחד מהם נעצר בגשר אלנבי טרם הגיע ליעד.
  אימוניהם כללו פירוק והרכבת נשקים, ביצוע ירי, אימון תיאורטי בנושא חומרי נפץ ואימון
  מעשי אשר כלל פיצוץ מטענים, הפעלת מטולי RPG, השלכת רימוני יד ועוד.

7

 סיכום 4 שנות עימות – נתונים ומגמות בטרור

## פעילות ארגון "חזבאללה" מול ערבים ישראלים

מאז יציאת צה"ל מדרום לבנון במאי 2000, הגביר ארגון ה"חזבאללה" את פעילותו מול ערביי ישראל, במטרה להקים תשתית מבצעית ומודיעינית לטובת קידום פיגועים קטלניים בשטח מדינת ישראל.

במסגרת מאמציו להעמיק את דריסת רגלו בישראל, מבצל ה"חזבאללה" את פלטפורמת הקשרים המשפחתיים והפליליים מול ערבי ישראל לגיוס אנשים לשורותיו. הפעילות הפלילית הענפה המתקיימת לאורך הגבול עם לבנון, מהווה עבור ה"חזבאללה" הזדמנות ליישום מטרותיו והגברת נגישותו של הארגון לשטחי ישראל והגדה המערבית. שליטתו הריבונית של ה"חזבאללה" בדרום לבנון ולאורך הגבול, מסייעת בידי הארגון את הנגישות הפיזית להפעלת גורמים פליליים הפועלים באזור זה לטובת החדרת אמל"ח, כספים וסמם לשטחי ישראל, והפעלת אנשים משטחי ישראל לטובת איסוף מודיעין. בולט בהקשר זה הכפר ע'ג'ר המשמש כמפגש מרכזי לגיוס עבור גורמי "חזבאללה" נוכח האפשרות של תושביו (המחזיקים בתעודת זהות ישראלית) לעבור בקלות יחסית לתחומי לבנון לצורך פגישות עם מפעיליהם.

שיטת פעולה שנייה של הארגון מנעת לגיוסם, באמצעות אותרים, של ערבים ישראלים, בעיקר מקרב הגורמים האידיאולוגיים הרדיקלים, לצורך הקמתם בתחומי ישראל של תשתיות מבצעיות ומודיעיניות. מתחילת העימות בספטמבר 2000 ניתן להצביע על מספר רב של התארגנויות ערבים ישראלים שאוכוונו על ידי גורמי "חזבאללה" בלבנון.

דוגמא בולטת להתארגנות שכזו היא מעצר ערבים ישראלים תושבי הכפר ריינה בפברואר 04' אשר הפעילו תשתית טרור במימון והדרכת ה"חזבאללה":

ג'וסאן עתמאללה, תושב ריינה, בן 40, פעיל בכיר בבל"ד, שלח את אחיו סרתאן עתמאללה, בן 25 לפגישה עם גורמי "חזבאללה" בתורכיה, ואימנוהו צבאיים בלבנון במימון והדרכת ה"חזבאללה". בחקירתו הודה סרתאן כי בפגישתו עם מפעיל "חזבאללה" בתורכיה דנו השניים בין השאר בהקמת תשתית מקרב ערבי ישראל, במימון ואימון צבאי של ה"חזבאללה". עוד מסר סרתאן כי תכנן לבצע בעתיד פיגועים, לרבות פיגועי התאבדות, וכי התבקש לאסוף מידע בנוגע ליעדים בהם יבוצעו. את השניים גייס לארגון ה"חזבאללה" אבראהים עג'וה, תושב ירדן בן 48 ראש פלג אבו מוסא[1] בירדן.

---

[1] פלג אבו מוסא הינו פלג אשר פרש מהפת"ח במאי 1983, בראשות סעיד מראעוה המכונה אבו מוסא. הארגון מתבסס על יסודות מהאגף השמאלי של הפת"ח ועל יחידות צבאיות של הארגון שהמרד בלבנון ובסוריה. הפלג משתייך למחנה הפרו סורי באש"ף ומנסה לשמור על דימוי של קבוצה עממית. הארגון כולל כמה אלפי פעילים ומפקדתו הראשית שוכנת בדמשק.

8



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מעורבות ערבים ישראלים בטרור מתחילת העימות

ערבי ישראל מהווים יעד אטרקטיבי לגיוס והפעלה בעיני התארגנויות הטרור בשטחים, זאת בזכות היותם אזרחי מדינת ישראל בעלי תעודות ישראליות שמאפשרת להם גישה למקומות ואתרים בשטח ישראל, מבלי שיעוררו חשד. בנוסף, כתושבי המדינה, לערביי ישראל ישנו מידע רב שיכול להועיל לתשתיות הטרור בנוגע ליעדים פוטנציאליים לפיגועים. כך למשל ניתן לציין את זאהר עלי, תושב ג'וכב, שסיפק בשנת 2004 לחברי תשתית חמאס חברון מידע על אתרים אפשריים בהם ניתן לבצע פיגוע.

לרבים מערביי ישראל ישנו קשר עם הפלסטינים תושבי השטחים על רקע קשרי משפחה, קשר שהתהדק בשנים האחרונות עם פרוץ העימות בספטמבר 2000, והתגברות מגמת הלאומניות הפלסטינית בקרב ערבי ישראל. קשרים אלה מאפשרים כר נוח של שיתוף פעולה בין הפלסטינים לבין גורמים רדיקלים באוכלוסיית ערבי ישראל. עם זאת יש לציין ולהדגיש, כי העוסקים בטרור מקרב ערבי ישראל הנם שוליים קיצוניים המהווים אחוז קטן מאד מאוכלוסייה זו.

### נתונים מספריים

<u>בשנת 2001</u> נחשפו 25 התארגנויות בהם היו מעורבים 51 אנשים. בשנה זו התארגנויות אלה היו מעורבות ב11- פיגועים בהם נהרגו 45 ישראלים ונפצעו 302.

<u>בשנת 2002</u> נחשפו 35 התארגנויות בהן היו מעורבים 78 אנשים. בשנה זו התארגנויות אלה היו מעורבות ב12- פיגועים בהם נהרגו 45 ישראלים ונפצעו 257.

<u>במהלך שנת 2003</u>, נחשפו 27 התארגנויות של ערבים ישראלים אשר מנו בסה"כ 45 פעילים. בשנה זו היו מעורבים ערבים ישראלים ב- 5 פיגועים בהם נהרגו 46 ישראלים ונפצעו 227 נוספים.

<u>מתחילת שנת 2004</u> ועד חודש אוגוסט נחשפו 17 התארגנויות טרור שביוצעו/התכוונו לבצע פיגועים בהן היו מעורבים 31 ערבים ישראלים.

### התפלגות התארגנויות טרור של ערבים ישראלים מתחילת העימות



9



סיכום 4 שנות עימות – נתונים ומגמות בטרור

<u>שתי דוגמאות בולטות למעורבות ערבים ישראלים בפעילות טרור:</u>

<u>אוגוסט 01</u> – במהלך חודש זה נתפסה חוליית צעירים מאום אל פחם שהופעלה ע"י החמא"ס
בשומרון והתכוונה לבצע פיגוע בבנק בחדרה ביום בו מגיעים האזרחים לפדות קיצבאות ביטוח
לאומי.

<u>ספטמבר 01</u> – המתאבד הערבי הישראלי הראשון - שאכר תביישי, תושב אבו סנאן, אב
לשבעה, משלח ע"י החמא"ס ופוצץ עצמו על רציף תחנת הרכבת בנהריה. כתוצאה נהרגו 3
אזרחים ונפצעו 46 נוספים.

<u>מינואר 04' עד לחודש אוגוסט</u> 04' נחשפו 11 התארגנויות של ערבים ישראלים שאוכוונו על ידי
ארגוני טרור, 4 התארגנויות עצמאיות ו- 2 התארגנויות שאוכוונו על ידי ארגון החזבאללה.
מעורבותם של ערבים ישראלים בטרור בתקופה זו התבטאה בשני אופנים מרכזיים:

1. <u>כמפגעים</u> – ב-8 מתוך 17 ההתארגנויות פעלו ערבים ישראלים כמפגעים שנטלו חלק
   פעיל בביצוע או כוונו לבצע פיגועים. נתון זה מסמן עלייה בדפוס פעולה זה לעומת שנת
   2003, בה נחשפו בסה"כ 5 התארגנויות במסגרתן פעלו ערבים ישראלים כמפגעים. יש
   לציין כי 4 מתוך 8 התארגנויות אלה, הן התארגנויות עצמאיות אשר ביצעו או תכננו
   לבצע פיגועים במתכוונים שונים (חטיפת חיילים, ירי, דקירה).

2. <u>כסייענים</u> – ב-9 ההתארגנויות הנוספות סייעו ערבים ישראלים לביצוע פעולות טרור
   באמצעות איסוף מידע על יעדי פיגוע פוטנציאליים, סיוע באיתור מגויסים מספים,
   והעברת אמל"ח מחו"ל ומישראל להתארגנויות טרור בשטחים.

במהלך 2003 נשמרה רמת מעורבותם הגבוהה של ערבים ישראלים בטרור, גם אם בהשוואה
לשנת 2002, חלה ירידה בהיקף המעורבות. בלטה במיוחד ירידה משמעותית במספר
ההתארגנויות בהן היו מעורבים ערבים ישראלים שהוכוונו בידי גורמי התנזים בשטחים (3
התארגנויות), לאחר שבשנת 2001 ו- 2002 מדובר היה בארגון המוביל בגיוס ערבים ישראלים
לפעילות טרור (9 התארגנויות ב-2001 , ו-15- התארגנויות ב-2002 ). ברקע לכך, ככל הנראה,
הקושי המתמשך של תשתיות התנזים בשומרון להוציא לפועל פיגועים בישראל, לנוכח פעילות
הסיכול הישראלית האינטנסיבית מולן שבאה לידי ביטוי בירידה במספר הפיגועים שביצעו
תשתיות הארגון (3 פיגועי הרג המוג בתחומי ישראל במהלך 2003 לעומת 17 ב-2002) וכן
השלמת חלקים נרחבים של מרחב החיץ באזור השומרון.

מבחינת מאפייני מעורבותם של ערבים ישראלים בטרור במהלך העימות ניתן לומר כי מרבית
ההתארגנויות מוכוונות בידי ארגוני טרור ממוסדים (בשטחים ובחו"ל), מרבית המעורבים
בפעילות הטרור הם ללא שיוך ארגוני, והגיוס נעשה לרוב על רקע היכרות קודמת בין פעילי
הסחר למגויסים (הנובעת מקשרים משפחתיים, חברתיים או פליליים).



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## דוגמאות בולטות למעורבות ערבים ישראלים בטרור בשנת 2004:

### אפריל 04' – מעצרם של המעורבים בחטיפתו ורציחתו של אולג שייחט ז"ל.

ב - 21 ביולי 2003 חטפו מחמד חאלד ענבתאוי בן 20, מכפר כנא ומחמד מחמוד חטיב, בן 20, מכפר כנא את החייל אולג שייחט מממת בית רימון. לאחר מספר דקות של נסיעה בכביש הראשי החוצה את הישוב כפר כנא חנק חטיב את שייחט כשענבתאוי מסייע בידו. מיד לאחר מכן המשיכו השניים בנסיעה עוד כמה מאות מטרים, עד למקום בו נמצאה גופתו, שם גם יח במנוח מנשקו האישי בכדי לוודא את הריגתו, ולאחר שהסירו ממנו פריטים מזוהים, קברו את הגופה בסמוך.

מעורבותם של השניים ברצח החייל נחשפה בחודש אפריל 04' לאחר שחטיב וערבי ישראלי נוסף בשם עלא עטאף מוסא מכפר מנדא, ביצעו ירי לעבר סיור משטרתי בצומת בית רימון באמצעות נשקו של שייחט. הכח השיב באש, הרג את חטיב ופצע את מוסא.

בחקירתם מסרו ענבתאוי ומוסא כי במהלך חודש אוקטובר 2002 הקימו השניים יחד עם חטיב חוליו, כאשר במהלך החודשים אוקטובר 2002 - יולי 2003 ביצעו חברה מספר ניסיונות לחטוף חיילים. חברי החוליה שמו להם כמטרה, בין השאר, לרצוח חייל צה"ל ולגנוב את נשקו לשם ביצוע פעילות חבלנית נוספת בהמשך.

### יולי 04' – מעצרם של חברי תשתית חמא"ס בחברון שתכננו להוציא לפועל פיגוע התאבדות בירושלים בסיוע של ערבים ישראלים ותושבי מזרח ירושלים. ביניהם גם תושב כאוכב (בגליל).

זאהר עלי, בן 31 מכאוכב הודה בחקירתו כי הוא ונאאל ג'לאד תושב א-סור החבר בתשתית, יצאו במספר הזדמנויות למקומות שונים בירושלים בניסיון לאתר מקום מתאים לביצוע פיגוע התאבדות. מתווה הפיגוע שתוכנן כלל שלושה מתאבדים, שיועדו להתפוצץ בבית קפה בעיר: שניים היו אמורים להתפוצץ יחדיו באמצעות תיקים עם מטעני חבלה, והשלישי תוכנן להתפוצץ על כוחות ההצלה שיגיעו למקום. זאהר הודה כי הציג לג'לאד מתווים נוספים לפיגועים כגון פיגוע נגד אוטובוס המסיע עובדים של מפעל בטחוני בגליל ופיגוע בצומת גולני נגד חיילים. בחקירתם פרט זאהר בפני חוקריו את האידיאולוגיה שמנחה אותו: "אני אישית חושב שהמלחמה היא אידיאולוגית, ולא מלחמה של טריטוריה, ולכן היא מלחמה מצחית בין שתי אידיאולוגיות: מוסלמית נגד יהודית". הסיבה לפגוע ביהודים היא "בגלל שהיהודים, יושבים לנו פה בארץ, שהיא לפי האמונה שלנו ארץ מוסלמית". עוד ציין זאהר שכשבאזור תקום מדינה מוסלמית יוכלו היהודים ליהנות מזכויות כפי שהיה בעבר ישיבתם של יהודים בארצות אסלאמיות. לצורך הקמתה של מדינה מוסלמית, יש לנהל מלחמה, שבמסגרתה יש לנסות ולפגוע במטרות צבאיות.

11



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מעורבות מזרח ירושלמים בטרור

בירושלים רבתי מתגוררים כ- 250,000 פלסטינים בעלי תעודות זהות ישראליות (רובם
תושבים), מתוכם כ- 150,000 מתגוררים במזרח ירושלים, היתר מתגוררים בשטחים
העוטפים את העיר.

מתחילת העימות נעצרו כ- 150 תושבים "ירושלמים" אשר היו מעורבים בלמעלה מ- 20
פיגועי הרג המוני בישראל בהם נהרגו 163 ונפצעו למעלה מ- 1,000.

מעורבותם בטרור של פלסטינים מזרח ירושלים היא תופעה מוכרת, שהלכה וגברה במהלך
השנים. ככל שגבהו קשייהם של ארגוני הטרור להחדיר באופן עצמאי מפגעים לתחומי "הקו
הירוק"/ירושלים, הפכו תושבי מזרח ירושלים יעד מועדף לגיוס עבור ארגוני הטרור, ובמיוחד
החמא"ס, לבצוע פיגועים בישראל ו"בקו הירוק". זאת, נוכח יתרונותיהם הבולטים: יכולת
תנועה חופשית בתחומי ישראל, היכרותם את השטח (בפרט את אזור ירושלים) ויכולת
הטמעות בסביבה ישראלית.

המניע לגיוסם, בידי ארגוני הטרור, של אוכלוסיות אלה הוא כפול: מצד אחד, בדומה לאזרחים
ישראליים אחרים הם מחזיקים תעודד ורשימנות כלי רכב ישראליים, מה שמקנה להם יכולת
תנועה חופשית ונגישות רבה למגוון יעדים. בנוסף, בשל היכרותם את השפה העברית
והתרבות הישראלית, מצליחים תושבים אלה ליצור קשרים חברתיים וכלכליים עם יהודים
ולהתערות בקרבם. מצד שני, הם ממשיכים להיות בעלי זיקה, נאמנות וקשרים חזקים
ל"שטחים".

מזרח ירושלמים הקימו באזור מגוריהם בשנים האחרונות, שורה של התארגנויות ואף מעבדות
חבלה, שהשתיכים בעיקר לחמא"ס, בהן בלטו:

א. חוליות ירושלמיות שהוכוונו בידי תשתיות חמא"ס באזור רמאללה, שעיקר תפקידה היה
לאסוף מידע על יעדים לפיגוע בתחומי "הקו הירוק"/ירושלים ולהוביל מפגעים ומטעני
חבלה ליעדי הפיגועים. במחצית השנייה של 2002 נחשפה חוליה ירושלמית אשר
הוכוונה על ידי מפקדת החמא"ס המרכזית ברמאללה. מטרתה היתה לבצע פיגועים
"אסטרטגים" בתחומי "הקו הירוק" וירושלים, במתכונת של הנחת מטענים במכלית דלק
ועל פסי רכבת ופיגועי הרג נספים במתווי התאבדות והנחת מטענים.

ב. חוליות ירושלמיות שהוכפעלו בידי תשתית חמא"ס באזור חברון. במהלך 2003 נחשפו
מספר התארגנויות שגויסו בידי בכירי תשתית חמא"ס בחברון, שעיקר יעודן היה
החדרת מפגעים לתחומי ירושלים.

מזרח ירושלמים הפכו אידיאליים כמחדירים ומסיעים של מפגעים מתאבדים לישראל . סייענים
מזרח ירושלמים של תשתיות חמאס באזור יהודה הובילו מתאבדים ליעדיהם הסופיים בשורה
של פיגועי התאבדות, בכלל זה:

12

סיכום 4 שנות עימות – נתונים ומגמות בטרור

א. חברי החוליה שנחשפה באוגוסט 2002 הובילה את המתאבדים לקפה "מומנט"
בירושלים (9 מרס 2002, 9 הרוגים) ובמועדון בראשון לציון (7 מאי 2002, 17 הרוגים).

ב. חברי חוליית ירושלמית שנחשפו במהלך 2003 הובילו מתאבדים לפיגועים שבוצעו
בירושלים – באוטובוס בגבעת הצרפתית (18 מאי 2003, 7 הרוגים) ובאוטובוס ברחוב
יפו (11 יוני 2003, 17 הרוגים), בחלק מהמקרים תוך הלנתם באזורים הסמוכים ליעד.

ג. בלטה במיוחד הסעתו של מתאבד מחברון בידי חאפט' רג'ב, מזרח ירושלמי, לפיגוע
ההתאבדות בחיפה (5 מרס 2003, 17 הרוגים). המתאבד הגיע לאבו דיס במופית עם
חגורת נפץ, נקלט בידי רג'ב, שהוביליו לחיפה. זאת, תוך שהוא עושה שימוש בתעודת
הזהות הירושלמית שברשותו.

ד. חברי חוליית חמא"ס מבית לקיא שנחשפה במהלך אוגוסט 2004 (בניהם נצרי עאצי,
בעל ת"ז כחולה, עבד בחלוקת חלב בתמובה, נכנס לישראל בשיגרה) אשר אחראית
לפיגוע בצומת צריפין (9 ספט' 2004, 9 הרוגים), פיגוע בקפה הלל בירושלים (9 ספט'
2004, 7 הרוגים), פיגוע מסען בתחנת אוטובוס בת"א (11 יולי 2004, חיילת צה"ל
נהרגה).

מעורבות מזרח ירושלמים בולטת אף בהכנת הלוגיסטיות לקראת ביצוע פיגועים והיא
כוללת בעיקר שכירות דירות מבטחים, המשמשות כבסיס יציאה לפיגועים, רכישת כלי רכב
ואמל"ח, הקמת מעבדות חבלה והכנת מפגעים מתאבדים לקראת יציאתם. בלט השימוש
שעשו המזרח ירושלמים באביזרים ובבגדים המשמשים חרדים, שנרכשו על ידם
בירושלים (ספרי קודש, כיפות שחורות, ציציות ועוד).

מספר דוגמאות לפיגועים בולטים שבוצעו במערכות "ירושלמים" ותושבי ה"עוסף":

4/9/01 – מתאבד ברחוב הנביאים בירושלים (1 הרוג, 15 פצועים)
5/3/02 – פיגוע "הקרבה" במסעדת "סי-פוד מרקט" בת"א (3 הרוגים, 31 פצועים)
9/3/02 – מתאבד בקפה "מומנט" בירושלים (11 הרוגים, 58 פצועים)
18/6/02 – מתאבד באוטובוס בצומת פת בירושלים (19 הרוגים, 50 פצועים)
19/9/02 – מתאבד באוטובוס בת"א (6 הרוגים, 71 פצועים)
5/3/03 – מתאבד באוטובוס בחיפה (17 הרוגים, 40 פצועים)
11/6/03 – מתאבד באוטובוס בירושלים (17 הרוגים, 104 פצועים)
19/8/03 – מתאבד באוטובוס בירושלים (23 הרוגים, 116 פצועים)

13



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מעורבות נשים בטרור

מאז ספטמבר 2000 הצטרפו נשים פלסטיניות למעגל הטרור, הן כמבצעות פיגועים והן כסייעניות. החל מ<u>ינואר 2004</u> מסתמנת עלייה משמעותית במעורבות נשים בהיבטי הפח"ע השונים בהשוואה לשנת 2003.

מאז ספטמבר 2000 הלכה והתרחבה תופעת השימוש בנשים למטרת ביצוע פיגועי התאבדות ופיגועים במתחום אחרים. לכוחות הביטחון ידוע על 53 מקרים בהם היו מעורבות נשים בפעילות חבלנית עינית כנגד מטרות ישראליות.

בתקופה שבין י<u>נואר 2004</u> ועד <u>יולי 2004</u> מסתמנת עלייה משמעותית במעורבות נשים בהיבטי הפח"ע השונים, בהשוואה להיקף מעורבתן בטרור בשנת 2003. כך נרשמו בתקופה זו 23 מקרים, בהם היו מעורבות נשים מתאבדות, לעומת 14 מקרים במהלך השנה החולפת. ארגוני הטרור, המבצעים את הפיגועים, מבקשים למנֵל את היתרונות הגלומים בהפעילתן של נשים לצורך ביצוע פיגועים בעיקר בתחומי ח"קו הירוק", זאת מתוך ההנחה כי אישה נתפסת כמעורְרת חשד פחות מאשר גבר. בכל המקרים בהם היו מעורבות נשים, היו המפגעות מודעות לצורך שלהן בהסוואה, באופן אשר יאפשר להן להיטמע ברחוב הישראלי. המפגעות ניסו לשוות לעצמן מראה מערבי הכולל בין היתר לבוש שאינו שמרני כגון בגדים קצרים, בגדי הריון ותסרופות מודרניות. ברוב המקרים האמורים, מדובר בנשים הממוקמות בשני קטבי החברה הפלסטינית, אשר בדרך כלל אין עונות על הדימוי ה"מקובל" של ה"אישה הפלסטינית הממוצעת". ניתן למצוא ביניהן נשים משכילות בעלות מקצועות חופשיים וגד בצד גם נשים צעירות ועממיות נטולות השכלה גבוהה ומקצוע. בכל המקרים מדובר בנשים בעלות "מטען אישי" כבד.

שילובן של נשים בפעילות טרור נחלק לרמות שונות, כאשר השיא הוא כאמור תופעת ה<u>נשים המתאבדות</u> או מי שהיה בכוונתן לבצע פיגועי התאבדות , אך כוונתן סוכלה בטרם הספיקו לממש את כוונותיהן. בנוסף, שימשו נשים <u>כסייעניות</u> לפעילות זו זו בתכנון והן באופן הביצוע.

מבחינת מאפייני כלל הנשים שהיו מעורבות בפעילות טרור אם כמתאבדות או כסייעניות - ניתן לשרטט המכנה המשותף הבא:

<u>סטאטוס משפחתי</u> - מרביתן רווקות. מספר קטן מנשים אלה היק גרושות ואמהות לילדים ובדרך כלל משמשות כסייעניות.

בהקשר זה ראוי לציין כי המפגעת שביצעה את פיגוע ההתאבדות במחסום ארז (ינואר 2004,

## סיכום 4 שנות עימות – נתונים ומגמות בטרור

פיגוע בהכוונת חמא"ס) הייתה נשואה ואם לילדים רכים – עובדה שגררה ביקורת בציבור הפלסטיני והערבי ובקרב גורמי חמא"ס.

<u>גיל</u> – מרבית הנשים הן בשנות העשרים לחייהן, המפגעות צעירות יותר מהסייעניות.

<u>השכלה</u> – ככל הידוע 34% מכלל הנשים המעורבות בפעילות טרור הן בעלות השכלה גבוהה, לכ- 36% מהן השכלה תיכונית (היתר לא ידוע). נתונים אלה מחזקים את המוכר כי נשים (בדגש על מתאבדות) הן משכילות יותר, בהשוואה לגברים מתאבדים.

<u>מניעים</u> – המניע העיקרי למעורבות הנשים בפעילות טרור הוא אישי (לצד הגורם הבסיסי – המניע הלאומני), כך למשל, עולה המניע הרומנטי – קרי, קשרים רומנטיים עם פעילים צבאיים המעורבים בגיוסן, כמו גם מצוקות אישיות, כגון – נטיות התאבדות על רקע ייאוש מהחיים והתנגדות ההורים למשואי הבת.





סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מעורבות ילדים ונערים בטרור

מאז ספטמבר 2000 הולך וגובר ניצול ילדים ונערים על ידי ארגוני הטרור לצורך ביצוע
פיגועים כנגד אזרחים ישראלים ומטרות צבאיות.
מתחילת העימות ועד ספטמבר 2004 היו מעורבים בטרור 292 קטינים.

מאז ספטמבר 2000 אנו עדים לתופעה הולכת וגוברת של ניצול נערים וילדים על ידי ארגוני
הטרור השונים לצורך ביצוע פיגועים, לרבות פיגועי התאבדות, כנגד אזרחים ישראלים ומטרות
צבאיות. ילדים ונערים בין הגילאים 11 ל- 17 ביצעו פיגועי התאבדות ופיגועים אחרים אשר
כתוצאה מהם נהרגו אזרחים ישראלים תמימים ונפצעו רבים. חלק ניכר מהנערים והילדים
נתפסו בידי כוחות הביטחון בטרם ביצעו את הפיגוע. ארגוני הטרור ממצלים את חוסמת
התמימה של הילדים והנערים אשר אינה מערורת חשד ואשר יכולים להיטמע ביתר קלות
במקומות הומי אדם. כמו כן, הילדים והנערים אשר טרם הגיעו לבגרות, נתפסים כנוחים
להשפעה ומהווים מאתר קל עבור ארגוני הטרור לצורך גיוס מתאבדים.
הילדים והנערים המתבגרים, האמורים לחלום ולקוות לעתיד טוב יותר ואשר אמורים להתאפיין
בתום ובשמחת חיים משאבים לתוך מציאות של הרג ושנאה. ארגוני הטרור אשר עוסקים
בשכנוע של הילדים והנערים כי במותם הם יזכו לחיי לחיי אשר בעולם הבא, עוקרים את הילדים
מביתם ומשפחתם ועל ידי הטפה דתית או לאומית מסיתים אותם לביצוע הפיגועים. כך
לדוגמא:

בלילה שבין ה – 23 ל- 24 אפריל 2002 ניסו שלושה ילדים פלסטינים, תלמידי בית ספר מעזה,
לחדור לישוב נצרים על מנת לבצע פיגוע התאבדות בישוב. השלושה הם אסמעיל צבח
אברהים אבו נדא בן 12, איל עאזי מצטפא המארנה בן 13 ויוסף באסם יוסף זקות בן 14.
השלושה נוח על ידי כוח צה"ל בשעה שניסו לחדור לישוב. באתר האינטרנט של תנועת
החמאס פורסם ב – 24 אפריל 2002 כי השלושה אשר משלחו על ידי החמא"ס, השתייכו
למסגד בשכונת שיח' רדואן בעזה, וכי באמצעות פעילויותיהם המיוחדות הצליחו להרכיב
מקרבם חוליה וחליטו לנהל ג'האד נגד היהודים. הנערים השאירו למשפחותיהם צוואות בהן
הדגישו את רצונם במות קדושים והוציאו לפועל את החלטתם. על אחת הגופות נמצאו גרון
ומזגר תיל לתיתוך הגדר.

קטין, בן 14, תלמיד כיתה ט', בעל רמה אישית נמוכה, נתפס בתאריך 24 מרץ 2004
במחסום חוארה כשעל גופו חגורת נפץ. הוא הונחה לבצע פיגוע נגד החיילים במחסום.

במסגרת מוסדות החינוך ובעונות הקיץ בקייטנות עוברים הצעירים "שטיפת מוח". במסגרת
אלה מועברים לילדים תכנים ומסרים אסלאמיים הקוראים לעידוד ותמיכה בג'האד כנגד

16

## סיכום 4 שנות עימות – נתונים ומגמות בטרור

ישראל. החל מיולי 2002 החלה האגודה האיסלאמית בעזה להפעיל קייטנות, תחת הכותרת "קייטנת השהידים של אנתפאדת אלאקצא". גם ארגון "החמאס" מקיים קייטנות, אליהן נוהרים ילדים רבים אשר מקבלים ממארגניהן תלבושות, נעליים, מחברות ויחס חם. בקייטנה מלמדים את הילדים אודות תולדות האיסלאם, כאשר תמונות שהידים מלוות בכל מקום ובכך נוטעים את זרעי השנאה לישראל. ההכוונה הפוליטית בשיתוף עם משרד המועד של הרשות, מקיימת אף היא מחנות קיץ שמטרתם הסתת ילדים, גיוסם פוליטית נגד ישראל והדרכתם בשימוש בנשק לצורך ביצוע פעילות עתידית נגד ישראל.

תופעה נוספת הראויה לציון בהקשר זה היא התנהגותם של הורים המאפשרים לילדיהם ולעיתים אף דוחפים אותם, להתחפש לשהידים. יותר ויותר מקרים באים לידי ביטוי כאשר ילדים משתתפים בתהלוכות כאשר הם לובשים על גופם אביזרים דמויי חגורות נפץ וכתובות המכריזות על היותם שהידים. בחברון נמצאה תמונה תינוק הלבוש "בחגורת נפץ" ועל ראשו סרט ובו כתובת המקדישה אותו ל"אללה". אין ספק כי לתופעה זו השפעה הרסנית על חינוך הילדים היונקים את תרבות הג'האד והפיכתם לחומר קל לגיוס על ידי ארגוני הטרור לצורך ביצוע פיגועים.

יש לציין כי הרשות הפלסטינית אינה נאבקת להילחם בתופעה זו וממשיכה בעקביות להעלים עין מהיותאם של הנערים והנערות הפלסטיניים "קורבן עצמי" של החברה הפלסטינית כולה.

### מחנות קיץ ברשות הפלסטינית



נערים פלסטינים הנוטלים חלק במחנה קיץ בכפר סאלם, ליד שכם, משתתפים ברובי דמה בכדי לתקוף מוז"ל של התנחלות במסגרת טקס סיום של מחנה הקיץ.

17



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מעורבות אחמ"שים בפעילות טרור

מתחילת שנת 2001 ועד שנת 2004 נחשפו/נעצרו בידי ישראל 23 פלסטינים שקיבלו תעודת זהות ישראלית או אישורי שהייה בישראל במסגרת תהליך איחוד משפחות (אחמ"שים), שגויסו בידי תשתיות הטרור בשטחים והיו מעורבים בביצוע ותכנון פיגועים ביעדים ישראליים בתחומי הקו הירוק.

בפועל, היו מעורבים אחמ"שים ב- 3 פיגועי התאבדות בהם נהרגו 16 אזרחים ישראלים.

האחמ"שים בהיותם בעלי תיעוד ישראלי (תעודת זהות ורישיון רכב) מהווים, בדומה לערבים ישראלים, יעד אטרקטיבי לגיוס עבור ארגוני הטרור בשטחים. זאת, בעיקר בשל העובדה שהם נהנים מיכולת תנועה חופשית בתחומי ישראל, אך גם בשל התמצאותם בשטח והיכרותם עם מאפייני החברה הישראלית (לרבות, ידיעת השפה העברית והתרבות הישראלית).

אוכלוסיית האחמ"שים מהווה מאתגר נוח במיוחד לגיוס, מכח הזיקה החזקה שלהם לשטחים, וכפועל יוצא מכך מידת הנאמנות הרבה שהם מפגינים כלפי העם הפלסטיני . כך ידוע על קיומם של קשרים הדוקים בין האחמ"שים לבין בני משפחה וחברים המתגוררים ב"שטחים", בהם לעיתים קרובות פעילים הנמנים עם ארגוני הטרור הפלסטיניים השונים.

מעורבותם של האחמ"שים בפח"ע באה לידי ביטוי במספר אופנים: כמפגעים הנוטלים חלק בביצוע/בתכנון פיגועים, כמבילי מפגעים מטעם ארגוני הטרור ב"שטחים", כסייענים לוגיסטיים הממלאים מגוון משימות, לרבות איסוף מידע על יעדים לביצוע פיגועים והחדרת אמל"ח, כאותרים וגייסים של פעילים נוספים מקרב ערבי ישראל.

### דוגמאות בולטות למעורבות אחמ"שים בטרור

<u>שאדי טובאסי</u> – גויס בידי התארגנות חמא"ס בג'נין/שומרון, ובשליחותם את פיגוע ההתאבדות במסעדת "מצה" בחיפה, בו נהרגו 15 ישראלים (31 מרץ 2002). שאדי היה בעל תעודת זהות ישראלית, כתוצאה מאחמ"ש שקיבל אביו, יליד השומרון, שנישא לאמו, תושבת מוקריבה/נצרת. יצוין כי שאדי גדל והתגורר בשומרון, עובדה שחיזקה את מניעיו והקלה על גיוסו בידי פעילי חמא"ס באזור.

<u>מחמד מצרי</u> – מצרי היה בעל ת.ז. ישראלית לאחר נישואי אמו, במוצאה מאזור קלקיליה, לאביו, אזרח ישראלי מג'לג'וליה. מצרי הוכוון בידי תשתית הג'יהאד האסלאמי בטול כרם. במסגרת פעילותו היה אמור להכניס מכונית תופת מהגדה לישראל, ולפוצצה. הפיגוע יועד להתבצע בתחנת אוטובוס הממוקמת מול בסיס צבאי. זמן קצר לפני המועד בו היה אמור לחכות למחבל המתאבד ולהכניסו לישראל, נעצר מצרי במרץ 2003 על ידי גורמי הביטחון.

16

סיכום 4 שנות עימות – נתונים ומגמות בטרור

<u>מחמד מחאגנה</u> – אזרח ישראלי מאום אל פחם המתגורר בג'נין, שקיבל את אזרחותו הישראלית מכוח היותו בן למשפחה שקיבלה אזרחות במסגרת תהליך איחוד משפחות. מחאג'נה נעצר ב – 2 במאי 2003 לאחר שגויס לחמא"ס ונתפס בעת סיועו להובלת הנער מאג'ד צבאח, לביצוע פיגוע ירי בקניון בחדרה.

<u>סאמר אטרש</u> – במוצאו מחברון, תושב מחנה הפליטים שועאפט, בעל ת.ז. ירושלמית כחולה על רקע איחוד משפחות, נעצר ב- 14 ביוני 2003 לאחר שתפקד כמוביל המחבל המתאבד לפיגוע שבוצע מטעם תשתית החמאס בקו 6 בגבעה הצרפתית, בו נהרגו 6 אזרחים ישראלים ו- 20 נפצעו. כמו כן נהרג בפיגוע אזרח זר.

19



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מעורבות שוהים בלתי חוקיים בטרור

במהלך תקופת העימות היו מעורבים שב"חים (שוהים בלתי חוקיים) בגלגול פיגועים של כלל ארגומי הטרור הפלסטיניים, הן כמפגעים והן כסייענים למפגעים החודרים מהשטחים לתחומי ישראל.

במהלך השנה האחרונה, לאחר השלמת חלק נרחב של בניית גדר ההפרדה, אל מול אזו"ש וקביעת מרחב התיץ בקו התפר, קיימת עלייה בהיקף השימוש אשר עושים ארגומי הטרור בשב"חים לביצוע פיגועים. כך נעצרו מתחילת השנה בישראל 49 שב"חים החשודים במעורבות בטרור. מחקירות העצורים עולה כי סוכלו מספר פיגועים קשים של חטיפה לצורך מיקוח, פיגועי התאבדות והנחות מטען בשטח ישראל.

נוכח קשיי ארגומי הטרור להחדיר מפגעים לתחומי "הקו הירוק", גוברת האטרקטיביות של השב"חים כקבוצה מועדפת לגיוס לצורך קידום פעולות טרור. שב"חים אלה מעורבים בביצוע פיגועים בישראל, הן כמפגעים והן כמי שמסייעים למפגעים החודרים מהשטחים לישראל. השב"חים, אשר עובדים בישראל ומתגוררים בישובים של ערבים ישראלים, מקיימים קשרים עם יהודים ובכך יוצרים לעצמם כסות יעילה לפעילותם התבלנית. השב"חים נהנים מיתרון של היכרות טובה את ישראל בשל עבודתם בתוכה, לעיתים לאורך שנים. כמו כן, הם בעלי היכרות עם מבריחים, בהם נהגי הסעות, העוסקים בהחדרת שב"חים לתחומי הקו הירוק. היכרותם זו מאפשרת להם לאסוף מידע על יעדי פיגועים ואף לשכור דירות עבור פעילי טרור מהשטחים.

בעקבות השלמת גדר ההפרדה במקומות רבים אל מול אזור השומרון, סתרו כיום מספר צירים בודדים בהם מוכרת כניסת שב"חים לישראל. הצירים המוכרים הינם:

**ירושלים** – כניסה דרך האזורים בהם אין גדר בירושלים וירידה דרך כביש מס' 1 לתוך ישראל.

**רנתים** – מעבר דרך אזור אשר נותר בשלב זה ללא אזור גדר הפרדה.

**ברדלה** – המעבר הצפוני דרך הבקעה אשר נותר ללא גדר.

באזורי הבקעה, א'רם ורנטיס מבוצעת כניסת השב"חים לישראל בשיטת "גב אל גב": הגעת השב"חים ברכב לאזור קו התפר, מעבר רגלי לתוך שטח ישראל ועלייה על רכב ישראלי. לאחר כניסת השב"חים לישראל מתקיים "פיזור" לתוך ישראל באמצעות מספר קבוצות מסיעים: נהגי מוניות יהודים, נהגים מזרח ירושלמים, שב"חים ותיקים בשטח המשמשים כמסיעי שב"חים וערבים ישראלים.

עם כניסתם לישראל מתגוררים השב"חים, ברוב המקרים, ב"מושבות שב"חים". ריכוזים אלו נמצאים בדרך כלל בסמיכות לישובים של ערביי ישראל הצמודים לקו התפר, אם כי מוכרים גם ריכוזי שב"חים בגליל, ברמלה ובלוד.

20

סיכום 4 שנות עימות – נתונים ומגמות בטרור

בזמן שהותם בישראל מועסקים השב"חים בידי גורמים שונים באוכלוסיה, הדואגים גם
להלנתם. כך ידוע בעיקר על מעסיקים ערבים ישראלים, אם כי מוכרים גם מעסיקים יהודיים
בעיקר בתחום הבנייה.

דוגמאות למעורבות שב"חים בביצוע פעולות טרור:

- **זיד כילאני**, פעיל חמאס, שב"ח בישראל, תושב מסיריס/ג'נין, גויס על ידי **קיס עדואן**,
  פעיל חמאס בכיר שנהרג במהלך פעילותו יזומה של מחותנים, לבצע פיגועים באזור תל
  אביב. כילאני ביצע שלושה פיגועי: דקירת קצין צה"ל באשק הכרמל ב- 21 דצמבר
  2001, הנחת מטענים במסעדה ברחוב אלנבי בתל אביב ובמתחם הדולפיניריום ב – 28
  פברואר 2001 ופיגוע התאבדות במוגית הצומת מ' עמ' ב – 1 מרץ 2001 בו נהרג אזרח
  ישראלי 1 – 10 נפצעו. במהלך פעילותו בתל אביב נעזר בחברתו היהודיה <u>אנג'ליקה</u>
  <u>יוסיפוב</u> אשר שימשה סיפור כיסוי יעיל לשהותו כשב"ח בישראל. כילאני עבד תקופה
  מסוימת בתל אביב והכיר היטב את העיר. כמו כן שלט בעברית ורכש בגדים שהתאימו
  לסביבתו הישראלית. נתונים אלה סייעו להיטמע ולבצע את הפיגועים המוזכרים לעיל.

- **זעל מחמד טאהר**, תושב יאמון, באזור דיר חמא בגליל, בן 31, נשבר ב- 21/9/04 בחשד
  למעורבות בהוצאת פיגוע בהכוונת תשתית התמים/טא"פ ביאמון בראשותם של
  המבקשים אברהים עבאהרה וראאד עבאהרה. זעל, אחיו של ראאד עבאהרה מסר
  בחקירתו כי הגיע לעבודה בישראל, שלא בהיתר, יחד עם בני משפחתו זכי דאג,
  בהוראות של ראאד אחיו, להעברה למקום של שק קמח ובתוכו מוסלק מטען. זעל הודה
  כי הוא אמר להעביר הממטען לידי מתאבד ולסייע לו להג"ע לעפולה לצורך ביצוע הפיגוע.
  זעל פירט בחקירתו את דרכי הגעתו ומשפחתו לעבודה שלא בהיתר בישראל, כמו כן
  פירש את אופן החזרת המטען: העברית כבודת משפחתו של זעל נעשתה קודם להגעת
  בני משפחתו וזאת באמצעות תושב שטחים, אשר מתגורר בישראל מכח מעמד איחוד
  משפחות. בתוך הכבודה הרגילה של המשפחה אשר כללה שמי בלוני גז גדולים, גזיה,
  מוצרי מזון, ביגוד, אוהל גדול וציוד נלווה, מזרונים, מיכלי פלסטיק למים ועוד, הועבר גם
  שק הקמח אשר בתוכו הוסלק המטען. עם הגעתם לישראל התגוררו זעל ומשפחתו
  בתוך "מושבת שוהים בלתי חוקיים" הנמצאת בעמק של מטעני זיתים באזור מעלאר.

21

 סיכום 4 שנות עימות – נתונים ומגמות בטרור

## החרמת כספי טרור

במסגרת מאבקה של מדינת ישראל בתשתיות ארגוני הטרור וכחלק מהמלחמה הבינלאומית כנגד כספי טרור ערכו ב- 25 פברואר 2004 כוחות הביטחון הישראלים מבצע להחרמת כספי טרור המופקדים בבנקים בשטחים. במהלך המבצע הוחרם סך של 37,384,649 ש"ח.

הכספים הוחרמו מהספיפים המרכזיים של "בנק קהיר-עמאן" ו"הבנק הערבי" ברמאללה. החשבונות שטופלו הינם:

- חשבונות של אגודות, אשר הוצאו מחוץ לחוק.
- חשבונות אגודות של הג'האד האסלאמי וחמא"ס ב"שטחים".
- חשבונות אליהם הועברו כספים מקרנות בחו"ל, אשר הוצאו מחוץ לחוק או ממפקדות טרור בחו"ל, דוגמת "חזבאללה".
- חשבונות של פעילי טרור בשטחים אליהם הועברו כספים מארגוני טרור, ביניהם: פעילי פח"ע בכירים שקיבלו כסף המיועד למימון טרור, מבוקשים בכירים בשטחים ומשפחות של מבוקשים, כאשר החשבון משמש את המבוקש.

הפעולה בוצעה בתום עבודת הכנה אינטנסיבית במהלכה אספו כוחות הביטחון חומר רב הנוגע לחשבונות הללו. מדובר בטיפול נקודתי שהתמקד <u>רק</u> בחשבונות נגועים בטרור. המידע אודות החשבונות נבחן על ידי המערכת המשפטית בשרות הביטחון הכללי, במשרד הביטחון, בצה"ל ובמשרד המשפטים. כל הגורמים המשפטיים אישרו את ביצוע ההחרמה. בתכנון המבצע הובא בחשבון הצורך להימנע מפגיעה ביציבות המערכת הבנקאית הפלסטינית.

סך כל הכספים שהוחרמו משני הבנקים -37,384,649 ש"ח, עפ"י החלוקה הבאה:
<u>מהבנק הערבי</u> - סך של 34,533,039 ש"ח: 32,494,151 ש"ח מ- 42 חשבונות של אגודות ו- 2,038,888 ש"ח מ278- חשבונות פרטיים.
<u>מבנק קהיר עמאן</u> - סך של 2,851,610 ש"ח: 2,557,281 ש"ח מ- 11 חשבונות של אגודות ו- 294,329 ש"ח מ- 9 חשבונות פרטיים.



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## להלן מספר דוגמאות לחשבונות שהוחרמו:

- **אגודת אלאנצר** – אגודה אסלאמית שהוקמה לסייע למשפחות החללים והאסירים
מקרב ארגוני הטרור והיא פועלת במסווה של אגודה המסייעת לסטודנטים בקבלת
מלגות. בראש האגודה עומד **מאמד אערג'**, פעיל ג'האד בכיר בעברו ופעיל חזבאללה
כיום. האגודה הוצאה מחוץ לחוק באוקטובר 2003. אערג' מקיים קשר שוטף ומרכזי עם
החזבאללה בלבנון ומעורב גם בהפעלתם של פעילי טרור בשטחים מטעם החזבאללה.

- **המרכז האסלאמי דאר אל ארקאם** - המרכז המכונה "דאר אל ארקאם" הוא פרוייקט
אותו יזם והגה השיח' יאסין. המרכז הוקם מכספים שהועברו אל השיח' ממפקדת
החמא"ס בסוריה. המקום משמש את ארגון החמא"ס לפעילות דעווה שמטרתה הכשרת
לבבות והרחבת השפעת החמא"ס על האוכלוסיה המקומית, לצורך הכנת תשתית
עתידית של פעילים בארגון.

- הוחרמו כספים מחשבונו של **מונתצר אבן ע'ליון**, מראשי גזודי חליל אלאקצא של
הפת"ח בג'נין, אשר היה אחראי לתכנון וביצוע עשרות פיגועי ירי באזור ג'נין. אבו עליון
עסק במימון הפעילות הצבאית של גזודי אלאקצא בג'נין וקיבל כספים מגורמים בחו"ל
לצורך כך.

- הוחרמו כספים מחשבונו של **נאאף אבו שרח**, מראשי תשתית התנזים בשכם, אשר
עמד מאחורי מספר רב של פיגועי הקרבה, מטען וירי, אבו שרח העביר כספים לפעילי
תנזים שונים בשכם.

- הוחרמו כספים מחשבון המשמש את משפחתו של **עלאא אלעבאסי**, חבר בחמא"ס
הצבאי אשר כלוא על רקע פעילותו במסגרת חוליית סילוואן, האחראית להוצאתם לפועל
של מספר פיגועי התאבדות בישראל, בהם נהרגו עשרות אזרחים ונפצעו מאות נוספים.
הכספים הגיעו לחשבון מארגון החמא"ס, בגין פעילות הטרור שביצעו ושימשו את
משפחתו.

23



סיכום 4 שנות עימות – נתונים ומגמות בטרור

# רקטות ה"קסאם"

החל מסוף שנת 2001 החל ארגון ה"חמאס" לבצע לראשונה פיגועים במתווה של ירי רקטות "קסאם" לעבר יעדים ישראליים ברצועת עזה ובתוך שטחי הקו הירוק.

בשנת 2001 בוצעו 7 פיגועי ירי "קסאם" – 5 בשטחי הרצועה ו- 2 לעבר ישובים ישראליים בתחומי הקו הירוק.

בשנת 2002 בוצעו 42 פיגועי ירי "קסאם" – 15 בשטחי הרצועה ו- 27 לעבר ישובים ישראליים בתחומי הקו הירוק (2 מהם בתחומי השומרון).

בשנת 2003 בוצעו 105 פיגועי ירי "קסאם" – 20 בשטחי הרצועה ו- 85 לעבר ישובים ישראליים בתחומי הקו הירוק.

רקטת ה"קסאם" מיוצרת מעמודי תמרורים הממולאים בחומר נפץ.

הרקטות פותחו על ידי ארגון ה"חמא"ס" במהלך תקופת העימות ועד כה הורכבו 3 מודלים שונים של רקטות, כולם ללא מערכות הנחיה.

הירי מתוך רצועת עזה מתבצע מאזור צפון הרצועה ובעיקר מהעיירה בית חנון. עם זאת, נרשמו מספר מקרים בהם בוצע ירי רקטות גם בשומרון (ב- 8 מרץ 2002 נמצא נפל של רקטה מסוג "קסאם 2" סמוך ליישוב תנובת, באזור טול כרם).

מאחורי אימוץ הרעיון לבצע פיגועים במתווה זה, עומדת חשיבה אסטרטגית וטקטית של גורמי חמא"ס, אשר שואבת השראתה מה"דגם הלבנוני"/"חיזבאללה", לפיו, ירי רקטות "קסאם" הוא כלי אסטרטגי לצורכי הרתעwhat ישראל מחציית "קווים אדומים" ברצועה, או עשmore לאחר חצייתם. אמנם נהיר לבכירי התנועה כי ירי הרקטות אינו כלי אפקטיבי בכל הקשור לגרימת נפגעים ונזק, עם זאת, לדעתם, עדיין מדובר באמצעי מרתיע ובעל השפעה מורלית על ישראל, מה גם שהפסקת הירי, לדעתם, פירושה כניעה לתכתיבי ישראל מול הרשות הפלסטינית.

למרות שרק לעתים נדירות גורמות רקטות ה"קסאם" לפגיעה בנפש ולנזק משמעותי, מעבר להשפעה הפסיכולוגית, עיקר האיום הוא פיתוח הרקטות, הגדלת טווח הירי והעברת הידע לרחבי הגדה המערבית. בשל העובדה כי ישראל הינה רצועת ארץ צרה, רקטות שישוגרו מאזור זה יכולות לפגוע במרכזי אוכלוסיה בישראל. מעצרו של פדל טהא, פעיל חמא"ס מאזור רמאללה, בינואר 2004 הוכיח כי ארגוני הטרור כבר עוסקים בהעברת הידע והתצבר ברצועת עזה לטובת שטחי יהודה ושומרון. יחד עם סוהא נעצרו 5 פעילים נוספים אשר שימשו כסייעניו. במהלך מעצרם נמצאה מעבדה לייצור טילי "קסאם" וכן רקטת "קסאם" בשלבי ייצור מתקדמים. סוהא מסר בחקירתו כי למד את תורת ייצור הקסאם" מפעילי טרור ברצועת עזה. האיום הטמון בהעברת הידע לשטחי יהודה ושומרון הוא רק אחד מיני רבים. חשש נוסף הוא מהמשך פיתוח הרקטות והגדלת טווח הפגיעה שלהן. במהלך ארבע השנים האחרונות הכפיל

סיכום 4 שנות עימות – נתונים ומגמות בטרור

עצמו טווח הפגיעה המכסימלי פי יותר מ- 3 ותשתיות הטרור שוקדות ללא הרף על פיתוח מודלים נוספים אשר יגדילו את טווח ויעילות הפגיעה. כמו כן, פגיעות מוצלחות של רקטות ה"קסאם" מהוות סמל ודוגמא לארגוני הטרור הנוספים מלבד ארגון החמא"ס.. ארגונים אלה רואים בפעילות זו אפשרות לביצוע פיגועים בתוך שטחי ישראל, תוך עקיפת מחסומים ונהלי אבטחה ישראלים.

## <u>מעבדת ייצור טילי קסאם בביתוניא</u>



החדר בדירה ששימש בפועל לייצור טילי הקסאם



מסתב הדירה ובו שאריות מתהליך ייצור הדלק המוצק



סיכום 4 שנות עימות – נתונים ומגמות בטרור

## מנהרות בשימוש הטרור

מאז פרוץ העימות ועד שנת 2004 התגלו 98 פתחי מנהרות ומנהרות אשר נחפרו מבתי תושבים ברפיח לשטח מצרים ושימשו מאוחר יותר להברחות אמל"ח ממצרים לרצועה. בשנת 2004 נרשמו לפחות כ- 60 הברחות שונות של אמל"ח מחו"ל, רובן לרצועה. בשנה זו ניכרת פעילותם הנרחבת של ארגוני הטרור לשדרוג מנהרות, אשר שימושן העיקרי הינו הברחות אמל"ח, למנהרות המשמשות לביצוע פיגועים ביעדים ישראליים ברצועת עזה ובתוך ישראל. כמו כן ניכרת הגברה במאמציהם של גורמי הטרור בשטחים ובחו"ל להחדיר לשטחים כמויות אמל"ח גדולות לרבות אמל"ח "איכותי", בשל החשש כי ב"יום שאחרי" ההתנתקותקשו יתקשו להמשיך ולפעול להברחת אמל"ח דרך מצרים לרצועה.

השימוש במנהרות ותעלות הביוב מעד להבטיח פעילות "איכותית" של ארגוני הטרור ברצועה, הן מול יעדים ישראליים בתחומה והן בישראל. המנהרות מהוות כלי יעיל ביותר לעקיפת מערך הבט"ש של צה"ל ברצועה ולהתמודדות עם מכשול "גדר הבטחון" ברצועה. בשל הזמן הרב הנדרש ל"גלגול פיגוע" באמצעות מנהרות נוטים ארגוני הטרור לעבוד בשיתוף פעולה לצורך הכפלת הכוח וניצול היתרון היחסי של כל ארגון.

בליל ה-27- יוני 2004 ביצעה תנועת החמא"ס פיגוע במתווה מנהרת חופת שפוצצה תחת מוצב ה"אורחאן", כתוצאה מכך נהרג חייל צה"ל ונפצעו 5 נוספים.

ב- 26 בפברואר 2004, נהרג חייל צה"ל כאשר 2 מחבלים תקפו את עמדת צה"ל במחסום ארח בירי וברימונים. 2 המפגעים, פעילי תנזים, הגיעו לידם בעזרת מנהרה שנחפרה במיוחד לצורך הפיגוע.

כחודשיים קודם לכן, ב- 17 דצמבר 2003, התפוצץ מטען רב עוצמה, במשקל של כחצי טון מתחת למוצב 'חרדון' (מוצב צה"ל הנמצא סמוך לרפיח, על קו הגבול עם מצרים). המטען הוטמן במנהרת חופת.

עם זאת, אלו לא היו הפעמים הראשונות בהן עשו ארגוני הטרור שימוש במנהרות לצורכי טרור: ב- 26 ספטמבר 2001 לפנות בוקר, התפוצצה זירת מטענים שהונחה בתוך מנהרה, מתחת למוצב 'טרמית' (מוצב צה"ל הנמצא סמוך לרפיח, על קו הגבול עם מצרים). במקביל נפתחה אש מסיבית וגזרקו רימונים לעבר החיילים. כתוצאה נפצעו 4 חיילים.



סיכום 4 שנות עימות – נתונים ומגמות בטרור

**היקף האמל"ח שהוחדר ממצרים הו באמצעות מנהרות והן באמצעות הברחות דרך הנגב**

**(תפיסות וג'"ן) – ינואר-ספטמבר 2004:**

| | |
|---|---|
| 2000 | ק"ג חנ"מ |
| 580,000 | תחמושת נק"ל |
| 6700 | רס"רים |
| 750 | מטווי נ"ט |
| 18 | מקלעים ונשק צלפים |
| 33 | מרגמות |
| 5 | טילי נ"מ |

## מנהרות בשימוש הטרור – מאפיינים כלליים:

**מיקום** – מרבית המנהרות מרוכזות באזור גבול הרצועה-מצרים ומיועדות להחדרת אמל"ח. במקומות שונים ברצועה ולאורך "גדר הביטחון" נחפרות מנהרות לשמש לביצוע פיגועים בידיים ישראליים ולהחדרת מפגעים לתחומי ישראל.

**אורך** – אורך של המנהרות שנחשפו מצביע על יכולת הארגונים לחפור מנהרות באורך של מאות מטרים.

**עומק** – עומקן של מרבית המנהרות נע בין 6 – 10 מטרים מתחת לפני הקרקע, למרות שנחשפו גם מנהרות עמוקות יותר. עומק המנהרה נקבע על פי סוג הקרקע והמכשולים בשטח. ייעוד המנהרה, משפיע גם הוא על עומקה, שכן, מנהרה האמורה לשמש להנחת מטען תהיה פחות עמוקה מאשר מנהרה אשר נועדה להברחת אמל"ח.

**פתחי הכניסה למנהרות** – הפתחים מוסווים בתוך בית (בית מגורים או מבנה נטוש) או באזור נסתר (פרדס, מטע, חורש, לליים) ונחפרים בדרך כלל כפיר צר היורד לעומק.

**התנאים במנהרה** – במנהרות הארוכות יש צורך בפתיחת פירי אוורור ולעיתים אף בהתקנת מדחסי אוויר להזרמת אוויר מבחוץ. במנהרות שנחפרו לצורך הברחת אמל"ח יש צורך במתיחת כבלי תאורה ואילו במנהרות לניד מפגעים נעשה שימוש בפנסים ידניים.

**משך החפירה** – פעיל מהרצועה שהתמחה בחפירת מנהרות ונעצר בנובמבר 2003, סיפר בחקירתו כי חפירה רציפה של מנהרה באורך של כ- 250 מטרים נמשכת בין 3-4 חודשים.

**כח אדם** – לצורך חפירת מנהרה נדרשים לפחות 8 פעילים.

**עליויות** – מחיר חפירת מנהרה הוא כ- 15,000 $ לפחות.




## סיכום 4 שנות עימות – נתונים ומגמות בטרור

נתגלו בכבודתה של לבב אבו חלאף, תושבת בית צפפא, **פגז 20 מ"מ וחגורת מכנסיים עם התקן לתחמושת נק"ל** אשר הוחבאו **בתוך כיסא תינוקה** אותו נשאה. לבאב ניסתה להעביר את אמצעי הלחימה לרשות אחיה, שהינו פעיל ג'יהאד אסלאמי הכלוא בכלא מגידו, דווקא בכיסא התינוק, כשהתינוק בתוכו, בכדי לא לעורר חשד ומתוך שאיפה כי חיפוש לא יתבצע במקום זה.

כלואי החמא"ס הם הבולטים ביותר בניסיונותיהם להוציא פיגועים מתוך הכלא והם המסודרים והמאורגנים ביותר מבחינה ארגונית בתוך בתי הכלא. ההיררכיה הארגונית של החמא"ס היא שמנהלת את חיי היום יום בכלא, ועומדת בקשר עם הנהגת הארגון מחוץ לכלא.

29



## מעורבות מנגנוני הביטחון הפלסטינים בטרור

במהלך מבצע "חומת מגן" (2002) נחשפה מעורבותם העמוקה של מנגנוני הביטחון ברשות הפלסטינית בפעילות טרור כנגד ישראל. נחקרים רבים אשר נעצרו במהלך המבצע מסרו בחקירותיהם בשירות ביטחון כללי אודות מעורבות גורמים שונים במנגנוני הביטחון, ביניהם אף ראשי מנגנונים, בטרור. מעורבות המנגנונים בטרור עלתה גם במסמכים אשר נתפסו במהלך המבצע. מכלל החומר שנאסף מצטיירת תמונה המעידה באופן ברור כי לא רק שאינם פועלים לסיכול טרור, אלא הם אף פועלים לייזום והכוונת פיגועים כנגד ישראל. בשנים 2004-2003 נמשכה, ודומה כי אף גברה, תופעת מעורבותם של אנשי מנגנונים מאיו"ש ומהרצועה, רובם פעילי תנזים (חלקם מכוונים בידי גורמי חזבאללה בחו"ל), בתכנון ובביצוע פעילות טרור מגוונת, הכוללת גם פיגועי התאבדות, בהם נהרגו ישראלים רבים (פיגועי התאבדות בירושלים, 29 ינואר 2004 ו22- פברואר 2004; פיגוע התאבדות בנמל אשדוד, מרס 2004; ופיגועי התאבדות באזור התעשייה "ארז", 26 פברואר 2004, ו6- מרס 2004). זאת, לצד פעילות להברחת אמל"ח לשטחי הרשות ולאספקת אמל"ח לחוליות טרור שונות. מנגנוני "הביטחון הלאומי" ו"המודיעין הצבאי" (בעיקר באיו"ש) ו"הביטחון המסכל" (ברצועה) ממשיכים לשמור על דומיננטיות במעורבות אנשיהם בטרור, אם כי גם פעילי מנגנונים אחרים נוטלים חלק בכך.

קשה להצביע על המספר המדויק של אנשי המנגנונים המעורבים בטרור. מדובר, ככלל, במאות רבות של פעילים שהיו מעורבים בטרור באופן ישיר או עקיף מאז תחילת האינתפאדה.

עמדת מנגנוני הביטחון הפלסטיניים ביחס לטרור נעה בין אי מניעתו לבין ייזומו והשתתפות בו. המנגנונים, למרות מודעות לפעילות ארגוני הטרור מהגים להתעלם ולעיתים אף לביים טיפול למראית עין בלבד. כך למשל, מביימים תפיסת אמצעי לחימה, עוצרים פעילי טרור כאקט הגנתי מפני טיפול של כוחות הביטחון הישראלים בהם או כאקט טקטי זמני, המסתיים כעבור תקופה קצרה בשחרור הפעילים ללא כל טיפול בהם.

מעורבות המנגנונים בטרור באה לידי ביטוי באופן החמור ביותר בייזום ובתכנון פעולות טרור באכוונה, מימון וחימוש של מבצעיהן, ובביצוע פיגועים. פעילים רבים פועלים במסגרת ארגוני הטרור במקביל לפעילותם במנגנוני הביטחון. במקרים רבים מגויסים למנגנוני הביטחון פעילים מקרב ארגוני הטרור, אשר ממשיכים לעסוק בטרור בכסות עבודתם הרשמית.

כך, לדוגמא, הפך מנגנון הביטחון המסכל ברצועת עזה , בהובלת בכיריו, מגוף שתכליתו סיכול טרור לארגון טרור אשר חולל, יזם והעניק חסות לשורה ארוכה של פיגועים ופעילות טרור כנגד כוחות צה"ל והישובים הישראליים ברצועת עזה.

סיכום 4 שנות עימות – נתונים ומגמות בטרור

**דוגמאות בולטות למעורבות פעילי מנגנונים בטרור:**

- **כמאל אבו ועֵר** – בן 30, תושב הכפר קבטיה, פעיל כוח 17 - משמר הנשיאות
  הפלסטיני ופעיל תנזים צבאי בכיר. נעצר **בינואר 2003** בידי ישראל והודה בחקירתו
  במעורבות בביצוע פיגועים קשים בהם נהרגו 4 ישראלים ונפצעו 9 ובתכנון פיגוע תופת
  במתחוום שונים כנגד מטרות ישראליות. עם פרוץ העימות השתתף אבו ועֵר בחילופי ירי
  עם כוחות צה"ל בקבר יוסף, אבו ועֵר ציין כי ביצע את הירי באמצעות רובה קלצ'ניקוב
  ששימשו במסגרת שירותו בביטחון הנשיאות של ערפאת.

- **ג'בר אחרם** – פעיל הביטחון הלאומי הפלסטיני, במוצאו מרצועת עזה (רפיח), משרת
  בבית לחם. **בדצמבר 2003** ביצע פיגוע ירי לעבר מחסום המנהרות, בו נהרגו שני חיילי
  צה"ל.

- **מאג'ד חג'אג** - פעיל הביטחון המסכל בעזה, הוביל במשאיתו את שני רכבי התופת
  שהשתתפו בפיגוע ההתאבדות ובהקרבה משולב שהתבצע ב- **6 מרץ 2004** באר, בו
  נהרגו 6 אזרחים ישראלים ונפצעו 9 נוספים. חג'אג נעצר לאחר הפיגוע בידי המנגנונים
  ואולם שוחרר כעבור זמן קצר.

  **מנעין עסאללה** - פעיל הביטחון המסכל מג'בליה אשר סייע לחמא"ס ולפת"ח להוציא
  לפועל את פיגוע ההתאבדות בנמל אשדוד ב- **14 מרץ 2004**, בו נהרגו 10 אזרחים
  ישראלים ונפצעו 12 נוספים. 2 המחבלים שביצעו את הפיגוע יצאו מרצועת עזה דרך
  מעבר קרני, בו עובד עסאללה בתפקיד המאפשר לו נגישות לכל מקום במעבר. עסאללה
  מסר בחקירתו כי סייע לארגון החמא"ס בתכנון רכישת משאיות והקמת חברה להובלת
  מכולות מהרצועה לישראל, על מנת להשתמש בה ככיסוי להברחת מפגעים. עסאללה
  נעצר ימים ספורים טרם הספיק להוציא לפועל של פיגוע התאבדות נוסף שהיה אמור
  להתבצע באותה השיטה.

- **עלי ידֵב** – פעיל במנגנון המודיעין הכללי אשר נעצר **בפברואר 2004** ומסר בחקירתו כי
  העביר משכם לקוצין מתכל שהתכוון לבצע פיגוע התאבדות וכן רחס"ר מסוג קלאצ'ניקוב,
  מחסניות ומטען. יחד איתו נעצר **סאמר עבד-רבו** – קצין במנגנון המודיעין הכללי שהיה
  שותף בגלגול הפיגוע.השניים הודו בחקירתם בתכנון פיגועים מספר ודוגמא זריקת
  רימונים לעבר כוח צה"ל באזור קוצין.

31

 סיכום 4 שנות עימות – נתונים ומגמות בטרור

# דוגמאות בולטות לשדרוג ושכלול מתווה פיגועים

## פיגועי חטיפה

במהלך העימות הנוכחי הורגשה מגמת עלייה במוטיבציה של ארגוני הטרור לבצע פיגועים במתווה חטיפות.

על מנת לקדם את תוכניתם לביצוע פיגועי חטיפה, משתמשים ארגוני הטרור לרוב באוכלוסיות בעלות היכרות טובה עם ישראל, לרבות היכולת לנוע בה בחופשיות, ונגישות לישראלים: שוהים בלתי חוקיים, ערבים ישראלים, ערבים מזרח-ירושלמים ופלסטינים וערבים ישראלים בעלי עבר פלילי, הן כסייענים והן כ"זרוע מבצעת" לקידום הפיגועים. כך לדוגמא נחשפה בחודש אוגוסט 2004 תשתית של שתי חוליות חמאס בקרב תושבי תל שבע בנגב, שתכננה להוציא פיגוע חטיפה ורצח לצורכי מיקוח. כך גם נעצרו 3 ערבים ישראלים תושבי כפר קאסם בחשד למעורבות בתכנון חטיפה של חיילי צה"ל באמצעות של פעילי חמאס מרצועת עזה.
התגברות רצון ארגוני הטרור לבצע פיגועי חטיפה השפיעה מ- 2 אירועים עיקריים:

1. אירועים בזירה המקומית:

על רקע סיום משפטו של מרואן ברע'ותי, מזכיר "הוועדה העליונה" של הפת"ח ב- אייו"ש, זוהה רצון מחודש של פעילי שטח לנקום לנקום בישראל על ענישתו, ואף להתמקח על שחרורו.

2. ניסיונם המוצלח של ארגוני טרור ב-חו'ל בחטיפות אזרחים:

חטיפות האזרחים הזרים בעיראק ובסעודיה ורציחתם מדינות בקרב ארגוני הטרור את המוטיבציה לבצע פיגועי חטיפה.

## ניצול סיוע רפואי הומניטרי:

במהלך העימות ניתן להצביע על שימוש שעושים ארגוני הטרור במתקנים, רכבים ואישורים רפואיים, מתוך ההנחה שהשימוש בהם ימנע בדיקה של כוחות הביטחון, ויקל על ביצוע פיגועי טרור, ועל הסתתרות מבוקשים.

## דוגמאות בולטות:

- **מרץ 2002** - פעיל התנזים <u>אסלאם גבריל</u> נעצר במחסום צה"ל סמוך לרמאללה, כשהוא נוהג באמבולנס של הסהר האדום הפלסטיני, בו החביא חגורת נפץ ומטעני חבלה לשם העברתם לפעילי תנזים ברמאללה. חגורת הנפץ התגלתה מתחת לאלונקה עליה שכב ילד חולה, כשבני משפחתו שהו עמו באמבולנס.

סיכום 4 שנות עימות – נתונים ומגמות בטרור

- **אוגוסט 2004** – **נביל מאהר חליל מצרי** נעצר על ידי שירות בטחון כללי לאחר שבמסגרת פעילותו ב"שהאדא אל אקצא", עמד לצאת למצרים באמצעות אישורי מחלה, שהצליח להשיג במרמה מרופאים, ומשם לישראל לצורך ביצוע פיגועים, תוך ניצול פלטפורמה של יציאת חולים לטיפולים רפואיים במצרים.

- **אוגוסט 2004** – ראש התנזים הצבאי בבית לחם, **עדנאן עב"את**, ופעיל תנזים נוסף בשם **ראתב נבהאן**, נעצרו בבית החולים הצרפתי בבית לחם. השניים הסתתרו תקופה ארוכה במקום תוך ניצול העובדה שמדובר במקום בעל מעמד מיוחד, תוך סיכון המאושפזים בבית החולים, ותוך הסתייעות בעובדי המקום.

## תכנון פיגועים של פלסטינים במקומות העבודה שלהם בישראל –
## דוגמאות בולטות

- **אוגוסט 2002** – נחשפה חוליית ירושלמית שאוכוונה על ידי פעילי חמאס ברמאללה, שבצועה את ניסונות הפיגוע ברכבות ובמכלית הדלק, פיגוע ההתאבדות בקפה מומנט בירושלים והפיגוע באוניברסיטה העברית. **מחמד עודה**, תושב מז' ירושלים , מניח המטעון בקפטריה באוניברסיטה עבד כקבלן שיפוצים במקום. כך יכול היה להשתמש בהיכרותו את הדירה, לצורך הסתרת המטעון יום קודם לכן ובהמשך להניחו בקפטריה ללא שהוא מעורר חשד. האמור כמובן לא מנע ממנו להתייצב למחרת לעבודתו באוניברסיטה כרגיל. **נסאם עבאסי**, אף הוא תושב מז' ירושלים, עבד באזור חולון – במהלך נסיעותיו באזור ראשון לציון הבחין במועדון הבילארד והציפו כיעד וכמו כן עמד על אפשרויות הגישה למקום. וסאם גם אסף מידע על מכלית הגז שהונחה בחולון .

- **אוגוסט 2004** – נעצר **מוראד עלאן**, רווק בן 20 ממחנה פליטים עאידה שבאזור בית לחם, בעל תעודת זהות כחולה של תושב מזרח ירושלים, לאחר שגויס על ידי פעילי תנזים מבית לחם לבצע פיגוע התאבדות בקפה פילטר בירושלים, בו עבד כטבח.

## דוגמאות למתווים בולטים נוספים של פיגועים שתוכננו במהלך העימות:

- **מרץ 2004** – ראמי פתח חאפז עבדאללה, כבן 24, פעיל תנזים תושב אמעתין שבאזור קלקיליה, נעצר לאחר שהיה מעורב בתכנון פיגוע ירי וירמונים על אוטובוס בעמנואל. מחקירתו של ראמי עלה כי התשתית תכננה פיגועים נוספים ובהם תכנון פיגוע התאבדות בישראל במטען שיזוהם בדם נגוע באיידס לצורך הגברת הפגיעה.

- **יוני 2004** – נעצרה חברי חוליית חמאס בשכם שתכננו בין השאר לבצע פיגוע חדירה לישוב שוהם, למטרת פיגוע ירי באמצעות מפגע מחופש למקבץ דבוקת חרש אילם, שיחק פתקים עליהם כתוב שאין לו כסף והוא מבקש סיוע מהעוברים ושבים, על מנת שיכניסו אותו לישוב.

33