| Site map | فارسی | Русский | עברית | عربي | English |



# Israel Ministry of Foreign Affairs



PLAINTIFF'S EXHIBIT 559

MFA  Press Room  About the Ministry  Consular Services  Foreign Policy  International Orgs  About Israel  Video

**2001**

Tools and Information

Historical Documents

Contact us

Israeli missions worldwide

Treaties and Agreements

## Israel Security Agency -ISA- and IDF forces arrested terrorists- suspected of shootings-26-Jan-2001

26 Jan 2001

Jerusalem, 26 January 2001

**The Israel Security Agency (ISA) and IDF forces arrested a number of terrorists, who are suspected of perpetrating many shootings that have killed and wounded Israelis**
(Communicated by the Defense Minister's Media Adviser)

The Israel Security Agency (ISA) and IDF forces in Judea and Samaria have recently uncovered and arrested a number of terrorists, who are suspected of perpetrating many shootings that have killed and wounded Israeli soldiers and civilians.

Six members of the terror cell are currently being interrogated by the Israel Security Agency. An additional terrorist, Ahmed Gandor, was killed this week in Ramallah, and according to the Palestinians he died as a result of a discharged bullet. The cell belongs to Force 17, and its members are suspected of perpetrating shooting attacks in the Ramallah area and in the Samaria area.

Prime Minister and Defense Minister Ehud Barak commended the actions taken by the ISA and IDF and expressed his appreciation to those involved in uncovering and arresting the errorists.

The Prime Minister emphasized that the arrests are part of ongoing and continuous activity taken by the security forces against anyone who harms or intends to harm Israeli soldiers or civilians. The Prime Minister added that the security forces are continuing with their intensive activity to apprehend all of the terrorists who have taken part in attacks lately.

The Israel Security Agency, together with the IDF, are continuing their efforts to capture the terror cell that has yet to be arrested and is hiding out in Ramallah.

The members of the terror cell that have been arrested are suspected of perpetrating the following attacks, among others:
1) Shooting attack on November 13, 2000 in the Ramallah area in which two soldiers were killed: Elad Levinstein from Ashkelon and Amit Zana from Netanya, as well as Sara Lish from Neve Tzuf;

2) A shooting attack on November 24, 2000 in the Tapuah Junction area in Samaria, during which Ariel Jerfy from Petah Tikva was killed;

3) A December 1, 2000 shooting attack on a bus at the French Hill junction in Jerusalem;

4) A shooting attack on December 21, 2000 on the Givat Zeev-Modeein road, during which Eliyahu Cohen of Modeein was killed;

5) A shooting attack on December 31, 2000 next to Ofra, during which Talia and Binyamin Kahane were killed;

6) In addition, the terror cell members are suspected of perpetrating other shooting attacks in the area of the Bekkot and Yabed junctions in Samaria and the Atarot area next to Jerusalem.

**SEE ALSO ...**

- Outbreak of Violence in Jerusalem and the Territories - Sept/Oct 2000

Print version   Send To Friend

save/share

Terms of use | Site Map | ContactUs | gov

All rights reserved to the State of Israel © 2013