PLAINTIFF'S
EXHIBIT
626

I D F

22 APRIL 2002

# Arafat's and the PA's Involvement in Terrorism (According to Captured Documents)

688/0018

## Abstract

**During the IDF "*Defensive Wall*" operation in the PA areas, numerous documents were captured that point at the direct and indirect involvement of Arafat, the PA and the Palestinian intelligence apparatuses in terrorism against Israel.** This involvement, as evidenced in the documents, has three dimensions: **the ideological dimension**, which means essentially the sanctioning of lethal terrorist attacks (viewed as "quality attacks" that serve the PA's goals) and the use of terrorism as an important instrument in promoting the Palestinians' goals vis-a-vis Israel. **The financial dimension**, continuous financing of the terrorist infrastructure – personally approved by Arafat and carried out by the PA civilian entities, the heads of the PA Security Apparatuses and Arafat's associate (Fuad Shubaki); and **the practical dimension**, involvement of the intelligence apparatuses – led by the General Intelligence – in direct and indirect assistance to the terrorist infrastructures and activities, including for lethal terrorist attacks inside Israel. The legitimacy given to terrorism, alongside the financial and practical support, enabled the Fatah – headed by Arafat – to become the dominant force which is leading the terrorist activity against Israel since the beginning of 2002 (Fatah personnel are mentioned as "Tanzim", "Al Aqsa Martyrs Brigades" and "Battalions of the Return" in the captured documents).

**"Fatah" and the "Al Aqsa Martyrs Brigades" are One and the Same**

Part of a poster that portrays the **"Fatah" emblems (center) and the "Al Aqsa Martyrs Brigades" (sides)**. The poster is in the memory of Firras Sabhi Ja'aber, a senior activist in the "Fatah" and "Tanzim" terrorist infrastructure in Tulkarm. Firras Sabhi Ja'aber, member of the Ra'ed Karmi squad, participated in the murder of two Israeli restaurant owners

in Tulkarm and numerous shooting attacks. **The US recently declared the "Al Aqsa Martyrs Brigades" to be a terrorist organization.**

## The Main Characteristics of Arafat/PA Involvement in Terrorism (According to Captured Documents)

1. During the IDF "*Defensive Wall*" operation, numerous documents were captured, of which only a few were thoroughly examined so far. However, these documents already reveal a direct and indirect involvement of Arafat, the PA and Palestinian intelligence apparatuses in terrorism against Israel.

2. This involvement, according to the documents, is **at all levels and echelons**: starting from **Yasser Arafat's leadership echelon**, through the **"intermediate echelons"** of Arafat's assistants and heads of the apparatuses, and down to the **field echelons**.

3. **The documents reveal that the involvement of Arafat and the apparatuses in aiding and encouraging terrorism has three main dimensions:**

a. **The ideological dimension – Arafat and the PA sanction the use of terrorism as an important component in the struggle against Israel**. The terrorist attacks, and especially those deep inside Israel, are defined as **"quality attacks"** that "help and support" the PA and its security apparatuses. Thus, Arafat encourages the use of terrorism as a tool for promoting his goals, not just by the **"Fatah"** (in its various names: **"Al Aqsa Martyrs**

**Brigades", "Tanzim", "Battalions of the Return")** of which he is head, but also by the Islamic opposition organizations (the **"Palestinian Islamic Jihad" [PIJ]**, and **"Hamas"**). The legitimacy given by Arafat enabled the Fatah to become the **dominant force** leading the terrorism against Israel since the beginning of 2002.

b. **<u>The financial dimension</u> – financing the terrorist infrastructure**: the ongoing **financial support is crucial** for the regular and systematic operation of the terrorist infrastructures. The PIJ, as noted in the captured documents, receives large sums of money from **external sources** (the PIJ secretary in Damascus) for financing terrorist attacks in Israel (without the PA and its apparatus attempting to prevent it). The "Fatah" / "Al Aqsa Martyrs Brigades" / "Tanzim", however, receive funding **from the Palestinian Authority budgets,** approved by Arafat and carried out by the PA's "Treasury Ministry" (supported by budgets from Arab States and the European Union). According to the captured documents, **Arafat is involved personally** – he personally signs allocations of both small and large sums to "Fatah" / "Al Aqsa Martyrs Brigades" / "Tanzim" infrastructure and activists in the various sectors. To this end, Arafat utilizes the PA's **civilian apparatuses**, his **personal associate** (Fuad Shubaki) and "**middlemen"** and senior Fatah/Tanzim activists in the West Bank (Marwan Barghouti; Hussein al-Sheikh; Kamal Hamed).

c. **<u>The practical dimension</u> – deep involvement of the PA intelligence apparatuses, extensively deployed in the field, in supporting the terrorism**: the documents reveal that the PA

security apparatuses, directly subordinated to Arafat and **highly influential in the "field", directly and indirectly** assist the terrorist infrastructures and terrorist activity at various levels of involvement. Of particular note in the documents is the role of the "**General Intelligence Apparatus"** (GIA) **in the West Bank,** headed by Tawfiq Tirawi, a clear associate of Arafat. GIA personnel hold close ties with the "Fatah" / "Al Aqsa Martyrs Brigades" / "Tanzim" terrorist infrastructures and occasionally (in Jenin, for instance) with those of the PIJ and Hamas, and at times lend them practical support (while in parallel, the GIA and other intelligence apparatuses closely watch and keep tabs on those involved in terrorism, **but do not use their abundant information to foil terrorist attacks**).

4. Many examples are noted in the captured documents for the direct and indirect assistance given to the terrorist organizations by the PA intelligence apparatuses. Thus, for example, **a document of the GIA in Jenin demonstrates that the" Fatah" and PA intelligence apparatuses maintain cross-organizational cooperation with the "PIJ" and the "Hamas".** This was expressed, inter alia, in a **suicide attack** in the Israeli city of **Afula** (27 November 2001) which was financed, according to the document, by funds that came from the "PIJ" secretary in **Damascus** (2 Israeli civilians were killed and 50 wounded in the attack; **the "PIJ" and "Al Aqsa Martyrs Brigades" claimed joint responsibility for the attack).**

5. **Several expressions** of the direct and indirect support of terrorism provided by the GIA and other PA intelligence apparatuses are listed below, as reflected in the captured documents:

a. **Participation in terrorist attacks**: from several documents it can be learned that intelligence personnel were directly involved in planning, preparing and carrying out terrorist attacks, together with the Fatah / Al Aqsa Martyrs Brigades / Tanzim/ "Battalions of the Return" cells.

b. **Procurement of arms:** PA intelligence apparatuses personnel were involved in the procurement of arms, their transfer to the terrorist organizations (Fatah, PIJ and Hamas) and in one instance assisting in transferring arms from one area to another (using an ambulance).

c. **Refraining from foiling terrorist attacks despite having early warning information:** the documents clearly show that no efforts or attempts were made **to foil terrorist attacks,** not even suicide attacks inside Israel, of which the "GIA" and other apparatuses had **early warning information**. Thus, the intelligence apparatuses allow the terrorist organizations to continue their regular activity with almost no significant interference.

d. **Providing early warning information to the terrorists:** according to one of the documents, **the "GIA" warned terrorists** whose names were included in Israel's Most Wanted List that they received; a computer file shows that the "GIA" has systematic

procedures for warning senior activists when IAF aircraft are noted, including senior activists known to be involved in terrorism.

e. **Refraining from arresting terrorists who found shelter in the PA areas, even ones who carried out lethal attacks and suicide bombers-to-be:** terrorists who carried out lethal attacks inside Israel escape to their homes in the PA areas, **without any attempt** being made by the intelligence apparatuses **to arrest** them or **to prevent** them from additional attacks, not even terrorists known to be potentially preparing to carry out **suicide attacks** (the common procedure is to make a debriefing and file the 'event' in the intelligence files; occasionally, it is attempted to watch them after they are released or recruit them to the intelligence apparatuses).

f. **Assassination of alleged collaborators:** a "GIA" document includes a list titled – "Names included in the Tulkarm assassination list" which has been forwarded to the review of Tawfiq Tirawi. The document implies that the GIA is about to assassinate them, after Tirawi's approval. The document ends stating – "the order is ready and the decision regarding the assassination has been made" By assassinating those defined as so-called "collaborators" with Israel, the GIA indirectly assists the activity of the terrorist organizations, by functioning as their "counter-intelligence" arm.

6. The **enclosed appendix** includes several examples of the direct and indirect support of terrorism provided by the GIA and the other PA Intelligence apparatuses, as reflected in the captured documents.

# Appendix A

## Examples for Arafat's Financing of Terror Activists

Document no. 1

**The Palestinian Liberation Organization**
**The Palestinian National Authority**
**The President's Bureau**

PALESTINE LIBERATION ORGANIZATION
Palestinian National Authority
Office of the President

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مكتب الرئيس

To the Fighting President
Brother Abu Amar, may the Lord protect you,
Greetings,

I hereby request you to allocate financial aid in the sum of $2500 for the following brethren:

1. Ra'ed el Karmi *(note: Former commander of the Tanzim in Tulkarm).*
2. Ziad Muhammad Da'as *(note: Commander of a group in the Fatah/Tanzim Tulkarm that masterminded the attack on the Bat-Mitzvah party in Hadera).*
3. Amar Qadan *(note: a senior activist of Presidential Security/Force 17 in Ramallah, involved in the activities of its operational cell).*

Thank you,

Your son, Hussein al Sheikh
*(note: senior Fatah activist in the West Bank)*

*(Note: in Yasser Arafat's handwriting:*

Treasury/Ramallah
Allocate $600 to each of them.
Yasser Arafat (*signature)*
(19/9/2001)



688/0018

**Document no.2**

20 JAN-02 SUN 16:01 FATAH OFFICE FAX NO. 022985729
Sep 29'84 17:50 P.001

*(**Note**: this is a fax that was sent twice: the first time from Ra'ed el Karmi to Marwan Barghuti and the second time from Barghuti to Arafat).*

To fighter brother Abu al Kassam
*(**Note**: Marwan Barghuti, head of the Fatah/Tanzim in the West Bank)*

Greetings,

**Subject: Urgent Financial Aid**

1. Jamil Hamad Adwan
2. Majid Yussuf Subhi Jarad

**Mahmud Raleb Mahmud Altahel**

4. Mansour Saleh Sharim
5. Subhi Yussuf Jarad
6. Iyad Abed Al Rahim Jarad
7. Hazem Wael Subhi Hetab
8. Ahmed Sameh Al Adrisi
9. Sami Mahmud Dib Sabeh
10. Iyad Nasser
11. Marad Mustafa Abed Al Rahman Abdu
12. Muhamed Sharif Zidan

*(**Note**: these activists are known Fatah operational activists in Tulkarm, who were involved in lethal attacks.)*

Sincerely,

Your brother,

Ra'ed al Karmi
*(**Note:**was head of the Fatah/Tanszim infrastructure in Tulkarm)*

---

To Brother President Abu Amar, may the Lord protect him,
Greetings,
I request of you to order the allocation of a thousand dollars for each of the fighter brethren.

Sincerely,
Marwan Al Barghuti

---

*(**Note:** in Yasser Arafat's handwriting:)*
*The Treasury/Ramallah*
*Please allocate $350 to each.*
*Yasser Arafat (signature)*
*7/1/2002*

688/0018

# Appendix B

## Examples for the Involvement of PA Apparatuses in Arms Procurement

In a letter directed to Fuad Shubaki (Arafat's crony and confidant) an ambitious plan of the "Alaqsa Martyrs Battalions" (cover name for the Fatah operational arm in the West Bank) to establish a heavy arms production workshop was uncovered. They intend to procure, among other items, a lathe (for which the organization requires $25,000) and a milling machine ($40,000). These machines are required for metal processing in the production of weapons such as artillery rockets and mortars (forbidden by the PA-Israel signed agreements).

**Document no. 1**

**Lathe Specifications**

Blade (?) 75 cm
Meter length
**Internal and external screws from 1 mm until 1 inch**
Variable speed – Fast-slow)
Engine 5 HP (tri-phasial)
Knives of various shapes and sizes
Drill supports and belt
Main drill cap

**Milling Machine Specifications**

Vertical and horizontal
Centimeter wide opening in both directions
Blade latch
Various types of knive

AL-AQSA Martyrs Troops
Palestine
كتائب شهداء الأقصى
فلسطين

Al Aqsa Martyrs Brigades
Palestine

**Construction Materials**

1 Lathe - $25,000
2 milling machines - $40,000
3 aircraft canopies (Hood in original document) - $5000
4 welding machines - $2000
5 oxygen machines - $3000
7 working tool kits - $1500
8 tri-phasial electricity infrastructure - $2000
**Sum total - $80,000**

| Salaries | 3000 |
|---|---|
| | 700 |
| | 700 |
| | ==== |
| | $4400 – 1 |
| Rent | 1800 |

Monthly supplies
Electricity, materials
+ container trucks
====
$8800 – 2

1 + 2 = 13,200 per month

688/0018

**Document no.2**

Al Aqsa Martyrs Brigades
Palestine

AL-AQSA Martyres Troops
Palestine

كتائب شهداء الأقصى
فلسطين

كشف مالي

Financial Report

The debts which we have accumulated until now are estimated to be 38000 shekels. The following are the details:

1. The cost of posters of the Al Aqsa Martyrs Brigades: Azam Mazhar, Usama Jubara, Shadi Afuri, Yasser Badawi, Ahed Fares (addition in handwriting of 2000 shekels).
2. Costs of printed announcements, invitations and mourners shelters for martyrs (addition in handwriting of 1250 shekels).
3. Cost of sticking photos of martyrs on wooden boards and also of the martyrs Thabat Thabet and Mahmud Al Jamil (addition in handwriting of 1000 shekels).
4. Cost of memorial ceremonies for the martyrs. Memorial ceremonies were held for the martyr Azam and the martyr Usama (addition in handwriting of 6000 shekels).
5. Costs of electrical parts and various chemical materials (for manufacture of explosive charges and bombs). This is the greatest expenditure (the cost of one ready explosive charge is 700 shekels at least). We need every week 5-9 explosive charges for squads in the various areas (addition in handwriting of shekel per week x 4 = 20000 shekels per month).
6. The cost of bullets The cost of a Kalashnikov bullet is 7-8 shekels and M-16 bullet 2-2.5 shekels. We need bullets on a daily basis.
7. Note: There are 3000 Kalashnikov bullets at a cost of 2 shekels per bullet. We require that you transfer to us immediately a sum of money to purchase them (addition in handwriting of 22,500 shekels for Kalashnikov bullets and 60,000 shekels for M-16 bullets).

In conclusion, all the glory and pride to those supporting the brave resistance against the oppressive occupation.

From the revolution until victory.
Palestinian Al Aqsa Martyrs Brigades
16 September 2001

كتائب شهداء الأقصى في فلسطين

Addition in handwriting – 25,100 = 150, 750:6

# Appendix C

## Examples of Direct and Indirect Assistance to Terrorism by the "General Intelligence" and Additional PA Intelligence Apparatuses on the basis of Captured Documents

**Document 1**

1. **In a detailed report of the "General Intelligence" Apparatus** (GIA) from 4 February 2002 regarding the activity **in the Jenin** area it was stated that:

a. **Cooperation** takes place in the Jenin area between the Hamas, the "Palestinian Islamic Jihad" (PIJ) and the Palestinian intelligence apparatuses. "Hamas" and PIJ penetrated the intelligence apparatuses in Jenin by means of payoffs. The document details the names of persons belonging to the GIA and the "Preventive Security Apparatus" (PSA) who operate on behalf of the "PIJ" and "Hamas".

b. **Jamal Switat**, Deputy Head of the PSA in Jenin, reports on a regular basis to the activist in charge of the **"PIJ" on dates of arrests and names of wanted terrorists.**

c. **Jamal Switat**, Deputy Head of the PSA, together with an additional PSA officer, are **procuring arms for the "PIJ" and "Hamas"**, and they constitute the source for most of the arms possessed by these organizations.

d. **The suicide terror attack in Afula** on 27 November 2001 was a clear expression of the **operational cooperation** between the intelligence apparatuses and the PIJ. According to the document, one of the suicide bombers who participated in the attack was a GIA member who was recruited by the Deputy Head of the PSA in Jenin (the "PIJ" and "Al Aqsa Martyrs Brigades" took **joint responsibility** for the attack).

688/0018

**Document 1 (cont.)**

الاخ المدير حفظه الله

تحية واحترام وبعد...

الموضوع: معلومات حول حركتي الجهاد وحماس في جنين مستقاه من الاخ المقدم الركن خالد علا

افاد المصدر بما يلي :

١-ان حركتي حماس والجهاد مخترقه للاجهزه الامنيه في جنين عن طريق الفلوس بما فيها المخابرات وقد اورد المصدر اسماء بعض الاشخاص الذين يعملون لصالح الجهاد من المخابرات والامن الوقائي وهم :

١-حسن ابو ناعسه/مخابرات

٢-شخص من المخيم ويلقب بالشيخ /مخابرات

٣-عنصر من التنفيذيه في جنين برتبة مساعد كان سابقا في قوات بدر وتم نقله من الامن الوطني للمخابرات واوصافه نحيف الجسم اسنانه فرق وقدره عمره بين ٢٠-٢٥ من سكان مخيم جنين حيث يقوم هذا الشخص بالتلثم بالمظاهرات ويقوم بالهتاف ضد السلطه ويقوم بالاشتباك مع الجيش ويتقاضى فلوس من الجهاد

٤-جمال سويطات /نائب مدير الوقائي بجنين يتصل به مسؤول الجهاد ويبلغ مسؤول الجهاد عن الحملات عليهم ومواعيدها ومن هو مطلوب منهم كما ويقوم ايضا بامداد حماس والجهاد بالسلاح عن طريق الاتجار به ومصدر الاسلحه هو المخزن الذي تم سرقته بشمال فلسطين ووصل عدد كبير من القطع لبد عميل من السيله يلقب بالطيب وهو على علاقه مع ضابط في الوقائي يدعى الرخ وايضا مع جمال المذكور

٥-ضابط بالوقائي يلقب بالرخ/وهو مصدر اغلب السلاح للجهاد وحماس حيث قام الرخ ببيع حركة الجهاد بندقيه ام١٦ طويله وحمايل وبندقيه زجراور ومسدس ١٦ نجل

٦-عبد السلام السعدي/نقيب في الوقائي باريحا

٢-حركة فتح بجنين تقوم باللعب ع الحبلين ففي الاوضاع الحاليه هم مع السلطه وحين تعتقل السلطه يقفون ضدها ويذكر المصدر ان جميع قيادات فتح على الارض تتلقى تعليمات مباشره من مروان البرغوثي ويفيد المصدر ان القائد الفعلي لكتائب شهداء الاقصى في جنين هو جمال حويل وكان يدفع بعبد الكريم عويس في الوجه حتى لا يعرف وان من جند عنصر المخابرات للعمليه الاستشهاديه في العفوله هو جمال عن طريق عبد الكريم وبالتنسيق الكامل مع حركة

**The underlined lines:**

"The Hamas movement and the PIJ have penetrated the security apparatuses in Jenin by means of payoffs, including into the GIA."

"Jamal Switat (is) Deputy Head of the Preventive (Intelligence Apparatuses) in Jenin and responsible for the (Islamic) Jihad, he often contacts it and reprts to it on the waves of arrests against them, their dates and the names of wanted men. Additionally, he supplies arms to the Hamas and to the (Islamic) Jihad by trading with it."

[First page of the GIA Report, 4 February 2002]

688/0018

**Document 2**

1. **A detailed document by the Head of the GIA in the Tulkarm district dated 6 February 2002 addressed to Tawfiq Tirawi** deals with the Fatah and Tanzim terrorist infrastructure in the Tulkarm district. The report states that the Ziad Da'as squad, one of the 3 Fatah/Tanzim squads in the local terrorist infrastructure, planned and coordinated the "Hadera Action" (the lethal attack at the Batmitzvah party, 17 January 2002). The Head of the GIA in the Tulkarm district notes that the activities of this squad are **"qualitative and successful".** He adds that **"the members (of this squad) are close to us (i.e. *to the GIA)* and maintain ongoing coordination and contacts with us".** Two additional squads of the Fatah/Tanzim terrorist infrastructure in Tulkarm are in contact with **Marwan Barghouti,** who is involved in the power struggles against the intelligence apparatuses and is trying to deepen his influence on the Tulkarm terrorist infrastructure.

السلطة الوطنية الفلسطينية

المخابرات العامة

مديرية محافظات الشمال

الرقم: ط/ ٥/ ٤/ ٤ ت

التاريخ: ٦/ ٢/ ٢٠٠٢

**عطوفة الأخ مدير المخابرات العامة/ المحافظات الشمالية... حفظه الله**

**تحية واحترام،،،**

**الموضوع: الوضع العام لمسلحي فتح في المحافظة**

- يبلغ عدد مسلحي حركة فتح في طولكرم ومخيمها من ١٥-٢٠ مسلح.
- أغلبهم يحمل قطع M16 وأغلبها ملك شخصي لكل واحد منهم عدى ثلاث قطع ساهم التنظيم في ثمن شرائها كما تم جمع بعض التبرعات والمساعدات المالية من سيادة الرئيس لإكمال ثمنها
- **ينقسم الأخوة المسلحين إلى قسمين:-**

١- قسم لا يوجد لديه أي استعداد للخروج والعمل خارج مناطق ( أ ) وهم يتجاوزون العشرة أشخاص ويقتصر عملهم على إطلاق النار من داخل منطقة ( أ ) على D.C.O ومناطق تمركز قوات الاحتلال، وإطلاق النار في المسيرات والمناسبات والاحتفالات الوطنية

٢- قسم عمل ويعمل خارج مناطق ( أ ) وعلى الطرق الالتفافية وحتى في العمق الاسرائيلي كما حصل مؤخراً (عملية الخضيرة).

- لا يوجد للأخوة المسلحين عنوان واضح وشخص واحد مسؤول يمكن التوجه إليه في حل ومتابعة أي موضوع يخصهم، بل يمكن تقسيمهم إلى ثلاث مجموعات على النحو التالي:-

١- **مجموعة زياد دعاس**: وينخرط فيها كل من "بلال أبو عمشة" و"حاتم جيوسي" و"طارق الزغل" وغيرهم. وهذه المجموعة قامت بنشاطات وعمليات نوعية وناجحة وكان آخرها التنسيق والتخطيط "عملية الخضيرة" انتقاما للشهيد رائد الكرمي، ويمكن القول أن هذه المجموعة هي الأكثر انضباطية وفهما للوضع العام وهم قريبون جدا منا وعلى تنسيق واتصال دائم بهم

٢- **مجموعة منصور شريم** وينخرط فيها كل من "طارق الخندقجي" و"ماجد جرار" و"ابو ربيعة" و"إياد نصار" و"سامي صبح" و"إياد الجرار (أبو صامد) وآخرين، وهذه المجموعة تحاول الحصول من "مروان البرغوثي" على اعتماد الأخ "منصور شريم" مسؤولا لكتائب شهداء الأقصى في محافظة طولكرم وذلك من خلال الاتصال المتكرر به، كذلك بمساعدة "ناصر عويص" مخيم بلاطة التي ترتبطه علاقات قوية بهذه المجموعة، وتعتبر هذه المجموعة الأكثر بعدا عن قرارات فتح والسلطة والأجهزة الأمنية

**The underlined lines:**

"The Ziad Da'as squad….

This squad carried out qualitative and successful operations. The last one in this framework was the coordination and planning of the operation in Hadera to avenge the death of the martyr Ra'ed Karmi….Its men are very close to us (i.e. to the GIA) and maintain constant coordination and contact with us."

688/0018

**Document 3**

1. **A GIA document from the Tulkarm district dated 21 May 2001** addressed to the Head of the GIA in the Ramallah district details the names of **232** terrorists wanted by Israel (nearby two names the word **"intelligence"** has been added by hand, implying that. they are connected to the intelligence apparatuses). The document notes in handwriting **"please inform the brothers whose names are mentioned above to take cautionary measures"** (and this in addition to the holding of a full security investigation about them).

السلطة الوطنية الفلسطينية

بسم الله الرحمن الرحيم

الأخ مدير مخابرات محافظة رام الله ... حفظه الله

تحية و احترام ...

- مرفق كشف بأسماء المطلوبين بطرفكم لدى قوات الاحتلال الاسرائيلية

للعلم وإجراءاتكم ... لطفا

وتفضلوا بقبول فائق الاحترام

مدير المتابعة/الضفة

**The underlined lines**

"Attached hereto is a form with the names of men wanted by the Israeli occupation who are with you...

Note: Notify the brothers whose name appears above to take precautionary measures..."

688/0018

**Document 4**

1. **A GIA document from 27 February** addressed to the Head of the GIA in the Ramallah district reports on a youth who murdered his Israeli employer where he worked in a coffee plant in the Atarot industrial zone (the murder of Gad Rejwan on 27 February 2002; the "Al Aqsa Martyrs Brigades" claimed responsibility for the attack). The murderer, who **belongs to "Fatah"**, escaped to his home in the Amari refugee camp (near Ramallah). The person in charge of the GIA in the Ramallah - El Bireh area sufficed with the remark that the perpetrator of the murder can be summoned at any given time, and he is not taking any additional action.

**The underlined lines:**

"Re: The Atarot action…(Abd Al Majid, Gad Rejwan's murderer) fled to the Ramallah region after the other (Israeli) side closed off

Abd Al Majid Hashem Yussuf, the late Gad Rejwan's murderer: escaped to his house after the murder. The above photo is attached to the GIA report.

Handwritten comments:

"The report (enclosed) is from the central area. The above can be summoned at any given time".

**Document 5**

1. **The Head of the GIA in the Tulkarm district reported on 20 March 2002 to Tawfiq Tirawi** on a youth who attempted to perpetrate a **suicide terror attack** in Israel. The youth, Jihad Ahmed Khaled Alian was dispatched by the PIJ to carry out a suicide attack in Israel with an **explosive belt**. The attack did not take place due to a warning received from an Israeli Arab regarding two reinforced Israeli roadblocks which are difficult to pass through. The youth, who undoubtedly constitutes a potential suicide terrorist was arrested by the GIA, questioned, **released** and apparently recruited to the GIA.

السلطة الوطنية الفلسطينية

المخابرات العامة

مديرية محافظات الضفة

التاريخ: 20/3/2002

**The underlined lines:**

"Re: A detainee arrested by us, is now in Ramallah.

Name: Jihad Ahmed Alian, Nur al Shams refugee camp."

الموضوع: معتقل أفرج عنه من طرفنا متواجد حالياً في رام الله

الاسم: جهاد أحمد عليان / نور شمس



688/0018

**Document 6**

1. **A computer apparently belonging to the GIA** was captured during the IDF takeover of the Arafat compound in Ramallah (the *Mukata*). **The computer includes a file** with the title **"Men who should be warned when there are aircraft (in the air)"**. The file contains a list of names with their telephone numbers. The list includes **Marwan Al-Barghouti** (Head of the "Fatah"/"Tanzim" in the West Bank who directs the Fatah/Tanzim terrorist infrastructures) and **Tafer Al Rimawi** ("Fatah" operational activist in the Ramallah area who is involved in shooting attacks including one attack near Neve Tsuf).

الأخوة الذين يجب تحذيرهم في حال وجود طيران

| ميرس | جوال | رقم هاتف ثاني | رقم هاتف اول | الأسم |
|---|---|---|---|---|
| 8247 | 059732758 | 2951432 | 2987947 | مكتب صخر حبش |
| | | 2954950 | 2954949 | العليا |
| | 059205211 | | 2963131 | مروان البرغوثي |
| | 059205210 | | - | احمد الديك |
| | 059219241 | | 2407690 | مرجعية فتح /ابولطفي |
| | 059839602 | | | جواد ابو غوش |
| | 059338899 | | | حسين الشيخ |
| | 059877640 | | | ظافر الريماوي |

**The underlined lines:**

"People to be warned when there are aircraft (in the air)."

In the list appear Marwan al Barghouti and Tafer al Rimawi.

688/0018

**Document 7**

1. **A GIA report from 3 March 2002** mentions preparations of an "Al Aqsa Martyrs Brigades" squad in the Tulkarm area for **a terrorist attack inside Israel**. According to the report, this is the same squad that perpetrated the killing attack in the Batmitzvah party in Hadera. The report noted that **"the man helping them and whose role is to prepare the suicide bomber, is closely connected to us and served in the past as a source".** Three men are involved in the planning of the attack: one is Ghanem Ghanem **from the "National Security" (in handwriting: *from Force 17*)**, the second is Hani Abi Limoun who **served as a source of the GIA**. The GIA source continues to monitor the planning of the operation and reports on it to the GIA (which is not trying to prevent it).

التاريخ : ٢٠٠٢/٣/٣

افادت المعلومات الواردة الينا من طولكرم بان كتائب شـــهداء الاقصـــى " الجنـــاح العسكري لفتح " يقوم حاليا بالاعداد والتجهيز لتنفيذ عملية في داخل اسرائيل .

- المجموعة التي تقوم بالاعداد هي تابعة لمحافظة طولكرم والتي ســـبق ان نفـــذت عملية سابقة في صالة الافراح بمنطقة الخضيرة انتقاما لمقتل رائد الكرمي .

• المعلومات المتوفرة لدينا عن هذه العملية هي :

١ – الشخص الذي يعد العبوات الناسفة وقد تم ابلاغ الاخوة في مخابرات طولكرم .

٢ – الاشخاص الذين يقومون بالاعداد والتخطيط لهذه العملية ، كذلك تم ابلاغ الاخوة في مخابرات طولكرم عنهم .

٣ – الشخص المساعد لهم والذي يفترض ان يقوم باحضار الاستشهادي وهو صديـــق لنا ومندوب سابق وقد قام بالسابق بالمساعدة بالكثير من المعلومات اضافة الى تغطيتـــه كل نشاطات مجموعة شهداء الاقصى في طولكرم حاليا والتي تم ابلاغ الاخـــوة فـــي مخابرات طولكرم عنها اول باول .

- الية عمل الكتائب في طولكرم تتركز على جانبين الاول هو ارســـال استشـــهادي والثاني مقايضة العناصر المشبوه في المحافظة عن طريق العرض عليهم تنفيذ عمليات قتل مستوطنين او جنود او ضباط مخابرات اسرائيلية مقابل العفو عنهم وادراج اسمائهم ضمن المناضلين على غرار ماحدث مع المشبوه مراد ابو العسل من بلدة عنبتا .

ثانيا العناصر المشتركة في التخطيط :

١ – غانم غانم من الامن الوطني

٢ – هاني ابو ليمون – مواطن عادي يقوم بدور توفـــير العنـــاصر الاستشـــهادية " مندوب سابق لنا "

٣ – معد العبوات وهو شخص سجين مدني سابقا وتاجر مخدرات .

العملية لم يتم الاعداد لها بشكل نهائي ومازالت قيد الاعداد والدراسة وسيتم ابلاغنـــا من قبل مصدرنا فورا عند حدوث أي جديد .

**The underlined lines:**

"We received information from Tulkarm that the Al Aksa Martyrs Bds, the Fatah military arm, are engaging in preparations for carrying out an attack inside Israel…

..the man who is helping them and whose role is to prepare the suicide fighter, is close to us and served in the past as a source. In the past he helped us in supplying further information. At present he is covering the activities of the Al Aqsa Bds squad in Tulkarm and on which he reported to the brothers in the

688/0018

**Document 8**

1. **A GIA report** (undated but attached to another document dated 4 February 2002) addressed to Tawfiq Tirawi states that the "Battalions of the Return" (a designation which refers to the **"Fatah" and military intelligence** cells in Nablus) are preparing in the coming days **a shooting attack in Israel** with automatic weapons. The document states clearly that the **person responsible for military intelligence in Nablus is the one** who is directing and assisting in the implementation of this attack. The person responsible for military intelligence in Nablus made a request through his agents to arms dealers in Qabatiyah in order to purchase a Kalashnikov rifle (which the attack perpetrators require). The report states that **the founders of the "Battalions of the Return"** and their "spiritual father" in Nablus is **Colonel Abu Hamdan** (this is Colonel Ahmed Abu Hamdan, a senior activist in the "National Security" HQ in Nablus and a senior Tanzim activist in Nablus, who is a head of terror squads.

الاخ المدير حفظه الله
تحية واحترام وبعد
الموضوع: تحضير كتائب العودة التابعة للجهاد في نابلس لعملية استشهادية بالداخل
افاد نفس المصدر وأثناء احتكاكه بعناصر من الجهاد وبعض القيادات التنظيمية بنابلس انه قد علم ان كتائب العودة تحضر لعملية فدائية داخل اسرائيل (اطلاق نار من سلاح رشاش) خلال الايام القليلة القادمة وان ما يؤخر العملية هو عدم التمكن من الحصول على قطعة ام ١٦ او كلاشن للعملية وانه قد علم ان هناك شخص جاهز للتنفيذ لم يستطع معرفة اسمه وان مسؤول الاستخبارات العسكرية بنابلس هو من يوجه ويساعد في هذه العملية وحتى انه قد فاوض عبر مندوبيه مع تجار سلاح من قباطية لشراء كلاشن وان البائعين طلبوا فيه مبلغ ١١٥٠٠ شيقل وقد رفض بدعوى انه يسوى فقط ١٠٠٠٠ شيقل
كما افاد نفس المصدر ان من انشأ كتائب العودة والاب الروحي لها بنابلس هو العقيد ابو حمدان وان الكتائب لها شقة في عقبة الطور اول جبل الطور وانه دائم الاجتماع مع مسؤول الاستخبارات بنابلس في هذه الشقة علما ان هذه الشقة يتواجد بها عناصر من الاستخبارات العسكرية
للعلم واطلاعكم واجراء ما ترونه مناسبا
ملاحظة: هناك الكثير من المعلومات لدى المصدر عن جنين وعن نابلس حيث توجد له العديد من المنظمات للعمل معهم منهم كتائب الاقصى وكتائب العودة وقد رفض ذلك وان حركتي الحماس والجهاد بجنين طرحت عليه القاء عمله في السلطة والانضمام لهم وسيعطوه ضعف ما يأخذ.

**The underlined lines:**

"Re: The preparations of the Bns of the Return of the Jihad in Nablus toward a suicide attack inside (Israel).

...(It was learned by the source that) the one responsible for Military Intelligence in Nablus is the person who is masterminding and assisting in carrying out this action...

It was also reported that the

**Document 9**

1. **A document dated 26 December captured in the PSA officers in Tulkarm** states that a terrorist called Abd Al Hafez Farij, a member of the DFLP who joined the PIJ, attempted to place an explosive charge on a road used by IDF tanks in the Shuweika area (north of Tulkarm). The attack did not take place. Farij was arrested by the PSA, (superficially) interrogated and **released after agreeing to join the PSA.**

Palestinian National Authority
Preventive Security H.Q.
Tulkarem Directorate

السلطة الوطنية الفلسطينية
قيادة الأمن الوقائي
مديرية طولكرم

Palestinian National Authority
Preventive Security H.Q.
Tulkarem Directorate

السلطة الوطنية الفلسطينية
قيادة الأمن الوقائي
مديرية طولكرم

مع الاحترام ...

**The underlined lines:**

"Re: Mahmoud Riad Abed al Hafiz Farij/Shuweika.

Muhammad was released on 25 December 2001 for the purpose of sending him to the apparatus (PSA) on Thursday at one o'clock in the afternoon in order to complete the steps necessary."

688/0018

**Document 10**

1. **On 27 March 2002,** an IDF roadblock stopped an **ambulance** south of Ramallah. The ambulance was carrying a wanted terrorist and arms including an explosive belt. The ambulance driver **confessed during questioning** that the arms were given to him by **Mahmud Titi** (a **"Tanzim" activist** in Samaria who is close to Marwan Barghouti, he is part of the PSA, in shooting and in explosive charges attacks in the Nablus area). This, in order to transfer them to "**Tanzim**" activists in Ramallah. A document of the "**General Security**" dated 27 March reports on the affair to Tawfiq Tirawi, while raising the assumption that this was an Israeli fabrication. However, **in handwriting on a General Security document** is noted **"the information indicates that behind this matter is Al-Titi from the PSA**, via whom each month 50,000 shekels in grants are paid to PSA squads".

السلطة الوطنية الفلسطينية

**The underlined lines:**

Handwritten comment: "the information indicates that behind the affair is Al Titi from the PA through whom 50,000 Sheqels are paid as grants to those PSA squads".

