

PLAINTIFF'S
EXHIBIT
826

I D F
18 April 2002
TR2 – 302 – 02

IDF/MI

# Jenin

# The Capital of the Palestinian Suicide Terrorists

Panthers. **The Jenin RC is considered Fatah's fortress in the district.** The Islamic factions (Hamas and the PIJ) noticed that Jenin RC is a center of events of excellent boys, they started to channel all their financial resources into the RC. This is especially true of the PIJ.

We in the Fatah movement in Jenin RC receive nothing that could be called a working budget in comparison to the other factions. (We) receive little, little that does not suffice even for minimum work requirements. **We are the pioneers and we are those who are creating the events.**

By the way, **the Al Aqsa Martyrs Brigades**, whose center is the north (of the West Bank) are located in Jenin RC **(and they) are who consolidated the presence and operational capability of Fatah.** This on the basis of the admission of the Zionist enemy, since Israel has placed on the Al Aqsa Martyrs Brigades and Fatah the responsibility for the killing of 42% of all those killed during the Al Aqsa Intifada. Additionally, during the last siege on Jenin which lasted 9 days, Fatah and the national authority put 80% of the efforts into **the combined force,** while the rest came from the other factions. However, at the same time, we in Fatah are not able to solve a single economic problem for a single Tanzim boy and we cannot supply him with a single rifle. All the arms at Fatah's disposal are private property, obtained by getting into debt or by the participation of several brothers together in purchasing one rifle. There are even those who sold their wives' gold to buy arms. Most of the activity that we carry out, whether inside or outside the RC, is (financed) by means of debts that are piling up on our shoulders.

At the same time the Islamic factions receive all the financial aid they require for working and for purchasing arms. They recruit boys **with motivation in that they supply them with arms, give them a monthly salary and solve all their economic problems**. This constitutes a significant threat for the Fatah movement in Jenin RC and

# Jenin

# The Capital of the Palestinian Suicide Terrorists

## Abstract

In Jenin, and especially in the refugee camp in its outskirts, an extensive infrastructure of various terrorist organizations existed prior to the IDF *Defensive Wall* Operation. These organizations cooperated in "exporting" killing and suicide attacks to Israel. An expression of this can be found in the following excerpt from an internal **Fatah** document:

"(Jenin refugee camp) is characterized by an exceptional presence of fighting men who take the initiative (on behalf of) the national activity. Nothing will beat them and nothing worries them. Therefore, they are ready for **self-sacrifice** with all the means. **And therefore, it is not strange, that Jenin (has been termed) the suiciders capital" (A'simat Al-Istashidin,** in Arabic).

(From a report of the Fatah movement in Jenin refugee camp **addressed to Marwan Barghouti,** 25 September 2001)

Jenin, "the suiciders capital" "exported during the violent confrontation **28** suicide attacks (most were implemented and some were foiled), and many more terrorist attacks. This terrorism, perpetrated by the Palestinian Islamic Jihad (PIJ), Fatah and Hamas, resulted in the **death of many dozens of Israelis and the wounding of hundreds.**

## “The Suiciders Capital” “Industry”

An explosives laboratory found in Jenin refugee camp which produced improvised explosives charges. Pipe charges, chemical materials for producing the charges and ball bearings for increasing the lethality of the impact can be seen in the photo.

# Jenin - "The Suiciders Capital"

## General Characteristics of the Terror Infrastructure in Jenin

1. The town of Jenin, its refugee camp, and the surrounding villages is an area with a **long history** of violence and terror. In the past, this area already dispatched to Israel murderous terrorist squads (the Fatah "Black Panther" squads during the first Intifada). About 14,000 people live in **Jenin refugee camp**, mostly Arab refugees who fled in 1948 from the Galilee. Amongst this human infrastructure, the various terrorist organizations, and the PIJ leadership in Damascus find youths with high motivation to perpetrate terrorist attacks.

**Jenin Refugee Camp**

2. Previous to the IDF *Defensive Wall* Operation, terror infrastructures of various organizations were concentrated in Jenin, mainly in its refugee camp. Below are general characteristics of the infrastructures of the three leading terrorist organizations:

a. **Hamas** – In Jenin and the surrounding villages, a Hamas network operated which was responsible for the perpetration of a number of lethal suicide attacks inside Israel (the most recent in Haifa on 31 March 2002 in which 15 Israelis were killed). The Jenin network operated in cooperation with many and diverse operational elements in the Hamas movement, as well as with the leadership abroad. This network was severely damaged following IDF activity in Tubas (on 5 April) in which 6 major operational activists from the Hamas were killed, including **Qis Adwan** (head of the Hamas infrastructure in Jenin who directed suicide attacks in Israel in which dozens of Israelis were killed, and **Sa'ed Awad** (head of the QASSAM-2 rocket project in Samaria, whose death impaired the rocket production infrastructure in Samaria). At the same time, additional senior activists such as **Nasser Jerar** (involved in the planning of spectacular attacks in Israel and the West Bank) and **Jamal Abu Al Hija** (head of Hamas in Jenin who directs terror activities and is involved is the transfer of money for financing such activities), are still at large and are active.

b. **PIJ** – Until the IDF operation, the PIJ infrastructure in Jenin was the **strongest in the PA territories**, mostly due to the **massive financial aid** it received for its activities from the PIJ leadership in Syria (according to captured documents). The PIJ infrastructure suffered a severe blow with the death of the head of the military infrastructure in Jenin, **Mahmud Tu'albe** (involved in the perpetration of terrorist attacks, including inside Israel), and the arrest of senior operational activists. Amongst the senior activists arrested, the most prominent are **Ali Safuri** (involved in the direction of a large number of terrorist attacks, including suicide and killing attacks inside Israel) and **Thabet Mardawi** (directed a large number of terrorist attacks, including suicide and killing attacks inside Israel).

c. **Fatah/Al Aqsa Brigades/Tanzim** – The Fatah network in Jenin (with all its names) served as a central terror focus. Local Fatah activists who according to captured

documents were in close contact with **Marwan Barghouti**, perpetrated many shooting and explosive charges attacks in the West Bank and inside Israel, against the IDF and Israeli civilians. The last of these attacks was the suicide attack in a coffee shop in Tel Aviv on 30 March 2002 (One Israeli civilian killed and 45 wounded). Amongst the senior Fatah activists, the most notable are **Jamal Hawil** (responsible for direction of lethal terrorist attacks, arrested by the IDF) and **Ita Abu Ramila** (Fatah and Preventive Security Apparatus activist in Jenin).

3. Expressions of the scope and power of the terror infrastructures in the Jenin refugee camp, in Jenin and in the nearby villages (Qabatiyah and Tubas for example) can be found during Operation *Defensive Wall*: **The intense fighting** in the refugee camps which exacted a heavy price from the IDF, the large quantities of arms and explosives laboratories captured (see Appendix A) and the high number of senior and junior terrorist activists arrested or killed – all these are evidence of the depth of the terror infrastructure in the Jenin region.

**Section of Drawing of the Jenin Area (from a captured document)**

4. During the fighting, **a large number of gunmen** in small squads operated in the Jenin refugee camp from inside civilian buildings. Unlike in other towns, senior PIJ

activists remained in the camp, stubbornly fighting against the IDF. The instructions they received were clear: There must be no surrender and you must spill as much as blood as possible from the IDF soldiers. **Contrary** to the Palestinian claims of a massacre ostensibly carried out by IDF soldiers in the camp, in which framework 500-600 innocent civilians were killed, in practice, according to IDF reports (correct for 16 April), 46 bodies were found in the refugee camps, 44 bodies of gunmen/fighters and 2 bodies of civilians).

5. **It is important to emphasize that the terror activists who transformed the refugee camp into their "fortress" made cynical use of the local civilian population:**

a. **They operated from inside populated houses**, knowing that this would restrict the IDF reaction and with the hidden hope that severe casualties to civilians will damage Israel's image and lead to international pressure on it. (according to a press report, there were 1,500 civilians in Jenin refugee camp during the fighting and they did not leave the camp.

b. **They activated explosive charges whose detonation caused the destruction of homes and property of civilians. Thabet Mardawi**, a senior PIJ activist from Jenin, admitted during his interrogation that during the battle with IDF soldiers in Jenin refugee camp, **he exploded gas cylinders** which destroyed homes in which civilians lived.

**Characteristics of the Terror Infrastructure in Jenin and its Refugee Camp According to Captured Documents**

6. **The captured documents** unveil the extensive scope of the terror infrastructures of the various organizations and the terrorist attacks originating from the Jenin area, and principally from Jenin refugee camp. Below are the main characteristics of this terror infrastructure according to captured documents examined so far:

a. **The depth of the human terror infrastructure in Jenin.** In a Fatah report from Jenin refugee camp addressed to **Marwan Barghouti**, it is written that from all the districts, Jenin district is **"overflowing with fighters of tremendous quality and quantity"** who belong to Fatah and the other national and Islamic movements. The report states that Israel defines Jenin as a **"hornet's nest"** and this name is indeed correct since there are many youths in Jenin who are willing to sacrifice themselves, and therefore Jenin has been called the **"Suiciders Capital"** (and indeed many **suicide and killing attacks** which resulted in the deaths of dozens of Israelis and the wounding of hundreds were ""exported" to Israel by the terror infrastructure **in Jenin**. For details see Appendices B and C).

b. **The mention of terrorist attacks, including killing and suicide attacks which were directed and perpetrated by the terror infrastructure in Jenin in order to weaken Israel.** The captured documents mention attacks carried out against soldiers and civilians which originated in Jenin and the names of the organizations and terrorists who planned them. For example:

1) **Thabet Azmi Mardawi**, a senior activist in the PIJ military arm, of whom it is written that **he "participated in the preparation of a few suicide acts"** (Mardawi is now **under arrest** in Israel. He is responsible for a large number of terrorist attacks, including suicide attacks inside Israel such as the **suicide attack in Binyamina** [16 July 2001] and the **bus explosion in Wadi Ara** [20 March 2002]).

2) **Ali Suleyman Al-Safuri**, a senior activist in the PIJ military arm, of whom it is written that he **"has a prominent role in the preparation of explosive belts and charges"** (Al-Safuri is under arrest in Israel. He is responsible, amongst other things, for the suicide attacks in Binyamina [16 July 2001] and Hadera (28 October 2001).

3) **Muhammad Salah Salim Yassin**, a senior activist in the PIJ military arm, of whom it is written that he **"participated in the perpetration of a few suicide acts"** (Yassin

was killed by the IDF on 7 March 2002 and was indeed involved in killing attacks inside Israel).

4) **Wa'el Ahmad Jalamnah** from the PIJ (he is known to have driven his partner to the suicide attack in "Paris Square" in Haifa [26 February 2002] and succeeded in escaping to Jenin refugee camp). According to a captured document, the two activists departed from Jenin refugee camp. According to the document, Jalamnah succeeded in fleeing to Jenin (after the attack in Haifa was foiled and his partner was arrested).

5) A captured document mentions the **"murder of a settler" and the wounding of 20 others** during activity of the Al Aqsa Martyrs Brigades originating from Jenin.

6) **A captured document mentions the implementation of the "Umm Al Fahm act" in "Israel's depth" which was perpetrated by the Al Aqsa Martyrs Brigades** (the intention is to the firing carried out on 28 April 2001 at a car in Umm Al Fahm. An Israeli civilian was killed in the attack and another was wounded).

7) An additional captured document mentions a **suicide attack in Afula** in which PA intelligence apparatus activists from Jenin were involved together with the PIJ (the intention is to the killing attack in Afula on 27 November 2001 perpetrated by the PIJ and Al Aqsa Martyrs Brigades).

c. **The existence of a strong terror infrastructure which was built by the PIJ and Hamas, which depends, amongst other things, on intensive use of its financial resources.** According to the documents, the large amounts of money **flowing to Jenin from Damascus** (see below) enable PIJ and Hamas to recruit to their ranks youths with motivation, provide them with a **monthly salary** and solve their financial problems (while posing a **challenge** to Fatah which does not have such large financial resources and whose members, as reported in one document, receive financial aid from PIJ). **The strength of their financial sources** enabled these organizations, inter alia, to penetrate the ranks of the Palestinian intelligence apparatuses, bribe senior commanders of apparatuses in the Jenin area and receive assistance from them in operational activity and in protection against expected PA moves.

d. **The existence in Jenin of a terror infrastructure of the Fatah and Al Aqsa Martyrs Brigades/Tanzim which is in contact with Marwan Barghouti, who provides them with money and budgets, and which competes with PIJ and**

**Hamas.** A captured document states that Jenin "refugee camp" is considered to be a Fatah "fortress" in the (Jenin) district and the Al Aqsa Martyrs Brigades in the camp are those "who consolidated Fatah's presence and operational capabilities". According to a captured document from May 2001, there are 63 Al Aqsa Martyrs Brigades fighters in the Jenin district divided into four military units (it is assumed that their number has since risen). Their activity, it is written **"focuses on the weakening of the Israeli enemy"** and the defense of the refugee camp (in cooperation with other elements). The main constraint which blocked their progress (at least in the first half of 2001) was **the financial constraint,** and the Fatah activists in Jenin expected Marwan Barghouti to assist them in overcoming this problem.

e. **Trans-organizational operational cooperation expressed by joint terrorist attacks in Israel and joint preparations to defend Jenin.** There are a few expressions of this cooperation in the captured documents:

1) The existence of **joint frameworks** for all the terrorist organizations. The documents mention the **"combined force"** which apparently operates in the context of a defense plan for Jenin and whose men belong to all the organizations operating there (it is possible that the units operating in this framework are called "guard units". One document mentions a **joint operations room** in Jenin.

2) **The existence of inter-organizational operational cooperation in the perpetration of terrorist attacks inside Israel.** One document notes that the commander of the Al Aqsa Martyrs Brigades in the Jenin area recruited one of the terrorists who took part in the suicide attack in Afula (on 27 November 2001 in which 2 Israeli civilians were killed and approx. 50 wounded). The responsibility for this attack was indeed **jointly** claimed by the PIJ and Al Aqsa Martyrs Brigades. We are familiar with **additional** cases of inter-organizational cooperation (Fatah and PIJ) in perpetration of terrorist attacks inside Israel which originated in the Jenin area (see Appendices B and C).

3) **Cooperation in various realms between Fatah and local PA intelligence apparatuses and the PIJ and Hamas.** This is expressed not only in joint terrorist attacks but also in warnings of expected activities by the PA which were transferred to the PIJ by the Deputy Chief of the Preventive Security Directorate in Jenin; in early reporting of expected arrests and names of wanted persons by the PA, in the

procurement of arms by Preventive Security officers for the PIJ and Hamas in the Jenin area. One captured document states that the Deputy Head of the Preventive Security Directorate supplied Hamas and PIJ with weapons from "the arms depot in northern Palestine whose contents were stolen" (the intention is to the arms stolen from Kibbutz Manara, some of which, according to a press report was found by the IDF in Jenin).

f. **The direction of the PIJ terror infrastructure in the Jenin area by the organization's headquarters in Damascus.** In this framework, one document states that **Dr. Ramadan Shalach,** the PIJ secretary, transfers large sums of money to PIJ activists in Jenin, for financial aid to the families of martyrs and also for payment of expenses for suicide and killing attacks. According to this document, he transferred a large sum of money for the suicide and killing attacks in Afula (27 November 2001), whose "sundry expenses" was a sum of **$31,000.** In addition, a sum of **$127,000** is mentioned as aid to support the families of martyrs and activists under arrest (these sums of money also constituted a source for corruption and internal strife amongst PIJ members in Jenin.

g. **One captured document indicates ties between senior activists in the Jenin terror infrastructure and Israeli Arabs,** while exploiting the fact that the refugees living in the Jenin area originate from the Galilee. The document notes that **Bassam Ragheb Al Sa'adi,** a senior PIJ activist in Jenin who deals in money transfers, conducts **"extensive ties with people inside the green line (areas)"**. (Bassam Sa'adi is known to be a PIJ senior activist in Jenin who is responsible for the perpetration of a few bomb attacks inside Israel including in Hadera (25 May 2001) and Netanya (30 January 2001).

**Appendices**

7. **4 captured documents and their translation into English.**

a. **Document A** – A report addressed to **Marwan Barghouti** regarding the situation of the Fatah movement in Jenin refugee camp (25 September 2001).

b. **Document B** – A report addressed to **Marwan Barghouti** regarding Al Aqsa Martyrs Brigades activity in the Jenin district (8 May 2001).

c. **Document C** – A report of the **Preventive Security HQ** in Jenin regarding the PIJ activists leadership in Jenin (28 November 2001).

d. **Document D** - A report of Force 17 (Fatah) that a terrorist from PIJ who was involved in the killing attack in Haifa succeeded to escape to Jenin (27 February 2002).

8. **3 additional appendices:**

a. **Appendix A** – An IDF report on arms found in Jenin.

b. **Appendix B** – Major terrorist attacks which originated from the terror infrastructure in Jenin.

c. **Appendix C** – Characteristics of two arch-terrorists from the Jenin area captured by the IDF.

## Appendices

132

**Photo taken in Jenin of posters in praise of terrorist martyrs alongside a UN protective vest (belonging to a local UNRWA worker/a terrorist?)**

Document A

Translation

**To Brother Marwan al-Barghouti, May God Protect Him**

Secretary of the Supreme Fatah Movement Committee

Intifada and Al Aqsa Greetings,

**Re: Report on the Situation of the Fatah Movement in Jenin Refugee Camp**

We in the Fatah movement in the Jenin refugee camp (RC), the RC of the steadfast stand and confrontation, out of our organizational obligation, and from a starting point of preserving the Fatah movement and hence also the supreme national interest – we see a necessity to update your honor on the events in the Jenin district in general and **in the Jenin RC** in particular. We wish to update (you) on **developments and changes in Tanzim work** as well as on the continuing recruitment by the Islamic factions.

Among all the districts, Jenin district is one that is **overflowing with fighters of tremendous quality and quantity**, belonging to the Fatah movement and to the national and Islamic movements. This is true at the national level, and is especially notable **in Jenin RC. The latter is considered, justifiably, as the center of events and as the focus of HQs of field work of all the factions in the Jenin district**, the hornets nest as it is called by "the other side".

**The RC is characterized by an exceptional presence of fighting men and initiators of national activity. Nothing will beat them and nothing worries them. Therefore, they are ready for self-sacrifice with all means. Therefore, it is not strange that Jenin has been termed "capital**

**of the suiciders".** Those who started all this were the Al Aqsa Martyrs Brigades. In the first Intifada, Jenin was the bastion of the Black Panthers. **The Jenin RC is considered Fatah's fortress in the district.** The Islamic factions (Hamas and the PIJ) noticed that Jenin RC is a center of events of excellent boys, they started to channel all their financial resources into the RC. This is especially true of the PIJ.

We in the Fatah movement in Jenin RC receive nothing that could be called a working budget in comparison to the other factions. (We) receive little, little that does not suffice even for minimum work requirements. **We are the pioneers and we are those who are creating the events.**

By the way, **the Al Aqsa Martyrs Brigades**, whose center is the north (of the West Bank) are located in Jenin RC **(and they) are who consolidated the presence and operational capability of Fatah.** This on the basis of the admission of the Zionist enemy, since Israel has placed on the Al Aqsa Martyrs Brigades and Fatah the responsibility for the killing of 42% of all those killed during the Al Aqsa Intifada. Additionally, during the last siege on Jenin which lasted 9 days, Fatah and the national authority put 80% of the efforts into **the combined force**, while the rest came from the other factions. However, at the same time, we in Fatah are not able to solve a single economic problem for a single Tanzim boy and we cannot supply him with a single rifle. All the arms at Fatah's disposal are private property, obtained by getting into debt or by the participation of several brothers together in purchasing one rifle. There are even those who sold their wives' gold to buy arms. Most of the activity that we carry out, whether inside or outside the RC, is (financed) by means of debts that are piling up on our shoulders.

At the same time the Islamic factions receive all the financial aid they require for working and for purchasing arms. They recruit boys **with**

**motivation in that they supply them with arms, give them a monthly salary and solve all their economic problems.** This constitutes a significant threat for the Fatah movement in Jenin RC and thereafter in the entire district. It is of note that we explained our difficult predicament to several elements, both in the Tanzim and in the PA… (line erased)… for the purpose of obtaining our national goals that do not change, and not by means of conflicts with other factions, without mentioning names. Therefore, we request you to make our voice heard among the relevant elements **in order to transfer budgets for Tanzim activity**, in such a way as is in line with the importance of the period we are in, and that will stop the various factions from recruiting Fatah activists and boys of Jenin and the RCs. This is having a negative affect and is a great danger for the future of our pioneering and leading movement, and it endangers our national cause, which we believe in and for whose implementation we are working in accordance with the Fatah-Palestinian philosophy. This philosophy is bringing us to achieve our goals: liberty and independence and to the establishment of our independent state with Jerusalem as its capital.

Oath, May it be willed that you be a pillar and pride to your people and to the Fatah movement.

**The Palestinian National Liberation Movement/Fatah**

**Jenin Refugee Camp**

**25/9/2001**

**Copy of Original Document in Arabic**

حضرة الاخ / مروان البرغوثي حفظه الله ورعاه
امين سر اللجنة الحـــركية العـــليا لحركة فتح
تحية الانتفاضة والاقصى المبارك

**الموضوع : تقرير حول وضع حركة فتح في مخيم جنين**

اننا في حركة فتح في مخيم جنين مخيم الصمود والتحدي ، من واجبنا التنظيمـــي ومن منطلق الحرص على حركة فتح وبالتالي على المصلحة الوطنية العليا ، فاننـــا نرى انه لزاما علينا ان نضع حضرتكم في صورة ما يحدث في محافظـــة جنـــين وبالتحديد في مخيم جنين من تطورات وتغيرات في العمل التنظيمي والاســـتقطاب المستمر من الفصائل الاسلامية .

ان محافظة جنين القسام من المحافظات التي تزخر بالكم والنوع الهائل من المناضلين المميزين في حركة فتح وكافة الفصائل الوطنية والاسلامية وعلى مستوى الوطن، وبالتحديد في مخيم جنين الذي يعتبر وبكل واقعية مركز الاحداث ومجمع قيادات العمل الميداني لكافة الفصائل ( عش الدبابير –كم يسميه الطرف الاخـــــر ) في محافظة جنين ، حيث يتميز بوجود شباب مميز مناضل مبادر في العمل الوطـــني ولا يوجد شيء يخسره او يخاف عليه ،وبالتالي عنده الاستعداد للتضحية وبكـــل الوسائل ، وليس غريبا ان يطلق على جنين القسام عاصمة الاستشهاديين، ومنـــها كانت انطلاقة كتائب شهداء الاقصى ، والتي كانت في الانتفاضة الاولى معقـــل الفهود السود وهي ، ويعتبر مخيم جنين قلعة فتح في المحافظة ، وانتبهت الفصـــائل

P:2 TO:82296579

الاسلامية ( حماس والجهاد الاسلامي ) الى مخيم جنين باعتباره مركـــز الحـــدث ولوجود شباب مميز فيه ، وبدات تضع كل امكاناتها المادية في ساحة المخيـــم ، وخاصة حركة الجهاد الاسلامي ، وعلى الرغم اننا في حركة فتح في مخيم جنـــين لا نتلقى شيء يذكر كموازنة للعمل مقارنة مع الفصائل الاخرى سوى القليـــل الذي لا يفي بالحد الادنى من متطلبات العمل الاساسية ، الا اننا دائما نكـــون في المقدمة ونحن من يصنع الحدث ، وعلى سبيل المثال – فان كتائب شهداء الاقصى وعصبها الرئيسي في الشمال في مخيم جنين – التي رسخت وجود وقدرة فتـــح على العمل وباعتراف العدو الصهيوني فان اسرائيل تحمل كتائب شهداء الاقصى وحركة فتح مسؤولية قتل 42% من عدد القتلى الاجمالي خلال انتفاضة الاقصى، وفي الحصار الاخير على مخيم جنين والذي استمر تسعة ايام فان حركـــة فتـــح والسلطة الوطنية بذلت 80% من الجهد متعدد الجوانـــب، والبـــاقي الفصـــائل الاخرى، ومع هذا فاننا في حركة فتح لا تستطيع حل أي اشكالية ماديـــة لاي شاب تنظيمي ولا نستطيع توفير حتى قطعة سلاح واحدة ، فابناء فتح كل مـــا يملكون من سلاح هو ملك شخصي من خلال الديون او اشتراك اكثر من اخ في شراء قطعة واحدة، وحتى ان بعض الاخوة باعوا ذهب نساءهم من اجل شـــراء قطعة سلاح، وكل ما نقوم به من نشاط داخل مخيم جنين او خارجه فان معظمه من خلال الديون والتي تراكمت علينا وبشكل كبير .

في الوقت الذي توفر فيه الفصائل الاسلامية كل وسائل الدعم المادي من اجـــل العمل وشراء الاسلحة وبالتالي استقطاب الشباب المتحمس من خلال توفير قطعة سلاح لهم واعطاءهم راتب شهري وحل كل اشكالياتهم المادية ، وهذا يشـــكل تهديد حقيقي لحركة فتح في مخيم جنين وبالتالي في المحافظة ، وهذه الحالة الصعبـــة شرحناها لاكثر من جهة سواء على الصعيد التنظيمي او على صعيـــد الســـلطة

اجل تحقيق اهدافنا الوطنية الثابتة ، وليس من خلال مماحكات بعض الفصائل بغض النظر عن اسماءها، لذا نرجو منكم ايصال صوتنا الى الجهات المعنية من اجل **توفير موازنات للعمل التنظيمي** بما يتناسب مع عظم المرحلة التي نمر فيها وكبح جماع الفصائل المتعددة في استقطاب ابناء حركة فتح وشباب جنين والمخيم، لما له تاثير سلبي ويشكل خطورة كبيرة على مستقبل حركتنا الرائدة والقائدة ، وعلى مشروعنا الوطني الذي نؤمن به ونعمل على تحقيقه حسب رؤيا فتحاوية فلسطينية تقودنا الى تحقيق اهدافنا في الحرية والاستقلال وقيام دولتنا المستقلة باذن الله وعاصمتها القدس الشريف .

*اللهم انا قد بلغنا فاشهد*

ودمتم سندا وذخرا لشعبكم وحركة فتح

حركة التحرير الوطني الفلسطيني / فتح
مخيم جنين
2001/9/25

TO:8225985789 P:1

Document B

Translation

In God's All-Merciful Name

Al Aqsa Martyrs Brigades
Jenin District

To: Brother **Marwan Barghouti**, May God Protect Him
Secretary of the Supreme Movement Committee
Greetings of Jerusalem and the Intifada

**Re: Comprehensive Report on the Al Aqsa Martyrs Brigades (in the Jenin District)**

The following is a comprehensive report on Al Aqsa Brigades activity in the Jenin district:

The number of brothers wanted and who are official members of the Al Aqsa Brigades is **63**. This in addition to collaborators who engage in clandestine activities.

**The brigades are divided into a number of military units:**

- The Usama Turkeman martyr unit.
- The Fadi and Amjad matryrs unit.
- The Malja al Alamariya martyrs unit.
- The Nur Yassin martyr unit.

**The activity of the brigades and their various units concentrates on attrition of the Israeli enemy.** It also focuses on **prolonged encounters,** including the use of machine guns, hand grenades, explosive materials and

mortar bombs. The activity concentrates on the bypass road, which runs between Yabed and Baqa al Sharqiya, where military activity takes place (and where there are) settlers traffic routes. The Al Aqsa Brigades and wanted activists in Jenin RC have formed many guard units around and inside the camp. These are the units that stood up to and resisted the attempts of the Israeli special units from breaking into the camp and arresting Fatah and Tanzim activists.

Achievements of the Al Aqsa Brigades' encounters in the Jenin district:-

- **136 armed encounters.**
- **The killing of a settler and wounding of twenty** in these encounters and this according to the Zionist enemy's announcement.
- **The execution of the brave Umm al Fahm operation in the Israeli depth,** killing an Israeli officer and wounding another officer (note: this refers to a shooting attack on 28 April 2001 at a car in Umm al Fahm when a soldier was killed and a civilian woman was injured).
- We lost the commander of the quality operations in the brigades, Osama Turkeman in an armed encounter (Note: Turkeman was involved in shooting and explosive charge attacks, he was killed by the IDF on 4 March 2001 on his way to carry out an attack).

At the same time, to this day there is no budget (for us) for all this activity, which entails considerable expenses, both for ammunition, combat equipment and fuel and for aid for brothers to keep their families. All the expenses of this activity were paid from their own pocket (of Al Aqsa Brigades men).

We hope that you will help us as much as you can, especially in view of the fact that there are accumulated debts of the Brigades which approach tens of thousands of dollars. (It is noteworthy that) there are various moves of elements that oppose us (ready) to invest this money.

We all hope that just as we committed ourselves in the past (to be loyal), by the same token, you will always help us and supply us with a budget for this activity so that the resistance can continue and its methods and means can be developed, until independence and (until) the establishment of an independent Palestinian state with Jerusalem as its capital.

Greetings of the Revolution until Victory

Al Aqsa Martyrs
8.5.2001

**Copy of Original Document in Arabic**

MAY-08-01 05:08 PM P.02

بسم الله الرحمن الرحيم

كتائب شهداء الأقصى

محافظة جنين

الرقم : ____________

التاريخ : ٨/٥/٢٠٠١

الأخ / مـــروان البرغـــوثي حفظه الله

أمـــين سر اللجنة الحـــركية العليـــا

تحية القدس والانتفاضة المباركة

الموضوع : تقرير شامل حول كتائب شهداء الاقصى

نرفع اليكم تقري شامل حول فعاليات كتائب شهداء الاقصى في اقليم جنين:

- يبلغ عدد الاخوة المطاردين والاعضاء الرسميين في كتائب شهداء الاقصـــى ثلاثة وستون اخ ، هذا بالاضافة الى الاخوة المســـــاعدين الذيـــن يقومـــون بنشاطات سرية .

وتقسم الكتائب الى عدة وحدات عسكرية :

-وحدة الشهيد اسامة تركمان

-وحدة الشهداء فادي واجحد

-وحدة شهداء ملحا العامرية

-وحدة الشهيد نور ياسين

-ويتركز نشاط الكتائب ووحداتها المختلفة في استنزاف العدو الإســــرائيلي والاشتباك المستمر في الأسلحة الرشاشة والقنابل اليدوية والمتفجرات المحلية بالإضافة الى قذائف الهاون، خاصة في الشارع الالتفافي الممتد مـــن مـــن

MAY-08-01 05:00 PM P.01

بسم الله الرحمن الرحيم

**كتائب شهداء الأقصى**

**محافظة جنين**

الرقم : ____________

التاريخ : ٨/٥/٢٠٠١

ونامل مساعدتنا قدر استطاعتكم وخاصة ان هناك ديون متراكمة على الكتائب تقارب عشرة الاف دولار ، وهناك تحركات لجهات مرفوضة لنا لاستثمار هذا الجهد ، فكلنا امل بكم كما عهدناكم دائما ان تساعدونا في توفير موازنة لهذا العمل من اجل الاستمرار في المقاومة وتطوير اشكالها واساليبها حتى الاستقلال واقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف .

ودمتم سندا وذخرا للفتح وللوطن

وإنها لثورة حتى النصر

كتائب شهداء الأقصى
٨/٥/٢٠٠١

**<u>A Poster of the Al Aqsa Martyrs Brigades in memory of a fighter killed in the battle for the Jenin RC on 4 March by an Israeli tank shell</u>**



**Document C**

**Translation**

**"The Palestinian National Authority"**

Preventive Security HQ
Jenin Directorate

To: Brothers in Jenin District HQ, Homeland Greetings,

**Re: The important and prominent activists of the Islamic Jihad in the Jenin district**

1. **Abd Al Halim Az al Din (Haja)**, Araba, 35 now resides in Jenin. (He) is considered one of the prominent PIJ leaders in the district. He is in direct contact with the military arm, Al Quds Companies. He constitutes a first rate money channel of the **(Islamic)** Jihad. As such he finances all the activities.

2. **Bassam Ragheb Al Sa'adi**, Jenin RC. (an addition with another pen: "the police"). He is considered one of the PIJ leaders in the area; is one of the wealthy residents of the Jenin camp (is considered one of those) very close to Abd Al Halim Az al Din . (Bassam Al Sa'adi) is **directly linked to the bringing of money** and financing of the PIJ and especially its military side. **He has ties with people inside the "Green Line" (Israel).**

3. **Thabet Azmi Mardawi**, Araba, he now resides in Jenin. He is one of the most prominent activists of the PIJ, **participated in preparing several suicide attacks.**

27

4. **Ali Suleyman al-Safuri**, Jenin RC, 37. He is one of the most prominent PIJ military arm activists in the region. He participated in preparing several military operations. **He played an important role in preparing explosive belts and explosive charges.**

5. **Muhammad Faras Bashir Jaradat**, from Al Silat al Harithiya, now resides in Jenin (addition in another pen: "the police"). He is considered one of the most prominent persons of the PIJ. He is active on all planes. He is first rate inciter (against the PA).

6. **Muhammad Salah Salim Yassin**, from Anin, now resides in Jenin. He is one of the most prominent activists of the military arm in the region. **He participated in preparing several suicide operations.**

7. **Sharif Taher Mahyi al Din Tah'ayna**, from Al Silat al Harithiya, now resides in Jenin (addition in another pen: "the police"), one of the most prominent PIJ activists in the district. He is prominent in all the conferences of the (Islamic) Jihad as the one representing them. His role consists of providing social, humanitarian and national services.

8. Situation assessment: all the names mentioned above **consist of the top of the pyramid in PIJ activity on all planes**. They constitute (also) the foundation pillars of incitement against the national authority and its institutions from time to time.

Sincerely,

Head of the Preventive Security Directorate

In Jenin 28.11.2001

Signature

**Copy of Original Document in Arabic**

1329526.1

Palestinian National Authority
Preventive Security H.Q.
Jenin Directorate

السلطة الوطنية الفلسطينية
قيادة الامن الوقائي
مديرية جنين

الأخوة في قيادة محافظة جنين .. تحية الوطن وبعد ..

الموضوع - أهم وأبرز نشطاء الجهاد الإسلامي .. محافظة جنين ..

1/ عبد الحليم عز الدين - عرابه - ٣٠ عام - .

يسكن حالياً في جنين ، ويعتبر من أبرز قيادات الجهاد الإسلامي في المحافظة ، وله علاقة مباشرة مع الجناح العسكري (سرايا القدس) ..

* يعتبر المذكور القناة المالية الأولى للجهاد .. والذي بدوره يقوم بتمويل كافة العمليات ..

2/ بسام راغب السعدي .. مخيم جنين .. / الشرطة

* يعتبر من قيادات الجهاد الإسلامي في المنطقة .

* من ذوي رؤوس الأموال في مخيم جنين .

* من المقربين جداً من عبد الحليم عز الدين .

* له علاقة مباشرة في إحضار الأموال وتمويل الجهاد الإسلامي وجناحه العسكري ..

* له علاقات واسعة مع أشخاص داخل الخط الأخضر

3/ ثابت عزمي مرداوي - عرابه - سكان جنين حالياً ..

* المذكور من ابرز نشطاء الجناح العسكري للجهاد الإسلامي -

* شارك في إعداد أكثر من عملية استشهادية .

4/ علي سليمان الصفوري - مخيم جنين ٣٧ عام .

* من ابرز نشطاء الجناح العسكري للجهاد الإسلامي في المحافظة ..

* شارك في إعداد أكثر من عملية استشهادية ..

* له دور بارز في مجال الإعداد للأحزمة الناسفة والعبوات



| Palestinian National Authority<br>Preventive Security H.Q.<br>Jenin Directorate |  | السلطة الوطنية الفلسطينية<br>قيادة الامن الوقائي<br>مديرية جنين |
|---|---|---|

٥/ محمد فارس بشير جرادات .. السيلة الحارثية - سكان جنين حالياً . ، شرطة

* المذكور يعتبر من الوجوه البارزة للجهاد الإسلامي.
* ناشط على كافة المستويات ..
* معروف من الاجهزة الأمنية .

٦/ محمد صالح سليم ياسين - عانين - سكان جنين حالياً .

* من ابرز نشطاء الجناح العسكري في المنطقة .
* شارك في إعداد أكثر من عملية تفجيرية.

٧/ شريف طاهر محمد يحيى السيلة الحارثية / السيلة الحارثية - سكان جنين حالياً شرطة

* من ابرز وجوه الجهاد الإسلامي في المحافظة.
* يبرز في كافة محافل الجهاد كممثل عنهم .
* دوره يبرز في الخدمات الاجتماعية والإنسانية والوطنية .

نقدر سيادتكم / أن كافة الاسماء المذكورة تعتبر رأس الهرم في نشاط وتحرك الجهاد الإسلامي مع كافة الصعد، وهم يشكلون ركيزة التحريض ضد السلطة الوطنية وفي مستوياتها الفنية والأمنية .

مع الاحترام

مدير الامن الوقائي / جنين

[signature]

٢٠٠١/١١/٢٨

[stamp: مدير مديرية جنين]

**Document D**

**Translation**

**In the name of the All-Merciful God**

The Palestinian National Authority

Force 17

Presidential Security

Date: 27.2.2002

To Brig. Gen. Faisal Abu Sharakh (Presidential Security Force 17), may God protect him.

Homeland Greetings.

For your perusal here is a report on events in the districts from (time)….. to (time)…..

| **Time** | **Event** | **Source** |
|---|---|---|
| 18:35 | Shooting at a settler and his serious wounding | Qalqiliya |
| **18:35** | **Additional information on the detainee who attempted to carry out an operation in Haifa. The joint operations (room) in Jenin** informed us that **Wa'el Ahmed Jalamneh** is with them. His ID card is with him and he never lost it. It transpires that the person who was arrested (by Israel) is Ayad Patuta, 20, **from Jenin RC**. | Nasser Abu Bakr |
| 22:40 | Clashes at the Al Ghuara roadblock in Hebron inside Area A, the (other, Israeli) side is | Nasser Abu Bakr |

| | | |
|---|---|---|
| | returning fire with heavy weapons. | |
| 23:10 | Four explosions on the bypass road east of Jenin. The other side brought to the area four tanks or more. In the area illumination bombs are being fired and searches are underway. | Nasser Abu Bakr |

For your perusal
Head of the Operations (Room) in the Ramallah and Al Bireh area
Lt. Col. Abu Thiar Gith

**Note**: the above refers to the foiling of a suicide attack of a PIJ terrorist in "Paris Square" in Haifa on 26 February 2002. In an investigation of the event it was learned that **Ahmed Jalamneh** from Jenin RC escaped from the area in a white Renault 11 car. It transpires from the captured document that Jalamneh reached **Jenin RC safely, the RC from which he and his partner departed** to perpetrate the lethal attack.

## Copy of Original Document in Arabic

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
قــوات ال ١٧
أمن الرئاسة

021

B/4

الرقـــم : ________
التاريـخ : ٢٧/ ٢ /٢٠٠٢
المرفقات : ________

حضرة الأخ العميد / فيصل أبو شرخ حفظه الله :-
تحية الوطن وبعد :
نرفع إليكم تقرير أحداث المحافظات
من سعت إلى سعت

| الوقت | الحدث | المصدر |
|---|---|---|
| 1835 | إطلاق نار على مستوطنين وإصابة مجروح بخطورة | قلقيلية |
| 1835 | معلومات أمنية عن المعتقل الذي حاول أن يعمل عملية تفجيرية | ثامر أبو بكر |
| | حيث تم تبليغنا من قبل العمليات المشتركة في [illegible] بأن عائلة | |
| | [illegible] | |
| | مفقود [illegible] أن الشخص [illegible] المعتقل | |
| | [illegible] | |
| 22:40 | اشتباكات على حاجز [illegible] في الخليل | ثامر أبو بكر |
| | داخل منطقة [illegible] والطرفين يقوم بإطلاق النار بالذخيرة | |
| | الثقيلة. | |
| 2310 | أربعة انفجارات [illegible] | ثامر أبو بكر |
| | الطرف الآخر [illegible] أربع دبابات [illegible] | |
| | [illegible] | |
| | | |
| | | |
| | | |
| | | |

برجاء الاطلاع لطفا

مدير العمليات لمنطقة رام الله والبيرة
المقدم / أبو ثائر غيث

## Appendix A

## Combat Means Found in Jenin

1. During Operation *Defensive Wall* many combat means were uncovered in Jenin and the nearby refugee camp. The equipment discovered in terrorists' homes and in the explosives laboratories include the following items: explosive charges, explosive materials, gas cylinders for preparing charges, arming strips for detonating charges, sacks of fertilizers used as raw material for producing improvised explosive materials and car bombs, mines, small arms (rifles, pistols, mortar bombs, knives, and improvised arms).

2. The following are **preliminary** data on sites in Jenin where combat means were found. These data should be regarded as a typical example for gaining an **impression** only, where in actuality combat equipment was **found in many more houses.**

| Building No. | Nature of Combat Means Found in Houses |
|---|---|
| 1 | Many explosive charges |
| 2 | 21 charges |
| 3 | Charges |
| 4 | 5 charges |
| 5 | 3 charges |
| 6 | A large charge and 2 improvised mortar bombs |
| 7 | Material for preparing charges and incitement material |
| 8 | 10 pipe charges, 4 incendiary charges, small arms, cartridges, incitement literature |
| 9 | **IDF equipment**: winter clothing, NBC kits, uniforms, binoculars, incitement literature, knives. |
| 10 | A large battery connected to wires leading to a nearby junction where tw[illegible] as cylinders were buried. |

| | |
|---|---|
| 11 | Improvised HE |
| 12 | 5-10 sacks of a chemical fertilizer for preparing improvised HE. |
| 13 | 2 ammunition crates, ammunition bags |
| 14 | Pipe charge |
| 15 | A large charge |
| 16 | A car bomb near the building |
| Junction | A car bomb near a building |
| 17 | A car bomb at the junction |
| 18 | An explosives lab |
| 19 | An explosives lab |
| 20 | An explosives lab |
| 21 | An explosives lab |
| 22 | Combat means production and repair workshop |
| 23 | Pipe charge production workshop |



A workshop for machining and welding pipe charges discovered in Jenin RC

An explosives lab discovered in Jenin RC

**Appendix B**

# Major Attacks Carried out by the Terrorist Infrastructure in Jenin

## Hamas

1. **9 September 2001** - A suicide attack in Nahariya, **3 Israelis killed and 48 wounded**, the attacker was an Israeli Arab from the Galilee.
2. **19 March 2002** - A shooting attack in Hamam Al Maliach (Jordan Valley), **an IDF officer was killed and 3 Israelis were wounded.**
3. **31 March 2002** - Suicide attack in Haifa, leaving **15 Israeli civilians dead and 33 wounded**. The attacker was from Jenin refugee camp, and had an Israeli ID card.

## PIJ

1. **16 July 2001** - A suicide attack at the Binyamina railway station **killing 2 Israelis and wounding 10.**
2. **28 October 2001** -. A shooting attack in Hadera **killing 4 Israelis and wounding 42.**
3. **29 November 2001** – A suicide attack at a junction near an army base near Pardes Hanna **killing 3 Israelis and wounding 9.**
4. **25 January 2002** – A suicide attack at the old Central Bus Station in Tel Aviv leaving **23 wounded** (in cooperation with Fatah).
5. **5 January 2002** – A suicide attack in Afula, killing one Israeli and wounding 15.
6. **20 March 2002** - A suicide attack in a bus in Wadi Ara, **killing 7 Israelis and wounding 28.**
7. **10 April 2002** – A suicide attack at the Yagur junction, **killing 8 Israelis and wounding 20.**

## Fatah

1. **1 February 2001** – The murder of Lior Ataya.

2.    **28 April 2001** – Shooting at a car near Umm al Fahm, **killing one Israeli civilian and wounding another (female).**

3.    **1-3 May 2001** – Test firing of mortar bombs produced by Fatah activists.

4.    **28 June 2001** – Shooting at a vehicle near Ganim, **one woman was killed.**

5.    **8 August 2001** - The laying of a charge at Golani Junction, there were no casualties.

6.    **11 September 2001** – Shooting at "Bezek" workers near Shaked and detonation of a charge at an IDF force that was carrying out searches in the area. **An Israeli civilian and 4 soldiers were wounded.**

7.    **9 March 2001** – Shooting at an Israeli vehicle near Yabed. **An Israeli civilian woman was killed.**

8.    **4 October 2001** – A terrorist disguised as a soldier fired at Israeli civilians in the central bus station in Afula. **3 civilians were killed and 14 wounded.**

9.    **27 October 2001** - Infiltration to the settlement of Me Ammi and laying of a charge there. There were no casualties.

10.   **27 November 2001** – A joint PIJ and Fatah suicide attack, in which terrorists fired at civilians in the Afula central bus station. **2 Israeli civilians were killed and 50 wounded.**

11.   **8 February 2002** - Masterminding of a joint PIJ and Fatah suicide attack aimed at Tel Aviv. The attack was prevented when the squad was intercepted in Jenin, when the terrorists detonated the explosive belt in their possession.

12.   **7 March 2002** – A terrorist hurls a charge that was hidden in a birds cage during a chase in Karkur.

13.   **11 March 2002** – Shooting at a truck. An Israeli Arab incurred medium wounds.

14. **12 March 2002** – Shooting at an Israeli vehicle on the road to the village of Katsir, **one Israeli was severely wounded and 2 lightly wounded.**

15. **21 March 2002** - A suicide attack in a Jerusalem cafe, **killing 3 Israeli civilians and wounding 71.**

16. **22 March 2002** – A suicide terrorist blew himself up near an IDF force, near Anin village, **a soldier incurred medium wounds.**

17. **30 March 2002** - A suicide attack in a Tel Aviv cafe, **killing one Israeli civilian and wounding 45.**

## Appendix C

## Characteristics of Two Arch-Terrorists from the Jenin Area Captured by the IDF

**Thabet Azmi Mardawi: a senior PIJ activist in the Jenin area, an arch-terrorist, who armed and equipped 9 suicide terrorists, sent them to their death and caused the death of 20 Israelis and the wounding of 150 more. He turned himself in to the IDF (11 April)**

1. In the framework of Operation *Defensive Wall*, Thabet Azmi Mardawi, a senior PIJ activist, turned himself in to the IDF. Mardawi's record is a good example of the **murderous capabilities** of the PIJ infrastructure that operated in the Jenin area.

2. Thabet Mardawi, 25, resident of Araba village in the Jenin area, began his terrorist activity in 1994. He was arrested by Israel and was imprisoned during the years 1994-98. After his release he joined the PIJ and joined the organization leadership in Jenin. In November '98 he was arrested by the Palestinian Counter Intelligence. He was partially imprisoned in Jenin until his release in May 2000.

3. After the violence erupted in September 2000, he renewed his ties with PIJ activists. During the confrontation he stood out as an **arch-terrorist.** The terrorist activity that he initiated **caused the death of 20 Israelis and the wounding of 150 more.**

4. In his interrogation, Mardawi confessed that he masterminded and set in motion the following terrorist attacks:

a. **The Hadera attacks:**

1) Car bomb attack (car bomb attack at the central bus station on 25 May 2001, 45 Israeli civilians wounded).

2) A shooting attack on 28 October 2001 at passers-by in the Hadera market killing 4 Israeli civilians and wounding 20 more).

b. **An attack at the Binyamina railway station** (on 16 July 2001, where a suicide terrorist blew himself up at a bus stop opposite the station killing two Israelis and wounding 8 more).

c. **Two shooting attacks in the Jordan Valley.**

d. **An attack in Kibbutz Shluhot** (on 7 October 2001 a suicide terrorist blew himself up at the entrance to the kibbutz, one Israeli civilian was killed.

e. A suicide terrorist blew himself up (on 12 August 2001) in the Wall Street restaurant **in Kiryat Motzkin**, 14 Israeli civilians were wounded.

f. **An attack on a bus in the Afula bus station** (on 5 March 2002 a suicide terrorist blew himself up in the 823 "Egged" bus in Afula, one Israeli civilian was killed and 19 wounded.

g. On 29 November 2001 **a suicide terrorist exploded in a bus in Wadi Ara**, 3 Israeli civilians were killed and 8 wounded.

h. On 20 March 2002, **a suicide terrorist exploded on a 823 Egged bus in Wadi Ara** on the way from Tel Aviv to Nazareth. 7 Israeli civilians were killed and 28 wounded.

i. **The masterminding of a suicide attack in Haifa** on 26 February 2002 which was foiled. The terrorist was caught by the police.

5. During his entire period of activity, Mardawi was instructed and operated by the PIJ HQ in **Syria**, with which he was in contact (according to one of the captured documents, large sums of money were transferred from the PIJ HQ in Damascus to the PIJ terror infrastructure in Jenin).

6. Under questioning Mardawi said that during the battle with the IDF in Jenin refugee camp, he made use of the **explosion of gas cylinders** thus causing the destruction of homes of innocent civilians.

**Ali Suleyman Al-Sa'adi (Safuri), 40, originating from Jenin RC, arch-terrorist who was involved in masterminding and setting in motion many murderous attacks in Israel**

7. Ali Suleyman al Sa'adi (Safuri), 40, from Jenin RC is a senior PIJ activist in the Jenin area who was arrested by the IDF.

8. Safuri started to emerge as a central activist in the PIJ in the Jenin area in May 2001, when he was member in the squad of Abd Al Karim Awis (senior Tanzim activist in the RC). His assignment included the preparation of explosive charges and mortar bombs for the squad.

9. Over the past year he stood out as the one who prepared explosive charges for anyone on request and as a mastermind of murderous terrorist attacks. The following are attacks and attack attempts he was involved in masterminding or implementation:

   a. **25 May 2001** – The blowing up of a car bomb with two terrorists inside at the Hadera central bus station. **45 Israeli civilians were wounded.**

   b. **20 June 2001** – The explosion of a charge in a trash can in Hadera at the Herbert Samuel St. and Six Days St. junction. There were no casualties.

c. **11 July 2001** – An attack attempt in Afula. The attacker stated under questioning that he intended to carry out a suicide attack in a crowded area and that he received an explosive charge from Tu'albe and **Ali Safuri**, who briefed him how to operate the charge and gave him instructions on where to blow himself up.

d. **16 July 2001** – A suicide terrorist blew himself up at a bus stop opposite the Binyamina railway station **killing two civilians and wounding 8.**

e. **22 July 2001** – Murad Tu'albe, Mahmoud Tu'albe's brother, tried to carry out a suicide attack in Haifa. After his arrest he led the police to the explosive belt that he left in an abandoned house in Haifa. Under questioning Murad stated that he was sent to carry out the attack by his brother Mahmoud and **Ali Safuri.**

f. **2 August 2001** – A terrorist was caught when trying to board an Egged bus near Bet Shean to perpetrate a suicide attack. **Ali Safuri** apparently prepared the charge.

g. **12 August 2001** – A suicide terrorist blew himself up in the Wall Street restaurant in Kiryat Motzkin. **14 civilians were wounded.**

h. **16 August 2001** – A terrorist who was arrested in Umm al Fahm on his way to carry out a suicide attack, confessed under questioning that **Ali Safuri** and Mahmoud Nursi enlisted him to perpetrate the attack.

i. **7 October 2001** – A suicide terrorist blew himself up at the entrance to Kibbutz Shluchot. **One Israeli civilian was killed.**

j. **28 October 2001** – A shooting attack at passers-by near the Hadera market **killing 4 Israeli civilians and wounding 20 more.**

k. **27 November 2001** – A drive-by shooting attack from the Afula central bus station towards the market **killing 2 Israeli civilians and wounding 48 more.**