
PLAINTIFF'S
EXHIBIT
829

3 MAY 2002
TRI – 319 – 02

The "Al Aqsa Martyrs Brigades"
(on US State Department list of
terror organizations) and the
Fatah Organization are one and
the same, and Yasser Arafat is
their leader and commander

2

## Executive Summary

Documents captured by the IDF during Operation *Defensive Shield* prove unequivocally that the Fatah movement and the Al Aqsa Martyrs Brigades **are one and the same.** The documents clearly indicate that not only are the Al Aqsa Martyrs Brigades a pseudonym for taking responsibility for terrorist attacks carried out by Fatah, but they are also a **terrorist apparatus** which up until the IDF *Defensive Shield* operation was in the process of **institutionalization** and **intensification** of its suicide and murderous attacks. The captured documents demonstrate that **Arafat** and other senior PA officials **(Marwan Barghouti is of note)** are the leaders of the Al Aqsa Martyrs Brigades and **finance** its terror activities. According to one of the documents, Arafat is well aware of the negative implications of the terrorist attacks carried out by the Al Aqsa Martyrs Brigades at the time of General Zinni's stay in Israel, when the US State Department included the Al Aqsa Brigades in its list of terrorist organizations. On this background, in an internal meeting Arafat tried to deny the fact that the Fatah and Al Aqsa Martyrs Brigades' are identical, and distanced himself from them.

3

## Situation Picture

1. Documents captured by the IDF during Operation *Defensive Shield* prove that the Fatah organization and the Al Aqsa Martyrs Brigades are one and the same.

2. The documents clearly indicate that the Al Aqsa Martyrs Brigades are not just a pseudonym for terrorist attacks carried out by the Fatah, but also a dedicated **apparatus** aimed at perpetrating terror attacks. Until Operation *Defensive Shield*, this apparatus had been in the process of **institutionalization**, which is expressed in the correspondence of the brigades with Fatah senior officials, particularly **Marwan Barghouti**. The Al Aqsa Martyrs Brigades terror activity, their arms requirements, their structure and organization (in the Jenin area, for instance) and their financial requirements can be learned from this correspondence (the **financing** of their activity is **very central** in the correspondence).

3. According to the captured documents, **at the head of the pyramid is Yasser Arafat, the leader of the Fatah,** in all its various pseudonyms and apparatuses (Al Aqsa Martyrs Brigades, Tanzim). One of the documents, which concerns a request to aid detained or wanted terrorists (belonging to the Fatah and the Palestinian security apparatuses) is addressed by the Fatah and the Al Aqsa Martyrs Brigades **to Yasser Arafat personally.**

4. It is of note that the Al Aqsa Martyrs Brigades carried out suicide and murder **attacks in growing intensity during the six months prior to Operation** *Defensive Shield,* overshadowing the Hamas and PIJ: after perpetrating two attacks at the end of 2001, they proceeded to carry out **continuous attacks in early 2002:** 4 terror attacks in January (Hadera, Jerusalem, Tel Aviv), 6 in February (Mehola, IDF base, Jerusalem, Maccabim checkpoint), 9 attacks in March (Netanya, Ashdod, Jerusalem, Tel Aviv, Kfar Saba, and Efrat). Most of these terror attacks

4

were directed at civilians in Israeli cities. This was the background for the brigades inclusion in the U.S. terror organizations list (27 March 2002).

5.  A captured document concerned with a meeting of the "National and Islamic Forces" (that include distinct terror organizations such as the Hamas) demonstrates well enough the **political problems** with which Arafat was faced due to the terrorist wave in which the Al Aqsa Martyrs Brigades played a key role:

    a.  The meeting took place on 21 March 2002, when General Zinni was trying to convince Arafat to agree to a cease fire. At this delicate time, two suicide attacks were carried out inside Israel, one on a bus in Wadi Ara. (20 March 2002, perpetrated by PIJ), and the other in the Jerusalem pedestrian mall (21 March 2002, the Al Aqsa Martyrs Brigades). According to the document, these attacks put Arafat "in a difficult position" vis-a-vis General Zinni. Arafat opened the meeting by saying that **"the two attacks, today and yesterday, came at an inappropriate time because of Zinni's presence"** (i.e. Arafat is not criticizing the very perpetration of suicide attacks directed at civilians, but only the tactical difficulties caused by their timing).

    b.  Hassan Yousef, a senior Hamas activist in Ramallah, suggested to Arafat [in irony?] to "calm the Fatah down" and stop its operations. Arafat [on the background of his inconvenience due to the Al Aqsa Martyrs Brigades attack] replies to Hassan Yousef that the brigades are Fatah **personnel who seceded** [like the Abu Musa faction that had seceded before] and not the Fatah [note: this is an outright lie, since all participants in the meeting, including Arafat himself, are aware of the Fatah – Al Aqsa Martyrs Brigades identity]. Later in the document, it is noted that Arafat tried to "prove" that the Jerusalem pedestrian-mall attack was carried out by the PIJ and not the Al Aqsa Martyrs Brigades [note: also a lie].

5

c.  Later in the meeting, Arafat read out the US Secretary of State's decision to add the Al Aqsa Martyrs Brigades to the US terror organization list, and said: "what is the meaning of Powell's decision? It means that they [the Al Aqsa Martyrs Brigades] are the first Arab organization to be included in the terror list together with the Taliban and the Al Qaida. **May God protect us from what will come next.**

6.  Attached are the following appendices:

a.  Appendix A: Captured documents in Arabic and their English translation, demonstrating that the Fatah and the Al Aqsa Martyrs Brigades are one and the same.

   1)  Document 1: a "letter of appreciation" to a fighter (known as a Fatah activist) from the Fatah and the Al Aqsa Martyrs Brigades. The stamp at the bottom of the document is a **joint stamp** of the Fatah and Al Aqsa Martyrs Brigades.

   2)  Document 2: Request for financial aid for Fatah terrorists (arrested by Israel and wanted) addressed to **Yasser Arafat.** The request was issued by the Fatah and the "Al Aqsa Martyrs Brigades" and the stamp on the document is a **joint stamp** of Fatah and "Al Aqsa Martyrs Brigades". (Some of the terrorists mentioned in the document are known to belong to the Fatah, the General Intelligence Apparatus, the Police and National Security Apparatus – additional evidence of the **PA security apparatuses' involvement in terrorist attacks**).

   3)  Document 3: A request (dated 17 November 2001) to the Bethlehem municipality to provide financial aid for the activities of the military arm. At the bottom of the document is the definition of the requesting entity: the "Palestinian National Liberation Front" – "Fatah" and the "Al Aqsa (Church of the) Nativity Martyrs Brigades". The "(Church of the) Nativity" addition was designed to accredit the "Al

6

Aqsa Martyrs Brigades" with legitimacy among Bethlehem's Christian population.

4) Document 4: a poster on which appear the "Al Aqsa Martyrs Brigades" emblem (on the left) and the Fatah emblem (on the right). The term: **"The Palestinian National Liberation Movement – Fatah and its military wing, the Al Aqsa Martyrs Brigades in Palestine"** is mentioned in the poster. The poster was issued in memory of the deceased Magdi Musa Tib Jaradat (a Fatah and Al Aqsa Brigades activist in Jenin).

5) Document 5: A letter addressed to "Marwan Barghouti, Secretary of the Fatah Movement", from the Al Aqsa Martyrs Brigades, southern area". In the letter, there is a joint stamp of the "National Liberation Movement-Fatah" and the "Al Aqsa Martyrs Brigades".

6) Document 6: A poster with the emblems of the Fatah (in the center) and the Al Aqsa Martyrs Brigades (on both sides). The poster is in memory of the deceased Faras Sabri Jaber, a senior activist in the Fatah/Tanzim terrorist infrastructure in Tulkarm. Faras·Sabri Jaber participated in the murder of two Israeli restaurant owners in Tulkarm and in numerous firing attacks. The poster includes a photo of Jaber after he was killed with a *kaffia* (Arab headdress) on his head and on it the inscription **"Al Aqsa Martyrs Brigades"**.

7) Document 7: In a PA General Intelligence report on the general situation among Fatah arms-bearers in the Tulkarm district (6 February 2002) the "Mansour Shreim Squad" that carried out many "successful attacks" against Israel is mentioned (Mansour Shreim is a senior Fatah cell activist in Tulkarm, connected to many terrorist attacks). The report states that this squad is closely linked to **Marwan Barghouti**; it is attempting to obtain his approval for appointing

7

Mansour Shreim as responsible for the "Al Aqsa Martyrs Brigades" in the Tulkarm district.

8)  Document 8: A report of the Fatah movement in Jenin refugee camp (25 September 2001), addressed to **Marwan Barghouti**, secretary of the Fatah Movement Supreme Committee, reviews the events in Jenin refugee camp. The report states that the "Al Aqsa Martyrs Brigades" whose center is in the north (northern West Bank) are in Jenin refugee camp and they are the ones who enhanced the presence and operational capabilities of Fatah.

9)  Document 9: A report (8 May 2001) of the "Al Aqsa Martyrs Brigades" in the Jenin district addressed to **Marwan Barghouti**, Secretary of the Supreme Committee (**of the Fatah Movement**). The report reviews the activity of the "Al Aqsa Martyrs Brigades" in the Jenin area and requests financial aid from Barghouti on the background of accumulated debts of the "Al Aqsa Martyrs Brigades" and the competition between them and competing terrorist organizations (the PIJ and Hamas).

10) **Documents 10 and 11:** Two documents of the Al Aqsa Martyrs Brigades that were found in Fuad Shubaki's bureau, inside Arafat's compound in Ramallah. Shubaki is a close associate of Arafat and Head of the Financial Directorate of the General Security Apparatus. The documents concern requests for funding the day to day and infrastructure needs of the "Al Aqsa Martyrs Brigades", including requests for funding the procurement of **arms specifically dedicated for terrorist attacks (explosive charges)** and for establishing a **heavy weapons production workshop,** (e.g. rockets and mortars).

8

b. **Appendix B:** A report about a meeting of "the National and Islamic Forces" that took place in Ramallah, in Arafat's headquarters, on 21 March 2002, on the background of terrorist attacks carried out by the Al Aqsa Martyrs Brigades at a timing inconvenient for Arafat (while Gen. Zinni was in the Middle East) and on the background of the Al Aqsa Brigades inclusion in the US terror organizations list. In the meeting, Arafat is trying to distance himself from the Al Aqsa Martyrs Brigades (in our assessment, out of apprehension that his statements may leak and complicate him with the US, that demanded of him at the time to accept a cease fire).

9

## Appendix A

**Document 1 - Translation**

"Al Aqsa Martyrs        (Fatah emblem)        The Palestinian National Liberation
Brigades"                                              Movement "Fatah"

### Letter of Gratitude and Appreciation

The Palestinian National Liberation Movement, "Fatah" / "Al Aqsa Martyrs
Brigades" in the southern area wishes to express its deep gratitude to the
fighting brother, Mahmud Jabari (familiar Fatah activist) for his cooperation
with the fighters of this people and for his loyal bond with the homeland and its
revolution.

All of us together on the path towards an independent state and its capital the
holy Jerusalem.

Al Aqsa Martyrs Brigades – Southern Area

(The stamp of "Fatah" and "Al Aqsa Martyrs Brigades")

Document 1 – Copy of Original



11

**Document 2 - Translation**

Al Aqsa Martyrs Brigades          Palestinian National Liberation Movement
                                         "Fatah"

To: The honorable brother commander **Abu Amar, President of the State of Palestine** – May God protect and preserve him.

Via: The fighting brother, Nabil Amru, the Minister for Parliamentary Affairs – May the Almighty protect him.

### Subject: Request for Financial Aid

The brothers whose names are mentioned below are among the active members of the movement (the Fatah movement) and have played a role during these events. Some of them are wanted and others are held in the prisons of the (Israeli) occupation and they are:

1. The family of the prisoner Nabil Hamad Mustafa al Birawi (Note: served in the General Intelligence Apparatus. In his interrogation, he admitted to taking part in a shooting attack against an IDF base in Suseya, the southern part of the Hebron mountains and towards the Suseya bypass road).

2. The family of the prisoner Nasser Hussein Ud Abu Qubeitah (Note: served as a **policeman**. Arrested for shooting at the Israeli settlement of Suseya).

3. Muhammad Mahmud Ali al-Najajrah.

4. Jamal Ismail Mustafa Qisiyah.

5. Juad Jamil Khalil Hushiah (Note: PA **National Security** Apparatus activist. (Suspected of perpetrating the shooting attack in Suseya).

6. Bakhr Khalil Shahadah al-Najar.

With the greatest respect,

Your sons,

Al Aqsa Martyrs Brigades – Southern Area
(The joint stamp of "Fatah" and "Al Aqsa Martyrs Brigades")

Document 2 – Copy of Original



بسم الله الرحمن الرحيم

حركة التحرير الوطني
الفلسطيني
فتح

كتائب شهداء الأقصى

سيادة الأخ القائد أبو عمار رئيس دولة فلسطين – حفظه الله ورعاه

بواسطة الأخ المناضل نبيل عمرو وزير الشؤون البرلمانية    حفظه الله

الموضوع :

طلب مساعدة مالية

ان الأسـرة الثانية نستهم من إبادة الحركة للثيابين ولهم دور خلال هذه الأحداث حيث ان
البعض منهم معتقلين والبعض الآخر داخل سجون الاحتلال وهي

1. عائلة المعتقل ابيل حماد مصطفى البزاوي
2. عائلة المعتقل للنصر حسين حوش أبو غبلة
3. محمد محمود علي الفجايرة
4. جمال اسماعيل مصطفى قديمة
5. جواد جميل خليل حربابية
6. بكر غانم شحادة الغزار

وتفضلوا بقبول فائق الاحترام



لنقدم كتائب شهداء الأقصى

14

Document 3 – Copy of Original

بسم الله الرحمن الرحيم

الأخوة رئيس وأعضاء بلدية بيت لحم المحترمين 17 -11- 2005

بتحية الوطن نحييكم، وبتحية الدم الطاهر الذي روى أرض محافظتنا الحبيبة نحييكم.
ونحيي جهودكم الجبارة التي يبذلونها من أجل إعمار هذه المحافظة وتطورها...

الأخوة المحترمين... نحن بصدد طرح موضوع على حضراتكم يهمنا ويؤثر كثيرا
على مسيرتنا إلا وهو موضوع مساهمتكم في جزء بسيط من احتياجاتنا اليومية التي تثقل
كاهلنا نحن على هذه الظروف العصيبة التي يمر بها شعبنا ونمر بما نحن خاصة.
ونريد لفت نظركم وإعلامكم بأننا نباشيم حركة LC للتجارة العامة التابعة
لصاحبها ظاهر حزبون مبلغ وقدره ما يخرج ال ---5 شاقل شهريا بدل اختراك الجمرة
اتصال الخاصة وأبناء الجناح العسكري.

وبالإضافة أيضا الى المصروفات التي هي عنصر أساسي ومهم لنطاقتنا وحركتنا
وذلك ضمن متطلبات المصلحة الوطنية...ومساهمتكم في هذا المجال هي محاطة لخدرنا
واعتزازنا بكم.

راجين منكم النظر بعين الجدية في هذا الأمر
وتقبلوا فائق تقديرنا واحترامنا لكم

حركة التحرير الوطني الفلسطيني
كتائب شهداء الأقصى والعمد
محافظة بيت لحم

15

Document 4 (see poster on the next page)

Only those who believed in Allah and His emissaries are the righteous who
shall rest under their Lord's shadow and will be rewarded with the light of
truth. (Koranic verse)

Fatah emblem                          Al Aqsa Martyrs Brigades emblem

The National Palestinian Liberation Movement, Fatah, and its military wing,
the "Al Aqsa Martyrs Brigades" in Palestine, is escorting its casualty, the
commander hero on his last trip.


Majdi Musa Tayb Jaradat

(Hero of the Special Operations, who carried out the Umm el Fahm operation,
whom the treacherous Zionist hand murdered on 6 November 2001).

16

Document 4



17

Document 5 - Translation

In the Name of the All-merciful Allah

"Al Aqsa Martyrs          (Fatah emblem)     The Palestinian National Liberation
Brigades"                                          Movement "Fatah"

The fighting brother Marwan Barghouti, secretary of the Fatah movement

We, in the Al Aqsa Martyrs Brigades, Southern Area, request of you to cooperate with
the brother carrying this letter, since we have requested him to establish a
communications channel between us and yourself, so that we can handle several
complicated problems that arose in our sector of the struggle, at this stage of our
national struggle.

Together on the path towards an independent state with Jerusalem as its capital.

Your sons,

In the Al Aqsa Martyrs Brigades – Southern Area

(a stamp of "the Palestinian National Liberation
Movement - Fatah" and "Al Aqsa Martyrs Brigades")

18

Document 5 – Copy of Original

بسم الله الرحمن الرحيم



حركة التحرير الوطني
الفلسطيني
فــــتـــح

كتائب شهداء الأقصى

الأخ المناضل مروان البرغوثي أمين سر حركة فتح
تحية الوطن وبعد

إننا في كتائب شهداء الأقصى منطقة الجنوب نرجوا من حضرتكم التعاون مع الأخ حامل هذا الكتاب حيث أننا قد التقناه وأنتج قناة اتصال بيننا وبينكم لمعالجة بعض الإشكالات التي نظراً على سلمة عملنا التنظيمي في هذه المرحلة من مراحل نضالنا الوطني .

ومعا وسويا على طريق دولة مستقلة وعاصمتها القدس الشريف

ليتقبل في
كتائب شهداء الأقصى منطقة الجنوب



19

Document 6



<u>"Fatah" and the "Al Aqsa Martyrs Brigades" are One and the Same</u>

Part of a poster that portrays the Fatah emblems (center) and the "Al Aqsa Martyrs Brigades" (sides). The poster is in the memory of Firas Sabhi Ja'aber, a senior activist in the Fatah and Tanzim terrorist infrastructure in Tulkarm. Firas Sabhi Ja'aber, member of the Ra'ed Karmi squad, participated in the murder of two Israeli restaurant owners in Tulkarm and numerous shooting attacks. The poster includes a photo of Ja'aber (bottom left hand corner) after his death wearing a kefiye with the insignia Al Aqsa Martyrs Brigades (Ja'aber was killed on 27 October 2001 when attempting to throw a hand grenade at an IDF tank near Tulkarm).

20

Document 7 – Copy of Original

<div dir="rtl">

السلطة الوطنية الفلسطينية



رئاسة جهاز الأمن الوطني

المخابرات العامة

مديرية مخابرات الشمال

محافظة طولكرم

رقم الملف: عاجل/عت

المرفق: حلو/عت

عطوفة الأخ مدير المخابرات العامة/ المحافظات الشمالية... حفظه الله

تحية واحترام،،،

الموضوع: الوضع العام لمسلحي فتح في المحافظة

- يبلغ عدد مسلحي حركة فتح في طولكرم ومخيميها من ١٥-٢٠ مسلح.

- أغلبهم يحمل قطع M16 واعتبرها ملك شخصي، لكل واحد منهم عدى ثلاث قطع مسام التنظيم تم شرائها في ثمن جمع بعض التبرعات والمساعدات المالية من سيادة الرئيس لإكمال ثمنها.

- يقسم الاخوة المسلحين إلى قسمين:-

١- قسم لا يوجد لديه أي استعداد للخروج والعمل خارج مناطق ( أ ) وهم يتجاوزون العشرة أشخاص ويقتصر عملهم على إطلاق النار من داخل منطقة ( أ ) على D.C.O ومنالق تمركز قوات الاحتلال، وإطلاق النار في المسيرات والمناسبات والاحتفالات الوطنية.

٢- قسم عمل ويعمل خارج منطقة ( أ ) وعلى الطرق الالتفافية وحتى في العمق الإسرائيلي كما حصل مؤخراً (عملية الخضيرة).

- لا يوجد للاخوة المسلحين عنوان واضح وشخص واحد مسؤول ولد يمكن الترجوه إليه في حل ومتابعة أي موضوع ويخصهم، بل يمكن تقسيمهم إلى ثلاث مجموعات على النحو التالي:-

١- مجموعة زياد دعاس: وينخرط فيها كل من " بلال أبو عشة" و "حاتم جبريسي" و " طارق الزغل" وغيرهم، وهذه المجموعة قامت بنشاطات وعمليات نوعية وناجمة وكان لضرها تنسيق وتخطيط "صبية الخضيرة" انتقاما للشهيد رائد الكرمي، ويمكن القول أن هذه المجموعة هي الاكثر تخطيطا وقياما بالوضع العام وهم قريبون جداً منا وعلى تنسيق واتصال دائم بهم.

٢- مجموعة منصور شريم: وينخرط فيها كل من " طارق الفنيدي" و"ماجد جراد" و "نمر أبو ربيعة" و" ايمن نصار" و " ماسي صبح" و " ايد الجراد (أبو صالح) والخرون، وهذه المجموعة تحاول الحصول من "مروان أبو حوشي" على اعتماد الأخ "المنصور شريم " مسؤول لكتائب شهداء الأقصى في محافظة طولكرم وذلك من خلال الاتصال المتكرر به، كذلك يساعدة " ناصر عريض" مخيم بلاطة التي تربطه علاقات قوية بهذه المجموعة، وتعتبر هذه المجموعة الاكثر بعداً عن قرارات فتح والسلطة والأجهزة الأمنية

</div>

21

Document 8

الإسلامية ( حماس والجهاد الإسلامي ) الى عليم حنين باعتباره مركز المحدث ولوجود شباب. غير قه ، وبذات تضع كل امكاناتنا المادية في ساحة الخيسم ، وعامة حركة الجهاد الإسلامي ، وعلى الرغم انا في حركة فتح في عليم حنين لا نلقى شيء يذكر كمؤازرة للعمل مقارنة مع الفصائل الاخرى سوى القليل الذي لا يفي بأخذ الاذن من متطلبات العمل الاساسية ، الا اننا دائما نكون في المقدمة ونحن من يصنع الحدث ، وعلى سبيل المثال ــ فان كتائب شهداء الاقصى وعصبها الرئيسي في الشمال في عليم حنين ــ التي رسخت وحود وقدرة فتـح على العمل ورباعراف الندر المهيدين فان اسرائيل تعمل كتائب شهداء الاقصى وحركة فتح مسؤولية قبل ٥٥% من عدد التالي الاجمالي خلال انتفاضة الاقصى، وفي انحسار الاخر على عليم حنين والذي استمر تسعة ايام فان حركــة فتـح والسلطة الوطنية بذلت ٥٥% من الجهد متعدد اطرافـــه، والباقي الفصــائل الاخرى، ومع هذا فاننا في حركة فتح لا نستطيع حل أي اشكالية ماديـــة لأي شاب تنظيمي ولا نستطيع توفر حتى قطعة سلاح واحدة ، قايناه فتح كل مـــا يملكون من سلاح هو ملك شخصي من عليل الديون او الاشتراك اكثر من اخ في شراء قطعة واحدة، وحق ان بعض الاخوة باعوا ذهب نسائهم من اجل شــراء قطعة سلاح؛ وكل ما نقوم به من نشاط داخل عليم حنين او خارجه فان معظمه من عليال الديرة والتي تراكمت علينا وبشكل كبير .

A document
addressed to
Marwan Barghouti,
Secretary of the
Fatah Movement
Supreme
Committee

في الوقت الذي توفر فيه الفصائل الاسلامية كل وسائل الدعم المادي من اجـل العمل وشراء الاسلحة وبالتالي استقطاب الشباب المتحمس من علال توفر قطعة سلاح لهم واعطائهم راتب شهري؛ وحل كل اشكالياتهم المادية ، وهذا يشـكل تهديد حقيقي لحركة فتح في عليم حنين وبالتالي في المحافظة ، وهذه المعالة الصعبة شرحناها لاكثر من جهة سواء على الصعيد التنظيمي او على صعيــد الســلطة

22

الاسلامية ( حماس والجهاد الاسلامي ) الى علم حنين باعتباره مركز الحدث
ولوجود شباب مميز فيه ، وبذلك تفتح كل امكاناتها المادية في ساحة المخيم ،
وخاصة حركة الجهاد الاسلامي ، وعلى الرغم اننا في حركة فتح في علم حنين
لا نعاني شيء يذكر كمؤازرة للعمل مقارنة مع الفصائل الاخرى سوى القليل
الذي لا يفي بالحد الادنى من متطلبات العمل الاساسية ، الا اننا دائما نكون في
المقدمة وعن من يصنع المجدث ، وعلى سبيل المثال – فان كتاب شهداء الاقصى
وعصبها الرئيسي في الشمال في علم حنين – التي رسخت وحود وقدرة فتح
على العمل وباعتراف العدو الصهيوني فان اسرائيل تعمل كتاب شهداء الاقصى
وحركة فتح مسؤولة عن %... من عدد الذي الاجمالي خلال انتفاضة الاقصى،
وفي اعتبار الاخير على علم حنين والذي استمر تسعة ايام فان حركة فتح
والسلطة الوطنية بذلك %... من الجهد متعدد اطرافها بسبب، وبالتي الفصائل
الاخرى، ومع هذا فاننا في حركة فتح لا نستطيع حل اي اشكالية مادية لاي
شاب تنظيمي ولا نستطيع توفر حتى قطعة سلاح واحدة ، فابناء فتح كل ما
علكرة من سلاح هو ملك شخصي من خلال البيون او اشتراك اكثر من اخ في
شراء قطعة واحدة، وحتى ان بعض الاسرة باعوا ذهب نسائهم من اجل شراء
قطعة سلاح، وكل ما تقوم به من نشاط عامل علم حنين او عارضه فان معظمه
من خلال البيون والتي تراكمت عليها وبشكل كبير .

في الوقت الذي توفر فيه الفصائل الاسلامية كل وسائل الدعم المادي من احمل
العمل وشراء الاسلحة وبالتالي استقطاب الشباب للتحسس من خلال توفر قطعة
سلاح لهم واطعامهم راتب شهري وحل كل اشكالياتهم المادية ، ومثل يشكل
تهديد حقيقي لحركة فتح في علم حنين وبالتالي في المحافظة ، وملء المالاة الصعبة
شرحناها لاكثر من جهة سواء على الصعيد التنظيمي او على صعيد السلطة



The Al Aqsa Brigades whose center is in the north (of the West Bank) are located in Jenin Refugee Camp, and (they) are the ones who enhanced Fatah's presence and operational capabilities.

23

Document 9 - Translation

In the name of Allah the All-Merciful

Al Aqsa Martyrs Brigades
Jenin Province

To: Brother Marwan Barghouti, May God Protect Him
Secretary of the Supreme Movement Committee
Greetings of Jerusalem and the Intifada

Re: <u>Comprehensive Report on the Al Aqsa Martyrs Brigades (in the Jenin Province)</u>
The following is a comprehensive report on Al Aqsa Martyrs Brigades activity in the
Jenin province:
The number of brothers wanted and who are official members of the Al Aqsa Brigades
is 63. This in addition to collaborators who engage in clandestine activities.

The brigades are divided into a number of military units:

- The Usama Turkeman martyr unit.
- The Fadi and Amjad matryrs unit.
- The Malja al Alamariya martyrs unit.
- The Nur Yassin martyr unit.

The activity of the brigades and their various units focuses on attrition of the
Israeli enemy. It also focuses on prolonged encounters, including the use of machine
guns, hand grenades, explosive materials and mortar bombs. The activity concentrates
on the bypass road, which runs between Yabed and Baqa al Sharqiya, where military
activity takes place (and where there are) settlers traffic routes. The Al Aqsa Brigades
and wanted activists in Jenin RC have formed many guard units around and inside the

24

camp. These are the units that stood up to and resisted the attempts of the Israeli special units to break into the camp and arrest Fatah and Tanzim activists.

Achievements of the Al Aqsa Brigades' encounters in the Jenin district:

- 136 armed encounters.

- **The killing of a settler and wounding of twenty in these encounters** and this according to the Zionist enemy's announcement.

- **The execution of the brave Umm el Fahm operation in the Israeli depth,** killing an Israeli officer and wounding another officer (note: this refers to a shooting attack on 28 April 2001 at a car in Umm el Fahm when an IDF soldier was killed and a civilian woman was injured).

- **We lost the commander of the quality operations in the brigades, Osama** Turkeman in an armed encounter (Note: Turkeman was involved in shooting and explosive charge attacks, he was killed by the IDF on 4 March 2001 on his way to carry out an attack).

At the same time, to this day there is no budget (for us) for all this activity, which entails considerable expenses, both for ammunition, combat equipment and fuel and for aid to brothers and their families. All the expenses of this activity were paid from their own pocket (of Al Aqsa Brigades men).

We hope that you will help us as much as you can, especially in view of the fact that there are accumulated debts of the Al Aqsa Brigades which approach tens of thousands of dollars. (It is noteworthy that) there are various moves of elements that oppose us (ready) to invest this money.

We all hope that just as we committed ourselves in the past (to be loyal), by the same token, you will always help us and supply us with a budget for this activity so that the resistance can continue and its methods and means can be developed, until independence and (until) the establishment of an independent Palestinian state with Jerusalem as its capital.

Greetings of the Revolution until Victory

**Al Aqsa Martyrs Brigades**

8.5.2001

25

Document 9 – Copy of Original

بسم الله الرحمن الرحيم

| | |
|---|---|
| كتائب شهداء الأقصى | الرقم : |
| محافظة جنين | التاريخ : ٢٠٠١/٥/٨ |

الأخ / مـــروان البرغــوثي      حفظه الله
أمـــين سر اللجنة المركزية العليا
تحية القدس والانتفاضة المباركة
الموضوع : تقرير شامل حول كتائب شهداء الأقصى

نرفع لحكم تقريرنا شامل حول فعاليات كتائب شهداء الأقصى في الأيام حتون:

• يبلغ عدد الأسرة الطارئين والأعضاء الرسميين في كتائب شهداء الأقصى
ثلاثة وستون اخ ، هذا بالإضافة الى الأسرة المســاعدين المبـــين بأوســـود
بنشاطات سرية .

وتقسم الكتائب الى عدة وحدات عسكرية :

- وحدة الشهيد اسامة تركمان
- وحدة الشهداء نادي واقد
- وحدة شهداء ملحة الفامرية
- وحدة الشهيد نور ياسين

- ويرتكز نشاط الكتائب ووحدتها المختلفة في استهداف العدو الإســرائيلي
والاشتباك المستمر في الأسلحة الرشاشة وقنابل اليدوية ونفجيرات العلية
بالإضافة الى ثلاث الفروث، خاصة في الشارع الأطفال الممتد مـــن مـــن

27

MAY-26-01 03:66 PM                                    P.01

بسم الله الرحمن الرحيم

كتائب شهداء الأقصى

محافظة جنين

الرقم : ـــــــ

التاريخ : ٨/٥/١ ٠٠ج

ونأمل مساعدتنا قدر استطاعتكم وخاصة ان هناك ديــون متراكمــة علــى
الكتائب تقارب عشرة الاف دولار ، وهناك تحركات بنهايات مرفوضة لنـــا
لاستثمار هذا الجهد ، لكننا امل بكم كما عهدناكم دائما ان تساعدونا في
توفير موازنة لهذا العمل من اجل الاستمرار في المقاومــة وتطويـــر اشـــكالها
واساليبها حتى الاستقلال واقامة الدولة الفلسطينية المستقلة وعاصمتها القـــدس
الشريف .

ودمتم سندا وذخرا للفتح وللوطن

وإنا لثروة حتى النصر

كتائب شهداء الأقصى
ج ٠٠١/٥/١

28

Document 10 - Translation

Al Aqsa Martyrs Brigades
Palestine

### Financial Report

The debts which we have accumulated until now are estimated to be 38000 shekels. The following are the details:

1.  The cost of posters for the deceased of Al Aqsa Martyrs Brigades: Azam Mazhar, Usama Jubara, Shadi Afuri, Yasser Badawi, Ahed 2000 (Shekels).

2.  Costs of printed announcements, invitations and mourners sheds for the martyrs **(addition in handwriting of 1250 shekels).**

3.  Cost of sticking photos of martyrs on wooden boards and also of the martyrs Thabat Thabet and Mahmud Al Jamil **(addition in handwriting of 1000 shekels).**

4.  Cost of memorial ceremonies for the martyrs. Memorial ceremonies were held for the martyr Azam and the martyr Usama **(addition in handwriting of 6000 shekels).**

5.  Costs of electrical parts and various chemical materials (for manufacture of explosive charges and bombs). This is the greatest expenditure (the cost of one ready explosive charge is 700 shekels at least). **We need every week 5-9 explosive charges [for squads in the various areas] (addition in handwriting of 5000 shekel per week x 4 = 20000 shekels per month).**

6.  Bullet expenses. The cost of a Kalashnikov bullet is 7-8 shekels and M-16 bullet 2-2.5 shekels. We need bullets on a daily basis.

7.  Note: There are 3000 Kalashnikov bullets at a cost of 2 shekels per bullet. We require that you transfer to us immediately a sum of money to purchase them **(addition in handwriting of 22,500 shekels for Kalashnikov bullets and 60,000 shekels for M-16 bullets).**

In conclusion, all the glory and pride to those supporting the brave resistance against the oppressive occupation.

From the revolution until victory.

**Palestinian Al Aqsa Martyrs Brigades**
16 September 2001

Addition in handwriting – 25,100 = 150, 750:6

29

Document 10 – Copy of Original

**AL-AQSA Martyres Troops**

**Palestine**



كتـــائـــب شـهـــداء الأقـصــى

فلــــــطـيـن

كشف مالي

ديون متراكمة علينا حتى الآن ، تقدر بحوالي ( ٣٨,٠٠٠ شيقل ) . نكتـبي نتمـل .
وتشمل هذه الديون الأمور التالية ( رقم ) : ـ
٣ ـ ١ ـ  ثمان بوسترات للشهداء كتائب شهداء الأقصى : عزام مزهر ولسامة جوابرة وشـادي
طوبي وياسر بدوي و عاهد فارس .
٢ ـ١٥٠٠  ثمان بيانات مطبوعة ودصوت ، وتكفينا بيوت أعزاء للشهداء .
٢ ـ١٠٠  ثمان رسم صور شخصية للشهداء على لوحات خشبية بالإضافة للشهيد ثابت ثابت
ومحمود الجمال .
٤ ـ٦٠٠  ثمان حفلات تأبين للشهداء ، وقد تم إقامة حفل تأبين للشهيد عزام ، وللشهيد لسامة .
وقريبا نقوم بالإستعدات لعمل حفل تأبين للشهداء ( بشير وعاهد وصالح ) ـ والذي سيتكلف
مصاريف تقدر بحوالي ( ٧.٥ آلاف شيقل ) على الأقل .
٥ ـ  ثمان المواد الكهربائية والمواد الكيماوية المختلفة ( لمتطلبات العبوات والقنابل ) وهـي
الأكثر تكلفة ( تكلفة العبوة الواحدة الجاهزة على الآن ٢٠٠ شيقل ) وتحتاج أسبوعيا من ١.٥
منها للمجموعات في المناطق المختلفة .
٦ ـ  ثمان رصاص ( رصاصة كلاشن سعرها من ٨.٧ شيقل ) أو رصاصة أل ٦ ٥ سعرها من
٢ ـ ٢.٥ شيقل ) ولمتلوها بشكل يومي ـ .
٤٥٠٠ لفا    محافظة ؛ هناك عدد ( ٣ آلاف رصاصة كلاشن ـ يسعر في ٧ شيقل للواحدة ) و ( ٣٠ ألف
٥٠٠٠ ٧ رصاصة ٥ ٦ يسعر ٢ شيقل للواحدة ) ـ تحتاج لتوافر مبلغ أولي لشرائها .
ولخيرا ،، كل الفخر والإعتزاز بكل لداعمين لمقاومتنا الباسلة ضد الإحتلال الغاشم .
وإنها الثورة حتى النصر .

كتائب شهداء الأقصى في فلسطين
٢٠٠١/٩/١٦
ضهم /

30

Document 11 - Translation

Al Aqsa Martyrs Brigades
Palestine

Construction Materials

1. Lathe - $25,000

2. Milling machines - $40,000

3. Aircraft canopies ? (Hood in original document) - $5000

4. Welding machines - $2000

5. Oxygen machines - $3000

7. Working tool kits - $1500

8. Tri-phasial electricity infrastructure - $2000

**Sum total - $80,000**

| Salaries | 3000 |
| | 700 |
| | 700 |
| | ——— |
| | $4400 – 1 |

| Rent | 1800 | |
| Monthly supplies | | 5000 |
| Electricity, materials | | |
| + container trucks | | 2000 |
| | ——— | |
| | $8800 – 2 | |

1 + 2 = 13,200 per month

Lathe Specifications

Blade (?) 75 cm
Meter length
Internal and external screws from 1 mm until 1 inch
Variable speed – Fast-slow)
Engine 5 HP (tri-phasial)
Knives of various shapes and sizes
Drill supports and belt
Main drill cap

Milling Machine Specifications

Vertical and horizontal
Centimeter wide opening in both directions
Blade latch
Various types of knives

Document 11 – Copy of Original



AL-AQSA Martyres Troops
Palestine

كتائب شهداء الأقصى
فلسطين

32

## Appendix B

My dear Abu Hassan
Greetings,

1. On the eve of Thursday 21 March 2002, President Abu Amar called a meeting of the National and Islamic Factions and Forces in his headquarters [in Ramallah]. At that time, Zinni was negotiating between Jerusalem and Ramallah in order to reach a cease fire agreement, in preparation for implementing the "Tenet Mitchell" plan. On the same day, two operations [terrorist attacks] were carried out, one in Umm el Fahm, in Wadi Ara, and the other in a coffee shop in west Jerusalem. **The Fatah's Al Aqsa . [Martyrs] Brigades declared their responsibility for the operation in west Jerusalem. This placed Abu Amar in a difficult position vis-a-vis Zinni.** [The US Secretary of State] Colin Powell called Arafat after the attack and informed him firmly that he must make a personal statement in Arabic and English denouncing the attack.

2. The meeting was held on this background. **Abu Amar opened the meeting by saying:** unfortunately, at this time when we are conducting this difficult war, actions originating from among us that wish to undermine the steadfast determination and strength we have built up and to prevent them at the Arab and international levels. I do not know who these occurrences serve. Everyone is on our side: Kofi Annan [the UN General Secretary], Mary Robinson [UN High Commissioner for Human Rights], the European Union, Russia, China, Japan and Africa. It is true that we pay a price. But all of our lives we pay a price, ho brothers! Is the revolution anywhere in the world without price? We are facing the most dangerous plan in the world, the Sykes-Picot plan. We must now face our conscience a little bit. After three times [the Americans] vetoed the Security Council, they are [now] compelled to present the Security Council with their plan which acknowledges the existence of an independent Palestinian state. Is this something light to be brushed aside? Have you forgotten that in Madrid they refused to accept us and we agreed to be part of the Jordanian delegation? Surely you remember the corridor talks... and we go and burn that which we are building. I want

33

to see the acts of heroism in face of the Zionist bombs on the statue of our Lady Virgin Mary in Bethlehem, where are they? We need to make a stand [with clear conscience]. We are at a crossroads. Are we to exist or not? You see today Somalia and Djibouti and Eritrea, that have agreed to the entry of American and European forces to do the job for them. The same thing happened in Yemen. Do you not see the danger? They want to include us [too] in this terrorism. Do you think that Sharon attacked us alone? At least the Italians stopped providing the Israelis with weapons. At the same time come the F-16 aircraft. There are [also] 50 tons of depleted Uranium which Dr. Abu Safiah, the Environment Minister, found buried in Gaza. What can I say? No one is ready to kill himself, no one is ready to betray the blood that was spilled. So far, we have more than 40 thousand dead and wounded. I plead to your conscience. There are three Arab fatalities and fifteen wounded in the bus in the Umm el Fahm operation. **The two operations, today and yesterday [i.e. the attacks in Jerusalem and Wadi Ara] came at an inappropriate time due to Zinni's presence.**

3.  At this point [Arafat] stopped. **Dahr Habash** [member of the Fatah Central Committee, perceived as the movement's ideologist] addressed the meeting. He focused on the following points:

    a.  [Dahr] Habash praised the President, his determination, and the determination of the Palestinian people. [Habash said] that Zinni's coming [to the Middle East] is the outcome of this determination and that America's hostility to the Palestinian people is evident.

    b.  The rest of the participants said that the operations in Umm el Fahm and West Jerusalem serve Sharon and push us to the corner, security-wise. They only serve Sharon and his activities with the goal to give priority to the security aspect and not discuss the political aspect simultaneously with the security aspect. The participants referred to several events. First, the Security Council's decision to recognize an independent Palestinian state, and second King Abdallah's initiative. According to the official in charge of the People's Party, these two events prove that they must be used to our benefit.

34

4.  Then spoke Abu Mahmud Rakad [General Secretary of the Arab Liberation Front]. In the beginning of his words, he praised the steadfast resistance of the Palestinian people and the leadership. This determination created new facts and forced America to submit to the Security Council the proposal for Resolution 1395 which alludes to the establishment of a Palestinian state. Still, the decision left the essence of the state and its borders open for negotiations, which made it useless and inapplicable. Thus, Zinni arrives only to rescue Sharon who is at a dead-end. [Abu Mahmud Rakad] added that one cannot ignore the publications in the Hebrew press as if the US administration sent a message to Sharon, emphasizing that the US does not want Zinni's mission to result in a diplomatic settlement, but to reach a cease-fire in order to assist it [the US] to unite the Arab states and deal a blow to Iraq. The Arab apparatuses [the Arab intelligence services] have informed Cheney that the region cannot cope with two wars at the same time. This reminds us of the promises of Bush Senior to find a solution to the Palestinian problem following the aggression against Iraq in 1991. We can see where we arrived thanks to this plan.

5.  In conclusion, our war is a long one and we will still have to contend with the aggression many times. Public opinion in the Zionist entity, as well as the Knesset and the Zionist Government, are not directed towards finding a solution. This proves that our war with the enemy (is) continuous and long.

6.  Afterwards spoke Hassan Yousef, the Hamas leader (in Ramallah). He began his speech by saying: "There is no issue here which we cannot agree upon, we are close to each other and we can agree on everything" He added "Brother Abu Amar, calm down the Fatah movements, that is, that they should cease their activities". Abu Amar replied: "This on the assumption that they are the Fatah? The secessionists (the intention is apparently to the pro-Syrian Fatah faction headed by Abu Musa) were also part of Fatah and were opposed to us after we achieved our greatest victory in 1982. Where are they now? One of those present replied that they are now in Damascus, Later Hassan Yousef commented that the strong position of our people created a change in the Arab world and that there are demonstrations across the Arab world. In addition (he) emphasized that it is not possible to dismantle Israeli society and that what is happening inside Israel is a result of the resolute policy of our people.

35

The Israeli press states that there are a million Israelis abroad. This is a result of the Palestinian resistance activity.

7.    Abu Amar stopped him and said "I remind you that we are in the midst of the destruction. The US plan is not directed against Iran or Sudan or Yemen or Somalia or Djibouti, the aggression is against Iraq and it passes through us, these are its initial signs" (Arafat) now read the decision of (Secretary of State) Colin Powell to include the Al Aqsa Martyrs Brigades in the list of terror organizations. Arafat added: "We will not permit those who disrespect us and those who took away our arms in 1948, to take away our victory. We will not allow anyone to make a mistake and place obstacles in the way of this people. What is the implication of the Powell decision? The intention is that the (Al Aqsa Martyrs Brigades) is the first Arab organization to be on the terror list together with the Taliban and the Al Qaida organization. May God protect us from what will come next".
      The meeting ended.

8.    We were informed that Abu Amar received a video film of the operation in Jerusalem which proves that it belongs to the Islamic Jihad and not to the Al Aqsa Martyrs Brigades. Or that there is coordination between the Islamic Jihad and some senior Fatah activists, so that the action in Jerusalem was assigned to the Fatah Al Aqsa Brigades or that this was designed to "drive a wedge" in Abu Amar's activities.

                    Your brother,
                    Abu Mahmud Rakkad

                    Ramallah, 24 March 2002

36

Copy of Document

ب ‪-‬ ‪4‬ م ص ‪...‬

العزيز ابو حسان المحترم
بعد التحية

دعا الاخ الرئيس ابو عمار مساء يوم الخميس بتاريخ ١١/٣/
٢٠٠٢ لاجتماع الفصائل والقوى الوطنية والاسلامية في مقره .
في الوقت الذي كان زيني يقوم بزيارات مكوكية بين القدس ورام
الله للوصول الى اتفاق لوقف اطلاق النار تمهيدا لتطبيق خطة " تينيت
– وسيتشكل " كما يقال وقد ستفلت حدوث عمليتين لجذها أبو القدم
" ممسص " والثانية غرب القدس استهدفت مقهى وقد اعلنت كتائب
الاقصى التابعة لحركة فتح مسؤوليتها عن عملية  غرب القدس مما
جعل أبو عمار بحالة صعبة في مواجهة زيني وقد هاتف كوان باول ابو
عمار بعد العملية وبلغه حازمة لابنه ضرورة اصدار تصريح منه
شخصيا بالغتين العربية والانكليزية يدين العملية . في هذه الاجواء
جرى الاجتماع وبدأ الحديث الرئيس أبو عمار قائلا : –
للاسف في الوقت الذي نخوض فيه هذه المعركة الصعبة دثني
اعمل من داخلنا تخرج تحطم كل ما نبنيه من مسود وسماية ومنعه
على الصعيد العربي والدولي ... لما مش عارف هذا الذي يحدث لصالح
من ؟ من كوابس عثان ، امارى رويتسون ، للاتحاد الاوروبي ،
لروسيا ، للصين ، لليابان ، لافريقيا ، واقين مطا ، صحيح نحن ندفع
ثمن ، ولكن نحن طول عمرنا ندفع ثمن ... يا أخونا في الثورة بإناتي
؟ في أي مكان في العالم .. قما بك ثمن حيث نولده اخص مخطط في
العالم وهو سياسين بياض .. علينا يا أخونا ان نتقل امام ضمامزنا قبلا
... بعد ثلاثة أيام في مجلس الامن يطهروا ! " الامريكان " يقدموا
مشروعهم لمجلس الامن يتضمن قيام دولة فلسطينية مستقلة .. هل هذا
كبل ؟ هل نسيوا نحن اي مديد رفضوا وبلدلننا .. وأمقنا ان نهب
كجزء من الوقد الارنشي وتذكرون محدثات " الكوريدور " ... نتي

ونحري الذي نبنيه . عليبد بدي شوف البنايات عندما نصف صسهبة
تمثل ستنا العذراء في بيت لحم وبنهم .... وضى يا أخونا يجب ان نقف
وقتة صعير وروجدان ... نحن في منطلب خطير نكون او لا نكون .
اليوم شابين السمرسل ، وجيبيتي ، وارائيريا  وفقلوا على دخول
القوات الاوروبية والامبركاية عندهم نتقوم بكل العمل " ونفس الحكاية
في اليمن ، متى شابين الخطر عاولين يحطونا ضمن هذا الإرهاب .

37

لتم تعلقوا ان شارون ضربنا لوحده ، على الاقل الايطاليين
واقلوا المصانع الحربية ان تورد لهم " للاسرائيليين " سلاح بينما في
نفس الوقت الـ ١٦ تشر ، البوراتيوم المنتصب خمسون طن اكتشفها
الدكتور ابو صفية وزير الهيئة مدفونة في غزة هذا قبل ؟ محتش
يقتل نفسه ، محتش يكون الدم الذي سال ، لحد الان اكثر من ٤٠ الف
شهيد يجريح ... انا بنشنة شماركم ٣٠ شهداء عرب و١٥ جريح
على الباص في عملية لم اللحم .

العمليتين اليوم ومبارح جاءوا في وقت غير مناسب بوجود زيني ،
وتوقف عن الكلام فأعطى صفر حيث الكلام للمجتمعين ، الذي ركزوا
على النقاط التالية :

١–الاشادة بالرئيس ومسوده وصمود الشعب الفلسطيني ، وان مجيء
زيني هنا هو نتاج هذا الصمود ، وان عداء اميركا لشعبنا الفلسطيني
واضح .

وقد تحدث اخرون عن ان عملية لم اللحم وغرب القدس عمليتين
تخدمان شارون وتحذرنا في الجانب الامني وتقدم فقط شارون
وتوجهه في اعطاء الاولوية للجانب الامني وعدم بحث الجانب السياسي
بالتوازي مع الجانب الامني وقد اشار البعض على ان هناك لحدث
الاول قرر مجلس الامن أي قيام دولة فلسطينية ومباركة الملك عبد
الله ، وهذان مؤشران ضرورة الاستفادة منهما على حد تعبير مسؤول
حزب الشعب .

ثم تحدث الرفيق ابو محمود بأكد ،

فأشاد وصمود الشعب للفلسطيني وصمود القيادة وهذا الصمود هو
الذي خلق واقع جديدة وأرفض على اميركا تقديم المشروع القرار
١٣٥٠ لمجلس الامن الذي ينص على قامة دولة فلسطينية ولكن
القرار ترك ماهية الدولة وحدودها للمفاوضات مما يجعل القرار بدون
جدوى وغير ملزم للتطبيق ، كما ان مجيء زيني هو من اجل انقاذ
شارون الذي وصل الى طريق مسدود .

واضاف لابد من الاشارة ايضا الى ما ورد في الصحف العربية عن
ان هناك رسائل وردت الى شارون من الادارة الاميركية تؤكد ان
الولايات المتحدة لا تريد الوصول من مهمة زيني الى تسوية سياسة
وانما مجرد الوصول الى وقف لاطلاق النار من اجل مساعدتها في
تجميع الدول العربية لتوجيه ضربة للعراق ، حيث ان الانشطة العربية

٢

38

لغيرت تشيئي ان المنطقة لا تحتمل حربين في نفس الوقت ، وهذا
يذكرنا بالوعود التي اطلقها بوش الاب في ايجاد حل للقضية الفلسطينية
بعد العدوان على العراق عام ١٩٩١ ونحن نرى ما وصلنا فيه من
جراء هذه المخططات .

لغيرنا ان معركتنا طويلة وسوف تواجه العدوان مرات عديدة
فقرأى العام داخل الكيان الصهيوني لا يتجه من اجل ايجاد حل وكذلك
الكنيست والحكومة الصهيونية مما يدلل ان معركتنا مع العدو مستمرة
وطويلة .

ثم بعد ذلك تحدث ، مسؤول حماس حسن يوسف بدأ حديثه قائلاً
ليس هناك قضية لا تستطيع ان نصل في شاق بشأنها ونحن من الصبار
ان نبقى قريبين من بعضنا البعض وان نتقاهم على كل شيء - واضاف
" يا أخ ابو عمار كلش فتح تهدي : " أي تواقف صاياتها " .
ابو عمار " هذا اذا عاثت فتح ؟ المنشقين عضوا فتح .. وخرجوا علينا
بعد اعظم انتصار حققناه في العام ٨٢ أين هم الآن .. أحد الحضور
مجيبا أن نمشق .

ثم تابع حسن يوسف بان مسعود شمبنا فوجد تحولاً في الوطن العربي
لهينك مسيرات في مختلف ارجاء الوطن العربي ، كما كد على انه لا
يمكن تفكيك المجتمع " الاسرائيلي" وما يحصل دلنل " نسرائيل" هو
نتيجة مسعود شعبنا والصحاف " الاسرائيلية" تقول هناك مليون "
اسرائيلي" في الخارج وقد جامت نتيجة العمل الفلسطيني المقاوم
ابو عمار مقاطعاً :

" ان بتكريم هناك هدم شفاق : المخطط الاميركي مش رايح على
ايران ولا على السعودان ولا ليمن ولا لصوملا جيدتي العدوان
سيستهدف العراق مرورا بنا ،وهذه بشارها الان :

" يقرأ قرار كان بأول يوضع كتاب الاقصى على لائحة الارهاب "
وصنف ابو عمار ان نسمع لمن عبثوا بنا وسخروا منا سلاحنا عام
١٩٤٨ ان يسحبوا منا اتصالاتنا . لن نسمح لمن يخطأ او يضع الخطأ
في طريق هذا الشعب .

ماذا يعني قرار بأول وضي او ل تنظيم عربي على فتحة " الارهاب
" مع طالبان ومع القاعدة الله يستر ماذا يحدها .

وتنور الاجتماع

3

39

علمنا ان ابو صبار قد حصل على تسجيل قديم خاص لمنفذ عملية
القدس يثبت انه من الجهاد وليس من كتائب الاقصى . أي هناك تنسيق
بين حركة الجهاد الاسلامي وبعض مسؤولي فتح وان تجنيد عملية
القدس لكتائب الاقصى " فتح " انما هو من اجل وضع العصى في
مسيرة ابو صبار .

لكم
ابو محمود ركاد

رام الله ٢٤/٣/٢٠٠٢