

PLAINTIFF'S EXHIBIT
830

# The Palestinian Authority

## Employs Fatah Activists
## Involved in Terrorism and Suicide Attacks

2

688/0022

## Abstract

1.  From a file of documents captured by the IDF during Operation *Defensive Wall* in the office of the Commander of the "Special Forces" (one of the Palestinian Authority (PA) security apparatuses), Colonel Bashir Nafa, it can be learned that the PA is extending its patronage over Fatah activists involved in the perpetration of terrorist attacks against Israel, by integrating them into the PA's manpower lists and salary earners. **This process is fully under the direction and management of Arafat, wearing his "double hat" of Chairman of the PA and Chairman of the Fatah organization, and his handwriting is on many documents in the file.**

2.  The employment of these **activists by the PA, some of whom are terrorists who previously perpetrated killing attacks against Israeli civilians, such as Zadki Al Zeru who murdered a baby girl** in Hebron in March 2001, enables these terrorists to devote all their time to terrorist activities, knowing that **the PA is providing for their livelihood.** Nasser Awis, head of the Al Aqsa Martyrs Brigades in Samaria, who was captured in Tubas, was a captain in the General Security Apparatus and received a salary from the PA in recent months too.

3.  The salaries of the PA security forces are financed mainly by the EU (10 million euros per month) and Arab states ($45 million per month, this aid was increased to $55 in April 2002). **Thus the PA is utilizing money from international aid elements to finance Fatah activists who are involved in terrorism.**

3

688/0022

4.  Arafat is the head of the Fatah movement and its groups. In previous
    documents captured by the IDF, Arafat personally endorses with his
    signature payments to terror activists. These documents provide
    additional proof of the close connection between the PA and Fatah
    groups perpetrating terrorism and suicide attacks – a connection that
    Palestinian spokesmen are trying to conceal and deny.

4

688/0022

## The PA Employs in its Ranks Fatah Activists Involved in Terrorism and Suicide Attacks

1.  From a file of documents captured by the IDF during Operation *Defensive Wall* in the office of the Commander of the "Special Forces" (one of the PA's security apparatuses), Colonel Bashir Nafa, it can be learned that the PA is extending its patronage over activists involved in the perpetration of terrorist attacks against Israel, by integrating them into the PA's manpower lists and salary earners. This process is fully under the direction and management of Arafat, wearing his "double hat" of Chairman of the PA and Chairman of the Fatah organization, and his handwriting is on many documents in the file.

2.  During 2001, senior PA officials increased their activity in trying to integrate Fatah and Fatah/Tanzim activists into the PA's security apparatuses, or return them to these frameworks. The "deal" offered to them was monthly salary payments by the PA, on a permanent basis, in exchange for the activists operating in accordance with PA policies. Fatah/Tanzim activists, including Nasser Awis, head of the Al Aqsa Martyrs Brigades in Samaria (who was captured on 13 April in Tubas) continued to receive salaries from the PA in recent months, even when they refused to participate in activities in the framework of the security forces. The implication is that these activists receive salaries from the PA and enjoy its formal patronage, even while they are included on Israel's list of most wanted terrorists which was transferred to the PA, and continue, in practice, to carry out terrorist attacks.

3.  The moves to add these activists to the list of PA salary earners was carried out with Arafat's personal involvement, as occurred in other processes, in which Arafat personally approved payments to Fatah/Tanzim activists involved in terrorism against Israel. Arafat's handwriting appears on key documents in this file, with him transferring the handling of the subject to senior PA officials. The file documents the process of transferring the recommendations from Fatah

5

688/0022

branch secretaries in the various districts (15-45 men in each list of those designated for employment) and the PA's examination processes regarding the activists. About 150 names of Fatah activists appear in these documents, and it is reasonable that they reflect only part of the overall picture of the activists absorbed into the PA apparatuses.

4.   This subject was coordinated in the PA by the "Special Forces" apparatus, one of the PA security apparatuses. The apparatus is headed by Colonel Bashir Nafa, a veteran Fatah activist in the West Bank, who returned to the PA areas in 1994. The "Special Forces" apparatus was reestablished in 2001, and focused on the absorption of Fatah and Fatah/Tanzim activists within the PA framework.

5.   It is reasonable to assume that the PA reached the conclusion that payment of salaries to Fatah activists will keep them within the PA's circles of influence, in contrast to the alternative of their joining elements operating outside Fatah's influence. It can be argued that the PA absorbed the Fatah activists so that they will operate within the framework of its apparatuses. But at the same time, it can be said that the PA gave its approval to activists who joined its security forces to continue operating in the framework of entities engaging in terror, such as Fatah/Tanzim and the Al Aqsa Martyrs Brigades. That is, to continue to perpetrate terrorist attacks with the knowledge that the PA is providing the money for their livelihood.

6.   Some of the activists designated by Fatah branches for employment in PA ranks are terrorists who previously perpetrated killing attacks against civilians such as Zadki Hamed Al Zaru, who murdered a baby girl in Hebron in March 2001. During the intifada, Fatah/Tanzim activists escalated their attacks and at the end of 2001, they commenced perpetrating suicide attacks against civilians inside Israel. Activists from the "Special Forces" apparatus also carried out shooting attacks in various areas of the West Bank during 2001. The PA, which in recent months adopted the policy that the actions of the

6

688/0022

Al Aqsa Martyrs Brigades assist the PA during the escalating stage of the conflict with Israel, continued with the method of absorbing these activists in its security forces, and thus enabled their continued activity.

7.  The PA officials know well that these activists are continuing to perpetrate terrorism and suicide attacks against Israel. After the Al Aqsa Martyrs Brigades perpetrated 6 suicide attacks in the West Bank and in Israel, official PA elements noted (in a document from February 2002) that these activists carried out "qualitative and successful actions" (the attack at the Batmitzvah party in Hadera, January 2002) and that they "constitute support and backing to the PA and its security apparatuses", i.e. that their actions serve PA interests. The names of the persons responsible for these acts were transferred on many occasions by Israel to the Palestinian security apparatuses (and probably also to Arafat). However, the PA took no practical measures against these terrorists, and on many occasions, they even warned them and assisted them to continue their terrorist activities.

8.  Arafat's involvement, as can be seen in these documents, derives from his role as Chairman of the PA, as well as Chairman of the Fatah organization. The file constitutes evidence that Arafat uses his "double hat" in order to integrate Fatah activists within the PA's security apparatuses. These documents show that Arafat's involvement has considerable weight in the processes to include the activists in the PA salary earners list.

9.  The system which operates and finances Palestinian terrorism works on three "floors":

   a.  The top "floor" – Arafat is adopting the policy of absorbing Fatah activists in PA apparatuses and is instructing these apparatuses to implement this policy.

7

688/0022

    b.   The middle "floor" – Senior PA officials (the Treasury Department, Finance Directorate, – headed by Fuad Shubaki) which supply money, arms and fuel to Fatah/Tanzim leaders (Marwan Barghouti and others) and through them to the terror squads.

    c.   The bottom "floor" – hundreds of Fatah/Tanzim and Al Aqsa Martyrs Brigades activists who receive salaries from the PA and continue to engage in terrorist attacks unhindered.

10.   Thus Fatah/Tanzim activists recruited into the PA's ranks, alongside senior PA security and intelligence officials, engaged in terrorism and supporting terrorism, operate in the same apparatuses. **These senior officials assist the terrorists by "turning a blind eye" and even in other ways.** Evidence of the involvement of the security apparatuses in terrorist attacks was uncovered in documents of the General Intelligence and Preventive Security Apparatuses (involvement in arms smuggling in ambulances) and in information regarding additional intelligence apparatuses.

11.   The salaries of PA security forces personnel are financed mainly by the EU (10 million euros per month) and Arab states ($45 million per month; this aid was increased to $55 million since April 2002). **Thus the PA utilizes money of international aid elements to finance Fatah activists who are involved in terrorism.**

12.   Arafat is the head of the PA as well as head of Fatah and its groups. He personally controls the financial activities of the PA and is involved in the most minute details. These documents are additional proof of the close connection between the PA and Fatah groups perpetrating terrorism and suicide attacks – a connection that Palestinian spokesmen are trying to conceal and deny.

8

688/0022

## Major Terrorists Employed in PA Apparatuses

1. Nasser Awis

   a. Head of the Al Aqsa Martyrs Brigades in Samaria, captured by the IDF on 13 April 2002 in the Tubas area. He commenced operating in the Fatah framework from the Balata refugee camp in Nablus and was "promoted" in recent months.

   b. He was head of the Fatah activists that engaged in terrorist attacks in the Nablus, Tulkarm, Qalqiliya sector, and directed attack perpetrators in the Ramallah district. He served as the connecting link between Marwan Barghouti (head of the Fatah/Tanzim in the West Bank) and the Fatah military arm in the West Bank and in the Gaza Strip (elements involved in the attacks against the Merkava tanks).

   c. In the attacks which he was responsible for since January 2002, over 20 Israelis were killed and over 120 wounded. In this framework, he assisted in the perpetration of the terrorist attack in the Batmitzvah party in Hadera, suicide attacks in Jerusalem, the attack against an IDF Army Base near Pardes Hanna, the attack which took place in Tel Aviv, the attack in the Margoa Hotel in Netanya and in the laying of an explosive charge in the home of an IDF officer in Ra'anana.

   d. He served as an officer in the General Intelligence and General Security Apparatuses, and received regular salaries from the PA in recent months too.

   e. The PA was aware of his terrorist activities: His name was given to the PA in Israel's "most wanted" list of terrorists, and in a PA General Intelligence report he appears as the person who directs the Al Aqsa Martyrs Brigades in Tulkarm.

   f. In addition, he engaged in the smuggling, acquisition and production of heavy weapon systems – including rockets and explosives.

9

688/0022

2. **Zadki Zeru**

    a. **Zadki Hamed Shaker Zeru Tamimi – also known as "Abu Bassam"
and "Usama Bin Laden" was born in Hebron in 1960. He lives in
Wadi Al Hariya in Hebron** and is a prominent Tanzim activist who was
involved, since the start of the PA-Israel confrontation, in a large number
of shooting attacks against the Jewish settlement in Hebron and against
IDF forces in the area.

    b. **Zadki carried out the shooting attack in Hebron on 26 March 2001 in
which an Israeli baby girl was killed.**

    c. He is one of the men of Marwan Zallum (a prominent Tanzim activist
in Hebron who directs the Tanzim terrorist attacks in Hebron) and is
close to Hatem Jamal (Marwan's deputy).

10

688/0022

## Appendix A

## Absorption of Fatah Activists in the PA Manpower Ranks

Document 1

A fax sent on 6 August 2001

The Palestinian National Liberation Movement
Fatah

Hebron Districts Branch Committee
Palestine

.5 May 2001

Ref: 1/15/2001

The Honorable President Brother Abu Amar May God protect you (Yasser Arafat)

Via The Honorable Brother Mr. Nabil Amru, Minister for Parliamentary Affairs

With blessings of the intifada

Please approve the employment of the brothers whose names are detailed below.
They are intifada activists who are wanted by the occupation authorities because of
their deeds.

12 names)

For your decision, with great respect

Together until Jerusalem

The National Liberation Movement, Hebron District

Note added:

These are the best of the fighting brothers and activists in the blessed intifada and
they have an exceptional part (in the intifada).

Abu Saja, Marwan Zallum, Hebron Central District Branch Committee Member
(Signature)

688/0022

11

<u>Original Copy of Document 1 in Arabic</u>



لجنة إقليم الخليل             حركة التحرير الوطني الفلسطيني

فلسطين                            ( فتح )

التاريخ :

الرقم :

بسم الله الرحمن الرحيم

فخامة الرئيس الأخ أبو عمار، حفظه الله

بواسطة الأخ نبيل عمرو وزير الشؤون البلدية، المحترم

تحية الانتفاضة المباركة وبعد،،

برجاء قرار سيادتكم بالموافقة على تفريغ الأخوة التالية لسماهم علمـــــا
بأنهم من نشطاء الانتفاضة وهم معتذرين لساحات الاحتلال بسبب نشاطاتهم .

نائب علي طالب عمرو             عبد الرحمن عبدوق عمرو

وليد محمد عيسى عمرو            مأمون محمود عمرو

صدقي حامد لزرق                نجوى سعيد عمرو

ممدوح عمرو                  محمد عبد القادر عمرو

صفاء سليمان الدبك             بهيج صلاح

نجاح حسين محمد الشويدي        زاهد بدوي عبد الله التميمي

" والأمر متروك لسيادتكم

مع بالغ الاحترام والتقدير

حركة التحرير الوطني/إقليم الخليل

تلفون / فاكس ، شارع السلام العام 2226396 / 02 ، 2223908 / 02

12

688/0022

ocument 2

fax sent on 6 August 2001

lames of 15 activists, including 13 that are wanted by Israel.)

ote Added

lr.President

request your consideration.

abil Amru

ignature)

\dditional note in Arafat's handwriting)

l Majaidah, Al Haj Ismail, Al Jabali, Al Haj Matlak, Dr. Ramzi, Dr. Abu Shariya.

588/0022

13

## Original Copy of Document 2 in Arabic

طبقات الطريق تتعمل في وزارات وأجهزة امنية

| الموضوع | الجنة | الاسم | الرقم |
|---|---|---|---|
| سجين سابق لفترة طويلة، أخوه شهيد، والده سجين سابق، لديه ٥ه مرضة في الكلى | سفير | جلال سلامة الحسون | ١ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | طالب عمي طالب | ٢ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | وليد محمد عيسى | ٣ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | صدقي حامد الزرو | ٤ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | فادوح عمرو | ٥ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | صفاء سليمان النبك | ٦ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | عبد أمين محمد بكرزري | ٧ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | عبد الرحمن محمد عمرو | ٨ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | نادرت محمود عمرو | ٩ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | فهري سعيد عمرو | ١٠ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | محمد عبد القادر عمرو | ١١ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | فتح صلاح | ١٢ |
| نشيط انقاضه ومطلوب للاحتلال | الخليل | رائد بدوي عبد الله الحميدي | ١٣ |
| سجين سابق | دورا | ابراهيم عبد اللطيف | ١٤ |
| عمامي مطلوب، يامل بوظيفة مساعد قانوني | دورا | محمد خليل أبو وحه | ١٥ |

14

688/0022

## omments to Documents 1 and 2

Document 1 was apparently sent from the Fatah Hebron District, with the recommendation of the District Committee member on 15 May 2001. The document reached Nabil Amru, the PA's Minister for Parliamentary Affairs, who slightly extended the list and transferred it for Arafat's approval. Following Arafat's approval, the two documents were transferred to the office of Bashir Nafa, Commander of the "Special Forces", on 6 August 2001. The documents were found in his office

Document 2 was sent on 6 August 2001, with a copy of Document 1 attached. The list of names in the two documents is identical.

**Document 2 was transferred by Arafat for action to General Abd Al Razek Al Majaidah** - Commander of the General Security and National Security Apparatuses, General Ghazi Jabali - Chief Inspector of the Palestinian Police, Al Haj Matlak - Head of the Organization and Administration Directorate in the General Security Apparatus, Dr. Ramzi Khouri - Arafat's Aide-de-camp and Dr. Abu Sharia - Chairman of the PA Public Service Commission. This process is similar to the handling process of the other documents in the file.

**At least half of the Fatah activists these lists were identified as perpetrators of shooting and explosive charge attacks. The list possibly also includes Hamas activists from Hebron. Zadki Hamed Al Zaru (No. 4 in Document 2) is the terrorist who murdered the baby girl Shalhevet Paz in Hebron in March 2001, a few months before the request to employ him in the PA apparatuses. Ma'amun Mahmud Amru (No. 9 in Document 2) is a senior Tanzim activist in Hebron who perpetrated a number of attacks in this region. He is the right hand man of Marwan Zallum who signed Document 1.**

**Marwan Zallum is a very senior Fatah activist in Hebron who was involved in many lethal shooting attacks and whose name was transferred in the "most wanted" list to the Palestinians. He was recently promoted to Commander of the Special Forces in Hebron, i.e. an official position in the PA.**

15

688/0022

ocument 3

ιe Palestinian National Liberation Movement
ιtah
ιuthern District Branch
ιte: 4 July 2001

ι the Honorable Brother Abu Tarek, Minister for Parliamentary Affairs

ιar Sir,

ι request that you invest your good efforts towards the employment of the
llowing brothers in the ranks of the National Security – Special Forces, and this
ι to the importance of the matter

2 names)

ιank you in advance

ιd Al Rajoub

ιtah Movement Secretary / Southern District Branch

ιte at top of page in handwriting) Please forward to brother Muhammad
ιal'ilah.

ιte at top of page in handwriting) Private, please forward to brother Abu Shikri (?)
ιhammad

ιte lower down, in handwriting of Nabil Amru) Dear Mr. President, your
ιsideration is appreciated. Thank you in advance, Nabil Amru.

ιte lower down, in Arafat's handwriting) Al Majaidah, Haj Matlak, Haj Ismail

ιte in handwriting) Brother Ziad Rajoub, best wishes

16

588/0022

Original Copy of Document 3 in Arabic



17

688/0022
)cument 4

ıe Honorable Brother President Commander Abu Amar, President of the State of
lestine, May God protect you

:ar Sir,

ıur honor is requested to order the employment of your following sons, sons of
ly Jerusalem, in the framework of the cadre of the special forces. It should be
ted that they are loyal fighters

7 names and details)

r your instructions

ote further down in handwriting)

ese men are sons and the leaders of the movement's struggle for dozens of years.

gnature)

April 2001

ɔte at top of document, in handwriting)

ase forward to Jamal Abu Allil

ɔte lower down, in Arafat's handwriting)

Majaidah

j Matlak

ɔte in handwriting)

warded to the operations directorate

ɔte in handwriting)

rwan Sabach

ployment in Force 17.

ruf Salem/replaced

No details

ımp on document)

: Palestinian Liberation Organization The Palestinian National Authority

: Presidential Bureau

April 2001

going No. 4957

18

88/0022

Original Copy of Document 4 in Arabic



بسم الله الرحمن الرحيم

سيادة الأخ الرئيس القائد أبو عمار. رئيس دولة فلسطين-حفظه الله ورعاه

تحية القدس وبعد :

برجاء قرار سيادتكم تفريغ أولئك التالية أسمائهم، أثناء القدس الشريف... على كافر الرحمات
الفائضة علماً بأنهم من المناضلين الأفراد ...

والأمر لسيادتكم

688/0022

## ·mments to Documents 3 and 4

Document 3 was sent on 11 August 2001 to Hakim Balawi, Secretary of the Fatah Central Committee, Secretary of the PA Legislative Council, head of the Tanzim in the West Bank and a close associate of Arafat; and later (on 18 August 2001) to the ministry in the PA. The fax was sent 5 times, with additional notes.

Nabil Amru ("Abu Tareq") is the PA's Minister for Parliamentary Affairs.

The "National Security / Special Units" – the intention is to the "Special Forces". This apparatus is headed by Colonel Bashir Nafa, the document file was found in his office.

The marking V appears in handwriting in Document 3 next to many names. The documents indicate the detailed examination and handling process regarding the list of activists, in order to absorb them into the security apparatuses: "is worthy from the security aspect" – for absorption in one of the PA apparatuses.

The documents mention a number of Fatah military activists from the Hebron region, a Fatah/Tanzim activist from the Jerusalem area, a PIJ activist in the Hebron region, and apparently also Hamas activists from this region.

20

688/0022

ocument 5

The Palestinian National Liberation Movement
Fatah
Date:
Ref:

ate of Palestine
preme Movement Committee
e Brother President Abu Amar, May God protect you
.th the blessings of the homeland and the state

:quest your decision, in an exceptional manner, to employ and re-register in the

:urity (apparatuses) the following brothers.

ey are active honorable members of the movement:

) names)

: your decision

gnature)

: Supreme Committee of the Movement
rwan Al Barghouti

)te in Arafat's handwriting)

Majaidah, Al Haj Matlak, Al Haj Ismail



88/0022

21

Original Copy of Document 5 in Arabic

22

588/0022

cument 6

te of Palestine
 Supreme Movement Committee
Quds (Jerusalem) -    Ramallah
). Box 1800          National HQ

The Palestinian National Liberation Movement
Fatah
Tel. No: 02-2954949-5  Fax. No: 02-2985729

Date _____ / _____ / _____
Ref: _____

 Honorable Brother President Abu Amar, May God protect you
th the blessings of the homeland and the return

. a decision is required, in an exceptional manner, to employ and add to the ranks
 ne of the security apparatuses, the brothers whose names are listed below:

 names typed and 5 names added in handwriting)

 i you will be glorified and supportive of the homeland and the people, the matter
or the decision of your honor.

 Supreme Movement Committee

 rwan Al Barghouti
 gnature)

 te in Arafat's handwriting)

 Majaidah, Al Haj Matlak, Al Haj Ismail, Dr. Ramzi, Dr. Abu Sharif



88/0022

23

Original Copy of Document 6 in Arabic

بسم الله الرحمن الرحيم

دولة فلسطين
اللجنة الحركية العليا

حركة التحرير الوطني الفلسطيني
فتح

القدس – رام الله – الخليل : .............. – ............... : المكتب : ...............

سيادة الأخ الرئيس أبو عمار حفظه الله
مكتب الرئيس و القرار و تعذر ...

يسرنا ترحيبا بكم تفريخ أسماء الأخوة لكتاب حم رخم في حيزم الاسم استشارات ...

١ - محمد رائم الحمود الهزار
٢ - موسى الغزو أمين
٣ - متان محمد ود ...
٤ - سامر غزا الرحيم
٥ - وفاء أبو بكر
٦ - ميلاد كمال
٧ - لينان أحمد خلال
٨ - عبد الشاهر محمد طة
٩ - جسم حلمي التهميش
١٠ - أحمد محمد الكلبي
١١ - محمد سليمان الترقة
١٢ - فريد عبد الله سلامة
١٣ - ثائر عبد الرحمن حسين
١٤ - لينان نزال
١٥ - شعبان جابر أحمد عويس
١٦ - عامر بايمن رسكمنة
١٧ - سياد صالحي
١٨ - ...

وتفضلوا بقبول وافر الاحترام و التقدير
اللجنة الحركية العليا
موقع السكرتير

٤٣ نتائل بقبضة و أوافق تشبيا وكلم

24

S88/0022

## mments to Documents 5 and 6

Documents 5 and 6 are undated. Document 6 seems to be from mid-2001.

Document 5 was found in the file of Bashir Nafa and document 6 was found in the Mukata'a offices in Ramallah.

Marwan Barghouti is the secretary of the Fatah Supreme Committee in the West Bank, and also the head of the Fatah/Tanzim in the West Bank as well as the leader of the "Al Aqsa Martyrs Brigades".

The document is forwarded for implementation by PA senior officals: Abd Al Razek Al Majaidah – Head of the General Security Directorate and Commander of the National Security in the Gaza Strip, Al Haj Matlak - Head of the Organization and Administration Directorate in the General Security, Al Haj Ismail Jabr – Head of the General Security Directorate and Commander of the National Security in the West Bank, Dr. Ramzi Khouri - Arafat's Aide-de-camp and Dr. Abu Sharia - Chairman of the PA Public Service Commission.

Amongst the activists mentioned in Document 6, there are 3 who belong to a Force 17 terror squad which perpetrated shooting attacks and laid explosive charges in the Samaria region during 2001. An additional activist belongs to the Al Aqsa Martyrs Brigades and carried out an attack in the Samaria region.

588/0022                                    25

cument 7

te of Palestine
≥ Supreme Movement Committee          The Palestinian National Liberation Movement
Quds (Jerusalem) -    Ramallah        Fatah
). Box 1800          National HQ      Tel. No: 02-2954949-5  Fax. No: 02-2985729

≥ Honorable Brother President Abu Amar, may God protect you, with the blessing
he homeland and the return

≥quest that you order the settling of the medical care expenses of the following
sons and their coverage from the PA account:

names)

≥ matter is for your decision

≥ you will be leaders for the homeland and the people

cerely,

≥ Supreme Movement Committee

rwan Al Barghouti

te at top of document)

:wan Al Barghouti: Fax

≥e in handwriting)

ri Nafez Abu Shabika

ana Abd Ahmed Da'ra

e at side of letter)

oed

e in Arafat's handwriting)

lth Ministry
--------------

isury Ministry
--------------

ir medical care should be covered

nature)

iser Arafat, according to his signature)

26

588/0022

March 2001

ote in handwriting)

e original was sent

amp on document)

e Palestinian Liberation Organization, The Palestinian National Authority

e Presidential Bureau

3-2001

tgoing Ref No: 3263

## mments to Document 7

The document concerns the covering of medical expenses of persons who were apparently wounded during the confrontation with Israel.

Arafat's signature and the stamp of the "Palestinian Authority" Presidential Bureau appear on the document. The document's characteristics and the method of transferring the subject for handling the PA elements recurs in the other documents.

Documents 1-5 in this file were dated after Document 7, i.e. from April 2001 onwards.

$$/0022

27

Original Copy of Document 7 in Arabic



28

688/0022

# Appendix B

## The Connection between the PA, Fatah and

## the Al Aqsa Martyrs Brigades

cument 8 – Excerpts from a document of the General Intelligence
paratus in the West Bank

No. 215/2002
Date: 6 February 2002

lestinian General Security
neral Intelligence
st Bank Districts Directorate
lkarm District

Head of General Intelligence/Northern Districts
ifiq Tirawi – Head of General Intelligence in the West Bank

etings.

bject: The General Situation Among Armed Fatah Personnel in the
District (Tulkarm)

The number of armed Fatah men in Tulkarm and in its refugee camp ranges
between 15-20.... some of them are active and carry out activity outside
Area A. (These operate) on bypass roads and even in the depth of Israel, as
happened recently in Hadera (*note: a lethal attack on 17 January
perpetrated by a terrorist with an explosive belt and a rifle at a Batmitzvah
party in Hadera, 6 Israeli civilians were killed and 25 injured in the attack*):
The (armed) men can be divided into three squads as follows:

a.   The Ziad Da'as squad: This squad carried out **high quality successful**
     attacks. The last (attack) in this framework was the **coordination and**
     **planning of the operation in Hadera to avenge the death of the martyr**
     Ra'ed Karmi. It would be fair to say that this squad is the most
     disciplined, and its men understand the general situation. Its men are very

29

688.0022

close to us (i.e. to the General Intelligence) and maintain with us continuous coordination and contacts.

b.   The Mansour Shreim squad.....This squad does include a large number of undesirables. However, we wish to emphasize that Mansour Shreim carried out several successful operations together with the martyr Jamil Atwan, the martyr Al-Karmi and brother Muhammad Abu Rabi'e. Mansour Shreim is a person who could be controlled and with whom understandings can be reached, were it not for the negative influence on him of Marwan Barghouti and Nasser Awis (Head of the Al Aqsa Martyrs Brigades in Samaria, captured on 13 April 2002 by the IDF. A captain in the National Security who receives a regular salary from the PA).

c.   The squad identified with Abd Al Wahab (nicknamed) "Hafez".... Some of his men opened a communications channel with Marwan Barghouti, others with Nasser Awis from Nablus. On the other hand, he neglects those who carry out high quality attacks (i.e. operations inside Israel).

Between the arms bearers (of Fatah) and the security apparatuses in the district (Tulkarm) several problems arose. In some cases this reached a complete breakdown of relations (between the security apparatuses and) the arms bearers and lack of (joint) work with them. All this at a time when the concept developed whereby the arms bearers of the Fatah constitute first and foremost a support for the Palestinian Authority and its security apparatuses.

Amongst the (Fatah) arms bearers are brothers who stand out in their activity, their affiliation to Fatah, and their understanding of the political situation and what is required in each political stage.

688/0022                               30

4.  The Tanzim secretariat (in Tulkarm) provides, through Abu Faruq, sums of money which are taken from the Tanzim budget and from the emergency budget for allocations to the arms bearers (note: the "emergency" budget – the intention is apparently to the budget transferred by the PA leadership through the emergency committee headed by Hakim Balawi)

5.  Proposals and recommendations:

    a.  The quality personnel amongst the arms bearers should be selected and assembled under one umbrella (and in the framework) of one group in order to train them for future activity. They should be given special attention from the material, morale and organizational aspects.

    b.  It is necessary to remove some of the parasites who mixed in with the arms bearers and those who did not fire one bullet at Israelis, in order to discard their financial burden and the problems which they cause.

6.  For your information.

                                     Head of the (General) Intelligence in the Tulkarm District
                                     Hamdi Al Darduch
                                     (Signature)

## Comments to Document 8

1.  The document reflects the updated policy of PA official elements regarding the pattern of ties between the PA, Fatah/Tanzim and the Al Aqsa Martyrs Brigades.

2.  "The Fatah arms bearers" are the squads of the Al Aqsa Martyrs Brigades, and this demonstrate the close connection between the two bodies.

3.  The "Al Aqsa Martyrs Brigades" is the military arm of the Fatah organization in the West Bank. The Brigades perpetrated many terrorist attacks in various scenarios (shootings, explosive charges, suicide bombings) in the Gaza Strip, West Bank and inside Israel. At the beginning of 2002, the United States declared the "Al Aqsa Martyrs Brigades" to be a terrorist organization.

688/0022

4.  The notion which emerges from the document is that the terrorist and suicide attacks carried out by the Al Aqsa squads are commensurate with the interests of the PA at the beginning of 2002.

5.  The element leading and directing the activities of the Brigades is Marwan Barghouti, head of the Fatah supreme committee in the West Bank which operates under Arafat's authority. This, by passing concrete directives to operatives.

6.  The document demonstrates the ties between Fatah personnel, who belong to the PA's manpower ranks, such as Nasser Awis from Nablus, and the Al Aqsa squads in the Tulkarm region.

7.  The recommendations of the intelligence elements are to extend material aid to the elements within the Al Aqsa Martyrs Brigades, and strengthen the ties between them and the General Intelligence.

32

688/0022

Document 9



Comments to Document 9

1.  Part of a poster that portrays the Fatah emblems (center) and the "Al Aqsa
    Martyrs Brigades" (sides) proves the close connection between the two entities.

2.  The poster is in the memory of Firas Sabhi Ja'aber, a senior activist in the
    Fatah/Tanzim terrorist infrastructure in Tulkarm. Firas Sabhi Ja'aber, a member
    of the Ra'ed Karmi squad, participated in the murder of two Israeli restaurant
    owners in Tulkarm and numerous shooting attacks.

3.  Ja'aber was killed on 27 October 2001 while trying to throw a hand grenade at
    an IDF tank near Tulkarm.

688/0022

## Appendix C

### Suicide Attacks Perpetrated by the Al Aqsa Martyrs Brigades

| Date | Location | Israelis Killed | Israelis Wounded |
|---|---|---|---|
| 10 August 2001 | Tel Aviv (Kirya) | - | 10 |
| 27 November 2001 | Afula * | 2 | 50 |
| 17 January 2002 | Hadera | 6 | 25 |
| 22 January 2002 | Jerusalem (Jaffa St.) | 2 | 33 |
| 25 January 2002 | Tel Aviv (Neve Sha'anan) | - | 23 |
| 27 January 2002 | Jerusalem | 1 | 131 |
| 17 February 2002 | IDF base near Pardes Hanna | - | 9 |
| 18 February 2002 | Near Maale Adumim | 1 | 1 |
| 19 February 2002 | Mehola | - | - |
| 22 February 2002 | Efrat | - | - |
| 25 February 2002 | Jerusalem | 1 | 9 |
| 27 February 2002 | Maccabim Checkpoint | - | 3 |
| 2 March 2002 | Jerusalem | 10 | 44 |
| 5 March 2002 | Tel Aviv | 3 | 26 |
| 9 March 2002 | Netanya | - | 58 |
| 10 March 2002 | Ashdod | - | 1 |
| 17 March 2002 | Kfar Saba | 1 | 8 |
| 17 March 2002 | Jerusalem | - | 31 |
| 21 March 2002 | Jerusalem | 3 | 71 |
| 29 March 2002 | Jerusalem | 2 | 22 |
| 30 March 2002 | Tel Aviv | - | 29 |
| 31 March 2002 | Efrat | - | 6 |
| Total | | 32 | 613 |

* Joint responsibility with the Islamic Jihad