

PLAINTIFF'S
EXHIBIT
325
tabbies

[Handwritten text appears in *italics*]

[Hebrew letter Het]

**Israel [Emblem] Police**

**Memo**

| To: *Binyamin Department Head* | Date *January 8, 2001* |
|---|---|
| From: *56044-1 SM Shabi Ovadia* | Telephone no. |

Subject:

*Operations, Seizure and Marking Report*

Ref:

*Today at approximately 8:35 p.m., I visited the new Givon Junction following an incident in which two vehicles were fired at. I arrived at the scene and observed two vehicles damaged by shooting. A Hyundai automobile [registration] number 4371820, color white and a white Citroen automobile [registration] number 8887717.*

*I observed several bullet holes on the Hyundai automobile as follows: 2 on the right hand side, 4 on the hood, 2 on the left hand side, 1 in the window of the driver's door.*

*I observed 3 bullet holes on the Citroen, as follows: 1 on the front of the vehicle on the hood, 1 on the right hand side towards the front, 1 below the front right hand light [Translator's note: could be headlight: unclear], also, at the scene, near the*

[Signature]

M-1010 (6.2000) 18,600x100

[Stamp] P 3: 48

[Handwritten text appears in *italics*]

**Israel [Emblem] Police**
**Memo**

| To:<br>*Binyamin Department Head* | Date<br>*January 8, 2001* |
|---|---|
| From:<br>*56044-1 SM Shabi Ovadia* | Telephone no.<br>*Page 2* |

Subject:

*Continued from Page 1*

Ref:

*Hyundai automobile I observed 15 AK-47 7.65 caliber bullet casings. I seized and marked the bullet casings and marked them under my name Shabi Ovadia, on this day January 8, 2001 and I sent them to Investigations for further action.*

Ovadia Shabi [Signature]

[Stamp] P 3: 49

[Handwritten text appears in *italics*]

[Hebrew letter Tet]

**Israel [Emblem] Police**
**Memo**

| To: *Department Head* | Date *January 8, 2001* |
|---|---|
| From: *Forensics Nujaym* | Telephone no. |
| Subject: *Examination of White Daihatsu Automobile* | |

Ref:

*1) This evening I was called out to deal with a shooting incident. During the search, the I.D.F. discovered an automobile absconding to the village of Bidu following the shooting. The automobile was a white Daihatsu.*

*2) Following a bomb disposal inspection of this automobile I collected 14 7.65 bullet casings. There were 5 bullet casings in the trunk, 9 bullet casings were collected from the back seat of the automobile. 1bullet casing was seized from under the automobile after it had been towed away.*

*3) In total, 15 bullet casings were collected from the automobile. The automobile will be towed to the fingerprinting laboratory for a comprehensive fingerprinting examination. The samples were sent in an envelope to Rafi Alfi, the duty investigator.*

*The automobile's chassis no. is JDAA101S000641831*
*According to the terminal it is not possible to check the stolen [vehicle] file*

M-1010 (6.2000) 18,600x100

[Signature]

[Stamp] P 3: 50

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P3: 48-49.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P3: 48-49.

Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P3: 50.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P3: 50.

Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

Notary Public

HIRUT J MIHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

Case 1:04-cv-00397-GBD-RLE   Document 693-25   Filed 12/30/14   Page 8 of 11



(ה)

משטרת ישראל

# מזכר

| | |
|---|---|
| אל: רמ"ח בנימין | תאריך: 8.01.01 |
| מאת: רס"מ שבי עדדיה 56044-1 | מס' טלפון: |

הנדון: דו"ח פעולה תפיסה וסימון

סימוכין:

היום סמוך לשעה 2035 לערך ביקרתי בכביש מגבעון החדשה לאחר ארוע של ירי על שני מכוניות. הגעתי למקום והבחנתי בשני מכוניות פגועות ירי. מכונית מסוג יונדאי מספר 4371820 בצבע לבן וכן מכונית מסוג סיטרואן לבן מספר 8887717.

על מכונית היונדאי הבחנתי במספר פגיעות ירי והם: 2 בדלת ימין, 4 במכסה מנוע, 2 בדלת שמאל, 1 בשמשה של נהג.

על הסיטרואן הבחנתי ב 3 פגיעות והם: 1 בחלון הרכב על מכסה המנוע, 1 בדלת ימין בחלק הקדמי ו-1 מתחת לפנס קדמי ימני.

כמו כן בזירת הארוע סמוך למכונית



משטרת ישראל

# מזכר

| | |
|---|---|
| אל: רמ"ח בנימין | תאריך 08.01.01 |
| מאת: 560441 רס"מ שי עובדיה | מס' טלפון [illegible] 2 |

הנדון: הנשק לעיל 1

סימוכין:

[illegible] הבאתי 21 תרמילים של כדורי רובה מסוג קלצ'ניקוב בקוטר 7.65 אלה התרמילים נתפסו וסומנו בשמי שי עובדיה והתאריך של היום 8.1.01 והעברתי לחקירות להמשך טיפול.

עובדיה שי

(6.2000) 18,600×100

מ"ז 1010



(6)

משטרת ישראל

# מזכר

| | |
|---|---|
| אל: [illegible] | תאריך 8.1.01 |
| מאת: [illegible] | מס' טלפון |
| הנדון: [illegible] | |

סימוכין:

[illegible handwritten text]

JPAA1015000,641831

(6.2000) 18,6000 מ'1010

P 3: 50