*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
*www.legaltrans.com*



Ministry of Health – the National Center of Forensic Medicine

Based on the examination, the findings as per the photographs below are an integral part of Report No. 3/160/2002

Consistent with the report of – the deceased Jane Doe (terrorist – Wafa Idris)

Picture No. 1
Head, anterior view



Picture No. 1
Head, right view



1

[Stamp] P 8: 185

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P8: 185.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P8: 185.

_____
Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HALA Y GOBRIAL
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990

משרד הבריאות – המרכז הלאומי לרפואה משפטית

על סמך הבדיקה, הממצאים לפי התמונות מטה הם חלק בלתי נפרד מדו"ח מספר 3/160/2002

מתאים לדו"ח המנוח/ה אלמונית (מחבלת – וופא אטיריס)

תמונה מספר 1

ראש מקדימה.



תמונה מספר 2

ראש מימין.



1