9 MAR. 2003 11:57    ZIHOI YAM



[illegible] P.1

003310

Tziyon District
Investigations / Forensic Science Division
5 Adar B 5763
9 March 2003

To:  Attorney Tami Anis
Tel-Aviv District Attorney's Office

### In Accordance with Article 23 in the Evidence Order (New Version) 5731 – 1971

In the Tel-Aviv District Court, in the matter between the State of Israel and Nasser Aweis.

Severe Crime Case 1137/02.

### Civil Servant Certificate

Number: 952127. Rank: Superintendent. Name: Lior Nadivi. Position: Head of Forensic Science Division.
Residence: 1 Heshin Street, Jerusalem. Name of unit in which he serves: Tziyon District / Forensic Science
Division. Work place: Israel Police.

I, the undersigned, attest to, and confirm the following: On 22 January 2002, I photographed a shooting crime
scene, where two women had been murdered and other people had been injured. The shooting occurred in
46 Jaffa Street, Jerusalem. The first photo was registered in the Division's Events Photography Log under
number 22/02, P"A Case 502/02, Tziyon District.

The photos I made at the scene of the event, along with other photos (taken by Advanced Staff Sergeant
Major Avi Tsetsna, Private No. 462341) of cars that had been hit during the shooting, were displayed by me
on cardboards and were delivered to the Tel-Aviv District Attorney's Office.

This certificate was delivered by me, so it may be submitted to the court. I hereby declare that I am well
aware of the fact that according to the Criminal Law provisions regarding the committing of perjury pursuant
to a judge warning in court – this certificate, signed by me, constitutes a judge warning received in court.

Date: 9 March 2003                                             Signature: Lior Nadivi

This certificate is delivered instead of Form M-4126, which is lacking from the unit's supply.

P 6:562

003310

Tziyon District
Investigations / Forensic Science Division
5 Adar B 5763
9 March 2003

To:  Attorney Tami Anis
     Tel-Aviv District Attorney's Office

## In Accordance with Article 23 in the Evidence Order (New Version) 5731 – 1971

In the Tel-Aviv District Court, in the matter between the State of Israel and Nasser Aweis.

Severe Crime Case 1137/02.

### Civil Servant Certificate

Number: 952127. Rank: Superintendent. Name: Lior Nadivi. Position: Head of Forensic Science Division.
Residence: 1 Heshin Street, Jerusalem. Name of unit in which he serves: Tziyon District / Forensic Science
Division. Work place: Israel Police.

I, the undersigned, attest to, and confirm the following: On 22 January 2002, I photographed a shooting crime
scene, where two women had been murdered and other people had been injured. The shooting occurred in
46 Jaffa Street, Jerusalem. The first photo was registered in the Division's Events Photography Log under
number 22/02, P"A Case 502/02, Tziyon District.

The photos I made at the scene of the event, along with other photos (taken by Advanced Staff Sergeant
Major Avi Tsetsna, Private No. 462341) of cars that had been hit during the shooting, were displayed by me
on cardboards and were delivered to the Tel-Aviv District Attorney's Office.

This certificate was delivered by me, so it may be submitted to the court. I hereby declare that I am well
aware of the fact that according to the Criminal Law provisions regarding the committing of perjury pursuant
to a judge warning in court – this certificate, signed by me, constitutes a judge warning received in court.

Date: 9 March 2003                                         Signature: Lior Nadivi

This certificate is delivered instead of Form M-4126, which is lacking from the unit's supply.

## Photos Board

Jerusalem 1/11 [handwritten]

| | | Superintendent Lior Nadivi | | |
|---|---|---|---|---|
| Rank | First Name | Private No. 95212-7 | Photo taken on 1/22/2002 | Case No. |
| [cut off] 46, Jerusalem | | | | Lab Log No. 22/02 |



[Cut off] shooting incident perpetrated by a single terrorist.

[Cut off] terrorist's body was found, after

[Cut off] to death, in a parking lot in Harav Kook Street.

[Cut off] was moved to a place covered from the rain

[Cut off] to process it.



[Cut off] remains of a brain.



[Cut off] remains of clothes and a Quran.

The "Photos Board" is an integral part of Form M-4101 (Road Accident Report).

## Photos Board

Jerusalem 2/11 [handwritten]

[cot off] the photographer

**Superintendent Lior Nadivi**
**Private No. 95212-7**

| Rank | First Name | | Photo taken on 1/22/2002 |
|------|-----------|---|---|
| | | | |

| Case No. |
|----------|
| Lab Log No. 22/02 |



[cut off] D – close up photo of

[cut off] Quran[?].



[cut off] of the terrorist, where it was inspected, on the crossing

[cut off] Harav Kook to Jaffa Street.



[cut off] different angle.

The "Photos Board" is an integral part of Form M-4101 (Road Accident Report).

# Photos Board

Jerusalem 3/11 [handwritten]

| Rank | First Name | Superintendent Lior Nadivi
Private No. 9S212-7 | Photo taken on
1/22/2002 |
|------|-----------|------------------------|-----------------|
|      |            |                        |                 |

| Case No. |
|----------|
| Lab Log No.      22/02 |



[cut off] terrorist



[cut off] close up photo.



[cut off] different angle.

## Photos Board

Jerusalem 4/11 [handwritten]

[cut off] the photographer

Superintendent Lior Nadivi
Private No. 95212-7

| Rank | First Name | | Photo taken on 1/22/2002 |
|------|-----------|--|--------------------------|
| | | | |

| Case No. |
|----------|
| Lab Log No. |
| 22/02 |



[cut off] collateral damage – bus stop hit.

[cut off] 46 Jaffa.



[cut off] at clothing shop "Koresh"



[cut off] which is registered as A – close up view.

## Photos Board

Jerusalem 5/11 [handwritten]

[cut off] the photographer

Superintendent Lior Nadivi
Private No. 95212-7

| Rank | First Name | | Photo taken on 1/22/2002 |
|------|-----------|--|-----------|
| | | | |

| Case No. | |
|----------|--|
| Lab Log No. | 22/02 |





[cut off]  which is registered as A in Photo 13,

[cut off]  close up.



[cut off]  which is registered as B in Photo 11,

[cut off]  close up.

**Photos Board**          Jerusalem 6/11 [handwritten]

| Rank | First Name | Family nNme | Photo taken on 1/22/2002 |
|------|-----------|-------------|--------------------------|
|      |           | Superintendent Lior Nadivi | |

| Case No. |
|----------|
| Lab Log No.    22/02 |



[cut off]  registered as C in Photo 11,

[cut off]  close up.



[cut off] additional, at the front of the abovementioned shop.



[cut off]  a bullet in the security bars that close the

[cut off] from Jaffa street to Harav Kook parking lot.

[cut off] the top).

## Photos Board

Jerusalem 7/11 [handwritten]

[cut off] the photographer

| Rank | First Name | Family Name | Photo taken on |
|------|-----------|-------------|----------------|
|      |           | Superintendent Lior Nadivi | 1/22/2002 |

| Case No. |
|----------|
| Lab Log No. |
| 22/02 |



[cut off] in the "Cellcom" shop.



[cut off] close up.



[cut off] bullets in the car, which was standing in the parking lot

[cut off] the place where it hit is marked with an arrow.

## Photos Board

Jerusalem 8/11 [handwritten]

| Rank | First Name | Superintendent Lior Nadivi Private No. 95212-7 | Photo taken on 1/22/2002 |
|------|-----------|------|------|
|  |  |  |  |

| Case No. |
|----------|
| Lab Log No. 22/02 |



[cut off] a bullet, from photo 21, view

[cut off] _____ .



[cut off] bullets in a bus stop in the street

[cut off] 46 Jaffa.



[cut off] close up.

## Photos Board

Jerusalem 9/11 [handwritten]

| Rank<br>Advanced Staff<br>Sergeant Major | First Name<br>Avi | Family Name<br>Tsentsna | Photo taken on<br>1/23/2002 |
| --- | --- | --- | --- |
| | | | |

| Case No. |
| --- |
| Lab Log No.<br>24/02 |







[cut off]  bullet hits in cars

[cut off]  a day after the event by a technician

[cut off]  on top.

## Photos Board

Jerusalem 10/11 [handwritten]

[cut off] **the photographer**

| 4[cut off] | Rank<br>Advanced Staff<br>Sergeant Major | First Name<br>Avi | Family Name<br>Tsentsna | Photo taken on<br>1/23/2002 |
|---|---|---|---|---|
| | | | | |

| Case No. |
|---|
| **Lab Log No.**<br>24/02 |







## Photos Board

Jerusalem 11/11 [handwritten]

[cut off] **photographer**

| 4[cut off] | Rank<br>Advanced Staff<br>Sergeant Major | First Name<br>Avi | Family Name<br>Tsentsna | Photo taken on<br>1/23/2002 |
|---|---|---|---|---|
|  |  |  |  |  |



| Case No. |
|---|
| Lab Log No. |
| 24/02 |





PE 574

P 6:574

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

---

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 6: 562-574.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number P 6: 562-574.

Dated: December 12, 2014

                                                _____
                                                Yaniv Berman

003310

מרחב ציון
חקירות / מחלק זיהוי פלילי
ח' אדר ב' תשס"ג
9 במרץ 2003

עבור: עו"ד תמי אניס
פרקליטות מחוז תל-אביב

<u>בהתאם לסעיף 23 לפקודת הראיות (נוסח חדש) תשל"א – 1971</u>

בבית המשפט <u>המחוזי בתל-אביב</u> בעניין שבין <u>מדינת ישראל</u> ובין <u>נאסר עוויס</u>
תפ"ח 1137/02

## <u>תעודת עובד ציבור</u>

המספר <u>952127</u> חדרגה <u>רב-פקד</u> השם <u>ליאור נדיבי</u> משרתו <u>ראש מחלק זיהוי פלילי</u>
מעונו <u>רחוב חשין 1, ירושלים</u> שם היחידה בה חוא משרת <u>מרחב ציון/מחלק זיהוי</u>
<u>פלילי</u> מקום עבודתו <u>משטרת ישראל.</u>

אני חח"מ מעיד ומאשר לאמור: בתאריך 22/01/2002 צילמתי זירת פיגוע ירי,
במהלכו נרצחו שתי נשים ונפצעו אנשים נוספים, שהתרחש ברחוב יפו 46,
בירושלים. הצילום נרשם ביומן צילום אירועים של המחלק במספר 22/02, תיק פ"א
502/02 של מרחב ציון.

חתמונות שצילמתי באירוע, יחד עם תמונות נוספות של מכוניות שנפגעו מהירי
ושצולמו ע"י מ.א. 462341 רס"ם אבי צצנה, נערכו על ידי על גבי לוחות קרטון
והועברו לפרקליטות מחוז תל-אביב.

תעודה זו ניתנה על ידי לשם הגשתה כראייה לבית חמשפט וחריני מצהיר בזה כי
ידוע לי חיטב שלעניין הוראות החוק הפלילי, בדבר עדות שקר תחת אזהרת שופט
בבית חמשפט, דין תעודה זו, כשהיא חתומה על ידי, כדין אזהרת שופט שקיבלתי
בבית משפט.

התאריך 9/03/2003          החתימה ___נדיבי___

תעודה זו ניתנת במקום טופס מ-4126 שחסר במלאי היחידה.

P 6: 562

003310

ציון     מרחב
• חקירות / מחלק זיהוי פלילי
ה'   אדר   ב'   תשס"ג
9   במרץ   2003

עבור: עו"ד תמי אניס
פרקליטות מחוז תל-אביב

**בהתאם לסעיף 23 לפקודת הראיות (נוסח חדש) תשל"א – 1971**

בבית המשפט <u>המחוזי בתל-אביב</u> בעניין שבין <u>מדינת ישראל</u> ובין <u>נאסר עוויס</u>
תפ"ח 1137/02

## תעודת עובד ציבור

החמספר **952127** חדרגה <u>רב-פקד</u> השם <u>ליאור נדיבי</u> משרתו <u>ראש מחלק זיהוי פלילי</u>
מעונו <u>רחוב חשין 1, ירושלים</u> שם היחידה בה חוא משרת <u>מרחב ציון/מחלק זיהוי</u>
<u>פלילי</u> מקום עבודתו <u>משטרת ישראל</u>.

אני החי"מ מעיד ומאשר לאמור: בתאריך 22/01/2002 צילמתי זירת פיגוע ירי,
במחלכו נרצחו שתי נשים ונפצעו אנשים נוספים, שהתרחש ברחוב יפו 46,
בירושלים. הצילום נרשם ביומן צילום אירועים של המחלק במספר 22/02, תיק פ"א
502/02 של מרחב ציון.

התמונות שצילמתי באירוע, יחד עם תמונות נוספות של מכוניות שנפגעו מהירי
ושצולמו עי"י מ.א. 462341 רס"ם אבי צצנה, נערכו על ידי על גבי לוחות קרטון
והועברו לפרקליטות מחוז תל-אביב.

תעודה זו ניתנה על ידי לשם הגשתה כראייה לבית המשפט וחריני מצהיר בזה כי
ידוע לי היטב שלעניין הוראות החוק הפלילי, בדבר עדות שקר תחת אזהרת שופט
בבית המשפט, דין תעודה זו, כשהיא חתומה על ידי, כדין אזהרת שופט שקיבלתי
בבית משפט.

התאריך **9/03 2003**     החתימה _נדיבי_

תעודה זו ניתנת במקום טופס מ-4126 שחסר במלאי היחידה.



ירושלם

# לוח תצלומים

P 6: 564







2/11

ירושלים

# לוח תצלומים

הצלם

| רודה | שם פרטי | **רפ"ק ליאור נדיבי** | תאריך ביולם | מס' התיק |
| | מ.א. **93212-7** | 22.1.02 | | |

מס' יומן הפעצדה

22/02



ולוא 3 - חאונה אקנולב ה
/"



חגיגוא, כאגות הזוקחה, כאציר
הרח קות לחם יסל.



כלית אות.

3/11  ירושלים  **לוח תצלומים**

לם

| מס' התיק | | תאריך צילום | שם מריד**פ"ק ליאור תויבי** | דו"ר |
|---|---|---|---|---|
| | | 22.1.02 | 95212-7 .א.ז | |

מס' יומן המעבדה
22/02



אתב



לום  שקומב



יית  שלוב

4/11

ורטאלק

# לוח תצלומים

| דרגה | שם פרטי רס"ק ליאור צדיני מ.א. - 93212-7 | תאריך צילום 22.1.02 | מס' החוק |
|---|---|---|---|
| | | | מס' יומן המעברה 22/02 |

והצלם

 

ביתן -כניסה בתחנת האוטובוס
יה 46



תחנות הסדים "ג'ר"ט"



התמונות של - מבט מקרוב

*S1AA*

לוח תצלומים ירושלים

הצלם

| מס' התיק | תאריך צילום | שם מ*רס"ק ליאור מזרבי | דרגה |
|---|---|---|---|
| מס' יומן המעבדה<br>22/02 | 22.1.02 | מ.א. 7-95212 | |





התמונות *אל* הם *I?אלם* 23,
*שקפים?*



, התמונות ה *I?אלם* של,
*שקפים?*

6/11

ורהאעל

# לוח תצלומים



לם

| דנה | שם פרטי | שם משפחה | תאריך צילום | מס' התיק |
|---|---|---|---|---|
| | רפ"ק ליאור נדיבי | | 22.1.02 | מס' יומן המעבדה |
| | מ.א. 95213-7 | | | 22/02 |



הפסאת ל הקלום אנ,
קול.



רוסמת החגית החגלים הול



קלם המחית הפוערום ולם
, אות יכו לאתנון הרב קלק.
ולגון (

# לוח תצלומים



| רדוה | שם פרטי | תאריך צילום | מס' התיק | הצלם |
|---|---|---|---|---|
| | דפ"ק ליאור קדובי | 22. 1.02 | | מס' יומן המעבדה 22/02 |
| | מ. א. 7-95212 | | | |



חזית של מבנין "סלקום"



כן - אקרות



זלזת הרכב, ועליפ החמוון
ד. הפגיעה שמאלית הפה

8/11



# לוח תצלומים

לם

| מספר החלק | תאריך צילום | רפ"ק ליאור גדיבי | שם פרטי | הודה |
|---|---|---|---|---|
| | 22.1.02 | מ.א. 7-95212 | | |

מס' יומן המעבדה
22/02



לא, אתשאוה  כ-2, אבס



צילים היתנת ואוולם ברח
1 יפ' 46.



6. אמפלול

# לוח תצלומים

| רונה | שם פרטי | שם משפחה | תאריך צילום | מס' התיק |
|---|---|---|---|---|
| | | | 23. 1. 02 | |
| | | | | מס' זימן המעבדה |
| | | | | 24/02 |







10/11

לוח תצלומים

הצלם

| | | מס' תתיק | תאריך צילום | שם משפחה | שם פרטי | רהוה | |
|---|---|---|---|---|---|---|---|
| | | | 23.1.02 | 3133 | קלי | 07 מ | 4 |
| | | מס' ייזון המעבדה | | | | | |
| | | 24/02 | | | | | |







11/11    ורוניקל

# לוח תצלומים

נלם

| זרחה | שם פרטי | שם משפחה | תאריך צילום | מס׳ החיק |
|---|---|---|---|---|
| 4  ר 05 | 9/1 | 2183 | 23.1.02 | |
| | | | | מס׳ יומן המעצרה |

24/02



