# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

December 30, 2014

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>          Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

I write in response to Defendants' December 30, 2014 letter [DE 691] requesting that the Court instruct plaintiffs to provide information regarding Zvi Goldberg, Alex Stein, Anat Hazut, and Meshulam Pearlman.

Defendants already have ample information about these witnesses from plaintiffs' previous disclosures.  Nonetheless, if defendants had directed the above request to me, I would have agreed to provide them with the information for these four witnesses.  We will do so by January 5.  There was no need for defendants to trouble the Court.

Respectfully,

Kent A. Yalowitz

cc:    All ECF Counsel