## APPENDIX A

| Pls. Ex. No. | Plaintiffs' Description of Exhibit | Date Produced by Plaintiffs | Produced After 12/21/12 |
|---|---|---|---|
| 242 | News Coverage (Live), July 31, 2002 Hebrew University Bombing | 2/28/2013 | X |
| 311 | Photograph, Jan. 29 2004 Bombing | 12/11/2013 | X |
| 374 | News Coverage (Live), March 21, 2002 Bombing | 12/10/2013 | X |
| 403 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 405 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 406 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 407 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 408 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 409 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 410 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 411 | Photograph, January 22, 2002 Shooting | 12/19/2013 | X |
| 453 | Photograph, July 31, 2002 Hebrew University Bombing | 12/11/2013 | X |
| 454 | Photograph, July 31, 2002 Hebrew University Bombing | 12/11/2013 | X |
| 474 | Photograph, Wafa Idris Head | 3/20/12 | |
| 475 | Photograph, Wafa Idris Head and Arm | 3/20/12 | |
| 476 | Photograph, Wafa Idris Legs | 3/20/12 | |
| 477 | Israel Police Force, Expert Opinion on Jan. 27, 2002 Bombing | 4/11/13 | X |
| 489 | News Coverage (Live), Jan. 29, 2004 Bombing | 3/25/13 | X |
| 1122 | N/A | 12/11/2012 | |
| 1123 | N/A | 12/15/2014 | X |
| 1124 | N/A | 12/15/2014 | X |
| 1125 | N/A | 12/15/2014 | X |
| 1130 | N/A | 11/11/2014 | X |
| 1131 | N/A | 11/11/2014 | X |
| 1132 | N/A | 11/11/2014 | X |
| 1133 | N/A | 11/11/2014 | X |
| 1134 | N/A | 11/11/2014 | X |
| 1135 | N/A | 11/11/2014 | X |