## APPENDIX B

| |
|---|
| Ahmed Barghouti |
| Ahmed Salah |
| Ali Jaara |
| Fares Ghanem |
| Fuad al Shubaki |
| Hassan Abu Libdeh |
| Hilmi Hamash |
| Hussein al Sheikh |
| Ibrahim Abdel Hai |
| Ibrahim Hamed |
| Jibril Rajoub |
| Mahmoud Damara |
| Majed al-Masri |
| Mazen Freitakh |
| Mazen Jadallah |
| Mohamed Erman |
| Mohamed Hashaika |
| Mohamed Ma'ali |
| Mohamed Odeh |
| Mohamed Sami Abdullah |
| Mohammed Dahlan |
| Munzar Noor |
| Raed al Karmi |
| Said Awada |
| Tawfiq Tirawi |
| Wael al Qassim |
| Wafa Idris |
| Walid Anjas |