

P 7: 517





P 6: 561





P 5: 388



PLAINTIFF'S
EXHIBIT
1133



P 4: 287





P 7: 519







9 MAR. 2003 11:57   ZIHOI YAM



[illegible] P.1

003310

Tziyon District
Investigations / Forensic Science Division
5 Adar B 5763
9 March 2003

To:  Attorney Tami Anis
Tel-Aviv District Attorney's Office

### In Accordance with Article 23 in the Evidence Order (New Version) 5731 – 1971

In the Tel-Aviv District Court, in the matter between the State of Israel and Nasser Aweis.

Severe Crime Case 1137/02.

### Civil Servant Certificate

Number: 952127. Rank: Superintendent. Name: Lior Nadivi. Position: Head of Forensic Science Division. Residence: 1 Heshin Street, Jerusalem. Name of unit in which he serves: Tziyon District / Forensic Science Division. Work place: Israel Police.

I, the undersigned, attest to, and confirm the following: On 22 January 2002, I photographed a shooting crime scene, where two women had been murdered and other people had been injured. The shooting occurred in 46 Jaffa Street, Jerusalem. The first photo was registered in the Division's Events Photography Log under number 22/02, P"A Case 502/02, Tziyon District.

The photos I made at the scene of the event, along with other photos (taken by Advanced Staff Sergeant Major Avi Tsetsna, Private No. 462341) of cars that had been hit during the shooting, were displayed by me on cardboards and were delivered to the Tel-Aviv District Attorney's Office.

This certificate was delivered by me, so it may be submitted to the court. I hereby declare that I am well aware of the fact that according to the Criminal Law provisions regarding the committing of perjury pursuant to a judge warning in court – this certificate, signed by me, constitutes a judge warning received in court.

Date: 9 March 2003                                         Signature: Lior Nadivi

This certificate is delivered instead of Form M-4126, which is lacking from the unit's supply.

003310

Tziyon District
Investigations / Forensic Science Division
5 Adar B 5763
9 March 2003

To:  Attorney Tami Anis
     Tel-Aviv District Attorney's Office

### In Accordance with Article 23 in the Evidence Order (New Version) 5731 – 1971

In the Tel-Aviv District Court, in the matter between the State of Israel and Nasser Aweis.

Severe Crime Case 1137/02.

### Civil Servant Certificate

Number: 952127. Rank: Superintendent. Name: Lior Nadivi. Position: Head of Forensic Science Division.
Residence: 1 Heshin Street, Jerusalem. Name of unit in which he serves: Tziyon District / Forensic Science
Division. Work place: Israel Police.

I, the undersigned, attest to, and confirm the following: On 22 January 2002, I photographed a shooting crime
scene, where two women had been murdered and other people had been injured. The shooting occurred in
46 Jaffa Street, Jerusalem. The first photo was registered in the Division's Events Photography Log under
number 22/02, P"A Case 502/02, Tziyon District.

The photos I made at the scene of the event, along with other photos (taken by Advanced Staff Sergeant
Major Avi Tsetsna, Private No. 462341) of cars that had been hit during the shooting, were displayed by me
on cardboards and were delivered to the Tel-Aviv District Attorney's Office.

This certificate was delivered by me, so it may be submitted to the court. I hereby declare that I am well
aware of the fact that according to the Criminal Law provisions regarding the committing of perjury pursuant
to a judge warning in court – this certificate, signed by me, constitutes a judge warning received in court.

Date: 9 March 2003                                      Signature: Lior Nadivi

This certificate is delivered instead of Form M-4126, which is lacking from the unit's supply.

## Photos Board

Jerusalem 1/11 [handwritten]

| | | Superintendent Lior Nadivi | | |
|---|---|---|---|---|
| Rank | First Name | Private No. 95212-7 | Photo taken on 1/22/2002 | Case No. |
| [cut off] 46, Jerusalem | | | | Lab Log No. 22/02 |



[Cut off] shooting incident perpetrated by a single terrorist.

[Cut off] terrorist's body was found, after

[Cut off] to death, in a parking lot in Harav Kook Street.

[Cut off] was moved to a place covered from the rain

[Cut off] to process it.



[Cut off] remains of a brain.



[Cut off] remains of clothes and a Quran.

The "Photos Board" is an integral part of Form M-4101 (Road Accident Report).

# Photos Board

Jerusalem 2/11 [handwritten]

[cot off] the photographer

Superintendent Lior Nadivi
Private No. 95212-7

| Rank | First Name | | Photo taken on 1/22/2002 |
|------|-----------|---|---|
| | | | |

| Case No. | |
|----------|--|
| Lab Log No. | 22/02 |



[cut off] D – close up photo of

[cut off] Quran[?].



[cut off] of the terrorist, where it was inspected, on the crossing

[cut off] Harav Kook to Jaffa Street.



[cut off] different angle.

The "Photos Board" is an integral part of Form M-4101 (Road Accident Report).

# Photos Board

Jerusalem 3/11 [handwritten]

| Rank | First Name | Superintendent Lior Nadivi Private No. 95212-7 | Photo taken on 1/22/2002 |
|------|-----------|------|------|
| | | | |

Case No.

Lab Log No.
22/02



[cut off] terrorist



[cut off] close up photo.



[cut off] different angle.

## Photos Board

Jerusalem 4/11 [handwritten]

[cut off] the photographer

Superintendent Lior Nadivi
Private No. 95212-7

| Rank | First Name | | Photo taken on 1/22/2002 |
|------|-----------|--|---------------------------|
|      |           |  |                           |

| Case No. |
|----------|
| Lab Log No. |
| 22/02 |



[cut off] collateral damage – bus stop hit.

[cut off] 46 Jaffa.



[cut off]  at clothing shop "Koresh"



[cut off] which is registered as A – close up view.

# Photos Board

Jerusalem 5/11 [handwritten]

[cut off] the photographer

Superintendent Lior Nadivi
Private No. 95212-7

| Rank | First Name | | Photo taken on 1/22/2002 |
|------|-----------|---|----|
| | | | |

| Case No. | |
|----------|---|
| Lab Log No. | 22/02 |







[cut off] which is registered as A in Photo 13,

[cut off] close up.



[cut off] which is registered as B in Photo 11,

[cut off] close up.

# Photos Board

Jerusalem 6/11 [handwritten]

| Rank | First Name | Family nNme | Photo taken on 1/22/2002 |
|------|-----------|-------------|--------------------------|
|      |           | Superintendent Lior Nadivi |  |

| Case No. |
|----------|
| Lab Log No. 22/02 |



[cut off]  registered as C in Photo 11,

[cut off]  close up.



[cut off] additional, at the front of the abovementioned shop.



[cut off]  a bullet in the security bars that close the

[cut off] from Jaffa street to Harav Kook parking lot.

[cut off] the top).

## Photos Board

Jerusalem 7/11 [handwritten]

[cut off] the photographer

| Rank | First Name | Family Name | Photo taken on |
|------|-----------|-------------|----------------|
| | | Superintendent Lior Nadivi | 1/22/2002 |

| Case No. | |
|----------|--|
| Lab Log No. | 22/02 |



[cut off] in the "Cellcom" shop.



[cut off] close up.



[cut off] bullets in the car, which was standing in the parking lot

[cut off] the place where it hit is marked with an arrow.

## Photos Board

Jerusalem 8/11 [handwritten]

| Rank | First Name | Superintendent Lior Nadivi Private No. 95212-7 | Photo taken on 1/22/2002 |
|------|-----------|---------------------------------------------|--------------------------|
|      |           |                                             |                          |

| Case No. |
|----------|
| Lab Log No.    22/02 |



[cut off] a bullet, from photo 21, view

[cut off] _____ .



[cut off] bullets in a bus stop in the street

[cut off] 46 Jaffa.



[cut off] close up.

## Photos Board

Jerusalem 9/11 [handwritten]

| | Rank<br>Advanced Staff<br>Sergeant Major | First Name<br>Avi | Family Name<br>Tsentsna | Photo taken on<br>1/23/2002 |
|---|---|---|---|---|
| | | | | |



Case No.

Lab Log No.
24/02



[cut off]  bullet hits in cars

[cut off]  a day after the event by a technician

[cut off]  on top.





## Photos Board

Jerusalem 10/11 [handwritten]

[cut off] **the photographer**

| 4[cut off] | Rank<br>Advanced Staff<br>Sergeant Major | First Name<br>Avi | Family Name<br>Tsentsna | Photo taken on<br>1/23/2002 |
|---|---|---|---|---|
| | | | | |

| Case No. |
|---|
| Lab Log No.<br>24/02 |







## Photos Board

Jerusalem 11/11 [handwritten]

[cut off] **photographer**

| 4[cut off] | Rank | First Name | Family Name | Photo taken on |
|---|---|---|---|---|
| | Advanced Staff Sergeant Major | Avi | Tsentsna | 1/23/2002 |
| | | | | |



| Case No. |
|---|
| Lab Log No. |
| 24/02 |





P E 574

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 6: 562-574.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number P 6: 562-574.

Dated: December 12, 2014

Yaniv Berman

003310

מרחב
חקירות / מחלק זיהוי פלילי    ציון
ה' אדר ב' תשס"ג
9 במרץ 2003

עבור : עו"ד תמי אניס
פרקליטות מחוז תל-אביב

## בהתאם לסעיף 23 לפקודת הראיות (נוסח חדש) תשל"א – 1971

בבית המשפט המחוזי בתל-אביב בעניין שבין מדינת ישראל ובין נאסר עוויס
תפי"ח 1137/02

## תעודת עובד ציבור

המספר 952127 מדרגה רב-פקד חשם ליאור נדיבי משרתו ראש מחלק זיהוי פלילי
מעינו רחוב חשין 1, ירושלים שם היחידה בה חוא משרת מרחב ציון/מחלק זיהוי
פלילי מקום עבודתו משטרת ישראל.

אני הח"מ מעיד ומאשר לאמור : בתאריך 22/01/2002 צילמתי זירת פיגוע ירי,
במהלכו נרצחו שתי נשים ונפצעו אנשים נוספים, שהתרחש ברחוב יפו 46,
בירושלים. הצילום נרשם ביומן צילום אירועים של המחלק במספר 22/02, תיק פ"א
502/02 של מרחב ציון.

התמונות שצילמתי באירוע, יחד עם תמונות נוספות של מכוניות שנפגעו מהירי
ושצולמו ע"י מ.א. 462341 רס"ם אבי צצנה, נערכו על ידי על גבי לוחות קרטון
והועברו לפרקליטות מחוז תל-אביב.

תעודה זו ניתנה על ידי לשם הגשתה כראייה לבית המשפט והריני מצהיר בזה כי
ידוע לי היטב שלעניין הוראות החוק הפלילי, בדבר עדות שקר תחת אזהרת שופט
בבית המשפט, דין תעודה זו, כשהיא חתומה על ידי, כדין אזהרת שופט שקיבלתי
בבית משפט.

התאריך 9/03 2003        החתימה [חתימה]    נדיבי

תעודה זו ניתנת במקום בטופס מ-4126 שחסר במלאי היחידה.

003310

מרחב        ציון
• חקירות / מחלק זיהוי פלילי
ה' אדר ב' תשס"ג
9 במרץ 2003

עבור: עו"ד תמי אניס
פרקליטות מחוז תל-אביב

בהתאם לסעיף 23 לפקודת הראיות (נוסח חדש) תשל"א – 1971

בבית המשפט המחוזי בתל-אביב בעניין שבין מדינת ישראל ובין נאסר עוויס
תפ"ח 1137/02

תעודת עובד ציבור

המספר 952127 חדרגה רב-פקד השם ליאור נדיבי משרתו ראש מחלק זיהוי פלילי
מעונו רחוב חשין 1, ירושלים שם היחידה בה חוא משרת מרחב ציון/מחלק זיהוי
פלילי מקום עבודתו משטרת ישראל.

אני החי"מ מעיד ומאשר לאמור: בתאריך 22/01/2002 צילמתי זירת פיגוע ירי,
במחלכו נרצחו שתי נשים ונפצעו אנשים נוספים, שהתרחש ברחוב יפו 46,
בירושלים. הצילום נרשם ביומן צילום אירועים של המחלק במספר 22/02, תיק פ"א
502/02 של מרחב ציון.

חתמונות שצילמתי באירוע, יחד עם תמונות נוספות של מכוניות שנפגעו מחירי
ושצולמו עי"י מ.א. 462341 רס"ם אבי צצנה, נערכו על ידי על גבי לוחות קרטון
והועברו לפרקליטות מחוז תל-אביב.

תעודה זו ניתנה על ידי לשם הגשתה כראייה לבית חמשפט וחריני מצהיר בזה כי
ידוע לי היטב שלעניין חוראות החוק הפלילי, בדבר עדות שקר תחת אזהרת שופט
בבית חמשפט, דין תעודה זו, כשהיא חתומה על ידי, כדין אזהרת שופט שקיבלתי
בבית משפט.

התאריך 9/03 2003          החתימה [signature]

תעודה זו ניתנת במקום טופס מ-4126 שחסר במלאי היחידה.

P 6: 563

# לוח תצלומים



2/11

לוח תצלומים ירוא

הצלם

| רשמה | שם פרטי | רפ"ק ליאור נדיבי | תאריך ביצום | מס' החיק |
|---|---|---|---|---|
| | מ.א. 95212-7 | | 22.1.02 | |

מס' יומן הפעילה
22/02



לוח 7 - צילום ערוך A
יא



חישול, כמצות בזוקה, באצבר
הרב קוה לחמ יפל.



צילום ערוך

3/11    ירושלם    לוח תצלומים    לם

| מס' התיק | | תאריך צילום | שם פרטי **רפ"ק ליאור טויבי** | דו"ח |
|---|---|---|---|---|
| | | 22.1.02 | מ.א. 95212-7 | |
| מס' יומן הפעבדה | | | | |
| 22/02 | | | | |



נמצא



ללא שכבות



ללא שכבה

4/11

ירושלם

# לוח תצלומים

| הצלם | | | | |
|---|---|---|---|---|
| דרגה | | שם פרטי **רס"ק ליאור צדיקי** <br> מ.א. **93212-7** | תאריך צילום <br> 22.1.02 | מס' החקיק |
| | | | | מס' יומן המעבדה <br> 22/02 |




ניתן ב?נוצה בתחות כ|ג|ל|ום
יהל 46



התנות כדרים "ב/ל-ב"



המסחוות של Gב - אקביל?

5111

# לוח תצלומים ירושלים

הצלם

| דרגה | שם ומ **רס"ק ליאור מזיבי** | תאריך צילום | מס' התיק |
|---|---|---|---|
| | **מ.א. 7-95212** | 22.1.02 | |
| | | | מס' יומן המעבדה |
| | | | 22/02 |





התמונות של הקליעים 13 מ,
ירקוד ?



, התמונות 5 הקליעים מ,
ירקוד

6/11    ירושלים

# לוח תצלומים



| דגנה | שם פרטי | שם משפחה | תאריך צילום | מס׳ הזהוק |
|---|---|---|---|---|
| | | רפ"ס ליאור נדיבי | 22.1.02 | |
| | | מ.א. 7-95213 | | מס׳ יומן המעבדה |
| | | | | 22/02 |



הפגיעה = בקילום סמוך, קהיר.



נזקפת החנות החורבות הזכ



קלף פסולית הסוכרים ואת, אודד ובו לחטון הרב קלף. זלטון



# לוח תצלומים

הצלם

| רונה | שם פרטי דפ"ס ליאור נדיבי מ.א. 7 - 95212 | תאריך צילום 22.1.02 | מס' תיק |
| --- | --- | --- | --- |
| | | | מס' יומן המעצבה 22/02 |



חזית של חלון "סופר פארם"



כב אחורה



קדמה הרכב, מאחורי החנון
7. הכביש שמאחורי הרכב

8/11



# לוח תצלומים

| לם | | | | |
|---|---|---|---|---|
| זדות | שם פרטי | רפ"ק ליאור גדיבי | תאריך צילום | מסי התיק |
| | מ.א. 93212-7 | | 22.1.02 | |
| | | | | מס' יומן המעבדה |
| | | | | 22/62 |



צד, אתצאורה בזב, גמ6ss



צלצת אתחנת ואלוצאם בח
ו 51 46.



6. תקלות

9/8/

ורשעיף

# לוח תצלומים

לם

| רונו | שם פרטי | שם משפחה | תאריך צילום | | מס' התיק |
|---|---|---|---|---|---|
| רוסם | וקי | ה)733 | 23. 1. 02 | | מס' יומן המעבדה |
| | | | | | 24/02 |



נראת קלימים חבל דרך
ואית מארוג לי הכפיו
ראב-





# לוח תצלומים

הצלם

| רדגה | שם פרטי | שם משפחה | תאריך צילום | מס' חתיך |
|---|---|---|---|---|
| םוסמ | ,פ,ן | ;הדר | 23.1.02 | |

מס' יומן המעבדה
24/02







ירושלים

11/11

# לוח תצלומים

נלם

| זירה | שם פרטי | שנה משפחה | תאריך צילום | מס' הותיק |
|---|---|---|---|---|
| 4 | 1/16 | 183 | 23.1.02 | |
| | | | | מס' יומן המעבדה 24/02 |










PLAINTIFF'S
EXHIBIT
1124





PLAINTIFF'S
EXHIBIT
1123



PLAINTIFF'S
EXHIBIT
1122




Document 695-4

































الأسير محمد معالي (أبو هادي)
الحكم: ٢١ مؤبد



























بهم ننتصر

مكتب إعلام الأسرى
Alasra Media Office

| | |
|---|---|
| الأسير | وائل محمود علي قاسم |
| تاريخ الميلاد | 25/03/1971 |
| تاريخ الإعتقال | 18/08/2002 |
| المنطقة | القدس |
| الحكم | 35 مؤبد |
| العمل الجهادي | خلية سلوان |




-GBD-RLE    Document 695-4    Filed 12/31