# Exhibit 2

**PLEASE SEE ENCLOSED DVD**