# Exhibit 3

# Hill, Brian

| | |
|---|---|
| **From:** | Romeo, Carmela <Carmela.Romeo@aporter.com> |
| **Sent:** | Tuesday, December 23, 2014 7:14 PM |
| **To:** | Hill, Brian; Rochon, Mark; Ferguson, Laura; Hibey, Richard; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; Pildis, Sara K.; McMillan, Lucy S.; Hashimoto, Ken L.; Machnes, Tal; Kientzle, Michael; Rachel Weiser; Mordechai Haller; Robert Tolchin |
| **Subject:** | Sokolow v. PA/PLO |
| **Attachments:** | Perpetrator Photos to be Disclosed.zip; Letter to Defendants re Trial Demonstratives (12-23-14)_(EAST_69828597_1).PDF |

Counsel:

Please see the attached correspondence, and accompanying ZIP file.

Best,
Carmela

Carmela T. Romeo
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Telephone: +1 212-715-1195
carmela.romeo@aporter.com
www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

1

# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 23, 2014

**VIA E-MAIL**

Mark Rochon, Esq.
Miller & Chevalier
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005-5701

> Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
> Docket No. 04-CV-397 (GBD)(RLE)

Dear Mark:

Plaintiffs intend to use the enclosed photographs of convicted perpetrators in demonstratives at trial. The photographs are all publicly available.

Sincerely,

Kent A. Yalowitz

Encl.