# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK I. SOKOLOW, et al.,
                Plaintiffs,


 - vs -                     Case No.
                            04-CV-397(GBD)(RLE)


PALESTINE LIBERATION
ORGANIZATION, et al.,


                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -




DEPOSITION OF DR. LORI ALLEN

Tuesday, November 19, 2013

9:15 a.m.




Reported by:

Fiona Farson

Ref. No.: 10763

Page 57

| | | |
|---|---|---|
| 1 | Q. | Do you know what it is? |
| 2 | A. | I believe it's the -- it's understood to be the official |
| 3 | | news agency of the Palestinian Authority. |
| 4 | Q. | When you were living in Ramallah and Bethlehem, did you |
| 5 | | read Al-Quds? |
| 6 | A. | I reviewed Al-Quds. |
| 7 | Q. | And did you read Al-Ayyam during that period? |
| 8 | A. | I reviewed Al-Ayyam. |
| 9 | Q. | Did -- what's the difference between reading and |
| 10 | | reviewing? |
| 11 | A. | I didn't read every article, or -- I -- it was more than |
| 12 | | skimming, and getting a sense of what was being reported |
| 13 | | and how. |
| 14 | Q. | Did you -- did you review, as you've just described it, |
| 15 | | did you reviewed Al-Hayat al-Jadida? |
| 16 | A. | Perhaps on occasion, yes. |
| 17 | Q. | Did -- did you understand Al-Hayat al-Jadida to be |
| 18 | | associated with the Palestinian Authority? |
| 19 | A. | My understanding was that people regarded it to be |
| 20 | | associated with the Palestinian Authority. |
| 21 | Q. | Have you ever heard that it was the unofficial |
| 22 | | mouthpiece of the Palestinian Authority? |
| 23 | A. | Yes, I believe I've heard that. |
| 24 | Q. | Do you -- did you find that to be an accurate |
| 25 | | description? |

Page 58

```
 1         MR. HILL:  Objection, lack of foundation.
 2    A.   Again, I don't know what official relationship it may
 3         have had.  I had a sense of how Palestinians regarded
 4         that newspaper as being reflective of the PA.
 5   BY MR. YALOWITZ:
 6    Q.   Reflective of the official views of the PA?
 7    A.   As I said, I understood Palestinians understood this
 8         newspaper to be affiliated or reflective of --
 9         I understood that Palestinians believed that newspaper
10         to be associated with the PA.
11    Q.   Al-Hayat al-Jadida was distributed primarily at the
12         ministries and government organizations; is that true?
13    A.   I don't know.
14    Q.   Why don't we look at page 75 of the media map in front
15         of you; let's see if we can find out what they say about
16         it.
17            Do you see the entry on Al-Hayat al-Jadida in the
18         Palestinian Media Map?
19    A.   Yes.
20    Q.   They say that Al-Hayat al-Jadida is partially funded by
21         the government; do you see that?
22    A.   Yes.
23    Q.   Do you know whether that's true or false?
24    A.   I do not know.
25    Q.   Do you see they are reporting Al-Hayat al-Jadida is
```