# EXHIBIT C

"The Chairman of the Palestinian Journalists' Syndicate [Abd Al-Nasser Al-Najjar] … said that for the first time in the region, the Syndicate has begun signing collective labor agreements with the official media institutions: the Radio and Television [Corporation, *i.e.*, the official Arabic name for "PBC"], the WAFA agency and the Al-Hayat Al-Jadida newspaper. Later on, it will continue signing them [the agreements] with private media outlets, to cement the rights [of the workers] and improve [their] work environment."

["World Press Freedom Day", Al-Hayat Al-Jadida, May 4, 2014]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "World Press Freedom Day", Al-Hayat Al-Jadida (May 4, 2014).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "World Press Freedom Day", Al-Hayat Al-Jadida (May 4, 2014).

Dated: December 30, 2014

                        _____
                        ROEE COHEN

مظاهرة واحتفالات تطالب بحريات غير مسقوفة

# اليوم العالمي لحرية الصحافة.. فعاليات تستذكر شهداء الكلمة وبشاعة الاحتلال

**رام الله والبيرة – الحياة الجديدة – نائل موسى** - أحيا الصحفيون الفلسطينيون ونقابتهم، أمس، اليوم العالمي لحرية الصحافة، بالتظاهر للمطالبة بحرية الحركة للصحفيين أمام حاجز عسكري احتلالي قرب مستوطنة "بيت إيل" شمال مدينة البيرة.

وشهدت محافظة رام الله والبيرة بالتزامن احتفالات عدة بالمناسبة التي تصادف سنويا الثالث من أيار، أكدت السعي لحرية صحفية وتعبير غير مسقوفة في فلسطين، ورفض أي انتهاك للحقوق الصحفية او اعتداء على الصحفيين ايا كان مصدره.

واستذكر الصحفيون ونقابتهم بهذه المناسبة الإجراءات الاحتلالية البشعة، وشهداء الكلمة وجرحى ومعتقلي مهنة المتاعب وعاهدوا على مواصلة الطريق من اجل صحافة وطنية حرة ومهنية قادرة على مواجهة التحديات والعراقيل لنقل حقيقة ما يجري على الأرض الفلسطينية وإيصال رسالة وصوت الشعب الفلسطيني.

وقمعت قوات الاحتلال المسيرة التي دعت لها نقابة الصحفيين بإطلاق قنابل الصوت والغاز المسيل للدموع، تجاه الصحفيين، ما أدى لوقوع إصابات بحالات اختناق شديد.

واحتشد عشرات الصحفيين يتقدمهم النقيب وأعضاء مجلس النقابة أمام الحاجز العسكري وهم يرفعون الإعلام الفلسطينية ويافطات خطت عليها شعارات مطالبية، ورددوا الهتافات المطالبية بحرية الحركة والتنقل للصحفيين الفلسطينيين، ووسائل الإعلام المحلية، وحمايتهم من انتهاكات الاحتلال.

نقيب الصحفيين د. عبد الناصر النجار، وجه رسالة نقابة مطالبية للعالم بهذه المناسبة، وقال: "نريد أن تكون حريتنا وحركتنا محمية ومكفولة، ونحن نطالب اليوم بحقنافي حرية التنقل والحركة". وطالب النجار خلال المسيرة بوقف "مسلسل الاعتداءات الإسرائيلية الخطيرة بحق الصحفيين الفلسطينيين وزملائهم العاملين في فلسطين".

وأضاف: "للإعلام دور مهم في فضح ممارسات وجرائم إسرائيل، وفي الدفاع عن حقوق الإنسان، ومئات الصحفيين والإعلاميين في الأراضي الفلسطينية أصيبوا في السنوات الخمس الأخيرة برصاص وذخائر الاحتلال أو من جراء الاعتداء الجسدي عليهم بالضرب او الاعتقال والتوقيف.

**شبكة أمين الإعلامية**

واحيت شبكة أمين الإعلامية "إنترنيوز" اليوم العالمي لحرية الصحافة بتنظيم احتفالها السنوي بحضور وكيل وزارة الإعلام د. محمود خليفة، ونقيب الصحفيين عبد الناصر النجار وأعضاء مجلس النقابة ولفيف من المهتمين بحقل الإعلام والحريات ومئات الصحفيين.

المدير التنفيذي لشبكة أمين الإعلامية برام الله خالد ابو عكر، قال: ان الشبكة درجت على تنظيم الاحتفال كتقليد سنوي للتأكيد على حرص الشبكة على صون وحماية حرية الصحافة وكفالتها بالقانون ومنع الاعتداءات والتجاوزات.



جانب من مسيرة الصحفيين في اليوم العلمي لحرية الصحافة.    (عدسة: عصام الريماوي)

**حفل استقبال**

ونظمت نقابة الصحفيين، مساء أمس حفل استقبال بفندق "جراند بارك" برام الله باليوم العالمي لحرية الصحافة، تخلله كلمات وفقرات فنية ومسرحية وموسيقية هادفة.

وحضر الحفل وكيل وزارة الإعلام د. محمود خليفة وعدد كبير من الصحفيين العاملين في وسائل الإعلام المحلية، والعربية والأجنبية في فلسطين.

**النجار: حريصون على حرية الصحافة**

نقيب الصحفيين قال قدم الصحفيين الفلسطينيون الشهداء والجرحى والأسرى وهم يمارسون واجبهم المهني في نقل ما يجري من انتهاكات إسرائيلية بحق شعبنا إلى العالم أجمع.

واضاف: سلطات الاحتلال تمارس انتهاكات متنوعة وجرائم بحق الصحفيين بمنعهم من التنقل بحرية، على الحواجز العسكرية واستهدافهم خلال المسيرات السلمية والوقفات الاحتجاجية، متعهدا بملاحقة مجرمي الحرب الاسرائيليين حتى لا يفلتوا من العقاب على جرائمهم بحق الصحفيين.

وشدد على حق الصحفيين في التنقل بحرية وكرامة، وتمكينهم من نقل الصورة إلى العالم، مؤكدا أهمية الاستمرار بالمطالبة بحقوق الصحفيين في المحافل المحلية والعربية والدولية، حتى الحصول عليها.

وتطرق النجار إلى انجازات النقابة وقال حققت العديد من الإنجازات المطالبية خلال العام الماضي، واستطاعت كسب قضايا كانت عالقة خاصة بوسائل الإعلام والصحفيين، بمبالغ زادت على 270 ألف دولار أمريكي حصلتها خلال الشهرين الماضيين، وأن هنالك قضايا رفعتها النقابة على وسائل إعلام أجنبية عاملة في فلسطين أنهت عقود صحفيين بشكل مفاجئ وغير شرعي، وقال: لن نسمح لأحد أن يضيع حقوق الصحفيين.

وقال ان النقابة بدأت في توقيع اتفاقيات عمل جماعية لأول مرة في المنطقة، مع المؤسسات الإعلامية الرسمية الإذاعة والتلفزيون ووكالة وفا وصحيفة الحياة الجديدة وبعدها ستمضي في توقيعها مع وسائل الإعلام الخاصة لتعزيز الحقوق وتحسين بيئة العمل المادية والنفسية.

وأكد حرص النقابة على حرية الصحافة والعمل الصحفي، وأضاف مهمتنا دعم الصحفيين ومساندتهم دائما ولن نقبل باعتقال أي صحفي أو إهانة كرامته من أية جهة كانت. وطالب السلطة الوطنية بالالتزام بمعايير حرية الصحافة خاصة وفلسطين على أبواب الانضمام الى المعاهدات والمؤسسات الدولية ما يتوجب الالتزام بهذه المعايير.

**خليفة: في الثالث من أيار نستذكر شهداء الحقيقة**

وكيل وزارة الإعلام قال إن يوم الصحافة العالمي في فلسطين ليس فرصة للاحتفاء بالمبادئ الأساسية لحرية الصحافة؛ ولتقييم حرية الصحافة، وللدفاع عن استقلالية وسائل الإعلام،

بل هو محطة ألم واستذكار لشهداء الحقيقة وجرحاها وأسراها.

وأضاف أن سلطات الاحتلال لا تكف عن مطاردة الصحفيين واستهدافهم بإجراءاتها البشعة، مطالبا الاتحاد الدولي لحرية الصحافة، والهيئات المدافعة عن حرية الرأي والتعبير والديمقراطية، بمحاسبة الاحتلال على جرائمه بحق الصحفيين والإعلاميين، التي يفترض ألا تسقط بالتقادم.

واستذكرت وزارة الإعلام شهداء الحقيقة الذين قتلهم الإسرائيلي بدم بارد، وحيث الزملاء الذين يسعى الاحتلال لإسكات صوتهم بشتى الوسائل.

ورأت الوزارة أن حرية الصحافة التي يحتفل بها العالم اليوم، تقطع طريقها ممارسات الاحتلال وانتهاكاته. فالثالث من أيار في فلسطين ليس فرصة للاحتفاء بالمبادئ الأساسية لحرية الصحافة؛ ولتقييم حرية الصحافة، وللدفاع عن استقلالية وسائل الإعلام، بل هو محطة ألم واستذكار لشهداء الحقيقة وجرحاها وأسراها".

ولفتت إلى أن ما أعلنته الجمعية العامة للأمم المتحدة، عام 1993 لاعتبار هذا اليوم محطة لحرية الصحافة، لا ينطبق على فلسطين؛ لأن دولة الاحتلال لا تكف عن مطاردة الصحفيين واستهدافهم بإجراءاتها البشعة.

ودعت الوزارة الاتحاد الدولي للصحفيين والهيئات المدافعة عن حرية الرأي والتعبير والديمقراطية، وأنصار الحقيقة وحقوق الإنسان إلى محاسبة دولة الاحتلال على جرائمها بحق الصحفيين والإعلاميين، التي يفترض ألا تسقط بالتقادم.

**اللحام: الاحتلال مستمر في تصعيده ضد الصحفيين**

رئيس لجنة الحريات في نقابة الصحفيين محمد اللحام، قال شهد الربع الأول من عام 2014 تصعيدا خطيرا من قبل الاحتلال بحق الصحفيين ما تسبب في إيقاع الإصابات الخطيرة والأضرار الكبيرة بالعديد من الصحفيين. في وقت شهدت فيه التجاوزات الداخلية تراجعا كبيرا مقارنة مع ذات الفترة من العام المنصرم.

وأضاف أن عشرات الانتهاكات بحق الصحفيين سجلت في العام الماضي، وجرى توثيقها في اللجنة ويمكن استخدامها لملاحقة الاحتلال في مختلف المحافل الدولية بالتعاون مع المؤسسات الصحفية العاملة في دول العالم، ولكن الأهم أن اللجنة أصبحت تلعب دورا حاميا وليس مجرد توثيق الاعتداءات.

وكانت طالبت لجنة الحريات في النقابة بفضح الانتهاكات الإسرائيلية بحق الصحفيين الفلسطينيين، مشددة على أن هذه الجرائم تتطلب تحركا دوليا لحماية الصحفيين منها.

وقالت اللجنة ان الصحفيين في العالم التدخل من أجل المساعدة في حماية زملائهم في فلسطين، وبخاصة أن عشرات الانتهاكات اقترفها الاحتلال بحق الصحفيين خلال العام الماضي.

وذكرت أنها وثقت الانتهاكات بحق الصحفيين العاملين في الأرض الفلسطينية، ويمكن استخدامها لملاحقة الاحتلال بالتعاون مع مختلف المحافل الدولية بالتعاون مع المؤسسات الصحفية العاملة في مختلف دول العالم.