# Exhibit 1

# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 28, 2014

**VIA E-MAIL**

Mark Rochon, Esq.
Miller & Chevalier
655 Fifteenth Street, NW
Suite 900
Washington, DC 20005-5701

Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
       Docket No. 04-CV-397 (GBD)(RLE)

Dear Mark:

I enclose certifications with respect to Plaintiffs Trial Exhibits 372, 925 and 957. Copies of the exhibits themselves were previously provided to the defendants. This letter serves as notice, pursuant to Rule 902(12) of the Federal Rules of Evidence, that plaintiffs intend to offer in evidence at trial Plaintiffs Trial Exhibits 372, 925 and 957.

Sincerely,

Kent A. Yalowitz

Encl.