# Exhibit 5

## Hill, Brian

| | |
|---|---|
| **From:** | Machnes, Tal <Tal.Machnes@aporter.com> |
| **Sent:** | Monday, January 06, 2014 8:52 AM |
| **To:** | Hill, Brian; Ferguson, Laura; Rochon, Mark; Hibey, Richard |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; Robert Tolchin; McMillan, Lucy S.; Pildis, Sara K.; Romeo, Carmela; Mordechai Haller; 'Rachel Weiser' |
| **Subject:** | Sokolow et al. v. PLO et al., No. 04-CV-397 |

Counsel,

Plaintiffs hereby supplement their Rule 26 disclosures with the names of the following witnesses who may testify at trial:

- Benichou, Pierre:  47 Sderot David Hamelech, 4th Floor, Apt. 14, Tel Aviv
- Feldner, Yotam:  PO Box 27837, Washington DC 20038
- Goldberg, Zvi:  6017 Woodcrest Ave., Baltimore, MD 21209
- Hazut, Anat:  Hata'as 10, Ramat Gan, Israel
- Lerner, Aaron:  IMRA, PO Box 982, Kfar Sava
- Pearlman, Meshulam:  03-345 Ramot #24, Ramot, Jerusalem
- Reiss-Wolicki, Linda, Adv.:  59 Reuven St., Bet Shemesh, Israel, 995-2355
- Segal, Yifa:  4 Kremye Street Apt 7, Tel-Aviv
- Shaked, Roni:  Sadeh Hamed Street #15, Mevasseret Tzion
- Stein, Alex:  Cardozo Law School, 55 Fifth Avenue, Suite 943, New York, NY 10003

Regards,
Tal

Tal Machnes

Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

+1.212.715.1125 (office)
+1.781.307.2288 (mobile)
Tal.Machnes@aporter.com
www.arnoldporter.com

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.