# APPENDIX A

| Pls. Ex. No | Plaintiffs' Description of Exhibit | Date First Disclosed by Plaintiffs | Produced after 12/21/12 |
|---|---|---|---|
| 325 | Israel Police Report, "Operations, Seizure and Marking Report" regarding Jan. 8, 2001 Shooting | 3/11/2013 | X |
| 337 | Israel Defense Forces Report, "Terrorist who killed IDF officer this morning is responsible for the deaths of another 30 Israelis" (Apr. 15, 2003) | 11/28/2012 | |
| 338 | Israel Police Report, "Expert Opinion" regarding June 19, 2002 Bombing | 8/20/2012 | |
| 339 | Israel Ministry of Foreign Affairs Report, "Operation for the confiscation of terror funds—Background" (Feb. 26, 2004) | 11/18/2012 | |
| 353 | Israel Prime Minister's Office Report, "Information On The Terrorist Who Carried Out Today a Suicide Bombing on King George Street in Jerusalem" (Mar. 21, 2002) | 8/24/2011 | |
| 354 | Israel Ministry of Foreign Affairs Report, "Most Wanted Terrorists—Status Report" (Apr. 22, 2002) | 5/19/2013 | X |
| 365 | Israel Ministry of Foreign Affairs Report, "IDF Activity in Ramallah—Summary of Inventory" (Mar. 31, 2002) | 8/5/2013 | X |
| 473 | State of Israel, Ministry of Health, "Expert Opinion" regarding Wafa Idris | 3/30/2012 | |
| 474 | State of Israel, Ministry of Health, "Expert Opinion" regarding Wafa Idris (photograph, Wafa Idris head) | 3/20/2012 | |
| 475 | State of Israel, Ministry of Health, "Expert Opinion" regarding Wafa Idris (photograph, Wafa Idris head and arm) | 3/20/2012 | |
| 476 | State of Israel, Ministry of Health, "Expert Opinion" regarding Wafa Idris (photograph, Wafa Idris legs) | 3/20/2012 | |
| 477 | Israel Police Report, "Expert Professional Opinion" regarding Jan. 27, 2002 Bombing | 4/11/2013 | X |
| 496 | U.S. State Department Report pursuant to PLO Commitments Compliance Act, Title VIII of Public Law 101-246 (for the period Dec. 16, 2001 - June 15, 2002) | 3/7/2014 | X |
| 537 | 67 Fed. Reg. Vol. 59, Designation under Exec. Orders 13224 and 12947 (Mar. 27, | 3/25/2013 | X |

|  |  |  |  |
|---|---|---|---|
|  | 2002) |  |  |
| 539 | Israel Ministry of Foreign Affairs Report, "The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism Against Israel: Corruption and Crime" (May 6, 2002) | 3/25/2013 | X |
| 547 | Israel Security Agency Report, "Analysis of Attacks in Last Decade" (2010) | 3/25/2013 | X |
| 554 | Israel Security Agency Report, "Summary of Four Years of Conflict—Terrorism Data and Trends" | 6/14/2013 | X |
| 559 | Israel Ministry of Foreign Affairs Report, "Israel Security Agency–ISA–and IDF forces arrested terrorists–suspected of shootings" (Jan. 26, 2001) | 6/14/2013 | X |
| 626 | Israel Defense Forces Report, "Arafat's and the PA's Involvement in Terrorism (According to Captured Documents)" (Apr. 22, 2002) | 3/25/2013 | X |
| 631 | Israel Defense Forces Report, "Palestinian Authority Captured Documents: Main Implications" (Apr. 7, 2002) | 3/25/2013 | X |
| 632 | Israel Ministry of Foreign Affairs Report, "International Financial Aid to the Palestinian Authority Redirected to Terrorist Elements (IDF/Military Intelligence)" (June 5, 2002) | 3/25/2013 | X |
| 634 | U.S. State Department Report pursuant to PLO Commitments Compliance Act, Title VIII of Public Law 101-246 (for the period June 16, 2001 to Dec. 15, 2001) | 3/25/2013 | X |
| 635 | U.S. State Department Report pursuant to PLO Commitments Compliance Act, Title VIII of Public Law 101-246 (for the period May 29, 2002 - Nov. 20, 2002) | 3/25/2013 | X |
| 826 | Israel Defense Force Report, "Jenin: The Capital of the Palestinian Suicide Terrorist" (Apr. 18, 2002) | 9/25/2013 | X |
| 829 | Israel Defense Forces Report, "The 'Al Aqsa Martyrs Brigades' (on US State Department list of terror organizations) and the Fatah Organization are one and the same, and Yasser Arafat is their leader and commander" (May 3, 2002) | 9/25/2013 | X |
| 830 | Israel Defense Forces Report, "The Palestinian Authority Employs Fatah Activists Involved in Terrorism and Suicide | 9/25/2013 | X |

|  |  |  |  |
|---|---|---|---|
|  | Attacks" |  |  |
| 954 | Israel Ministry of Foreign Affairs Report, "Presentation on Green Torch Operation: Confiscation of Terrorist Funds" (Feb. 24, 2004) | 11/18/2012 |  |
| 1109 | Israel Ministry of Foreign Affairs Report, "Force 17 Terrorist Mohand Said Muniyer Diriya" (Mar. 5, 2002), as filed in *Gilmore, et al. v. PA, et al.*, No. 1:01-cv-00853, DE 333-20 | 4/24/2014 | X |
| 1118 | Israel Ministry of Foreign Affairs Report, "Palestinian Authority funds terrorists; PA grants and salaries for Palestinian terrorists" (June 25, 2014) | 6/30/2014 | X |
| 1125 | Israel Police Report, Collection of Photographs taken from January 22, 2002 Shooting | 12/15/2014 | X |
| 1142 | U.S. State Department Report pursuant to PLO Commitments Compliance Act, Title VIII of Public Law 101-246 (for the period December 16, 2003 to June 15, 2004) | 12/22/2014 | X |