
MILLER
CHEVALIER

Mark J. Rochon
Member
(202) 626-5819
mrochon@milchev.com
January 5, 2014

**Via ECF**
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *Sokolow v. Palestine Liberation Organization et al.*
        04-CV-397(GBD)(RLE)

Dear Judge Daniels:

    I seek the Court's rulings in advance of trial on Defendants' hearsay and authenticity objections to Plaintiffs' trial exhibits 181, 184, 187, 191, 193, 221, 227-30, 264, 352, 395, 491-92, 495, 498, 517-18, 630, 636, 833, 829, 830, 944-45, 955, and 1077, which are composed of newspaper and magazine articles, third party website material, and third party dissertations, videos, studies, and reports.[1] For the Court's convenience, the exhibits are identified in the chart, which begins on the next page.

    Defendants have objected to these exhibits on authenticity and hearsay grounds, among others, including lack of relevance. *See* DE 544. The Court has not yet had an opportunity to rule on Defendants' objections. Plaintiffs, for their part, have refused to cull their set of approximately 1,000 trial exhibits to eliminate those as to which they have no credible basis for seeking their admission. As will be evident when the Court reviews the chart, these exhibits constitute quintessential examples of inadmissible hearsay, and most include multiple levels of hearsay. Moreover, Plaintiffs have not disclosed any witnesses who can authenticate these exhibits. To avoid repeated interruption of the trial for rulings on admissibility of exhibits and the associated inconvenience to the jury, Defendants respectfully request that the Court exclude these exhibits in advance of trial.

---

[1] Third party videos PTE 372, 925, and 957 are separately addressed in DE 702 (Defendants' letter motion *in limine* re "For the Sake of Allah," "Suicide Killers," and raw footage of purported Abdullah Barghouti prison interview).

Hon. George B. Daniels
January 5, 2014
Page 2

| PTE No. | Date | Purported Source | Title |
|---|---|---|---|
| 181 | 9/29/2010 | Alsharq al-Awsat ("the Arab International Newspaper") | "Al-Zahar Assails Fatah: Progress on the Reconciliation Front is Due to American Green Light" |
| 184 | 03/08/2000 | Al Khalil News | "Official under the Microscope" |
| 187 | Unknown | Unknown | Captioned "Behind the Headlines" and purports to quote another newspaper Falasteen al-Yawm. |
| 191 | 06/29/2001 | Al-Hiyat al-Jadida | "During a Lecture Given to the Members of Martyr Fakri al-Umari Session / Ezzedine: Ceasefire Decision not Incompatible with Continuing the *Intifada*" |
| 193 | Unknown | Unknown | Captioned "Behind the Headlines" and purports to quote newspaper "al Sabah" |
| 221 | 2010 | Universidad de Granada, doctoral thesis of Bassam Yousef Ibrahim Banat | "Palestinian Suicide Martyrs (Istishhadiyin): Facts and Figures" |
| 227 | 04/07/2013 | Al Jazeera.net | "Palestinian Authority Criticizes Israel's Detention of Member" |
| 228 | Unknown | BBC Documentary | "Arafat Investigated" |
| 229 | 12/26/2012 | Al Ayyam | "Factions: Widespread Report on Egyptian Plans to Convene Reconciliation Meetings Next Month Untrue" |
| 230 | 11/09/2000 | The Jerusalem Post | "Mubarak: Arafat remains committed to peace" |
| 264 | 9/5/2010 | Al-Ayyam | "Qaraqe': Occupation Detained 300 Citizens from West Bank Last Month" |
| 352 | Unknown | Unknown | "Documentary: Brides of Shahida" |
| 395 | 1/27/2002 | Time | "Inside Arafat's Bunker" |
| 491 | 1/31/2002 | New York Times | "Arab Woman's Path to Unlikely 'Martyrdom'" |

Hon. George B. Daniels
January 5, 2014
Page 3

| PTE No. | Date | Purported Source | Title |
|---|---|---|---|
| 492 | October 2002 | Human Rights Watch | "Erased In A Moment: Suicide Bombing Attacks Against Israeli Civilians" |
| 495 | July 2002 | Center for Strategic and International Studies | "Israel versus the Palestinians: The 'Second Intifada' and Asymmetric Warfare (Working Draft)" |
| 498 | 4/20/2012 | Ha'aretz | "Grilling on top Palestinian militant exposes Arafat's link to terror attacks on Israelis, papers how" |
| 517 | 11/7/2003 | BBC News | "Palestinian Authority funds go to militants" |
| 518 | October 2010 | The Institute for National Security Studies | "Strategic Assessment" |
| 630 | 1/1/2006 | Intelligence and Terrorism Information Center at the Center for Special Studies | "Suicide bombing terrorism during the current Israeli-Palestinian confrontation (September 2000 – December 2005) |
| 636 | November 1999 | Palestinian Human Rights Monitoring Group | "Media in Palestine: Between the PNA's Hammer and the Anvil of Self-Censorship" |
| 833 | 2/4/2002 | Intelligence and Terrorism Information Center at the Center for Special Studies | "The Cooperation Between Fatah and the PA Security Apparatuses with PIJ and Hamas in the Jenin Area" |
| 829 | 5/3/2002 | Unknown | "The 'Al Aqsa Martyrs brigades' (on US State Department list of terror organizations) and the Fatah Organization are one and the same, and Yasser Arafat is their leader and commander" |
| 830 | Unknown | Unknown | "The Palestinian Authority: Employs Fatah Activists Involved in Terrorism and Suicide Attacks" |

Hon. George B. Daniels
January 5, 2014
Page 4

| PTE No. | Date | Purported Source | Title |
|---|---|---|---|
| 944 | 11/1/2007 | UN Watch | "The United Nations and Anti-Semitism: 2004-2007 Report Card" |
| 945 | 7/5/2013 | UN Watch | "UN Chief Again Slams Richard Falk, 'Vehemently Disagrees' with 9/11 Conspiracy Theory" |
| 955 | 6/11/2002 | The Associated Press | "Bomb wounds three Israeli teenagers, Israel Maintains siege on Arafat compound" |
| 1077 | 1/2/2001 | Time | "Clinton Saves Last Dance for Arafat" |

     Courts in the Second Circuit have consistently ruled that newspaper articles are inadmissible hearsay. *Tokio Marine and Fire Ins. Co. v. Rosner*, 206 Fed. App'x 90, 95 (2d Cir. 2006) (noting that a plaintiff could not "avoid summary judgment by pointing to a May 2003 news article" because "[t]he article is inadmissible hearsay"); *Jacobson v. Deutche Bank, A.G.*, 206 F.Supp.2d 590, 594 (S.D.N.Y. 2002), *aff'd* 59 Fed. App'x 430 (2d Cir. 2003) (concluding that where a news article was offered to prove that the plaintiff made the comments attributed to him in the article, the article was hearsay and, moreover, that neither the residual nor recorded recollection exceptions to the hearsay rule applied); *United States v. Mingo*, 112 F.3d 506 (2d Cir. 1996) (noting that a newspaper article would qualify as hearsay under F.R.E. 801). Therefore, to the extent Plaintiff's intend to rely on the newspaper articles for the truth of the matters reported on, exhibits 181, 184, 187, 191, 193, 227, 229, 230, 264, 395, 491, 498, 517, 955, and 1077 must be excluded from evidence.

     Likewise, books and dissertations or other reports written by third parties are not admissible. *See Fisher v. United States*, 78 Fed. Cl. 710, 713 (Fed. Cl. 2007) (where plaintiff sought to introduce "a number of books and articles that 'deal with the valuation of businesses and interests in businesses'" the court concluded that the books and articles would "fall under the category of hearsay because each book and article is 'a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted'" and could not be admitted as exhibits); *United States v. Bartlett*, 821 F.2d 650 (6th Cir. 1987) (finding no error where "[t]he district court ruled that the book was inadmissible since it contained hearsay statements which were offered for the purpose of proving the truth of the matter asserted").

Hon. George B. Daniels
January 5, 2014
Page 5

      Accordingly, for the reasons stated above, the Court should exclude Plaintiffs' exhibits on authenticity and hearsay grounds.

                                    Sincerely,

                                    Mark J. Rochon

Case 1:04-cv-00397-GBD-RLE   Document 710   Filed 01/05/15   Page 5 of 5