# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION )
TO BRING PERSONAL ELECTRONIC DEVICES(S) )
OR GENERAL PURPOSE COMPUTING DEVICE(S) )
INTO THE COURTHOUSES OF THE )
SOUTHERN DISTRICT OF NEW YORK )
FOR USE IN A PROCEEDING OR TRIAL )



The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

**Mark Sokolow, *et al.* v. The Palestine Liberation Organization, *et al.*, Case No. 04-cv-397 (GBD)(RLE).**

The date(s) for which such authorization is provided is (are): **12-week trial beginning January 6, 2015**

| Attorney | Device(s) |
|---|---|
| Mark Rochon | (1) Laptop<br>(2) iPad<br>(3) Cell Phone |
| Brian A. Hill | (1) Laptop<br>(2) iPad<br>(3) Cell phone |
| Laura G. Ferguson | (1) Laptop<br>(2) iPad<br>(3) Cell phone |
| Michael J. Satin | (1) Laptop<br>(2) iPad<br>(3) Cell Phone |
| Andrew Wise | (1) Laptop<br>(2) iPad<br>(3) Cell Phone |
| Dawn Murphy-Johnson | (1) Laptop<br>(2) iPad<br>(3) Cell Phone<br>(4) |

1

1532816.1

| Danielle N. Lockridge | (1) Laptop |
| | (2) iPad |
| | (3) Cell Phone |
| Alexis Zhao | (1) Laptop |
| | (2) iPad |
| | (3) Cell Phone |
| Justin Kelly | (1) 2 Laptops |
| | (2) Cell Phone |
| | (3) 2 External Hard Drives |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: JAN 05 2015

George B. Donet
United States Judge