# Appendix A

| PTE | Pltfs' Description | Defs' Description |
|---|---|---|
| 175 | PA Publication, Al Shurta, Vol. 38 (Nov. 2000) (excerpt) | A-Shorta Vol. 38 |
| 176 | PA Publication, Al Shurta, Vol. 40 (Feb. 2001) (excerpt) | A-Shorta Vol. 40 |
| 177 | PA Publication, Al Shuhada, Vol. 51 (May 2003) (excerpt) | A-Shuhada Vol. 51 |
| 178 | PA Publication, Watani, Vols. 39-40 (Feb-Mar. 2001) (excerpt) | Watani Vol. 39-40 |
| 179 | PA Publication, Watani, Vol. 45 (Dec. 2001) (excerpt) | Watani Vol. 45 |
| 180 | Fatah Leaflet (Dec. 2000) | Fatah Leaflet, Appendiz 9, Dec. 21, 2000 |
| 181 | Al-Sharq Al-Awsat (Arab Int'l Newspaper), "Al-Zahar Assails Fatah" (Sept. 29, 2010) | Appendix 19 - al-Sharq al-Awsat , 9/29, 2010:  Zahar on Fatah |
| 182 | Intelligence Update for Commanders, The Fatah Movement Has Established Armed Militias for the Perpetration of Terrorist Attacks Against Israeli Targets (April 14, 2001) | Article on Fatah training of Aqsa Brigades |
| 183 | Arafat Letter to Chief of Police, reprinted in Police Magazine (Nov. 2000) | Arafat Letter to Military Commanders regarding Intelligence Update |
| 184 | Al-Khalil News, "Official Under the Microscope," Transcript of Marwan Barghouti Interview (Mar. 8, 2000) | Barghouthi Akhbar al-Khalil |
| 185 | Fatah Leaflet (Jan. 2001) | Fatah Document |
| 186 | Intelligence Update for Commanders, Fatah Has Declared a State of Emergency; and General Mobilization and Military | Intelligence Update for Commanders: Fatah Training |

| | Training with Weapons for Operatives and for Thousands of Youngsters Has Started (April 14, 2001) | |
|---|---|---|
| 187 | Intelligence Update for Commanders, Behind the Headlines | Filastin al-Yom |
| 190 | Intelligence Update for Commanders (April 14, 2001) | Intelligence Update for Commanders: Indoctrination 3 |
| 191 | PA Publication, Al-Hayat al-Jadida, General Mazen Ezzeddine: Ceasefire Decision not Incompatible with Continuing the Intifada (June 29, 2001) | Article from Hayat al Jadida:  Mazen Ezzedin says that Cease Fire order does not impede the Intifada |
| 192 | Sub-Parts 192A-D Below | Statement of the National and Islamic Forces |
| 192A | National & Islamic Forces, Intifada Diary (Sept. 30, 2000) | Statement of the National and Islamic Forces |
| 192B | National & Islamic Forces, Intifada Diary (Feb. 12, 2001) | Statement of the National and Islamic Forces |
| 192C | National & Islamic Forces, Intifada Diary | Statement of the National and Islamic Forces |
| 192D | National & Islamic Forces, Intifada Diary (July 7, 2001) | Statement of the National and Islamic Forces |
| 193 | PA Publication, al-Sabah, Yasser Khalil Salah, "Jerusalem Calls Us" (Sept. 11, 2000), reprinted in Intelligence Report | Sabah |
| 194 | PA TV Broadcast, Young Girl Recites Poem Demonizing Israel (March 22, 2013) | PMW: PA TV Girl recites poem demonizes Jews as "Allah's enemies- sons of pigs" (video) English sub titles |
| 195 | PA Publication, Humat al-Areen, Vol. 80 (2001) | Humat Al-Areen Vol. 80 (March 2001) p. 58 |

| | (excerpt) | |
|---|---|---|
| 196 | Compilation of Video and Audio Recordings of Marwan Barghouti Introduced into Evidence at Criminal Prosecution of Marwan Barghouti (a copy of which was provided to plaintiffs in *Klienman* , pursuant to Hague Convention request) | Marwan Barghouti Statements (Video) |
| 197 | Compilation of Video and Audio Recordings of Marwan Barghouti Introduced into Evidence at Criminal Prosecution of Marwan Barghouti (a copy of which was provided to plaintiffs in Klienman, pursuant to Hague Convention request) | Compilation of news reports and interviews of Marwan Barghouti (Video) |
| 198 | PA Publication, Al Shuhada, Vol. 41 (Sept. 2001) (excerpt) | A-Shuhada Vol. 41 (September 2001) pp. 2-4; 7-9; 13-14; 24-28 |
| 199 | PA Publication, Al Shuhada, Vol. 43 (Oct. 2001) (excerpt) | A-Shuhada Vol. 43 (October 2001) pp. 5-8; 24-28 |
| 200 | PA Publication, Al Shuhada, Vol. 44 (Nov. - Dec. 2001) (excerpt) | A-Shuhada Vol. 44 (November-December 2001) pp. 11-13 |
| 201 | PA Publication, Al Shuhada, Vol. 45 (Jan. 2002) (excerpt) | A-Shuhada Vol. 45 (January 2002) pp. 17-20 |
| 202 | PA Publication, Al Shuhada, Vol. 48 (Jan. 2003) (excerpt) | A-Shuhada Vol. 48 (January 2003) pp. 5-8; 18-20; 23-27 |
| 203 | PA Publication, Al Shuhada, Vol. 49 (Feb. 2003) (excerpt) | A-Shuhada Vol. 49 (February 2003) pp. 2; 19-27 |
| 204 | PA Publication, Al Shuhada, Vol. 50 (Apr. 2003) (excerpt) | A-Shuhada Vol. 50 (April 2003)  pp. 3; 19-28 |
| 205 | Al-Mayadeen (Lebanon) Broadcast (Apr. 30, 2013) | Al-Mayadeen- PA Official Jibril Rajoub "if we had a nuke, we'd have used it this morning" (video) |
| 209 | PA TV Broadcast, Young Girls Recite Anti-Israel Poem (July 3, 2013) | Maan July 29 2013 (Official PA Statement - Palestinian Terrorist Murderers Are Freedom Fighters); Jews are the most evil among creations, barbaric monkeys (Video) |

| | | |
|---|---|---|
| 211 | PA TV Broadcast, Award Ceremony Involving Terrorist Prisoners | PA TV Broadcast of PA Award Ceremony for Terrorist Prisoners (Video) |
| 212 | Compilation of Press Releases from PA Ministry of Detainees' Affairs Webpage (Sept. 9, 2008, Jan. 21, 2012) and "About the Ministry" Section (www.freedom.ps) | PA Min of Detainees (PA Security Forces Terrorists Acted Within Scope of Employment)<br><br>PA Min of Detainees  (PA Supports Terrorists Because They Are Freedom Fighters Not Criminals)<br><br>PA Min of Detainees  (Details of PA Financial and Legal Support for Terrorist Prisoners)<br><br>PA Min of Detainees  (PA Supports Terrorist Prisoners Because They Are Legitimate Warriors)<br><br>PA Min of Detainees  (PA Supports Terrorist Prisoners Because They Are Legitimate Freedom Fighters)<br><br>PA Min of Detainees (PA Supports Non-Palestinian Anti-Israel Terrorists Because They Are Freedom Fighters) |
| 216 | Televised Statements of Marwan Barghouti | Marwan Barghouti Supporting Terrorism Including Suicide Bombings (Published by Fatah Germany) (Video) |
| 217 | Televised Statements of Mohammed Dahlan | Mohammed Dahlan - PA Protected and Gave Free Reign to Hamas During Intifada (Video) |
| 218 | Dubai Media Broadcast, Televised Statements of Mohammed Dahlan | Mohammed Dahlan - PA Released Hamas Terrorists at Hamas Request During Intifada (Video) |
| 219 | Al Jazeera Broadcast, Televised Statements of Mohammed Dahlan | Mohammed Dahlan (Al Jazeera) -- AAMB is Integral Part of Fatah (Video) |
| 220 | Al Jazeera Broadcast, Televised Statements of Mohammed Dahlan | Mohammed Dahlan (Al Jazeera) -- Marwan Barghouti Led the Intifada (Video) |
| 223 | PA TV Broadcast, "For You" | PA Uses FOR YOU Program for Terrorist Purposes (May 9, 2013) (Video) |

| | | |
|---|---|---|
| 224 | Televised Statement of Tawfiq Tirawi, Al Filistiniya (July 23, 2009) | Tawfiq Tirawi Al-Filistiniya TV, July 23, 2009 (Video) |
| 226 | Collection of Fatah Communiques regarding "The Blessed Al-Aqsa Intifada" | The Blessed al-Aqsa Intifada |
| 227 | Al-Jazeera, "700 Members of the Palestinian Security Forces are Being Detained By the Israeli Occupation" (May 23, 2013) | Al Jazeera, May 23, 2013 |
| 228 | BBC Documentary, "Arafat Investigated" | Rule 26 Disclosures – BBC Documentary Arafat Investigated (Video) |
| 229 | PA Publication, Al-Ayyam, "PA Building Homes for Maqdad and Other Terrorists," Dec. 26, 2012 | Al-Ayyam 12-26-12 p. 3 (PA Building Homes for Makdad & Other Terrorists) |
| 230 | Jerusalem Post, "Mubarak, Arafat Remains Committed to Peace" (in English) | Jerusalem Post Mubarak: Arafat remains committed to peace |
| 235 | Televised Statement of Muhammad Dahlan (June 16, 2007) | PMW: Palestinian Authority security forces aided Hamas during Intifada (Video) |
| 236 | Televised Broadcast of Song Dedicated to Palestinian Prisoners Honoring Terrorists (English subtitles) (Full video produced by defendants as D 02: 009639) | Video: PMW: Song dedicated to Palestinian Terrorists honors arch-terrorists, on PA TV (Video) |
| 237 | Televised Interview with Arafat's advisor, Mamduh Nofal, "Story of a Revolution," Al- Jazeera | Video: Story of a Revolutionary (Video) |
| 238 | Interview of Suha Arafat, The 2000 Intifada Was Premeditated/Planned by Arafat (English subtitles) | MEMRI TV: Suha Arafat The 2000 Intifada Was Premeditated, Planned by Arafat (Video) |
| 239 | Televised Interview of Yasser Arafat | Video: Interview with Yaser Arafat (Video) |
| 241 | PA Publication, Wafa, "Qaraqe' denies Rumors of Converting Prisoners' Wages to Welfare Payments" (Dec. 27, 2012) | WAFA story on Qaraqe- Prisoner payments not welfare |

| | | |
|---|---|---|
| 305 | PA TV, Yasser Arafat Speech, Millions of Martyrs Are Marching Towards Jerusalem (Jan. 31, 2004) | Yasser Arafat Immediately After Goldberg Bombing January 31, 2004 (Video) |
| 497 | Marwan Barghouti, Wash. Post Op-Ed, Want Security? End the Occupation (2002) | Marwan Barghouti, Want Security? End the Occupation, Wash. Post Op-Ed (2002) |
| 498 | Amos Harel & Avi Issacharoff, Ha'aretz, Grilling of Top Palestinian Militant Exposes Arafat's Link to Terror Attacks on Israelis, Papers Show (April 20, 2012) | Amos Harel and Avi Issacharoff, "Grilling of top Palestinian militant exposes Arafat's link to terror attacks on Israelis, papers show," Ha'aretz (April 20, 2012) |
| 507 | Palestinian National Authority State Information Service, "Queri Refuses the Dissolution of Al Aqsa Brigades As the Dispute over the Egyptian Plan is Underway" (June 21, 2004) | Palestinian National Authority State Information Service (June 21, 2004), "Queri Refuses the Dissolution of Al Aqsa Brigades As the Dispute over the Egyptian Plan is Underway" |
| 508 | Al-Sharq Al-Awsat, "Palestinian Prime Minister: I have no Quarrel with President Arafat over Powers" (June 20, 2004) | AShark Al-Awsat Interview with Ahmed Qura', June 20, 2004 |
| 509 | Al-Jazeera, "Interview with Jibril Rajoub, Palestinian National Security Advisor, Discussing Seizure of Palestinian Banks by Israel and Discussing Fatah" (Feb. 25, 2004) | Interview with Jibril Rajoub, Palestinian National Security Advisor, Discussing Seizure of Palestinian Banks by Israel and Discussing Fatah, (Al Jazeera, Feb. 25, 2004) |
| 517 | BBC News, "Palestinian Authority funds go to militants" (Nov. 7, 2003) | BBC News, "Palestinian Authority Funds Go to Militants" (Nov. 7, 2003), available at http://news.bbc.co.uk/2/hi/middle_east/3243071.stm |
| 535 | The Jerusalem Post, "Suha Arafat Admits Husband Premeditated Intifada," (Dec. 29, 2012), available at http://www.jpost.com/Middle-East/Suha-Arafat- admits- husband- premeditated-Intifada, cited in expert report of Jeffrey Addicott | Addicott FN 2 - "'Suha Arafat Admits Husband Premeditated Intifada'," The Jerusalem Post, December 29, 2012, available at http:Ilwww.jpost.com/MiddleEast/Article.aspx?id=297688 |

| | | |
|---|---|---|
| 538 | Matthew Kalman, "Terrorist Says Orders Come from Arafat," USA Today (March 14, 2002), available at http://usatoday30.usatoday.com/news/world/2002/03/14/usat-brigades.htm, cited in expert report of Jeffrey Addicott | Addicott FN 7 - Matthew Kalman, "Terrorist Says Orders Come from Arafat," USA Today, March 14, 2002, <www.usatoday.com/news/world/2002/03/14/usat-brigades. htm> |
| 540 | MEMRI Special Dispatch No. 237, Arafat's Condolences to Dolphinarium Bomber's Family (July 9, 2001), available at <http://www.memri.org/report/en/0/0/0/0/0/76/476.htm>, cited in expert report of Jeffrey Addicott | Addicott FN 12 - "MEMRI, Special Dispatch No. 237, July 9, 2001, <http://www.memri.org/report/en/0/0/0/0/0/0/476.htm> |
| 541 | MEMRI Special Dispatch No. 138, PA TV Broadcasts Call for Killing Jews and Americans (Oct. 13, 2000), available at <http://www.memri.org/report/en/0/0/0/0/0/0/378.htm>, cited in expert report of Jeffrey Addicott | Addicott FN 14 - "PA TV Broadcasts Call for Killing Jews and Americans," MEMRI, Special Dispatch No. 138, October 13, 2000, <http://www.memri.org/report/en/0/0/0/0/0/378.htm> |
| 542 | MEMRI Special Dispatch No. 165, A Fatah Official on the Intifada and Its Goals (Dec. 13, 2000), available at http://www.memri.org/report/en/0/0/0/0/0/0/402. htm, cited in expert report of Jeffrey Addicott | Addicott FN 15 - "A Fatah Official on the Intifada and Its Goals," MEMRI, Special Dispatch No. 165, December 13, 2000, <http://www.memri.org/report/en/0/0/0/0/0/402.htm.> |
| 543 | MEMRI Special Dispatch No. 266, The Highest Ranking Palestinian Authority Cleric; In Praise of Martyrdom Operations (June 11, 2001), available at http://www.memri.org/report/en/0/0/0/0/0/0/466. htm, cited in expert report of Jeffrey Addicott | Addicott FN 16 - "The Highest Ranking Palestinian Authority Cleric; In Praise of Martyrdom Operations," MEMRI, Special Dispatch No. 266, June 11, 2001, <http://www.memri.org/report/en/0/0/0/0/0/466.htm.> |
| 544 | MEMRI Special Dispatch No. 228, PA TV Friday Sermon, Calling for Suicide Bombings (June 13, 2001), available at http://www.memri.org/report/en/0/0/0/0/0/76/467.htm, cited in expert report of Jeffrey Addicott | Addicott FN 17 - "Friday Sermon on PA TV: Calling for Suicide Bombings," MEMRI, Special Dispatch No. 228, June 13, 2001, <http://www.memri.org/report/en!0/0/0/0/0/467.htm> |
| 545 | MEMRI Special Dispatch No. 240, PA TV Friday Sermon, We Must Educate our Children on the Love of Jihad (July 13,2001), available at http://www.memri.org/report/en/0/0/0/0/0/0/478.htm, cited in expert report of Jeffrey | Addicott FN 18 - "A Friday Sermon on PA TV: ... We Must Educate our Children on the Love of Jihad ..." MEMRI, Special Dispatch No. 240, July 13,2001, <http://www.memri.org/report/en/0/0/0/0 |

| | | |
|---|---|---|
| | Addicott | /0/0/478.htm> |
| 546 | MEMRI Special Dispatch No. 252, PA TV Friday Sermon, Blessings to Whoever Saved a Bullet to Stick It In a Jew's Head (Aug. 8, 2001), available at http://www.memri.org/report!en/0/0/0/0/0/49 2. htm, cited in expert report of Jeffrey Addicott | Addicott FN 19 - "Friday Sermon on PA TV: Blessings to Whoever Saved a Bullet to Stick It In a Jew's Head," MEMRI, Special Dispatch No. 252, August 8, 2001, <http://www.memri.org/report!en/0/0/0/ 0/0/492.htm.> |
| 550 | PMW Bulletin, Arafat Planned and Led the Intifada: Testimonies from PA leaders and Others (Nov. 28, 2011), available at http://palwatch.org/main.aspx?fi=157&doc id=587 5, cited in expert report of Jeffrey Addicott | Addicott Rebuttal FN 89, 90 - Arafat Planned and Led the Intifada: Testimonies from PA leaders and Others, Palestinian Media Watch, May 28, 2002, PA TV (Fatah) quote available at: <http://palwatch.org/main.aspx?fi=157 &doc_id=5875> |
| 556 | PA TV Broadcast (Transcript), Interview with Suha Arafat (Nov. 12, 2011), available at http://www.jcpa.org.il/Templates/showpage.a sp?FID=821&DBID=1&LNGID=2&TMID=5 99&IID=26263, cited in expert report of Alon Eviatar | Eviatar FN 103 - The interview is cited in <http://www.jcpa.org.il/Templates/showpage.as p?FID=821& DBID=1&LNGID=2&TMID=99&IID=26263 > |
| 557 | Amos Harel & Avi Issacharoff, "The Secrets from Marwan Barghouti's Interrogation Room Revealed," Ha'aretz (April 20, 2012), cited in expert report of Alon Eviatar | Eviatar FN 120, 121 - Amos Harel and Avi Issacharoff, "The Secrets from Marwan Barghouti's Interrogation Chamber Are Exposed"[Hebrew], Haaretz, April 24, 2012 |
| 560 | MEMRI, The Ceasefire and its Various Interpretations on the Palestinian Side (June 12, 2001), http://www.memri.org.il/cgi- webaxy/sal/sal.pl?lang=he&ID=107345_me mri&act= show&dbid=articles&dataid=375 | Eviatar FN 165 - <http://www.memri.org.il/cgiwebaxy/sal/sal.pl ?lang=he&ID= 107345_memri&act=show&dbid=articles&da taid=375> |
| 563 | PA TV Broadcast, Interview of Mahmoud Abbas (Feb. 14, 2005), cited in Rebuttal Report of Alon Eviatar | Eviatar Rebuttal FN 28 - <http://www.palwatch.org/site/modules/videos /popup/video.aspx?doc_id=459> |
| 568 | Al Aqsa Martyrs' Brigade Website, "About Us," http://3asfa.com/ar/index.php?act=page&id=1, cited in Rebuttal Report of Alon Eviatar | Eviatar Rebuttal FN 37 - <http://3asfa.com/ar/index.php?act=page&i d=1> |
| 569 | Dunya al-Watan, "Al-Aqsa Martyrs' Brigades (Gaza Battalion) Celebrate 11th Anniversary of the Martyrdom of Jihad al-Amarin and Wael al-Nimra" (July 5, 2013), http://www.alwatanvoice.com/arabic/news/2 013/07/05/411781.html, cited in Rebuttal | Eviatar Rebuttal FN 38 - <http://www.alwatanvoice.com/arabic/ne ws/2013/07/05/4 11781.html; http://www.naamy.net/view.php?id=889> |

| | Report of Alon Eviatar | |
|---|---|---|
| 602 | PA Publication, Al-Ayyam, "Qaraqe': The Prisoners are Holding Firmly to the Need for Reconciliation and Putting an End the Division" (June 9, 2012), cited in Expert Report of Israel Shrenzel | Shrenzel FN 237.1: Qaraqe: The prisoners are adhering to the necessity of accomplishing the reconciliation and ending the split |
| 613 | Palestinian Media Watch, "Abbas Inaugurates Housing Project For Families of Terrorist Prisoners," Excerpts from PA Publications, Al-Ayyam and Al- Hayat Al Jadida (Dec. 26, 2012), cited in Expert Report of Israel Shrenzel | Shrenzel FN 298.2: Palestinian Media Watch articles – "Abbas inaugurates housing project for families of terrorist prisoners", "Violence and terror", "Glorifying terrorists and terror", etc. |
| 619 | Matthew Kalman, "Terrorist says orders come from Arafat," USA Today (Mar. 14, 2002), cited in the Expert Report of Matthew Levitt | Levitt FN 003 – USAToday.com, "Terrorist says orders come from Arafat" (3/14/2002) |
| 622 | Nathan Guttman & Amra Hass, "U.S. Dubs Al-Aqsa Brigades 'Terrorist,'" Haaretz (Mar. 22, 2002), cited in Expert Report of Matthew Levitt | Levitt FN 010 – Haaretz.com, U.S. dubs Al Aqsa Brigades 'terrorist', Arafat, on TB, condemns attack (Mar 22, 2002) |
| 623 | Reuters, "Al-Aqsa Brigades Shrugs off U.S. 'Terrorism' Label" (Mar. 22, 2002), cited in Expert Report of Matthew Levitt | Levitt FN 11 – Reuters, Al-Aqsa Brigades Shrugs Off U.S. 'Terrorism' Label (Mar 22 |
| 624 | Ha'aretz, "Report: PA's Rajoub hails militant Al Aqsa Brigades," (Mar. 18, 2002), cited in Expert Report of Matthew Levitt | Levitt FN 021 – Haaretz.com, Report: PA's Rajoub hails militant Al Aqsa Brigades (Mar. 18, 2002) |
| 627 | Khaled Abu Toameh, "Arafat ordered Hamas attacks against Israel in 2000," Jerusalem Post (Sept. 29, 2010), cited in Expert Report of Matthew Levitt | Levitt FN 037 – The Jerusalem Post, Arafat ordered Hamas attacks against Israel in 2000 (28/09/2010) |
| 641 | Al-Sharq Al-Awsat (London), reprinted in PA Publication, Al-Hayat Al-Jadida, "[Marwan Barghouti] Called on the Arab Public to Rise up so Sharon will not Treat the Palestinians as He Sees Fit" (Mar. 1, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 7AB – Interview w. Marwan Barghouthi on Intifada, HJ March 01, 2001 |
| 642 | PA Publication, Al-Ayyam, Mamdouh Nawfal, "The Intifada: The Ruin of the Peace Process" (Sept. 30, 2001), cited in Expert Report of | Marcus FN 8, and EX 51 – Mamdouh Nawfal, Arafat calls meeting on Sharon visit Al-Aqsa, Sept 30, 2001 |

| | Itamar Marcus | |
|---|---|---|
| 643 | Video Broadcast, PA Minister: "Arafat Planned Intifada" (Dec. 5, 2000) cited in Expert Report of Itamar Marcus | Faluji- Arafat planned Intifada after Camp David -Eng Dec. 5, 2000 |
| 644 | PA TV Broadcast, Official Sermon by PA Cleric Dr. Ahmed Yousuf Abu Halabiah, "Kill Jews" (Oct. 13, 2000), cited in Expert Report of Itamar Marcus | Dr. Ahmed Yousuf Abu Halabiah, Palestinian Television, Oct. 13, 2000 |
| 645 | PA TV Broadcast, Official Sermon by Sheikh Dr. Muhammad Ibrahim Madi, "Wishes Martyrdom to 14 year olds" (Aug. 3, 2001), cited in Expert Report of Itamar Marcus | Madi - Kill Jews Allah will make Muslims masters over Jews Aug 3- 01 |
| 646 | PA Publication, Al-Hayat Al-Jadida, "On the 53rd Anniversary of the Nakba, Victory is Coming, Security and Relief are Coming" (May 18, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 9 – Victory of believers over descendants of monkeys and pigs, May 18, 2001 |
| 647 | PA TV Broadcast, Official Sermon by PA Cleric Ahmad Abdel Razeq, "Seek Jihad" (Mar. 22, 2002), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD): PA TV Broadcast of Ahmad Abdel Razeq (Mar. 22 22, , 2002) |
| 649 | PA TV Filler Broadcast, Demanding Violence and Jihad (Oct. 3, 2000), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD): PA TV Broadcast (Oct. 3, 2000; aired repeatedly thereafter) Sharon on Temple Mount Oct. 3, 2000 |
| 650 | PA TV Filler Broadcast, Music Video Advocates Killing (aired repeatedly between 2003 and 2007), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD): PA TV Broadcast (aired repeatedly between 2003 and 2007) |
| 651 | PA TV Filler Broadcast, Music Video Mother Hands Gun to Son (aired Oct. 13, 2002 and repeatedly thereafter), cited in Expert Report of Itamar Marcus | Dr. Ahmed Yousuf Abu Halabiah, Palestinian Television, Oct. 13, 2000 |
| 652 | PA TV Filler Broadcast, Music Video Kids Told Leave Toys, Take Up Stones (aired May 2001 and repeatedly thereafter), cited in Expert Report of Itamar Marcus | I'm the Shahid mother May 2001 |
| 653 | PA Publication, Al-Ayyam, President Wishes Arab Journalists Happy Holidays (Jan. 3, 2001), cited in Expert Report of | Expert Report of Itamar Marcus, Exhibit 11: Al-Ayyam Article (Jan. 3, 2001) |

|  | Itamar Marcus |  |
|---|---|---|
| 654 | PA Publication, Al-Ayyam, Adherence to the Intifada's Continuation until National Goals are Achieved (Jan. 2, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 012 (2/1/01) |
| 655 | PA Publication, Al-Hayat Al-Jadida, "Barghouti: Negotiation Without Resistance is Begging and Humiliation" (Jan. 13, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 013 (13/1/01) |
| 656 | PA Publication, Al-Hayat Al-Jadida, "Secretary General of the Islamic Front Calls to Oppose the Manipulations of the Israeli Media" (Jan. 20, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 014 (Jan. 20, 2001) |
| 657 | PA Publication, Al-Hayat Al-Jadida, Jerusalem, Right of Return, the State: Holy Rights that Cannot Be Bartered or Compromised" (Jan. 2, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 015A-B |
| 658 | PA Publication, Al-Hayat Al-Jadida, "Bring Israel War Criminals to Justice" (Feb. 16, 2001), cited in the Expert Report of Itamar Marcus | Marcus FN 017A-B (Feb. 16, 2001) |
| 659 | PA Publication, Al-Hayat Al-Jadida, Supreme Follow-up Committee calls to continue and escalate the Intifada (Feb. 20, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 018 (Feb. 20, 2001) |
| 660 | PA Publication, Al-Hayat Al-Jadida, Martyr's Letter to His Mother" (Feb. 27, 2003), cited in Expert Report of Itamar Marcus | Marcus FN 019 (Feb. 27, 2003) |
| 661 | Al-Quds, "Israeli Government has Two Options" (Jan. 19, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 21, Ahmed Abd Al-Rahman – Intifada will continue, Jan., 19, 2001 |
| 662 | Al-Quds, "A March in Solidarity with Iraq" (Jan. 21, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 022 (Jan. 21, 2001) |
| 664 | Al-Quds, Ahmad Abd Al-Rahman: Intifada Restored Honor to National Struggle, and All Attempts to Thwart It Will Fail (Feb. 25, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 024 (Feb. 25, 2001) |

| | | |
|---|---|---|
| 665 | PA Publication, Al-Hayat Al-Jadida, "Soccer Tournament, Shahid Abd Al-Baset Udeh" (Jan. 21, 2003), cited in Expert Report of Itamar Marcus | Marcus FN 025 (Jan 21, 2003) |
| 666 | PA Publication, Al-Hayat Al-Jadida, Honoring on the Second Anniversary of the Martyrdom Death of Abu Ali Mustafa Brigades' Commander (May 1, 2004), cited in Expert Report of Itamar Marcus | Marcus FN 026 |
| 667 | PA Publication, Al-Hayat Al-Jadida, "Popular Front Concludes the Martyr (Shahid) Raed Nazzal Championship in Qalqilya" (Apr. 28, 2012), cited in Expert Report of Itamar Marcus | Marcus FN 027 |
| 670 | PA Publication, Al-Hayat Al-Jadida, "Symbolic Funeral in Tulkarm for Martyr Marmash, who carried out the Netanya operation," (May 19-20, 2001), cited in Expert Report of Itamar Marcus | Marcus FB 039 (May 13, 2001) |
| 671 | PA Publication, Al-Hayat Al-Jadida, "Memorial for Martyr Mahmoud Marmash in Tulkarm" (May 23, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 040 (23/05/01) |
| 672 | PA Publication, Al-Hayat Al-Jadida, "A Symbolic Funeral for Martyr (Shahid) Ahmad Alyan in the Nour Shams Refugee Camp" (Mar. 9, 2001), cited in Expert Report of Itamar Marcus | Marcus FN 041: Al-Hayat Al-Jadida paper March 9, 2001 |
| 674 | PA Publication, Al-Hayat Al-Jadida, "Call to watch TV Documentary, 'Hawk of Palestine,'" (Feb. 18, 2001), cited in Expert Report of Itamar Marcus | Marcus 2001.02.18.bmp (photo) |
| 677 | "Funeral for terrorist remains - follow in their path," (May 31, 2012), cited in Expert Report of Itamar Marcus | 2012.05.31 Tayeb Abd Al-Rahim - follow in Shahids |
| 678 | PA TV Broadcast, Suicide Terrorist are Greatest Role Models (June 3, 2012), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD): PA TV Broadcast re: Ali Ja'ara and other Terrorists (June 3, 2012) |
| 719 | Al-Quds, "Dahlan: Our meeting with Zinni did not yield positive results, and our positions are firm" (Apr. 13, 2002), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 43K, Al-Quds, April 13, 2002 |
| 720 | Al-Quds TV, Interview with Fatah Secretary General, "Oslo Success was Violence" (Apr. 6, 2009), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), Al-Quds, April 6, 2009 |

| | | |
|---|---|---|
| 721 | PA TV Broadcast, Mohammad Dahlan: "Arafat Deceived the World" (July 22, 2009), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), PA TV (Fatah), July 22, 2009 |
| 722 | PA Publication, WAFA, "Karake denies rumors about changing the prisoners' salaries into social assistance" (Dec. 27, 2012), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 43L, WAFA (the official Palestinian Authority news agency), Dec. 27, 2012 |
| 723 | PA TV Broadcast, "Abbas: We Sent Them" (Feb. 14, 2005), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), PA TV (Fatah), Feb. 14, 2005 |
| 724 | PA TV Broadcast, "PA Official: Arafat Planned Intifada" (May 28, 2002), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), PA TV (Fatah), May 28, 2002 |
| 725 | PA TV Broadcast, Al-Ajrami, "PA Forces did Most Terror Attacks" (June 29, 2009), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), PA TV (Fatah), June 29, 2009 |
| 726 | PA publication, Al-Hayat Al-Jadida of London, "Arafat Overestimated the Intifada's Potential" (Nov. 12, 2005), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 44, From a book by MamdouhNawfal, Arafat's advisor on Internal Affairs, member of Palestinian Supreme National Security Council, Al-Hayat (London), Nov. 12, 2005 |
| 727 | PA TV Broadcast, "Personal Encounter" with Dahlan: "Arafat and Fatah started Intifada" (Sept. 28, 2010), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), PA TV (Fatah), Sept. 28, 2010 |
| 729 | PA Publication, Al-Ayyam, "Politicians and Journalists: Improving domestic performance and reinforcing national unity are fundamental for achieving the Intifada's goals" (Dec. 6, 2000), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 45, Al-Ayyam, Dec. 6, 2000 |
| 730 | PA Publication, Al-Hayat Al-Jadida, "Yasser Arafat - The man of Revolution and Dialogue" (Nov. 11, 2010), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 46, Op-ed, Al-Hayat Al-Jadida, Nov. 11, 2010 |
| 731 | PA Publication, Al-Hayat Al-Jadida, "Serious about reconciliation" (May 11, 2011), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 47, Op-ed, Al-Hayat Al-Jadida, May 11, 2011 |
| 732 | PA TV Broadcast, Suha Arafat: "Arafat Planned Intifada" (Nov. 12, 2011), cited | Expert Report of Itamar Marcus, Exhibit 1 (DVD), PA TV (Fatah), Nov. 12, 2011 |

| | in Expert Report of Itamar Marcus | |
|---|---|---|
| 733 | Al-Alam TV, "Abu Ein - Oslo Success was Intifada" (July 4, 2006), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), Al-Alam TV, July 4, 2006 |
| 735 | PA Publication, Al-Hayat Al-Jadida, "Alone, Without Waiting for Help or Supporters" (Apr. 10, 2011), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 50, Op-ed, Al-Hayat Al-Jadida, April 10, 2011 |
| 737 | PA TV Broadcast, "Arafat Wanted to Repeat the First Intifada" (Nov. 13, 2011), cited in Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 1 (DVD), PA TV (Fatah), Nov. 13, 2011 |
| 753 | PA TV Broadcast, Official Sermon by Dr. Mahmoud Mustafa Najem, "Jews Evil Should Expect Death" (Feb. 8, 2002), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV Feb. 8, 2002 |
| 754 | PA TV Broadcast, Official Sermon by Dr. Mahmoud Mustafa Najem, "Muslims Torment Jews for Allah" (Nov. 1, 2002), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, Nov. 1, 2002 |
| 755 | PA TV Broadcast, Official Sermon by Ibrahim Mudayris, "Kill All Jews" (Sept. 10, 2004), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, Sept. 10, 2004 |
| 756 | PA TV Broadcast, Official Sermon by Ibrahim Mudayris, "Subjugate Christians Kill Jews" (Sept. 12, 2004), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, Sept. 12, 2004 |
| 760 | PA TV Broadcast, Official Sermon by Ibrahim Mudayris, "Jewish and American Corruption Caused Tsunami" (Jan. 7, 2005), cited in Expert Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, Jan. 7, 2005 |
| 761 | PA TV Broadcast, Official Sermon by Ibrahim Mudayri, "Jews are a Virus" (May 13, 2005), cited in Expert Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, May 13, 2005 |
| 768 | PA Publication, Al-Hayat Al-Jadida, "The '48 Nakba'" (June 3, 2011), cited in Rebuttal Report of Itamar Marcus | Al-Hayat Al-Jadida, June 3, 2011 (Rebuttal Report of Itamar Marcus) |
| 770 | PA TV Broadcast at Rally, "PA Mufti Muslims Destiny is to Kill Jews" (Jan. 9, 2012), cited in Rebuttal Report of Itamar Marcus | Official PA TV, Jan. 9, 2012 (Rebuttal Report of Itamar Marcus) |

| | | |
|---|---|---|
| 792 | PA TV Broadcast, Official Sermon by Dr. Muhammed Ibrahim Madi, "Pray to be Granted Martyrdom" (Apr. 12, 2002), cited in Rebuttal Report of Itamar Marcus | Official PA TV, April 12, 2002 (Rebuttal Report of Itamar Marcus) |
| 794 | PA Publication, Al-Hayat Al-Jadida, "Pleasant Dwellings in the Gardens of Eden" (Jan. 2, 2004), cited in Expert Report of Itamar Marcus | Rebuttal Report of Itamar Marcus, Exhibit 2s 7, Al-Hayat Al- Jadida, Jan. 2, 2004 |
| 795 | PA TV Broadcast, Official Sermon by Sheik Imad Hamato, "Martyr Rewarded With 72 Virgins" and "Martyr Loves Dismemberment" (Nov. 3, 2006), cited in Rebuttal Report of Itamar Marcus | Official PA TV, program of Sheik Imad Hamato Nov. 3, 2006 (Rebuttal Report of Itamar Marcus) |
| 797 | PA TV Broadcast, Official Sermon by Dr. Isma'il al-Raduan, "Martyrs Sins are Forgiven" (Aug. 17, 2001), cited in Rebuttal Report of Itamar Marcus | Official PA TV, Aug. 17 2001 (Rebuttal Report of Itamar Marcus) |
| 798 | PA TV Broadcast, Interview with Mother of Martyr on Loyalty Day (Nov. 17, 2004), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, Nov. 17, 2004 |
| 803 | PA Publication, Al-Hayat Al-Jadida, "Jerusalem Groom, Abu Dahim, Leaves Without his Wedding Procession" (Mar. 14, 2008), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus, Exhibit S2 6, Al-Hayat Al- Jadida, March 14, 2008 |
| 804 | PA TV Broadcast, "Message of the people, Death as a Martyr is sweet" (June 9, 2002), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, June 9, 2002 |
| 805 | PA Publication, Al-Hayat Al-Jadida, "Faris Ouda" (Nov. 30, 2000), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus, Exhibit 2S 20, Al-Hayat Al-Jadida, Nov. 30, 2000 |
| 806 | PA Publication, Al-Hayat Al-Jadida, "Faris Ouda - Martyr [Killed by] the Zionist Tank" (Feb. 3, 2001), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus, Exhibit 2S 19, Al-Hayat Al-Jadida, Feb. 3, 2001 |
| 807 | PA TV Broadcasts, "Arafat to Kids - Millions of Martyrs Marching" (Aug. 18, 2002); "Arafat to Kids - Proud of Martyr Faris Uda" (Aug. 4, 2003), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV Aug. 18, 2002 |
| 808 | PA TV Broadcast, "Win With Shahad, Quiz Glorifies Martyred Kid" (Sept. 16, 2008), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV, Sept. 16, 2008 |

| | | |
|---|---|---|
| 809 | PA TV Broadcast, "At Dusk, Arafat - Dead Children are the Greatest Message" (Jan. 15, 2002), cited in Rebuttal Report of Itamar Marcus | Rebuttal Report of Itamar Marcus (DVD), Official PA TV Jan. 15, 2002 |
| 812 | Al-Sharq Al-Awsat (London), Palestinian Prime Minister: I Have No Dispute Over Powers with President Arafat (June 20, 2004) | Rebuttal Report of Itamar Marcus, Exhibit S2 16 |
| 817 | Cairo Al-Musawwar in Arabic, "Fatah's Marwan Al- Barghouti on Intifada, Peace Talks," FBIS (Nov. 10, 2000), cited in Expert Report of Efraim Karsh | Karsh FN 106 - Al-Musawwar, Cairo, November 10, 2000 |
| 821 | Ha'aretz, "Arafat Orders Cease-Fire; Marked Drop in Violence" (Oct. 11, 2000), cited in Defendants' Expert Report of Lori Allen | Robinson FN 26 - "Arafat Orders Cease-Fire; Marked Drop in Violence," Ha'aretz, October 11, 2000. |
| 898 | National and Islamic Forces, Intifada Diary (Sept. 30, 2000) | P 1: 1312-1313 |
| 899 | National and Islamic Forces, Intifada Diary (Oct. 11, 2000) | Intifada Diaries |
| 900 | National and Islamic Forces, Intifada Diary (Oct. 19, 2000) | Intifada Diaries |
| 901 | National and Islamic Forces, Intifada Diary (Oct. 27, 2000) | Intifada Diaries |
| 902 | National and Islamic Forces, Intifada Diary (Jan. 10, 2001) | Intifada Diaries 4 |
| 903 | National and Islamic Forces, Intifada Diary | Intifada Diaries 4 |
| 904 | National and Islamic Forces, Intifada Diary | Intifada Diaries 4 |
| 905 | National and Islamic Forces, Intifada Diary (Mar. 31, 2001) | Intifada Diaries 6 |
| 906 | National and Islamic Forces, Intifada Diary (April 28, 2001) | Intifada Diaries 7 |

| 907 | National and Islamic Forces, Intifada Diary (June 13, 2001) | Intifada Diaries 9 |
|---|---|---|
| 908 | National and Islamic Forces, Intifada Diary (June 30, 2001) | Intifada Diaries 9 |
| 909 | National and Islamic Forces, Intifada Diary (July 7, 2001) | Intifada Diaries 10 |
| 910 | National and Islamic Forces,Intifada Diary (July 14, 2001) | Intifada Diaries 10 |
| 911 | National and Islamic Forces, Intifada Diary | Intifada Diaries 10 |
| 912 | National and Islamic Forces,Intifada Diary (Aug. 11, 2001) | Intifada Diaries 11 |
| 913 | National and Islamic Forces,Intifada Diary (Aug. 12,2001) | Intifada Diaries 11 |
| 914 | National and Islamic Forces,Intifada Diary (Aug. 27,2001) | Intifada Diaries 11 |
| 915 | PA Ministry of Foreign Affairs Statement, "The terrorist is the one who occupies the land of another people by force, expels them from it, and resides in their place, not the Palestinian prisoner, the fighter for freedom" | Official PA Statement -Terrorists Are Freedom Fighters |
| 916 | National and Islamic Forces, Intifada Diary (Nov. 7, 2000) | Intifada Diaries |
| 917 | National and Islamic Forces, Intifada Diary (Mar. 17,2001) | Intifada Diaries 7 |
| 925 | Televised Prison Interview of Abdullah Al-Barghouti | Raw footage video |

| | | |
|---|---|---|
| 926 | Televised interview of Ashraf Al-Ajrami (June 28, 2009), Exhibit 1-10 to Deposition of Yotam Feldner in *Saperstein et al. v. PA/PLO,* No. 04-20225 | Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225, Exhibit 1-10: MEMRI Clip 2180, Ashraf Al-Ajrami, QA TV (June 28, 2009) |
| 927 | PA TV Broadcast, Jihad Abu Zneid (July 16, 2008), Exhibit 1- 14 to Deposition of Yotam Feldner in *Saperstein et al. v. PA/PLO,* No. 04-20225 | Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225, Exhibit 1-14: MEMRI Clip 1815, Jihad Abu Zneid, PA TV (July 16, 2008) |
| 928 | Al-Jazeera TV Broadcast of Interview with Jibril Rajoub (Jan. 11, 2006), Exhibit 1-18 to Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04- 20225 | Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225, Exhibit 1-18: MEMRI Clip 999, Jibril Rajoub, Al-Jazeera TV (Jan. 11, 2006) |
| 929 | Al-Jazeera TV Broadcast of Interview with Mamdouh Noufal (Sept. 28, 2005), Exhibit 1-19 to Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04- 20225 | Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225, Exhibit 1-19: MEMRI Clip 877, Mamdouh Noufal, Al-Jazeera TV (Sept. 28, 2005) |
| 930 | Al-Arabiya TV Broadcast of Interview of Raid Al-Aidi, Al-Aqsa Martyrs Brigade (Nov. 11, 2004), Exhibit 1- 22 to Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225 | Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225, Exhibit 1-22: MEMRI Clip 345, Raid Al-Aidi, Al-Aqsa Martyrs Brigade, Al-Arabiya TV (Nov. 11, 2004) |
| 931 | Al-Arabiya TV Broadcast of Interview of Azzam Al- Ahmed, (Aug. 4, 2009), Exhibit 1-5 to Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04- 20225 | Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225, Exhibit 1-5: MEMRI Clip 2195, Azzam Al-Ahmed, Al-Arabiya TV (Aug. 4, 2009) |
| 932 | PA TV Broadcast of Interview with Abbas Zaki (July 18, 2009), Exhibit 1-7 to Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225 | Deposition of Yotam Feldner in Saperstein et al. v. PA/PLO, No. 04-20225, Exhibit 1-7: MEMRI Clip 2187, Abbas Zaki, PA TV (July 18, 2009) |
| 934 | PA Publication, Al-Hayat Al-Jadida Article (August 4, 2.002), Exhibit 29A to Expert Report of Itamar Marcus | Expert Report of Itamar Marcus, Exhibit 29A, Al-Hayat Al-Jadida, August 4, 2002 |
| 935 | PA Publication, Al-Shuhada, Vol. 28, July 2000 | Al-Ahouhada Aagazine - Ibrahim Hiles |
| 936 | PA Publication, Humat al-Areen, Vol. 84, | Humat Al-Areen Vol. 84 (July 2001) p. 27 |

| | | |
|---|---|---|
| | 2001 | |
| 937 | PA Publication, Humat al-Areen, Vol. 93, 2002 | Humat Al-Areen Vol. 93 (July 2002) pp. 2; 38-39; 54 |
| 939 | Televised Broadcast of Speech by PA/PLO Representative Mutawakkil Taha (Sept. 27, 2013) | MEMRI TV - Al-Jazeera Network (9-27-2013) |
| 941 | Israel Ministry of Foreign Affairs, PA Incitement Index - Status Report (Jan. 2014) (PowerPoint Version) | January 2014  Palestinian Authority Incitement Index (Shortcut) |
| 942 | Israel Ministry of Foreign Affairs, PA Incitement Index - Status Report (Jan. 2014) | January 2014  Palestinian Authority Incitement Index |
| 943 | Israel Ministry of Foreign Affairs, The Cabinet Discussed Incitement and the Culture of Hatred in the Palestinian Authority (Jan. 5, 2014) | Jan. 5, 2014  MFA Press Release |
| 947 | IMRA Radio Broadcast, Interview with Sa'd Nimr of PA Ministry of Detainees | Interview with Sa'd Nimr of the PA Ministry of Detainees - April 17, 2011 |
| 949 | PA Publication, Al Shurta Vol. 34 (July 2000) (excerpt) | A-Shorta Vol. 34 (July 2000) pp. 22-24-1 |
| 961 | Deposition of Hussein Al Sheikh, 04-CV-20225, *Saperstein, et al. v. PA* (April 1, 2009), Exhibit 1 (Al Arabiya TV, Hussein Al-Sheikh Interview (Nov. 11, 2004)) | Exhibit 1, Deposition of Hussein Al Sheikh, Case No. 04-CV20225, Saperstein, et al. v. the Palestinian Authority, April 1, 2009 |
| 964 | PA Publication, Al Shurta Magazine, Volume 37 (Oct. 2000) "On the 31st Anniversary of the Incident of the Burning of Al Aqsa Mosque Oh, Muslims ... Rescue Al Aqsa Mosque" | Shorta Vol. 35 (August 2000) pp.14-16 |
| 965 | PA Publication, Al Shurta Magazine, Volume 37 (Oct. 2000) "Live Images from the Intifada of the Al Aqsa Martyrs" | A-Shorta Vol. 37 (October 2000) pp[1]. 21-23 |
| 966 | PA Publication, Humat Al-Areen, Volume 37 (Oct. 2000) "A thousand ahs!! Oh Jerusalem, Oh My City ... Oh Jerusalem, My Dear?!" | Humat Al-Areen Vol. 75-76 (October 2000) pp[1]. 34-37 |
| 1052 | Palestinian National Liberation Movement - Fatah Mission Website | Palestinian National Liberation Movement – Fatah website dated 2/18/2014 |
| 1053 | Video Interview, Tawfiq Tirawi | Video re PA and Fatah |
| 1061 | PA Radio Broadcast, Official Friday Sermon by Dr. Ikrime Sabri (Aug. 24, 2001) | Dr. Ikrime Sabri, Mufti of Palestine Friday Sermon Al-Aqsa Mosque, PA Radio, Aug. 24, 2001 |
| 1062 | PA TV Broadcast, Official Friday Sermon by Ahmed Abdul Razek | Ahmed Abdul Razek, Friday Sermon, PA TV, Jun. 28, 2002 |

| | | |
|---|---|---|
| | (June 28, 2002) | |
| 1063 | PA TV Broadcast, Official Friday Sermon by Sheikh Ibrahim Madiras (Feb. 21, 2003) | Ibrahim Mudyris, Friday Sermon, PA TV, Feb. 21, 2003 |
| 1064 | PA Publication, Al-Ayyam, Eulogy for Abu Ali Mustafa (Aug. 30, 2001) | Eulogy for Abu Ali Mustafa by Omar Hilmi Al-Ghoul, Al-Ayyam, Aug. 30, 2001 |
| 1065 | Al-Quds, Meeting with Journalists in El Birah (Aug. 30, 2001) | Meeting with journalists in El Birah, Al-Quds, Aug. 30, 2001 |
| 1067 | PA Publication, Al Hayat Al Jadida, Cartoon Depicting Swastika (Sept. 9, 2002) | Cartoon, reprinted from Al-Wattan (Qatar), Al-Hayat Al-Jadidam Sept. 9. 2002 |
| 1068 | PA Publication, Al Hayat Al Jadida, Cartoon Regarding War on Terror (Sept. 9, 2002) | Cartoon, reprinted from Al-Sharq Al-Awsat, Al-Hayat Al-Jadida, Sept. 9, 2002 |
| 1069 | PA TV Broadcast, Official Friday Sermon by Sheikh Ibrahim Madiras (Sept. 5, 2003) | Official Sermon on PA TV, Sept. 5, 2003 |
| 1070 | PA TV Broadcast, Official Friday Sermon by Sheikh Ibrahim Madiras (Oct. 10, 2003) | PA TV, Sheikh Ibrahim Madiras, Oct. 10, 2003 |
| 1072 | PA Publication, Al Hayat Al Jadida, Cartoon Depicting Osama Bin Laden (Sept. 12, 2007) | Cartoon,  Al-Hayat Al-Jadida, Sept.12, 2007 |
| 1073 | PA Publication, Al Hayat Al Jadida, Cartoon Depicting Uncle Sam (Sept. 11,2002) | Cartoon, reprinted from Al-Wattan of Qatar, Al-Hayat Al-Jadida, Sept. 11, 2002 |
| 1074 | PA Publication, Al Hayat Al Jadida, Op-Ed, Peace with Ourselves (Sept. 11, 2001) | Peace with ourselves, Al-Hayat Al-Jadida, Sept. 11, 2001 |
| 1075 | Website of Permanent Observer Mission of the State of Palestine to the United Nations, "About the Palestinian Liberation Organization" | Website: About Palestine: Palestine Liberation Organization |
| 1076 | Constitution of the Palestine Liberation Organization (as amended July 1968) | Jewish Virtual Library: Constitution of the Palestine Liberation Organization |

| 1078 | Remarks by President Clinton, King Hussein I, President Hosni Mubarak, Chairman Yasir Arafat, Prime Minister Yitzhak Rabin at the Signing Ceremony of The Israeli-Palestinian Interim Agreement (Sept. 28, 1995) | White House Office of the Press Secretary: Remarks by President Clinton, King Hussein I, President Hosni Mubarak, Chairman Yasir Arafat, Prime Minister Yitzhak Rabin at Signing Ceremony of the Israeli-Palestinian Interim Agreement |
|---|---|---|
| 1079 | U.S. Dep't of State, Trilateral Statement on the Middle East Peace Summit at Camp David (July 25, 2000) | Trilateral Statement on the Middle East Peace Summit at Camp David |
| 1080 | Transcript of CNN Today, with Guest Hassan Abdel Rahman (PLO Chief Representative), "Can Yasser Arafat Stop the Violence in the Middle East?" (Oct. 17, 2000), *Sokolow* DE 84-24 | CNN, Can Yasser Arafat Stop the Violence in the Middle East? |
| 1081 | Transcript of CNN Larry King Live, with Guest Hassan Abdel Rahman (PLO Chief Representative) (Dec. 3, 2001), *Sokolow* DE 84-24 | CNN, Larry King Interviews Frank Lindh, Shimon Perez |
| 1082 | Transcript of State Dep't Briefing, with Participant Hassan Abdel Rahman, Representative of the Palestinian Authority, "Forum of the Center for Policy Analysis on Palestine" (May 29, 2001), *Sokolow* DE 84-24 | Federal News Service, Forum of the Center for Policy Analysis on the Palestine |
| 1083 | Transcript of CNN Int'l Q&A, with Guest Hassan Abdel Rahman (Chief Palestinian Representative to the U.S.) (Jan. 29, 2002), *Sokolow* DE 84-24 | CNN Show: Q&A with Zain Verjee 11:30AM |
| 1084 | Transcript of CNN Sunday Night, Interview with Hassan Abdel Rahman (Palestinian Representative to the U.S.) (Feb. 3, 2002), *Sokolow* DE 84-24 | CNN, Interview with Hassan Abdel Rahman |
| 1085 | Transcript of MSNBC Show, with Guest Hassan Abdel Rahman (Spokesman, Palestine Liberation Organization) (Feb. 25, 2002), *Sokolow* DE 84-24 | CNN Student News, Any Hope for Peace in the Middle East? |
| 1086 | Transcript of MSNBC Show, with Guest Nasser Al-Kidwa (Spokesman, Palestinian Observer Mission to the United Nations) (Mar. 18, 2002), *Sokolow* DE 84-25 | MSNBC, Operation Anaconda Has Ended; Air Patrols Over Major Cities Will be Scaled Back |
| 1087 | Transcript of CNBC Show, with Guest Hassan Abdel Rahman (PLO Representative to the U.S.) (Mar. 18, 2002), *Sokolow* DE 84- | CNBC, Palestinian Representative Hasan Abdel Rahman on Vice President Dick Cheney's visit to Mideast |

|  |  |  |
|---|---|---|
|  | 23 |  |
| 1088 | Transcript of MSNBC Show, with Guest Nasser Al-Kidwa (Spokesman, Palestinian Observer Mission to the United Nations), "Jerusalem Suicide Attack Halts Israeli-Palestinian Talks" (Mar. 21, 2002), *Sokolow* DE 84-25 | MSNBC, Jerusalem Suicide Attack Halts Israeli-Palestinian Talks; Many Al Qaeda in Parkistan |
| 1089 | Transcript of MSNBC Show, with Guest Hassan Abdel Rahman (Chief PLO Representative to the US) (Mar. 28, 2002), *Sokolow* DE 84-23 | News, Will Saudi Peace Plan Work? |
| 1090 | Transcript of CNN American Morning, with Guest Ambassador Nasser Al-Kidwa (Palestinian Observer Mission to the United Nations), "Ambassadors Debate Arafat Presence in Israel" (April 3, 2002), *Sokolow* DE 84-25 | CNN, Ambassadors Debate Arafat Presence in Israel |
| 1091 | Transcript of NBC Meet the Press, with Guest Hassan Abdel Rahman (Chief PLO Representative to the US) (April 7, 2002), *Sokolow* DE 84-23 | NBC, Hassam Abdel Rahman and Zalman Shoval discuss the crisis in the Middle East |
| 1092 | Transcript of CNN Show, "Terror Strikes Jerusalem Again," with Guest Hassan Abdel Rahman (Chief PLO Representative to the US) (April 12, 2002), *Sokolow* DE 84-23 | CNN, Terror Strikes Jerusalem Again; Secretary Powell Visits Israeli Prime Minister |
| 1093 | Transcript of FOX Show, Interview with Hassan Abdel Rahman (Chief Palestinian Representative to the U.S.) (April 15, 2002), *Sokolow* DE 84-23 | Fox, Interview with Hasan Abdel Rahman |
| 1094 | Transcript of FOX Show, Interview with Hassan Abdel Rahman (Chief Palestinian Representative to the U.S.) (May 3, 2002), *Sokolow* DE 84-23 | Fox, Interview with Hasan Abdel Rahman and Alon Pinkas |
| 1095 | Transcript of CNBC Show,"Hasan Abdel Rahman, Palestinian Chief Rep to US, and Israeli Consul General Alon Pinkas Debate Whether Arafat Can Bring Peace" (May 8, 2002), *Sokolow* DE 84-24 | Hardball with Chris Matthews, Hasan Abdel Rahman, Palestinian chief rep. to US, and Israeli Consul General Alon Pinkas debate whether Arafat can bring peace |
| 1096 | Transcript of Speech at National Press Club, Washington, D.C., Speaker: Palestinian | Federal News Service, National Press Club Morning Newsmaker |

| | | |
|---|---|---|
| | National Authority Representative to the United States Hassan Abdel Rahman (May 9, 2002), *Sokolow* DE 84-22 | |
| 1097 | Transcript of CNN Show, with Guest Hassan Abdel Rahman (PLO Representative to the U.S.), "Suicide Bomber Strikes Netanya" (May 19,2002), *Sokolow* DE 84-22 | CNN, Suicide Bomber Strikes Netanya |
| 1098 | Transcript of FOX Show, Interview with Hassan Abdel Rahman (Chief Palestinian Representative to the U.S.) and Alon Pinkas (June 18, 2002), *Sokolow* DE 84-22 | Fox, Interview with Hasan Abdel Rahman |
| 1099 | Transcript of CNN Late Edition, with Guest Nasser Al- Kidwa (Palestinian Representative at the United Nations) (Nov. 24, 2002), *Sokolow* DE 84-25 | CNN, Biden, Hagel Discuss War on Terror; Gissin, al-Kidwa Talk About Mideast Peace; Black, Digenova Debate New Wiretapping Power |
| 1100 | Transcript of MSNBC Show, with Guest Hassan Abdel Rahman (Chief Palestinian Representative to the U.S.), "First Suicide Bombing in Two Months Kills 15 Israelis" (Mar. 5, 2003), *Sokolow* DE 84-22 | MSNBC, Countdown Iraq for March 5, 2003 |
| 1101 | Transcript of CNBC Show, "Nasser Al-Kidwa, Permanent Palestinian Observer to the United Nations, Discusses What the Palestinians and Israelis Will Have To Do To Achieve Peace in the Middle East" (June 2, 2003), *Sokolow* DE 84-25 | CNBC, Nasser Al-Kidwa, permanent Palestinian observer to the United Nations, discusses what the Palestinians and Israeli will have to do with achieve peave in the middle east |
| 1102 | Transcript of CNN Int'l, with Guest Nasser Al-Kidwa, Permanent Palestinian Observer to the United Nations (Sept. 19, 2003), *Sokolow* DE 84-25 | CNN Interver |
| 1103 | Transcript of CNN Show, with Guest Hassan Abdel Rahman (Chief PLO Representative to the US) (Mar. 19, 2002), *Sokolow* DE 84-23 | CNN, Lou Dobbs Moneyline |
| 1104 | Transcript of NewsHour, with Guest Hassan Abdel Rahman (Chief PLO Representative to the US) (Mar. 29, 2002), *Sokolow* DE 84-23 | News Hour, War of Peace; Political Wrap; In Memoriam |
| 1105 | Transcript of CNN American Morning, with Guest Nasser Al-Kidwa (Palestinian Permanent Observer to the | CNN, Powell Met With Top Lebanese Officials Today Before Going to Meet With Syrian Leaders |

| | United Nations) (April 15, 2002), *Sokolow* DE 84- 25 | |
|---|---|---|
| 1106 | Transcript of CNN Show, with Guest Hassan Abdel Rahman (PLO Representative to the U.S.), "Is Middle East Peace Possible" (April 15, 2002), *Sokolow* DE 84- 23 | CNN, Is Middle East Peace Possible? |
| 1110 | BBC Arabic TV Broadcast, Interview with Muhammad al-Daya, Former Bodyguard of Yasser Arafat (April 3, 2014) | Interview |
| 1119 | Summary of Defendants' Statements to U.S. Media Regarding Political Objectives | Summary of Defendants' Statements to U.S. Media Regarding Political Objectives |