UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x



The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04-CV-00397.

The date(s) for which such authorization is provided is (are) January 6, 2015 through the end of trial (projected to be 12 weeks).

| Attorney | Device(s) |
| --- | --- |
| 1. Kent A. Yalowitz | (1) Laptop; (2) Cell Phone (iPhone) |
| 2. Philip H. Horton | (1) Laptop; (2) Cell Phone (Blackberry) |
| 3. Sara K. Pildis | (1) Laptop; (2) Cell Phone (iPhone) |
| 4. Rachel Weiser | (1) Laptop; (2) Cell Phone |
| 5. Carmela T. Romeo | (1) Laptop; (2) Cell Phone (iPhone) |

1

| 6. Tal R. Machnes | (1) Laptop; (2) Cell Phone (iPhone) |
| 7. Sooyon Sara Kim | (1) Laptop; (2) Cell Phone (iPhone) |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

**SO ORDERED:**

Dated:     January 6, 2015

JAN 06 2015     _George B. Daniels_
United States Judge

2