# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

          Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

          Defendants.

No. 04 Civ. 00397 (GBD)(RLE)

**AUDIOVISUAL**
**EQUIPMENT ORDER**

## GEORGE B. DANIELS, United States District Judge:

Upon the request of the plaintiffs to allow multi-media equipment and materials necessary for the trial in the above-referenced action (the "Trial") into Courtroom 11A of the Patrick Moynihan United States Courthouse, it is Ordered that:

1. Counsel for the plaintiffs and their respective technology coordinators shall be permitted to bring into the Patrick Moynihan United States Courthouse, during the period between January 9, 2015 and the conclusion of the Trial (the "Trial Times"), certain multi-media equipment (the "Equipment").

2. The Equipment may include the following:

- Eight (8) video monitors for the Court (1 for the Court, 1 for the Court's law clerk, 1 for the witness, 1 each for the plaintiff and defendant (2 in total), and 3 for the jury);
- Two (2) two-port VGA splitters;
- One (1) Elmo with connection to the external monitors;

1

- Two (2) switch boxes (a 6x1 switch and a 2x2 switch, for switching video and audio between sources);

- Digital Amplifier (small component that allows for distribution of all electrical A/V signals);

- Four (4) laptop computers (including two (2) laptops with DVD players for presentation purposes and two (2) laptop computers for use by interpreters);

- One (1) LCD projector;

- One (1) large projection/LCD screen for video monitoring in the gallery;

- Three (3) mice and other input devices;

- Assorted hard drives;

- One (1) standard, stand-alone laser printer

- Assorted flash drives;

- PA (public address) system (amplified speaker system for presentation of audio material);

- Any necessary connection cables and power cords and power strips;

- Stands and/or tables for the above;

- Three tablets (two (2) tablets for use by interpreters and one (1) for attorney use);

- Four (4) mobile phones (for interpreters and AV specialists);

- Two (2) Personal Hotspots, Router.

3. Counsel for the parties shall be permitted to bring into the Patrick Moynihan United States Courthouse during the Trial Times, boxes containing production documents, deposition transcripts, trial exhibits, and other litigation materials.

4.  Counsel for the parties and their technology coordinators shall be permitted entry to the courtroom, beginning on January 9, 2015, to set up and test the above-referenced Equipment.

5.  During the Trial Times, the parties shall have courtroom access Monday through Friday from 9am to 5pm.

6.  Counsel for the parties and their technology coordinators shall be permitted to bring any and/or all of the Equipment in and out of the Patrick Moynihan United States Courthouse at all times during the Trial Times.

Dated: January 6, 2015

**SO ORDERED**

JAN 06

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

DATED: January 6, 2015
New York, New York

3