IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 04cv397 (GBD) (RLE)

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the December 16, 2014 hearing transcript with the Clerk of Court.

January 7, 2015

Respectfully Submitted,

/s/ Brian A. Hill
Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Dawn E. Murphy-Johnson
Michael J. Satin
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington, DC  20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
bhill@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

1536144.1