IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICES(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL | ) ) ) ) ) ) ) |



The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following representative(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

**Mark Sokolow, *et al.* v. The Palestine Liberation Organization, *et al.*, Case No. 04-cv-397 (GBD)(RLE).**

The date(s) for which such authorization is provided is (are): **12-week trial beginning January 6, 2015**

| Representative | Device(s) |
|---|---|
| Justin Kelly | 1) 7 DELL 197FP 19" LCD Black Monitors<br>2) 1 EXTRON 4 to 8 Matrix VGA Switch<br>3) 2 EXTRON Dist Amp - VGA 1 to 2<br>4) 1 HITACHI CPX445 3200 Lumen-XGA 8.6lbs 400: 1<br>5) 1 EIKI LC-XG400 5000 Lumens LCD Projector<br>6) 1 WOLFVISION VZ-8 Light<br>7) IDA-LITE Projector Stand W/Skirt<br>8) 1 Audio Kit with Speakers and Stands<br>9) 1 7.5'x10 Fast Fold w/Dress Kit AV Stump fl<br>10) 5 VGA 15' Cable<br>11) 5 VGA 25' Cable<br>12) 4 Power Strip 6 Outlet<br>13) 2 Extension Cord 25' |

The representative(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

1

1536113.1

SO ORDERED:

Dated: __JAN 07 2015__

George B. Daniels
United States Judge

1536113.1