01/06/2015 11:26 646-428-6152 THE NEW YORK TIMES PAGE 02/03
Case 1:04-cv-00397-GBD-RLE Document 723 Filed 01/07/15 Page 1 of 2
Case 1:14-mc-00047-P1 Document 2 Filed 02/27/14 Page 5 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2 of 3

----------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

----------------------------------------x

[FILED DATE: JAN 07 2015]

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following ~~attorney~~ **Reporter**(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned **Sokolow v PLO**_____

_____, No. **04 cv 397**. The date(s) for which such authorization is provided is (are) **Trial starting 1/13/15**.

| ~~Attorney~~ Reporter | Device(s) |
|---|---|
| Ben Weiser | Laptop (NY Times) |
| 1. | |
| 2. | |

01/06/2015 11:26 645-429-6152 THE NEW YORK TIMES PAGE 03/03
Case 1:04-cv-00397-GBD-RLE Document 723 Filed 01/07/15 Page 2 of 2
Case 1:14-mc-00047-P1 Document 2 Filed 02/27/14 Page 6 of 6

| 3. | |
|---|---|
| | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: JAN 07 2015

_____
United States Judge

Revised: February 26, 2014