Case 1:04-cv-00397-GBD-RLE   Document 724-5   Filed 01/07/15   Page 1 of 20



PLAINTIFF'S EXHIBIT 179

# WATANI [My Country]

Main Magazine of the Public Security Forces
Issued by the Political and National Guidance Agency
Number 45 Year Five / December 2001

[Emblem] Palestine

**The President: The Hour of Freedom is Near**

**Abu Gharbiya: The Occupation is the Harshest Form of Terrorism**

**The Tanks have Spread Unreported Destruction, Devastation and Losses by the Occupation Forces**

*2nd Pc 24102*

[Stamp] **P 1: 1048**

*2001 / XII*
*2001 [illegible]*

| In this Issue | WATANI | Editor-in-Chief |
|---|---|---|
| News of the President 5-9 | Main Magazine of the Public Security Forces Issued by the Political and National Guidance Agency | Colonel **Shehab Mohamed** |
| | | Editorial Consultant **Azmi Abu Gharbiya** |
| | Our Editorial　　　　　　　　　　　　2-3 | |
| Political Guidance Officials 11-14 | Pictures of Resistance in Bethlehem　　17-21 | |
| | Jenin Offers a Caravan of Martyrs　　26-29 | Managing Editor |
| | Hebron Confronts Settlers　　　　　　30-31 | **Abdul Karim Abu Aarqoub** |
| | Ramallah and al-Bireh Under Siege　　32-33 | |
| | Dialogue with Commander of Salfit Region　34-35 | Editorial Secretary |
| Beit Rima Massacre 22-25 | Destruction and Expulsions in Gaza Governorates　36-40 | **Yousef Ibrahim** |
| | Martyrs' File　　　　　　　　　　　　41-45 | Editors |
| | Red Crescent Mobilizes　　　　　　　46-47 | **Hassan Rabi – Yasser Abu Bakr** |
| Military Affairs 64-75 | Local Government and Dealing with the Siege　48-49 | **Nafez Khalil – Husam Qandah – Mohamed Shehadeh** |
| | Civil Defense Fully Ready　　　　　　50-51 | |
| | The Prisoners Subjected to Torture　　52-53 | Layout and Design |
| | Watani Break　　　　　　　　　　　　78-79 | Majda al-Fahham |
| | Extremely Calm　　　　　　　　　　　80 | |
| Printing by the Modern Arab Press | The articles that are received by the magazine and that are not published are not returned to their authors. "Watani" welcomes articles and reports by those who are involved in matters of security, defense, overall strategy, international political and economic developments, and future prospects. The original as well as two copies of articles, printed or handwritten, should be sent to the magazine's address. Detailed identifying information about the author or the sending party and a photograph should be included. | Magazine Photographer **Basel Abdel Aziz Aktit** |
| Palestine – Jerusalem – Al-Rashid Street | | President's photos by **Hussein Hussein, Mohamed al-Rawwas, Omar al-Rashidi** |
| | | External Pictures From Central Pictures Address: |
| Phone 02-6272564 Fax: 2-6264943 | | Ramallah Office – Umm al-Sharayet Fax 02-2987619 – Telephone: 02-2987618 P.O. Box 1999 – Ramallah 1567 – Nablus |
| | Advertising: To be negotiated directly with management or its representatives "Watani" subscriptions: Domestically for individuals: 20 dinars; for institutions: 30 dinars | Gaza Office Gaza al-Rimal al-Janoubi – Arab Countries Street Fax 07-2824321 E-mail: watani@palnet.com |

Watani – Number 45 – 1

[Stamp] P 1: 1049



**The Combat of the Palestinian People is Still Continuing**

**By: Othman Abu Gharbiya**
**Deputy Chief of Political and National Guidance Affairs**
**Political General Commissioner**

In the midst of the Afghanistan war, there is more and more talk about the war of civilizations and cultures. In this respect, we ought to make two observations:

First: The framing and dimensions of this war are made according to the measurements, interests and plans of the party that is doing this framing. This in turn makes it natural for the parties that are basically hostile to Arabs, Muslims and Islamic civilization to frame things in ways in which Arab and Islamic civilization is seen altogether as unjust, vanquished and inhumane.

Second: Each war involves different dimensions to some degree, and the basic dimension is not necessarily the prominent one. The laws of each war are for any side, especially the aggressive one, to establish its ethical cover and standards of value, and to adapt its disclosed objectives to this framing.

The Afghanistan war is a war for world domination, a political, economic, military and technical domination conducted by the United States in its new guise since 1988. And talking about a war of civilizations and cultures is nothing more than the expression of intentions and wishes against Arab and Islamic civilization, and an attempt to show it as hostile, backward and vanquished.

On the other hand, this does not mean that the Arab and Islamic nation does not have a battle of civilizations. This nation, with its civilization and culture, is also waging a battle for human cultural achievements based on ideal human standards, foremost of which is to reach more fundamental human objectives, to avoid taking hostile initiatives, and to comply with human values that have obvious standing in the history of human development and that ensue from the accumulation of learning and cultural experience throughout human history.

On that basis, the East has a cultural battle, and it seems that the decisive clash for this cultural battle will be solely in Palestine. The reason is that this occupation challenge is at the head of the dangers that prevent this nation from assuming its role in human and cultural achievements, and represents the first pillar of this danger.

[Stamp] **P 1: 1050**

The matter does not concern the nature of the aggressive invasion, but basically this entity which is unable to rid itself of the occupation spirit and occupation tendency, and thus is unable to ripen for peace.

Hence, it clings to a piece of land here and to a spot there, at the expense of what is deeper and more valuable and that offers better human opportunities and human ramifications. This obstinacy shows that it is suffering from chronic occupation disease and occupation tendency from which it will not recover anytime soon.

This is the spirit that forms an obstacle to the legitimate aspirations not only of the Palestinian people, but also of a whole nation in the broadest sense of the word.

It is also the spirit that will remain the cause of every complication and every attempt to subvert any effort to overcome not only the current but also the historical cycle of violence.

Accordingly, this battle will remain the battle of the nation side by side with the regional situation battle, given that it is the battle of the Palestinian people and Palestinian rights.

There is an inevitable law that ensues from this law:

First: This nation and the Palestinian people will remain in the midst of the battle for Palestinian national rights and the rights of the nation, especially with regard to its role in human cultural achievements, until the occupation and the occupation spirit are uprooted. Furthermore, this occupation spirit will entail the option of resistance and strength at all stages and circumstances throughout history.

This will go on until the sufficient and necessary realization of the political, strategic and historical integration of three pillars, namely Iraq, Syria and Egypt, and even a fourth pillar, which is the Hejaz with its territorial depth. These pillars are historically the ones that defeated the invasions of Palestine.

Our battle is continuing and requires the nation's toughness and wisdom, requires the sword and conscience at the same time, and requires politics and resistance.

This is the gist of the matter. The contingent element is reflected in the political spillovers and activities that we are witnessing on the ground and attempts that are still going on, or the crisis management process, or to date, a limited and inadequate response to the spirit of Palestinian determination, of the historical perseverance of the nation as well as the components of

---

Watani – Number 45 -2

[Stamp] **P 1: 1050** [continued]

| | Our Editorial |
|---|---|

its capacity for historical survival.

We are thus able to observe some results and limited responses to the blessed *intifada* and the legitimate resistance in which the Palestinian people have shown a determination to fight that will not dwindle for a long time.

Those who feel weak must know that as we suffer the enemy is suffering, but the difference is in the power of the right and the true, and the capacity to endure.

This is the *intifada*, and only the *intifada*, with the legitimate resistance plan at is core, is the foundation of what is positive. If we want to derive a few constructive results, it must be clear that it is because of this resistance and *intifada* that we have been able to realize the following:

First: The Palestinian State has become inevitable within the central framework of Palestine, and within the regional and international framework.

Second: The level of support for independence has increased in the thinking about the minimum Palestinian national rights.

Third: Likewise, the level of Arab support for the option of national determination for the Palestinian people has increased.

Fourth: The international vision for the ceiling capping Palestinian national rights has expanded into the realm of the possible.

Fifth: The attempts for long-term solutions over twenty years, fifteen years, and even five years, have been dropped for good, and these in one way or another represented the proposals of Barak and Sharon.

Sixth: Even the international discourse has become permeated with favorable views. In this regard, Colin Powell's speech had some pros but many cons. Overall, its cons encompassed the following:

a. **Much vagueness about the prospects for Jerusalem.**

b. **Likewise for borders.**

c. **Likewise for the right of return.**

d. **It did not provide a practical mechanism to reach the so-called permanent solution.**

e. **It did not provide a timetable.**

[Stamp] **P 1: 1051**

Yet these five points are fundamental.

However, the speech had some positive features, including the clarifications that were stated regarding the Palestinian State, the end of the occupation, its focus on the occupation as well as on the actions against the Palestinians and against their honor, freedom and rights. It also linked the end of the occupation with Resolutions 242 and 338, and referred to the principle of land for peace.

We should all notice that these positive kernels are the direct result of the glorious *intifada* and Palestinian resistance and for no other reason.

The proof of that is that this speech was decided prior to the September 11 events in New York and Washington, and in practical terms these events led to a lot of vagueness in the speech.

This speech and its contents were somewhat known since August, and the available information showed that the contents were more clear and specific.

Hence, these were the positive kernels prior to the events of September 11, and they were the results of the legitimate *intifada* and resistance, and of nothing else.

However, the road is still long, and what has transpired until now still does not refer to the Palestinian national rights.

Likewise, Sharon is still trying to block this road and thwart these efforts in favor of his plan, which is worse.

Mr. Zinni came up, under the best circumstances, with a mechanism for a single step, a return to September 28, 2000, despite what is being proposed here and there behind closed doors. Even this plan is undermined by the attempts of Sharon to disrupt it at every step of the way.

This entails the following:

**First: The battle of the Palestinian people is ongoing and the resistance option remains the main option.**

**Second: It is to the interest of the Palestinians to find out what these issues will produce and to lay bare Sharon's position.**

**Third: In conjunction with the two previous points, the mobilization option is the necessary option, and all options and prospects will remain open.**

[Stamp] **P 1: 1051** [continued]

We will explore the political benefits but we will not lose sight of the options of mobilization, unity, and continued legitimate resistance as a principle, a fixed strategy and a guarantee with regard to all outcomes stemming from the political approach, which is the one that ought to take its course especially with respect to controlling Palestinian action, integration and compatible efforts.

Meanwhile, the United States is still trying to finalize the regional arrangements in the Middle East, and this attempt has taken new patterns in the midst of the Afghanistan war, especially in view of the results that have come up to date. This issue implies different prospects. On the one hand, it is necessary to take advantage of all the marginal issues, and on the other hand it is necessary to watch out for all the basic risks:

First: The attempt by the United States to get involved in what it calls the Middle East issue has vanished when it bumped into the requirements of the regional arrangements and the demands of its battles in the political and media arena as well as in the so-called public relations campaigns.

Second: The United States will look forward to dominate the Arab wells and impose its domination wherever it deems necessary.

In this regard, we notice the conspicuous signs pointing to the creation of an international order which will enable an aggressive action against brotherly Iraq and against the foundation of Iraqi existence and Iraqi entity. This action could take the form of an extensive military operation.

Third: The United States reality encompasses an organized and effective center of power for the Jewish lobby and the extremist power centers that support this lobby.

This requires fundamentally Palestinian readiness within the Palestinian realm and vigilant work that does not involve squandering any of their strong points and that involves taking advantage of available opportunities.

This also requires united Arab action which will necessarily encompass Arab reconciliations and political integration within the framework of principles that will be agreed to.

Yes, this battle is the battle of the nation's role in human and cultural achievements, a battle to have a prominent position on the geohistorical map, a battle founded on uplifting human and cultural expectations.

<u>At the Conclusion of the Workshop Titled "The Terrorism Phenomenon is Today's Scourge"</u>

## Abu Gharbiya: The Occupation is the Harshest Form of Terrorism
## Sahwil: We Are Working to Prevent Violations and Strengthen Democracy
## Mahmoud: We Are Expecting More Specialized Courses for Media Staff

Watani – The brother Othman Abu Gharbiya, Deputy Chief of Political and National Guidance Affairs and Political General Commissioner, stated that the occupation, arrogance, exploitation, injustice, hegemony, and domination with regard to the resources of others are to be considered as the major reason for the emergence of terrorism. He added that combating it has become a political slogan during this period, and it is at the top of the world's political agenda.

This came in a speech given by Abu Gharbiya during a gathering celebrating the end of the workshop titled "The Terrorism Phenomenon is Today's Scourge" organized by the Martyr Majed Abu Sharar School of Management and the Center for the Treatment and Rehabilitation of Torture Victims.

Abu Gharbiya added that terrorism is the chief enemy of people and of the liberation movements that are fighting for noble human values. It is an ancient scourge, and often it emerges in response to human values and to infringements on freedom and the loss of justice. He indicated that the fight for liberty is not the cause, but the cause is the infringement of liberty, and that we must distinguish between wars and various actions of violence, and that terrorism targets innocent and unarmed civilians.

He emphasized that we should make a distinction between terrorism and resistance to occupation, which is considered the worst kind and utmost form of organized terrorism and of state terrorism, given the way it oppresses people. Human history is filled with just wars waged by victims to fight injustice and unjust wars waged by exploiters and oppressors. Resisting occupation is a just war waged by all peoples.



[Photo caption: Othman Abu Gharbiya, Deputy Chief of Political and National Guidance Affairs, is surrounded by the course's supervisors and participants]

Watani – Number 45-11
[Stamp] P **1: 1052**



[Photo caption: Othman Abu Gharbiya, Dr. Mahmoud Sahwil and Colonel Mohamed al-Obaydi during the distribution of the diplomas to the participants

## The Israeli Options Are Defeated

Abu Gharbiya said that the Palestinian revolution has established through its struggle the highest form of military tradition in the Middle East region, especially in regard to the treatment of civilians and prisoners of war. He added that the misuse of these values in the current period stems from the different psychological reactions that naturally occur as a result of the daily crimes committed by the occupation forces.

With regard to the international anti-terrorism campaign, Abu Gharbiya stated that the United States' policy has brought it so much animosity in the world, especially among the Arab and Islamic people whose resources it dominates, while it lays siege to the Iraqi people and supports the Zionist enemy that is the aggressor. It is the chief instigator against itself, and likewise the occupation is considered the chief instigator of the resistance against it by whatever means.

He added that we will continue our fight for freedom by whatever means, and indicated that the *intifada* has made great strides and reached many goals. It has expanded our Arab option and the international vision of our rights. It has also defeated the Israeli options that aim to prolong the negotiations and the occupation. He emphasized that we will not lose our human values and our fighting strategy, no matter the obstacles that our struggle is facing.

For his part, Dr. Mahmoud Sahwil gave a speech on behalf of the Center for the Treatment and Rehabilitation of the Victims of Violence during which he reviewed the Center's activities, the services it offers and the monitoring of the victims of violence in general and specifically of violence stemming from Israeli actions. He underlined that the whole international community bears responsibility for Israeli violence against our people.

[Stamp] **P 1: 1053**

The speech of Robhi Mahmoud, the Media Commissioner at the Political and National Guidance Agency, which he gave during the gathering, addressed the hope of continuing the cooperation between the Agency and the Center for the Treatment and Rehabilitation of Torture Victims, in addition to organizing other workshops for media staff working at the media division, given that they represent the category of people who are interested in learning more about the concepts underlying the different issues.

The gathering concluded with the distribution of the diplomas to the workshop participants, who comprised fifteen media personnel from the media division at the Political Guidance Agency, and the distribution of certificates of appreciation for the course lecturers and supervisors.

### Personnel in Course on Youth Graduation at Birzeit University

The Martyr Majed Abu Sharar Staff Training School concluded the "Movement of Youth, Combat and Election Management" course, which was organized for Fatah personnel at Birzeit University and lasted ten days. Thirty five male and female students took part in this course.

The graduation ceremony took place at the Fatah movement office in Birzeit, at which the brother Ayyad al-Zaytani welcomed the participants and took the oath (the Oath of Allegiance to Palestine) along with the audience. The brother Raed Radwan, from Fatah, addressed the audience on behalf of Fatah and called for embracing learning and education, freedom of thought and democracy in student work.

Afterward, the brother Fouad Samandar gave a speech on behalf of the graduates, stating that "the Palestinian generation today is a generation that is determined to obtain the legitimate rights of return and of a state as well as the right for self-determination. It is a generation that has known only Palestine as its country and Jerusalem as a compass for its struggle and that has tried to live freely and honorably." He thanked the Personnel School and those who oversaw this course. He then implored God Almighty so that the next course takes place when our Palestinian land is shining and adorned with the garment of freedom and independence.

The brother Bakr Abu Bakr, the Deputy Political General Commissioner and the head of the Personnel School, delivered a speech in which he discussed the Palestinian people's options, stating that these will not diminish but rather will expand in order to use all forms of combat in confronting the open-ended Zionist warfare against our land and people.

He focused on the formative, educative and organizational goals, and stated that the importance of theoretical formation remains limited unless it is linked to action and conduct, because the higher goal of education and coursework is to implant values, ideas and guidelines that will fall on receptive ears in the process of training the staff and changing its attitudes in ways that affect

its character and organizational conduct towards freedom, pluralism, and democracy, and the values of the struggle, of justice and of peace.

At the conclusion of the event, diplomas were distributed to the participants. It bears noting that the course included a number of lectures, exercises, debate sessions, and various case studies related to the course title, including democracy, personnel development, requirements, the determination of goals, election planning, the formation of committees, the implementation of plans, attracting members, the importance of organization, speech and communications technique, selecting election representatives, preparing election publicity, slogans, and the diversity and complementarity of combat tools.

---

Watani – Number 45 -12

[Stamp] **P 1: 1053** [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 1048-53.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 1048-53.

Dated: February 26, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15



P 1: 1048

# في هذا العدد
**رئيس التحرير**
**العقيد**
**شهاب محمد**

مستشار التحرير
**عزمي ابوغربية**

مدير التحرير
**عبدالكريم ابو عرقوب**

سكرتير التحرير
**يوسف ابراهيم**

محررون
حسن ربعي - ياسر أبو بكر
نافز خليل - حسام قنداح
- محمد شحادة

صف و مونتاج
ماجدة الفحام

مصور المجلة الخاص
باسل عبد العزيز قضيض

أعضو الخدمة بالرئيس سمير بحيرو
حسين حسين - محمد الرواس
عمر الرميدي

الصور الخارجية
من التصوير الوثائقي

العنوان:
مكتب رام الله - ام الشرايط
تلفاكس ٢٩٨٧٦١٩-٠٢ تلفون: ٢٩٨٧٦١٨-٠٢
ص.ب ١٩٩٩ - رام الله
ص.ب ١٥٦٧ - نابلس
مكتب غزة
غزة الرمال الجنوبي - شارع الدول العربية
تلفاكس ٢٨٢٤٣٢١-٠٧
البريد الالكتروني
watani@palnet.com

**وطني**
المجلة المركزية لقوات الأمن العام
تصدر عن هيئة التوجيه السياسي والوطني

| | |
|---|---|
| كلمتنا | ٢-٣ |
| صور من المقاومة في بيت لحم | ١٧ - ٢١ |
| جنين تقدم قافلة من الشهداء | ٢٦- ٢٩ |
| الخليل تواجه المستوطنين | ٣٠. - ٣١ |
| رام الله والبيرة تحت الحصار | ٣٢ - ٣٣ |
| حوار مع قائد منطقة سلفيت | ٣٤ - ٣٥ |
| هلم وتشريد في محافظات غزة | ٣٦.-٤٠ |
| ملف الشهداء | ٤١ - ٤٥ |
| الهلال الاحمر يستنفر الجهود | ٤٦-٤٧ |
| الحكم المحلي ومواجهة الحصار | ٤٨-٤٩ |
| الدفاع المدني استعداد تام | ٥٠-٥١ |
| الاسرى يتعرضون للتعذيب | ٥٢-٥٣ |
| استراحة وطني | ٧٨ - ٧٩ |
| ينتهي الهدوء | ٨٠ |


اخبار الرئيس
٥-٩


فعاليات التوجيه السياسي
١١-١٤


مجزرة بيت ريما
٢٢ - ٢٥


شؤون عسكرية
٦٤ - ٧٥

المقالات التي ترد للمجلة ولا يتم نشرها لا تعاد الى اصحابها.
ترحب (وطني) بمقالات السادة المهتمين ودراساتهم في مجالات الأمن والدفاع والاستراتيجية الشاملة والتطورات العالمية السياسية والاقتصادية وآفاق المستقبل .. ويتم ارسالها على عنوان المجلة مطبوعة او بخط اليد من الأصل وصورتين بالاضافة الى تعريف بالكاتب وصورته الشخصية أو الجهة المرسلة من قبلها تفصيلاً.
الاعلانات : يتم الاتفاق بشأنها مع الادارة مباشرة او مندوبيها
اشتراكات (وطني):
- داخل الوطن للأفراد (٢٠) ديناراً -- للمؤسسات (٣٠) ديناراً

طباعة المطبعة العربية الحديثة
فلسطين - القدس - شارع الرشيد
تلفون ٦٢٧٢٥٦٤-٠٢ تلفاكس ٦٢٦٤٩٤٣-٠٢

# معركة الشعب الفلسطيني ما زالت مستمرة



بقلم: عثمان أبو غربية
مساعد القائد العام لشؤون التوجيه السياسي والوطني
المفوض السياسي العام

في خضم معركة افغانستان تصاعد الحديث عن حرب الحضارات والثقافات، ويجدر هنا التوقف عند ملاحظتين:

الأولى: أن تكييف أبعاد وعوامل هذه الحرب يتم على مقاسات ومصالح وتوجهات الطرف الذي يقوم بهذا التكييف، وهو الأمر الذي يجعل من الطبيعي لدى الأطراف المعادية في جوهرها للعرب والمسلمين والحضارة الإسلامية أن يصوروا الأمر بالكيفية التي تبدو فيها الحضارة العربية والإسلامية ظالمة ومهزومة وغير انسانية في آن واحد.

الثانية: أن كل حرب تنطوي بدرجة من الدرجات على الأبعاد المتعددة، وإن البعد الجوهري ليس بالضرورة أن يكون هو البعد البارز، فمن قوانين كل حرب أن يبدأ أي طرف وخاصة الهجومي منها بترتيب الغطاء الأخلاقي والقيمي الخاص به، وأن يكيف أهدافه المعلنة وفقا لهذا التكييف.

أن حرب افغانستان هي حرب السيطرة على العالم، السيطرة السياسية والاقتصادية والعسكرية والتقنية التي تخوضها الولايات المتحدة بصورتها الجديدة منذ عام ١٩٨٨. أما الحديث عن حرب الحضارات والثقافات فانه لا يعدو الا ان يكون تعبيرا عن النوايا والأماني ضد الحضارة العربية والإسلامية ومحاولة اظهارها عدوانية ومتخلفة ومهزومة.

ومن الوجه الآخر فان ذلك لا يعني انه ليس للأمة العربية والإسلامية معركة حضارية، فهذه الأمة بحضارتها وثقافتها تخوض معركة اخذ دورها في الاداء الحضاري الانساني وفقا لمعايير القيم الانسانية السامية، وأولها النفاذ الى الأهداف الانسانية الأكثر جوهرية وتجنب المبادأة العدوانية والالتزام بالقيم الانسانية التي تحظى بمكانة البديهية في تاريخ التطور البشري ونتاجا للتراكم المعرفي والحضاري لتجربة البشرية. من هذا المنطلق فإن لهذا الشرق معركة حضارية، ويبدو ان الالتحام الفاصل لهذه المعركة الحضارية هو في فلسطين دون غيرها، ذلك لأن هذا التحدي الاحتلالي هو رأس المخاطر التي تحول دون أخذ هذه الأمة لدورها في الأداء الحضاري الانساني، وهو ركن هذه المخاطر الأول.

والأمر لا يتعلق بطبيعة الغزوة العدوانية من أساسها فحسب، وانما يتعلق في الأساس بهذا الكيان غير القادر على أن يبرأ من الروح الاحتلالية والنزعة الاحتلالية، وبالتالي غير قادر على أن ينضج للسلام.

ومن هنا فانه يتشبث بقطعة هنا وموقع هناك، بل وعلى حساب ما هو أعمق وأجد واكثر توفيرا للفرص الانسانية والتداعيات الانسانية، وهو التشبث الذي يدل على انه مصاب بمرض الروح الاحتلالية والنزعة الاحتلالية اصابة مزمنة لا تلوح أي بوادر للشفاء منها.

هذه الروح هي التي تقف عائقا أمام التطلعات المشروعة ليس لشعب فلسطين فحسب وانما لأمة بأسرها وحتى في أوسع معانيها.

وهي الروح التي ستبقى السبب في كل تعقيد، وفي كل تخريب لتجاوز دائرة العنف التاريخية وليس الراهنة فحسب.

وعليه فان هذه المعركة ستبقى معركة الأمة وستبقى معركة الواقع الاقليمي جنبا الى جنب لكونها معركة الشعب الفلسطيني والحقوق الفلسطينية.

وحيال هذا القانون ثمة قانون حتمي يتولد عنه:

الأول: ستبقى هذه الأمة والشعب الفلسطيني في خضم معركة الحقوق الوطنية الفلسطينية وحقوق الأمة وخاصة دورها في الاداء الحضاري الانساني الى ان يتم استئصال الاحتلال والروح الاحتلالية، وستفرض هذه الروح الاحتلالية خيار المقاومة والقوة في كل المراحل والظروف وعلى المدى التاريخي.

وكذلك الى أن يتم المتحد السياسي الاستراتيجي والتاريخي بالدرجة الكافية وبالنسبة الضرورية لثلاثة أركان، وهي العراق وسوريا ومصر بل ويضاف اليها الركن الرابع وهو الحجاز وعمقه، فهذه الأركان تاريخيا هي اركان اندحار الغزوات في فلسطين.

أن معركتنا مستمرة وهي تتطلب صلابة الأمة وحكمتها، تتطلب السيف والضمير في آن واحد، تتطلب السياسة والمقاومة.

هذا هو الأساس والأصل، اما العارض فهو هذه التداعيات السياسية، وهذه التحركات التي نشهدها على أرضية محاولات ما زالت واهنة، او عملية ادارة للأزمات، أو استجابة محدودة وهون الكافية حتى الآن لروح التصميم الفلسطيني والكيان التاريخي.

وطني- العدد ٤٥ ٢-

# كلمتنا

على الاستمرار التاريخي.

أن نتلمح بعض النتائج والاستجابات المحدودة للانتفاضة المباركة التي أثبت فيها الشعب الفلسطيني استعداداً للكفاح لا ينضب ولن

يحسون بالرهن أن يدركوا انه كما نتألم فإن العدو يتألم، ولكن الفارق في وفي قدرة الاحتمال.

والانتفاضة وحدها بما تضمنته من خط المقاومة المشروعة هي أساس وإذا أردنا ان نستخلص بعض النتائج الايجابية فيجب ان يكون المقاومة والانتفاضة تم تحقيق ما يلي:

دولة فلسطين حتمية كاملة في الاطار المركزي في فلسطين، وفي الاطار

الندية والاستقلالية في مضمون اي تصور لخطوط الحد الادنى الفلسطينية.

منسوب الخيار القومي العربي للشعب الفلسطيني الذي هو خياره

الرؤية الدولية لسقف الحقوق الوطنية الفلسطينية حتى في دائرة

والى الابد محاولات الحلول طويلة الامد لعشرين سنة او خمسة عشر والتي هي بطريقة او باخرى جوهر ما طرحه باراك وشارون.

الخطاب الدولي اعترته بعض الايجابيات وهنا يأتي خطاب كولن باول بنص الايجابيات وابقى على الكثير من السلبيات، واذا اردنا ان نضعه ننطوي على السلبيات التالية:

درجة من درجات التعويم وفتح الباب للاحتمالات حول القدس.
وكذلك حول الحدود.
وكذلك حول حق العودة.
من آلية عملية وصولا لما يسعى بالحل الدائم.
من الجدول الزمني.
الخمسة الاساسية.
ينطوي على بعض الايجابيات ومنها الوضوح الذي ظهر حول دولة الاحتلال وتركيزه على الاحتلال، وكذلك الممارسات ضد الانسان وحريته وحقوقه، وربطه لانها، الاحتلال بالقرارات ٢٤٢ و٣٣٨ عملية السلام.

جميعا ان هذه البذور الايجابية هي نتيجة مباشرة للانتفاضة والمقاومة وليس لأي سبب آخر.

الخطاب كان قد تقرر قبل احداث ١١/ سبتمبر في نيويورك وواشنطن بل فين المفترض ان هذه الاحداث هي التي ادت الى كثير من التعويم

المؤشرات متوفرة من شهر آب حول هذا الخطاب ومضامينه، وكانت تلك مضمون أكثر وضوحاً وتحديداً.

الايجابيات قبل احداث ١١/سبتمبر وهي نتائج للانتفاضة والمقاومة لأي أمر آخر.

مع ذلك ما زالت الطريق طويلة، وما زال ما ظهر حتى الان دون الحقوق الوطنية الفلسطينية.

كذلك، فان شارون ما زال يحاول كسر هذا الطريق لمصلحة برنامجه الاشد سوءاً، وسيحاول الافشال.

لقد اتى السيد زيني وفي احسن احواله يشكل آلية لخطوة واحدة هي الخطوة حتى العودة الى ٢٨/٩/ ٢٠٠٠ بالرغم من كل ما يتم طرحه هنا وهناك وفي الغرف المغلقة. وحتى هذه الخطوة فهي محفوفة بمحاولات شارون لاعتراضها وقطع الطريق عليها في كل جزء منها.

وهذا الامر يعني:

أولاً: ان معركة الشعب الفلسطيني ما زالت مستمرة وان خيار المقاومة ما زال هو الخيار الاساس.

ثانياً: ان هناك مصلحة فلسطينية لاستكشاف ماذا ستسفر عنه الامور، ولتعرية موقف شارون.

ثالثاً: وانه بالمزاوجة بين العاملين السابقين فان خيار الجاهزية هو الخيار الواجب، وستبقى كل الخيارات مفتوحة وكل الاحتمالات مفتوحة.

وإننا سنخوض محاولة استكشاف للحصاد السياسي ولكن سيبقى امامنا فقط، خيار الجاهزية والوحدة واستمرارية خط المقاومة المشروعة كأساس وكخط ثابت وكضمان لكل الاحتمالات التي قد تسفر عنها المحاولة السياسية، وهي المحاولة التي يجب ان تأخذ فرصتها بالمقابل، وان تتخذ كل مستلزماتها وابعادها وخاصة في مجال ضبط الاداء الفلسطيني والتكامل وعدم تعارض المجهودات.

وما زالت الولايات المتحدة تسعى لاستكمال الترتيبات الاقليمية في الشرق الاوسط، وقد اتخذ هذا السعي وتائر جديدة في خضم معركة افغانستان وخاصة في ظل النتائج الظاهرة حتى اليوم. وهو الامر الذي ينطوي على الاحتمالات المتباينة، فمن جهة من الواجب العمل لاستثمار كل الهوامش، ومن جهة اخرى من الواجب الانتباه الى المخاطر الاساسية:

اولا: ان سعي الولايات المتحدة للتحرك في مجال ما تسميه قضية الشرق الاوسط ما زال عند حدود مستلزمات الترتيبات الاقليمية ومتطلبات معاركها في النطاق السياسي والاعلامي وما يسمى حملات العلاقات العامة.

ثانيا: ان الولايات المتحدة سوف تتطلع الى تركيع البؤر العربية واحكام سيطرتها حيث تجد من الضروري ذلك.

وهنا تبرز المؤشرات لمحاولة اقامة صيغة دولية تمكّن من عمل عدواني باتجاه العراق الشقيق ومقومات الوجود العراقي والكينونة العراقية. وهذا العمل قد يتخذ مظاهر عسكرية واسعة النطاق.

ثالثاً: ان واقع الولايات المتحدة ينطوي على مركز قوة وثقل منظم وفاعل للوبي اليهودي ولمراكز القوى المتطرفة والمساندة لهذا اللوبي.

ان ذلك يتطلب بشكل اساسي استعداداً فلسطينياً في الدائرة الفلسطينية وعملا يقظا لا ينطوي على تبديد أي من اوراق القوة، وعلى استثمار للفرص المتاحة.

ويتطلب كذلك، عملاً عربياً متكاملاً، لا بد ان ينطوي على مصالحات عربية، وعلى تكامل سياسي في اطار مبادئ، يتم الاتفاق عليها.

نعم، ان هذه المعركة هي معركة دور الامة في الاداء الحضاري الانساني، وفي الانطلاق على الخارطة الجيوتاريخية بمكانة لائقة، ويتطلع انساني ثقافي نهضوي.

في ختام ورشة عمل بعنوان «ظاهرة الارهاب آفة العصر»

# أبو غريبة: الاحتلال أقسى أشكال الارهاب
## سحويل: نعمل من أجل منع الخروقات وتعزيز الديمقراطية
### جمهود: نتطلع الى مزيد من الدورات المتخصصة للاعلاميين

وأضاف أبو غريبة ان الارهاب هو العدو الأول للشعوب وحركات التحرر والكفاح من أجل القيم الانسانية النبيلة، وهو آفة قديمة وغالباً ما يبرز كرد على القيم الانسانية والاعتداء على الحرية، وفقدان العدالة، مشيراً الى ان النضال من أجل الحرية ليس الأصل وإنما الأصل هو انتهاك الحرية، ويجب التفريق بين الحروب وأعمال العنف المختلفة، وان الارهاب هو الذي يستهدف المدنيين العزل الأبرياء.

وانه يجب التفريق بين الارهاب ومقاومة الاحتلال الذي يعتبر أسوأ وأعلى درجات الارهاب المنظم وارهاب الدولة لما يسببه من قهر للشعوب، وان التاريخ البشري مليء بالحروب العادلة التي خاضها ويخوضها المعتدى عليهم ضد الظلم، وغير العادلة التي يمارسها المستغلون والمستبدون ومقاومة الاحتلال من الحروب العادلة التي تخوضها الشعوب.

نابلس - الحاج عثمان أبو غريبة مساعد الرئيس ... السياسي والوطني، المفوض السياسي العام ... الاستغلال والظلم وفرض الهيمنة ... العصر تعتبر الدافع الأول لبروز ... مكافحته شعاراً سياسياً في هذه ... خارطة العالم السياسية.

... القاها أبو غريبة في حفل اختتام ورشة عمل بعنوان ... العصر، نظمتها مدرسة الشهيد ماجد أبو شرار لاعداد ... وتأهيل أصحاب التعذيب.



... مساعد القائد العام لشؤون التوجيه السياسي والوطني يتوسط المشرفين على الدورة والمشاركين فيها

P 1: 1052

# تخريج دورة للشبيبة في جامعة بيرزيت



عثمان أبو غربية والدكتور محمود سحويل والعقيد محمد العبيدي أثناء تسليم الشهادات للمشاركين

اختتمت مدرسة الشهيد ماجد أبو شرار لإعداد الكوادر (حركة الشبيبة والنضال وقيادة الانتخابات) التي نظمها "فتح" في جامعة بيرزيت والتي استمرت لأسبوع فيها 30 طالبا وطالبة.

وأقيم حفل التخريج في مقر حركة فتح في بيرزيت رحب أبو إياد البخاري بالمشاركين، وأشاد بالميثاق الأخلاقي الفلسطيني، وألقى الأخ أبو دجوان ممثل "فتح" كلمة دعا فيها لتعاون كل الفصائل الوطنية المخلصة في إطار العمل الطلابي.

ثم ألقى الأخ فؤاد سمور كلمة الخريجين قال فيها إن فلسطين اليوم هو جيل الإصرار على حصاد اتفاقيات العودة والدولة وحق تقرير المصير، والذي ما نرى فيه يرضى بأقل وبالقدس عاصمة لدولته وسعى للعمل تحت قيادة فكر مدرسة الكوادر والناقشين على هذه الدورة متمنياً للعمل أن تكون الدورة القادمة في يوم تكون فيه أرضنا الفلسطينية فيه حقنا الحرية والاستقلال.

وألقى الأخ أبو بكر أبو بكر نائب المفوض السياسي العام مدرسة الكوادر كلمة عرض فيها خبرات الشبيبة الفلسطينية الذي تضحى بل ستسعى لاستيعاب كافة أشكال العدوان من قبل الحرب الصهيونية المشروعة ضد أرضنا وشعبنا.

وعرج على أهداف العمل الحركي التشعبي والتنظيمي مؤكداً أن أهمية البناء القدري يبقى محور الأداء لا اكتمل بالك والسلوك لأن أهداف الأكبر للشبيبة والدورات هو محاولة رسم وبأفكار توجيهات على أساسية لها تم تشكيله إعداد الكوادر توجهاتها ما تؤثر في شخصيته بلدي الجماهيري نحو فكر التحرر والتعددية والسيم أشد وضع التعاليم والعدالة والسلام.

وفي ختام الحفل تم توزيع الشهادات على المشاركين، علماً أن الدورة تضمنت عدداً من المحاضرات والتدريب على حلقات التنمية وحالات دراسية ضمنت تعلقت بعنوان الدورة من الدور طبعة وتنمية الشبيبة والانتخابات، وتحديد الأهداف التنظيمية للانتخابات، وتشكيل اللجان وتفعيل الخطط والاستقطاب والعضوية، وأعمال التنظيم ودور الحديث والاتصال، والأخبار المثير للانتخابات وإعداد الدعاية الانتخابية، والشعارات، وتنوع وسائل النضال وتكامله.

## أسقطت الخيارات الإسرائيلية

وقال أبو غربية إن الثورة الفلسطينية رسخت عبر ممارستها النضالية، أرقى أشكال التقاليد العسكرية في منطقة الشرق الأوسط، خاصة ما يتعلق بمعاملة المدنيين والأسرى أثناء الحرب، وإن تجاوز تلك القيم في المرحلة الحالية ناجم عن الاختلاف الطبيعي في ردود الفعل النفسية على الجرائم اليومية لقوات الاحتلال.

وحول الحملة الدولية ضد الإرهاب أوضح أبو غربية أن سياسة الولايات المتحدة هي التي جلبت لها هذا القدر من الكراهية في العالم وخاصة لدى الشعوب العربية والإسلامية التي تسيطر على ثرواتها وتحاصر شعب العراق وتدعم العدو الصهيوني المعتدي، فهي المحرض الأول ضد نفسها، كما هو الاحتلال الذي يعتبر المحرض الأول على مقاومته بكل الوسائل.

وقال إننا سنواصل نضالنا من أجل الحرية بكل الوسائل، مشيراً إلى أن الانتفاضة حققت العديد من الإنجازات والأهداف، فقد عمقت خياراتنا العربي والرؤية الدولية لحقوقنا، وأسقطت الخيارات الإسرائيلية الهادفة إلى إطالة أمد المفاوضات والاحتلال، مؤكداً أننا لن نفقد قيمنا الإنسانية وخطنا الكفاحي مهما كانت العقبات التي تواجه نضالنا.

وكان الدكتور محمود سحويل قد ألقى كلمة مركز علاج وتأهيل ضحايا العنف استعرض خلالها نشاطات المركز وما يقدمه من خدمات ومتابعة لضحايا العنف بشكل عام والناجم عن الممارسات الإسرائيلية بشكل خاص، مؤكداً أن المجتمع الدولي بأسره يتحمل مسؤولية العنف الإسرائيلي ضد شعبنا.

كما ألقى ريحي محمود مفوض الإعلام في هيئة التوجيه السياسي والوطني كلمة في الحفل أعرب فيها عن أمله في استمرار التعاون بين الهيئة ومركز علاج وتأهيل ضحايا التعذيب وإقامة ورش أخرى خاصة بالإعلاميين العاملين في مفوضية الإعلام كونهم الفئة المعنية بالاطلاع على المفاهيم المحددة لمختلف القضايا. وتم في ختام الحفل توزيع الشهادات على المشاركين في الورشة، والبالغ عددهم خمسة عشر إعلامياً من مفوضية الإعلام في هيئة التوجيه السياسي، وشهادات تقدير على المحاضرين والمشرفين على الدورة.