PLAINTIFF'S
EXHIBIT
105



|  |  |
|---|---|
| **Long Live the Thirty-Sixth Anniversary of the Outbreak [*Intilaka*]**<br><br>**Glory to the Martyrs and May the Injured Recover, the Prisoners be Free, and the *Intifada* Triumph!**<br>**Revolution until Victory!** | [Emblem]<br>**The Storm**<br>Palestinian National Liberation Movement<br>Revolution until Victory<br><br>**Palestinian National Liberation Movement**<br>**Fatah**<br><br>**MOVEMENT CIRCULAR**<br><br>**Issued by**<br>**The Supreme Movement Committee – The West Bank**<br>**Palestine**<br>**January 1, 2001** |

[Stamp] **P 1: 1086**

**In the name of God, Most Gracious, Most Merciful**

**Internal Circular issued by Fatah's Supreme Movement Committee in the West Bank**

**Thirty-Sixth Anniversary of the Outbreak [*Intilaka*] of the Contemporary Palestinian Revolution, the Outbreak of the Palestinian National Liberation Movement / Fatah**

**Oh brave Fatahawi [Fatah members] fighters!**

Oh heroes of the *intifada*, you are creating justice and reviving the body, the spirit and the fire… You are the detonators of the absent humane justice. You are grabbing the light and the fire from the darkness of defeats with the will of a free people that has decided to make death a path to life and to defeat the occupation. You are born from the womb of the idea espousing the land, fighting with the light that illuminates the trails of darkness and shakes the columns of iron and shackles… Oh brothers of Abu Jihad, the first bullet and the first stone, who carry the harvests of the season, one generation after another, on the road to freedom, independence, and a blessed *intifada* which announces another… Wave after wave in seven angry seas that will soon bring dawn to Palestine's shore…

This is your will… The will of the martyrs and the free, the return of consciousness, armed with faith and the message of the martyrs from al-Qassam to Mohamed al-Durra, the return of consciousness armed with faith in which the spirit of Palestine soars with anger and unity, bringing an earthquake and a volcano on the usurpers and those who are silent and who participated in the conspiracy… Victory is coming soon and is pounding in the veins of the heroes, infants, children, old people, and women, like the wind intertwined with a song… Carry it to Jerusalem as a stone, a floor, a wall, and open all doors… Fatah has recuperated the fountains that nourish its gun and is parting the sea with the staff of the prophets toward Jerusalem, the capital of the Palestinian blood… at the first, present, most beautiful site, the future site that is born now…

**Oh heroic Fatahawis!**

From the muzzle of your guns genuine peace will swoop into the sad and suffering land… If they want to negotiate, let them negotiate with the sound of your *intifada*, the sound of your memory witnessing a massacre and carnage, the screams in the city and village, hunger that bursts out… If they ask you about that cloud soaked with blood and rain pouring without interruption, the storms from Fatah and the martyrs, booming loudly, say… there is no turning back… There is no return to the gravest iniquity, to the sin and the loss… Great Palestine will not be the tiny warden of Tel Aviv's beaches… And the international Palestine has, with its blood

1

[Stamp] **P 1: 1087**

[Translation Note: Right margins in the following pages are cut off]

[illegible] taken off the cloth of slavery and has imposed the siege of the spirit in order to clearly show its trace on its body that is carrying out its rebellion from Jaffa [illegible] to the Negev... Today, the Zionist myth will start abandoning its positions... The myth is surrendering... Let them leave [illegible; likely "our land"]... Let them depart from Gilo, Ofra and Bitar, let them abandon their phony myth... We are joining the *intifada* [illegible] birth... Thirty-six years, may God bless the explosive anniversary and our blood is blessing this day. In this year [illegible] from the enemy and we are peeling off its myth, and we will reshape it as our blood wishes...

For thirty-six years we have been training our soul to die with dignity and respect. Let them besiege us with hunger so that the [illegible] wheat and abundance of martyrs. Oh Fatahawis, be the winter for the earth, and be its hot summer. Be [illegible] that opens now. Let your bodies be emaciated and do not let them steal Ramallah from you. Do not let [illegible] exile in its new guise. The occupation, the killers, and the settlers will not be our friends. We will not allow them to bury [illegible] in the tears of their weeping places and the reed pipes of their mad rabbis. There will be no coexistence and no negotiation with the killers of children, and the dream [illegible], and no coexistence with corruption and brokers and those who sell the homeland for a fistful of dollars...

Now the borders of Palestine will take shape. They will take shape in every house and in every chest. They will take shape with every scream and with every drop of blood. [illegible] to be summoned... Summoning Palestine from its forcible absence, from forgetfulness, from the pain of the camp and the ashes of the tent. [illegible] if aid is withdrawn it becomes an identity, so there is no reconciliation between Deir Yassin and the Haganah, no reconciliation between Dalal al-Maghrebi and Barak, and no reconciliation between exile and the so-called peace process and settlement. This is an *intifada* to return to the first headlines, to the [illegible; likely "village"], to the house and the key...

Thirty-six years on the path of return to the land and freedom. It is your loud voice, the voice of the *intifada* for justice and independence. There is no room after today for those who want to bargain, orientalists, and those who are afraid. All masks have fallen under the feet of the children [illegible] in Jenin, Nablus and Hebron... in Rafah and Martyrs Triangle... The Christ has returned, he came down from the Christmas star in Bethlehem and threw a stone at Gilo and declared the collapse of the Zionist iniquity and that Palestine will not be paradise for the foreign settlers. It is their hell engulfing them from above and below, and may cool air and peace engulf its Canaanite children... Believe only your blood and the sound of [illegible]... only those who became martyrs, those who suffered and blew up in the darkness of prison cells and death camps in order for Palestine to survive. Believe only your injured and the suffering that the camp's children conceal in their bags and that contain the sun, a dream and explosives...

2

[Stamp] **P 1: 1088**

**Oh glorious and promising Fatahawis...**

We have won, we won the first instant we hurled our holy Palestinian stone at the enemy... We have killed our old illusions and our extinct languages. We have triumphed over the internal invasion that has seeped into our ranks... We have liberated ourselves from the occupation, which has sometimes brought the army and massacre and sometimes the legitimacy of the peace of slaves... With this *intifada* we have liberated our skins from the invaders, and this was the first victory that helped usher Levantine history into adulthood.

If some say that it is a compromise *intifada*, do not pay attention to such utterances. The heroism of our people and the trust it has placed in the *intifada* are continuing and make this defamation nothing but empty talk. There is no turning back. A whole phase is collapsing now, and our windows have become wider and are overlooking a new world, our world, a world that belongs to our blood and our decision...

The continuation of the *intifada* is the only decision that will help us recover our human honor from the humiliation of one hundred years of defeat and haggling...

The continuation of the *intifada* is the only tribunal that is suitable to enact justice between us and this type of terrorist enemies...

The continuation of the *intifada* is the necessary experience for the choice of the Arab person who has not exercised his choice for a long time, so that the fusion of the Arab person with new beliefs can be accomplished. The continuation of the *intifada* means that we are not trying to reach a quick and cheap victory, but to reach a victory and a liberation that will touch the action and dreams of the masses, that will be a paste in the oceans of their blood, and that will emancipate their will...

The continuation of the *intifada* means that we will gain time, moving from a neutral zone where people are observers and indecisive, to one that is dynamic and where our ranks will swell with those who were observers and indecisive, moving from slogans to a zone where volcanoes are erupting...

The continuation of the *intifada* means accompanying the course of history so that we learn that no people, no people throughout history, can win without sacrifices and a cost... The enemies have started to notice that their victories were incidental on a historical scale...

Militant brothers and sisters... brave children of Fatah... makers of victory... bearers of the banner of freedom, independence, and return... You have been at the forefront since the first bullet that a handful of faithful have blasted for their God, their country, and their people under the leadership of our leader and symbol, the brother Abu Ammar and the leading martyrs who we commemorate in these historical times when

3

[Stamp] **P 1: 1088** [continued]

their children, from the new Fatahawi generation, are carrying out the brave *intifada* which reminds us of the battle of al-Karameh... the battle of Beirut... and the Fatah battles that have been going on for thirty-six years of fighting and sacrifices...

Yes, brothers and sisters, children of the militant Fatah organization... you are waging these days one of our [illegible], fierce and powerful battles since the triumphant outbreak... This is a battle for the homeland and for confronting the [illegible] enemy. We are at the forefront, as has been our habit, and as we have learned from Abu Jihad, the emir of the martyrs, Saad Sayel Nejm, [illegible] Beirut, Kamal Adwan, Abu Yousef al-Najjar, Abu Sabri, Majed Abu Sharar, the Fatah giant Abu [illegible], the martyr Abu al-Hawl, the towering symbol Abu Ali Iyyad, Abdul Fattah al-Hamoud, Abu al-Mundhir, Abu [illegible]... and thousands of members and fighters of our leading movement... You are the Fatahawi militants, carrying [illegible] with one hand and the gun with the other. You alone are their heirs and the heirs of their pure history. You are the custodians of this [illegible] and this Fatahawi way... You are the children of those martyrs. As a tribute to them, do not accept to bargain over one grain of sand of your homeland.

The commemoration of the outbreak comes to us this year while our people are waging a decisive battle, united in one frontline... the frontline of independence and return... the frontline of Jerusalem... They are moving forward under the leadership of your leading movement towards Jerusalem and towards independence...

Our celebration this year is taking place while a cascade of Palestinian blood is pouring, and as our movement and people are waging a battle of destiny, a battle of independence, where the commemoration of the outbreak [*intilaka*] occupies a special place... Let history witness the movement's allegiance to Palestine and our people. Let history witness our allegiance to our martyrs, our wounded and our prisoners... Let history witness the authenticity of [illegible] organization and the authenticity of the militants... the authenticity of the Fatahawi principles on whose foundation the battle of the [illegible; likely "giant"] *intifada* is continuing... It does not want any privilege, and it is only expecting independence... This army of Fatahawi militants who have [illegible] in this movement, has given up everything for its sake and is not taking anything in return. It only looks forward only to freedom and independence. Its only compass is Jerusalem, the return and independence. This army will maintain its firm grip on its stones and on the trigger of its guns until [illegible], freedom and independence.

4

[Stamp] **P 1: 1089**

**Brothers... Sisters...**

When Fatah chose the path of peace, it was a strategic and not a tactical choice. It stated many times that it was ready to pay the price of this peace, and it indeed paid for it... It said that peace is a comprehensive and just peace which is based on the principle of international legitimacy... It said that it will sincerely pursue this path for the sake of our people and their freedom. It continued on in this path and put up with defamation, misrepresentations, and attacks that were more than mere accusations... It bided its time, licked its wounds, and remained patient and steadfast, for the sake of our people's unity... It gave the process a chance to succeed on many occasions, and it accepted bitter, tenuous and weak arrangements... Fatah stated its conditions for peace, which encompass the right of the Palestinian refugees to return to their country and homes in Palestine in accordance with Resolution 194 and their right to compensation, complete Israeli withdrawal to the June 4 borders, the return of Jerusalem to Arab Palestinian sovereignty, our right to establish a State and to self-determination, the removal of the settlements and the expulsion of the settlers, and the end of occupation and its repercussions... It stated that it was continuing on the negotiation path in order to achieve these goals... But if these goals are not realized, Fatah's choice is clear, and it is fighting with all the means at its disposal in order to obtain these rights... Moreover, a Palestinian delegation participated in the Camp David negotiations and was ready to sign onto an agreement for a final solution on the basis of well-established national principles... But what happened is that Israel submitted a proposal which in essence did not go beyond an agreement to reorganize the affairs of the occupation in the Palestinian territories. Barak based his position on the No's and the red lines that he put forward and repeated many times, and even on a daily basis, so as to make us desperate and willing to retract... and even to propose a retraction before his no's... These were reflected as follows:

No return to the June 4, 1967 borders. Jerusalem is unified and it is the permanent capital of Israel.... There should be no foreign army west of the Jordan River... There is no return for the refugees.

There were some cowardly people holding responsible positions who tried to arrange for Palestinian concessions under the slogan of "realism" and, according to some, on the basis of not letting opportunities pass by. This may have come up originally during the interim agreements, but the belief was that all of that was temporary and subject to change in the end, and there was no harm in putting up with that and so on. Then the Camp David summit took place, and it was convened hurriedly and without serious preparation, and without the minimum requirements for guaranteeing its success, as it was rammed into the US administration schedule... Despite the attempt of the Palestinian leadership to postpone it, and its repeated warning about being hasty in holding the summit, yet the United States insisted on holding it in order to please

5

[Stamp] **P 1: 1089** [continued]

[illegible: likely "Barak"]. These discussions covered the main issues... Jerusalem, the refugees, the borders, the settlements, and so forth...

Perhaps there was a softening of Barak's red lines and all his no's during the Camp David discussions with regard to [illegible; likely "Jerusalem"] and the borders. But some of the Camp David participants and others began promoting the opportunity which emerged at Camp David and blaming Yasser Arafat for rejecting the proposals that were put forward there... With his rejection, the brother Abu Ammar was representing the authenticity of the Fatahawi position for which he created a history and during which he resisted all pressures and threats, of which there were no limits. We [illegible] from Camp David that Israel wanted to keep its occupation of East Jerusalem while giving the Palestinians [illegible] civilian powers on some neighborhoods, keeping the settlements on the West Bank and the Gaza Strip under the slogan of "reciprocity" for lands and cancelling the [illegible] return of the refugees. It also wanted to appropriate and annex a portion of the Dead Sea, keep security control over other parts of the military [illegible], and maintain longitudinal and transverse lines for military objectives. In addition, it wanted to annex a strip along [illegible] from Jordan, use Palestinian airspace and have a presence at air, land and sea crossings. [illegible] control of the water basins, and impose an economic agreement which would make our economy attached to that of Israel.... This is the gist [illegible] the agreement that was submitted to the Palestinians and that some considered a lost opportunity??? In our view, it was an Israeli loss of opportunity and not a Palestinian loss!!

Every militant among our people, if he is concerned about this people, knows that it is necessary to enter a period of [illegible]. Indeed, issues started building up in the homeland. Palestinian discontent was worsening after our people had been waiting [illegible] negotiations for a permanent solution and were realizing that what was being offered was perpetuation of the occupation. After Sharon's aggression on al-Aqsa Mosque set off an angry rebellion against the subjugation and humiliation that the people have experienced for the past years, [illegible] in their ranks Fatah members, the organization's children on the ground, in a courageous popular *intifada*. It is the generation that is experiencing [illegible; likely "combat"] in all its forms, that is experiencing a seven-year *intifada* and an armed struggle that has gone on for thirty years. [Illegible] Fatah children in this *intifada,* they were the knights who still have the courage that reminds us of the courage of the [illegible] martyrs who have left us so that Palestine lives... Fatah was able to efficiently and powerfully direct the battle, and has extended its hand to all the brothers and companions belonging to the different Palestinian factions and gathered them around one table... They did not [illegible] for one quarter century as they have been these days, and this represented the framework for the national and Islamic powers at the national central level and at the level of the districts and governorates... They

[Stamp] **P 1: 1090**

insisted on issuing a call to organize the field commanders of the *intifada*.

Yes, brothers and sisters... noble militants, stone throwers... every day you meet the occupation forces with your stones and your faith... you carry the Molotov cocktails and you close down the bypass roads... you clutch your weapons... you are the courageous knights... the brothers of Hussein Abeyyat, Mahmoud al-Amwasi, al-Anati, al-Maghrebi and Abdel Razzaq... you are fighting with authentic Fatahawi pride... you turn down privileges and you are not afraid of this criminal occupation and its herds of settlers... you gave the weapons an authentic national meaning... you are waging the battle for freedom and independence... do not let anyone block this path under the pretext of any slogan.

This courageous and blessed *intifada* is not a gift from the people that will last one or two months, as some wanted, but a strategic option to get rid of the occupation, expel the settlers, and achieve independence... It is the shortest path to freedom, independence and return... No one has the right to haggle over our blood, our wounds and the suffering of our people... and to haggle for any partial or interim agreements here and there... The *intifada*, under the leadership of Fatah, has created a new phase and has forever opened a new historical phase. We should not impede the movement of history or turn it backward... The *intifada* and the resistance are what our people have chosen... They alone are able to make the cost of the occupation exorbitant... Then, the rulers of Israel will listen and decamp just as they decamped from Southern Lebanon.

While the Fatah movement celebrates the thirty-sixth anniversary of the outbreak of the armed Palestinian revolution under its leadership in 1965, it also emphasizes the following facts, principles and rules:

First: The popular *intifada* and resistance are the strategic choice of our people that the Fatah movement maintains and will continue to do so until the end of the occupation and the achievement of the return and independence.

Second: The events and experience have shown that the negotiating table is useless in the absence of the *intifada* and resistance action on the ground... Rather, the negotiating table becomes a begging table that does not befit our people and, most importantly, will not bear any fruit. Negotiations, conducted according to the past method, have led to an impasse. Therefore, the new principle that the *intifada* has established is that the *intifada* is a condition for the success of the negotiations. In this respect, the

7

Fatah movement maintains its rejection of any [illegible], constraints, accords or agreements that set conditions for stopping the *intifada,* and any such attempt will be opposed by Fatah with strength that no one can imagine.

The Fatah movement confirms that the negotiations must be established on a new basis, and first of all by expanding the [illegible] sponsorship to include the European Union, Russia, China and the United Nations, in addition to a new agenda represented in a [illegible; likely "timetable"] for implementing the legitimate international decisions and ending the Israeli occupation.

The Fatah movement maintains that the conditions for a real peace are based on complete Israeli withdrawal [illegible] June 4, including Jerusalem, the right of the Palestinian refugees to return to their country and [illegible], and releasing all prisoners. The Fatah movement considers any agreement that violates these conditions and that does not meet them [illegible] does not represent the movement and does not in any way represent our people, and thus does not recognize it.

[Illegible]: The Fatah movement underlines the need to reexamine the economic infrastructure as our economy is based on [illegible] endurance and resistance, and not a consumer economy attached to and controlled by Israel. In this context, the Fatah movement declares a total boycott of all types of Israeli goods, especially those that can be substituted nationally in the Palestinian market [illegible], its staff and members to immediately boycott all Israeli products and not to procrastinate in this regard, and to consider 2001 as the launch of the boycott for every member, partisan and staff in this movement.

[Illegible]: While the Fatah movement salutes the personnel of the Palestinian security agencies and shakes their hands, [illegible] their national and Fatahawi duty in this glorious battle, it emphasizes that they must categorically refuse joint security patrols [illegible]. It also invites them to affirm their role in this historical battle that is waged by [illegible] and the organization, at the forefront of which is our movement. It also invites them to confront and combat the campaign of Israeli assassinations which has [illegible] many Fatah staff and officials from other organizations, most of which have taken place in areas overseen by the [illegible] National Authority. In this context, we are surprised that the security agencies have not conducted a widespread campaign to arrest and prosecute [illegible], suspects and spies who are part of the occupation.

The Fatah movement calls on the Palestinian National Authority to reexamine its political, [illegible], financial, administrative, security and military structure, as well as its conduct, in ways that will help the position of the intifada and the resistance. The movement also underscores the [illegible] strengthen the role of accountability and to remove the corrupt and corrupting individuals from their positions in deference to the martyrs, the injured, [illegible] and militants.

8

[Stamp] **P 1: 1091**

Eighth: The movement calls on its members to fulfill their duties by caring for and visiting the families of martyrs, caring for the wounded and prisoners, embracing the militants, activating the role of the committees in all areas, and participating in all the national events of the blessed *intifada*.

This *intifada* confirms the importance of strengthening the structures, institutions and organizations of the movement at all levels so that they can play their role and perform their functions during this *intifada*. And it is not acceptable to be a bystander or an observer from far away, or to criticize it and censure it, or to lash out at it... or get exasperated by it... This battle is prompting us all to rise above our wounds and the repression of our rage, and to follow the path of the martyrs, militants and those who are honorable... Our will is inspired by the martyrs and our people, and we should not look at the corrupt and thieves and those who have unfairly gained positions and privileges ... There will come a day when those will be judged by the militants and combatants... We do not want to distort the battle, but this does not mean that we have to accept the deviant behavior of "some" within the political, security, administrative or financial circles... The movement's institutions must fulfill their role in designing the movement's policies, supervising and monitoring its performance, and guiding its combat... The existence of some agencies has become a mere formality. If an *intifada* that is so powerful and mighty did not move some parties, what will move them and make them competent??

The militants in the battlefield are the radiant face of this movement, they bring new blood to it, and they are entitled to be cared for by all those who hold senior positions within the movement.

Oh Fatahawi militants... this is the Fatahawi era... this is your era... this is a time of militancy and fighting on the streets and the battlefields... this is a time of giving... this is a time for the movement's unity... this is a time for the *intifada* and resistance, and you will be triumphant in the end... You are the makers of the Fatahawi epic which will be written in the history of our movement and our people with glowing letters... Oh Fatahawi torch carriers, Oh creators of victory, you have made great strides in this *intifada*, while it is still in its first steps. The most significant of these include:

1.  With our movement at its forefront, our people has proven that it is not a prisoner of the negotiating table and of the proposals and dictations of the United States and Barak, but that the fighting choice is in its hands. It has proven that it is able to make an effective choice.

2.  The *intifada* has shown that the militant reserve and nationalist energy of our people do not run out, and that our movement is brimming with life, militancy and authentic nationalism at the decisive and necessary moment... It is a movement that seized the historic moment and its drive with full energy and might. The *intifada* has

9

[Stamp] **P 1: 1091** [continued]

also shown the Fatahawi's allegiance to the principles, martyrs, sacrifices, people and homeland. It has confirmed that the past seven years did not affect the actual combatants and did not weaken the militant passion in their hearts. It also confirmed that those militants among the staff, members, partisans and those who are combating in the battlefields are true to the people and to the homeland. This *intifada* has brought back the pioneering Fatahawi role in its authentic form to the movement and to its history. It has rehabilitated the true meaning of this movement. This *intifada* has asserted that Fatah's compass is Jerusalem, the return and independence.

Likewise, the *intifada* was able to strengthen national unity among the different groups and classes of the Palestinian people, as well as among its different parties, factions, and political forces. It also united the people's government, leadership and authorities, and brought back the values of solidarity, combat and sacrifice, and asserted a united front against the one enemy.

The *intifada* has restored the standing that our people and our cause had in the hearts and minds of the Arabs after it had vanished as a result of the political compromises, negotiations and instigations which took place in the Arab world against Fatah and the Authority... The *intifada* has rehabilitated our cause and the Fatah movement in the Arab countries, and the *intifada* was able to move the Arab street, something that had not been the case over the past three decades. It led to an Arab summit, regardless of its results, and to an Islamic summit. The *intifada* has ignited the Arab street, prompting the United States to rush to Sharm el-Sheikh in order to bury the *intifada* and protect the Arab regimes. We have to preserve the new situation in the Arab world, a situation which we have achieved through the *intifada*, and we have to strengthen the relation of our movement with the different Arab parties, associations, trade unions, peoples, countries and governments. We should also avoid offending our Arab brothers in the media and during our journey, because we need our Arab brothers and in appreciation for their stance towards us.

The *intifada* restored and illustrated the status quo after international public opinion was misled that peace had set in and that what was being discussed concerned scattered marginal issues. The *intifada* appeared to show to the world that our people and our land are still under the criminal occupation, that our people are the victim of crimes and massacres, and that the Barak government, which claimed peace, has shown its true face, the face of a criminal government carrying out organized state terrorism. The *intifada* confirmed that the Palestinian people are the victim of the occupation,

10

[Stamp] **P 1: 1092**

of colonization and of Judaization. The *intifada* also revealed to the whole world that our people will not coexist with the occupation and the settlers, and that it is entitled to resist the occupation on the basis of all international customs and laws.

6. The *intifada* has established and shown that the Israeli people must choose between on the one hand the occupation, colonization, and shunning the right of return of the refugees, and on the other hand peace, security and stability. The *intifada* and the resistance have confirmed that Israel, with its occupation and settlers, will not enjoy security and peace, and that the condition for that is to end the occupation and abandon the settlements, and to endorse the right of return of the Palestinian refugees. The *intifada* has proven that it is possible for our people to make the overall cost of the occupation quite exorbitant.

7. The *intifada* has shown the depth and truth of our Palestinian people's affiliation with the Palestine of 1948 within the green line. And our people there have shown that they are a people pulsating with life, fighting spirit and sacrifices. What is more, the events there have proven that Jerusalem is the heart of the Palestinian body, and that geography will tumble for the Palestinians when the issue concerns his everlasting soul (Jerusalem). Our movement bows in deference and respect to the martyrs of our people in 1948 Palestine, and to its injured, prisoners and combatants, and confirms that our people is one, our blood is one, and our fate is one. The events have shown that our people in the diaspora and in exile are, in different ways, adopting a fighting stance during this *intifada*. That is why the slogan of equality, return and independence is uniting all of our people and gathering it around these objectives.

Oh brave Fatahawis... This is the road that your movement built thirty-six years ago, and this is the promise that it has made, which is to liberate the homeland, to establish a state, and to achieve the right of return... Here you are now as the embodiment of this dream, and you are making it a reality... You are today standing on the doorsteps of Jerusalem... I swear that they will withdraw to the borders of June 4 and that you will not be deceived by their slogans... They will withdraw from Jerusalem, the refugees will return, and we will establish our free state with our fighting and free forearms... A state of the free... a state that realizes our dreams... Oh combatants, our martyrs are nobler than all of us... They have made the dream a reality... Keep a firm grip on the trigger and on the stones... Be patient... Those killers will retreat and will depart from our country just like they departed from Southern Lebanon. Otherwise, they will not enjoy security, peace and stability...

Let your blows intensify and let the *intifada* continue... Do not squander this historical opportunity with scattered promise. Do not let the burning torch of revolution of the fighting youths get extinguished and do not accept to bargain over your brothers

11

[Stamp] P 1: 1092 [continued]

and children, and over the injured, the prisoners and the suffering of our people... Continue the struggle and the fight... Place above your wounds [illegible] and suffering, and do not pay attention to the philosophers of concessions and the Camp [David] theoreticians... Time and again they have decided to stop [illegible] and put an end to the suffering and humiliation... Do not listen to the people with privileges and what they say and view under the slogan of [illegible] and assent to what the Israeli rulers propose... They are defending their privileges... and not your blood and [illegible].

Fatahawis everywhere... Let us continue the *intifada* and let us raise it and take it to Jerusalem. It is [illegible; likely "one of the roads leading"] to Jerusalem, to the return and to independence. ... Let us make the commemoration of the outbreak and the commemoration of the magnificent *intifada* [illegible] opportunity to bolster and escalate the *intifada* and to move it forward in order to bring it with Fatah from January 2001 [illegible] no turning back... in honor of the blood of the glorious martyrs... the martyrs of the fearless *intifada*... in honor of the [illegible] heroes and our prisoners who will definitely be free... Let us renew the pledge to continue the popular *intifada* until independence, [illegible] and the end of the occupation.

**Glory to the Pious Martyrs!**
**May our Brave Injured Recover!**
**May the Prisoners of Freedom be Free!**
**Victory to the *Intifada* and Greetings to our Magnificent People!**
**It is a Revolution until Victory!**

12

[Stamp] **P 1: 1093**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>                             Plaintiffs, <br><br>    vs. <br><br> THE PALESTINE LIBERATION <br> ORGANIZATION, *et al.*, <br><br>                          Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## <u>DECLARATION OF CLARK HAYES</u>

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 1086-93.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 1086-93.

Dated: February 28, 2014

                                        Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

عاشت الذكرى السادسة والثلاثون بانطلاقة

الجهد للشهداء والشفاء للجرحى والحرية للأسرى والنصر للانتفاضة

وإنها لثورة حتى النصر



حركة التحرير الوطني الفلسطيني

"فتح"

نعم درب

اللجنة الحركية العليا - الساحة الفلسطينية

فلسطين

٢٠٠١/١/١

صادر عن

## بسم الله الرحمن الرحيم

**تعميم داخلي صادر عن اللجنة المركزية العليا لفتح في الضفة الفلسطينية**

**حركة التحرير الوطني الفلسطيني / فتح**

**الذكرى السادسة والثلاثون لانطلاقة الثورة الفلسطينية المعاصرة العلامية**

أيها المناضلون القادة في الأقاليم ...

يا أبطال، أيتها المناضلات البطلات في حد ورزق بلدر .. يا ضحاري السلطة المقاتلة المناضلة الشرفاء الثوار والمرابطون على طلبات اقدام ارادة شعب حر أن أحمل المرابطين للجهاد ورباط ... وتحرير الثورة والثوار في الأرض مقاتل دروب الطالب وتحرير الاحتلال ... أيها القادرون ... ورسم التفتح والأرض مقاتل ... يا أبناء ارض الأرض ورأس الأرض والاحتلال .. وتنهض مقاتل غير ظاهر للعيان غير عاهدات حول الصبح القريب على داخل وطن فلسطين ..

نفتح الصبح القريب على داخل وطن فلسطين ...

هي ارادتكم .. ارادة الشهداء والاحرار وعودة ارض سماء بلادنا فك خرق هي فلسطين تقبضنا وتمدنا وارجع الأرض .. نفتح قريب تتحصّل أي خيرة في عهد الثورة وعودة ارض سماء بلادنا تك شرق من ارجع ارض والثورة المقاتلون والثائرون والثائرين في الميدان .. نفتح قريب تتحصّل أي خيرة .. والعهود أن القسم حمر وأبناء وأسره والصبر ان .. يا أبطال فكنا وصبرا بصنعنا رابطه وام أو ورباطا ورباطه .. العهد أن القسم حاسمة الدم مفاتلون .. في المكان الأول والعاصر الأحرى والستقبل الذي بوا له الآن...

أيها المناضلون الأبطال ....

من قرية ومدينة بيمر السلام الحقيقي على الأرض الحرية التي ورثنا عهد .. فإذ ورثوا إذا نقاتل..ورا فيلدونجا اصبر صبرت انتفاضتك .. موت داك بذك تنثني على سنفذك ويرجيأ رجعرا إلى المستـه .. والثورة واخرى جي التي تنصر .. ارن بلادكم في ي.. ران سلامكم في .. جي هذا المسير الوحد حر بالسلم والله يدفئه خواصف من لجح رشيدها يادي عليها فورا .. لا خيرة تراحم الاحمر .. في خيرة تدلام الاحـمر .. وفلسطين اليادى بدمسيها وأصحا ...فلسطين الكبرى في كبرى اخلارى الشيم لتراحي دالى أسبب..

P 1: 1093