

Gilmore 00237 T
SHATSKY - 006929
P 1: 3087

# The Martyrs

Monthly Bulletin Published by Political Guidance

for the Border-Region Forces

---

*[Photographic image of the Dome of the Rock [Qubbat Al Sakhra Mosque] in Jerusalem]*

---

# Jerusalem

# The Eternal Capital of Palestine

Gilmore 00237 T
SHATSKY - 006929
P 1: 3087

Gilmore 00238 T
SHATSKY - 006930
P 1: 3088

# Al Shuhada' *[The Martyrs]*

Monthly bulletin published by Political Guidance for the Border-Region Forces

---

### Editorial Panel

---

#### *Editor-in-Chief:*
**Ahmad Ibrahim Hilles**
**Political Commissioner for the Border-Region Forces**

#### *Production and Coordination:*
**Major Ra'id Miqdad**

#### *Editorial Command:*
**Lt. Colonel Muhammad Jarada**
**Captain Muhammad Abu Hajras**
**First Lieutenant 'Atif Al-Qutati**

Photographer: 'Abd Al-Hakim Al-Qudra

*[A map the boundaries of which encompass the State of Israel, the West Bank, the Gaza Strip, and the Golan Heights, vertically superimposed on which is the word "Palestine," and below which appears the caption "In Consideration of God's Love"]*

In consideration of God, oh my homeland,
I pray at your *[Al Aqsa Mosque's]* doorsteps,

And I shed the heart's blood, cleaving to the emanation of your prayer niche,

And I build, out of cartilage, a lofty edifice,
the house of your dearest ones,

And I weave, out of eyelashes, flags for your doors.

\* \* \* \* \* \* \* \*

In consideration of God, oh sun,
I have erased the injustice and the subjugation!

I call into being, within you, horsemen
whose steadfastness I know to be [as solid as] rock!

And among them is one who has fulfilled a vow,
and from them, dawn is breaking!

As troops, we are making history, [and] we are building the State . . Glory!

**[Al Shuhada', Vol. 49, p. 2]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00239 T
SHATSKY – 006931
P 1: 3089

| Introduction to the Volume |
| --- |

### Recurrence of the Iraqi Situation In the Future

by Ahmad Ibrahim Hilles

Arabs young and old, their kings, sultans, and leaders, and the lofty, great, eminent, and exalted are all anticipating the appointed day that Bush has ordained for the strike on Iraq, waiting like sheep in the butcher's pen . . . awaiting slaughter. They thank God that the butcher is postponing the time of their slaughter, after completing the skinning of his *[the butcher's]*\* last victim. This is the state of our community today, and it is as if we have decided to close our eyes so that we do not see the knife falling upon our necks, and [decided] to swallow our tongues so that we do not speak or scream, regardless of the increase in the pressure of American and Israeli boots upon our chests.

The Iraqi situation, and before that, the Palestinian situation, is susceptible to recurring in the near future, in all the Arab regions, despite a clear difference between the two situations. The Palestinians, who do not possess what might be called an army, machinery, airplanes, or even ports or oil wells . . . [these] Palestinians have continued to battle the enemy, confronting it with their chest bones, without claiming that they are braver than other brothers, th[ose] sons of their vanquished community. But the difference is that the Palestinians have nothing to lose, from one standpoint, and from another standpoint, they are repelling the enemy from their homes, their

Gilmore 00239 T
SHATSKY - 006931
P 1: 3089
(continued)

land, and the graves of their ancestors. They are not contending with protection of a regime, or defense of a king or scion-prince of one of the sons of a [ruling] household. They are merely [contending with] the defense of children who have seen no happiness since they were born, the defense of stolen freedom and wounded dignity, and the defense of a homeland threatened by plunder on the part of settlers.

The Iraqi situation is susceptible to recurring in Arab capitals slated for a U.S. invasion that aims at forcing submission, subjugating, and overpowering all the capabilities of our people. Do Arab rulers whose tongues have been held, and whose heads have been bowed before the American master, understand? Do they understand that the wheel shall be turned upon **them** after Jerusalem and after Baghdad?!!!

Yesterday, everyone was calling for neutrality, and [for] not supporting Palestinian terrorism, and today, all of them are agreeing that Iraq has brought down upon itself the destruction that it deserves. Tomorrow, what shall they say when **their** turn comes?!!

There [should be] no Schadenfreude in this, but we [must] remind them *[Arab nations other than Iraq and Palestine]*, and reiterate to them what we have already been saying for more than 50 years . . .They are not far from what is happening to us, and so let them be warned.

**The words of th[is] saying apply to them:**

**"You would be heard if you were calling to a live being,**

**But there is no life in the one being called.**

**If you blow on fire, you [may] cause [a flare of] light,**

**But you are [ultimately] blowing into ashes."**

---

**[Al Shuhada', Vol. 49, pp. 19-22]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00240 T
SHATSKY - 006932
P 1: 3090

| | | |
|---|---|---|
| Study | **The Jewish Peril** | [Graphic of a Star of David over which is draped an octopus-like creature |
| | **Protocols of the Learned Elders of Zion** | |
| | [[] continuation of [materials] published in prior Volume []] | |

12 – Are the Jews succeeding in establishing a worldwide kingdom?

Answer:   An unwavering No.

Domination by their Jewish nation - - in the strange fashion that we have described here - - is something different from what their *[Jews']** holy books have promised, and it differs entirely from the establishment of an autocratic worldwide kingdom that subjugates the world to serve the interests of the Jews, along the lines detailed here in the Protocols, in which their *[the Jews']* awaited Messiah sits on its *[Jewish domination's]* throne as king and patriarch, along the lines of what they *[Jews]* devise.  That [kind of] holy kingdom is entirely impossible, in reality, for reasons only the most noteworthy of which we need reference [here].   These are the ones *[reasons]* that give the impression that they *[these reasons]* have been contributing to creation of this kingdom, when they have, on the contrary, been standing in its way.

(A)  One of the obvious truths today, practically speaking, is the intertwining of economic interests with communications and other such things, on a worldwide basis, to a degree to which the regions of the Earth have become like the organs of a single living body, and no crisis [can] occur in one country without its effect being seen in the countries farthest away from

Gilmore 00240 T
SHATSKY - 006932
P 1: 3090
(continued)

it. Similarly, no organ of the living body [can] become sick without its remaining organs collapsing with sleeplessness and fever . . . This is a sign of the world's drift towards coalescence, and this is what the Jews are working at and trying to exploit, in order to establish their holy kingdom.

Gilmore 00241 T
SHATSKY - 006933
P 1: 3091

But there is another real truth that elucidates, for us, this drift, and its expanse and borders, and that *[truth]* is that, to date, there has been no place for human unity in the conscience of humanity; and loyalty to oneself, one's family, one's homeland, and one's religion has ceased to be firmly rooted in the human conscience. All these are [things] that would stand in the way of creating worldwide coalescence, which does not sanction attachments, and which does not fulfill the interests of all the various peoples. So how can we conceive of it *[worldwide unity]* being created in the image of an autocratic kingdom that thwarts all the rights of people, and their interests, for the sake of a small sect's reign, whether it *[the sect's reign]* be by deities or angels? . . . to say nothing [of the fact] that the sect is [that of] the Jews, who recognize no right in others, and accord no respect to them *[others]*.

(B) No public or private movement to bring two parties together has succeeded - - in any time or place - - unless it had a mission that fulfilled **both** [parties'] interests. If it emerged, in it *[the movement]*, that one party was subduing the other in order to serve itself, then, even if that was the case, the movement's function remained, and the connection inevitably remained standing, because the subdued [party] would have no power to escape from the dominant party without thwarting its [own] interest[s]. The connection would therefore remain, and the two parties would both ardently desire this, so long as this carried out their mission, and even if the master party was weaker than the ruled [party].

This is one of the momentous secrets of society, history, and policy, and it explains for us, through its simplicity, clarity, and depth, many of history's, society's, and policy's problems, including the success of the Romans, the Arabs, and the Ottomans in retaining [power] over their empires even during periods of their governments' and armies' weakness. It *[the secret]* [also] explains the success of colonialism in the modern era, followed by its failure. It *[colonialism]* succeeded when there were naval fleets and means of transportation between [different] portions of territory, along with a police force that opened the seas to every seaworthy [vessel], protecting ships from piracy, and preventing monopolization

---

Gilmore 00242  T
SHATSKY - 006934
P 1: 3092

by one sea[faring] party over the other.  English colonialism succeeded in India for a long time, as the English were active in [promoting] communications and the exchange of useful services between India and other countries, and were active in [promoting] communications between the remote regions of the Indian [sub]continent and their clashing authorities, preventing each authority from being harmed by another.  This was [accomplished] through unity of rule, language (English), education (European), and trade, for due to their language differences, Indians could address one another only in English.  There were reasons other than language for the reconciliation and unification of the interests of the Indians [among] themselves, and these were not all to the advantage of the non-English, for when they *[Indians]* came under the protection of colonialism on the way to unification, they became aware, early on, of the drawbacks of colonialism, the intensity of its oppression, and its parasitism over them, though these evils were more intense and violent initially than they were later.  [Evils] such as these decreased in significance with the creation of the British Commonwealth and creation of the Ottoman Caliphate.  At worst, these [evils] involved chaos, poverty, and corruption.  When colonialism exhausted its mission, it unraveled spontaneously, in the way that the various idols of the Quraysh *[the Meccan tribe from which the Prophet Muhammad originated]* who, in a state of disagreement over the laying of the Black Rock at the time of construction of the Ka'ba *[cubic sacred structure in Mecca]*, agreed, in order to put an end to the infighting, that the first to enter *[the Ka'ba]* (be he a servant or child) would [be the one to] lay it *[the Black Rock]*.  This is sometimes how a bond between two spouses forms, when each hates the other intensely, but each is made afraid [even] of a[n unsettling] gust of air, because of the inevitable intertwining of their interests, such as the rearing of [their] children, which precludes fulfillment of these [interests] outside the context of this hate-filled marriage.

The Israeli kingdom does not, as the Jews have described, have any world-wide mission, and the world does not [represent], for it, a presented opportunity, for [even] the forces of the heavens and Earth are not able to compel all nations to thwart their [own] interests for the sake of

Gilmore 00242 T
SHATSKY - 006934
P 1: 3092
(continued)

the Jews, even if this is the wish of "Jehovah, the Lord of the Armies." The intertwining of Jewish interests with the interests of

Gilmore 00243 T
SHATSKY – 006935
P 1: 3093

the largest and smallest of nations differs greatly with each individual nation, and this is the secret of their *[Jews']* influence, and of the intertwining of these interests with the interests of [other] nations, in a societal way.

© It emerges, from the development of history - - as Professor ['Abbas] Al 'Aqqad believes - - that it *[history]* drifts in the direction of recognizing freedom and human dignity for all people, because these are the zone of the responsibility that distinguishes one person from another, and one nation from another. This truth is firmly rooted in the make-up of humans, individually and societally, as a permanent human underpinning. Anything that collides with or opposes the drift this direction is destined to collapse. The Israeli worldwide kingdom sketched out here thwarts every right and every dignity of non-Jews, and beyond this, they *[Jews]* are monopolized by self-interest, so that there is no way for it *[a worldwide kingdom]* to come into being.

(D) The Jews do not harbor affection for one another, and do not cooperate, except to disseminate storytellers of the public danger [directed] against them, and - - if they have not ganged up and cooperated - - to [decry], locally and on a worldwide basis, that they are pining away in countries where they shall surely be killed. When they have felt a sense of security, latent evil has taken over their deformed innermost beings, their hearts have been overtaken by putrid blood, and hostility and hatreds have been stirred up among them. Their hatred is violent, and their fight is intense, for their fate - - when they feel safe - - is for them to annihilate one another. As Nietzsche said, they are "a nest in danger," and the Qur'an described them *[Jews]* [yet] better when it said, "They shall not fight with you [even] as a body, except within fortified cities or behind walls. The hostility among themselves is intense. You might think them to be a [unified] body, but their hearts are dissolute. This is because they are a people who do not reason." *[Qur'an Sura Al Hashr, Verse 14]*. And so their *[Jews']* interest is in dissolution, and this is one of the reasons

Gilmore 00243 T
SHATSKY - 006935
P 1: 3093
(continued)

that has made it possible for them to gain dominance, locally and worldwide, and spared them harm from the sharp differences [that exist] among themselves.

**To be continued in the next Volume**

**[Al Shuhada', Vol. 49, pp. 23-27]**

Translator's Notes:

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00244 T
SHATSKY – 006936
P 1: 3094

> ### Islamic Gifts

## Islam's Position on the Jews

{**"Indeed you have, in the Messenger of God, an excellent example for those whose hope is in God and the Final Day, and who invoke God often."** *[Qur'an Sura Al Ahzab, Verse 21]*}

### From Where Did the Jews of the Arabian Peninsula Come?

After the Babylonians annihilated the Jewish state, under the leadership of Nebuchadnezzar in the year 587 B.C., he *[Nebuchadnezzar]*\* took most of them *[Jews]* with him to Babylonia, as prisoners. A segment of them emigrated to the Arabian Peninsula, as did [another] segment of them after the Romans occupied Palestine under the leadership of Titus, in the year 70 A.D., when their Temple was destroyed. They emigrated to the Hijaz, and these *[Jewish]* tribes settled in Yathrib, Khaybar, and Tayma', built strongholds and fortresses, and spread their religion among some of the Arab tribes. Then Judaism entered Yemen, under one of the kings of Yemen who embraced it, Taban As'ad Bin Abi Karb, one of the Tababa'ah [line of] kings. It *[Judaism]* blossomed at the time of his successor son, who reigned as "Yusuf Dhu Nuwas." He *[Yusuf Dhu Nuwas]* was responsible for the notorious 523 A.D. massacre that befell the Christians of Najran, who were the proprietors of [the trench-city of] Al Ukhdud, about whom the noble Qur'an has told us, in Sura Al Buruj.

Gilmore 00244 T
SHATSKY – 006936
P 1: 3094
(continued)

**The Jews in Yathrib:**

When the Messenger *[the Prophet Muhammad]*, may God bless him and grant him peace, emigrated to the enlightened city of Yathrib, there were three well-known Jewish tribes there, namely:

1) The Banu Qaynuqa':  They used to live within the city, in the northeast [part] of the city, on the way of the traveler to Uhud, and they were allies of the [Arab Banu] Khazraj.

2) The Banu Al Nadhir:  They used to live on the fringes of the eastern lava field, to the east of Quba' (in southeast Medina).

Gilmore 00245 T
SHATSKY - 006937
P 1: 3095

3) The Banu Qurayza: Their fortresses and strongholds were in the southeastern outskirts of the city, bordered, to the east of Quba', by the fringes of the eastern lava field north of the Banu Al Nadhir. These two tribes, Banu Al Nadhir and Banu Qurayza, were allies of the [Arab Banu] Aws.

Despite their small numbers, they *[the Jewish tribes]* were able to control the economy and trade of the city, and they used to trade in grains, dates, wines, garments, and gold, and used to charge exorbitant interest, through which they controlled Yathrib's land, taking it as security [for loans].

As per their custom and religion, they *[Jews]* were given to schemes and conspiracies, precipitating enmity and grudges among the tribes. They were behind many of the wars among them, and were one of the causes of the ruinous Bu'ath war between the Aws and the Khazraj. In short, they followed the principle of "divide and conquer."

**Their *[Jews']* Teachings About the Arabs:**

As the principles of their religion exhorted, they would disdain the Arabs vehemently, would call them illiterates, i.e., primitives [or] uncivilized simpletons, and considered themselves to be the people of the Book, and the only ones who had knowledge. They would misappropriate the wealth of Arabs, and imposed no taboo on [doing] so. God said [in the Qur'an]: {"That is because they say, 'There is no blame upon us in relation to [our treatment] of the illiterate,' but [in this,] they *[Jews]* speak a lie about God, and they know [it]." [Qur'an Sura] Al 'Imran [Verse] (75).

Whenever they would fight with Arabs, and the Arabian tribes defeated them in their wars, they *[Jews]* would implore God for victory over them *[Arabs]*, and warned them *[Arabs]* that the day will come when the Jews shall have victory over the Arabs; and they *[Jews]* would say: "A prophet of the End of Days shall be sent [so that] we may fight you with him, and we will kill you with the death of the adversary *[illegible word]*," and some of them believed this.

God said [in the Qur'an]: {"And when there came to them *[Jews]* a Book from God *[the Qur'an]* validating that which was with them *[their own Books]*, and although they *[Jews]* had previously prayed for victory against those who disbelieved [the teachings of Muhammad], they

Gilmore 00245 T
SHATSKY - 006937
P 1: 3095
(continued)

*[Jews]* [still] disbelieved when there came to them that which they knew [to be true], and the curse of God is upon [such] disbelievers;" "How wretchedly have their *[disbelievers'/Jews']* souls been bought, in that they deny God's revelation, envious that God, in his grace, would send it *[the revelation]* to any servant he wishes. Thus have they drawn upon themselves anger upon anger; and for disbelievers, there is humiliating punishment."} [Qur'an Sura] Al Baqara [Verses] (89 – 90)

The reason for the revelation of the[se] verse[s] is stated in what Ibn Abu Hatim extracted from Ibn 'Abbas, may God be pleased with them both: The Jews would implore God for the defeat of the Aws and the Khazraj by the Messenger of God, may God bless him and grant him peace,

Gilmore 00246 T
SHATSKY - 006938
P 1: 3096

prior to his *[Muhammad's]* being sent out, but when God sent him out from the Arabs, they *[Jews]* disbelieved him, and repudiated what they were saying, and so Mu'adh Bin Jabal, Bashar Bin Al-Bura', and Da'ud bin Sulma said to them *[the Jews]*, "Oh, community of the Jews: Fear God, and you shall be safe. You had implored God for victory over us by Muhammad. Though we are a polytheistic people, you are apprising us that he *[Muhammad]* has been sent out, and you describe him by his characteristics." Salam bin Mashkam, the brother of the Banu Al Nadhir, then said "He has not brought us something that we know, and he is not the one of whom we spoke, to you." Hence God revealed the verse[s].

And they *[the Jews]* would say, "Messengers have only been sons of Israel!! Of what significance can this son of Isma'il be?!

### The Children of Israel Preaching with the Prophet Muhammad, May God Bless Him and Grant Him Peace:

God, may he be praised, said [in the Qur'an]: {"Jesus, the son of Mary, said, 'Oh children of Israel, I am the messenger of God, sent to you to validate the Torah that I have, and to preach the [coming] of a messenger after me, whose name shall be Ahmad.' But when he *[Muhammad]* came to them with clear proofs, they *[Jews]* said, 'This is plain magic.'"} [Qur'an Sura] Al Saf [Verse] (6)

"Ahmad," one of the Prophet's names, is someone who is praised for his good qualities. [Sunna scholars] Al Bukhari and Muslim transmitted from Jubayr Bin Mut'am, who said, "I have heard the Messenger of God, may God bless him and grant him peace, saying 'I have [multiple] names. I am Muhammad, I am Ahmad, and I am Al-Mahi *[the obliterator]* by whom God wipes out disbelief. I am Al Hashir *[the gatherer]*, at whose feet - - i.e. behind whom - - people gather, and I am Al 'Aqib *[the successor]*, i.e., the final bringer *[of good]*, after the prophets.'"

From Ka'b Al-Ahbar *[a Jewish rabbi who converted to Islam and became a Sunna scholar]*: "The Apostles said to Jesus: 'Oh spirit of God, Will there be a community after us?' He *[God]* said, 'Yes, the community of Muhammad, righteous and God-fearing rulers and scholars. They will be as prophets, in terms of insight, content with God for simple sustenance; and God shall be content, with them, for simple action[s].'"

Gilmore 00246 T
SHATSKY - 006938
P 1: 3096
(continued)

In Chapter 15 of the Gospel of John appears [the following]: "Jesus Christ said that the Parakletos *[Comforter or Mentor; an epithet for Muhammad in Muslim interpretations of the Gospels]* is the spirit of the law that my Father is sending, [and] he shall teach you everything."

"Parakletos" is a term that connotes great praise, and it is a reference to Ahmad or Muhammad the Prophet, may God bless him and grant him peace.

**The Position of the Messenger *[Muhammad]*, may God Bless Him and Grant Him Peace, On the Jews of Medina:**

In the beginning, the Jews of Medina did not speak of the Prophet, may God bless him and grant him peace, or of Muslims, with hostility, and they did not display any opposition to, or dispute with, the new religion, despite the fact that jealousy and resentment were eating at their hearts,

Gilmore 00247T
SHATSKY - 006939
P 1: 3097

after their assumption[s] failed, and the Messenger [turned out] to be from the sons of Isma'il, and not from the sons of Israel, as they had expected.

The Messenger of God, may God bless him and grant him peace, had to accept their *[Jews']* outward appearance, despite this.  The Messenger of God, may God bless him and grant him peace, was[, however,] intensely cautious of them, always vigilant against them, though he treated them as citizens, and included them in the charter that the Messenger of God, may God bless him and grant him peace, had written for all inhabitants of Yathrib, without exception.

(This was a writing of the Prophet Muhammad, may God bless him and grant him peace, that shed light on the believers and Muslims of Quraysh and Yathrib, and on those who were under their authority, who joined with them, or who waged holy war with them.)  It was considered the first written constitution that gave Jews their rights, and clarified their duties towards the emerging new state.

The originator of The Sealed Nectar *[a biography of the Prophet Muhammad]* summarized its *[the charter's]* most important provisions pertaining to the Jews:

1 - The Jews of the Banu Awf are one community with the believers.  The Jews have *their* religion, and the Muslims have *their* religion, their freedmen, and their persons.  The same is true for Jews who are not of the Banu Awf.

2 - The Jews must bear *their* expenses, and the Muslims must bear *their* expenses.

3 - Each must help the other against those who wage war with the subjects of this charter.

4 - Each shall seek advice and consultation from the other; and loyalty shall be [protection] against misdeed.

5 - A man shall not be accused of the misdeeds of his ally.

6 – Help must [be given] to those who are treated unjustly.

7 – The Jews must bear costs, along with the believers, for as long as they are waging war.

8 – Yathrib's center shall be a sanctuary for the subjects of this charter.

9 - If there is anything among the subjects of this charter in the way of an incident or dispute the depravity of which is cause for fear, it should be referred to God, the mighty and great, and to Muhammad, the Messenger of God, may God bless him and grant him peace.

Gilmore 00247T
SHATSKY - 006939
P 1: 3097
(continued)

10 – The Quraysh and their supporters shall be granted no protection.

11 - Each shall help against anyone who invades Yathrib . . . and every person shall have his portion from the side that has received him favorably.

12 – This writing shall not intervene on behalf of the unjust or the sinner.

### The Destiny of the Banu Qaynuqa':

The Muslims fulfilled their covenant with the Jews completely and faithfully, but the Jews (in accordance with their custom of breaching covenants and [engaging in] treachery, trickery, and disloyalty) tried to drive a wedge between the Aws and the Khazraj.

Gilmore 00248 T
SHATSKY – 006940
P 1: 3098

Ibn Ishaq recounted that Shas Bin Qays, one of the elders of the Banu Qaynuqa', who were haters of Islam, passed by a band of companions of the Messenger of God from the Aws and Khazraj [tribes] at a session that had brought them together for discussion, and that what he *[Shas Bin Qays]* saw, in the way of their *[the Muslim companions']* congeniality, commonality of interests, and sound condition of their affairs, by virtue of Islam, angered him, after which the [old] hostility of the pre-Islamic era [resurged] between them. He *[illegible word]* a young Jewish man who was with him, and he said [to the Muslims], "I intend to sit among you." He *[Shas Bin Qays]* then reminded them *[the Muslims]* of Bu'ath [War] Day, and what came before it, and he recited to them some of the poems that they recite, on this [occasion], and performed, and talked about it. They *[the Jew and the Muslims]* competed and boasted until the situation between the two sides reached the point of their being ready to repeat that war. "If you wish, we shall start it all over again["] –and the two parties settled on a place, for this, said to be Al Thahra, and they cried out, "To arms, to arms!" War [then] all but broke out between them.

[News of] this reached the Messenger of God, may God bless him and grant him peace. He went out to them *[the Aws and Khazraj Muslims]*, with some companions who had made the Hijra encouraging him, until he reached them, and said, "Oh Muslim kinsfolk, God! God! The howl of the pre-Islamic era is untamed, but I am in your midst, after God has shown you the way to Islam, honored you with it, separated the summoning of the pre-Islamic era from you, with it *[Islam]*, rescued you from unbelief with it *[Islam]*, and joined your hearts together." And the people knew that he *[the Jew]* was an incitement from Satan, and a ruse by their enemy, and they wept. The men of the Aws and Khazraj embraced one another, and then departed with the Messenger of God, may God bless him and grant him peace, listening and obeying; and God extinguished for them the ruse [perpetrated] by enemy-of-God Shas Bin Qays.

**After the Triumph of the Muslims in Badr:**

After the fortifying victory at the Battle of Badr, fury, hatred, and jealously ate away at hearts of the Jews, and they set out to step up their provocations of the Muslims, and their harassment of them *[Muslims]* at the marketplace, and so the Messenger of God, may God bless him and grant him peace, gathered the Jews of the Banu Qaynuqa' at their marketplace, and then said,

Gilmore 00248 T
SHATSKY – 006940
P 1: 3098
(continued)

"Oh, Jewish community, beware, by God, of the vengeance that befell the Quraysh. Convert to Islam, and you shall know that I am a [God-]sent prophet. You may find this in your Book, and [in] God's covenant with you." They *[the Jewish Banu Qaynuqa']* said, "Oh, Muhammad, do not deceive yourself [simply] because you fought a band of the Quraysh who were inexperienced and did not know how to fight. Had you fought with us, you would know that we are people the likes of whom you have never met." [About this], God revealed [these of] his words: "Say to those who disbelieve, 'You shall be overpowered and crammed into Hell, a wretched resting place.'" [Qur'an Sura] Al 'Imran [Verse] (12)  And the Prophet concealed his wrath, and waited for the appropriate opportunity.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF LUCILLE KAPLAN

    I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.     The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3087-3098.

2.     I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full, and

accurate translation of the Arabic-language document bearing the bates number

P 1: 3087-3098.

Dated: March 2 , 2014

LUCILLE KAPLAN



# الشهداء

### مجلة شهرية تصدر عن التوجيه السياسي
### لقوات المناطق الحدودية

## القدس
## عاصمة فلسطين الأبدية



بعد حب الله

# الشهداء

نشرة شهرية تصدر عن
التوجيه السياسي للقوات البحرية

## هيئة التحرير

وبعد الله يا وطني ، اصلــي عند اعتابك

واسكب من دماء القلب مسكاً ضوع محرابك

وابني من عظام الصدر صرحاً بيت احبابك

وانسج من رموش العين اعلاماً لأبوابك

*   *   *   *   *   *   *   *   *

وبعد الله يا شمسا محوت الظلم والقهـرا

احيي فيك فرساناً خبرت صمودهم صخرا

فمنهم من قضى نحبا ، ومنهم اطلع الفجرا

رفاقاً نصنع التاريخ نبني الدولة الفخرا

### رئيس التحرير
**احمد ابراهيم هلس**
المفوض السياسي لقوات المناطق الحدودية

### اعداد وتنسيق
**رائد / رائد مقداد**

### اسرة التحرير
مقدم/ محمد جرادة
نقيب/ محمد أبو هجرس
ملازم أول/ عاطف الغطيطي
مصور/ عبدالحكيم القدرة



# تكرار الحالة العراقية، مستقبلاً.



حياة العدد

### بقلم/ أحمد ابراهيم خلس

المسلوبة، و الكرامة المجروحة، دفاعاً عن
وطن مهد بالنهب من قبل المستوطنين.

الحالة العراقية قابلة للتكرار في عواصم
عربية مرشحة للغزو الأمريكي، بهدف
التركيع و الإخضاع، و الاستحواذ على كل
مقدرات أهلها ؛ فهل يفهم الحكام العرب الذين
خرست ألسنتهم، ونكست هاماتهم، أمام السيد
الأمريكي، هل يفهمون أن الدائرة ستدور
عليهم بعد القدس و بغداد !!!؟

بالأمس، الجميع كان يدعي الحيادية،
وعدم مساندة الإرهاب الفلسطيني، و اليوم
جميعهم يسلمون بأن العراق قد جر على نفسه
ما يستحق من التدمير، و غداً ماذا سيقولون إذا
جاء عليهم الدور؟!!

لا شماتة في هذا، و لكن نذكرهم، و نعيد
عليهم ما سبق و أن قلناه أكثر من خمسين
عاماً .. لستم بعيدين عما يجري لنا، فاعتبروا.

ولكن يصدق عليهم قول الشاعر:

لقد أسمعت لو ناديت حياً

ولكن لا حياة لمن تنادي

النار إذا نفخت بها أضاءت

و لكن أنت تنفخ في رماد.



# دراسة الخطر اليهودي

## بروتوكولات حكماء صهيون

تابع ما نشر في العدد السابق

---

١٢ — هل ينتج اليهود فى تأسيس مملكة عالمية ؟

الجواب : لا ٠ دون تردد ٠٠

أن سلطة دولتهم اليهودية ــ على النمط الذى
وصفنا هنا ــ شىء يختلف عما وعدتهم به كتبهم الدينية
ويختلف كل الاختلاف عن اقامة مملكة أو توفرة ٠٠٠٠
تستعبد العالم لمصلحة اليهود على النحو الذى فصلته
البروتوكولات ٠٠ ويجلس على عرشها مسيحهم المنتظر
وبطريركا مما على نحو ما يدبرون ٠ فان تكوين هذه الدولة
المقدسة مستحيل كل الاستحالة واقعيا لأسباب يكفى الإشارة
الى أجدرها بالذكر ٠ وهى التى توحى بأنها تساعد على قيام
هذه المملكة على حين أنها تحول دونها ٠٠

(أ) من الحقائق القائمة الآن عمليا تشابك العلاقات
الاقتصادية والمواصلات ونحوها عالميا ٠ حتى صارت أقطار
الأرض كأنها أعضاء جسم حى واحد فلا تحدث أزمة ما
حتى يرى أثرها فى أبعد البلاد عنها ٠ كما لا يمرض عضو من
الجسم الحى الا تداعت له سائر الأعضاء بالسهر والحمى
وذلك دليل اتجاه العالم نحو الائتلاف ٠ وهو ما يعمل له
ويحاولون استغلاله لاقامة مملكتهم المقدسة ٠

---

P 1: 3090

... حقيقة أخرى واقعة تفسر لنا هذا الاتجاه ومداه

... أن الوحدة الإنسانية لا مكان لها حتى الآن فى

... وما يزال راسخاً فى ضمير الانسان ولاؤه لنفسه

... رديه . وكلها مما يحول دون قيام الائتلاف

... لا يرضى هذه العواطف ولا يحقق مصالح

... جميعا ، فكيف تصور قيامه فى صورة مملكة

... كل حقوق الناس ومصالحهم لأجل سيادة

... كانت من الآلهة أم الملائكة فضلا عن أن تكون

... لا يعترفون لغيرهم بحق ولا يرعون له حرمة.

... يحب فى أى عصر ولا مكان ـ حركة عامة أو

... جانبى إلا كانت ذات رسالة تحقق مصالحهما

... كان قادراً فيها تسخير جانب لآخر كى يخدمه . فإذا

... للحركة وظيفتها وبقيت الصلة قائمة ضرورية،

... قدره له يدون اهدار مصالحه على التخلص من

... هذه الصلة ويحرص عليها الجانبان بما ماداميت

... ولو كان الفريق السيد أضعف من المسود .

... كثير من أسرار الاجتماع والتاريخ والسياسة .

... سائله ووضوحه وعمقه كثيراً من مشكلات

... والسياسة . ومن ذلك نجاح الرومان والعرب

... الابقاء على امبراطورياتهم حتى فى عصور ضعف

... قوتهم : وهو يعلل نجاح الاستعمار فى العثر

... فقد نجح عندما كانت الأساطيل وسائل

... بين أجزاء الأرض ، والقوة البوليسية التى تفتح

... كل قادر ، وتحمى السفن من القراصنة ، وتمنع احتكار

(١٥)

أخذ جانبا من البحار دون غيره ٠٠ ونجح الاستعمار الانجليزي
الهند طويلا ، اذ كان الانجليز هم عوامل التواصل وتبادل
بين الهند وغيرها من البلاد وكانوا عوامل التواصل بين
القارة الهندية المتنائية وسلطاتها المتنازعة ، وكيف بأس كل
عن الأخرى ٠٠ وذلك عن طريق وحدة الحكم واللغة ( الانجليز )
والتعليم ( الأوربى ) والتجارة ٠ فالهنود لا تتبادل
لا يتخاطبون الا بالانجليزية ، وهنالك غير اللغة من أنواع
التقريب والتوحيد بين مصالح الهنود أنفسهم ، وكلها
لتتحقق بغير الانجليز ٠ فلما ساروا تحت حماية الاستعمار
طريق الاتحاد شوطا بعيدا فطنوا الى مساوىء الاستعمار
وطأته وتطفله عليهم ، مع أن هذه الشرور كانت أولا
وأعنف منتها أخيرا ٠ وقل مثل ذلك فى قيام الكومنولث الروسى
وقيام الخلافة العثمانية وهى فى أشتدحالات الفوضى والفقر ولما
ولما استنفد الاستعمار رسالته انحل من تلقاء نفسه
طواغيث قريش المختلفون على وضع الحجر الأسود عند
الكعبة الى حد التقاتل قد اتفقوا أن يضعه أول داخل ( أولا
عبدا أو طفلا ) ٠ وهكذا تقوم الصلة بين الزوجين أحيانا
كان كل منهما يمقت الآخر أشد المقت ، ولكنه يخفى
النسيم ، لأن تشابك المصالح الضرورية بينهما كثيرا إذا
يجعلها لا تتحقق الا فى ظل هذه الزوجية المقوتة ٠

وليس للمملكة الاسرائيلية على النحو الذى وصفنا
أية رسالة عالمية ، والعالم غير متهيء لها ٠ فلا تستطيع
السموات والأرض أن تكره الأمم جميعا على اهدار مصالحها
من أجل اليهود ولو كانت تلك هى ارادة « يهود رب الجنود »
وفزق بعيد بين تشابك المصالح اليهودية مع مصالح

(١٦)

الكبرى والصغرى منفردة بــكل دولة ، وهو سر نفوذهم ،
ورباك هذه المصالح مع مصالح الدول مجتمعة .

(ج) يظهر من تطور التاريخ ــ كما يرى الأستاذ العقاد ــ
ه ..جة الى الاعتراف بالحرية والكرامة الانسانية لكل انسان .
لأنها مناط المسئولية الذي تميز انسانا من انسان . وأمة مــن
..وهده حقيقة راسخة فى بنية الانسان فردا ومجتمعا رسوخ
... .....ابقية بقاءها ..فكل ما يصطدم بهذا الاتجاه أو يعاكسه
... الانهيار . والمملكة الاسرائيلية العالمية المرسومة هنــا
.. .كل حق وكل كرامة لغير اليهود . وتحتكر لهم المصــالح
..رى ذلك فلا سبيل الى قيامها .

(د) ان اليــود لا يتعاطفون ولا يتعاونون الا مشتتين
... بالخطر العام ضــدهم ، وبأنهم ــ اذا لم يتعصبوا
.. تعاونوا ــ دائبون فى الأمم لا محالة لقلتهــم محليا وغالبا .
... ... ..رأوا بالأمن نزع الشر الكامن فى دخائلهم المسموخة .
...... قلوبهم بالدم الناسيد وثارت بينهم العداوة والبغضــاء ،
... ك..رهم عنيف وقتالهم شديد ، فمصيرهم ــ اذا أمنوا ــ
.... بعضهم بعضا . فهم كما قال نيتشه « عش فى خطر » وقد
... .ين القرآن وصفهم . اذ قال : « لا يقاتلونكم جميعا الا فى
... .محصنة . أو من وراء جدر . بأسهم بينهم شديد . تحسبهم
...ميعا وقلوبهم شتى . ذلك بأنهم قوم لا يعقلون » فمصلحتهم
... ... وهو سبب من أسباب مكنت لهم من التسلط محليا
... ..يا . وجبتهم شر الخلافات الحادة بين بعضهم وبعض ..

يتبع العدد القادم

... تصدر عن المرجع السياسي لقوات المناطق الحدودية العدد ٤٩ للسنة الرابعة فبراير ٢٠٠٣

P 1: 3093

(١٦)

# نفحات إسلامية

## موقـف الإسـلام مـن اليهـود

{ لَقَدْ كَانَ لَكُمْ فِي رَسُولِ اللَّهِ أُسْوَةٌ حَسَنَةٌ لِمَنْ كَانَ
يَرْجُو اللَّهَ وَالْيَوْمَ الْآخِرَ وَذَكَرَ اللَّهَ كَثِيراً }

## مـن أيـن جـاء اليهـود إلـى جـزيرة العـرب ؟

بـعدما قـضى البابـليون على دولة اليهود بقـيـادة "نبـوخذ نصـر"
"عام ٥٨٧ ق.م سبـــى أكثـرهم معه إلى بابــل، هاجر قسـم منهم إلى
جزيرة العرب ، وكذلك فعل قسـم منهم بـعد أن احـتـل الرومان قلـب
بقـيـادة "تيطس" ســـنة ٧٠ م ودمر هيكلهم هاجروا إلى الحـجـاز
واستقرت هذه القبائل في يثرب وخيبر وتيماء وأنشـأوا القـلاع والحـصـون
ونشـروا دينهم بـين بـعض القبـائل العربــية . ثم دخلت اليهـودية التي
على يد أحد ملوك اليمن الذي اعتنقـهـا وهو "تبـان أسعد بـن أبـي كرب"
أحـد ملوك التبابـعـة وازدهرت على زمن ابـنـه الذي خلفه في الحكم
"يوسف ذي نواس" وهو صاحب المذبحة الشهيرة التي وقـعـت في نصارى
نجران سنة ٥٢٣م وهم أصحـاب الأخدود الذين حـدثنا عنهم القـرآن الكريـم
في سورة البروج .

## اليهـود في يثـرب :

عندما هاجر الرسـول ﷺ إلى المدينة المنورة "يثرب" كان فيهـا ثلاث
من قبائل اليهود المشهورة وهم :

**1- بنو قينقاع :** فكانوا يسكنون داخل المدينة شـمال شـرق المدينة في طرف
الذاهب إلى أحد ، وهم حلفاء الخزرج .

**2- بنو النضير :** وكانوا يسكنون في أطراف الحرة الشرقية إلى الشرق من
قباء ( جنوب شرق المدينة ) .

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٤٩ للسنة الرابعة فبراير ٣

P 1: 3094

حصرتهم وقـــلاعهم في ضواحــي المدينة الجنوبــية
بنو قينقاع بأطـراف الحرة الشرقية شمال بني النضير ،
وبنو قريظة هما حلفاء الأوس .

لقد استطاعوا السـيطرة على اقـتصاد المدينة
بالحـــــوب والتمور والخمور والثياب والذهب
الفاخــش والذي عن طريقـــه ســيطروا على

وبينهم من أصحاب دسـائس ومؤامرات يلقون
وكانوا وراء كثير من الحروب بينهم ، فقد كانوا
بين الأوس والخزرج وخلاصة القـول أنهم

بينهم يحتقرون العرب احتقاراً بالغاً ، وكانوا
البدائيين السذج غير المتحـــضرين ، وكانوا يعتبـرون
هم فقط الذين عندهم العلم ، وكانوا يستحـلون أموال
قال تعالى : { ...ذَلِكَ بِأَنَّهُمْ قَالُواْ لَيْسَ عَلَيْنَا فِي الأُمِّيِّينَ
سَبِيلٌ وَيَقُولُونَ عَلَى اللّهِ الْكَذِبَ وَهُمْ يَعْلَمُونَ } آل عمران ( ٧٥ ).

العرب وعلمتهم القبائل العربية في حروبـهم ، كانوا
بأنه سيأتي اليوم الذي سـيكون النصر لليهود على
آخر الزمان نقاتلكم معه ونقـتلكم قـتل عاد

{ وَلَمَّا جَاءهُمْ كِتَابٌ مِّنْ عِندِ اللّهِ مُصَدِّقٌ لِّمَا مَعَهُمْ وَكَانُواْ مِن قَبْلُ
يَسْتَفْتِحُونَ عَلَى الَّذِينَ كَفَرُواْ فَلَمَّا جَاءهُم مَّا عَرَفُواْ كَفَرُواْ بِهِ فَلَعْنَةُ اللّهِ عَلَى الْكَافِرِينَ *
بِئْسَمَا اشْتَرَوْاْ بِهِ أَنفُسَهُمْ أَن يَكْفُرُواْ بِمَآ أَنزَلَ اللّهُ بَغْياً أَن يُنَزِّلُ اللّهُ مِن فَضْلِهِ عَلَى مَن يَشَاءُ
مِنْ عِبَادِهِ فَبَآؤُواْ بِغَضَبٍ عَلَى غَضَبٍ وَلِلْكَافِرِينَ عَذَابٌ مُّهِينٌ } البقرة ( ٨٩ – ٩٠).

ونزول هذه الآية ما أخرجه ابن أبي حاتم عن ابـن عبـاس
كانوا يستفتحون على الأوس والخزرج برسول الله ﷺ

قبـل مبـعـثه ، فلما بــعـثه الله من العرب ، كفروا بـــه وجحـدوا ما كانوا
يقولون فيه ، فقال لهم معاذ بن جبــل وبشــر بــن البـــراء وداود بــن ســلمة
: يا معشر اليهود : اتقــوا الله وأسـلموا فقـد كنتم تستفتحــون علينا بمحمد
، ونحن أهل شرك ، وتخبروننا بأنه مبعوث ، وتصفونه بصفته ، فقال سلام بن
مشـــكم أخو بــني النضير ، ما جاءنا بشــيء نعرفه ، وما هو بالذي
كنا نذكر لكم فأنزل الله الآية .

وكانوا يقــولون : إنما كانت الرسـل من بــني إسـرائيل !! فما بـال
هذا من بني إسماعيل !؟ .

## بـنو إسـرائيل وبشرون بـالنبي محمد ﷺ :

قال سبحـانه وتعالى : {وإذ قال عيسى ابنُ مَرْيَمَ يابَني إسرائيل إني رسولُ اللهِ
إلَيْكُم مُصَدِّقـــاً لِمَا بَيْن يَدَيَّ مِنَ التَّوْرَاةِ وَمُبَشِّراً بِرَسُولٍ يأتي مِن بَعْدِي اسْمُهُ أحْمَدُ فَلَمّا
جَاءَهُم بِالبَيِّنَاتِ قَالُوا هَــذَا سِحْرٌ مُبِينٌ} (الصف٦)

وأحـمد من أســماء النبـي  وهو الذي يحـمد بـــما فيه من خصال الخير
وقد أورد البخاري ومسلم عن جبير بن مطعم قال : سمعت رسول الله ﷺ يقول
:" إن لي أســماء ، أنا محــمد ، وأنا أحـــمد ، وأنا الماحــي الذي يمحــو
الله به الكفر ، وأنا الحاشر الذي يحشر الناس على قـدمي – أي بـعدي – وأنا
العاقب ، أي الأخر الآتي بعد الأنبياء .

وعن كعب الأحبــار : أن الحــواريين قـــالوا للعيسـى : يا روح الله
هل بــعدنا من أمة ؟ قـــال : نعم ، أمة محــــمد ، حــــكماء علماء
أبــرار أتقـيــاء كأنهم من الفقــه أنبــياء ، يرضون من الله باليسير
من الرزق ، ويرضى الله منهم باليسير من العمل .

وقد جاء في إنجيل يوحنا في الفصل الخامس عشر : قال يسوع المسيح
إن الفارقليط روح الحق الذي يرسله أبي ، يعلمكم كل شيء .

والفارقليط لفظ يدل على كثير الحمد ، وهو إشارة إلى أحــمد ومحـمد
النبي ﷺ.

## موقف الرسول ﷺ من يهود المدينة :

في البداية لم يجاهر يهود المدينة النبي ﷺ والمسلمين بالعداوة ، ولم يظهروا
آية مقاومة أو خصومة للدين الجديد ، رغم أن الغيرة والحقد كانت تأكل قلوبهم ،

P 1: 3096



... خاب ظنهم وجاء الرسول من بني إسماعيل وليس من بني إسرائيل كما
... ينتظرون .

... عليه فقد تقبل رسول الله ﷺ ظاهرهم و مع ذلك فقد كان رسـول الله ﷺ
... الحذر منهم دائم اليقظة تجاههم رغم أنه عاملهم معاملة المواطنين وشملهم
... المعاهدة التي كتبها رسول الله ﷺ لسكان يثرب مطلقا :

**(هذا كتاب من محمد النبي ﷺ بين المؤمنين والمسلمين من قـريش**
**... ومن يتبعهم ولحق بهم ، وجاهد معهم )** وتعتبـر أول دستور مكتوب
... اليهود حقوقهم ووضح واجباتهم تجاه الدولة الجديدة الناشئة .

... لخص صاحب الرحيق المختوم أهم بنودها الخاصة باليهود :

... اليهود بني عوف أمة مع المؤمنين ، لليهود دينهم وللمسـلمين دينهم ،
... ... وأنفسهم ، كذلك لغير بني عوف من اليهود .

... على اليهود نفقتهم ، وعلى المسلمين نفقتهم .

... بينهم النصر على من حارب أهل هذه الصحيفة .

... بينهم النصح والنصيحة ، والبر دون الإثم .

... يأثم امرؤ بحليفه .

... النصر للمظلوم .

... اليهود ينفقون مع المؤمنين ما داموا محاربين .

... يثرب حرام جوفها لأجل هذه الصحيفة .

... ما كان بين أهل هذه الصحيفة من حدث أو اشـتجار يخاف فسـاده فإن
... إلى الله عز وجل ، وإلى محمد رسول الله ﷺ .

... لا تجار قريش ولا من نصرها .

... بينهم النصر على من دهم يثرب ... على كل أناس حصتهم من جانبهم

... لا يحول هذا الكتاب دون ظالم أو آثم .

... ...

... المسلمون عهدهم لليهود وفاءً صادقـاً ولكن اليهود (حسـب
... العهود والغدر والخديعة والخيانة ) حاولوا الإيقاع بـين الأوس
...

(٢٦)

فقد روى ابن إسحاق أن شاس بـن قـيس أحـد شيوخ
الحاقـديـن على الإسـلام مر على نفر من أصحـاب رسـول الله ﷺ
والخزرج في مجلس قـد جمعهم يتحـدثون فغاظه ما رأى من الفة
وصلاح أمرهم على الإسلام بعد الذي كان بـينهم من العـداوة ، وكان
شاباً من اليهود وكان معه فقال : اعمد إليهم فاجلس معهم ثم ذكر
وما كان قبله وأنشدهم بـعض ما قـالوا فيه من الأشـعار فعـل
وتنازعوا وتفاخروا حتى وصل الأمر بين الفريقين إلى استعداد هذا
الحرب " إن شئتم رددناها جذعة – وتواعد الطرفان في مكان يقـال
وتنادوا : السلاح السلاح ، كادت تنشب الحرب بينهم .

فبلغ ذلك رسول الله ﷺ فخرج إليهم فيمن معه من أصحابه فلما
جاءهم فقال :" يا معشر المسلمين ، الله الله ، أبدعوى الجاهلية وأنا بين
بعد أن هداكم الله إلى الإسـلام ، وأكرمكم بـه وقـطع به عنكم أمـر
واستقـذكم بـه من الكفر ، وألف بـين قلوبـكم ؟ فعرف القوم
من الشـيطان ، وكيد من عدوهم فبكـوا وعانق الرجال من الأوس
بـعضهم بـعضاً ، ثم انصرفوا مع رسـول الله ﷺ سامعين
وقد أطفأ الله عنهم كيد عدو الله شاس بن قيس .

**بعد فوز المسلمين في بدر:**

بعد نصر معركة بدر المؤزر ، أكل الغيظ والحقـد والغـيرة قلوب
وأخذوا يزيدون تحرشهم بالمسلمين ومضايقتهم لهم في السوق فقد جمع
الله ﷺ يهود بني قينقاع في سوقهم ثم قال : يا معشر يهود ، احذروا من الله
نزل في قـريش من النقـمة وأسـلموا فإنكم قـد عرفتم أني نبي مرسل
تجدون ذلك في كتابـكم وعهد الله إليكم . فقـالوا : يا محـمد لا يغرنك
نفسـك أنك قـاتلت نفراً من قـريش كانوا أغماراً لا يعرفون القـتال
إنك لو قـاتلتنا لعرفت أنا نحـن الناس ، وأنك لم تلق مثلنا فأنزل الله تعالى
﴿قُلْ لِلَّذِينَ كَفَرُوا سَتُغْلَبُونَ وَتُحْشَرُونَ إِلَى جَهَنَّمَ وَبِئْسَ الْمِهَادُ﴾ دعون
فكظم النبي غيظه وانتظر الفرصة المناسبة .

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد ٤٩ للسنة الرابعة