PLAINTIFF'S
EXHIBIT
937



Humat Al-Areen

In Al-Areen [the lion's den], there is a roar that sons of foxes do not approach when the lions are gone... or present!!

| Published by the Al-Areen Institute for Studies, Research, and the Arts | Slogan: Al-Areen Institute for Studies, Research, and the Arts | Documentation – Politics – Culture |
| --- | --- | --- |

Issue 93 of 2002

Abu Ammar, kingdoms refuse to separate from those worthy of them... Who besides you can liberate Jerusalem?

Image

- His Eminence the President, Commander in Chief and Maker of History
- The Al-Aqsa Intifada and 22 Months of Israeli Aggression
- A Historical Interpretation of the Events of July
- Why America Supports Israel
- Notable Palestinians Who Died in July

[SHATSKY-006992] [P 1: 3026]
Gilmore 00301T

Founded by the Martyr Colonel Fakhri Abu Al-Fawakhir

| Humat Al-Areen<br>Documentation – Politics – Culture<br>Published by the Al-Areen Institute for Studies, Research, and the Arts<br>Issue 93 – July 2002<br>Gaza Port – Omar Mukhtar Street – Telefax 2825009 | | Slogan: Presidential Security Force 17 |
|---|---|---|
| | | General Supervisor<br>Colonel Nasir Al-Ayedi / Abu Fayez<br>Director General of Political Guidance<br>Presidential Security Force 17 |
| Contents | Page | Advisory Board<br>* Judge Khaled Tawfiq Hamd |
| Letter from Al-Areen | 2 | |
| News of the President | 3-10 | Editorial Staff, Computer, and Artistic Direction<br>- Azhar Al-Mashlah<br>- Itidal Al-Far'<br>- Alaa Hassouneh |
| [Force] 17 Activities | 11-15 | |
| Al-Aqsa Intifada | 16-20 | |
| The Gaza Massacre | 21 | |
| Processions of Martyrs | 22-27 | A saying from the iconic leader Brother Abu Ammar:<br>"This people, a mighty people, possess levelheadedness, clarity of consciousness, force of will, and steadfastness to overcome difficulties and challenges to establish their rights and protect their Islamic and Christian sanctuaries." |
| The Hundred Day Project | 28-29 | |
| English Terms | 30-31 | |
| Hebrew Terms | 32-33 | |
| The Judiciary and the Law | 34-36 | |
| That we not forget | 37 | |
| Israeli Affairs | 38-39 | |
| Why America Supports Israel | 40-42 | |
| Economic Corner | 43 | |
| It Happened This Month | 44-46 | |
| Jerusalem, Flower of Cities | 47 | |
| Notable Palestinians Immortal | 48-49 | |

| | | |
|---|---|---|
| Palestinian Cities on the Map | 50-53 | |
| Literature and Culture | 54 | |
| Medical Corner | 55 | |
| Religious Corner | 56-57 | |
| This Edition's Break | 58-59 | |
| Until we meet again | 60 | |

[SHATSKY-006993] [P 1: 3027] Gilmore 00302T

Letter from Al-Areen
Busharon-ian [i.e. of Bush and Sharon] Politics

Image



(By Colonel Nasir Al-Ayedi – Abu Fayez)

After the Fatah genie was released in 1965, the Palestinian has been transformed from a fearful refugee to a persistent fighter striving towards establishing his right to return to and live in his land with freedom and dignity. This great transformation has moved the Palestinian Issue through several important historical stages, the first of which was the international recognition of the legitimacy of the Palestinian struggle despite clear and complete American hostility towards this struggle and towards our Palestinian people. This hostility has a long history and is not just a product of the present moment: the United States is of the opinion that its national interest in the region lies in ensuring Israel's continued existence and safety. This American hostility has also been spurred on by successive Israeli governments, most recently by Sharon's government in its racist hostility towards the Palestinian people.

This became clear in the last speech by the head of the U.S. administration which supported Sharon's policy of killing, destruction, terrorizing, and brutally massacring our defenseless people, the most recent of which was the Gaza Massacre in which Israeli F-16 fighters targeted residential buildings, killing and wounding dozens, most of whom were women and infants. This was an unprecedented action, and the American speech played a clear role behind it by sanctioning this inhuman crime. This is especially the case because the speech described our people in its entirety as being corrupt for standing with its legitimate and steadfast leadership despite the destruction and blockade – the same leadership that seeks to give form to its right to establish its own independent state with its capital in the Holy City of Jerusalem.

On this point we are completely aware that the Busharon-ian speech sought to strike out at the Palestinian national project by

trying to demand that it switch from its political path by changing Palestinian leadership. However, in the entirety of the world, Bush has not found anyone who shares his inclination towards destruction. In the end, President Arafat did not come to power riding a tank or by sham elections but rather by the will of our people in democratic elections carried out under international supervision.

American policy calling to foist alternative leadership on our people is unable to impose its will on us, no matter what stage the confrontation reaches. Our Palestinian people and its historic leadership will remain steadfast no matter how long Arabs remain utterly silent on these rotten policies. Someday, even as Arab governments remain silent, not even lifting a finger against what is happening to our people and its leadership, there will surely be an Arab popular awakening which will stand with our people in its just struggle.

By their pernicious demand for reform, the American administration and Israel want to find an alternative leadership which will work to abort the Palestinian national project and impose the Busharon-ian project. This demands that we renew our national unity, strengthen our inner ranks, and stick to our national principles so that we may overcome this project of liquidation which seeks to target our people and our just issue [i.e. the Palestinian issue].

Palestinian reform is a task for Palestinians, and we know our own business better than anyone. We will do what our national interest demands of us, and our people will never be satisfied with American or Israeli dictates no matter how attractive they may appear. Their principal goal is to weaken the Palestinian people's unity and steadfastness and to pry it from its political and historic leadership.

We will stay on the path of struggle... on the path of the *Intifada* [uprising]... until an independent Palestinian state is established with its capital in the holy city of Jerusalem.

And under the iconic leader brother Abu Ammar President of the State of Palestine.


Humat Al-Areen 2


[SHATSKY-006994/SHATSKY-007721] [P 1: 3028]
Gilmore 00300T

Bogie, another terrorist
to head the Israeli Army [sic]
Chief of Staff

Israeli affairs



mage



(Preparation: Major Hassan Abu Armaneh)

 *– Moshe "Bogie" Yaalon, of Polish descent, was born in the Kibbutz Kiryat Haim in 1950. His original last name was Slomiansky [sic] but he changed his name to Yaalon for one of the battles that Jews won in ancient times according to Jewish myths.

– He is married and has three children. His nickname "Bogie" means the body of a tank or "Armored".

– He and some of his companions founded a settlement in the Jordan valley which they named Yaalon.

– <u>Moshe was a deviant and criminal child from an early age. He would catch cats and dogs and crush their heads with stones and then trample them with his feet saying: This is what we should do the Arabs... This was before he had turned ten.</u>

– Despite the fact that the residents of kibbutzim generally hold leftist views, Yaalon is tinged with right wing extremist thought, and, despite the fact that he is secular, he absolutely despises Arabs and expressed to his father his intense anger at kibbutz textbooks because they do not contain incitement against Arabs matching the level of his hatred towards Arabs and Palestinians. Yaalon was eager to repeat racist expressions like his description of Arabs as backwards, primitive, and the enemies

of civilization. This he confirmed in a lecture that he gave to high school students where he said: "When we talk about civilization, you must understand that we don't mean the Arabs. They are the enemies of civilization."

– Yaalon is considered to be one of the people calling for the liquidation of the Palestinian Authority the most. He has described the Authority's leadership as a group of corrupt criminals and said: "If we supposed that Palestinians have a right to this country, can a person give it over to a group of backwards, corrupt criminals... They don't belong to humanity."

– He was the first person to suggest the idea of getting rid of the Palestinian President Brother Abu Ammar and to liquidate him physically. It is said that this idea would have been carried out, but Foreign Minister Peres revealed it and expressed his opposition to it, which lead to the intervention of Americans and Europeans. The former Chief of Staff Mofaz articulated that when he whispered to Sharon: He needs to be liquidated... By which he meant Abu Ammar. However, Yaalon was more restrained and secretive about the idea, though he did share it with Mofaz; he doesn't tend to make big media announcements.

– Yaalon joined the army in 1968 and served three years of military service after which he left the army at the rank of sergeant.

He then worked in agriculture and drove tractors for two years.

With the outbreak of the October War [Yom Kippur War] he returned to the army and fought on the Sinai front. When the war ended, he decided to officially rejoin the Israeli Army.

– He later enrolled in an officer [training] course. After graduating, he advanced in the army and was appointed the commander of a paratrooper unit. He was then made the commander of the special [forces] unit Sayeret Matkal i.e. the General Staff Reconnaissance Unit. He then took over leadership of the officer corps.

After the Lebanon War he assumed the position of paratrooper commander.

– He was wounded in southern Lebanon during a battle with the Lebanese resistance.

– In 1986, he went to Great Britain to take supplementary courses.

[SHATSKY-006995/SHATSKY-007722] [P 1: 3029]
Gilmore 00308T

– In 1987, Shachak appointed him head of Military Intelligence, and after finishing his work in this position, he transferred to the Armored Corps.

<u>– In 1988, he participated in the operation to assassinate Brother Khalil Al-Wazir (Abu Jihad) in Tunis.</u>

– He finished his university studies and attained a B.A. in political science, indicating that he has a certain political understanding and defined political thoughts.

– After that, he was appointed commander of the Israeli Army in the West Bank.

He had the largest role in using special forces that specialized in crimes of assassination and liquidation at home and abroad.

Criteria for being appointed Chief of Staff:

The list that was given to Ben Eleazar contained four Israeli Army commanders. Along with Yaalon on the list there was Dan Halutz, Commander of Intelligence Affairs at the Ministry of Defense, and General Uzi Dayan, Head of the National Security Council. Because Ben Eleazar did not want a new Chief of Staff to circumvent him and work directly with the Prime Minister as Mofaz did, he decided on Yaalon because he was required by rules of military discipline to work directly with the Minister of Defense, especially since the Chief of Staff during the war became the second-in-command in Israel after the Prime Minister.

Yaalon's military philosophy:

The new Chief of Staff is considered to be one of the people responsible for the "National Interest" theory of defending settlements. He considers the Palestinian Authority to be a "terrorist entity".

His theory of politics and security can be summarized in the idea of the "Defensive Shield", and he spoke about the idea to the newspaper *Yediot Aharonot*: "There must be a wall before the Palestinians, completely sealed from all sides which no one can infiltrate." When he explains the goal of this wall and the factors that threaten its integrity, it becomes clear that the next Chief of Staff is building this wall of stone for the ideological right wing. The principal goal of the defensive wall he wants to build is to make it abundantly clear to Palestinians that "they will never achieve anything by violence." However, this statement means that Israel alone possesses the right of legitimate use of force.

In 2002, [sic] he was appointed Deputy Chief of Staff and was then appointed Chief of Staff.

Given this moment and the conditions which are facing Israel and the region, perhaps the most important reasons which led Yaalon to be chosen for this position are that:

First – The region is in a state of war, killing, and abundant bloodshed, and this is what Yaalon excels in. He is famous for killing and bloodiness and has a long history of assassinations and liquidations. His companions nicknamed him the "targeted killing machine".

Image



موشيه يعلون رئيس هيئة الأركان الإسرائيلية الجديد

Moshe Yaalon, the new Israeli Chief of Staff

Second – This moment is in dire need of "secret dishes" in which Yaalon is outstanding. He is famous for secrecy and was head of Military Intelligence, qualifying him for a number of tasks in this area.

Third – Yaalon's right wing views made him the strongest candidate, given that Sharon's government is the most extremist in the history of Israel. It is well known that Yaalon is beloved by settlers and so he is best able to understand them currently and in the future – a future which may see destabilization of the settlers' situation on the ground. He would not hesitate to kill 1,000 Palestinians to save one Jew.

From Moshe Yaalon's blood- and killing-studded history, killing, kidnapping, and assassination are his modus operandi. He has even stated clearly that he has had a prominent role in a number of bloody operations in Lebanon, Tunis, and elsewhere, and that there are a number of criminal operations that he carried out, and which he has not disclosed due to their

filthiness and vileness, and also because Israel fears that he may be personally targeted by Palestinian groups.

The last question – Given the American attack on the legitimacy of the Palestinian leadership, Sharon's extremely urgent demand to undermine and split up the Palestinian Authority and its dependent entities, and Sharon's tireless efforts to get rid of the Palestinian President Abu Ammar... Did Sharon choose Moshe Yaalon to take this position... especially given that Yaalon is excited about these ideas more than Sharon and Bush...

Or in other words, will the coming stage see an Israeli plot and plan for an operation to do away with the Palestinian Authority and its President Brother Abu Ammar?! This will be revealed in the coming days... And tomorrow is near for those who await it!

Humat Al-Areen 39

[SHATSKY-006996] [P 1: 3030]
Gilmore 00305T





Literature and Culture

By: Editorial Staff
To the Youth of the Blessed
Intifada
Chairman of the Palestinian
National Council
Salim Zanoun (Abu Al-Adib)
And kiss where his
perfumed bones rest
Tell God's Prophet "Oh great
prophet,

Ahmed Shawqi, the prince of
poets, said:

If, after the Kaaba, you visit
Muhammad's grave

I say unto you, you do not know the woes of
Your peoples in the country east and west
Who are like cave dwellers in a deep coma
But in their hands are lights: *Dhikr* [remembrance of God] and *sunnah* [Muslim way of life]
And so shadows are of no matter to them

And I say to Shawqi, rest in peace: From the inspiration of the '*umra* [minor pilgrimage] and visit to the honorable prophet's grave, prayers and blessing be upon him:

From God's Arafat [a mountain near Mecca and pilgrimage destination], oh greatest poet,
I shall recount to you the woes that have occurred
Palestine has been lost and the Prophet Muhammad
Watches the foul outrages from above in his night journey
Yea, watches Khaybar [TN: the site of a battle between Muslims and Jews in 629] now turned a defeat
To renew the pact of darkness and gloom
His mosque, Al-Aqsa, is wounded and the hoards
Of whores rush at it victorious
He calls to protect Islam and yet all are heedless
The caller's voice is lost in the wilderness
Arabs cry for help
And yet he sees but promises of words
Were it not for the young men around him

Protecting religion and prayer
He would have been desecrated by the criminals' snare and hatred
And our pure deepest principles would have been destroyed
Oh youth of Al-Aqsa, peace be upon you
From the Kaaba I pray for you and your perseverance
Greetings from God's Grand Mosque [i.e. in Mecca]
The first blessing is upon us
Your wounds exude their fragrance
Walking on [Mount] Arafat
Your dead remain alive despite their absence
And at the God of the Throne in Heaven
Your stones were resounding bullets
That struck the tyrants' foreheads
Stones like baked clay you threw, and you,
Thanks to the God of the Throne, were the best throwers
You faced mighty "Israel"
With your bodies, seeking the most admirable of deaths
And paralyzed the crawl of iron with young men
With their bodies they did repel, accompanied by young women
The noble women of my people pushed forward like the men
And found triumph in the spring of life
This is a triumph of life in our land

And an omen of a good harvest
You pushed with your faith with an intrepid resolve
When all appeared dark
With young men irrigating the land with their blood
And old men walking steadfast and resolute
The sword in the tyrant's hand was deflected and the tyrants shook
Our children have stormed the mighty canal
You fought a holy war [*jihad*] for God
He granted you resolve
Angels of mercy float above you
Granting you good fortune and blessings
Oh my country, patience! Your youth are on the verge of
Death but rejoice in what is coming
To face enemies with one heart,
An alert mind, and bright steps
Oh Lord, we bear the insult patiently

And the anguish, the scourge, the crises
We raised our hands so accept our plea
For You are omnipotent and great in mercy
The time has come that the Holy City of Jerusalem be liberated
Let its homes and squares shine
Let Al-Aqsa regain its glory and splendor
Its safety and brightness with each prayer
"Glorified be He Who carried" the one entrusted back
Behold, the resolute remains strong
Whoever makes sudden death [his] way
Shall see victory upon the banners
Whosoever was withering death to his enemy
[shall have a] flowering
"victory near at hand"

Humat Al-Areen 54

[SHATSKY-006997/SHATSKY-007724] [P 1: 3031]
Gilmore 00309T

Image



ويولد فينا ألف فارس ....وفارس

(Let a thousand and one knights be born among us)

[SHATSKY-006998] [P 1: 3032] Gilmore 00307T

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

               Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF TIMOTHY FRIESE

    Timothy Friese hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3026-3032.

2.    I am a professional translator with a Bachelor of Arts in Linguistics from the University of Chicago and a Masters of Arts in Teaching Arabic as a Foreign Language form the University of Michigan. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 3026-3032.

Dated: March _4_, 2014

                                      TIMOTHY FRIESE





# أسسها الشهيد العميد /فخري أبو الفواخر

## مجلة حماة العرين

وثائقية – سياسية – ثقافية

تصدر عن مؤسسة العرين للدراسات والأبحاث والفنون

العدد ٩٣ –يوليو –٢٠٠٢م

غزة الميناء –شارع عمر المختار

تلفاكس ٢٨٢٥٠٠٩



قوات الـ١٧ — أمن الرئاسة

## المشرف العام

العقيد /ناصر المايدي /أبو فايز

مدير عام التفويض السياسي

قوات أمن الرئاسة الـ١٧

## الهيئة الاستشارية

*– القاضي/ خالد توفيق حمد.

## أسرة التحرير والكمبيوتر والإخراج الفني

*– أزهار المظلم
*– اعتدال الغزم
*– علاء حسونة

## من أقوال القائد الرمز الثائر أبو عمار

إن هذا الشعب " شعب الجبارين " بطلاش في سداد الزيا ، وسنقذ الوي ولن الإرادة والصبرة ما يؤهله لتجاوز الصعاب والتحديات لتبيت حلوة وخية مقدساتنا المسيحية والإسلامية

| الموضوع | رقم الصفحة |
|---|---|
| رسالة العرين | ٢ |
| أخبار الرئيس | ٣-١٠ |
| فعاليات الـ١٧ | ١١-١٥ |
| الانتفاضة الأقصى | ١٦-٢٠ |
| مجزرة غزة | ٢١ |
| موكب الشهداء | ٢٢-٢٧ |
| مشروع خطة المائة يوم | ٢٨-٢٩ |
| اصطلاحات إنجليزية | ٣٠-٣١ |
| اصطلاحات عربية | ٣٢-٣٣ |
| القضاء والقانون | ٣٤-٣٦ |
| كي لا ننسى | ٣٧ |
| شئون إسرائيلية | ٣٨-٣٩ |
| لماذا تدعم أمريكا إسرائيل | ٤٠-٤٢ |
| الزاوية الاقتصادية | ٤٣ |
| حدث في مثل هذا الشهر | ٤٤-٤٦ |
| القدس زهرة المدائن | ٤٧ |
| أعلام فلسطينية خالدة | ٤٨-٤٩ |
| مدن فلسطينية على الخارطة | ٥٠-٥٣ |
| الأدب والثقافة | ٥٤ |
| الزاوية الطبية | ٥٥ |
| الزاوية الدينية | ٥٦-٥٧ |
| استراحة العدد | ٥٨-٥٩ |
| حتى نلتقي | ٦٠ |

P 1: 3027

# دحماة العرين

## السياسة البوشارونية



بقلم / العقيد ناصر العايدي- أبوالنز

منذ انطلاق المارد الفتحاوي في العام 1965 ، لتحول الإنسان الفلسطيني من لاجئ مشرد إلى مقاتل عنيد سعياً نحو إقرار حقه في العودة والعيش بحرية وكرامة على أرضه ، وهذا التحول الكبير جعل القضية الفلسطينية تمر بعدة مفاصل تاريخية هامة كان على رأسها الاعتراف الدولي بمشروعية النضال الفلسطيني رغم العداء الأمريكي الكامل والواضح لهذا النضال ، ولقيادته ولشعبنا الفلسطيني والذي لم يكن وليد اللحظة بل منذ قدم التاريخ ، ذلك أن الولايات المتحدة الأمريكية ترى في دعم إسرائيل وضمان أمنها مصلحة قومية أمريكية في المنطقة وهو ما حداها دوماً لتقديم الدعم للحكومات الإسرائيلية المتعاقبة وآخرها حكومة شارون في عدوانها العنصري ضد الشعب الفلسطيني.

وهو ما اتضح جلياً في الخطاب الأمريكي الأخير لرأس الإدارة الأمريكية الذي جاء داعماً لسياسة شارون ودون أي في القتل والدمار والإرهاب ، واقتراف المجازر البشعة بحق أبناء شعبنا الأعزل والتي كان آخرها مجزرة غزة حيث استهدفت المقاتلات الحربية الإسرائيلية من طراز "اف16" مباني سكنية في المدينة وأسقطت العشرات من الشهداء والجرحى معظمهم من الأطفال الرضع والنساء ، وذلك في خطوة غير مسبوقة كان للخطاب الأمريكي دوراً واضحاً في ارتكاب ومباركة هذه الجريمة اللاإنسانية ، خاصة أن الخطاب وصف شعبنا بأكمله بأنه شعب فاسد انطلاقاً من كونه شعباً يتمسك بقيادته الشرعية الصامدة رغم الدمار والحصار ، هذه القيادة الساعية لتجسيد حقه في إقامة دولته المستقلة وعاصمتها القدس الشريف.

ومن هنا نمي قناعاً بأن **الخطاب البوشاروني** استهدف ضرب المشروع الوطني الفلسطيني محاولاً تغيير النهج السياسي بتغيير القيادة الفلسطينية ، حيث لم يجد بوش في العالم أجمع من يوافقه على الفكرة المتدمرية لأن الرئيس عرفات زعيم أبات إلى السلطة عبر ظهر دبابة أو بانتخابات صورية ، بل أتى من خلال إرادة شعبنا في انتخابات بمقراطية قت بإشراف دولي .

إن السياسة الأمريكية الداعية إلى فرض قيادة بديلة على شعبنا ليست بقادرة على فرض إرادتها علينا مهما بلغت تحديات المرحلة وسبق شعبنا الفلسطيني وقيادته التاريخية صامدين مهما استمر الصمت العربي المطبق على هذه السياسات المتعسفة ، ولا بد يوماً من صحوة شعبية عربية تقف إلى جانب شعبنا في نضاله العادل ما دامت الحكومات العربية صامتة لا تتحرك ساكناً تجاه ما يجري ضد شعبنا وقيادتنا .

إن الإدارة الأمريكية وإسرائيل يريدان من خلال مطالبتهما الحثيثة بالإصلاح إيجاد قيادة بديلة تعمل على إسقاط المشروع الوطني الفلسطيني وفرض **المشروع البوشاروني** ، وهذا يستدعي منا تعزيز الوحدة الوطنية وتقوية الصف الداخلي والتمسك بالثوابت الوطنية لنتمكن من إسقاط هكذا مشروع تصفوي يستهدف شعبنا وقضيتنا العادلة .

فالإصلاح الفلسطيني هو واجب فلسطيني وأهل مكة أدرى بشعابها ، وما نفرضه علينا المصلحة الوطنية سنقوم به ، وشعبنا لن يرضى يوماً بأي إملاءات أمريكية إسرائيلية مهما كانت لامعة وبراقة لأن هدفها الأساسي هو النيل من وحدة وصمود الشعب الفلسطيني وتمسكه بقيادته السياسية والتاريخية .

وسنبقى في درب النضال ... في درب الانتفاضة ... حتى قيام الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف.

**وتبقى ظل القائد الرمز الأخ أبو عمار وعلى رئيس دولة فلسطين .**

حماة العرين ٢



# شؤون إسرائيلية

## بوغي

## إرهابي جديد يترأس
## هيئة أركان الجيش الإسرائيلي



إعداد الرائد/ حسن أبو عرمانة

* موشي يعلون " بوغي " بولندي الأصل ولـــد عام 1950 في كيبوتس " كريات حــاييم " اسم عائلته الأصلي " سلوميانسكي " ولكنه غير اسم عائلته الى يعلون نسبة الى احدى المعارك التـــي انتصر فيها اليهود في غـــابر الأزمــان حسب الأساطير اليهودية .

– متزوج وله ثلاثة أولاد ، ولقبه " بوغي " يعني جسم الدبابة أو " المدفع " .

– قام هو وبعض رفاقه بتأسيس مستوطنة فـــي غور الأردن وقد سموها أيضاً " يعلون " .

– كان موشي طفلاً شاذاً ومجرماً منذ نعومة أظافره ، حيث كان يقبض على القطط والكلاب ويقوم بتحطيم رؤوسها بالحجارة ثم يدوسها بقدميه ويقول : هكذا يجب أن نفعل بالعرب .. كل هذا قبل أن يصل للعاشرة من عمره .

– ومع أن سكان الكيبوتسات عموماً يحملون أفكاراً يسارية إلا أن يعلون مخضب بالفكر اليميني المتطرف مع أنه علماني ، وهو شديد الحقد على العرب وكان قد عبر لوالده أكثر من مرة عن ضيقه الشديد من مناهج التعليـــم فـــي مـــدارس الحركــة الكيبوتسية لأنها لا تشتمل على مواد تحريضية ضد العرب بما يتلاءم مع مســـتوى الكراهية التي يكنها لهم ، وقد حرص يعلون على ترديــد عبـــارات عنصرية مثل وصفه للعرب بأنهم متخلفون وبدائيون وأعداء للحضارة ، وقد أكد ذلك في محاضرة ألقاها أمام طلاب إحدى المدارس الثانوية حيث قال : عندما نتحـــدث عن الحضارة فطيكم أن تفهموا أننا لا نقصد العرب فهؤلاء أعداء الحضارة .

– ويعتبر " يعلون " من أكبر المنادين بتصفية السلطة الفلسطينية ، وقد وصف قيادة السلطة بأنها مجموعة من المجرمين الفاسدين ، وقـــد قـــال : لـــو افترضنـــا ان للفلسطينيين حقاً في هذه البلاد فهل يمكن للإنسان أن يتنازل لمجموعة من المجرمين المتخلفين الفاسدين .. انهم لا ينتمون للإنسانية .. على حد قوله .

– وهو أول من طرح فكرة التخلص من الرئيـــس الفلسطيني الأخ أبوعمـــار وتصفيته جسدياً ، ويقال أن هذه الفكرة كانت ستخرج الى حيز التنفيذ لـــولا أن وزير الخارجية بيرس كشفها علناً وعارضها مما أدى الى تدخـــل الأمريكيـــن والأوروبيين وقد تلفظ رئيس هيئة الأركان السابق " موفاز " بذلك هامساً الى حماة العرين ٣٨

شارون : يجب تصفيته .. ويقصد بذلك أبو عمار ولكن يعلـــون وإن كان يتحد مع موفاز بـــالفكرة إلا أن يعلون أكثر انضباطـــاً وسريــة ولا يميل الى تفجير بالونات إعلامية كبيرة .

– التحق يعلون بالجيش عـــام 1968 وقد أدى ثلاث سنوات خدمة عسكرية ثم ترك الجيش برتبة رقيب .

بعد ذلك عمل بالزراعة وقد كان سائق جرار زراعي لمدة عامين .

مع اندلاع حرب أكتوبر عاد للجيـــش وقد حارب على جبهة سيناء ، وحين انتهت الحرب قرر الانضمام رسمـــاً الى الجيش الإسرائيلي .

– التحق بعد ذلك بدورة ضباط وبعد تخرجه تقدم في الجيش وقد تم تعيينه قائداً لوحدة المظليين ، ثم عين قـــائد للوحدة الخاصة " شبيرزت متكــال " ثم دورية هيئة الأركان العامة ، ثم تولى قيادة فرقة التدريبات للضباط .

– بعد حرب لبنان شغل منصب قـــائد سلاح المظليين .

– أصيب في جنوب لبنـــان أثنـــا مطاردة عسكرية خلال معركة مـــع المقاومة اللبنانية .

– في العام 1986 توجه الى بريطانيا لتلقي دورات استكمالية .

- في عام 1987 عينه " شاحاك " رئيساً لجهاز الاستخبارات العسكرية ريما ان أقوى عمله في هذا المنصب نقل الى وحدة المدرعات .

- في عام 1988 شارك في عملية اغتيال أبو القائد خليل الوزير ( ابو جهاد ) في تونس .

- نال دراسته الجامعية وحصل على الليسانس في العلوم السياسية ، وهذا ما يدل على أنه فهم سياسي معين رأي سياسية محددة .

- بعد ذلك عين قائداً للقوات الجيش الإسرائيلي في الضفة الغربية .

- كان له الدور الأكبر في تفعيل الوحدات الخاصة والتي تخصصت في جرائم الاغتيال والتصفيات في الداخل والخارج .



موشيه يعلون رئيس هيئة الأركان الإسرائيلية الجديد

**ثانياً :ـ المرحلة بحاجة ماسـة** الى الطبقات السرية وهذا ممـا يمتاز به يعلون فـيو مشـهور بالسرية وقـد كـان رئيسـاً للاستخبارات العسكرية ممـا يخوله للقيام بالعديد من المـهام على هذا الصعيد .

**ثالثاً :ـ أفكار يعلون المبنية حمله** المرشح الأقوى في ظـل حكومـة شارون الأكثر تطرفاً فـي تـاريخ اسرائيل ، ومن المعروف أن يعلون يحب جداً للمستوطنين ولهذا فـيو الأقدر على التفاهم معهم في هذه المرحلة والمرحلة المقبلة التي قـد تشـهد زعزعـة فـي وضـع المستوطنين على الأرض لا تـتردد بقتل 1000 فلسطيني مقابل القـتل يهودي واحد.

من تاريخ موشي يعلون الحافل بالقتل والدم أصبح القتل والاختطاف والاغتيال منهجا وقد صرح ذات مرة بأن له الدور البارز في العديد من العمليات الدموية في لبنان وتونس وغيرها وهناك العديد مـن العمليات الإجرامية التي قام بها والتي لم يكشف عنها نظـراً لقذارتـها وخسـتها وكذلك لخشية إسرائيل مـن ان يصبـح مستهدفاً بشكل شخصي من قبـل الفصـائل الفلسطينية .

السؤال الأخير :ـ فـي ظـل الـهجوم الأمريكي على شرعية القيـادة الفلسطينية ومطلب شارون الأكثر إلحاحا الداعـي الـى تقويض وتفكيك السلطة الفلسطينية وأجهزتها وكذلك محاولاته المستميتة للتخلـص مـن الرئيس الفلسطيني أبوعمـار .. هـل قـام شارون بانتخاب موشي يعلون للقيـام بـهذه المهمة .. خصوصاً وان يعلـون متحمـس لهذه الأفكار أكثر من شارون ويسوق .. وبصيغة أخرى هـل ستقدم المرحلة القادمة مؤامرة إسرائيلية وخطة عمليـة للقضاء على السلطة الفلسطينية ورئيسها الأخ أبوعمار ؟!.. هذا ما ستكشـفه الأيام القادمة .. وان غداً لناظره قريب ..!.

حماة العرين 39

**بين تحديين ورئيس الأركان:ـ**
ضمت القائمة التي كانت معروضة أمام بن أليعازر أربعة من قادة الجيش الإسرائيلي ، فـيأتي دان يعلون كان في القائمة دان حالوتسي قائد الشؤون الاستخباراتية في وزارة الدفـاع ، والجنرال عوزي دايان رئيس مجلس الأمن القومي ، ولأن بن أليعازر لا يريد لرئيس الأركان الجديد أن يتخطاه ويعمل مباشرة مع رئيس الوزراء ، كما يفعل موفاز ، جاء اختياره ليعلون كونه ملتزماً بقواعد الانضباط العسكري في التعامل مباشرة مع وزير الدفاع ، خصوصـاً أن رئيس الأركان أثناء الحرب يصبح الرجل الثاني في اسرائيل بعد رئيس الوزراء .

**نظرية يعلون العسكرية :ـ**
يعتبر رئيس الأركان الجديد أحد المسؤولين عن نظرية " المصالح الأمنيـة " للدفـاع عـن استيطانات ، ويعتبر السلطة الفلسطينية " كياناً إرهابيا " .

يلخص نظريته السياسية ، الأمنية في فكرة " السور الواقي " ، وفي ذلك يقول لصحيفة " يديعوت أحرنوت " : يجب إقامة سور أمام الفلسطينيين ، محكم الإغلاق من الجهات كافـة ، لا يمكن التسلل عبره " ، وعندما يشرح الهدف من هذا السور والعوامل التي تهدد مناعته ، يوضح أن رئيس هيئة الأركان المقبل يبني هذا السـور مـن الحجـارة الأساسـية لليمـين اليليكوي ، فالهدف الأساسي للسور الواقي الذي يريد بناءه أن يوضح فـي شـكل قـاطع للفلسطينيين " انهم لن يحققوا أي انجاز بالعنف " ، ولكن المصطلح يعني أن إسرائيل تملـك وحدها حق الاستخدام الشرعي لقوة الذراع .

في عام 2002 عين نائباً لرئيس هيئة الأركان ثم عين بعد ذلك رئيساً لهيئة الأركان ، لعل أهم الأسباب التي أدت الى اختيار يعلون لهذا المنصب في هذه المرحلة وفـي هـذه الظروف التي تمر بها اسرائيل والمنطقة هو :ـ

أولاً :ـ أن المنطقة في حالة حرب وقتل ودم غزير وهذا ما تميز به يعلون أكثر من غـيره من ضباط بالقتل والدموية وله تاريخ طويل في الاغتيالات والتصفيات وقد لقبوه زملاؤه في الجيش " آلة قتل موجهة " .



إعداد
أسرة التحرير

## الى شباب الانتفاضة المباركة

رئيس المجلس الوطني الفلسطيني
سليم الزعنون ( أبو الأديب )

قال أمير الشعراء أحمد شوقي :-

إذا زرت بعد البيت قبر محمد
وقبلت مثوى الأعظم العطرات
فقل لرسول الله يا خير مرسل
أبثك ما تدري من الحسرات
شعوبك في شرق البلاد وغربها
كأصحاب كهف في عميق سبات
بأيمانهم نوران : ذكر وسنة
فما بالهم في حالك الظلمات

ومن عرفات الله يا خير شاعر
أبثك ما جئت من الويلات
فلسطين ضاعت والني محمد
يرى فوق مسراه فساد بغاة
يرى خيبراً قد عاد بعد هزيمة
يجدد عهد الظلم والظلمات
ومسجد الأقصى جريح تداهمت
اليه حشود البغي منتصرات
ينادي حمى الإسلام والكل غافل
وصوت المنادي ضاع في الفلوات
ويستصرخ العرب المهانين نجدة
فلم ير الا الوعد بالكلمات
وانلا شباب حوله يصدرهم
يذودون عن دين وعن صلوات
لنلمسه شرك الجنازة وحطهم
وهدم ركناً طاهر الجبهات
فيا فتية الأقصى سلام عليكم
من البيت ندعوكم لكل ثبات
ومن مسجد الله الحرام تحية
لفيئتنا الأولى مع البركات
جراحكم فاضت روائح عطرها
تسير مع الركبان في عرفات
وآلامكم أحياء رغم غيابهم
وعد إله العرش في الجنات
حجارتكم كانت رصاصاً مدوياً
رميتم قاذفيكم جباه طغاة

**حماة العرين ٥٤**

حجارة سجيل رميتم وكنتم
بفضل إله العرش خير رُماة
وواجهتم " اسرائيل " وهي منية
بأجسادكم تهفون خير سمات
وعلتموا زحف الحديد بفتية
بأجسادهم صدوا مع المزنات
حرائر شعبي كافرحلك تداقت
وتقضى إنتصار في رفع...
وهذا انتصار للحياة بأرضنا
ويشرى بطيب الزرع و...
شددتم بإيمان عزيمة قائد
وقد كان يبدو عابس المحيا
شباباً يرومون الثرى بدمائهم
وشيباً مشوا في عزماء وقد
نبا السيف في أيدي الطغاة وزلزلوا
وأطفالنا هزوا عزيزنا
وجاهدتموا في الله حق جهاد
فأتلى البكم ثابت العزمات
ملائك رحمن تطوف فوقكم
وتصحبكم باليمن والبركات
فيا وطني صبراً شبابك مقبل
على الموت فاستبشر بما ورد
يواجه أعداء بقلب موحد
وعقل بصير نور الخبرات
ويا رب إنا صابرون على الأذى
على الكرب والبلوى على الأزمات
رفعنا أكف الضعر فاقبل رجاءنا
فأنت قدير واسع الرحمات
فقد آن للقدس الشريف تحرر
يطهر ديار القدس ولمنها
يعود في الأقصى بهاء وروعة
وأنما ولدرلها بكل صلا
وسبحان من أسرى كفول بعودة
إذا صح منا صادق العزمات
ومن جعل الموت الزؤام بطريقة
ير النصر معقوداً على ...
ومن كان " حقاً " ، منطقاً نحدوه
" فلتح قريب " مزهر قبيل





