

Gilmore 00143 T
SHATSKY-007663
P 1: 985

*[Translation of Magazine Cover Page:]*

*[Seal of the Palestinian National Authority]*

# Al Shurta *[The Police]*

Volume 34  -  July 2000

*[photographic image of Yasser 'Arafat and a uniformed officer standing at attention and saluting, with non-uniformed individuals standing behind them]*

**Gilmore 00143 T**
**SHATSKY-007663**
**P 1: 985**

Gilmore 00144 T
SHATSKY-007664
P 1: 986

*[Table of Contents Page: Includes names/titles of editorial staff, list of articles by page number, and the following magazine masthead, which appears within a block at the bottom of the page]*

**Al Shurta Magazine**
**Monthly Magazine Devoted to the Law-Enforcement and Legal Sciences**
**Published by the Palestinian Police Command**

**Address: General Com**  Volume 34 - July 2000  **Telephone:**
**2866600-2863400 Extension-428**

**[Al Shurta, Vol. 34, pp. 22-24]**

**Translator's Notes:**

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

A fully legible copy of the final page of the article translated here could not be obtained, and words positioned on the far left side of that page's left column were often truncated on the best copy available. Truncated words that could not be identified with certainty, from context, were signaled by bracketed references.

Gilmore 00145 T
SHATSKY – 007665
P 1: 987

## Jerusalem . . . It Shall Remain Etched in the Psyche of the Palestinian People

By Brigadier General Mazen 'Izz ad Din, Commissioner General of National Guidance

[photograph of author]

"T[_____] who would give up Jerusalem has not yet been born." With these strong and courageous words, Brother President General Commander Abu 'Ammar has addressed American and Israeli Presidents, in order to affirm that enduring Palestinian principles are a red line, and in order to embody the strength of the Palestinian position that is built upon rights and justice, and supported by international legal resolutions, foremost among them [U.N.] Resolutions 232 [and] 194.

The enduring and faithful position that President Abu 'Ammar embodied during the Camp David negotiations affirms that there is no room for doubt but that the conflict shall not be ended, and shall remain wide open, by all means and methods, until the minimum aspirations of our patient people, who are anchored to the eternal soil of Palestine, are realized. Foremost among these [aspirations] are establishment of an independent

state, with noble Jerusalem as its capital, on all the lands that were occupied in 1967; the return of all refugees; and the cessation of the illegal settlements.

Gilmore 00145 T
SHATSKY - 007665
P 1: 987
(continued)

Efforts to decide the fate of Jerusalem in closed rooms cannot detract from the determination and will of our people, for agreements that ratify the legality of the occupation of the city of Jerusalem are baseless agreements destined not to succeed, because they would lead to the Judaization of the holy city, and [to] the obliteration of its Arab and Islamic identity. Accordingly, President Abu 'Ammar's retort - - since he has faith in the life, existence, and destiny of the Palestinian people and their holy places - - has been categorical, and unsusceptible to distortion or interpretation with respect to Jerusalem's [status] as the everlasting capital of the State of Palestine.

## Al Aqsa Mosque:

Al Aqsa Mosque has, over the past four decades, been subjected to numerous continuous desecrations by the Israeli occupier - - racist desecrations that have not galvanized the feelings and sensibilities of the Arab and Islamist communities, who have left the Palestinian people alone to defend the Islamic holy places in Palestine, foremost among them Al Aqsa Mosque. It is as though these holy places were the property of the Palestinian people, alone, and not the possession of the more than one billion Muslims spread over the surface of the earth's globe, all of whom have stood by and watched the greatest tragedy to which the Holy of Holies [Jerusalem] has been subjected, despite knowing that they [Muslims worldwide] are the parties primarily affected.

Here we [must] refer, of course, to the Jewish billionaire who lives in America, Moskowitz, who has provided successive Israeli governments with hundreds of millions of dollars to solidify the settlement [process] in the city of Jerusalem.

The reclamation of Arab, Islamic, and Palestinian sovereignty over Jerusalem is a difficult and cumbersome task that requires the coalescing of all righteous and honorable people of the world, especially in light of these tragic and vile circumstances that the Arab and Islamic communities suffer, under the effect of the clear American bias, [shared] with the Israeli entity, for the Arab homeland remaining

**Al Shurta Magazine - July 2000 - Volume 34 - Page 22**

Gilmore 00146 T
SHATSKY - 007666
P 1: 988

partitioned into 21 districts, with each state subsisting to solve its district-level problems at the expense of crucial and essential national issues.
Despite these circumstances, the Palestinian people have refused to capitulate or relent, and they have resisted - - by word, [public] demonstration, and intifada - - [and by] offering up tens of thousands of martyrs - - every form of Israeli arrogance and desecration, and settlement expansion, affirming that they shall not

**Appeal to the Arab and Islamic Communities:**

[In the Qur'an,] God stated, "Glory to the one who enabled his servant to travel by night from the Sacred Mosque [in Mecca] to the Farthest Mosque *[deemed in extra-Qur'anic traditions to be the site of Al Aqsa Mosque at the Temple Mount in Jerusalem]*." Al Aqsa Mosque is the first of the two Qiblas *[directions towards which Muslims pray]*, third to the two noble Holy Places, the point of departure for the night journey to the seven heavens by the Prophet Muhammad, God bless him and grant him salvation, and the cradle of the Lord Christ. This holy geographic spot has become subjected to constant and continuous desecrations by some Israeli extremist groups, foremost among them The Temple Mount Faithful group and members of the demonic "Kach Racism" movement, who do not hesitate to declare, unequivocally, their intention of demolishing the blessed Al Aqsa Mosque, and constructing the so-called Temple in its place, with the support of the world Zionist movement and its racist allies. For this purpose, they have convened numerous conferences for implementation of their racist plans (including the invitation [issued by] the seventh conference of the Zionist movement, convened in the month of Aylul, in 1988, for sketch[es] and drawing[s] for the construction of the Third Temple), which [plans] call for the Jews of the world to come to Jerusalem in order to establish the Temple in place of the blessed Al Aqsa Mosque. We now point, without any doubt, to

some of the desecrations that Israeli authorities are pursuing inside Al Aqsa Mosque, which may be summarized through the following cases:
*Providing protection for Jewish extremists as they roam about the Noble Sanctuary [Temple Mount], despite the trespasses that they are committing

Gilmore 00146 T
SHATSKY - 007666
P 1: 988
(continued)

*The bearing of weapons inside the spaces of the blessed Al Aqsa Mosque, at times, by extremists
* Some Jewish extremists' utterance[s] of immoral expressions about the workers in the blessed Al Aqsa Mosque; and affront[s] to their [the workers'] dignity while they [the workers] are performing their duties to preserve Al Aqsa Mosque
* Sitting in front of the main doors of the Mosque in order to irritate and provoke the feelings of Muslims
* Distributing publications which call for throwing Arabs out of Al Aqsa Mosque in order to build the so-called Temple in its place
* The apprehension of alcoholic beverages on the persons of Jews in the spaces of the blessed Al Aqsa Mosque
* Continual confiscation, by the Israeli police, of the personal I.D.s of young Muslim men when they enter Al Aqsa Mosque, especially on Fridays, immediately upon the end of prayer[s]
*The entry of extremist Jews into the spaces of the blessed Al Aqsa Mosque during periods that coincide with their religious holidays is increasing.

From this point of departure, I direct an appeal to the Arab and Islamic communities to crystallize a nationalist plan, in which all Arab nations shall participate, for support of the Palestinian people in the city of Jerusalem, and [for] support of our economic, social, and health institutions, so that they [Palestinians] may be able to endure and resist all the forms of persecution and subjugation to which they are being subjected continuously and incessantly.

**Emptying the City of Its Inhabitants**

The leadership of the Zionist movement has realized the far-reaching religious and historical importance of Jerusalem with respect to the Jewish

faith, and it has seen that Jerusalem will be essential to guaranteeing the legitimacy of the Israeli state for the future. For this reason, the Zionist leadership has realized that control over Jerusalem shall be tantamount to laying the foundation of the Israeli state upon all of Arab Palestine.
Accordingly, successive Israeli governments have pursued a policy of racist, intensive settlement, with the goal of Judaizing the

Gilmore 00146 T
SHATSKY - 007666
P 1: 988
(continued)

city of Jerusalem. In order to achieve this, the governments have pursued a policy of racist, intensive settlement, with the goal of Judaizing the city of Jerusalem. In order to achieve this, the

Gilmore 00147 T
SHATSKY - 007667
P 1: 989

Israeli Interior Ministry has adopted a collection of measures aimed at emptying the city of its inhabitants. Some of the most important of these measures are:
* Revocation of the nationality of a great number of sons of our Palestinian people by the Israeli Interior Ministry on the basis of three standards, which are:
1 – Whether the permanent resident has lived outside of the country for a period of seven years
2 - Whether he has sought to acquire permanent residency in another country
3 - Whether he has sought to acquire citizenship from another country
   In light of this racist measure, Palestinian Jerusalemites are being treated as foreigners on their [own] lands, even though they have lived there over a stretch of successive generations in the past and present, and shall continue to live there forever, and to resist occupation.
* A tactic of intensive campaigns to shut down political, economic, and social institutions in Jerusalem, foremost among these the Orient House, which is considered a political headquarters through which Palestinian leaderships have played an important and positive role, by receiving diplomatic personalities, [there], from all regions of the world
* Imposing oppressive taxes on merchant shops in Jerusalem, particularly the Arnona Tax, which is unjustly imposed on merchants whether or not the seller has income that corresponds to the tax
* Establishing military roadblocks on the roads leading to the city of Jerusalem, which prevent those who carry [West] Bank I.D.s from reaching it; These measures redound negatively upon commercial activity in the city, which, for many merchants, leads to their leaving, and working in the neighboring cities, such as Ramallah and Bethlehem.
* A policy of demolishing homes on the pretext of [new] construction, without permits

All these racist measures have had a central and clear goal that manifests as the emptying of the city of its inhabitants in order to facilitate its Judaization and change its Islamic and Arab characteristics.

**The 1187 Battle of Hattin:**

This unforgettable historic battle shall remain etched in the memory of every Muslim in the world because it put an end to the Crusaders' 70-year-long control over the city of Jerusalem.
In this battle, the Ayyubid Muslim hero Saladin triumphed over the Crusaders, and returned the

Gilmore 00147 T
SHATSKY - 007667
P 1: 989
(continued)

city of Jerusalem to the bosom of Muslims, after long years of readiness, preparation, training, and morale-raising of the army.

In the new era, the reclamation of Jerusalem from the hands of the occupation is subject to the development of the subjective and objective capabilities of the Arab and Muslim worlds, and [to] the employment of these capabilities *[truncated word]* the populace, and their mobilization in the cause of Jerusalem and Al Aqsa Mosque, which are [to be] considered the possession of all Muslims of the world, and not merely a possession of the Palestinian people, alone.

The state of fragmentation, division, and dependency in which the great majority of Islamic and Arab nations exist places the Israeli entity in *[truncated word]* permanent superiority [for] pursuing its racist measures in the city of Jerusalem, in a way that bodes tragic consequences. Accordingly, what is required is that there be, here, a serious and effective *[truncated word]* for rescuing the city of Jerusalem from the Israeli practices that have been exposed in legal resolutions, foremost among them [U.N.] Resolutions 242, 338, 194, [and] 181.

**Sources and References:**

* "The Day of Jerusalem," "The Holy House [Jerusalem] and Shades of the Holy House [Jerusalem]," and "Conflict of Identity and Land," [in] Proceedings of the Tenth Conference convened in 'Amman on 2-4 October, 1999
* "The Future of Jerusalem Constitutes a Powerful Challenge to the International Community," article by Dr. 'Abd Al-'Aziz Ibn 'Uthman Al-Tuwaijri, in the newspaper [truncated word], Volume 81, October 1999

* "Pivot-Point of the Arabism of the Westerners of Jerusalem – An Historical Study," [in] Al Bayader Al Siyasi [sic] [Al Bayader Political Magazine], Volume 742, 1999

******

**Al Shurta Magazine  -  July 2000  -  Volume 34  -  Page 24**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 985-989.

2. I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 985-989.

Dated: March 2, 2014

*[signature]*
LUCILLE KAPLAN



P 1: 985



## الفهرس

| # | العنوان | الصفحة |
|---|---|---|
| 1 | كلمة العدد – بقلم / رئيس التحرير | 2 |
| 2 | التحقيق الجنائي (سماع الشهود) – للواء/ غازي الجبالي | 3 |
| 3 | السوابق القضائية (الحلقة الثانية) – إعداد الأستاذ/ مازن سيسالم | 6 |
| 4 | النيابة العامة وتمثيلها للمجتمع (الحلقة الأولى) – إعداد الأستاذ/ فاروق أبو الرب | 11 |
| 5 | أشكال الدول – إعداد الدكتور/ حنا عيسى | 14 |
| 6 | تعريف الإرهاب – بقلم اللواء/ د. محمد فتحي عيد | 17 |
| 7 | آثار المعاينة (الحلقة الأولى) حجية المعاينة – بقلم العميد/ د. محمد محمد عنب | 18 |
| 8 | القدس .. ستبقى محفورة في وجدان الشعب الفلسطيني – بقلم العميد/ مازن عز الدين | 22 |
| 9 | قمة كامب ديفيد (الواقع والحسابات) – بقلم العميد/ د. كامل أبو عيسى | 25 |
| 10 | الشرطة ... توجهات جديدة ... تحديات جديدة – بقلم المقدم/ زهير الخالدي | 26 |
| 11 | عين الصقر – بقلم المقدم/ جاسر الضبعة | 28 |
| 12 | تحية حب وإكبار إلى الشرطة الفلسطينية – بقلم الأخ/ عبد الخالق الفرا | 29 |
| 13 | العيون الساهرة (شرطة جنين) إعداد / مفوضية التوجيه السياسي بالشرطة | 30 |
| 14 | الإعتراف – إعداد النقيب / حسام الكحلوت | 34 |
| 15 | طبيعة العمل الشرطي – إعداد النقيب/ محمد الدحدوح | 36 |
| 16 | تحية وتقدير إلى كل المخلصين | 39 |
| 17 | علم البصمات وإثبات الشخصية – إعداد الملازم أول/ محمد الحلو | 41 |
| 18 | رسائل وبرقيات | 43 |
| 19 | من ذاكرة التاريخ (يبوس) – إعداد العقيد/ د. عبد الرحمن المزين | 47 |

**المشرف العام**
اللواء / غازي الجبالي

**المستشارون**
الأستاذ / سليم الزعنون
الأستاذ / زياد عبد الفتاح
الدكتور / كمال الأسطل
الأستاذ / مازن سيسالم
العميد / محمود عصفور
العميد / زياد عريف
العميد / مازن عز الدين
العميد / عبد المعطي السبعاوي
العميد / طلال أبو زيد
العقيد / يعقوب رحمي

**رئيس التحرير**
عقيد / دكتور
عبد الرحمن المزين

**مصورو الرئيس** / محمد الرواس – عمر الرشيدي – حسين حسين
**مصورو المركز الإعلامي** / سامح فارس – معين عمر – يوسف عكيلة
**مصور حفظ النظام** / جمال عبيد
**التدقيق اللغوي** / ملازم / عثمان زايد

تمت الطباعة بمطابع مركز رشاد الشوا الثقافي– بلدية غزة هاتف : 282826

# مجلة الشرطة

مجلة شهرية متخصصة في العلوم الشرطية والقانونية

تصدر عن قيادة الشرطة الفلسطينية

العدد 34 – يوليو 2000م

العنوان : القيادة العامة للشرطة – غزة – هاتف : 2866600 – 2863400 داخلي – 428

## الشرطة

# القدس ... ستبقى محفورة في وجدان الشعب الفلسطيني

**بقلم العميد/ مازن عز الدين**
مفوض عام التوجيه الوطني



(لم يولد بعد القائد العربي الذي يتنازل عن القدس).

بهذه الكلمات القوية والشجاعة خاطب الأخ الرئيس القائد العام أبو عمار الرئيسين الأمريكي والإسرائيلي، ليؤكد أن الثوابت الفلسطينية خط أحمر، وليجسد قوة الموقف الفلسطيني المبني على الحق والعدل، والمدعوم بقرارات الشرعية الدولية وفي مقدمتها القراران ٢٤٢، ١٩٤.

إن الموقف الثابت والأمين الذي جسده الرئيس أبو عمار أثناء مفاوضات كامب ديفيد يؤكد بما لايدع مجالاً للشك أن الصراع لن ينتهي وسيبقى مفتوحاً على مصراعيه بكل الوسائل والأساليب حتى يتحقق الحد الأدنى من طموحات شعبنا الصابر المرابط على ثرى فلسطين الخالدة، وفي مقدمتها إقامة دولته المستقلة وعاصمتها القدس الشريف على جميع الأراضي التي احتلت عام ١٩٦٧م، وعودة جميع اللاجئين، وإزالة المستوطنات اللاشرعية.

إن محاولات تقرير مصير القدس في الغرف المغلقة لايمكن أن تنال من عزيمة شعبنا وإرادته، فالاتفاقيات التي تكرس شرعية الاحتلال بمدينة القدس اتفاقيات باطلة لن يكتب لها النجاح لأنها ستؤدي إلى تهويد المدينة المقدسة وطمس هويتها العربية والإسلامية، لذلك كان رد الرئيس أبو عمار - وهو المؤتمن على حياة ووجود ومصير الشعب الفلسطيني ومقدساته - قاطعاً لايقبل التحريف أو التأويل بالنسبة للقدس العاصمة الأبدية لدولة فلسطين.

**المسجد الأقصى :**

لقد تعرض المسجد الأقصى خلال العقود الأربعة الماضية إلى العديد من الانتهاكات الدائمة من قبل المحتل الاسرائيلي... تلك الانتهاكات العنصرية التي لم تحرك مشاعر وأحاسيس الأمتين العربية والإسلامية، إذ تركوا الشعب الفلسطيني وحيداً يدافع عن

المقدسات الإسلامية في فلسطين ومقدمتها المسجد الأقصى، فالمقدسات ملك للشعب الفلسطيني وليست ملكاً لأكثر من ألف مليون موزعين على سطح الكرة الأرضية جميعهم متفرجين على أكبر مأساة لها قدس الأقداس مع العلماء المعنيون الرئيسيون.

وهنا - لابد أن نشير إلى المليارديرات الذي يعيش في أمريكا "مسكروف" قدم للحكومات الاسرائيلية المتعاقبة الملايين من الدولارات لتكثيف الاستيطان بمدينة القدس.

إن استرداد السيادة العربية والإسلامية والفلسطينية على القدس مهمة صعبة تحتاج إلى تضافر كل المخلصين في العالم وخاصة في ظل هذه المأساوية الرديئة التي تعيشها الأمة العربية والإسلامية في ظل تحالف واضح مع الكيان الإسرائيلي ليت...

مجلة الشرطة - يوليو ٢٠٠٠ - العدد ٣٤ - صفحة ٢٢

## الشـــــــرطة

جزءاً إلى واحد وعشرين قطراً، دولة لحل مشاكلها القطرية على لقضايا المصيرية والجوهرية

رغم من تلك الأوضاع فقد رفض لفلسطيني الاستسلام والتخاذل الكلمة والمظاهرة والانتفاضة – شرات الآلاف من الشهداء – كل فطرسة والانتهاكات الإسرائيلية الاستيطاني مؤكداً عدم تراجعه ية بحقوقه التاريخية الثابتة.

### لأمتين العربية
لامية :

(سبحان الذي أسرى بعبده ليلاً د الحرام إلى المسجد الأقصى) الأقصى أولى القبلتين وثالث لشريفين مسرى النبي محمد صلى وسلم ومهد السيد المسيح، هذه يغرافية المقدسة أصبحت تتعرض ت دائمة ومستمرة من قبل بعض ات الإسرائيلية المتطرفة وفي جموعة "أمناء جبل الهيكل" وأفراد خ "العنصرية" المحظورة الذين ن في الاعلان بكل صراحة عن م المسجد الأقصى المبارك وبناء لمزعوم مكانه بدعم من الحركة ة في العالم وحلفائها العنصريين.

وقد عقدت من أجل ذلك العديد من المؤتمرات لتنفيذ مخططاتهم العنصرية حيث تضمنت بطاقة الدعوة للمؤتمر السابع للحركة الصهيونية والذي عقد في أيلول عام ١٩٨٨ رسماً تصويرياً لبناء الهيكل الثالث تدعو اليهود في العالم للقدوم إلى القدس من أجل إقامة الهيكل مكان المسجد الأقصى المبارك. وهنا لابد أن نشير إلى بعض الانتهاكات التي تنتهجها السلطات الاسرائيلية داخل المسجد الأقصى والتي تتلخص في القضايا التالية :

* توفير الحماية للمتطرفين اليهود خلال تجوالهم في الحرم الشريف على الرغم من التجاوزات التي يقومون بها .
* حمل السلاح داخل ساحات المسجد الأقصى المبارك في بعض الأحيان من قبل المتطرفين.
* التفوه بعبارات لا أخلاقية من قبل بعض المتطرفين اليهود بحق العاملين في المسجد الأقصى المبارك والتعرض لكرامتهم أثناء قيامهم بواجبهم في المحافظة على المسجد الأقصى.
* الجلوس أمام الأبواب الرئيسية للمسجد لإثارة مشاعر المسلمين واستفزازهم .
* توزيع المنشورات التي تدعو إلى طرد العرب من المسجد الأقصى لبناء الهيكل المزعوم مكانه.
* ضبط مشروبات روحية مع أشخاص

يهود في ساحات المسجد الأقصى المبارك.
* استمرار حجز الشرطة الاسرائيلية بطاقات الهوية الشخصية للشباب المسلم عند دخولهم المسجد الأقصى وخاصة أيام الجمع لحين الانتهاء من الصلاة.
* يزداد دخول اليهود المتطرفين إلى ساحات المسجد الأقصى المبارك في الفترات التي تصادف أعياداً دينية لهم.
من هذا المنطلق أوجه نداء للأمتين العربية والاسلامية لبلورة خطوة قومية تشارك فيها جميع الدول العربية لدعم الشعب الفلسطيني بمدينة القدس ودعم مؤسساتها الاقتصادية والاجتماعية والصحية حتى يتمكنوا من الصمود والمقاومة لكل أشكال الاضطهاد والقهر الذي يتعرضون له بشكل مستمر ومتواصل.

### تفريغ المدينة من سكانها

لقد أدركت قيادة الحركة الصهيونية الأهمية الدينية والتاريخية البالغة للقدس بالنسبة للديانة اليهودية ورأت أن القدس سوف تكون جوهرية في ضمان شرعية الدولة الإسرائيلية مستقبلاً كذلك أدركت القيادة الصهيونية أن السيطرة على القدس سوف تكون بمثابة تكريس للدولة الاسرائيلية على فلسطين العربية كلها ... لذلك انتهجت الحكومات الاسرائيلية المتعاقبة سياسة استيطانية عنصرية مكثفة بهدف تهويد المدينة المقدسة ولتحقيق ذلك اتخذت وزارة

مجلة الشرطة – يوليو 2000 – العدد 34 – صفحة 23

P 1: 988

## الشـــرطة

الداخلية الاسرائيلية مجموعة من الاجراءات بهدف تفريغ المدينة من سكانها، ومن أهم هذه الاجراءات:

* سحب المواطنة الفلسطينية لعدد كبير من أبناء شعبنا الفلسطيني من قبل وزارة الداخلية الاسرائيلية استناداً إلى ثلاثة مقاييس هي:

1- إذا عاش المقيم الدائم خارج البلاد مدة سبع سنوات.

2- إذا طلب الحصول على الاقامة الدائمة في دولة أخرى.

3- إذا طلب الحصول على جنسية من دولة أخرى.

وفي ظل هذا الاجراء العنصري أصبح الفلسطينيون المقدسيون يعاملون معاملة الاجانب على أراضيهم بالرغم من أنهم يعيشون عليها على مدى أجيال متعاقبة في الماضي والحاضر وسوف يستمرون الى الأبد في العيش فيها ومقاومة الاحتلال.

* تنظيم حملات مكثفة لاغلاق المؤسسات السياسية والاقتصادية والاجتماعية في القدس وفي مقدمتها "بيت الشرق" الذي يعتبر مقراً سياسياً تمارس من خلاله القيادات الفلسطينية دوراً هاماً وإيجابياً من خلال استقبال الشخصيات الدبلوماسية من كل أقطار العالم.

* فرض ضرائب باهـظة علـى المحـلات التجارية بالقدس خاصة "ضريبة الارنونا" التي تفرض على التجار ظلماً سواء كان هناك دخل للبائع يتناسب مع الضريبة أم لا.

* إقامة المواجز العسكرية في الطرق المؤدية لمدينة القدس الأمر الذي يحول دون وصول حاملي هوية الضفة إليها، وهذه الاجراءات انعكست بصورة سلبية على الحركة التجارية بالمدينة مما أدى بالكثير من التجار إلى مغادرتها والعمل في المدن المجاورة لها مثل رام الله وبيت لحم.

* سياسة هدم المنازل بحجة البناء بدون تراخيص.

كل هذه الاجراءات العنصرية كان لها هدف مركزي وأضح يتمثل في تفريغ المدينة من سكانها تمهيداً لتهويدها وتغيير معالمها الاسلامية والعربية.

### معركة حطين ١١٨٧

ستبقى هذه المعركة التاريخية الخالدة محفورة في ذاكرة كل مسلم في العالم لانها وضعت حداً لسيطرة الصليبيين على مدينة القدس لمدة سبعين عاماً، ففي هذه المعركة انتصر البطل المسلم صلاح الدين الأيوبي على الصليبيين وأعاد المدينة المقدسة إلى أحضان المسلمين بعد سنوات طويلة من الاستعداد وإعداد الجيش وتدريبه ورفع معنوياته.

وفي العصر الحديث إن استعادة القدس من أيدي الاحتلال مرهون بتطور القدرات الذاتية والموضوعية للعالمين العربي والاسلامي وتوظيف قدرات الجماهير وتعبئتها من أجل المسجد الأقصى الذي يجمع المسلمين في العالم وليس على الفلسطيني وحده.

إن حالة التشرذم والتجزئة التي تعيشها الغالبية العظمى الاسلامية والعربية تجعل الكيان الصهيوني يمارس تفوق دائم يمارس إجراءاته بمدينة القدس بصورة تعسفية مأساوية، لذلك مطلوب أن يكون هناك موقف جدي وفعال لانقاذ المدينة من الممارسات الاسرائيلية التي تخالف قرارات الشرعية الدولية وفي مقدمتها القرارات ٢٤٢، ٣٣٨، ١٩٤، ١٨١.

### المصادر والمراجع

* يوم القدس، بيت المقدس والمسجد المقدس، صراع الهوية والأرض، الندوة العاشرة التي عقدت في ٢-٤ أكتوبر ١٩٩٩م.

* مستقبل القدس يشكل تحدياً للمجتمع الدولي، مقال للدكتور ابن عثمان التويجري صحيفة العدد ٨١، أكتوبر ١٩٩٩م.

* محـور عروبة غربي القـدس تاريخية، إعداد ناثان كريستال.

* البيادر السياسي، العدد ٦٤٢.

* * * * *

مجلة الشرطة – يوليو 2000 – العدد 34 – صفحة 24