**PLAINTIFF'S EXHIBIT**
**964**

**Gilmore 00149 T**
**SHATSKY-007668**
**P 1: 990**

*[Translation of Magazine Cover Page:]*

*[Seal of the Palestinian National Authority]*

# Al Shurta *[The Police]*

Volume 35  -  August 2000

*[photographic image of Yasser 'Arafat and several uniformed officers marching*
*before ranks who are  standing at attention with weapons poised]*

Gilmore 00149 T
SHATSKY-007668
P 1: 990

Gilmore 00150 T
SHATSKY-007669
P 1: 991

*[**Table of Contents Page:** Includes names/titles of editorial staff, list of articles by page number, and the following magazine masthead, which appears within a block at the bottom of the page]*

## Al Shurta Magazine
**Monthly Magazine Devoted to the Law-Enforcement and Legal Sciences
Published by the Palestinian Police Command**

Address:  General Com| Volume 35  -  August 2000 |- **Telephone:**
2866600-2863400  Extension-428

**[Al Shurta, Vol. 35, pp. 14-16]**

---

**Translator's Notes:**

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

The term "shahada," used both in the title of the second article (starting on p. 16) and in the body of that second article (just after the phrase "we were and are still subjects of the religious requirement of") has been translated as "testimony," although "shahada" can, in some contexts, also mean "martyrdom." Because "martyrdom" is more often conveyed by the Arabic word "istishhad," than by "shahada," and because context surrounding "shahada," in this material, referred to religious rituals involving oath-taking (such as the swearing of allegiance to God), "shahada" was translated as "testimony (to God)," rather than as "martyrdom (for God)". It remains possible, however, that the meaning intended by "shahada" in this material was "martyrdom," and there does not appear to be any way to rule this meaning out entirely, through use of resources currently available to the Translator.

A reference on p. 16 to "the Pole Shmulik and his comrade Dan" may be derisive shorthand, respectively, for Israeli Jews of recent East European descent, and Israeli Jews of longer standing ancestry in Israel, but this cannot be confirmed by resources currently available to the Translator.

---

Gilmore 00151T
SHATSKY - 007670
P 1: 992

On the 31st Anniversary of the Incident of the Burning of Al Aqsa Mosque:

Oh, Muslims . . . Rescue Al Aqsa Mosque from the Practices of the Israeli

Entity



[photograph of author]

By Brigadier General Mazen 'Izz ad Din,  Commissioner General of National Guidance

## Introduction:

[In the Qur'an,] God stated, "Glory to the one who enabled his servant to travel by night from the Sacred Mosque [in Mecca] to the Farthest Mosque *[deemed in extra-Qur'anic traditions to be the site of Al Aqsa Mosque at the Temple Mount in Jerusalem]*."

Al Aqsa Mosque is the first of the two Qiblahs *[directions towards which Muslims pray]*, third to the two noble Holy Places *[the Sacred Mosque in Mecca and the Mosque of the Prophet*

Gilmore 00151T
SHATSKY - 007670
P 1: 992
(continued)

*in Medina]*, the point of departure for the night journey to the seven heavens by the Prophet Muhammad, God bless him and grant him salvation, and the cradle of the Lord Christ. This holy geographic spot, which is under the control of the Israeli entity, is being subjected to constant and continuous desecrations by this racist Israeli entity, which are aimed at demolishing Al Aqsa Mosque, and establishing the so-called Temple of Solomon in its place.
In light of the vicious attack that successive Israeli governments have launched against the city of Jerusalem, with the goal of changing its religious and cultural characteristics, the Arab
and Islamic communities are assuming an attitude of disengagement from the greatest tragedy to befall Muslims' holy places in the twentieth century, leaving the Palestinian people alone to defend the Islamic holy places in Palestine, foremost among them Al Aqsa Mosque. It is as if these holy places were the property of the Palestinian people, alone, and not the possession of all Muslims of the world.

## **An Historical Glance:**

Most Muslim historians trace construction of Al Aqsa Mosque back to the Umayyid Caliph 'Abd Al-Malik Bin Marwan, whom, they say, built it in the year 72 A.H. (791 A.D.), whereas other historians trace it *[construction of the Mosque]* to Al-Walid Bin 'Abd Al-Malik. This [latter] view is confirmed in collections of papyrus documents that include correspondence between the Umayyid Qurra Ibn Sharik 'Amil Masr and one of the governors of Upper [Egypt], which contains a reference to the expenses of the workers who were entrusted with construction of Al Aqsa Mosque. These documents show, categorically, that the work of building the Mosque was under way in the year 90 A.H. (709 A.D.) , during the period of the rule of Al-Walid Bin 'Abd

Al-Malik. When the Crusaders occupied Jerusalem in the year 1599 A.D., they changed the characteristics of the Mosque, using one side of it as a church, and the other side of it as housing for their horses. On the West side, they added to it a structure that they turned in to a storage place for their provisions. When the Ayyubid Saladin liberated Jerusalem in the year 1187 A.D., he ordered the restoration of Al Aqsa Mosque. Saladin renovated the Mosque's

Gilmore 00151 T
SHATSKY - 007670
P 1: 992
(continued)

prayer niche, decorated it with mosaics, and brought in the magnificent pulpit that was made in Aleppo by the order of Nur Al-Din Mahmud Bin Zanaki.

The interior height of Al Aqsa Mosque is 80 meters, and [its] width is 55 meters. In the Mosque are seven bays (a center bay, three bays on the Eastern side, and three bays on the Western side) that rise over 53 marble buttresses and 49 stone columns. In the heart of the Mosque is the dome, and the Mosque has 11 doors, seven of them on the North [side], one on the East [side], two on the West [side], and one on the South [side].

## August 21, 1969

After the debacle of 1967, and the Arab armies' defeat, followed by the Israeli entity's control over the Eastern sector of Arab Jerusalem, the Israeli entity initiated racist measures to Judaize the city of Jerusalem, and change its Islamic and Arab character, provoking the feelings of Muslims

**Al Shurta Magazine - August 2000 - Volume 35 - Page 14**
Gilmore 00152 T
SHATSKY - 007671
P 1: 993

and Christians throughout the world.

Al Aqsa Mosque was one of the most important primary targets of the Israelis, and Israeli young people would storm Al Aqsa Mosque, and commit hostile acts against worshippers, and stage vulgar singing shows, [there].

On August 21, 1969, Al Aqsa Mosque was intentionally set on fire by Israeli authorities, who cut off the water [supply] to the holy area just before the fire appeared, and [who] tried to prevent Arab citizens and fire engines, who were rushing in from Arab townships, from extinguishing it *[the fire]*. The fire would have reached the dome of Al Aqsa Mosque if not for the desperate struggle on the part of the Arab citizens who rushed in forcefully to extinguish the fire. Despite this, the fire did reach the pulpit of the Mosque, and flames broke out on its Southern roof, and reached the ceiling[s] of three of the bays.

After this racist incident, Israel claimed that a short circuit had been the cause of the fire, but reports by Arab engineers showed, leaving no room for doubt, that the fire was a premeditated, pre-planned criminal act. This compelled the Israeli government to accuse an Australian youth named Dennis Michael William Mohan *[sic; name was Rohan]*, who was 28 years of age, of committing the crime, and it claimed that it had arrested him and would render him to the court[s]. After a short time, however, Israeli

authorities announced that Dennis was mentally deranged, and they
released him.

## International Reactions:

On September 15, 1969, the [U.N.] Security Council issued Resolution
271, enjoining the condemnation of Israel for its desecration of Al Aqsa
Mosque, and calling upon it to cancel all planning pertaining to alteration of
the situation in Jerusalem.  The preamble of the Resolution provided that the
Security Council expresses its profound sadness over the damage that the
August 21, 1969 fire inflicted on Al Aqsa Mosque, which is [now] a rarely
visited place, under the Israeli military occupation.

The Resolution clarified that any destruction or desecration of holy
places, structures, or religious sites in Jerusalem, and any encouragement or
collusion towards conducting activity along these lines, could greatly
threaten international security and peace.

**Gilmore 00152 T**
**SHATSKY - 007671**
**1: 993**
**(continued)**

Resolution 271 called upon Israel to adhere precisely to the terms of
the Geneva Conventions, and to international law governing military
occupation[s].

## The Battle of the Al Aqsa Martyrs:

Al Aqsa Mosque holds a high position in Islam, by virtue of its being the
first of the two Qiblahs, third to the two noble Holy Places, and the site of
[the Prophet Muhammad's] night journey and ascension.  It has had a great
impact, over the course of history, on the religious, social, cultural, and
political life of Palestine, and has also held a special place in the minds of
Muslims, in general, and the Palestinian people, in particular.  For this reason,
our Palestinian people are always in the vanguard of confronting Israeli
arrogance and the racist measures that Israeli occupation forces are
committing in the city of Jerusalem.

On September 26, 1996, the legendary endurance of our Palestinian
people was up to the task of confronting the Israeli entity after a group of

Israeli extremists ventured to dig a tunnel beneath Al Aqsa Mosque. On that historic day, Public Security and Police forces stood side-by-side with the fearless throngs of our people in confronting Israeli occupation forces, and on that day, 80 people were martyred.

With this, the Battle of the Al Aqsa Martyrs became an important turning point that demonstrated to the Israeli enemy that the Public Security forces and Police shall stand side-by-side with its Palestinian people in any military confrontation in the future. It *[the Battle]* also conveyed clear indications that Al Aqsa Mosque is a red line for the Palestinian people.

## Conclusion:

The reclamation of Arab, Islamic, and Palestinian sovereignty over Jerusalem is a difficult and cumbersome task that requires the coalescing of the efforts of all righteous and honorable people of the world. Accordingly, I direct an appeal to the Arab and Islamic communities regarding the necessity of crystallizing a nationalist plan, in which all Arab and Islamic states shall participate, for the support of the Palestinian people in the city of Jerusalem,

Gilmore 00152 T
SHATSKY – 007671
P 1: 993
(continued)

and [for] support of their economic, social, and health institutions, so that they *[Palestinians]* are able to endure and resist all the forms of persecution and subjugation to which they are being subjected continuously and incessantly.

**Al Shurta Magazine  -  August 2000  -  Volume 35  -  Page 15**

Gilmore 00153 T
SHATSKY - 007672
P 1: 994

[photograph of author]

**Major General Ghazi Al-Jabali:**

**Celebrating, With Hundreds of**

**Police Officers, the Conjoining of**

**Testimony and Allegiance to God**

**with the Homeland and the**

**President**

**By Brigadier General Kamil Abu 'Issa,
Director General of the Political Security
Directorate**

It happened ... ng of August 16, 2000, when the ... intonings of the historic speech ... delivered, in which [speech] he affirmed the importance of consolidating supports for national unity and organic and decisive cohesiveness with the people, under the flag of the Palestinian National Authority and the flag of Fatah, the Palestinian National Liberation Movement, and behind the leader, the towering symbol, eternally [of ] the loftiness of the mountains of the

homeland, President Abu 'Ammar, until the independent, sovereign
Palestinian State, with noble Jerusalem as its capital, is established.
Through the passages of his important speech, Mr. Major General
addressed, with commentary, numerous sensitive issues of this difficult
historic phase, and affirmed the absolute commitment of the Palestinian
National Police, through all its departments, branches, officers, and troops, to
defend the instructions, directives, recommendations, and advisories issuing
from His Excellency President Abu 'Ammar in all spheres.  Mr. Major General
also warned of vile plots that relevant Israeli apparatuses have begun to
execute via battalions of agents and spies,

Gilmore 00153 T
SHATSKY - 007672
P 1: 994
(continued)

[aimed] at undermining the tenacity of the internal Palestinian front, and
inciting discord among the population of [this] one people.  At the same
time, he warned of attempts to kidnap and assassinate; blow up and attack
public properties; and tamper with people's foodstuffs, deeming all of this to
be part of a game of vile Israeli dalliance aimed at breaking the
steadfastness and tenacity of the Palestinian nationalist position.
The words of Mr. Major General Ghazi Al-Jabali were received with
warm applause, when he pronounced these publicly, in daylight, and before
a crowd, [stating,] "We were and are still subjects of the religious
requirement of giving testimony to God, the homeland, and the people,
[when] defending the directives and instructions issuing from His Excellency
President Abu 'Ammar."
[He went on to say,] "For we are greater than the Pole Shmulik and his
comrade Dan, and we shall not have dealings with the likes of them, and
shall not give up an atom of the soil of our country, or the right of our
refugees to return, in exchange for fleeting acquisitions and enticements,
because we have learned from our catastrophe of 1948, and from the
debacle of 1968, that this abominable Zionist enemy understands only the
language of force.  This is what we have recorded in the blood of our

confrontations, through the Palestinian revolution, our blessed Intifada, and the sacrifices of our great leaders Abu Jihad, Abu Iyad, the two Kamals, and Abu Yusuf Al Najjar. We are the people of 100,000 martyrs, the people of 100,000 wounded, and the people of 100,000 prisoners, [spread] over the course of long years of struggle. We are the legacy of the martyrs, and we are the ones who will complete their triumphant path to victory, for Jerusalem is ours, and the country is our country, and the homeland is our homeland, and we shall not repeat the experience[s] of the exodus or of the debacle. We shall direct our capabilities, and defend our country and our National Authority, at a high and costly price, against the enemies wherever they may be, and the language of threats, and the blasts of statements distributed by order of the officers of the lonely *[truncated word]* in the settlements, shall not intimidate us, and shall not reduce our determination and our steadfastness; for we are

Gilmore 00153 T
SHATSKY - 007672
P 1: 994
(continued)

with God, the homeland, and His Excellency the President, may God grant him a long life. **It's a revolution until victory.**

\*\*\*\*\*\*

## DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 990-994.

2.  I am a professional translator with an A.B. in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")-to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 990-994.

Dated: March 10, 2014

LUCILLE KAPLAN





## الفهرس

الصفحة

1- كلمة العدد – بقلم / رئيس التحرير ..... 2
2- التحقيق الجنائي(استجواب واتهام ومواجهة) – اللواء/ غازي الجبالي ..... 3
3- السوابق القضائية (الحلقة الثالثة) – إعداد الأستاذ/ مازن سيسالم ..... 5
4- النيابة العامة وتمثيلها للمجتمع (الحلقة الثانية) – إعداد الأستاذ/فاروق أبو الرب ..... 8
5- الرعبة والتهديد الإرهابي – إعداد الدكتور/حنا عيسى ..... 11
6- صور السلوك الإنساني المجرم (الحلقة الأولى) – بقلم اللواء/ د. محمد فتحي عيد ..... 12
7- في الذكرى العادية والثلاثين لإحراق المسجد الأقصى – بقلم العميد/مازن عز الدين ..... 14
8- اللواء الجبالي يحيى مع ضباط الشرطة عرس الشهادة والوفاء – بقلم العميد/د. كامل أبو عيسى ..... 16
9- آثار المعاينة (الحلقة الثانية) بطلان المعاينة – بقلم العميد/ د. محمد محمد عنب ..... 17
10- الحس الأمني (الحلقة الأولى) – إعداد المقدم/ د. محمود صقر ..... 20
11- الشرطة والمهمات الراهنة – بقلم المقدم/زهير الخالدي ..... 24
12- أمن وحماية الشخصيات (الحلقة الثانية) – إعداد المقدم/عبد الواحد خلف ..... 26
13- العيون الساهرة (بركة شرطة نبيا - الخليل) إعداد / مفوضية التوجيه السياسي بالشرطة ..... 28
14- شرطي المرور ... هامة متنمية يفسير حي (الحلقة الأولى) – بقلم المفوض السياسي / حسن الكملوت ..... 32
15- حرمة الموتى بالمقابر – إعداد النقيب / حسام الكملوت ..... 33
16- الحق أحق أن يتبع ..... 35
17- البّر الشُعبي – إعداد الملازم أول/ د. منال صالحة ..... 36
18- فحص الألياف – إعداد الملازم أول/ علاء الشريف ..... 38
19- اليمن – إعداد الملازم أول/ محمود أبو الرب ..... 39
20- الموقف الشرطي – بقلم الملازم/ نافذ كلاب ..... 41
21- من أخبار الشرطة الفلسطينية ..... 42
22- من ذاكرة التاريخ – إعداد العقيد/د. عبد الرحمن المزين ..... 48

## المشرف العام

اللواء / غازي الجبالي

## المستشارون

الأستاذ / سليم الزعنون
الأستاذ/ زياد عبد الفتاح
الدكتور/ كمال الأسطل
الأستاذ/ مازن سيسالم
العميد/ محمود عصفور
العميد/ زياد عريف
العميد/ مازن عز الدين
العميد / عبد المعطي السبعاوي
العميد/ طلال أبو زيد
العقيد/ يعقوب رمي

## رئيس التحرير

عقيد / دكتور
عبد الرحمن المزين

مصور الرئيس / محمد الرواس – عمر الرشيدي – حسين حسين
مصور المركز الإعلامي /سامح فارس – معين عمر – يوسف عكيلة
التدقيق اللغوي / ملازم / عثمان زايد
تمت الطباعة بمطابع مركز رشاد الشوا الثقافي – بلدية غزة هاتف: 282365

## مجلة الشرطة

مجلة شهرية متخصصة في العلوم الشرطية والقانونية

تصدر عن قيادة الشرطة الفلسطينية

العدد – 35 – أغسطس 2000م

العنوان : القيادة العامة للشرطة – غزة – هاتف : 2866600–2863400 داخلي – 428

الشــرطــة



في الذكرى ٣١ لحادثة إحراق المسجد الأقصى :

أيها المسلمون ... أنقذوا المسجد الأقصى من ممارسات الكيان الإسرائيلي

بقلم العميد/ مازن عز الدين
المفوض العام للتوجيه الوطني



## مقدمة :

قال تعالى : (سبحان الذي أسرى بعبده ليلاً من المسجد الحرام إلى المسجد الأقصى)

المسجد الأقصى أولى القبلتين وثالث الحرمين الشريفين ومسرى النبي محمد صلى الله عليه وسلم ومهد السيد المسيح، هذه البقعة الجغرافية المقدسة والخاضعة لسيطرة الكيان الاسرائيلي تتعرض لانتهاكات دائمة ومستمرة من قبل هذا الكيان السرطاني العنصري بهدف هدم المسجد الأقصى واقامة هيكل سليمان المزعوم مكانه.

وفي ظل الهجمة الشرسة التي تشنها الحكومات الاسرائيلية المتعاقبة على مدينة القدس بهدف تغيير معالمها الدينية والحضارية تقف الأمتان العربية والإسلامية موقف المتفرج على أكبر مأساة تتعرض لها مقدسات المسلمين في القرن العشرين،تاركين الشعب الفلسطيني وحيداً يدافع عن المقدسات الاسلامية في

## لمحة تاريخية

ينسب معظم المؤرخين المسلمين بناء المسجد الأقصى إلى الخليفة الأموي عبد الملك بن مروان حيث يقولون إنه بناه سنة ٧٢هـ/ ٦٩١م، بينما ينسبه مؤرخون آخرون إلى الوليد بن عبد الملك ويؤكد هذا الرأي مجموعات من أوراق البردي تضم مراسلات بين قره ابن شريك عامل مصر الأموي وأحد حكام الصعيد وتتضمن ذكر نفقات العمال الذين كانوا يتولون بناء المسجد الأقصى وتدل هذه الأوراق بصورة قاطعة على أن العمل في بناء المسجد كان جارياً سنة ٩٠ هـ/٧٠٩م في فترة حكم الوليد بن عبد الملك. عندما احتل الصليبيون القدس سنة ١٠٩٩م غيروا معالم المسجد، فاتخذوا جانباً منه كنيسة وجانباً آخر مسكناً لخيولهم، وأضافوا اليه من الناحية الغربية بناء جعلوه مستودعاً لذخائرهم ولما حرر صلاح الدين

الأيوبي القدس سنة ١١٨٧م أمر بإصلاح المسجد الأقصى، وجدد صلاح الدين محراب المسجد وزينه بالفسيفساء وأتى بالمنبر الرائع الذي صنع في حلب بأمر من نور الدين محمود بن زنكي.

يبلغ طول المسجد الأقصى من الداخل ٨٠ وعرضة ٥٥م، وفي المسجد سبعة أروقة (رواق أوسط وثلاثة أروقة في جهة الشرق وثلاثة في جهة الغرب) ترتفع على عموداً من الرخام و٤٩ سارية من الحجار وفي صدر المسجد القبة، وللمسجد أ، عشر باباً، سبعة منها في الشمال وبا، في الشرق واثنان في الغرب وواحد في الجنوب.

### ١٩٦٩/٨/٢١م.

بعد نكسة ١٩٦٧م وهزيمة الجيوش العر وما تبعها من سيطرة للكيان الاسرائيلي القسم الشرقي من القدس العربية، الكيان الاسرائيلي إجراءاته العنص لتهويد المدينة المقدسة وتفجير طاب الإسلامي والعربي متحدياً مشاعر المس

فلسطين وفي مقدمتها المسجد الأقصى، وكان هذه المقدسات ملك للشعب الفلسطيني وحده وليست ملكاً لكل المسلمين في العالم.

# الشـــرطة

## (العمود الأيمن)

في العالم.

وكان للمسجد الأقصى أحد أهم الأهداف للإسرائيليين حيث كان الشبان الإسرائيليون يقتحمون المسجد الأقصى ويعتدون على المصلين ويقيمون الحفلات بباحاته الساقطة.

ففي ١٩٦٩/٨/٢١م أحرق المسجد الأقصى بشكل متعمد من قبل السلطات الإسرائيلية التي قامت بقطع المياه عن منطقة الحرم طوال شهور الحريق وحاولت منع المواطنين المدنيين وسيارات الإطفاء التي هرعت من البلدات العربية من القيام بإطفائه، وكاد الحريق يأتي على قبة المسجد الأقصى لولا استماتة المواطنين العرب الذين اندفعوا بثورة لإطفاء الحريق، ومع هذا فقد أتى الحريق على منبر المسجد واشتعلت النار في سقفه الجنوبي وأتت على سقف ثلاثة أروقة.

بيد أن الحادث العنصري ادعت إسرائيل أن تماساً كهربائياً كان السبب في الحريق، ولكن تقارير المهندسين العرب أوضحت بالأدلة مجالاً للشك أن الحريق تم بفعل أمر مجرمة من سبق الإصرار والتصميم الأمر الذي اضطر الحكومة الإسرائيلية إلى الإيحاء بأن شاباً أسترالياً يدعى (دينيس مايكل وليم روهان) ويبلغ من العمر ٢٨ عاماً هو الذي ارتكب الجريمة، وزعمت أنها تبقضت عليه وستقدمه للمحكمة، ولكن بعد وقت قصير أعلنت السلطات الإسرائيلية أن بليس معتوه وأطلقت سراحه.

## (العمود الثاني)

### ردود الفعل الدولية :

بتاريخ ١٩٦٩/٩/١٥م أصدر مجلس الأمن قراراً رقمه ٢٧١ يقضي بإدانة إسرائيل لتدنيسها المسجد الأقصى ويدعوها إلى إلغاء جميع التدابير التي من شأنها تغيير وضع القدس وجاء في مقدمة القرار أن مجلس الأمن يعبر عن حزنه البالغ للضرر الذي ألحقه الحريق بالمسجد الأقصى يوم ١٩٦٩/٨/٢١م والقائمة تحت الاحتلال العسكري الإسرائيلي.

وأوضح القرار أن أي تدمير أو تدنيس للأماكن المقدسة أو المباني أو المواقع الدينية في القدس أو أي تشجيع أو تواطؤ للقيام بعمل كهذا يمكن أن يهدد بشدة الأمن والسلام الدوليين.

ودعا القرار ٢٧١ إسرائيل إلى التقيد بدقة بنصوص اتفاقيات جنيف وبالقانون الدولي الذي ينظم الاحتلال العسكري.

### معركة شهداء الأقصى:

للمسجد الأقصى مكانة رفيعة في الإسلام بوصفه أولى القبلتين وثالث الحرمين الشريفين ومقر الإسراء والمعراج حيث كان له أثر عظيم على مدى التاريخ في الحياة الدينية والاجتماعية والثقافية والسياسية في فلسطين كما أن له مكانة خاصة في نفوس المسلمين عامة والشعب الفلسطيني خاصة. لذلك كان شعبنا الفلسطيني دائماً في الطليعة لمواجهة الخطرة الإسرائيلية والإجراءات العنصرية التي ترتكبها قوات

## (العمود الثالث)

الاحتلال الإسرائيلي بالمدينة المقدسة.

ففي ١٩٩٦/٩/٢٦م كان الصمود الأسطوري لشعبنا الفلسطيني لمواجهة الكيان الإسرائيلي بعدما أقدمت مجموعة من المتطرفين الإسرائيليين على حفر نفق أسفل المسجد الأقصى، ففي هذا اليوم التاريخي وقفت قوات الأمن العام والشرطة إلى جانب جماهير شعبنا الباسلة في مواجهة قوات الاحتلال الإسرائيلي حيث استشهد في هذا اليوم ٨٠ شخصاً.

وبذلك كانت معركة شهداء الأقصى نقطة تحول هامة أثبتت للعدو الإسرائيلي أن قوات الأمن العام والشرطة ستقف إلى جانب شعبنا الفلسطيني في أي مواجهة عسكرية في المستقبل كما أعطت مؤشرات واضحة بأن المسجد الأقصى خط أحمر بالنسبة للشعب الفلسطيني.

### الخاتمة :

إن استرداد السيادة العربية والإسلامية والفلسطينية على القدس مهمة صعبة وشاقة تحتاج إلى تضافر جهود كل المخلصين والشرفاء في العالم، لذلك أوجه نداء للأمتين العربية والإسلامية بضرورة بلورة خطة قومية تشارك فيها جميع الدول العربية والإسلامية لدعم الشعب الفلسطيني بمدينة القدس ودعم مؤسساتها الاقتصادية والاجتماعية والصحية حتى يتمكنوا من الصمود والمقاومة لكل أشكال الاضطهاد والقهر الذي يتعرضون له بشكل مستمر ومتواصل.

الــشــرطــة



الفلسطينية، راية حركة التحرير الوطني الفلسطيني فتح وخلف القائد الرمز الشامخ أبداً شموخ جبال الوطن الرئيس "أبو عمار"، وحتى قيام الدولة الفلسطينية المستقلة ذات السيادة وعاصمتها القدس الشريف.

## اللواء غازي الجبالي :

### يحيي مع المئات من ضباط الشرطة عرس الشهادة والوفاء لله والوطن والرئيس

### بقلم العميد/ كامل أبو عيسى مدير عام مديرية الأمن السياسي

وعبر فقرات خطابه الهام تناول السيد اللواء بالشرح العديد من القضايا الحساسة في هذه المرحلة التاريخية الصعبة حيث أكد على: الالتزام المطلق للشرطة الوطنية الفلسطينية بكافة إداراتها وفروعها، وضباطها وجنودها، بالدفاع عن التعليمات والقرارات والتوصيات والإشارات الصادرة عن فخامة السيد الرئيس أبو عمار وفي كافة المجالات، كما حذر السيد اللواء من المؤامرات الدنيئة التي بدأت الأجهزة الإسرائيلية المختصة في تنفيذها وعبر طوابير العملاء والجواسيس للعبث في تماسك الجبهة الداخلية الفلسطينية ويفرض إثارة الفتنة بين أبناء الشعب الواحد، محذراً في نفس الوقت من محاولات الخطف والاغتيال والتفجير والاعتداء على الممتلكات العامة والتلاعب بأقوات الناس، وباعتبار كل ذلك جزءاً من لعبة العبث الإسرائيلي الدني الهادفة إلى كسر صمود وتماسك الموقف الوطني الفلسطيني.

وقد قوبلت كلمات السيد اللواء غازي الجبالي بالتصفيق الحار عندما أعلنها جهاراً نهاراً وأمام الملأ "بأننا كنا ومازلنا

كان ذلك في أكاديمية عرفات للشرطة مساء يوم ٢٠٠٠/٨/١٦م حيث أنشده الحضور قسم الوفاء على أنغام الخطاب التاريخي الذي ألقاه السيد اللواء مدير الشرطة والذي أكد فيه على : أهمية تكريس دعائم الوحدة الوطنية والتلاحم العضوي والمصيري مع أبناء الشعب وتحت راية السلطة الوطنية

مشاريع شهادة لك والوطن والشعب وذلك عن القرارات والتعليمات الصادرة عن فخامة الأخ الرئيس أبو عمار".

فنحن أكبر من البلاطي شمولي وزميل دان وإن نتعاطى مع أمثالهم ومن نفرط بذرة من تراب بلادنا وحق لاجئينا في العودة لقد مكتسبات ومفخرات زائلة، حيث تطمئن نكبتنا في عام ١٩٤٨م ومن نكستنا في عام ١٩٦٧م وبأن هذا العدد الصهيوني النزق لايفهم إلا لغة القوة وهذا ما سجلناه ونادينا في مواجهتنا عبر الثورة الفلسطينية ومن خلال انتفاضتنا المباركة وتضحيات قادتنا العظام "أبو جهاد" و"أبو إياد" و"الكيالي" و "أبو يوسف النجار" فنحن شعب المئة شهيد وشعب المئة أليف جريح وشعب المئة ألف أسير على امتداد سنوات الكفاح المديدة، ونحن ورثة الشهداء ونحن سنكمل طريقهم إلى المظفرة حتى النصر، فالقدس لنا والبلد بلادنا والوطن وطننا نعيد تجربة الهجرة أو النكسة، سنرجع قدرنا وسندافع عن بلادنا ومن سلطتنا الوطنية بالغالي والنفيس ضد الأعداء إن كانوا ومن ترهبنا أية التهديدات ولاترعبنا البيانات التي توزع بأمر ضباط المخابرات القابعين في المستوطنات، ولن ينالوا من علو عزيمتنا ومن صمودنا فنحن عبد الله وعبد الوطن ومع فخامة الرئيس أطال الله عمره وبأنها لثورة حتى النصر.

★ ★ ★ ★ ★ ★

مجلة الشرطة – أغسطس 2000 – العدد 35 – صفحة 16

٩