

PLAINTIFF'S
EXHIBIT
965

Gilmore 00160 T
SHATSKY-007677
P 1: 999

*[Translation of Magazine Cover Page:]*

*[Seal of the Palestinian National Authority]*

## Al Shurta *[The Police]*

Volume 37  -  October 2000

*[photographic image of Yasser 'Arafat and a uniformed officer standing at attention and saluting, with an assortment of uniformed and non-uniformed individuals standing in the background]*

Gilmore 00160 T
SHATSKY-007677
P 1: 999

Gilmore 00161 T
SHATSKY-007678
P 1: 1000

*[**Table of Contents Page:** Includes names/titles of editorial staff, list of articles by page number, and the following magazine masthead, which appears within a block at the bottom of the page]*

## Al Shurta Magazine
**Monthly Magazine Devoted to the Law-Enforcement and Legal Sciences**
**Published by the Palestinian Police Command**

**Address:  General Com** Volume 37  - October 2000  - **Telephone:**
**2866600–2863400  Extension-428**

**[Al Shurta, Vol. 37, pp. 21-23]**

**Translator's Notes:**

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material, including the identities of personalities or entities signaled by vaguely-directed personal pronouns, was supplied between italicized brackets, whenever the intended personality or entity could be ascertained from context.

Gilmore 00162 T
SHATSKY - 007679
P 1: 1001

## Live Images from the Intifada of the Al Aqsa Martyrs

[photograph of author]

By Brigadier General Mazen 'Izz ad Din,   Commissioner General of National Guidance

Jerusalem shall remain, over the course of history, the key to war and peace . . .for this holy city, which is considered the cradle of the three revealed religions (Islamic, Christian, and Jewish) comprises a place holy to all peoples of the world, in general, and to the Palestinian people, in particular.

For the sake of this holy city, righteous martyrs, who have watered the soil of this holy land with their pure and redolent blood, have fallen while defending the holy Islamic places, foremost among them Al Aqsa Mosque, first of the two Qiblahs *[directions towards which Muslims pray]*, and third to the two noble Holy Places *[the Sacred Mosque in Mecca and the Mosque of the Prophet in Medina]*.

And now the Intifada of the Al Aqsa Martyrs comes along to confirm that the Islamic holy places are a red line that cannot be yielded and that [we] cannot permit any Israeli official to defile. . .And so here, let's review a collection of live images of our great Palestinian

people, who have embodied the most magnificent quintessence of the challenge and majesty of the confrontation against the arrogance of the Israeli military establishment.

Gilmore 00162 T
SHATSKY - 007679
P 1: 1001
(continued)

**First:**   The personal zeal of all our Palestinian people, both civilian and military, in defending our holy places has formed an historical turning point in the life of this patient and fighting people, confirming, to the international community, our perpetual readiness to offer up martyrs on the road to glory, dignity, independence, and protection of our holy Islamic places.

**Second:**   Rescue and emergency workers have struggled and played a prominent and heroic role through operations involving the transfer, to hospitals, of the wounded from the locations of bloody clashes and violent incidents all over the homeland.  This has been an amazing contest between the speed of a bullet directed towards a Palestinian body, and the speed of the trajectory for transferring the wounded, [by] which they *[rescue and emergency workers]* manifest the depth of their commitment to the land and [its] people.

**Third:**   We take note, with great honor and pride, of the pioneering cultural and humanitarian role of Palestinian hospitals in all corners of the homeland, and of the prominent and important role of medical teams of doctors and nurses, who have confirmed, to the world, that they have the benefit of the highest degrees of readiness to confront all emergency conditions and events.  In this, they have established that Palestine is a great nation, capable of taking on great numbers of wounded, despite limited and modest technical capabilities.

Their tireless work, night and day, around the clock, confirms the depth of their commitment, and the greatness of their message, under difficult and straitened conditions.

**Fourth:**   All print, audio, and visual methods of communication have succeeded in producing live and real-time images of the high-level abilities of our Palestinian people to challenge, confront, and press the claims of the nationalist Palestinian enterprise with the blood of martyrs.

And in this, we take note, with all esteem and pride, of the distinguished role of Palestinian television and Palestinian satellite, for their role *[sic]* in conveying, live, the events and confrontations from the battlegrounds.  We also prize the pioneering stance of the foreign news agencies and photographers, who have succeeded in capturing live images that have stirred

Gilmore 00162 T
SHATSKY - 007679
P 1: 1001
(continued)

feelings and emotions worldwide, and helped to dwarf the Israeli military establishment and the Israeli Army.  Voice of Palestine's The Second Program radio [show] has been able to gain well-deserved ground, in that it has been able, through its live coverage of events

Gilmore 00163 T
SHATSKY - 007680
P 1: 1002

from all corners of Palestine, and through conducting interviews with Arab and Palestinian personalities, foremost among them Egyptian Foreign Minister 'Amr Musa, Arab League Secretary General 'Asmat 'Abd Al-Majid, and Fatah official in Lebanon Brigadier General Sultan Abu Al-'Aynayn, to attract the attention of all the Palestinian people.

The daily print media have also succeeded in representing the greatness of the Palestinian people in word and image, and through this, they have strengthened the power, cohesion, and unity among all our Palestinian people, who have gone out to the battlegrounds of confrontation, irrespective of their political and ideological affiliations.

**Fifth:**  The Public Security Forces and Police have succeeded in conveying a clear message to Israeli military leaders, to the effect that they are capable of defending their people.  Nonetheless, they *[Palestinian Security and Police forces]* have committed to the greatest degree of self-control, and have succeeded in limiting casualties among the ranks of our people.  The Israeli occupation, with its repressive and terroristic measures, aims to lure our forces into an all-out battle, in order to break our will and weaken our morale, through causing a greater number of martyrs and wounded.

**Sixth:**  The savagery and racism [that have come] with the Israeli occupation reached maximum levels when airplanes and tanks bombarded civilian residential towers with internationally banned rockets, and caused great material losses there. . . .Despite this, the resolve of residents to stay in these towers has been clear, and their [only] request is for the *[Palestinian National]* Authority quickly to restore the towers, which stand, in confrontation against the settlements, as the most conspicuous symbols of the challenge.

**Seventh:**   The solace houses *[grieving centers]* that the families of martyrs have set up for their sons are the most conspicuous symbols of the struggle, and of loftiness and grandeur; and despite the subjugation and the

sorrow, they [families] have been speaking, in the language of intellect, logic, and readiness, of [even] more sacrifice.  This embodies the highest degree of nationalistic commitment to Palestine.

**Eighth:**  The Al Aqsa Intifada has chimed the danger bell, which moves the emotions and feelings of the Arab community, and of the Arab populace, who have come out in humble

<div align="right">

**Gilmore 00163 T**
**SHATSKY - 007680**
**P 1: 1002**
(continued)

</div>

demonstrations at Cairo University, and in Yemen and Baghdad; but the capabilities of the Palestinian people, and their greatness, have been greater than the capability of the Arab community, for the Palestinian heart is the spring of vibrancy, challenge, loftiness, and grandeur.  The [heart]beats of the [Arab] community have not have not been able to reach its [the Palestinian heart's] levels, for  it [the Palestinian heart] has been the most committed to this [Arab] community, and [has been] the [party] that most defends its [the Arab community's] power and dignity.

**Ninth:**  The biased stance of the U.S. administration, and of President Clinton, became clear when it obstructed international institutions, foremost among them the international [U.N.] Security Council, [blocking it] from adopting an unequivocal position condemning Israeli practices and the killing of children in a loathsome and racist manner that has stirred the emotions and the conscience of the world.

**Tenth:**  The children of the Palestinian people have been in the vanguard of the Al Aqsa Intifada.  Statistics issued from hospitals show that 33% of wounded and killed are children under the age of 15.  And when they [undefined questioners] have asked the Palestinian child who has torn the Israeli flag at the Martyr's Junction in Nitzarim "Why have you brought down the Israeli flag?,"  he has responded "I know of no flag that rises in the skies of Palestine other than the flag of Palestine."

In this way, this courageous and bold child has been able to disparage the honor of the Israeli military establishment, and [weaken] the morale of the Israeli leadership, before the eyes of the world.

And when a journalist has asked that child who has lost one of his eyes to a bullet from the soldiers of the occupation "Do you know that you have lost one of your eyes?," he has immediately responded, "[This is] a sacrifice for Jerusalem," and with this, this child has epitomized the legend, in terms of the nature of the struggle with the Israeli enemy, and has set down the real symbol of the struggle ("It is Jerusalem.").

**Eleventh:**  The myth of the civilized state that constituted an oasis of democracy and respect for human rights has been toppled, after the killing of the Palestinian child Muhammad

Gilmore 00163 T
SHATSKY - 007680
P 1: 1002
(continued)

Al-Durra, while he was in the arms of his father.  This image shall continue to occupy a prominent place on satellite screens all over the world, recounting the story of the humanity, civilization, and human rights that are missing from a country believed,

**Al Shurta Magazine** - October 2000 - Volume 37 - Page 22

Gilmore 00164 T
SHATSKY - 007681
P 1: 1003

by the world, to be associated with these, and revealing that the so-called State of Israel is unable to be that *[humane and civilized]*, and that those who stand with it *[Israel]* are the equivalent of child-killers.

These live images shall remain as a stain of disgrace on the forehead[s] of the military and political leaders in Israel, and here, we have the authority to say only that God chose this child as a gift to the Palestinian people, so that he could expose the racism and Nazism of the Israeli military establishment. All who defend it *[Israel]* likewise expose the falsity of human rights organizations in all the countries of the world.

**Twelfth:** The expanse of the confrontations and the felling of martyrs in Haifa, Jaffa, Nazareth, Kfar Manda, Sakhnin, Al Tira, Al Naqab, Al Muthalath, and Hebron embody the unity of Palestinian blood, and the depth of the commitment of all Palestinians, regardless of the [particular] passports that they carry . . .for their identity shall always be Palestinian.

A salutation to our righteous martyrs who have fallen while defending Al Aqsa Mosque. . .A salutation to our fearless wounded who humiliated the Israeli military establishment . . .A salutation to every Palestinian child, Palestinian woman, and Palestinian youth who has participated in confronting Israeli arrogance, on the road to power, dignity, and independence.

God stated *[in the Qur'an, at Surat Al Imran, verse 169]*: "Do not think of those who have been killed in the cause of God as dead; Rather, [they are] alive with their Lord, receiving provision."

God the Great speaks the truth.

Gilmore 00164 T
SHATSKY - 007681
SOKOLOW - P 1: 1003
(continued)

### Notion

You shall bend *[possible typographic error; likely intended: "you shall go on,"]* Oh Holy of Holies *[Jerusalem]*

And when the curtain descends . . . and everything leaves its place . . .

And when the ashes of flaming words scatter . . .

And when beauty loses its beauty and man loses his manliness . . .

When the land becomes arid . . . and letters run together . . . and sentences go astray in meaning . . .

When views and ideas meet . . . and interests converge . . .

And when principles and convictions lose their meanings . . .

And that ancient love that is between us departs, with the vow and the oath . . .

And when all the waves break . . . and the severed limbs are dispersed into air . . .

And when meaning lacks its significance . . . and one no longer understands anything. . .

And when everyone gives up . . . the Palestinian people shall go on, and the Palestinian leadership shall go on.

And you shall go on, Oh Holy of Holies *[Jerusalem]* . . . as a heart that beats within us . . . and as blood that flows in our veins.

The sight and feelings shall go on . . . the concept and great love shall go on . . .

You shall remain lofty . . . and we shall remain lofty . . .

You shall remain the symbol of the struggle . . . and we shall remain the fighters . . . up 'till the last child, nay [last] embryo . . .

You shall go on, Oh our Jerusalem . . . all our lives . . . all our principles. . .

Be[...]an, the New Testament, and the Torah, you are for all worlds...

An[...]ion, and still, [you are] the capital of Palestine

[Photograph of author]

By **Lieutenant Colonel Zuhayr Al-Khadi**

In one of the savage and barbaric acts that the butcher Sharon keeps committing, he has attempted, with his Likudist troop, to profane our holy places, desecrating the area of the Noble Sanctuary [the Temple Mount] through an action that is emotionally provocative to our Palestinian public. This is a premeditated and intentional measure, performed with the approval of Barak's government, which has mobilized more than 30,000 soldiers who are armed to the teeth to protect themselves; and it constitutes a clear and plain expression of Zionist intentions, plans, and ambitions. This action was the first bloody step in a hellish plan to blow the situation up through bloody violence. Israeli Chief of Staff Mofaz expressed this in his announcement that resolutions are being adopted at the highest political levels in Israel. This sheds light upon the effort by Israel, with all of its forces and parties of various political hues, to dictate and impose its solutions upon us by force, in accordance with its colonization and expansionist designs on our Palestinian land for the founding of settlements and the stealing of land and water.

The likes of such plans shall not get past our people, for in no time, our Palestinian people have sprung into motion in all the regions of the West Bank, Gaza, and the area within the so-called Green Line, to defend the land and the holy places. This has fashioned a marvelous picture embroidered with the blood of our martyrs and the wounds of our heroes in Nablus, Tulkarem, Jerusalem, Qalqilya, Hebron, Janin, Ramallah, Gaza, Khan Yunis, Rafah, Umm Al-Fahm, Wadi 'Ara, Yafa Al-Nasirah, Rahat, and the rest of the regions where our Palestinian population is present, domestically and abroad. This picture expresses the wonderful cohesiveness within our population, and between the population and our Palestinian national leadership. Our people, together with their nationalist and Islamist forces, have rallied around

Gilmore 00165 T
SHATSKY - 007682
P 1: 1004
(continued)

the Palestinian national resolve, resisting, with their bare chests brimming with faith in the inevitability of victory, the machine guns and weapons of blind Zionist hatred, in order to thwart and smash the intentions and plans of Sharon, Barak, Mofaz, and the rest of the generals of the Zionist Entity.

In the face of the wondrous endurance of all the Palestinian people, we cannot but bow reverentially and respectfully to our heroic martyrs who have watered the soil of our beloved nation with their pure blood, and to our heroic wounded, who have not weakened or tired, and who have accomplished miracles through their wonderful heroic endurance in the face of all types of weapons, rockets, tanks, and airplanes, in order to prove to the whole world that our Palestinian land is our right, and that blood is a small price to pay on the path to liberating and defending it.

Our Palestinian peoples' Intifada, and the gust that it blows into the defense of the land and the holy places, has shattered and broken down the imaginary barriers and dividing lines among our one people, and proven to the world that there are no dividing lines except for the red Palestinian line around our lands, our holy places, and our holy of holies, the eternal capital of our state.

In order for our blessed Intifada to achieve its legitimate goals, our people must have what is required of all our people and their forces: Intensification, guarding, and strengthening of our national unity, preservation of our domestic front, and the thwarting of any Zionist plans to encroach on, dissipate, or weaken these. We must be cautious and watchful in order to confront the Israeli threats that require all of us to adhere to the instructions of our Palestinian national leadership.

One of the factors of our strength and endurance in the face of Zionist plans is our preservation of a cohesive and strong domestic front. This is feasible only through preservation and protection of the domestic front from any

Gilmore 00166 T
SHATSKY – 007683
P 1: 1005

disintegration.  From this point of departure, we must say that in the outburst of public anger, some have resorted to unjustified and unacceptable attacks on some private and public properties, with arson and destruction.  Such conduct does serious damage to our economy, does not serve our intrepid Intifada against the enemy, and  disrupts the unity of our domestic front, especially as we face having to choose between capitalizing on our Intifada and all its fighting capabilities, to serve our legitimate goal of establishing our independent state with Jerusalem as its capital, and depriving the enemy of an opportunity to impose the force that it has at its disposal, and which it has failed to impose politically, with the intensification of our Intifada and resistance capabilities that this would necessitate, on the one hand; or, on the other hand, continuing our lives normally, so that we may preserve our national and municipal economy and facilities, and guarantee our children their rights to study and attend their schools so that they may drink in the knowledge that will be the strongest weapon in their hands for building our independent state and depriving the enemy of the opportunity to create an illiterate Palestinian generation.  This requires of us that we encourage our children, teachers, and educators in the residential areas of our nation to continue along the educational journey in all of our schools, institutes, and universities, just as they did in normal times.  This is one of the challenges that confront us in this phase, and it requires us to act rationally, systematically, and with a conscious awareness of the demands of this phase.  This must be made a part of the strengthening and cohering of the domestic front.  Our fighting people must also become aware that the war of rumors, biased words, and subversive ideas that our enemy is attempting to disseminate among us via a group of its young, feeble-minded agents, is depriving the enemy of all opportunity to crack our domestic front, break

down our morale, or strike at our endurance, because it is with our endurance, intensification of our Intifada and resistance capabilities, preservation of our domestic front, guarding of our national unity, rallying around our national leaders and carrying out their directives and instructions, cleaving to our sons and brothers in all the apparatuses of the Palestinian public security forces, supporting and assisting them, and tightening their covers, that this wondrous picture that our people have painted with blood, sacrifices, and tears is being completed, so that they may greet the breaking dawn of freedom.

Gilmore 00166 T
SHATSKY - 007683
P 1: 1005
(continued)

As Palestinians, we have been able to protect our soil and our holy places with a waterfall of blood . . . and every drop of blood shed on our beloved soil shall germinate a red blossom that shall cry out, in the face of the Zionist "Look! We are staying here, and we are defenders of our land and our holy places. In the cause of their redemption, our blood matters little."

Our righteous martyrs . . . our brave wounded: To you goes the glory . . . to you goes immortality; and to Palestine, the free and independent, to you goes eternal life.

Gilmore 00166 T
SHATSKY - 007683
P 1: 1005
(continued)

In the Name of God, the Merciful and the Compassionate

# P B C
## Palestinian Broadcasting Corporation

**Major General Ghazi Al-Jabali, May God Protect Him, Chief of Palestinian Police Greetings:**

We wish to express to you our appreciation for your kind gesture involving the role that the Palestinian Broadcasting Corporation has played as a result of your sending a letter, in this connection, to Brother Hisham Maki, President of the Corporation, and President of the Palestine Satellite Channel.

Because we esteem highly your national devotion, this is to confirm, for you, performance of the assignment entrusted to us, as we proceed on our way to manifesting establishment of our independent state, with Jerusalem as its capital, and led by the symbol of our struggle, and our Commander, Brother President Abu 'Ammar, may God protect him.

**With warm wishes, esteem, and respect,
Ridhwan Abu-Ayyash**

Al Shurta M                                              ge 30

## DECLARATION OF LUCILLE KAPLAN

I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 999-1005.

2.  I am a professional translator with an A.B. in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")-to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full, and accurate translation of the Arabic-language document bearing the bates number P 1: 995-1005.

Dated: March 30, 2014

LUCILLE KAPLAN





## المشرف العام

### اللواء / غازي الجبالي

## المستشارون

الأستاذ / سليم الزعنون

الأستاذ/ زياد عبد الفتاح

الدكتور/ كمال الأسطل

الأستاذ / مازن سيسالم

العميد/ محمود عصفور

العميد / زياد عريف

العميد / مازن عز الدين

العميد / عبد المعطي السبعاوي

العميد / طلال أبو زيد

العقيد/ يعقوب رمسي

## رئيس التحرير

عقيد / دكتور
عبد الرحمن المزين

## الفهرس

الصفحة

1- كلمة العدد ... 2

2- التحقيق الجنائي (التسجيل الصوتي بجهاز الكذب) - بقلم اللواء/ غازي الجبالي ... 4

3- السوابق القضائية (الحلقة الخامسة) - بقلم الأستاذ/ مازن سيسالم ... 5

4- الأمن الوطني ودور وسائل الاعلام في ترسيخه(الحلقة الثانية) - إعداد/ أ.د. حمود البدر ... 9

5- اتجاهات الجريمة في دول العالم (الحلقة الأولى) - إعداد/ أ.د. محسن أحمد ... 12

6- الدبر الدبلي والإسلامي في مناهضة الظواهر السلبية (الحلقة الأولى) - بقلم/ أ.د. أحمد هاشم ... 14

7- نظرة على مشروع قانون العقوبات - بقلم الأستاذ المحامي/ فاروق أبو الرب ... 16

8- مسألة القانون الجنائي الدولي (الحلقة الثانية) - إعداد الدكتور/حنا عيسى ... 19

9- صور حية من انتفاضة شهداء الأقصى -بقلم العميد/ مازن عز الدين ... 21

10- هبة الأقصى المجيدة -بقلم العميد/ د. كامل عيسى ... 24

11- حماية مسرح الجريمة - بقلم العميد/ د. محمد محمد علب ... 26

12- درة الأقصى ... وشهداء القدس لكم المجد - بقلم المقدم/زهير الفالادي ... 29

13- أمن وحماية الشخصيات (الحلقة الثالثة) - إعداد المقدم/ عبد الواحد خلف ... 31

14- شرطي المرور ... مهمة متتضبة يفسير حي (الحلقة الثانية) بقلم المفوض السياسي/ حسن الكخيه ... 33

15- في سجل الخالدين - إعداد / مفوضية التوجيه السياسي بالشرطة ... 34

16- تفتيش الأنثى في القانون الوضعي والشريعة الإسلامية- إعداد النقيب/ حسام الكحلوه ... 38

17- قياميء A (خصائص الكيميائية والفيزيائية)- إعداد الملازم أول/ د. منال صالحة ... 40

18- علم البصمات وإثبات الشخصية (الحلقة الثالثة)- إعداد الملازم أول/ محمد الحلو ... 41

19- آثار الآلات Tool Marks - إعداد الملازم أول/ علاء الشريف ... 42

20- السلوك المعيب لضابط الشرطة - إعداد الملازم أول/ رائد نزال ... 43

21- من أخبار الشرطة ... 46

22- من ذاكرة التاريخ - إعداد العقيد/ د. عبد الرحمن المزين ... 48

مصورو الرئيس / محمد الرواس - عمر الرشيدي - حسين حسين

مصورو المركز الإعلامي /سامح فارس - معين عمر- يوسف عكيلة

التدقيق اللغوي / ملازم / عثمان زايد

تمت الطباعة بمطبع مركز رشاد الشوا الثقافي- بلدية غزة  هاتف : ٢٨٢٨٢٦٠

## مجلة الشرطة

### مجلة شهرية متخصصة في العلوم الشرطية والقانونية

#### تصدر عن قيادة الشرطة الفلسطينية

العدد ٣٧ – أكتوبر ٢٠٠٠ م

العنوان : القيادة العامة للشرطة – غزة – هاتف : ٢٨٦٦٠٠-٢٨٦٣٤٠٠ داخلي – ٤٢٨

## الشــــرطة



**دور حية من انتفاضة شهداء الأقصى**

بقلم العميد/

**مازن عز الدين**

مفوض العام للتوجيه الوطني

مقدمتها المسجد الأقصى أولى القبلتين وثالث الحرمين الشريفين.

وها هي تأتي انتفاضة شهداء الأقصى لتؤكد أن المقدسات الاسلامية خط أحمر لايمكن التنازل عنه أو السماح لأي مسؤول إسرائيلي بتدنيسه ...وهنا نستعرض مجموعة من الصور الحية لشعبنا الفلسطيني العظيم الذي جسد أروع عناوين التحدي والكبرياء لمواجهة غطرسة المؤسسة العسكرية الاسرائيلية.

**أولاً**: لقد شكل الاندفاع الذاتي لجميع أبناء شعبنا الفلسطيني من مدنيين وعسكريين للدفاع عن مقدساتنا نقطة تحول تاريخية في حياة هذا الشعب الصابر المجاهد ليؤكد للمجتمع الدولي استعدادنا الدائم لتقديم الشهداء على طريق العزة والكرامة والاستقلال وحماية المقدسات الاسلامية.

**ثانياً**: لقد ناضل رجال الإسعاف والطوارئ وأدوا دوراً بارزاً وبطولياً خلال عمليات نقل الجرحى من مواقع الصدامات الدموية والأحداث العنيفة في كل أرجاء الوطن للمستشفيات فكان ذلك التسابق العجيب بين سرعة الرصاصة الموجهة نحو الجسد الفلسطيني وسرعة المحرك لنقل الجرحى ليجسدوا عمق الانتماء للأرض والانسان.

**ثالثاً**: نسجل بكل فخر وإعتزاز الدور الريادي والحضاري والإنساني للمستشفيات

الفلسطينية في كل ربوع الوطن، والدور البارز والهام للطواقم الطبية من أطباء وممرضين حيث أكدوا للعالم أنهم يتمتعون بأعلى درجات الجاهزية لمواجهة كل الظروف والأحداث الطارئة، وبذلك أثبتوا أن فلسطين دولة عظمى قادرة على استقبال الأعداد الكبيرة من الجرحى رغم الإمكانيات الفنية المحدودة والمتواضعة.

إن عملهم الدؤوب ليلاً ونهاراً على مدار الساعة يؤكد عمق انتمائهم وعظمة رسالتهم في الظروف الصعبة والحرجة.

**رابعاً**: نجحت جميع وسائل الإعلام المقروءة والمسموعة والمرئية في تجسيد صور حية وواقعية للقدرات العالية لشعبنا الفلسطيني على التحدي والمواجهة ودفع استحقاقات المشروع الوطني الفلسطيني بدماء الشهداء.

وهنا نسجل بكل تقدير وإعتزاز الدور المميز للتليفزيون الفلسطيني والفضائية الفلسطينية لدورهم في نقل الأحداث والمواجهات من الميادين بشكل مباشر، كما نثمن الموقف الريادي لوكالات الأنباء الأجنبية والمصورين الذين نجحوا في التقاط صور حية هزت مشاعر وأحاسيس العالم وساهمت في تقزيم المؤسسة العسكرية الاسرائيلية والجيش الإسرائيلي.

ولقد استطاعت إذاعة صوت فلسطين "البرنامج الثاني" أن تتبوأ المكان اللائق بها حيث تمكنت من خلال نقلها للأحداث بشكل

...ستبقى عبر التاريخ مفتاح الحرب والسلام، فهذه المدينة المقدسة التي تعتبر منطلق الديانات السماوية الثلاث (الاسلامية والمسيحية واليهودية) تحظى بمكانة مقدسة لدى كل شعوب العالم بشكل عام والشعب الفلسطيني بشكل خاص.

فمن أجل هذه المدينة المقدسة سقط الشهداء، الأبرار الذين رووا بدمائهم الطاهرة الذكية ثرى هذه الأرض المقدسة دفاعاً عن المقدسات الاسلامية وفي

P 1: 1001

الشــــرطة

مباشر من جميع أنحاء فلسطين وإجراءها مقابلات مع شخصيات عربية وفلسطينية وعلى رأسها وزير الخارجية المصري عمرو موسى وأمين عام الجامعة العربية عصمت عبد المجيد ومسؤول فتح في لبنان العميد/ سلطان أبو العينين جذب انتباه كل الشعب الفلسطيني.

كما نجحت وسائل الإعلام المقروءة اليومية في تجسيد عظمة الشعب الفلسطيني بالكلمة والصورة وبذلك عززت قوة التلاحم والوحدة بين جميع أبناء شعبنا الفلسطيني الذين خرجوا لميادين المواجهة على اختلاف انتماءاتهم السياسية والفكرية.

**خامساً :** نجحت قوات الأمن العام والشرطة في توصيل رسالة واضحة للقادة العسكريين الإسرائيليين بأنهم قادرون على الدفاع عن أبناء شعبهم، ورغم ذلك التزموا بأقصى درجات ضبط النفس ونجحوا في الحد من الخسائر في صفوف أبناء شعبنا. إن الاحتلال الإسرائيلي بإجراءاته القمعية والإرهابية يهدف إلى استدراج قواتنا إلى معركة شاملة لكسر إرادتنا وإضعاف معنوياتنا من خلال إيقاع أكبر عدد من الشهداء والجرحى.

**سادساً :** لقد وصلت الوحشية والعنصرية بالاحتلال الإسرائيلي إلى أعلى درجاتها عندما قصفت الطائرات والدبابات الأبراج السكنية للمدنيين بالصواريخ المحرمة دولياً فأوقعت فيها خسائر مادية كبيرة ... ورغم

الشـــرطة

## خاطرة

سنقبّين يا قُدسُ الأقداس

وعندما يُسدل الستار ... ويغادر كل شيءٍ مكانه....

وعندما يتطاير رماد الكلمات المحترقة ....

وعندما يفقد الجمال جماله ... ويفقد الرجل رجولته.....

عندما تصبح الأرض قاحلة ... والأحرف متداخلة ... وا بلامعنى...

عندما تلتقي الآراء والأفكار ... وتلتحم المصالح...

وعندما تفقد المبادئ والعقائد معانيها

ويرحل ذاك الحب القديم الذي بيننا والعهد والقسم ...

عندما تتكسر كل الأمواج ... وتتناثر الأشلاء في الأجواء...

وعندما يفتقر المعنى لمغزاه ....ولم يعد يفهم أحد شيئاً

وعندما يتخلى الجميع ... يبقى الشعب الفلسطيني وتبقى القيادة ا

وتبقين يا قدس الأقداس ... قلباً ينبض داخلنا ...ودماً يسري ف

تبقين الإبصار والإحساس .... تبقين المبدأ والحب الكبير ...

تبقين شامخة وتبقى شامخين....

تبقين رمز النضال ... وتبقى المناضلين ... حتى آخر طفل بل ج

سنبقين يا قدسنا ... كل حياتنا ... كل مبادئنا ..

لأنك في القرآن والإنجيل والتوراة لكل العالمين ...

ومنك الخليقة ومازلت عاصمة لفلسطين

وســـــــتبقين

نقيب / منتصر

مجلة الشرطة – أكتوبر 2000 – العدد 17

---

العالم أنها تنتمي إليه ليكتشف أن مايسمى بدولة إسرائيل لاتستطيع أن تكون هي ومن بعدها سوى قتلة للأطفال.

وتبقى هذه الصورة الحية وصمة عار في جبين القادة العسكريين والسياسيين في إسرائيل، ومنا لانملك إلا أن نقول إن الله اختار هذا الطفل هدية للشعب الفلسطيني ليكشف عنصرية ونازية المؤسسة العسكرية الاسرائيلية وكل من يدافع عنها كما يكشف زيف جمعيات حقوق الانسان في كل دول العالم.

الثاني عشر : إن امتداد المواجهات وسقوط الشهداء في حيفا ويافا والناصرة وكفر مندا وسخنين والطيرة والنقب والمثلث والجليل يجسد وحدة الدم الفلسطيني وعمق الانتماء لكل الفلسطينيين بغض النظر عن جوازات السفر التي يحملونها ... فهويتهم ستبقى دائماً فلسطينية.

تحية إلى شهدائنا الأبرار الذين سقطوا دفاعاً عن المسجد الأقصى .. تحية إلى جرحانا البواسل الذين أهانوا المؤسسة العسكرية الاسرائيلية... تحية لكل طفل فلسطيني وامرأة فلسطينية وشاب فلسطيني شارك في مواجهة الفطرسة الاسرائيلية على طريق العزة والكرامة والاستقلال.

قال تعالى : "ولاتحسبن الذين قتلوا في سبيل الله أمواتاً بل أحياء عند م يرزقون"

صدق الله العظيم.

---

قد كان أطفال الشعب
في طليعة انتفاضة الأقصى
الإحصاءات الصادرة عن
٢٣٪ من الجرحى والشهداء
ن الخامسة عشرة
لطفل الفلسطيني الذي مزق
لي عند مفترق الشهداء في
إت العلم الإسرائيلي ؟ أجاب
، علماً يرتفع في سماء
م فلسطين.

ا الطفل الفلسطيني الشجاع
خيل من شرف المؤسسة
سرائيلية ومعنويات القيادة
مرأى من العالم.

حقى ذلك الطفل الذي قد
هامسة جنود الاحتلال هل
إحدى عينيك » رد عليه على
م) ويدلك لخص هذا الطفل
يعة الصراع مع العدو
خ العنوان الصحيح للصراع

سقطت أسطورة الدولة
تشكل واحدة للديمقراطية
الإنسان بعد قتل الطفل
مد الدرة وهو في أحضان
ى هذه الصورة تدلل مكانة
ئات الفضائيات في كل
صة الانسانية والحضارة
التي انعدمت في دولة يعتقد


درة الأقصى ...
وشهداء القدس
لكم المجد

بقلم المقدم/

زهير الخالدي

في خطوة من خطواته الهمجية البربرية
والتي ما انفك الجزار شارون عن ارتكابها،
حاول مع زمرة الليكودية تدنيس مقدساتنا،
واستباحة ساحة الحرم القدسي الشريف
في خطوة استفزازية لمشاعر جماهير
شعبنا الفلسطيني، وهي خطوة مبيتة
ومصمودة وتمت بموافقة حكومة باراك التي
حشدت أكثر من ثلاثة آلاف جندي مدجج
بالسلاح لحمايته تشكل تعبيراً واضحاً
وصريحاً عن النوايا والمخططات الصهيونية
وأطماعها، حيث كانت هذه الخطوة المشهد
الدامي الأول في خطة جهنمية لتفجير

الأوضاع بالعنف الدموي والتي عبر عنها
رئيس الأركان الاسرائيلي "موفاز" في
تصريحه "بأن القرارات متخذة على أعلى
المستويات السياسية في إسرائيل" وهو
ما يوضح سعي إسرائيل ويكل قواها
وأحزابها وتكايلها السياسية الى فرض
واملاء حلولها علينا بالقوة بما يتوافق مع
أطماعها الاستيطانية والتوسعية في أرضنا
الفلسطينية بتكريس الاستيطان وسرقة
الأرض والماء.

ومثل هذه المخططات لن تمر على جماهير
شعبنا، فسرعان ما هبت جماهير شعبنا
الفلسطيني في كل المناطق في الضفة
الغربية وغزة وداخل ما يسمى بالخط
الأخضر للدفاع عن الأرض وعن المقدسات
فشكلت لوحة رائعة طرزت بدماء شهدائنا
وجراح أبطالنا في نابلس وطولكرم والقدس
وقلقيلية والخليل وجنين ورام الله وغزة وخان
يونس ورفح وفي أم الفحم ووادي عارة
ويافا والناصرة ورمط وباقي مناطق تواجد
جماهير شعبنا الفلسطيني في الداخل
والخارج معبرة عن التلاحم الرائع بين
جماهير شعبنا وبينها وبين قيادتنا الوطنية
الفلسطينية، فقد التفت جماهير شعبنا
وقواها الوطنية والاسلامية حول القرار
الوطني الفلسطيني متصدية بصدورها
العارية المفعمة بالإيمان بحتمية الانتصار
لرشاشات وأسلحة الحقد الصهيوني الأعمى
لافشال وتحطيم نوايا ومخططات شارون
وباراك وموفاز وباقي جنرالات الكيان
الصهيوني.

وأمام هذا الصمود الرائع لكافة أبنا ء شعبنا
الفلسطيني لا يسعنا إلا أن ننحني إجلالاً
واحتراماً لشهدائنا الأبطال الذين رووا
بدمائهم الطاهرة ثرى وطننا الحبيب
ولجرحانا الأبطال الذين ما وهنوا وماكلوا
واجترحوا المعجزات في الصمود البطولي
الرائع أمام كافة أنواع الأسلحة والصواريخ
والدبابات والطائرات ليثبتوا العالم أجمع أن
أرضنا الفلسطينية حق لنا والدماء رخيصة
في سبيل تحريرها والدفاع عنها.

إن انتفاضة جماهيرنا الفلسطينية وميثها
للدفاع عن الأرض والمقدسات والتي حطمت
وكسرت الحواجز والخطوط الوهمية بين
أبناء الشعب الواحد أثبت للعالم أنه لاتوجد
خطوة سوى خطنا الفلسطيني الأحمر في
أرضنا ومقدساتنا وقدس أقداسنا عاصمة
دولتنا الأبدية.

ولكي تحقق انتفاضتنا المباركة أهدافها
المشروعة فإن هذا يتطلب أول مايتطلب من
كافة جماهير شعبنا وقواه تعزيز وصون
وتقوية وحدتنا الوطنية، والحفاظ على
جبهتنا الداخلية وإفشال أية مخططات
مهيونية للعبث بها وتشتيتها وإضعافها،
وأن نكون حذرين ومتنبهين لمواجهة
التهديدات الاسرائيلية والتي تتطلب منا
جميعاً الالتزام بتعاليم قيادتنا الوطنية
الفلسطينية.

إن من عوامل قوتنا وصمودنا في وجه
المخططات الصهيونية هو حفاظنا على
جبهتنا الداخلية متماسكة وقوية وهذا
لايتأتى إلا بالحفاظ عليها وحمايتها من أي

P 1: 1004

═══ الشـــرطة ═══

تخريب، ومن هذا المنطلق نقول إنه وفي فورة الغضب الجماهيري إجـاً البـعض للاعتداءات غير المبررة والمرفوضة على بـعض الأمـلاك الخـاصـة والعـامـة بـالحـرق والتحطيم ومثل هذه التصرفات تشكل خـسـارة فـادحـة لاقـتـصـادنـا ولاتـخـدم انتفاضتنا الباسلة بوجه العدو وتفكك وحدة جبهتنا الداخلية، وخصوصاً أننا الآن أمام المعادلة والتي طرفاها من الناحية الأولى استثمار انتفاضتنا وكافة فعالياتها النضالية لخدمة هدفنا المشروع في إقامة دولتنا المستقلة وعاصمتها القدس الشريف وتفويت الفرصة على العدو يفرض مأربه بالقوة من حيث فشل في فرضها سياسياً، ومايتطلبه ذلك من تـصـعـيد لفعـالـيـتنا الانتفاضية المقاومة ومن الناحية الثانية استمرار حياتنا بشكل طبيعي بحيث نحافظ على اقتصادنا ومنشـأتنا الوطنية والمدنية ونضمن لأطفالنا وأولادنا حقهم في التعلم والذهاب الى مدارسهم لينهلوا العلم الذي يشكل أقوى الأسلحة بأيديهم لبناء دولتنا المستقلة وبما يفوت الفرصة على العدو لخلق جيل فلسطيني أمي، وهذا يتطلب منا أن نحث أطفالنا وأولادنا ومدرسينا ورجال التربية في ربوع وطننا على أن تستمر المسيرة التعليمية في كافة مدارسنا ومعاهدنا وجامعاتنا كما كانت في الأيام العادية وهـذا تحد مـن التـحـديـات التـي تواجهنا في هذه المرحلة والتي تتطلب منا

العمل بعقلية تنظيمية وإدراك وا ع لمتطلبات هذه المرحلة، وهذا مايسهم في تقوية جبهتنا الداخلية وتماسكها، وعلى جماهير شعبنا المناضل أن تدرك أيضاً أن محاربتها للإشاعات والأقاويل المغرضة والأفكار الهدامة التي حاول عدونا بثها بيننا عن طريق زمرة من عملائه الصغار ضعاف النفوس تفوت أية فرصة للعدو لشرخ جبهتنا الداخلية وكسر معنوياتنا وضرب صمودنا، فإنه بصمودنا وتصمد فعالياتنا الانتفاضية المقاومة والحفاظ على جبهتنا الداخلية وصون وحدتنا الوطنية والتفافنا حول قيادتنا الوطنية وتنفيذ قراراتها وتوجهاتها وبتلاحمنا مع أبنائنا وأخواننا في قوى الأمن العام الفلسطيني بكافة أجهزتهم ودعيم ومساندتهم والشد من أزرهم تكتمل تلك اللوحة الرائعة التي رسمتها جماهير شعبنا بالدم والتضحيات والدموع لتستقبل فجر الحرية الذي بزغ .

قدرنا كفلسطينيين أن نذود عن ترابنا ومقدساتنا بشلال من الدم ... وكل نقطة دم نزفت على ترابنا الحبيب ستنبت حنونة حمراء تصرخ في وجه الصهاينة ها هنا نحن باقون وعن أرضنا ومقدساتنا نحن مدافعون وقدامهم دمنا يهون.

شهداء نا الأبرار .. جرحانا البواسل لكم المجد .. لكم الخلود وللفلسطين الحرة المستقلة البقاء.

\*\*\*\*\*\*



بسم الله الرحمن الرحيم
﴿ ... لَهُ الأَدَاءَ وَالنَّهُ زِينِ الْفَوْمُ بِالحِيِّ ﴾

هيئة الاذاعة والتلفزيون الفلسطيني
Palestinian Broadcasting Corporation

اللواء غازي الجبالي حفظ
الله ،،
مدير عام الشرطة الفلسطينية
تحية وبعد ،،،

نثمن لكم لفتتكم الكريمة حول الدور الذي قامت به هيئة الإذاعة والتلفزيون الفلسطينية وذلك عبر توجيهكم رسالة بهذا الخصوص للأخ هشام مكي رئيس الهيئة ورئيس قناة فلسطين الفضائية.

إننا إذ نقدر لكم حرصكم الوطني هذا لنؤكد لكم قيامنا بواجبنا المنوط بنا في طريقنا إلى تجسيد إقامة دولتنا المستقلة وعاصمتها القدس الشريف بقيادة رمز نضـالنا وقائدنا الأخ الرئيس أبو عمار حفظه الله.

مع الود والتقدير والاحترام

رضوان أبو عياش
وكيل وزارة الاعلام
رئيس هيئة الاذاعة والتلفزيون
الفلسطينية

مجلة الشرطة – اكتوبر 2000 – العدد 37 – صفحة 30