

PLAINTIFF'S
EXHIBIT
966



Humat Al-Areen

| Published by the Al-Areen Institute for Studies, Research, and the Arts | Slogan: Al-Areen Institute for Studies, Research, and the Arts | Documentation – Politics – Culture |
|---|---|---|

Issues 75-76 of 2000

Ah... A thousand ahs!! Oh Jerusalem, oh my city... Oh Jerusalem, my dear?!

(Cairo – Extraordinary Arab Summit, Rajab 1425 AH – October 2000 AD)

The dawn is coming!
And victory is coming!

Image
- The concluding statement of the Al-Aqsa Arab Summit
- Series of the Al-Aqsa Pledge and the New Intifada
- Arab echoes... Regional and international echoes...
- Processions of Martyrs...

[SHATSKY-006966] [P 1: 3012] Gilmore 00277T

Special Edition – On the occasion of the Al-Aqsa Pledge Intifada

| Humat Al-Areen<br>Documentation – Politics - Culture<br>Published by the Al-Areen Institute for<br>Studies, Research, and the Arts<br>Issues 75+76 – October 2000<br>Gaza Port – Omar Mukhtar Street –<br>Telefax 2825009 | | Editor-in-Chief<br>and General Supervisor<br>Colonel Fakhri Abu Al-Fawakhir<br>Director General of Political<br>Guidance<br>and General Inspection<br>for Presidential Security Force<br>17 |
|---|---|---|
| **Contents** | Page | Advisory Board<br>– Dr. Nazmi Barakeh<br>– Dr. Kamel Abu Duff<br>– Legal Advisor: Hashem<br>Al-Loulou<br>– Legal Advisor: Naim Barakat |
| Contents | 1 | |
| Letter from Al-Areen | 2-3 | |
| Editorial | 4-6 | |
| The Political Position | 7-8 | Editorial Director<br>Fr. Manuel Musallam<br>General Secretary<br>Sheikh Husni Ziyara |
| News of the Presidency | 9-25 | |
| The Hammam Al-Shatt Massacre | 26-27 | Editorial Staff<br>* A. Al-Mashlah<br>* Z. Afaneh<br>* M. Afaneh<br>* S. Al-Halabi |
| Processions of Martyrs with Pictures and Names | 28-33 | |
| The Blessed Al-Aqsa Intifada | 34-47 | |
| Sharm El-Sheikh Summit | 48-51 | Typesetting and Computer<br>Ziyad Saleh<br>Layout: Alaa Hassouneh<br>Follow-up: Al-Aff Al-Minawi |
| The Extraordinary Arab Summit | 52-59 | |
| This Edition's Break | 60 | |
| In Hezbollah's Grip | 61 | |
| Israeli Affairs | 62 | |
| General Barak, what changed today? | 63 | |
| Look at the Tyranny | 64-66 | |
| Reactions to the Intifada | 67-75 | |
| Activities of Presidential Security Force 17 | 76-96 | |
| Field Notes | 97-98 | |
| Lights... and Beacons | 99-101 | |
| Literature and Culture | 102-109 | |
| Areas and Prospects in Psychology | 110-111 | |

| Historical Documents of Palestine | 112-116 | |
|---|---|---|
| Diplomatic Work | 117-120 | |
| Call | 121 | |
| On the Vastness of Faith | 122-123 | |
| Until we meet again | 124 | |
| This Edition's Words of Wisdom<br>This smoke is more than you can handle! It is but the consequence of the Holocaust,<br>So take from the mill, be it sand or fog.<br>Now how do you see your land?<br>As you get closer?! | | |

All remaining topics in the next issue

[SHATSKY-006967] [P 1: 3013]
Gilmore 00278T

**The Blessed Al-Aqsa Intifada**

**Intifada of the Arab World... to Islamic Arabism... and Christian Arabism**

- **Palestine with its children, young men, old men, and women, and with its every stone to aid its Al-Aqsa.**
- **Sharon the Terrorist's visit to the Al-Aqsa Mosque lit fires under Zionists' feet.**
- **The Israeli Army is expert at using its lethal weapons – from tanks to missile-equipped airplanes – to deliver the greatest human and material losses to our people.**
- **Hundreds of martyrs and thousands of wounded are the initial outcome of the Sanctuary [TN: i.e. Al-Aqsa] Intifada.**
- **The Palestinian flag flutters above the dome of the Al-Aqsa Mosque for the first time since 1967.**
- **Our people within the Green Line are rising up along with their brothers in the northern and southern governorates of the nation.**
- **Subsequent to the Sanctuary [i.e. Al-Aqsa] Intifada, Palestine remains a hand blocking the punch... Who will prevail?**



شارون محاطا بالحرس خلال محاولته دخول الحرم.

(Sharon surrounded by guards during his attempt to enter the Sanctuary)

Here in our land and in another time, time paused and history stopped to rest its load and cast its shadow on the spot which has remained, since time immemorial, a center of conflict for generations. It (Jerusalem) is the city of prophets and Muslims' first Qibla, and time has stopped it over and again. One such time was the immortal day when Salah Al-Din Al-Ayyoubi liberated it in 1187. And we ourselves have lived through the most recent time: the day the terrorist who committed the most heinous crime against our people (Sabra and Shatila), the terrorist Ariel Sharon, visited the courtyard of the Al-Aqsa Mosque, not knowing or scandalously ignorant of what Jerusalem represents to Muslim, Arab, and, in particular, Palestinian hearts. Thus he sparked the war that Israel wanted at a time when we wanted peace, thus revealing an underground flame that is inexhaustible and constantly renews itself whenever it is lit. Israel has received a lesson written by us in blood and in our brothers' and sisters' body parts and blood: it is that Jerusalem is a red line that cannot be dismissed. It is like a volcano about to erupt at any moment, and this indeed was what came about in recent days when Palestinians – young and old, children and men – established without a doubt that the entire world can be reduced to nothingness for the dignity of our holy places and the holiness of our land. Jerusalem is entrusted to us and we bear it around our necks – we will remain until Judgment Day, guarding and defending it and its Islamic and Christian holy places. For this reason the land of Palestine has sought to raise a voice from all sides, a voice made of the blood of hundreds of martyrs and the thousands who were wounded as a natural reaction to the attempt of the terrorist Sharon to sully the Mosque and Judaize its Arabness. This voice says: "Truth is written in my blood, in a name that my mouth repeats: Jerusalem, I am here to defend you so you may live in peace. Conscript my young, defeat my old, cast stones and terrify the enemy, the criminal."

Those who are on the soil of my blood-soaked country have written and we too shall write. From where shall we start and where shall we go?

- Palestine – Jerusalem, the Capital – October 28 – September 2000 [sic]:
- The Al-Aqsa Mosque is desecrated amidst Islamic, Arab, and international indifference.
- Palestinian youth come from all directions to thwart the attempt to desecrate Al-Aqsa.

In a step that was considered to be a blatant challenge to the feelings of Muslims, Arabs, and Palestinians, wherever they may be, and in an attempt to Judaize the Holy City, convert Muslims' first Qibla to a Jewish temple and synagogue, and annul the national and cultural rights of the Palestinian people, Ariel Sharon the Terrorist,

Humat Al-Areen 34

[SHATSKY-006968] [P 1: 3014] Gilmore 00279T

leader of the Likud Party, visited the Al-Aqsa Mosque with the blessing of the Ehud Barak government, which crammed the Sanctuary's courtyard with more than three thousand Zionist soldiers under cover of Israeli helicopters. However, these forces were not able to resist the crowds of our Palestinian people, who came from all over to defend our Islamic holy places. Sharon the Terrorist was unable to climb even one of the Sanctuary's steps, or desecrate any of the three mosques. He faced heavy resistance from citizens who threw stones, shoes, trash, and pieces of metal at him amid shouts of "*Allahu akbar*" [God is great], "with soul, with blood, we sacrifice for you, Al-Aqsa", and "Sharon, get out". The course of events started around seven-thirty in the morning when Sharon arrived accompanied by a number of Likud members of the Knesset – among them the mayor of West Jerusalem. Passing through the Moroccans' Gate to the blessed Al-Aqsa Mosque, he passed between two long lines formed of approximately one thousand Israeli soldiers and police officers who created an umbrella for him with their weapons, making it impossible to so much as see him. Upon entering the Mosque's courtyard, cries of "*Allahu akbar*" were heard in the air above the city but Sharon still tried to enter the building of the blessed Al-Aqsa Mosque. Because Palestinians' bodies formed a bulwark in front of the terrorist Sharon, he was not able to desecrate the Marwani *Musalla* [open area for prayer]. The terrorist's visit did not last more than thirty minutes until he left, dragging his tail behind him in disappointment and shame, giving the signal to begin yet another massacre against our Palestinian people.



- Palestine – Jerusalem, the Capital – October 29 – September 2000:

- "Red Friday," another massacre committed by Israel against people praying at the Al-Aqsa Mosque:

In light of the utter failure of Sharon's visit and its goals, the next day Israeli forces formulated a comprehensive military plan to retaliate against our people who had prevented the visit from being completed with their own bodies, forming human chains to keep Sharon from entering the three mosques of Al-Aqsa. On Friday, Israeli occupation forces entered the area of the Moroccans' Gate with large numbers of special forces. These forces intentionally provoked those praying by simultaneously entering the area via a number of the Mosque's entrances and opening fire on them, killing and wounding them in a scene reminiscent of the events of the Al-Aqsa Massacre committed on October 8th, 1990. The fact that this day – in which all available evidence indicates that more than three thousand Zionist soldiers crowded together in the Mosque's courtyards – was just one day after Sharon's provocative visit to the Mosque indicates that the massacre was arranged by Zionists. In mere moments, the Mosque's courtyard was transformed into a war zone in which Israeli occupation forces used live and rubber bullets, an Israeli police helicopter hovered in the sky over the holy Mosque, and Israeli snipers took their positions on top of the wall overlooking the Al-Aqsa Mosque and on top of the Al-Sharaf neighborhood which Jews call the Jewish Quarter. For more than an hour, as the number of martyrs and wounded continued to increase, the brutal occupation forces intentionally prevented ambulances from reaching the Mosque to take away the wounded. Calls were made through the Mosque's minarets asking for help in taking away the injured and offering help to them. As soon as the confrontation broke out within the Al-Aqsa Mosque courtyard, it spread like wildfire, especially in the area of Abu Dis, Damascus Gate, Sultan Suleiman Street, and all regions of the country north and south. The most violent confrontations took place on the Mount of Olives in Jerusalem, when occupation forces tried to enter the Augusta Victoria and Al-Maqasid Hospitals in a provocative, unjustifiable step. They were resisted by young Palestinians who were martyred and wounded by Israeli forces' randomly-fired bullets. In total, there were 6 martyrs and more than 300 wounded in the first day of the Sanctuary [i.e. Al-Aqsa] Intifada (Red Friday).

The martyrs were:

- Martyr Bilal Ali Khalifeh Afaneh, 29, from Abu Dis, [killed by] a bullet to the chest. He was married and had a daughter who turned one year old the day he was martyred.

- Martyr Muhammad Hussein Farah, from Umm Al-Fahm within the Green Line.
- Martyr Yahya Hassan Faraj, 17, from Beit Safafa.
- Martyr Osama Muhammad Adam Jeddo, 23, from the Old City of Jerusalem, [killed by] a hollow-point bullet to the chest, which tore his liver and ruptured a major vein.
- Martyr Haytham Orayda Eskafi, 45, from the Al-Thawri neighborhood of Jerusalem, [killed by] a bullet to the head. He was married and the father of 3 sons and 2 daughters.
- Martyr Nizar Ibrahim Al-Shuwayki, 19, from Silwan, [killed by] a bullet to the right ear. The martyr had a brother who was also martyred in the Intifada.

Humat Al-Areen 35

[SHATSKY-006969] [P 1: 3015] Gilmore 00280T



حشود المواطنين تواجه قوات الاحتلال المتمركزة في ساحات الحرم القدسي

(Crowds of citizens confronting the occupation forces
congregating in the courtyards of the Sanctuary in Jerusalem
[i.e. the Temple Mount].

- Faced with the brutality and massive size of the deliberate
  Israeli massacre, the Palestinian leadership has put
  responsibility for the terrible crime squarely on Israel. It has
  announced a general strike and mourning on July 30, to last
  one day. The strike will extend to all corners of the country
  and will allow our people to honor the struggle of the
  Al-Aqsa martyrs, visit the wounded in the hospitals, and
  extend condolences to the families of the heroic martyrs.

The leadership's statement reads as follows:

> "The Palestinian leadership, as it announces Saturday to
> be a national day of mourning and general strike to
> express anger at the Israeli crime, affirms that the
> Palestinian people will not give up one bit of soil from the
> Holy City of Jerusalem and will not countenance Israeli acts
> of aggression and attempts to impose Israeli occupation
> on the Holy City of Jerusalem, the Sanctuary in Jerusalem,
> and all holy Christian and Islamic sites in the Holy City of
> Jerusalem. All of our fearless Palestinian people throughout
> the country have heeded this call to transform the general
> strike and day of mourning that the leadership has called
> for into a day of confrontations and violent clashes
> extending to all governorates of the country north and
> south and within the Green Line. More are martyred and
> wounded: the number of martyrs of the Al-Aqsa Intifada

has risen to 13 and the number of wounded has risen to more than 600."

The martyrs and wounded in the country's governorates on July 30th, 2000, were distributed in the following way:

- Nablus Governorate – 5 martyrs, more than 100 wounded, and 16 in critical condition. The martyrs were:
- Martyr Khalid Al-Bazyan, 16.
- Martyr Mahmoud Hani Anbara, 24, from Al-Ruwayshid in Jordan. He had recently come to visit his relatives in Palestine.
- Martyr Zakariya Al-Kilani, 22, from the village of Siris, a student at An-Najah National University.
- Martyr Muhammad Al-Qalaq, 21, from Tulkarem, a member of the Navy.
- Martyr Amjad Masaeed, 22, from Tubas, first assistant in the Navy.
- In the Governorate of Ramallah and Al-Bireh, one person was martyred, more than 60 were wounded, and 3 are in critical condition. The martyr was Nizar Mahmoud Eideh.
- The southern governorates and Gaza saw 4 martyrs and around 100 wounded.
- The martyrs were:
- Martyr Bassam Al-Balbisi, 45, from the neighborhood of Shuja'iyya. He was an ambulance driver and was martyred while attending to the martyr Muhammad Jamal Al-Durrah.
- Martyr Muhammad Jamal Al-Durrah, 12, was martyred in sight and within earshot of the world as the media broadcast the details of his execution.
- Martyr Muhammad Nabeel Al-Atlah, 25, [killed by] a shot to the head, resulting in severe brain laceration.
- Martyr Maher Rajab Obayd, 22, [killed by] a hollow-point bullet to the lumbar artery – from Jabalia [refugee] camp.
- In Hebron Governorate there were more than 153 wounded and 3 cases of clinical death.
- In Bethlehem Governorate, the cradle of Jesus Christ, 88 were wounded.
- In Tulkarem Governorate, more than 100 were wounded.
- In the capital of Jerusalem, 40 were wounded.
- The following passed away:
- Martyr Emad Asheh
- Martyr Muhammad Jihad Abdulrazzaq

Meanwhile, the Palestinian leadership has met continuously with multiple emergency meetings having been held under the presidency of his Eminence the Iconic Leader, Abu Ammar. The leadership has demanded that the United Nations form an international investigative commission to identify and condemn the person or persons responsible for the massacre at Al-Aqsa Mosque and the Noble Sanctuary and to work to end this bloody and blatant aggression against the Palestinian people and its land and holy places.

The leadership has expressed the following in its statement:

> "The Palestinian leadership – which is proud of its great people who are filled with national pride and determination to obtain their rights – calls for anyone concerned with the peace process to demand that the Israeli government stop the bloodbath; put an end to the blatant acts of aggression which Israeli forces are committing against the Al-Aqsa Mosque, the Noble Sanctuary, and against our people; to immediately remove their forces from the entrances and gates of the Noble Sanctuary; and for Israeli forces to immediately withdraw from the entrances to Palestinian cities, and to stop firing on defenseless civilians and on a people which is expressing its legitimate right of self-defense of its holy places and land."

- Palestine, the first Sunday of October 2000:
- A mass strike and public mourning shall extend to all governorates of the country and within the Green Line.
- Deployment of dozens of Israeli armored vehicles at the entrances to Palestinian cities.
- Israeli forces use rockets and helicopters in response to our brave heroes' stones.

Humat Al-Areen 36

[SHATSKY-006970] [P 1: 3016] Gilmore 00281T



لئلك المسافير سلزه . ناي ناب قلت ؟
(The little angel Sara. Have you no shame?!)

- 10 martyrs and more than 300 [wounded] in Palestinian lands, 7 of whom are in critical condition.

The battle between existence and non-existence has continued, and martyrs have continued falling one after another. Confrontations within the Green Line, where our people are stationed on their land which was occupied in 1948, have continued. Omar Muhammad Ahmed Jabareen, 23, was martyred after being shot directly in the head.

Meanwhile, 50 others were wounded during confrontations which took place in all Arab cities and villages within the Green Line. Demonstrators raised Palestinian flags, black flags, and banners condemning the acts of repression carried out by Israeli forces in the West Bank and Gaza.

- In the country's governorates north and south, the following passed away:
- Nablus Governorate Martyr Jihad Mahmoud Al-Aloul, 23, shot in the head.

Martyr Iyad Muhammad Al-Khashashi, 17, shot in the chest.
Martyr Mustapha Hulmi Muhammad Ramadan, 26, shot in the neck.

Martyr Husam Naeem Bakheeb, 19, shot in the head.
Martyr Samer Tabanja, 10, shot by sniper fire from a helicopter.
Martyr Sara Abdulazeem Hassan, 2, shot to death in the head when settlers fired on her father's car.

- The Governorate of Ramallah and Al-Bireh – 3 martyrs, around 50 wounded, and 5 in critical condition after confrontations. The martyrs were:

Martyr Muhammad Nabeel Ali Daoud, 16, shot in the head.
Martyr Emad Abdulrahman Anati, 24, shot in the head.
Martyr, Salah Faqih, 25, from the town of Qatana, shot in the head.

- In the southern governorates:

Israeli forces fired dozens of rockets, most of which fell on houses and streets near Salah Al-Din Gate in Rafah. Meanwhile, Israeli forces entrenched at the military post at the Al-Shuhada junction leading to the settlement of Netzarim fired more than 40 LAU-type rockets on nearby Palestinian houses and on a nearby National Security post, permanently destroying a military liaison post.

- At the Al-Shuhada junction, one young man was martyred and more than 100 others were wounded. The martyr was Sami Fathi Al-Taramsi, 17, from the neighborhood of Sheikh Radwan. He was hit by 7 bullets in the upper part of his body and was the target of a LAU rocket fired from a helicopter, a fragment of which entered his body and tore up his abdomen and chest.

In solidarity with their brothers and Palestinian countrymen, all Arab villages and cities within the Green Line have witnessed a complete general strike in which unified marches and demonstrations have been organized in each Arab village and city in protest of the massacre committed against our people. More than thirty demonstrations were held in Galilee, the Triangle, Nazareth, and the cities of Al-Battouf and its towns of Sakhneen, Arraba, Deir Hana, Tamra, Kaboul, Al-Rina, Kafr Kana, as well as a number of towns in the Triangle such as Umm Al-Fahm, Kafr Qara, Al-Tayibe, Tira, Baqa Al-Gharbiyye, and others.

- Events of the Sanctuary [i.e. Al-Aqsa] Intifada in the country's governorates on October 2, 2000:

Our people within the Green Line gave up eight martyrs as a sacrifice for Palestine the motherland. Our people within the Green Line continued to announce their rejection of the heinous crime committed by the Israeli occupation against our people in the West Bank and Gaza Strip because what brings us together is greater than lines and borders. The Palestinian masses arose in the 1948 Occupied Territories and shattered Israeli claims and titles to announce that no green lines will divide us from Palestine – Land, Identity, and Human Being. Thus the volcano was lit in Nazareth, Umm Al-Fahm, Sakhneen, Arraba, Al-Battouf, Haifa, Acre, Jaffa, and thirty villages and cities which are Arab in origin and in their residents, Palestinian in their blood and in their existence. 8 martyrs joined the ranks of heroism and sacrifice.

Humat Al-Areen 37

[SHATSKY-006971] [P 1: 3017]
Gilmore 00282T

| Our Selection For You | This Edition's Break | Our Selection For You |
|---|---|---|
| | A boy screams? | By: Editorial Secretary |

I strike with stones against lethal weapons, and you ask me who I am??



I am the one who suffers hunger and whose nerves rip him apart with the siege above me, to my right, and to my left. I have no right even to a piece of cotton or bandage except after we hold symposia and discussions. I'm in the heights overlooking life, impatiently on the lookout, and maybe in the action of unanimously raising right hands to denounce the severe agreement in exchange for life.

• And you ask me who I am?

I am the one whose voice has become hoarse filling files with complaints for the sake of my land, my country, my heritage, my ancestors, and my burial grounds. I have carefully put my files on the shelves of neglect, regretting that they did not believe. They gave me time while great power heeded my call and hurried to my aid. A barrage of bullets of all kinds rained

down: live, hollow, metal, rubber, 500, 250, 700... They are things and terms which are outwardly one thing and inwardly quite another. At their most basic, they are internationally forbidden. They tear up your nerves, cut your veins open, and explode within your body. After discovering them, we found that they are internationally forbidden, not permitted against us while forbidden against others, and it is not the issue whether one of us is killed, or a few of us, dozens of us, or even hundreds or thousands of us. The issue is that each one of them, not the thousands or millions, [has rights that are] not to be violated. We will say to them even if the whole world stands and denounces them, even then, we will still say, "my mother, my sister, my brother, the baby, and the old man were martyred. This happened and all the residents of the Earth stood by, silent as the Sphinx."

And you ask me who I am??

Yes, you slaughtered my mother, my most beloved, in front of my eyes, my beloved brother, and my child, blood of my blood, and all in broad daylight, and yet what do screaming and wailing get you? Does this brutality have any equal?

And you ask me who I am??

I am the one who carried the stone on my way to school, on my way to the mosque, and on my way to the·market to buy a few things for my children and for my brothers and sisters. Is it a return to the *Jahiliyya* [age of ignorance] or the Age of Civilization?

And you ask me who I am??

I still wonder when my father will return – be it alive and well, among the martyrs, or in a hospital. World, do I not have the right to feel his embrace? Oh civilized people, oh humanity, why do you make this patch of land – which God has blessed with Islam, the Prophet of Guidance, peace be upon him, and the Prophet Christ, peace be upon him – [a place·where] we are killed, slaughtered, and driven away, and where we as Islam are made into the enemies of peace, while Islam and the Bible call for peace?

To all those with hidden hands in the peace process:

I am attacked with rockets and internationally forbidden weapons – is it because I am Muslim, Catholic, or Protestant, or is it because I am a Palestinian demanding my own country, my own land, my own heritage, and my ancestors' grave, and I am the first to pick up a pen?

What right do you have to assassinate the smile on my lips? What right do you have to take away my innocence or to kill my

mother and imprison my brother and sister, and on what grounds? Oh rulers of the world, by God, take into account how weak I am as you send your reckless Barak-ian orders to light the fuse of war which will burn everything and everyone. I am just a small, innocent child, and know, oh rulers of the world, that if I am injured, killed, or torn to pieces that I am a martyr, so even when my blood flows I will rejoice because I receive the one who is far greater than you, and all gardens and bliss.

If you want me to stop carrying the stone:

Leave my holy places alone and give me back my dignity and my precious country, which is not available to be bought and sold. Give me back my historic stones and the graves of my ancestors, for I will not haggle over them: they are my beliefs and my family, and they are a part of me. I am all the same just a small, innocent child.

I say that the greatest sign of a challenge is to smile with tears in my eyes.

Humat Al-Areen 60

[SHATSKY-006972/SHATSKY-007711] [P 1: 3018] Gilmore
00287T

General Barak... What changed today?

- Barak, war general... did not distinguish between the war of glasses... and the field of war... and politics has its leaders!
- If you want to make peace, your signature is not yet inked onto the agreements.
- You've thrown on the wall all treaties, agreements, and international law!

Stones of the earth... are stronger than tanks, rockets, and airplanes!

We will defend our land with our blood "When thou threwest (a handful of dust) it was not thy act, but Allah's."

- What has changed?! * Or been replaced!
- Barak, bless you! You started it with a shot of mercy on the martyr Dalal Mughrabi.



(General Barak, what has changed today?)

As an extension of the martyrdom of the three leaders in Beirut (the two Kamals – Kamal Adwan, Kamal Nasir, and Abu Youssef Al-Najjar) extending all the way... to the martyr Muhammad Al-Durrah... in the rain of bullets, what is left of the spring of peace?!

Nothing remains in this spring of peace which Israel considered to be an effective part of the road to realizing peace. To the contrary, [Israel's] military leaders (and this has been proved by our Intifada of the Noble Sanctuary), are continuing to abort the peace process and to pull it up from its roots. We have learned from informed sources that the Prime Minister, Defense Minister Ehud Barak issued orders to the Israeli Army Joint Chief of Staff to intensify the operations that special "Arabist" forces under the occupation army are carrying out in the West Bank and Gaza, with the goal of putting an end to the Al-Aqsa Intifada.

The Israeli Army Joint Chief of Staff left it up to the leadership of the central region of the Israeli Army to determine the field operations to be carried out by special forces in order to realize this goal, and the leader of the central region of the army, General Yitzhak Eitan, leans towards issuing orders to the Arabist unit – called "Duvdevan" – to execute operations within the Palestinian National Authority's region A.

These sources stated that the operations that General Eitan wishes to carry out include:

- Issuing orders to Duvdevan elements to carry out widespread kidnapping operations within the West Bank and Gaza.
- Liquidation of field commanders and actors who Israel claims are candidates to contribute in the preparation, supervision, and execution of martyrdom operations, be they from Fatah, Hamas, or Islamic Jihad.
- The re-occupation of large areas of Palestinian lands currently under Palestinian control, in the event that the peace process fails, according to a secret Israeli Army plan known under the code name "Field of Thorns," in which Israel seeks not to occupy the territories permanently but to use them as a "bargaining chip" during the peace negotiations to come.

In conclusion neither the blood of children, the remains of their bodies, the ink of agreements, nor commitments and promises will stop Barak from continuing with his plan, which seeks to put an end to the peace process in its entirety in order to preserve his political future in Israel. This is due to his belief that this blood, these acts of violence, and Israeli bombing of innocent people's houses will prevent the curtain from closing on his political future.

Humat Al-Areen 63

[SHATSKY-006973] [P 1: 3019]
Gilmore 00284T

Calls... Pleas for help... And screams?!

- Oh Muslims in the corners of the world, the first Qibla and Third after the Two Holy Mosques... the Cradle of Islam and of Guidance, the *Masra* [starting point of Muhammad's night journey, i.e. Jerusalem] of Allah's Messenger is calling you; heed the call!
- Jerusalem, the first Qibla and your first Kaaba – rescue it before it becomes another Andalus!
- Oh Arab world, one Arab poet calls to you saying:

Waken... and rise... oh Arabs...                    For you are already up to your knees

Decision will come by unifying the Arab dialogue, Arab goals, and Arab ranks!

- Oh Christian world:
- Christ was born in Bethlehem in Palestine! And he grew up in Nazareth in Palestine!

So come to the aid of the cradle of Jesus Christ... and rescue the Church of the Holy Sepulcher!

- Let the call to prayer rise roaring to the sky and let the bells of resurrection clang above!



Humat Al-Areen 67

[SHATSKY-006974] [P 1: 3020]
Gilmore 00285T



Indeed, we offered the Trust to the heavens and the earth and the mountains, and they declined to bear it and feared it; but man [undertook to] bear it. Indeed, he was unjust and ignorant. God Almighty has spoken the truth.

A pack camel... the burden is heavy... the responsibility is heavier!!

A gift from Humat Al-Areen

[SHATSKY-006975] [P 1: 3021] Gilmore 00286T

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>                       Plaintiffs, <br><br>     vs. <br><br> THE PALESTINE LIBERATION <br> ORGANIZATION, *et al.*, <br><br>                   Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF TIMOTHY FRIESE

Timothy Friese hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3012-3021.

2.  I am a professional translator with a Bachelor of Arts in Linguistics from the University of Chicago and a Masters of Arts in Teaching Arabic as a Foreign Language form the University of Michigan. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 3012-3021.

Dated: March 24, 2014

                                                 TIMOTHY FRIESE



P 1: 3012



عدد خـاص – بمناسبة انـتفاضـة بيعـة الأقصـى

**مجلة حماة العرين**

وثائقيـة – سياسيـة – ثقافيـة

تصدر عن مؤسسة العرين للدراسات والأبحاث والفنون

العدد 75 – 76    اكتوبر 2000م

غزة المينـاء – شارع عمر المختار – تليفاكس 2825009

رئيس التحرير
والمشرف العام
العقيد / فخري أبوالقوادر
مدير عام التقويت السياسي
والتخفيف العام
لقوات أمن الرئاسة الـ...

الهيئة الاستشارية
د. نظمي بركــة
د. كامل أبو دف
مستشار قانوني : هاشم اللولو
مستشار قانوني : لعيم بركات

مدير التحرير
الأب/ مانويل مسلم
السكرتير العام
الشيخ/ حسني زيارة

أسرة التحرير
- أ. المشــلم
- د. عطـالـــة
- م. عطـالـــة
- س. الحلبــي

الصف والكمبيوتر
زيـاد صالح
التصميم : علاء حسسونة
المتابعة : العف – المينـاوي

| | رقم الصفحة |
|---|---|
| الفهرس | 1 |
| رسالة القرن | 3 – 2 |
| افتتاحية | 6 – 4 |
| أطياف ضبابية | 8 – 7 |
| القبر الرئاسة | 25 – 9 |
| معززة خدم فقط | 27 – 26 |
| تهزهزها للشهداء والصورة والاسم | 33 – 28 |
| انتفاضة الأقصى المباركة | 47 – 34 |
| اجتماع قمة شرم الشيخ | 51 – 48 |
| ارتفاع القمة العربية الغير عادي | 59 – 52 |
| يشترط لغة | 60 |
| أبو فاطمة " حزب الله " | 61 |
| تكوين سرطانية | 62 |
| القبرق بارك " ما الذي كاين اليوم | 63 |
| شاهد على الطغيان | 66 – 64 |
| رؤية لحلل انتفاضة | 75 – 67 |
| تعليقات أمن الرئاسة الـ17لـ | 96 – 76 |
| قلم هنيفين | 98 – 97 |
| الشرع ... ومنازك | 101 – 99 |
| الطب وثقافة | 109 – 102 |
| تهاون وأفاق في علم النفس | 111 – 110 |
| أرياق تربوية للسكين | 116 – 112 |
| قصص فلبرناسي | 120 – 117 |
| قصائد | 121 |
| أي زعزية الإيمان | 123 – 122 |
| جزء لفظر | 124 |

حكمة العدد

...الدتار مذبحو مل . سدسه .. !. لدمر سوي خلصه الصدوانة
دمن .. من البلادوى وحلة او نصائما ! والكان محبك شوى اوسحد .. "
خلطا ودد امولااما ...!؟؟

جميع المواضيع المتبقية في " العدد القادم "

## انتفاضة الأقصى المبارك

### انتفاضة العالم العربي ... للعروبة الاسلامية ...والعروبة المسيحية



شارون محاطا بالحراس خلال محاولته دخول الحرم.

هنا على قضنا وفي زمن غير زمننا توقف الزمن واستوقف التاريخ لنفسه لبلقي بثله وظلاله على بقعة فلت منذ الازل مركزاً لصراع الأجيال اليها ( القدس ) مدينة الانبياء وقبلة المسلمين الاولى التي توقف عندها الزمن مراراً وتكراراً احداثا صادفت هذا الايام يوم حررها القائد صلاح الدين الايوبي في العام 1187 ولقراها عايشناها ايضاً هذه الايام يوم قام الارهابي مرتكب ابشع الجرائم بحق ابناء شعبنا ( صبرا وشاتيلا )الارهابي اريليل شارون بزيارة إلى باحة المسجد الاقصى على غير علم منه او

حماة العرين 34

P 1: 3014



من أبناء شعبنا الذين حاولوا دون إتمام الزيارة
بإجبارهم التي صنعوا منها سلاسل بشرية
حالت دون إقتحام شارون لمسجد الأقصى
الثالثة ففي يوم الجمعة دفعت قوات الاحتلال
الاسرائيلي بأعداد كبيرة من قواتها الخاصة
إلى منطقة باب المغاربة حيث خاصت هذه
القوات باستقرار المعلين وبالدخول بشكل
مريح من خلال عدد من مداخل المسجد في
وقت واحد لتفتح النار على المعلين وتربهم
بين قتيل وجريح في مشهد أعاد إلى الأذهان
وقائع مجزرة الأقصى التي أرتكبت في الثامن
من أكتوبر للعام 90 وليوم كنت كل الدلائل
خاصة هذا التواجد المكثف الذي لكي الثلاثة
آلاف جندي صهيوني تواجدوا في باحات
المسجد بعد يوم واحد من الزيارة الاستفزازية
التي قام بها شارون للمسجد تشير إلى ان
المجزرة كان مدبراً لها من قبل الصهاينة وما
هي الا لحظات حتى تحولت باحة المسجد
الأقصى الى ساحة حرب استخدمت فيها قوات
الاحتلال الاسرائيلي الرصاص الحي والمطاطي فيما كانت طائرة مروحية تابعة
للشرطة الاسرائيلية تحوم في سماء المسجد الشريف، والقناصة الاسرائيليون
تخذوا مواقع لهم فوق الجدار المطل على المسجد الأقصى وفوق بنايات أبي حي
الشرف الذي يسكنه اليهود الحي اليهودي وفي وقت كان يزداد فيه عدد الشهداء
والجرحى منعت قوات الاحتلال الفاشي وبشكل متعمد لمدة تزيد على الساعة
سيارات الاسعاف من الوصول الى المسجد لاخلاء الجرحى فكظلت الدعوات عبر
مآذن المسجد للمساعدة في اخلاء الجرحى وتقديم المساعدة لهم وفور اندلاع
المواجهات دلق باحة المسجد الأقصى انتشرت هذه المواجهات لتطال أبي الهشيم
خاصة في منطقة أبو ديس وباب العامود وشارع السلطان مسلمان ووكالة
محافظات الوطن الشمالية والجنوبية وكان أعنف المواجهات قد دارت في منطقة
جبل الزيتون بالقدس حينما حاولت قوات الاحتلال اقتحام مستشفى المطلع
ومستشفى المقاصد في خطوة استفزازية غير مبررة فقابلهم الشباب الفلسطينيون
ليطل عنهم الشهيد والجريح برصاص القوات الاسرائيلية التي فتحت النار عليهم
بشكل عشوائي وبلغت حصيلة شهداء وجرحى اليوم الاول لانتفاضة الحرم
( الجمعة الحمراء ) 6 شهداء وأكثر من 300 جريح

### والشهداء هم :

• الشهيد بلال علي خليقة عثكلة 29 عام من سكان أبو ديس رصاصة
في الصدر والشهيد ماتروج ولة طفلة عمرها سنة واحدة منقطعت لكبرى
فيلادها يوم استشهاده :

• الشهيد محمد حنيين فراج من سكان أم للقيم والكل الخط الاخضر
• الشهيد يحيى حسن أرج 17 عام من سكان بيت حنينا :
• الشهيد أسامة محمد أدم وجده 23 عام من سكان العبل القديمة
رصاصة دمدم في الصدر منا أدى إلى تفتيت الكبد وتعرق قبلة رأسه :

• الشهيد هيثم جوبضة منياتكي 45 عام من سكان الحي الغربي بالقدس
رصاصة بالرأس ماتروج ولة أر3 أولاد وبنتان :
• الشهيد نزار ابراهيم الشويكي 19 عام من سكان رصاصة بالرأس من
جهة اليمنى للشهيد أم الستجة في الانتفاضة :

حماة المرين 35

زعم حزب الليكود بزيارة السي باحة المسجد الأقصى وسط مباركة من
حكومة أيهود باراك التي زجت بما يفوق الثلاثة الاف جندي صهيوني
تحت تغطية جوية من الطائرات المروحية الاسرائيلية إلى باحة الحرم حيث
لم تمتلع هذه القوات أن تتصدى لجماهير شعبنا الفلسطيني التي هبت من
كل حدب وصوب للدفاع عن مقدساتها الاسلامية حيث لم يتمكن الارهابي
شارون من تغطي درجة واحدة من درجات الحرم ولم يستطع تدنيس أي
من المسلمد الثلاثة ولواجه مقاومة شديدة من المواطنين الذين قذفوه
بالحجارة والأحذية والتناليك والقطع الحديدية وسط صيحات الله اكبر
وبالروح بالدم نفديك يا أقصى وبما شارون اطلع يرة ، وكانت الاحداث بدأت
قراءة الساعة السابعة والنصف صباحاً حينما وصل شارون ويرافقته عدد
من اعضاء الكنيست الليكوديين بينهم رئيس بلدية القدس الغربية عبر باب
المغاربة الى المسجد الأقصى المبارك حيث من بين سبعين طويلين قيادهما
قرابة الف جندي وشرطي اسرائيلي الذين شكلوا بأسلحتهم مظلة له دون
ان يكون بالامكان حتى رؤيته ، ولدى دخوله السي ساحة المسجد دوت
صيحات الله اكبر في سماء المدينة ولكن شارون حاول أيما بعد الدخول
في مبنى المسجد الأقصى المبارك فرد على اعقابه حيث شكل شلل للشباب
الفلسطيني من لجسادهم سداً منيعا أمام الارهابي شارون الذي لم يستطع
ايضاً تدنيس المصلى المرواني ولم تقدم زيارة الارهابي عبر باب المغاربة
نكاية لورهان جناراً وراء أنباط الخيبة والعمال وليعطي إشارة البدء
لأركاب مجزرة جديدة بحق ابناء شعبنا الفلسطيني.

### فلسطين - القدس العاصمة 29 تشرين أول سبتمبر 2000

### الجمعة العزراء " مجزرة جديدة ترتكبها اسرائيل بحق المصلين في المسجد الأقصى :

أي ضوء لتسلسل الوقائع الذي أساء أهداف زيارة شارون قامت القوات
الاسرائيلية في اليوم الثاني للزيارة بتدبير خطة عسكرية شاملة للاحتقام





حشود المواطنين تراجم قوات الاحتلال المدنية في باحات الحرم القدسي

*- وأمام وحشية وهمجية الاسرائيلية المدرعة القيادة السياسية اسرائيل مسؤولية الجريمة البشعة واعلنت القرى والحداد العام لمدة يوم واحد الجمعة السبت 30 ايلول في كل ابناء فلسطين كي تضم جماهيرنا المكافحة شهداء الاقصى وتصمد الجرحى في المستشفيات واتقدم التحياتي لذوي الشهداء الابطال.

وداء مع بيان القيادة :

ان القيادة الفلسطينية وهي تعلن يوم الجمعة يوم حداد وطني شامل ويوم اضراب عام تعبر عن مسخط على الجريمة الاسرائيلية انما تؤكد أن الشعب الفلسطيني ان يفرط بذرة تراب من ارض القدس الشريف وان تمر المحاولات والاعتداءات الاسرائيلية لفرض سيادة الاحتلال الاسرائيلي على القدس الشريف والحرم القدسي وكل الاماكن المقدسة المسيحية والاسلامية في القدس الشريف واستجابة لنداء القيادة لبث كافة شرائح شعبنا الفلسطيني ابناء على امتداد الوطن هذا النداء ليتحول يوم الاضراب والحداد الوطني الذي دعت اليه القيادة الى يوم مواجهات وصدامات عنيفة امتدت لكافة محافظات الوطن الجنوبية منها والشمالية حتى دلائل الخط الاخضر ليبلغ المزيد من الشهداء والجرحى وليرتفع عدد شهداء انتفاضة الاقصى الى 13 شهيد وأكثر من 600 جريح ..

*- وتوزع الشهداء والجرحى على محافظات الوطن يوم 30 ايلول 2000 على النحو التالي :-

*- محافظة نابلس 5 شهداء واكثر من 100 اصابة 16 حالة خطرة والشهداء هم:

*- الشهيد / خالد التازي 16 عاما

*- الشهيد / محمود هاني علوية 24 عام من سكان الريشة بالرياض قمر مؤثر انزال الراية من فلسطين

*- الشهيد / زكريا الشامي 22 عام من قرية سيرين احد طلاب جامعة النجاح الوطنية

حماة العرين 36

الملاك الصغير سارة .. بأي ذنب قتلت ؟!

مفترق الشهداء المؤدي الى مستوطنة " تسباريم " بإطلاق أكثر من 40
قذيفة صاروخية من نوع لاو على البيوت الفلسطينية المقابلة وعلى موقع
قريب للأمن الوطني حيث دمر الموقع التابع لقوات الارتباط العسكري
بصورة نهائية .

**ـ وفي مفترق الشهداء استشهد شاب واصيب أكثر من 100
اخرين و الشهيد هو / سامي فتحي الدراوسي 17 عام من حي
الشيخ رضوان أصيب بـ7 رصاصات في الجزاء العلوية من
جسده واستهدفته طائرة عمودية بصاروخ او اكثر قد احدى
شظاياه جسدة مزقته بطنه وصدره .

وتضامناً مع اخوتهم وابناء شعبهم الفلسطيني شهدت جميع القرى والمدن
العربية داخل الخط الاخضر اضراب عام وشلملا تم فيه تنظيم مسيرات
وتظاهرات موحدة في كل قرية ومدينة عربية احتجاجاً على المجزرة التي
استهدفت شعبنا بخرجت أكثر من ثلاثين تظاهرة في الجليل والمثلث
والناصرة ومدن البطوف وبلدانه سخنين عرابة وديرحنا وطمرة وكابول
والريئة وكفر كنا وبلدات عديدة في المثلث مثل ام الفحم وكفر قرع
والطيبة و الطيرة وباقة الغربية وغيرها .

**ـ وقائع انتفاضة الحرم في محافظات الوطن في يوم 2
اكتوبر 2000 :

**ـ اطلق داخل الخط الاخضر بلدون قيامة جهاد الوطن
للوطن الفلسطيني

واصل أهلنا داخل الخط الاخضر الاعلان عن رفضهم للجريمة
النكراء التي ارتكبها الاحتلال الاسرائيلي ضد شعبنا في الضفة
وقطاع غزة ذلك أن ما يجمعنا اكبر من الخطوط والحدود لذا فقد
هبت جماهير شعبنا الفلسطيني داخل الاراضي المحتلة عام 1948
وحطمت المزاعم والمسميات الاسرائيلية لتعلن لا خطوط خضراء
تفصلنا عن فلسطين ـ الارض والهوية والانسان ـ فاشتعل
البركان في الناصرة وام الفحم وسخنين وعرابة البطوف وحيفا وعكا
ويافا وكثير من المدن وفي كل قرية ومدينة عربية المثلث والانسان ، للفلسطيني السم
والرجدان ليلتحق 8 شهداء بركب البطولة والفداء .

حماة العرين 37

**ـ وصف وصما برست من 300 قبل الارض
وصورة 7 يلمس في داخل الفسم

استشهد مزيد للجرود والادخ... واستمر سقوط الشهداء اثناء تلك
المواجهات التي انفجرت داخل الخط الاخضر حيث اعلنا المرابطين
ارجمهم التي اتتاخ عام 1948 لسقط في مدينة ام الفحم الشهيد
محمد احمد جبارين 23 عام اصابة مباشرة في الرأس .
كما اصيب 50 اخرين خلال المواجهات التي وقعت في كافة المدن
التي العربية داخل الخط الاخضر حيث رفع المتظاهرون الاعلام
الفلسطينية والسوداء والشعارات المنددة بممارسات القمع التي تقوم بها
قوات الاسرائيلية في الضفة الغربية وغزة .

**ـ اما في محافظات الوطن الشمالية والجنوبية فقد
وصف الى الفمة كل من : ـ

............. والفمس وامه محمود الصانع 23 عام للناصرة
............ اصيب المعطي 17 عام رصاصة لعام الفحم
............ صالح جمال زعبال 26 عام غزا راس بالطفلة
............ عطلنا اصيب 17 عام صابه في الرأس
............ قتينة 10 اعوام اصيب برصاص قناص من طائرة
............ اسارة عبد القادر سمين باماد اصابة قاتلة
............ المصد وشيء النار على سيارة واقعه
.......... ام الفحم والمجزة عطلة 6 شهداء واصيب حوالي 50 غلا
........... المقيدة هلا وامنات الشهداء وهل
........... هو داود وامهم امثل في الرأس
........... عبد الرحمن سنادة 24 عام اصابة بالرأس
............ المقيدة 25 عام غزا قتلة اصابة قاتلة في الرأس

وفي المحافظات الجنوبية : ـ

قامت القوات الاسرائيلية باطلاق عشرات القذائف الصاروخية سقطت
عليها على البيوت المجاورة والشوارع المحيطة بوابة صلاح الدين في
..... اطلقت قامت القوات الاسرائيلية المتحصنة بالموقع العسكري في



حماة العرين  60

# الجنـــرال بـــاراك .. مـــا الـذي تـــغير اليـــوم ...؟

- بـاراك – الجنرال العربي ... لم يعبر بين حرب الطائرات ... وحرب الميادين ... والسياسة مع القنبلة ...!

- فلو أومأت أي نصف السلام ... لما لكشف خبر تواطيهم على الاتفاقات المهرمة

- ووميض عرض الحافظ ... وميض المواثيق ... والاتفاقات ... والقوانين الدولية ...!

في ظرة الأرض ... اقوى من الدبابات ... والصواريخ والطائرات ...!
يبث حائم بدوافعنا عن أرضنا " وما وهبت أن وهبت ولكن الله وهب ..!"

- ماذا تغير ...؟! أم تهمل ...!

- بـاراك ... بوركـ بكـ ...!! بمأتمها بطلقة الرحمة على الشعيمة دلال المغربي ... !

ورفضت منه المسافر أن من بين
المبايات التـي يـنـوي الجنرال "
ايتان " القيام بها بـ

– اصدار أوامر الـى عناصر " دوفقلان "
بتنلية عمليات خطف واسعة النطاق داخل
الضفة وغزة .

– تصفية للقادة الميدانيين والفاعلين والذين
تزعم اسرائيل انهم مرشحون للمساهمة في
الاعـداد والاشـراف وتنفيـذ العمليـات
الاستشهادية سواء كانوا من حركة فتح او
حماس والجهاد الاسلامي .

– إعادة احتلال مناطق واسعة من الاراضي
الفلسطينية الخاضعة للسيطرة الفلسطينية في
حال فشلت عملية السلام وذلك حسب خطة
سـرية للجيـش الاسـرائيلي معروفة بالاسـم
الرمـزي " ارض الاشـواكـ " حيـث لا تعـترم
اسرائيل احتلال هـذه الاراضي بطريقة دائمة
لكنها تنوي استخدامها " كعنصر مسـاومة " .
خلال مفاوضات سلام مقبلة .

وبعد ، فلا دماء الاطفال ولا اشلاء جثثهم ولا
حبر الاتفاقيات ولا الالتزامات والعهود ستمنع
بـاراك من الاستمرار فـي مخطـط الهـادف
للقضاء على عملية السلام برمتها حفاظاً على
مستقبله السياسي في اسرائيل وذلك اعتقاداً
منـه ان هـذه الدمـاء وان اغسـال الجثـف
والقصف الاسرائيلي لبيوت الامنين ستحول
دون اسدال الستار على مستقبله السياسي .

حماة العربي 63



اسنادا – لاستشهاد القادة الثلاث في بيروت ( الكمالين – كمال عدوان وكمال ناصر وأبو
يوسف النجار )

الجنرال بأرك
ما الذي تغير
اليوم؟؟

وبالتمديد ...بالشهيد محمد الدرة ... في شتاء الرصاص فماذا تبقى لربيع السلام ...؟!
أم نبقى شيئا في ربيع السلام الذي اعتبرت معـه اسـرائيل احـدى اطرافـه الغير فعالـة وغير
الخاملة أي سبيل تحقيق هذا السلام ، بل ان قادتها العسكريين وهذا ما اثبتته انتفاضة حرمنا
الشريف ماضون في اجهاض عملية السلام والقضاء عليها من جذورها فقد علم من مصـادر
مقربة ان رئيس الوزراء ، وزير الجيش الاسرائيلي ايهود باراك اصدر أوامره لهيئة اركان
الجيش الاسرائيلي لتكليف العمليات التي تقوم بها الوحدات الخاصة " المستعربة " التابعـة
لجيش الاحتلال في الضفة وغزة وذلك بهدف وضع حد لانتفاضة الاقصى حيث تركت هيئـة
اركان الجيش الاسرائيلي لقيادة المنطقة الوسطى في الجيش الاسرائيلي الخيار لتحديد
العمليات الميدانية التي يتوجب على الوحدات الخاصة القيام بها لتحقيق هذا الهدف.خاصة ان قـائد
المنطقة الوسطى في الجيش الجنرال " اسحاق ايتان " يميل الى اصدار اوامر الوحدة المستعربين التي
تعمل عليها " دوفقلان " لتنفيذ عمليات داخل مناطق السلطة الوطنية الفلسطينية المصنفة " أ " .

نداءات ... واستغاثات ... وصرخات ...!؟..

عبارة المسلمون في بقاع هذا العالم : أولى القبلتين ... ومالك الرمين الشريفين ... ومحيط الوحي والهدى والإسلام ... ومسرى رسول الله يناديكم ظلموا النساء ...ا

وــ إن أبناء القبلتين وهم يحكم الأرض المقدرة قبل أن تسيم أمانة ثانية ...ا

عــار يا العالم العربي يناديك شاعر من شعراء الدورب هاتفا بــ

تتيه ... أ ...واستعيق يا ... أيضا الموت ... نقد على النطر حتى خامت الرك

عــي: وثمة القطار الدربي والمجمك الدربي والحظ الدربي وهم أعداد الأورق ...ا

عــار يا العالم المسيحي :

ـــ إن سيم بلة في بيت لحم بالمسلمين ... أوشرعوم بالناصرة في فلسطين ...ا

فادمروا وهد البحير ... وأنقذوا كنيسة القيامة ...ا

وــ فاضرتم الأبار عامية النساء ولتقم أهراس القيامة شعرها الضياء ...ا



حماة العرين 67



P 1: 3021