**ARNOLD & PORTER LLP**

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

January 9, 2015

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
           Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I write to request the Court's permission to use certain materials during plaintiffs' opening statement. They consist of photographs and demonstrative aids, which are enclosed, as well as plaintiffs' trial exhibits 142, 201, 512, and 1060.

    Exhibits 142 and 1060, which are documents from the PA's own General Intelligence Service, were admitted into evidence on January 7, 2015.

    Exhibit 512 (enclosed) is an official PA law that describes services, including monthly salaries, rendered to "security prisoners" held in Israeli jails.

    Exhibit 201 (excerpt enclosed) is an official PA security magazine. I have already written to the Court about this document. *See* DE 724 (January 7, 2015 letter seeking admission of PA security magazines).

    Defendants have objected to the admission of Exhibits 201 and 512 on a number of grounds. DE 456.

    Plaintiffs respectfully request that the Court overrule these objections and grant permission to use all four exhibits and the enclosed demonstrative aids during opening statement.

# ARNOLD & PORTER LLP

Hon. George B. Daniels
January 9, 2015
Page 2

                                             Respectfully,

                                             Kent A. Yalowitz

cc:    All ECF Counsel