# ARNOLD & PORTER LLP

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

January 9, 2015

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
             Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I write in response to the Court's instructions concerning documents produced by plaintiffs after the close of fact discovery.

    To the best of our knowledge and belief, counsel for plaintiffs did not have possession of any trial exhibit for a period of more than two weeks before providing it to defendants.

                                Respectfully,

                                Kent A. Yalowitz

cc:    All ECF Counsel