

# MILLER CHEVALIER

Mark. J. Rochon
Member
(202) 626-5819
mrochon@milchev.com
January 10, 2015

**Via FAX**
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:  *Sokolow v. Palestine Liberation Organization et al.*
        04-CV-397(GBD)(RLE)

Dear Judge Daniels:

    I write briefly in response to Plaintiffs' letter of yesterday, concerning requested depositions. (DE 729). Defendants will respond as appropriate to the requests. However, as to one point, Defendants want to make clear that they will not be offering any defense, testimony, or argument along the lines of the statements attributed to Shawqi Issa. Defendants have not yet had the opportunity to determine the accuracy of the statements attributed to him or, if they were made, the full context for them. However, I want to make clear that there will be no suggestion whatsoever that any of these incidents were legitimate, authorized, or part of our clients' opposition to the occupation.

                                             Regards,

                                             Mark J. Rochon

cc: All ECF counsel

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202·626·5800 · 202·626·5801 FAX · millerchevalier.com