

## Political and Moral Guidance

The Political and Moral Guidance Commission (the Political Commission) was formed in the early 1970s in the framework of the Palestinian revolution forces spread in the Lebanese arena, for the purpose of national mobilization, as well political preparation and guidance for the soldiers and cadres of the revolution.

Following the return of the PLO cadres to the homeland in 1994, this apparatus was reestablished in order to serve as a national source of authority, acting within the National Security [Service], the police and other security services. Its duty is to supervise their performance, behavior and awareness in the various courses of the missions – achieving national independence, building the state, the institutions and the society, and adhering to the basic pan-Arab, national and humanitarian values.

The goals of the Political Guidance include: "Educating, preparing and guiding the forces of the General Security [Service]; participating in their missions; guiding these missions; instilling in them the spirit of commitment, discipline and compliance with instructions; preserving the laws and good relationships with the citizens and the public; improving the internal relationships among the forces and the relationships between them; raising the level of the moral, training and financial preparedness necessary for performing the missions."

The goals that the Political Guidance aim to achieve focus on mobilization activities and political education; educating and providing theoretical and practical guidance; maintaining the morale, keeping it high and promoting it; in addition to performing public work and the types of recruitment required for achieving the national goals and for influencing the public opinion.

The Political Guidance cadre performs its missions through a number of main commissions, namely: the Political Guidance Commission, the Media and Culture Commission, the Training and Cadre Preparation Commission, the Religious Guidance Commission, the Public Work Commission, the Studies and Translations Commission and the Hebrew Affairs Commission.

Since its reestablishment in the homeland, the Political Guidance has published a number of periodicals, including the dailies *Al-Aqsa* and *Palestine Today*, the weeklies *Al-Sahel* and *Al-Ra'i*, and the monthly magazine *Watani*.

http://www.wafainfo.ps/atemplate.aspx?id=5139

| Eng | عربي



مركز المعلومات الوطني الفلسطيني - فا

| اتصل بنا | من نحن | الرئيسية |



الرئيسية > إعلام > الإعلام الرسمي >

## التوجيه السياسي والمعنوي

| معلومــات عامــة |
| ملـــف طنيـــة |
| قضايــا الصراع |
| تاريـخ فلسطيـن |
| القــدس |
| النظــام السياســي |
| قوانيــن تشريعــات |
| السكــان |
| طوائف ومذاهب وجاليات |
| الصحــة |
| التعليــم |
| شــؤون اجتماعيــة |
| سيــاحة |
| اقتصــاد |
| الإسكــان |
| عمــل وعمــال |
| زراعــة |
| نقــل واتصــالات |
| جغرافيــا |
| الميــاه |
| البيئــة |
| ثقــافة |
| إعــلام |
| ريــاضة |
| خدمــات عامــة |
| شــؤون إسرائيليــة |
| منظمــات غير حكوميــة |
| وثــائق |
| تقاريــر |

تشكلت هيئة التوجيه السياسي والمعنوي (التفويض السياسي) في بداية السبعينيات من القرن الماضي، في إطار قوات الثورة الفلسطينية المنتشرة على الساحة اللبنانية؛ بغرض التعبئة الوطنية، وإعداد وتوجيه أفراد وكوادر الثورة سياسيا.

وفي أعقاب عودة كوادر م.ت.ف إلى أرض الوطن عام 1994؛ أعيد تشكيل هذا الجهاز؛ لإيجاد مرجعية وطنية تعمل في صفوف الأمن الوطني والشرطة والأجهزة الأمنية الأخرى؛ للحفاظ على الأداء والسلوك والوعي في اتجاهات مهام الاستقلال الوطني وبناء الدولة والمؤسسات والمجتمع، والارتباط بالقيم القومية والوطنية والإنسانية الأساسية.

ومن أهداف التوجيه السياسي: العمل على "تربية وإعداد وتوجيه قوات الأمن العام، والمشاركة في مهامهم، وترشيد هذه المهام، وتربيتهم بروح الانضباط والالتزام والتقيد بالتعليمات، والحفاظ على الأنظمة والعلاقات الجيدة مع المواطن والجماهير، وحسن سير العلاقات الداخلية لدى القوات وعلاقاتها ورفع مستوى الجاهزية المعنوية والمادية والتدريبية لأداء المهام".

وتتركز المهام التي يسعى التوجيه السياسي الى تحقيقها في العمل التعبوي والتربوي السياسي، التثقيف والتوجيه النظري والعملي، الحفاظ على الروح المعنوية ورفعها وتعزيزها، إضافة الى مهمة العمل الجماهيري، والقيام بأنواع الحشد المطلوبة لتحقيق الأهداف الوطنية والتأثير في الرأي العام.

ويمارس كادر التوجيه السياسي مهامه من خلال عدد من المفوضيات الأساسية هي: مفوضية التوجيه السياسي، مفوضية التوجيه الوطني، مفوضية الإعلام والثقافة، مفوضية التدريب وإعداد الكادر، مفوضية الإرشاد الديني، مفوضية العمل الجماهيري، مفوضية الدراسات والترجمات، ومفوضية الشؤون العبرية.

أصدر التوجيه السياسي منذ إعادة تشكيله في الوطن عددا من المطبوعات الدورية اليومية (الأقصى، فلسطين اليوم)؛ والأسبوعية (الساحل، الرأي)؛ إضافة الى المجلة الشهرية (وطني).

عدد الزوار: 5751657
Palestine News & Information Agency - WAFA. All Rights Reserved ©2011