IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>         Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>         Defendants. | No. 04 Civ. 00397 (GBD) (RLE)<br><br>**STIPULATED ORDER** |

JAN 12 2015

**GEORGE B. DANIELS, United States District Judge:**

Upon the consent of the undersigned counsel for the parties to divide certain costs associated with the trial in the above-referenced proceeding (the "Trial"), it is Ordered that:

1. The costs and expenses of interpreter services that are provided during the presentation of evidence at trial by courtroom interpreters that are agreed by the parties shall be divided equally between the parties, with the plaintiffs paying half of such costs and expenses, and the defendants paying the other half.

2. The cost of transcripts of proceedings during the Trial shall be divided equally between defendants and plaintiffs as follows:

    a. Each party shall pay for and receive one (1) copy of Real Time Reporting at the split page rate set by the Southern District Reporters (currently $2.10/page per party);

    b. The interpreter shall receive one (1) copy of Real Time Reporting at the additional copy rate set by the Southern District Reporters (currently

$2.10/page), with half of such amount to be paid by plaintiffs and the other half to be paid by defendants; and

c. Each party shall pay for and receive one (1) copy of an Expedited transcript at the split page rate set by the Southern District Reporters (currently $3.12/page per party).

d. Any additional transcripts shall be paid for by solely by the ordering party.

Dated: ~~December 31, 2014~~
Jan. 12, 2015

Miller & Chevalier

By: _____
Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Michael Satin
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
(202) 626-5800

*Attorneys for Defendants*

Arnold & Porter LLP

By: _____
Kent A. Yalowitz
Philip W. Horton
Sara K. Pildis
Lucy S. McMillan
Ken L. Hashimoto
Carmela T. Romeo
Tal R. Machnes

399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiffs*

**SO ORDERED**

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

JAN 12 2015

December ___, 2014
New York, New York