# EXHIBIT 1

## Hill, Brian

| | |
|---|---|
| **From:** | Romeo, Carmela <Carmela.Romeo@aporter.com> |
| **Sent:** | Monday, January 12, 2015 5:34 PM |
| **To:** | Rochon, Mark; Hill, Brian; Ferguson, Laura; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; Hashimoto, Ken L.; Pildis, Sara K.; Machnes, Tal; 'Rachel Weiser'; 'Mordechai Haller'; McMillan, Lucy S.; Kientzle, Michael; Kim, Sara; Robinson, Jane |
| **Subject:** | RE: Opening Statement/Witnesses |
| **Attachments:** | Goldberg Street View.png; Goldberg Map.pdf; Flower Shop_Goldberg.pdf; Plaintiffs' Ex 1124.pdf; Plaintiffs' Ex 1123.pdf; DOC323.PDF; DOC468.PDF; DOC478.PDF; Kaufman PPT for Disclosure.pdf |

Counsel:

Attached please find the following for tomorrow:  (1) additional documents that we may use with Mr. Pearlman; and (2) the PPT presentation that we intend to use with Mr. Kaufman.

Best,
Carmela

---

Carmela T. Romeo
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212-715-1195
carmela.romeo@aporter.com
www.arnoldporter.com

**From:** Romeo, Carmela
**Sent:** Sunday, January 11, 2015 9:31 AM
**To:** 'Rochon, Mark'; bhill@milchev.com; 'Ferguson, Laura'; 'Satin, Michael'
**Cc:** Yalowitz, Kent A.; Horton, Philip W.; Hashimoto, Ken L.; Pildis, Sara K.; Machnes, Tal; 'Rachel Weiser'; 'Mordechai Haller'; McMillan, Lucy S.; Kientzle, Michael; Kim, Sara
**Subject:** RE: Opening Statement/Witnesses

Counsel:

We plan to call the following witness on Wednesday (1/14):  Alon Eviatar.

Thanks,
Carmela

---

Carmela T. Romeo
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212-715-1195
carmela.romeo@aporter.com



Sderot Ben Main

Sderot Ben Maimon

Prim

Terra Santa

Spiegergun Street

The Prime Minister Residence

Daniel Oster Square

Bailout Street

Rambal

Ramban Street

Ramban Street

Azza Street

Sderot Ben Maimon

**Flower Shop**

Arlozorov Street

Shoshana ha Levi Square

77a Street

Azza Street

Sderot Ben Maimon

Arlozorov Street

Ariela's Place

Azza Street

Street View



# Expert Testimony of Nick Kaufman

*Sokolow et al. v. PLO et al.,*
No. 04 Civ. 397

# Overview

- Review court files of convicted persons and summarize facts found in the convictions.

- Explain records of conviction.



# Qualifications

## Education

- B.A., Cambridge University, England (1989)

- Inns of Court School of Law Gray's Inn, London (1989-90)

## Qualifications

### Experience

- Admitted to bar of England and Wales  1991

- Admitted to bar of Israel  1995

- IDF Office of Military Advocate General  1993-95

- Assistant District Attorney, Jerusalem 1996-2010

- Criminal Defense Attorney 2010-present

- Military Court Judge  2002-2012



# Jan. 22, 2002 Jaffa Road Shooting

- In January 2002, Ahmed Barghouti decided that he wanted to execute a suicide attack. Ex. 357 at 35.

- Nasser Aweis agreed to send someone to carry out a terrorist attack. Ex. 362 at 57.

- Ibrahim Abdel Hai recruited a suicide attacker named Sa'id Ramadan for the shooting. Ex. 360 at 9-10.

7

# Jan. 22, 2002 Jaffa Road Shooting

- On January 22, Ahmed Barghouti and Mohamed Mousleh met with Ramadan to prepare him for the attack. Exs. 357 at 35; 418 at 11.

- Fares Ghanem and Mohammed Abdullah agreed to transport Ramadan to Jerusalem for the attack. Ex. 390B at 6:321; Ex. 422 at15.

8

# Jan. 22, 2002 Jaffa Road Shooting

- Ghanem and Abdullah planned a route for the attack. Ex. 422 at15; Ex. 390B at 6:321.

- Ahmed Barghouti and Mousleh took Ramadan to pray and bought food, clothes and shoes for him. Ex. 357 at 37; Ex. 418 at 29.

- Mousleh brought an M-16 assault rifle and three magazines. Ex. 418 at 29.

- Ibrahim Abdel Hai and Majed Al-Masri filmed Ramadan reading his will. Ex. 360 at 10; Ex. 384 at 29.

9

# Jan. 22, 2002 Jaffa Road Shooting

- Ahmed Barghouti instructed the drivers to travel to Jerusalem in order to find a way that had no checkpoints. Ex. 358 at 36.

- Abdullah and Ghanem hid the rifle and ammunition in Ghanem's car. Ex. 422 at 15; Ex. 390B at 6:321.

10

# Jan. 22, 2002 Jaffa Road Shooting

- Abdullah and Ghanem drove Ramadan to Jerusalem. In Jerusalem, they went to Sheikh Jarah Street where they gave Ramadan the M-16 assault rifle and ammunition.

- Abdullah moved to the front passenger seat and Ramadan moved to the back seat, holding the M-16 assault rifle and the magazines in his hands.

Ex. 422 at 15; Ex. 390B at 6:321.

11

# Jan. 22, 2002 Jaffa Road Shooting

- Abdullah and Ghanem drove Ramadan to Prophets Street, stopped the vehicle, and told Ramadan to walk down to Jaffa Street and start to shoot when he saw a lot of people.

- After Ramadan got out of the vehicle with the M-16 assault rifle and the ammunition, Abdullah and Ghanem drove away.

Ex. 422 at 16; Ex. 390B at 6:321.

12

# Jan. 22, 2002 Jaffa Road Shooting

- At about 4:20 p.m., Ramadan loaded the M-16 assault rifle, shouted "Allahu Akbar," and started shooting.

- Ramadan fired the M-16 at civilians on Jaffa Street, at a bus stop, and aboard the No. 27 bus.

- While continuing to fire, Ramadan moved towards a parking lot. There, he changed magazines and continued to shoot.

Ex. 357 at 39; Ex. 362 at 56.

13

# Jan. 22, 2002 Jaffa Road Shooting



Ramadan fired more than 38 rounds.

He continued to shoot until he was killed.

Ex. 357 at 39.

14

# Jan. 22, 2002 Jaffa Road Shooting



Ahmed Barghouti pled guilty to 12 counts of murder and 13 counts of attempted murder.

At his sentencing, he said: "I have no regrets."

Exs. 357, 358, 359 at 5.

15

# Jan. 22, 2002 Jaffa Road Shooting



Nasser Aweis was convicted of 14 counts of murder and 8 counts of attempted murder.

Ex. 362.

16

# Jan. 22, 2002 Jaffa Road Shooting



Ibrahim Abdel Hai pled guilty to eight counts of murder and nine counts of attempted murder.

He admitted in open court: "I ... dispatched Said Ramadan to carry out an attack in the heart of Jerusalem."

Ex. 360 at 9-15; 361 at 37.

17

# Jan. 22, 2002 Jaffa Road Shooting



Majed al-Masri was convicted of ten counts of murder and three counts of attempted murder.

Ex. 384 at 28.

18

# Jan. 22, 2002 Jaffa Road Shooting



Fares Ghanem was convicted of eight counts of murder and one count of attempted murder.

Ex. 390B at 21-22.

19

# Jan. 22, 2002 Jaffa Road Shooting



Mohamed Abdullah pled guilty to four counts of murder and six counts of attempted murder.

Exs. 422, 424.

20

# Jan. 22, 2002 Jaffa Road Shooting



Mohamed Mousleh pled guilty to eight counts of murder and 52 counts of attempted murder.

Exs. 419, 420

21

# Jan. 22, 2002 Jaffa Road Shooting

- Bashar Barghouti was convicted of failure to prevent an offense.

Exs. 390A, 398.

22



JANUARY 27, 2002, 12:30 P.M.—JAFFA ROAD, JERUSALEM

ONE KILLED AND ONE HUNDRED FIFTY WOUNDED
BY A SUICIDE BOMBER

# Jan. 27, 2002 Wafa Idris Bombing

- In January 2002, Munzar Noor sat together with another individual and the suicide bomber Wafa Idris when they planned to execute a terrorist attack in Jerusalem.

Ex. 322 at 4.

24

# Jan. 27, 2002 Wafa Idris Bombing

- Noor's co-conspirator gave him the task of persuading Idris to carry out the suicide attack.

- When Idris changed her mind about carrying out the attack, Noor persuaded her to carry out the attack nonetheless.

Ex. 322 at 4.

25

# Jan. 27, 2002 Wafa Idris Bombing



On January 27, 2002, in Jerusalem, Idris' bomb exploded, killing one person and wounding 150.

Ex. 322 at 1-2.

26

# Jan. 27, 2002 Wafa Idris Bombing



Munzar Noor was convicted of murder and attempted murder for his role in the attack.

Ex. 322 at 4.

27

# Jan. 27, 2002 Wafa Idris Bombing



- Public court documents identified a "senior operative in the Military Intelligence of the Palestinian Authority" as having planned the attack.

Exs. 322, 323, 468, 478

28



MARCH 21, 2002, 4:20 P.M.—KING GEORGE STREET, JERUSALEM

THREE KILLED AND EIGHTY ONE WOUNDED
BY A SUICIDE BOMBER

# Mar. 21, 2002 King George St. Bombing

- In February 2002, PA officers arrested Nasser Shawish and Mohamed Hashaika for planning a suicide attack. Ex. 366 at 21.

- The officers transferred them to PA Headquarters in Ramallah. Ex. 366 at 22.

30

# Mar. 21, 2002 King George St. Bombing

- PA Intelligence officer Abdel Karim Aweis learned that Hashaika was prepared to carry out a suicide attack. Ex. 356 at 34-35.

- Abdel Karim Aweis asked to have Hashaika released, and Hashaika was released. Ex. 356 at 34-35.

31

# Mar. 21, 2002 King George St. Bombing

- After his release, Hashaika contacted Abdel Karim Aweis and Shawish. They agreed to prepare and equip him for a suicide attack.

- Shawish found an apartment to plan the attack.

Ex. 356 at 35-36; Ex. 366 at 22.

32

# Mar. 21, 2002 King George St. Bombing

- Abdel Karim Aweis and Shawish made an explosive belt for Hashaika. Ex. 356 at 37, Ex. 366 at 23.

- Abdel Karim Aweis recruited Qahira Sa'adi to transport Hashaika. Ex. 356 at 37, Ex. 348 at 2.

- Sana'a Shehadeh also participated in the transportation. Ex. 342A at 2.

33

# Mar. 21, 2002 King George St. Bombing

- On March 21, Abdel Karim Aweis and another co-conspirator met with Shehadeh. Abdel Karim Aweis explained that Shehadeh would have to take Hashaika to Jerusalem for him to carry out a suicide bombing. Ex. 356 at 37; Ex. 342A at 3.

- Abdel Karim Aweis prepared Hashaika and fitted the explosive belt to him. Ex. 356 at 38.

34

## Mar. 21, 2002 King George St. Bombing

- Abdel Karim Aweis, Shawish and Hashaika visited the office of the Secretary General of the Fatah organization. Ex. 356 at 37; Ex. 366 at 23.

- They received money and two hand grenades for the attack. They used this money to buy clothes for Hashaika. Ex. 356 at 37; Ex. 366 at 23.

35

# Mar. 21, 2002 King George St. Bombing

- Abdel Karim Aweis received explosives from the office of the head of the General Intelligence in the Palestinian Authority and used the explosives to make a bomb for carrying out the suicide attack. Ex. 356 at 37.

- Shawish received $600.00 from the head of the "Fatah Tanzim." Ex. 366 at 23.

36

# Mar. 21, 2002 King George St. Bombing

- At noon on March 21, 2002, Shawish drove Hashaika, Shehadeh and Sa'adi from Ramallah to the Kalandia checkpoint. Ex. 366 at 25; Ex. 342A at 3; Ex. 348 at 3.

- Shawish parted from Hashaika with a kiss and returned to Ramallah. Ex. 366 at 25.

- Shehadeh and Sa'adi transported Hashaika to King George Street in Jerusalem. Ex. 342A at 3; Ex. 348 at 3.

37

# Mar. 21, 2002 King George St. Bombing



At about 4:20 p.m., Hashaika blew himself up in a crowd, killing three persons and wounding 81. One of the deceased was four months pregnant.

Ex. 356 at 39-41 ; Ex. 366 at 25-27.

# Mar. 21, 2002 King George St. Bombing



Nasser Shawish was convicted of three counts of murder and fifteen counts of attempted murder.

Exs. 382G; 246 at 1; 366.

39

40

# Mar. 21, 2002 King George St. Bombing



Shawish told the court: "I was the organizer of five suicide terrorist attacks….I do not regret my actions."

Ex. 380 at 7; 246 at 1.

# Mar. 21, 2002 King George St. Bombing



Abdel Karim Aweis pled guilty to five counts of murder and eighteen counts of attempted murder.

Aweis told the court:

"I am proud of the acts that I have committed. . . ."

Exs. 356, 375, 376 at 3-4.

41

# Mar. 21, 2002 King George St. Bombing



Qahira Sa'adi pled guilty to being an accessory to murder.

Exs. 348; 349

42

# Mar. 21, 2002 King George St. Bombing



Sana'a Shehadeh pled guilty to being an accessory to murder.

Shehadeh told the court: "I made no mistake."

Exs. 342A; 342B, 342C, 344 at 6.

43



JULY 31, 2002, 1:30 P.M.—FRANK SINATRA CAFETERIA,
HEBREW UNIVERSITY, JERUSALEM

NINE KILLED AND EIGHTY ONE WOUNDED BY A BOMB

44

# July 31, 2002 Hebrew University Bombing

- In the second half of 2001, Abdullah Barghouti (a/k/a "The Engineer") set up a number of improvised workshops, where he manufactured a large number of explosive devices.

- Around that time, he bought machine guns from one of the heads of the Al Aqsa Martyrs' Brigades and a "senior military operative in the Al Aqsa Martyrs' Brigades."

Ex. 452 at 11-12.

45

# July 31, 2002 Hebrew University Bombing

- In August 2001, Abdullah Barghouti made a bomb using a guitar, two plastic bags filled with explosives, and screws glued to the inside of the guitar.

- Abdullah Barghouti transferred the booby-trapped guitar to a military operative in Hamas.

- On August 9, this bomb was used in a suicide attack on a Sbarro Pizza restaurant in Jerusalem at lunchtime, as a result of which fifteen persons were killed and 127 wounded.

Ex. 452 at 2, 6-11.

46

# July 31, 2002 Hebrew University Bombing

- Ahmed Barghouti transferred two senior operatives of the Hamas organization responsible for the bombing at the Sbarro restaurant from the prison of the Preventative Security of the Palestinian Authority to an apartment which Ahmed Barghouti had rented in downtown Ramallah.

- Ahmed Barghouti provided lodging and a gun to these two operatives.

Ex. 357 at 73-74.

47

# July 31, 2002 Hebrew University Bombing

- In November 2001, Abdullah Barghouti trained three other individuals on how to make bombs.

- Also in November 2001, Abdullah Barghouti made three bombs with an explosive nicknamed "Um Al Abed" inserting fragments consisting of nails and other hardware designed to increase the bombs' destructive effect.

- Abdullah Barghouti gave the three bombs to Hamas operatives.

Ex. 452 at13-15.

48

# July 31, 2002 Hebrew University Bombing

- On December 1, three suicide bombers used the bombs in a triple suicide attack on a crowd of teenagers in Jerusalem, killing ten persons and wounding 191.

Ex. 452 pp. 14-18.

49

# July 31, 2002 Hebrew University Bombing

- In late 2001, Abdullah Barghouti made two bombs for the head of the "Tanzim of the Fatah."

- In early 2002, Abdullah Barghouti bought a Kalashnikov assault rifle, a pistol, and ammunition from one of the heads of the Al Aqsa Martyrs' Brigades organization.

Ex. 452 at 18-19.

50

# July 31, 2002 Hebrew University Bombing

- In March 2002, Abdullah Barghouti made a suicide belt using shampoo bottles filled with explosives and delivered it to Hamas operatives.

- On March 9, a suicide bomber wearing the belt blew himself up in the "Moment Café" in Jerusalem, killing eleven persons and wounding 65.

Ex. 452 at 19-23.

51

# July 31, 2002 Hebrew University Bombing

- In late-March/April 2002, Abdullah Barghouti made an explosive belt and an explosive bag at the request of Hamas operatives.

- He affixed screws and shampoo bottles filled with explosives to an imitation leather belt, and put more screws and explosive-filled shampoo bottles into the bag.

- He delivered the belt and the bag to Hamas operatives.

Ex. 452 at 23-24.

52

# July 31, 2002 Hebrew University Bombing

- On May 7, a suicide bomber used the belt and the bag to blow himself up inside a nightclub called the "Sheffield Club," killing fifteen persons and wounding 59.

Ex. 452 at 22-28

53

# July 31, 2002 Hebrew University Bombing

- In May 2002, Abdullah Barghouti made an explosive belt that could be stuck to iron using magnets. He delivered the device to Hamas operatives who attached the device to a fuel tanker and detonated it.

Ex. 452 at 29-30.

54

# July 31, 2002 Hebrew University Bombing

- In June 2002, Abdullah Barghouti made a cell phone activated bomb and delivered it to Hamas operatives.

- On June 30, 2002 the operatives placed the bomb on railway tracks and detonated it, wounding four.

Ex. 452 at 30-31.

55

# July 31, 2002 Hebrew University Bombing

- In June 2002, Abdullah Barghouti made another cell phone activated bomb.

- On July 21, Hamas operatives placed the bomb on railway tracks and detonated it, wounding one.

Ex. 452 at 31.

56

# July 31, 2002 Hebrew University Bombing

- In July 2002, Abdullah Barghouti manufactured another explosive device hidden in a bag.

- He made this device using a large shampoo bottle filled with explosives concealed in a rigid black cloth bag (similar to a briefcase).

- He filled the bag with hardware designed to increase the destructive power of the device.

Ex. 452 at 32-33.

57

# July 31, 2002 Hebrew University Bombing

- Abdullah Barghouti delivered the device to Hamas operatives with three additional shampoo bottles filled with explosives.

- Hamas operatives decided to place the bomb at Hebrew University in Jerusalem.

Ex. 452 at 32-33.

58

# July 31, 2002 Hebrew University Bombing

- A Hamas operative—who had received explosives training from Abdullah Barghouti—added three more shampoo bottles filled with explosives to the bomb.

- On July 28, two Hamas operatives tried to detonate the bomb at Hebrew University, but it did not explode.

Ex. 452 at 13, 32-33.

59

# July 31, 2002 Hebrew University Bombing

- On July 29, the Hamas operative who had received explosives training from Abdullah Barghouti reactivated the bomb.

- On July 30, the Hamas operatives hid the bomb among the trees in the Hebrew University botanical garden.

Ex. 452 at 32-33.

60

# July 31, 2002 Hebrew University Bombing

- On July 31, 2002, one of the Hamas operatives placed the bomb in the Frank Sinatra Cafeteria.

- At about 1:30 p.m., one of the operatives detonated the bomb with a cell phone.

- The bomb killed nine persons and wounded 81.

Ex. 452, pp. 33-36.

61

# July 31, 2002 Hebrew University Bombing



Abdullah Barghouti pled guilty to 66 counts of murder and 12 counts of attempted murder.

Exs. 431, 453.

62

# July 31, 2002 Hebrew University Bombing



Abdullah Barghouti said to the court, "I do not regret any of the acts that I have carried out...."

Ex. 435 at 5.

63

# July 31, 2002 Hebrew University Bombing



Ahmed Barghouti pled guilty to 12 counts of murder and 13 counts of attempted murder.

At his sentencing, he said: "I have no regrets."

Exs. 357, 358, 359 at 5.

64



66

# Jan. 29, 2004 Bus No. 19 Bombing

- In January 2004, Hilmi Hamash introduced Ali Ja'ara (with whom he worked in the Palestinian Authority) to Ahmed Salah so Salah could assess Ja'ara's willingness to carry out a suicide attack. Ex. 313 at 7, 10-11; Ex. 261 at 4.

- A few days later, Salah went to the home of Abdul Maqdad and told him that he had a person who was prepared to carry out a suicide attack. Exs. 261 at 4; 275 at 4.

# Jan. 29, 2004 Bus No. 19 Bombing

- On January 28, Salah asked Abdul Maqdad urgently to prepare a bomb for a suicide attack. Ex. 275 at 4, Ex. 261 at 4.

- Maqdad obtained 36 liters of acetone and 10 liters of hydrogen peroxide from Ali Abu Haliel and Ahmed Sa'ad. Ex. 275 at 4, Ex. 303 at 2, Ex. 298 at 5, 7-8.

# Jan. 29, 2004 Bus No. 19 Bombing

- One of the conspirators told Maqdad how to mix the substances to create an explosive. Ex. 275 at 4.

- Salah and Hamash got Maqdad more supplies (including a bag, batteries and a switch), and Maqdad prepared the bomb. Ex. 275 at 4, Ex. 261 at 4, Ex. 313 at 7.

68

# Jan. 29, 2004 Bus No. 19 Bombing

- Salah asked Mohamed Ma'ali to transport a suicide attacker with an explosive belt. Ex. 261 at 5, Ex. 289 at 3.

- Ma'ali agreed and met Ja'ara. Ex. 289 at 3.

- Salah, Ma'ali and Ja'ara went to Maqdad's home, where Maqdad gave them the bomb and explained how to use it. Ex. 261 at 5, Ex. 289 at 3, Ex. 275 at 5.

69

# Jan. 29, 2004 Bus No. 19 Bombing

- Salah deactivated the safety mechanism and left Ma'ali with Ja'ara. Ex. 261 at 5, Ex. 289 at 5.

- At about 6:30 a.m., Ma'ali drove Ja'ara into Jerusalem. Ex. 289 at 5.

- Ma'ali left, and Ja'ara boarded Bus No. 19. Ex. 289 at 5.

# Jan. 29, 2004 Bus No. 19 Bombing



At 8:45 a.m., Ja'ara activated the bomb, killing eleven and wounding 45.

Ex. 289 at 6, Ex. 261 at 5, Ex. 275 at 5.

71

# Jan. 29, 2004 Bus No. 19 Bombing



Ahmed Salah admitted the facts in his indictment and was convicted of 19 counts of murder and three counts of attempted murder.

Exs. 260, 261.

72

# Jan. 29, 2004 Bus No. 19 Bombing

- Abu Haliel admitted the facts in his indictment and was convicted of 19 counts of murder and two counts of attempted murder.

Ex. 303.

73

# Jan. 29, 2004 Bus No. 19 Bombing



Abdul Maqdad was convicted of 19 counts of murder and two counts of attempted murder.

Ex. 275, 295.

74

# Jan. 29, 2004 Bus No. 19 Bombing



Hilmi Hamash was convicted of eleven counts of murder and one count of attempted murder.

Exs. 313.

75

# Jan. 29, 2004 Bus No. 19 Bombing



Mohamed Ma'ali admitted the facts in his indictment and was convicted of 19 counts of murder and two counts of attempted murder.

Ex. 289, 291.

76

# Jan. 29, 2004 Bus No. 19 Bombing

- Ahmed Sa'ad admitted the facts in his indictment and was convicted of 19 counts of aiding and abetting murder and 2 counts of aiding and abetting attempted murder. Ex. 298.

- Sa'ad told the court: "I made a mistake and I regret that I did it, but the part I did, I admit it.... [My actions] were violent and bad actions against humanity...." Ex. 259 at 6.

77