

**MILLER CHEVALIER**

Brian A. Hill<br>
Member<br>
(202) 626-6014<br>
bhill@milchev.com<br>
January 12, 2015

**Via ECF**
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: *Sokolow v. Palestine Liberation Organization et al.*
           04-CV-397(GBD)(RLE)

Dear Judge Daniels,

    I write to request that the Court pose the following questions to the following prospective jurors during voir dire tomorrow.

    For those prospective jurors who have, or whose family members have, previously traveled to Israel (#28, #48, #162, #1, #41, and #14): Because we want to know if you have any direct knowledge of any of the locations of any of the incidents at issue in this case, would you please tell us where specifically you traveled within Israel or Jerusalem and when did you do so?

    For those prospective jurors who indicated that they had lost loved ones (#20, and #162): Would you please tell us when you lost your loved one and what happened?

    For the prospective juror who has a family member who practices law (#68): What kind of law does your family member practice?

    Defendants further request that the prospective jurors who have lost loved ones be allowed to answer these questions at the bench, and that the Court permit any appropriate follow up questions to the answers the prospective jurors give to the questions above.

Sincerely,<br>
<br>
Brian A. Hill

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com