# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

January 13, 2015

**VIA EMAIL**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
               Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

     I write to request that the Court ask the following questions of the following prospective jurors during the voir dire today.

     <u>Juror 1</u>: "What drew your parents and grandmother to Israel? What were your impressions of Israel from that trip? Would anything about the length of this trial create a significant hardship for you to attend a trial of this length?"

     <u>Juror 7</u>: "You answered some of the questions (Nos. 42, 44, 48) to indicate that you have some knowledge about the PLO and the Palestinian Authority. Could you describe your impressions based on that knowledge. We see that you have a background in finance and accounting. How would you feel about being asked to calculate damages that cannot be measured with a strict formula?"

     <u>Juror 14</u>: "You said on your additional page that you have opinions about the situation in the Middle East. What are those opinions? You said you keep informed on what is going on in Palestine? Can you tell us your feelings about the information?"

     <u>Juror 28</u>: "You mentioned that when you traveled abroad to the Middle East, you observed differences in local law enforcement actions. What did you see? How did it affect you?"

     <u>Juror 43</u>: "How would you feel about being asked to give a large damage award to a family who lost a loved one in a terrorist attack."

     <u>Juror 57</u>: "You stated that you belong to the Soka Gakkai International organization. What have you done as a member? Is there anything from that

# ARNOLD & PORTER LLP

Hon. George B. Daniels
January 13, 2015
Page 2

organization's philosophy that would make it difficult for you to award damages in this case?"

<u>Juror 76</u>: "You wrote in Question 48 of your questionnaire that you have been exposed to the Israeli-Palestinian conflict in history classes. In what ways has that exposure influenced your views regarding the middle east conflict?"

<u>Juror 78</u>: "You said that there are good arguments on both sides of the Israeli-Palestinian conflict and you respect both sides. Could you please elaborate further on this?"

<u>Juror 88</u>: "You wrote that you work as an ER supervisor, in a clerical role. Are you directly exposed to trauma patients? If so, this case also involves crimes of a horrific nature, how would your experiences affect your perceptions in this type of case?"

<u>Juror 93</u>: "You appear to be quite knowledgeable about the political situation in the Middle East. What are your views with regard to the use of violence in that conflict? We see that you supervise a worker's comp claims department. How do you feel about money damages paid to compensate families for emotional harm arising from the death of a loved one?"

<u>Juror 186</u>: "Do you understand that the burden of proof in this case is lower than that applied in a criminal case like the ones you are learning about in school?"

Respectfully,

Kent A. Yalowitz

cc:   Counsel of Record