**ARNOLD & PORTER** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 09 2015

January 8, 2015

Carmela T. Romeo

Carmela.Romeo@aporter.com
+1 212.715.1195
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

**VIA FAX**

Hon. George B. Daniels
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED:**

/s/ George B. Daniels

**George B. Daniels, U.S.D.J.**

Dated: JAN 09 2015

Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
      Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

Plaintiffs plan to bring in, and set up, equipment in the courtroom for trial on Friday, January 9. In addition to the equipment that is listed in the Audiovisual Equipment Order that has been so-ordered (DE 719), plaintiffs request permission to bring in approximately ~~15-20 boxes~~ **10 boxes** of trial-related materials on Friday, ~~as well as approximately 15 boxes on Monday.~~

Respectfully,

Carmela T. Romeo