

**MILLER CHEVALIER**

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com
January 13, 2015

**Via ECF**
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: *Sokolow v. Palestine Liberation Organization et al.*
           04-CV-397(GBD)(RLE)

Dear Judge Daniels,

      I write to object to the admission or display to the jury of the attached photograph which Plaintiffs have marked as PTE 1150. Plaintiffs' counsel first sent this photograph to defense counsel this evening at 7:57 pm. Ex. 1. Plaintiffs should be precluded from utilizing the photograph because they have not shown that it could not have been produced during fact discovery, and Defendants will be severely prejudiced if the photograph is admitted into evidence.

      The parties have long been on notice, and have even agreed on the record, that documents that were not produced during fact discovery would not be admissible at trial. DE 740 at 2-5. Today, the Court confirmed that "We are going to have what the rule was as I set down, Judge Ellis set down, and it was clear for both sides. If you were going to produce something that you want before the jury at trial as an exhibit, it should be produced during discovery. If it wasn't produced during discovery, then it's not going to be before this jury." Jan. 13, 2015 Tr. at 6-7.

      The photograph was not produced by Plaintiffs during fact discovery, and Defendants will obviously be prejudiced by its admission at trial, given its distressing and graphic nature. Moreover, the Court has already indicated that it is inclined to admit a less graphic and distressing photograph of the same scene. *See* Jan. 6, 2015 Tr. at 84-85 (discussing PTE 1122). Accordingly, Plaintiffs should not be allowed to use PTE 1150 at trial.

                                                             Sincerely,

                                                              Brian A. Hill

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com