# EXHIBIT 1

# Hill, Brian

| | |
|---|---|
| **From:** | Machnes, Tal <Tal.Machnes@aporter.com> |
| **Sent:** | Tuesday, January 13, 2015 7:57 PM |
| **To:** | Rochon, Mark; Hill, Brian; Ferguson, Laura; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Hashimoto, Ken L.; Pildis, Sara K.; Romeo, Carmela; Kientzle, Michael; Mordechai Haller; Rachel Weiser |
| **Subject:** | Sokolow v. PLO/PA |
| **Attachments:** | Plaintiffs' Ex 1150.pdf |

Counsel,

Attached is plaintiffs' trial exhibit 1150. We obtained the photograph for the first time this morning.

We plan to use this with Alan Bauer at some time in the future. Please let us know if you object and we'll raise it with Judge Daniels.

Regards,
Tal

Tal Machnes

Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

+1.212.715.1125 (office)
+1.781.307.2288 (mobile)
Tal.Machnes@aporter.com
www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

1

