# EXHIBIT 1

# Hill, Brian

| | |
|---|---|
| **From:** | Machnes, Tal <Tal.Machnes@aporter.com> |
| **Sent:** | Tuesday, January 13, 2015 7:25 PM |
| **To:** | Rochon, Mark; Hill, Brian; Ferguson, Laura; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Hashimoto, Ken L.; Pildis, Sara K.; Romeo, Carmela; Kientzle, Michael; Mordechai Haller; Rachel Weiser |
| **Subject:** | Sokolow v. PLO/PA |

Counsel,

Below is a list of the exhibits we plan to use with Alon Eviatar tomorrow. We also plan to use photographs of Fuad Shubaki, Tawfiq Tirawi, Mohamed Dahlan, Jibril Rajoub, and Issa Qaraqe, which have been previously disclosed to you. Finally, we plan to use a photograph that appears on page 20 of Mr. Eviatar's expert report.

We expect that he will be on the stand for the remainder of the week.

Regards,
Tal

**Exhibit #**
5
6
15
20
104
105
106
108
171
173
212
215
224
241
512
532
628
889
958
1127
1143

Tal Machnes

1

Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

+1.212.715.1125 (office)
+1.781.307.2288 (mobile)
Tal.Machnes@aporter.com
www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com