# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JAN 15 2015

IN THE MATTER OF AN APPLICATION )
TO BRING PERSONAL ELECTRONIC DEVICES(S) )
OR GENERAL PURPOSE COMPUTING DEVICE(S) )
INTO THE COURTHOUSES OF THE )
SOUTHERN DISTRICT OF NEW YORK )
FOR USE IN A PROCEEDING OR TRIAL )
)
)
)

The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following representative(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

**Mark Sokolow, *et al.* v. The Palestine Liberation Organization, *et al.*,
Case No. 04-cv-397 (GBD)(RLE).**

The date(s) for which such authorization is provided is (are) **12-week trial beginning January 6, 2015.**

| Representative | Device(s) |
|---|---|
| Hind Khoury | (1) Laptop<br>(2) iPad<br>(3) Cell Phone |
| Husam Zumlot | (1) Laptop<br>(2) iPad<br>(3) Cell Phone |

The Representative(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the representative that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: JAN 15 2015

*George B. Daniel*
United States Judge

1

1422452.1