UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
———————————————————————— x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 16 2015

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) (translators) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  Mark Sokolow, et al. v. Palestinian Authority, et al., 04-CV-00397 (GBD) (RLE)
_____, No. _____.

The date(s) for which such authorization is provided is (are) 1/20/2015 - end of trial

| Attorney | Device(s) |
|---|---|
| 1. Rina Ne'eman (Translator for trial) | (1) Laptop; (2) Cell Phone; (3) iPad |
| 2. Sara Rachelle Ruchie Avital (Translator for trial) | (1) Laptop; (2) Cell Phone |
| 3. Shantam Zohar (Translator for trial) | (1) Laptop; (2) Cell Phone |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: JAN 16 2015

_____
George B. Daniels
United States Judge

Revised: February 26, 2014