Wednesday, January 4, 2015

Library    Collections & Archives    Catalogues & Data Bases    Digital Library    Education  Music Center    English  Arabic  Hebrew



Al-Shuhada

Advanced Search  Browse



Hello Guest, sign in
e-Shelf

<< Back to results list

## Al-Shuhada [The Martyrs]

The Palestinian National Authority, The Border Regions Forces; 9999

Gaza: The Political Guidance of the Border Regions

**Locations**   **Detailed Information**   **Reviews & Tags**

Actions

| | |
|---|---|
| **Title:** | Al-Shuhada [The Martyrs] |
| **Author:** | The Palestinian National Authority, The Border Regions Forces |
| **Publisher:** | Gaza: The Political Guidance of the Border Regions |
| **Creation Date:** | 9999 |
| **Additional Titles:** | Al-Shuhada (Journal) |
| **Subjects:** | Arab-Israeli conflict -- periodicals<br>Arabic newspapers -- Israel<br>Arabic newspapers<br>Arabic periodicals -- Israel<br>Arabic periodicals |
| **Notes:** | Monthly journal<br>Can be found in the library (NC = Not Complete):<br>2001 (NC); 2002 (NC); 2003 (NC) |
| **Source:** | The National Library of Israel |
| **Permalink:** | http://primo.nli.org.il/primo_library/libweb/action/dlDisplay.do?vid=NLI&docId=NNL-Journals002219402 |
| **System Number:** | 002219402 |
| **Links** | This item in the Library Catalogue<br>Request Journal |

Result 2  Next >>                    Back to search results >>

 

Wednesday, January 4, 2015

Library   Collections & Archives   Catalogues & Data Bases   Digital Library   Education   Music Center   English   Arabic   Hebrew



Al-Shurta

Advanced Search   Browse



Hello Guest, sign in
e-Shelf

<< Back to results list

### Majallat al-Shurta [The Police Journal]

The Palestinian National Authority, Al-Shurta; 1996 -

Gaza: General Commission of the Police, The Political and Moral Guidance Directorate

Locations   **Detailed Information**   Reviews & Tags

Actions

| | |
|---|---|
| **Title:** | Majallat al-Shurta [The Police Journal] |
| **Author:** | The Palestinian National Authority, The Police |
| **Publisher:** | Gaza: The General Commission of the Police, The Political and Moral Guidance Directorate |
| **Creation Date:** | 1996 |
| **Additional Titles:** | Al-Shurta<br>Al-Shurta (Journal) |
| **Subjects:** | Arabic newspapers -- Israel<br>Arabic newspapers<br>Arabic periodicals -- Israel<br>Arabic periodicals<br>Police - Palestinian National Authority -- Periodicals |
| **Notes:** | The journal has a second title: Al-Shurta<br>A monthly, cultural journal, specialized in police affairs.<br>Can be found in the library (NC = Not Complete):<br>1996 (NC); 1997 (NC); 1998 (NC); 1999 (NC); 2000 (NC); 2001 (NC) |
| **Source:** | The National Library of Israel |
| **Permalink:** | http://primo.nli.org.il/primo_library/libweb/action/dlDisplay.do?vid=NLI&docId=NNL-Journals001772375 |
| **System Number:** | 001772375 |
| **Links** | This item in the Library Catalogue<br>Request Journal |

Back to search results >>

*Opening Hours   *Location   *Contact Us   The National Library of Israel, Edmond J. Safra Campus, Givat Ram, POB 39105 Jerusalem, Israel,074-7336336

Library Website   Contact Us   privacy statement   Instructions for ordering items   

Wednesday, January 4, 2015

Library   Collections & Archives   Catalogues & Data Bases   Digital Library   Education   Music Center     English   Arabic   Hebrew

   Humat al-Areen

Advanced Search   Browse



Hello Guest, sign in
e-Shelf

<< Back to results list

### Humat al-Areen [Defenders of the Lion's Den]

The Palestinian National Authority, Force 17; 1994 -

Gaza: General Commission of Force 17, the Presidential Guard

Locations▽   Detailed Information△   Reviews & Tags▽

Actions »

| | |
|---|---|
| **Title:** | Humat al-Areen [Defenders of the Lion's Den] |
| **Author:** | The Palestinian National Authority, Force 17 |
| **Publisher:** | Gaza: The General Commission of Force 17, the Presidential Guard |
| **Creation Date:** | 1994 |
| **Additional Titles:** | Humat al-Areen (Journal)<br>The Journal of Humat al-Areen |
| **Subjects:** | Arabic newspapers -- Israel<br>Arabic newspapers<br>Arabic periodicals -- Israel<br>Arabic periodicals<br>Palestinian National Authority -- Periodicals<br>Palestinian National Authority -- Armed Forces – Periodicals |
| **Notes:** | News, Political, Cultural<br>Can be found in the library (NC = Not Complete):<br>1996 (NC); 1997 (NC); 1998 (NC); 1999 (NC); 2000 (NC); 2001 (NC); 2002 (NC); 2003 (NC); 2004 (NC) |
| **Source:** | The National Library of Israel |
| **Permalink:** | http://primo.nli.org.il/primo_library/libweb/action/dlDisplay.do?vid=NLI&docId=NNL-Journals001782678 |
| **System Number:** | 001782678 |
| **Links** | This item in the Library Catalogue<br>Request Journal |

Result 1                                          Back to search results >>

*Opening Hours   *Location   *Contact Us   The National Library of Israel, Edmond J. Safra Campus, Givat Ram, POB 39105 Jerusalem, Israel,074-7336336

Library Website   Contact Us   privacy statement   Instructions for ordering items