

**MILLER CHEVALIER**

Laura Ferguson
Member
(202) 626-5567
lferguson@milchev.com

January 19, 2015

**VIA ECF AND FACSIMILE**

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Sokolow v. Palestine Liberation Organization et al.*, 04-CV-397 (GBD) (RLE)

Dear Judge Daniels,

Today, at 2:47 pm we received an email from Plaintiffs' counsel identifying 45 exhibits Plaintiffs plan to use with Alon Eviatar tomorrow. *See* Exh. 1 (email from T. Machnes to M. Rochon et al.) 24 of the 45 had been identified as Eviatar exhibits last week or this Sunday. As to the remaining 21 exhibits, Defendants first learned of Plaintiffs' intent to use these exhibits at 2:47 pm today, less than 24 hours before Eviatar will testify. Defendants are still in the process of identifying and assembling the exhibits.

Based on a quick review, Defendants already have identified four exhibits as to which they have objections: PTE 192A, 655, 913, and 914, which are attached as Exhibits 2-5, respectively, for the Court's convenience. These documents are inadmissible hearsay and irrelevant. Defendants will notify the Court by letter in the morning as to any other exhibits as to which they have objections.

Sincerely,

Laura G. Ferguson

cc: All ECF Counsel

Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com