# EXHIBIT 1

# Ferguson, Laura

| | |
|---|---|
| **From:** | Machnes, Tal <Tal.Machnes@aporter.com> |
| **Sent:** | Monday, January 19, 2015 2:47 PM |
| **To:** | Rochon, Mark; Hill, Brian; Ferguson, Laura; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Hashimoto, Ken L.; Pildis, Sara K.; Romeo, Carmela; Kientzle, Michael; Mordechai Haller; Rachel Weiser; Kim, Sara; Robinson, Jane |
| **Subject:** | Sokolow v. PA/PLO |

Counsel,

Below is a list of the exhibits that we plan to use with Alon Eviatar tomorrow. Following this e-mail, you will receive a link to redacted exhibits 427, 428, 1111, and 1147. The witness we plan to call after Mr. Eviatar is Israel Shrenzel.

36C
39
40
41
42
61
71
72
73
86
113
138
147
151
152
164
165
192A
239 – clip 3
242
354
427
428
496
634
635
655
913
914
956
962
963

1

1035
1037
1041
1111
1128
1130
1131
1135
1142
1147
1148
1160
1170

Photographs (as previously disclosed) of Mohamed Arman, Wael al-Qassim, Walid Anjas, and Mohamed Awda.

Admission No. 42 of Defendants' responses to plaintiffs' requests for admission

Testimony of Mosab Yousef as designated (and excluding the portion withdrawn)

Regards,
Tal

Tal Machnes

Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

+1.212.715.1125 (office)
+1.781.307.2288 (mobile)
Tal.Machnes@aporter.com
www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP click here
http://www.arnoldporter.com