# EXHIBIT 3

[Marwan Barghouti:] "We in Fatah, along with all the National and Islamic Forces, are working to escalate the Intifada, to protect it and to keep it going until the occupation is gone."

[Secretary of the Fatah Movement in the West Bank, Marwan Barghouti: "Negotiation without resistance is begging and humiliation", Al-Hayat Al-Jadida (Jan. 13, 2001)]



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                   Plaintiffs,<br><br>   vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                   Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the law of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Barghouti: Negotiation Without Resistance is Begging and Humiliation", Al-Hayat Al-Jadida (Jan. 13, 2001).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from Hebrew University, Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Barghouti: Negotiation Without Resistance is Begging and Humiliation", Al-Hayat Al-Jadida (Jan. 13, 2001).

Dated: February 27, 2014

ROEE COHEN

١٣/١/٥٨

# الجماهير تواصل بيعة الدم للأقصى



## جزءا من اتفاق سياسي

# ومة استجداء ومذلة

# مة على التكامل والتعاضد



مروان البرغوثي

● هل تنصور ان الرئيس عرفات سيستطيع الإفلات من ذلك بالعمل الأمريكي، الذي يصنه لا كينترون...

- دون أدنى شك ان هناك صغراً شديداً، ونحن لا نرى بالملشرحات الأمريكية والإسرائيلية طرقاً للخلاص...

● وماذا تترقبه من بوش اسمبر بعد اكتمال تشكيل إدارته؟

- لما عقلنا الرهان يجب أن يبقى على استمرار هذه الانتفاضة لأن هذه الإدارة التي تحكم، والحاكم الذي يجلس في البيت الأبيض...

واكد خالد زنون أهم ليبادبي حركة الجهاد الإسلامي على كلمة القوى الوطنية والإسلامية على ضرورة الصمود على الحكومة الإسرائيلية...

## جنود الاحتلال ومستوطنون يعتدون على عمال من طمون

طمون - الحياة الجديدة - اعتدى امس عدد من جنود الاحتلال والمستوطنين عند منتلك الطبيعة قرب مستوطنة بقاوت في الأغوار الشمالية على المواطنين سرور علي محمد بني جابر...

## حدة الوطنية .. واظهرت ضعف اسرائيل

# ملك مفتاح الاستقرار في المنطقة



د. مصطفى نور غربي

الفلسطيني إلى مجرد إجراءات سكانية بلدية في مجرد السيادة الإسرائيلية...

Hayat J.

| الحياة المحلية | | السبت ١٣ /١ /٢٠٠١ |

التنسيق الأمني دفنته الانتفاضة ويجب ان يكون جزءا من اتفاق سياسي

# البرغوثي : التفاوض دون مقاومة استجد

## العلاقة بين فتح والسلطة الوطنية قائمة على التكاء

حركت العالم العربي . . وازعجت اميركا . . وحققت الوحدة الوطنية . . واظه

## د. البرغوثي : الانتفاضة كشفت ان شعبنا يملك مفتاح الاست