# EXHIBIT 5



PLAINTIFF'S
EXHIBIT
914

**Declaration issued by the National and Islamic Forces**
**Dated August 27, 2001**
**No voice is louder than the voice of the Intifada**
**Glory and immortality for the Commander, the martyr, Abu Ali Mustafa**

**O, masses of our glorious Arab Nation**
**O, heroes of the Intifada and brave resistance**

The savage assassination of the Palestinian and great Arab, nationalist symbol, the Comrade Abu Ali Mustafa, Secretary General of the Popular Front for the Liberation of Palestine, and the series of liquidations approved by the Sharon government, of national and Islamic leaders, confirms the State terrorism and fascist character of the Israeli government with the leadership of the bloodthirsty Sharon.

This government has declared war in all its forms against our Palestinian people, their institutions, their leadership and their National and Islamic Forces personnel. Similarly, it has declared its open and unconcealed use of all forms of State terror, weapons and technology in opposing our people, under the delusion that it will therefore be able to discourage their will to continue their proud fight and struggle against its brutality and fascist occupation of the land and the Holy Places; and that in light of the flagrant American bias, in light of the regretful Arab silence, and in light of the cover provided by the media mouthpieces and the American propaganda, it will be able to triumph over this heroic people, their Intifada and their towering resistance. This delusion will not become reality, not just because the masses of our people are becoming more solidified and prepared for resistance and sacrifice with each new crime of the fascist Sharon government, but also because the unparalleled exemplar of the heroes of the Palestinian people, foremost among them the comrade, the fighter Abu Ali Mustafa,

P 1:2757

are taking root in the hearts and minds of thousands of our Palestinian people who are growing in energy and perseverance in following their example.

This ongoing racist chaos of the Israeli government shows the extent of the failure to achieve the so-called security for the Occupation entity and its settlers. It also shows the ongoing qualitative development of the militant and resistant endeavor of the Palestinian people, its heroes and its fighters, and shows moreover, the collapse of the security argument, by which Sharon and his government came to rule, and the fumbling around in the quest for flimsy pretexts for continuing the Occupation and State terror which it practices.

The Palestinian people pledge, O, heroic comrade, Abu Ali Mustafa, to continue your fighting path and to proceed with the Intifada and the resistance. By that, they confirm that your blood, and the blood of the martyrs of our people will not go to waste, rather it will cultivate the tree of liberty and give viridity* [*Translator note: green relates to "life" within Islam]; and that our people will continue their struggle, their brave Intifada and their mounting resistance to the Occupation machine and its settlers. So let the strikes of the resistance increase violently, focusing against the Zionist settlers and soldiers, and let the brave Intifada continue in defense of the freedom and the independence of our people.

The National and Islamic Forces, turning to our comrades in the Popular Front with the warmest condolences on the loss of the heroic leader Ali Mustafa, view this as a grievous loss for all the people of the National and Islamic movement, all Palestinian people, the Arab and Islamic Nation and the free world, and they declare tomorrow Tuesday, a day of mourning and general national strike throughout the country. And we call on the masses of our people to express with all their resources, the extreme condemnation of this brutal crime and to take part in escorting the corpse of the martyr in accordance with the respect and appreciation he deserves.

**Long Live the glorious Intifada and the resistance**
**Glory and immortality for the righteous martyrs**
**Recovery for the heroic wounded and freedom for our immortal comrade, Abu Ali Mustafa**

**The National and Islamic Forces**
**Palestine**

**P 1:2758**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

     vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF DAVID KRELL

David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.     The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 2757-2758.

2.     I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 2757-2758.

Dated: March 4, 2014

_____
DAVID KRELL



١٨٩

بسم الله الرحمن الرحيم

"ولا تحسبن الذين قتلوا في سبيل الله أمواتا بل أحياء عند ربهم يرزقون"

صدق الله العظيم.

بيان صادر عن القوى الوطنية والإسلامية

بتاريخ ٢٠٠١/٨/٢٧

لا صوت يعلو فوق صوت الانتفاضة

المجد والخلود للقائد الشهيد أبو علي مصطفى

يا جماهير أمتنا العربية المجيدة

يا أبطال الانتفاضة والمقاومة البواسل

إن عملية الاغتيال الوحشية للرمز الوطني الفلسطيني  والقومي العربي الكبير الرفيق أبو علي
مصطفى، الأمين العام للجبهة الشعبية لتحرير فلسطين، ومسلسل التصـ فيات الـ ذي أقرتـ ه
حكومة شارون للقيادات الوطنية والإسلامية، إنما  تؤكد إرهاب الدولـ ة والسـ مة الفاشـ ية
والوحشية للحكومة الإسرائيلية بقيادة السفاح شارون.

لقد أعلنت هذه الحكومة الحرب بكل أشكالها ضد الشعب الفلسطيني ومؤسساته  وقياداته
وكوادره الوطنية والإسلامية، كما أعلنت استخدامه الصريح والمكثـ وف لكـ ل أشـ كال
الإرهاب والأسلحة والتكنولوجيا في مواجهة شعبنا متوهمة أنها بذلك ستستطيع ثني  إرادته عن
مواصلة كفاحه ونضاله الشامخ ضد وحشيتها واحتلالها الفاشي للأرض والمقدسـ ات  وأنـ ا
ستستطيع في ظل الانحياز الأمريكي السـ افر وفي ظل الصمت العربي البائس وفي ظـ ل  الغطـ اء
الذي توفره لها أبواق الإعلام والدعاية الأمريكية أن تنتصر على هذا الشعب  البطل وانتفاضـ ته
ومقاومته الشاجعة. إن هذا الوهم لن يتحقق ليس فقط لان جماهير  شعبنا تصبح مع كل جريمـ ة
جديدة لحكومة شارون الفاشية اكثر صلابة واستعداداً للمقاومة و إنـ ا  أيضـ ا لأن
النموذج الفذ لأبطال الشعب الفلسطيني وفي المقدمة منهم الرفيق المناضل أبو عـ لي مصـ طفى

١٩٠

تضرب جذورها في قلوب وعقول الآلاف من أبناء الشعب الفلسطيني الذين يزدادون عزماً وإصراراً على مواصلة هجمهم.

إن هذا الانفلات العنصري المتواصل للحكومة الإسرائيلية يظهر مدى الفشل في تحقيق الأمن المزعوم لكيان الاحتلال ومستوطنيه، ويظهر أيضاً التطور الذي وعي المتواصل للنهج ضد الكفاحي والمقاوم للشعب الفلسطيني وأبطاله ومقاتليه، ويظهر كذلك انهيار مقولة الأمن التي جاء ليحكم باسمها شارون وحكومته والتخبط في البحث عن ذرائع واهية لاستمرار الاحتلال وإرهاب الدولة الذي تمارسه.

إن الشعب الفلسطيني يعاهدك أيها الرفيق البطل أبو علي مصطفى على مواصلة درب الكفاحي وعلى استمرارية الانتفاضة والمقاومة، فإنه يؤكد بذلك أن دمك ودم شهداء شعبنا لن يذهب هدراً بل سيزيد شجرة الحرية والعطاء اخضراراً، وان شعبنا سيواصل كفاحه وانتفاضته الباسلة ومقاومته المتصاعدة لآلة الاحتلال ومستوطنيه، فلتزداد ضربات المقاومة عنفاً وتركيزاً ضد المستوطنين والجنود الصهاينة ولتستمر الانتفاضة الباسلة دفاعاً عن الحرية والاستقلال لشعبنا.

وإذ تتقدم القوى الوطنية والإسلامية إلى الرفاق في الجبهة الشعبية بأحر التعازي بفقد القائد البطل أبو علي مصطفى، فإننا ترى في ذلك خسارة فادحة لكل أبناء الحركة الوطنية والإسلامية وللشعب الفلسطيني و الأمة العربية والإسلامية ولأحرار العالم وهي تعلن يوم غد الثلاثاء يوم حداد وإضراب وطني شامل في كل أنحاء الوطن، وتدعو جماهير شعبنا إلى التعبير بكل إمكانياتها عن الاستنكار البالغ لهذه الجريمة الوحشية والى المشاركة في تشييع جثمان الشهيد بما يستحقه من الاحترام والتقدير.

عاشت الانتفاضة والمقاومة المجيدة

المجد والخلود لشهدائنا الأبرار

والشفاء للجرحى الأبطال وللرفيق الخالد أبو علي مصطفى

القوى الوطنية والإسلامية

فلسطين