# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARK SOKOLOW, *et al.*,

        Plaintiffs,

- against -

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

        Defendants.

**Docket No:**
**04-CV-397 (GBD) (RLE)**

------------------------------------------------------------------X

## DECLARATION OF MAJOR GENERAL ADNAN DMEIRI

    Pursuant to 28 U.S.C. § 1746, I, Major General Adnan Dmeiri, declare under penalty of perjury under the laws of the United States of America, as follows:

    1.    I currently reside in the city of Ramallah in the State of Palestine.

    2.    I am over eighteen years old, and I am competent to make this declaration. Unless otherwise stated herein, the facts set forth below are based on my personal knowledge.

    3.    I can read and speak Arabic.  I have read a translation of this Declaration in Arabic, and I understand it.

    4.    Since 2009, I have been the spokesman for the Palestinian Security Forces and the head of the Commission for National and Political Guidance.  Prior to that, from 2004 to 2006, I was employed by the Ministry of Interior as a spokesperson for the PA Civil Police. From 1995 to 2004, I served in the Preventive Security Service where I held various positions, the most recent as an analyst in the information and analysis department.

    5.    I understand from the Palestinian Authority's ("PA") trial counsel that Plaintiffs in this matter have submitted correspondence to the Court regarding several

2

publications they argue are official publications of the Palestinian Authority. I have reviewed Plaintiffs' letter and would like to inform the Court of the following:

6. In 1994, upon the creation of the Palestinian Authority, the Commission for National and Political Guidance was repurposed to act as the public relations arm of the PA Security Forces, tasked to educate and guide the PA's Security Forces.

7. In 2009, through the efforts of Lieutenant General Keith Dayton, U.S. Security Coordinator for Israel and the Palestinian Authority, the PA created the office of the Spokesperson for the Security Forces. Today, the Spokesperson is the only official authorized to speak to the public on behalf of the Security Forces. Prior to 2009, each security entity operated independently and either had its own spokesperson or relied on the head of each particular security agency to deliver that agency's official positions.

8. From 1995, when I began my tenure with the PA Security Forces, until today, the Commission for National and Political Guidance never issued publications entitled *Al-Shuhada*, *Humat Al Areen* and *Al Shurta*.

9. Although the Commission never published them, I am aware of these publications. I have determined, based on internal investigation, that these publications were published by employees of the PA, each working for a particular security apparatus. These were informal publications, issued and distributed only in Gaza, within the circles of the employees who had published them. The publications were never sold nor circulated outside of the security apparatus connected to them. Moreover, the publications expressed the soldiers' personal views and were not official statements of the Palestinian Authority or its security forces.

10. After 2001, when nearly all security-related structures were destroyed in Israeli aerial attacks, nearly all official security operations came to a standstill. For the most part, the magazines and newsletters I reference in Paragraph 9, above, ceased publication.

11. When, during the 2001-2004 period, these publications were issued, it was on an ad-hoc basis, by employees who were operating independently and without the supervision of higher-ranking officers.

12. No statements made in those publications, except for those specifically attributed to the head of the security service or the head of the Palestinian Authority, were a statement of an official position or view of the Palestinian Authority. To the contrary, the statements in these publications were statements generated by a small group of personnel expressing political views to which the Palestinian Authority never subscribed.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 20th day of January, 2015, in the city of Ramallah, State of Palestine.

_____
Major General Adnan Dmeiri

1542645.1

المحكمة الإقليمية للولايات المتحدة

لمقاطعة نيويورك الجنوبية

| | | |
|---|---|---|
| مارك سوكولو و آخرون | | |
| مدعون، | | |
| ضد | | قضية مدنية رقم: (RLE) (GBD) 397 -CV- 04 |
| منظمة التحرير الفلسطينية و آخرون | | |
| مدعى عليهم. | | |

شهادة اللواء عدنان الضميري

وفقا للفقرة 1746 من المادة 28 من قانون الولايات المتحدة، أشهد أنا اللواء عدنان الضميري تحت طائلة عقوبة شهادة الزور حسب قوانين الولايات المتحدة الامريكية، بما يلي:

1. أقيم حاليا في مدينة رام الله في دولة فلسطين.

2. أبلغ من العمر اكثر من ثمانية عشر عاما، و أنني مؤهل للإدلاء بهذه الشهادة. و ما لم يتم الإشارة إلى غير ذلك، فإن الحقائق المدرجة أدناه مبنية على معرفتي الشخصية.

3. أتحدث و أقرأ العربية، و قد قمت بقراءة ترجمة هذه الشهادة باللغة العربية و فهمتها.

4. أشغل ومنذ العام 2009 منصب الناطق الرسمي لقوات الأمن الفلسطينية، وكذلك رئيس هيئة التوجيه الوطني والسياسي. وقبل ذلك أي في الفترة 2004 – 2006 شغلت منصب الناطق الرسمي للشرطة المدنية التابعة للسلطة الفلسطينية في وزارة الداخلية. وقد عملت في جهاز الأمن الوقائي في الفترة 1995-2004 حيث تبوأت عدة مناصب، كان أحدثها منصب محلل في قسم المعلومات والتحليل.

5. لقد علمت من المستشار القانوني للسلطة الفلسطينية ان المدعين في هذه القضية قد قاموا بتقديم وثائق إلى المحكمة تتعلق بعدة نشرات يدعون أنها نشرات رسمية صادرة عن السلطة الفلسطينية. وقد قمت بقراءة رسالة المدعين وأود أن أعلم المحكمة بما يلي :

6. إثر إنشاء السلطة الفلسطينية عام 1994، تم تحويل مهمة هيئة التوجيه الوطني والسياسي لتكون وحدة العلاقات العامة لقوات الأمن التابعة للسلطة الفلسطينية، حيث كانت مهمتها حينئذ تثقيف وتوجيه تلك القوات.

7. في سنة 2009 ومن خلال الجهود التي قام بها الفريق كيث دايتون المسؤول الأمريكي للتنسيق الأمني بين اسرائيل والسلطة الفلسطينية، قامت السلطة الفلسطينية بإنشاء مكتب الناطق الرسمي لقوات الأمن. وحاليا، فإن الناطق الرسمي هذا هو الشخص الوحيد المخول بالتحدث للجمهور باسم قوات الأمن. كانت كل وحدة أمنية، قبل العام 2009، تعمل على حدة وبشكل مستقل عن الوحدات الأخرى حيث كان لكل منها الناطق الرسمي الذي يتحدث باسمها، أو كانت كل من تلك المؤسسات الأمنية تخول رئيسها بالتحدث باسمها حول موقفها الرسمي ازاء أي قضية.

8. منذ ان تبوأت منصبي في قوات الأمن التابعة للسلطة الفلسطينية في العام 1995 وحتى الآن، لم تقم أبدا هيئة التوجيه الوطني والسياسي باصدار نشرات أو مجلات تحت عنوان *الشهداء، أو حماة العرين، أو الشرطة.*

9. بالرغم من ان الهيئة المذكورة لم تقم أبدا بإصدار تلك النشرات، فإنني على دراية بهذه النشرات. وقد توصلت، وبناء على ما قمنا به من تحقيقات داخلية، أنه تم اصدار تلك النشرات من قبل موظفين لدى السلطة الفلسطينية، حيث كان يعمل كل منهم لدى جهاز أمني معين. وتلك كانت نشرات غير رسمية، تم إصدارها وتوزيعها في قطاع غزة فقط، وفي أوساط الموظفين الذين كانوا قد أصدروها. وأنه لم يتم تداول أو بيع تلك النشرات خارج اوساط الأجهزة الأمنية المرتبطة بتلك النشرات. بالاضافة إلى ذلك، فقد عبرت الآراء الواردة في تلك النشرات عن وجهات نظر الجنود الشخصية ولم تكن تلك النشرات بيانات رسمية صادرة عن السلطة الفلسطينية او قوات الأمن التابعة لها.

10. دخلت تقريبا كل العمليات الأمنية الرسمية في حالة جمود، بعد أن تم تدمير بنية جميع الاجهزة الأمنية إثر الغارات الجوية الاسرائيلية التي شنت عليها بعد عام 2001. وبالتالي فقد توقفت، في معظم الأحيان، تلك المجلات أو النشرات التي اشرت إليها في الفقرة 9 أعلاه عن الصدور.

11. حين كان يتم صدور اي من تلك النشرات في الفترة 2001-2004، كان يتم ذلك من قبل موظفين يعملون بشكل مستقل وبدون مراقبة مسؤوليهم ذوات المراتب العليا، حيث كانت تلك النشرات تصدر لتأدية غرض ما ومحدد.

12. لم تكن البيانات او التصريحات الواردة في تلك النشرات رسمية او تعبر عن وجهة نظر السلطة الفلسطينية الرسمية، إلا إذا نسبت إلى رئيس الجهاز الأمني أو إلى رئيس السلطة الفلسطينية. وعلى العكس،فقد كانت تلك التصريحات تعبر عن وجهة نظر مجموعة صغيرة من الموظفين ولم يكن للسلطة الفلسطينية شأنا لها.

أشهد أنا، تحت طائلة عقوبة شهادة الزور حسب قوانين الولايات المتحدة الامريكية أن ما تم ذكره آنفا صادق و صحيح و عليه فقد تم التوقيع في هذا اليوم الموافق 20 من شهر كانون ثاني من العام 2015، في مدينة رام الله، دولة فلسطين.

اللواء عدنان الضميري