UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
MARK I. SOKOLOW, *et al.*, :
:
                     Plaintiffs, :   No. 04 Civ. 00397 (GBD) (RLE)
:
  -vs.- :
:
THE PALESTINE LIBERATION :
ORGANIZATION, *et al.*, :
:
                     Defendants. :
------------------------------------------------------------ X

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, pursuant to the colloquy with the Court on January 20, 2015, plaintiffs respectfully file the attached index listing the exhibits included in the binder of documents concerning the July 31, 2002 attack on Hebrew University admitted in evidence. Each of the documents listed in the attached index was admitted in evidence.

Dated: New York, New York
       January 21, 2015

                                   ARNOLD & PORTER LLP

                           By:   /s/ Kent A. Yalowitz
                                 Kent A. Yalowitz
                                 399 Park Avenue
                                 New York, NY 10022
                                 Tel: (212) 715-1113
                                 Fax: (212) 715-1399
                                 Kent.Yalowitz@aporter.com

# INDEX
## JULY 31, 2002 FRANK SINATRA CAFETERIA, HEBREW UNIVERSITY BOMBING
### *Sokolow, et al. v. PLO, et al.*

| PERPETRATOR | TAB | EXHIBIT | DOCUMENT |
|---|---|---|---|
| Abdullah Barghouti | A | 431 | Hearing Record (Decision, Guilty Plea, Verdict and Decision) |
| | B | 452 | Indictment |
| | C | 73 | Ministry of Prisoner Files |
| | D | 164 | GIS Files |
| Ahmed Barghouti | A | 358 | Hearing Record (Guilty Plea and Verdict) |
| | B | 357 | Amended Indictment |
| | C | 36C | Ministry of Prisoner Files |
| | D | 113 | Employment Records |
| | E | 142 | GIS Files |
| Ibrahim Hamed | A | 40 | Ministry of Prisoner Files |
| | B | 61 | Ministry of Prisoner Files |
| | C | 147 | GIS Files |
| | D | 1041 | GIS Files |
| Mohamed Arman | A | 39 | Ministry of Prisoner Files |
| | B | 72 | Ministry of Prisoner Files |
| | C | 1035 | GIS Files |
| Wael al-Qassim | A | 41 | Ministry of Prisoner Files |
| | B | 71 | Ministry of Prisoner Files |
| | C | 152 | GIS Files |
| Walid Anjas | A | 42 | Ministry of Prisoner Files |
| | B | 138 | GIS Files |
| | C | 165 | GIS Files |
| | D | 1037 | GIS Files |
| Mohamed Awda | A | 86 | Ministry of Prisoner Files |
| | B | 151 | GIS Files |