**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
:
MARK I. SOKOLOW, *et al.*,                                 :
:
             Plaintiffs,         :     No. 04 Civ. 00397 (GBD) (RLE)
:
   -vs.-                                               :
:
THE PALESTINE LIBERATION                                   :
ORGANIZATION, *et al.*,                                    :
:
             Defendants.         :
---------------------------------------------------------- X

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, pursuant to the colloquy with the Court on January 13, 2015, plaintiffs proffer the Exhibits numbered 323, 468, and 478.

Dated: New York, New York
        January 20, 2015

                      ARNOLD & PORTER LLP


                      By:   /s/Kent A. Yalowitz
                           Kent A. Yalowitz
                           399 Park Avenue
                           New York, NY 10022
                           Tel:  (212) 715-1113
                           Fax: (212) 715-1399
                           Kent.Yalowitz@aporter.com