# EXHIBIT A

| Fayyad, Salam | March 9, 2010 | 14:16-15:11 |
|---|---|---|
| | | 16:7-17:7 |
| | | 17:11-13 |
| | | 26:12-19 |
| | | 27:9-15 |
| | | 27:20-22 |
| | | 29:13-20 |
| | | 30:25-32:3 |
| | | 48:1-7 |
| | | 48:10-15 |
| | | 48:17-50:2 |
| | | 50:10-15 |
| | | 58:12-60:15 |
| | | 61:8-62:1 |
| | | 62:10-63:3 |
| | | 64:18-65:2 |
| | | 70:9-13 |
| | | 78:21-79:14 |
| | | 98:25-99:17 |
| | | 101:21-25 |
| | | 102:5-6 |
| | | 102:9-103:2 |
| | | 104:15-22 |
| | | 156:7-8 |
| | | 156:11-12 |
| | | 156:16-157:7 |
| | | 157:21-159:6 |
| | | 160:1-9 |
| | | 161:4-162:12 |
| | | 171:8-16 |
| | | 171:25-173:24 |
| | | 175:3-21 |
| | | 176:3-177:8 |
| | | 196:4-197:16 |
| Abu-Libdeh, Hasan | June 16, 2010 | 7:18-22 |
| | | 8:14-16 |
| | | 8:19-9:6 |
| | | 9:10-22 |
| | | 10:2-5 |
| | | 24:23-25:3 |
| | | 25:20-26:6 |
| | | 26:8-27:11 |
| | | 30:22-31:9 |
| | | 31:20-32:2 |
| | | 32:8-17 |
| | | 33:14-34:5 |
| | | 35:1-10 |
| | | 35:16-36:16 |
| | | 42:11-18 |

|  |  |  |
|--|--|--|
|  |  | 42:23-43:23 |
|  |  | 45:10-16 |
|  |  | 50:22-51:22 |
|  |  | 55:15-56:3 |
|  |  | 57:6-14 |
|  |  | 82:13-18 |
|  |  | 87:4-88:4 |
|  |  | 100:18-101:11 |
|  |  | 105:9-23 |
|  |  | 108:2-109:10 |
|  |  | 111:8-112:17 |
|  |  | 113:3-19 |
|  |  | 117:21-118:11 |
|  |  | 119:5-21 |
|  |  | 124:25-125:15 |
|  |  | 151:24-152:4 |
|  |  | 152:19-153:5 |
|  |  | 153:7-154:4 |
|  |  | 154:7-24 |
|  |  | 161:6-164:17 |
|  |  | 165:3-6 |
|  |  | 166:2-8 |
|  |  | 166:12-167:1 |
|  |  | 167:6-168:18 |
|  |  | 169:21-171:4 |
|  |  | 174:15-21 |
|  |  | 175:3-15 |
|  |  | 175:17-176:22 |
|  |  | 177:4-178:8 |
|  |  | 181:25-182:11 |
|  |  | 182:23-183:3 |
|  |  | 192:20-193:6 |
|  |  | 193:12-194:4 |
|  |  | 200:1-5 |
|  |  | 200:8-201:2 |
|  |  | 203:24-204:6 |
|  |  | 204:25-205:5 |
|  |  | 205:8-20 |
|  |  | 212:9-16 |
|  |  | 214:8-20 |
|  |  | 214:25-216:3 |
|  |  | 216:6-11 |
|  |  | 216:13-217:17 |
|  |  | 217:23-218:6 |
|  |  | 218:8-19 |
|  |  | 226:21-228:10 |
|  |  | 228:22-230:7 |
|  |  | 230:10-21 |
|  |  | 232:9-21 |

|  |  |  |
|---|---|---|
|  |  | 233:12-17 |
|  |  | 233:23-235:2 |
| Shaqbu'a, Yasser | September 12, 2012 | 14:23-15:3 |
| Al Sheikh, Hussein | April 1, 2009 | 14:14-22 |
|  |  | 15:7-10 |
|  |  | 15:14-15 |
|  |  | 15:19-20 |
|  |  | 16:8-21 |
|  |  | 17:3-17 |
|  |  | 18:24-19:17 |
|  |  | 20:21-21:13 |
|  |  | 22:7-10 |
|  |  | 38:18-22 |
|  |  | 61:11-24 |
|  |  | 62:11-16 |
|  |  | 63:3-15 |
|  |  | 64:20-65:10 |
|  |  | 67:23-68:4 |
|  |  | 70:17-22 |
|  |  | 72:14-74:6 |
|  |  | 77:20-78:13 |
|  |  | 79:21-80:23 |
|  |  | 86:7-14 |
|  |  | 87:3-6 |
|  |  | 89:2-7 |
|  |  | 98:24-99:24 |
|  |  | 111:5-112:20 |
|  |  | 112:24-113:4 |
|  |  | 120:24-121:11 |
|  |  | 122:7-11 |
|  |  | 122:24-123:6 |
|  |  | 124:17-125:5 |
|  |  | 125:21-126:4 |
|  |  | 137:13-17 |
|  |  | 140:21-24 |
|  |  | 141:5-14 |
|  |  | 143:12-16 |
|  |  | 147:17-148:13 |
|  |  | 149:2-12 |
|  |  | 150:5-17 |
|  |  | 150:24-151:4 |
|  |  | 151:15-152:5 |
|  |  | 152:18-21 |
|  |  | 152:24-153:8 |
|  |  | 154:23-156:3 |
|  |  | 156:7-157:3 |
|  |  | 157:25-159:24 |
|  |  | 161:2-25 |
|  |  | 167:4-168:16 |

| | | |
|---|---|---|
| | | 169:17-170:3 |
| | | 171:24-172:22 |
| | | 174:5-9 |
| | | 174:12-176:14 |
| | | 179:3-10 |
| | | 179:14-180:10 |
| | | 204:4-205:14 |
| | | 209:20-22 |
| | | 219:23-220:11 |
| Jadallah, Mazen | June 15, 2010 | 10:19-21 |
| | | 11:2-3 |
| | | 11:5-12 |
| | | 11:17-18 |
| | | 11:23-12:2 |
| | | 12:4-8 |
| | | 12:11-13 |
| | | 12:17-24 |
| | | 20:4-11 |
| | | 23:1-13 |
| | | 23:20-24:12 |
| | | 24:15-18 |
| | | 25:25-26:12 |
| | | 27:18-28:4 |
| | | 28:6-11 |
| | | 28:17-29:10 |
| | | 35:2-11 |
| | | 37:2-19 |
| | | 37:25-38:14 |
| | | 38:19-20 |
| | | 38:25-39:20 |
| | | 41:21-42:7 |
| | | 42:11-17 |
| | | 42:22-23 |
| | | 42:25-43:21 |
| | | 44:5-8 |
| | | 44:21-45:16 |
| | | 45:21-46:3 |
| | | 46:7-9 |
| | | 47:9-49:4 |
| | | 49:6-25 |
| | | 50:6-51:17 |
| | | 52:3-53:17 |
| | | 55:2-16 |
| | | 59:17-60:12 |
| | | 62:8-18 |
| | | 65:12-66:3 |
| | | 66:6-21 |
| | | 80:24-81:2 |
| | | 81:13-82:11 |

|  |  |  |
|--|--|--|
|  |  | 82:15-24 |
|  |  | 83:22-85:8 |
|  |  | 85:10-22 |
|  |  | 179:7-9 |
|  |  | 179:12 |
|  |  | 179:17 |
|  |  | 179:20-22 |
|  |  | 179:24-25 |
|  |  | 180:3-8 |
|  |  | 180:10-13 |
|  |  | 180:16-181:17 |
|  |  | 188:24-191:11 |
|  |  | 191:18-193:18 |
|  |  | 193:25-194:5 |
|  |  | 203:1-204:1 |
|  |  | 204:3-205:17 |
|  |  | 232:24-233:18 |