# EXHIBIT C

1              THE UNITED STATES DISTRICT COURT

2                 THE DISTRICT OF COLUMBIA

3

4

5   THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                         )
6                        Plaintiff, )
                                         )
7             vs.                        )    Case No.
                                         )04-1173(PLF)(JMF)
8                                        )
    THE PALESTINIAN AUTHORITY, et al.,   )
9                                        )
                         Defendants.)
10  _____)

11

12

13

14                    DEPOSITION OF

15                  HASAN ABU-LIBDEH

16              East Jerusalem, Israel

17                  June 16, 2010

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR

Page 5

1                (The following proceedings were conducted

2      through the Arabic interpreter, until otherwise

3      indicated.)

4

5                             EXAMINATION

6      BY MR. HEIDEMAN:

7           Q.    Would you state your name, please, sir?

8           A.    Hasan Abu-Libdeh.

9           Q.    Thank you.

10               Would you spell that, please, for the court

11     reporter?

12          A.    (In English.)  H-A-S-A-N, A-B-U,

13     L-I-B-D-E-H.

14               MR. O'TOOLE:  I thought there was some

15     agreement as to the procedures, that there would be

16     translation and that he would answer in Arabic.  And

17     Mr. Abu-Libdeh feels much more comfortable having the

18     translator.

19               MR. HEIDEMAN:  All I asked him was his name.

20               MR. O'TOOLE:  Absolutely.  I just wanted to

21     clarify for that.

22          Q.    Would you tell the court, please, your

23     address?

24          A.    Ramallah, Atira, Palestine.

25          Q.    Please tell the court by whom you are

1    employed?

2         A.    The Palestinian Authority, Palestinian

3    National Authority.

4         Q.    What is your position with the Palestinian

5    National Authority?

6         A.    He's the minister of finance.

7              THE WITNESS:  (In English.)  Economy.

8              (Brief reporter clarification.)

9              INTERPRETER MEISER:  "I am the minister of"

10   -- I forgot the terminology.

11             THE WITNESS:  (In English.)  Minister of

12   national economy.

13             INTERPRETER MEISER:  "Minister of national

14   economy."

15   BY MR. HEIDEMAN:

16        Q.    What are your responsibilities as the

17   minister of national economy for the Palestinian

18   National Authority?

19        A.    (Translated.)  I take care of everything

20   that -- on the fine proceedings regarding financial

21   matters as representative of the Palestinian National

22   Authority.

23             THE WITNESS:  (In English.)  No, no, hold

24   it.  This is not the correct translation.  I said I am

25   supervising the work of this ministry on behalf of the

1    Palestinian National Authority to run, for the best of

2    my abilities, the Palestinian economy; not financial.

3              (Brief comment in Arabic by the witness.)

4              MS. MATTA:  You need to translate that for

5    the attorneys.

6              MR. HEIDEMAN:  I understand what the witness

7    said.  He spoke in English.

8              MR. NUDELMAN:  No, he said something in

9    Arabic after.

10             MR. HEIDEMAN:  Oh, okay.

11             INTERPRETER MEISER:  He said, "Help us,

12   brothers, because he translates wrong."

13             THE WITNESS:  (In English.)  "When he

14   translates wrong," not "because he translates."

15             INTERPRETER MEISER:  Yes, "when."

16             MR. HEIDEMAN:  Thank you.

17   BY MR. HEIDEMAN:

18        Q.    When did you first begin to work for the

19   Palestinian National Authority?

20        A.    I started working for Palestinian National

21   Authority in the first day the Palestinian Authority

22   was declared, in the year 1993.

23        Q.    For whom did you work before 1993?  And I

24   think it would be best if I asked you this question in

25   chronological order, regarding your background, and

1    with your permission, I will do so.

2            A.    I was a doctor in Bir Zeit University until

3    the National Authority, Palestinian National Authority

4    was declared.  Then I went on to business in the

5    Authority.  And then I --

6                THE WITNESS:  (In English.)  Resigned.

7                INTERPRETER MEISER:  Resigned.

8            A.    (Translated.)  Resigned again.

9                INTERPRETER MEISER:  What did you say?

10                THE WITNESS:  (In English.)  End of 2005.

11            A.    (Translated.)  After that I went to the

12    private sector, and then I went back to working for the

13    Palestinian Authority in 2008.

14            Q.    Where were you born?

15            A.    I was born in the village of Araba in the

16    second sector of Jenin.

17                THE WITNESS:  (In English.)  Governorate of

18    Jenin.

19            Q.    And where did you grow up and do your

20    elementary and high school schooling?

21            A.    I went to elementary school in the village

22    of Araba, and then I went on to go to school in Jordan,

23    in Amman.  And then I went back to the city of Jenin,

24    to high school, and then I went from Jenin to Ramallah

25    to study in the University of Bir Zeit.

1    Q.    Did you receive your degree from that
2    university?
3    A.    (In English.)  My first degree, yes.
4    Q.    And what was your first degree, a
5    bachelor's?
6    A.    (Translated.)  I got a first degree in math.
7          (Brief exchange in Arabic between
8          Interpreter Meiser and the witness.)
9          INTERPRETER MEISER:  In '97 -- '79, sorry.
10   Q.    Did you continue schooling directly or did
11   you go to work before returning to school?
12   A.    I worked for a year in the University of Bir
13   Zeit, and then I traveled to the United States and I
14   received a second degree from the University of
15   Stanford, and then I went back for two years to the
16   University of Bir Zeit, and went back to the United
17   States and completed a doctorate in the University of
18   Cornell in the year '88.
19   Q.    So you have a master's degree from Stanford
20   University in California and a doctorate from Cornell
21   University in New York; is that right?
22   A.    Yes.
23   Q.    Were your studies at Stanford in English?
24   A.    Yes.
25   Q.    Were your studies at Cornell in English?

Page 10

```
 1        A.    Yes.
 2        Q.    And you have also served as a research
 3   assistant and lecturer at Cornell University; isn't
 4   that correct?
 5        A.    Yes.
 6              THE WITNESS:  (In English.)  That's correct
 7   but I feel much better speaking Arabic in this issue.
 8        Q.    The research assistant work and the
 9   lectureship that you had at Cornell University was in
10   English; isn't that correct?
11        A.    (In English.)  Yes.
12        Q.    Having received a master's degree in
13   English --
14              MR. O'TOOLE:  I'm going to object to the
15   line of questioning.  To the suggest that the witness
16   does not have the right to testify in their native
17   language is not supported by any legal doctrine that I
18   know of.
19        Q.    The fact that you have obtained two degrees
20   in studies in the English language and have been a
21   lecturer --
22        A.    (In English.)  Not in the English language.
23        Q.    I'll rephrase.  Thank you.
24              It's true, is it not, sir, that at Stanford
25   University and Cornell University, the primary language
```

1    deputy president of the technical and advisory

2    committees, sir?

3         A.    Yes.

4         Q.    Could you tell the court what is the

5    technical and advisory committees, because I understand

6    that you worked with a very esteemed professor, Sari

7    Nusseibeh, and if I pronounced it incorrectly, I

8    apologize, but would you tell the court what that is

9    and what work you did?

10        A.    The technical and advisory committees is a

11   collection of Palestinian experts who were in charge of

12   providing the technical documentation and position

13   papers for the Madrid and Washington negotiations

14   between Palestine and Israel.

15        Q.    Thank you.

16             Were you involved, Dr. Abu-Libdeh, in the

17   negotiations leading to the Oslo Accords?

18        A.    Yes.

19        Q.    Were you involved in that capacity, through

20   the technical and advisory committee, or in some other

21   capacity?

22        A.    In this capacity and as the member of the

23   bilateral negotiating team, negotiating the Madrid-

24   Washington track.

25        Q.    Thank you.

Page 24

```
 1              MR. HEIDEMAN:   Thank you very much.
 2   BY MR. HEIDEMAN:
 3         Q.    Dr. Abu-Libdeh, in relation to the
 4   negotiations on behalf of the Palestinian side, you
 5   just testified that the Palestinian organization which
 6   was the negotiator, if I understand you correctly, and
 7   which history, of course, is something we all know, was
 8   the Palestine Liberation Organization; is that correct?
 9         A.    Correct.
10         Q.    I understand you have not been designated to
11   testify here today on behalf of the Palestine
12   Liberation Organization, but rather on behalf of the
13   Palestinian National Authority, and accordingly, I
14   don't want to, shall we say, violate the rules.  So if
15   I ask too many questions about the Palestine Liberation
16   Organization's role in building up to the establishment
17   of the Palestinian National Authority, please
18   understand, my purpose is so that the record is
19   accurate and history is recited correctly into this
20   record.  Do you understand, sir?
21         A.    I do.
22         Q.    Thank you.
23              In that context and without belaboring the
24   point, tell the court, please, generally, the history
25   as you understand it of the establishment of the
```

Page 25

1  Palestine Liberation Organization, and how it, as you

2  observed it, came to be the negotiator in the

3  establishment of the Palestinian National Authority.

4  Do you understand my question?

5      A.    The Palestine Liberation --

6            MR. O'TOOLE:  Just to put it on the record

7  to be clear, as counsel indicated, that Dr. Abu-Libdeh

8  is speaking on behalf of the Palestinian Authority in

9  this question, and not on behalf of the PLO.

10            MR. HEIDEMAN:  Yes, and the context of my

11  question is in building up to the establishment and

12  creation of the Palestinian National Authority.

13            MR. O'TOOLE:  Understood.

14            MR. HEIDEMAN:  Thank you.

15  BY MR. HEIDEMAN:

16      Q.    Do you need me to repeat the question,

17  Dr. Abu-Libdeh?

18      A.    No.

19      Q.    Thank you, sir.

20      A.    The Palestinian Liberation Organization was

21  created by the Arab League in 1964 to represent the

22  Palestinian people, and the Arab League, in 1974, voted

23  unanimously that the PLO is the sole legitimate

24  representative of the Palestinian people.

25            In view of this voting, the Palestine

Page 26

1  Liberation Organization represented to the best of its

2  ability the interests of the Palestinian people.  And

3  when the negotiations started, we were chosen, myself

4  and other delegates, to negotiate on behalf of the PLO,

5  the organization being the sole legitimate

6  representative of the Palestinian people.

7        Q.    Thank you.

8            Were you, from a history point of view,

9  historical perspective, were you at any time prior to

10  1993 active in any capacity with the Palestine

11  Liberation Organization, prior to the time that you

12  came on to the negotiating committee that resulted in

13  the establishment of the Palestinian National

14  Authority?

15      A.    The PLO does not have a register of, quote,

16  members, especially at that time those who resided in

17  the West Bank or Gaza.  But we all Palestinians

18  recognize that the PLO is the sole legitimate

19  representative of the Palestinian people, and being one

20  of them, I was one of those represented by the PLO.

21      Q.    Did you hold any position at any time with

22  the PLO prior to the time that you came on to the

23  negotiating committee that led to the establishment of

24  the Palestinian National Authority?

25      A.    No.

1        Q.    At any time have you ever been affiliated

2   with any particular political party or political

3   movement within Palestinian society?

4        A.    Yes.  As a member of Fatah organization and

5   many NGOs.

6        Q.    In what year did you first become affiliated

7   with Fatah?

8        A.    1973, as a member.

9        Q.    And have you continued your membership in

10  Fatah continuously from that time until now?

11       A.    Yes.

12       Q.    Thank you.

13            At the time you became a member of Fatah,

14  was Yasser Arafat the head and chairman of Fatah?

15       A.    Yes.

16       Q.    Was that his proper title, and that is that

17  of chairman?

18       A.    He was chairman of the PLO, but Fatah he was

19  a member of.

20       Q.    How many negotiators were on the team with

21  you that led to the establishment of the Palestinian

22  National Authority, as best you recall?

23       A.    The whole team was probably -- was probably

24  100 people, but the negotiators sitting at the table

25  were 14.

1              When you served in the 1991 to 1993

2    negotiations as part of the first team, did you do so

3    as an employee of the technical and advisory

4    committees, or did you do so in the name of the

5    Palestine Liberation Organization?

6         A.    I was running the technical and advisory

7    committees, and during that time I was chosen by the

8    PLO to be a member of the negotiating team.

9         Q.    And were you compensated by the Palestine

10   Liberation Organization or by the technical and

11   advisory committees for your work during that time?

12        A.    I was compensated by neither.  I was

13   seconded by Bir Zeit University, and Bir Zeit

14   University continued to pay my salary.

15        Q.    Now, after the September 13, 1993, signing,

16   you indicated that you became employed by the

17   Palestinian National Authority; is that correct?

18        A.    Yes.  As a founder.

19        Q.    As a founder of what, sir?

20        A.    Of the institutional infrastructure of the

21   Palestinian National Authority.

22        Q.    Please tell the court whether or not, prior

23   to September 13, 1993, the Palestinian National

24   Authority existed as an entity or an organization?

25        A.    It did not exist.

1    Q.    And what is it that occurred, sir, to cause

2    and permit the creation of the entity known as the

3    Palestinian National Authority?

4    A.    The successful negotiations between the

5    Palestine Liberation Organization and Israel led to the

6    signing of the Declaration of Principles, and then

7    later on to the signing of the Oslo Agreements, and

8    this is the basic regulatory foundation for the

9    Palestinian National Authority.

10    Q.    Was the Palestinian National Authority ever

11    incorporated as a legal entity, to the best of your

12    knowledge?

13    A.    It is a legal entity, and the source of the

14    legality is the agreement with Israel, Oslo-1, Oslo-2,

15    the Declaration of Principles, and all other

16    agreements.  This is an entity which was established in

17    accordance with these agreements, and which is today

18    functioning in accordance with these agreements.

19    Q.    Thank you.

20    Would you describe the legal entity of the

21    Palestinian National Authority as being an

22    organization, a nongovernmental organization, a

23    corporation, or what, if you know?  And I understand

24    your expertise is not in legal matters, but I would

25    like to know what is your view, since you're here as

Page 32

1    the designated representative of the Palestinian

2    National Authority.

3          A.    The --

4                MR. O'TOOLE:  Objection as to the scope and

5    as to his competency.  That's it.

6                MR. HEIDEMAN:   Thank you.

7          Q.    Yes, sir?

8          A.    The PNA is a legal structure which was born

9    as a result of the successful negotiating --

10   negotiations between the PLO and Israel, and it is

11   governed by its Basic Law and the various subsidiary

12   sectoral laws and the binding principles of the

13   negotiated agreements.  The reference for its work, its

14   functions, is the Oslo agreements and the various laws

15   that have been put together and approved by the

16   Palestine Legislative Council, which is how this --

17   this entity works.

18          Q.    Thank you for that explanation.  I'll ask

19   you more questions about this in a moment.

20                To the extent that you know, can you please

21   tell the court whether or not the Palestine Liberation

22   Organization, which you already have testified is

23   recognized as the sole legitimate representative of the

24   Palestinian people, please tell the court if the PLO,

25   to the extent of your knowledge, is an organization, an

Page 33

1    association, or a corporation, or some other legal

2    structure, to the extent you have knowledge?

3              MR. O'TOOLE:  Again, objection as to his

4    ability to talk about legal concepts, but he may answer

5    the question.

6         A.    As I said, I don't really know if an

7    organization fits -- yes, it's an organization.  But

8    I'm not an expert in legal matters.

9         Q.    Thank you.

10             Tell the court, if you would, in relation

11   to the interrelationship, in 1993 and subsequently,

12   between the PLO and the Palestinian National Authority,

13   and with that background, I will now ask a question:

14   Please, Dr. Abu-Libdeh, explain to the court the role

15   of the Palestine Liberation Organization in the

16   Palestinian National Authority, after the establishment

17   of the Palestinian National Authority on September 13,

18   1993?

19        A.      There is no direct role the PLO plays in the

20   functions of the PNA.  The PNA is an organ created as a

21   result of the negotiations, bound by the agreements

22   with Israel, and the laws that have been established

23   since then, and is bound also by the political program

24   of the PLO, being the sole legitimate representative of

25   the Palestinian people entering into agreements with

1    Israel.

2            All the agreements signed with Israel were

3    signed by the PLO on behalf of the Palestinian people,

4    including those agreements creating the Palestine

5    National -- the Palestinian National Authority.

6            Q.    Thank you.

7                  When you have used the abbreviation, sir,

8    "PNA," does that stand for the Palestinian National

9    Authority?

10           A.    Yes, sir.

11           Q.    When you have used the words, sir, "PLO,"

12   does that stand for the Palestine Liberation

13   Organization?

14           A.    Yes.

15           Q.    We also hear reference, although neither you

16   nor I have used it, to the abbreviation "PA."  Would

17   you explain to the court what is the PA, and if there

18   is any difference between "PA" and the "PNA," which you

19   just testified stands for the Palestinian National

20   Authority?

21           A.    The PA is the legal term used in the

22   Declaration of Principles and the Oslo Agreements to

23   refer to the Palestinian National Authority.

24   Therefore, PA and PNA are the same.

25           Q.    Thank you very much.

1    In an earlier answer, you referenced not

2    only Oslo, but you referenced Madrid.  Would you please

3    explain to the court why you referenced Madrid in

4    relation to the establishment of the Palestinian

5    National Authority?

6         A.    I was referring -- referring to the

7    negotiations process.  That process started in 1991

8    with negotiations in Madrid, moving to Washington, then

9    branching into Oslo, where the breakthrough was

10   created.

11        Q.    I didn't hear the last words?

12        A.    Branching into Oslo in 1993 --

13        Q.    Yes?

14        A.     -- where the history was made.

15        Q.    Thank you.

16             So we understand, then, that the Palestinian

17   National Authority, otherwise referred to as the PNA or

18   the PA, did not exist prior to the signing of the

19   documents on the White House lawn on September 13,

20   1993; is that correct?

21        A.    Correct.

22        Q.    And when you used the term "Oslo Accords,"

23   to what were you referring, please, sir?

24        A.    In general, "Oslo Accords" refer to all

25   documents signed between the PLO and Israel, and

Page 36

1    specifically Oslo-1, which was signed in 1994, and

2    Oslo-2, which was signed in 1995.

3         Q.    Is there a difference, sir, if you would

4    please explain to the court, between what was signed on

5    the White House lawn on September 13, 1993, and what

6    you've now referenced as the Oslo Accords and Oslo-1

7    and 2?

8         A.    The first one, the DOP.  The Declaration of

9    Principles is the framework agreement between Israel

10   and the PLO.  Oslo-1 was phase one of the detailed

11   arrangements reflecting the agreement in 1993, and

12   Oslo-2 is further -- further details of this agreement.

13   The first one was referring to -- in the phase one of

14   Oslo-1 was referring to arrangements for Gaza and

15   Jericho, and Oslo-2 was referring to the whole of the

16   West Bank and Gaza.

17        Q.    Did the Declaration of Principles, sir,

18   constitute, to use the term you just used, a framework

19   agreement, and if so, what do you mean, sir, by the

20   term "framework agreement"?

21             MR. O'TOOLE:  If I could have a continuing

22   objection to this line of questioning to the extent

23   that it calls for Dr. Abu-Libdeh to express legal

24   conclusions.  I'd just like to speed things up, and

25   I'll have a continuing objection.

Page 42

```
 1    National Authority.

 2         Q.    I thought I heard you use a particular word

 3    in Arabic in relation to the group of experts.  What

 4    Arabic word did you use, so that the record is clear?

 5         A.    I said "wi'a," pot.

 6         Q.    Pot, P-O-T?

 7         A.    Pot.

 8               MS. MATTA:  P-O-T.

 9         Q.    Group.

10         A.    Yes.  Yes.  It was the pot.  Correct.

11         Q.    Although the Declaration of Principles of

12    September 13, 1993, created the Palestinian National

13    Authority, do I understand from your testimony that in

14    order for it as an entity to be able to grow, so it

15    could function on behalf of the Palestinian people,

16    various institutions and infrastructures had to be

17    created?

18         A.    Correct.

19         Q.    Is that an accurate interpretation from your

20    testimony, sir?

21         A.    Correct.

22         Q.    Thank you.

23               Now, explain to the court how long the

24    process of establishing the institutions and

25    infrastructures for the Palestinian National Authority
```

Page 43

1    went on during that time period, because, of course,

2    common history reflects that Prime Minister Dr. Salam

3    Fayyad speaks even today about infrastructure and

4    institutions.  So explain to the court, please, the

5    growth and development of the infrastructure and

6    institutions from September 1993 forward, if you would,

7    please, sir.

8         A.    In -- at that time we were and we still are

9    occupied by Israel.  Therefore, Israel established the

10   minimum institutional basis for serving the public.  It

11   was the minimum; that is to say, there were many

12   spheres where institutions didn't exist.

13              The signing of the Declaration of Principles

14   opened the way for completing the institutional

15   arrangements to fund those institutions that will lead

16   to the development of the services that were not

17   attempted by the occupation, and to strengthen those

18   that will be transferred to the Palestinian Authority

19   upon the signing of the Oslo-1 and Oslo-2.

20              So the process, first of all, there is

21   nothing in history that says from the day-one to day-X

22   this thing is created; this is a process.  But the bulk

23   of the process probably took through 1996.

24        Q.    Thank you.

25              At the time of the signing of the

Page 45

1    get back to where I was trying to get us.

2    BY MR. HEIDEMAN:

3        Q.    Dr. Abu-Libdeh, did the Palestinian National

4    Authority actually execute, as a party, the agreement

5    to which you earlier referred as the Oslo-1 Accords in

6    1994?

7        A.    Say that again?  I don't understand.

8        Q.    Yes.  I'll withdraw and rephrase the

9    question.

10            Dr. Abu-Libdeh, did the Palestinian

11    National Authority, as an entity, sign the Oslo-1

12    agreements in 1994?

13        A.    No.

14        Q.    Which parties signed that agreement?

15        A.    That agreement was between the PLO and

16    Israel.  This was signed by the PLO and Israel.

17        Q.    If you can explain to the court, please, why

18    that agreement was signed by the PLO and not by the

19    Palestinian National Authority, which had already been

20    created by that time, I would appreciate it.

21            MR. O'TOOLE:  Objection as to the

22    speculation.

23            MR. HEIDEMAN:  I'll rephrase the question.

24        Q.    I understand that the Palestinian National

25    Authority, sir, was already in existence from and after

Page 50

1   sovereignty withheld at the time of the transfer from

2   Israel to the Palestinian National Authority of civil

3   administration over the West Bank?

4        A.    Yes.

5        Q.    When you use the word "sovereignty," to what

6   do you refer?  And you gave a partial answer before,

7   but I'd like to be sure it's clear.

8        A.    Yes.  When I say this, I mean that the

9   authorities transferred were limited authorities.

10  Effectively, the authorities where the PNA could

11  exercise its functions in a limited way and in very

12  specifically listed spheres and areas.

13       Q.    Thank you.

14             Did the Palestinian National Authority,

15  which you previously testified was not a signatory at

16  Oslo-1, did it become a signatory to Oslo-2?

17       A.    No.

18       Q.    Was the signatory to Oslo-2 on behalf of the

19  Palestinian people the Palestine Liberation

20  Organization, as it was in Oslo-1?

21       A.    Yes.

22       Q.    In relation to the civil administration

23  transfer of authority from the State of Israel to the

24  Palestinian National Authority over the West Bank in

25  Oslo-2, please tell the court whether or not geographic

1  lines or definitions were established, as it relates to

2  the areas geographically that were transferred for

3  civil administration from the State of Israel to the

4  Palestinian National Authority?

5       A.    In Oslo-2, the West Bank was divided into

6  three zones.  One zone called Zone A, where the

7  Palestinian Authority was assigned full authority

8  functions and responsibilities, including issues

9  relating to security matters, the public order in

10  particular, and those areas were the city centers of

11  the West Bank.  This is one zone.

12            The second zone was designated as Area B,

13  which refers to most of the remaining populated areas,

14  and in these areas designated as B, the Palestinian

15  Authority was assigned the functions and

16  responsibilities in the civil spheres; that is to say,

17  to serve the people in civil matters, with an

18  overriding security responsibility of Israel, for

19  Israel.

20            And the remaining areas of the West Bank

21  were characterized as Area C, where the Palestinian

22  Authority had no responsibilities or authorities.

23       Q.    Did you say had no --

24       A.    No.

25       Q.    In Area C the Palestinian Authority had no

Page 55

1        Q.    Are you familiar, sir, with the geographic

2    area where Esther Klieman was shot?

3        A.    Not the exact location, but the general

4    area, yes.

5        Q.    Thank you.

6              Could you please tell the court, based upon

7    your knowledge of the general area, whether or not, to

8    the best of your information, sir, Esther Klieman was

9    shot and died in area zone A or zone B or zone C, which

10   you identified as three zones established in accordance

11   with Oslo-2?

12       A.    Area C, where the Palestinian Authority has

13   absolutely no powers or responsibilities.

14       Q.    Thank you.

15             Let me step back in time for a moment and

16   ask you whether or not, at any time from 1995 until

17   now, the areas or zones of zones A, B, and C, were at

18   any time changed?

19       A.    Yes, unilaterally by Israel, as of 2001.

20   The Israeli side has withdrawn its commitment to the

21   agreement vis-a-vis the zoning, not in writing, but in

22   action, and they started dealing with the whole of West

23   Bank as if it is Area B.  That is to say, they have

24   withheld the security and public order responsibilities

25   of the Palestinian Authority in Area A, and started

Page 56

1    dealing with the whole of West Bank on the basis of

2    their overall -- overriding security responsibility,

3    including in Area A, B, and of course, Area C.

4         Q.    Thank you very much for that context.

5              Have there been any other changes to the

6    zones A, B, and C at any time from 1995 until today?

7         A.    If you -- if this question refers to the

8    geographical designation of these areas, yes.  During

9    -- after the Oslo-2 agreement, there were further

10   negotiations between the PLO and the Israeli government

11   and at some stage, in Wye River, I think it was, in

12   1998, there was further agreements where some of the

13   areas have been changed from C to B or B to A, which

14   has resulted in an increase of 13.1 percent of the

15   characterization of the zones between A, B, and C.  And

16   we ended up having Area A and B combined, you know,

17   occupying about 40 percent of the size of the West

18   Bank.

19        Q.    And would that be pursuant to what is

20   generally referred to as the Hebron Accords?

21        A.    It would be Hebron.

22        Q.    And also the Wye River Accords?

23        A.    Including Wye River, yes.

24        Q.    So those changes occurred in 1998 and

25   perhaps 1999, in terms of the Hebron Accords and the

Page 57

1  Wye River Accords; is that right?

2          A.    I don't remember whether it's 1998 or '9, or

3  during -- during the Netanyahu government.  I don't

4  remember exactly.

5          Q.    Thank you.

6                And were there any other changes in the zone

7  designations of A, B, and C as established under

8  Oslo-2, generally, other than that to which you've

9  already generally testified?

10         A.    Sir, if you're referring to formal

11 agreed-upon arrangements, no.  If you're referring to

12 practical, in-field, unilateral acts, yes.  Israel has

13 withdrawn parts of Area A and B to assume the

14 overriding security responsibility over all of Area A.

15         Q.    Thank you.

16               Let me return in that context, then, back to

17 Oslo-2 and proceed chronologically, as I was before.

18               As it relates to the three zones, A, B, and

19 C, which you indicated were created and authorized

20 under Oslo-2, you indicated that zone C was a zone over

21 which the Palestinian Authority had no responsibility

22 or authority; is that correct?

23         A.    Yes, correct.

24         Q.    When you say the Palestinian Authority had

25 no responsibility, to what were you referring?

1    that were in existence for the time period 2000 through

2    2005?

3         A.    All public matters that have not been dealt

4    with through specific ministries and that are in

5    agreement with the functions and responsibilities given

6    to the PA in the Oslo Accords were assigned to the

7    so-called public agencies, governmental, but the degree

8    of independence is variant, and were running their

9    affairs as semi-independent agencies, like the

10   Palestinian Monetary Authority.  It wasn't a ministry,

11   but it was a public agency.

12        Q.    Thank you.

13              And was there a legislative body in

14   existence for the Palestinian National Authority for

15   the time period 2000 to 2005?

16        A.    Yes.

17        Q.    What was the name of the legislative body?

18        A.    The Palestinian Legislative Council.

19        Q.    You have already testified you've never been

20   a member of the Palestinian Legislative Council?

21        A.    Yes.

22        Q.    Do I understand correctly?

23        A.    Correct.

24        Q.    Thank you.

25              And during the time period 2000 to 2005,

Page 87

1       Q.      By the people?

2       A.      According to the Basic Law.

3       Q.      Thank you.

4               So stepping back for a moment to the time

5    period until the death of the late Yasser Arafat, tell

6    the court, if you would, who had elected Yasser Arafat

7    as the president of the Palestinian National Authority

8    after its creation?

9       A.      Yasser Arafat ran for office on January 20,

10   1996, and he won the elections to the office of the

11   president of the Palestinian Authority in 1996.

12      Q.      And at the time that Yasser Arafat ran and

13   became president of the Palestinian Authority in 1996,

14   was he then serving as the president or head of the

15   Palestine Liberation Organization?

16      A.      Yes.

17      Q.      Did he continue in that position?

18      A.      Yes.

19      Q.      Was he also the head of Fatah?

20      A.      Yes.

21      Q.      And did he continue in that position?

22      A.      But these three different organizations,

23   each has its own governance charter, modalities of

24   electing to office.  These are two -- three different

25   entities.  So yes, he happened to be in each of those,

Page 88

1    but he assumed the office in each of those as a result

2    of a process that is limited to each of those.

3         Q.    All right.

4         A.    Independent of that.

5         Q.    Thank you.

6               I'll ask you further about that in a moment.

7         A.    Please.

8         Q.    Explain to the court whether or not it's

9    true that on March 24, 2002, the day when Esther

10   Klieman was shot, is it correct that Yasser Arafat was

11   the elected president of the Palestinian National

12   Authority?

13        A.    Correct.

14        Q.    And on that day of March 24, 2002, is it

15   true that Yasser Arafat also simultaneously served as

16   the president and head of the Palestine Liberation

17   Organization?

18        A.    Independently, yes.

19        Q.    And also on March 24, 2002, the day that

20   Esther Klieman was shot, is it also true that Yasser

21   Arafat served as the head of Fatah?

22        A.    Correct.

23        Q.    Tell the court how many different offices,

24   and I'm talking about a physical office, Yasser Arafat

25   had on March 24, 2002?

1          Now, what were the functions of this

2    national security organization that you just described?

3          A.    Preserving national security.

4          Q.    And how, from a Palestinian National

5    Authority structural manner, do you define the term

6    "preserving" and specifically the term "national

7    security"?

8          A.    I don't know if I am qualified to answer

9    this question.

10         Q.    Thank you.

11               We'll ask the security expert tomorrow, and

12    I appreciate your candor, and I hope you don't mind my

13    questions, sir.    Thank you.

14         A.    Fine.

15         Q.    Dr. Abu-Libdeh, earlier I asked you about

16    the office, the headquarters, office of the president

17    of the Palestinian National Authority, Yasser Arafat.

18               Let me ask you whether or not, during the

19    time period 1999 until the death of the late Yasser

20    Arafat in 2004, he maintained a separate office or

21    headquarters for his responsibilities as the head or

22    chairman of Fatah, as distinguished from his

23    responsibilities as the president of the Palestinian

24    National Authority?

25         A.    Fatah is run by a body called the Central

Page 101

1    Committee.  And this Central Committee is composed of

2    18 members, has its own headquarters, and Chairman

3    Arafat is the chair of that.  So the headquarters of

4    Fatah is the place where the Central Committee has its

5    own headquarters.

6         Q.    And at the Central Committee headquarters of

7    Fatah, for the time period 1999 through November 2004,

8    when Yasser Arafat passed away, did the Central

9    Committee of Fatah have an actual address, offices, and

10   building for the Central Committee of Fatah?

11        A.    Yes.

12        Q.    And in what city was that located for that

13   time period?

14        A.    You see, our system is terribly complicated.

15        Q.    That's why you're here.

16        A.    See, in Gaza they did, they still today, but

17   Hamas occupied it, but they did have headquarters in

18   Gaza and headquarters in Ramallah.  But usually, I

19   mean, whenever there is a strong guy, the strong guy,

20   you know, is the headquarters.  So in Gaza there was a

21   physical structure called the headquarters of the

22   Central Committee, and in Ramallah there was the same.

23        Q.    Was it a different address than the

24   muqata'a, to which you referred earlier when I asked

25   you about the existence of the muqata'a in Ramallah?

Page 105

1    National Authority?

2          A.    Meetings, yes.  The meetings, no.  Meaning,

3    yes, he did have meetings in the muqata'a, and yes, he

4    did have meetings outside the muqata'a.

5          Q.    Thank you.

6                I've asked you about offices for the

7    Palestinian National Authority.  I've asked you about

8    offices of Fatah.

9                For the same time period, from 2000 through

10   2004, please tell the court whether or not any separate

11   offices were maintained -- and by "offices" I'm

12   referring to physical headquarters -- for the Palestine

13   Liberation Organization?

14         A.    Yes.

15         Q.    Did they have a separate office in Ramallah?

16         A.    They had two offices, one in Gaza and one in

17   Ramallah.

18         Q.    And were they in separate buildings from the

19   offices of Fatah?

20         A.    Yes.

21         Q.    Were they in separate buildings from the

22   offices of the Palestinian National Authority?

23         A.    Yes.

24         Q.    Did Yasser Arafat, as the president of the

25   PLO -- and by the way, was that his proper title for

1    BY MR. HEIDEMAN:

2         Q.      In your capacity as the designated

3    representative of the Palestinian National Authority,

4    please explain how, during the time period 2000 through

5    2004, Yasser Arafat as the president of the Palestinian

6    National Authority functioned in his position

7    simultaneously as the president of the Palestinian

8    National Authority, and the chairman of the Central

9    Committee of Fatah, and the chairman of the Executive

10   Committee of the PLO?

11        A.      These are three separate institutions.   Each

12   has its governing body, the Central Committee for

13   Fatah, the government in terms of its ministries and so

14   on, and the Executive Committee of the PLO.

15             He is -- he was the chairman of this

16   Executive Committee because he chairs the Central

17   Committee of Fatah, which is a member of the PLO, who

18   happen to be the largest member of the political

19   parties.  And based on this being the largest member of

20   the political parties, they had the right to nominate

21   the chairman of the Executive Committee of the PLO, and

22   they nominated the chairman of the Central Committee of

23   Fatah.

24             As far as the Palestinian National

25   Authority is concerned, Fatah, who is a member of the

Page 109

1    PLO, run for elections, and they nominated him for

2    office, and he managed to get the necessary votes to

3    become the chairman of the Palestinian National

4    Authority.

5              So basically these three different

6    institutions, each with its independent governance, had

7    only one thing in common, the chairman.  But each has

8    its own governance, policies, work, schedule, and all

9    the objectives, whatever it is, but this is the way

10   that he became the one.

11        Q.    Thank you.

12              As the common chairman of the Palestinian

13   Liberation Organization and of Fatah, and

14   simultaneously the president of the Palestinian

15   National Authority, for the time period 2000 through

16   2004, and in your capacity as the designated

17   representative of the Palestinian National Authority,

18   please tell the court how Yasser Arafat functioned

19   through his business day separately in those

20   capacities, if he separated his functions and

21   activities?

22              MR. O'TOOLE:  Objection to the extent the

23   question asks for testimony not based on the personal

24   knowledge of the witness or personal observation of the

25   witness.

Page 111

1   that the transcript reflects the accurate spelling and

2   pronunciation of the witness' name.

3                THE WITNESS:  Thank you.

4                MR. HEIDEMAN:  Is that agreeable?

5                MR. O'TOOLE:  We will stipulate to that.

6                MR. HEIDEMAN:  Thank you very much.

7   BY MR. HEIDEMAN:

8        Q.    Dr. Abu-Libdeh, as the designated

9   representative of the Palestinian National Authority,

10  can you please describe to us, to the extent of your

11  knowledge and observations, the manner in which Yasser

12  Arafat functioned during the course of his business

13  tenure as the common chairman of the Palestine

14  Liberation Organization, chairman of Fatah and

15  president simultaneously of the Palestinian National

16  Authority?

17       A.    Based on my own experience, Yasser Arafat

18  wasn't functioning as a CEO of each of them.  He was

19  functioning as something like the chairman of the

20  board.  So he wasn't really doing the business of

21  managing the micro level functions of each of these

22  independent entities, but rather than having a more

23  remotely styled of management, which could be

24  characterized as the closest you can get to the concept

25  of having -- being the chairman of the board, which is

1    the case, and that the executive functions are carried

2    out independently within each of the organizations.

3         Q.    From the time period 2000 through 2004, can

4    you please describe, as the designated representative

5    of the Palestinian National Authority, the manner in

6    which the PA, the PLO, and Fatah conducted the business

7    of the Palestinian National Authority for the time

8    period 2000 through 2004?

9         A.    The business of the PNA was conducted of the

10   PNA.  Fatah has no direct management or administrative

11   relationship with the PNA.  Fatah is a political

12   organization, a member of the PLO, part of the platform

13   of the PLO, who has its policies and strategic

14   objectives, and whose chairman, being the president of

15   the PNA, elected president of the PNA, is making sure

16   that the PNA is in line politically with the policies

17   and the --

18              (Brief exchange in Arabic between the

19         witness and Interpreter Shabib.)

20              INTERPRETER SHABIB:  "Lifestyle of the

21    organization."

22         A.    Therefore --

23              MS. MATTA:  I'm sorry, can I correct the

24    translation?  According to the check translator, it

25    would be "the mainstream policies of the organization."

1          MR. HEIDEMAN:  That change is accepted.

2     Let's continue your answer, please.

3          A.     So there was never and still there is no

4     administrative relationship, horizontally or

5     vertically, between Fatah and the PNA.  The only

6     relations or only link with Fatah and the PNA is that

7     Fatah, being a member of the PLO, supports the

8     government of the PNA, as long as this government is

9     implementing the policies, the strategic policies of

10    the PLO.

11              That is to say, today, if Fatah is not happy

12    with the government, they do not -- or at the time,

13    they do not ask the government or request the

14    government or instruct the government, because there is

15    no relationship.

16              The PNA is accountable, the executive

17    order -- the executive branch of the PNA is accountable

18    to the head of government, who is accountable to the

19    Legislative Council, which is part of the PNA.

20         Q.    Thank you very much.

21              The answer you just gave and the description

22    you just gave covered the question of the time period

23    of the question of 2000 to 2004.

24              As I understand it, in addition to you

25    serving in your capacity today as the designated

Page 117

1          A.     May 2009 till October 2009.

2          Q.     Thank you.

3                 Would it be accurate to say that for the

4     time period 2000 through 2005, the Palestinian

5     Authority was and is accountable to the PLO Executive

6     Committee?

7          A.     The PNA Executive is accountable to the

8     Legislative Council.  The whole of the PNA was created

9     in accordance with the agreements, and is accountable

10    to the PLO as long -- as long or as far as the

11    strategic policies and the political program of the PLO

12    is concerned.

13                The Palestinian National Authority, in

14    accordance with the Basic Law and the Oslo Agreements,

15    is an executive body that functions within the scope of

16    its authority to service the people, and it is

17    requested to be in perfect agreement and harmony with

18    the political program of the PLO.  And this is as far

19    as it can get, as far as the relation between the two.

20         Q.     Thank you.

21                As the designated representative of the

22    Palestinian National Authority, would you agree with

23    the statement that the PA was made accountable to the

24    PLO Executive Committee?

25         A.     The PA?

1      Q.    Yes.

2      A.    The PLO Executive Committee, being the sole

3   -- or the Executive Committee of the PLO, the sole

4   legitimate representative of the Palestinian people,

5   who entered into interim contractual arrangements with

6   Israel, has founded the PA in accordance with the

7   agreements.  And in this regard, the PLO has the full

8   authority to dismantle the PNA or to instruct the PNA

9   in terms of alignment with the political program,

10   objectives, and policies of the PLO, but no executive

11   authority of the PLO over the PNA.

12      Q.    Thank you.

13            As the designated representative of the

14   Palestinian National Authority, please advise whether

15   or not the negotiations with the State of Israel are

16   handled by the Palestinian National Authority or the

17   Palestine Liberation Organization?

18      A.    Negotiations --

19            MR. O'TOOLE:  Objection as to the time

20   frame.  I didn't hear a time frame on the question.

21      A.    Never mind.  Negotiations --

22            MR. HEIDEMAN:  No, no, if there is an

23   objection -- thank you, if there is an objection and

24   the judge were to sustain the objection, your answer

25   would be stricken.  So that's why I'm trying to both

Page 119

1    respectfully but carefully listen to the objection, and

2    that's why I often rephrase to avoid it.

3         A.    Thank you.

4         Q.    Thank you.

5              So can you please explain, for the time

6    period of 1999 through 2005, whether the Palestinian

7    National Authority was responsible for the negotiations

8    with the State of Israel, or whether those

9    responsibilities were in the authority of the Palestine

10   Liberation Organization?

11        A.    Please define the word "negotiations."

12        Q.    Communications and discussions about issues

13   relating to governance and other functions within the

14   area of the West Bank and Gaza.

15        A.    On issues relating to the exercise of the

16   functions and responsibilities of the PNA in accordance

17   with the Oslo Agreements, all communication with the

18   Israeli side is done by the PA.  Other communications

19   relating to the final status and the fate of the

20   Palestinian Territory and the fate of the future

21   relations with Israel, that is the function of the PLO.

22        Q.    Thank you very much.

23             Was the Palestinian National Authority ever

24   made accountable to the PLO Executive Committee?

25        A.    The PNA being made accountable to the

1    Executive Committee of the PLO?

2         Q.    Yes.

3         A.    The PNA is accountable in the sense of being

4    committed and obliged to function in harmony and

5    agreement with the political framework or the political

6    platform of the PLO, and the strategic policies

7    viz-a-viz the Palestinian people at large.

8         Q.    Thank you.

9              What was the function of the Palestinian

10   Authority at the time of its creation in 1993?

11        A.    The Palestinian Authority assumed the

12   responsibility and accepted responsibility in the

13   various spheres of life of the Palestinian people for

14   the interim period, which covered the social, cultural,

15   sports, economics, and other attributes of the

16   Palestinian society.

17        Q.    Did the function of the Palestinian

18   National Authority, as you just described it, change at

19   any time prior to March 24, 2002?

20        A.    The functions, again, are -- are explicitly

21   stated and listed in the Oslo Agreements, and in

22   accordance with the Basic Law, that is consistent also

23   with the Oslo Agreements.

24        Q.    You have referred in one of your recent

25   answers to the PNC, if I heard you right.

Page 124

1    document speaks for it itself.  So the objection is to

2    the extent this calls for speculation based on the

3    print-out on the document.

4              Q.    If you know, you may answer.

5              A.    This is not an agency which is formed or

6    institutionalized by the PNA.  This is an agency which

7    is -- now I remember it, which is run by a member of

8    the Executive Committee of the PLO.

9              Q.    Thank you very much.

10             A.    But it is not an official agency of the PLO,

11   as far as the official structure of the PLO is

12   concerned.

13             Q.    Thank you.

14                   At any time other than when you were

15   appointed by the Palestine Liberation Organization to

16   the negotiating teams, as you have described at the

17   beginning of your deposition, have you held any

18   position since that time, let's say since 1995, with

19   the Palestine Liberation Organization?

20             A.    No.

21             Q.    Do you hold any position with the Palestine

22   Liberation Organization as you sit here today?

23             A.    No.

24             Q.    Thank you.

25                   In 2002, what were the jurisdictional

Page 125

1    boundaries of land governed by the Palestinian National

2    Authority as of March 24, 2002?

3        A.    In theory, as I said before, there were Area

4    A, B, and C.  Areas A and B is about 40 percent of the

5    total area of the West Bank.  The rest is Area C, with,

6    in practice, Area A has been turned by the Israeli side

7    into Area B, which means that in both Area A and B,

8    Israel is exercising an overriding security

9    responsibility for the area.

10       Q.    And on March 24, 2002, would it be your

11   testimony, as the designated representative of the

12   Palestinian National Authority, that Israel was

13   exercising the overriding authority over security

14   responsibility?

15       A.    Over all the West Bank, yes.

16       Q.    Did any of the arms, agencies, departments,

17   or functions of the Palestinian National Authority, as

18   of March 24, 2002, report to the State of Israel, in

19   terms of hierarchical reporting?

20            MR. O'TOOLE:  Objection as to the scope in

21   terms of the security forces, but you can answer the

22   question to the extent you can.

23       A.    I --

24       Q.    I must rephrase.  I must rephrase, I'm

25   sorry.

1    coordination wasn't functioning, properly functioning.

2              (Exhibit 20 marked.)

3        Q.    Let me give you a document identified as

4    Exhibit 20.  This document, Exhibit 20, is a previously

5    produced document of Klieman with a Bates number of

6    01247.

7              Thank you very much.

8              You've previously testified that the

9    Palestine Liberation Organization is the sole

10   legitimate representative of the Palestinian people; is

11   that correct?

12       A.    Correct.

13       Q.    Would you agree that it is superior to the

14   Palestinian National Authority?

15       A.    I agree.

16       Q.    Would you agree that the PLO was established

17   in 1964 and recognized as the sole and legitimate

18   representative of the Palestinian people at the Arab

19   Rabat summit in October 1974?

20       A.    Agreed.

21       Q.    And that until his death, the chairman of

22   the Executive Committee was Yasser Arafat; is that

23   correct?

24       A.    Yes.

25       Q.    Now, the Palestinian National Authority was

1          A.     88.

2          Q.     And was there a speaker on March 24 of 2002

3    of the Palestinian Legislative Council?

4          A.     Yes.

5          Q.     Who was that?

6          A.     Abu Ala.

7          Q.     What was the relationship as of March 24,

8    2002, between the Palestinian Legislative Council and

9    the Palestinian National Council of the Palestine

10   Liberation Organization?

11         A.     The PLO has decided that any Palestinian

12   elected to the seat of Palestinian Legislative Council

13   will, as long as they are members of the Legislative

14   Council, will be automatically admitted to become

15   members of the Palestine National Council.

16                MR. HEIDEMAN:  Can you read back the answer,

17   please, Madam Court Reporter.

18                (Last question and answer read.)

19                THE WITNESS:  Can you read this again?

20                THE REPORTER:  Yes, sir.

21                (Last answer read.)

22                THE WITNESS:  No, no.  That is Palestinian

23   Legislative Council.

24                MR. HEIDEMAN:  Let there be a stipulation

25   that the word "national" in the first part of that

Page 135

1    answer should be changed to "legislative council."

2                 Is that what you intended, sir?

3                 THE WITNESS:  Correct, yes.

4                 MR. HEIDEMAN:  Now with that change, can you

5    read back the answer?  Is that agreeable?

6                 MR. O'TOOLE:  We agree.

7                 THE REPORTER:  Reading back as amended,

8    counsel?

9                 MR. HEIDEMAN:  That's correct.

10                (Amended answer read.)

11                THE WITNESS:  Correct.

12   BY MR. HEIDEMAN:

13        Q.     And the Palestinian National Council is a

14   council of the Palestine Liberation Organization; is

15   that correct?

16        A.     Correct.

17        Q.     On which all the members of the Palestinian

18   Legislative Council of the PNA sit; is that correct?

19        A.     As long as they are members of the PLC.

20        Q.     Thank you.

21                Is it true that in accordance with the

22   Palestinian Basic Law, the structure of the Palestinian

23   National Authority was divided into three separate

24   branches of power, the executive --

25        A.     Excuse me, I can't concentrate with this

1    ministries, and main offices of the Palestinian

2    National Authority as indicated in this Exhibit 21, and

3    were the people serving in the key positions those

4    people listed in this directory, being Exhibit 21, as

5    of that date?

6         A.    This is not an official document issued by

7    the PA.  This is a commercially-produced document.  I

8    hope it is correct to the last letter of it.

9         Q.    Thank you, and I appreciate the precision of

10   your answer.

11              Sir, to the best of your knowledge, did the

12   Palestinian National Authority produce its own official

13   document for the time period of 2002, that set forth

14   the structure of the Palestinian National Authority

15   government and ministries, as well as identifying the

16   people who served in those positions, in any directory

17   form or other format?

18        A.    I don't recall seeing one single document

19   being characterized as the official account of the

20   various who-is-who in Palestine.

21        Q.    The document that's in front of you, as

22   Exhibit 21, and which was produced to us by your

23   counsel, is it a document, although commercially

24   produced, that was generally in use by the Palestinian

25   National Authority during the year 2002, sir?

1      A.    This is a document that has earned trust in

2    terms of the comprehensiveness of what it contains, and

3    it has always been used as a valuable reference to the

4    various government or nongovernment institutions.

5      Q.    To the best of your knowledge as the

6    designated representative of the Palestinian Authority,

7    is Exhibit 21 that's in front of you an accurate and

8    comprehensive directory relating to the Palestinian

9    National Authority for the year 2002, subject, of

10   course, to any errors that may exist in names or

11   spelling, or even people who might have changed

12   positions?

13     A.    Well, subject to some minor errors that may

14   result in typos or people changing positions, or even

15   people or places not listed, I think this is a fairly

16   comprehensive and accurate document.

17     Q.    Thank you very much.

18           Let me hand you what will be marked as

19   Exhibit 22.

20           THE WITNESS:  Can we have a break for two

21   minutes?

22           MR. HEIDEMAN:  Oh, yes.  Let's take a break

23   for five minutes.

24           (Recess taken from 2:59 to 3:09 p.m.)

25           (Exhibit 22 marked.)

1    at any time between 2000 and 2004?

2         A.    Yes.

3         Q.    When?

4         A.    Many times.

5         Q.    Did it meet in 2002?

6         A.    Yes.

7         Q.    Did it meet in June 2002, at which time it

8    adopted various reforms?

9         A.    I don't remember the months.

10        Q.    Were reforms of the Palestinian Authority

11   adopted by the Palestine Legislative Council in

12   mid-2002?

13        A.    Yes, there was this commission who produced

14   some proposals on reforms, which were adopted.  I don't

15   know if it was in August, but sometime similar.

16        Q.    Prior to the summer of 2002, when the

17   Palestinian Legislative Council met and adopted

18   reforms, when, to the best of your recollection, prior

19   to that had the Palestinian Legislative Council met?

20        A.    The Council is supposed to meet every week

21   or two weeks.  I don't recall, but I know definitely

22   that they have met, but I don't recall the dates and

23   the number of times.

24        Q.    Did the Second Intifada begin in September

25   of 2000, some time period of months after Chairman

Page 152

1  Arafat left Prime Minister Barak and President Clinton
2  at Camp David?
3        A.    The Second Intifada started on the 28th of
4  September, after Sharon entered the al-Aqsa mosque.
5        Q.    What is the Arabic word for Second Intifada?
6        A.    (Speaking in Arabic.)
7        Q.    Can you spell in English for the court
8  reporter the Arabic words for Second Intifada, please?
9        A.    Let me write it first.  A-L,
10  I-N-T-I-F-A-D-A, al-Intifada.
11        Q.    And what do the Arabic words "al-Intifada"
12  mean in the English language?
13              MR. O'TOOLE:  Objection as to Dr. Abu-Libdeh
14  serving as a translator from Arabic to English.
15              MR. HEIDEMAN:  Of course, I wasn't asking
16  him to serve as a translator, just to spell for the
17  court reporter the Arabic word he used.
18  BY MR. HEIDEMAN:
19        Q.    Dr. Abu-Libdeh, please tell the court what
20  was or is the Second Intifada and the meaning of the
21  words "Second Intifada."
22        A.    The word "intifada" has no English
23  translation.  If you look at Websters or whatever, it
24  comes as is.  It is universally accepted as one word in
25  all languages.

Page 153

```
 1              It describes the popular actions of the
 2    Palestinian public against the continuation of the
 3    occupation.  And now it is used to refer to any actions
 4    of protest or objection to something, if it is of
 5    popular nature.
 6         Q.    Thank you.
 7              Dr. Abu-Libdeh, please tell the court
 8    whether or not the Second Intifada, which you have
 9    testified began on September 28th, 2000, please tell
10    the court whether the use of the term "Second Intifada"
11    implies that there was a first or prior Intifada, and
12    if so, what were the dates of the prior Intifada?
13         A.    The Second Intifada has started on a Friday,
14    September 28th, 2000, as a popular uprising against the
15    intrusion of Sharon to the al-Aqsa mosque and issuing
16    some statements against the Palestinian interests and
17    against the mosque.
18              It is the second because a few years
19    earlier, and to be exact on December 9th, 1987, a
20    popular uprising, which was called Intifada, has
21    erupted after an Israeli military tank crushed four
22    Palestinians in the Jabaliya Camp.  There were some
23    demonstrations.  Those demonstrations were met by
24    violent response from the Israeli army, resulting in
25    the deaths of more Palestinians, and that was the
```

1    beginning.

2          Q.    When did the Intifada, in which I'm

3    referring to the First Intifada, begin?

4          A.    December 9th, December 9th, 1987.

5          Q.    '87?

6          A.    Yes.

7          Q.    And how long did the First Intifada last?

8          A.    There is no official date for the Intifada's

9    end.  Because it was a popular action, so there was no

10   -- nobody could tell you the exact date.  But we, the

11   Palestinians, assume that the Intifada ended on the

12   date of the convening of the Madrid conference in 1991,

13   October 28th, I think.

14         Q.    October what, I'm sorry?

15         A.    October 28th, 1991, when the Madrid

16   conference of the negotiations convened.  Those active

17   in the Intifada went out to the streets and distributed

18   roses to the Israeli soldiers in our homes and towns

19   and villages.

20         Q.    Was there a result of the First Intifada?

21         A.    What do you mean by the results?

22         Q.    An accomplishment.

23         A.    According to history books, yes; the peace

24   process.

25         Q.    Thank you.

Page 161

1          A.      They were in their capacity as designated by

2      the PLO to be part of the delegation negotiating with

3      the Israelis.

4          Q.      On behalf of the PLO; is that correct?

5          A.      On behalf of the PLO, yes.

6          Q.      Now, within a few months after Camp David,

7      in the summer of 2000 is when Arik Sharon went to the

8      Temple Mount, and on September 28th, 2000, entered the

9      al-Aqsa mosque; is that correct?

10         A.      Correct.

11         Q.      And that's what you've indicated is the

12     precise date of the commencement of the Second

13     Intifada; is that correct?

14         A.      Correct.

15         Q.      When did the Second Intifada end?

16         A.      Again, there is -- you know, it didn't start

17     by a decision somewhere and it didn't end by a decision

18     somewhere.  There has been concerted efforts by several

19     organs of the Palestinian side to contain the Intifada

20     and bring back the life in the Palestinian territories

21     to normalcy.  So if you insist on a date, I would

22     assume that -- probably -- no, oh, boy, it's very

23     difficult.  Probably when Mr. Abu Mazen became the

24     prime minister.

25                 Because -- you know, it is very interesting,

Page 162

1    I mean, I think maybe we should talk outside later, you

2    and I.  This is not something that somebody was sitting

3    in a room, calculating, and then coming out with an

4    answer, start Intifada, block Intifada.  That was not

5    the issue.  There were basically a lot of violence in

6    the Palestinian territory, mainly caused by excessive

7    use of force from the Israeli side, responses from many

8    Palestinian individuals and groups, and the Palestinian

9    Authority was trying all the way to contain and bring

10   back to normalcy life there.

11              So if you are looking for a date, you know,

12   with the -- the level of violence started to really

13   become less in 2003.  So probably that was somewhere,

14   someday during that year the Intifada practically

15   ended.  There was no official announcement of the end

16   of the Intifada, the Second Intifada.  There was an

17   official announcement by Yasser Arafat calling upon the

18   Palestinian people to engage in peace and other stuff

19   during the first one, and in 2000 -- the end of 2001, I

20   think there was also a call from Yasser Arafat to our

21   public to really come back to normalcy, but

22   unfortunately he didn't manage to bring it back to

23   normalcy, because soon after that announcement, the

24   Israel raided, I think, Tulkarm, something like this,

25   and killed a few people, and more violence has erupted.

Page 163

1    Q.    So the date I heard you reference as to the

2  end of the Second Intifada, if I understand your

3  testimony correctly, would coincide with the

4  designation of Abu Mazen to become prime minister, and

5  I believe you previously told us that was in March of

6  2003?

7    A.    What I said is that there is -- nobody could

8  tell you a date where the Intifada has ended, because

9  there is no clear-cut definition of the end of the

10  Intifada.  What I have told you is that there were

11  efforts to bring back normalcy to life, and these

12  efforts, you know, have finally succeeded, to a large

13  extent, in 2003.

14    Q.    As the designated representative of the

15  Palestinian Authority, as you sit here today, please

16  tell the court what was the policy of the Palestinian

17  Authority in relation to the Second Intifada, from the

18  time it began in September 28, 2000, until whenever it

19  ended?

20    A.    Well, the PA and in general the Palestinian

21  side was of the opinion that this Intifada, which is

22  caused by the Israeli side, is not helping the

23  Palestinian or the Israeli side.  This is why the PA

24  was putting much of its efforts to contain this

25  Intifada and defuse it, and bring back normalcy to

1    life.

2        Q.    Did the Palestinian National Authority

3    support the Second Intifada at any time during the

4    period from September 28, 2000, through March of 2003?

5        A.    The Palestinian National Authority's

6    position or opinion was irrelevant, because this is a

7    civil entity charged with the function of providing the

8    services to the public, protecting the property and

9    maintaining the rule of law.  The Intifada was a

10   popular uprising, and those who were leading were the

11   political parties.  The PA was trying to protect the

12   lives of the people and the properties of the people.

13       Q.    When you say that those who were leading the

14   uprising were the political parties, to whom are you

15   referring?

16       A.    I'm referring to al-Jihad and Hamas and

17   the --

18                 (Brief comment in Arabic by the witness.)

19                 INTERPRETER HAZOU:   Liberation --

20       A.    Those political factions of the PLO who were

21   calling for popular protest against the excessive use

22   of force from the Israeli side.

23                 MS. MATTA:  Can we just repeat the

24   translation?

25                 (Brief exchange in Arabic between the

1        witness, Interpreter Shabib, and Interpreter

2        Hazou.)

3                INTERPRETER SHABIB:  Liberation party.

4                THE WITNESS:  This is a religious party.

5    I'm not speaking of -- it's a religious party, some

6    religious party.

7                MR. HEIDEMAN:  We'll get the definition

8    later.  Let's not take the time now.  Note that that's

9    a definition not yet clear in the record as to

10   specifically what is the translation of the Arabic word

11   he has used.  We'll come back to this.

12   BY MR. HEIDEMAN:

13        Q.   Explain to the court, if you would, which

14   political factions of the Palestine Liberation

15   Organization, as you observed it, from and as you sit

16   here today as the designated representative of the

17   Palestinian National Authority, which political

18   factions of the Palestine Liberation Organization were

19   calling for the use of force in the Second Intifada?

20        A.   I can't give you any name.  I wasn't saying

21   so.  I was saying that all political parties, and even

22   the -- many of the forces of the civil society, were

23   calling for demonstrations and popular expressions of

24   protest against the excessive use of force from the

25   Israeli side.  I never used the term "use of force."

Page 166

1          Q.      Well, the record will speak for itself.

2                  Tell me this, if you would:  Did the

3    Palestinian National Authority provide guns or

4    ammunition or any other type of weapons to anyone in

5    support of the Second Intifada, from the time period

6    beginning September 28, 2000, through whenever it

7    ended, but I'll confine my question to -- from the

8    period of September 2000 through 2005?

9                  MR. O'TOOLE:  Objection.  This is outside

10   the scope of his designation.

11         Q.      You may answer.

12         A.      Not to my knowledge.

13         Q.      Did the Palestinian National Authority

14   provide any monies, directly or indirectly, to anyone

15   in support of the Second Intifada?

16         A.      Not to my knowledge.

17         Q.      Did the Palestinian National Authority

18   provide to anyone, from the time period of

19   September 28, 2000, through 2005, any training in

20   support of the Second Intifada?

21         A.      Not to my knowledge.

22         Q.      Is there someone as to these last three

23   issues that I asked you about -- weapons, money,

24   training -- is there someone who might have more

25   knowledge or does have more knowledge than you on these

1    issues?

2              MR. O'TOOLE:  Objection.  He's designated as

3    a spokesperson on these issues.

4              MR. HEIDEMAN:  On security issues, I

5    understand, and that's an answer he can give.

6        A.    I want to state for the record that the

7    Palestinian Authority was not inciting anybody, neither

8    encouraging anybody, nor supporting anybody to act on

9    its behalf as an Intifada activist.  And I also

10   testified that the PNA was putting much of its efforts

11   to contain the Intifada and to save lives of

12   Palestinians and Israelis.

13       Q.    During the time period September 28, 2000,

14   through 2005, Fatah was the majority party in the

15   Palestinian Legislative Council and in the government

16   of the Palestinian National Authority; is that correct?

17       A.    Correct.

18       Q.    As the designated representative of the

19   Palestinian National Authority, Dr. Abu-Libdeh, can you

20   please tell us whether or not Fatah was one of the

21   political parties that supported the Second Intifada?

22       A.    Fatah was one of the political and popular

23   parties who engaged in peaceful demonstrations against

24   the continued excessive use of force from the Israeli

25   side.

Page 168

1      Q.     As the designated representative of the

2   Palestinian National Authority, please tell us and the

3   court when the al-Aqsa Martyrs' Brigade came into

4   existence.

5      A.     There was never an agency or institution

6   called al-Aqsa Martyrs' Brigade.  The Intifada which

7   started on September 28th, 2000, was called al-Aqsa

8   Intifada, in deference to the place where it was

9   ignited.  So we started hearing of this phenomenon

10   probably late 2001.  There was no official institution

11   or organization which was referenced as the al-Aqsa

12   Brigades, or whatever it is called.

13           From the date we started hearing about it

14   till the date where the Palestinian Authority succeeded

15   in ending it, that was never referred as an

16   institution, an address, a manager, or, you know, a

17   hierarchy, or a specifically defined mandate or job

18   description.

19      Q.     Is the Palestinian National Authority aware

20   that the United States government designated the

21   al-Aqsa Martyrs' Brigade as a foreign terrorist

22   organization?

23      A.     Yes.

24           MR. O'TOOLE:  Objection as to the scope and

25   as to time frame.

1          MR. HEIDEMAN:  I'll rephrase.

2     Q.   As the designated representative of the

3  Palestinian National Authority, are you aware, sir,

4  that the United States government officially designated

5  at any time the al-Aqsa Martyrs' Brigade as a foreign

6  terrorist organization?

7     A.   Yes.

8     Q.   To the best of your knowledge, sir, in what

9  year did that designation actually become official and

10 formal?

11    A.   I don't remember.

12    Q.   If I suggested to you that that was in March

13 of 2002, would that refresh your recollection?

14    A.   No, it doesn't.

15    Q.   Would the person designated by the

16 Palestinian Authority on security issues be a better

17 person to ask about that matter than you?

18    A.   The answer is maybe.

19    Q.   We'll ask.  Thank you.

20    A.   Please.

21    Q.   Dr. Abu-Libdeh, are you telling the court

22 that the al-Aqsa Martyrs' Brigade did not exist on

23 March 24, 2002?

24    A.   I'm telling the court that there is no

25 institution or agency which is called al-Aqsa Martyrs'

Page 170

1   Brigades.  There is a phenomenon where several groups

2   of persons, ranging from two to nine to three to four

3   to whatever, who were calling themselves the al-Aqsa

4   Martyrs' Brigades, not necessarily connected with each

5   other.  We -- "we" as general public -- started hearing

6   of this phenomenon, I believe, the end of 2001, when

7   somebody was killed in Tulkarm on the West Bank, and it

8   was reported in the media that this person is al-Aqsa

9   Martyrs' Brigades then.

10       Q.    As the designated representative of the

11  Palestinian Authority, can you please tell the court

12  whether or not any money or other support of any kind

13  or nature was provided by the Palestinian National

14  Authority to the al-Aqsa Martyrs' Brigade or its

15  members for the time period leading up to and including

16  March 24, 2002, the day on which Esther Klieman was

17  killed?

18       A.    The PNA did not have any relations with

19  al-Aqsa Martyrs' Brigade, or Brigades.  The Palestinian

20  budget was very clear and very well monitored by the

21  international community.  So there is no budget line in

22  the Palestinian National Authority's budget that was

23  designated to fund this phenomenon, which again, I'm

24  emphasizing that it was not an institution, but it was

25  private, then a phenomenon, resulting from an increased

Page 171

1    interference and abuse of the popular uprising by

2    external forces, external to the Palestinian cause, who

3    chose to settle some of their own issues, internal or

4    external, at the expense of the Palestinian side.

5         Q.    Do you know a person, sir, by the name of

6    Marwan Barghouti?

7         A.    Yes.

8         Q.    And did you know Marwan Barghouti in March

9    of 2002?

10        A.    Yes.

11        Q.    For how long have you, sir, known Marwan

12   Barghouti?

13        A.    For many years.

14        Q.    Decades?

15        A.    Yes.

16        Q.    And he too is, although presently

17   incarcerated, he too is a member of Fatah; is that

18   correct?

19        A.    Correct.

20        Q.    On March 24, 2002, the day on which Esther

21   Klieman was killed, was Marwan Barghouti an activist

22   leader with Fatah?

23        A.    He was a member of the Palestinian

24   Legislative Council and a member of the Revolutionary

25   Council of Fatah, which is the parliament of Fatah.

Page 174

1    the Palestinian National Authority, other than the

2    monthly salary you testified that he was receiving

3    pursuant to his election as a member of the Palestinian

4    Legislative Council in 1996?

5         A.    I don't know.

6         Q.    Is there any name of any person,

7    Dr. Abu-Libdeh, known to you in your capacity as the

8    official designee of the Palestinian National

9    Authority, who was a leader, activist with, or

10   supporter of the al-Aqsa Martyrs' Brigade on March 24,

11   2002, the day in which Esther Klieman was killed?

12        A.    I am not sure if any of the names I know was

13   at that time an activist of any of al-Aqsa Martyrs'

14   Brigades.

15        Q.    If you think the names you know may have

16   been activist with the al-Aqsa Martyrs' Brigade, we

17   will accept the fact that you don't know with definity

18   (sic), but as the designated representative of the

19   Palestinian National Authority, please tell us what

20   names you think may have been affiliated on March 24,

21   2002, with the al-Aqsa Martyrs' Brigade?

22             MR. O'TOOLE:  Can I object to the vagueness

23   of the question and ask for specificity as to whether

24   or not the designee knew at the time, or whether the

25   question is based on knowledge as to knowledge after

1    the fact.

2         Q.    You may answer the question as presented.

3         A.    So first of all, you keep referring to

4    al-Aqsa Martyrs' Brigade, and I keep telling you

5    there's nothing called al-Aqsa Martyrs' Brigade.  It's

6    al-Aqsa Martyrs' Brigades, reflecting the fact that

7    this was a phenomenon, several groups ranging from two

8    to 49 or seven or three or 15, acting with motives, not

9    necessarily homogeneous motives, many connected with

10   outside players, outside-the-country players.  So it's

11   al-Aqsa Martyrs' Brigades.

12        I knew people later, but I don't know if

13   these people were at that time classified as part, part

14   of any of the groups who were generically referred to

15   as members of al-Aqsa Martyrs' Brigades.

16        Q.    Thank you.

17        You previously testified that -- I believe

18   you said in late or maybe even in the end of December

19   of 2001, the Palestinian National Authority learned of

20   the existence of the al-Aqsa Martyrs' Brigades.  And so

21   now I ask you, as the official designee of the

22   Palestinian National Authority, what the Palestinian

23   National Authority learned in late 2001 about the

24   al-Aqsa Martyrs' Brigades?

25        A.    I did not say that the Palestinian National

1    Authority started to learn about this phenomenon.   I

2    said "we" started to learn.   As a citizen of this

3    country, I read about it in the newspapers, and I

4    started learning about it, and later, when I assumed

5    some of my capacity, I spent some of my own time trying

6    to defuse it.

7         Q.    As you sit here today as the official

8    designee of the Palestinian Authority, please tell the

9    court what the Palestinian National Authority knew in

10   2001 and at any time prior to March 24, 2002, the day

11   on which Esther Klieman was killed, what did the

12   Palestinian National Authority know about the al-Aqsa

13   Martyrs' Brigades?

14        A.    Basically that this is a phenomenon where

15   groups of people started to resort to use of force as

16   an expression of resisting the Israeli occupation,

17   groups that are scattered across the rural areas of the

18   West Bank; some connected with Iranians, some connected

19   with Syrians, some connected with Hezbollah, some

20   connected even with the Iraqis of Saddam Hussein.   But

21   we didn't have concrete information about a structured

22   agency called al-Aqsa Martyrs' Brigades.

23        Q.    Thank you.  Of course, I will be pursuing

24   this tomorrow with the security designee --

25        A.    Yes.

Page 177

1          Q.        -- of the Palestinian National Authority,

2    so the question I'm about to ask you excludes the

3    security area issues.

4                As it relates to any other governmental

5    entity, arm, agency, department, or activity of the

6    Palestinian National Authority, as you sit here today

7    as the designee of the Palestinian National Authority,

8    what, to the best of your knowledge, did the

9    Palestinian National Authority do relating to the

10   al-Aqsa Martyrs' Brigades for the time period 2001

11   through 2004?

12        A.        I can testify on the period summer 2003

13   onward.   There was a concerted effort from the

14   Palestinian Authority to contain and defuse and end

15   this phenomenon, and there was an extensive effort to

16   identify and neutralize this phenomenon, which we

17   understood as the Palestinian National Authority is a

18   phenomenon manipulated mostly by external forces and

19   maybe internal conflicting agendas, but at the end of

20   the day is not serving the national interest of the

21   Palestinian people.

22                The Palestinian Authority has tried to

23   understand the motives of each of these groups,

24   coordinated with the Israeli side to find ways where

25   these groups could be neutralized, and negotiated with

Page 178

1    with Israel, agreed through which those members of

2    groups who accept to refrain from violence, refrain

3    from, you know, receiving instructions from the players

4    outside Palestine or refrain from participating in any

5    acts of violence, to be reintegrated in the Palestinian

6    society, in exchange for committing not to use violence

7    and not to be part of any violent activities against

8    the Israeli army or citizens.

9         Q.    From the time you became the bureau chief

10   for the prime minister of the Palestinian National

11   Authority and for any time thereafter, did anyone on

12   behalf of the Palestinian National Authority, and I ask

13   you as the designee of the PA, did anyone prepare any

14   written report in any ministry, or agency, or

15   governmental department, or function of the Palestinian

16   National Authority, relating to the activities of the

17   al-Aqsa Martyrs' Brigades?

18        A.    That wasn't the function of any PA ministry

19   or agency, and I don't know of any report as such.

20        Q.    And the question that I just asked commenced

21   with, from a time point of view, the time when you

22   became the bureau chief of the prime minister's office.

23   Let me ask the same question for the time period from

24   2000 through 2005.

25              To your knowledge, was any report or writing

Page 179

1    of any kind or nature created by anyone on behalf of

2    the Palestinian National Authority, relating to the

3    al-Aqsa Martyrs' Brigades?

4          A.    I haven't seen any.

5          Q.    Thank you.

6                Among the various capacities that Yasser

7    Arafat held, could you please tell the court, as the

8    official designee of the Palestinian National

9    Authority, whether or not he was the commander-in-chief

10   of the Palestinian security forces?

11         A.    This is a correct statement.

12         Q.    Sir, what knowledge, if any, do you, on

13   behalf of the Palestinian National Authority, have

14   relating to the arrest, charging, conviction, and/or

15   imprisonment of those persons charged with and

16   presently incarcerated in the Israel Prison Services,

17   having been charged with killing, on March 24, 2002,

18   Esther Klieman?

19         A.    I have known about the details of this case

20   from the review of the documents that were presented to

21   me in preparation for this.

22         Q.    What is known to you as the designee of the

23   Palestinian National Authority, and therefore on behalf

24   of all of the Palestinian National Authority, please

25   tell the court what is known to the Palestinian

1    the notice.  But to the extent he knows, he can answer.

2         A.    He's in prison.

3         Q.    Does the Palestinian Authority, and I ask

4    you as the designee, do you know for what charges he's

5    in prison?

6         A.    I haven't really cared to know today.

7              (Exhibit 23 marked.)

8         Q.    Thank you very much.

9              Let me hand you a document that is

10   Exhibit 23, and ask if you could please look at this

11   document, which bears Bates number Klieman 01268

12   through 01270, and ask if that listing of the

13   Palestinian National Authority government for the time

14   period 1998 through 2001 appears to be accurate, as to

15   the ministries and ministers for that time period?

16              MR. HEIDEMAN:  Off the record for ten

17   seconds.

18              (Discussion off the record at 4:29.)

19              (Interpreter Shabib left the room.)

20              MR. HEIDEMAN:  Back on the record.

21        A.    I believe, to the best of my knowledge, this

22   is an accurate piece of information as far as the names

23   of the ministers and the ministries they are assuming.

24        Q.    Thank you.

25              As you recall, Dr. Abu-Libdeh, for the year

Page 182

1  of 2002, was there any particular ministry of the

2  Palestinian National Authority government with which

3  Marwan Barghouti was affiliated?

4       A.    No.

5       Q.    To the best of your knowledge, sir, did

6  Marwan Barghouti in the year 2002 perform any functions

7  for the Palestinian National Authority, except in his

8  capacity as a member of the Palestinian Legislative

9  Council?  And I ask you this as the designated

10  representative of the Palestinian National Authority.

11       A.    No.

12       Q.    Please tell the court what, to the best of

13  your knowledge as the designated representative of the

14  PA, was the area of work and expertise of Marwan

15  Barghouti for the time period including March 24, 2002,

16  when Esther Klieman was killed?

17       A.    He was a member of the Legislative Council.

18       Q.    And what was his work assignment in March

19  2002 as a member of the legislative -- Palestinian

20  Legislative Council?

21       A.    I don't remember.

22       Q.    Thank you.

23            And as the designated representative of the

24  PA, you're telling the court that Marwan Barghouti had

25  no other responsibilities on behalf of the Palestinian

Page 183

1    National Authority in March of 2002, except as a member

2    of the Palestinian Legislative Council?

3          A.     To the best of my recollection.

4                 MR. O'TOOLE:  At this point the same

5    objection; Marwan Barghouti is not mentioned in the

6    notice.  So to the extent the designee has information

7    on it, he can answer, but he's not designated for that

8    purpose.

9                 MR. HEIDEMAN:  And he's answered not to his

10   knowledge.  Thank you.

11   BY MR. HEIDEMAN:

12        Q.    I will ask you to turn to page 21 of

13   Exhibit 21, being the 2002 directory to which we

14   referred earlier, and please look specifically at page

15   21, under the section that says "Ramallah district."

16   The subheading for this, do you see that?

17        A.    Yes.

18        Q.    This subheading for this above "Ramallah

19   district" is the heading of "PLC members"; is that

20   correct?  Back on page 19?

21        A.    Yes.

22        Q.    And the further larger heading above that on

23   page 19 is "PLC" for Palestinian Legislative Council;

24   is that correct?

25        A.    Correct.

Page 192

1    2001, or 2002, take any action, sir, and I ask you as

2    the designated representative of the Palestinian

3    Authority, did they take any action as a result of

4    learning of the existence of the al-Aqsa Martyrs'

5    Brigades?

6              MR. O'TOOLE:  And objection as to the

7    characterization of the designation as the designee of

8    the Palestinian Authority, because it's a limited

9    designation.

10              MR. HEIDEMAN:  I'll rephrase the question.

11         Q.    As the designee of the Palestinian

12   Authority, can you please tell the court whether or not

13   the government or cabinet of the Palestinian Authority

14   took any action in 2000, 2001, or 2002, as a result of

15   learning of the existence of the al-Aqsa Martyrs'

16   Brigades?

17         A.    I was not part of the cabinet; I wouldn't

18   know.

19         Q.    Thank you.

20              From the time you became the cabinet

21   secretary from 2003 until you left in 2005, did the

22   Palestinian National Authority, its government, or the

23   cabinet, take any action as a result of having learned

24   of the existence of the al-Aqsa Martyrs' Brigades?

25         A.    Yes.

1        Q.      What action was taken?

2        A.      It was decided to have a concerted effort to

3    end this phenomenon, and to coordinate through the

4    Israeli side, and agree on a package of incentives that

5    will effectively help the Palestinian Authority succeed

6    in neutralizing this phenomenon.

7        Q.      Thank you.

8                In 2002, how many -- you've already

9    testified that there were 88 members of the Palestinian

10    Legislative Council; is that correct?

11        A.      Correct.

12        Q.      Did the Palestinian Legislative Council, at

13    any time from September 2000 through 2005, take any

14    action relating to having learned of the existence of

15    the al-Aqsa Martyrs' Brigades?

16        A.      The Legislative Council has no authority on

17    matters that are not directly related to its powers and

18    responsibilities.  The Legislative Council was always

19    calling on establishing law and order again in the

20    Palestinian territories.

21        Q.      I couldn't hear the last part of the answer,

22    I'm sorry?

23        A.      The Legislative Council was always calling

24    on the PA and the various political factions to end and

25    to support and help end this phenomenon, in its

Page 194

1    capacity as a regulator, where the law and order,

2    because of the weakening of the PA, has deteriorated,

3    and that affected very negatively the security of the

4    Palestinian civilians.

5        Q.    Thank you very much.

6              As it relates to the Palestinian

7    Legislative Council, when they take action, is it

8    majority rule or some measurement other than 50 percent

9    plus one?

10        A.    It functions out of its own bylaws.  It is

11    -- sessions are legal if 51 percent are there.  Once

12    the session convenes, it's the majority of those who

13    are present.

14        Q.    So a quorum is 50 percent?

15        A.    50 percent plus.

16        Q.    50 percent plus?

17        A.    Yes.

18        Q.    And then once there's a quorum, it requires

19    50 percent of those present and voting --

20        A.    Correct.

21        Q.    -- to adopt; is that correct?

22        A.    Correct.

23        Q.    Thank you.

24        A.    Not on all matters, of course.  There are

25    certain matters, by law, that need two-thirds of the

Page 200

1            For the time period 2000 through 2005, to

2    what extent did the Palestinian National Authority

3    coordinate its activities with the PLO in relation to

4    issues of civil administration, finance, foreign

5    affairs, and to the extent you can answer it, security?

6            MR. O'TOOLE:    Again, objection to the scope.

7        Q.    You may answer.

8        A.    The PLO has no business in dealing with the

9    day-to-day affairs of the Palestinian population of

10   West Bank and Gaza.   The PLO represents the whole of

11   the Palestinian people everywhere.

12            The civil affairs of the population of the

13   West Bank and Gaza is managed by the PA, on the basis

14   of the mandate given by the Oslo Agreements and the

15   program that the cabinet and the vote of confidence on

16   that basis.   And this is also true for finance, with

17   one exception.   In the finance matters, and in the

18   context of the reforms that were approved by the

19   Legislative Council in 2002, it was internationally

20   agreed that the single treasury account is established

21   and that the direct authority of the finance ministry,

22   where the budget is executed out of that ministry.

23            The foreign affairs is not a portfolio which

24   is part of the mandate of the PA.   The foreign affairs

25   is a function of the PLO.   And the security, the

1    internal security is the under the direct mandate of

2    the PA.

3        Q.    Thank you.

4            You referred to reforms in 2002.  Was that

5    referred to as the "100-day plan for reforms"?

6        A.    I'm referring to a whole process of reforms,

7    including the 100-day plan.

8            (Exhibit 27 marked.)

9            MR. HEIDEMAN:  Yes.  Let me hand you what's

10    been marked as Exhibit 27, which bears Klieman 01246,

11    and while you're looking at that document, counsel has

12    a comment.

13            MR. O'TOOLE:  Can we take a short break?

14    Mr. Eustice needs to go to another appointment.

15            We're working six and-a-half hours at this

16    point.

17            (Mr. Eustice exited the proceedings.)

18            (Recess taken from 5:06 to 5:16 p.m.)

19    BY MR. HEIDEMAN:

20        Q.    I believe when we broke I was asking about

21    the 100-day plan for reforms.

22            Can you tell the court, please, as to those

23    reforms adopted in 2002, did any of those reforms

24    relate to issues involving or arising out of the Second

25    Intifada?

Page 203

1    Oslo Agreements, Fatah is the main pillar of the

2    Palestinian Authority ..."

3              Would you agree with that statement?

4         A.    Say it again, please?

5         Q.    "Since the Oslo Agreements, Fatah is the

6    main pillar of the Palestinian Authority ..."

7              Would you agree with that statement?

8         A.    Let me read.

9              I am not sure that this means that the

10   Palestinian Authority is the Fatah organization.  Many

11   members affiliated with Fatah happen to be employees of

12   the PA, just like many independent and many other

13   employees who are affiliated with other political

14   parties.

15        Q.    You previously testified that Marwan

16   Barghouti was a member of Fatah; is that correct?

17        A.    Correct.

18        Q.    And is it accurate, sir, as the designee of

19   the Palestinian National Authority, that from September

20   2001, Marwan Barghouti was the object of a warrant for

21   arrest by the State of Israel?

22        A.    Yes.

23        Q.    Thank you very much.

24              As the designee of the Palestinian National

25   Authority, sir, can you tell the court whether or not

Page 204

1    the al-Aqsa Martyrs' Brigades is an arm of or was,

2    during the period 2000 through 2005 or any portion

3    thereof, an arm of Fatah?

4         A.    I said before, al-Aqsa Martyrs' Brigades was

5    never an institution and was never a singular entity to

6    be designated as such.

7         Q.    Does the name Hussein al-Sheikh represent a

8    person known to you, as the designee of the Palestinian

9    Authority?

10        A.    Yes.

11        Q.    And was he, from the period 2000 through

12   2005, a senior Fatah leader?

13        A.    Yes.

14        Q.    And are you aware, sir, that he has

15   acknowledged Fatah's control over the al-Aqsa Martyrs'

16   Brigades?

17             MR. O'TOOLE:   Objection, lack of foundation,

18   assumes facts.

19        Q.    If you know, you may answer.

20        A.    I don't know.

21        Q.    Thank you.

22             Are you familiar with a person, and I hope

23   I pronounce it right, Maslama Thabet?

24        A.    No.

25        Q.    As the Palestinian National Authority, sir,

1    and as its designee, please tell the court whether or

2    not the PA is aware of any statements that have been

3    made relating to the al-Aqsa Martyrs' Brigades being an

4    integral part of Fatah, and that the al-Aqsa Martyrs'

5    Brigades commander is Yasser Arafat himself?

6              MR. O'TOOLE:  Objection, assumes facts not

7    in evidence, speculation.

8         A.    The PA deals with the facts, legal matters,

9    documented evidence.  Many people could say many

10   things.  None of these will bind the PA or reflect the

11   way it works.

12        Q.    As the designated representative of the

13   Palestinian Authority, sir, is the Palestinian

14   Authority aware of any statements that have been made

15   by anyone attributing to Yasser Arafat that he is the

16   commander, was the commander in 2002, of the al-Aqsa

17   Martyrs' Brigades, and further, indicating that the

18   al-Aqsa Martyrs' Brigades is an integral part of Fatah?

19        A.    I do not know of any evidence presented to

20   the PA suggesting that this is a true statement.

21        Q.    Thank you very much.

22              As the designee of the Palestinian

23   Authority, can you please tell the court what is the

24   employees' directorate within the PNA structure?

25        A.    What do you mean?  I don't understand.  What

Page 207

1          Q.     And was that part of the reforms in the

2     summer of 2002?

3          A.     True.

4          Q.     Prior to that time, sir, please tell the

5     court as the designated representative of the PA

6     whether or not money was spent not from a single

7     treasury account, but rather from multiple accounts

8     handled by multiple people in multiple ministries?

9                 MR. O'TOOLE:   Again, objection as to outside

10    the scope.   The designee was presented on those issues

11    yesterday.

12         Q.     You may answer.

13         A.     I don't have anything to add.

14         Q.     I couldn't hear the answer.

15         A.     I -- I don't have anything to add.

16         Q.     Thank you.

17                So the unification of accounts into the

18    single treasury account of the PA, if I understand your

19    last answer, occurred pursuant to the reforms in the

20    summer of 2002; is that correct?

21         A.     Yes.

22         Q.     Thank you.

23                Did anyone on behalf of the Palestinian

24    National Authority, and I ask you as its designee, have

25    any oversight over monies distributed by the

1    Palestinian Authority to Fatah?

2              MR. O'TOOLE:  Again, outside the scope.

3    There was a designee yesterday on this topic.

4         Q.    You may answer to the extent you know.

5         A.    The unification of these accounts resulted

6    in moving the responsibility of disbursing the

7    allocations to the political parties, from the PLO to

8    the PNA.  So the PNA, out of its own revenues, has

9    allocated -- is allocating on an annual basis a line in

10   the budget for the PLO, where the PLO decides what

11   parts of that line go to which party, on the basis of

12   the internal relationships within the PLO.

13        Q.    Yes, thank you.  Let me drill down to a

14   precise question.

15             As the designee of the Palestinian National

16   Authority, can you tell the court whether or not anyone

17   on behalf of the Palestinian National Authority was a

18   representative of the government to Fatah?

19        A.    There was no need for this to happen,

20   because the PNA and Fatah didn't have direct

21   administrative or management relations.

22        Q.    Was there anyone on behalf of the PA who

23   oversaw any of the activities of Fatah in order to

24   measure what it was doing with the money that it

25   received from the budget of the Palestinian National

Page 212

1   when acting in his official capacity?

2               MR. O'TOOLE:  Objection.  Outside the scope.

3        Q.    You may answer.

4        A.    He wasn't designated at any time to speak

5   for the Palestinian Authority or elsewhere --

6        Q.    I'm sorry?

7        A.    -- or on its behalf.

8        Q.    Thank you.

9               What were the policies in 2000 to 2005

10  regarding persons employed by the Palestinian National

11  Authority having the authority to speak on behalf of

12  the Palestinian National Authority?

13       A.    In the Palestinian context, people have

14  freedom of expression, not necessarily designated by an

15  authoritative address, to speak on matters related to

16  the Palestinian Authority.

17              MR. HEIDEMAN:  Can you read back the answer,

18  Madam Court Reporter?

19              (Last answer read.)

20              MS. MATTA:  And the question, while we're at

21  it, please.

22              (Last question read.)

23              MR. HEIDEMAN:  Thank you very much.

24  BY MR. HEIDEMAN:

25       Q.    Can you please tell the court, as the

1    media spokesman for Yasser Arafat.

2         A.    I don't recall this name at all.

3         Q.    Thank you.  If that information is obtained,

4    whatever the answer is, if you'll advise your counsel,

5    we would appreciate it.

6         A.    I will talk to counsel.

7              MR. O'TOOLE:   That's fine.

8         Q.    We inquired of the witness yesterday about a

9    name that I don't believe he knew, but let me ask you,

10   and of course my spelling may also be wrong, of Abdel

11   Fattah Hamayel?

12        A.    I know the person.

13        Q.    Can you tell the court what were his areas

14   of responsibility with the Palestinian National

15   Authority in the period 2000 to 2005, if you know?

16        A.    2000 to the middle of 2003, he was a member

17   of the Legislative Council.  Then when Abu Mazen's

18   cabinet was formed, he became a minister without

19   portfolio, and he was, in fact, charged with the job of

20   neutralizing the phenomenon of the al-Aqsa Brigades.

21   And after the resignation of Abu Mazen -- I don't even

22   remember if he was in our cabinet.  Sorry.  Was he in

23   our cabinet?  I don't remember.

24        Q.    Thank you.

25              In relation to Abdel Fattah Hamayel, when

1  you use the term that he was a minister without

2  portfolio for Abu Mazen, but further, that he had the

3  responsibility of, quote, "neutralizing the phenomenon

4  of the al-Aqsa Martyrs' Brigades," unquote, what do you

5  mean by the use of the word "neutralizing," and

6  separately, what do you mean by the use of the word

7  "phenomenon"?

8        A.    We'll start with the "phenomenon."

9        Q.    Yes, sir.

10        A.    As I said many times, al-Aqsa Martyrs'

11  Brigades was some kind of a synonym to groups of

12  people, some connected with outside sources, who

13  pretended to be using violent means to protest the

14  Israeli occupation, mostly not structurally connected,

15  many becoming, you know, just independent groups acting

16  on their own, and many receiving their financials and

17  supplies from outside sources.  So this is the

18  phenomenon.

19        Neutralizing, he -- this was after a lengthy

20  discussion with the Israeli side, it was agreed to have

21  joint efforts to pacify and take these people out of

22  this phenomenon, to resume their normal life in

23  exchange for, first, you know, guaranteeing some source

24  of minimum ability to live, financial income; and on

25  the other hand, guarantee with the agreement of Israel

1   to agree that they will not be recordated (sic).   In

2   exchange for this, they will sign some sort of -- what

3   is it --

4            (Brief comment in Arabic by the witness.)

5            INTERPRETER HAZOU:  "Pledge."

6       A.    Pledge not to go back to that, and if they

7   have any rifles or weapons, to give them up.   And

8   during that duty they went left and right, all over the

9   West Bank, searching for these people, and cases where

10  he found some, he started a dialogue with them, and for

11  much of the time, he succeeded.

12      Q.    Thank you.

13            When was it that the Palestinian National

14  Authority gave the responsibilities to Abdel Fattah

15  Hamayel to, quote, neutralize the phenomenon of the

16  al-Aqsa Martyrs' Brigades?

17      A.    Again, the Palestinian National Authority

18  didn't have any authority on this phenomenon.   This is

19  a phenomenon of people, you know, groups of people,

20  literally deciding to take matters into their own

21  hands.   So he was chosen because he represented Fatah

22  as a Legislative Council member.   He himself, during

23  the First Intifada, was an activist.

24            So the cabinet, the prime minister of the

25  time, Abu Mazen, in agreement and coordination with

Page 217

1    Yasser Arafat, charged them with this.  It wasn't a

2    cabinet decision, because the cabinet has no authority

3    on this phenomenon.  The only relation between this

4    phenomenon and the cabinet is that the cabinet, had it

5    been able to impose law and order, would have been

6    imposing law and order on these people.

7                But at the time the Palestinian Authority

8    was extremely weakened by the Israeli aggression

9    against it, and against the security forces, and

10   against, you know, against all its functions, including

11   limiting its ability to move its police force.  So that

12   person was assigned to -- he's a trusted man, known in

13   the country.  A trusted man.  So they assigned him to

14   be the messenger for this kind of deal:  Give up your

15   current activity, then you get amnesty from the Israeli

16   side, you know, and some sort of a financial way of

17   living will be guaranteed.

18        Q.    Thank you.

19              One last question on this person, and then I

20   have only one other area and we'll be ready to wrap for

21   the day, for which we thank you for your time and your

22   answering of questions.

23              The assignment, then, to Abdel Fattah

24   Hamayel to perform the services you've just described,

25   if I understand correctly, came from Abu Mazen at the

1    time he was prime minister, with the support and

2    concurrence, if I understand correctly, of President

3    Arafat of the Palestinian National Authority; is that

4    correct?

5         A.    Correct, but, plus, with the consent and

6    support of the Central Committee of Fatah.

7         Q.    Thank you.

8              And why, in that regard, was the consent

9    and support of the Central Committee of Fatah required

10   in relation to this particular assignment to Abdel

11   Fattah Hamayel?

12        A.    Because at the time, the Central Committee

13   of Fatah was of the opinion that this phenomenon is a

14   very negative phenomenon when it comes to the mandate

15   of the Fatah's organization as a political party, and

16   that this phenomenon is hurting the infrastructure plus

17   the people.  So the Central Committee of Fatah was

18   working hard to find ways where this phenomenon could

19   be stopped.

20        Q.    Thank you very much.  Let me move to what I

21   believe is the last area.  Just one second.  Just

22   before I asked you about this one area.

23        A.    I assume we have this seven hour stop, too.

24              MR. HEIDEMAN:  Yes, we're just about

25   finished.  Off the record.

Page 226

1    be returned to society?

2         A.    Yes.

3              MR. HEIDEMAN:   Thank you very much.   One

4    moment, please.

5              MR. O'TOOLE:   I think we're over seven hours

6    at this point.

7              MR. HEIDEMAN:   I think we're done.   I have

8    nothing further.   I simply do have one quick point, and

9    then you may have questions and I won't delay you.

10             I want to express to you, Dr. Abu-Libdeh,

11   my appreciation for your patience and your time and

12   your forthrightness in answering questions here today.

13             THE WITNESS:   Thank you.

14             MR. HEIDEMAN:   Yes, sir.

15             MR. O'TOOLE:   Thank you also,

16   Dr. Abu-Libdeh, from our side, and I hope not to press

17   your patience for very much longer.   I only have a few

18   areas that I would like to try and clarify.

19                       EXAMINATION

20   BY MR. O'TOOLE:

21        Q.    You were asked a series of questions about

22   the Palestinian Authority's policies from 1994 all the

23   way up through the present, and one of those areas

24   involved the Palestinian Authority's policy with

25   respect to what was described as the Second Intifada.

Page 227

1     What, in your experience as part of the

2  Palestinian Authority since 1994 through the present,

3  what was the Palestinian Authority's policy regarding

4  the use of violence and the use of force as part of

5  resistance in the Second Intifada or at any other time?

6     A.     It has always been a standing policy that

7  these actions are not only counterproductive, but they

8  will harm our cause and our ability to reach a peaceful

9  solution on the basis of which the two-state solution

10  will be preserved.

11     Q.     And since you were asked the series of

12  questions about the PLO policies, recall in that time

13  frame what was the policy of the Palestine Liberation

14  Organization during the time frame 1994 through 2010,

15  including the time frame of the Second Intifada, with

16  regard to the use of force as a form of resistance?

17     A.     The PLO has denounced violence in 1988 and

18  announced its commitment to the two-state solution with

19  a Palestinian state on the borders of 1967 will be

20  established as a result of the negotiations with

21  Israel.  That is peaceful.  And on the basis of this,

22  the PLO has engaged in the peace process to reach the

23  conclusion through which peace is signed between Israel

24  and the PLO, to establish the Palestinian state in the

25  borders of 1967.  And the policies since then have been

Page 228

1    policies of having peace and the strategic option, and

2    not being party to any use of force to solve the

3    Palestinian question.

4              And this is why the PNA, being mandated to

5    run the affairs of the Palestinian people inside the

6    West Bank and Gaza, was not only mandated by the Oslo

7    Accords regarding powers and responsibilities, but also

8    mandated by the PLO, to see to it that Palestinian

9    institutions are described and governed and practiced

10   in accordance with this strategic option.

11        Q.    And I wanted to ask you a follow-up question

12   about that.

13              So I guess what you said was that under

14   Oslo, under the Oslo Agreements -- who was the Oslo

15   Agreement between, again?

16        A.    The Oslo Agreement was signed between the

17   PLO and Israel, and this Oslo Agreement is an interim

18   agreement through which -- through negotiations, a

19   Palestinian state will emerge next to the State of

20   Israel, on the basis of the Security Council

21   resolutions 242 and 338.

22        Q.    Why, as part of the Oslo Agreements, was the

23   Palestinian National Authority required to be

24   accountable to what you described as the policies of

25   the Palestinian Liberation Organization?  What was the

1    concern that led to that?

2        A.    Because the PLO was committed to the

3    two-state solution and to the program which was

4    approved in the year 1988, which is a program based on

5    reaching a solution through negotiations.  The PA,

6    which is a subsidiary which was created by these

7    agreements, cannot really invent policies that are

8    contrary to the spirit and contractual arrangements

9    between the PLO and Israel.

10            Therefore, the PNA cannot, out of the blue,

11    come out and, let's say, withdraw recognition of Israel

12    or announce policies that are contrary to the policies

13    and political program of the PLO, which is based on the

14    work towards the two-state solution through

15    negotiations.

16        Q.    And I think you mentioned earlier also that

17    many of the members of the Palestinian National

18    Authority were elected; is that correct?

19        A.    Yes.

20        Q.    The Legislative Council is elected?

21        A.    They were elected directly by the people.

22        Q.    There were presidential elections?

23        A.    Through the presidential and legislative

24    elections.  We had one in 1996 where the president was

25    elected and the Legislative Council, and we had another

Page 230

1    one in 2005 where the president was elected after the

2    death of Yasser Arafat, and then in 2006 we had

3    legislative elections.

4         Q.    And under Oslo, what would happen if a

5    political party ran for election on a party that was

6    counter to the principles of Oslo?

7         A.    They cannot.

8         Q.    What would --

9         A.    They cannot.

10        Q.    What would happen if Hamas would run for

11   election and try to win and try to change the terms of

12   the Oslo Agreement?

13        A.    They cannot.

14        Q.    Why is that?

15        A.    Because the elections were stipulated by an

16   agreement between the PLO and Israel, and the scope and

17   content of these elections have to be consistent,

18   totally consistent with the Oslo Accords.  This is, in

19   fact, why we're having the current problems with Hamas,

20   because after being elected, they tried to bypass the

21   Oslo Agreements.

22        Q.    Thank you.

23             Now, you were discussing in some of the

24   responses to questions some of the policies of the

25   Ministry of Finance of the Palestinian National

Page 232

1    issue?

2            A.    No.

3                  MR. HEIDEMAN:   Objection.

4            Q.    Same question with respect to the state of

5    the muqata'a in March of 2002:   Are you a person most

6    knowledgeable in the Palestinian Authority with respect

7    to the comings and goings in the muqata'a?

8            A.    No.

9            Q.    That said, you had some experience with the

10   muqata'a in 2002, and based on your observation, and

11   we'll talk about the specific time frame of March 2002,

12   April 2002 -- first of all, what was going on in that

13   time frame?

14           A.    In the muqata'a?

15           Q.    In the muqata'a and in the West Bank

16   generally.

17           A.    In the West Bank in general there was -- end

18   of March 2002, Israel has invaded all Area A, occupied

19   them, and literally destroyed the security forces of

20   the Palestinian Authority and held Abu Amar hostage in

21   the muqata'a.

22           Q.    And when you were talking about the policies

23   with respect to access to the muqata'a, were any of

24   your statements related -- did they take into account

25   any of the conditions that were existing in that

Page 233

1  specific time frame?

2       A.    Well, the muqata'a was several compounds.

3  The compound which was restricted and then mostly

4  destroyed is the compound where Yasser Arafat was

5  confined.  But the rest of the muqata'a housed the

6  Ministry of the Interior, a part of the Ministry of

7  Interior, the government office where people go for

8  their normal jobs, connect to the governorate, and I

9  think that's all.  So there was the west wing of the

10  muqata'a was just an ordinary compound where anybody

11  could go there.

12       Q.    And in March, April, May 2002, was that area

13  under a state of normalcy?

14       A.    Absolutely not.

15       Q.    Why not?

16       A.    Because the Israeli forces were occupying

17  it, literally.

18       Q.    And -- I'll leave it there.

19            Do you know who Yasser Arafat's official

20  spokesperson was in 2002?

21       A.    Nabil Abu Rudeineh.

22       Q.    And thank you.

23            You were asked a series of questions about

24  whether or not a particular individual was authorized

25  to speak for the Palestinian Authority.  Can you

Page 234

1    describe, if you know, what you meant by "authorized to

2    speak" and in what capacity someone would be authorized

3    to speak?

4         A.    In the Palestinian Authority we are not very

5    much organized, to the extent there will be one place

6    where one person is per slot in the Palestinian

7    Authority.  So we never have this situation where

8    somebody will be officially designated as the

9    spokesperson for the PA.

10         There were several spokespersons for parts

11   of the PA, but never, to my recollection, that one

12   person was designated or authorized or named as the

13   official spokesperson for the PA.

14        Q.    And if someone were to make a statement on

15   behalf of the PA, would they make it in the media or

16   how would they make it?

17        A.    Usually there is no statement which is --

18   which can be characterized as a statement on behalf of

19   the PA.  Usually it is a statement on behalf of the

20   cabinet or the presidency, and it is issued in writing.

21        Q.    Is there any instance that you know of in

22   which any sort of official statement was made just by

23   an individual person to the media, and not in an

24   official form in writing?

25        A.    Official statements in the Palestinian

Page 235

1    Authority, even in the PLO, are usually communicated in

2    writing.

3                    MR. O'TOOLE:   Thank you.   No questions.

4                    MR. HEIDEMAN:   Thank you very much.

5                    THE WITNESS:   Thank you.

6                    (The deposition concluded at 6:16 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25