# EXHIBIT D

```
1              IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF COLUMBIA
3
4  SHABTAI SCOTT SHATSKY, et al.,    )
                                     )
5           Plaintiffs,              )
                                     )
6  v.                                ) Civil Action No.
                                     ) 1:02-CV-02280 (RJL)
7  THE SYRIAN ARAB REPUBLIC, et al., )
                                     )
8           Defendants.              )
   _____)
9
10
11
12
13              VIDEOCONFERENCE DEPOSITION OF
14                     YASSER SHAQBU'A
15                   JERUSALEM, ISRAEL
16                  SEPTEMBER 12, 2012
17
18
19
20
21
22
23
24
25 REPORTED BY:  AMY R. KATZ, RPR
```

```
16:22:14   1   categories, my point is simply that, to the extent that
16:22:28   2   Mr. Shaqbu'a is here to testify regarding financial
16:22:34   3   transactions, if any, that might be responsive to
16:22:39   4   Categories 1 and 2, there simply may be overlap with
16:22:56   5   the financial aspects of Categories 3 and 4, depending
16:23:10   6   upon what questions you ask, unfortunately's, Categories
16:23:21   7   1, 2, 3, and 4 are very overbroad and vague.
16:23:40   8           MR. SCHOEN:  Let's just leave it that I have
16:23:43   9   a continuing objection to that kind of characterization,
16:23:46  10   and I'm not going to respond each time to such a
16:23:51  11   characterization.
16:23:51  12
16:23:51  13           (The following proceedings were conducted
16:23:51  14       through the official Arabic interpreters, unless
16:23:51  15       otherwise indicated.)
16:23:51  16
16:23:51  17                       EXAMINATION
16:24:03  18   BY MR. SCHOEN:
16:24:03  19       Q.   Okay.  Mr. Shaqbu'a, could you tell us your
16:24:07  20   full name, please.
16:24:12  21       A.   My name is Yasser Musa Hassan Shaqbu'a.
16:24:19  22       Q.   How old are you?
16:24:25  23       A.   46 years old.
16:24:29  24       Q.   Where do you live?
16:24:34  25       A.   I live in Amman.
```

```
16:26:53   1        Q.   After 1989, or after you got your degree, you
16:26:57   2   returned to Amman to live?
16:27:12   3        A.   I returned to Amman, and I started to work.
16:27:14   4   And I worked in the Palestinian National Fund starting
16:27:25   5   from December 1, 1989.
16:27:28   6        Q.   And you've been employed by the Palestine
16:27:31   7   National Fund since December 1, 1989, until today?
16:27:48   8        A.   Yes, until today.
16:27:50   9        Q.   Have you had any other job since 1989?
16:28:03  10        A.   I had some -- I had some private works,
16:28:07  11   a private company.
16:28:09  12        Q.   What's the -- what kind -- what kind of
16:28:13  13   private --
16:28:19  14        A.   It was in accounting and computer services.
16:28:26  15        Q.   When did you have those jobs?
16:28:37  16        A.   This was in addition to my regular position.
16:28:42  17        Q.   Okay.
16:28:45  18        A.   From 1993 until 1997.
16:28:49  19        Q.   Okay.  And other than 1985 until 1989, you
16:28:56  20   have always lived in Amman?
16:29:08  21        A.   Yes.
16:29:08  22        Q.   As an employee of the -- I'm going to call
16:29:16  23   it "PNF" for the "Palestine National Fund."
16:29:20  24             As an employee -- oh, sorry.  Go ahead.
16:29:23  25             (Last comment by counsel translated.)
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
16:29:23   1        Q.   BY MR. SCHOEN:  Who pays your salary?
16:29:32   2        A.   I receive my salary from the Fund, the
16:29:43   3   National Fund.
16:29:44   4        Q.   You get a check from the PNF?
16:29:51   5        A.   Yes.
16:29:53   6        Q.   Does the PA -- I'm going to call the "PA"
16:29:58   7   for "Palestine Authority."
16:30:03   8             Does the PA have any role in paying your
16:30:06   9   salary?
16:30:12  10        A.   Yes.
16:30:12  11        Q.   What is --
16:30:12  12             THE COURT REPORTER:  Counsel, I'm sorry to
16:30:12  13   interrupt.  I just realized something.  You all gave
16:30:12  14   your appearances, and I haven't affirmed the witness.
16:30:12  15             MR. SCHOEN:  Aah, okay.  I'm sorry.
16:30:28  16             On this end, we have to have the witness
16:30:31  17   sworn or affirmed.
16:30:47  18             THE COURT REPORTER:  And the interpreters.
16:30:47  19             THE WITNESS:  I promise to tell the truth,
16:30:47  20   all the truth.
16:30:47  21             THE COURT REPORTER:  I have to swear the
16:30:47  22   interpreters first.
           23   //
           24   //
           25   //
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
 1                ALBERT AGHAZARIAN
 2                     -and-
 3                DOV RABINOVITCH,
 4       the Official Arabic Interpreters, were
 5       duly affirmed to translate from English
 6       to Arabic and from Arabic to English.
 7
 8                 YASSER SHAQBU'A,
 9       called as a witness, being first duly
10       affirmed, was examined and testified
11       as hereinafter set forth.
12
```

16:31:16  13      Q.   BY MR. SCHOEN:  And that applies to all
16:31:18  14  testimony you've given so far also; correct?
16:31:25  15      A.   Yes.  Correct.
16:31:26  16      Q.   Okay.  What role does the PA play in the
16:31:32  17  paying of your salary?
16:31:43  18      A.   I want here to clarify a certain matter.  The
16:31:54  19  PNF was established in 1964, and the PA came into being
16:32:10  20  in 1993 after the Oslo agreement.  The PA, through the
16:32:30  21  Ministry of Finance, finances the PNF since 1994.
16:32:36  22      Q.   Okay.  And the Ministry -- oh, sorry.
16:32:51  23      A.   And the PNF specialized in funding PLO
16:32:57  24  activities outside the Palestinian territories,
16:33:04  25  including the offices and the embassies across the

```
16:33:08   1   world.  So the span of life of the PNF is much longer
16:33:22   2   than the span of life of the PA, essentially.  This
16:33:28   3   is what I needed to clarify.
16:33:31   4       Q.   There might have been a translation mistake.
16:33:35   5   I wrote down when you said the PNF was established
16:33:42   6   in '94 --
16:33:50   7            CHECK INTERPRETER HAZOU:  "'64."
16:33:52   8            MR. SCHOEN:  Not a translation mistake.
16:33:48   9   My mistake.
16:33:49  10            THE WITNESS:  1964.
16:33:57  11            MR. SCHOEN:  And the translator said it
16:34:01  12   correctly at the time, and I wrote it down wrong.
16:34:08  13       Q.   BY MR. SCHOEN:  Now, Mr. Shaqbu'a, I heard
16:34:11  14   you say the PNF funds PLO activities outside Palestinian
16:34:21  15   territories; is that correct?
16:34:33  16       A.   Yes.
16:34:34  17       Q.   And only those activities that occur outside
16:34:38  18   the Palestinian territories; correct?
16:34:50  19            MR. McALEER:  Objection to form.
16:34:51  20            THE WITNESS:  Yes.
16:34:52  21       Q.   BY MR. SCHOEN:  And by "Palestinian
16:34:54  22   territories," you're referring to what's known as
16:34:59  23   the West Bank and the Gaza Strip?
16:35:06  24       A.   Yes.
16:35:11  25       Q.   The Ministry of Finance that you refer to,
```

```
16:35:18   1   is that the PA's Ministry of Finance?
16:35:29   2         A.   Yes.  The Ministry of Finance, which is
16:35:31   3   part -- which is under the PA.
16:35:36   4         Q.   Is there an agency under the PA that funds
16:35:41   5   PLO activities inside the Palestinian territories?
16:36:12   6         A.   No.  Before the establishment of the PA, the
16:36:16   7   National -- the PNF was the funder of all activities
16:36:21   8   of the PLO.
16:36:23   9         Q.   And after the establishment of the PA, is
16:36:28  10   there an agency that funds the activities of the PLO
16:36:38  11   inside the Palestinian territories?
16:36:53  12         A.   The activities in the West Bank and the
16:36:55  13   Gaza Strip is not part of the mandate of the PNF.
16:37:06  14   And I want to ask here what kind of activities you're
16:37:10  15   talking about, or functions.
16:37:12  16         Q.   I was just using the term you used.
16:37:24  17              Mr. Shaqbu'a, what is your position in the
16:37:27  18   PNF?
16:37:33  19         A.   I am the head of public accounts, the manager.
16:37:41  20         Q.   Can you tell me what jobs you have held with
16:37:43  21   the PNF since you started there in 1989 and when you
16:37:58  22   held each job?
16:38:17  23         A.   For less than three years, two years, some,
16:38:21  24   I was working within the management of embassies abroad.
16:38:32  25   After that, I was transferred into the management of
```

```
17:37:31   1              THE WITNESS:  Absolutely not.  But -- but you
17:37:40   2   asked me until 2002.  That was your question.
17:37:49   3         Q.   BY MR. SCHOEN:  Before 2009, did the PNF pay
17:38:02   4   the expenses for the PLO Executive Committee member
17:38:09   5   offices?
17:38:16   6         A.   No.
17:38:21   7              MR. SCHOEN:  He said something after that.
17:38:23   8              OFFICIAL INTERPRETER RABINOVITCH:  "Absolutely
17:38:25   9   not."
17:38:28  10         Q.   BY MR. SCHOEN:  Prior to 2009, did the PNF
17:38:32  11   pay any expense -- strike the word "expense."
17:38:42  12              Prior to 2009 -- prior to 2009, did the PNF
17:38:53  13   pay any money to the PLO in connection with any PLO
17:39:05  14   activity inside the Palestinian territories?
17:39:20  15         A.   Before 2009, all the expenses for these
17:39:26  16   offices were covered by the Finance Ministry --
17:39:30  17         Q.   By the --
17:39:33  18         A.   -- and not through the PNF.
17:39:37  19         Q.   The PA's Finance Ministry paid all expenses
17:39:40  20   of the PLO inside the West Bank prior to 2009?
17:39:54  21         A.   Yes.
17:39:56  22         Q.   The PA's -- that was a confusing question,
17:40:00  23   maybe.
17:40:01  24              The PA's Finance Ministry paid for all PLO
17:40:11  25   activities, all PLO expenses, inside the West Bank
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
17:40:23   1    prior to 2009; correct?
17:40:28   2            MR. McALEER:  Objection.  Beyond the scope.
17:40:32   3        Q.  BY MR. SCHOEN:  Is that right?
17:40:34   4        A.  Yes.  Yes.
17:40:39   5        Q.  Is your answer the same with respect to PLO
17:40:42   6    activities or expenses in the Gaza Strip prior to 2009?
17:40:56   7            MR. McALEER:  Same objection.
17:41:07   8            THE WITNESS:  There isn't any office in Gaza
17:41:10   9    which represents the PLO.
17:41:12  10        Q.  BY MR. SCHOEN:  Okay.  So does the PA pay
17:41:16  11    any money to any office operating in Gaza or for any
17:41:19  12    activity in Gaza that you're aware of?
17:41:31  13            MR. McALEER:  Same objection.
17:41:33  14            THE WITNESS:  Absolutely not.
17:41:34  15        Q.  BY MR. SCHOEN:  Okay.  Does the -- if you
17:41:39  16    know, today, does the PNF pay any money to Mr. Abdel
17:41:50  17    Rahim Malouh?
17:41:51  18        A.  Absolutely not.
17:42:02  19        Q.  Does the PNF pay Mr. Malouh any salary?
17:42:14  20        A.  No.
17:42:15  21        Q.  Are you aware that Mr. Malouh is a member of
17:42:19  22    the PLO Executive Committee?
17:42:31  23        A.  To the best of my knowledge, not actually now.
17:42:43  24    Currently, the Executive Committee members do not touch
17:42:47  25    any salaries from the PNF.
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A