# EXHIBIT E

1                    THE UNITED STATES DISTRICT COURT

2                        THE DISTRICT OF COLUMBIA

3

4

5    THE ESTATE OF ESTHER KLIEMAN, et al.,)
                                         )
6                        Plaintiff, )
                                         )
7          vs.                           )    Case No.
                                         )04-1173(PLF)(JMF)
8                                        )
     THE PALESTINIAN AUTHORITY, et al.,  )
9                                        )
                         Defendants.)
10   _____)

11

12

13

14                        DEPOSITION OF

15                      MAZEN JADALLAH

16                  East Jerusalem, Israel

17                      June 15, 2010

18

19

20

21

22

23

24

25    REPORTED BY:  AMY R. KATZ, RPR

1              MR. HEIDEMAN:  If, however, either you or

2    the witness do not understand any question, please stop

3    whoever is questioning and ask us to repeat.  Do you

4    understand?

5              INTERPRETER MASARWAH:  Yes.

6              MR. HEIDEMAN:  Please translate to the

7    witness.

8              (Last colloquy translated.)

9              MR. HEIDEMAN:  Thank you.

10   BY MR. HEIDEMAN:

11        Q.    Would you state your name, please, sir?

12        A.    Mazen Jadallah.

13        Q.    Would you spell that for the court reporter?

14        A.    In Arabic or English?

15        Q.    Since I understand that you do speak English

16   and read English well, if you could spell it in

17   English, it would save some time.

18        A.    (In English) M-A-Z-E-N, J-A-D-A-L-L-A-H.

19        Q.    Mr. Jadallah, please tell the court where

20   you were born.

21        A.    Anabta, Tulkarm.

22              MR. HEIDEMAN:  Madam Court Reporter, let me

23   inquire if you were able to hear the witness and

24   understand the witness' answer, or do you need it

25   translated by the interpreter?

1          THE REPORTER:  I understood, sir.

2      Q.    Where, sir, did you grow up?

3      A.    In Anabta until '67.

4          (In English.) 1967.

5          (Translated.) After that, in Jordan in Az

6   Zarka City from 1997 to --

7          (In English.) 1972.  From 1967 to 1972.

8          (Translated.) After that in Anabta until

9   1980.  After 1980 he went to Jordan to the university.

10     Q.    Which university did you attend in Jordan,

11  and did you graduate, and if so, with what degree and

12  in what year?

13     A.    (Translated.) He graduated.  He studied

14  engineering, economic engineering.

15          INTERPRETER HAZOU:  No, no.  Civil, civil

16  engineering.

17     A.    Civil engineering.  I graduated until 1984

18  in Yarmouk University.  At -- from Yarmouk University.

19     Q.    Thank you.

20          And were you still living in Jordan, then,

21  in 1984?

22     A.    Yes.

23     Q.    So dating back to your birth and until 1967,

24  do I understand that you lived in Tulkarm, which would

25  be today in what would be described as the Palestinian

```
 1    Territories; is that correct?

 2         A.    Yes.

 3         Q.    Thank you.

 4                And after you graduated in Jordan in 1984,

 5    where did you live or study, or both, next?

 6         A.    He lived in Jordan where he did civil

 7    positions, some which were engineering and some of it

 8    in selling.   In selling.

 9                INTERPRETER HAZOU:   Commercial.

10         Q.    Thank you.

11         A.    Later on he went to Emirates and worked back

12    and forth between Jordan and the Emirates.   Jordan and

13    the Emirates.

14         Q.    And the background you've just described,

15    what years does it cover, sir?

16         A.    Until 1997.

17         Q.    And did you obtain any additional degrees

18    beyond your civil engineering degree at any time, sir?

19         A.    He studied -- he started his master in

20    engineering economy but he didn't finish his degree.

21         Q.    Where did you study for your master's

22    degree, sir?

23         A.    In Irbid, at the University of Science and

24    Technological University in Irbid.

25                MR. HEIDEMAN:   Where?
```

1    the objections based on what George has told me about

2    the translations.

3                   MR. HEIDEMAN:  I'd like to continue.

4         Q.   Mr. Jadallah, do you understand English?

5         A.   Yes.

6         Q.   Do you read English?

7         A.   Yes.

8         Q.   Do you write English?

9         A.   Yes.

10        Q.   Is English your second language to Arabic?

11        A.   Yes.

12        Q.   Do you consider yourself to be fully

13   proficient in English?

14        A.   No.

15        Q.   Is there anything I've asked you thus far in

16   the 30 minutes we've spent since the commencement of

17   this official deposition that you didn't understand?

18        A.   Sometimes.

19                   THE WITNESS:  (In English.)  Very little

20   times.

21                   INTERPRETER MASARWAH:  Very little times.

22        Q.   Do you find the translation from the

23   official translator to be accurate in each of the

24   English questions I presented to you?

25                   MR. O'TOOLE:  Objection.  Calls for

1      Do I understand correctly that your first

2    position with the Palestinian National Authority was in

3    May, 1997?

4        A.    Right.

5        Q.    Do I understand that that position was with

6    the Ministry of Planning and International Cooperation?

7        A.    Right.

8        Q.    And do I understand that your first

9    assignment was in Gaza?

10        A.    Right.

11        Q.    And do I understand that from May 1997 until

12    March 1998 you were in that position?

13        A.    Right.

14        Q.    And do I understand correctly, sir, that

15    from March of 1998 until now, you have worked

16    continuously for the Palestinian National Authority

17    Ministry of Finance?

18        A.    Yes.

19        Q.    Thank you.

20            Tell us, sir, what was your first position

21    with the Ministry of Finance for the Palestinian

22    National Authority, and where were you based?

23        A.    I was assistant deputy -- assistant director

24    general at the Ministry of Finance in Gaza, working

25    with the budget department.

Page 24

1      Q.    And how long did you remain working in Gaza

2    for the Palestinian National Authority Ministry of

3    Finance?

4      A.    Until mid-2004.

5      Q.    And was there some particular event in

6    mid-2004 that caused you to either change positions or

7    change the location of your work?

8      A.    I only changed the location of the work to

9    the West Bank.

10      Q.    And where in the West Bank have you been

11    based, for work purposes, since mid-2004?

12      A.    In Ramallah.

13      Q.    And where are you based today?

14      A.    In Ramallah.

15      Q.    What is your position with the Palestinian

16    National Authority Ministry of Finance today?

17      A.    I am assistant deputy minister for

18    international relations and development projects.

19      Q.    When did you assume that position, sir?

20      A.    18 months ago, I believe, or 20 months ago.

21      Q.    And prior to that time, what was your

22    position?

23      A.    It was the same but with less degree.  I was

24    general director of the ministry.

25      Q.    And you were general director; is that

1    correct?

2         A.    It's the title name, general director of the

3    ministry.  It is a grade called general director of the

4    ministry.

5         Q.    And that's a grade; is that correct?

6         A.    Yes.

7         Q.    And for how long did you serve, sir, as

8    general director of the Ministry of Finance before

9    becoming the assistant deputy minister for

10   international relations and development projects?

11        A.    About two and-a-half years.

12        Q.    And what position did you hold prior to

13   that, sir?

14        A.    General director.

15        Q.    For how long?

16        A.    Since beginning of 2003, I believe.

17        Q.    So do I understand, then, that you have

18   worked continuously for the Ministry of Finance since

19   March of 1998 through today?

20        A.    Yes.

21        Q.    Do I understand, sir, that on March 24,

22   2002, you were not based in the West Bank, but instead

23   were based in Gaza; is that correct?

24        A.    Yes.

25        Q.    Describe to the court, please, what were

Page 26

1    your responsibilities with the Ministry of Finance in

2    the time period from 1999 through 2005?

3         A.    I was responsible for the international

4    relations with the Ministry of Finance and responsible

5    for preparing the budget, development budget.

6         Q.    And, sir, did this development budget to

7    which you've just referred and over which you had

8    responsibility, relate only to Gaza on behalf of the

9    Palestinian National Authority or also to the West

10   Bank?

11        A.    To Gaza and West Bank, through the

12   Palestinian Territory.

13        Q.    So could we accept for purposes of

14   additional questions the use of the words "Palestinian

15   Territories," as you just used it, to refer

16   collectively to Gaza and the West Bank?  Would that be

17   acceptable to you and accurate, sir?

18        A.    With my recollection, it is Palestinian

19   Territory.

20        Q.    "Territory," not "territories"?

21        A.    Yes.

22        Q.    Thank you.

23             And if we're in future questions and answers

24   referring to Gaza only, let's say "Gaza"; is that

25   agreeable, sir?

1    A.    Okay.

2    Q.    And if we're referring to the West Bank

3   only, let's say "West Bank"; is that agreeable, sir?

4    A.    Okay.

5    Q.    But if we are referring to both Gaza and the

6   West Bank, I believe we've agreed we'll use the term

7   "Palestinian Territory"; is that correct, sir?

8    A.    Right.

9    Q.    Thank you.

10          Then do I understand that for the time

11   period 1999 through 2005, your responsibilities

12   included, in the Ministry of Finance, the budget for

13   development projects for the Palestinian Territory, as

14   we've just defined it; is that correct, sir?

15    A.    Somehow, because it doesn't include the

16   implementation of the budget; it's the preparation of

17   the development budget.

18    Q.    During that time period, sir, were you

19   familiar with the entire budget of the Palestinian

20   National Authority and its various arms or divisions or

21   departments or ministries?

22    A.    Yes.

23    Q.    Tell the court, please, whether or not

24   during the time period from 1999 through 2005 the

25   Palestinian Authority distributed money under its

Page 28

1   budget to a group called the Al-Aqsa Martyrs' Brigade?

2       A.     The Palestinian Authority spends money over

3   what we call budget items, budget line.  And there is

4   nothing called "Al-Aqsa" in our budget, absolutely.

5       Q.     Thank you.

6              I understand your last answer to be that

7   there is no line item for the time period 1999 through

8   2005 in the budget of the Palestinian National

9   Authority that is a line item referred to as Al-Aqsa

10  Martyrs' Brigade; is that correct?

11      A.     Yes, correct.

12      Q.     Do you have, sir, an intimate knowledge, in

13  your opinion, of the budget of the Palestinian National

14  Authority for the period 1999 through 2005?

15      A.     What does "intimate" mean?

16      Q.     I'll rephrase.

17             Although you've just told us that there was

18  no budget line for the Al-Aqsa Martyrs' Brigade in the

19  budget of the Palestinian National Authority for the

20  time period 1999 to 2005, would you please tell the

21  court whether or not monies in any currency,

22  transferred from the Palestinian National Authority,

23  directly or indirectly, to the Al-Aqsa Martyrs' Brigade

24  for the time period 1999 through 2005?

25      A.     There is no money transferred to anything

Page 29

1   other than what in the budget, has a budget line.  If I

2   may elaborate on this?

3        Q.    Please.

4        A.    Our budget, when it is approved, becomes a

5   law, and you are not allowed, according to the law, to

6   spend outside the budget.  So we can only spend on

7   things inside the budget.  And there is nothing in the

8   budget called Al-Aqsa Martyrs whatsoever.  So there

9   were no transfers, neither directly nor indirectly, to

10  this Al-Aqsa thing.

11       Q.    Thank you.

12             Were there transfers from the budget of the

13  Palestinian National Authority for the time period 1999

14  through 2005 to Fatah?

15       A.    Yes, there were.

16       Q.    And tell the court, please, what was the

17  size of the transfers in each year, for 1999 through

18  2005, from the Palestinian National Authority to Fatah?

19       A.    Regarding the size of the transfer, we

20  submitted that to you through our lawyers.  I don't

21  recall numbers.  But if you want to elaborate on that,

22  please, give me the report we submitted to you through

23  our lawyers and we will discuss it, if you want.

24       Q.    Do you understand that you are here as the

25  official designee of the Palestinian Authority to

Page 35

```
 1          Q.     Thank you.
 2                 In 2002, what Palestinian National Authority
 3   ministry oversaw financial issues?
 4          A.     The Ministry of Finance.
 5          Q.     And that's the ministry for which you
 6   worked; is that correct?
 7          A.     Yes.
 8          Q.     And in 2002, what Palestinian National
 9   Authority ministry oversaw and formulated the official
10   budget of the Palestinian National Authority?
11          A.     Ministry of Finance.
12          Q.     And who at that time was the head of the
13   Ministry of Finance?
14          A.     In 2002?
15          Q.     Yes.
16          A.     Beginning of 2002 until August 2002, it was
17   Adla (sic) Nashashibi, and then after that it was Farid
18   Ghannam.
19          Q.     During the period of 2002, did the president
20   of the Palestinian National Authority have any input
21   into the formulation of the budget?
22          A.     Normally he has input only as limited to the
23   management of the presidential team, to the
24   presidential --
25                 (Brief exchange in Arabic between the
```

Page 37

Authority.

2      Q.    Was there someone who was responsible for
3 handling budgetary matters for the Palestine Liberation
4 Organization different than the budgetary matters
5 handled by the Ministry of Finance for the Palestinian
6 National Authority in 2002?
7      A.    Yes.
8      Q.    Who was the head for the Palestinian
9 Liberation Organization of budgetary and finance
10 matters in 2002?
11      A.    It was not called like this.  This was the
12 Palestine National Fund, called, and its head was
13 Nasser Abu Nazali (phonetic).
14      Q.    And was there someone who had
15 responsibilities for budget and finance matters for
16 Fatah in 2002, separate from the budgetary matters and
17 finance matters of the Palestinian National Authority
18 and separate from the Palestine Liberation
19 Organization?
20           MR. O'TOOLE:  Objection.  I just want to
21 make clear that this is outside the scope of
22 Mr. Jadallah's designation as the designee for the
23 Palestinian Authority.
24           MR. HEIDEMAN:  You may answer, if you know.
25      A.    For the Palestinian National Authority there

1    was a general director of budget.  For the National

2    Fund, yes, it was Abu Nazali was responsible for the

3    Palestinian National Fund, which is for the PLO.

4              For Fatah, it's their own business.  I don't

5    know if they have somebody responsible for budgetary

6    purposes.

7         Q.    Were you a member of Fatah or any other

8    movement within the Palestinian territory in the time

9    period 1999 through 2005?

10        A.    No.

11        Q.    Was there a particular movement with which

12   you were affiliated at any time, since you were not

13   affiliated with Fatah during the period of 1999 through

14   2005 --

15

16              (Brief exchange in Arabic between the

17         witness, Interpreter Hazou, and Interpreter

18         Masarwah.)

19        Q.    -- a member or a leader or activist of?

20        A.    No.

21        Q.    Were you at any time a member of any

22   political movement or political party within the

23   Palestinian territory?

24        A.    Again, the question, please.

25        Q.    Were you at any time from 1999 through 2005

Page 39

1    a member of any political movement or political party

2    within the Palestinian territory?

3          A.    No.

4          Q.    As you observed it in your capacity with the

5    Ministry of Finance for the Palestinian National

6    Authority, what separation, if any, was there in 2002,

7    under the leadership of Yasser Arafat, in separating

8    finance matters between the Palestinian National

9    Authority, the Palestine Liberation Organization, and

10   Fatah?

11         A.    They were hundred percent separation.

12         Q.    Can you repeat your answer so we all can

13   hear it, and explain it?

14         A.    There were a hundred percent separation.

15   The Palestinian National Authority has its own

16   independent budget, where one line item called

17   Palestinian Liberation Organization.  That's it.

18               So the Palestinian Liberation Organization

19   was a budget item inside the overall budget of the

20   Palestinian Authority.

21         Q.    In the year 2002, do I understand your last

22   answer to mean that in the budget of the Palestinian

23   National Authority was a line item for money to the

24   Palestinian Liberation Organization?

25         A.    Right.

Page 41

1    Palestinian National Authority, and you can approximate

2    the amount.

3            A.    It was -- it was really minimal at that

4    time.  It did not exceed six- or 700 million dollars.

5            Q.    And what, sir, is the budget of the

6    Palestinian National Authority for 2010?

7            A.    For 2010, it's about 3.8 billion dollars.

8            Q.    Can you repeat the answer, sir?

9            A.    3.8 billion dollars, more or less.

10           Q.    In 2002, as best you recall, approximately,

11   how many different line items were there?  Not what

12   were they, but how many different line items were there

13   in the budget of the Palestinian National Authority?

14           A.    "Line items" is a very, very broad word.

15   Line items, you have the main line item, which is the

16   main spending agencies.  Then inside each main spending

17   agency there are line items, could be in some

18   ministries 20, in other ministries 200.  So you have to

19   define what is "line item."  If you mean main line

20   items, it was about 30.  About.

21           Q.    In 2002, did the Palestinian National

22   Authority receive a budget allocation request from the

23   Palestine Liberation Organization?

24           A.    Of course.  Yes.

25           Q.    And did the Palestine Liberation

1    Organization submit for each year, from 1999 through

2    2005, budget allocation requests in order to receive

3    money from the Palestinian National Authority?

4         A.    Yes.

5         Q.    Did Al-Aqsa Martyrs' Brigade or any entity

6    referred to generically as Al-Aqsa submit any budget

7    allocation requests?

8              MR. O'TOOLE:  Objection, vague with respect

9    to Al-Aqsa.

10        Q.    Do you understand the question, sir?

11        A.    Did Al-Aqsa submit a request to allocate a

12   budget?

13        Q.    Yes.

14        A.    No.

15        Q.    Do you have any knowledge of the source of

16   monies received by Al-Aqsa Martyrs' Brigade for the

17   year 2002?

18             MR. O'TOOLE:  Objection.  Contains an

19   assumption that is objectionable, mischaracterizing the

20   evidence.

21        Q.    You may answer.

22        A.    If I don't know whether there is Al-Aqsa

23   Martyrs or not, it's an obvious answer.

24        Q.    Thank you.

25             Sir, do you have any knowledge as to whether

1    or not there existed in the year 2000 a group referred

2    to as the Al-Aqsa Martyrs' Brigade?

3         A.    Formally, no, there is nothing called.

4         Q.    And what is your understanding as to what

5    the term "Al-Aqsa Martyrs' Brigade" referred to in

6    2002?

7         A.    Some people talking over the TV, sometimes

8    one person or two person covering their faces and

9    saying that they are Al-Aqsa.  This is my -- the only

10   thing I know about it.

11        Q.    Do you know anything else about Al-Aqsa,

12   other than what you've just said?

13        A.    Formally, we have nothing.

14        Q.    And informally, would you explain what

15   knowledge you have, sir, as to the year 2002, of an

16   organization or group known as Al-Aqsa or Al-Aqsa

17   Martyrs' Brigade?

18        A.    No more of what was mentioned in the media,

19   as I said, some people covering their faces and

20   claiming that they have formed Al-Aqsa Martyrs' Brigade

21   to liberate Palestine.

22        Q.    And can you tell the court, sir, to the best

23   of your knowledge, the identity of any persons known to

24   you who were affiliated with a group or organization

25   known as Al-Aqsa or Al-Aqsa Martyrs' Brigade for the

Page 44

1   year 2002?

2           MR. O'TOOLE:  Objection as to the term

3   "affiliated," and calls for speculation.

4           MR. HEIDEMAN:  I'll rephrase the question.

5       Q.    Sir, tell the court if you know of the

6   identity of any person who you believe to have been a

7   part of Al-Aqsa Martyrs' Brigade in 2002?

8       A.    I don't know anybody.

9       Q.    Thank you.

10          Earlier I asked you about how Yasser Arafat

11  separated monies between the Palestinian National

12  Authority, the Palestine Liberation Organization, and

13  Fatah.  Do you recall that question?

14      A.    Yes.

15      Q.    I don't recall the answer.  Could you please

16  tell me what is the answer?

17      A.    I told you that we only know about the

18  portion related to the Palestinian Authority because I

19  work for the Palestinian Authority.  Whatever else he

20  can do -- he was doing, I don't know it.

21      Q.    Who, sir, would be the best people to ask

22  about knowledge that they had of how Yasser Arafat

23  handled financial matters in relation to funds of the

24  Palestinian National Authority, the PLO, and Fatah, in

25  the time period 2002 and for two years before that

Page 45

1    period?

2         A.    I don't believe that you will find anybody

3    who can answer this question, because Yasser Arafat was

4    not handling money at all.  Yasser Arafat was the

5    president of the Palestinian National Authority and the

6    head of the Palestinian Liberation Organization, the

7    head of Fatah.  He was not a Ministry of Finance or a

8    financial department.

9         Q.    To the best of your knowledge, did Yasser

10   Arafat ever sign any requests for monies?

11        A.    Of course.

12        Q.    And how, sir, did he handle, in the time

13   period 2000 through 2002, the separation of those

14   requests in relation to funds of the Palestinian

15   National Authority, the Palestine Liberation

16   Organization, and Fatah?

17        A.    Again, the question, please.  I did not get

18   it.

19             MR. HEIDEMAN:  Please repeat the question.

20             (Pending question read.)

21        A.    For the Palestinian National Authority, it

22   has its own financial management.  So he normally

23   addresses the request to the financial management,

24   which is the Ministry of Finance.  For the Palestinian

25   Liberation Organization we have the Palestine National

Page 46

1   Fund, so if he wants to request anything for them to

2   do, he addresses them.  For Fatah, I don't know,

3   because it's not part of our budget.

4                MS. MATTA:  Can I ask the witness to speak a

5   little louder so the court reporter can hear you.

6                THE WITNESS:  Okay.

7           Q.     In the years 2000 through 2004, was there a

8   budget line for a presidential budget that was under

9   the discretionary spending of Yasser Arafat?

10          A.     "Discretionary" means?

11               (Brief exchange in Arabic between

12   Interpreter Hazou and the witness.)

13               THE WITNESS:  Sorry, I cannot understand the

14   question.

15               MR. HEIDEMAN:  I'll rephrase the question.

16               I would like you to add, Madam Translator,

17   tell us what George, the consultant and check

18   translator for the defendants, said to the witness just

19   now, please.

20               INTERPRETER MASARWAH:  The witness didn't

21   understand what you said, so George translated for him

22   that he didn't understand that word.

23               MR. HEIDEMAN:  "Discretionary"?

24               INTERPRETER MASARWAH:  "Discretionary."  So

25   he explained for him that "discretionary" means that,

1    like, he can just decide or spend the money as he

2    likes.  So that's what George explained to the witness,

3    and he asked him if he knows that Arafat did that.

4            MR. HEIDEMAN:  Thank you.

5        Q.    And what is your answer, sir, to the

6    question as to whether Yasser Arafat had a

7    discretionary spending budget over which he made the

8    decisions as to how the monies were spent?

9        A.    I don't know what does that mean.  Not in

10   terms of language, but let me tell you the following.

11   The president's office is a budget line also inside our

12   budget.  They have budget allocations that should be

13   normally, under normal circumstances, transferred to

14   them each month, and this is to cover their recurrent

15   expenditures.  Recurrent expenditures include

16   transportation, travel abroad, include food, include,

17   for example, car maintenance, stuff like that.  This is

18   what we call recurrent expenditure.  So are you asking

19   about this amount of money?

20       Q.    I'm asking about any amount of money that

21   Yasser Arafat had at his disposal to spend as he

22   determined it should be spent.

23       A.    His own budget, his own office budget, yes,

24   he has the authority to decide where it should be

25   spent.

Page 48

1          Q.     And as best you recall, sir, what was the

2     presidential office budget for Yasser Arafat for each

3     of the years 2000 through 2004?

4          A.     Normally 2 million dollars a month, more or

5     less, of course, and depends on the availability of

6     liquidity.

7          Q.     And, sir, were those expenditures audited by

8     the Palestinian National Authority Ministry of Finance

9     for the years 2000 through 2005?

10         A.     Let me explain something here, if I am

11    allowed.

12         Q.     Yes, of course.

13         A.     Between the end of 2000 and 2003, the

14    Israeli occupation power, the Israeli military

15    occupation was sieging al-Muqata'a, where Yasser Arafat

16    was placed, and they almost smashed every building

17    available there, and they confiscated most of the

18    documentation there.  So I will not -- nobody, I

19    believe, will ever be in a position to tell whether

20    those documentation were sent to the Ministry of

21    Finance, before the insurgence, before the attack at

22    al-Muqata'a, or anybody seen that.

23              It was a total mess.  It was a total mess

24    caused by the Israeli Defense Forces.  They were

25    sieging al-Muqata'a, prohibiting anybody from going in

Page 49

1    or out most of the time, demolishing buildings,

2    controlling everything going in and out.  So it was

3    something that you cannot discuss in an

4    institutional-based manner.

5          Q.      Thank you.

6                  My question is, for the years 2000 through

7    2004, could you please tell the court whether or not

8    the Palestinian National Authority Ministry of Finance

9    audited the expenditures under the presidential office

10   budget of Yasser Arafat?

11         A.      They audited all the documents the

12   documentation that they could have.  The Ministry of

13   Finance audited all the documentation that it can have

14   at that time.

15         Q.      And who, by name, was the auditor, if you

16   recall, for the time period 2000 through 2004, who did

17   the audits of the presidential office budget of Yasser

18   Arafat?

19         A.      We don't have an auditor by name.  We have

20   an audit department who used to receive payment

21   requests or payment executions from other line agencies

22   and ministries, centralized at the Ministry of Finance,

23   and then any person working there can check and certify

24   that this is against the budget line or it's not

25   against the budget line.

Page 50

1        Q.     Who was the head of the audit department, as

2   best you recall, for the years 2000 through 2004.

3        A.     Madam Mona Masri.

4        Q.     Can you state the answer slower, please?

5        A.     Madam Mona Masri.

6        Q.     And --

7        A.     Sorry, and it was not called audit

8   department.  It was called Internal Control Department.

9        Q.     And where were the records of the Internal

10  Control Department kept in relation to the audits and

11  reviews done of the expenditures by Yasser Arafat for

12  the time period 2000 through 2004?

13       A.     At that time the al-Muqata'a building, his

14  residence.

15       Q.     And is it your testimony that those audit

16  records, in fact, are no longer available?

17       A.     There is no audit records.  It's audited bit

18  by bit, piece by piece, invoice by invoice.  If it is

19  right, it is certified for disbursement.  If it is

20  wrong, it is rejected.

21       Q.     Were any electronic files created relating

22  to the expenses under Yasser Arafat for the time period

23  2000 through 2004?

24       A.     You have to distinguish between Yasser

25  Arafat and the institution.  You ask very, very wide

Page 51

1    questions.  Yasser Arafat, he is a man, he is the

2    president, he is head of PLO, he is head of Fatah.  So

3    when you ask such a question, nobody can answer that

4    question.

5        Q.    Why not?

6        A.    Because if he is spending something in his

7    personal capacity, we are not responsible to answer for

8    that.  He is a person.  He has the freedom to go and

9    buy a sandwich felafel.  So I don't care, I will not

10    record that.

11        Q.    For expenditures of Yasser Arafat in his

12    official capacity on behalf of the Palestinian National

13    Authority, were electronic files created relating to

14    the audit of those expenditures?

15        A.    Exactly.  For all the expenditures related

16    to his capacity at the Palestinian National Authority,

17    it is in our electronic system.

18        Q.    And was that electronic system created

19    during your tenure at the Ministry of Finance?

20        A.    What does "tenure" mean?

21        Q.    Time.  During your time with the Ministry of

22    Finance, was the electronic system of files on the

23    audit of the expenditures of Yasser Arafat on behalf of

24    the Palestinian National Authority created?

25            MR. O'TOOLE:  Objection.  I think there

Page 52

1    needs to be clarification.

2             MR. HEIDEMAN:  I'll rephrase.

3        Q.    When you first joined the Ministry of

4    Finance, were there electronic files in existence

5    relating to the expenditures by Yasser Arafat on behalf

6    of or in the name of the Palestinian National

7    Authority?

8        A.    Yes.

9        Q.    And have those files been continuously

10   maintained in the Ministry of Finance?

11       A.    Yes.

12       Q.    Are all of the electronic files relating to

13   expenditures of the Palestinian National Authority

14   preserved in electronic files?

15       A.    Right now?

16       Q.    Yes.

17       A.    No.

18       Q.    What years were not preserved in electronic

19   files?

20       A.    It's not whole years, it's part of years,

21   because -- let me explain here.  The headquarters of

22   the Ministry of Finance, the main headquarters was in

23   Gaza, and the system was there.  So all the records,

24   all the electronic records are recorded at that system.

25   There were parts of electronic subsystems in the West

1    Bank.

2              So the beginning of 2009 and during the

3    Israeli war on Gaza, they demolished the Ministry of

4    Finance.  They demolished our archive, they demolished

5    our historic system, they demolished everything.  So

6    now we are trying our best knowledge to extract

7    information out of the system, or any copies that were

8    taken and preserved in the West Bank before that

9    period.

10          Q.    For the years 2000 through 2004, are there

11   electronic files available relating to the expenditures

12   of Yasser Arafat on behalf of the Palestinian National

13   Authority?

14          A.    There are electronic copies, electronic

15   whatsoever, CDs available for that particular period.

16   But whether it covered the whole fiscal operations at

17   that time or not, nobody can tell.

18          Q.    And the electronic files that you've just

19   indicated are available, in whose custody are those

20   files?

21          A.    Ministry of Finance, Treasury Department.

22          Q.    And who is the head of the Ministry of

23   Finance today?

24          A.    It is Dr. Salam Fayyad, the minister of

25   finance.

1    A.    Yes.

2    Q.    And as best you've been able to analyze the

3    records you do have from 2000 through 2005 relating to

4    the expenditures of Yasser Arafat on behalf of the

5    Palestinian National Authority, what types of records

6    are available for that time period, and what types of

7    records have been, as you interpret it, destroyed in

8    relation to that time period?

9    A.    We have electronic copies, as I said, at the

10   Ministry of Finance of the money transfers.  If there

11   are any payment orders, it is electronically preserved.

12   This is all what we have.  The rest was kept at the

13   president's office, at al-Muqata'a, and I believe -- I

14   do have any every reason to believe that it was either

15   destroyed or confiscated by the Israeli forces during

16   the incursion of al-Muqata'a.

17   Q.    In 2002, what financial oversight existed

18   with regards to the discretionary spending of either

19   Yasser Arafat as president or other officials of the

20   Palestinian National Authority?

21   A.    I will object to the word "discretionary,"

22   because our expenditures follow a law.  We have a

23   budget law.  So I -- I will not say that there were

24   anything optional to the mood of the person to spend.

25   It is following specific budget lines.

1   years 2000 through 2005 in response to those reports?

2          A.    Of course.   Always.

3          Q.    Were there any reports that commented on the

4   manner in which Yasser Arafat handled funds of the

5   Palestinian National Authority for the time period 2000

6   through 2005?

7          A.    Not from any entity that I can remember.

8          Q.    Thank you.

9                Were there expenditures of the Palestinian

10  National Authority in the years 2000 through 2005 that

11  were not accounted for?

12         A.    Sorry?

13         Q.    Were there expenditures in the years 2000

14  through 2005 of the Palestinian National Authority that

15  were not accounted for?

16         A.    No, not as far as I know.

17         Q.    Did Yasser Arafat, as the president of the

18  Palestinian National Authority, have the power to

19  allocate funds of the Palestinian National Authority to

20  the PLO and also to Fatah?

21         A.    To the PLO, yes.   To Fatah, no.

22         Q.    Why did Yasser Arafat have the authority to

23  allocate funds to the PLO, but not to Fatah, for the

24  time period 2000 to 2005?

25         A.    He can allocate funds to the PLO out of the

1    Palestinian National Authority because the PLO is the

2    supervisor of the authority.  PLO is the entity who

3    signed Oslo agreements, and the international community

4    until today recognizes the PLO to be the partner of the

5    peace process.

6            So in other terms, the PLO is the boss of

7    the PNA, but if the PLO decides to give part of its

8    allocation to any faction that forms the PLO, it's the

9    PLO's call.  So when we are instructed by the PLO to

10    transfer part of their budget to Fatah, it is out of

11    the PLO's money, following a request of the PLO,

12    because the PLO is a budget line.

13        Q.    Thank you.

14            During the time period 2000 through 2005, as

15    best you recall, did any money go directly to Fatah

16    from the Palestinian National Authority?

17        A.    Yes.

18        Q.    And to the best of your knowledge, did Fatah

19    also receive funds from the PLO during that time

20    period?

21        A.    You have to ask the PLO.

22        Q.    Were funds from the Palestinian National

23    Authority to Fatah ever made by presidential decree?

24        A.    It's always made by some request from the

25    person who is managing the funds of the PLO.  It

Page 62

1    a financial order.  If you are managing a spending

2    agency, you have the right to request disbursements

3    against your budget.

4         Q.    And the right to request a disbursement

5    against a budget is referred to, sir, as a "financial

6    order"; is that correct?

7         A.    Yes.

8         Q.    And during the time period 2000 through

9    2004, were financial orders signed by Yasser Arafat

10   requesting disbursement of funds to various entities or

11   groups or people?

12        A.    Yes.

13        Q.    And where, sir, are the financial orders

14   that were signed by Yasser Arafat for the time period

15   2000 through 2005, where were they maintained during

16   that time?

17        A.    Mainly in Gaza, but there were some orders

18   in his headquarters in West Bank.

19        Q.    When you left the Gaza offices of the

20   Ministry of Finance in 2004, did others leave at the

21   same time, or was it just a personal transfer on your

22   part?

23        A.    It was a personal transfer.

24        Q.    Did there ever come a time when official

25   parts of the Ministry of Finance based in Gaza were

Page 65

1    that received the information from the Gaza-based main

2    servers?

3              MR. O'TOOLE:   A clarification objection as

4    to what was received.

5              MR. HEIDEMAN:   I'll get there, but go ahead.

6        A.    There had been some sort of transferring

7    information from Gaza to West Bank in mid-2007.

8        Q.    And was there a full migration of electronic

9    records from Gaza's Ministry of Finance to the Ramallah

10   location of the Ministry of Finance in 2007?

11       A.    For that particular year, yes.

12       Q.    What about the historical data relating to

13   2000 to 2005, was that data backed up and was that data

14   migrated also over to the computers in Ramallah?

15       A.    Part of that, because of the Hamas issue.

16   Hamas took over the Ministry of Finance beginning of

17   2006, so you know, we were headed by Hamas minister of

18   finance.  We couldn't access the information, we

19   couldn't do anything until 2007.  And when we started

20   mid-2007, it was a conflict between Hamas and the

21   Palestinian Authority.

22              So we managed to bring some information here

23   and there, but to have a full copy of the system, that

24   was an impossible arrangement.

25       Q.    Were you able to have copies of the time

Page 66

1    period of 2000 through 2005 backed up and transferred

2    to the computers at Ramallah?

3          A.      Partly, yes.

4          Q.      And have those records all been preserved?

5          A.      Yes.

6          Q.      Were any of those records destroyed at any

7    time?

8          A.      At what period are you saying?

9          Q.      At any time from 2000 to 2010.

10         A.      Yes, I believe they were destroyed in 2002,

11   when the Israeli forces invaded the Ministry of Finance

12   and took the main servers, destructed the computers,

13   took part of the files with them, so yes, it was.

14         Q.      And where was that Israeli operation to

15   which you've just referred, was that in Gaza or in

16   Ramallah?

17         A.      In Ramallah.

18         Q.      In Ramallah.

19                 So if the 2002 entry by the Israelis was

20   then to the Muqata'a in Ramallah?

21         A.      It was not entering.  It was invasion.

22         Q.      Invasion, yes.  That, however, did not

23   interfere with the financial records that were based at

24   that time in Gaza?

25         A.      No, it doesn't --

1  Price Waterhouse Coopers, like Ernst & Young, and so

2  on, to audit our accounts.  The purpose, the intention,

3  with the leaders of the Palestinian National Authority

4  is to have full control, but you cannot have it just by

5  pressing a button.  You have to build the institutions

6  step by step.

7            And you have to remember that we are an

8  authority under occupation.  We don't have free hand.

9  So while we are discussing here, Gaza is totally

10 sieged; West Bank we control 40 percent, we only

11 administratively control 40 percent of the territory of

12 the West Bank, and 60 percent is fully controlled,

13 administratively and security, by the Israeli forces.

14 All our cities are blocked with gates.  Whenever the

15 Israeli forces want to open it, they open.  Whenever

16 they want to close, they close.  They incurge (sic) our

17 cities and villages every day.

18            So building an institution for government

19 under such circumstances is the most difficult thing on

20 earth.  But we are trying our best.  We have done all

21 we can, we are proud of what we have yet, and we will

22 continue building the institutions until we are ready.

23       Q.    Thank you.

24            During the time period 2000 to 2004, there

25 existed what was referred to as the Second Intifada; is

1    that correct?

2        A.    Yes.

3        Q.    What does "Second Intifada" mean?

4        A.    Second Intifada.  "Intifada" is a term that

5    cannot be translated.  That's why the international

6    community takes the terminology as it is, they mention

7    it, "intifada," nobody can translate "intifada."

8        Q.    Did the Palestinian National Authority's

9    budget support the Second Intifada during the years

10   2000 to 2004?

11       A.    There was nothing called "Second Intifada"

12   in the budget.

13       Q.    Were monies of the Palestinian National

14   Authority, during the time period 2000 to 2004, spent

15   in support of the Second Intifada?

16       A.    What do you mean by "support of the Second

17   Intifada"?  If you mean that the poverty line in the

18   Palestinian Territory became more than 60 percent and

19   the unemployment rate become more than 50 percent, so

20   we were supporting the most vulnerable sectors of the

21   society, yes, we were supporting vulnerable people.  We

22   were supporting our medical institutions to take care

23   of the wounded and the affected, because we needed more

24   medical treatment.

25              If you refer to trying to create jobs for

Page 82

1    the jobless people, we have 150,000 workers who were

2    kicked out overnight in Israel; they were not allowed

3    to go inside Israel to work.  So suddenly you have an

4    increase in unemployment by 150,000.  You have to find

5    some allowances for them to meet the very basic needs

6    of their life.  This is what we were doing.

7         Q.    During the time period 2000 through 2004,

8    being during the Second Intifada, were monies of the

9    Palestinian National Authority expended on weapons that

10   were utilized by Palestinians in committing attacks

11   upon Israelis, Americans, and others?

12              MR. O'TOOLE:  Objection.  Overly broad,

13   calls for speculation.

14              MR. HEIDEMAN:  You can answer.

15        A.    No.

16        Q.    During the period of the Second Intifada,

17   from 2000 to 2004, were monies of the Palestinian

18   National Authority spent, directly or indirectly, as

19   compensation in any form to suicide bombers or martyrs

20   or others who committed or attempted to commit the

21   murder of Israelis, Americans, and others?

22        A.    In the form of compensation, exactly?

23        Q.    Yes.

24        A.    No.

25        Q.    Were funds of any kind or nature in any form

1  expended to or for the benefit of suicide bombers or

2  martyrs or their families or terrorists who committed

3  or attempted to commit the murder of Israelis,

4  Americans, and others --

5              MR. O'TOOLE:  Objection.

6        Q.    -- during the time period of 2000 to 2004?

7              MR. O'TOOLE:  Objection.  Compound, and as

8  to the specific terms "suicide bombers," "martyrs,"

9  undefined and vague.

10             MR. HEIDEMAN:  You may answer.

11       A.    We have what we call a minister of social

12  affairs.  We have our social protection system.  When

13  you say families, if they -- if they need, if they are

14  classified to be entitled of social help, we had will

15  spend for them regardless.  We don't study the

16  backgrounds of each family.  We study the case of each

17  family, whether they are entitled of social assistance

18  or not, and this is exactly to do the opposite of what

19  you are implying.  This is to make them find enough

20  resources to keep them living in dignity, so they will

21  not resort to extremism.

22       Q.    So at any time during the time period of

23  2000 and thereafter, did the Palestinian National

24  Authority expend any of its monies, directly or

25  indirectly, to those who murdered or attempted to

Page 84

1    murder other persons?

2            A.      Not as far as I know.

3            Q.      Did the Palestinian National Authority, for

4    the time period from 2000 and thereafter, expend

5    monies, directly or indirectly, to Palestinians who

6    were imprisoned in Israeli prisons, having been accused

7    of or convicted of the murder or attempted murder of

8    Israelis, Americans, or others?

9            A.      Okay, let me explain for you.  Now I

10    understand why are you asking this.  If you mean that

11    if there is any person who used to be Palestinian

12    Authority staff and he committed something wrong, there

13    could have been.  It's -- the Palestinian Authority

14    contains 150,000 staff members, so any of them can do

15    something wrong or can do something right.

16            If this -- when you say any money, if you

17    are asking about maybe he got some salaries, I don't

18    know.  You have to give me a specific case and names,

19    so I go back to the system, check whether they were or

20    not, we have those names in the system or not.

21            This is -- this is my answer to your first

22    question, which is did anybody who committed something

23    wrong inside Israel or outside Israel -- this is a very

24    general question that nobody can answer without

25    checking the system.  You have to have the names, the

Page 85

1    full names, the ID numbers.  You put it in the system.

2    If there is anything spent, the system will tell you

3    whether there is anything spent or not.

4                Maybe you used to have a Palestinian

5    Authority staff who decided to commit a suicidal

6    action.  Maybe.  It can happen.  But I don't know

7    whether it happened or not until you give me a specific

8    name.

9         Q.    Tell the court -- yes, sir?

10        A.    And for your second question about money to

11   detainees, you mean, we help the families who need

12   help, whether it's for detainees or for normal people.

13                For the families of detainees, we help in

14   two ways.  One, we provide an Israeli company some

15   money to buy them food inside the prison, and this is

16   done in general and following an agreement with the

17   Israeli forces.

18                Second, for the families, if they are

19   entitled of social protection, as I mentioned, to

20   enable them to continue living in dignity, to avoid

21   taking them to other directions, yes, we provide them

22   with allowances.

23        Q.    You were provided in advance of this

24   deposition with the identity of the persons who have

25   been arrested and/or convicted of the murder of Esther

1    and water that the population did not pay, and this is

2    not part of the budget.  We pay that because the

3    Israelis simply deducted the price of electricity out

4    of our revenues.  So it is affecting our recurrent

5    budget, but it is not part of our recurrent budget.

6         Q.    Thank you.

7               For 2005, what was the total income budgeted

8    for the Palestinian Authority?

9         A.    Total income?

10        Q.    Yes.  Is that shown in this page?

11        A.    Of course, should be shown.

12        Q.    Revenues, total of?

13        A.    Revenues --

14        Q.    Is that 4.6 billion?

15        A.    No, let me find it first, please, because

16   too many categories here.  It's four point -- it's

17   4 billion, 602 million.

18        Q.    Yes.  Compare that back, if you would, to

19   the previous exhibits, 12 --

20               MR. O'TOOLE:  Could I get clarification on

21   his answers?  Are we talking dollars or shekels?

22               THE WITNESS:  Shekels, all shekels.

23        Q.    Go back to Exhibit 12, if you would, and

24   what were the revenues of the Palestinian Authority in

25   2002?

1        A.    2002 --

2        Q.    These shown on Exhibit 12?

3        A.    Yes.  It's 923 million.

4        Q.    Can you explain to the court, please, why

5    the budget for 2002 had a revenue projection of 923

6    million?

7        A.    No, this is not projection.  This is actual

8    number.

9        Q.    Thank you for correcting me.  I'll rephrase.

10            Can you explain to the court why for 2002

11    the revenue, revenues for the Palestinian National

12    Authority were 923 million, but in 2005, according to

13    your last answer, had climbed to 4.6 billion?

14        A.    Shall I answer?

15        Q.    Yes, please.

16        A.    For many reasons, of course.  The first one

17    of them, that the Israeli Ministry of Finance decided

18    to hold our revenues.  So I don't know if you are

19    familiar with the system of our revenues.  Some, a

20    large portion, more than 70 percent of our revenues are

21    collecting by the Israeli Ministry of Finance and then

22    transferred to the Palestinian Authority, and another

23    part is collected domestically.  The amount of the

24    revenues that we collect is much less than the amount

25    that the Israelis collect.

1          Since December 2000 they decided to stop

2     transferring revenues to the Palestinian Authority that

3     they collect, and illegally decided to do so.  So in

4     the second half of 2002 they started, they resumed on

5     small transfers, transferred in some of our revenues.

6     Then in 2003 and 2004 it happened, they transfer the

7     rest.  That's why the variance, because -- so the

8     number 923 doesn't reflect our real revenues.  This

9     reflect the amount of revenues that entered into the

10    central treasury account of the Ministry of Finance.

11         Q.    Now, tell the court what occurred in

12    December of 2000 that had the Israeli Ministry of

13    Finance withhold the transmittal of tax collections to

14    the Palestinian National Authority Ministry of Finance,

15    as you've just testified?

16         A.    You have to ask the Israelis.  They decided

17    unilaterally to stop transferring our revenues.

18         Q.    It was, was it not, due to the Second

19    Intifada, which was killing and murdering people?

20              MR. O'TOOLE:  Objection, argumentative.

21         Q.    Was it not, sir?

22         A.    The Intifada, the Second Intifada started

23    the end of September.

24         Q.    The end of September of 2000; isn't that

25    correct?

1        A.    Yes, those documents present a printout of

2   the system of the Ministry of Finance, showing some

3   disbursements done to Fatah party.

4        Q.    Yes.  Now, in your earlier testimony, sir,

5   you indicated that monies, if I heard you correctly,

6   monies for Fatah were transferred from the Palestinian

7   National Authority Ministry of Finance pursuant to

8   order of the Palestine Liberation Organization; is that

9   correct?

10       A.    Right.  Not only that, but should be against

11  their budget items and should have the total ceilings

12  that happen.

13       Q.    Now, looking at this document which bears

14  Bates number 447, it is Exhibit 14, and as to 447,

15  please indicate to the court the month and date of the

16  transfer from the Ministry of Finance, the entity to

17  whom it was transferred, and the authority for the

18  transfer, as well as the amount, please, sir?

19       A.    This invoice does not show the authority for

20  the transfer because this is a print of the system for

21  a payment that took place.  But this shows the

22  following information:  Shows the names of the Fatah

23  who is entitled of the amount of money, to which branch

24  office Fatah was paid, and shows the amount of Israeli

25  shekels, and whether this is a final payment or they

Page 184

1    have still list views, and it says zero list views.

2    The reason why it was transferred, it was transferred

3    following an order from the president.

4         Q.     The reason for the transfer was what, sir?

5         A.     A decision by the president, request by the

6    president, who is the head of the PLO, of course.

7         Q.     So the amount that was transferred, is that

8    39,131.04 shekels?

9         A.     Right, it looks like.

10        Q.     It was transferred, as indicated on Bates

11   447, to Fatah in Bethlehem; is that correct?

12        A.     Right.

13        Q.     And the date of the transfer appears to have

14   been in December, if I see it right, of 2001; is that

15   correct?  Or am I misunderstanding?

16        A.     No.  When you are going back to the system

17   and trying to retrieve all the information, it shows

18   the fiscal year.  The details would be in the invoice

19   itself.  So this is from Jan 31, 2001, to

20   December 31st, 2001.

21        Q.     All right.  So the Palestinian National

22   Authority Ministry of Finance in the calendar year of

23   2001 transferred 39,131.04 shekels to Fatah in

24   Bethlehem, and the transfer was ordered by the

25   president of the Palestinian Authority, Yasser Arafat,

1    who also served as the president of the Palestine

2    Liberation Organization; do I understand correctly?

3         A.      Correct, yes.

4         Q.      Thank you.

5                 Look now, if you would, at the next page of

6    Exhibit 14, being Bates number 448.  This is for the

7    same year; is that correct?

8         A.      Yes.

9         Q.      And this is a transfer to Fatah in Jericho

10   of 34,750 shekels; is that correct?

11        A.      Correct.

12        Q.      And page 449 is for the same year of 2001,

13   and it shows a transfer to Fatah in the Nablus district

14   of 15,370 shekels; isn't that correct?

15        A.      That was part of the transfer, but the

16   transfer of the 17,501 shekels.

17        Q.      And it indicates at the top there that it

18   was a presidential decision to do that transfer; is

19   that correct?

20        A.      Right.

21        Q.      Would that have also referred to President

22   Arafat?

23        A.      Yeah, but in his capacity -- both

24   capacities, his capacity as the leader of the PLO also.

25        Q.      So that transfer that was shown on Bates

1    code 449 by Yasser Arafat was both in his capacity as

2    president of the Palestine Liberation Organization and

3    also of the Palestinian National Authority; is that

4    correct?

5         A.     Correct.

6         Q.     Thank you.

7                Looking now at the next page, Bates 450,

8    this is for the same year, and it's for 273 shekels; is

9    that correct?  Or would it be --

10        A.     Correct.

11        Q.     273 shekels?

12        A.     273,000 shekels.

13        Q.     Thank you.  273,000 shekels.  You did say

14   it's necessary to be precise, and thank you for

15   correcting me.

16                And it indicates there that it was pursuant

17   to presidential decision, so that too would have been

18   by Yasser Arafat, both in his capacity as president of

19   the Palestine Liberation Organization and as president

20   of the Palestinian National Authority; is that correct?

21        A.     Correct.  But this money was transferred to

22   the central Fatah committee in the West Bank, not a

23   branch.

24        Q.     This was transferred to Fatah in the West

25   Bank as opposed to one of the others; is that correct?

1        A.      No, it's not one of the others.    It's the

2   management of the whole thing.

3        Q.      Fatah Central Committee?

4        A.      No, it's not central committee.    Sorry.

5   Main headquarters, you have main headquarters, you have

6   branches.    So the main headquarters is always larger,

7   and more liability and more recurrent costs to incur.

8        Q.      What, in 2001 and 2002, accounting did Fatah

9   give to the Finance Ministry of the Palestinian

10  National Authority for this 273,000 shekels it

11  received?

12       A.      They shouldn't be given any accounting

13  because they are not part of the Palestinian Authority.

14  They are not a spending agency on the Palestinian

15  Authority.    They are given this money because the

16  Palestinian Liberation Organization decided to give

17  them this money out of its own budget.

18       Q.      So that there is no confusion, then, the

19  Palestine Liberation Organization, you said earlier in

20  your testimony, is the boss of the Palestinian National

21  Authority; is that correct?

22       A.      Right, and they are a budget line in our

23  budget.

24       Q.      And the Palestine Liberation Organization

25  receives money from the budget of the Palestinian

1   National Authority, and that's a budget administered by

2   the Ministry of Finance; is that correct?

3        A.    The overall budget is administered by the

4   Ministry of Finance, yes.  The Palestinian Liberation

5   Organization budget is administered by the National

6   Fund, which I said earlier.

7        Q.    Yes.  And from the line of the PLO, as it

8   relates to the revenues the PLO receives from the

9   Palestinian National Authority through the Ministry of

10  Finance, it allocates money to Fatah; is that correct?

11       A.    It's not revenues.  It's budget allocations.

12  The PLO doesn't generate any revenues.  And from the

13  budget allocations, it seems that they paid Fatah,

14  because they have to pay Fatah.

15              I don't know, I'm not familiar with their

16  budget.  I'm not the person to discuss the budget, but

17  those invoices which were produced by the Ministry of

18  Finance and they directly to protect, following an

19  order from the PLO, are there to protect out of the

20  budget of the PLO, following a request from the person

21  authorized to draw from the PLO, or paid to Fatah out

22  of the budget of the PLO, following a request from the

23  person authorized to draw money from the PLO accounts.

24       Q.    What other monies, other than to Fatah, did

25  the Palestine Liberation Organization have the right to

1  designate for direct payment of funds from the

2  Palestinian National Authority through your offices at

3  the Ministry of Finance in the time period 2000 through

4  2005?

5       A.    Although it's a very wide question, but, for

6  example, they might ask us to send money to our

7  representation offices in Europe or in any other Arab

8  country.  So anything to do with their budget lines, if

9  they ask us to spend, we will spend; as simple as that.

10           It's their money.  Normally we transfer the

11  money to the National Fund, the National Fund

12  distributes the money.  But let me answer why we are

13  doing this in those particular years.

14       Q.    Yes.

15       A.    Because of a scarcity of funds.  Let's say

16  that the PLO is entitled to a hypothetical number, a

17  million dollars, that month.  We don't have a million

18  to transfer to the fund, so we pay them bits and

19  pieces.  Whenever we have some revenues, they can ask

20  us to pay 20,000 shekels to Fatah, 30,000 shekels to

21  our embassy in Cairo, something like that.

22           Such things happened at that time.  But all

23  in all, they are entitled of one monthly payment which

24  consists of one over 12 of their annual budget, and

25  they are responsible for this person, and they are the

1    ones to answer to that, not me.

2        Q.    And as best you recall, what was the

3    approximate budget allocation to the Palestine

4    Liberation Organization from the Palestinian National

5    Authority in 2002?

6        A.    I don't recall anything.

7        Q.    Thank you.

8        A.    Let me add here to enlighten you more,

9    because -- the budget, the budgeting process, as you

10   might have concluded from the figures that you have

11   budgeted for 4 billion, and you received 900 million at

12   that time doesn't mean anything, because the revenues

13   were held by the Israelis.

14            So we were spending only the amount of money

15   we receive or we collect.  So it doesn't reflect -- it

16   reflects the maximum that they can have, but they have

17   never been able during that time to have 50 percent of

18   the budgeted amount.

19        Q.    Who was required to approve the amount of

20   allocation to the PLO from the budget of the

21   Palestinian National Authority for the year 2002?

22        A.    It's not only the PLO budget.  It's a budget

23   preparation cycle.  It's a whole cycle that you do for

24   the whole Authority at the same time.

25            You receive requests from various agencies

Page 191

1    of money.  Normally the request you receive is double

2    the amount of revenues you have, or triple.  You start

3    cutting from here and there to go back to fiscal

4    discipline or the limits of your macroeconomic

5    framework.  This is how the budget is done.

6            So it's not somebody did it; it's sent to

7    the cabinet for discussion.  The cabinet discusses

8    that, then they approve some framework, they send it to

9    the PLC, the Palestinian Legislative Council, who

10   discusses that, then they approve that, then to the

11   president to certify finally from all this cycle.

12       Q.    For the budget year that would have included

13   March of 2002, being the month when Esther Klieman

14   died, for that budget year, when did it begin and when

15   did it end?

16       A.    Beginning of the calendar year, we have a

17   yearly budget.

18       Q.    So for the calendar year 2002, in what month

19   prior to the commencement of 2002 would the overall

20   budget for the Palestinian Authority or calendar year

21   2002 have been approved, as best you recall?

22       A.    It particularly should have been approved

23   before the beginning of 2002, theoretically and

24   according to our budget law, which describes exactly

25   what is the budget cycle of the Palestinian Authority.

1    But during that period, as I said, our president was

2    sieged, Gaza was sieged, West Bank was closed, cities

3    occupied.  Nobody can tell you whether there has been

4    really a budget which was discussed.

5              We tried at the Ministry of Finance to

6    prepare a budget framework.  Our macroeconomic

7    perspectives at that time were so gloomy.  The IMF, I

8    don't believe that they have even prepared the

9    macroeconomic framework for our economy.  Then it was

10   some sort of draft budget, which was prepared by

11   technical staff.  I don't recall that it was approved

12   by the political -- I don't recall.

13        Q.    Do you recall if the cabinet of the

14   Palestinian National Authority approved the 2002

15   budget?

16        A.    No, I don't recall.

17        Q.    Do you recall if the legislative council

18   approved the budget for calendar year 2002?

19        A.    I don't recall personally.  I might be

20   wrong, I might be right, but at that time there were

21   absolutely no communication.

22        Q.    And this was also during the period of the

23   height, in fact, of the Second Intifada; isn't that

24   correct?

25        A.    Again, your question?

1      Q.    2002 was during the Second Intifada; is that

2   correct?

3      A.    I don't know where are you leading.  What

4   does "Second Intifada" mean?  When did it start,

5   really?

6      Q.    You said earlier it started at the end of

7   September 2000.

8      A.    I heard from the media that it started end

9   of September, but when it was really particularly

10   started, I don't know.  I don't know when it was

11   finished or even if it is finished or not, even if it

12   existed or not.  But this was during, if you want to be

13   more specific, this chaos, this -- this problem, this

14   lack of information, was in the period end of December

15   2002 -- 2000, until almost beginning of 2003, because

16   of the frequent Israeli siege, incursion, closure,

17   demolition, destruction, arresting everybody, without

18   limits.

19      Q.    All trying to stop murders; isn't that true?

20         MR. O'TOOLE:  Objection, argumentative.

21      Q.    You may answer.

22      A.    This is your opinion.

23      Q.    It is indeed.

24         MR. O'TOOLE:  Objection.

25      Q.    Is it not your opinion?

Page 194

1        A.      My opinion, that I'm totally against any

2   killing of civilians, the killing which was committed

3   by the Israelis against the Palestinians, and the

4   killing which was committed by the Palestinians against

5   the Israeli civilians.   I'm totally against that.

6        Q.      Thank you.

7                Look, if you would, at Exhibit 14, Bates

8   number 451.   This was a transfer in 2001 for the Fatah

9   Shoat, S-H-O-A-T, camp; is that correct?

10               INTERPRETER HAZOU:   Shofat camp.

11       Q.      Shofat camp, I'm sorry, for 8,750 shekels;

12  is that correct?

13       A.      Correct.

14       Q.      In 2002, taking as an average, how much of

15  the budget of the Palestinian National Authority went

16  to the PLO?

17       A.      I have no clue.

18       Q.      Thank you.

19               Look, if you would, at Exhibit 14, Bates

20  number 457.

21       A.      457?

22       Q.      457, yes.

23       A.      Okay.

24       Q.      Is this the same Nablus district that's

25  referenced in Exhibit 14, Bates number 449?

Page 203

1        Q.    As it relates to the Palestinian National

2   Authority and the Ministry of Finance for the time

3   period 2000 through 2005, please tell the court what

4   safeguards were in place, if any, to assure that monies

5   distributed by the Ministry of Finance, or other

6   entities of the Palestinian National Authority, were

7   not being spent to support terrorism?

8        A.    It's the same safeguards that any government

9   all over the world might take.  It is internal

10  comptroller, financial comptroller for the central

11  department, external audit.  Those are the safeguards

12  that we all the time try to build the capacity of.  But

13  due to the disruptions of the functioning capabilities

14  of the Palestinian Authority, this goal was not

15  achieved until mid-2008, because of the siege, because

16  of the closures, because of the insurgence, people

17  cannot go to work, they cannot receive the proper

18  training, international consultants run away from Gaza

19  when they were training our staff for audit there.  So

20  it -- it was a total mess.

21             We showed our intention to safeguard our

22  expenditures and to make sure that we are spending

23  against our approved budget law by creating those

24  institutions immediately.  But building an institution

25  in a government is not something that can happen

Page 204

1    overnight.   It needs years and years to happen.

2         Q.    Thank you.

3              Do I understand your last answer to be, in

4    part, that for the years 2000 through 2005, the

5    Ministry of Finance of the Palestinian National

6    Authority did not do any external audit or have an

7    external audit performed on its expenditures; is that

8    accurate?

9         A.    No, it's not accurate.

10        Q.    What external audit was performed and by

11   whom and for what year or years, please, sir?

12        A.    The External Audit Bureau was there all the

13   time, all the time, since 2000 till 2005.  Whether they

14   have access to the information to audit or not, that's

15   a question.  So whatever information they were enabled

16   to check, they checked.  The information that they

17   couldn't reach because of the limitations of movement

18   and access, they couldn't check.  As simple as that.

19   Add in to that the lack of capacity inside the

20   institution originally, because it is a newly

21   established authority.

22              So if you want to have it from a purely

23   professional audit point of view, we were not in a

24   position to conduct a professional audit, no, a full

25   professional audit, because of the occupation, because

Page 205

1    of the capacity, because of the access and movement

2    issues.

3        Q.    Were any internal reports prepared by the

4    Palestinian National Authority relating to financial

5    matters for the period 2000 through 2005, relating to

6    monies of the Palestinian National Authority being used

7    to support terrorism?

8        A.    There were no such reports because there

9    were no such information provided.

10       Q.    There was no such report because there was

11    no such --

12       A.    Information.  There is nothing between our

13    hands, documents to tell that there is something spent

14    on terrorism or not.  Our expenditure is limited to our

15    budget lines.  So the audit was all the time against

16    the budget lines, where does that amount of money go.

17    That's it, as simple as that.

18       Q.    So the budget, if I'm understanding your

19    answer correctly, if the budget for the year 2000

20    called for money to go to Fatah from the budget line of

21    the PLO, the function of the Finance Ministry in regard

22    to that budget line was to receive the directive to

23    send the money and then to send the money, and that

24    began your responsibilities and ended your

25    responsibilities.  Do I understand correctly?

Page 232

1    particular social welfare payment might have been paid.

2    Do you recall that testimony?

3        A.    Yes.

4        Q.    Is it an area of your duties or expertise

5    within the Palestinian Authority as Minister of Finance

6    to know the policies behind particular payments to

7    prisoners in Israeli prisons?

8        A.    No, it's not my area.

9        Q.    Do you consider yourself a Palestinian

10   Authority spokesperson on that issue?

11       A.    No.

12       Q.    Are there individuals who would know that

13   issue far better than you?

14       A.    Of course, yes.

15       Q.    Where would they be located?

16       A.    In the Ministry of Detainees and

17   Ex-Detainees.

18       Q.    Another series of questions that you were

19   asked was taken from the premise of whether or not the

20   Palestinian Authority supported what was described as

21   the Second Intifada.  Could you recall that series of

22   questions?

23       A.    Yes.

24       Q.    And you were working for the Palestinian

25   Authority from 2000 through 2005; is that correct?

Page 233

1          A.       Correct.

2          Q.       What was the Palestinian Authority's

3    position on violence during that time period, if you

4    know?

5          A.       All the time we were against all sorts of

6    violence.  This was our declared position, and this was

7    shown clearly in the preparation of our budget.  So

8    there is nothing to the contrary.  We were totally

9    against that all the time.

10          Q.       Does this include all sorts of violence?

11          A.       Of course.

12          Q.       And what is your personal view as to

13    violence?

14          A.       I am totally against violence.  I am so

15    peaceful human that I believe in living together, two

16    states living in peace, living together, us and the

17    Israelis.  They have every right to exist as well as we

18    have, is my opinion.

19          Q.       Was this your opinion between 2000 and 2004?

20          A.       It was --

21               MR. HEIDEMAN:  I object to this.  You've

22    opened up his personal opinions on this.  These issues,

23    accordingly, we will intend to inquire as to his

24    personal opinions on many issues.

25               MR. O'TOOLE:  I'm responding to testimony