# EXHIBIT F

```
 1

 2      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK
 3      ----------------------------------------X
        MOSHE SAPERSTEIN; RACHEL SAPERSTEIN;
 4      AVI ITZHAK SAPERSTEIN; TAMAR SAPERSTEIN;
        DAFNA SAPERSTEIN; the ESTATE of
 5      AHUVA AMERGI, by and through RAFI AMERGI,
        As Administrator, Executor and/or Personal
 6      Representative, RAFI AMERGI, individually,
        minor; and EFRAIM AMERGI, minor; DAN
 7      DAVIDOVIC; JUDITH DAVIDOVIC; ELIEZER
        DAVIDOVIC; ARIEL DAVIDOVIC; and
 8      SARAH ZWEIG,

 9                                  PLAINTIFFS,

10           -against-           Case No:
                                 04-CV-20225
11
        THE PALESTINIAN AUTHORITY; THE PALESTINE
12      LIBERATION ORGANIZATION; THE PALESTINIAN
        PREVENTATIVE SECURITY SERVICES; THE ESTATE
13      OF YASSER ARAFAT; YASSER MAHMUD ALKATIVE;
        NIZHAR D'HLIS; and NAIM MUTZRAN,
14
                                  DEFENDANTS.
15      ----------------------------------------X
                        DATE: April 1, 2009
16                      TIME: 12:19 p.m.

17

18           TRANSCRIPTION OF AUDIO CD OF

19      DEPOSITION of the Defendant, THE

20      PALESTINIAN AUTHORITY, by a Witness,

21      HUSSEIN AL SHEIKH, held in Jerusalem,

22      Israel.

23

24

25
```

```
 1                    HUSSEIN AL SHEIKH
 2            Saperstein; the translator Amal
 3            Shehadeh; the audio-video team Miri
 4            Aharon, Shimon Ben Avi.
 5    H U S S E I N   A L   S H E I K H, called
 6    as a witness, having been first duly sworn
 7    by the Commissioner, was examined and
 8    testified as follows:
 9    EXAMINATION BY
10    MR. TOLCHIN:
11         Q.    Please state your name for the
12    record.
13         A.    Hussein Al Sheikh.
14         Q.    Sir, did you show any form of
15    identification to the Commissioner?
16         A.    (Translator.)  To who?
17         Q.    To the Commissioner.
18         A.    (Translator.)  All of my
19    identification is with the lawyer.
20         Q.    Which lawyer?
21         A.    (Translator.)  Osama Saadi.
22         Q.    You gave your identification to
23    your lawyer?
24         A.    (Translator.)  Of course.
25         Q.    Do you generally have your
```

```
 1                    HUSSEIN AL SHEIKH

 2         form.

 3         A.    (Translator.)  I don't

 4    understand.

 5         Q.    That's okay.

 6               For example, Yasser Arafat was

 7    known as Abul Hamas, right?

 8         A.    (Translator interprets

 9    question.)

10         Q.    Do you have a name of that

11    type?

12         A.    (Translator.)  No, I don't have

13    that.

14         Q.    Where were you born, sir?

15         A.    In Ramallah.

16         Q.    Where did you grow up?

17         A.    (Translator.)  In Ramallah.

18         Q.    Can you summarize your

19    education?

20         A.    (Translator.)  I studied at

21    Ramallah schools and I received a diploma

22    from Al Quds University.

23         Q.    What is Al Quds University?  Al

24    Quds University, what is that?

25         A.    (Translator.)  The University
```

```
 1                    HUSSEIN AL SHEIKH
 2    of Abu Dis.
 3           Q.     And the Ramallah schools that
 4    you attended, are you referring to
 5    elementary school and high school?
 6           A.     (Translator.)  Yes.
 7           Q.     The university that you
 8    attended, what did you receive a degree in?
 9           A.     (Translator.)  In political
10    science.
11           Q.     And that was a university level
12    degree?
13           A.     (Translator.)  Yes.
14           Q.     How old were you when you
15    received that degree?
16           A.     (Translator interpreting
17    question.)
18           Q.     Approximately.
19           A.     (Translator.)  Approximately
20    35.
21           Q.     So apparently you did not go
22    straight from high school to university; is
23    that correct?
24           A.     (Translator.)  You mean that
25    there was a period that there was no study?
```

```
1                    HUSSEIN AL SHEIKH

2          Q.    How old were you when you

3    finished High School?

4          A.    (Translator.)  Eighteen.

5          Q.    How old were you when you

6    started University?

7          A.    (Translator.)  About 33, 34.

8          Q.    Between the age of 18 until 33,

9    34, were you involved in any education,

10   formal education?

11         A.    (Translator.)  No.

12         Q.    What were you doing during

13   those years?

14         A.    (Translator.)  From the age of

15   18, I was in prison.

16         Q.    How many times have you been in

17   prison?

18         A.    (Translator.)  Only once.

19         Q.    Why were you in prison?

20         A.    (Translator.)  Because I

21   belonged to the PLO.

22              MR. TOLCHIN:  So we agree that

23        PLO is sufficient?

24              MR. HIBEY:  Yes.

25              MR. TOLCHIN:  Yes?
```

1                    HUSSEIN AL SHEIKH

2                    MR. HIBEY:  Yes.

3          Q.    Were you convicted of a

4    particular crime?

5          A.    (Translator.)  What do you mean

6    by crime?

7          Q.    Before you went to prison, were

8    you charged with something in a Court?

9          A.    (Translator.)  I was committed

10   for belonging to the PLO.

11         Q.    Which Court convicted you and

12   sent you to prison?

13         A.    (Translator.)  A military Court

14   at Ramallah.

15         Q.    What was the sentence that was

16   imposed?

17         A.    (Translator.)  Ten years.

18         Q.    Was the conviction merely for

19   belonging to the organization, or had you

20   done something that brought about the

21   conviction?

22                    MR. McALEER:  Object to the

23             form.

24                    MR. HIBEY:  Objection.

25                    MR. TOLCHIN:  What's wrong with

```
 1                    HUSSEIN AL SHEIKH
 2          the form?
 3                    MR. McALEER:  I object to the
 4           form.
 5          Q.    You can answer my question if
 6     you can.
 7                    THE TRANSLATOR:  Could you
 8           repeat the question?
 9          Q.    Was your conviction simply for
10     belonging to the PLO or did you do
11     something that brought about the other
12     charges against you?
13          A.    (Translator interpreting
14     question.)
15                    MR. HIBEY:  I object to the
16           form.  The first part of the question
17           I think is perfectly acceptable, if
18           you want to put that to him.
19                    But the second part is, for
20           what have you been convicted as
21           opposed to for what did you do.
22                    MR. TOLCHIN:  I'll try it your
23           way and see where that goes.
24          Q.    Sir, do you know specifically,
25     formally, what were the charges against
```

```
 1                    HUSSEIN AL SHEIKH
 2      you?
 3           A.     (Translator.)  The main
 4      accusation was belonging to the PLO.
 5           Q.     Were there any additional
 6      claims besides the main claims, as you
 7      called it?
 8           A.     (Translator.)  Field action
 9      activities.
10           Q.     What do you mean by field
11      activities?
12           A.     (Translator.)  Strikes and
13      going out in demonstration.
14           Q.     What do you mean by strikes?
15           A.     (Translator.)  Strikes and
16      demonstrations against occupation, Israeli
17      occupation.
18           Q.    What I'm trying to clarify --
19      it might be just because of the language
20      barrier -- when you say strikes, a strike
21      can be someone who hits you, or a strike
22      can be everybody stops working.  Which word
23      is it that he used?
24                 THE TRANSLATOR:  You're asking
25           as in --
```

```
 1                    HUSSEIN AL SHEIKH
 2               MR. TOLCHIN:  Yes, which word
 3          is it that he used?
 4               THE TRANSLATOR:  Not "strike"
 5          hit, but "strike" stop working.
 6               MR. TOLCHIN:  Not working?
 7               THE TRANSLATOR:  Yes.
 8          Q.    So what did you have to do with
 9     strikes that led to a conviction?
10          A.    (Translator.)  I don't
11     understand the question.
12          Q.    You said the charges against
13     you had something to do with strikes.
14          A.    (Translator.)  It was not
15     something violent.
16          Q.    What was it claimed that you
17     did?
18          A.    (Translator.)  That I was
19     inciting the Palestinian people against the
20     occupation.
21          Q.    What were the charges about
22     demonstrations?  You said the charges
23     included something to do with
24     demonstrations.  I want to find out the
25     details about them.
```

```
 1                    HUSSEIN AL SHEIKH

 2          A.      (Translator.)  Yes, I

 3   participated in the demonstrations.

 4          Q.      Did any of the demonstrations

 5   involve any form of violence?

 6          A.      (Translator.)  Of course not.

 7          Q.      Did any of the charges against

 8   you that led to your time in prison involve

 9   any form of violence?

10          A.      (Translator.)  No.

11          Q.      Were you one of the people that

12   organized the strikes and demonstrations?

13          A.      (Translator.)  Yes.

14          Q.      So you were one of the leaders

15   of the strikes and demonstrations; is that

16   correct?

17          A.      (Translator.)  What leaders?  I

18   was only 17 years old.

19          Q.      Were you one of the leaders of

20   the strikes and demonstrations even though

21   you were only 17 years old?

22          A.      (Translator.)  I was a

23   Palestinian citizen and a student as well.

24          Q.      Have you ever been involved in

25   any of the resistance operations --
```

```
 1                    HUSSEIN AL SHEIKH
 2         A.    (Translator interpreting
 3    question.)
 4         Q.    I haven't finished the
 5    question.  I didn't finish the question.
 6              THE TRANSLATOR:  Oh, sorry.
 7         Q.    Have you ever been involved in
 8    any resistance operations that involved
 9    violence?
10         A.    (Translator.)  Of course not.
11         Q.    Besides the arrest when you
12    were 17 that led to your time in prison,
13    have you ever been arrested?
14         A.    (Translator.)  No.
15         Q.    Have you ever received any --
16    withdrawn.
17              Have you ever been in any form
18    of administrative detention?
19         A.    (Translator.)  No.
20         Q.    Have you ever received training
21    in the use of any form of weapons?
22         A.    (Translator.)  No.
23         Q.    Other than Arabic, do you speak
24    any other languages?
25         A.    (Translator.)  I speak Hebrew.
```

HUSSEIN AL SHEIKH

1

2    A.   (Translator.)  Before I was in

3    prison I was a member of Fatah.

4    Q.   How old were you when you

5    became a member of Fatah?

6    A.   (Translator.)  Sixteen and a

7    half.

8    Q.   You testified earlier that you

9    were in prison because you were a member of

10   the PLO.  Is that what you said?

11   A.   (Translator.)  Fatah is part of

12   the PLO.

13   Q.   Is there such a thing as being

14   a member of the PLO itself?

15   A.   (Translator.)  Once you are a

16   member of Fatah, you immediately become a

17   member of the PLO.

18   Q.   Is it possible to be a member

19   of the PLO without being a member of a

20   constituent group?

21   A.   (Translator.)  Yes, you can be

22   an independent.

23   Q.   But you became a member of the

24   PLO by virtually being a member of Fatah

25   since the age 16 1/2?

```
 1                    HUSSEIN AL SHEIKH
 2    people there were tens of people.
 3           Q.    Now, when you left the General
 4    Intelligence and came to the Civil Affairs
 5    Ministry in 1997, did you regard that as a
 6    promotion or demotion or staying at the
 7    same level?
 8           A.    (Translator.)  Almost a
 9    promotion.
10           Q.    By the way, something I forgot
11    to ask Mr McAleer.  Did you ever visit in
12    Tunis?
13           A.    (Translator.)  Yes.
14           Q.    When was that?
15           A.    (Translator.)  It was in the
16    beginning of the '90s, 1992, 1993.  They
17    were starting talks about the Oslo
18    Agreement.
19           Q.    Why did you visit Tunis in the
20    1990s in connection with the Oslo
21    Agreement?
22           A.    (Translator.)  I agreed to
23    conduct or to establish committees which
24    would support the Oslo Agreement.
25           Q.    Did somebody ask you to
```

1                    HUSSEIN AL SHEIKH

2    establish committees to support the Oslo

3    Agreement?

4          A.    (Translator.)  It was volunteer

5    work, me along with Dr. Sari Nusseiba.  It

6    was all volunteering.

7          Q.    Did anybody ask you to get

8    involved at that time?

9          A.    (Translator.)  No, it was a

10   private initiative.

11         Q.    How did you become aware that

12   there were any negotiations going on

13   relating to the Oslo Agreement?

14         A.    (Translator.)  In general it

15   was published and known in 1993 that there

16   was an Oslo Agreement.

17         Q.    Let me just clarify.  You went

18   to Tunis before there was an Oslo

19   Agreement, correct?

20         A.    (Translator.)  I said yes.

21         Q.    How long were you in Tunis?

22         A.    (Translator.)  For a number of

23   days.

24         Q.    Less than a week?  More than a

25   week?

HUSSEIN AL SHEIKH

1

2      A.    (Translator.)  About a week.

3      Q.    And when you were in Tunis,

4    what did you do there?

5      A.    (Translator.)  I met with

6    Yasser Arafat.

7      Q.    How many times?

8      A.    (Translator.)  Twice.

9      Q.    What was the purpose of the

10   meetings with Arafat in Tunis?

11     A.    (Translator.)  To talk about

12   political developments in the area.

13   Especially there were talks about

14   conducting or performing a peaceful process

15   in the region between Israel and the PLO.

16     Q.    Did Mr. Arafat ask you to do

17   anything?

18     A.    (Translator.)  No.  Personally

19   directly for me, no.

20     Q.    When you met with Arafat, was

21   it with a group of people or just you and

22   him?

23     A.    (Translator.)  He had other

24   people, but I cannot remember who was there

25   also.

```
 1                    HUSSEIN AL SHEIKH
 2         Q.    What I'm trying to clarify is,
 3    I do not mean his assistants or his aides.
 4    Were there other people such as yourself
 5    who had come to Tunis, who were meeting
 6    with him together with you, or you were
 7    meeting with him and his assistants by
 8    yourself?
 9         A.    (Translator.)  The first time I
10    went there it was on a personal level.
11    Following that, I met with him and Dr. Sari
12    Nusseiba.
13         Q.    When you say it was on a
14    personal level, you mean it was a private
15    meeting or you mean you were talking about
16    personal things?
17         A.    (Translator.)  What do you mean
18    private?  I am Fatah and I was meeting with
19    the head of Fatah.
20         Q.    So is it fair to say you were
21    talking about issues that Fatah was active
22    on at the time?
23         A.    (Translator.)  I wanted to
24    coordinate with him that I am interested in
25    initiating committees to support the Oslo
```

```
 1                    HUSSEIN AL SHEIKH
 2    Agreement.
 3         Q.     And when you say committees to
 4    support the Oslo Agreement, what do you
 5    mean by committees?
 6         A.     (Translator.)  I established
 7    different committees in all of the West
 8    Bank.  I established committees supporting
 9    the peace process.  In each town I
10    established a committee.
11         Q.     Did you make more than one trip
12    to Tunis?
13         A.     (Translator.)  I also went with
14    Dr. Sari Nusseiba.
15         Q.     Altogether how many times did
16    you travel to Tunis?
17         A.     (Translator.)  In 1993, after
18    establishing the committees, I cannot
19    remember exactly but more than once.
20         Q.     More than five times?
21         A.     (Translator.)  No.  Maybe three
22    times.  I cannot remember exactly, but more
23    than once for sure.
24         Q.     More than twice?
25         A.     (Translator.)  Maybe three
```

                    HUSSEIN AL SHEIKH

1

2    between Tunis and Damascus.

3         Q.    Are you still in contact with

4    Dr. Kadoumi?

5         A.    (Translator.)  No.

6         Q.    At the time that you were

7    traveling to Tunis in 1992 and 1993, you

8    were working for your father, correct?

9         A.    (Translator.)  Yes.

10        Q.    Did you have any position in

11   Fatah at that time?

12        A.    (Translator.)  There were no

13   capacities in Fatah at that time.

14        Q.    Just a member?

15        A.    (Translator.)  Yes.

16        Q.    On behalf of whom did you set

17   up those committees in support of the Oslo

18   Accords?

19        A.    (Translator.)  On my own

20   initiative, along with Dr. Sari Nusseiba's,

21   and I started to recruit people for this

22   issue.

23        Q.    Did you have the approval or

24   support of Mr. Arafat to organize these

25   committees in support of Oslo?

HUSSEIN AL SHEIKH

2        A.     (Translator.)  After I put in

3    front of him, the picture of the

4    initiative, of course he supported it.

5        Q.    Let's go back to 1999.  At that

6    point you left your position as the

7    Director of the RCAC?

8        A.    (Translator.)  Approximately

9    end of 1999.  I don't remember the month

10   exactly, but yes.

11       Q.    Where did you go?

12       A.    (Translator.)  I was elected as

13   the Treasurer of Fatah.  Secretary, sorry.

14       Q.    Could we clarify, is the title

15   Secretary or Secretary General?

16       A.    (Translator.)  Secretary of

17   Fatah in the West Bank, as I said.

18       Q.    When you say you were elected,

19   who elected you?

20       A.    (Translator.)  Those who

21   elected me are the Fatah leadership in the

22   West Bank.

23       Q.    So this was not a general

24   election among the public; is that correct?

25       A.    (Translator.)  Approximately

```
 1                    HUSSEIN AL SHEIKH
 2     BY MR. TOLCHIN:
 3          Q.     Can you tell me, sir, when
 4     exactly you were elected as Secretary of
 5     Fatah?
 6          A.     (Translator.)  In the last
 7     months of 1999.
 8          Q.     At the time that you were
 9     elected as Secretary of Fatah, did you stop
10     having a job working for the Palestinian
11     Authority?
12          A.     (Translator interpreted
13     question.)
14          Q.     I'll rephrase the question.
15     I'll just withdraw the question and ask it
16     more clearly.
17               When you became Secretary of
18     Fatah, did you stop being employed by the
19     Palestinian Authority?
20          A.     (Translator.)  Yes.  When I was
21     elected, I no longer had any executive
22     position at the Palestinian Authority.
23          Q.     The job as Secretary of Fatah,
24     was that a volunteer job or were you paid a
25     salary for that job?
```

```
1                    HUSSEIN AL SHEIKH
2          he went.
3                  MR. TOLCHIN:  He went to call
4          someone.  He was talking on his
5          cellphone.
6                  MR. HIBEY:  Oh, is that right?
7                  MR. SAADI:  It's GPC, General
8          Personnel Council.
9          Q.    During the time that you worked
10    as Secretary of Fatah, you were paid a
11    salary by the General Personnel Council of
12    the PA; is that correct?
13         A.    (Translator.)  Correct.
14         Q.    Why did the Palestinian
15    Authority continue to pay you a salary
16    while you were working as Secretary of
17    Fatah?
18         A.    (Translator.)  I was working
19    for the Palestinian Authority until 1999.
20    When I finished and was elected as the
21    Secretary of Fatah, I lost my executive
22    position in the PA, so my portfolio was
23    transferred from my executive position to
24    the GPC.
25               I was given a limited period.
```

HUSSEIN AL SHEIKH

1
2    I was given, according to the law -- I do
3    not remember which law exactly -- a time
4    period where I had to choose whether to
5    continue to fulfill a position in the PA or
6    to stop practicing or having this position,
7    so that I would not be cut off from any
8    salary, until I find some other source of
9    income.
10        Q.    How long was the period of time
11   that you were given?
12        A.    (Translator.)  The problem was
13   that all of these things were mixed up in
14   the PA at that time.
15        Q.    Do you mean by that that nobody
16   knew how long the period was that you could
17   continue receiving a salary?
18        A.    (Translator.)  I mean by that,
19   that in 2000 the Intifada erupted and the
20   whole area was prevailed with violence, and
21   all the Authority's buildings were
22   destroyed.
23            There was no stability in the
24   political Palestinian organization in
25   general.  The Palestinian political system

```
 1                  HUSSEIN AL SHEIKH
 2      was no longer stable.  Different
 3      organizations were not working or active as
 4      they used to be before the Intifada.  The
 5      working hours were not regulated anymore.
 6      This is what I mean specifically.
 7                  MR. SAADI:  Mr. Hussein was
 8            referring to the Department of
 9            General Personnel Affairs, we call it
10            GPC.  The General Personnel Council,
11            that it is where public servants are
12            usually paid.
13            Q.     How long did you serve as
14      Secretary of Fatah?
15            A.     (Translator.)  I took this
16      position from 1999 until 2005.
17            Q.     For what period of time did you
18      continue to receive a salary from the GPC?
19            A.     (Translator.)  During the whole
20      five years, except for one year during the
21      government of Hamas, following the victory
22      of Hamas in the elections.  I assume about
23      a year I did not have a salary.
24            Q.     Do you know what year that was?
25            A.     (Translator.)  Hamas succeeded
```

```
 1                    HUSSEIN AL SHEIKH
 2    the Fatah movement, to Yasser Arafat.
 3         Q.     To whom did Mr. Hanin Hassan
 4    report?  Who was above him from 2002 to
 5    2005?
 6         A.     (Translator.)  At first he was
 7    reporting to Abu Amar, until he passed away
 8    in 2004, if I am correct.  Then Abu Mazen
 9    became the general leader of Fatah.
10         Q.     By Abu Amar are you referring
11    to Mr. Arafat?
12         A.     (Translator.)  Yasser Arafat
13    has many nicknames among which is Abu Amar.
14         Q.     Who is Abu Mazen?
15         A.     (Translator.)  The President,
16    Machmud Abas.
17         Q.     And President Abas is known as
18    Abu Mazen?
19         A.     (Translator.)  Yes.
20         Q.     When you were Secretary of
21    Fatah, did you have people who worked for
22    you?
23         A.     (Translator.)  Of course.
24         Q.     How many people worked directly
25    under you?
```

```
 1              HUSSEIN AL SHEIKH
 2         A.    (Translator.)  I had 14
 3    Secretaries who were divided into different
 4    districts in the West Bank.
 5         Q.    Were those 14 Secretaries each
 6    responsible for a different territory, or
 7    were they responsible for different
 8    functions?
 9         A.    (Translator.)  They were
10    responsible for Fatah in the different
11    districts.  Each one is responsible for
12    Fatah in his own area, and they were
13    elected democratically.
14         Q.    I just want to clarify.  You
15    were Secretary of Fatah only in the West
16    Bank, correct?
17         A.    (Translator.)  Only in the West
18    Bank, yes.
19         Q.    Was there another person who
20    was Secretary of Fatah in Gaza?
21         A.    (Translator.)  Yes.
22         Q.    Who was that individual?
23         A.    (Translator.)  Achmed Hiles.
24         Q.    Did Achmed Hiles serve the same
25    time period as you?
```

```
 1                    HUSSEIN AL SHEIKH
 2         A.    (Translator.)  Yes.
 3         Q.    Where is Achmed Hiles today?
 4         A.    (Translator.)  In Gaza.
 5         Q.    Is he part of the government in
 6    Gaza today?
 7         A.    (Translator.)  Which
 8    government?
 9         Q.    Any government.
10         A.    (Translator.)  He is not in any
11    government.
12         Q.    Did those 14 Secretaries that
13    you referred to that worked for you, did
14    they have people that worked for them?
15         A.    (Translator.)  Yes.
16         Q.    Approximately how many people
17    altogether?
18         A.    (Translator.)  Thousands.  We
19    are talking about an organization, the
20    organization of Fatah.
21         Q.    In 2005, did you leave your
22    position as Secretary of Fatah?
23         A.    (Translator.)  Yes.
24         Q.    Why did you decide to leave
25    your position as Secretary of Fatah?
```

1          HUSSEIN AL SHEIKH

2          A.    (Translator.)  According to the

3    wish of the President, Machmud Abas.

4          Q.    Did the President, Abas, ask

5    you to leave your position as secretary?

6          A.    (Translator.)  Yes.

7          Q.    Did President Abas ask you also

8    to take on a new job?

9          A.    (Translator.)  Yes.

10         Q.    What was the new job that you

11   took on in 2005?

12         A.    (Translator.)  I took the

13   position of Security and Civil Coordination

14   with Israel, the head of the Security and

15   Civil Coordination with Israel.

16         Q.    Is that the job you have today?

17         A.    (Translator.)  Yes.  Today I am

18   the Minister of the Civil Palestinian

19   Affairs.

20         Q.    Today, who do you report to as

21   Minister of Palestinian Affairs?

22         A.    (Translator.)  To the

23   President, Machmud Abas.

24         Q.    How many other ministers are

25   there in the Palestinian Authority?

HUSSEIN AL SHEIKH

1

2  Q.    Is he a member of the Fatah?

3  A.    (Translator.)  No.

4  Q.    Who is the Minister of the

5  Monetary Authority today?

6  A.    (Translator.)  Gihad El Wazir.

7  Q.    What are your duties as the

8  Minister of Palestinian Civil Affairs?

9  A.    (Translator.)  I hold all the

10  meetings with the Israelis concerning the

11  Security and Civil Affairs Coordination

12  with the Israelis, but from the side of the

13  Palestinians.  When I had the meetings I am

14  chairperson for the Palestinian side.

15  Q.    Are you referring to from '97

16  to '99?

17  MR. SHEHADEH:  No, he's saying

18  when the meetings are conducted, he

19  is the chairperson for the

20  Palestinian side.

21  MR. TOLCHIN:  I'm glad you

22  clarified that.

23  Q.    You are not a representative of

24  the Israeli side.

25  A.    (Translator.)  I have a

```
 1                  HUSSEIN AL SHEIKH
 2   counterpart on the Israeli side.
 3        Q.     Who is your counterpart on the
 4   Israeli side?
 5        A.     (Translator.)  General Amos
 6   Gilad.
 7        Q.     Do you have a military rank?
 8        A.     (Translator.)  No.
 9        Q.     Has General Gilad been your
10   counterpart since 2005?
11        A.     (Translator.)  Before him my
12   counterpart was Yusef Michlev.
13        Q.     From '97 to '99, you were
14   Director of the Civil Affairs Coordinating
15   Committee.  You were the Director of the
16   RCAC, correct?
17        A.     (Translator.)  Correct.
18        Q.     Is there somebody that does
19   that job today?
20        A.     (Translator.)  They are
21   employees who belong to me.
22        Q.     So there is somebody today who
23   fills your old role?
24        A.     (Translator.)  Yes, under my
25   supervision.  He belongs to me.
```

HUSSEIN AL SHEIKH

1

2      Q.      I think you have said this, I

3   just want to clarify.  Today you report to

4   nobody besides the President; is that

5   correct?

6      A.      (Translator.)  To the President

7   and the prime minister.

8      Q.      And how many people are there

9   that report to you?

10      A.      (Translator.)  Many.

11      Q.      Do you know who they are?

12      A.      (Translator.)  Of course.  I am

13   in charge of them directly.

14      Q.      Can you identify as many as you

15   can?  What I'm referring to is the people

16   who report directly to you.

17      A.      (Translator.)  I have a Vice

18   President for me and for the West Bank, and

19   a Vice President in the Gaza.

20          In the West Bank is Maaruf

21   Zaharan, and in the Gaza Strip is Amin

22   Esiam.  They are Deputies.

23      Q.      Who else?

24      A.      (Translator.)  Of course below

25   them there are general directors in the

```
 1                HUSSEIN AL SHEIKH
 2    supporter but not a member.
 3          Q.     Who offered you membership in
 4    Fatah?
 5          A.     (Translator.)  A friend of
 6    mine.
 7          Q.     Does your friend have a name?
 8          A.     (Translator.)  Achmed Safi.
 9          Q.     Why did he offer you membership
10    in Fatah, if you know?
11          A.     (Translator.)  We were friends
12    and we were both at the same school.
13          Q.     Did you make a decision to
14    become a member of Fatah?
15          A.     (Translator.)  Yes.
16          Q.     Why did you decide to become a
17    member of Fatah?
18          A.     (Translator.)  Because I
19    believe in it.
20          Q.     You say you believe in it.
21    What exactly do you believe in Fatah?
22          A.     (Translator.)  I believe in its
23    policy and its goals.
24          Q.     What are the goals of Fatah
25    that you believe in?
```

1          HUSSEIN AL SHEIKH

2          A.    (Translator.)  Ending the

3    occupation.

4          Q.    Anything else?

5          A.    (Translator.)  There is nothing

6    more important than that.

7          Q.    Ending the occupation of what?

8          A.    (Translator.)  Ending the

9    Israeli occupation, which were occupied in

10   1967.

11         Q.    Is it your testimony, sir, that

12   the goal of Fatah is only ending the

13   occupation of the lands that were conquered

14   by Israel in 1967?

15         A.    (Translator.)  And establishing

16   a democratic Palestinian state.

17         Q.    Does Fatah have a goal

18   regarding the lands that became known as

19   the State Fatah Israel in 1948?

20         A.    (Translator.)  Fatah believes

21   in establishing a two-state solution and

22   establishing two states for two nations,

23   for the Palestinian nation and for the

24   Israeli nation.

25         Q.    When you became a member of

```
 1                    HUSSEIN AL SHEIKH
 2         Q.    Would you say it is dozens or
 3    hundreds?
 4         A.    (Translator.)  Dozens.
 5         Q.    Have you as Minister of
 6    Palestinian Civil Affairs, have you met
 7    with representatives of any foreign
 8    governments?
 9         A.    (Translator.)  Of course.
10         Q.    What is the purpose of meeting
11    with representatives of foreign
12    governments?
13         A.    (Translator.)  These were sides
14    who were working on bringing close the
15    relations between us and the Israelis.
16         Q.    What is the purpose of you
17    meeting with those representatives instead
18    of, for example, the Foreign Minister?
19         A.    (Translator.)  Because within
20    my duties of work, line of work, I am very
21    much occupied with the sensitivities
22    concerning the relations with the Israelis.
23    We can say the bigger part of the Israeli
24    relations file is within my hands, in my
25    capacity.
```

1                    HUSSEIN AL SHEIKH

2          Q.    Besides meeting with

3   representatives of foreign governments, do

4   you also meet with representatives of

5   international organizations?

6          A.    (Translator.)  Yes.

7          Q.    For example, which

8   organizations?

9          A.    (Translator.)  The UN and the

10  Red Cross.

11         Q.    Is there any particular

12  organization within the UN that you meet

13  with?

14         A.    (Translator.)  I meet with the

15  Relief Organization, UNRWA.

16         Q.    United Nations Relief and Work

17  Agency.  Is it fair to say that in all that

18  you do as the Minister of Palestinian Civil

19  Affairs, you act for the benefit of the

20  Palestinian Authority?

21               MR. McALEER:  Objection as to

22      the form.

23         Q.    You can answer.

24         A.    (Translator.)  Of course I

25  serve the Palestinian people and the PA.

```
 1                    HUSSEIN AL SHEIKH
 2      And not only the Palestinian people and the
 3      PA, but I also serve the future of the
 4      peace process between us and the Israelis.
 5           Q.    Are you familiar with somebody
 6      named Moshe Saperstein?
 7           A.    (Translator.)  No.
 8           Q.    Are you aware that somebody
 9      name Moshe Saperstein has brought a lawsuit
10      against the Palestinian Authority?
11           A.    (Translator.)  No, I did not
12      know until I met the law firm here.
13           Q.    Until you met which lawyer?
14           A.    (Translator.)  Not clear,
15      Charles?
16           Q.    You are referring to the
17      gentleman sitting next to you?
18           A.    (Translator.)  Yes, correct.
19           Q.     Is it fair to say that you have
20      no interest in helping Mr. Saperstein to
21      win his lawsuit?
22                MR. McALEER:  I object to the
23             form of that question and its
24             relevance.
25                MR. TOLCHIN:  You know that
```

```
 1                   HUSSEIN AL SHEIKH
 2          Q.     Sir, during the break, did you
 3     have an opportunity to verify the website
 4     address of the Civil Affairs Authority?
 5          A.     (Translator.)  Yes.
 6          Q.     What is the website address?
 7                 MR. SAADI:   It is
 8                 www.mca.gov.ps.
 9          Q.     That is the website that we
10     discussed earlier that Mr. Abu Jundi
11     supervises on behalf of your authority?
12          A.     (Translator.)  Yes.
13          Q.     Sir, you were a member of Fatah
14     for approximately the last 33 years; is
15     that correct?
16          A.     (Translator.)  Approximately,
17     yes.
18          Q.     Other than the position that
19     you were elected to as Secretary of Fatah
20     from 1999 to 2005, have you ever held any
21     other positions within Fatah?
22          A.     (Translator.)  No, only this
23     position.
24          Q.     I'm referring specifically to
25     the period of 2000 to 2004.  Spanning that
```

**Defendants
Counter-
Designated
120:24-121:11**

1                    HUSSEIN AL SHEIKH

2      period of years, can you explain to me what

3      was the organizational structure of Fatah?

4          A.    (Translator.)  We had a general

5      commander Yasser Arafat.  Beneath it the

6      Central Committee, beneath it the

7      Revolutionary Council, and beneath it the

8      leadership in the West Bank and the

9      leadership of Gaza.  And then comes the

10     leadership of Fatah in the different areas.

11     This is the structure.

12         Q.    When you referred to the

13     Central Committee, who were the members of

14     the Central Committee?  And all these

15     questions are about the period of 2000 to

16     2004.  And I just want to say that if it

17     changed during that period, you can tell me

18     that.  I'm not trying to put words in your

19     mouth.

20         A.    (Translator.)  Nothing is

21     secretive about it.  Yasser Arafat was.

22         Q.    He was both the general

23     commander and a member of the Central

24     Committee?

25         A.    (Translator.)  Yes, of course.

```
 1              HUSSEIN AL SHEIKH
 2    Mahmoud Abbas, Ahmed Qurei, Hani el Hassan,
 3    Abdel Zaki, Hakam Balaui, Faruk el Kadoumi,
 4    Mohammed el Nem, El Taisar el Wazir, Nabil
 5    Shaath.  These were the members of the
 6    Central Committee.  Maybe I forget someone.
 7         Q.    How were the members of the
 8    Central Committee chosen?
 9         A.    (Translator.)  Through
10    elections from the general conference of
11    Fatah.
12         Q.    What is the general conference
13    of Fatah?
14         A.    (Translator.)  These are
15    representatives of the different frames,
16    unions, and groups of Fatah internationally
17    and nationally.  The last time that it was
18    convened was in 1989, 20 years ago.
19         Q.    So all of these names that you
20    have told me were in the Central Committee
21    between 2000 and 2004, had been there since
22    1989?
23         A.    (Translator.)  Correct.
24         Q.    You referred to the
25    Revolutionary Council.  How many members
```

1             HUSSEIN AL SHEIKH
2    were there in the Revolutionary Council?
3         A.      (Translator.)  120.
4         Q.      How were those members chosen?
5         A.      (Translator.)  Through the
6    general conference as well.
7         Q.      120 is a lot of members.  Was
8    there a leadership within the Revolutionary
9    Council?
10        A.      (Translator.)  They meet
11   according to necessity.  They assemble
12   every two months, three months.
13        Q.      Did the Revolutionary Council
14   have a Director, President, head?
15        A.      (Translator.)  The leadership
16   was first Yasser Arafat, then Abu Mazen.
17   But you have to understand that the Central
18   Committee is part of the Revolutionary
19   Council.
20        Q.      I want to clarify that.  You
21   told us earlier that the general commander
22   was Yasser Arafat.  Under him was the
23   Central Committee and under him was the
24   Revolutionary Council.  But now you seem to
25   be telling me that the Central Committee

```
 1                    HUSSEIN AL SHEIKH
 2   was part of the Revolutionary Council.
 3        A.    (Translator.)  The Central
 4   Committee is part of the Revolutionary
 5   Council.  And not the opposite.  A member
 6   of the Revolutionary Council is not
 7   necessarily a member of the Central
 8   Committee.
 9        Q.    Would it be a fair parallel to
10   say that the Central Committee was similar
11   to the Cabinet and the Revolutionary
12   Council was similar to the Cabinet, and the
13   Revolutionary Council was similar to the
14   Knesset, for lack of a better comparison?
15             Forget the question.  It's not
16   a good question.
17             You referred to the leadership
18   in the West Bank and Gaza.  How many
19   individuals were involved in that
20   leadership?
21        A.    (Translator.)  In the West Bank
22   about 70.  I do not know how many in Gaza.
23        Q.    How was the membership of that
24   leadership selected?
25        A.    (Translator.)  Through
```

```
 1                  HUSSEIN AL SHEIKH
 2    elections.
 3         Q.    Elections among who?
 4         A.    (Translator.)  Among members of
 5    Fatah in the different areas.
 6         Q.    Was that also through the
 7    general conference of Fatah?
 8         A.    (Translator.)  Of course not.
 9    I asserted that the general conference has
10    not assembled since 1989.
11         Q.    Does that mean that the
12    leadership in the West Bank and Gaza did
13    not get elected since 1989, or was the
14    leadership elected by some other group?
15         A.    (Translator.)  Again to
16    clarify, the general conference is for all
17    Fatah members.  When I speak about the West
18    Bank, I am talking about that it is elected
19    by the different districts such as Ariha,
20    Jenin, Khalil-Hebron.
21         Q.    What was the process by which
22    the leadership of Fatah was elected?  Were
23    there campaigns?  Were there elections and
24    voting booths?
25         A.    (Translator.)  Of course, there
```

```
 1                    HUSSEIN AL SHEIKH
 2      were election booths and boxes.
 3           Q.     Only members of Fatah can vote?
 4           A.     (Translator.)  Yes.
 5           Q.     In the last level you told us
 6      about, you said there was leadership in
 7      different areas?
 8           A.     (Translator.)  Yes.
 9           Q.     How many individuals are we
10      talking about there?
11           A.     (Translator.)  Thousands.
12           Q.     Were there so many because
13      there were individuals in every town and
14      village?
15           A.     (Translator.)  Of course.
16           Q.     How were those individuals
17      selected?
18           A.     (Translator.)  Through
19      elections.  Through the election boxes.
20           Q.     Local elections in towns and
21      villages?
22           A.     (Translator.)  Yes.
23           Q.     Up until now you have told us
24      about the overall organizational structure.
25      Were there also officers of Fatah besides
```

```
1                    HUSSEIN AL SHEIKH
2    in the West Bank, comprising 70 people, it
3    is the same thing as the High Committee for
4    Fatah in the West Bank?
5        A.    (Translator.)  Correct.
6        Q.    Thank you.
7                Did Fatah have a Treasurer
8    between 2000 and 2004?
9        A.    (Translator.)  What do you mean
10   Treasurer?
11       Q.    Let me back up.  Did Fatah have
12   a budget between 2000 and 2004?
13       A.    (Translator.)  Of course.
14       Q.    What was the source of the
15   money that was used for Fatah's budget?
16       A.    (Translator.)  I do not know.
17   This is not my field -- it is not my
18   expertise.
19       Q.    Who was in charge of
20   supervising Fatah's money?
21       A.    (Translator.)  Achmed Qurei.
22       Q.    Did Mr. Qurei have a title that
23   had something to do with his function of
24   supervising the money of Fatah?
25       A.    (Translator.)  He is a member
```

```
 1                 HUSSEIN AL SHEIKH
 2     of the Central Committee in Fatah, and he
 3     is responsible for the finance of Fatah.
 4          Q.    Was he elected to that
 5     position?  How did he get that
 6     responsibility?
 7          A.    (Translator.)  He was elected
 8     in the conference of 1989.
 9          Q.    Is he known by any nicknames or
10     noms de guerre?
11          A.    (Translator.)  He is known for
12     Abu Ala, who was previously negotiating
13     with Tzipi Livni.
14          Q.    What is Mr. Qurei's job today?
15          A.    (Translator.)  He is a member
16     of the Central Committee and the head of
17     Palestinian Negotiation Delegation with
18     Israel.
19          Q.    He is a member of the Central
20     Committee of Fatah?
21          A.    (Translator.)  Correct.
22          Q.    He is also employed by the
23     Palestinian Authority?
24          A.    (Translator.)  He has nothing
25     to do with the PA.  He belongs only to the
```

```
 1                   HUSSEIN AL SHEIKH
 2     Abbas Zaki; he is responsible of the
 3     Palestinian portfolio in Lebanon, et
 4     cetera.
 5          Q.    I just want to clarify about
 6     Mr. Kadoumi.  You said he has a problem,
 7     but does he have a portfolio?
 8          A.    (Translator.)  Currently he is
 9     carrying no official portfolio.
10          Q.    How well did you know Yasser
11     Arafat?
12          A.    (Translator.)  Good.
13          Q.    Did you consider him a friend,
14     or just somebody you knew from work, or
15     something else?
16          A.    (Translator.)  I considered him
17     a leader and responsible.
18          Q.    In the period of 2000 to 2004,
19     did you meet with Mr. Arafat?
20          A.    (Translator.)  Of course.
21          Q.    How often?
22          A.    (Translator.)  Hundreds of
23     times.
24          Q.    Was that for social purposes or
25     business purposes?
```

HUSSEIN AL SHEIKH

1

2      A.      (Translator.)  Things which are

3  connected to Fatah.

4      Q.      Did you receive directives or

5  instructions from Mr. Arafat during that

6  period?

7      A.      (Translator.)  Instructions in

8  what field?

9      Q.      Anything connected to Fatah.

10     A.      (Translator.)  I used to

11  receive daily instructions from him.

12     Q.      Was that verbally or in

13  writing?

14     A.      (Translator.)  Mostly verbally.

15     Q.      Did you ever receive written

16  instructions from him?

17     A.      (Translator.)  In what field?

18     Q.      Something connected with Fatah.

19     A.      (Translator.) Of course, but I

20  cannot remember what was verbally and what

21  was written.

22     Q.      Did you ever write to Mr.

23  Arafat about anything?

24     A.      (Translator.)  Hundreds of

25  letters.

HUSSEIN AL SHEIKH

1

2    Q.    What types of issues would you
3    have written to Mr. Arafat, and I'm talking
4    about 2000 to 2004.
5    A.    (Translator.)  I used to write
6    him for giving medical treatment for
7    families who cannot afford it, for their
8    children.  I used to ask him for assistance
9    and help for students who are in need so
10   they can go for studies, and also social
11   assistance for deprived families.
12   Q.    Why would you write those
13   letters to Mr. Arafat and not to Mr. Qurei
14   who you told us handled the finances?
15   A.    (Translator.)  I was not the
16   one who determined where it should be
17   directed.  The one who determined that was
18   Yasser Arafat, who was the Commander.
19   Because Abu Ala does not have a direct
20   responsibility upon me, Abu Amar had direct
21   responsibility upon me.
22   Q.    Let me clarify.  Is it fair to
23   say that if you felt that a particular
24   student should receive financial aid, you
25   would have written to Mr. Arafat, asking to

1                    HUSSEIN AL SHEIKH

2    give money to this student, and if Mr.

3    Arafat agreed, he asked Mr. Qurei to

4    disburse the money?

5         A.    (Translator.)  Not necessarily

6    from Qurei.  The one who determined from

7    whom to receive the money, that was Yasser

8    Arafat.

9         Q.    Let me break it down.  You

10   would ask Mr. Arafat to give money to Mr.

11   X, and if Mr. Arafat agreed, he would

12   direct somebody, he would pick to disburse

13   the money?

14        A.    (Translator.)  Correct.

15        Q.    And what we are talking about

16   is the money of Fatah.  We are not talking

17   about the Palestinian Authority or PLO?

18        A.    (Translator.)  Fatah and PLO

19   are the same because the Fatah and the PLO

20   budget are with Arafat.

21        Q.    During the period of 2000 to

22   2004, who directed the budget of the PA?

23        A.    (Translator.)  Do you mean the

24   Minister of Finance?

25        Q.    I don't mean any particular

                        HUSSEIN AL SHEIKH

1

2    person.  I am asking you.

3          A.    (Translator.)  What do you mean

4    the money of PA?

5          Q.    I will clarify.  In the period

6    2000 to 2004, who was in charge of making

7    decisions of spending the money of the PA?

8          A.    (Translator.)  Again I cannot

9    understand the question.  It is not clear

10   enough.  In the PA there is a Minister of

11   Finance.  If I am not mistaken, I think it

12   was Salam Fayad, if this is what you mean

13   by your question.  And who determines the

14   financial policy is Salam Fayad.

15         Q.    What was Yasser Arafat's role

16   in the PA between 2000 and 2004?

17         A.    (Translator.)  Do you mean his

18   status or his capacity in the PA?

19         Q.    Yes.

20         A.    (Translator.)  At that time he

21   was the head of the PA and the PLO.

22         Q.    He was the President and the

23   Prime Minister?

24         A.    (Translator.)  The President

25   and the Prime Minister at the same time.

```
1                    HUSSEIN AL SHEIKH
2         Q.    Did he hold any other positions
3    besides the President and the Prime
4    Minister?
5         A.    (Translator.)  In government?
6         Q.    In the PA government.
7         A.    (Translator.)  This is what I
8    remember were the official capacities of
9    Yasser Arafat.  Previously, before 2000, he
10   used to take the capacity of Interior
11   Minister sometimes, but I cannot remember
12   at what periods.
13        Q.    As President and Prime Minister
14   of the Palestinian Authority, between 2000
15   and 2004, did Yasser Arafat have any
16   authority over expenditures of the
17   Palestinian Authority?
18        A.    (Translator.)  Of course, he
19   was the President.
20        Q.    You told us, sir, that you
21   would often write letters to Mr. Arafat
22   asking him to award money from Fatah to
23   particular people.
24        A.    (Translator.)  Correct.
25        Q.    Do you have any idea, sir, how
```

HUSSEIN AL SHEIKH

1

2    much money was awarded by Fatah altogether

3    as a result of your requests?

4        A.    (Translator.)  I cannot count

5    them.

6        Q.    Can you give it in order of

7    magnitude?  Are we talking hundreds of

8    dollars, thousand of dollars, hundreds of

9    thousands of dollars?

10        A.    (Translator.)  I would say

11    hundreds of thousands of dollars.

12        Q.    Do you have any idea what the

13    annual expenses of Fatah were during the

14    period of 2000 to 2004?

15        A.    (Translator.)  No, it is not

16    part of my expertise.

17        Q.    Are you familiar with an

18    individual named Mohammed Rashid?

19        A.    (Translator.)  Of course.

20        Q.    Who is Mohammed Rashid?

21        A.    (Translator.)  He was

22    responsible for the investment fund.

23        Q.    What investment fund?

24        A.    (Translator.)  I have no idea

25    about it.

1                    HUSSEIN AL SHEIKH

2    Oslo Agreement with the Israelis.  And most

3    of the political factions were against the

4    Oslo Agreement.

5          Q.    So how many employees of Fatah

6    were there between 2000 and 2004?

7          A.    (Translator.)  Salaries from

8    whom?

9          Q.    Employees of Fatah.

10         A.    (Translator.)  There is nothing

11   like employees for Fatah.  Do you mean

12   employees of the PA?

13         Q.    Let me take a step back.  Maybe

14   this will help clarify it, instead of me

15   putting words in your mouth, which I see

16   would be useless.

17               Can you explain to us in your

18   words, the relationship between Fatah and

19   the PLO and the PA?  I'm talking about 2000

20   to 2004.

21         A.    (Translator.)  The relationship

22   between the PA, the PLO, and the Fatah, are

23   complex relations.  First of all, Fatah is

24   part of the PLO, along with other political

25   factions who also believe in the PLO

1                    HUSSEIN AL SHEIKH

2    policy.

3                    Fatah is the larger group

4    within the PLO, and it was the one who

5    signed the Oslo Agreement through the PLO,

6    which led in itself for the establishment

7    of the PA, and, I mean, the Oslo Agreement.

8                    In 1994, once moving to the

9    practical application of the Oslo

10   Agreement, the larger part of

11   responsibility of establishment and

12   creation and constructing of the PA fell on

13   Fatah.

14                   For example, all the security

15   agencies, all Palestinian apparatus, its

16   construction, was combined from Fatah.

17   Thousands of Fatah members who came from

18   abroad, came from Lebanon, Syria, Jordan,

19   Tunis and Yemen, who were fighters of

20   Fatah, returned to the West Bank and the

21   Gaza Strip, according to the Oslo

22   Agreement, and started to construct the

23   apparatus security.  And at that time there

24   was need to the Oslo Agreement, and it

25   still remains Hamas Movement.

```
 1                HUSSEIN AL SHEIKH
 2                The main role and
 3      responsibility that fell on these security
 4      systems was to confront all these anti-Oslo
 5      Agreement streams, who believe in violence
 6      and in continuing the violence.
 7                Therefore, the main role of
 8      protecting the PA and constructing the PA
 9      structure, whether on the civil or the
10      security level, relied heavily on Fatah and
11      on the groups or streams that supported the
12      Oslo Agreement.
13                Where can we find the
14      separation between PA and Fatah?  Each
15      employee in the PA, who belongs to Fatah in
16      the general possession that belongs to the
17      PA, was not working practically in Fatah as
18      a political organizational community, as a
19      general public organization.
20                For instance, the
21      responsibilities which were ascribed for a
22      member of Fatah, who is merely occupied
23      with working with the public and the
24      unions, are not the same missions and
25      responsibilities, and ascribed for the
```

1                    HUSSEIN AL SHEIKH

2      member of Fatah, who is working for the PA.

3                    Is this clear?

4           Q.    I think so.

5                    So you told us earlier that

6      when you were secretary of Fatah in the

7      West Bank, you had 14 Deputies or

8      Secretaries below you in different

9      districts in the West Bank?

10          A.    (Translator.)  Not Deputies.

11     They are Secretaries each in its own area.

12          Q.    So you had 14 Secretaries each

13     in their own area.  Were those 14

14     individuals paid for their work as

15     Secretaries?

16          A.    (Translator.)  No, most of them

17     were volunteers.

18          Q.    Did those 14 Secretaries

19     receive any salaries from the Palestinian

20     Authority?

21          A.    (Translator.)  I have no idea

22     is any of them were receiving salaries from

23     the PA.

24          Q.    Between 2000 and 2004, did

25     Fatah have offices anywhere?

HUSSEIN AL SHEIKH

1

2     A.     (Translator.)  Yes, of course.

3  In all the area of the West Bank and in the

4  Gaza Strip.

5     Q.     Did Fatah have a main office?

6     A.     (Translator.)  Yes, of course.

7     Q.     Where was the main office of

8  Fatah?

9     A.     (Translator.)  The headquarters

10  was where Yasser Arafat was, because he is

11  the General Commander of the movement.

12     Q.     Was that location known as the

13  Mukata?

14     A.     (Translator.)  Correct.

15     Q.     So the Mukata was where the

16  main office of Fatah was located?

17     A.     (Translator.)  There are

18  others.

19     Q.     There are other what?

20     A.     (Translator.)  There are other

21  offices.

22     Q.     Other main offices?

23     A.     (Translator.)  For instance,

24  Abu Ala also had a main office as well as

25  Hakam Balaui also had a main office.  Also,

1          HUSSEIN AL SHEIKH

2    Abdallah el Franji had an office for

3    external relations.  The headquarters of

4    the head command since Abu Amar was the

5    General Commander was at the Makata.

6          Q.    Is it correct that the Mukata

7    was also the main office of the PA?

8          A.    (Translator.)  Of course, since

9    the PA was also Yasser Arafat.

10         Q.    Was the Mukata also the main

11   office of the PLO?

12         A.    (Translator.)  Correct, since

13   Yasser Arafat was also the head of the

14   Executive Committee of the PLO.

15         Q.    We are talking about 2000 to

16   2004?

17         A.    (Translator.)  Correct.

18         Q.    You mentioned that there were

19   some other main offices of Fatah.  Did you

20   say, sir, that there were other main

21   offices of Fatah?

22              MR. McALEER:  Object to the

23         form.

24         A.    (Translator.)  Correct.

25         Q.    Were those other main offices

HUSSEIN AL SHEIKH

2  of Fatah also offices of the PA?

3      A.      (Translator.)  No, incorrect.

4      Q.      Which offices were main offices

5  of Fatah that were not offices of the PA?

6      A.      (Translator.)  All offices of

7  Fatah were not offices of the PA, except

8  the office of Yasser Arafat.

9      Q.      Were there any people who

10  worked in the Mukata, who were specifically

11  working for Fatah and not for the PA?

12      A.      (Translator.)  I do not know

13  exactly.  I never asked the people who were

14  there whether they were working for the PA

15  or Fatah.

16      Q.      Between 2000 and 2004, who

17  owned the Mukata?

18      A.      (Translator.)  What do you mean

19  by owned?

20      Q.      Who was the owner of the

21  building, the land?

22      A.      (Translator.)  The PA.

23      Q.      Who paid the utilities,

24  electricity, water, telephones?

25      A.      (Translator.)  I do not know,

```
 1                HUSSEIN AL SHEIKH
 2    of course.  It was not part of my
 3    responsibilities.
 4         Q.    The other offices of Fatah that
 5    you told us were not offices of the PA,
 6    were those rented offices?
 7         A.    (Translator.)  Part of them
 8    were rented and part of them were owned,
 9    but I do not know which are which.
10         Q.    The ones that were owned, do
11    you know who owned them?
12         A.    (Translator.)  I do not know.
13         Q.    The ones that were rented, do
14    you know who paid the rent?
15         A.    (Translator.)  The finances of
16    Fatah.
17         Q.    Did the finances of Fatah also
18    pay the utilities for those offices?
19         A.    (Translator.)  Not necessarily,
20    but I do not know these details because
21    this was not part of my work and my
22    employment.
23         Q.    When you would request from Mr.
24    Arafat -- and I'm specifically talking
25    about from 2002 to 2004 -- you would
```

1           HUSSEIN AL SHEIKH

2    request that he give money to particular

3    people, and he would direct that money to

4    be given, what process was used to disburse

5    the money of Fatah?  In other words, would

6    it be by check, by wire transfer, by cash,

7    or some other form?

8          A.    (Translator.)  For instance, I

9    used to present to Abu Amar humanitarian

10   aid.  The instance, I presented to him ten

11   people.  For example, let's say he would

12   wire to each person 800, 600, 1000 dollars.

13   I would not hold in my hand one penny even.

14   It would reach the beneficiary directly,

15   whether by check or by bank transaction.

16          Q.    So Fatah would use checks or

17   bank transactions to give people money?

18          A.    (Translator.)  Not necessarily

19   Fatah, but the body that was given order by

20   Arafat would provide the money?

21          Q.    When you were secretary of

22   Fatah, you had to ask Mr. Arafat to award

23   money to individuals for whatever purpose.

24   Is it your testimony, sir, that sometimes

25   Mr. Arafat would direct that money to be

HUSSEIN AL SHEIKH

2    given to the individual but from some place

3    else other than Fatah?

4              MR. McALEER:   Objection as to

5        form.

6        Q.    You can answer.

7        A.     (Translator.)  Let me clarify.

8    Some assistance were issued directly from

9    Fatah.  According to the rules and the

10   basic law of the PA, the government

11   allocates the Ministry of Finance a certain

12   amount of money to the political parties

13   according to the basic law.

14              Since Fatah is a political

15   party, it has an allocation of amount of

16   money, the people's part has an amount

17   which is allocated to it.  The Democratic

18   Front has a budget of its own.

19              And why am I stating this; to

20   prevent any outside money to get into the

21   country.  For instance, I do not want Iran

22   to send money to establish a party within

23   the country.  So also to maintain that,

24   there is supervision on the money and its

25   conductors.  That is what I meant when I

```
 1                    HUSSEIN AL SHEIKH
 2        said that Arafat can allocate the money
 3        from Fatah or from other sources as well.
 4                    MS. GITLIN:  The tape is
 5            finishing now at 6:45 p.m.
 6                 (A recess transpired.)
 7                    MS. GITLIN:  It is tape number
 8            6, starting at 6:46 p.m.  This is the
 9            Commissioner Amy Gitlin, business
10            address Nahal Katlav 7/3 Bet Shemesh,
11            Israel.
12                    This is the deposition of
13            Hussein al Sheikh, taking place in
14            Jerusalem, Israel, on April 1st,
15            2009.
16            A.    (Translator.)  I want the last
17     sentence, to repeat it.
18                    I stated that the basic law
19     allows for political action for legitimate
20     and legal by the political parties.  I am
21     requesting that this speech will be
22     translated accurately.
23            Q.    We want everything translated
24     accurately.
25            A.    (Translator.)  Each party
```

1          HUSSEIN AL SHEIKH

2     receives a budget from the Finance

3     Ministry.  Each organization or party is

4     free to use these monies as he sees fit,

5     within the legal political activity.

6     Therefore, when I stated that Abu Amar was

7     sometimes allocating money from Fatah or

8     from other parties, that is why I was

9     referring to the fact that Abu Amar was

10    using the money, his share that was

11    allocated to the Fatah party from the

12    Ministry of Finance.

13         Q.    Was giving money to students or

14    to people for medical treatment or social

15    assistance, was that considered legitimate

16    political uses of money allocated by the PA

17    to Fatah?

18         A.    (Translator.)  Another

19    clarification, please.  Not everything that

20    Arafat signed for me was deducted from the

21    Fatah budget.

22              Let's say, for instance, there

23    is a ten-year-old child who suffers from

24    cancer and needs treatment in Israel.  That

25    person, a child who is ten years old, knows

HUSSEIN AL SHEIKH

1
2    nothing about the different political
3    parties, Fatah, Democratic Front, or
4    anything else.
5             Yasser Arafat would refer this
6    letter to the Ministry of Health and the
7    Ministry of Finance.  Is this clear?  And
8    sometimes, since Abu Amar could not give
9    money from the PA, when I requested
10   something from him for Fatah, he used to
11   give it from the budget of Fatah.
12        Q.    So just using your example of
13   the child who needs treatment for cancer,
14   was there any circumstance where such a
15   case would have been considered something
16   for Fatah go give money to?
17        A.    (Translator.)  As I told you,
18   that does not mean necessarily that this
19   ten-year-old boy would receive the money
20   from Fatah, because the PA is responsible
21   for the Palestinian people and not only
22   Fatah is responsible for the Palestinian
23   people.  A ten-year-old boy is the
24   responsibility also of the PA.
25        Q.    But sometimes the PA would not

HUSSEIN AL SHEIKH

1

2      Q.    During the time of 2000 to

3   2004, did the PA deduct Fatah's membership

4   fees from employees' salaries?  Between

5   2002 and 2004, did the PA deduct from its

6   employees' salaries membership dues for

7   Fatah?

8      A.    (Translator.)  Do you mean from

9   the salaries received by the members of

10  Fatah in the PA, there was an amount

11  deducted from the salary for the Fatah

12  membership?

13     Q.    Yes, that is my question.

14     A.    (Translator.)  Yes.

15     Q.    Was every PA employee required

16  to be a member of Fatah?

17     A.    (Translator.)  Of course not.

18     Q.    Were the employees who were not

19  members of Fatah have deductions made from

20  their salaries for Fatah's dues?

21     A.    (Translator.)  No, this was

22  voluntarily done.  If a Fatah's member did

23  not want this amount to be deducted from

24  his salary, he could request that and it

25  would not be deducted.

HUSSEIN AL SHEIKH

2    A.    (Translator.)  No, I do not

3    know.  This is not part of my expertise.

4    Q.    Between 2000 and 2004, can you

5    tell us, please, what were the methods that

6    Fatah used to achieve its goals?

7    A.    (Translator.)  First of all,

8    Fatah is a political movement, National

9    Palestinian, and it believes in peace, and

10   it was the one who signed the peace

11   agreement with Israel.

12          It is true that the peace

13   process was obstructed during 2000

14   following the visit of Sharon to Al Aktza

15   Mosque, and especially following the

16   failure of Camp David.  And I mean by that

17   the Palestinian-Iraeli negotiations in Camp

18   David during Abu Amar and Ehud Barak's

19   period.  No doubt that the visit of Sharon

20   to the Al Aktza Mosque has prompted and

21   caused the eruption of the situation and

22   for the explosion of the whole issue.  And

23   there were demonstrations against the visit

24   of Sharon, and these demonstrations were

25   peaceful demonstrations of the first

```
 1              HUSSEIN AL SHEIKH
 2      Degree.  And Fatah believed that these
 3      demonstrations should be peaceful.
 4          Q.      Let me back up; inside of
 5      Fatah, were there any other organizations
 6      branches or wings?
 7          A.      (Translator.)  Of course.
 8          Q.      What were the branches or wings
 9      or subsets that were in Fatah in 2000 to
10      2004?
11          A.      (Translator.)  Of course, for
12      instance, Fatah members who were abroad
13      were not in coordination and harmony with
14      Yasser Arafat's policy.  For instance, Abu
15      Lutuf, Faruk el Kadumi, was against Oslo
16      and inciting against Oslo.
17          Q.      Let me clarify.  Maybe the
18      problem is my question.
19              What I meant was:  Inside of
20      Fatah, was there an organization maybe for
21      doctors, for students, for engineers, for
22      workers, for shopkeepers?
23          A.      (Translator.)  Of course
24          Q.      Did those groups have names?
25          A.      (Translator.)  Of course.
```

```
1                    HUSSEIN AL SHEIKH
2    Doctors' union, pharmaceutical union,
3    teachers' union, et cetera.
4            Q.    Was there a group for students?
5            A.    (Translator.)  Of course.
6            Q.    What was the name for the
7    groups of students between 2000 and 2004?
8            A.    (Translator.)  Shabiba Union.
9            Q.    That is for youth?
10           A.    (Translator.)  Yes.
11           Q.    What about for University
12   students?
13           A.    (Translator.)  They also
14   belonged to the youth movement.  The
15   Shabiba is also for school students and
16   University students.
17           Q.    Between 2000 and 2004, what was
18   the policy of Fatah towards the Israeli
19   occupation of the West Bank and Gaza Strip?
20           A.    (Translator.)  The goal of
21   Fatah is to end occupation in the West Bank
22   and the Gaza Strip.
23           Q.    Between 2000 and 2004, did
24   Fatah consider Israeli Jewish settlers in
25   the West Bank and the Gaza Strip to be
```

```
 1                    HUSSEIN AL SHEIKH
 2      regular civilians?
 3           A.     (Translator.)  Yes.
 4           Q.     Are you familiar -- and forgive
 5      me for what I'm about to do with your
 6      language -- are you familiar with a term
 7      called Mukawama?
 8           A.     (Translator.)  Resistance.
 9           Q.     What is the principle of
10      resistance?
11           A.     (Translator.)  Do you want me
12      to use the word "resistance" or "Mukawama"?
13           Q.     Does the word "Mukawama" have a
14      particular meaning in Palestinian politics?
15           A.     (Translator.)  It is like using
16      the word "Shahid."
17                  MR. HIBEY:  Wait a minute.  You
18             have asked a perfectly legitimate
19             question.
20                  MR. TOLCHIN:  We agree on
21             something.
22                  MR. HIBEY:  I would like to
23             know what the translation is.
24                  MR. NAIM:  Resistance.
25                  MR. TOLCHIN:  Just to explain
```

```
 1                    HUSSEIN AL SHEIKH
 2         to you, what she said is that the
 3         word is like Shahid.  Shahid means
 4         martyr, but in the context of
 5         Palestinian politics, it has come to
 6         have a particular meaning that people
 7         understand.
 8              MR. SHEHADEH:  It is like when
 9         you say Shoah.
10              MR. TOLCHIN:  It's like when
11         you say Holocaust.  It has a
12         particular meaning that everybody
13         understands what you're talking
14         about.  When you say the French
15         Revolution, nobody thinks that you're
16         talking about a revolution in
17         wine-making.  They know what you're
18         talking about.
19              Let's proceed.  I will use th
20         English word.
21              MR. SHEHADEH:  Just a second,
22         because he answered and he said that
23         resistance has different forms.
24         Q.   What are the different forms of
25    resistance?
```

1                    HUSSEIN AL SHEIKH

2         A.     (Translator.)  For instance, I

3    could say no to occupation, this is

4    resistance.  I can call for a peaceful

5    demonstration in central Ramallah, this is

6    also a kind of resistance.  For instance as

7    well, I can ask for boycotting Israeli

8    products, and this is also a type of

9    resistance.  I also can write an article,

10   this is also resistance.

11        Q.     Is putting a car bomb in an

12   Israeli shopping mall a form of resistance?

13        A.     (Translator.)  Fatah is against

14   that on the whole.

15        Q.     But is that a form of

16   resistance.

17        A.     (Translator.)  I repeat, again,

18   working or conducting anything within the

19   Jewish area of Israel, against or harming

20   any Israeli citizens is something which is

21   against the policy and legitimacy of Fatah,

22   and is a terrorist act.

23        Q.     Is shooting Israeli soldiers in

24   the West Bank a form of resistance?

25        A.     (Translator.)  The issue of

```
 1                    HUSSEIN AL SHEIKH
 2    there was an Israeli and Palestinian
 3    violence going on, on both sides where both
 4    of them are parties.
 5         Q.      Let me clarify.  You talked
 6    earlier about the Intifada that started in
 7    2000; was that Intifada that started in
 8    2000, a period of peace or a period of
 9    violence?
10              MR. McALEER:  Object as to
11         form.  You can answer.
12         A.      (Translator.)  I distinguish
13    between the different periods of the
14    Intifada.  First of all, Sharon started by
15    visiting the Al Aktza Mosque.  He provoked
16    emotions of Palestinians and Moslems.
17    There were peaceful demonstrations by
18    Palestinians.  What proves that the
19    direction is peaceful, because the
20    objective of the Intifada was peaceful.
21              Can you tell me how many
22    Israelis were killed during the four months
23    of the Intifada.  However, I can tell you
24    how many Palestinians were killed during
25    that period.  That demonstrates to what
```

HUSSEIN AL SHEIKH

1
2  extent the Intifada was meant to be
3  peaceful.
4       Q.    Let me clarify.  You said that
5  there were periods of the Intifada.  There
6  were phases of the Intifada.  Can you tell
7  me what the dates were, as best as you can,
8  and what the phases were?
9       A.    (Translator.)  I will give you
10  without dates.  I do not remember dates
11  very well.  The first stage of the Intifada
12  lasted four to five months.  The Intifada
13  was totally absolutely peaceful.
14       Q.    That is four to five months
15  from Sharon's visit?
16       A.    (Translator.)  Yes, four or
17  five months the whole Intifada was
18  peaceful.  And I challenge you again to
19  tell me how many Israeli were killed in the
20  four or five months.  I can tell you that
21  hundreds of Palestinians were killed at
22  that time.  I am not challenging you
23  personally.  I am speaking generally.
24            In the first four to five
25  months, hundreds of Palestinians were

1              HUSSEIN AL SHEIKH

2    killed according to all international

3    humanitarian organizations' reports.  The

4    excessive violence practiced by the

5    Israelis has pushed the Palestinians to

6    escalate the level of violence.

7                  In my opinion, this gave the

8    opportunity to all the extremists, and all

9    those who oppose the Oslo Agreement, an

10   opportunity to destroy the Oslo Agreement

11   and to bring back the whole area to

12   violence.  Therefore, unfortunately, the

13   Intifada transferred from being a peaceful

14   Intifada to being a violent one.

15        Q.    How long was that violent

16   period?  You said it started four or five

17   months after Sharon's visit, and how long

18   did it continue?

19        A.    (Translator.)  It continued

20   until the death of Abu Amar.

21        Q.    Which was November 2004?

22        A.    (Translator.)  November 11,

23   2004.

24        Q.    So that violent period

25   continued for several years until at least

                        HUSSEIN AL SHEIKH

1
2    is a peaceful situation.
3        Q.    During times when there is a
4    violent situation, such as between Sharon's
5    visit to Al Aktza and 2004, so, for
6    example, in the year 2002, right in the
7    middle of that period, during that period,
8    would shooting an Israeli soldier in the
9    West Bank and Gaza Strip have been
10   considered a form of resistance?
11           MR. McALEER:  Object as to form
12       and lack of foundation.
13       Q.    You can answer.
14       A.    According to the International
15   Law, Israel is an occupying power for the
16   West Bank.  This is according to the
17   International Resolutions, and this is not
18   something that I am saying.  Between whom
19   there is no peace, between two enemies?
20   Peace can be only made by enemies.
21   According to all history, peace can be done
22   only between two enemies.
23               We used to be enemies.  And our
24   main goal to fight for Fatah is to end the
25   occupation, and we hope and we wish and we

1                    HUSSEIN AL SHEIKH

2    make great efforts to end this occupation

3    by peaceful means and to live in peace with

4    the Israelis.  One country, a state, next

5    to the other.  One nation next to the

6    other.  And there would be economical,

7    political, environmental cooperation

8    between us.  And this is not only merely my

9    personal opinion.  This is the opinion of

10   Fatah, in general.

11                MR. TOLCHIN:  What I'd like to

12        do is, I'd like to just show the

13        witness that video that we exchanged.

14        We do not need to translate it.  I'd

15        like just to show him the video at

16        first.

17                MR. HIBEY:  How does this get

18        handled in terms of record?

19                MR. TOLCHIN:  I have copies.  I

20        represent to you it is exactly the

21        same thing I e-mailed you, and I made

22        some copies.  I'd be happy to give

23        you one right now.

24                MR. HIBEY:  Can we trust you

25        that you will mark it as an Exhibit?

```
 1                    HUSSEIN AL SHEIKH
 2   objected to it?
 3        A.    (Translator.)  Who opposed?
 4        Q.    Anybody.
 5        A.    (Translator.)  If it is
 6   security issue, then it derives or obeys
 7   the security system, if they were requested
 8   to return, then they will return.
 9        Q.    This is for the Commissioner.
10   This is Exhibit 4.
11              (Whereupon, the aforementioned
12              document was marked as Plaintiff's
13              Exhibit 4 for identification as of
14              this date by the Commissioner.)
15        Q.    First of all, is this a
16   document you have ever seen before, sir?
17        A.    (Translator.)  No, I do not
18   recall seeing it.
19        Q.    At the top in the upper
20   right-hand corner there is a handwritten
21   comment there.  Are you able to read that?
22        A.    (Translator.)  Yes, of course.
23        Q.    What does it say?
24        A.    (Translator.)  It should be
25   sent to the District of Ramalla to Hussein
```

```
 1                    HUSSEIN AL SHEIKH
 2    systems are sending a warning to all those
 3    who were not returning that they might be
 4    sacked from work.  This is my
 5    interpretation.
 6          Q.    Do you recall the situation?
 7          A.    (Translator.)  I do not
 8    remember particularly the circumstances
 9    here.
10          Q.    You can give the original
11    document to the Commissioner.  I may ask
12    you, sir, if this is a document you have
13    ever seen.
14          A.    (Translator.)  Yes.
15          Q.    What is this document?
16          A.    (Translator.)  I presented this
17    to Yasser Arafat, financial aid for certain
18    people.
19          Q.    Did you write this document?
20          A.    (Translator.)  Yes.
21          Q.    Is all of this document yours,
22    or is there a part that was written by
23    somebody else?
24          A.    (Translator.)  This is my
25    handwriting, and the handwriting of Yasser
```

                    HUSSEIN AL SHEIKH

1

2   Arafat.

3        Q.    Is it accurate that the

4   handwriting which is horizontal is yours

5   and the handwriting which is diagonal is

6   Mr. Arafat's?

7        A.    (Translator.)  This is an area

8   with the handwriting where the date is

9   stated and the signature, this is of Yasser

10  Arafat.

11           MR. TOLCHIN:  Can we agree, Mr.

12        Hibey, that the witness is indicating

13        that the diagonal handwriting towards

14        the lower left as being Mr. Arafat's?

15           MR. HIBEY:  Yes.

16        Q.    What did you write in this

17  letter?

18        A.    (Translator.)  I requested from

19  Abu Amar to allocate money for three

20  people.

21        Q.    Just for the sake of the

22  record, and since it's your handwriting,

23  could you read the letter slowly and let

24  the translator translate?

25        A.    (Translator.)  Of course.  "Mr.

                    HUSSEIN AL SHEIKH
1

2    President, the warrior of combatant,

3    President of combatant."

4              MR. SAADI:  No, no, fight is --

5         (Arabic)  This (word) is someone who

6         declares Jihad because of unjust

7         conditions.

8              MR. SHEHADEH:  It can be both a

9         fighter and a combatant.

10             MR. TOLCHIN:  What is the

11        Arabic word we are talking about?

12             MR. SHEHADEH:  Mujahed.

13        A.    (Translator.)  I would like to

14   explain.  To assert that Mujahed is not a

15   fighter, if we want to take the linguistic

16   phrase, you can make Jihad through talking.

17        Q.    But the word is connected to

18   the root Jihad.  Can I make a suggestion;

19   let the Interpreter say what she thinks,

20   you say what you think, and then we'll ask

21   the witness to clarify and then we'll have

22   it on the record.

23        A.    (Translator.)  I have not

24   finished yet.  I would like to clarify.

25   Mujahed does not mean in any way combatant

HUSSEIN AL SHEIKH

2   or fighter.  Because, according to Islam,

3   Mujahed means that you can do Jihad through

4   your words and there is an internal thing

5   within your soul, the Jihad of your soul.

6   What is the Jihad of the soul?  That means

7   do not commit adultery, do not steal, and

8   such things.  Therefore Mujahed does not

9   necessarily mean a fighter.

10       Q.    Would you agree that Mujahed

11   can mean fighter?

12       A.    (Translator.)  Each person can

13   interpret it as he sees fit.

14       Q.    Just finish the letter, please.

15       A.    (Translator.)  (Reading.)  My

16   brother Abu Amar, may God protect you and

17   keep you well.  I grant you with the salute

18   of homeland and nation.  We request from

19   you Highness to be kind and to allocate a

20   financial amount of two thousand five

21   hundred dollars to the brothers number 1,

22   Raid ed Karmi, second Ziad Machmud Daas,

23   third Omar Kahaden, and we leave this to

24   your decision, your son Hussein al Sheikh.

25   The thing that was offered Yasser Arafat,

HUSSEIN AL SHEIKH

1   the Finance Ministry in Ramallah, the

2   allocation of six hundred dollars would be

3   given to each person.

4       Q.    Who is Raid ed Karmi?

5       A.    (Translator.)  Raid el Karmi is

6   a person from the Tul Karem area.

7       Q.    Why did you want to allocate

8   2500 dollars to Mr. El Karmi?

9       A.    (Translator.)  These were the

10  recommendations of the responsible in

11  charge person of Fatah in Tul Karem area,

12  since I do not know any of these three

13  people personally.  I am given

14  recommendations from the different Fatah

15  representatives in these area within my

16  capacity of the Secretary of Fatah I report

17  this to Yasser Arafat within the framework

18  of the Humanitarian Aid.  And I have

19  brought thousands of humanitarian aid to

20  people.

21      Q.    Who asked you or who

22  recommended to you that you request 2500

23  dollars for Mr. El Karmi?

24      A.    (Translator.)  If I am not

```
 1              HUSSEIN AL SHEIKH
 2    mistaken, the Secretary of the area of Tul
 3    Karem.  What period are we talking about?
 4    2001?  I cannot see the date.
 5         Q.    2001.
 6         A.    (Translator.)  I think that the
 7    Secretary, maybe it was Dr. Thabet or Fayet
 8    Kanaan.  I am not certain who it was, but I
 9    am sure one of them was the Secretary at
10    the time.
11         Q.    Who is Fayed Kanaan?
12         A.    (Translator.)  The Secretary of
13    Tul Karem area at that time, maybe.  I do
14    not recall if it was Dr. Thabet or Fayet
15    Kanaan.
16         Q.    Who is Amar Kadan?
17         A.    (Translator.)  I do not know
18    him.
19         Q.    Are you familiar with something
20    called Force 17?
21         A.    (Translator.)  Of course I am.
22         Q.    Was Mr. Kadan connected somehow
23    to Force 17?
24         A.    (Translator.)  Surely.
25         Q.    Briefly what is Force 17?
```

HUSSEIN AL SHEIKH

1

2     A.     (Translator.)  It is the

3     Private Presidential Guard.

4           MR. TOLCHIN:  This goes to the

5     commission, 6.

6           (Whereupon, the aforementioned

7     document was marked as Plaintiff's

8     Exhibit 6 for identification as of

9     this date by the Commissioner.)

10    Q.     Sir, is this a document that

11    you have ever seen before?

12    A.     (Translator.)  No, of course

13    not.

14    Q.     Did you review this document

15    before you came here today in preparation

16    for the deposition?

17    A.     (Translator.)  Yes, I saw it by

18    the lawyers.

19    Q.     Take a moment to read it.  Who

20    wrote this document?  Who signed it?

21    A.     (Translator.)  According to

22    what I see, the one who signed it is Fayed

23    Kanaan.

24    Q.     The same individual that we

25    spoke about a minute ago?

1            HUSSEIN AL SHEIKH

2        A.    (Translator.)  Yes, for sure.

3        Q.    Where is Fayed Kanaan today?

4        A.    (Translator.)  I do not know.

5   This is a period between 2001 and 2009,

6   eight years, maybe in Tul Karem.

7        Q.    Is he employed by the

8   Palestinian Authority today?

9        A.    (Translator.)  I do not know.

10        Q.    Do you know if he's still alive

11   today?

12        A.    (Translator.)  Of course.  If

13   he would have passed away, I would have

14   known about it.

15        Q.    The diagonal writing on the

16   left, is that Mr. Arafat's writing?

17        A.    (Translator.)  The diagonal

18   handwriting on the left is the writing of

19   Yasser Arafat.

20        Q.    There is a list of 15 names.

21   Do you recognize any of these names?

22        A.    (Translator.)  Not one of them.

23        Q.    Are you familiar with an

24   individual named Wafa Idris?

25        A.    (Translator.)  I do not know

```
 1                    HUSSEIN AL SHEIKH
 2     family?
 3            A.     (Translator.)
 4                   MR. McALEER:  Objection as to
 5              form.
 6            A.     (Translator.)  The Ministry
 7     gives money to all PLO prisoners.  Now,
 8     whatever the sentence, Israel has given it,
 9     sees that he is punished for it already.
10            Q.     So the answer to my question is
11     yes.
12                   MR. McALEER:  Objection as to
13              form.
14            A.     (Translator.)  Yes.
15            Q.     Does this Ministry make
16     payments to widows and orphans of PLO
17     members of Fatah members who are killed in
18     activities against Israel?
19                   MR. McALEER:  Objection as to
20              form.
21            A.     (Translator.)  I do not know.
22     I do not know if it gives any.
23            Q.     So between 2000 and 2004, did
24     the PA support violence against Israelis?
25                   MR. McALEER:  Objection as to
```

```
 1                  HUSSEIN AL SHEIKH
 2          form.
 3          A.      (Translator.)  The Palestinian
 4   Authority always issued statements against
 5   violence and against any violence committed
 6   against any Israeli civilians.  And
 7   sometimes the Palestinian Authority will
 8   declare a ceasefire but was not able to
 9   implement it on the ground.  But the
10   Palestinian Authority believes that
11   violence is prohibited by both sides.
12          Q.      Sir, before you came here
13   today, did you take any steps to inform
14   yourself what this case is about?
15          A.      (Translator.)  I never heard of
16   this case until I met the lawyers.
17          Q.      When did you meet the lawyers?
18   When are you referring to?
19          A.      (Translator.)  The first time?
20          Q.      Yes.
21          A.      (Translator.)  About a month
22   ago, approximately.
23          Q.      Are you referring to Mr. Hibey?
24          A.      (Translator.)  No, the first
25   time he was not there.
```