

Brian A. Hill
Member
(202) 626-6014
bhill@milchev.com

January 21, 2015

**VIA ECF**
Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *Sokolow v. Palestine Liberation Organization et al.*, 04-CV-397 (GBD) (RLE)

Dear Judge Daniels,

As I indicated previously, *see* DE 760, on January 20 we received an email from Plaintiffs' counsel identifying nearly 90 exhibits that Plaintiffs indicated they plan to use on the first day of Israel Shrenzel's testimony. *See id.* at 1. My January 20 letter to the Court objected to the exhibits with which the Plaintiffs indicated they intended to start.[1] This evening, Defendants have separately sent a letter to the Court concerning PTE 17. This letter addresses the remaining exhibits listed in Plaintiffs' January 20 email. For the reasons set forth below, and preserving all other objections Defendants have already lodged with the Court concerning these exhibits, Defendants object to PTE 196, 233, 465, 467, 472, 684, 686, 687, 688, 692, and 716 (attached).[2] All of these exhibits should be excluded from evidence.

### (1) PTE 196 (clips 3 and 6) — Video Clips of Marwan Barghouti and Sa'id Ramadan

This exhibit consists of two video clips. The first (clip 3) shows Marwan Barghouti making statements to the media. According to Plaintiffs' translation, Barghouti purportedly states:

---

[1] Those exhibits consisted of the alleged Security Apparatus magazines (PTE 175, 176, 177, 178, 179, 195, 198, 199, 200, 201, 202, 203, 204, 935, 936, 937, 949, 964, 966), the summary exhibits (PTE 1120 and 1121), alleged crime scene photographs (PTE 407, 1134), as well as PTE 407 and PTE 553. *See generally id.* The Court addressed the admissibility of all of these exhibits on January 21, 2015.

[2] The exhibits to which Defendants object in this letter include two videos (PTE 196 and PTE 716). Defendants will have those videos available for the Court to review in the morning.

Miller & Chevalier Chartered

655 Fifteenth Street, N.W., Suite 900 · Washington, D.C. 20005-5701 · 202-626-5800 · 202-626-5801 FAX · millerchevalier.com


**MILLER**
**CHEVALIER**

Hon. George B. Daniels
January 21, 2015 `
Page 2

> In my opinion, the Fatah movement has not changed its strategy.
> This is a clear strategy based primarily on continuation of the
> struggle against the Israeli occupation, which bears full
> responsibility for the Zionist terror policy going on against our
> people, in many and varied unending ways.

The Court has already held that similar statements purportedly made by Barghouti in a
Washington Post op-ed are inadmissible, Tr. 1/16/15 at 551:9, 561:20, including statements such
as "I reserve the right to protect myself to resist the Israeli occupation of my country and to fight
for my freedom," and "I do not seek to destroy Israel but only to end its occupation of my
country." 1/20/15 Tr. at 691:11-13, 18-20. The Court should likewise exclude PTE 196 clip 3.
It is not admissible under Federal Rule of Evidence 801(d)(2) as an opposing party's statement
because Marwan Barghouti is not a PA or PLO official, nor is he employed by the PA or PLO.
Moreover, the Court has held that such statements are irrelevant because they do not constitute a
direct incitement to violence. Tr. 1/6/15 at 93:18-21. Indeed, this video clip of Marwan
Barghouti consists of exactly the kind of heated talk that the Court has repeatedly ruled will not
come into evidence. *See*, *e.g.*, at 62:18-19, 63:8-11, 94:22-23, 95:11-19, 95:23-25, 98:3-5,
185:10-14. As a result, it has "absolutely no probative value with regard to the issues that the
jury has to decide here." Tr. 12/16/14 at 62:9-14.

PTE 196 (clip 6) contains no English subtitles, and depicts a man holding a machine gun
and apparently reading a statement. Defense counsel assumes that Plaintiffs believe that the
individual depicted is Sa'id Ramadan, but there is no evidence that Mr. Shrenzel can lay a proper
foundation for this clip or identify the declarant.

To the extent that the Court concludes that either of the PTE 196 video clips have some
probative value, any such minimal value is more prejudicial than probative. The only purpose
the videos will serve is to inflame the jury against the Defendants, and they should all be
excluded as a result. Fed. R. Evid. 403.

### (2) PTE 233 — Preventative Security Service Document Concerning Wafa Idris

This exhibit reflects a document concerning Wafa Idris, the suicide bomber responsible
for the January 27, 2002 attack. This document was not produced by Defendants. And Plaintiffs
cannot admit this exhibit through the testimony of Mr. Shrenzel, because Mr. Shrenzel has
already admitted that he cannot lay the necessary foundation for it. During his deposition,
Shrenzel testified that he had seen the document, but only "[d]uring the course of the preparation
of [his] expert opinion." Dep. Tr. 127:12-17 (attached as Exh. 1). He has no independent


MILLER CHEVALIER

Hon. George B. Daniels
January 21, 2015
Page 3

knowledge of this document, or where it came from. Moreover, Plaintiffs cannot lay the necessary foundation that the Arabic handwritten notes on the document, as Shrenzel could not read the handwritten notes. *Id.* at 129:13-20. So, to the extent that this document is allowed into evidence, the Court should nonetheless exclude Plaintiffs' purported translation of the handwritten notes.

### (3) **PTE 472, 684, 686, 687, 688, 692, and 716 — Idris and Aweis Alleged "Glorification" Evidence**

These exhibits consist of excerpts from news articles and a video that reflect statements purportedly glorifying Wafa Idris and Nasser Aweis.

Plaintiffs previously proffered the expert opinion of Itamar Marcus, Director of Palestinian Media Watch ("PMW"). Plaintiffs sought to use Marcus as a conduit for numerous newspaper articles and TV clips. On January 7, the Court ruled: "What the situation will be is that that witness will not testify in your case-in-chief." Tr. 1/7/15 at 68:1-2. At the January 12 pre-trial conference, Plaintiffs' counsel stated: "And then as we discussed last week Marcus, we're cognizant of the Court's earlier comments and rulings. Based on that we've withdrawn him from our case in chief with the understanding that we reserve them for rebuttal." Tr. 1/12/15 at 57:21-25. Plaintiffs, however, are now attempting to use Israel Shrenzel as a conduit for the very newspaper articles and TV clips that Marcus collected and cited in his report. PTE 472, 684, 686-88, 692, and 712 were not cited in Israel Shrenzel's report, but were cited and quoted in the Marcus report. *See* Exh. 2 (Marcus Report at 41-43, 51). Plaintiffs' effort to get Marcus hearsay in through the back door via Shrenzel is improper. In addition, the exhibits are inadmissible hearsay. Exhibits 684, 686, 687, 688, and 692 are all excerpts from newspaper articles.

PTE 472 and 716 are video clips from Marcus's organization PMW. PTE 472 purports to be from the "Archives of PMW / Palwatch.org" and includes a woman singing in front of a full orchestra about Wafa Idris the suicide bomber in the Sokolow incident. The video is prefaced with a PMW statement that "After the suicide bombing, Palestinian Authority TV repeatedly broadcast this song praising the first female suicide terrorist." Marcus discussed the video in his report and quoted the song. Exh. 2 at 42. PTE 716 is another video clip prepared by Marcus's organization, and purports to include a clip from PA TV regarding Nasser Aweis. It also is quoted in the Marcus report. *Id.* at 51. Plaintiffs will ask the jury to draw the inference that because the song was broadcast on PA TV, it represents the views of the PA. That inference is not warranted. Both videos are irrelevant to the Defendants' liability for the attacks at issue and are more prejudicial than probative.



MILLER
CHEVALIER

Hon. George B. Daniels
January 21, 2015
Page 4

### (4) **PTE 465, 467 — Munzar Noor Custodial Statements**

These exhibits are the alleged custodial statements of Munzar Noor.  Once again, Plaintiffs have redacted only the names of third parties in these statements; they failed to redact statements that are not truly self-inculpatory, even though such statements do not constitute statements against interest.  *See Williamson v. United States*, 512 U.S. 594 (1994).  Worse yet, despite the Court's repeated and unambiguous rulings, Plaintiffs failed to redact Noor's statement that the mastermind of this attack was "working for the Military Intelligence."  PTE 467 at 109.  As the Court stated on January 13, 2015, "If you say 'I accuse Mr. Obama,' there is not much difference than saying 'I accuse the president of the United States.'"  Tr. 1/13/15 at 39:6-8.

Sincerely,

Brian A. Hill

[handwriting] National Security Command, be informed. This information proves that the General Intelligence are involved in the issue of Wafa Idris. You can discreetly check this with her brother.

| | | |
|---|---|---|
| Palestinian National Authority |  | Palestinian National Authority |
| [Handwriting:] 2/14/2002  [illegible handwriting] | [Logo of the Preventive Security] | |
| Preventive Security H.Q. | | Preventive Security H.Q. |
| Ramallah Directorate | | Ramallah Directorate |

Important
02/14/2002

In the name of Allah, the Compassionate and Merciful

To the Brother Head of National Security, may Allah protect him.

To the brother Head of Political Security, may Allah protect him,

Greeting of the nation,

Subject: Private information regarding the issue of *shahida* [female martyr] Wafa Idris

At the night in which it was revealed that the person, who carried out the attack was *shahida* [female martyr] Wafa Idris - and before anyone claimed responsibility for the attack - Tawfik al-Tirawi, head of the General Intelligence, called Khalil Idris, the elder brother of the *shahida* [female martyr], several times and requested that the family would not announce that Wafa was the one who carried out the attack, but that she got married and moved to Jordan or to any other place. In return, al-Tirawi was willing to facilitate Khalil's visit to Jordan despite the fact that he is on the Israeli wanted list. Khalil answered that he could not sell the blood of his sister in this way.

The family indicated that during her last day, Wafa did not show any signs that she was not coming back. She said that she was traveling to Nablus and might be late.

[Handwriting:]
Brother
[illegible:]

Important:
Confirm this
with her
brother and
inform me as
soon as
possible.
[signature]
2/22/2002

For your information

With respect,

Amna Aidiya
Political Security

[Handwriting:] To the Brother, head of the Directorate, may Allah protect him.

Be informed.

May you last long.

[illegible] 02/16/2002

P 1: 554

PLAINTIFF'S EXHIBIT
233

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.   The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as P 1: 554.

2.   I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.   To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 554

Dated: March 7, 2014

Yaniv Berman



Palestinian National Authority

Preventive Security H.Q.

Ramallah Directorate

السلطة الوطنية الفلسطينية

قيادة الأمن الوقائي

مديرية رام الله

٢٠٠٢/٦/١٤

بسم الله الرحمن الرحيم

الأخ مدير الأمن الوطني إلى ..... حفظه الله

الأخ مدير الأمن السياسي ..... وحفظه الله

تحية الوطن وبعد ،

الموضوع / معلومات خاصة حول موضوع الشهيدة وفاء ادريس

في النابلة التي تم الكشف عنها عن منظمة العملية فيها الشهيدة وفاء ادريس وحيث ان يتم تبني العملية من أي جهة قام مدير المخابرات العامة توفيق الطيراوي بالاتصال هاتفيا ولمدة عرفت مع اخ الشهيدة الأكبر خليل ادريس يطلب منه ان لا يتم الاعلان من قبل العائلة على ان وفاء هي منفذة العملية وانها هي تزوجت وسافرت إلى الأردن أو إلى أي مكان اخر ومقابل ذلك يستعد الطيراوي ان يقوم بتقديم تسهيلات لخليل للسفر إلى الأردن على الرغم من انه في قائمة المطلوبين لدى الإسرائيليين وبجانب خليل بأنه لا يمكن ان يضيع دم انته بهذه الطريقة .

وما تم تأكيده من قبل العائلة ان وفاء في يوم خروجها الاخير لم يظهر عليها أي دليل بأنها ان تعود لانها اشارت إلى انها ذاهبة إلى نابلس واحتمال ان تتأخر .

لائلة مكم

مع الاحترام

امنة عايدية

الأمن السياسي

P 1: 554

# PLACEHOLDER FOR EXHIBIT 472

## SEE ENCLOSED DVD

| Time | English | Arabic |
|------|---------|--------|
| 00:0-01:21 | After the suicide bombing, Palestinian Authority TV repeatedly broadcast this song praising the first female suicide terrorist<br><br>My sister Wafa,<br>My sister Wafa,<br><br>Oh the heartbeat of pride<br>Oh flower who was on Earth and is now in Heaven<br><br>God is great, oh Palestine of the Arabs<br>God is great, oh Wafa<br><br>But you chose martyrdom<br>In death you have brought the aspiration to life<br><br>But you chose martyrdom<br>In death you have brought the aspiration to life | After the suicide bombing, Palestinian Authority TV repeatedly broadcast this song praising the first female suicide terrorist<br><br>أختى وفاء يا نبضه من كبرياء<br><br>يا زهره كانت على الارض وصارت فى السماء<br><br>الله اكبر يا فلسطين العرب<br><br>الله اكبر يا وفاء<br><br>لكنكى اخترتى الشهاده بالموت احييتى الارادة<br><br>لكنكى اخترتى الشهاده بالموت احييتى الارادة |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8 178.

2.  I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 8 178.

Dated: February 2̲8̲, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ *New York*

    On the *28th* day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
*28th* day of February, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20*15*

"Yesterday, activities ended in the Shahida (Martyr) Wafa Idris [summer] camp for girls in the city of Qalqilya. [The camp] was founded by the Scout general administration in the Ministry of Youth and Sports. [The camp] was supervised by the Scouts Department in the Qalqilya Administration and attended by 100 girls . . . [At the end of the summer camp, everyone thanked the supporting organizations, including] UNICEF for its support of the [summer] camps."

["Qalqilya:  conclusion of the Wafa Idris [Summer] Camp activities", Al-Ayyam (July 18, 2003)]


PLAINTIFF'S EXHIBIT 684

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

    Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Qalqilya: conclusion of the Wafa Idris [Summer] Camp activities", Al-Ayyam (July 18, 2003).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Qalqilya: conclusion of the Wafa Idris [Summer] Camp activities", Al-Ayyam (July 18, 2003).

Dated: February 27, 2014

                                _____
                                ROEE COHEN

כותרת: קלקיליה – תמו פעילויות מחנה השהידה "ופאא' אדריס" לנערות

קלקיליה – אלאיאם – **"אתמול תמו פעילויות מחנה השהידה "ופאא'**
**אדריס" לנערות בעיר קלקיליה, שהוקם על ידי ההנהלה הכללית של**
**הצופים במשרד הנוער והספורט.** על המחנה פיקח מדור הצופים במנהלת
קלקיליה, והשתתפו בו מאה נערות מועדות ארגון הצופים בעיר.
בטקס הסיום נכח קהל רב של תושבים ו [נציגין] המוסדות הרשמיים,
הלאומיים, והמקומיים... נישאו נאומים רשמיים של סגן מושל מחוז
קלקיליה ד"ר סמיח אלנצר, נאום מטעם חסאם בלעאוי ראש הוועדה
הלאומית למחנות קיץ במחוז קלקיליה. הוא הדגיש בפני כולם את חשיבות
מחנות הקיץ ואת התפקיד והחשיבות של הוועדה הלאומית, [בכל הנוגע]
להפעלת המוסדות המעניקים חסות למחנות. הוגשו תודות למוסד התומך
**ולארגון יוניצ"ף** לאור תמיכתם במחנות.
[אלאיאם 18/7/03]



قلقيلية : اختتام فعاليات مخيم
الشهيدة وفاء ادريس للزهرات

قلقيلية .«الأيام». اختتمت امس
فعاليات مخيم الشهيدة «وفاء
ادريس» للزهرات في مدينة قلقيلية
الذي اقامته الادارة العامة للطلائع
في وزارة الشباب والرياضة، واشرف
عليه قسم الطلائع في مديرية قلقيلية
بمشاركة مائة زهرة من لجان منظمة
الطلائع في المدينة.
وحضر حفل الاختتام جمهور غفير
من الأهالي والمؤسسات الرسمية

والوطنية والأهلية وتم تتويج
الاحتفال بعرض احتفالي
للمجموعات المتميزة. حيث قامت
الاحتفال الزهرة نور مراجع حيث
تخللته الكلمات الرسمية لكل من نائب
محافظ محافظة قلقيلية د. سميح
النصر. وكلمة حسام بلعاوي رئيس
اللجنة الوطنية للمخيمات الصيفية
في محافظة قلقيلية.
وأكد الجميع أهمية المخيمات

الصيفية ودور وأهمية اللجنة
الوطنية في تفعيل دور المؤسسات
التي تحتضن المخيمات وقدموا
الشكر للمؤسسة الداعمة ومنظمة
اليونسيف لدعمها للمخيمات.

دائرة التأهيل والتدريب
بالوزارة تواصل
برنامجها التدريبي

"The graduation of a course named after Martyr (*Shahida*). Wafa Idris for training Fatah female cadres was held yesterday in the Jenin District auditorium. [The course] was given as part of a series of courses organized by the Commission of Activity among the Masses of the Political Guidance [Authority], in cooperation with the General Union of [Palestinian] Women and the District's PR department."

["Jenin:  Graduation of female Fatah cadres", Al-Hayat Al-Jadida (July 3, 2005)]



PLAINTIFF'S
EXHIBIT
686

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                              Plaintiffs,

        vs.                                          No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                              Defendants.

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States,

pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Jenin: Graduation of female Fatah cadres", Al-Hayat Al-Jadida (July 3, 2005).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Jenin: Graduation of female Fatah cadres", Al-Hayat Al-Jadida (July 3, 2005).

Dated: February ⟩⟨, 2014

                                        _____
                                        ROEE COHEN

# جنين : تخريج كوادر فتحاوية نسوية

جنين - [ ] ـية : مهند جدوع- احتفل في قاعة محافظة جنين امس بتخريج دورة الشهيدة وفاء إدريس لإعداد الكوادر الفتحاوية النسوية والتي تندرج في إطار سلسلة الدورات التي تنظمها مفوضية العمل الجماهيري في التوجيه السياسي بالتعاون مع الاتحاد العام للمرأة ودائرة العلاقات العامة في المحافظة.

وحضر حفل التخريج كل من مهدي الأحمد مدير مديرية الداخلية، وحسن الأعرج من مديرية الداخلية وعبد الرزاق أبو الهيجا نائب المحافظ، وعطا أبو رميلة امين سر حركة فتح إقليم جنين، بالإضافة الى حشد كبير من المهتمين، وشارك في الدورة التي استمرت ٤٠ ساعة تدريبية ١٦ سيدة.

وركز أبو الهيجا في كلمته على ان الإنسان المثقف من اهم ركائز للمجتمع، مشيدا بالفعاليات والنشاطات التي تعمل على تحفيز دور المرأة المثابرة داعيا الى تربية الأجيال تربية قائمة على الأخلاق والوطنية، من جانبه ثمن أبو رميلة دور التوجيه السياسي والاتحاد العام للمرأة.

وتحدث أبو رميلة من حالة الانقسام التي تسيطر على الشارع الفلسطيني بسبب السلبيات الموجودة، داعيا الى رص الصفوف من اجل مواجهة المرحلة المقبلة من النضال الوطني الفلسطيني، كما طالب بعقد المزيد من الدورات وورش العمل التي من شأنها زيادة الوعي لدى المرأة.

والقت روضة مناصرة كلمة الخريجات اكدت فيها على اهمية مواصلة عقد الدورات التثقيفية والتوعوية والإرشادية، كما قرأت قصيدة شعرية عددت فيها مناقب الرئيس الراحل ياسر عرفات.

ودعت دلال أبو بكر من الاتحاد العام للمرأة لتكاتف الجهود استعدادا لعقد المؤتمر العام لحركة فتح من اجل التوصل الى نتائج مرضية لجميع الأطراف.

يذكر ان محمد العابد تولى التنسيق للدورة وفي نهاية الاحتفال قام أبو الهيجا والحضور بتوزيع الشهادات على الخريجات، كما قاموا بتكريم أمهات الشهداء وتسليمهن دروعا تقديرية.

"Rabiha Dhiab, member of the administrative staff of the Palestinian Women Union emphasized in a speech on behalf of Palestine's women that the participation of [Wafa] Idris in the operation (i.e., terror attack) reflects the determination of the Palestinian women to participate as full [partners] in the national struggle, just like their brothers."

["Ramallah:  Thousands of citizens participate in a symbolic funeral for Martyr Wafa Idris", Al-Ayyam (Feb. 1, 2002)]



PLAINTIFF'S EXHIBIT 687

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

vs.                                                      No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief.  The document or portion thereof is designated as "Ramallah: Thousands of citizens participate in a symbolic funeral for Martyr Wafa Idris", Al-Ayyam (Feb. 1, 2002).

2.  I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010).  I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Ramallah: Thousands of citizens participate in a symbolic funeral for Martyr Wafa Idris", Al-Ayyam (Feb. 1, 2002).

Dated: February 28, 2014

                                                   _____
                                                   ROEE COHEN

يا ١١، ٦ م

١/٢/٠٢

**[3] أيــام فلسطينية**



(عدسة: جمال العاروري)

جانب من مسيرة التشييع الرمزية للشهيدة إدريس.

<u>انطلقت من مخيم الأمعري باتجاه دوار المنارة</u>

# رام الله : آلاف المواطنين يشاركون
# في جنازة رمزية للشهيدة إدريس

**رام الله – الأيام:** شارك آلاف المواطنين، أمس، في مراسيم تأبين رمزية للشهيدة وفاء علي إدريس (٢٧ عاماً)، من سكان مخيم الأمعري، ومنفذة العملية التفجيرية في القدس الغربية الأحد الماضي.

وبدأت المراسيم بأداء صلاة الغائب على الشهيدة، التي تحتفظ سلطات الاحتلال على بقايا جثمانها، في مسجد المخيم، قبل أن تخرج مسيرة حاشدة باتجاه دوار المنارة، وسط مدينة رام الله.

وحمل المواطنون نعشاً خشبياً لُف بالعلم الفلسطيني، وصور الشهيدة، والأعلام الفلسطينية، ورددوا هتافات تؤكد التمسك بخيار الانتفاضة والمقاومة حتى نحر الاحتلال.

وفي المنارة، نظم مهرجان خطابي، تحدث فيه قيس عبد الكريم (أبو ليلى)، عضو المكتب السياسي للجبهة الديمقراطية، باسم القوى الوطنية والإسلامية، مؤكداً الموقف الفلسطيني الثابت في مواصلة الانتفاضة والنضال حتى إنجاز الأهداف الوطنية.

وأشار عبد الكريم إلى وقوف الشعب الفلسطيني بكافة فئاته إلى جانب القيادة الفلسطينية، داعياً في الوقت ذاته إلى إجراء مراجعة لسياسات السلطة في الآونة الأخيرة، والإفراج عن المعتقلين السياسيين.

وأوضح أن ترتيب الأوضاع الداخلية عامل مهم،

لتعزيز الصمود الفلسطيني في مواجهة العدوان الإسرائيلي.

وتطرق إلى العملية التي نفذتها إدريس، معتبراً إلى أنها تعكس الدور العظيم للمرأة الفلسطينية في النضال الوطني.

وانتهى عبد الكريم إلى أن الشعب الفلسطيني سيواصل كفاحه، وفاء للشهيدة وبقية شهداء الشعب الفلسطيني الذين قدموا أرواحهم فداء للوطن، حتى الاستقلال وإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس، وعودة اللاجئين إلى ديارهم التي شردوا منها.

بدوره، ألقى زياد أبو عين، عضو اللجنة الحركية العليا لحركة «فتح»، كلمة باسم الأخيرة، أثنى فيها على بطولة إدريس، العضو في كتائب شهداء الأقصى التابعة للحركة، موضحاً أن المسيرة النضالية ستستمر حتى التخلص من الاحتلال، وأن دماء الشهداء لن تذهب هدراً.

وفي الإطار ذاته، أكدت ربيحة ذياب، عضو الهيئة الإدارية لاتحاد المرأة الفلسطينية، في كلمة باسم نساء فلسطين، أن مشاركة إدريس في العملية تعكس إصرار المرأة الفلسطينية على الانخراط في النضال الوطني بشكل كامل مثل أخيها الرجل، حتى إقامة الدولة الفلسطينية وعاصمتها القدس، وعودة اللاجئين استناداً إلى القرارات الدولية ذات الصلة بالقضية الفلسطينية.

---

لانتباه المسيحيين الفلسطينيين فقط

مادة للدراسة الشخصية مجاناً

"Recently, the heroine Wafa Idris succeeded in carrying out the bombing operation in Jerusalem, and subsequently, the Martyr Darin Abu Aisheh. These operations . . . show all nations of the world that the Palestinian woman is capable of carrying out successful acts of self-sacrifice."

["Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002)]



PLAINTIFF'S
EXHIBIT
688

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Martyr Dalal Mughrabi – Memories that renew the pledge to continue the struggle", Al-Hayat Al-Jadida (Mar. 11, 2002).

Dated: February 27, 2014

_____
ROEE COHEN

## الشهيدة دلال المغربي . . ذكريات تجدد العهد نحو استمرار النضال

## عرض فيلم الطير الأخضر في رام الله اليوم



شرطيان يتفقدان مقر الرئاسة في نابلس بعد تعرضه لتدمير احتلالي همجي أمس.

و.ا.ف.ب.



«تصوير محمد محيسن»

تعرض للعدوان الجوي أمس.

## والأسرى في محافظة جنين

## باتشي في بيتونيا

---

*(Handwritten note on image)*

H J,

March. 11, 2002

Headline: "Al-Amari plans to launch the 'Shahida (Martyr) of Honor, Wafa Idris' youth tournament."

Text: "The administration of the Al-Amari youth center has announced its plans to launch a youth tournament (those born in 1991) to be named 'Shahida (Martyr) of Honor, Wafa Idris [tournament].' The Al-Amari administration is in contact with the Palestinian Football Association to receive permission. [The tournament] will commence on March 10. Twelve teams will be participating."

["Al-Amari Plans to Launch the Shahida (Martyr) of Honor Wafa Idris' Youth Tournament", Al-Hayat Al-Jadida (March 6, 2011)]



PLAINTIFF'S EXHIBIT 692

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ROEE COHEN

Roee Cohen hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The document or portion thereof is designated as "Al-Amari Plans to Launch the Shahida (Martyr) of Honor Wafa Idris' Youth Tournament", Al-Hayat Al-Jadida (March 6, 2011).

2. I am a professional translator with a BA in Arabic Language and Literature and Islamic and Middle Eastern Studies from the Hebrew University of Jerusalem, (2010). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language document or portion thereof designated as "Al-Amari Plans to Launch the Shahida (Martyr) of Honor Wafa Idris' Youth Tournament", Al-Hayat Al-Jadida (March 6, 2011).

Dated: February 28, 2014

_____

ROEE COHEN

«شهداء الكرامة وفاء ادريس»
الامعري نحو اعداد المزيد من الشهداء

# PLACEHOLDER FOR EXHIBIT 716

## SEE ENCLOSED DVD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, | |
| Plaintiffs, | No. 04 Civ. 00397 (GBD) (RLE) |
| vs. | |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, | |
| Defendants. | |

## DECLARATION OF ZACHY BEN HAMO

Zachy Ben Hamo hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.  The attached translation from Arabic to English is an accurate representation of the video or portion thereof received by Palestine Media Watch, to the best of my knowledge and belief. The video or portion thereof is designated as For You, "Glorifying Terrorist Mastermind", PA TV (June 30, 2012).

2.  I am a professional translator with a BA in Arabic Language and Literature from Hebrew University, Jerusalem, (2000); and a Masters in Arabic Language and Literature from Hebrew University, Jerusalem, (2007). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video or portion thereof designated as For You, "Glorifying Terrorist Mastermind", PA TV (June 30, 2012).

Dated: February 21, 2014

_____
ZACHY BEN HAMO

PLAINTIFF'S
EXHIBIT
465

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 1 |
|---|---|---|---|---|
| Identity No. 92442607 | First Name Munzar | Last Name Noor | | Name in Latin letters |
| Prior Name | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed | | | Sex Male · Religion Muslim |
| Date of Birth November 21, 1977 | Place of Birth Kuwait | Home Phone 059-720290 | | Work Phone 02-2406515 |
| Address of Residence Ramallah, his workplace | | Name and Address of Workplace The Red Crescent (Hilal Ahmar), Ramallah | | |
| Mobile phone No. 059-314801 | Father's Name Mahmoud | Parents' Address [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 2:45 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1   On the date and time and in the place indicated above, I saw the above-named individual before me,
2   and I said to him, I, a police officer, whose details are indicated above, inform you that I am about to
3   question you and take your statement further to the statements that you gave during your questioning
4   on April 23, 2002, and April 25, 2002. In addition, I remind you that you are being questioned under
5   caution and that you need not say anything unless you want to; however, anything you say will be
6   taken down by me and may be used as proof. Abstention from responding to questions may
7   strengthen the evidence against you.
8   [Arabic signature] [Signature]
9
10   After I read before the above-named individual the statement above and translated it into the Arabic
11   language for him, which he understands, he confirmed with his signature that he understood the
12   content of the charge and the warning, and said of his good free will:
13   I want to tell you further to what I said in my statement. In 1993, I went out with the Shabiba
14   movement in Anbata Tulkarm. When I was aged 14-15, I was approached in the neighborhood by
15   ▇▇▇▇▇▇, aged about 30, married, known as ▇▇▇▇▇▇, a resident of Anbata,
16   who suggested that I come with him for "activity", without telling me what he meant by activity.
17   Before the activity, ▇▇▇▇▇▇ asked me to bring a tape recorder with me. And I
18   brought the tape recorder from home and at ten at night I departed with (1) ▇▇▇▇
19   ▇▇ (2) ▇▇▇▇▇▇, today aged about 28-30, a ▇▇▇▇▇▇▇
20   living in Anbata, and we went out on foot to the home of ▇▇▇▇▇▇, aged about 35,
21   married, working as a painter (Dahayan) and living in Anbata; together with us six-seven masked men
22   came, and then we took ▇▇▇▇▇▇ to a hill in Anbata, and we used force because
23   ▇▇▇▇ wanted to escape, and we seized and tied his hands (Rabtana) with a cloth. And then we
24   came to the hill in Anbata [illegible; crossed out] and after that
25
26
27
28

[Arabic signature]      [Signature]

Time of completion of taking of statement

M. 3007      D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 100**

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 2 | |
|---|---|---|---|---|---|
| Identity No. | First Name Munzar | | Last Name Noor | Name in Latin letters | |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Work Phone | |
| Address of Residence | *Continued* | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel | | |

<u>May 13, 2002</u>   3:10 p.m.   ~~Continued~~

| Date | Time | Place | Investigator | Ser. No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|

1  masked men stayed there and ▮▮▮▮▮ and I returned to the village. Before
2  ▮▮▮▮▮ and I went down, ▮▮▮▮▮ took the tape recorder from me and gave it to a masked
3  man. [illegible; crossed out]
4  And on the following day ▮▮▮▮▮ returned the tape recorder to me, and after about 4-5
5  days I saw ▮▮▮▮▮ in good physical condition. In the eighth month of 2001, Wafa Idris
6  recruited me as a source (Mansour) for military intelligence (Isthabarat) and introduced me to
7  ▮▮▮▮▮; each time I had information, I would forward that information to ▮Person A▮. In
8  my first statement I said that his name was ▮Person A▮ [illegible; crossed out] and he is
9  ▮Person A▮, but his real name is ▮Person A▮, aged about 40, whose is known
10  as ▮Person A▮, married and living in Bitunia ▮▮▮▮▮, and he is tall, mustached,
11  fat and fair complexioned. In that period I worked and brought information of suspicions (Shibha) of
12  vice (alhalkiya) and theft: (1) ▮▮▮▮▮, aged about 30, married, known as ▮▮▮▮▮, an
13  ambulance driver, a resident of Ramallah; (2) ▮▮▮▮▮, aged about 32, married, a first
14  aid (Asaf) center manager, living in Kafr Akab, who used to live in the U.S.; (3) ▮▮▮▮▮, aged
15  about 50, married, a deputy manager of the Red Crescent (Hilal al Ahmar) in Ramallah. A resident of
16  Ramallah, he was suspected of stealing money; (4) ▮▮▮▮▮, aged about 30, married,
17  Abu Adal, an ambulance driver and a cleaner in Jerusalem, a resident of Beit Iksa. On January 2001,
18  he talked to me about military issues. ▮Person A▮ talked with me about a suicide attack in Israel and
19  that this time a woman was sent, and the talk about the woman and the suicide raised the name of
20  Wafa Idris. ▮Person A▮ asked me what I thought about Wafa. I said to him that I did not know and we
21  should ask her. And then ▮Person A▮ approached Wafa Idris and invited her to his home
22
23
24
25
26
27
28

[Arabic signature]                    [Signature]

Time of completion of taking of statement

M. 3007                    D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 101**

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 3 |
|---|---|---|---|---|
| Identity No. | First Name Munzar | | Last Name Noor | Name in Latin letters |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex \| Religion |
| Date of Birth | Place of Birth | | Home Phone | Work Phone |
| Address of Residence | Continued | | Name and Address of Workplace | |
| Mobile phone No. | Father's Name | | Parents' Address [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel | |

| May 13, 2002 | 3:35 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  In the home of [Person A], we sat down, [Person A] and Wafa Idris and I, and we talked about the
2  subject; I mean a suicide attack. And then initially Wafa Idris agreed and afterward she changed her
3  mind. We said that the attack would be in Jerusalem, we did not say where in Jerusalem. Wafa Idris
4  changed her mind because I told her that I was going down to Jerusalem, meaning that I would be a
5  partner with her in the attack, and because of this Wafa withdrew her consent, and she did not want to
6  be the reason that would endanger (Tathar) me.
7  And then Wafa Idris said that she would only put the explosive device in Jerusalem and so a suicide
8  bomber would not be needed, and then [Person A] agreed and said, no problem "Mafish Mushkala".
9  After two days, Wafa Idris traveled to Jerusalem to go around the city and to check whether there
10 were soldiers, checkpoints, and after that she returned to [Person A]'s house, and said that it was worth
11 carrying out the attack in Yaffo Street, because there were many people there, and I was with her in
12 [Person A]'s house. [Person A] said to her: "Tomorrow I will call you and explain to her what she must
13 do". This means how the explosive device will be activated. The explosive device had a clock
14 connected to it. The day before the attack the three of us, [Person A] and Wafa Idris and I, met in [Person
15 A]'s house in the industrial area in Bitunia, and [Person A] said to Wafa that she should come to the
16 Nablus Gate with the explosive device, give the explosive device to a young man who I do not know
17 and return; the young man knows what to do with the explosive device. Wafa Idris agreed to transfer
18 the explosive device to Jerusalem. On the day of the attack, Wafa Idris was late in arriving and taking
19 the explosive device from [Person A]. Wafa Idris should have been at [Person A]'s place at
20 half past nine in the morning, but she was late and arrived at half past ten in the morning. She took the
21 explosive device and traveled to Jerusalem, I do not know with which vehicle. Wifa Idris came to the
22 Nablus Gate and saw the young man
23
24
25
26
27
28

[Arabic signature]                    [Signature]
                                       Time of completion of taking of statement
M. 3007                  D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 102**

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 4 |
|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex ⎪ Religion |
| Date of Birth | Place of Birth | | Home Phone | Work Phone |
| Address of Residence | <u>Continued</u> | | Name and Address of Workplace | |
| Mobile phone No. | Father's Name | | Parents' Address<br>[Stamp]  Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | |

| <u>May 13, 2002</u> | <u>4:00 p.m.</u> | <u>Ashkelon</u> | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  and said to him that she [illegible; crossed out] would place the explosive device by herself. The
2  young man telephoned ▮Person A▮ and told him that Wafa Idris would place the explosive
3  device by herself. Then ▮Person A▮ said to him: it is not important who places the explosive device. I
4  know this because ▮Person A▮ told me after the attack. At that time I was at work. An alarm clock was
5  connected to the explosive device and ▮Person A▮ knew the time at which the device was supposed to
6  explode. When ▮Person A▮ saw that the time was approaching, he called, from his mobile phone 059-
7  337647, Wafa Idris and told her that there were seven minutes left, and after that he called again and
8  told her that there were three minutes left. Wafa said to him "do not be scared about me" and hung up
9  the mobile phone. ▮Person A▮ and I talked and our estimate (Tahlil) was that Wafa Idris had been
10 discovered with the explosive device and so [illegible; crossed out] she had not placed the explosive
11 device and after a few minutes the explosive device exploded.
12 <u>Question</u>: You work at the Red Crescent as a medic who is supposed to save life. After that you are
13 an accomplice in an attack in which people are killed.
14 <u>Answer</u>: I am explaining to you that I am not an accomplice, I just convinced Wafa to carry out the
15 attack.
16 <u>Question</u>: What happened after the attack?
17 <u>Answer</u>: Three days after the attack, on January 30, 2002, the Preventive Intelligence came to arrest
18 me. ▮Person A▮, who was at the site, argued with the Preventive Intelligence and told them that I was
19 under surveillance (Murtab) and that the military intelligence (Isthabarat) had to arrest me and then
20 ▮Person A▮ took me to prison and told the prison warden, ▮▮▮▮▮, aged about 35, from Ramallah,
21 that I was not an ordinary detainee (Sajin Aadi) and that he had to guard me ~~and give me~~ and put me
22 in a room alone, without telling him why. After 40 days, Israeli aircraft bombed the Mukataa in
23 Ramallah and I was released. My parents asked me why they had arrested me.
24
25
26
27
28

[Arabic signature]                    [Signature]

Time of completion of taking of statement

M. 3007                    D.M. J-lem 6200 x 50 x 2 (6.01) 231290

| Statement by | | Israel Police | | Statement No. 3 Sheet No. 5 |
|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | Last Name<br>Noor | | Name in Latin letters |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | | Work Phone |
| Address of Residence | **Continued** | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp]  Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 4:15 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1 I said because of my ties with Wafa Idris and in order to guard me ~~from the security~~ from the
2 Preventive Intelligence and the IDF.
3 Question: What activity did Wafa Idris carry out that you know about?
4 Answer: She transferred cartridges from Qalandia checkpoint and transferred leaflets of the Fatah
5 Organization to a-Ram checkpoint, and I know this because Wafa Idris told me.
6 Question: What is your additional activity? Investigator's comment: the above-named individual
7 wishes to go to the toilet. It is 4:20 p.m. I stop the statement and allow the above-named individual to
8 go to the toilet. It is now 4:30 p.m. I inform you that you are still being questioned under caution and
9 you do not have to say anything unless you want to, but whatever you say will be written down by me
10 and may be used as proof. Abstention from answering questions may strengthen the evidence against
11 you. (Investigator's comment – I read him the question from row 17).
12 Answer: Person A approached me before Wafa Idris carried out the attack in Jerusalem ~~and asked me~~
13 and suggested to me to transfer explosive devices in an ambulance. I refused because it would be a
14 mistake to involve the Red Crescent in military activity, but after Wafa Idris carried out the suicide
15 attack, I contacted Person A and proposed that I drive explosive devices in the ambulance, but Person
16 A said to me: forget about it, and asked me to bring him information about checkpoints, forces,
17 soldiers and arms and I gave him information about IDF forces before they went into Ramallah for
18 the first time.
19 This is his statement, which was given of his good free will, which was read to him and translated
20 into the Arabic language for him, which he understands, and he confirms it as correct by his signature.
21
22
23
24
25
26
27
28

[Arabic signature]                    [Signature]                    4:45 p.m.
                                                        Time of completion of taking of statement
M. 3007                                            D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 104**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

              Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8: 100-04.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 8: 100-04.

Dated: February 28, 2014

Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

MOLLY J. WHITE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2336704

משטרת ישראל

הודעה מס׳ ___ גליון מספר 3 / 1
שם באתיות לטינית / الاسم في حروف إنكليزية | שם משפחה / اسم العائلة | שם פרטי / الاسم الشخصي | מס׳ זהות / رقم الهوية 9242607

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: רווק / أعزب ☑ | נשוי / متزوج ☐ | גרוש / مطلق ☐ | אלמן / أرمل ☐

מין הנפש / 225

תאריך לידה / تاريخ الولادة 21/11/1977
מקום לידה / مكان الولادة כפר

טל׳ בבית הקליין في البيت 059-720290
טל׳ מעבדות הקליין بمكان العمل 02-2406515

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מען מגורים מעון / ___

מסי טלפון נייד / رقم الهاتف اللاسلكي 059-314801

כתובת החורים العنوان للأب
שם האב / اسم الأب

משה משה
מ.ת. 99372-5
A.N.

חוקר / المحقق
תאריך התאריך 13/05/02
שעת השעה 14.45



שעת סיום גביית החודעה
231290 (6.01) 6200×80×2 רפ״ת

P 8: 100

משטרת ישראל

| שם משפחה אסם العائلة | שם פרטי الاسم الشخصي | שם וחות رقم الهوية |
|---|---|---|

מצב משפחתי المالة الاجتماعية: רווק/אעزب ☐  נשוי متزوج ☐  גרוש/مطلق ☐  אלמן أرمل ☐

מין الجنس  דת الدين

מקום לידה مكان الولادة    תאריך לידה تاريخ الولادة

מען מגורים العنوان

שם האב اسم الأب    מס׳ טלפון נייד رقم الهاتف اللاسلكي

משה משה
ת.א. 99372-5

| חחוקר الملق | מקום المكان | שעה الساعة 15:10 | תאריך التاريخ 13/05/02 |
|---|---|---|---|

*(The body of the form consists of approximately 28 lines of handwritten Arabic/Hebrew text which is largely illegible.)*

משטרת ישראל

משה משה
מ.א. 99372-5

משטרת ישראל

P 8: 103

משטרת ישראל

משה משה

מ.א. 99372-5



| שם משפחה שם פרטי | חדר החוקר | מספר אישי | מקום הפלטי | שעת השעה | תאריך |
|---|---|---|---|---|---|
| | | | | 16:15 | 13/05/02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| | | | | | | 2 |
| | | | | | | 3 |
| | | | | | | 4 |
| | | | | | | 5 |
| | | | | | | 6 |
| | | | | | | 7 |
| | | | 16:20 | | | 8 |
| | | | | | | 9 |
| | | | | | 16:30 | 10 |
| | | | | | | 11 |
| | | | | | | 12 |
| | | | | | | 13 |
| | | | | | | 14 |
| | | | | | | 15 |
| | | | | | | 16 |
| | | | | | | 17 |
| | | | | | | 18 |
| | | | | | | 19 |
| | | | | | | 20 |
| | | | | | | 21 |
| | | | | | | 22 |
| | | | | | | 23 |
| | | | | | | 24 |
| | | | | | | 25 |
| | | | | | | 26 |
| | | | | | | 27 |
| | | | | | | 28 |

16:45

שעת סיום בבית המחזרה

251290 (6.01) 6200×50×2 רם

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 1 | |
|---|---|---|---|---|---|
| Identity No.<br>902442607 | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name<br>- | Marital Status<br>☐ Married ☒ Single ☐ Divorced ☐ Widowed | | | Sex<br>M | Religion<br>Muslim |
| Date of Birth<br>November 21, 1977 | Place of Birth | | Home Phone | Work Phone | |
| Address of residence<br>Anbata, Ramallah | | | Name and Address of Workplace<br>Red Crescent, Ramallah | | |
| Mobile phone No. | Father's Name  Grandfather<br>Mahmoud      Khalil | | Parents' Address | | |

| <u>Apr. 25, 2002</u><br>Date | <u>3:28 p.m.</u><br>Time | <u>Ashkelon Police</u><br>Place | Investigator | <u>99106</u><br>Ser. No. | <u>1ˢᵗ Sgt.</u><br>Rank | <u>Yaakov</u><br>First name | <u>Barazani</u><br>Last name |
|---|---|---|---|---|---|---|---|

1 I saw the above-named individual before me and I informed him that I, a police officer, Yaakov
2 Barazani 99106, inform you that you are suspected of actions against the security of the Area and of
3 persuading Wafa Idris to carry out a suicide attack on Jaffa Street in Jerusalem. You do not have to
4 say anything but this will strengthen the evidence against you, and anything you say will be written
5 down by me. After he understood the content of the warning and the charge.

Barazani Yaakov 99106.

6 
7 X [Arabic signature]
8 I understood what you have said to me and I want to give my statement willingly (pen replaced). In
9 June 2001, I got to know Wafa Idris when I was working at the Red Crescent in al-Bireh. She is about
10 28 years old, divorced, and she also worked there with me; when we talked, she said that she was fed
11 up with her life, and had married and she is small and she did not graduate from her studies and that
12 in the first *intifada* [uprising] she also participated by throwing stones in Ramallah, she also said that
13 there were people who behave (aggregate) badly and they had to be fought. After about two weeks
14 she told me that if I wanted to work with her on this, then we would work by keeping an eye on the
15 behavior of the people from the Red Crescent, and she told me that I would meet her supervisor at the
16 Palestinian Authority. I agreed, but I said to her that I agreed only if I would work only with her and
17 would not be registered at the Palestinian Authority.
18 In August 2001, I went with her to the Mukataa for a meeting, and we arrived there at the place of
19 **Person A**, age about 40, working for the Military Intelligence, his mobile phone number is
20 059336747 or 059337647, I don't remember the number exactly, and his alias is **Person A**, that
21 is what I heard one of the workers calling him and after we got to know each other I said there to
22 **Person A** that I would work without being registered at the Palestinian Authority.
23 <u>Question</u>: On how many occasions did you meet?
24 <u>Answer</u>: Once a week and sometimes once every two weeks, and he also gave me the mobile phone
25 number that I gave you earlier in order to call him in urgent cases. On Thursday, January 24, 2001, it
26 was three days before Wafa carried out her suicide attack, I called **Person A** at his office and asked to
27 meet him, and we met in the afternoon at the Mukataa. And my hand was bloodstained because I
28 cared for people of the Palestinian Authority who had shot at IDF soldiers in a-Tira.
29 **Person A** asked me in order to know about a suicide attack and wanted to know, and I said to him: I
am against these attacks, because anyone who carries out attacks inside Israel kills innocent people
(Abria) and Israel does not shoot at civilians and it is possible to carry out attacks against the Israeli
Army only

| [Arabic signature] | | Barazani Yaakov 99106 |
|---|---|---|

Time of completion of taking of statement

M. 3007

D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] P 8: 109

PLAINTIFF'S
EXHIBIT
467

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 2 |
|---|---|---|---|---|

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters |
|---|---|---|---|

| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
|---|---|---|---|---|

| Date of Birth | Place of Birth | Home Phone<br>Continued | Work Phone |
|---|---|---|---|

| Address of residence | Name and Address of Workplace |
|---|---|

Continued

| Mobile phone No. | Father's Name | Parents' Address |
|---|---|---|

| Apr. 25, 2002 | 3:46 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  that shoots at Palestinian military forces. I asked [Person A] if he had somebody who was prepared to
2  carry out a suicide attack, he asked me whether I was prepared to carry out a suicide attack and I
3  refused, and then [Person A] told me that in his opinion Wafa was suitable for carrying out a suicide
4  attack and that the suicide attack would be in a-Tira. [Person A] also asked me to convince Wafa to
5  carry out the attack because we were good friends, and I said to him that it would be hard for me
6  because she was a good friend of mine. [Person A] said on the contrary, because I am her friend, I
7  could convince her better than others. He asked me to talk to her when the two of us would be alone;
8  in the evening I called Wafa and she told me that she wanted to die and that we should stay away
9  from her and leave her  alone. I tried to calm her down (Raika) and Wafa said that she could not tell
10  me. I called [Person A] and told him what had happened with Wafa and I asked him whether he knew
11  why she was like that. [Person A] told me that he had asked her to carry out a suicide attack, and then
12  I called Wafa again and told her that I knew why she felt like that, and she asked who told me about
13  it and asked me what I thought. I told her that if she was happy about the matter, then I would be
14  happy about the matter, too, and if not, then no and what she would want to do. Wafa asked me not
15  to talk to her about the suicide matter and she wanted to think it over. After some time, Wafa called
16  again and said that she had decided to commit suicide, but she did not want me to have anything to
17  do with it. I told her in that call that if she wanted to commit suicide then I wanted to commit suicide
18  too, and if she wanted to live, I also wanted to live, and she said that she did not want me to get into
19  the subject. I called [Person A] and told him that Wafa was prepared to carry out an attack, and then
20  [Person A] asked for us to come to his office in the Mukataa on Friday, January 25, 2002. And we
21  came to the office, Wafa and I, and there she told [Person A] that she did not want to carry out the
22  attack, and we were surprised, [Person A] started to talk with her to convince her, and she did not
23  want to hear him, and when I wanted to talk, she interrupted me too and asked me to leave the room,
24  [Person A] and Wafa stayed alone in the room for about a quarter of an hour and talked, and then
25  [Person A] asked me to take Wafa, and told me while we were leaving the room for me to persuade
26  Wafa. And we went out, Wafa and I, and we sat in the "Rukab" Café in Ramallah, and I asked her
27  why she did not want to carry out an attack, and she said that she did not want to die, but she agreed
28  to lay an explosive device, and then I returned her to her home, and I told [Person A] after that that
    Wafa was prepared to lay an explosive device.

| [Arabic signature] | Barazani Yaakov 99106 |
|---|---|

Time of completion of taking of statement

M. 3007

D.M. J-lem 219470 (11.2000) 10.000x50x2
[Stamp] **P 8: 110**

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 3 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone<br>Continued | Work Phone | |
| Address of residence | | **Continued** | | Name and Address of Workplace | |
| Mobile phone No. | Father's Name | | Parents' Address<br>Continued | | |

| Apr. 25, 2002 | 4:01 p.m. | Ashkelon Police | Investigator | 99106 | 1ˢᵗ Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1 ▇Person A▇ said that he would check the issue of laying an explosive device. On Saturday, January 26,
2 2002, ▇Person A▇ called me and asked me to come to Manara in Ramallah. I arrived there and
3 ▇Person A▇ asked to explain to Wafa how to reach Jerusalem from Beit Hanina.
4 <u>Question</u>: To what place in Jerusalem?
5 <u>Answer</u>: To explain to her how to reach Jaffa Street in Jerusalem via Shuafat, so that Wafa would
6 find a place there in Jerusalem where she would lay an explosive device. He asked that after Wafa
7 arrived from the visit to Jerusalem, for me to return her to the Mukataa. I met with Wafa in
8 Jerusalem Street in Ramallah, it is next to the Red Crescent in Ramallah, and I explained to her how
9 to get to Jerusalem, to Jaffa Street. Wafa went to Beit Hanina and from there to Shuafat, and when
10 she was inside Jerusalem, said to me that she was lost and did not know where she was. I explained
11 to her how to get out of Jerusalem and she eventually left for Ramallah, at 4:00 p.m. Wafa called me
12 and told me that she had come to Jerusalem Street in Ramallah, and asked me to come to take her,
13 and I came and took her in my vehicle and she traveled to ▇Person A▇ 's office in the Mukataa, We sat
14 with him. Wafa said that she could reach Jerusalem via Beit Hanina and Shuafat, but in Jaffa Street
15 she saw many soldiers and that there was no good way of laying an explosive device and leaving the
16 place, but she would try to do it. ▇Person A▇ asked me to bring a bag behind the door of his office and
17 bring it.
18 <u>Q/A</u>: The schoolbag is black and it is slung on a shoulder, and the bag is closed with a black string,
19 and the bag has a color on which it said in English, I don't know what it said, there was also a handle
20 at the top. I took the bag in my hand. ▇Person A▇ told me to be careful when I bring the bag, and not
21 to open it and to put it next to Wafa on the floor. ▇Person A▇ told Wafa to pick up the bag and see
22 what it weighed, and she said that it was not very heavy. Wafa asked how to activate the explosive
23 device, and ▇Person A▇ said that he would explain it to her on the following day. We went out, Wafa
24 and I, from the Mukataa and I went home. On Saturday night, I was working the night shift at the
25 Red Crescent until Sunday morning, from midnight on Saturday to 8:00 on Sunday morning. On
26 Sunday morning, January 27, 2002, when I got up, the clerk ▇▇▇▇, aged 25, living in Silwad
27 and working as a clerk at the Red Crescent, told me that Wafa had asked her for 20 shekels and that
28 she had errands, and she went out on errands early in the morning. She asked ▇▇ to send me her
regards. I called Wafa and she did not answer, her telephone was off, and then I called

[Arabic signature]                     Barazani Yaakov 99106

M. 3007                     D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] **P 8: 111**

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 4 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone<br>Continued | Work Phone | |
| Address of residence | **Continued** | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address<br>Continued | | |

| Apr. 25, 2002 | 4:18 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  [Person A] and told him that Wafa was not answering, and we met at 12:00 p.m. in Manara Square.
2  [Person A] met with me and traveled with me in his vehicle and said *"Allah Hu Aalam Wafa*
3  *Istashadat"* [English: "Only God knows, Wafa has martyred herself."]
4  Question: Why did he say that?
5  Answer: [Person A] told me that he had talked with Wafa in the morning, when she came to Jaffa
6  Street in Jerusalem, that is what he told me, and [Person A] told her to lay an explosive device and
7  flee from the site. [Person A] said that he had called Wafa once again and told her to lay the explosive
8  device and run away. Wafa said to him: wait a moment, and hung up. [Person A] told me that he felt
9  that there were people around Wafa and she could not talk, and maybe she had been caught. I asked
10 [Person A] how we would know that she was alive, and [Person A] said that we should wait a little,
11 we went to the place next to the Arab Bank in Ramallah and we saw news on Arabic television, and
12 it said that a young woman had carried out a suicide attack on Jaffa Street in Jerusalem. [Person A]
13 told me that it seemed to him that it was Wafa and I went back to work at the Red Crescent. On
14 Tuesday January 29, 2002, I came to Wafa's home to meet her parents and [ ], her brother, and
15 Wafa's mother told me that Wafa had gone to her girlfriend who had told her fortune from her coffee
16 grounds and told her that what she had thought about would happen and that was all there was.
17 This is my statement and I am signing that everything that I have stated is the truth, after the
18 testimony was read out loud and translated into Arabic.
19
20
21
22
23
24
25
26
27
28

| [Arabic signature] | Barzani Yaakov    99106 |
|---|---|

Time of completion of taking of statement

M. 3007                        D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] **P 8: 112**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

vs.                                                    No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.   The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8: 109-12.

2.   I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.   To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 8: 109-12.

Dated: February 28, 2014

_____
Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


Notary Public

NIMUT J MMRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2016
I.D.# 2592704

משטרת ★ ישראל

| מסי זהות رقم الهوية | 700141/2607 |
| --- | --- |

שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية | מרטעה מסי / גליון מספר نسخة رقم / اكاندرقم

| מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐ | גרוש مطلق ☐ | רווק اعزب ☐ | אלמן ارمل ☐ | מין الجنس | דת الدين |

שם קודם الاسم السابق

מקום לידה مكان الولادة | תאריך לידה تاريخ الولادة

מען מגורים العنوان | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل

שם ומען מקום העבודה اسم وعنوان مكان العمل

שם האב اسم الاب | כתובת ההורים العنوان الاب | מסי טלפון נייד رقم الهاتف اللاسلكي

| תאריך التاريخ | שעה الساعة | מקום المكان | מסי אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 1 |
| | | | | | | 2 |
| | | | | | | 3 |
| | | | | | | 4 |
| | | | | | | 5 |
| | | | | | | 6 |
| | | | | | | 7 |
| | | | | | | 8 |
| | | | | | | 9 |
| | | | | | | 10 |
| | | | | | | 11 |
| | | | | | | 12 |
| | | | | | | 13 |
| | | | | | | 14 |
| | | | | | | 15 |
| | | | | | | 16 |
| | | | | | | 17 |
| | | | | | | 18 |
| | | | | | | 19 |
| | | | | | | 20 |
| | | | | | | 21 |
| | | | | | | 22 |
| | | | | | | 23 |
| | | | | | | 24 |
| | | | | | | 25 |
| | | | | | | 26 |
| | | | | | | 27 |
| | | | | | | 28 |

שעת סיום גביית ההודעה

ד.ס.י"ם    219470 (11.2000) 10.000×50×2

מ'3007

משטרות ★ ישראל

| שם משפחה  אسم العائلة | שם באותיות לטיניות  الاسم في حروف انكليزية | שם פרטי  الاسم الشخصي | מס' זהות  رقم الهوية |
|---|---|---|---|
| דת  الدين | מין  الجنس  נרוש □ مطلق  אלמן □ ارمل  רווק □ اعزب  נשוי □ متزوج | מצב משפחתי  الحالة الاجتماعية | שם קודם  الاسم السابق |
| טל. בעבודה  التلفون بمكان العمل | טל. בבית  التلفون في البيت | מקום לידה  مكان الولادة | תאריך לידה  تاريخ الولادة |
| שם ומען מקום העבודה  اسم وعنوان مكان العمل | | כתובת התורים  العنوان الاب | מען מגורים  العنوان |
| | | שם האב  اسم الاب | מס' טלפון נייד  رقم الهاتف  اللاسلكي |

החוקר
المحقق

| שם משפחה  اسم العائلة | שם פרטי  الاسم الشخصي | דרגה  الرتبة | מס' אישי  الرقم الشخصي | מקום  المكان | שעה  الساعة | תאריך  التاريخ |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| | | | | | | 2 |
| | | | | | | 3 |
| | | | | | | 4 |
| | | | | | | 5 |
| | | | | | | 6 |
| | | | | | | 7 |
| | | | | | | 8 |
| | | | | | | 9 |
| | | | | | | 10 |
| | | | | | | 11 |
| | | | | | | 12 |
| | | | | | | 13 |
| | | | | | | 14 |
| | | | | | | 15 |
| | | | | | | 16 |
| | | | | | | 17 |
| | | | | | | 18 |
| | | | | | | 19 |
| | | | | | | 20 |
| | | | | | | 21 |
| | | | | | | 22 |
| | | | | | | 23 |
| | | | | | | 24 |
| | | | | | | 25 |
| | | | | | | 26 |
| | | | | | | 27 |
| | | | | | | 28 |

שעת סיום גביית ההודעה

219470 (11,2000) 10.000×50×2    ד.ט.י"ם

מי300

משטרת ישראל

קודעה מסי — גליון מספר
اعلان رقم — نسخة رقم

הודעתי של:
اعلان بح:

| | | | | |
|---|---|---|---|---|
| שם משפחה אسم العائلة | שם פרטי الاسم الشخصي | מסי זהות رقم الهوية | | |
| שם משפחה לטיניות האותיות האנגליות الاسم في حروف انكليزية | מצב משפחתי الحالة الاجتماعية | שם קודם الاسم السابق | | |
| דת الدين | מין الجنس | אלמן נשוי רווק נשוי مطلق أرمل متزوج | | |
| טל. בעבודה مكان العمل | מקום לידה مكان الولادة | תאריך לידה تاريخ الولادة | | |
| טל. בבית الهاتف في البيت | שם ומען מקום העבודה العمل مكان وعنوان اسم | מען מגורים العنوان | | |
| כתובת ההורים العنوان الاب | שם האב اسم الاب | מסי טלפון נייד رقم الهاتف اللاسلكي | | |

| תאריך التاريخ | שעה الساعة | מקום המקום مكان | מסי אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |

שעת סיום גביית ההודעה
ר.ב.י״ם
219470 (11.2000) 10.000×50×2

מ"ד 3007

משטרת ישראל

| تودعة سي / نليون مسبر /. | הודעתי/שלי |
| اعلان رقم — نسخة رقم | אעלון |

| سم باحوتية لتينيات الاسم في حريف انكليزية שם באותיות לטיניות | שם משפחה اسم العائلة שם משפחה | שם פרטי الاسم الشخصي שם פרטי | سي زهرة رقم الهية סס זהות |
| --- | --- | --- | --- |
| دت الدين | مين الجنس מין | روش אنمب □ مطلق □ ارمل □ ارمل גרוש □ נשוי □ מזדבג □ نسوي מزدبج | معن مسفمحتو الحالة الاجتماعية מעב משפחתי | سم قدم الاسم السابق סם قودם |
| طل بعينودة التلفون بكان العمل טל בעבודה | טל. ببيت. التلفون في البيت טל. בבית | معكوم ليذة مكان الولادة מקום ليدה مكان الولادة | تاريخ ليذة تاريخ الولادة תאריך ليدה |
| שם ומען مكان العمل اسم وعنوان مكان العمل | | | معن مسورية العنوان מען מגורים |
| כתובת החורים العنوان الاب | | שם האב اسم الأب שم האب | معي طلفون (ניד رقم الهاتف اللاسلكي מסי טלפון |

| שם משפחה اسم العائلة | שם פרטي الاسم الشخصي | درجة الرتبة דرجה הرتبة | معي اشي الرقم الشخصي مسي אישי | معكوم المكان מקום המکان | שעת השעة שעת השעة | تاريخ التاريخ תאריך התاريך | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |
| | | | | | | | 21 |
| | | | | | | | 22 |
| | | | | | | | 23 |
| | | | | | | | 24 |
| | | | | | | | 25 |
| | | | | | | | 26 |
| | | | | | | | 27 |
| | | | | | | | 28 |

שעת סיום גביית ההודעה

219470 (11.2000) 10.000×50×2  ר.ט.י'ם

מ'3007