# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK


MARK I. SOKOLOW, et al.,              )
                                      )
          Plaintiffs,                 )
                                      )
v.                                    ) Civil Action No.
                                      ) 04cv397(GBD)(RLE)
THE PALESTINE LIBERATION              )
ORGANIZATION, et al.,                 )
                                      )
          Defendants.                 )
_____)




DEPOSITION OF ISRAEL SHRENZEL

JERUSALEM, ISRAEL

OCTOBER 23, 2013








REPORTED BY:  AMY R. KATZ, RPR

1   in general and people who are interrogated or are

2   defendants.  Ultimately, all of that is presented

3   to the court, and the court decides which version

4   to believe.

5       Q.   Mr. Shrenzel, I'm showing you what's about

6   to be marked as Defense Exhibit 433.

7            MR. YALOWITZ:  Counsel, would you like

8   Mr. Shrenzel to read the Exhibit 432, or are you

9   finished with that exhibit?

10           MR. SATIN:  We're done with it.

11           (Defendants' Exhibit 433 marked.)

12      Q.   BY MR. SATIN:  Mr. Shrenzel, I'm showing

13  you what's been marked as Exhibit 433.

14      A.   (Examining.)  Yes.

15      Q.   Have you seen this document before?

16      A.   Certainly.  During the course of the

17  preparation of my expert opinion.

18      Q.   Did you receive information from the team

19  about this document?

20      A.   Yes.  But this document, because of its

21  importance, I read it with a great deal of attention.

22      Q.   This document is the basis for the author of

23  the report's belief that the PA's General Intelligence

24  Service was involved in the bombing and the attempted

25  cover-up of some sort; correct?

1      A.    Yes.

2      Q.    The name on the bottom of the typewritten

3  portion is Amaniya Ayadea (phonetic); correct?

4      A.    Correct.

5      Q.    Did you speak to that individual?

6      A.    Never.

7      Q.    Has your team told you that one member of

8  the team has spoken to this individual?

9      A.    No.

10     Q.    At the very top of the document is some

11  handwritten notes; correct?

12     A.    Yes.

13     Q.    Do you know who wrote those handwritten notes?

14     A.    No.  I wish to explain.  Our attention was

15  primarily drawn to the typed text.  The deciphering

16  of this handwriting -- in spite of the fact that we

17  invested a great deal of effort in it, the deciphering

18  of it is not certain and it's very difficult.  For me,

19  and perhaps to a lesser degree, but also for the team

20  that I mentioned.

21     Q.    So the opinion of the team, as far as you

22  know, is based on the typewritten portion; correct?

23             MR. YALOWITZ:  Objection.

24             THE WITNESS:  (In English.)  The team and me.

25             MR. YALOWITZ:  I don't understand the