# EXHIBIT 2

**Expert Report of Itamar Marcus, Director of Palestinian Media Watch**

## Qualifications

I am the founder and Director of Palestinian Media Watch (PMW). PMW was founded in 1996. It is a research institute that studies Palestinian society, political activities and ideology, in the West Bank and the Gaza Strip, through the monitoring of activities, publications, speeches, culture, sports, education and communications made or transmitted by Palestinian leaders and by and through PA governmental organizations or structures they control, as they are reported in the media, schoolbooks, internet, etc.

Sources include newspapers; television; radio; speeches, statements, reports, and announcements from government and society leaders and governmental institutions; and the internet. All materials are studied in their original Arabic. In these sources, PMW identifies ideologies, political processes and tactics, and social trends in the West Bank and in the Gaza Strip with special focus on Israeli-Palestinian relations, particularly the peace process. PMW documents and publishes examples and analyses of its findings in written reports and videos.

As founder and Director, I monitor, study, and am responsible for the activities, analyses, and publications of PMW. PMW employs Arabic-language researchers who read the 3 daily newspapers in the Palestinian Authority, *Al-Hayat Al-Jadida*, *Al-Ayyam*, and *Al-Quds*. Additionally, PMW staff records and views television channels produced and broadcasted in the West Bank and the Gaza Strip, including Palestinian Authority Television (PA TV), PA Palestine Live TV, and Al-Aqsa TV of Hamas. Materials are read and recorded based on a list of approximately 30 topics, including the peace process, demonization, women's issues, children, martyrs and martyrdom, and violence. All original written sources are cut out from original sources and saved. All television sources are recorded and saved. Materials of particular significance are released to the public in short reports, press releases, editorials, newspaper articles, special reports, and at press conferences.

We use these materials to analyze, interpret, and report on political and social trends, violence, glorification of terror, and more as indicators of Palestinian policy and tactics towards achieving political goals.

PMW has presented its findings before members of United States Congress; members of Parliament in numerous countries, including the European Union, United Kingdom, France, Norway, Sweden, Denmark, Holland, Switzerland, Canada, Italy, Germany, and Australia; and at universities and conferences worldwide.

I regularly give interviews to Israeli and foreign media, including all of the major television and radio channels in Israel and leading foreign news outlets, including BBC, CNN and Fox News, Italian TV, Russian TV, German TV, Norwegian TV and others. I have also given interviews for documentary films about Palestinian society and Islamic issues.

Some of the political trends PMW has noticed and reported on include a report published on September 10, 2000, which opened with the words: "Palestinian Authority [PA] television broadcasting of violence and hate has reached unprecedented levels this summer and has created an atmosphere of the eve of outbreak of war." At the end of the month, the Palestinian Authority launched 5-years of violence known as the Intifada. In February 2006, PMW

1

**1.** Immediately following the suicide bombing, the Palestinian Authority held a memorial demonstration in her honor. A photograph of this demonstration appeared in a Palestinian daily, featuring posters bearing her picture with the following caption:



> **"The Fatah Movement, Ramallah branch, Al Aqsa Martyrs' Brigades, eulogize with great pride the heroic Martyr, of the Al-Amari Refugee Camp, the Martyr Wafa Idris."**
> [*Al-Ayyam*, Feb. 1, 2002]

The demonstrators waving these posters are young girls, perhaps first-graders.

It should also be noted that Yasser Arafat who headed the Palestinian Authority was also the Chairman of Fatah, who was taking direct credit of the attack.

**2. Fatah names women's terror unit for attacking Israeli civilians after Wafa Idris:**
> "Senior officials in the Fatah Movement have said that the Al Aqsa Martyrs' Brigades... has recently created a women's brigade, in order for women to take an active part in the war being fought in the Palestinian areas. The purpose of this brigade is to carry out attacks on the Israeli home front. The unit has been named 'the Brigade in Honor of the Martyr Wafa Idris.'"
> [*Al-Quds*, March 1, 2002 Exhibit 30]

**3. Fatah students' group named after Wafa Idris has course in democracy and human rights:**
> "The students' committee of the *Shabiba* [Fatah] student movement, the *Shahida* (Martyr) Wafa Idris cell in the Al-Quds Open University in Tubas, celebrated yesterday the completion of a course in democracy and human rights.
> [*Al-Hayat Al-Jadida*, Aug. 11, 2002 Exhibit 31]

**4. Summer camp of the PA Ministry of Youth and Sports and funded by UNICEF named after Wafa Idris:**
> "Yesterday, activities ended in the camp named after the *Shahida* (Martyr) Wafa Idris, for girls in the city of Qalqilya. The camp was founded by the Scout general administration in the Ministry of Youth and Sports. The camp was under the supervision of the Scouts in the Qalqilya Administration and about 100 girls from the organizing committee of the city's Scouts participated... [At the closing ceremonies thanks were given including] to UNICEF for its support of the camps."
> [*Al-Ayyam*, July 18, 2003 Exhibit 32]

41

### 5. Song glorifying Idris was broadcast many times on PA TV:

"My sister Wafa, my sister Wafa
Oh the heartbeat of pride,
Oh blossom who was on earth and is now in Heaven. (2x)
Allahu Akbar! [Allah is greater]
Oh Palestine of the Arabs,
Allahu Akbar, Oh Wafa!
But you chose *Shahada*(Martyrdom)
In death you have brought life to the aspiration
But you chose Shahada
In death you have brought life to the aspiration."

[PA TV (Fatah), first broadcast May 2002 Exhibit 1 - DVD]

### 6. Fatah named women's course after Wafa Idris:

"The General Security Forces held a graduation ceremony for the *Shahida* (Martyr) Wafa Idris course, for training Fatah women cadres, organized by the Commission in cooperation with the General Union of Women and the Public Relations Department in the Jenin District."

[*Al-Hayat Al-Jadida* (Fatah), July 3, 2005, Exhibit 34]

### Among the many articles of praise for Wafa Idris immediately following her suicide bombing, were the following:

7. "Rabiha Dhiab, member of the administrative staff of the Palestinian Women Union emphasized that the participation of [Wafa] Idris in the attack shows the determination and the resolve of the Palestinian woman to participate as full partners in the national struggle, alongside her brothers."

[*Al-Ayyam,* Feb. 1, 2002, Exhibit 35]

8. "Recently, the heroine Wafa Idris succeeded in carrying out the bombing in Jerusalem, and subsequently, the Martyr Darin Abu Aisheh [female suicide bomber whose attack in 2002, injured 2]. These actions... attest to the Palestinian woman's capability to perform successful actions."

[*Al-Hayat Al-Jadida*, March 11, 2002 Exhibit 36]]

9. Attaf Yussuf, a columnist in the media supplement The Women's Voice, wrote after Idris' bombing:
"Palestinian women desire to participate alongside the men in all aspects of the struggle."

[*Al-Quds*, March 1, 2002Exhibit 37]

10. "She [Idris] represents the major role of the Palestinian woman in the national struggle... Ziyad Abu Ayin, a member of the high-ranking Movement Committee of Fatah, delivered a speech in which he praised the heroism of Idris, as a member of the Al Aqsa Martyrs' Brigades, which belongs to the Fatah Movement."

[*Al-Ayyam,* Feb. 1, 2002, Exhibit 38]

42

### 11. PA TV music video honors Wafa Idris alongside Abbas

A Fatah promotional music video broadcast on PA TV honored Wafa Idris as a Shahida - holy Martyr. This picture of Wafa Idris with the text "The Shahida (Martyr) Wafa Ali Idris" appeared in the PA TV music video, which blended scenes and pictures paying tribute to the PLO, Fatah, Yasser Arafat and PA and Fatah Chairman Mahmoud Abbas. [PA TV (Fatah), Dec. 31, 2009, Exhibit 1 - DVD]



### 12. Football tournament named after Wafa Idris

*Headline:* "Al-Amari plans to launch the 'Shahida (Martyr) of Honor, Wafa Idris' youth tournament."

"The administration of the Al-Amari youth center has announced its plans to launch a youth tournament (for 20-year-olds) to be named 'Shahida (Martyr) of Honor, Wafa Idris [tournament].' The Al-Amari administration is maintaining contacts with the Palestinian Football Association for permission. [The tournament] will commence on March 10. Twelve teams will be participating."

[Al-Hayat Al-Jadida, Mar. 6, 2011, Exhibit 43A]

The honors that Idris receives by the PA because of her being the first female suicide bomber, continues until today. The current PA Minister of Prisoners' Affairs has honored Idris on more than one occasion.

### 13. International Women's day he honored her and other female terrorists "heroism"

"[PA] Minister of Prisoners' Affairs [Issa Karake]... spoke at a ceremony honoring female prisoners in the occupation's (i.e., Israel's) prisons, held by the Ministry [of Prisoners' Affairs] to mark International Women's Day and Mothers' Day...
[Karake] stated: 'This is the month of heroism and action for the male and female prisoners, and we must act so that their cause will be the most pre-eminent, like their predecessors, such as Dalal Mughrabi,(female bus hijacker, 37 killed in her attack) Darin Abu Aisheh (female suicide bomber, injured 2), Wafa Idris, and all the female Shahids (Martyrs) and prisoners."

[*Al-Hayat Al-Jadida*, Mar. 21, 2011, Exhibit 43B]

### 14. PA Minister honors female suicide bomber Wafa Idris with visit to her family

"[Minister of Prisoners' Affairs, Issa] Karake's statement was made during a visit to the family of prisoner Ahmed Muhammad Ka'abna, who has been serving a life sentence since April 26, 1997... **Karake and a delegation from the Ministry of Prisoners' Affairs... also visited the family of Martyr (Shahida) Wafa Idris**, in the Al-Amari refugee camp, on the occasion of the National Day for Returning the Bodies of the Martyrs, on Aug. 27, 2012. Martyr (Wafa) Idris died a Martyrs' death on Jan. 17, 2002,

**Yasser Abd Rabbo, Secretary of the PLO Executive Committee:**
> "I am honored to be here [at the prisoner's home] today. I am honored that a short time ago I met with **[President] Mahmoud Abbas. I also convey his greetings, his love and his esteem for you. This is our path. There is no other**."

PA TV twice broadcast this visit in which Abbas' expressed "**his love and his esteem**" for Barghouti. [PA TV (Fatah), Jan. 20, 2010, July 29, 2010 Exhibit 1 - DVD]

### *Terrorist Nasser Aweis (Awais)*
Terrorist Nasser Aweis (Awais) is serving 14 life sentences for planning and/or carrying out terrorist attacks in which 13 civilians were murdered. He planned the attack on a Bat Miztva celebration (for 12 year old girls) in which 6 were killed and also the shooting attack on civilians in Jerusalem on January 22, 2002, in which 2 were killed and 45 injured. Among the injured were Shayna Gould and Shmuel Waldman, plaintiffs in this case.

Official PA TV chose to honor Awais by dedicating its program for prisoners to him. PA TV twice called him "the heroic fighter," and different texts on the screen glorified him twice as "Heroic prisoner"; "you achieved the most outstanding heroism"; and, "you are towering like the steady mountains." The following is the text on the screen honoring him:

> PA TV host: "We dedicate this program to our brothers, the prisoners, and of course, to the heroic fighter, prisoner Nasser Awais... to the prisoner Ahmed Abu Khader... for their valor and for defending the homeland, Palestine."
> PA TV host: "Viewers and our brothers, the prisoners, the following is info about the heroic fighter, prisoner Nasser Awais."
> Text under terrorist's photos: "Heroic prisoner, Nasser, arrested on April 13, 2002, sentenced to 14 life sentences, 50 years and 6 months. Through your patience and resilience you achieved the most outstanding heroism. Heroic prisoner Nasser Awais, from the Balata refugee camp, Nablus, you are towering like the steady mountains."
> [PA TV (Fatah), June 30, 2012]
>                                      [PA TV (Fatah), June 30, 2012, 2010 Exhibit 1 - DVD]

A song and video (cited above) performed by the Alashekeen Palestinian National Band dedicated to Palestinian terrorist prisoners (referred to as "**our brave prisoners**") chose to single out some terrorists for extra honor by showing their pictures on the screen. The video was broadcast on PA TV repeatedly: First on May 7, 2012, then 11 more times in 2012 and twice on Jan. 30, 2013 and included the picture of Nasser Awais.
> Text on screen: "Dedicated by the Alashekeen band to our brave prisoners."
> Clip of Mahmoud Abbas speech: "We will not rest until all [prisoners] are freed, and the prisons are emptied."
> **Lyrics of song:** "We are pledged to the promise and the revolution. Our hearts are full of faith.
> Pictures of terrorists are shown, among them: **Nasser Awais**.
>                                      [PA TV (Fatah), May 7, 2012 - Jan. 30, 2012, Exhibit 1 - DVD]

### Understanding PA "condemnations" of terror
This vigorous, emphatic and continuous terror glorification of the Palestinian Authority must be contrasted with the bland official so-called "condemnations" of terror issued by the PA