# ADDENDUM

PLAINTIFF'S
EXHIBIT
tabbies
267



Wednesday, December 19, 2012

| WAFA Palestinian News & Info Agency | WAFA Images January 6, 2012 Funeral Ceremonies for the Remains of the Two Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa) | Eye on Palestine WAFA From the Archive |
|---|---|---|
| **Search** | Time of Publication: 3:33:46 p.m. January 6, 2012; Picture Displayed in the Original Size | |
| - Economy - Israeli Violations - Culture and   Heritage - Sports - Politics   Detainees' Affairs   Women's Affairs - Notables   Palestine's Martyrs   Special Pictures - Nature - Palestinian   Institutions - Local News - Palestinian Cities   Activities WAFA Multimedia | | |

http://www.wafaimages.ps/photo.aspx?id=21367

[Stamp] **P 2: 192**



WAFA Info
WAFA News

Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,203,035

http://www.wafaimages.ps/photo.aspx?id=21367

[Stamp] **P 2: 193**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

vs.                                          No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.     The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 192-93.

2.     I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 192-93.

Dated: February 25, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15





**PLAINTIFF'S EXHIBIT 268**



Wednesday, December 19, 2012

| WAFA<br>**Palestinian News**<br>**& Info Agency** | WAFA Images<br>January 6, 2012<br>Funeral Ceremonies for the Remains of the Two<br>Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed<br>Mezher / Wafa) | **Eye on**<br>**Palestine**<br><br>**WAFA**<br><br>From the<br>Archive |
|---|---|---|
| **Search** | Time of Publication: 3:35:26 p.m. January 6, 2012;<br>Picture Displayed in the Original Size | |
| - Economy<br>- Israeli Violations<br>- Culture and<br>  Heritage<br>- Sports<br>- Politics<br>  Detainees' Affairs<br>  Women's Affairs<br>- Notables<br>  Palestine's<br>  Martyrs<br>  Special Pictures<br>- Nature<br>- Palestinian<br>  Institutions<br>- Local News<br>- Palestinian Cities<br>  Activities<br><br>WAFA Multimedia |  | |

http://www.wafaimages.ps/photo.aspx?is=21370

[Stamp] **P 2: 194**



WAFA Info
WAFA News

Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,202,978

http://www.wafaimages.ps/photo.aspx?is=21370

[Stamp] **P 2: 195**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                      Plaintiffs,

                                                        No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                      Defendants.

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 194-95.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 194-95.

Dated: February *28*, 2014

                                                        Clark Hayes

ss.: ~~New Jersey~~ New York

On the 20th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
20 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC; State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15



P 2: 195



الرئيسية | الاخبار | العربية | English | صفحة عاملة

مندوب اليوم 1202978

WAFA Info

WAFA News

Wednesday, December 19, 2012



PLAINTIFF'S
EXHIBIT
2C9

Wednesday, December 19, 2012

| WAFA **Palestinian News & Info Agency** | WAFA Images<br>January 6, 2012<br>Funeral Ceremonies for the Remains of the Two Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa) | **Eye on Palestine**<br><br>**WAFA**<br><br>From the Archive |
|---|---|---|
| **Search** | Time of Publication: 3:33:46 p.m. January 6, 2012; Picture Displayed in the Original Size | |
| - Economy<br>- Israeli Violations<br>- Culture and Heritage<br>- Sports<br>- Politics Detainees' Affairs Women's Affairs<br>- Notables Palestine's Martyrs Special Pictures<br>- Nature<br>- Palestinian Institutions<br>- Local News<br>- Palestinian Cities Activities<br><br>WAFA Multimedia | | |

http://www.wafaimages.ps/photo.aspx?id=21366

[Stamp] **P 2: 196**



WAFA Info
WAFA News

Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,202,946

http://www.wafaimages.ps/photo.aspx?id=21366

[Stamp] **P 2: 197**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 196-97.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 196-97.

Dated: February 28, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15



P 2: 197



http://www.wafaimages.ps/photo.aspx?id=21366



PLAINTIFF'S
EXHIBIT
270

Wednesday, December 19, 2012

| WAFA Palestinian News & Info Agency | WAFA Images January 6, 2012 Funeral Ceremonies for the Remains of the Two Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa) | Eye on Palestine WAFA From the Archive |
|---|---|---|
| Search | Time of Publication: 3:33:46 p.m. January 6, 2012; Picture Displayed in the Original Size | |
| - Economy<br>- Israeli Violations<br>- Culture and Heritage<br>- Sports<br>- Politics<br>  Detainees' Affairs<br>  Women's Affairs<br>- Notables<br>  Palestine's Martyrs<br>  Special Pictures<br>- Nature<br>- Palestinian Institutions<br>- Local News<br>- Palestinian Cities Activities<br><br>WAFA Multimedia<br>WAFA Info<br>WAFA News | | |

http://www.wafaimages.ps/photo.aspx?id=21365



Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,202,946

http://www.wafaimages.ps/photo.aspx?id=21365

[Stamp] **P 2: 199**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                  Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                  Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 198-99.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 198-99.

Dated: February 28, 2014

Clark Hayes

ss.:- ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014


Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015



P 2: 198

WAFA Multimedia

WAFA Info

WAFA News

WAFA Images

SHARE

Wednesday, December 19, 2012

http://www.wafainfo.ps/pl-site.aspx?id=21365



P 2: 196

Wednesday, December 19, 2012

http://www.wafainfo.ps/photo.aspx?id=21365

PLAINTIFF'S
EXHIBIT
271


Wednesday, December 19, 2012

| WAFA Palestinian News & Info Agency | WAFA Images January 6, 2012 Funeral Ceremonies for the Remains of the Two Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa) | Eye on Palestine WAFA From the Archive |
|---|---|---|
| **Search** | Time of Publication: 3:35:26 p.m. January 6, 2012; Picture Displayed in the Original Size | |
| - Economy - Israeli Violations - Culture and Heritage - Sports - Politics   Detainees' Affairs   Women's Affairs - Notables   Palestine's Martyrs   Special Pictures - Nature - Palestinian Institutions - Local News - Palestinian Cities   Activities  WAFA Multimedia | ![funeral photo] | |

http://www.wafaimages.ps/photo.aspx?id=21369

[Stamp] **P 2: 200**



WAFA Info
WAFA News

Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,203,152

http://www.wafaimages.ps/photo.aspx?id=21369

[Stamp] **P 2: 201**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.     The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 200-01.

2.     I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 200-01.

Dated: February 28, 2014

Clark Hayes

ss.: ~~New Jersey~~ New York

On the 88th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
88 day of February, 2014


Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6182573
Qualified in Kings County
Commission Expires March 12, 20/5

P 2: 200

P 2: 201



WAFA Info
WAFA News

أرشيف  |  عدد  الزوار  1260152  |  من نحن  |  النشرة  البريدية  |  اتصل  بنا


PLAINTIFF'S
EXHIBIT
272

Wednesday, December 19, 2012

| WAFA Palestinian News & Info Agency | WAFA Images January 6, 2012 Funeral Ceremonies for the Remains of the Two Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa) | Eye on Palestine WAFA From the Archive |
|---|---|---|
| **Search** | Time of Publication: 3:35:26 p.m. January 6, 2012; Picture Displayed in the Original Size | |
| - Economy<br>- Israeli Violations<br>- Culture and Heritage<br>- Sports<br>- Politics<br>  Detainees' Affairs<br>  Women's Affairs<br>- Notables<br>  Palestine's Martyrs<br>  Special Pictures<br>- Nature<br>- Palestinian Institutions<br>- Local News<br>- Palestinian Cities Activities<br><br>WAFA Multimedia | | |

http://www.wafaimages.ps/photo.aspx?is=12368

[Stamp] **P 2: 202**

18



WAFA Info
WAFA News

Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,202,946

http://www.wafaimages.ps/photo.aspx?is=12368

[Stamp] **P 2: 203**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

　　　　　　　　　Plaintiffs,

No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

　　　　　　　　　Defendants.

### DECLARATION OF CLARK HAYES

　　　　Clark Hayes hereby certifies as follows:

1.　　The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 202-03.

2.　　I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.　　To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 202-03.

Dated: February 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15



P 2: 202



P-2: 203

Wednesday, December 19, 2012

PLAINTIFF'S
EXHIBIT
273



Wednesday, December 19, 2012

| WAFA **Palestinian News & Info Agency** | WAFA Images<br>January 6, 2012<br>Funeral Ceremonies for the Remains of the Two Martyrs Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa) | **Eye on Palestine**<br><br>**WAFA**<br><br>From the Archive |
|---|---|---|
| **Search** | Time of Publication: 3:33:46 p.m. January 6, 2012; Picture Displayed in the Original Size | |
| - Economy<br>- Israeli Violations<br>- Culture and Heritage<br>- Sports<br>- Politics<br>   Detainees' Affairs<br>   Women's Affairs<br>- Notables<br>   Palestine's Martyrs<br>   Special Pictures<br>- Nature<br>- Palestinian Institutions<br>- Local News<br>- Palestinian Cities Activities<br><br>WAFA Multimedia | | |

http://www.wafaimages.ps/photo.aspx?id=21364

[Stamp] **P 2: 204**



WAFA Info
WAFA News

Main News | Who We Are | Contact Us | Advanced Search

Number of Visitors: 1,203,187

http://www.wafaimages.ps/photo.aspx?id=21364

[Stamp] **P 2: 205**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

            vs.                                            No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.


## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 204-05.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 204-05.

Dated: February 28, 2014

                                        _____
                                        Clark Hayes

ss.: ~~New Jersey~~   New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15



P 2: 204

Wednesday, December 19, 2012

http://www.wafaimages.ps/photo.ispx?id=21164

P 2: 265



Wednesday, December 19, 2012



Sunday, March 3, 2013

Search

PNN Palestine News Network

Homepage | Quick Tour | Local news | Politics  Prisoners | Sports | Economics | Miscellaneous | Ideas | Culture and Arts | Non-violent Resistance | Broadcast Reports | Israel Said

## Bethlehem Police Chief Visits Al-Deheisheh Camp and Prisoner Hilmi Hamash's House

Details – published Sunday, September 30, 2012 // 8:33 a.m.



Bethlehem / PNN – The Chief of Police of Bethlehem Governorate, Lieutenant Colonel Attorney Alaa' al-Shalabi, today visited the institutions of al-Deheisheh Camp and the house of the prisoner Second Lieutenant Hilmi Hamash.

A statement by the police Public Relations and Information Department reported that today, Lieutenant Colonel Attorney Alaa' al-Shalabi visited the institutions of al-Deheisheh Camp. He began with the Phoenix Center, accompanied by the Deputy Chief of Police of the governorate, Lieutenant Colonel Attorney Hussam Awwad; the Director of Public Relations and Information Major Aahed Hassayen; and the Director of Bethlehem City Center, Major Zayed al-Shaaer. They were received by Representative Mohamed al-Lahham Abu Khalil; the Deputy Governor of Bethlehem Governorate Mohammad Taha; the Fatah Movement Secretary in the camp Mohammad al-Jaafari; the Deputy Commander of Bethlehem Region Lieutenant Colonel Nadher Omar; Sami Shaheen; Jaddou' Zawahrah; and a gathering of camp cadres.

http://www.pnn.ps/index.php/local/28576

[Stamp] **P 2: 251**

Sunday, March 3, 2013

Representative al-Lahham welcomed the visit of Lieutenant Colonel al-Shalabi and the accompanying delegation, and qualified it as a noble gesture that serves to bolster the excellent relations between the Deheisheh Camp and the security institution in the governorate. He presented a description of the Phoenix Center and the nature of services it offers to the governorate, and reviewed the camp's various institutions which have become a model for other camps.

For his part, Lieutenant Colonel al-Shalabi stated that this visit comes within the directives of the leadership and the policy of the Governorate Police Command for the need to communicate with all public and civil institutions, and to promote real partnerships with the police with the objective of communication and cooperation as this is in the public interest that reinforces security and safety for everyone.

Representative al-Lahham and a number of the camp cadres escorted Lieutenant Colonel al-Shalabi and the accompanying delegation on his tour inside the camp, which included a visit to the relief agency office in the camp during which they met the Camp Director, Mr. Mustafa al-Soubani. They also visited the Ibdaa Institution, the medical center, and the offices of the local committee for the rehabilitation of the disabled.

The visit was concluded at the house of the prisoner Lieutenant Hilmi Hamash, a member of the Palestinian Police, where they were received by the prisoner's family. Lieutenant Colonel al-Shalabi conveyed the greetings of the Police Command to them and assured them that the Police are keen to communicate with all its sons and their families.

For their part, the family of prisoner Hamash considered the visit by Lieutenant Colonel al-Shalabi, his Deputy, and the accompanying delegation to be important and meaningful, and that it reflects the genuineness of Palestinian Police and its Command.

http://www.pnn.ps/index.php/local/28576

[Stamp] **P 2: 252**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                        Plaintiffs,

                                                  No. 04 Civ. 00397 (GBD) (RLE)

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                        Defendants.

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.   The attached translation from Arabic to English is an accurate representation of the
     document received by Rina Ne'eman Hebrew Language Services, to the best of my
     knowledge and belief. The document is designated as P 2 251-52.

2.   I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent
     in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.   To the best of my knowledge and belief, the accompanying text is a true, full and
     accurate translation of the Arabic-language document bearing the bates number
     P 2 251-52.

Dated: February 28, 2014

                                                  _____
                                                  Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

Sunday, March 03, 2013



البحث

Español   Français   Deutsch   English   03   03   2013

شبكة فلسطين الاخبارية  PNN
Palestine News Network

الرئيسية | جولة سريعة | مجلات | سياسة | اسرى | رياضة | اقتصاد | منوعات | أفكار | ثقافة وفنون | مقاومة لا عنفية | تقارير اذاعية | قالت اسرائيل

مدير شرطة بيت لحم بزور مخيم الدهيشه ومنزل الأسير حلمي هماش

المفاصل... ٠٨ ٠٣ | ٢٠١٣٠٠٠٠ ٠٨

بيت لحم /PNN– زار المقدم حقوقي علاء الشلبي
مدير شرطة محافظة بيت لحم اليوم مؤسسات
مخيم الدهيشة ومنزل الأسير العلام حلمي
هماش.

وذكر بيان إدارة العلاقات العامه والإعلام بالشرطةان
المقدم حقوقي علاء الشلبي زار اليوم مؤسسات
مخيم الدهيشة بدأها بمركز الفنيق، رافقه بالزيارة
المقدم حقوقي حسام عواد نائب مدير شرطة
المحافظة والرائد عاهد حسابين مدير العلاقات
العامة والإعلام والرائد زايد الشاعر مدير مركز مدينة

بيت لحم. وكان في استقبالهم النائب محمد اللحام أبو خليل، نائب محافظ محافظة بيت لحم محمد طه، أمين سر
حركة فتح بالمخيم محمد الجعفري، نائب قائد منطقة بيت لحم المقدم ناظر عمر، سامي شاهين، جدوع زواهرة
وحشد من كوادر المخيم.

P 2: 252

http://www.pnn.ps/index.php/local/28576

ورحب النائب الحلام بزيارة المقدم الشلبي والوفد المرافق واعتبرها ألفته كريمة تصب في تعزيز العلاقة المصرية ما بين محهم الرقابية والمؤسسة الامنية المحلية بالمجالاتها وقدم شرحا عن المهنى وطبيعة الخدمات التي يقدمها للمحافظة واستعرض مؤسسات المهام المحلية والتي اصبحت نموذجا لمجهات اخرى.

من جهته اكد المقدم الشلبي بان هذه الزيارة تندرج ضمن تعليمات القيادة وسياسة قيادة شرطة المحافظة بضرورة التواصل مع كافة المؤسسات الحكومية والاهلية وتعزيز الشراكات الجهوية مع الشرطة بهدف المواصل والتعاون لما في ذلك من مصلحة عامة تصب في تعزيز الامن والامان المجتمعي.

وأوفى النائب الحلام وعدد من كوادر المقدم المقدم الشلبي والوفد المرافق في جولة داخل المقدم شملت زيارة مكتب وكالة الغوث بالمحهم الشهيد منطقتين السوداني وزاروا مؤسسة إنتاج المركز الشلبي وهم الاجهزة المحلية لأهل الجهتين.

وأختتمت الزيارة لمزار الامن العابر على المرحلة لجهم وأكد بان الشرطة بريدة على التواصل مع كافة أنباء الشرطة الفلسطينية. وكان في استقبالهم ذوي الأسير.

نظر المقدم الشلبي تحيات قيادة الشرطة الفلسطينية بهامش الى الشرطة الفلسطينية بريدة على التواصل مع كافة اسايله ودوهم.

من جميعهم ذوي الاسير هنانى الجمهور زيارة المقدم الشلبي وله والوفد المرافق خاصة وعلاوة عن اهانة الشرطة الفلسطينية وقيادتها.

SHARE