

PLAINTIFF'S EXHIBIT 286

Wednesday, December 19, 2012

| Search | Archive | | Heb | Eng | Homepage | About WAFA | Contact Us | E-mail |
|--------|---------|--|-----|-----|----------|------------|-----------|--------|



Palestinian News & Info Agency

Send a text to WAFA at 6575

### Bethlehem Escorts its Two Martyrs to their Final Resting Places

- + Adjust font size

Bethlehem, June 1, 2012 Wafa – On Friday, large crowds of people in Bethlehem Governorate escorted their two martyrs, Ali Ja'ara from Aida camp, and Mohamed Zaoul from the village of Housan, to their final resting places, grieving and denouncing the inhumane and unethical actions of the Israeli occupation towards the bodies of the martyrs.

The funeral procession set off from Manger Square in front of the Umar ibn al-Khattab Mosque, in the center of Bethlehem, after the funeral prayers were offered for their virtuous bodies. They were carried on the shoulders of a few National Security men, and were taken through the streets of Bethlehem to the village of Artas, where the body of the martyr Ja'ara was laid to rest in the martyrs' cemetery there.

Afterward, the procession, which included hundreds of civilian and military vehicles, headed towards the village of Housan, where the martyr Zaoul was buried in the village cemetery.

In addition to the family members and relatives of the two martyrs and a great number of people, the funeral procession included Deputy Governor Mohamed Taha Abu Alia, the Minister of Detainees and Ex-Detainees, Issa Qaraqe', senior security officers, Governorate officials and public figures, Deputy Khalil al-Lahham, and the mufti of Bethlehem Governorate.

Latest News          More

1:48 p.m. - December 19, 2012 – Moscow: Israeli settlement policy threatens to torpedo the potential creation of a Palestinian state.

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 253**

Wednesday, December 19, 2012



مراسم تشييع رفات الشهيدين علي جعارة ومحمد ز عول(عدسة:احمد مز هر/و افا)

[Photo caption] Funeral rituals for the bodies of Ali Ja'ara and Mohamed Zaoul (Photo: Ahmed Mezher / Wafa)

1:41 p.m. – December 19, 2012 – The occupation forces arrest three youth in Salfit City

1:39 p.m. – December 19, 2012 – "Miftah" [key] discusses the newspapers' coverage of the local elections

1:39 p.m. –December 19, 2012 – The occupation court releases Shirin al-Issawi on parole

1:33 p.m. – December 19, 2012 – Death of the former occupation army Chief of Staff Shahak

1:28 p.m. – December 19, 2012 – Abu Bakr informs the Red Cross of Israeli violations against the Governorate

1:20 p.m. – December 19, 2012 – The Ministry of Finance concludes an agreement to develop the industrial zone in Bethlehem City

1:18 p.m. – December 19, 2012 – The Palestinian embassy holds the annual philanthropic event for diplomats in Bulgaria

1:10 p.m. – December 19, 2012 – The President receives a congratulatory telegram for State membership from his Armenian counterpart

12:51 p.m. – December 19, 2012 – Fayyad: In response to the targeting of our citizens' livelihood, I call for boycotting Israeli products

12:38 p.m. – December 19, 2012 – Fatah's Central Command: Full support for our people in Syria against the conspiracies

12:38 p.m. – December 12, 2012 – The Agha meets with South Africa's ambassador and informs him of the situation in the Gaza Strip

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 254**

Wednesday, December 19, 2012

12:32 p.m. – December 19, 2012 – Jerusalem: Hunger strike carried out by three youth in solidarity with al-Issawi

12:30 p.m. – December 19, 2012 – The President receives a phone call from Fouad Siniora

11:52 a.m. – December 19, 2012 – Total strike at public institutions because of salary delay

11:39 a.m. – December 19, 2012 – The Minister of Agriculture and Toubas Governor discuss ways to promote the agricultural sector

11:36 a.m. – December 19, 2012 – Opening of the Korean Cinema Week in Hebron

11:27 a.m. – December 19, 2012 – Ministry of Finance: Disbursement of the welfare installment on Saturday and Sunday

11:04 a.m. – December 19, 2012 – Jerusalemite Bilal Abu Hussein enters his 25th year in prison

10:54 a.m. – December 19, 2012 – Conclusion of the eleventh conference of the heads of the Arab countries' legislative departments

President

Prime Minister

The Legislative Council

Liberation Organization

The Judiciary

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 255**

Wednesday, December 19, 2012

Sections:
President | Prime Minister | Legislative | Judiciary | Liberation Organization | Editorial | Economy | Sports | Culture | Local News | Arab and International News | Solidarity | Israeli Affairs | Reports | Political Analysis | Women's Affairs | Prisoners | Miscellaneous | Communities | Studies and Research | Legal Analysis | Politics | Palestinian Stock Exchange

All Rights Reserved to Wafa.ps

http://www.wafa.ps/Arabic/index.php?action=detail&id=132303

[Stamp] **P 2: 256**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 253-56.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 253-56.

Dated: February _CC_, 2014

                                      Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

P 2: 253

Wednesday, December 19, 2012



Wednesday, December 19, 2012

11:41 قوات الاحتلال تعتقل ثلاثة
19-12- شبان من مدينة سلفيت
2012

13:39 'مفتاح' تناقش تغطية
19-12- الصحف للانتخابات المحلية
2012

13:39 محكمة الامم... تندرج عن
19-12- شمرس المساواة بشروط
2012

13:33 وفاة رئيس أركان جيش
19-12- الاحتلال الاسابق سابادك
2012

13:28 أبو بكر يطالب الصليب الأحمر
19-12- على الانتهاكات
2012 الإسرائيلية ضد المحافظة

13:20 أهالية تولع امالية تطهير
19-17- المنطقة الصناعية في
2012 مدينة بيت لحم

13:18 سفارة فلسطين تقيم
19-12- الحفل الخيري السنوي
2012 للدبلوماسيين في بلغاريا

13:10 الرئيس يتلقى برقية تهنئة
19-12- بمديوية الدولة من نظيره
2012 الارمني

12:51 شاهين: ردا على استهداف
19-12- لقمة عيش المواطنين ادعو
2012 إلى مقاطعة المنتجات
الإسرائيلية

12:38 مركزنا 'فتح' كل الدعم
19-12- لحماية شعبنا في سوريا
2012 ضد المؤامرات

12:38 الأعا بلتقى سفير مزيوه
19-12- إلى قطاع غزة
2012



مراسم تشييع رفات الشهيدين علي جمارة ومحمد زعل(عدسة:احمد مزهر اوقا)

ا. مزه مزي

P 2: 255


الأقسام:
الرئاسة | رئاسة الوزراء | التشريعي | القضاء | منظمة التحرير | مقال رأي | اقتصاد | رياضة | ثقافة | محلي | عربي ودولي | تضامن | شؤون اسرائيلية |
تقارير | تحليل سياسي | شؤون المرأة | الأسرى | منوعات | جاليات | دراسات وأبحاث | تحليل قانوني | سياسة | سوق فلسطين للأوراق المالية |

جميع الحقوق محفوظة لـwafa.ps

PLAINTIFF'S
EXHIBIT
296

www.freedom.ps/showNews.php?id=1095          December 8, 2013

**www.freedom.ps/ENGLISH**

<div align="center">

**Ministry of Detainees' & Ex-Detainees' Affairs**

**Palestinian National Authority**

</div>

[Emblem: Palestine]

<div align="center">

### Qaraqe': The Issue of the Detainees is at a Crossroads this Year

</div>

July 13, 2013

The Minister of Detainees' & Ex-Detainees' Affairs, Issa Qaraqe', said that the issue of the detainees and their release is at a critical crossroads this year, especially in view of the existing political initiatives and international efforts carried out in order to resume the negotiations.

Qaraqe' indicated that the case of the detainees has become a political issue and part of any settlement with the Israeli side, and is not subject to Israeli bargaining and criteria.

He added that President Abu Mazen considers releasing the detainees as a condition for resuming the negotiations a red line that cannot be crossed or become a bargaining chip.

Qaraqe' cautioned that the absence of any progress in the issue of the detainees will lead to an insurrection inside and outside the prisons, especially since the detainees have threatened to carry out widespread collective protests if the political initiatives fail and if their case continues to be dealt with in an arbitrary and inhumane manner.

Qaraqe''s statements came during his visit to a number of detainees' families at al-Deheisheh Camp on the occasion of the holy month of Ramadan.

Qaraqe' visited the family of detainee Issa Abd Rabbo, the longest-held prisoner in Bethlehem Governorate, who has been jailed for 29 years. During this visit, he met with his ill and elderly mother. In addition, Qaraqe' visited the mother of detainee Hilmi Hamash, who has been sentenced to life imprisonment. His mother underwent surgery during which the toes of her left foot were amputated. Qaraqe' also visited the family of detainee Ahmed Salah, who is sentenced to prison for life and lost his two parents during his incarceration; he met with his sister.

Qaraqe' was accompanied by Mohamed al-Jaafari, the Secretary of the Fatah movement in al-Dheisheh Camp, Yousef Abu Laban, Director of the Martyrs and Injured Foundation in Bethlehem, and the wife of detainee Zaher Maqdad.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

vs.                                                    No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 2 317.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 2 317.

Dated: February 28, 2014

                                                    _____
                                                    Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014



Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015



وزارة شـــؤون الأســـرى والمحرريـــن
**Ministry of**
**Detainees & Ex-Detainees Affairs**

www.freedom.ps/ENGLISH
السلطة الوطنية الفلسطينية
**Palestinian National Authority**

## قراقع: العام الحالي بشكل مفترق طرق بخصوص قضية الأسرى

13/7/2013

قال وزير شؤون الأسرى والمحررين عيسى قراقع أن هذا العام يشكل مفترق طرق حاسم بخصوص ملف الأسرى والإفراج عنهم لا سيما في ظل الحراك السياسي القائم والجهود الدولية المبذولة لاستئناف المفاوضات .

وأشار قراقع أن قضية الأسرى أصبحت قضية سياسية وجزء من أية تسوية مع الجانب الإسرائيلي وليست خاضعة للمساومات والمقاييس الإسرائيلية.

وقال أن الرئيس أبو مازن يعتبر الإفراج عن الأسرى كجزء من استئناف المفاوضات خطا احمر لا يمكن القفز عنه أو المساومة عليه.

وحذر قراقع أن عدم وجود تقدم في مسار قضية الأسرى سوف يفجر الأمور في السجون وخارجها وخاصة أن الأسرى قد هددوا بخطوات احتجاجية واسعة وجماعية في حال فشل الجهود السياسية واستمرار في التعاطي مع قضية الأسرى بطريقة تصفية ولا إنسانية.

أقوال قراقع جاءت خلال زيارته لعدد من عائلات الأسرى في مخيم الدهيشة بمناسبة شهر رمضان المبارك.

وقد قام قراقع بزيارة عائلة الاسير عيسى عبد ربه أقدم الأسرى في محافظة بيت لحم ويقضي 29 عاما في السجون، حيث التقى مع والدته المريضة الكبيرة بالسن، وكذلك قام قراقع بزيارة إلى والدة الاسير حلمي هماش المحكوم بالمؤبد، وقد أجرت والدته عملية جراحية بتر خلالها أصابع قدمها اليسرى، وقام قراقع بزيارة إلى عائلة الاسير احمد صلاح المحكوم بالمؤبد والتقى مع شقيقته، وكان قد فقد والديه خلال اعتقاله.

ورافق قراقع كل من محمد الجعفري أمين سر حركة فتح في مخيم الدهيشة، ويوسف أبو لبن مدير مؤسسة الشهداء والجرحى في بيت لحم وزوجة الاسير زاهر مقداد.