# PLACEHOLDER FOR EXHIBIT 352

## SEE ENCLOSED DVD

| Time | English | Arabic |
|------|---------|--------|
| 01:48-01:52 | Taghreed, you have received a letter. | تغريد جالك مكتوب |
| 01:52-01:57 | Bring the letter so I can see it. I would like to be reassured about the girls by myself. | جيبي الرسالة أشوفها أحب أطمئن على البنات بناتي |
| 01:57-02:06 | Leila, you have a letter. | ليلى في لك مكتوب . |
| 02:07-02:08 | Don't I have one? | وأنا ما إلي |
| 02:08-02:13 | No, love. Latifeh, is there another one also? | لا حبيبتي لطيفة في غيرها كمان |
| 02:15-02:15 | Adham | أدهم |
| 02:15-02:21 | Your son. Ahlam Nehmeh. | ابنك أحلام نعمة |
| 02:25-02:45 | It has been a long time since I received something. This one is for Amani. Who is this one for? For Fatima. This one please. This one is for Kahira. Kahira al-Saadi. | صار لي فترة شيء ما وصلني هاي لأماني ها لمين لفاطمة .هاي رجاء ها لقاهرة لقاهرة السعدي |
| 02:55-03:09 | I am prisoner Kahira al-Saadi, from Jenin camp, a mother of four kids. I was arrested on May 7, 2002. The charge against me is facilitating a martyrdom operation and helping Mujahedeen. | أنا الأسيرة قاهرة السعدي من مخيم جنين أم لأربع أطفال اعتقلت في 7/5/2002التهمة المنسوبة لي لتوصيل استشهادي ومساعدة مجاهدين |
| 03:34-05:20 | These are my children. This is Dunia, the youngest daughter I have. When I was captured she was 3 years old. Now, thank God, she has grown and became a young lady of 7 years. I also have Sandy. When I was captured she was 9 years old. Now she is 13 and a half. I have Mohamed, my son, and Raafat. All of them are my children. Of course I am not the only mother away from her children. I am just one of the Palestinian mothers who are in prison. There are a lot of Palestinian mothers who were killed and became martyrs. I mean there are a lot of children in Palestine who have lost their mothers in death; Israel killed them, I mean, shot them. | هي ولادي هاي دنيا أصغر بنت عندي لما أنا اعتقلت كان عمرها 3سنين هلا الحمد لله رب العالمين كبرت وصارت صبية عمرها 7سنين وعندي ساندي لما اعتقلت كان عمرها 9سنين هلا عمرها 13سنة ونصف عندي محمد ابني ورأفت هم كلهم ولادي طبعا مش بس أنا الوحيدة الأم اللي بعيد عن ولادها ممكن أنا من الأمهات الفلسطينيات اللي في السجن في كتير أمهات فلسطينيات قتلوا واستشهدوا يعني فيه أطفال كتير في فلسطين أمهم ماتت قتلوها إسرائيل يعني طخوها . |

| Time | English | Arabic |
|------|---------|--------|
|  | They are not upset with me because they know what I have done. To the contrary, they always tell me in the visit when they visit me, "You are a hero and you are strong, Mom. God willing, you will come back and be with us soon, and the Jews will stay away from us." I mean, my young daughter, her words to me always were, "God willing, He takes the Jews away and returns you to us, Mom." I lived in an institution with a lot of orphan kids. I used to think that everyone I saw had mothers. I would ask myself when I was young, "Why don't I have a mother? Why did my mother die?" And now the same thing I am experiencing, away from my children. | هم مش زعلانين مني لأنهم عارفين شو أنا عملت بالعكس دايما بيقولو لي في الزيارة لما يزوروني انت بطلة وأنت قوية ماما إنشاء الله ربنا يعني إنك ترجعلي لنا وتكوني معنا عن قريب ويبعد اليهود عنا يعني بنتي الصغيرة بس دائما كلمتها لي إنشاء الله بياخد اليهود وبترجعي لنا يا ماما أنا عشت في مؤسسة فيها عدد كبير من الأطفال الأيتام كنت أحسب كل اللي أشوفهم إلهم اميات واسال نفسي يعني وأنا صغيرة ليه أنا ماليش أم ليش أمي ماتت وأنا هلا نفس أشي التجربة معايا بعيد عن ولادي |
| 13:50-14:10 | From the day I was imprisoned, he has not sent me a letter, not even once. He wrote me a few words saying, "If your husband got married a second time, would you be happy?" If I endure, my dear, there is nothing I can do. I am in prison. I need to endure with my worry inside, I mean. | من يوم ما انحبست ما بعت لي رسالة ولا مرة كتب لي كلمة لو جوزك اتجوز عليكي بدك تكوني مبسوطة يعني انا بكابر حبيبتي أنا مش طالع بإيدي شيء أنا بالسجن بدي أكابر همل فيكي يعني |
| 14:10-14:42 | Yes, it is over a little, but at the same time I should not be selfish. First, in Islam it is legal for a husband to marry more than one person if he has to. Thanks God. It is normal. His wife is pregnant, pregnant and they say with a girl. He will call her Kahira, after me. This is evidence that he loves me | صح زايدة شوية بس بنفس الوقت يعني لا زم ماكونتش أنانية يعني حبة أول إشي بس الإسلام شرع أن الرجل يتزوج أكثر من واحدة إذا كان مضطر الحمد لله عادي يعني حتى أن مرته حامل وحامل بيقولوا فيها بنت بده يسميها قاهرة على اسمي هذا دليل على إنه بيحبني |
| 21:02-21:41 | We are about five. When we are out we work. In this way we oversee the girls. When there is need to help, we help of course. We have divided the work; one to distribute food, one to take care of the needs of the girls, one for this. I mean we have divided the | احنا تقريبا خمسة لما نكون برة بنشتغل احنا بنشرف هيك على البنات لما يكون في حاجة للمساعدة طبعا بنساعد. في عندنا مقسمين الوضع مين يوزع الأكل مين يشوف طلبات البنات مين |

| Time | English | Arabic |
|------|---------|--------|
| | work among us.<br><br>Girls, girls, anyone of you wants burghol? Anyone in line? Wafa, come. She is shooting. Am I not talking to you?<br>- Thank God.<br>- What's your name? | هيك يعني مقسمين الشغل على بعضنا<br><br>صبايا يا بنات حدا منكم بده برغل هلا حدا في الدور .وفاء تعالي هي بتصور مش أنا بتحكي معك<br><br>-الحمد لله<br><br>-شو اسمك |
| 21:41-24:44 | Wafa al-Jaseem.<br>Where are you from?<br>From Jabalia. | وفاء الجسيم<br>من فين؟<br>من جباليا |
| 21:44-21:45 | How long have you been in prison, Wafa? | أديش لك في السجن يا وفاء |
| 21:46-21:47 | 12 years. | 12سنة |
| 21:48-22:14 | 12 years! What is the charge? A 12 year sentence. 12 years. Listen, Wafa, why did you think of blowing yourself up?<br>- I am afraid I if I speak up, she will go and tell someone.<br>- No, not even once. Shame on you. Why should I tell her? | 12سنة شو التهمة 12سنة الحكم 12 سنة اسمعي يا وفاء ليش فكرتي تفجري نفسك<br>-أخاف أحكي لها بتروح تقول لحد<br>-لا ولا مرة يا عيب الشوم عليكى<br>-على إيش بدي أحكي لها |
| 28:37-29:27 | I could die, and I have said it before, without going as a martyr, sitting at home. I could catch a bullet. And you know Israeli bullets; they don't distinguish between a resistor and a normal person at home. OK, I will answer your question. This one tells you, not necessary. That's it. I mean my life ended here. I cannot change that. This is God's destiny for me. This is known in our religion of Islam. I don't know if you are going to comprehend this or not.<br>I left at one-thirty in the afternoon. It was still noon. My children were back from school. I had prepared food for them and they had eaten. I left them at home and told Sandy, "Take care of your brothers and sisters while I go | ممكن أنا أموت وحكتها قبل هذه المرة بدون ما أنزل للاستشهاد وأنا قاعدة في البيت تجيني رصاصة وانت بتعرفي الرصاص الإسرائيلي ما بيميز ها مقاوم وها إنسان عادي قاعد في بيته ماشي برد على سؤالك هذا بقول لك يعني مش شرط خلاص يعني أنا انتهى عمري هون مقدرش أجل هذا قضاء ربي وقدره هذا أشي معروف عنا في الدين الإسلامي أنا ما بعرف إذ انت راح راح تستوعبي هذ الكلام أو لا<br>أنا رحت الساعة الواحدة والنصف الظهر كانت الدنيا ظهر لسة كان ولادي راجعين من المدرسة طبعاً كنت حضرت لهم الأكل وكلوا وخلتهم في |

| Time | English | Arabic |
|------|---------|--------|
| | out, I won't be long." I went to Ramallah and I took the martyr right away from Ramallah to Jerusalem.<br><br>It was difficult for us to enter a place, like a restaurant or something similar because there was intense security in Jaffa Street, so the operation was performed in a random street. There were two buses passing by and I asked the martyr to carry out the operation in the street because there was no way to enter another place. I told him, "Say you want to stop a bus as if you want to get on it. Go ahead of me a little and I will walk a little way with you." So he went ahead of me and he said, "Goodbye. There is no god but God. Mohamed is the messenger of God". I told him, "God will show your favor. God willing, you will reside in Paradise. May Mohamed entreat God for us". This means he will ask God to make us acceptable to him. It is true that you may fear what I am saying or it may upset you, but I am telling you what happened. He was very happy. The last time I saw him was when he left me to become a martyr. I mean I looked at him, and he was smiling. He was happy. He grabbed two people and then there was one explosion.<br>The first thing was the sound. The sound of the explosion was very strong. I felt the red fire, and most of all was the smoke. The smoke filled the area. I mean I no longer saw people, the marketplace and the people who were at the bus stop were no longer in sight. There was nothing. Destruction and thick smoke, thick. This is the last thing I saw in the operation. I screamed. I put my hands on my face because of the sound of the explosion. I saw no people in the street | البيت وقلت لساندي ديري بالك على اخواتك وأنا<br>باطلع مشوار ومش حاطول كثير ماما نزلت على<br>رام الله ومن رام الله أنا استلمت الشهيد من رام الله<br>دوغري وأخذته من رام الله على القدس<br>كان صعب ان إحنا ندخل على مكان فيه مثلا مطعم<br>أو إشي لنه كان فيه مراقبة شديدة في شارع يافا<br>فتمت العملية في الشارع هيك عشوائي يعني وكان<br>فيه باصين مرين وطلبت من الشهيد أن هنا تصير<br>العملية في الشارع لأن مفيش مجال ندخل على<br>مكان تاني فقلت له أن أنت بتقول أن أنت بدك<br>توقف الباص على أساس نركب فيه أسبقتني وأنا<br>أمشي شوية شوية معاك فهو سبقني وقال مع<br>السلامة لا إله إلا الله محمد رسول الله أنا قلت له الله<br>يرضى عنك أنشاء حياتك الجنة واتشفعلنا يا محمد<br>يعني يطلب من ربنا أن نكون احنا مشفعين عنده<br>إنشاء الله صح أنت يعني يمكن بتخافي من الكلام أو<br>بيضايقك الكلام بس أنا بحكي اللي صار يعني أنت<br>كان هو مبسوط كثير يعني آخر مقطع إليه شوفته<br>فيه لما تركني وراح يستشهد يعني اطلع عليه وكان<br>بيتسم كان مبتسم وكان مبسوط مسك اثنين وبعدين<br>صار انفجار       مرة واحدة<br>أول أشي الصوت صوت الإنفجار كان قوي جدا<br>حسيت فيه نار حمرا وأكثر أشي الدخال يعني عبا<br>المنطقة دخان يعني بطلت أشوف ناس يعني<br>البازار والناس اللي كانوا على الموقف بطلوا يبانوا<br>مافيش ولا شيء دمار ودخان قوي قوي ده آخر<br>شيء شوفته في العملية أنا صرخت حطيت أيدي<br>على وجهي من صوت الإنفجار المنظر إللي أنا |

| Time | English | Arabic |
|------|---------|--------|
| | because of the fog and smoke caused by the explosion. You saw people exploding. I saw the martyr when he blew himself up. Three jews were also killed. Did you see the bodies? No, no. There was fog and smoke. I saw nothing. Everything disappeared. I screamed in this way. I found nothing except Jews, I mean Israelis pulling me and pushing me into a shop. That was it. When I came back to my senses, I found myself inside the shop being treated, and something like that, because I had some blood on me and things from the operation. I had a minor injury, no, I wasn't injured. There was no blood or anything. Blood and the things from them hit me a little and I was treated there. Blood splashed on my face and in my eye. Maybe Mohamed's blood also. There was blood on him. | شوفته مفيش ناس في الشارع من الضباب والدخان اللي سببه الإنفجار شوفت الشهيد لما فجر حاله لأ لأ كان فيه ضباب ودخنة ما شفتش أي شيء كله اختفى صرخت هيك أنا مالقيتش حاجة إلا ناس يهود يعني اسرائيليين عم بيشدوني وبيدخلوني على محل هذا آخر أشي أشي كنت يعني لما صحيت على حالي لقيت حالي جوة المحل عم بيعالجوني وأشي زي هيك لأن طلع شوية دم عليه وأشياء من العملية اتصبت إصابة بسيطة مش إصابة يعني انجرحت ولا إشيء دم والأشياء اللي منهم أجت فيه شوية وكان تم علاجي في المحل في وجهي وعيني جه دم يمكن دم محمد كمان كان فيه دم عليه آه |
| 11:07-12:20 | I had a little difficulty in the camp being accepted. I was the only woman married who wore pants and a blouse, and in my hair there were a lot of ornaments. Shame, why is she like that? This matter worried me because why would they talk about me? I was young, I mean, I got married at 14 and I had my daughter at 15. I was like (incomprehensible word: Masah) but I did not know anything about prayer. I knew nothing. I had nothing. Maybe my relationship with God became stronger and I learned about religion here in prison when I met sisters, Muslims, wearing the hijab. I knew what I should be and how I should act. To the contrary, I want to get out of prison and get out of this outfit, and my camp would see me, and my | شوية لقيت صعوبات في المخيم أن يتقبل واحدة مني أنا كنت الامرأة الوحيدة اللي متزوجة اللي أنا بلبس بنطلون وبلوزة وبشعري كان فيه تعليقات كتير عليه يعني مثلا عيب ليش هيك طالعه اشي زي هيك كان هذا الأشي يتعبني لأن ليش بيحكوا عليه وكنت صغيرة في العمر حتى يعني أنا تزوجت بنت 14 سنة خلفت بنتي وانا عمري 15 سنة كنت مثل مصاح بس معرفش أشي عن الصلاة معرفش شيء ولا إشي عندي يمكن اتقوت علاقتي بربنا وعرفت أمور الدين هون في السجن لما تعرفت على اخوات لي مسلمات ومتحجبات وعرفت شو أنا لازم أكون وكيف أنا لازم أتصرف بالعكس أنا كتير حابة أطلع من السجن وأطلع في هذا اللبس ويشوفني مخيمي ويشوفني ناسي |

| Time | English | Arabic |
|------|---------|--------|
| | people would see me, and my family would see how I have really changed. What is the difference between white and blue? Why is blue forbidden? I mean all prisons are blue, but what I don't understand is why you always put on us such things, you restrict us. - Why does the prison ask us to put you in orange? | يشوفوني أهلي كيف أنا بالفعل اتغيرت شو الفرق بين ابيض وازرق ايش ممنوع الأزرق يعني كل السجن أزرق بس الشغلة مش قاهمة أنتم ليش بتحطوا علينا هيك دايما بتخانقوا علينا -ليه حانحط علكيي ها السجن طلب إن احنا نحط اللون البرتقالي |
| 12:46-13:05<br><br>00:40-00:57 | Wearing a bracelet or what? Wear this. I don't know.<br>Come on darling.<br>Baheera, Baheera, do you have a white pin for Sabreen, which she puts here?<br>Yes, like this.<br>Who is prettier: this, Shireen, Niveen, the open one or closed one?<br>No. Open. | لبسة أسورة أو شو البسي هذا -مش عارفة يالا - حبيبتي بهيرة بهيرة عندك دبوس أبيض لصابرين من اللي بيتحطوا هون -أيوة هيك مين أحلا هذا شيرين نيفين المفتوح ولا المسكر -لأ مفتوح |
| 00:57-02:25 | One will tell you. She gets out; she knows what she does and knows that her end will be in prison. What do you tell her?<br>Of course, prison is not the last, I mean, its suffering, end of life. I mean if you go to prison I am not going to do any ordinary thing. It is our duty when there is.<br>You see what she will be in is the right thing. Of course what she will be in is normal.<br>There is no verse.<br>No problem. There is life and afterlife. I mean in the eternal afterlife with God, and martyrdom is known to us. Yes, a pregnant woman. I mean I did not determine and I did not mean to, no. That was it. No. When I took the martyr, I was going with not returning, and whatever I see I will not hesitate or retreat. I mean I will take the martyr and he will perform the operation no matter what happens. It does not mean that with our own hands we killed a pregnant woman or caused her | -بتحكي ليك الواحدة بتطلع برة بتعرف أنها بتشتغل شغل هيك وعارفة إن نهايتها حا تكون السجن ليش تحكيلها طبعا السجن مش اخر يعني أن معناته آخر الحياة يعني إذ خلاص دخلت السجن مش راح أرد أعمل أي أشي عادي هذا واجب علينا لما يكون فيه انت شايفة إيه اللي بدها تكون فيه هو يعني الصح طبعا عادي ما تكون فيه -مفيش آية مش مشكلة فيه الدنيا والآخرة يعني في الحياة الآخرة الأبدية عند رب العالمين والشهادة معروفة شو عندنا آه امرأة حامل يعني أنا ما حددت ولا كنت قصدة أنه ما خلص لأ لما أنا أخدت الشهيد رايحة ومش راجعة يعني مش راح لو شو ما أشوف راح أتردد ولا أرجع يعني بدي أوصل الشهيد وبدو ينفذ العملية لو شو ما كان مش يعني بيدينا اللي احنا |

| Time | English | Arabic |
|------|---------|--------|
|  | children to become orphans at home. No. | قتلنا امرأة حامل أو يتمنا أطفالها في البيت لأ |
| 08:15-13:41 | Suhair, here is my son. Hold him. Sandy, I am out here. Mom Mom, darling My darling, come, give me a kiss. How are you? Come close to me. Come, my darling. How are you? Get up a little on it. Get up a little on it, Sandy. Little by little. Mom, bring it to me so I can see it. My darling, come, give me a kiss. How are you? I missed you too, darling. Sandy, you were very late. What's the matter with you? I feel you are not happy. I feel you are not happy. I am happy, Mom. Happy. Tell me Sandy. Mom, you heard me talking about you. Yes, I heard. Crazy. When are you going? I don't know yet, Mom. When I go don't worry. It does not matter. This sentence is normal. No matter how long the sentence is. Don't tell me what your sentence is. Even if it is long, I will get out. Isn't it normal, Mom? Three life sentences is normal. I will go. 100 years. No, who says 100 years? Maybe I will go. You don't know. Our God is great. Mom, I will go, OK, one day I will go. You will see, my darling. What do you want to do? You will see, my darling. I want to pray for me. OK. They will let me hug you. Sandy. I missed you a lot, my darling. I missed you a lot, mother. I love you, Mom. You are my darling. You are my life. I missed you so much. I missed you. | يا سهير هاك ولدي وشيليه ما ساندي أنا برة هون -ماما ماما حبيبتي حبيبتي تعالي بوس كيفك حالك قرب عليه تعالي حبيبي كيف حالك قوم اطلع شوية عليها اطلعي شوية شوية عليها ساندي شوية شوية مام جبيلي أشوفها حبيبتي تعالى بوس كيفك حبيبتي أنا كمان اشتقت لكم حبيبتي يا ساندي اتأخرتوا كتير عليه مالك حاسك مش مبسوطة حاسة مش مبسوطة -مبسوطة يا ماما مبسوطة أحكيلي يا ساندي -ماما سمعتيني وأنا أحكي عنك أيوة سمعت تجنن -امتى بتروحي معرفش ماما لسة، بس باروح ماتخافيش مابيهمش هذا الحكم عادي أد ما يكون الحكم مابديش تقولولي أديش حكمك أديش حكمك حتى لو كبير باطلع مش هو عادي ماما 3 مؤبدات عادي بروح 100 سنة لأ مين قال لك 100 سنة يمكن أروح متعرفيش ربنا كبير ماما بروح طيب يوم من الأيام راح أروح بتشوفي يا حبيبتي أنتم شو بدكم تعملوا بتشوفي حبيبتي بدي أنكم تدعولي طيب حايخلوني أحضنكم ساندي اشتقت لكم كتير حبيبتي اشتقت لكم كتير يا اماي -أنا بحبك يا ماما أنت حبيبي أنت عمري اشتقت لكم قد الدنيا اشتقت لكم .. مين أمك .. مين حبيبتك |

| Time | English | Arabic |
|------|---------|--------|
| | Who is your mother? Who is your darling? Come on guys, come on. Come, come on. Come on boy, come on. Come. Don't worry, Mom. Sandy, every time I tell you to tell Dad. Why does Dad do this to me? By God, Mom, he keeps calling your name, keeps doing, by God, Mohamed. Calls your name, by God, Mom. Again? Yes. Sandy, look at the things, Mom… Do you hear me, Mohamed? Yes, I remember she does not want to leave us. It is difficult to leave them and go. This is the most difficult thing for me. I will not know how I will go. I will not imagine it. And I also have a little brother, Sharif. When they captured me, he was 7 months old, and now he is 4 years old. When I get out, he will be 4 years old. I saw him only once in a visit. I don't know how he looks. I keep imagining how I will receive him, I mean, and how he will receive me. - I will ask you one thing, to take care of the children, especially the girls. I want Sandy to grow up and become like you. - God willing. - Teach her a lot about religion. - I want to serve your children God willing. - May God show you favor. I want you to do this request, God willing. God willing. | يالا خلاص شباب يالا تعالوا يالا . يالا ولد يالا تعالوا! ‏- ماتخافيش ماما ساندي كل مرة بحكي لك تحكي مع بابا ليش هيك باب بيعمل معايا كدة ‏-والله ماما بيضل ينادي عليكي بيضل والله محمد ‏-بينادي عليكي والله يا ماما ‏-كمان ‏-اه ساندي شوفي الأغراض ماما  سامعني .. محمد أه تذكرت مش حابة تتركنا صعب إني راح أروح وأتركهم هون أصعب شيئ عليه حايكون مش عارفة كيف كيف تروحتي راح بتكون مش متخيلة أنا وكمان لي أخ صغير شريف لما اعتقلوني كان عمره 7 شهور هو صار عمره 4 سنين لما أطلع بيكون عمره 4 سنين ما شفتوش إلا مرة واحدة بالزيارة معرفش كيف شكله باظل أتخيل كيف راح استقبله يعني وهو كيف راح يستقبلني ‏-بدي أطلب منك طلب طلب بتديري بالك على الولاد بالذات البنات بدي ساندي تطلع زيك ‏-إنشاء الله ‏-تعلميها كثير بأمور الدين ‏-بدي أنا أخدم ولادك إنشاء الله ‏-ربنا يرضى عليكي أنا بدي ها الطلب تعمليلي إياه أنشاء الله ‏-إنشاء الله. |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.,*

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.,*

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The subtitle translations from Arabic to English are an accurate summary of the video received by my office, to the best of my knowledge and belief. The video is designated as P 5: 156 a-c.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying subtitles are a true and correct summary of the Arabic-language video bearing the bates number P 5: 156 a-c.

Dated: December 12, 2014

                                   Yaniv Berman

# PLACEHOLDER FOR EXHIBIT 373

## SEE ENCLOSED DVD

| Time | English | Arabic |
|------|---------|--------|
| 00:01-00:35 | This is the girl, full of confidence, who will sit for the official high school exam.<br>Sandy's is the story of a young girl deprived of her mother's affection over the last few years by the Israeli occupation. This is because they have incarcerated her mother, who received three life sentences plus thirty additional years. But the occupation has failed to break Sandy's unbending determination. She spoke to us with complete confidence, and with honor and pride in her mother who battled the occupation in the Jenin camp during the years of the *intifada*. | أنها هذه الفتاة بكل ثقة لتقديم امتحانات الثانوية العامة<br>ساندي قصة فتاة حرمها الاحتلال الإسرائيلي من حنان الأم طيلة السنوات الماضية بسبب اعتقال والدتها المحكومة ثلاثة مؤبدات وثلاثين عاما لكن الاحتلال فشل في كسر إرادتها التي لا تلين وتحدثت إلينا بكل ثقة وشموخ واعتزاز بوالدتها التي قارعت الاحتلال خلال سنوات الانتفاضة في مخيم جنين |
| 00:36-00:51 | I am deeply affected when I think about my mother, Nihaya. But thank God I am, I mean, holding firm with all my hope pinned on my studies. Just to keep my mother happy. Can you imagine the oppression and grief that she endures? So I try my best, just to make her happy. | كثير أثر علية أنه بافكر في أمي نهايته بس الحمد لله يعني شادد حالي وحاصد كل أملي في دراستي بس علشان أنا أفرح أمي شايفة الكبت اللي هي فيه والحزن اللي هي فيه فبعمل كل جهدي بس علشان يعني افرحها |
| 00:52-01:04 | Sandy al-Saadi, who has fought, and who continues to fight, so hard to earn a good cumulative average. She has put aside all her suffering and grief in order to please her mother who is languishing behind the [prison] bars of the occupation. | ساندي السعدي التي صابرت ولا تزال للحصول على معدل علمي جيد ركنت كل همومها وحزنها جانبا لتنيل رضى والدتها القابعة خلف قضبان الاحتلال |
| 01:05-01:28 | Early on in her incarceration, I was deeply affected and depressed. Psychologically, I was sliding backwards very, very, very much. I lost so much weight because Mama was not here. But, thank God, I was able to collect myself and to regain my strength and move on. I didn't want my mother to know that I was suffering because of her situation. I am still very sad. I have always wanted to make her happy.... do | أول ما انحبست كتير اثر علي كثير تراجعات كتير كتير رحت نقصت بس ماما ماكنتش هون بس الحمد الله وبعدين رجعت تماسكت ورجعت شديت حالي بس حسيت أمي أن أنا هي سبب تعب وهيك يعني حزنانة كتير يعني كان نفسي إني أفرحها وبأية شيء حاولت أني أشد حيلي وأرجع |

| Time | English | Arabic |
|------|---------|--------|
| | anything that would make her happy. I tried to stay strong and excel in school, the way I always was. I was among the top of the class and, thank God, I tried my best and I am now like I was before, one of the students who achieved the highest cumulative average. | زي ما أنا لأني كنت من الأوائل الحمد لله شديت حيلي ورجعت من الأوائل |
| 01:29-01:49 | Israel has issued repressive arbitrary decisions against prisoners and detainees. It has imposed on them additional pressure and punitive measures. But this has not stopped Sandy, the student, from continuing her studies. Her father Nasser al-Saadi, has been playing the role of father and mother at the same time, raising his children and providing them with whatever they might need. | قرار إسرائيل تعسفي بحق الأسرى والمعتقلين وفرض المزيد من الضغط والعقوبات عليهم لم يثن الطالبة ساندي عن متابعة دراستها ووالدها ناصر السعدي بات يلعب دور الأب والأم في تربية أبنائه وتقديم كل ما يلزم |
| 01:50-02:02 | I would like to tell her [imprisoned mother] that she shouldn't worry. Thank God, she [Sandy] is fine and in good health. God willing, she will make us proud when she achieves a good cumulative average, God willing, God the Lord of All Worlds. Look carefully at Sandy. Thank God, Sandy is strong and God willing, she will make us very proud of her, God willing. | بقول لها ما تعتليش هم الحمد لله هي بخير وبصحة جيدة وإنشاء الله رب العالمين حاترفع راسك فوق بمعدلها وتجيب معدل مليح إنشاء الله رب العالمين وإذا تأملت في ساندي ساندي الحمد لله قوية وإنشاء الله حاترفع راسنا |
| 02:03-02:36 | With one eye on the picture of her incarcerated mother and with the other eye on the school books, this is how Sandy lives today. This is the season of the official high school exams. Sandy al-Saadi is a typical example of many of the daughters and the sons of our people who challenge hardships with strong determination. This is Sandy, enduring adversity with patience, so as to score a good scholastic cumulative average that will enable her to make her way toward a | عين على صورة والدتها الأسيرة والعين الأخرى على كتب العلم هكذا تعيش ساندي هذه الأيام أيام تقديم امتحان الثانوية العامة ساندي السعدي نموذج للكثير من بنات وأبناء شعبنا الذين تحدوا الصعاب بالإرادة الصلبة وها هي ساندي تصابر من أجل تحصيل علمي جيد تشق من خلاله الطريق نحو مستقبل باهر |

| Time | English | Arabic |
|------|---------|--------|
| | promising future.<br>[Reporting] from al-Zahra High School in Jenin, I am Nizar Samoudi – Palestine TV | من مدرسة الزهراء الثانوية في جنين - نزار<br><br>سامودي - تلفزيون فلسطين |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5 326.

2.    I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 5 326.

Dated: February 28, 2014

                                  _____

                                  Clark Hayes

ss.: New Jersey ~~New Jersey~~ *New York*

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_Lenore C. Smith_
Notary Public

LENORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15

PLAINTIFF'S
EXHIBIT
503



# DYING TO WIN

### THE STRATEGIC LOGIC OF SUICIDE TERRORISM

#### Robert A. Pape

"Invaluable ... gives Americans
an urgently needed basis for
devising a strategy to defeat
Osama bin Laden and
other Islamist militants."
—MICHAEL SCHEUER,
author of *Imperial Hubris*

INCLUDES A NEW AFTERWORD

# DYING TO WIN

# DYING TO WIN

## THE STRATEGIC LOGIC OF SUICIDE TERRORISM

# Robert A. Pape



RANDOM HOUSE TRADE PAPERBACKS

NEW YORK

2006 Random House Trade Paperback Edition

Copyright © 2005 by Robert A. Pape

All rights reserved.

Published in the United States by Random House Trade Paperbacks,
an imprint of The Random House Publishing Group,
a division of Random House, Inc., New York.

RANDOM HOUSE TRADE PAPERBACKS and colophon are trademarks
of Random House, Inc.

Originally published in hardcover in the United States by Random House,
an imprint of The Random House Publishing Group,
a division of Random House, Inc., in 2005.

ISBN 0-8129-7338-0

Printed in the United States of America

www.atrandom.com

9

Book design by Jo Anne Metsch

# Contents

INTRODUCTION

1 The Growing Threat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

2 Explaining Suicide Terrorism. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

PART I: THE STRATEGIC LOGIC OF SUICIDE TERRORISM

3 A Strategy for Weak Actors. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

4 Targeting Democracies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

5 Learning Terrorism Pays. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

PART II: THE SOCIAL LOGIC OF SUICIDE TERRORISM

6 Occupation and Religious Difference . . . . . . . . . . . . . . . . . . . . . . . 79

7 Demystifying al-Qaeda . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 102

8 Suicide Terrorist Organizations Around the Globe . . . . . . . . . . . . 126

PART III: THE INDIVIDUAL LOGIC OF SUICIDE TERRORISM

9 Altruism and Terrorism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171

10 The Demographic Profile of Suicide Terrorists. . . . . . . . . . . . . . . . 199

11 Portraits of Three Suicide Terrorists . . . . . . . . . . . . . . . . . . . . . . . . 217

CONCLUSION

**12** A New Strategy for Victory .............................. 237

Afterword: Why the War on Terrorism Is Heading South ........ 251

Acknowledgments ..................................... 263

Appendix I: Suicide Terrorist Campaigns, 1980–2003
and Iraq through 2005 ............................... 265

Appendix II: Occupations
by Democratic States, 1980–2003 ...................... 283

Appendix III: Salafism in Major Sunni
Muslim Majority Countries ............................ 287

Notes.............................................. 297

Index.............................................. 335

for popular support from their community. What this explanation has going for it is that it appears to correlate with some facts from the Palestinian case.[21] Starting in 1994, two separate radical groups, Hamas and Islamic Jihad, began to conduct suicide terrorist attacks that were rarely coordinated with each other and, starting in 2000, the al-Aqsa Martyrs Brigades and the Popular Front for the Liberation of Palestine launched suicide terrorist attacks as well.

However, there are good reasons to doubt that domestic political competition among rival groups is an adequate explanation either for the Palestinian case in particular or suicide terrorism in general. Even if domestic competition accounts for why multiple Palestinian groups are engaged in suicide terrorism and even if these groups are striving to outbid each other for popular support from the local community, this does not explain why suicide terrorism is so popular among the Palestinian population in the first place.[22] More important, there are many societies in which multiple violent groups compete for domestic political support without their competition leading to suicide terrorism—for instance, Somalia, Colombia, El Salvador, Nigeria, and Nicaragua—while the vast majority of cases of suicide terrorism are not associated with competition among multiple extremist organizations. The Tamil Tigers and al-Qaeda had no competitors during the periods they carried out suicide attacks, while the multiple groups that made up Hezbollah in Lebanon worked together rather than in competition with each other.

## THE STRATEGIC LOGIC OF SUICIDE TERRORISM

What causes suicide terrorism? To answer this question, we must recognize that modern suicide terrorism occurs mainly in campaigns of suicide attacks carried out by organized groups for specific political goals and extending over a considerable period of time. So the core phenomenon to be explained is not an individual suicide attack, or even many such attacks considered one at a time, but the existence of protracted suicide terrorist campaigns. Although the motives of individual attackers matter, the crucial need is an explanation of the political, social, and individual conditions that jointly account for why suicide terrorist campaigns persist, why so many are occurring now, and why they occur where and when they do.

To explain suicide terrorism, it is helpful to think of a suicide terrorist

campaign as the product of a three-step process, to explain each step individually, and to provide a unifying framework for the causal logic as a whole. The three principal questions are these.

*First, what is the strategic logic of suicide terrorism?* That is, why does suicide attack make political sense from the perspective of a terrorist organization? If terrorist organizations did not believe that suicide attack would advance their political goals, they would not do it.

*Second, what is the social logic of suicide terrorism?* Why does suicide attack receive mass support in some societies and not others? Without social support from the terrorists' national community, suicide terrorist campaigns could not be sustained.

*Third, what is the individual logic of suicide terrorism?* What makes particular people willing to give up their lives to carry out terrorist attacks? Without a ready supply of willing attackers, suicide terrorist campaigns would be much more limited in scope than they are.

Suicide terrorism depends for its existence on all three of these components—the strategic, the social, and the individual.[23] The diagram on the following page illustrates the general framework for the causal logic of suicide terrorism and supplies a brief summary of the principal mechanisms at work in each level of analysis.

The strategic logic of suicide terrorism is aimed at political coercion. The vast majority of suicide terrorist attacks are not isolated or random acts by individual fanatics, but rather occur in clusters as part of a larger campaign by an organized group to achieve a specific political goal. Moreover, the main goals of suicide terrorist groups are profoundly of this world. Suicide terrorist campaigns are primarily nationalistic, not religious, nor are they particularly Islamic. From Hezbollah in Lebanon to Hamas on the West Bank to the Liberation Tigers of Tamil Eelam in Sri Lanka, every group mounting a suicide campaign over the past two decades has had as a major objective—or as its central objective—coercing a foreign state that has military forces in what the terrorists see as their homeland to take those forces out. Further, all of the target states have been democracies, which terrorists see as more vulnerable to coercion than other types of regimes. Even al-Qaeda fits this pattern. Osama bin Laden's highest-priority objective—although he has others—is the expulsion of U.S. troops from the Persian Gulf region. Terrorists loyal to al-Qaeda routinely attack American troops, individuals from Western countries, and governments friendly to the West in Saudi Arabia and other Gulf states.

## CAUSAL LOGIC OF SUICIDE TERRORISM



*Altruistic suicides are those committed to further a goal that the individual's community supports; they are to be distinguished from egoistic suicides, which are committed to escape a life that has become intolerable. See Chapter 9.

There is a disturbing reason why suicide terrorism has been rising so rapidly: over the past two decades, suicide terrorists have learned that this strategy pays. Suicide terrorists sought to compel American and French military forces to abandon Lebanon in 1983, Israeli forces to leave Lebanon in 1985, Israeli forces to quit the Gaza Strip and the West Bank in 1994 and 1995, the Sri Lankan government to create an independent Tamil state from 1990 on, and the Turkish government to grant autonomy to the Kurds in the late 1990s. In all but the case of Turkey, the terrorists' political cause made more gains after the resort to suicide operations than it had before.

Second, suicide terrorism follows a social logic strikingly different from what many assume. Suicide terrorist groups are neither primarily criminal gangs dedicated to enriching their top leaders, nor religious cults isolated from the rest of their society. Rather, suicide terrorist organizations often command broad social support within the national communities from which they recruit, because they are seen as pursuing legitimate nationalist goals, especially liberation from foreign occupation.

Although suicide terrorism is virtually always a response to foreign occupation, only some occupations lead to this result. Suicide terrorism is most likely when the occupying power's religion differs from the religion of the occupied, for three reasons. A conflict across a religious divide increases fears that the enemy will seek to transform the occupied society; makes demonization, and therefore killing, of enemy civilians easier; and makes it easier to use one's own religion to relabel suicides that would otherwise be taboo as martyrdom instead.

Finally, what motivates individual suicide terrorists? Are suicide attackers driven by economic helplessness, social anomie, religious indoctrination, or something else? Not all suicides arise from similar causes. Emile Durkheim's famous study of suicide in nineteenth-century Europe showed that there are multiple forms of suicide. The most common is "egoistic suicide," in which personal psychological trauma leads an individual to kill himself in order to escape a painful existence. Less common is "altruistic suicide," in which high levels of social integration and respect for community values can lead normal individuals to commit suicide out of a sense of duty. Many, perhaps most, suicide terrorists fit the paradigm of altruistic suicide, at least from the point of view of those who support terrorism to further their political cause. From everyone else's point of view, suicide attacks are murders.

Few suicide attackers are social misfits, criminally insane, or professional losers. Most fit a nearly opposite profile: typically they are psychologically normal, have better than average economic prospects for their communities, and are deeply integrated into social networks and emotionally attached to their national communities. They see themselves as sacrificing their lives for the nation's good.

The bottom line, then, is that suicide terrorism is mainly a response to foreign occupation. Isolated incidents in other circumstances do occur. Religion plays a role. However, modern suicide terrorism is best understood as an extreme strategy for national liberation against democracies with troops that pose an imminent threat to control the territory the terrorists view as their homeland.

Understanding the strategic, social, and individual logics of suicide terrorism has important implications for America's war on terrorism. Our current policy debate is misguided. Neither offensive military force nor concessions alone are likely to work for long. The key problem we face is that our security depends on achieving not one goal, but two: we must defeat the current pool of terrorists seeking to launch spectacular attacks against the United States and our allies, while simultaneously undermining the conditions that will otherwise produce the next, potentially larger generation of terrorists. Accomplishing this overall purpose will require a new strategy for victory; that strategy must recognize that a trade-off exists between our two objectives, because the use of heavy offensive force to defeat today's terrorists is the most likely stimulus to the rise of more.

September 11 has changed the lives of Americans. Every day, many

wonder if each airplane, building, or bus they see could be a danger to them or their families. When people themselves are weapons of war, it is hard to be confident of safety. However, the future need not be grim. Understanding the logic of suicide terrorism can help us pursue the right domestic and foreign policies to contain this deadly threat.

## 2

## Explaining Suicide Terrorism

MY STUDY ASSESSES the record of suicide terrorism and the state and global responses to it over the past twenty years, with a view to explaining how and why suicide terrorism has occurred and persisted, why the incidence is rising, how far the menace is likely to spread, and what can be done to contain it. Although no approach can predict the future with absolute certitude, a comprehensive analysis of the history and causes of suicide terrorism affords us the opportunity to ground our policies in a real knowledge.

My general propositions hold across a wide variety of circumstances and account for a large portion of suicide terrorism, but they have limits. My arguments are meant to account for modern suicide terrorism, especially the increasing use of suicide attack by terrorist groups from the early 1980s to the present. Modern suicide terrorist groups share a number of features. In general, they are weaker than their opponents; their political goals, if not their tactics, are broadly supported by a distinct national community; the militants have a close bond of loyalty to comrades and devotion to leaders; and they have a system of initiation and rituals signifying an individual's level of commitment to the community. Modern suicide terrorist groups may receive material assistance from states that share some of their political aspirations, but they are independent actors who rarely follow the dictates of others blindly. Perhaps most important, modern suicide

terrorism is highly lethal, because the attackers' purpose is not only to die, but to use their deaths to kill the maximum number of people from the opposing community.

These commonalities make it possible to develop a general theory of modern suicide terrorism. However, the account I offer for the origins of *suicide* terrorism should not be viewed as a general explanation for terrorism as a whole. "Ordinary," nonsuicide terrorism is significantly different. It occurs under a wider variety of circumstances, for a wider variety of goals, with wider variation in the use of destructive force and in sympathy from the terrorists' national community. In addition, nonsuicide terrorism is often used by groups far smaller than those using suicide terrorism. Accordingly, we should not expect the same factors to account equally well for suicide and nonsuicide terrorism. I have set aside the broader problem of terrorism in general in order to concentrate on the specific causes of the deadlier threat, suicide terrorism.

## WHAT IS SUICIDE TERRORISM?

Terrorism involves the use of violence by an organization other than a national government to intimidate or frighten a target audience.[1] In general, terrorism has two broad purposes: to gain supporters and to coerce opponents.[2] Most terrorist campaigns seek both outcomes to some extent, often aiming to change the target state's policies while simultaneously mobilizing support and recruits for the terrorists' cause. Sometimes terrorism directed at outsiders can also be a way of competing with rival groups for support within the same social movement. However, there are trade-offs between these objectives, and terrorists can strike various balances between them. These choices represent different forms of terrorism, the most important of which are "demonstrative," "destructive," and "suicide" terrorism.

"Demonstrative terrorism" is as much political theater as violence. It is directed mainly at gaining publicity, for any or all of three reasons: to recruit more activists; to gain attention to grievances from soft-liners on the other side; and to gain attention from third parties who might exert pressure on the other side. Groups that emphasize ordinary, demonstrative terrorism include the Orange Volunteers (Northern Ireland), National Liberation Army (Colombia), and Red Brigades (Italy).[3] Hostage taking, airline hijacking, and explosions announced in advance are generally in-

tended to bring issues to the attention of the target audience. In these cases, terrorists often avoid doing serious harm, so as not to undermine sympathy for the political cause. Brian Jenkins captures the essence of demonstrative terrorism: "terrorists want a lot of people watching, not a lot of people dead."[4]

"Destructive terrorism" is more aggressive, seeking to coerce opponents with the threat of injury or death as well as to mobilize support for the cause. Destructive terrorists seek to inflict real harm on members of the target audience at the risk of losing sympathy for their cause. Exactly how groups strike the balance between harm and sympathy depends on the nature of the political goal. For instance, the Baader-Meinhof group selectively assassinated rich German industrialists, acts that alienated certain segments of German society but not others. Palestinian terrorists in the 1970s often sought to kill as many Israelis as possible, fully alienating Jewish society but still evoking sympathy from Muslim communities. Other groups that emphasize destructive terrorism include the Irish Republican Army, Revolutionary Armed Forces of Colombia (FARC), and the nineteenth-century Anarchists.[5]

"Suicide terrorism" is the most aggressive form of terrorism, pursuing coercion even at the expense of angering not only the target community but neutral audiences as well. What distinguishes a suicide terrorist is that the attacker does not expect to survive the mission and often employs a method of attack (such as a car bomb, suicide vest, or ramming an airplane into a building) that requires his or her death in order to succeed. In essence, suicide terrorists kill others at the same time that they kill themselves.[6]

The classic model of "suicide attack" that we most commonly think of today includes only situations in which the attacker kills himself or, increasingly among the Tamil Tigers and Palestinians, herself. A broader definition could include any operation that is designed in such a way that the terrorist does not expect to survive it, even if he or she is actually killed by police or other defenders. We might call such operations suicide missions instead of suicide attacks. An example would be the February 1994 Hebron Massacre: its perpetrator, Baruch Goldstein, had no plan for escape, left a note indicating he did not expect to return, and simply continued killing Palestinians until some of his victims brought him down. Such suicide missions have occurred in a number of conflicts, as in the cases of Palestinians who invade Israeli settlements on the West Bank with guns

e In these
. .ermine
essence of
ng, not a lot

: opponents
port for the
bers of the
Exactly how
s on the na-
;roup selec-
ited certain
orists in the
nating Jew-
ities. Other
Republican
d the nine-

n, pursuing
munity
rorist is that
i employs a
ning an air-
succeed. In
y kill them-

nly think of
nself or, in-
broader de-
way that the
lly killed by
ide missions
ry 1994 He-
i for escape,
y continued
n. Such sui-
the cases of
th guns

and grenades, intending to kill the inhabitants; few of these assailants escape alive.

This book counts only suicide attacks that meet the classic definition, partly because it is the common understanding of the concept, and partly because suicide missions are hard to identify reliably since we rarely know for certain that an attacker who did not kill himself or herself actually expected to die. In any event, including those suicide missions of which we can be confident would not change my basic findings.

In principle, suicide terrorism could be used for demonstrative purposes or could be limited to targeted assassinations. In practice, however, recent suicide terrorists often seek simply to kill as many people as they can. Although this maximizes the coercive leverage that can be gained from terrorism, it does so at heavier cost than other forms of terrorism. Maximizing the number of enemy killed alienates virtually everyone in the target audience, including those who might otherwise have been sympathetic to the terrorists' cause. In addition, the act of suicide creates a debate and often loss of support among moderate segments of the terrorists' community, although it may also attract support among radical elements. Thus, while coercion can be one of the aims of any form of terrorism, coercion is the paramount objective of suicide terrorism.

## THE HISTORY OF SUICIDE TERRORISM

The forms of suicide terrorism that concern us most today—a driver detonating a car laden with explosives near a large, inhabited building, or a person exploding a suicide vest in a busy marketplace—were practically unknown before 1980. Instances of suicide terrorism did occur earlier, although these were mainly suicide missions rather than suicide attacks, and were much less common than they are now.

The three best known of these earlier suicide campaigns were those of the ancient Jewish Zealots, the eleventh- and twelfth-century Assassins, and the Japanese kamikazes during World War II.[7]

The world's first suicide terrorists were probably two militant Jewish revolutionary groups, the Zealots and the Sicarii.[8] Determined to liberate Judea from Roman occupation, these groups used violence to provoke a popular uprising—which historians credit with precipitating the "Jewish War" of A.D. 66—committing numerous public assassinations and other

272 | Appendix I

| Date | Weapon | Target | Killed |
|------|--------|--------|--------|
| 4. Apr. 26, 2003 | car bomb | Radio Kashmir, Srinagar | 2 |
| 5. Dec. 25, 2003 | 2 car bombs | Musharraf, Islamabad, Pak. | 14 |

| Date | Group | Weapon | Target | Killed |
|------|-------|--------|--------|--------|

### Campaign #17: Hamas/Islamic Jihad vs. Israel

| Date | Group | Weapon | Target | Killed |
|------|-------|--------|--------|--------|
| 1. Oct. 26, 2000 | Islamic Jihad | bike bomb | Gaza | 0 |
| 2. Dec. 22, 2000 | al-Aqsa | belt bomb | Jordan Valley | 3 |
| 3. Jan. 1, 2001 | Hamas | belt bomb | Netanya, Israel | 10 |
| 4. Mar. 4, 2001 | Hamas | belt bomb | Netanya, Israel | 3 |
| 5. Mar. 27, 2001 | Hamas | belt bomb | Jerusalem | 1 |
| 6. Mar. 28, 2001 | Hamas | belt bomb | Kfar Saba, Israel | 2 |
| 7. Apr. 22, 2001 | Hamas | belt bomb | Kfar Saba, Israel | 3 |
| 8. Apr. 29, 2001 | Hamas | belt bomb | West Bank | 0 |
| 9. May 18, 2001 | Hamas | belt bomb | Netanya, Israel | 5 |
| 10. May 25, 2001 | Hamas | truck bomb | Netzarim, Gaza | 0 |
| 11. May 25, 2001 | Islamic Jihad | car bomb | bus, Hadrea | 0 |
| 12. May 29, 2001 | Hamas | belt bomb | Khamyunis | 0 |
| 13. June 1, 2001 | Hamas | belt bomb | nightclub, Tel Aviv | 22 |
| 14. June 22, 2001 | Hamas | belt bomb | Gaza | 2 |
| 15. July 9, 2001 | Hamas | car bomb | Gaza | 1 |
| 16. July 16, 2001 | Islamic Jihad | belt bomb | Jerusalem | 2 |
| 17. Aug. 9, 2001 | al-Aqsa | car bomb | Jerusalem | 0 |
| 18. Aug. 9, 2001 | Islamic Jihad | belt bomb | Haifa, Israel | 15 |
| 19. Aug. 12, 2001 | Islamic Jihad | belt bomb | Haifa, Israel | 0 |
| 20. Sept. 4, 2001 | Hamas | belt bomb | Jerusalem | 0 |
| 21. Sept. 9, 2001 | Hamas | belt bomb | Nahariya, Israel | 3 |
| 22. Oct. 7, 2001 | Islamic Jihad | car bomb | North Israel | 2 |
| 23. Oct. 18, 2001 | PFLP | car bomb | Nahaloz, Gaza | 0 |
| 24. Nov. 26, 2001 | Hamas | car bomb | Gaza | 0 |
| 25. Nov. 29, 2001 | Islamic Jihad | belt bomb | Gaza | 3 |
| 26. Dec. 1, 2001 | Hamas | belt bomb | Haifa, Israel | 11 |
| 27. Dec. 2, 2001 | Hamas | belt bomb | Jerusalem | 15 |
| 28. Dec. 5, 2001 | Islamic Jihad | belt bomb | Jerusalem | 0 |
| 29. Dec. 9, 2001 | Islamic Jihad | belt bomb | Haifa, Israel | 0 |
| 30. Dec. 12, 2001 | al-Aqsa | belt bomb | Gaza | 0 |

Date

31. Jan. 25, 2
32. Jan. 27, 2
33. Jan. 30, 2
34. Feb. 16, 2

35. Feb. 18, 2
36. Feb. 27, 2
37. Mar. 2, 20
38. Mar. 5, 20
39. Mar. 7, 20
40. Mar. 9, 20
41. Mar. 20, 2

42. Mar. 21,
43. Mar. 27,
44. Mar. 29,

45. Mar. 30,
46. Mar. 31,
47. Mar. 31,
48. Apr. 1, 20
49. Apr. 10, 2
50. Apr. 12, 2
51. Apr. 19, 2
52. May 7, 20
53. May 19, 2

54. May 20, 2
55. May 22, 2
56. May 27, 2
57. June 5, 20
58. June 11,
59. June 18,
60. June 19,
61. July 17, 2
62. July 30, 2

| Killed |
| --- |
| 2 |
| 14 |

| Killed |
| --- |

| | |
| --- | --- |
| | 0 |
| | 3· |
| el | 10 |
| el | 3 |
| | 1 |
| ael | 2 |
| ael | 3 |
| | 0 |
| el | 5 |
| aza | 0 |
| | 0 |
| | 0 |
| l Aviv | 22 |
| | 2 |
| | 1 |
| | 2 |
| | 0 |
| | 15 |
| | 0 |
| | 0 |
| ael | 3 |
| | 2 |
| za | 0 |
| | 0 |
| | 3 |
| | 11 |
| | 15 |
| | 0 |
| | 0 |
| | 0 |

| Date | Group | Weapon | Target | Killed |
| --- | --- | --- | --- | --- |
| 31. Jan. 25, 2002 | Islamic Jihad | belt bomb | crowd, Tel Aviv | 1 |
| 32. Jan. 27, 2002 | al-Aqsa | bag bomb | street, Jerusalem | 1 |
| 33. Jan. 30, 2002 | Islamic Jihad | belt bomb | Tulkara, West Bank | 0 |
| 34. Feb. 16, 2002 | PFLP | belt bomb | mall, settlement near Nablus | 2 |
| 35. Feb. 18, 2002 | al-Aqsa | car bomb | Jerusalem | 1 |
| 36. Feb. 27, 2002 | al-Aqsa | belt bomb | IDF checkpoint | 2 |
| 37. Mar. 2, 2002 | al-Aqsa | belt bomb | street, Jerusalem | 9 |
| 38. Mar. 5, 2002 | Islamic Jihad | belt bomb | bus, Afula | 1 |
| 39. Mar. 7, 2002 | PFLP | belt bomb | Ariel, West Bank | 0 |
| 40. Mar. 9, 2002 | Hamas, al-Aqsa | belt bomb | café, Jerusalem | 11 |
| 41. Mar. 20, 2002 | Islamic Jihad | belt bomb | bus, Umm Al Fahm, Israel | 7 |
| 42. Mar. 21, 2002 | al-Aqsa | belt bomb | street, Jerusalem | 3 |
| 43. Mar. 27, 2002 | Hamas | belt bomb | hotel, Netanya | 28 |
| 44. Mar. 29, 2002 | al-Aqsa | belt bomb | supermarket, Jerusalem | 2 |
| 45. Mar. 30, 2002 | al-Aqsa | belt bomb | café, Tel Aviv | 1 |
| 46. Mar. 31, 2002 | Hamas | belt bomb | restaurant, Haifa | 16 |
| 47. Mar. 31, 2002 | al-Aqsa | belt bomb | Efrat, West Bank | 0 |
| 48. Apr. 1, 2002 | al-Aqsa | car bomb | Jerusalem | 1 |
| 49. Apr. 10, 2002 | Hamas | belt bomb | bus, Haifa | 7 |
| 50. Apr. 12, 2002 | al-Aqsa | belt bomb | market, Jerusalem | 6 |
| 51. Apr. 19, 2002 | Islamic Jihad | car bomb | Kissufin, Gaza | 0 |
| 52. May 7, 2002 | Hamas | suitcase bomb | snooker hall, Tel Aviv | 16 |
| 53. May 19, 2002 | PFLP | belt bomb | market, Netanya, Israel | 3 |
| 54. May 20, 2002 | Islamic Jihad | belt bomb | Afula | 0 |
| 55. May 22, 2002 | al-Aqsa | belt bomb | chess café, Tel Aviv | 2 |
| 56. May 27, 2002 | al-Aqsa | belt bomb | market, Tel Aviv | 2 |
| 57. June 5, 2002 | Islamic Jihad | car bomb | bus, Megiddo, Israel | 17 |
| 58. June 11, 2001 | al-Aqsa | belt bomb | restaurant, Herzilya | 1 |
| 59. June 18, 2002 | Hamas | belt bomb | bus, Jerusalem | 19 |
| 60. June 19, 2002 | al-Aqsa | belt bomb | bus stop, Jerusalem | 7 |
| 61. July 17, 2002 | al-Aqsa | 2 bag bombs | theater, Tel Aviv | 5 |
| 62. July 30, 2002 | al-Aqsa | belt bomb | café, Jerusalem | 0 |

274 | Appendix 1

| Date | Group | Weapon | Target | Killed | | Date |
|------|-------|--------|--------|--------|---|------|
| 63. Aug. 4, 2002 | Hamas | belt bomb | bus, Safed, Israel | 9 | | |
| 64. Sept. 18, 2002 | al-Aqsa | belt bomb | bus stop, Umm al-Fahm, Israel | 1 | | Can |
| | | | | | | 1. Mar. 22, 2 |
| 65. Sept. 19, 2002 | Hamas | belt bomb | bus, Tel Aviv | 6 | | 2. Mar. 29, 2 |
| 66. Oct. 10, 2002 | Hamas | belt bomb | bus stop, Tel Aviv | 1 | | 3. Apr. 3, 20( |
| 67. Oct. 21, 2002 | Islamic Jihad | car bomb | Pardes Hanna, Israel | 14 | | 4. Apr. 10, 2( |
| 68. Oct. 27, 2002 | Hamas | belt bomb | gas station, Ariel | 3 | | 5. Aug. 7, 20 |
| 69. Nov. 4, 2002 | Islamic Jihad/al-Aqsa | belt bomb | mall, Tel Aviv | 2 | | 6. Aug. 19, 2 |
| | | | | | | 7. Aug. 29, 2 |
| 70. Nov. 21, 2002 | Hamas | bag bomb | bus, Jerusalem | 11 | | 8. Sept. 2, 20 |
| 71. Jan. 5, 2003 | al-Aqsa | belt bomb | market, Tel Aviv | 23 | | 9. Sept. 9, 20 |
| 72. Mar. 5, 2003 | Hamas | belt bomb | bus, Haifa | 17 | | 10. Sept. 22, 2 |
| 73. Mar. 30, 2003 | Islamic Jihad | belt bomb | mall, Netanya | 0 | | 11. Oct. 9, 20 |
| 74. Apr. 24, 2003 | al-Aqsa/PFLP | belt bomb | train station, Kfar Saba | 1 | | 12. Oct. 12, 2( |
| | | | | | | 13. Oct. 14, 2( |
| 75. Apr. 30, 2003 | Hamas/al-Aqsa | belt bomb | café, Tel Aviv | 3 | | 14. Oct. 24, 2 |
| 76. May 17, 2003 | Hamas | belt bomb | Hebron | 2 | | 15. Oct. 27, 2 |
| 77. May 18, 2003 | Hamas | belt bomb | bus, Jerusalem | 7 | | 16. Oct. 28, 2 |
| 78. May 18, 2003 | Hamas | belt bomb | Wall, Jerusalem | 0 | | 17. Nov. 12, 2 |
| 79. May 19, 2003 | Hamas | bike bomb | IDF, Gaza | 0 | | 18. Dec. 10, 2 |
| 80. May 19, 2003 | Islamic Jihad | bag bomb | mall, Afula | 3 | | 19. Dec. 14, 2 |
| 81. June 11, 2003 | Hamas | belt bomb | bus, Jerusalem | 17 | | 20. Dec. 16, 2 |
| 82. June 19, 2003 | Islamic Jihad | belt bomb | store, Sdeh Trumot | 1 | | 21. Jan. 9, 20( |
| 83. July 8, 2003 | Islamic Jihad | belt bomb | Moshav Kfar Yavetz | 1 | | 22. Jan. 14, 2( |
| 84. Aug. 12, 2003 | Hamas | belt bomb | bus stop, Tel Aviv | 1 | | 23. Jan. 18, 2( |
| 85. Aug. 12, 2003 | al-Aqsa | belt bomb | store, Rosh Haayin | 1 | | |
| 86. Aug. 19, 2003 | Hamas | belt bomb | bus, Jerusalem | 20 | | 24. Jan. 28, 2( |
| 87. Sept. 9, 2003 | Hamas | belt bomb | café, Jerusalem | 7 | | 25. Jan. 31, 2( |
| 88. Sept. 9, 2003 | Hamas | belt bomb | bus stop, Tel Aviv | 9 | | 26. Feb. 1, 20 |
| 89. Oct. 4, 2003 | Islamic Jihad | belt bomb | restaurant, Haifa | 21 | | 27. Feb. 11, 2( |
| 90. Oct. 9, 2003 | al-Aqsa | belt bomb | IDF office, Tulkarm | 0 | | 28. Feb. 18, 2( |
| 91. Nov. 3, 2003 | al-Aqsa | belt bomb | IDF soldiers, Azun, West Bank | 0 | | 29. Feb. 23, 2( |
| | | | | | | 30. Mar. 2, 20 |
| 92. Dec. 25, 2003 | PFLP | belt bomb | bus stop, Gehha Junction | 4 | | 31. Mar. 18, 2 |
| | | | | | | 32. Apr. 21, 2( |
| | | | | | | 33. Apr. 24, 2( |