# EXHIBIT 1

# Ferguson, Laura

| | |
|---|---|
| **From:** | Machnes, Tal <Tal.Machnes@aporter.com> |
| **Sent:** | Wednesday, January 21, 2015 8:06 PM |
| **To:** | Rochon, Mark; Hill, Brian; Ferguson, Laura; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; Pildis, Sara K.; Hashimoto, Ken L.; Romeo, Carmela; 'Mordechai Haller'; 'Rachel Weiser'; McMillan, Lucy S. |
| **Subject:** | RE: Sokolow v. PLO/PA |
| **Attachments:** | Plaintiffs' Ex 679.mp4 |

Counsel,

Instead of Exhibit 124, we will offer Exhibit 679 (attached), which is a shorter, subtitled version of Exhibit 124.

Regards,
Tal

---

Tal Machnes

Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

+1.212.715.1125 (office)
+1.781.307.2288 (mobile)
Tal.Machnes@aporter.com
www.arnoldporter.com

**From:** McMillan, Lucy S.
**Sent:** Wednesday, January 21, 2015 12:39 PM
**To:** 'Rochon, Mark'; bhill@milchev.com; Ferguson, Laura; Satin, Michael
**Cc:** Yalowitz, Kent A.; Horton, Philip W.; Pildis, Sara K.; Hashimoto, Ken L.; Romeo, Carmela; Machnes, Tal; 'Mordechai Haller'; 'Rachel Weiser'
**Subject:** Sokolow v. PLO/PA

Counsel,

In addition to the exhibits previously disclosed on January 20, we plan to offer the following exhibits in evidence between now and Monday.  If Mr. Shrenzel completes his testimony on Monday, we plan to call Rael Strous.

**Exhibit #:**
7
8
9
10
14
19
22
23

1

25
48
49
51
58
63
64
83
84
87
88
95
114
116
124
128
129
130
131
132
133
135
139
148
171
257
259
260
261
267
268
269
270
271
272
273
275
285
286
289
291
295
296
298
303
305
313
338
342A
342B
342C
348

349
352
356
366
373
375
377
382E
382G
451
496
503
537
553
602
626
631
711
826
829
830
832
889
894
962
963
965
1030
1142

Depositions of Salam Fayyad, Hasan Abu-Libdeh, Yasser Shaqbu'a, Hussein Al Sheikh and Mazen Jadallah that were submitted to the Court on December 23, 2014 (DE 678)

Lucy S. McMillan
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212.715.1053
Lucy.McMillan@aporter.com
www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

# Ferguson, Laura

| | |
|---|---|
| **From:** | jane.robinson@aporter.com |
| **Sent:** | Wednesday, January 21, 2015 12:57 PM |
| **To:** | Rochon, Mark; Hill, Brian; Ferguson, Laura; Satin, Michael |
| **Cc:** | kent.yalowitz@aporter.com; philip.horton@aporter.com; ken.hashimoto@aporter.com; lucy.mcmillan@aporter.com; sara.pildis@aporter.com; tal.machnes@aporter.com; carmela.romeo@aporter.com; michael.kientzle@aporter.com; hallermm@gmail.com; rachelmayweiser@gmail.com; sara.kim@aporter.com |
| **Subject:** | Sokolow v. PA/PLO |

Counsel,

Attached is the clip of Exhibit 352 that we plan to use between now and Monday.

File(s) will be available for download until **04 February 2015**:

File: Plaintiffs' Ex 352 - Clip.mp4, 75,336.38 KB   [Fingerprint: 2aaead9bfbaccd0fe3d34e2a89e9cada]


You have received attachment link(s) within this email sent via Accellion Secure File Transfer. To retrieve the attachment(s), please click on the link(s). To learn how your company can benefit from Accellion Secure File Transfer, please visit http://www.accellion.com
Accellion File Transfer

1