# EXHIBIT 2

Chicago Tribune (http://www.chicagotribune.com)

# Israel giving back remains of Palestinian militants -army

January 19, 2014 | Reuters

By Ori Lewis

JERUSALEM, Jan 19 (Reuters) - Israel has begun to exhume the remains of a number of Palestinian militants to return them to their families for burial, the army said on Sunday, a move that could help ease some tension between the adversaries.

Tax Attorney On Your Side

taxreliefcenter.org/FreeConsult

IRS serve you notice? Experts stand up for your rights/help you settle!

Israel and the Western-backed Palestinian authority are currently locked in peace talks being mediated by the United States that are showing scant signs of progress.

Israel has over many years interred the bodies of militants killed in attacks on Israelis at special cemeteries. It has returned them sporadically, usually as part of amnesties or prisoner exchanges.

A Palestinian activist from a group that campaigns for the return of bodies said the remains of 36 militants would be handed over for reburial. The first was transferred to his family in the West Bank town of Jenin on Sunday, the activist said.

An army spokeswoman declined to specify the number of bodies being returned or the identities of the dead and said the move followed an Israeli court ruling.

"In accordance with a Supreme Court decision ... the (military) has begun the return of bodies of terrorists to their respective families in the Palestinian Authority," the army said in a statement.

Activist Saher Sarsour said Israel was expected to hand over two more of the dead on Tuesday. Israel Radio, quoting Palestinian media, said the process could take several weeks to complete.

In 2012, in a gesture aimed at helping to restart peace talks, Israel returned the remains of 91 Palestinian militants who it said had killed hundreds of Israelis over a period spanning four decades.

As part of the current talks, which got under way in July, Israel has freed 76 Palestinians from detention, many of whom were accused of killing Israelis. It is set to release another 26 in the coming weeks.

(Additional reporting by Ali Sawafta in Ramallah; Editing by Kevin Liffey)

Public Arrest Records

instantcheckmate.com

1) Search a Name/State for Free. 2) Access Arrest Records Instantly.

**See Also**

1. **Signs of Bipolar**
2. **Colon Cancer**
3. **Rheumatoid Arthritis**
4. **Early Signs of**
5. **2015 Luxury Sedans**
6. **Work at Home Jobs**
7. **10 Best Wrinkle**
8. **Compare Internet**
9. **Medicare Premiums**
10. **Best Credit Cards for**

## Featured Articles



Michael Jordan marries longtime girlfriend (/2013-04-27/sports/sns-rt-bkn-bobcats-bulls-newssx5b6d3a1-20130427_1_juanita-vanoy-girlfriend-yvette-marriage-license)



Cause of ALS is found, Northwestern team says (/2011-08-22/news/ct-met-northwestern-als-breakthrough-20110822_1_als-patients-proteins-northwestern-research)



Who doesn't have to work on MLK Day? (/2012-01-16/news/ct-talk-martin-luther-king-day-0116-20120116_1_mlk-day-federal-holiday-employers)

MORE:

A Scandal That Hit 2 Generations (/1989-06-28/features/8902130145_1_mormon-women-jack-olsen-assaulted)

'Justice' likely to ring hollow in death of WWII veteran (/2014-07-03/news/ct-kass-met-0703-20140703_1_john-wrana-park-forest-beanbag-rounds)

Gary Takes Over As Murder Capital Of U.s. (/1994-01-03/news/9401030009_1_murder-rate-killings-unemployment-rate)

Woods' amazing chip turns platinum for Nike (/2005-04-12/sports/0504120367_1_nike-golf-golf-ball-market-nike-swoosh)

Calzone v. stromboli (/2013-03-26/features/ct-tribu-daley-question-stromboli-20130326_1_stromboli-calzone-dough)

Cards Against Humanity to be sold by smaller retailers (/2014-03-17/business/ct-confidential-cards-against-humanity-0316-biz-20140317_1_cards-against-humanity-max-temkin-retailers)