# EXHIBIT 1

## Hill, Brian

| | |
|---|---|
| **From:** | Romeo, Carmela <Carmela.Romeo@aporter.com> |
| **Sent:** | Thursday, January 22, 2015 8:17 AM |
| **To:** | Hill, Brian; Ferguson, Laura; Rochon, Mark; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; Machnes, Tal; McMillan, Lucy S.; Pildis, Sara K.; Hashimoto, Ken L.; Kim, Sara; Robinson, Jane; 'Mordechai Haller'; Rachel Weiser; Kientzle, Michael |
| **Subject:** | Sokolow v. PA/PLO |

Counsel:

Please be advised that, following the testimony of Rael Strous, we plan to call Tuvia Perry.

Thanks,
Carmela

---

Carmela T. Romeo
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Telephone: +1 212-715-1195
carmela.romeo@aporter.com
www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

1