# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PALESTINE LIBERATION )<br>ORGANIZATION, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 04cv397 (GBD) (RLE) |

## PLAINTIFFS' THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO THE MANDELKORN PLAINTIFFS

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, the Mandelkorn Plaintiffs ("Plaintiffs") hereby submit their Third Supplemental Objections and Supplemental Answers to Defendants' First Set of Interrogatories to the Mandelkorn Plaintiffs ("Interrogatories").

### GENERAL OBJECTIONS/PRELIMINARY STATEMENT

Plaintiffs hereby repeat and incorporate by reference all preliminary statements, general objections, objections to specific interrogatories, and other explanations, limitations or statements of any kind set forth in their previous responses to the Interrogatories, as though fully set forth herein. By serving these supplemental responses (the "Supplemental Responses") Plaintiffs in no way retract any prior responses to any of the numerous discovery requests served by Defendants in this matter, but instead incorporate all prior responses by reference.

Without in any way limiting the foregoing, Plaintiffs reserve the right to supplement or modify these responses in the event that new information is discovered.

## INTERROGATORIES AND THIRD SUPPLEMENTAL RESPONSES

### INTERROGATORY NO. 11

Identify all persons who you know have knowledge or who you believe may have knowledge that "Plaintiff SHAUL MANDELKORN suffered severe physical, emotional, mental and economic harm and injuries as a direct and proximate result of" the June 19, 2002 Bombing, and that "Plaintiffs RABBI LEONARD MANDELKORN and NURIT MANDELKORN suffered severe emotional, mental and economic harm and injuries as a direct and proximate result of" the June 19, 2002 Bombing, as alleged in Paragraphs 105-106 of the First Amended Complaint.

### THIRD SUPPLEMENTAL ANSWER

Without derogating from their prior responses to this interrogatory, the Plaintiffs state that the following specific individual is responsive to this interrogatory:

SHAUL MANDELKORN:

Dr. Tuvia Perry, Shaarey Tzedek Hospital, 12 Bayit Street, Jerusalem, 91031, Israel


December 23, 2013

Plaintiffs, by their attorneys:

| THE BERKMAN LAW OFFICE, LLC | ARNOLD & PORTER LLP |
|---|---|
| By: [signature] | By: /s/ Kent A. Yalowitz |
| Robert J. Tolchin | Kent A. Yalowitz |
| The Berkman Law Office, LLC | Arnold & Porter, LLP |
| 111 Livingston Street, Suite 1928 | 399 Park Avenue |
| Brooklyn, NY 10021 | New York, NY 10022-4690 |
| (718) 855-3627 [tel] | (212) 715-1113 [tel] |
| (718) 855-4696 [fax] | (212) 715-1399 [fax] |
| Rjt@tolchinlaw.com | Kent.Yalowtiz@aporter.com |

2

## CERTIFICATION

I HEREBY CERTIFY that, on this 23rd day of December, 2013, a true and genuine copy of the foregoing was served by e-mail and Federal Express on the following:

Richard A. Hibey
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
rhibey@milchev.com

Brian A. Hill
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
bhill@milchev.com

Laura G. Ferguson
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
lferguson@milchev.com

Mark J. Rochon
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
mrochon@milchev.com

Robert J. Tolchin, Esq.