# ARNOLD & PORTER LLP

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

January 22, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

>   Re:   *Sokolow, et al. v. Palestine Liberation Organization, et al.*
>         Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I write regarding a misstatement that plaintiffs made in our haste to respond to defendants' 12:53 p.m. letter of today (DE 766) in which defendants objected to numerous exhibits that we disclosed for use with Mr. Israel Shrenzel. Plaintiffs do in fact intend to offer Exhibit 687, which depicts an image from the symbolic funeral of Wafa Idris. A copy is attached for the Court's convenience.

                                        Respectfully,

                                        Kent A. Yalowitz

cc:   All ECF Counsel