Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF FLORIDA
 3
 4   MOSHE SAPERSTEIN, et al.,        )
                                      )
 5           Plaintiffs,              )
                                      )
 6   vs.                              ) Case No. 04-20225-CIV
                                      )
 7   THE PALESTINIAN AUTHORITY;       )
     THE PALESTINE LIBERATION         )
 8   ORGANIZATION,                    )
                                      )
 9           Defendants.              )
     _____)
10
11
12
13           VIDEOTAPED 30(b)(6) DEPOSITION OF
14                      SALAM FAYYAD
15                 EAST JERUSALEM, ISRAEL
16                     MARCH 9, 2010
17
18
19
20
21
22
23
24
25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243
```

1  introduction made -- and I do not know exactly when the
2  proceeding made -- you know, started for the record --
3  specifically in relation to the reference to the place
4  where -- where we are meeting.  I accept exactly the way
5  in which it was characterized by the reporter.  And I
6  accept that, but not the reference to Jerusalem that was
7  made before the outset.  I just want to make that clear.
8        Q.    Duly clarified.
9        A.    Thank you.
10       Q.    Should I ask the question again?
11       A.    Yes.
12       Q.    What is your name?
13       A.    My name is Salam Fayyad.
14       Q.    Is that your full name?
15       A.    Salam Khalid Abdullah Fayyad is my full name.
16       Q.    And what is your address?
17       A.    I reside with my wife in East Jerusalem in
18  Beit Hanina.
19       Q.    And what is your date of birth?
20       A.    April 12, '52.
21       Q.    And where were you born?
22       A.    In Nablus.
23       Q.    Can you briefly summarize your educational
24  background?
25       A.    First nine grades in Tulkarm.  Last three

```
 1   Strip.  But that's the extent of -- of my knowledge of
 2   the case.
 3        Q.   Do you know what kind of attack?
 4        A.   I do not know.
 5        Q.   Do you know who carried out the attack?
 6        A.   I don't either.
 7        Q.   Have you asked anyone to conduct any kind of
 8   investigation to find out who did this attack?
 9        A.   Mr. Tolchin, the case, if I recall, relates
10   to a time period when I was not with the -- with the
11   Palestinian Authority.  The time period that the
12   deposition covers is before -- before my time with
13   the Palestinian Authority.  So I was not in a position
14   to -- to do.  And that's basically what it is.
15        Q.   But you -- what is your position with the
16   Authority today?
17        A.   I am the Prime Minister of the Palestinian
18   National Authority today.
19        Q.   And as the Prime Minister, what are your
20   duties?
21        A.   You know, to manage the affairs of the
22   Palestinian people in all areas of governance and
23   service delivery, in -- in all areas.
24        Q.   Is it fair to say you're the head executive
25   of the Palestinian Authority?
```

```
 1   supervise those branches?
 2        A.   Yes.  I was the general manager of all of
 3   them.  Yeah.
 4        Q.   And what happened in 2002 as far as your
 5   employment is concerned?
 6        A.   I joined the Palestinian Authority as Finance
 7   Minister in June 2002.
 8        Q.   You joined as Finance Minister?
 9        A.   Yes.
10        Q.   And how long did you stay as Finance Minister?
11        A.   I stayed in that capacity until late 2005,
12   November 2005.
13        Q.   Okay.  And what happened in 2005 as far as
14   your professional --
15        A.   Well, I -- I ran for office, for the
16   legislative elections that took place in January of
17   2006.  And -- well, technically, I'm still a member
18   of the Palestinian Legislative Council in a way.
19   It's not been meeting for a number of years.  But I
20   was -- I was elected.  I won a seat in the legislature.
21        Q.   So let me clarify.  In 2005, you ran for --
22        A.   2006.  January 2006.
23        Q.   You ran for office?
24        A.   Correct.
25        Q.   And the office you were running for was a
```

```
 1        Q.    And he was still Prime Minister of the PA in
 2   2004; correct?
 3        A.    He was.  Yes.
 4        Q.    Yes?  Okay.
 5              Besides holding positions in the PA, does or
 6   did Mr. Qurei hold any positions in the PLO?
 7        A.    No.  I don't believe he did.
 8        Q.    He never did, never at any point in history?
 9        A.    He currently is a member of the PLO Executive
10   Committee.  But he was not then.  This is all recent.
11        Q.    Okay.  So today he's a member of the
12   Executive --
13        A.    Today he is.  But he wasn't at the time.
14        Q.    Okay.  What is the Executive Committee?
15        A.    The Executive Committee is an organ of
16   the Palestine Liberation Organization elected by the
17   Palestinian National Council to act as its executive
18   so to speak.
19        Q.    Okay.  Can you explain what is the PLO, what
20   is the PA, and what is the connection between them?
21        A.    PLO is -- is the highest, in terms of
22   seniority, in the political system of Palestinian
23   people.  It's the highest organ.  And it was
24   recognized and continues to be as the sole legitimate
25   representative of all Palestinian people.  That
```

1  continues to be the case today.
2          After Oslo Accords, the Palestinian Authority
3  was established.  And it was established as a product
4  of an agreement between the PLO, acting on behalf of
5  the Palestinian people, and the Government of Israel.
6  As such, therefore, the Palestinian Authority, in terms
7  of hierarchy, yes, it is a part of the system, the
8  highest organ of which is the PLO.  But it -- it was
9  charged a task specifically with managing the affairs
10 of the Palestinian people in the occupied Palestinian
11 territory.  So there is that relationship.
12         The head of the Palestinian National Authority
13 and the head of the PLO Executive Committee were the
14 same person since the inception of the Palestinian
15 Authority.
16         (Brief court reporter clarification.)
17         THE WITNESS:  Were the same person.  First,
18 late President Yasser Arafat, at the same time chairman
19 of the PLO Executive Committee.  Currently, President
20 Mahmoud Abbas, who also is chairman of the PLO Executive
21 Committee.
22     Q.   BY MR. TOLCHIN:  So you mentioned the
23 Oslo --
24     A.   Yes.
25     Q.   -- Accords.

```
 1            What is the Oslo Accords?
 2       A.   The Oslo Accords are the accords that led to,
 3   among other things, the creation of the Palestinian
 4   Authority.
 5       Q.   Is it accurate to say that the Oslo Accords
 6   was an agreement between Israel and the PLO?
 7       A.   That's exactly what I said.
 8       Q.   Okay.
 9       A.   Yes.
10       Q.   And the Oslo Accords created the PA --
11       A.   That's correct.
12       Q.   -- to administer certain territories?
13       A.   That is correct.
14       Q.   And the PLO existed before the PA?
15       A.   That is correct.
16       Q.   And does the PLO -- withdrawn.
17            When did the PLO begin to exist?
18       A.   1964.
19       Q.   And what is or was the function of the PLO?
20   And if it changed over time, you could tell me that.
21       A.   It acted as a representative of the
22   Palestinian people, assumed the responsibility of
23   protecting the interests of Palestinian people and
24   representing them.  And it started to gain recognition
25   as such first in the region, then internationally
```

Page 49

1  beginning in 1974, as a matter of fact, when it was
2  recognized as the sole legitimate representative of
3  the Palestinian people by Arab countries.
4          And over the period since then, through 1993,
5  other countries joined in in that recognition.  In
6  1993, in the context of the Oslo Accords, the PLO was
7  recognized as such by the State of Israel.  That was
8  part of what is referred to under the Oslo Accords as
9  the Declaration of Mutual Recognition, when the State
10 of Israel recognized the PLO as a representative of
11 Palestinian people.  And the PLO, in return, recognized
12 Israel's right to exist in peace and security.
13     Q.    And does the PLO have components or
14 constituent parts?
15     A.    Yes.  The highest council of the PLO is the
16 Palestinian National Council, which, if you want, refers
17 to a structure that can be thought of as a parliament,
18 if you will, several hundred delegates.  Within that,
19 there is the Palestinian Central Council, which is a
20 smaller version of that bigger body.  And it acts on
21 its behalf in the event that the Palestinian National
22 Council cannot meet.
23          And then, of course, in terms of executive
24 authority, it is delegated to the -- the -- the
25 Executive Committee of the PLO.  And the Executive

```
 1   Committee of the PLO is elected by the Palestinian
 2   National Council.  These are the rules.
 3        Q.   Okay.  And are there other organizations that
 4   are part of the PLO?
 5        A.   Factions.  Yeah.
 6        Q.   Factions.  Okay.
 7        A.   Yeah.  Palestinian factions.  Yes.
 8        Q.   And what are some of the larger factions?
 9        A.   The largest by far is Fatah.
10        Q.   Okay.  Are there others?
11        A.   Yes.  There is, for example, Democratic Front
12   for the Liberation of Palestine.  You know, I'm now
13   going through the translation from Arabic to English.
14   There is Nidal Shabi (phonetic).  There is Palestine
15   Liberation Front.  There's several factions.
16        Q.   What is Black September?
17        A.   Black September is a name that a group assumed
18   and took -- now, if I recall correctly -- back in 1970,
19   claiming at that time that they were a faction of Fatah
20   or something like that.
21        Q.   Uh-huh.
22        A.   But it's a self-assumed, you know,
23   characterization.
24        Q.   Does it exist today?
25        A.   No.  I don't believe it does.
```

1   Planning and Cooperation in March of 2001?
2       A.   I believe it was Nabil Shaath who was.
3       Q.   Nabil Shaath?
4       A.   I believe.
5       Q.   But you're not sure?
6       A.   I could check that.  But I'm -- I'm -- I'm
7   fairly sure.  Minister of Planning and International
8   Cooperation, he -- yeah, I believe it was Nabil Shaath.
9       Q.   Okay.  I'm going to move on to a new topic.
10              Does anyone need a bathroom, cigarette break,
11  tape change, or just move on?
12      A.   Let's move on.
13      Q.   Okay.
14      A.   Thanks for the offer anyway.
15      Q.   The witness yesterday needed a cigarette break
16  very often.
17              Do you know about any funds received by the
18  Palestine National Fund, PNF, between October 1st, 2000,
19  and February 18th, 2002?
20      A.   Funds?
21      Q.   Received by the PNF in the time frame of
22  October 1, 2000, to February 18, 2002?
23      A.   You know, I can tell you the -- what I said
24  before.  I was not with the Palestinian Authority at the
25  time.

```
 1        Q.   Uh-huh.
 2        A.   But money, I mean, in terms of sources of
 3   funding, after the PA came into being, the PLO, given
 4   everything I know now -- it wasn't during those years --
 5   but ceased to have its own independent sources of
 6   funding largely.  I mean, so, you know, funding for
 7   its own operations did come from the PA.
 8             (Brief court reporter clarification.)
 9             THE WITNESS:  "Did."
10        Q.   BY MR. TOLCHIN:  So the PA --
11        A.   Well, I -- I assume basically, during that
12   time period, the -- the PNF did get money from the PA.
13        Q.   Okay.  Are -- are you testifying about
14   something you know for sure, or you're just surmising?
15        A.   Well -- well, given what I know now -- I mean,
16   I can tell you -- I mean, I -- I know now what is going
17   on.
18             The -- the PNF disburses money, for example,
19   to our representatives abroad, meaning like ambassadors,
20   if you will.  Now, that money, you know, comes from
21   the PA to pay for the ambassadors.  But given that the
22   foreign affairs portfolio -- given its representational
23   dimension is thought to be the purview of the PLO as
24   a function that's handled by the financial organ of the
25   PLO, which is the fund, the PNF.  Money for that did
```

MARCH 9, 2010 - SALAM FAYYAD

Page 77

```
 1   come from -- for example, did come from the PA.  I mean,
 2   it -- it does come from the PA today.
 3        Q.   So the --
 4        A.   So -- so --
 5        Q.   So the PA gives money to the PNF?
 6        A.   Yes, it does.
 7        Q.   Okay.  Do you know -- are you -- do you know
 8   or are you just assuming that that was -- that -- that
 9   in the period of -- of October 2000 to February 2002
10   that the PA gave money to the PNF?
11        A.   I know that to be the case today.  And I
12   assume it was the case before, meaning including the
13   period that you talked about.
14        Q.   Did the PNF have any other sources of funding
15   between October 2000 and February 2002?
16        A.   I do not know for sure as I told you.  But
17   as is well-known since the inception of Palestinian
18   Authority, funding for Palestinians started to be
19   directed exclusively and to be channeled exclusively
20   through the PA.
21             So for the most part, the answer will have
22   to be that the funding for P -- PLO or to the PNF,
23   the Palestine National Fund, comes mostly, if not
24   completely, from the Palestinian Authority or it has
25   been since the inception of Palestinian Authority.
```

 1  That is what I assume has happened since the inception
 2  of the Palestinian Authority.  That's what I know is
 3  happening today.
 4       Q.   Do you know how much money in total came from
 5  the PA to the PNF during the period of October 1st,
 6  2000, to February 18, 2002?
 7       A.   No, I don't.
 8       Q.   Okay.
 9       A.   I don't.
10       Q.   Who does the PNF pay money to?
11       A.   You know, PNF, as I told you, for example,
12  they -- they pay our representational offices abroad,
13  like embassies.  They're not called embassies, but --
14  in most places, they're not called that.  But that's
15  part of the -- of -- of what they do.  Organizations
16  affiliated with -- with the PLO as such.  Like unions
17  and -- and things like that, they get paid from the PLO
18  and through the PNF.  So that's what it is.
19       Q.   Okay.  Let me just go back to something for
20  a second.
21            Have you ever been involved in any way with
22  funding violent attacks?
23       A.   No.  Absolutely not.
24       Q.   Have you ever been involved in the payment
25  of rewards, let's call it, to people who carried out

Page 82

1  given the nature of the job at the time and the brevity
2  of the time period in which I was a manager of the bank.
3  I was not manager of a branch, in other words.
4      Q.   BY MR. TOLCHIN:  When you were at Arab
5  Bank --
6      A.   Yeah.
7      Q.   -- were you aware on any level that Arab Bank
8  was being used to transfer money to people who carried
9  out violent attacks --
10     A.   No.
11     Q.   -- or their families?
12     A.   No.
13          MR. ROCHON:  Objection to form.
14          THE WITNESS:  No.
15     Q.   BY MR. TOLCHIN:  No?
16     A.   No, I'm not -- I was not aware.
17     Q.   I lost my paper.
18          Who received funds from the PNF between
19  October 1st, 2000, and February 18th, 2002?
20     A.   I do not know the answer to that question
21  with -- with any degree of precision.  There are
22  categories of the kind that I described to you.  But --
23  but I cannot give you a list, not because I don't want
24  to.  I just don't know.
25     Q.   Do you know whether Fatah received funds from

MARCH 9, 2010 - SALAM FAYYAD

1  the PNF between October 1, 2000, and February 2002?
2       A.   Yes, it is possible.  And certainly given
3  the declaration made by the PNF officials, the -- the
4  Palestine National Fund officials here, I can say, yes,
5  that happened.
6       Q.   Okay.  Were payments made to specific Fatah
7  officials from the PNF between October 1st, 2000, and
8  February 18th, 2002?
9       A.   I do not, you know, have names.  I do not know
10 names.  But -- but I know that the PNF did make payments
11 to -- to Fatah --
12      Q.   Okay.
13      A.   -- or individuals affiliated with Fatah.
14      Q.   Do you know which individuals?
15      A.   No, I do not.
16      Q.   Do you know how much those payments were, the
17 dollar value or the amounts?
18      A.   No.  I -- I do not know either.  But with the
19 benefit of the testimony of the officials I referred to
20 and also having -- having spoken to them, they were not
21 amounts of significance that were paid out to people
22 affiliated with Fatah.
23      Q.   Besides Fatah, do you know any other
24 organizations or individuals who received payments from
25 the PNF between October 1st, 2000, and February 18th,

```
 1   Reserve Board, the United States.  It's a central bank
 2   more or less.
 3        Q.   Is it part of the Palestinian Authority?
 4        A.   It is.
 5        Q.   Back in the time that you were with the IMF,
 6   was Yasser Arafat still alive?
 7        A.   Yes.
 8        Q.   Yeah.  And was he -- and what was his
 9   position?
10        A.   President of Palestinian National Authority
11   and chairman of the PLO Executive Committee.
12        Q.   And was he personally involved in the finances
13   of the Palestinian Authority?
14        A.   Based on what I knew then, in -- in the
15   sense of issuing instructions, but not in the sense
16   of actually managing finances of the PA.
17        Q.   Okay.  Are you familiar with an individual
18   named Muhammad Rashid?
19        A.   Yes, I know him.
20        Q.   And who is Muhammad Rashid?
21        A.   He was economic advisor to late President
22   Yasser Arafat.
23        Q.   And when did he become the economic advisor
24   to Mr. Arafat?
25        A.   I don't know for sure.  But I believe since
```