```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4   SHABTAI SCOTT SHATSKY, et al.,    )
                                       )
 5           Plaintiffs,               )
                                       )
 6   v.                                ) Civil Action No.
                                       ) 1:02-CV-02280 (RJL)
 7   THE SYRIAN ARAB REPUBLIC, et al., )
                                       )
 8           Defendants.               )
     _____)
 9
10
11
12
13              VIDEOCONFERENCE DEPOSITION OF
14                     YASSER SHAQBU'A
15                   JERUSALEM, ISRAEL
16                  SEPTEMBER 12, 2012
17
18
19
20
21
22
23
24
25   REPORTED BY:  AMY R. KATZ, RPR
```

```
16:22:14   1   categories, my point is simply that, to the extent that
16:22:28   2   Mr. Shaqbu'a is here to testify regarding financial
16:22:34   3   transactions, if any, that might be responsive to
16:22:39   4   Categories 1 and 2, there simply may be overlap with
16:22:56   5   the financial aspects of Categories 3 and 4, depending
16:23:10   6   upon what questions you ask, unfortunately's, Categories
16:23:21   7   1, 2, 3, and 4 are very overbroad and vague.
16:23:40   8           MR. SCHOEN:  Let's just leave it that I have
16:23:43   9   a continuing objection to that kind of characterization,
16:23:46  10   and I'm not going to respond each time to such a
16:23:51  11   characterization.
16:23:51  12
16:23:51  13           (The following proceedings were conducted
16:23:51  14        through the official Arabic interpreters, unless
16:23:51  15        otherwise indicated.)
16:23:51  16
16:23:51  17                       EXAMINATION
16:24:03  18   BY MR. SCHOEN:
16:24:03  19       Q.   Okay.  Mr. Shaqbu'a, could you tell us your
16:24:07  20   full name, please.
16:24:12  21       A.   My name is Yasser Musa Hassan Shaqbu'a.
16:24:19  22       Q.   How old are you?
16:24:25  23       A.   46 years old.
16:24:29  24       Q.   Where do you live?
16:24:34  25       A.   I live in Amman.
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
16:26:53  1        Q.   After 1989, or after you got your degree, you
16:26:57  2   returned to Amman to live?
16:27:12  3        A.   I returned to Amman, and I started to work.
16:27:14  4   And I worked in the Palestinian National Fund starting
16:27:25  5   from December 1, 1989.
16:27:28  6        Q.   And you've been employed by the Palestine
16:27:31  7   National Fund since December 1, 1989, until today?
16:27:48  8        A.   Yes, until today.
16:27:50  9        Q.   Have you had any other job since 1989?
16:28:03 10        A.   I had some -- I had some private works,
16:28:07 11   a private company.
16:28:09 12        Q.   What's the -- what kind -- what kind of
16:28:13 13   private --
16:28:19 14        A.   It was in accounting and computer services.
16:28:26 15        Q.   When did you have those jobs?
16:28:37 16        A.   This was in addition to my regular position.
16:28:42 17        Q.   Okay.
16:28:45 18        A.   From 1993 until 1997.
16:28:49 19        Q.   Okay.  And other than 1985 until 1989, you
16:28:56 20   have always lived in Amman?
16:29:08 21        A.   Yes.
16:29:08 22        Q.   As an employee of the -- I'm going to call
16:29:16 23   it "PNF" for the "Palestine National Fund."
16:29:20 24             As an employee -- oh, sorry.  Go ahead.
16:29:23 25             (Last comment by counsel translated.)
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
16:29:23   1         Q.   BY MR. SCHOEN:  Who pays your salary?
16:29:32   2         A.   I receive my salary from the Fund, the
16:29:43   3    National Fund.
16:29:44   4         Q.   You get a check from the PNF?
16:29:51   5         A.   Yes.
16:29:53   6         Q.   Does the PA -- I'm going to call the "PA"
16:29:58   7    for "Palestine Authority."
16:30:03   8              Does the PA have any role in paying your
16:30:06   9    salary?
16:30:12  10         A.   Yes.
16:30:12  11         Q.   What is --
16:30:12  12              THE COURT REPORTER:  Counsel, I'm sorry to
16:30:12  13    interrupt.  I just realized something.  You all gave
16:30:12  14    your appearances, and I haven't affirmed the witness.
16:30:12  15              MR. SCHOEN:  Aah, okay.  I'm sorry.
16:30:28  16              On this end, we have to have the witness
16:30:31  17    sworn or affirmed.
16:30:47  18              THE COURT REPORTER:  And the interpreters.
16:30:47  19              THE WITNESS:  I promise to tell the truth,
16:30:47  20    all the truth.
16:30:47  21              THE COURT REPORTER:  I have to swear the
16:30:47  22    interpreters first.
           23    //
           24    //
           25    //
```

```
            1                ALBERT AGHAZARIAN
            2                     -and-
            3                DOV RABINOVITCH,
            4       the Official Arabic Interpreters, were
            5       duly affirmed to translate from English
            6       to Arabic and from Arabic to English.
            7
            8                YASSER SHAQBU'A,
            9       called as a witness, being first duly
           10       affirmed, was examined and testified
           11       as hereinafter set forth.
           12
16:31:16   13       Q.   BY MR. SCHOEN:  And that applies to all
16:31:18   14   testimony you've given so far also; correct?
16:31:25   15       A.   Yes.  Correct.
16:31:26   16       Q.   Okay.  What role does the PA play in the
16:31:32   17   paying of your salary?
16:31:43   18       A.   I want here to clarify a certain matter.  The
16:31:54   19   PNF was established in 1964, and the PA came into being
16:32:10   20   in 1993 after the Oslo agreement.  The PA, through the
16:32:30   21   Ministry of Finance, finances the PNF since 1994.
16:32:36   22       Q.   Okay.  And the Ministry -- oh, sorry.
16:32:51   23       A.   And the PNF specialized in funding PLO
16:32:57   24   activities outside the Palestinian territories,
16:33:04   25   including the offices and the embassies across the
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
16:33:08   1    world.  So the span of life of the PNF is much longer
16:33:22   2    than the span of life of the PA, essentially.  This
16:33:28   3    is what I needed to clarify.
16:33:31   4         Q.   There might have been a translation mistake.
16:33:35   5    I wrote down when you said the PNF was established
16:33:42   6    in '94 --
16:33:50   7              CHECK INTERPRETER HAZOU:  "'64."
16:33:52   8              MR. SCHOEN:  Not a translation mistake.
16:33:48   9    My mistake.
16:33:49  10              THE WITNESS:  1964.
16:33:57  11              MR. SCHOEN:  And the translator said it
16:34:01  12    correctly at the time, and I wrote it down wrong.
16:34:08  13         Q.   BY MR. SCHOEN:  Now, Mr. Shaqbu'a, I heard
16:34:11  14    you say the PNF funds PLO activities outside Palestinian
16:34:21  15    territories; is that correct?
16:34:33  16         A.   Yes.
16:34:34  17         Q.   And only those activities that occur outside
16:34:38  18    the Palestinian territories; correct?
16:34:50  19              MR. McALEER:  Objection to form.
16:34:51  20              THE WITNESS:  Yes.
16:34:52  21         Q.   BY MR. SCHOEN:  And by "Palestinian
16:34:54  22    territories," you're referring to what's known as
16:34:59  23    the West Bank and the Gaza Strip?
16:35:06  24         A.   Yes.
16:35:11  25         Q.   The Ministry of Finance that you refer to,
```

```
16:35:18   1   is that the PA's Ministry of Finance?
16:35:29   2       A.   Yes.  The Ministry of Finance, which is
16:35:31   3   part -- which is under the PA.
16:35:36   4       Q.   Is there an agency under the PA that funds
16:35:41   5   PLO activities inside the Palestinian territories?
16:36:12   6       A.   No.  Before the establishment of the PA, the
16:36:16   7   National -- the PNF was the funder of all activities
16:36:21   8   of the PLO.
16:36:23   9       Q.   And after the establishment of the PA, is
16:36:28  10   there an agency that funds the activities of the PLO
16:36:38  11   inside the Palestinian territories?
16:36:53  12       A.   The activities in the West Bank and the
16:36:55  13   Gaza Strip is not part of the mandate of the PNF.
16:37:06  14   And I want to ask here what kind of activities you're
16:37:10  15   talking about, or functions.
16:37:12  16       Q.   I was just using the term you used.
16:37:24  17            ==Mr. Shaqbu'a, what is your position in the==
16:37:27  18   ==PNF?==
16:37:33  19       A.   ==I am the head of public accounts, the manager.==
16:37:41  20       Q.   Can you tell me what jobs you have held with
16:37:43  21   the PNF since you started there in 1989 and when you
16:37:58  22   held each job?
16:38:17  23       A.   For less than three years, two years, some,
16:38:21  24   I was working within the management of embassies abroad.
16:38:32  25   After that, I was transferred into the management of
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
17:37:31   1              THE WITNESS:  Absolutely not.  But -- but you
17:37:40   2     asked me until 2002.  That was your question.
17:37:49   3         Q.   BY MR. SCHOEN:  Before 2009, did the PNF pay
17:38:02   4     the expenses for the PLO Executive Committee member
17:38:09   5     offices?
17:38:16   6         A.   No.
17:38:21   7              MR. SCHOEN:  He said something after that.
17:38:23   8              OFFICIAL INTERPRETER RABINOVITCH:  "Absolutely
17:38:25   9     not."
17:38:28  10         Q.   BY MR. SCHOEN:  Prior to 2009, did the PNF
17:38:32  11     pay any expense -- strike the word "expense."
17:38:42  12              Prior to 2009 -- prior to 2009, did the PNF
17:38:53  13     pay any money to the PLO in connection with any PLO
17:39:05  14     activity inside the Palestinian territories?
17:39:20  15         A.   Before 2009, all the expenses for these
17:39:26  16     offices were covered by the Finance Ministry --
17:39:30  17         Q.   By the --
17:39:33  18         A.   -- and not through the PNF.
17:39:37  19         Q.   The PA's Finance Ministry paid all expenses
17:39:40  20     of the PLO inside the West Bank prior to 2009?
17:39:54  21         A.   Yes.
17:39:56  22         Q.   The PA's -- that was a confusing question,
17:40:00  23     maybe.
17:40:01  24              The PA's Finance Ministry paid for all PLO
17:40:11  25     activities, all PLO expenses, inside the West Bank
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A

```
17:40:23   1    prior to 2009; correct?
17:40:28   2           MR. McALEER:  Objection.  Beyond the scope.
17:40:32   3        Q.   BY MR. SCHOEN:  Is that right?
17:40:34   4        A.   Yes.  Yes.
17:40:39   5        Q.   Is your answer the same with respect to PLO
17:40:42   6    activities or expenses in the Gaza Strip prior to 2009?
17:40:56   7           MR. McALEER:  Same objection.
17:41:07   8           THE WITNESS:  There isn't any office in Gaza
17:41:10   9    which represents the PLO.
17:41:12  10        Q.   BY MR. SCHOEN:  Okay.  So does the PA pay
17:41:16  11    any money to any office operating in Gaza or for any
17:41:19  12    activity in Gaza that you're aware of?
17:41:31  13           MR. McALEER:  Same objection.
17:41:33  14           THE WITNESS:  Absolutely not.
17:41:34  15        Q.   BY MR. SCHOEN:  Okay.  Does the -- if you
17:41:39  16    know, today, does the PNF pay any money to Mr. Abdel
17:41:50  17    Rahim Malouh?
17:41:51  18        A.   Absolutely not.
17:42:02  19        Q.   Does the PNF pay Mr. Malouh any salary?
17:42:14  20        A.   No.
17:42:15  21        Q.   Are you aware that Mr. Malouh is a member of
17:42:19  22    the PLO Executive Committee?
17:42:31  23        A.   To the best of my knowledge, not actually now.
17:42:43  24    Currently, the Executive Committee members do not touch
17:42:47  25    any salaries from the PNF.
```

SEPTEMBER 12, 2012 - YASSER SHAQBU'A