1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    -----------------------------------------X
     MOSHE SAPERSTEIN; RACHEL SAPERSTEIN;
4    AVI ITZHAK SAPERSTEIN; TAMAR SAPERSTEIN;
     DAFNA SAPERSTEIN; the ESTATE of
5    AHUVA AMERGI, by and through RAFI AMERGI,
     As Administrator, Executor and/or Personal
6    Representative, RAFI AMERGI, individually,
     minor; and EFRAIM AMERGI, minor; DAN
7    DAVIDOVIC; JUDITH DAVIDOVIC; ELIEZER
     DAVIDOVIC; ARIEL DAVIDOVIC; and
8    SARAH ZWEIG,

9                                    PLAINTIFFS,

10          -against-          Case No:
                               04-CV-20225
11
     THE PALESTINIAN AUTHORITY; THE PALESTINE
12   LIBERATION ORGANIZATION; THE PALESTINIAN
     PREVENTATIVE SECURITY SERVICES; THE ESTATE
13   OF YASSER ARAFAT; YASSER MAHMUD ALKATIVE;
     NIZHAR D'HLIS; and NAIM MUTZRAN,
14
                                     DEFENDANTS.
15   -----------------------------------------X
                         DATE: April 1, 2009
16                       TIME: 12:19 p.m.

17

18           TRANSCRIPTION OF AUDIO CD OF

19   DEPOSITION of the Defendant, THE

20   PALESTINIAN AUTHORITY, by a Witness,

21   HUSSEIN AL SHEIKH, held in Jerusalem,

22   Israel.

23

24

25

```
 1                    HUSSEIN AL SHEIKH
 2           Saperstein; the translator Amal
 3           Shehadeh; the audio-video team Miri
 4           Aharon, Shimon Ben Avi.
 5    H U S S E I N   A L   S H E I K H, called
 6    as a witness, having been first duly sworn
 7    by the Commissioner, was examined and
 8    testified as follows:
 9    EXAMINATION BY
10    MR. TOLCHIN:
11           Q.    Please state your name for the
12    record.
13           A.    Hussein Al Sheikh.
14           Q.    Sir, did you show any form of
15    identification to the Commissioner?
16           A.    (Translator.)  To who?
17           Q.    To the Commissioner.
18           A.    (Translator.)  All of my
19    identification is with the lawyer.
20           Q.    Which lawyer?
21           A.    (Translator.)  Osama Saadi.
22           Q.    You gave your identification to
23    your lawyer?
24           A.    (Translator.)  Of course.
25           Q.    Do you generally have your
```

```
 1                      HUSSEIN AL SHEIKH
 2           A.     (Translator.)  Before I was in
 3     prison I was a member of Fatah.
 4           Q.     How old were you when you
 5     became a member of Fatah?
 6           A.     (Translator.)  Sixteen and a
 7     half.
 8           Q.     You testified earlier that you
 9     were in prison because you were a member of
10     the PLO.  Is that what you said?
11           A.     (Translator.)  Fatah is part of
12     the PLO.
13           Q.     Is there such a thing as being
14     a member of the PLO itself?
15           A.     (Translator.)  Once you are a
16     member of Fatah, you immediately become a
17     member of the PLO.
18           Q.     Is it possible to be a member
19     of the PLO without being a member of a
20     constituent group?
21           A.     (Translator.)  Yes, you can be
22     an independent.
23           Q.     But you became a member of the
24     PLO by virtually being a member of Fatah
25     since the age 16 1/2?
```

```
 1                  HUSSEIN AL SHEIKH
 2      BY MR. TOLCHIN:
 3           Q.      Can you tell me, sir, when
 4      exactly you were elected as Secretary of
 5      Fatah?
 6           A.      (Translator.)   In the last
 7      months of 1999.
 8           Q.      At the time that you were
 9      elected as Secretary of Fatah, did you stop
10      having a job working for the Palestinian
11      Authority?
12           A.      (Translator interpreted
13      question.)
14           Q.      I'll rephrase the question.
15      I'll just withdraw the question and ask it
16      more clearly.
17                  When you became Secretary of
18      Fatah, did you stop being employed by the
19      Palestinian Authority?
20           A.      (Translator.)   Yes.   When I was
21      elected, I no longer had any executive
22      position at the Palestinian Authority.
23           Q.      The job as Secretary of Fatah,
24      was that a volunteer job or were you paid a
25      salary for that job?
```

```
 1                    HUSSEIN AL SHEIKH
 2        he went.
 3              MR. TOLCHIN:  He went to call
 4        someone.  He was talking on his
 5        cellphone.
 6              MR. HIBEY:  Oh, is that right?
 7              MR. SAADI:  It's GPC, General
 8        Personnel Council.
 9        Q.    During the time that you worked
10   as Secretary of Fatah, you were paid a
11   salary by the General Personnel Council of
12   the PA; is that correct?
13        A.    (Translator.)  Correct.
14        Q.    Why did the Palestinian
15   Authority continue to pay you a salary
16   while you were working as Secretary of
17   Fatah?
18        A.    (Translator.)  I was working
19   for the Palestinian Authority until 1999.
20   When I finished and was elected as the
21   Secretary of Fatah, I lost my executive
22   position in the PA, so my portfolio was
23   transferred from my executive position to
24   the GPC.
25              I was given a limited period.
```

```
 1              HUSSEIN AL SHEIKH
 2    I was given, according to the law -- I do
 3    not remember which law exactly -- a time
 4    period where I had to choose whether to
 5    continue to fulfill a position in the PA or
 6    to stop practicing or having this position,
 7    so that I would not be cut off from any
 8    salary, until I find some other source of
 9    income.
10         Q.    How long was the period of time
11    that you were given?
12         A.    (Translator.)  The problem was
13    that all of these things were mixed up in
14    the PA at that time.
15         Q.    Do you mean by that that nobody
16    knew how long the period was that you could
17    continue receiving a salary?
18         A.    (Translator.)  I mean by that,
19    that in 2000 the Intifada erupted and the
20    whole area was prevailed with violence, and
21    all the Authority's buildings were
22    destroyed.
23              There was no stability in the
24    political Palestinian organization in
25    general.  The Palestinian political system
```

```
1                    HUSSEIN AL SHEIKH
2       was no longer stable.  Different
3       organizations were not working or active as
4       they used to be before the Intifada.  The
5       working hours were not regulated anymore.
6       This is what I mean specifically.
7                    MR. SAADI:  Mr. Hussein was
8              referring to the Department of
9              General Personnel Affairs, we call it
10             GPC.  The General Personnel Council,
11             that it is where public servants are
12             usually paid.
13         Q.     How long did you serve as
14    Secretary of Fatah?
15         A.     (Translator.)  I took this
16    position from 1999 until 2005.
17         Q.     For what period of time did you
18    continue to receive a salary from the GPC?
19         A.     (Translator.)  During the whole
20    five years, except for one year during the
21    government of Hamas, following the victory
22    of Hamas in the elections.  I assume about
23    a year I did not have a salary.
24         Q.     Do you know what year that was?
25         A.     (Translator.)  Hamas succeeded
```

```
 1                    HUSSEIN AL SHEIKH
 2          Q.     Sir, during the break, did you
 3    have an opportunity to verify the website
 4    address of the Civil Affairs Authority?
 5          A.     (Translator.)  Yes.
 6          Q.     What is the website address?
 7                 MR. SAADI:  It is
 8            www.mca.gov.ps.
 9          Q.     That is the website that we
10    discussed earlier that Mr. Abu Jundi
11    supervises on behalf of your authority?
12          A.     (Translator.)  Yes.
13          Q.     Sir, you were a member of Fatah
14    for approximately the last 33 years; is
15    that correct?
16          A.     (Translator.)  Approximately,
17    yes.
18          Q.     Other than the position that
19    you were elected to as Secretary of Fatah
20    from 1999 to 2005, have you ever held any
21    other positions within Fatah?
22          A.     (Translator.)  No, only this
23    position.
24          Q.     I'm referring specifically to
25    the period of 2000 to 2004.  Spanning that
```

```
 1                  HUSSEIN AL SHEIKH
 2    period of years, can you explain to me what
 3    was the organizational structure of Fatah?
 4         A.    (Translator.)  We had a general
 5    commander Yasser Arafat.  Beneath it the
 6    Central Committee, beneath it the
 7    Revolutionary Council, and beneath it the
 8    leadership in the West Bank and the
 9    leadership of Gaza.  And then comes the
10    leadership of Fatah in the different areas.
11    This is the structure.
12         Q.    When you referred to the
13    Central Committee, who were the members of
14    the Central Committee?  And all these
15    questions are about the period of 2000 to
16    2004.  And I just want to say that if it
17    changed during that period, you can tell me
18    that.  I'm not trying to put words in your
19    mouth.
20         A.    (Translator.)  Nothing is
21    secretive about it.  Yasser Arafat was.
22         Q.    He was both the general
23    commander and a member of the Central
24    Committee?
25         A.    (Translator.)  Yes, of course.
```

```
 1              HUSSEIN AL SHEIKH
 2   Mahmoud Abbas, Ahmed Qurei, Hani el Hassan,
 3   Abdel Zaki, Hakam Balaui, Faruk el Kadoumi,
 4   Mohammed el Nem, El Taisar el Wazir, Nabil
 5   Shaath.  These were the members of the
 6   Central Committee.  Maybe I forget someone.
 7         Q.    How were the members of the
 8   Central Committee chosen?
 9         A.    (Translator.)  Through
10   elections from the general conference of
11   Fatah.
12         Q.    What is the general conference
13   of Fatah?
14         A.    (Translator.)  These are
15   representatives of the different frames,
16   unions, and groups of Fatah internationally
17   and nationally.  The last time that it was
18   convened was in 1989, 20 years ago.
19         Q.    So all of these names that you
20   have told me were in the Central Committee
21   between 2000 and 2004, had been there since
22   1989?
23         A.    (Translator.)  Correct.
24         Q.    You referred to the
25   Revolutionary Council.  How many members
```

                    HUSSEIN AL SHEIKH

1

2    were there in the Revolutionary Council?

3         A.    (Translator.)  120.

4         Q.    How were those members chosen?

5         A.    (Translator.)  Through the

6    general conference as well.

7         Q.    120 is a lot of members.  Was

8    there a leadership within the Revolutionary

9    Council?

10        A.    (Translator.)  They meet

11   according to necessity.  They assemble

12   every two months, three months.

13        Q.    Did the Revolutionary Council

14   have a Director, President, head?

15        A.    (Translator.)  The leadership

16   was first Yasser Arafat, then Abu Mazen.

17   But you have to understand that the Central

18   Committee is part of the Revolutionary

19   Council.

20        Q.    I want to clarify that.  You

21   told us earlier that the general commander

22   was Yasser Arafat.  Under him was the

23   Central Committee and under him was the

24   Revolutionary Council.  But now you seem to

25   be telling me that the Central Committee

```
 1              HUSSEIN AL SHEIKH
 2    was part of the Revolutionary Council.
 3         A.    (Translator.)  The Central
 4    Committee is part of the Revolutionary
 5    Council.  And not the opposite.  A member
 6    of the Revolutionary Council is not
 7    necessarily a member of the Central
 8    Committee.
 9         Q.    Would it be a fair parallel to
10    say that the Central Committee was similar
11    to the Cabinet and the Revolutionary
12    Council was similar to the Cabinet, and the
13    Revolutionary Council was similar to the
14    Knesset, for lack of a better comparison?
15              Forget the question.  It's not
16    a good question.
17              You referred to the leadership
18    in the West Bank and Gaza.  How many
19    individuals were involved in that
20    leadership?
21         A.    (Translator.)  In the West Bank
22    about 70.  I do not know how many in Gaza.
23         Q.    How was the membership of that
24    leadership selected?
25         A.    (Translator.)  Through
```

1                    HUSSEIN AL SHEIKH

2    elections.

3        Q.    Elections among who?

4        A.    (Translator.)   Among members of

5    Fatah in the different areas.

6        Q.    Was that also through the

7    general conference of Fatah?

8        A.    (Translator.)  Of course not.

9    I asserted that the general conference has

10   not assembled since 1989.

11       Q.    Does that mean that the

12   leadership in the West Bank and Gaza did

13   not get elected since 1989, or was the

14   leadership elected by some other group?

15       A.    (Translator.)  Again to

16   clarify, the general conference is for all

17   Fatah members.  When I speak about the West

18   Bank, I am talking about that it is elected

19   by the different districts such as Ariha,

20   Jenin, Khalil-Hebron.

21       Q.    What was the process by which

22   the leadership of Fatah was elected?  Were

23   there campaigns?  Were there elections and

24   voting booths?

25       A.    (Translator.)  Of course, there

```
 1                    HUSSEIN AL SHEIKH
 2    in the West Bank, comprising 70 people, it
 3    is the same thing as the High Committee for
 4    Fatah in the West Bank?
 5         A.    (Translator.)  Correct.
 6         Q.    Thank you.
 7               Did Fatah have a Treasurer
 8    between 2000 and 2004?
 9         A.    (Translator.)  What do you mean
10    Treasurer?
11         Q.    Let me back up.  Did Fatah have
12    a budget between 2000 and 2004?
13         A.    (Translator.)  Of course.
14         Q.    What was the source of the
15    money that was used for Fatah's budget?
16         A.    (Translator.)  I do not know.
17    This is not my field -- it is not my
18    expertise.
19         Q.    Who was in charge of
20    supervising Fatah's money?
21         A.    (Translator.)  Achmed Qurei.
22         Q.    Did Mr. Qurei have a title that
23    had something to do with his function of
24    supervising the money of Fatah?
25         A.    (Translator.)  He is a member
```

```
 1                  HUSSEIN AL SHEIKH
 2    of the Central Committee in Fatah, and he
 3    is responsible for the finance of Fatah.
 4         Q.    Was he elected to that
 5    position?  How did he get that
 6    responsibility?
 7         A.    (Translator.)  He was elected
 8    in the conference of 1989.
 9         Q.    Is he known by any nicknames or
10    noms de guerre?
11         A.    (Translator.)  He is known for
12    Abu Ala, who was previously negotiating
13    with Tzipi Livni.
14         Q.    What is Mr. Qurei's job today?
15         A.    (Translator.)  He is a member
16    of the Central Committee and the head of
17    Palestinian Negotiation Delegation with
18    Israel.
19         Q.    He is a member of the Central
20    Committee of Fatah?
21         A.    (Translator.)  Correct.
22         Q.    He is also employed by the
23    Palestinian Authority?
24         A.    (Translator.)  He has nothing
25    to do with the PA.  He belongs only to the
```

1                HUSSEIN AL SHEIKH

2    Abbas Zaki; he is responsible of the

3    Palestinian portfolio in Lebanon, et

4    cetera.

5        Q.    I just want to clarify about

6    Mr. Kadoumi.  You said he has a problem,

7    but does he have a portfolio?

8        A.    (Translator.)  Currently he is

9    carrying no official portfolio.

10        Q.    How well did you know Yasser

11    Arafat?

12        A.    (Translator.)  Good.

13        Q.    Did you consider him a friend,

14    or just somebody you knew from work, or

15    something else?

16        A.    (Translator.)  I considered him

17    a leader and responsible.

18        Q.    In the period of 2000 to 2004,

19    did you meet with Mr. Arafat?

20        A.    (Translator.)  Of course.

21        Q.    How often?

22        A.    (Translator.)  Hundreds of

23    times.

24        Q.    Was that for social purposes or

25    business purposes?

```
 1              HUSSEIN AL SHEIKH
 2         A.     (Translator.)   Things which are
 3    connected to Fatah.
 4         Q.     Did you receive directives or
 5    instructions from Mr. Arafat during that
 6    period?
 7         A.     (Translator.)   Instructions in
 8    what field?
 9         Q.     Anything connected to Fatah.
10         A.     (Translator.)   I used to
11    receive daily instructions from him.
12         Q.     Was that verbally or in
13    writing?
14         A.     (Translator.)   Mostly verbally.
15         Q.     Did you ever receive written
16    instructions from him?
17         A.     (Translator.)   In what field?
18         Q.     Something connected with Fatah.
19         A.     (Translator.) Of course, but I
20    cannot remember what was verbally and what
21    was written.
22         Q.     Did you ever write to Mr.
23    Arafat about anything?
24         A.     (Translator.)   Hundreds of
25    letters.
```

HUSSEIN AL SHEIKH

2    Q.    What types of issues would you
3  have written to Mr. Arafat, and I'm talking
4  about 2000 to 2004.
5    A.    (Translator.)  I used to write
6  him for giving medical treatment for
7  families who cannot afford it, for their
8  children.  I used to ask him for assistance
9  and help for students who are in need so
10 they can go for studies, and also social
11 assistance for deprived families.
12    Q.    Why would you write those
13 letters to Mr. Arafat and not to Mr. Qurei
14 who you told us handled the finances?
15    A.    (Translator.)  I was not the
16 one who determined where it should be
17 directed.  The one who determined that was
18 Yasser Arafat, who was the Commander.
19 Because Abu Ala does not have a direct
20 responsibility upon me, Abu Amar had direct
21 responsibility upon me.
22    Q.    Let me clarify.  Is it fair to
23 say that if you felt that a particular
24 student should receive financial aid, you
25 would have written to Mr. Arafat, asking to

HUSSEIN AL SHEIKH

1

2    give money to this student, and if Mr.

3    Arafat agreed, he asked Mr. Qurei to

4    disburse the money?

5        A.    (Translator.)  Not necessarily

6    from Qurei.  The one who determined from

7    whom to receive the money, that was Yasser

8    Arafat.

9        Q.    Let me break it down.  You

10   would ask Mr. Arafat to give money to Mr.

11   X, and if Mr. Arafat agreed, he would

12   direct somebody, he would pick to disburse

13   the money?

14       A.    (Translator.)  Correct.

15       Q.    And what we are talking about

16   is the money of Fatah.  We are not talking

17   about the Palestinian Authority or PLO?

18       A.    (Translator.)  Fatah and PLO

19   are the same because the Fatah and the PLO

20   budget are with Arafat.

21       Q.    During the period of 2000 to

22   2004, who directed the budget of the PA?

23       A.    (Translator.)  Do you mean the

24   Minister of Finance?

25           Q.    I don't mean any particular

1                    HUSSEIN AL SHEIKH

2    person.  I am asking you.

3              A.    (Translator.)  What do you mean

4    the money of PA?

5         Q.    I will clarify.  In the period

6    2000 to 2004, who was in charge of making

7    decisions of spending the money of the PA?

8         A.    (Translator.)  Again I cannot

9    understand the question.  It is not clear

10   enough.  In the PA there is a Minister of

11   Finance.  If I am not mistaken, I think it

12   was Salam Fayad, if this is what you mean

13   by your question.  And who determines the

14   financial policy is Salam Fayad.

15        Q.    What was Yasser Arafat's role

16   in the PA between 2000 and 2004?

17        A.    (Translator.)  Do you mean his

18   status or his capacity in the PA?

19        Q.    Yes.

20        A.    (Translator.)  At that time he

21   was the head of the PA and the PLO.

22        Q.    He was the President and the

23   Prime Minister?

24        A.    (Translator.)  The President

25   and the Prime Minister at the same time.

```
 1              HUSSEIN AL SHEIKH

 2       Q.    Did he hold any other positions

 3   besides the President and the Prime

 4   Minister?

 5       A.    (Translator.)  In government?

 6       Q.    In the PA government.

 7       A.    (Translator.)  This is what I

 8   remember were the official capacities of

 9   Yasser Arafat.  Previously, before 2000, he

10   used to take the capacity of Interior

11   Minister sometimes, but I cannot remember

12   at what periods.

13       Q.    As President and Prime Minister

14   of the Palestinian Authority, between 2000

15   and 2004, did Yasser Arafat have any

16   authority over expenditures of the

17   Palestinian Authority?

18       A.    (Translator.)  Of course, he

19   was the President.

20       Q.    You told us, sir, that you

21   would often write letters to Mr. Arafat

22   asking him to award money from Fatah to

23   particular people.

24       A.    (Translator.)  Correct.

25       Q.    Do you have any idea, sir, how
```

```
 1                  HUSSEIN AL SHEIKH
 2    much money was awarded by Fatah altogether
 3    as a result of your requests?
 4        A.    (Translator.)  I cannot count
 5    them.
 6        Q.    Can you give it in order of
 7    magnitude?  Are we talking hundreds of
 8    dollars, thousand of dollars, hundreds of
 9    thousands of dollars?
10        A.    (Translator.)  I would say
11    hundreds of thousands of dollars.
12        Q.    Do you have any idea what the
13    annual expenses of Fatah were during the
14    period of 2000 to 2004?
15        A.    (Translator.)  No, it is not
16    part of my expertise.
17        Q.    Are you familiar with an
18    individual named Mohammed Rashid?
19        A.    (Translator.)  Of course.
20        Q.    Who is Mohammed Rashid?
21        A.    (Translator.)  He was
22    responsible for the investment fund.
23        Q.    What investment fund?
24        A.    (Translator.)  I have no idea
25    about it.
```

                    HUSSEIN AL SHEIKH

1            A.    (Translator.)  Yes, of course.
2    In all the area of the West Bank and in the
3    Gaza Strip.
4            Q.    Did Fatah have a main office?
5            A.    (Translator.)  Yes, of course.
6            Q.    Where was the main office of
7    Fatah?
8            A.    (Translator.)  The headquarters
9    was where Yasser Arafat was, because he is
10   the General Commander of the movement.
11           Q.    Was that location known as the
12   Mukata?
13           A.    (Translator.)  Correct.
14           Q.    So the Mukata was where the
15   main office of Fatah was located?
16           A.    (Translator.)  There are
17   others.
18           Q.    There are other what?
19           A.    (Translator.)  There are other
20   offices.
21           Q.    Other main offices?
22           A.    (Translator.)  For instance,
23   Abu Ala also had a main office as well as
24   Hakam Balaui also had a main office.  Also,

1                    HUSSEIN AL SHEIKH

2    Abdallah el Franji had an office for

3    external relations.  The headquarters of

4    the head command since Abu Amar was the

5    General Commander was at the Makata.

6         Q.     Is it correct that the Mukata

7    was also the main office of the PA?

8         A.     (Translator.)  Of course, since

9    the PA was also Yasser Arafat.

10        Q.     Was the Mukata also the main

11   office of the PLO?

12        A.     (Translator.)  Correct, since

13   Yasser Arafat was also the head of the

14   Executive Committee of the PLO.

15        Q.     We are talking about 2000 to

16   2004?

17        A.     (Translator.)  Correct.

18        Q.     You mentioned that there were

19   some other main offices of Fatah.  Did you

20   say, sir, that there were other main

21   offices of Fatah?

22             MR. McALEER:  Object to the

23        form.

24        A.     (Translator.)  Correct.

25        Q.     Were those other main offices

```
 1                    HUSSEIN AL SHEIKH
 2    of Fatah also offices of the PA?
 3         A.    (Translator.)  No, incorrect.
 4         Q.    Which offices were main offices
 5    of Fatah that were not offices of the PA?
 6         A.    (Translator.)  All offices of
 7    Fatah were not offices of the PA, except
 8    the office of Yasser Arafat.
 9         Q.    Were there any people who
10    worked in the Mukata, who were specifically
11    working for Fatah and not for the PA?
12         A.    (Translator.)  I do not know
13    exactly.  I never asked the people who were
14    there whether they were working for the PA
15    or Fatah.
16         Q.    Between 2000 and 2004, who
17    owned the Mukata?
18         A.    (Translator.)  What do you mean
19    by owned?
20         Q.    Who was the owner of the
21    building, the land?
22         A.    (Translator.)  The PA.
23         Q.    Who paid the utilities,
24    electricity, water, telephones?
25         A.    (Translator.)  I do not know,
```

```
 1                HUSSEIN AL SHEIKH

 2   of course.  It was not part of my

 3   responsibilities.

 4        Q.    The other offices of Fatah that

 5   you told us were not offices of the PA,

 6   were those rented offices?

 7        A.    (Translator.)  Part of them

 8   were rented and part of them were owned,

 9   but I do not know which are which.

10        Q.    The ones that were owned, do

11   you know who owned them?

12        A.    (Translator.)  I do not know.

13        Q.    The ones that were rented, do

14   you know who paid the rent?

15        A.    (Translator.)  The finances of

16   Fatah.

17        Q.    Did the finances of Fatah also

18   pay the utilities for those offices?

19        A.    (Translator.)  Not necessarily,

20   but I do not know these details because

21   this was not part of my work and my

22   employment.

23        Q.    When you would request from Mr.

24   Arafat -- and I'm specifically talking

25   about from 2002 to 2004 -- you would
```

HUSSEIN AL SHEIKH

2  request that he give money to particular

3  people, and he would direct that money to

4  be given, what process was used to disburse

5  the money of Fatah?  In other words, would

6  it be by check, by wire transfer, by cash,

7  or some other form?

8      A.    (Translator.)  For instance, I

9  used to present to Abu Amar humanitarian

10  aid.  The instance, I presented to him ten

11  people.  For example, let's say he would

12  wire to each person 800, 600, 1000 dollars.

13  I would not hold in my hand one penny even.

14  It would reach the beneficiary directly,

15  whether by check or by bank transaction.

16      Q.    So Fatah would use checks or

17  bank transactions to give people money?

18      A.    (Translator.)  Not necessarily

19  Fatah, but the body that was given order by

20  Arafat would provide the money?

21      Q.    When you were secretary of

22  Fatah, you had to ask Mr. Arafat to award

23  money to individuals for whatever purpose.

24  Is it your testimony, sir, that sometimes

25  Mr. Arafat would direct that money to be

```
 1                    HUSSEIN AL SHEIKH

 2    given to the individual but from some place

 3    else other than Fatah?

 4              MR. McALEER:  Objection as to

 5         form.

 6         Q.   You can answer.

 7         A.    (Translator.)  Let me clarify.

 8    Some assistance were issued directly from

 9    Fatah.  According to the rules and the

10    basic law of the PA, the government

11    allocates the Ministry of Finance a certain

12    amount of money to the political parties

13    according to the basic law.

14              Since Fatah is a political

15    party, it has an allocation of amount of

16    money, the people's part has an amount

17    which is allocated to it.  The Democratic

18    Front has a budget of its own.

19              And why am I stating this; to

20    prevent any outside money to get into the

21    country.  For instance, I do not want Iran

22    to send money to establish a party within

23    the country.  So also to maintain that,

24    there is supervision on the money and its

25    conductors.  That is what I meant when I
```

```
 1                HUSSEIN AL SHEIKH
 2       said that Arafat can allocate the money
 3       from Fatah or from other sources as well.
 4              MS. GITLIN:  The tape is
 5       finishing now at 6:45 p.m.
 6              (A recess transpired.)
 7              MS. GITLIN:  It is tape number
 8       6, starting at 6:46 p.m.  This is the
 9       Commissioner Amy Gitlin, business
10       address Nahal Katlav 7/3 Bet Shemesh,
11       Israel.
12              This is the deposition of
13       Hussein al Sheikh, taking place in
14       Jerusalem, Israel, on April 1st,
15       2009.
16          A.    (Translator.)  I want the last
17     sentence, to repeat it.
18              I stated that the basic law
19     allows for political action for legitimate
20     and legal by the political parties.  I am
21     requesting that this speech will be
22     translated accurately.
23          Q.    We want everything translated
24     accurately.
25          A.    (Translator.)  Each party
```

```
 1              HUSSEIN AL SHEIKH
 2    receives a budget from the Finance
 3    Ministry.  Each organization or party is
 4    free to use these monies as he sees fit,
 5    within the legal political activity.
 6    Therefore, when I stated that Abu Amar was
 7    sometimes allocating money from Fatah or
 8    from other parties, that is why I was
 9    referring to the fact that Abu Amar was
10    using the money, his share that was
11    allocated to the Fatah party from the
12    Ministry of Finance.
13         Q.    Was giving money to students or
14    to people for medical treatment or social
15    assistance, was that considered legitimate
16    political uses of money allocated by the PA
17    to Fatah?
18         A.    (Translator.)  Another
19    clarification, please.  Not everything that
20    Arafat signed for me was deducted from the
21    Fatah budget.
22              Let's say, for instance, there
23    is a ten-year-old child who suffers from
24    cancer and needs treatment in Israel.  That
25    person, a child who is ten years old, knows
```

```
 1                    HUSSEIN AL SHEIKH
 2    objected to it?
 3          A.    (Translator.)  Who opposed?
 4          Q.    Anybody.
 5          A.    (Translator.)  If it is
 6    security issue, then it derives or obeys
 7    the security system, if they were requested
 8    to return, then they will return.
 9          Q.    This is for the Commissioner.
10    This is Exhibit 4.
11                (Whereupon, the aforementioned
12           document was marked as Plaintiff's
13           Exhibit 4 for identification as of
14           this date by the Commissioner.)
15          Q.    First of all, is this a
16    document you have ever seen before, sir?
17          A.    (Translator.)  No, I do not
18    recall seeing it.
19          Q.    At the top in the upper
20    right-hand corner there is a handwritten
21    comment there.  Are you able to read that?
22          A.    (Translator.)  Yes, of course.
23          Q.    What does it say?
24          A.    (Translator.)  It should be
25    sent to the District of Ramalla to Hussein
```

```
 1                    HUSSEIN AL SHEIKH
 2    systems are sending a warning to all those
 3    who were not returning that they might be
 4    sacked from work.  This is my
 5    interpretation.
 6          Q.    Do you recall the situation?
 7          A.    (Translator.)  I do not
 8    remember particularly the circumstances
 9    here.
10          Q.    You can give the original
11    document to the Commissioner.  I may ask
12    you, sir, if this is a document you have
13    ever seen.
14          A.    (Translator.)  Yes.
15          Q.    What is this document?
16          A.    (Translator.)  I presented this
17    to Yasser Arafat, financial aid for certain
18    people.
19          Q.    Did you write this document?
20          A.    (Translator.)  Yes.
21          Q.    Is all of this document yours,
22    or is there a part that was written by
23    somebody else?
24          A.    (Translator.)  This is my
25    handwriting, and the handwriting of Yasser
```

```
 1                    HUSSEIN AL SHEIKH
 2      Arafat.
 3            Q.     Is it accurate that the
 4      handwriting which is horizontal is yours
 5      and the handwriting which is diagonal is
 6      Mr. Arafat's?
 7            A.     (Translator.)  This is an area
 8      with the handwriting where the date is
 9      stated and the signature, this is of Yasser
10      Arafat.
11                  MR. TOLCHIN:  Can we agree, Mr.
12            Hibey, that the witness is indicating
13            that the diagonal handwriting towards
14            the lower left as being Mr. Arafat's?
15                  MR. HIBEY:  Yes.
16            Q.     What did you write in this
17      letter?
18            A.     (Translator.)  I requested from
19      Abu Amar to allocate money for three
20      people.
21            Q.     Just for the sake of the
22      record, and since it's your handwriting,
23      could you read the letter slowly and let
24      the translator translate?
25            A.     (Translator.)  Of course.  "Mr.
```

```
 1                    HUSSEIN AL SHEIKH
 2    President, the warrior of combatant,
 3    President of combatant."
 4              MR. SAADI:  No, no, fight is --
 5         (Arabic)  This (word) is someone who
 6         declares Jihad because of unjust
 7         conditions.
 8              MR. SHEHADEH:  It can be both a
 9         fighter and a combatant.
10              MR. TOLCHIN:  What is the
11         Arabic word we are talking about?
12              MR. SHEHADEH:  Mujahed.
13         A.    (Translator.)  I would like to
14    explain.  To assert that Mujahed is not a
15    fighter, if we want to take the linguistic
16    phrase, you can make Jihad through talking.
17         Q.    But the word is connected to
18    the root Jihad.  Can I make a suggestion;
19    let the Interpreter say what she thinks,
20    you say what you think, and then we'll ask
21    the witness to clarify and then we'll have
22    it on the record.
23         A.    (Translator.)  I have not
24    finished yet.  I would like to clarify.
25    Mujahed does not mean in any way combatant
```

```
 1                    HUSSEIN AL SHEIKH
 2   or fighter.  Because, according to Islam,
 3   Mujahed means that you can do Jihad through
 4   your words and there is an internal thing
 5   within your soul, the Jihad of your soul.
 6   What is the Jihad of the soul?  That means
 7   do not commit adultery, do not steal, and
 8   such things.  Therefore Mujahed does not
 9   necessarily mean a fighter.
10        Q.    Would you agree that Mujahed
11   can mean fighter?
12        A.    (Translator.)  Each person can
13   interpret it as he sees fit.
14        Q.    Just finish the letter, please.
15        A.    (Translator.)  (Reading.)  My
16   brother Abu Amar, may God protect you and
17   keep you well.  I grant you with the salute
18   of homeland and nation.  We request from
19   you Highness to be kind and to allocate a
20   financial amount of two thousand five
21   hundred dollars to the brothers number 1,
22   Raid ed Karmi, second Ziad Machmud Daas,
23   third Omar Kahaden, and we leave this to
24   your decision, your son Hussein al Sheikh.
25   The thing that was offered Yasser Arafat,
```

```
 1              HUSSEIN AL SHEIKH
 2    the Finance Ministry in Ramallah, the
 3    allocation of six hundred dollars would be
 4    given to each person.
 5         Q.    Who is Raid ed Karmi?
 6         A.    (Translator.)  Raid el Karmi is
 7    a person from the Tul Karem area.
 8         Q.    Why did you want to allocate
 9    2500 dollars to Mr. El Karmi?
10         A.    (Translator.)  These were the
11    recommendations of the responsible in
12    charge person of Fatah in Tul Karem area,
13    since I do not know any of these three
14    people personally.  I am given
15    recommendations from the different Fatah
16    representatives in these area within my
17    capacity of the Secretary of Fatah I report
18    this to Yasser Arafat within the framework
19    of the Humanitarian Aid.  And I have
20    brought thousands of humanitarian aid to
21    people.
22         Q.    Who asked you or who
23    recommended to you that you request 2500
24    dollars for Mr. El Karmi?
25         A.    (Translator.)  If I am not
```

```
 1                    HUSSEIN AL SHEIKH

 2     mistaken, the Secretary of the area of Tul

 3     Karem.  What period are we talking about?

 4     2001?  I cannot see the date.

 5          Q.     2001.

 6          A.     (Translator.)  I think that the

 7     Secretary, maybe it was Dr. Thabet or Fayet

 8     Kanaan.  I am not certain who it was, but I

 9     am sure one of them was the Secretary at

10     the time.

11          Q.     Who is Fayed Kanaan?

12          A.     (Translator.)  The Secretary of

13     Tul Karem area at that time, maybe.  I do

14     not recall if it was Dr. Thabet or Fayet

15     Kanaan.

16          Q.     Who is Amar Kadan?

17          A.     (Translator.)  I do not know

18     him.

19          Q.     Are you familiar with something

20     called Force 17?

21          A.     (Translator.)  Of course I am.

22          Q.     Was Mr. Kadan connected somehow

23     to Force 17?

24          A.     (Translator.)  Surely.

25          Q.     Briefly what is Force 17?
```

```
 1                    HUSSEIN AL SHEIKH
 2         A.    (Translator.)  It is the
 3    Private Presidential Guard.
 4              MR. TOLCHIN:  This goes to the
 5    commission, 6.
 6              (Whereupon, the aforementioned
 7    document was marked as Plaintiff's
 8    Exhibit 6 for identification as of
 9    this date by the Commissioner.)
10         Q.    Sir, is this a document that
11    you have ever seen before?
12         A.    (Translator.)  No, of course
13    not.
14         Q.    Did you review this document
15    before you came here today in preparation
16    for the deposition?
17         A.    (Translator.)  Yes, I saw it by
18    the lawyers.
19         Q.    Take a moment to read it.  Who
20    wrote this document?  Who signed it?
21         A.    (Translator.)  According to
22    what I see, the one who signed it is Fayed
23    Kanaan.
24         Q.    The same individual that we
25    spoke about a minute ago?
```

```
 1                    HUSSEIN AL SHEIKH

 2           A.     (Translator.)  Yes, for sure.

 3           Q.     Where is Fayed Kanaan today?

 4           A.     (Translator.)  I do not know.

 5    This is a period between 2001 and 2009,

 6    eight years, maybe in Tul Karem.

 7           Q.     Is he employed by the

 8    Palestinian Authority today?

 9           A.     (Translator.)  I do not know.

10           Q.     Do you know if he's still alive

11    today?

12           A.     (Translator.)  Of course.  If

13    he would have passed away, I would have

14    known about it.

15           Q.     The diagonal writing on the

16    left, is that Mr. Arafat's writing?

17           A.     (Translator.)  The diagonal

18    handwriting on the left is the writing of

19    Yasser Arafat.

20           Q.     There is a list of 15 names.

21    Do you recognize any of these names?

22           A.     (Translator.)  Not one of them.

23           Q.     Are you familiar with an

24    individual named Wafa Idris?

25           A.     (Translator.)  I do not know
```