| Deposition | Date | Defendants' Counter Designations | Objections | Plaintiffs' Cross Designations |
|---|---|---|---|---|
| **Fayyad, Salam** | March 9, 2010 | 14:16-15:11 | Hearsay | 62:2-9<br>65:3-66:24<br>70:3-8<br>70:14-23<br>173:25-174:4 |
| | | 16:7-17:7 | Hearsay | |
| | | 17:11-13 | Hearsay | |
| | | 26:12-19 | Hearsay | |
| | | 27:9-15 | Hearsay | |
| | | 27:20-22 | Hearsay | |
| | | 29:13-20 | Hearsay | |
| | | 30:25-32:3 | Hearsay | |
| | | 48:1-7 | Hearsay | |
| | | 48:10-15 | Hearsay | |
| | | 48:17-50:2 | Hearsay | |
| | | 50:10-15 | Hearsay | |
| | | 58:12-60:15 | Hearsay | |
| | | 61:8-62:1 | Hearsay | |
| | | 62:10-63:3 | Hearsay; No Personal Knowledge | |
| | | 64:18-65:2 | Hearsay; Relevance | |
| | | 70:9-13 | Hearsay; Relevance | |
| | | 78:21-79:14 | Hearsay; 78:21-79:2 Relevance | |
| | | 98:25-99:17 | Hearsay; Relevance | |
| | | 101:21-25 | Hearsay; Relevance | |
| | | 102:5-6 | Hearsay; Relevance | |
| | | 102:9-103:2 | Hearsay; Relevance | |
| | | 104:15-22 | Hearsay; Relevance | |
| | | 156:7-8 | Hearsay; Relevance | |
| | | 156:11-12 | Hearsay; Relevance | |
| | | 156:16-157:7 | Hearsay; Relevance | |
| | | 157:21-159:6 | Hearsay; Relevance | |
| | | 160:1-9 | Hearsay | |
| | | 161:4-162:12 | Hearsay | |
| | | 171:8-16 | Hearsay; Relevance | |
| | | 171:25-173:24 | Hearsay; Relevance; No Personal Knowledge | |
| | | 175:3-21 | Hearsay; Relevance | |
| | | 176:3-177:8 | Hearsay; Relevance | |
| | | 196:4-197:16 | Hearsay; Relevance | |
| **Abu-Libdeh, Hasan** | June 16, 2010 | 7:18-22 | Hearsay | 65:8-13<br>71:2-15<br>164:20-22<br>185:2-6<br>192:11-18 |
| | | 8:14-16 | Hearsay | |
| | | 8:19-9:6 | Hearsay | |
| | | 9:10-22 | Hearsay | |
| | | 10:2-5 | Hearsay | |
| | | 24:23-25:3 | Hearsay | |
| | | 25:20-26:6 | Hearsay | |
| | | 26:8-27:11 | Hearsay | |

| | | | | |
|---|---|---|---|---|
| | | 30:22-31:9 | Hearsay | |
| | | 31:20-32:2 | Hearsay | |
| | | 32:8-17 | Hearsay | |
| | | 33:14-34:5 | Hearsay | |
| | | 35:1-10 | Hearsay | |
| | | 35:16-36:16 | Hearsay | |
| | | 42:11-18 | Hearsay | |
| | | 42:23-43:23 | Hearsay | |
| | | 45:10-16 | Hearsay | |
| | | 50:22-51:22 | Hearsay | |
| | | 55:15-56:3 | Hearsay; No Personal Knowledge | |
| | | 57:6-14 | Hearsay; No Personal Knowledge | |
| | | 82:13-18 | Hearsay | |
| | | 87:4-88:4 | Hearsay; 87:21-88:4 Not Responsive; No Personal Knowledge | |
| | | 100:18-101:11 | Hearsay | |
| | | 105:9-23 | Hearsay | |
| | | 108:2-109:10 | Hearsay; No Personal Knowledge | |
| | | 111:8-112:17 | Hearsay; 111:8-112:2 No Personal Knowledge | |
| | | 113:3-19 | Hearsay | |
| | | 117:21-118:11 | Hearsay | |
| | | 119:5-21 | Hearsay | |
| | | 124:25-125:15 | Hearsay; No Personal Knowledge | |
| | | 151:24-152:4 | Hearsay; No Personal Knowledge | |
| | | 152:19-153:5 | Hearsay; No Personal Knowledge | |
| | | 153:7-154:4 | Hearsay; 153:7-154:1 No Personal Knowledge; 154:2-4 No Personal Knowledge; Relevance | |
| | | 154:7-24 | Hearsay; No Personal Knowledge; Relevance | |
| | | 161:6-164:17 | Hearsay; 161:15-162:25 No Personal Knowledge; Not Responsive; 163:14-164:1 No Personal Knowledge; 164:9-12 No Personal Knowledge | |
| | | 165:3-6 | Hearsay | |
| | | 166:2-8 | Hearsay; No Personal Knowledge | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 166:12-167:1 | Hearsay; No Personal Knowledge |  |
|  |  | 167:6-168:18 | Hearsay; 167:6-12 No Personal Knowledge; 167:18-25 No Personal Knowledge; Not Responsive; 168:1-18 No Personal Knowledge |  |
|  |  | 169:21-171:4 | Hearsay; No Personal Knowledge |  |
|  |  | 174:15-21 | Hearsay; No Personal Knowledge |  |
|  |  | 175:3-15 | Hearsay; No Personal Knowledge |  |
|  |  | 175:17-176:22 | Hearsay; No Personal Knowledge |  |
|  |  | 177:4-178:8 | Hearsay; No Personal Knowledge |  |
|  |  | 181:25-182:11 | Hearsay; No Personal Knowledge |  |
|  |  | 182:23-183:3 | Hearsay; No Personal Knowledge |  |
|  |  | 192:20-193:6 | Hearsay |  |
|  |  | 193:12-194:4 | Hearsay; No Personal Knowledge |  |
|  |  | 200:1-5 | Hearsay |  |
|  |  | 200:8-201:2 | Hearsay |  |
|  |  | 203:24-204:6 | Hearsay; No Personal Knowledge |  |
|  |  | 204:25-205:5 | Hearsay; No Personal Knowledge; Not Responsive |  |
|  |  | 205:8-20 | Hearsay; 205:8-11 No Personal Knowledge; Not Responsive; 205:12-20 No Personal Knowledge |  |
|  |  | 212:9-16 | Hearsay |  |
|  |  | 214:8-20 | Hearsay |  |
|  |  | 214:25-216:3 | Hearsay; 215:9-216:3 No Personal Knowledge |  |
|  |  | 216:6-11 | Hearsay; No Personal Knowledge |  |
|  |  | 216:13-217:17 | Hearsay; No Personal Knowledge |  |
|  |  | 217:23-218:6 | Hearsay |  |
|  |  | 218:8-19 | Hearsay; No Personal Knowledge |  |
|  |  | 226:21-228:10 | Hearsay; No Personal Knowledge |  |

| | | | | |
|---|---|---|---|---|
| | | 228:22-230:7 | Hearsay | |
| | | 230:10-21 | Hearsay | |
| | | 232:9-21 | Hearsay; No Personal Knowledge; Not Responsive | |
| | | 233:12-17 | Hearsay; No Personal Knowledge | |
| | | 233:23-235:2 | Hearsay; Relevance | |
| **Shaqbu'a, Yasser** | **September 12, 2012** | 14:23-15:3 | Hearsay | 15:4-16:15 |
| **Al Sheikh, Hussein** | **April 1, 2009** | 14:14-22 | | |
| | | 15:7-10 | | |
| | | 15:14-15 | | |
| | | 15:19-20 | | |
| | | 16:8-21 | Beyond the scope of plaintiffs' designation | |
| | | 17:3-17 | Beyond the scope of plaintiffs' designation | |
| | | 18:24-19:17 | Beyond the scope of plaintiffs' designation | |
| | | 20:21-21:13 | Beyond the scope of plaintiffs' designation | |
| | | 22:7-10 | Beyond the scope of plaintiffs' designation | |
| | | 38:18-22 | | |
| | | 61:11-24 | Beyond the scope of plaintiffs' designation; relevance | |
| | | 62:11-16 | Beyond the scope of plaintiffs' designation; relevance | |
| | | 63:3-15 | Beyond the scope of plaintiffs' designation; relevance | |
| | | 64:20-65:10 | Beyond the scope of plaintiffs' designation; relevance | |
| | | 67:23-68:4 | Beyond the scope of plaintiffs' designation | |
| | | 70:17-22 | | |
| | | 72:14-74:6 | Beyond the scope of plaintiffs' designation; Nonresponsive; Lack of personal knowledge; Speculation | |
| | | 77:20-78:13 | | |
| | | 79:21-80:23 | | |
| | | 86:7-14 | | |
| | | 87:3-6 | | |

| | | | |
|---|---|---|---|
| | | 89:2-7 | |
| | | 98:24-99:24 | |
| | | 111:5-112:20 | |
| | | 112:24-113:4 | |
| | | 120:24-121:11 | |
| | | 122:7-11 | |
| | | 122:24-123:6 | |
| | | 124:17-125:5 | |
| | | 125:21-126:4 | |
| | | 137:13-17 | |
| | | 140:21-24 | |
| | | 141:5-14 | Beyond the scope of plaintiffs' designation |
| | | 143:12-16 | Beyond the scope of plaintiffs' designation; Not evidence |
| | | 147:17-148:13 | |
| | | 149:2-12 | |
| | | 150:5-17 | |
| | | 150:24-151:4 | |
| | | 151:15-152:5 | |
| | | 152:18-21 | |
| | | 152:24-153:8 | 153: 4-8 Beyond the scope of plaintiffs' designation |
| | | 154:23-156:3 | 155:21-156:3 Beyond the scope of plaintiffs' designation; relevance |
| | | 156:7-157:3 | Beyond the scope of plaintiffs' designation; relevance |
| | | 157:25-159:24 | Beyond the scope of plaintiffs' designation; relevance |
| | | 161:2-25 | Beyond the scope of plaintiffs' designation; relevance |
| | | 167:4-168:16 | Beyond the scope of plaintiffs' designation; Lack of foundation; No personal knowledge; Relevance |
| | | 169:17-170:3 | |
| | | 171:24-172:22 | Beyond the scope of plaintiffs' designation; relevance |
| | | 174:5-9 | Beyond the scope of plaintiffs' designation |
| | | 174:12-176:14 | Beyond the scope of plaintiffs' designation; |

| | | | | |
|---|---|---|---|---|
| | | | Not responsive | |
| | | 179:3-10 | Beyond the scope of plaintiffs' designation; Relevance; Not responsive; Foundation | |
| | | 179:14-180:10 | Beyond the scope of plaintiffs' designation; Relevance; Not Responsive; Foundation | |
| | | 204:4-205:14 | Not evidence | |
| | | 209:20-22 | Not evidence | |
| | | 219:23-220:11 | Beyond the scope of plaintiffs' designation | |
| **Jadallah, Mazen** | **June 15, 2010** | 10:19-21 | Hearsay | 40:17-23<br>44:10-20<br>56:4-25<br>82:25-83:4<br>83:11-16<br>181:18-182:7<br>205:18-206:17 |
| | | 11:2-3 | Hearsay | |
| | | 11:5-12 | Hearsay | |
| | | 11:17-18 | Hearsay | |
| | | 11:23-12:2 | Hearsay | |
| | | 12:4-8 | Hearsay | |
| | | 12:11-13 | Hearsay | |
| | | 12:17-24 | Hearsay | |
| | | 20:4-11 | Hearsay | |
| | | 23:1-13 | Hearsay | |
| | | 23:20-24:12 | Hearsay | |
| | | 24:15-18 | Hearsay | |
| | | 25:25-26:12 | Hearsay | |
| | | 27:18-28:4 | Hearsay | |
| | | 28:6-11 | Hearsay | |
| | | 28:17-29:10 | Hearsay; No Personal Knowledge | |
| | | 35:2-11 | Hearsay | |
| | | 37:2-19 | Hearsay; 37:14-19 No Personal Knowledge | |
| | | 37:25-38:14 | Hearsay; 37:25-38:10 No Personal Knowledge | |
| | | 38:19-20 | Hearsay | |
| | | 38:25-39:20 | Hearsay | |
| | | 41:21-42:7 | Hearsay | |
| | | 42:11-17 | Hearsay | |
| | | 42:22-23 | Hearsay | |
| | | 42:25-43:21 | Hearsay; No Personal Knowledge | |
| | | 44:5-8 | Hearsay | |
| | | 44:21-45:16 | Hearsay; 44:21-45:8; 45:12-16 No Personal Knowledge | |
| | | 45:21-46:3 | Hearsay; No Personal Knowledge | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 46:7-9 | Hearsay |  |
|  |  | 47:9-49:4 | Hearsay; 48:13-49:4 No Personal Knowledge; Not Responsive |  |
|  |  | 49:6-25 | Hearsay |  |
|  |  | 50:6-51:17 | Hearsay |  |
|  |  | 52:3-53:17 | Hearsay; No Personal Knowledge; Relevance |  |
|  |  | 55:2-16 | Hearsay; Relevance |  |
|  |  | 59:17-60:12 | Hearsay |  |
|  |  | 62:8-18 | Hearsay; 62:13-18 Relevance |  |
|  |  | 65:12-66:3 | Hearsay; Relevance |  |
|  |  | 66:6-21 | Hearsay; 66:19-21 Relevance; Not Responsive |  |
|  |  | 80:24-81:2 | Hearsay |  |
|  |  | 81:13-82:11 | Hearsay; 81:16-82:6 Not Responsive; 82:7-11 No Personal Knowledge |  |
|  |  | 82:15-24 | Hearsay |  |
|  |  | 83:22-85:8 | Hearsay; 83:22-84:2 No Personal Knowledge |  |
|  |  | 85:10-22 | Hearsay |  |
|  |  | 179:7-9 | Hearsay; Relevance |  |
|  |  | 179:12 | Hearsay; Relevance |  |
|  |  | 179:17 | Hearsay; Relevance |  |
|  |  | 179:20-22 | Hearsay; Relevance |  |
|  |  | 179:24-25 | Hearsay; Relevance |  |
|  |  | 180:3-8 | Hearsay; Relevance |  |
|  |  | 180:10-13 | Hearsay; Relevance |  |
|  |  | 180:16-181:17 | Hearsay; Relevance |  |
|  |  | 188:24-191:11 | Hearsay; 189:12-190:18 Relevance |  |
|  |  | 191:18-193:18 | Hearsay; 192:1-12; 193:6-19 No Personal Knowledge |  |
|  |  | 193:25-194:5 | Hearsay |  |
|  |  | 203:1-204:1 | Hearsay; No Personal Knowledge |  |
|  |  | 204:3-205:17 | Hearsay; Relevance |  |
|  |  | 232:24-233:18 | Hearsay; 233:2-11 No Personal Knowledge; 233:12-18 Relevance |  |