# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

January 25, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestine Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      I write in response to defendants' letter of this evening. DE 771. If plaintiffs offer either of the exhibits to which defendants object in their letter, we will lay the proper foundation and address those objections at the time the exhibits are offered, pursuant to the Court's instruction on Friday. Tr. (1/23/2015) at 1254-55.

      Plaintiffs also ask that the Court wait to rule on the other two items raised in defendants' letter until plaintiffs have had the opportunity to respond in writing. Neither of these items is new to the defendants, and neither is essential to address before tomorrow's testimony.

      Given the inclement weather forecasted for tomorrow, plaintiffs are eager to get the jury into the courtroom as early as possible.

                          Respectfully,

                          Kent A. Yalowitz

cc:    All ECF Counsel