# EXHIBIT A

PLAINTIFF'S EXHIBIT 465

Statement by Israel Police Statement No. 3 Sheet No. 1

| Identity No. 92442607 | First Name Munzar | Last Name Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed | | Sex Male | Religion Muslim |
| Date of Birth November 21, 1977 | Place of Birth Kuwait | Home Phone 059-720290 | Work Phone 02-2406515 | |
| Address of Residence Ramallah, his workplace | | Name and Address of Workplace The Red Crescent (Hilal Ahmar), Ramallah | | |
| Mobile phone No. 059-314801 | Father's Name Mahmoud | Parents' Address [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 2:45 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

On the date and time and in the place indicated above, I saw the above-named individual before me, and I said to him, I, a police officer, whose details are indicated above, inform you that I am about to question you and take your statement further to the statements that you gave during your questioning on April 23, 2002, and April 25, 2002. In addition, I remind you that you are being questioned under caution and that you need not say anything unless you want to; however, anything you say will be taken down by me and may be used as proof. Abstention from responding to questions may strengthen the evidence against you.
[Arabic signature] [Signature]

After I read before the above-named individual the statement above and translated it into the Arabic language for him, which he understands, he confirmed with his signature that he understood the content of the charge and the warning, and said of his good free will:
I want to tell you further to what I said in my statement. In 1993, I went out with the Shabiba movement in Anbata Tulkarm. When I was aged 14-15, I was approached in the neighborhood by [redacted], aged about 30, married, known as [redacted], a resident of Anbata, who suggested that I come with him for "activity", without telling me what he meant by activity. Before the activity, [redacted] asked me to bring a tape recorder with me. And I brought the tape recorder from home and at ten at night I departed with (1) [redacted] (2) [redacted], today aged about 28-30, a [redacted] living in Anbata, and we went out on foot to the home of [redacted], aged about 35, married, working as a painter (Dahayan) and living in Anbata; together with us six-seven masked men came, and then we took [redacted] to a hill in Anbata, and we used force because [redacted] wanted to escape, and we seized and tied his hands (Rabtana) with a cloth. And then we came to the hill in Anbata [illegible; crossed out] and after that

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 100**

Statement by Israel Police Statement No. 3 Sheet No. 2

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 3:10 p.m. | ~~Continued~~ | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

masked men stayed there and [redacted] and I returned to the village. Before [redacted] and I went down, [redacted] took the tape recorder from me and gave it to a masked man. [illegible; crossed out]

And on the following day [redacted] returned the tape recorder to me, and after about 4-5 days I saw [redacted] in good physical condition. In the eighth month of 2001, Wafa Idris recruited me as a source (Mansour) for [redacted] and introduced me to [redacted]; each time I had information, I would forward that information to [redacted]. In my first statement I said that his name was [redacted] [illegible; crossed out] and he is [redacted], but his real name is [redacted], aged about 40, whose is known as [redacted], married and living in Bitunia [redacted], and he is tall, mustached, fat and fair complexioned. In that period I worked and brought information of suspicions (Shibha) of vice (alhalkiya) and theft: (1) [redacted], aged about 30, married, known as [redacted], an ambulance driver, a resident of Ramallah; (2) [redacted], aged about 32, married, a first aid (Asaf) center manager, living in Kafr Akab, who used to live in the U.S.; (3) [redacted], aged about 50, married, a deputy manager of the Red Crescent (Hilal al Ahmar) in Ramallah. A resident of Ramallah, he was suspected of stealing money; (4) [redacted], aged about 30, married, Abu Adal, an ambulance driver and a cleaner in Jerusalem, a resident of Beit Iksa. On January 2001, he talked to me about military issues. [redacted] talked with me about a suicide attack in Israel and that this time a woman was sent, and the talk about the woman and the suicide raised the name of Wafa Idris. [redacted] asked me what I thought about Wafa. I said to him that I did not know and we should ask her. And then [redacted] approached Wafa Idris and invited her to his home

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

Statement by | Israel Police | Statement No. 3 Sheet No. 3

| Identity No. | First Name Munzar | Last Name Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence **Continued** | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel | | |

May 13, 2002 (Date) | 3:35 p.m. (Time) | Ashkelon (Place) | Investigator ____ Ser. No. ____ Rank ____ First name ____ Last name

In the home of [redacted], we sat down, [redacted] and Wafa Idris and I, and we talked about the subject; I mean a suicide attack. And then initially Wafa Idris agreed and afterward she changed her mind. We said that the attack would be in Jerusalem, we did not say where in Jerusalem. Wafa Idris changed her mind because I told her that I was going down to Jerusalem, meaning that I would be a partner with her in the attack, and because of this Wafa withdrew her consent, and she did not want to be the reason that would endanger (Tathar) me.

And then Wafa Idris said that she would only put the explosive device in Jerusalem and so a suicide bomber would not be needed, and then [redacted] agreed and said, no problem "Mafish Mushkala". After two days, Wafa Idris traveled to Jerusalem to go around the city and to check whether there were soldiers, checkpoints, and after that she returned to [redacted]'s house, and said that it was worth carrying out the attack in Yaffo Street, because there were many people there, and I was with her in [redacted]'s house. [redacted] said to her: "Tomorrow I will call you and explain to her what she must do". This means how the explosive device will be activated. The explosive device had a clock connected to it. The day before the attack the three of us, [redacted] and Wafa Idris and I, met in [redacted]'s house in the industrial area in Bitunia, and [redacted] said to Wafa that she should come to the Nablus Gate with the explosive device, give the explosive device to a young man who I do not know and return; the young man knows what to do with the explosive device. Wafa Idris agreed to transfer the explosive device to Jerusalem. On the day of the attack, Wafa Idris was late in arriving and taking the explosive device from [redacted]. Wafa Idris should have been at [redacted]'s place at half past nine in the morning, but she was late and arrived at half past ten in the morning. She took the explosive device and traveled to Jerusalem, I do not know with which vehicle. Wifa Idris came to the Nablus Gate and saw the young man

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 102**

Statement by | Israel Police | Statement No. 3 Sheet No. 4

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

May 13, 2002 (Date) 4:00 p.m. (Time) Ashkelon (Place) Investigator ____ Ser. No. ____ Rank ____ First name ____ Last name

and said to him that she [illegible; crossed out] would place the explosive device by herself. The young man telephoned [redacted] and told him that Wafa Idris would place the explosive device by herself. Then [redacted] said to him: it is not important who places the explosive device. I know this because [redacted] told me after the attack. At that time I was at work. An alarm clock was connected to the explosive device and [redacted] knew the time at which the device was supposed to explode. When [redacted] saw that the time was approaching, he called, from his mobile phone [redacted] [redacted], Wafa Idris and told her that there were seven minutes left, and after that he called again and told her that there were three minutes left. Wafa said to him "do not be scared about me" and hung up the mobile phone. [redacted] and I talked and our estimate (Tahlil) was that Wafa Idris had been discovered with the explosive device and so [illegible; crossed out] she had not placed the explosive device and after a few minutes the explosive device exploded.

Question: You work at the Red Crescent as a medic who is supposed to save life. After that you are an accomplice in an attack in which people are killed.

Answer: I am explaining to you that I am not an accomplice, I just convinced Wafa to carry out the attack.

Question: What happened after the attack?

Answer: Three days after the attack, on January 30, 2002, the [redacted] came to arrest me. [redacted], who was at the site, argued with the [redacted] and told them that I was under surveillance (Murtab) and that the [redacted] had to arrest me and then [redacted] took me to prison and told the prison warden, [redacted], aged about 35, from Ramallah, that I was not an ordinary detainee (Sajin Aadi) and that he had to guard me ~~and give me~~ and put me in a room alone, without telling him why. After 40 days, Israeli aircraft bombed the Mukataa in Ramallah and I was released. My parents asked me why they had arrested me.

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 103**

Statement by Israel Police Statement No. 3 Sheet No. 5

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex / Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone |
| Address of Residence | Continued | Name and Address of Workplace | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | |

May 13, 2002 (Date) 4:15 p.m. (Time) Ashkelon (Place) Investigator ____ Ser. No. ____ Rank ____ First name ____ Last name

I said because of my ties with Wafa Idris and in order to guard me ~~from the security~~ from the Preventive Intelligence and the IDF.

Question: What activity did Wafa Idris carry out that you know about?

Answer: She transferred cartridges from Qalandia checkpoint and transferred leaflets of the Fatah Organization to a-Ram checkpoint, and I know this because Wafa Idris told me.

Question: What is your additional activity? Investigator's comment: the above-named individual wishes to go to the toilet. It is 4:20 p.m. I stop the statement and allow the above-named individual to go to the toilet. It is now 4:30 p.m. I inform you that you are still being questioned under caution and you do not have to say anything unless you want to, but whatever you say will be written down by me and may be used as proof. Abstention from answering questions may strengthen the evidence against you. (Investigator's comment – I read him the question from row 17).

Answer: [redacted] approached me before Wafa Idris carried out the attack in Jerusalem ~~and asked me~~ and suggested to me to transfer explosive devices in an ambulance. I refused because it would be a mistake to involve the Red Crescent in military activity, but after Wafa Idris carried out the suicide attack, I contacted [redacted] and proposed that I drive explosive devices in the ambulance, but [redacted] said to me: forget about it, and asked me to bring him information about checkpoints, forces, soldiers and arms and I gave him information about IDF forces before they went into Ramallah for the first time.

This is his statement, which was given of his good free will, which was read to him and translated into the Arabic language for him, which he understands, and he confirms it as correct by his signature.

[Arabic signature] [Signature] 4:45 p.m.

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 104**

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br>Plaintiffs,<br>vs.<br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8: 100-04.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 8: 100-04.

Dated: February 28, 2014

Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

KIRUT J [illegible]
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# [illegible]

Case 1:04-cv-00397-GBD-RLE   Document 773-1   Filed 01/25/15   Page 9 of 14

הודעתו של: / افادة:

משטרת ישראל

הודעה מס׳ 3 / افادة رقم — גליון מספר 1 / نسخة رقم

| מס׳ זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 92442607 | מוניר | נוי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| | ☐ נשוי / متزوج ☒ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | זכר | מוסלמי |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל. בבית / التلفون في البيت | טל. בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| 21/11/1977 | כוויית | 059-720290 | 02-2406515 |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| ברמאללה מחנה [illegible] | [illegible] |

| מס׳ טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת החורים / العنوان الاب |
|---|---|---|
| 059-314801 | מחמוד | |

משה משה — מ.א. 99372-5

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | חוקר / المحقق | מס׳ אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 11:45 | [illegible] | | | | | |

[illegible] ... 23/04/02 - 25/04/02 ... [illegible]

[illegible] ... 1993 ... [illegible] ... 15, 14 ... [illegible] ... 30 ... [illegible] ... 28 ... 30 ... [illegible] ... 35 ... [illegible]

[Arabic signature]

שעת סיום גביית ההודעה

231290 (6.01) 6200×50×2 — 3007מ׳

[Arabic signature]

משטרת ישראל

הודעתו של: / اعلان تبع:

הודעה מס' / اعلان رقم: 3 — גליון מספר / نسخة رقم: 2

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | מונתצר | נור | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
| --- | --- | --- | --- |
| | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| | | | |

| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل |
| --- | --- | --- |
| | [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת תחרורים العنوان الاب |
| --- | --- | --- |
| | | |

משה משה — ת.מ. 99372-5 — חוקר [illegible]

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 13/05/02 | 15:10 | [illegible] | | | | | |

[illegible handwritten statement, lines 1–28]

שעת סיום גביית ההודעה

231290 (6.01) 6200×80×2 ד.מ. ר"מ

3007מ"

منتصر محمود [illegible] نور

הודעתו של: / افادة: | משטרת ישראל | הודעה מס' / افادة رقم 3 | גליון מספר / نسخة رقم 3

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف الانكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החורים العنوان الاب |
|---|---|---|
| | | |

משה משה מ.א. 99372-5 חוקר [illegible]

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 15:35 | [illegible] | | | | | |

[illegible handwritten Hebrew statement text, lines 1–28]

שעת סיום גביית ההודעה

231290 (6.01) 6200x80x2 ד.מ. י״ם 3007מ״ט

[illegible signatures]

P 8: 102

הודעתו של: / أفادة:

משטרת ישראל

הודעה מס' 3 / افادة رقم — גליון מספר 4 / نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | | מין الجنس | דת الدين |
|---|---|---|---|---|
| | נשוי متزوج ☐ רווק أعزب ☐ גרוש مطلق ☑ אלמן أرمل ☐ | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|---|
| | [illegible] | |

| מס' טלפון נייד رقم الهاتف الخلوي | שם האב اسم الاب | כתובת החורים العنوان الاب |
|---|---|---|
| | | |

תאריך التاريخ: 12/05/02 — שעה الساعة: 16:00 — מקום المكان: [illegible] — החוקר المحقق: משה משה, דרגה: רס"ב, מ.א. 89372-5, החוקר, תשאול/מרכז לכיש — מס' אישי الرقم الشخصي — שם פרטי — שם משפחה اسم العائلة

ואמרה לו שהיא ~~[illegible]~~ תניח את המטען בעצמה, הדחיה התקשר למחמוד אבו סאלח, וסיפר לו שוופא אידריס תניח את המטען בעצמה ואבו סאלח אמר לו: לא חשוב מי יניח את המטען את זה אני יודע כי אבו סאלח סיפר לי אחרי הפיגוע. באותו הזמן אני הייתי בעבודה. המטען היה מחובר לשעון מעורר ואבו סאלח ידע את הזמן שהמטען אמור להתפוצץ, כשאבו סאלח ראה שהזמן מתקרב התקשר מהפלאפון שלו 059-337647 לוופא אידריס ואמר לה שיש עוד שבע דקות ואחר כך התקשר שוב ואמר לה שנשארו שלוש דקות וופא אמרה לו "אל תלחץ עלי" וסגרה את הפלאפון. אני ואבו סאלח [illegible] להערכה (התחלנו) שוופא אידריס התבלבלה עם המטען ולכן לא הניחה את ~~[illegible]~~ המטען ואחרי כמה דקות התפוצץ המטען.

שאלה: אתה עובד בסהר האדום (חובש) שאמור להציל חיים איך אתה שולח לפיגוע כך הרבה אנשים?

תשובה: אני מסביר לך שאני לא שולח אני רק שכנעתי את וופא לפיגוע

שאלה: מה קרה אחרי הפיגוע?

תשובה: שלושה ימים אחרי הפיגוע בתאריך 30/01/2002 באו המודיעין הפלסטיני ועצרו אותי. אבו סאלח שהיה במקום בזה התעסק עם המודיעין הפלסטיני ואמר להם שאני הייתי בעיקר [illegible] ושהמודיעין הביאו ([illegible]) [illegible] לעצור אותי [illegible] אבו סאלח לקח אותי [illegible] ואמר [illegible] "אבו [illegible]" [illegible] 35 [illegible] ושאני לא עצור רגיל ([illegible]) [illegible] [illegible] ~~[illegible]~~ [illegible] אותי [illegible] לספר [illegible] ואחרי [illegible] ימים [illegible] ישראלית [illegible] את [illegible] ברמאללה ואני שחררתי [illegible] שאלו אותי למה עצרו אותי

שעת סיום גביית ההודעה

231290 (6.01) 6200×50×2 ד. מ. רם

[illegible signature] — [Arabic signature, illegible]

3007מ

הודעתו של: / افادة:　　משטרת ישראל　　הודעה מס' 3 اعلان رقم　　גליון מספר 5 نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ רווק أعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | [illegible] | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החוקרים العنوان الاب | |

משה משה
מ.א. 99372-5
חוקר ימ"ר [illegible]

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 16:15 | [illegible] | | | | | |

אני אומר לך בקשר הקשרים שלי עם וופא אידריס וכדי
לשמור על [illegible] מהמודיעין [illegible] [illegible]
שאלה: איפה הפעילות כשבא וופא אידריס ושלהם יודע על רק
[illegible] העבודה כדי [illegible] [illegible] [illegible]
כרוזים של ארגון פתח למחסום אבל אני יודע
את זה כי וופא אידריס סיפרה לי.
שאלה: מה הפעילות הנוספת שלך? הערה: חוקר, הנ"ל
[illegible] להביא לשחרורים. השעה 16:20 אני מפסיק
את החקירה ומאפשר לך לצאת לשירותים. השעה כעת
16:30 ממשיך את החקירה עדיין נוכח באולם [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
מה שאמר [illegible] על ידי [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
הערה: חוקר. [illegible] לו את השאלה [illegible]
תשובה: אם [illegible] [illegible] [illegible] [illegible] שוופא אידריס כי [illegible]
את הפיגוע [illegible] [illegible] [illegible] [illegible] שאני
[illegible] [illegible] [illegible] אני [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] שוופא אידריס [illegible] את פיגוע [illegible], אני
[illegible] [illegible] [illegible] [illegible] לפיגוע [illegible] [illegible]
[illegible] [illegible] [illegible] אמר לי: [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] על מחסומים, כוחות [illegible] [illegible]
ואני מסרתי [illegible] מידע על כוחות [illegible] לפני שנכנסו [illegible]
[illegible] [illegible].
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible]

16:45
שעת סיום גביית ההודעה

231290 (6.01) 6200×50×2 ד.מ. ימ"ם　　3007ם

[illegible]

P 8: 104