# EXHIBIT B

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 1 | |
|---|---|---|---|---|---|
| Identity No. 902442607 | First Name Munzar | | Last Name Noor | Name in Latin letters | |
| Prior Name - | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed | | | Sex M | Religion Muslim |
| Date of Birth November 21, 1977 | Place of Birth | | Home Phone | Work Phone | |
| Address of residence Anbata, Ramallah | | | Name and Address of Workplace Red Crescent, Ramallah | | |
| Mobile phone No. | Father's Name Mahmoud | Grandfather Khalil | Parents' Address | | |

| Apr. 25, 2002 | 3:28 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  I saw the above-named individual before me and I informed him that I, a police officer, Yaakov
2  Barazani 99106, inform you that you are suspected of actions against the security of the Area and of
3  persuading Wafa Idris to carry out a suicide attack on Jaffa Street in Jerusalem. You do not have to
4  say anything but this will strengthen the evidence against you, and anything you say will be written
5  down by me. After he understood the content of the warning and the charge.
6                                                                                                    Barazani Yaakov 99106.
7                                                                                                             X [Arabic signature]
8  I understood what you have said to me and I want to give my statement willingly (pen replaced). In
9  June 2001, I got to know Wafa Idris when I was working at the Red Crescent in al-Bireh. She is about
10 28 years old, divorced, and she also worked there with me; when we talked, she said that she was fed
11 up with her life, and had married and she is small and she did not graduate from her studies and that
12 in the first *intifada* [uprising] she also participated by throwing stones in Ramallah, she also said that
13 there were people who behave (aggregate) badly and they had to be fought. After about two weeks
14 she told me that if I wanted to work with her on this, then we would work by keeping an eye on the
15 behavior of the people from the Red Crescent, and she told me that I would meet her supervisor at the
16 ▓▓▓▓▓. I agreed, but I said to her that I agreed only if I would work only with her and would not be registered at the ▓▓▓▓▓.
17 In August 2001, I went with her to the ▓▓▓▓ for a meeting, and we arrived there at the place of
18 ▓▓▓▓, age about 40, working for the ▓▓▓▓ his mobile phone number is
19 ▓▓▓▓, I don't remember the number exactly, and his alias is ▓▓▓▓, that
20 is what I heard one of the workers calling him and after we got to know each other I said there to
21 ▓▓▓▓ that I would work without being registered at the ▓▓▓▓.
22 Question: On how many occasions did you meet?
23 Answer: Once a week and sometimes once every two weeks, and he also gave me the mobile phone
24 number that I gave you earlier in order to call him in urgent cases. On Thursday, January 24, 2001, it
25 was three days before Wafa carried out her suicide attack, I called ▓▓▓▓ at his office and asked to
26 meet him, and we met in the afternoon at the ▓▓▓▓ And my hand was bloodstained because I
27 cared for people of the Palestinian Authority who had shot at IDF soldiers in a-Tira.
28 ▓▓▓▓ asked me in order to know about a suicide attack and wanted to know, and I said to him: I
   am against these attacks, because anyone who carries out attacks inside Israel kills innocent people
   (Abria) and Israel does not shoot at civilians and it is possible to carry out attacks against the Israeli
   Army only

[Arabic signature]                                   Barazani Yaakov 99106
                                                     Time of completion of taking of statement
M. 3007                                              D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] P 8: 109

PLAINTIFF'S EXHIBIT 467

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 2 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone<br>Continued | Work Phone | |
| Address of residence | | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address | | |

| Apr. 25, 2002 | 3:46 p.m. | Ashkelon Police | Investigator | 99106 | 1ˢᵗ Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1. that shoots at Palestinian military forces. I asked ▮▮▮ if he had somebody who was prepared to
2. carry out a suicide attack, he asked me whether I was prepared to carry out a suicide attack and I
3. refused, and then ▮▮▮ told me that in his opinion Wafa was suitable for carrying out a suicide
4. attack and that the suicide attack would be in a-Tira. ▮▮▮ also asked me to convince Wafa to
5. carry out the attack because we were good friends, and I said to him that it would be hard for me
6. because she was a good friend of mine. ▮▮▮ said on the contrary, because I am her friend, I
7. could convince her better than others. He asked me to talk to her when the two of us would be alone;
8. in the evening I called Wafa and she told me that she wanted to die and that we should stay away
9. from her and leave her alone. I tried to calm her down (Raika) and Wafa said that she could not tell
10. me. I called ▮▮▮ and told him what had happened with Wafa and I asked him whether he knew
11. why she was like that. ▮▮▮ told me that he had asked her to carry out a suicide attack, and then
12. I called Wafa again and told her that I knew why she felt like that, and she asked who told me about
13. it and asked me what I thought. I told her that if she was happy about the matter, then I would be
14. happy about the matter, too, and if not, then no and what she would want to do. Wafa asked me not
15. to talk to her about the suicide matter and she wanted to think it over. After some time, Wafa called
16. again and said that she had decided to commit suicide, but she did not want me to have anything to
17. do with it. I told her in that call that if she wanted to commit suicide then I wanted to commit suicide
18. too, and if she wanted to live, I also wanted to live, and she said that she did not want me to get into
19. the subject. I called ▮▮▮ and told him that Wafa was prepared to carry out an attack, and
20. ▮▮▮ asked for us to come to his office in the ▮▮▮ on Friday, January 25, 2002. And we
21. came to the office, Wafa and I, and there she told ▮▮▮ that she did not want to carry out the
22. attack, and we were surprised, ▮▮▮ started to talk with her to convince her, and she did not
23. want to hear him, and when I wanted to talk, she interrupted me too and asked me to leave the room,
24. ▮▮▮ and Wafa stayed alone in the room for about a quarter of an hour and talked, and then
25. ▮▮▮ asked me to take Wafa, and asked me while we were leaving the room for me to persuade
26. Wafa. And we went out, Wafa and I, and we sat in the "Rukab" Café in Ramallah, and I asked her
27. why she did not want to carry out an attack, and she said that she did not want to die, but she agreed
28. to lay an explosive device, and then I returned her to her home, and I told ▮▮▮ after that that
29. Wafa was prepared to lay an explosive device.

[Arabic signature]    Barazani Yaakov 99106

Time of completion of taking of statement

M. 3007    D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] P 8: 110

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 3 | |
|---|---|---|---|---|---|
| Identity No. | First Name  Munzar | | Last Name  Noor | Name in Latin letters | |
| Prior Name | Marital Status  ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone  Continued | Work Phone | |
| Address of residence | **Continued** | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address  Continued | | |

| Apr. 25, 2002 | 4:01 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

```
1   ████████ said that he would check the issue of laying an explosive device. On Saturday, January 26,
2   2002, ████████ called me and asked me to come to Manara in Ramallah. I arrived there and
3   ████████ asked me to explain to Wafa how to reach Jerusalem from Beit Hanina.
4   Question: To what place in Jerusalem?
5   Answer: To explain to her how to reach Jaffa Street in Jerusalem via Shuafat, so that Wafa would
6   find a place there in Jerusalem where she would lay an explosive device. He asked that after Wafa
7   arrived from the visit to Jerusalem, for me to return her to the ████████. I met with Wafa in
8   Jerusalem Street in Ramallah, it is next to the Red Crescent in Ramallah, and I explained to her how
9   to get to Jerusalem, to Jaffa Street. Wafa went to Beit Hanina and from there to Shuafat, and when
10  she was inside Jerusalem, said to me that she was lost and did not know where she was. I explained
11  to her how to get out of Jerusalem and she eventually left for Ramallah, at 4:00 p.m. Wafa called me
12  and told me that she had come to Jerusalem Street in Ramallah, and asked me to come to take her,
13  and I came and took her in my vehicle and she traveled to ████████'s office in the ████████. We sat
14  with him. Wafa said that she could reach Jerusalem via Beit Hanina and Shuafat, but in Jaffa Street
15  she saw many soldiers and that there was no good way of laying an explosive device and leaving the
16  place, but she would try to do it. ████████ asked me to bring a bag behind the door of his office and
    bring it.
17  Q/A: The schoolbag is black and it is slung on a shoulder, and the bag is closed with a black string,
18  and the bag has a color on which it said in English, I don't know what it said, there was also a handle
19  at the top. I took the bag in my hand. ████████ told me to be careful when I bring the bag, and not
20  to open it and to put it next to Wafa on the floor. ████████ told Wafa to pick up the bag and see
21  what it weighed, and she said that it was not very heavy. Wafa asked how to activate the explosive
22  device, and ████████ said that he would explain it to her on the following day. We went out, Wafa
23  and I, from the ████████ and I went home. On Saturday night, I was working the night shift at the
24  Red Crescent until Sunday morning, from midnight on Saturday to 8:00 on Sunday morning. On
25  Sunday morning, January 27, 2002, when I got up, the clerk ████████, aged 25, living in Silwad
26  and working as a clerk at the Red Crescent, told me that Wafa had asked her for 20 shekels and that
27  she had errands, and she went out on errands early in the morning. She asked ████████ to send me her
28  regards. I called Wafa and she did not answer, her telephone was off, and then I called
```

[Arabic signature]                                    Barazani Yaakov 99106

Time of completion of taking of statement

M. 3007                           D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] P 8: 111

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 4 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone<br>Continued | Work Phone | |
| Address of residence | Continued | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address<br>Continued | | |

| Apr. 25, 2002 | 4:18 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  ▓▓▓ and told him that Wafa was not answering, and we met at 12:00 p.m. in Manara Square.
2  ▓▓▓ met with me and traveled with me in his vehicle and said *"Allah Hu Aalam Wafa*
3  *Istashadat"* [English: "Only God knows, Wafa has martyred herself."]
4  Question: Why did he say that?
5  Answer: ▓▓▓ told me that he had talked with Wafa in the morning, when she came to Jaffa
6  Street in Jerusalem, that is what he told me, and ▓▓▓ told her to lay an explosive device and
7  flee from the site. ▓▓▓ said that he had called Wafa once again and told her to lay the explosive
8  device and run away. Wafa said to him: wait a moment, and hung up. ▓▓▓ told me that he felt
9  that there were people around Wafa and she could not talk, and maybe she had been caught. I asked
10 ▓▓▓ how we would know that she was alive, and ▓▓▓ said that we should wait a little,
11 we went to the place next to the Arab Bank in Ramallah and we saw news on Arabic television, and
12 it said that a young woman had carried out a suicide attack on Jaffa Street in Jerusalem. ▓▓▓
13 told me that it seemed to him that it was Wafa and I went back to work at the Red Crescent. On
14 Tuesday January 29, 2002, I came to Wafa's home to meet her parents and ▓▓▓, her brother, and
15 Wafa's mother told me that Wafa had gone to her girlfriend who had told her fortune from her coffee
16 grounds and told her that what she had thought about would happen and that was all there was.
17 This is my statement and I am signing that everything that I have stated is the truth, after the
18 testimony was read out loud and translated into Arabic.

[Arabic signature]                    Barzani Yaakov        99106

Time of completion of taking of statement

M. 3007                D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] **P 8: 112**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8: 109-12.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 8: 109-12.

Dated: February 28, 2014

                                                      _____
                                                        Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

HIRUT J MIHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2682704

משטרת ישראל

| הודעתו של: | | | | | |
|---|---|---|---|---|---|
| אעلان تبع | | | הודעה מס' אعلان رقم | גליון מספר نسخة رقم | |
| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية | | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين | |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل | | |
| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | | | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب | | | |

החוקר المحقق

| תאריך التاريخ | שעה الساعة | מקום المكان | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

שעת סיום גביית ההודעה
219470 (11.2000) 10.000×50×2   ד.מ.ים

מ3007

משטרת ישראל

הודעתו של: _____  אעלאן في: _____
מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية
הודעה מס' اعلان رقم _____  גליון מספר نسخة رقم _____

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐  רווק اعزب ☐  גרוש مطلق ☐  אלמן ارمل ☐ | מין الجنس | דת الدين |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |

| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب | |

החוקר المحقق

| תאריך التاريخ | שעה الساعة | מקום המקום مكان | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |

שעת סיום גביית ההודעה
219470 (11.2000) 10.000×50×2  ד.מ.ס.

מ־3007

הודעתו של: اعلان تبع

## משטרת ישראל

הודעה מס' اعلان رقم ______ גליון מספר نسخة رقم ______

| | | | |
|---|---|---|---|
| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل | | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| | | | | | | |

שעת סיום גביית ההודעה

219470 (11.2000) 10.000×50×2 ד.מ.י.ם

3007מ'

| הודעתו של | | משטרת ישראל | | הודעה מס' | גליון מספר |
| --- | --- | --- | --- | --- | --- |
| | | | | אעלאן رقم | نسخة رقم |
| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | | טל. בבית التلفون في البيت | | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | | | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب | | כתובת ההורים العنوان الاب | | |

| תאריך التاريخ | שעה הساعة | מקום המكان | | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | החוקر المحقق | | | | |
| | | | | | | | 1 |
| | | | | | | | 2 |
| | | | | | | | 3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |
| | | | | | | | 21 |
| | | | | | | | 22 |
| | | | | | | | 23 |
| | | | | | | | 24 |
| | | | | | | | 25 |
| | | | | | | | 26 |
| | | | | | | | 27 |
| | | | | | | | 28 |

שעת סיום גביית ההודעה

219470 (11.2000) 10.000×50×2   ד.מ.ים

מ"י 3007