# EXHIBIT C

PLAINTIFF'S EXHIBIT 452

KAS/ 236B

Israel                    Defense                    Forces

In the Military Court          Court Case:          3380/03
in Beit El                     Prosecution Case:    380/03
Before a panel                 Detailed Incident Case:  6891/01 Jerusalem Special Duties Department
                                                    6554/01 Zion
                                                    10283/01 Zion
                                                    1512/02 Moria
                                                    9638/02 Rishon le Zion
                                                    5601/02 Rishon le Zion
                                                    2881/02 Glilot
                                                    3975/02 Lod
                                                    9913/02 Rehovot
                                                    1197/02 Shalem
                                                    19284/02 Yarkon
                                                    21011/02 Yarkon
                                                    1425/03 Binyamin

### In the trial between the Military Prosecutor – The Prosecutor

### - v. -

Abdullah Ghaleb Abdullah Barghouti (Jamal) (known as "Kamal", "the Engineer")
Identity No. (fictitious): 30300028 (Jordanian passport E-891198), born October 15, 1972, a resident of Beit Rima
Detained since March 5, 2003

### - The Defendant -

## Indictment

**The above mentioned Defendant is hereby accused of committing the following offenses:**

**First count:**

**Nature of the offense:** Attempt to manufacture an explosive device, an offense pursuant to Section 53 (A) (3) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970, and Section 19 of the Rules of Liability for an Offense Order (Judea and Samaria) (No. 225), 5728-1968.

[Stamp] P 7: 29

**Details of the offense:** The aforementioned Defendant, in the Area, during November 2001 or thereabouts, trained or administered military training in the use of weaponry or in the art of military exercises, movements or operations, as follows:

The above mentioned Defendant, at the time set forth, in an apartment in Ramallah that served as a bomb laboratory, administered military training to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (known as ▇▇▇▇▇▇▇).

During the said training, the Defendant taught ▇▇▇▇▇▇▇ to manufacture an explosive called Um Al Abed (TATP), electrical circuits for activating explosive devices and activation mechanisms for explosive devices consisting of a clock, a remote control and a cellular telephone handset.

At the end of the training session, the Defendant transferred to ▇▇▇▇▇▇▇ a bag with various materials that are used for manufacturing explosives and explosive devices and a sheet with the instructions for manufacturing them.

The materials for the purpose of the above mentioned military training were purchased by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The Defendant introduced himself to ▇▇▇▇▇▇▇ by the alias "Engineer". During the above mentioned military training, the Defendant and ▇▇▇▇▇▇▇ were masked.

**Thirty sixth count:**

**Nature of the offense:** Military training without possession of a permit, an offense pursuant to Regulation 62 of the Defense Regulations (Time of Emergency), 1945.

**Details of the offense:** The aforementioned Defendant, in the Area, during November 2001, about two days after the time set forth in the previous count of the indictment or thereabouts, trained or administered military training in the use of weaponry or in the art of military exercises, movements or operations, as follows:

The above mentioned Defendant, at the time set forth, in an apartment in Ramallah that served as an explosives laboratory, delivered military training to two people who had been brought to the apartment by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ known as

Prosecution Case 380/03

13

[Stamp] P 7: 40 [continued]

8. For the purpose of carrying out the planned bombing attack, ▓▓▓▓▓ delivered to ▓▓▓▓▓, the explosive device that the Defendant had manufactured as set forth above. ▓▓▓▓▓ added three bottles of shampoo filled with explosives to the said explosive device, which ▓▓▓▓▓ had received from the Defendant.

9. Thereafter, ▓▓▓▓▓ traveled along with ▓▓▓▓▓ to Beit Iksa with the aim of transferring the above mentioned explosive device to ▓▓▓▓▓ in order for the latter with his colleagues to carry out the planned bombing attack using them.

10. In Beit Iksa, ▓▓▓▓▓ and ▓▓▓▓▓ met ▓▓▓▓▓ The two delivered the above mentioned explosive device along with the two cellular telephone handsets to ▓▓▓▓▓ one handset being connected to the explosive device and serving as an activation mechanism.

11. On July 28, 2002, ▓▓▓▓▓ along with ▓▓▓▓▓, transferred the above mentioned explosive device to Jerusalem. ▓▓▓▓▓ and ▓▓▓▓▓ brought the above mentioned explosive device into the Mount Scopus campus of the Hebrew University in Jerusalem. ▓▓▓▓▓ was very familiar with the site because he had worked there previously and also made use of an employee card, which he had retained, to enter the above mentioned campus. ▓▓▓▓▓ placed the above mentioned explosive device inside the cafeteria located in the Frank Sinatra building of the above mentioned campus. Thereafter, ▓▓▓▓▓ and ▓▓▓▓▓ tried to activate the above mentioned explosive device using a cellular telephone, but the explosive device did not explode due to a fault in it. Thereafter, ▓▓▓▓▓ returned to the place at which he had put the above mentioned explosive device, collected the explosive device, and together with ▓▓▓▓▓ traveled to Beit Iksa.

12. Thereafter, on July 29, 2002, ▓▓▓▓▓ and ▓▓▓▓▓ met with ▓▓▓▓▓ again. ▓▓▓▓▓ returned the above mentioned explosive device to ▓▓▓▓▓ ▓▓▓▓▓

▓▓▓▓▓ and ▓▓▓▓▓ transferred the above mentioned explosive device to Harbata Bni-Hareth.

13. ▓▓▓▓▓ repaired the above mentioned explosive device after inspecting it and discovering that there was a problem with the electrical wires.

[Stamp] P7: 58