# EXHIBIT D

The Courts

| In the Tel Aviv-Jaffa District Court | Serious Crime Case 1158/02 |

**Before the panel:**

The Honorable Judge Sarah Sirota, Deputy Presiding Judge
The Honorable Judge Avraham Tal
The Honorable Judge Dr. Amiram Benyamini

The State of Israel                                                                                    **The Prosecution**
The Department for Criminal and Security Manners and
Special Affairs in the Office of the State Attorney
Represented by Counsel, Adv. D. Chen, Adv. R. Hazan and
Adv. A. Bar-Natan

- v. -

Marwan Bin Khatib Barghouti                                                                **The Defendant**
Born in 1959, Identity No. 959251745
of Ramallah (in detention since April 15, 2002)
Represented by the Office of the Public Defender

**Verdict**

[Stamp] P 7: 000371



PLAINTIFF'S EXHIBIT 451

Defendant with a request to purchase weapons and noted that they have perpetrated many attacks against the army and settlers and have become wanted; the Defendant's handwriting is also found on this document (in accordance with the Expert Opinion of DIFS Prosecution/5).

68. During the course of his interrogation, the Defendant explained that the cells, as well as individual cell members, would approach him to ask for money to fund the purchase of weapons and for other reasons, and he would submit their requests to ▮▮▮▮▮▮▮▮ (Transcript Prosecution/19 Section 14, Transcript Prosecution/22 Section 6 and Transcript Prosecution/25 Sections 14, 19, which were submitted and verified by an interrogator by the name of '▮▮▮▮', on p. 58; Transcript Prosecution/70 Section 10, which was submitted and verified by an interrogator by the name of '▮▮▮▮', on p. 53; transcripts of the Defendant's interrogation: Prosecution/98 (d) on pp. 13 – 16, 20 – 21; Prosecution/98 (k) on pp. 7, 17 – 18, 30; and Prosecution/90 8 (j) on pp. 13 – 14). He said that his requests to ▮▮▮▮ would not specify that the money was intended for the purchase of weapons (Transcript Prosecution/30 Section 6, which was submitted and verified by an interrogator by the name of ▮▮▮▮, on p. 54). In context of this activity, approximately 15 weapons and ammunition for them were purchased and used for terrorist attacks (Transcript Prosecution/29 Section E, which was submitted and verified by an interrogator by the name of ▮▮▮▮, on p. 85; Transcript Prosecution/60 Section 5, which was submitted and verified by an interrogator by the name of ▮▮▮▮, on p. 54).

    The Defendant emphasized that the military operations could not have taken place without funding from ▮▮▮▮ (Prosecution/60, as mentioned above, Section 7). He explained the issue: **"There is someone who comes and says 'I want a thousand shekels', he might receive a thousand shekels. I do not ask him, maybe next week he will go shoot, I do not care"** (Prosecutions/98 (k) on p. 30). During the course of his interrogation, the Defendant could not remember the details of the financial assistance that he gave to Fatah field operatives and explained that hundreds of operatives would approach him with requests for financial assistance in order to fund military activities (Transcript Prosecution/49 Section 10, which was submitted and verified by an interrogator by the name of Emile on p. 54).

69. Within the framework of purchasing weapons for terrorism operatives, the Defendant agreed to purchase a mortar for the price of 1,500 dinar, and the Defendant described the operational problems involved in its operation during the course of his interrogation (Transcript Prosecution/29 Section F and Transcript Prosecution/38 Section 2, which were submitted and verified by an interrogator by the name of ▮▮▮▮, on p. 85; Transcript Prosecution/42 Sections 13-15, which were submitted and verified by an interrogator by the name of ▮▮▮▮ on p. 96; Transcript of the interrogation of the Defendant Prosecution/98 (k) on pp. 7-8. The Defendant said