# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

January 28, 2015

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re:   *Sokolow, et al. v. Palestine Liberation Organization, et al.*
>       Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

   I write regarding certain exhibits plaintiffs wish to offer in evidence with the Bauer and Goldberg families.

   *First*, we recently located an audio tape in which the Goldberg family (including the deceased Scott Goldberg) are singing and talking.  I attach two clips from this audio tape that we wish to offer, along with a transcript of the audio, which translates certain words from Hebrew into English.  The clips go directly to a contested issue of fact.  The family will testify that they were very close before the murder of Scott and that the murder therefore caused their injuries.  Defendants, in contrast, contend that the family's problems were somehow caused by other factors, such as their faith and the decision of Scott's widow to remain in the family home after his murder.  The audio clips support plaintiffs' narrative.

   *Second*, we would like to use the attached versions of Exhibits 1133 and 1150 with plaintiff Alan Bauer.  Although the Court ruled previously that the original versions of these photographs could not be offered in evidence, we hope that the attached versions of the photographs cure the Court's concerns.  Exhibit 1133 in its original form had two decedents in it.  We have cropped the photo to omit those images.  Exhibit 1150 depicts plaintiffs Alan and Yehonathon Bauer in the immediate aftermath of the March 21, 2002 bombing.  The attached version also has the correct coloring.  The copy that the defendants provided to the Court had a red tinge that suggested blood and violence, and was not therefore not a fair depiction true to the photograph.  We understand why the Court excluded the version of the photograph provided by the defendants, but we believe that the photograph as we have provided it is not overly prejudicial without the red tinge, and it depicts actual plaintiffs in this case.

ARNOLD & PORTER LLP

Hon. George B. Daniels
January 28, 2015
Page 2

                                        Respectfully,

                                        Kent A. Yalowitz

cc:    All ECF Counsel