Tape 1  (Words in Red are Translated from Hebrew)

Hi daddy, this is Karen -- Shifra. Hope you're feeling good and we hope that you and mommy will… *wait, I should be talking to both of them*…

- *Well, you are, so just continue…*

- *Ah, okay…*

- *Hi both of you…*

- *Well no, I cause…*

- *I think you can tell the professional production of the tape is a little bit low, but we are cutting the costs down, go right ahead…*

- No, the reason we put those songs is that daddy told me that he gets a lot of strength from *it.*

-Sure you're mother also gets strength from these songs.

- *Right so go right ahead with the message.*

- Okay, well anyway I just want to say hello. I hope that you're both feeling good and I hope that this tape brings you both a lot of enjoyment, and… on with the show.

- Well said! We apologize that at this time… we actually got a choir [inaudible] here in the living room. Now by the way, try not, try not to make it obvious… no kids, we don't have to clean up the whole house right now, just, like, stand up in the living room. I want to tell you, by the way, we got a complaint that the name "Goldberg Beitar Israel Group", sounded sort of like, not nice. And, you know, not really inspiring, or funny, or fun-loving. Like, who would come to a concert, with a choir like that? So we came up with another name, the Goldberg gang. We hope you like that name, but along the way, we're going to work on trying to adjust the name.

[Giggles]

- Alright, we are going to start this song again, we're going to put the pause button for a second.

- Alright, we are going to start with our first song, "creator of the world", we have the choir lined up in the living room, and we're ready for the song guys, alright let's go. Ready? 1, 2, 3, 4…

- *[Song, "Master of the World"]*

- No, no, no, guys, guys, guys… oh, we're on tape here. Uh that was great, that was really great. [Giggles] Let's just try to keep this beat sort of on this tape where the song goes. [Giggles] We're sorry, you know, we're really keeping the costs on the tape production. We can't even afford to rewind if we make mistakes. Okay, here we go: 1,2,3,4.

- *[Song, "Master of the World"]*

- *[Giggles]*

| |
|---|
| Except 2 (Words in Red are Translated from Hebrew) |
| And the kids would like to say their blessings now, alright.<br><br>- Tzvi Yehoshua<br><br>- [baby mumbles]<br><br>- Wow, Ya'acov Moshe, say your blessing.<br><br>- [baby mumbles]<br><br>- That was great great, Ya'acov Moshe, Fantastic!<br><br>-Eliezer, what would you like to say to grandpa, and give a blessing to grandpa and grandma.<br><br>- I love you grandpa, I love you grandma, I hope that that that grandpa will get fully recovered fast.<br><br>- Alright, that's so sweet. Shoshana, come over.<br><br>- Hi, this is Shoshana, I love you very very much. Um, Grandpa, you should have a full recovery. Bye. Grandma and grandpa, I hope to see you very soon.<br><br>- And now for our lead singer, Yitzhaq Shalom Goldberg.<br><br>- Hi, it's Yitchak. I wanted to tell grandpa that you should have a fast full recovery with [inaudible] and you should live until 120, and I hope to see you two in Ben Gurion Airport…<br><br>- … and in Beitar [city in Israel]. I know you don't want to just see them in an airport, right. I mean, that would be pretty disappointing if they just went to the airport.<br><br>- … both of you happy – happy and healthy.<br><br>- They will be happy and healty. Good job, Yitzchak, and now to Esther Zehava<br><br>- Hi grandpa and grandma it's Esther,  I miss you very very much. I |

> really hope we get to see you both soon in good health and in happiness in Israel. And, Grandpa should have full recovery with miracles and [inaudible] very very quickly. I love you both.
>
> - And now for Chana Bracha.
>
> - Hi grandpa and grandma. It's Chana. Grandpa, you should have a full recovery very quickly. God should bless you with good health and with happiness, and we should be able to see you soon very fast and nice and strong, with God's help, in good health. [Inaudibel] should come very soon and we should be able to [inaudible].
>
> - Well grandpa, I just wanted to speak on behalf of Tzvi Yehoshua, who is looking forward to meeting you. He wants me to convey you that he loves his name, and he thanks you very much for your assistance, and for God's help, for finding such a beautiful name for such a beautiful baby. Having a new grandson in the Land of Israel should be more merit for you, and help you in your battles. And your battles should be quick. You should win quickly, and be healthy quickly and with ease, and with the minimal amount of [inaudible] as possible as Yitzchak said. And I just wanted to say that I love you very much, and that you're an important part of my life, you're an important part of Karen's life and the children, and there isn't a day that we don't go and speak about you and talk about you. And we hope that you and grandma come here soon to visit us….