

P 5: 388



PLAINTIFF'S
EXHIBIT
1133