# EXHIBIT 2

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  -------------------------------------------X
   MARK I. SOKOLOW, et al.,
4
                                PLAINTIFFS,
5

6         -against-          Case No:
                             04CV397 (GBD)(RLE)
7

8  THE PALESTINE LIBERATION ORGANIZATION, et
   al.,
9
                                DEFENDANTS.
10 -------------------------------------------X

11

12                  DATE: October 14, 2012

13                  TIME: 1:40 P.M.

14

15             DEPOSITION of SHIFRA GOLDBERG,

16  taken by the Defendants, pursuant to Notice

17  and to the Federal Rules of Civil

18  Procedure, held at the offices of Morrison

19  & Foerster, 1290 Avenue of the Americas,

20  New York, New York 10104, before Robert X.

21  Shaw, CSR, a Notary Public of the State of

22  New York.

23

24

25

```
 1                  Shifra Goldberg
 2   relevant to the claims that you're making?
 3       A.    They've asked.
 4       Q.    They asked.  And have you
 5   searched for those?
 6       A.    I don't have.
 7       Q.    And you don't have those
 8   records.
 9             Mrs. Goldberg, are you claiming
10   that you've lost wages as a result of your
11   husband's death?
12             MR. SOLOMON:  Objection.  By
13        counsel, I don't think she's making
14        that claim.
15             MS. MATTA:  She's making a
16        claim for past income.
17             MR. SOLOMON:  She's making a
18        claim for past income?  Okay.  Then,
19        go ahead.  Are you making a claim for
20        past income?
21             THE WITNESS:  I don't know.  I
22        don't remember.
23             MR. SOLOMON:  Yes or No, just
24        answer, say Yes or No.
25             Do you want to be paid money
```

```
 1                   Shifra Goldberg
 2           for time that you lost from work as a
 3           result of the terrorist attack?
 4                   THE WITNESS:  That I lost from
 5           work?
 6                   MR. SOLOMON:  Yes.
 7                   THE WITNESS:  What do you mean?
 8                   MR. SOLOMON:  Were you working?
 9                   THE WITNESS:  No.
10                   MR. SOLOMON:  Okay.  So, what's
11           the answer?
12                   THE WITNESS:  No.
13                   MR. SOLOMON:  Okay.
14           Q.    Okay.  You're the administrator
15    of your husband's estate?
16           A.    Yes.
17                   MR. SOLOMON:  Off the record.
18                   (Whereupon, a short recess was
19           taken.)
20                   MS. MATTA:  Back on the record.
21           Q.    So, before we went off the
22    record, I was asking you if you were the
23    administrator of your husband's estate, and
24    you said you were.
25           A.    Yes.
```