# EXHIBIT 3



# Curriculum vitae

| | |
|---|---|
| **Name:** | Dov Weinstein |
| **I.D.:** | 052 591 260 |
| **Marital status:** | Married + 4 |
| **Occupation:** | Accountant |
| **Address:** | Tamarisk, 127 Giv'on |

**Professional Experience:**

1987-2012   Director of the Office of accountants established in Jerusalem and Tel Aviv. The firm has extensive experience in auditing financial statements and assistance to companies in advanced technologies (high - tech), treatment HITECH and side projects for the issuance abroad, network marketing consumer products and industrial companies, this includes advice, representation and accompaniment of entrepreneurs with capital from step guidance startups and comprehensive treatment whenever required to the success of these companies for diversification and investment with private companies their investments.

Attachment Profile firm.

1975-1986   Director of Audit Senior rank among the largest accounting firm in the country. Among his coordinated the external audit of the university, a central bank, major infrastructure companies, contracting of listed companies and a wide range of selected customers.

1972-1975   Military service - service as a combat engineer engineering training center, Central Command, in charge of bomb disposal.

Jerusalem: 11 Kiryat Mada St.   Tel-Aviv: 16 Homa Umigdal St.   www.wcpa.co.il, w@wcpa.co.il
P.O.B 16263, Code 91182   P.O.B 51966, Code 67771   A Member of: TIAG
Tel: +972-77-738-6666   Tel: +972-3-776-3777   the International Accounting Group
Fax: +972-2-581-2991   Fax: +972-3-776-3881   US number: 1-866-761-3034

ירושלים: רח' קרית מדע 11, ת.ד 18263, מיקוד 91182
טל. 077-7386666 פקס. 02-5812991
תל אביב: רח' חומה ומגדל 16, ת.ד 51966, מיקוד 67771
טל. 03-7763777 פקס. 03-7763881



# WEINSTEIN & CO.
CERTIFIED PUBLIC ACCOUNTANTS

### Characteristic features:
- generative and managing teams in different areas: managing a team of twenty professional staff auditors and experts in computers and information systems;
- broad business vision, entrepreneurship, striving for perfection in every subject; motivation, moving projects from concept to full implementation;
- fitness formulation and presentation is high;
- high level human relations;
- lectures in English to international organizations in the economic, financial and social.

### Professional qualifications:
- building cash flow to companies, assisting clients in dealing with the banks.
- build a business model of companies and business plans.
- assistance in managing the operational reporting, budget and control, modeling ratios.
- supervision and overseeing the accounting and financial project initiation process.
- borrowers valuation company.
- annual financial statements.
- expertise in taxation and international tax planning.
- expertise in establishing international trusts.
- rehabilitation of companies, optimizing the performance of the company, opening of branches and writing procedures.
- customer representation with government authorities, the Investment Center, chief scientist and principal encourage small businesses.
- bridging.

### Companies Membership:
- STEP network's member trustees, directors of trusts and taxation.
- been a member of various committees of the Israel Institute of Certified Public Accountants, including Chairman of the relationship with the Chief Scientist

Jerusalem: 11 Kiryat Mada St.  Tel-Aviv: 16 Homa Umigdal St.  www.wcpa.co.il, w@wcpa.co.il
P.O.B 18263, Code 91182      P.O.B 51966, Code 67771       A Member of: TIAG
Tel: +972-77-734-6666         Tel: +972-3-776-3777          the International Accounting Group
Fax: +972-2-581-2991          Fax: +972-3-776-3881          US number: 1-866-761-3034

ירושלים: רח' קרית מדע 11, ת.ד 18263, מיקוד 91182
טל. 077-7386666 פקס. 02-5812991
תל אביב: רח' חומה ומגדל 16, ת.ד 51966, מיקוד 67771
טל. 03-7763777 פקס 03-7763881



**WEINSTEIN & CO.**
CERTIFIED PUBLIC ACCOUNTANTS

## Computer knowledge:

- broad knowledge definition, use, and support the implementation of advanced systems including knowledge of ERP management features.
- Understand financial systems.
- Understanding of Office to perfection.
- Understand advanced computing systems with a broad perspective.
- familiarity with databases.

## Languages:

Native level control in Hebrew and English

## Hebrew Publications:

| Date | Newspaper | Title |
| --- | --- | --- |
| 26.03.2012 | YNet-News.com | David Azrieli takes home 853 thousand shekels net each month |
| 28.03.2012 | YNet-News.com | And second: Akiva Mozes |
| 06.03.2012 | YNet-News.com | Who will score in the Million Club? |
| 22.03.2012 | YNet-News.com | The club created: Hot Group Chairman Stella Handler |
|  | Magazine World | Small World, Large Taxes |
| 04.04.2011 | YNet-News.com | Salary of 38 million per year |
| 31.03.2011 | YNet-News.com | Wages record: 25 million annually David Azrieli |
| 15.03.2011 | YNet-News.com | Net pocket: some really earn elect |
| 18.08.2011 | Globes.co.il | Robin Hood Rothschild's |

Jerusalem: 11 Kiryat Mada St. | Tel-Aviv: 16 Homa Umigdal St. | www.wcpa.co.il, w@wcpa.co.il
P.O.B 18263, Code 91182 | P.O.B 51966, Code 67771 | A Member of: TIAG
Tel: +972-77-738-6666 | Tel: +972-3-776-3777 | the International Accounting Group
Fax: +972-2-581-2991 | Fax: +972-3-776-3861 | US number: 1-866-761-3034

ירושלים: רח' קרית מדע 11, ת.ד 18263, מיקוד 91182
טל. 077-7386666 פקס. 02-5812991
תל אביב: רח' הומה ומגדל 16, ת.ד 51966, מיקוד 67771
טל. 03-7763777 פקס. 03-7763861