# EXHIBIT 4

**MICHAEL SOUDRY DEPOSITION**      September 26, 2013          Sokolow v. the PLO

Page 1

1  MARK I. SOKOLOW, et al,      *   IN THE UNITED STATES

2              Plaintiffs,      *   DISTRICT COURT

3  vs.                          *   FOR THE SOUTHERN

4  THE PALESTINE LIBERATION     *   DISTRICT OF NEW

5  ORGANIZATION, et al,         *   CIVIL ACTION NO.:

6              Defendants,      *   04cv397 (GBD) (RLE)

7            *       *       *       *       *

8  DEPOSITION OF:

9              MICHAEL SOUDRY,

10  was held on Thursday, September 26, 2013,

11  commencing at 10:10 a.m., at Miller & Chevalier,

12  655 15th Street, N.W., Suite 900, Washington,

13  D.C., before Cheryl Jefferies, Certified

14  Shorthand Reporter.

15            *       *       *       *       *

16

17

18

19

20

21

MICHAEL SOUDRY DEPOSITION    September 26, 2013    Sokolow v. the PLO

Page 142

1  in my report, the Treasury, the ten-years
2  Treasury was 1.6. Now it's 2.6. I'm still using
3  a higher rate than that, of 4 percent, so I'm
4  conservative here, too.
5      And then I have the loss year by year.
6      Q.   And the column on the far right that
7  says Cumulative PV is --
8      A.   Present.
9      Q.   -- the cumulative present value. So
10  you take the $39,008 from 20016, plus the $38,445
11  for 2017, and that's how you get to 77,453?
12      A.   Yes. It's each year with a previous
13  year, so I'm adding each year to another. So
14  again here, I'm not going to determine for the
15  jury what's the relevant time period. I will
16  tell them what I think it should be, but it's a
17  year-by-year analysis. If they only want to
18  project the losses only for the next five years
19  and to end it in the year 2022, for whatever
20  reason that they find to be reasonable, they
21  could find the damages. And you have to add the

Page 143

1  past losses to the future losses.
2      That's before mitigation, so all that
3  was had she was not injured, what we could
4  project her earnings to be or would have been.
5      Q.   Okay. If she had been injured but
6  unable to ever work again, her economic loss
7  would be what's at the very bottom here, 994,363?
8      A.   Well, 900 and what?
9      Q.   94,363?
10      A.   That's just the future losses, yes.
11      Q.   Oh, you're right. You've added it
12  with the 98,367?
13      A.   Absolutely, yes.
14      Q.   Okay. So if we could do the same
15  thing with the mitigation earnings, please?
16      A.   Okay.
17      Q.   And then for that you're going to have
18  to look at the separate page, if you can find it.
19      MR. HORTON:   That may take a moment.
20  I have my copy, but.
21      THE WITNESS:   Let me see if I could

Page 144

1  find my copy. Oh, here it is.
2      MR. HORTON:   You got it?
3      THE WITNESS:   Here it is, yes.
4      BY MS. MURPHY-JOHNSON:
5      Q.   And that was Exhibit 229?
6      A.   Yes. So here -- this is the
7  mitigation earnings, what she could do now which
8  would offset her losses. And starting in the
9  year 2004, based on what she earned, and she
10  informed me that she went to New York City in
11  June 2004 and she was working there for two years
12  and she earns approximately $1100 every two weeks
13  for nine months. After that, she earned $35,000
14  per year, and that's what I considered her
15  damages -- her mitigation earnings.
16      So the 2000 -- it's a partial year, so
17  you don't see the $35,000 in any full years here.
18  So the 2004, it's 14,300, and then in 2005,
19  portion of it, it's the $35,000, which goes to
20  2006 also.
21      Q.   From 2004 to 2006 is when she was

Page 145

1  earning the $1100 every two weeks?
2      A.   Yes. And then she start somewhere
3  in -- sometimes in 2005, she start earning -- in
4  June 2006, she start earning the $35,000 through
5  2006, June 2006.
6      Q.   Okay.
7      A.   And that's the calculation of my
8  estimate, $24,100 in 2005 and 17,500 in 2006.
9      Q.   And then where -- I noticed the gap
10  between 2006 and 2016.
11      A.   Yes.
12      Q.   So 2006 to 2009 is when she was
13  actually in school?
14      A.   Yes.
15      Q.   And then in 2009 she had her first
16  child?
17      A.   Correct. So she had no earnings
18  thereafter. And then similar calculation, it's
19  to the but-for analysis. We have here that she
20  only will enter again the labor force in 2016,
21  and I estimate that she will earn $41,955 in 2016

**MICHAEL SOUDRY DEPOSITION**    September 26, 2013    Sokolow v. the PLO

Page 162

1    A.    -- because I'm using a higher -- and
2 you will see in the revision they're lower,
3 because I'm using a higher discount rate.
4    Q.    If you could turn to Document 227,
5 which is your May report for Janis Coulter,
6 please. On Page --
7    A.    One second. Yes.
8    Q.    On Page 6 is the table called The
9 Present Value of Ms. Janis Coulter's Earnings.
10    A.    Yes.
11    Q.    Again, it's the same methodology that
12 you walked us through earlier --
13    A.    Yes.
14    Q.    -- with wages, unemployment effects,
15 taxes, job maintenance expenses?
16    A.    Yes.
17    Q.    And similarly, with your September
18 report, you extended your calculations, instead
19 of through 2019, to the year 2027?
20    A.    Yes.
21    Q.    Did you change the discount rate on

Page 163

1 Ms. Coulter's report as well?
2    A.    Yes, again.
3    Q.    Okay. And so, then, if we compare,
4 the pre-trial cumulative present value remains
5 the same, at $380,790?
6    A.    Yes.
7    Q.    While the expected post-trial income
8 increases from $246,413 to $512,893?
9    A.    Yes, you got it right.
10    Q.    One second.
11       (Pause in the proceedings.)
12       MS. MURPHY-JOHNSON: 237.
13       (Defendants' Deposition Exhibit Number
14 237 was marked for identification.)
15       BY MS. MURPHY-JOHNSON:
16    Q.    Mr. Soudry, you've been handed a
17 document. The cover page is called Determining
18 Economic Damages. Are you familiar with this?
19    A.    Yes.
20    Q.    Do you know Gerald Martin?
21    A.    What do you mean by, "Know Gerald

Page 164

1 Martin"? I think I met him once.
2    Q.    You're --
3    A.    I know of him.
4    Q.    You know of him?
5    A.    Yes.
6    Q.    Would you consider him to be an
7 authority in the field?
8    A.    I'm not sure if this is the right
9 characteristic for him, but --
10    Q.    How would you characterize -- I'm
11 sorry.
12    A.    As a very experienced economist in the
13 field of forensic economics that author this
14 publication, which is considered probably the
15 most prominent publication in the field.
16    Q.    So would you consider the publication
17 itself to be authoritative?
18    A.    The publication? I don't know again
19 if it's that way, but it's certainly a very good
20 publication.
21    Q.    You know people who follow its --

Page 165

1 what's the word I'm looking for? Do you ever
2 refer to this publication?
3    A.    Yes.
4    Q.    Do you have a copy of it in your
5 office?
6    A.    Absolutely.
7    Q.    How often would you say you refer to
8 it?
9    A.    In the beginning of when I started it,
10 I used to look at it a lot. Right now, usually
11 I -- when you say refer to it, you mean in cases,
12 or just for --
13    Q.    You said you refer to it, so you tell
14 me.
15    A.    Refer to it, okay, my understanding.
16 When I get updates for this publication, I will
17 review it, see what's new. It's important
18 publication.
19    Q.    Is it considered the, quote, Bible of
20 the industry?
21    A.    A lot of people use this phrases.