# EXHIBIT 5



WEINSTEIN & CO.
CERTIFIED PUBLIC ACCOUNTANTS

Expert Opinion
**The Plaintiff – The Estate of Mr. David Gritz**

TABLE OF CONTENTS

1. INTRODUCTION                                                2

2. BACKGROUND INFORMATION                                      2

3. METHODOLOGY                                                 3

4. ASSUMPTIONS:

    4.1 VALUATION DATE                                         5

    4.2 LIFE EXPECTANCY                                        5

    4.3 RETIREMENT AGE                                         5

    4.4 INCOME AFTER RETIREMENT                                5

    4.5 MONETARY BASIS                                         6

    4.6 INTEREST RATE DISCOUNT RATE                            6

    4.7 EXPECTED FUTURE EARNINGS                               7

    4.8 MID YEAR CONVENTION                                    7

    4.9 TAXATION                                               7

5. OPINION                                                     8

    EARNINGS LOSS ANALYSIS

       TOTAL ECONOMIC LOSS                           SCHEDULE 1

       SALARY LOSS                                   SCHEDULE 2

       PENSION LOSS                                  SCHEDULE 3

       PENSION CONTRIBUTIONS                         SCHEDULE 4

6. APENDIX                                                     9

1. Introduction

I, Mr. Dov Weinstein C.P.A. (Isr) of Weinstein & Co. Certified Public Accountants, have been requested by Mrs. Nevenka Gritz, the representative of the Estate of Mr. David Gritz to estimate the economic loss caused as a result of the murder of Mr. David Gritz in a terrorist bombing, committed on July 31st, 2002 in Jerusalem, Israel.

I am a certified public accountant in Israel, and partner of the chartered accounting firm, Weinstein & Co. Certified Public Accountants, and have extensive experience in accounting, auditing, providing economic & actuarial valuations, local and international tax consulting, supervising an office of several registered accountants and other related professionals.

My firm includes various departments providing accounting and auditing services, local tax consulting, business and organizational consulting, tax consulting and the support for establishing firms, startup companies and those going through bankruptcy. Our office also specializes in providing international tax advice to foreign residents, Israelis' living outside Israel, returning residents, and new immigrants to Israel.

My firm is the local representative of TIAG (The International Accounting Group), a leading international accounting network and STEP (Society for Trust and Estate Practitioners) worldwide and is involved in managing tax shelters, trusteeships, and international taxation in general.

2. Background Information

Mrs. Nevenka Gritz is the mother of Mr. David Gritz, she holds dual citizenship, French and Croatian and holds a US green card. She was born in the city Livno, in Bosnia, Herzegovina, on November 20th, 1936.

2

She was married in 1970 in France to Norman Gritz, who was an American and French citizen. The couple moved to the United States, where Norman studied at The University of Chicago and graduated in French Literature and Languages. During the Vietnam war they moved back to the France, where Norman worked as a translator and became a lecturer at Ponts-et-Chaussees and Telecom University. Mrs. Nevenka Gritz continued to raise her family in France and currently resides in Paris.

Mr. David Gritz was born on March 23rd, 1978 in Paris, France and held dual French and American citizenship from his parents. He was brought up in a family fluent in several languages. His mother could speak French, Croatian and English.

Mr. David Gritz completed his schooling in France and also attended a University in France completing his degree in Political Science and Philosophy.

David was accepted into a year long internship program in Israel at Hebrew University and The Hartman Institute in Jerusalem. His intention during this year was to complete his P.H.D. in Political Science and Philosophy by writing a thesis on the "Politics of Babel". (A tower in ancient times where G_d split humanities languages, according to the Hebrew bible)

David's interest was understandable as he was very familiar with languages, growing up in a family fluent in many languages. He spoke, English, German, French fluently, spoke some Spanish and Croatian and had basic understanding of Hebrew after only being in Israel for a few months. David was highly intelligent and he could pick up languages very quickly and excelled in his studies and in all area's he put his efforts into.

On July 31st, 2002 David Gritz was killed in a terror attack in Jerusalem. The attack occurred in a cafeteria at the Mount Scopus campus of the Hebrew University of Jerusalem. A terrorist planted a bomb near a cafeteria full of students near the university and as it exploded, shrapnel hit David in the head killing him instantly.

3

Before the terror attack, David was completing his P.H.D in Political Science and Philosophy and it was his intention after graduating to leave Israel and find work in the United States of American in an academic profession. David had great opportunities, he was very intelligent and a great advantage in the job market by having the ability to communicate in many languages.

David's long term in life were to return to Israel eventually, as he had expressed to his family that he loved living in Israel and felt like he would like to live there in the future.

3. Methodology

To calculate David's total economic loss, we have had to analyze various source documents from Israel Tax Authority, government pension bureau's as well as Israel Census data, which we have referenced below in the Apendix. The client has also provided us with certain information required to calculate the value of his loss of financial earnings after the terror attack.

The above information includes both factual data and certain assumed information required to calculate a monetary value on the total economic loss suffered by Mr. David Gritz. We have based certain of our assumptions on estimated future economic data and also on the explanations that were provided by the client.

The objective of this report is to apply a technical process to the information provided and report therefrom on the value of loss of earnings.

Our calculation consists of the following steps:

a)  Determination of the valuation date.

b)  Estimation of the client's life expectancy.

4

c) Estimation of the clients expected Retirement age.

d) An estimation of income after retirement.

e) Determination of monetary basis.

f) Determination of an interest rate.

g) The calculation of Mr. David Gritz's assumed future earnings (in terms of current money values) that he would have expected to have received in each future year following the terror attack, based on his assumed projected take home earnings from his PHD in Political Science and Philosophy, in the United States until the age of 55yrs and then in Israel until age of retirement.

The calculation of Mr. David Gritz's assumed future earnings expressed in terms of current money values involves inter alia the following factors:-

We have to take into account the following issues to calculate the gross earnings at the date of Mr. David Gritz's was to commence work;
- The nature of his expected work;
- His prospects and capabilities in his field; and
- His likely trend of future earnings once he had graduated and received his doctorate in political science and philosophy.

h) The adjustment of the above earnings to take into account the past and future changes in time value of money values adjusting them to the valuation date.

This is done by calculating the future value of assumed earnings after the date of the terror attack until valuation date and the discounting of future assumed earnings from the date of valuation until death.

i) The summation of the resultant series of future and present values to give the gross value of earnings lost by Mr. David Gritz.

4. <u>Assumptions</u>

4.1 <u>Valuation date</u>

All values are calculated to their expected NPV (Net present value) as of mid-2013 (July 1, 2013) as it is assumed that the court's judgment will be determined by then.

4.2 <u>Life Expectancy</u>

Israel's Central Bureau of Statistics Life Expectancy Tables by Sex, Religion and Population Group, were used to estimate Mrs. Goldberg's life expectancy. Mr. David Gritz's life expectancy was found to be 80.7 years. **(REF 1.)**

4.3 <u>Retirement Age</u>

In the United States an individual can retire early at 62 with reduced benefits. We assumed that Mr Gritz would have emigrated to Israel after taking early retirement in the United States, thus we are using the lowest estimated monthly pension of $1,439. **(Ref 2.1 & 2.2)**

In Israel, the customary retirement age of 67 (according to the Israel Law Retirement Age, 2004) was utilized to estimate the period for Mr. David Gritz's projected work-life expectancy in Israel. Based on this, Mr. David Gritz will reach retirement age in Israel, during March 2045. **(REF 2.3)**

4.4 <u>Income after Retirement</u>

For the years after retirement Mr. David Gritz would have received a pension from his own and his employers contributions to an American and Israeli Pension fund and also proceeds from the National Insurance Institute of Israel.

Starting from 2008, the income after retirement in Israel was determined based on rates prescribed by the Mandatory Pension Law in Israel that requires every employer to contribute to a provident fund for their employees. The deposits include an old age pension and coverage in case of disability and death.

6

We utilized the following documents which describe and set forth the nature and amount of funds Mr. David Gritz would have earned during his retirement from pension sources:

- Documents from the National Insurance Institute of Israel which pays a monthly pension of NIS 1,310, net of health insurance costs. **(REF 3.)**
- Contribution rates are determined by the Israeli Mandatory Pension Law.

The contributions were assumed to grow at an annual rate of 3.77% until distribution. This rate is consistent with the annual interest rate and discount rate factor used herein. These contributions are deducted from her salary until her retirement age, and are later received proportionally each year after retirement age through her estimated life expectancy.

## 4.5  Monetary Basis

All calculations were done in New Israeli Shekels and converted on March 20, 2013 to US Dollars according to the representative exchange rate as published by the Bank of Israel: 1US$= NIS3.68. **(REF 4.)**

## 4.6  Interest rates and Discount rate

In order to account for the time value of money and to express all amounts in the same monetary terms (as of July 1, 2013) we have used interest rates and a discount rate based on the average United States 30 year treasury bond and the 10 year Israel government bond rate.

United States Treasury yield on 30 year bonds bear interest at 3.19% **(REF 5.1)** Israel 10 year bonds bear interest at 3.77% per annum. **(REF 5.2)**

## 4.7  Expected Future Earnings

Mr. David Gritz would have completed his PHD in Political Science and Philosophy in the year that he was killed. His plan was always to find work in

7

the United States in his field and then he always expressed a wish to return to Israel in his later years. We have assumed that he would have worked in the United States until the age of 55 years and then returned to Israel and worked until his age of retirement.

The salary of an individual with a PHD in Political Science in the United States was estimated to be on average $62,500 per annum **(REF 6.1)** and at an annual growth rate based on the average national salary growth rate in the United States of 3% per annum. **(REF 6.2)**

Mr. David Gritz's expected salary in Israel was determined by using Israel Census Bureau of Statistics average wages for 2012 of an academic professional. During 2012 the average wage for an academic professional in Israel was NIS16,364 per month. **(REF 6.3)**

Mr. David Gritz's monthly earnings growth rate was established based on the Israeli Central Bureau of Statistics. The average wages growth rate in Israel from January 2012 through December 2012 was determined to be 4.2%. **(REF 6.4)**

According to the Severance Pay Law, at the age of retirement, Mr. David Gritz would have received the amount of his last salary multiplied by the number of years of employment, as a lump sum severance package.

4.8  Mid-year Convention

To determine the economic losses, a mid-year convention methodology was applied to calculate the present and future value of all lost income as of July 1, 2013.

The mid-year convention methodology assumes that all wages and benefits are earned consistently throughout the year.

4.9  Taxation

All amounts are calculated on a pre-tax basis. According to the Income Tax Ordinance in Israel, when a plaintiff receives a monetary claim, it will be taxed in Israel in the same manner as if the plaintiff had earned it during her lifetime. **(REF 7.)**

## 5.  Opinion

Based on the source data and facts, research and assumptions applied herein, it is my opinion based on a reasonable degree of certainty that the present value of Mr. David Gritz's total economic loss, amounts to, approximately **$ 2,752,668.**

Sincerely,

Dov Weinstein & Co. CPA (Isr)

Jerusalem, Israel

**APENDIX:**

Ref 1. – Life Expectancy – Israel Census Bureau

Ref 2.1 – United States - Benefits Estimates

Ref 2.2 - United States – Estimated Earnings

Ref 2.3 – Israel National Insurance Pension Age Estimate

Ref 3. – National Insurance Institute Monthly Pension Rates

Ref 4. – Bank of Israel Exchange Rates as of 20th March 2013

Ref 5.1 – US Department of the Treasury – 30 year Yield Curve

Ref 5.2 – Israel Bonds - Interest and discount rate – 10 year Bond

Ref 6.1 – Payscale – Salary estimate for PHD in PolySci

Ref 6.2 – Payscale – Average US National Wage Growth Rate

Ref 6.3 – Israel Census Bureau - 2010 average salary of Academic
Professionals

Ref 6.4 - Israel Census Bureau – 2012 Average Salary Growth Rate

Ref 7. – Israel Income Tax Law on Monetary Claims

Schedule 1

## **Total Economic Loss**

|  | NIS |  |
|---|---|---|
| Total Salary Loss Current Prices | 2,504,917 | See Schedule 2 |
| Total Severance pay Current Prices | 53,000 | |
| Total Pension Loss Current Prices | 194,752 | See Schedule 3 |
| Total Economic Loss in **U.S. Dollar** | $ 2,752,668 | |

Schedule 2

## Salary Calculation in NIS Currency

| Source of Income | David's Age | Year: | Projected Future Wages US $ | Less: Projected Future Contribution US $ | Total Projected Future Income US $ | Factor to July 1, 2013 | Total Loss Value at July 1, 2013 US $ |
|---|---|---|---|---|---|---|---|
| U.S.A. | 25 | 2003 | 47,901 | (3,664) | 44,237 | 1.369 | 60,556 |
| U.S.A. | 26 | 2004 | 49,338 | (3,774) | 45,564 | 1.327 | 60,445 |
| U.S.A. | 27 | 2005 | 50,818 | (3,888) | 46,931 | 1.286 | 60,333 |
| U.S.A. | 28 | 2006 | 52,343 | (4,004) | 48,339 | 1.246 | 60,222 |
| U.S.A. | 29 | 2007 | 53,913 | (4,124) | 49,789 | 1.207 | 60,111 |
| U.S.A. | 30 | 2008 | 55,530 | (4,248) | 51,282 | 1.170 | 60,001 |
| U.S.A. | 31 | 2009 | 57,196 | (4,376) | 52,821 | 1.134 | 59,890 |
| U.S.A. | 32 | 2010 | 58,912 | (4,507) | 54,405 | 1.099 | 59,780 |
| U.S.A. | 33 | 2011 | 60,680 | (4,642) | 56,038 | 1.065 | 59,670 |
| U.S.A. | 34 | 2012 | 62,500 | (4,781) | 57,719 | 1.032 | 59,560 |
| U.S.A. | 35 | Jul-2013 | 32,188 | (2,462) | 29,725 | 1.000 | 29,725 |
| U.S.A. | 35 | Dec-2013 | 32,188 | (2,462) | 29,725 | 1.000 | 29,725 |
| U.S.A. | 36 | 2014 | 66,306 | (5,072) | 61,234 | 0.969 | 59,341 |
| U.S.A. | 37 | 2015 | 68,295 | (5,225) | 63,071 | 0.939 | 59,232 |
| U.S.A. | 38 | 2016 | 70,344 | (5,381) | 64,963 | 0.910 | 59,123 |
| U.S.A. | 39 | 2017 | 72,455 | (5,543) | 66,912 | 0.882 | 59,014 |
| U.S.A. | 40 | 2018 | 74,628 | (5,709) | 68,919 | 0.855 | 58,905 |
| U.S.A. | 41 | 2019 | 76,867 | (5,880) | 70,987 | 0.828 | 58,797 |
| U.S.A. | 42 | 2020 | 79,173 | (6,057) | 73,116 | 0.803 | 58,688 |
| U.S.A. | 43 | 2021 | 81,548 | (6,238) | 75,310 | 0.778 | 58,580 |
| U.S.A. | 44 | 2022 | 83,995 | (6,426) | 77,569 | 0.754 | 58,472 |
| U.S.A. | 45 | 2023 | 86,515 | (6,618) | 79,896 | 0.731 | 58,365 |
| U.S.A. | 46 | 2024 | 89,110 | (7,492) | 81,618 | 0.708 | 57,779 |
| U.S.A. | 47 | 2025 | 91,783 | (7,531) | 84,252 | 0.686 | 57,800 |
| U.S.A. | 48 | 2026 | 94,537 | (7,571) | 86,966 | 0.665 | 57,818 |
| U.S.A. | 49 | 2027 | 97,373 | (7,612) | 89,761 | 0.644 | 57,831 |
| U.S.A. | 50 | 2028 | 100,294 | (7,654) | 92,640 | 0.624 | 57,841 |
| U.S.A. | 51 | 2029 | 103,303 | (7,698) | 95,605 | 0.605 | 57,847 |
| U.S.A. | 52 | 2030 | 106,402 | (7,743) | 98,659 | 0.586 | 57,849 |
| U.S.A. | 53 | 2031 | 109,594 | (7,789) | 101,805 | 0.568 | 57,849 |
| U.S.A. | 54 | 2032 | 112,882 | (7,837) | 105,045 | 0.551 | 57,844 |
| U.S.A. | 55 | 2033 | 116,268 | (7,886) | 108,383 | 0.534 | 57,837 |
| U.S.A. | 56 | 2034 | 119,756 | (7,936) | 111,820 | 0.517 | 57,827 |
| Israel | 57 | 2035 | 131,921 | (7,256) | 124,665 | 0.443 | 55,229 |
| Israel | 58 | 2036 | 137,461 | (7,560) | 129,901 | 0.427 | 55,458 |
| Israel | 59 | 2037 | 143,235 | (7,878) | 135,357 | 0.411 | 55,687 |
| Israel | 60 | 2038 | 149,251 | (8,209) | 141,042 | 0.396 | 55,918 |
| Israel | 61 | 2039 | 155,519 | (8,554) | 146,966 | 0.382 | 56,150 |
| Israel | 62 | 2040 | 162,051 | (8,913) | 153,138 | 0.368 | 56,382 |
| Israel | 63 | 2041 | 168,857 | (9,287) | 159,570 | 0.355 | 56,616 |
| Israel | 64 | 2042 | 175,949 | (9,677) | 166,272 | 0.342 | 56,851 |
| Israel | 65 | 2043 | 183,339 | (10,084) | 173,255 | 0.329 | 57,086 |
| Israel | 66 | 2044 | 191,039 | (10,507) | 180,532 | 0.318 | 57,323 |
| Israel | 67 | Mar-45 | 199,063 | (10,948) | 188,114 | 0.306 | 57,560 |
| **TOTAL:** | | | **4,312,621** | **(288,704)** | **4,023,916** | | **2,504,917** |

Schedule 3

## Pension Calculation in US Dollars

| | Year: | Projected Future Pension Distributions, Valued at July 1, 2013 | Projected Future Pension Distributions, Valued at July 1, 2013 | Projected Future Pension from National Insurance | Total Pension Loss Value at July 1, 2013 |
|---|---|---|---|---|---|
| | | US $ | US $ | US $ | US $ |
| | | United States | Israel | Israel | Total |
| 67 | Mar-2045 | 6,322 | 5,406 | 4,272 | 15,999 |
| 68 | 2046 | 6,126 | 5,239 | 4,272 | 15,637 |
| 69 | 2047 | 5,937 | 5,077 | 4,272 | 15,285 |
| 70 | 2048 | 5,753 | 4,920 | 4,272 | 14,945 |
| 71 | 2049 | 5,576 | 4,768 | 4,272 | 14,615 |
| 72 | 2050 | 5,403 | 4,620 | 4,272 | 14,295 |
| 73 | 2051 | 5,236 | 4,477 | 4,272 | 13,985 |
| 74 | 2052 | 5,074 | 4,339 | 4,272 | 13,685 |
| 75 | 2053 | 4,917 | 4,205 | 4,272 | 13,394 |
| 76 | 2054 | 4,765 | 4,075 | 4,272 | 13,112 |
| 77 | 2055 | 4,618 | 3,949 | 4,272 | 12,839 |
| 78 | 2056 | 4,475 | 3,827 | 4,272 | 12,574 |
| 79 | 2057 | 4,337 | 3,709 | 4,272 | 12,317 |
| 80 | 2058 | 4,203 | 3,594 | 4,272 | 12,069 |
| | TOTAL: | 72,744 | 62,204 | 59,804 | 194,752 |

Schedule 4

## Total Pension Contributions in US $ Currency

| Source of Pension | David's Age | Year: | Projected Future Wages US $ | Employee Contribution to Pension US $ | Employer Contribution to Pension US $ | Total Pension Contributions US $ |
|---|---|---|---|---|---|---|
| U.S.A. | 25 | 2003 | 47,901 | (3,664) | (3,664) | (7,329) |
| U.S.A. | 26 | 2004 | 49,338 | (3,774) | (3,774) | (7,549) |
| U.S.A. | 27 | 2005 | 50,818 | (3,888) | (3,888) | (7,775) |
| U.S.A. | 28 | 2006 | 52,343 | (4,004) | (4,004) | (8,008) |
| U.S.A. | 29 | 2007 | 53,913 | (4,124) | (4,124) | (8,249) |
| U.S.A. | 30 | 2008 | 55,530 | (4,248) | (4,248) | (8,496) |
| U.S.A. | 31 | 2009 | 57,196 | (4,376) | (4,376) | (8,751) |
| U.S.A. | 32 | 2010 | 58,912 | (4,507) | (4,507) | (9,014) |
| U.S.A. | 33 | 2011 | 60,680 | (4,642) | (4,642) | (9,284) |
| U.S.A. | 34 | 2012 | 62,500 | (4,781) | (4,781) | (9,563) |
| U.S.A. | 35 | Jul-2013 | 32,188 | (2,462) | (2,462) | (4,925) |
| U.S.A. | 35 | Dec-2013 | 32,188 | (2,462) | (2,462) | (4,925) |
| U.S.A. | 36 | 2014 | 66,306 | (5,072) | (5,072) | (10,145) |
| U.S.A. | 37 | 2015 | 68,295 | (5,225) | (5,225) | (10,449) |
| U.S.A. | 38 | 2016 | 70,344 | (5,381) | (5,381) | (10,763) |
| U.S.A. | 39 | 2017 | 72,455 | (5,543) | (5,543) | (11,086) |
| U.S.A. | 40 | 2018 | 74,628 | (5,709) | (5,709) | (11,418) |
| U.S.A. | 41 | 2019 | 76,867 | (5,880) | (5,880) | (11,761) |
| U.S.A. | 42 | 2020 | 79,173 | (6,057) | (6,057) | (12,113) |
| U.S.A. | 43 | 2021 | 81,548 | (6,238) | (6,238) | (12,477) |
| U.S.A. | 44 | 2022 | 83,995 | (6,426) | (6,426) | (12,851) |
| U.S.A. | 45 | 2023 | 86,515 | (6,618) | (6,618) | (13,237) |
| U.S.A. | 46 | 2024 | 89,110 | (7,492) | (7,492) | (14,984) |
| U.S.A. | 47 | 2025 | 91,783 | (7,531) | (7,531) | (15,062) |
| U.S.A. | 48 | 2026 | 94,537 | (7,571) | (7,571) | (15,142) |
| U.S.A. | 49 | 2027 | 97,373 | (7,612) | (7,612) | (15,224) |
| U.S.A. | 50 | 2028 | 100,294 | (7,654) | (7,654) | (15,309) |
| U.S.A. | 51 | 2029 | 103,303 | (7,698) | (7,698) | (15,396) |
| U.S.A. | 52 | 2030 | 106,402 | (7,743) | (7,743) | (15,486) |
| U.S.A. | 53 | 2031 | 109,594 | (7,789) | (7,789) | (15,578) |
| U.S.A. | 54 | 2032 | 112,882 | (7,837) | (7,837) | (15,674) |
| U.S.A. | 55 | 2033 | 116,268 | (7,886) | (7,886) | (15,772) |
| U.S.A. | 56 | 2034 | 119,756 | (7,936) | (7,936) | (15,873) |
| Israel | 57 | 2035 | 131,921 | (7,256) | (7,915) | (15,171) |
| Israel | 58 | 2036 | 137,461 | (7,560) | (8,248) | (15,808) |
| Israel | 59 | 2037 | 143,235 | (7,878) | (8,594) | (16,472) |
| Israel | 60 | 2038 | 149,251 | (8,209) | (8,955) | (17,164) |
| Israel | 61 | 2039 | 155,519 | (8,554) | (9,331) | (17,885) |
| Israel | 62 | 2040 | 162,051 | (8,913) | (9,723) | (18,636) |
| Israel | 63 | 2041 | 168,857 | (9,287) | (10,131) | (19,419) |
| Israel | 64 | 2042 | 175,949 | (9,677) | (10,557) | (20,234) |
| Israel | 65 | 2043 | 183,339 | (10,084) | (11,000) | (21,084) |
| Israel | 66 | 2044 | 191,039 | (10,507) | (11,462) | (21,969) |
| Israel | 67 | Mar-45 | 199,063 | (10,948) | (11,944) | (22,892) |
| | | **TOTAL:** | 4,312,621 | (288,704) | (297,693) | (586,397) |

**Israel Monthly Pension Payout**
Total Pension Contributions from Israel Sources
Total Pension Contributions from Israel Sources / No. of Retirement Years       | -14,766.69 |

Ref: 1

למ"ס, שנתון סטטיסטי לישראל 2012

פטירות ותוחלת חיים

**DEATHS AND LIFE EXPECTANCY**

**3.24**

תוחלת חיים(1), לפי מין, דת וקבוצת אוכלוסייה

**LIFE EXPECTANCY(1), BY SEX, RELIGION AND POPULATION GROUP**

| | Females | | | Males נקבות | | | זכרים |
|---|---|---|---|---|---|---|---|
| | בני דתות אחרות Other religions | יהודים Jews | סך הכל Total | בני דתות אחרות Other religions | יהודים Jews | סך הכל Total | |
| | RELIGION | | | | | | דת |
| 1930-1932 | .. | 62.7 | .. | .. | 59.9 | .. | 1932-1930 |
| 1933-1935 | .. | 61.8 | .. | .. | 59.5 | .. | 1935-1933 |
| 1936-1938 | .. | 64.5 | .. | .. | 60.8 | .. | 1938-1936 |
| 1939-1941 | .. | 64.6 | .. | .. | 62.3 | .. | 1941-1939 |
| 1942-1944 | .. | 65.9 | .. | .. | 64.1 | .. | 1944-1942 |
| 1949 | .. | 67.6 | .. | .. | 64.9 | .. | 1949 |
| 1950-1954 | .. | 70.1 | .. | .. | 67.2 | .. | 1954-1950 |
| 1955-1959 | .. | 71.8 | .. | .. | 69.0 | .. | 1959-1955 |
| 1960-1964 | .. | 73.1 | .. | .. | 70.6 | .. | 1964-1960 |
| 1965-1969(2) | .. | 73.4 | .. | .. | 70.2 | .. | (2)1969-1965 |
| 1970-1974(2)(3) | 71.9 | 73.8 | 73.4 | 68.5 | 70.6 | 70.1 | (3)(2)1974-1970 |
| 1975-1979 | 72.0 | 75.3 | 74.7 | 69.2 | 71.7 | 71.2 | 1979-1975 |
| 1975 | 71.5 | 74.5 | 73.9 | 68.2 | 70.9 | 70.3 | 1975 |
| 1976 | 72.4 | 75.4 | 74.8 | 69.6 | 71.6 | 71.2 | 1976 |
| 1977 | 71.3 | 75.4 | 74.7 | 68.5 | 71.9 | 71.3 | 1977 |
| 1978 | 72.0 | 75.8 | 75.0 | 69.1 | 71.9 | 71.5 | 1978 |
| 1979 | 73.1 | 75.8 | 75.3 | 70.0 | 72.3 | 71.8 | 1979 |
| 1980-1984(2) | 74.0 | 76.5 | 76.1 | 70.8 | 73.1 | 72.7 | (2)1984-1980 |
| 1980 | 73.4 | 76.2 | 75.7 | 70.0 | 72.5 | 72.1 | 1980 |
| 1981 | 74.2 | 76.3 | 75.9 | 70.6 | 73.1 | 72.7 | 1981 |
| 1982(2) | 73.3 | 76.2 | 75.8 | 70.8 | 72.8 | 72.5 | (2)1982 |
| 1983 | 74.1 | 76.6 | 76.2 | 71.2 | 73.2 | 72.8 | 1983 |
| 1984 | 74.2 | 77.1 | 76.6 | 71.5 | 73.5 | 73.1 | 1984 |
| 1985-1989 | 75.5 | 77.8 | 77.4 | 72.7 | 74.1 | 73.8 | 1989-1985 |
| 1985 | 75.8 | 77.3 | 77.0 | 72.0 | 73.9 | 73.5 | 1985 |
| 1986 | 75.0 | 77.1 | 76.8 | 72.2 | 73.5 | 73.2 | 1986 |
| 1987 | 75.8 | 77.7 | 77.0 | 73.2 | 73.9 | 73.6 | 1987 |
| 1988 | 75.1 | 78.0 | 77.5 | 72.4 | 74.2 | 73.9 | 1988 |
| 1989 | 75.5 | 78.5 | 78.1 | 73.1 | 74.9 | 74.6 | 1989 |
| 1990-1994 | 76.3 | 79.2 | 78.8 | 73.5 | 75.5 | 75.1 | 1994-1990 |
| 1990 | 75.9 | 78.9 | 78.4 | 73.3 | 75.3 | 74.9 | 1990 |
| 1991 | 75.7 | 79.0 | 78.5 | 74.2 | 75.4 | 75.1 | 1991 |
| 1992 | 75.5 | 78.9 | 78.4 | 72.4 | 75.2 | 74.7 | 1992 |
| 1993 | 76.9 | 79.5 | 79.1 | 73.6 | 75.7 | 75.3 | 1993 |
| 1994 | 77.1 | 79.7 | 79.4 | 73.8 | 75.9 | 75.5 | 1994 |
| 1995 | 77.3 | 79.8 | 79.5 | 73.8 | 75.9 | 75.5 | 1995 |

←

Ref: 1

CBS, STATISTICAL ABSTRACT OF ISRAEL 2012    למ"ס, שנתון סטטיסטי לישראל 2012

**3.24**

## תוחלת חיים(1), לפי מין, דת וקבוצת אוכלוסייה (המשך)

### LIFE EXPECTANCY(1), BY SEX, RELIGION AND POPULATION GROUP (Cont.)

| | Females | | | | Males זכרים | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | דת Religion | | קבוצת אוכלוסייה Population group | סך הכל Total | דת Religion | | קבוצת אוכלוסייה Population group | סך הכל Total | |
| | יהודים Jews | ערבים Arabs | יהודים ואחרים Jews and others | | יהודים Jews | ערבים Arabs | יהודים ואחרים Jews and others | | |
| 1996-1999 | 80.5 | 77.2 | 80.5 | 80.2 | 76.7 | 74.6 | 76.6 | 76.2 | 1999-1996 |
| 1996 | 80.3 | 77.2 | 80.3 | 80.0 | 76.6 | 75.1 | 76.6 | 76.3 | 1996 |
| 1997 | 80.6 | 76.8 | 80.6 | 80.1 | 76.4 | 74.3 | 76.4 | 76.0 | 1997 |
| 1998 | 80.7 | 76.8 | 80.7 | 80.3 | 76.5 | 74.4 | 76.4 | 76.1 | 1998 |
| 1999 | 80.7 | 78.1 | 80.7 | 80.4 | 77.1 | 74.9 | 77.0 | 76.6 | 1999 |
| 2000-2004 | 82.0 | 78.3 | 81.9 | 81.6 | 78.1 | 74.6 | 77.9 | 77.4 | 2004-2000 |
| 2000 | 81.2 | 77.9 | 81.2 | 80.9 | 77.3 | 74.6 | 77.1 | 76.7 | 2000 |
| 2001 | 81.6 | 77.8 | 81.6 | 81.2 | 77.9 | 74.5 | 77.3 | 77.3 | 2001 |
| 2002 | 81.9 | 77.9 | 81.9 | 81.5 | 78.1 | 74.7 | 77.9 | 77.5 | 2002 |
| 2003 | 82.2 | 78.2 | 82.2 | 81.8 | 78.3 | 74.9 | 78.1 | 77.6 | 2003 |
| 2004 | 82.7 | 79.6 | 82.7 | 82.4 | 78.7 | 75.4 | 78.5 | 76.0 | 2004 |
| 2005-2009 | 83.1 | 79.3 | 83.1 | 82.7 | 79.6 | 75.5 | 79.4 | 78.9 | 2009-2005 |
| 2005 | 82.6 | 78.6 | 82.6 | 82.2 | 79.0 | 74.1 | 78.7 | 78.2 | 2005 |
| 2006 | 83.0 | 78.5 | 83.0 | 82.5 | 79.5 | 75.1 | 79.2 | 78.7 | 2006 |
| 2007 | 82.8 | 76.8 | 82.8 | 82.4 | 79.4 | 75.2 | 79.2 | 78.7 | 2007 |
| 2008 | 83.3 | 79.6 | 83.3 | 83.0 | 79.7 | 75.7 | 79.5 | 79.0 | 2008 |
| 2009(4) | R83.7 | R80.8 | R83.7 | R83.3 | 80.4 | R76.4 | R80.1 | R79.6 | 2009(4) |
| 2010 | R83.9 | R81.3 | R83.9 | R83.6 | R80.5 | R76.6 | R80.3 | 79.7 | 2010 |
| 2011 | 83.9 | 80.9 | 83.9 | 83.6 | 80.7 | 76.5 | 80.5 | 80.0 | 2011 |

1. Data for multi-year periods are arithmetic means of the annual expectancies.
2. Excl. war casualties; see Introduction.
3. For total population and for persons of other religions - average of 1971-1974.
4. As of 2009, the life table is calculated according to specific rates until age 94. In previous years, the table was calculated according to specific rates until age 84.

1. הנתונים לתקופות שנמשכות של שנתיים ומעלה הם ממוצעים אריתמטיים של התוחלות השנתיות.
2. לא כולל חללי מלחמה; ראה מבוא.
3. לכל האוכלוסייה ולבני דתות אחרות - ממוצע 1971-1974.
4. החל משנת 2009 לוח התמותה מחושב משיעורים סגוליים עד גיל 94, בשנים הקודמות הלוח חושב ע"ס שיעורים סגוליים עד גיל 84.

Ref. 2.1

Social Security Online

# Benefit Calculators

 **Quick Calculator** **Benefit Estimates**

March 24, 2013

## Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your normal (or full) retirement age (67). We assume you will work every year up to the year in which you begin receiving benefits.

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $1,439 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $2,049 for the rest of your life. So by waiting until age 67, you can then receive $610 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

### Information you submitted

| | |
|---|---|
| Date of birth: 3/23/1978 | |
| Current earnings: $62,500.00 | |
| Benefit in year-2013 dollars | |

### Retirement Benefit Estimates

| Retirement age | Monthly benefit amount [1] |
|---|---|
| 62 and 1 month in 2040 | $1,439.00 |
| 67 in 2045 | $2,049.00 |
| 70 in 2048 | $2,542.00 |

[1] Assumes no future increases in prices or earnings.

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!

See the earnings we used

## Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died today. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
|---|---|
| You | $1,904.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
|---|---|
| Your child | $1,516.00 |
| Your spouse caring for your child | $1,516.00 |
| Your spouse at normal retirement age | $2,021.00 |
| Family maximum | $3,537.70 |

Ref's 2

Social Security Online

# Benefit Calculators

Benefit Calculators

## Estimated Earnings
March 24, 2013

The table at right shows the estimated annual amounts of your taxable earnings that we used to calculate your monthly retirement benefit. We estimated these earnings based on the amount of earnings you said you would receive in 2013. We do not use earnings in the year you begin receiving benefits.

If you feel that the earnings shown here are much different from your actual earnings, then you can change the earnings by selecting one of two different methods.

1. ◉ Enter the amounts you want to change. Please note that you will be sending personal data over the Internet – this is not a secure medium.
2. ○ Change the assumed earnings growth rate for past earnings. You may choose to make your earnings grow faster or slower than national average wages by entering a relative growth factor below. Choosing a positive number will cause your earnings to grow faster than the national average, choosing a negative number will cause slower than average growth. Entering a relative growth factor of 2, for example, means your wages will grow 2 percent faster than the national average.

Relative growth factor for past earnings: 3    %

If you change a growth factor, be sure that you have checked box number 2 above!

Submit earnings information

Note that the last year of earnings used in estimating your retirement benefit is the year before the year in which retirement begins, whether at age 62, normal retirement age, or age 70.

| Year | Earnings Taxable amount |
|------|------|
| 1996 | $ 0 |
| 1997 | $ 0 |
| 1998 | $ 0 |
| 1999 | $ 0 |
| 2000 | $ 0 |
| 2001 | $ 0 |
| 2002 | $ 0 |
| 2003 | $ 47,901 |
| 2004 | $ 49,338 |
| 2005 | $ 50,878 |
| 2006 | $ 52,343 |
| 2007 | $ 53,913 |
| 2008 | $ 55,530 |
| 2009 | $ 57,196 |
| 2010 | $ 58,912 |
| 2011 | $ 60,680 |
| 2012 | $ 62,500 |
| 2013 & later | $ 62,500 |

Note  Estimated number of credits earned before age 62 is 148. Minimum requirement is 40 credits.

Privacy Policy | Website Policies & Other Important Information | Site Map

Ket'e 2.3



Ref: 3



National Insurance Institute of Israel
Your personal security, and now

Search

Take-up of rights | Benefits | Insurance Contributions | Branches and Services Stations | Social Policy | Funds | Forms | Direct channels | Laws | About | Tenders

| Accident Injury |
| Attendance allowance for the disabled |
| Bankruptcy and Corporate Liquidation (Employee Rights) |
| Benefit to a child orphaned due to domestic violence |
| Burial Expenses |
| Children |
| Compensation for Blood Transfusion Victims |
| Compensation for Polio Victims |
| Compensation for radiation victims |
| Counseling Service for the Elderly |
| Disability |
| Disabled child |
| Grant to discharged |

> HomePage > Benefits > Old-Age > Pension rates

## Old-Age - Pension rates

 share

The basic old-age pension is NIS 1,502 (as of 01.01.2013) for an individual and NIS 2,257 (as of 01.01.2013) for a couple (the pension for a couple is composed of a pension for an individual plus an increment for the spouse). The basic old-age pension for those age 80 or older is NIS 1,587 (as of 01.01.2013) for an individual and NIS 2,342 (as of 01.01.2013) for a couple.

If each of the couple separately meet the entitlement conditions for an old-age pension, each of them receives an individual pension.

The following increments are added to the above amounts:

**Seniority increment (insurance)** – The old-age pension includes a seniority increment for those who were insured for over 10 years prior to the date of the beginning of his entitlement to an old-age pension, subject to the restrictions prescribed by law.

The seniority increment is 2% of the pension for each full year of insurance after the first 10 years of insurance. The total increment may not exceed 50% of the pension.

**Pension deferral increment** – This increment is paid in cases in which there was no entitlement to an old-age pension due to income from work (even if no claim was submitted) or, because of the income from work, the insured is only entitled to a small old-age pension, and

 Contact Us

 Personal Information

Branch search:
 By Name

Rate 4

**Bank of Israel**
בנק ישראל

Search | All Site

Consumer Information | Publications | Monetary Policy | Markets | Research | Data & Statistics | Banking Supervision | Payment Systems | Currency | Education

**Markets**

Representative exchange rates | Currency and period | Currency and exchange rate | Rates of change | Foreign currency conversion

Other currency exchange rates dates 20/03/2013 | Search | Print

Monetary Tools

Reserve Requirement

Exchange Rates

Foreign Currency Market

Foreign Exchange Reserves Report

Press Releases

Clarifications

Data

Monetary Policy Circulars

The Telbor Market

Mailing lists

Latest Update: 20/03/2013

| Currency | Unit | Country | Rate (NIS) | Daily Change | | Graph |
|----------|------|---------|-----------|--------------|---|-------|
| Dollar | 1 | USA | 3.6800 | -0.054% | ▼ | |
| Pound | 1 | Great Britain | 5.5646 | -0.083% | ▼ | |
| Yen | 100 | Japan | 3.8597 | -0.023% | ▼ | |
| Euro | 1 | EMU | 4.7502 | -0.342% | ▼ | |
| Dollar | 1 | Australia | 3.8221 | 0.355% | ▲ | |
| Dollar | 1 | Canada | 3.5892 | -0.075% | ▼ | |
| krone | 1 | Denmark | 0.6373 | -0.313% | ▼ | |
| Krone | 1 | Norway | 0.6309 | -0.442% | ▼ | |
| Rand | 1 | South Africa | 0.3965 | -0.761% | ▼ | |
| Krona | 1 | Sweden | 0.5706 | -0.123% | ▼ | |
| Franc | 1 | Switzerland | 3.8888 | -0.300% | ▼ | |

Ref: 5.1



U.S. DEPARTMENT OF THE TREASURY

Search

Advanced Search

| Home | Treasury For... | About | Resource Center | | Services | Initiatives | Careers | Connect with Us |

Consumer Policy

Economic Policy

Financial Markets, Financial
Institutions, and Fiscal Service

Financial Sanctions

International

Small Business Programs

Tax Policy

Terrorism and Illicit Finance

Data and Charts Center

  Agency MBS Purchase
  Program

  Interest Rate Statistics

  Investor Class Auction
  Allotments

  Monitoring the Economy

  Quarterly Refunding

  Recovery Act

  Treasury International
  Capital System (TIC)

  U.S. International Reserve
  Position

  TARP Program Results

  TARP Reports

  TARP Tracker

FAQs

# Resource Center

Home » Resource Center » Data and Charts Center » Interest Rate Statistics » TextView

## Daily Treasury Yield Curve Rates

Get updates to this content.

These data are also available in XML format by clicking on the XML icon.

If you are having trouble viewing the above XML in your browser, click here.

To access interest rate data in the legacy XML format, click here.

Select type of Interest Rate Data

Daily Treasury Yield Curve Rates   ▾   Go

Select Time Period

Current Month   ▾   Go

| Date | 1 Mo | 3 Mo | 6 Mo | 1 Yr | 2 Yr | 3 Yr | 5 Yr | 7 Yr | 10 Yr | 20 Yr | 30 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/13 | 0.07 | 0.11 | 0.12 | 0.16 | 0.25 | 0.35 | 0.75 | 1.23 | 1.86 | 2.68 | 3.05 |
| 03/04/13 | 0.07 | 0.11 | 0.12 | 0.16 | 0.24 | 0.36 | 0.76 | 1.26 | 1.88 | 2.70 | 3.08 |
| 03/05/13 | 0.09 | 0.08 | 0.12 | 0.15 | 0.26 | 0.36 | 0.77 | 1.27 | 1.90 | 2.72 | 3.10 |
| 03/06/13 | 0.09 | 0.10 | 0.12 | 0.15 | 0.25 | 0.38 | 0.81 | 1.31 | 1.95 | 2.77 | 3.15 |
| 03/07/13 | 0.10 | 0.10 | 0.11 | 0.15 | 0.25 | 0.40 | 0.85 | 1.36 | 2.00 | 2.82 | 3.20 |
| 03/08/13 | 0.09 | 0.10 | 0.11 | 0.15 | 0.27 | 0.42 | 0.90 | 1.43 | 2.06 | 2.89 | 3.25 |
| 03/11/13 | 0.09 | 0.10 | 0.12 | 0.15 | 0.27 | 0.43 | 0.90 | 1.43 | 2.07 | 2.89 | 3.26 |
| 03/12/13 | 0.10 | 0.10 | 0.12 | 0.16 | 0.27 | 0.41 | 0.88 | 1.40 | 2.03 | 2.85 | 3.22 |
| 03/13/13 | 0.09 | 0.08 | 0.12 | 0.15 | 0.27 | 0.42 | 0.89 | 1.41 | 2.04 | 2.85 | 3.22 |
| 03/14/13 | 0.08 | 0.10 | 0.12 | 0.15 | 0.27 | 0.42 | 0.88 | 1.40 | 2.04 | 2.87 | 3.25 |
| 03/15/13 | 0.07 | 0.09 | 0.11 | 0.14 | 0.26 | 0.40 | 0.84 | 1.35 | 2.01 | 2.85 | 3.22 |
| 03/18/13 | 0.07 | 0.07 | 0.11 | 0.15 | 0.26 | 0.38 | 0.81 | 1.31 | 1.96 | 2.79 | 3.16 |
| 03/19/13 | 0.06 | 0.07 | 0.11 | 0.15 | 0.24 | 0.37 | 0.79 | 1.28 | 1.92 | 2.75 | 3.13 |
| 03/20/13 | 0.08 | 0.07 | 0.11 | 0.15 | 0.26 | 0.38 | 0.81 | 1.32 | 1.96 | 2.80 | 3.19 |

Wednesday Mar 20, 2013

* 30-year Treasury constant maturity series was discontinued on February 18, 2002 and reintroduced on February 9, 2006. From February 18, 2002 to February 9

Ref 8 5.2



# INVEST IN ISRAEL. INVEST IN ISRAEL BONDS.

ABOUT        INVEST        NEWS        ASK

- Invest in Israel Bonds Online
- Manage Holdings
- Sales Offices
- Sign Up



HOME > INVEST >

## Current Rates

How to Invest

Investment Options

eBrochure

Current Rates

   Rates of Outstanding Notes

Invest Online

Online Purchasing Video

Online Purchase FAQs

Prospectuses

Forms

Double Mitzvah Program

**RELATED LINKS**

- How to Invest



CURRENT ISRAEL BOND INVESTMENT RATES

**Current Investment Rates**          Please click here to print this page
*Valid March 15, 2013      Through March 31, 2013*

| ISSUE | TERM | RATE | MATURITY DATE |
|-------|------|------|---------------|
| 2 | | 1.1100% | April 1, 2015 |
| 3 | | 1.4600% | April 1, 2016 |
| 5 | | 2.3200% | April 1, 2018 |
| 10 | | 3.7700% | April 1, 2023 |

Minimum Subscription: $25,000 and increments of $5,000.
Issued on the 1st and 15th of each month

### Diversify with Israel Bonds

Israel bonds are a reliable means of preserving capital, diversifying portfolios and obtaining protection from market fluctuations. Israel has never missed payment of principal or interest since the first Israel bonds were issued in 1951.

### Give a Gift of Israel Bonds

Celebrate births, bar and bat mitzvahs, weddings, graduations and more with a gift of Israel bonds. Mazel Tov bonds and eMitzvah bonds (available only online) can be purchased for all your special occasions.

### A Nation of Innovation

Israel ranks third in NASDAQ-listed companies and has more start-up firms per capita than the U.S. Invest in a nation of innovation – invest in Israel.

Ref: 6.1


**PayScale**

Create an account | Log in

**INDIVIDUALS**  EMPLOYERS

Your Salary Reports ▸  Career Research ▸  Blogs ▸  Special Features ▸  Education ▸  Find Jobs ▸

Search  [Degrees ▾]  Enter a Degree Name for a report  Search    Browse

## Doctorate (PhD), Political Science (PolySci) Degree Salary

United States ▸ Degree/Major Subject ▸ Doctorate (PhD), Political Science (PolySci) Overview ▸ Doctorate (PhD), Political Science (PolySci) Salary
Created: 19 Mar 2013

### Find Out Exactly What You Should Be Paid

**Job Title:**

**Years in Field/Career:**

**Location:**

United States (change)

[ Submit ]

- OR -

[ Sign in with LinkedIn ▾ ]

[ Comp Managers Click Here ]

PayScale

| Salary | Hourly Rate | Bonus | Vacation Weeks | Popular Tallies | More |

By Job  By Years Experience  By City  By State or Province  By Company Size  By Skill/Specialty  More

🏛 **Employees with a Doctorate (PhD), Political Science (PolySci) Degree**  ▸Check salary info for your own job
**Salary Ranges by Job**

| Job Title | National Salary Data (?) | $0 | $36K | $72K |
|---|---|---|---|---|
| Assistant Professor, Postsecondary / Higher Education | $54,495 - $70,785 | | | |
| Associate Professor, Postsecondary / Higher Education | $50,000 - $66,943 | | | |
| Senior Policy Analyst | n/a | Not enough data | | |
| Professor, Postsecondary / Higher Education | n/a | Not enough data | | |
| Research Analyst | n/a | Not enough data | | |
| Dean of Graduate Studies | n/a | Not enough data | | |
| Policy Analyst | n/a | Not enough data | | |

Country: United States | Currency: USD | Updated: 19 Mar 2013 | Individuals Reporting: 47    PayScale

Ref: 6.2



Create an account | Log in

INDIVIDUALS    EMPLOYERS

Your Salary Reports    Career Research ▸    Blogs ▸    Special Features ▸    Education ▸    Find Jobs ▸

The PayScale Index

# The PayScale Index (US): Trends in Compensation

Methodology | FAQ | In the News

View The PayScale Index (Canada) (▾)

Trends by City ▸    Trends by Industry ▸    Trends by Company Size    Trends by Job Category ▸

EMPLOYERS: REQUEST TREND REPORTS

## National (US) Pay Trends
*Updated January 3, 2013*

⌖ Chart View    |    ▤ Table View

The PayScale Index follows the change in wages of employed U.S. workers, revealing trends in compensation for jobs over time. It specifically measures the quarterly change in the total cash compensation of full-time private industry employees nationally, with additional detail on the 20 largest metropolitan areas, 15 industries, 19 job categories and three company sizes.

SEE HIGHLIGHTS FROM THE INDEX FOR Q4:

HOW TO USE THE PAYSCALE INDEX:



© 2013 PayScale, Inc.

▦ National (US)    ▦ Add a pay trend ▾

Refs 6.3

לוח .26 - (המשך)

| מנהלים<br>Managers | בעלי מקצועות חופשיים וטכניים<br>Associate professionals and technicians | בעלי משלח יד אקדמי<br>Academic professionals | סך הכל<br>Total | 2010 | |
|---|---|---|---|---|---|
| | | | | | **גברים** |
| 99.6 | 148.9 | 180.0 | 1,296.7 | שכירים באוכלוסייה (אלפים) | **סך הכל** |
| ±3.8 | ±5.0 | ±5.1 | ±10.6 | | |
| 18,818 | 10,213 | 15,949 | 9,720 | הכנסה ברוטו (ש"ח) - לחודש | |
| ±590.8 | ±245.1 | ±358.3 | ±92.6 | | |
| 86.5 | 58.6 | 83.8 | 51.4 | לשעת עבודה | |
| ±2.7 | ±1.3 | ±1.7 | ±0.5 | | |
| 50.8 | 41.1 | 44.4 | 44.9 | מספר שעות עבודה לשבוע | |
| ±0.4 | ±0.4 | ±0.4 | ±0.1 | | |
| | | | | | **שנות לימוד** |
| <0.6> | ~ | ~ | 66.1 | שכירים באוכלוסייה (אלפים) | **0-8** |
| ±0.3 | | | ±3.4 | | |
| (16,901) | (4,200) | 4,517 | 5,119 | הכנסה ברוטו (ש"ח) - לחודש | |
| ±4,749.5 | ±735.5 | ±270.4 | ±133.6 | | |
| (93.0) | 25.5 | 23.2 | 27.9 | לשעת עבודה | |
| ±30.0 | ±1.9 | ±1.4 | ±0.7 | | |
| 42.0 | 50.8 | 45.0 | 43.5 | מספר שעות עבודה לשבוע | |
| ±2.0 | ±4.8 | ±0.0 | ±0.5 | | |
| 24.4 | 23.9 | 3.1 | 552.2 | שכירים באוכלוסייה (אלפים) | **9-12** |
| ±2.0 | ±1.9 | ±0.7 | ±8.1 | | |
| 14,104 | 8,168 | 9,928 | 7,005 | הכנסה ברוטו (ש"ח) - לחודש | |
| ±719.4 | ±411.5 | ±1,866.6 | ±86.4 | | |
| 65.7 | 45.6 | 56.4 | 36.9 | לשעת עבודה | |
| ±3.3 | ±2.2 | ±9.8 | ±0.4 | | |
| 49.9 | 42.9 | 41.7 | 45.5 | מספר שעות עבודה לשבוע | |
| ±0.9 | ±1.0 | ±2.5 | ±0.2 | | |
| 32.1 | 64.1 | 25.9 | 320.9 | שכירים באוכלוסייה (אלפים) | **13-15** |
| ±2.2 | ±3.3 | ±2.0 | ±6.7 | | |
| 15,984 | 10,434 | 14,385 | 9,801 | הכנסה ברוטו (ש"ח) - לחודש | |
| ±597.8 | ±409.2 | ±721.7 | ±164.5 | | |
| 73.8 | 59.7 | 76.4 | 52.7 | לשעת עבודה | |
| ±2.8 | ±2.1 | ±3.6 | ±0.8 | | |
| 50.7 | 41.2 | 43.6 | 44.0 | מספר שעות עבודה לשבוע | |
| ±0.7 | ±0.7 | ±0.9 | ±0.3 | | |
| 42.4 | 60.3 | 150.8 | 356.1 | שכירים באוכלוסייה (אלפים) | **16+** |
| ±2.5 | ±3.3 | ±4.7 | ±6.6 | | |
| 23,701 | 10,839 | 16,364 | 14,735 | הכנסה ברוטו (ש"ח) - לחודש | |
| ±1,185.8 | ±380.1 | ±407.5 | ±259.0 | | |
| 107.5 | 63.1 | 85.7 | 76.9 | לשעת עבודה | |
| ±5.3 | ±1.8 | ±1.9 | ±1.2 | | |
| 51.4 | 40.3 | 44.6 | 44.8 | מספר שעות עבודה לשבוע | |
| ±0.7 | ±0.7 | ±0.4 | ±0.3 | | |

Ref8 6.4

**TABLE 1.1- (Cont'd)**  —  לוח 1.1- (המשך)
Monthly average  —  ממוצע לחודש

| | | Jobs of Israelis / משרת של ישראלים | | | | Total (incl. jobs of foreign workers(2)) / סך הכל (כולל משרות של עובדים זרים(2)) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Monthly percentage of change in trend | Trend | Seasonally adjusted | Original data | Monthly percentage of change in trend | Trend | Seasonally adjusted | Original data | |
| | | אחוז שינוי חודשי של המגמה | מגמה | מנוכי עונתיות | נתונים מקוריים | אחוז שינוי חודשי של המגמה | מגמה | מנוכי עונתיות | נתונים מקוריים | |
| **Average wages per employee job - NIS** | | | | | | **שכר ממוצע למשרת שכיר - ש"ח** | | | | |
| *At current prices* | | | | | | *במחירים שוטפים* | | | | |
| 2011 Old sample | I-XII | | | | 8,741 | | | | 8,563 | I-XII מדגם ישן 2011 |
| 2011 New sample (3) | I-XII | | | | 8,768 | | | | 8,588 | I-XII מדגם חדש 2011 (3) |
| 2012 New sample (3) | I-XII* | | | | 9,022 | | | | 8,833 | I-XII* מדגם חדש 2011 (3) |
| 2012 New sample (3) | I | | 8,854 | 8,854 | 8,884 | | 8,668 | 8,664 | 8,699 | I מדגם חדש 2012 (3) |
| | II | 0.3 | 8,878 | 8,849 | 8,750 | 0.3 | 8,694 | 8,706 | 8,569 | II |
| | III | 0.3 | 8,905 | 8,875 | 9,099 | 0.3 | 8,722 | 8,651 | 8,912 | III |
| | IV | 0.3 | 8,936 | 8,935 | 8,870 | 0.4 | 8,753 | 8,756 | 8,688 | IV |
| | V | 0.4 | 8,971 | 9,042 | 8,865 | 0.4 | 8,785 | 8,880 | 8,695 | V |
| | VI | 0.4 | 9,009 | 8,998 | 9,386 | 0.4 | 8,818 | 8,845 | 9,190 | VI |
| | VII | 0.4 | 9,046 | 9,020 | 9,209 | 0.4 | 8,851 | 8,834 | 9,030 | VII |
| | VIII | 0.5 | 9,089 | 9,080 | 9,049 | 0.4 | 8,883 | 8,873 | 8,857 | VIII |
| | IX | 0.5 | 9,130 | 9,103 | 9,962 | 0.3 | 8,913 | 8,915 | 8,758 | IX |
| | X | 0.4 | 9,169 | 9,166 | 8,815 | 0.3 | 8,939 | 8,963 | 8,626 | X |
| | XI* | 0.4 | 9,202 | 9,121 | 8,850 | 0.2 | 8,961 | 8,966 | 8,662 | *XI |
| | XII* | 0.3 | 9,229 | 9,304 | 9,509 | 0.2 | 8,977 | 9,051 | 9,299 | *XII |
| *At constant prices - January 2004* | | | | | | *במחירים קבועים - ינואר 2004* | | | | |
| 2011 Old sample | I-XII | | | | 7,240 | | | | 7,093 | I-XII מדגם ישן 2011 |
| *At constant prices - January 2011* | | | | | | *במחירים קבועים - ינואר 2011* | | | | |
| 2011 New sample (3) | I-XII | | | | 8,644 | | | | 8,467 | I-XII מדגם חדש 2011 (3) |
| 2012 New sample (3) | I-XII* | | | | 8,746 | | | | 8,563 | I-XII* מדגם חדש 2011 (3) |
| 2012 New sample (3) | I | | 8,638 | 8,637 | 8,713 | | 8,469 | 8,467 | 8,531 | I מדגם חדש 2012 (3) |
| | II | 0.1 | 8,644 | 8,658 | 8,582 | 0.1 | 8,478 | 8,555 | 8,404 | II |
| | III | 0.1 | 8,656 | 8,622 | 8,890 | 0.2 | 8,492 | 8,401 | 8,707 | III |
| | IV | 0.2 | 8,676 | 8,648 | 8,592 | 0.2 | 8,512 | 8,485 | 8,416 | IV |
| | V | 0.3 | 8,702 | 8,749 | 8,587 | 0.3 | 8,536 | 8,604 | 8,422 | V |
| | VI | 0.3 | 8,731 | 8,752 | 9,118 | 0.3 | 8,561 | 8,605 | 8,927 | VI |
| | VII | 0.4 | 8,762 | 8,772 | 8,937 | 0.3 | 8,585 | 8,585 | 8,764 | VII |
| | VIII | 0.3 | 8,792 | 8,791 | 8,691 | 0.2 | 8,605 | 8,583 | 8,507 | VIII |
| | IX | 0.3 | 8,821 | 8,777 | 8,607 | 0.2 | 8,621 | 8,608 | 8,411 | IX |
| | X | 0.3 | 8,847 | 8,841 | 8,483 | 0.2 | 8,634 | 8,643 | 8,301 | X |
| | XI* | 0.3 | 8,870 | 8,798 | 8,557 | 0.1 | 8,643 | 8,640 | 8,374 | *XI |
| | XII* | 0.2 | 8,888 | 8,967 | 9,176 | 0.1 | 8,650 | 8,727 | 8,974 | *XII |

(1) Excl. domestic help provided by individuals.
(2) Workers from Judea and Samaria and the Gaza Area and workers from abroad. As of 2006, includes foreign workers employed by Israelis in Judea and Samaria Area.
(3) Comparison with data for previous years can be made only through chained indices.

(1) אינם כולל עזרה למשקי בית הניתנת על ידי יחידים.
(2) עובדים מאזור יהודה והשומרון ומחבל עזה ועובדים מחו"ל. החל בשנת 2008 נכללים העובדים הזרים המועסקים על ידי ישראלים באזור יהודה והשומרון.
(3) השוואות לשנים קודמות ניתן לבצע רק באמצעות מדדים משורשרים.

Ketb 7

# פקודת מס הכנסה (נוסח חדש) - חלק ב': הטלת מס

לא בדוק

```
תוכן עניינים
[הסתרה]

1 פקודת מס הכנסה (נוסח חדש), תשכ"א - 1961 - חלק ב': הטלת מס
    1.1 פרק ראשון: המקור
        1.1.1 2. מקורות הכנסה
        1.1.2 2 א. השתכרות או רווח מהימורים מהגרלות או מפרסים
```

[עריכה]פקודת מס הכנסה (נוסח חדש), תשכ"א-1961 - חלק ב': הטלת מס

## [עריכה]פרק ראשון: המקור

### [עריכה]2. מקורות הכנסה

מס הכנסה יהא משתלם, בכפוף להוראות פקודה זו, לכל שנת מס, בשיעורים המפורטים להלן, על הכנסתו של אדם תושב ישראל שהופקה או שנצמחה בישראל או מחוץ לישראל ועל הכנסתו של אדם תושב חוץ שהופקה או שנצמחה בישראל, ממקורות אלה:

(1) השתכרות או רווח מכל עסק או משלח-יד שעסקו בו תקופת זמן כלשהי, או מעסקה או מעסק אקראי בעלי אופי מסחרי;

(2)

(א) השתכרות או רווח מעבודה; כל טובת הנאה או קצובה שניתנו לעובד ממעבידו. תשלומים שניתנו לעובד לכיסוי הוצאותיו, לרבות תשלומים בשל החזקת רכב או טלפון, נסיעות לחוץ-לארץ או רכישת ספרות מקצועית או ביגוד, אך למעט תשלומים כאמור המותרים לעובד כהוצאה. שוויו של שימוש ברכב או ברדיו טלפון נייד, שהועמד לרשותו של העובד; והכל בין שניתנו בכסף ובין בשווה כסף, בין שניתנו לעובד במישרין או בעקיפין או שניתנו לאחר לטובתו.

(ב) שר האוצר, באישור ועדת הכספים של הכנסת, יקבע את שוויו של השימוש ברכב או ברדיו טלפון נייד שהועמד כאמור לרשות העובד.

(3) בטל.

(4) דיבידנד, לרבות דיבידנד המשתלם מתוך רווחי הון של חברה, ריבית, הפרשי הצמדה או דמי ניכיון.

(5) קיצבה, מלוג או אנונה.

(6) דמי שכירות, תמלוגים, דמי מפתח, פרמיות ורווחים אחרים שמקורם באחזקת-בית או בקרקע או בבנין תעשייתי; בנה אדם אחוזת-בית והשכירה וקיבל בעד ההשכרה דמי מפתח או פרמיה ואחר ההשכרה מכר אותה אחוזת-בית לאחר, במישרין או בעקיפין על פי הסכם שנעשה בשעת ההשכרה או לפני כן, יראו את הקונה כאילו קיבל הוא ביום הקניה דמי מפתח או פרמיה באותו סכום; נעשתה הקניה תוך שנה לאחר ההשכרה יראו זאת כראיה לכאורה שאמנם היה הסכם כאמור.

(7) השתכרות או רווח שמקורם בכל נכס שאינו אחוזת בית ולא קרקע ולא בנין תעשייתי.

Ketis 7

(8) השתכרות או רווח שמקורם בחקלאות, בעבודת אדמה, בייעור או בגידולי קרקע, לרבות שוויה של תוצרת המתקבלת בשל השימוש בהון, בנכס, בזרעים או בחיות-בית לצרכי מקורות ההכנסה האמורים בפסקה זו, ולרבות חלק ברווחים המתקבלים מן השימוש כאמור.

(9) תמורה המתקבלת בעד מכירת פטנט או מדגם על ידי הממציא, או בעד מכירת זכות יוצרים על ידי היוצר, אם הומצאה ההמצאה או נוצרה היצירה שלא בתחום עיסוקם הרגיל של הממציא או היוצר.

(10) השתכרות או רווח מכל מקור אחר שאינו כלול בפסקאות (1) עד (9), אך לא הוצא מהם בפירוש ולא ניתן עליו פטור בפקודה זו או בכל דין אחר.