# EXHIBIT 6

David Gritz

Schedule 1

## DAVID GRITZ
## Total Economic Loss

|  | Revised December 1 2014* $ |  |
|---|---|---|
| Total Salary Loss Current Prices | 965,531 | See Schedule 2 |
| Total Severance pay Current Prices | 51,537 |  |
| Total Pension Loss Current Prices | 56,013 | See Schedule 3-4 |
| Total Economic Loss in **U.S. Dollar** | $ **1,073,081** |  |

\* **Subject to the most recent available data.**

December 1, 2014

Schedule 2

David Gritz

## Salary Calculation in US Dollars

US 30 Year Treasury Rate 2.98%  
Israel 10 Year Bond Rate 3.77%  
Exchange Rate 3.914

| Source of Income | David's Age | Year: | Projected Future Wages US $ | Less: Unemployment Effects | Less: Projected Future Contribution US $ | Total Projected Future Income US $ | Factor to December 1, 2014 | Total Loss Value at December 1, 2014 US $ | Period to value | Income | Personal Consumption | Total Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S.A. | 25 | 2003 | 47,901 | (1,916) | (3,518) | 42,467 | 1.000 | 42,467 | | 42,467 | (26,202) | 16,265 |
| U.S.A. | 26 | 2004 | 49,338 | (1,974) | (3,623) | 43,741 | 1.000 | 43,741 | | 43,741 | (26,988) | 16,753 |
| U.S.A. | 27 | 2005 | 50,818 | (2,033) | (3,732) | 45,053 | 1.000 | 45,053 | | 45,053 | (27,798) | 17,255 |
| U.S.A. | 28 | 2006 | 52,343 | (2,094) | (3,844) | 46,405 | 1.000 | 46,405 | | 46,405 | (28,632) | 17,773 |
| U.S.A. | 29 | 2007 | 53,913 | (2,157) | (3,959) | 47,797 | 1.000 | 47,797 | | 47,797 | (29,491) | 18,306 |
| U.S.A. | 30 | 2008 | 55,530 | (2,221) | (4,078) | 49,231 | 1.000 | 49,231 | | 49,231 | (30,376) | 18,855 |
| U.S.A. | 31 | 2009 | 57,196 | (2,288) | (4,201) | 50,708 | 1.000 | 50,708 | | 50,708 | (31,287) | 19,421 |
| U.S.A. | 32 | 2010 | 58,912 | (2,356) | (4,327) | 52,229 | 1.000 | 52,229 | | 52,229 | (32,225) | 20,004 |
| U.S.A. | 33 | 2011 | 60,680 | (2,427) | (4,456) | 53,796 | 1.000 | 53,796 | | 53,796 | (33,192) | 20,604 |
| U.S.A. | 34 | 2012 | 62,500 | (2,500) | (4,590) | 55,410 | 1.000 | 55,410 | | 55,410 | (34,188) | 21,222 |
| U.S.A. | 35 | 2013 | 64,375 | (2,575) | (4,728) | 57,072 | 1.000 | 57,072 | | 57,072 | (35,214) | 21,859 |
| U.S.A. | 36 | Nov-2014 | 75,155 | (3,006) | (5,519) | 66,630 | 1.000 | 66,630 | | 66,630 | (41,110) | 25,519 |
| U.S.A. | 36 | Dec-2014 | 6,832 | (273) | (502) | 6,057 | 0.998 | 6,042 | 0.0833 | 6,042 | (3,728) | 2,314 |
| U.S.A. | 37 | 2015 | 84,447 | (3,378) | (6,202) | 74,867 | 0.969 | 72,523 | 1.0833 | 72,523 | (44,747) | 27,776 |
| U.S.A. | 38 | 2016 | 86,981 | (3,479) | (6,388) | 77,113 | 0.941 | 72,537 | 2.0833 | 72,537 | (44,756) | 27,782 |
| U.S.A. | 39 | 2017 | 89,590 | (3,584) | (6,579) | 79,427 | 0.913 | 72,551 | 3.0833 | 72,551 | (44,764) | 27,787 |
| U.S.A. | 40 | 2018 | 92,278 | (3,691) | (6,777) | 81,810 | 0.887 | 72,566 | 4.0833 | 72,566 | (44,773) | 27,793 |
| U.S.A. | 41 | 2019 | 95,046 | (3,802) | (6,980) | 84,264 | 0.861 | 72,580 | 5.0833 | 72,580 | (44,782) | 27,798 |
| U.S.A. | 42 | 2020 | 97,897 | (3,916) | (7,190) | 86,792 | 0.836 | 72,594 | 6.0833 | 72,594 | (44,790) | 27,803 |
| U.S.A. | 43 | 2021 | 100,834 | (4,033) | (7,405) | 89,396 | 0.812 | 72,608 | 7.0833 | 72,608 | (44,799) | 27,809 |
| U.S.A. | 44 | 2022 | 103,859 | (4,154) | (7,627) | 92,078 | 0.789 | 72,622 | 8.0833 | 72,622 | (44,808) | 27,814 |
| U.S.A. | 45 | 2023 | 106,975 | (4,279) | (7,856) | 94,840 | 0.766 | 72,636 | 9.0833 | 72,636 | (44,816) | 27,820 |
| U.S.A. | 46 | 2024 | 110,184 | (4,407) | (7,734) | 98,043 | 0.744 | 72,917 | 10.0833 | 72,917 | (44,989) | 27,927 |
| U.S.A. | 47 | 2025 | 113,490 | (4,540) | (7,780) | 101,171 | 0.722 | 73,065 | 11.0833 | 73,065 | (45,081) | 27,984 |
| U.S.A. | 48 | 2026 | 116,895 | (4,676) | (7,827) | 104,392 | 0.701 | 73,210 | 12.0833 | 73,210 | (45,170) | 28,039 |
| U.S.A. | 49 | 2027 | 120,401 | (4,816) | (7,876) | 107,709 | 0.681 | 73,351 | 13.0833 | 73,351 | (45,257) | 28,093 |
| U.S.A. | 50 | 2028 | 124,013 | (4,961) | (7,926) | 111,127 | 0.661 | 73,488 | 14.0833 | 73,488 | (45,342) | 28,146 |
| U.S.A. | 51 | 2029 | 127,734 | (5,109) | (7,978) | 114,646 | 0.642 | 73,621 | 15.0833 | 73,621 | (45,424) | 28,197 |
| U.S.A. | 52 | 2030 | 131,566 | (5,263) | (8,031) | 118,272 | 0.624 | 73,752 | 16.0833 | 73,752 | (45,505) | 28,247 |
| U.S.A. | 53 | 2031 | 135,513 | (5,421) | (8,086) | 122,006 | 0.606 | 73,879 | 17.0833 | 73,879 | (45,583) | 28,296 |
| U.S.A. | 54 | 2032 | 139,578 | (5,583) | (8,143) | 125,852 | 0.588 | 74,002 | 18.0833 | 74,002 | (45,660) | 28,343 |
| U.S.A. | 55 | 2033 | 143,766 | (5,751) | (8,201) | 129,814 | 0.571 | 74,123 | 19.0833 | 74,123 | (45,734) | 28,389 |
| U.S.A. | 56 | 2034 | 148,079 | (5,923) | (8,261) | 133,894 | 0.554 | 74,241 | 20.0833 | 74,241 | (45,806) | 28,434 |
| Israel | 57 | 2035 | 124,557 | | (6,851) | 117,706 | 0.458 | 53,945 | 21.0833 | 53,945 | (37,762) | 16,184 |
| Israel | 58 | 2036 | 129,788 | | (7,138) | 122,650 | 0.442 | 54,169 | 22.0833 | 54,169 | (37,918) | 16,251 |
| Israel | 59 | 2037 | 135,239 | | (7,438) | 127,801 | 0.426 | 54,393 | 23.0833 | 54,393 | (38,075) | 16,318 |
| Israel | 60 | 2038 | 140,919 | | (7,751) | 133,169 | 0.410 | 54,618 | 24.0833 | 54,618 | (38,233) | 16,386 |
| Israel | 61 | 2039 | 146,838 | | (8,076) | 138,762 | 0.395 | 54,845 | 25.0833 | 54,845 | (38,391) | 16,453 |
| Israel | 62 | 2040 | 153,005 | | (8,415) | 144,590 | 0.381 | 55,072 | 26.0833 | 55,072 | (38,550) | 16,522 |
| Israel | 63 | 2041 | 159,431 | | (8,769) | 150,663 | 0.367 | 55,300 | 27.0833 | 55,300 | (38,710) | 16,590 |
| Israel | 64 | 2042 | 166,127 | | (9,137) | 156,990 | 0.354 | 55,529 | 28.0833 | 55,529 | (38,871) | 16,659 |
| Israel | 65 | 2043 | 173,105 | | (9,521) | 163,584 | 0.341 | 55,759 | 29.0833 | 55,759 | (39,032) | 16,728 |
| Israel | 66 | 2044 | 180,375 | | (9,921) | 170,454 | 0.328 | 55,991 | 30.0833 | 55,991 | (39,193) | 16,797 |
| Israel | 67 | Mar-45 | 46,988 | | (2,584) | 44,403 | 0.317 | 14,056 | 31.0833 | 14,056 | (9,839) | 4,217 |
| TOTAL: | | | 4,520,992 | (118,585) | (287,526) | 4,114,881 | | 2,643,124 | | 2,643,124 | (1,677,593) | 965,531 |

December 1, 2014

David Gritz

Schedule 3

## Pension Calculation in US Dollars

| Year: | Projected Future Pension Distributions, Valued at December 1, 2014 US $ | Projected Future Pension Distributions, Valued at December 1, 2014 US $ | Projected Future Pension from National Insurance US $ | Total Pension Loss Value at December 1, 2014 US $ | | | | |
|---|---|---|---|---|---|---|---|---|
| | United States | Israel | Israel | Total | | Years from Valuation Date | Income | Personal Consumption | Total Income |
| Mar-45 | 5,659 | 3,900 | 4,093 | 13,652 | | 32.083333 | 13,652 | (9,556) | 4,095 |
| 2046 | 7,327 | 3,758 | 4,093 | 15,178 | | 33.083333 | 15,178 | (10,624) | 4,553 |
| 2047 | 7,115 | 3,622 | 4,093 | 14,829 | | 34.083333 | 14,829 | (10,380) | 4,449 |
| 2048 | 6,909 | 3,490 | 4,093 | 14,492 | | 35.083333 | 14,492 | (10,144) | 4,348 |
| 2049 | 6,709 | 3,363 | 4,093 | 14,165 | | 36.083333 | 14,165 | (9,916) | 4,250 |
| 2050 | 6,515 | 3,241 | 4,093 | 13,849 | | 37.083333 | 13,849 | (9,694) | 4,155 |
| 2051 | 6,326 | 3,123 | 4,093 | 13,543 | | 38.083333 | 13,543 | (9,480) | 4,063 |
| 2052 | 6,143 | 3,010 | 4,093 | 13,246 | | 39.083333 | 13,246 | (9,272) | 3,974 |
| 2053 | 5,965 | 2,900 | 4,093 | 12,959 | | 40.083333 | 12,959 | (9,071) | 3,888 |
| 2054 | 5,793 | 2,795 | 4,093 | 12,681 | | 41.083333 | 12,681 | (8,877) | 3,804 |
| 2055 | 5,625 | 2,694 | 4,093 | 12,412 | | 42.083333 | 12,412 | (8,688) | 3,724 |
| 2056 | 5,462 | 2,596 | 4,093 | 12,151 | | 43.083333 | 12,151 | (8,506) | 3,645 |
| 2057 | 5,304 | 2,501 | 4,093 | 11,899 | | 44.083333 | 11,899 | (8,329) | 3,570 |
| 2058 | 5,151 | 2,411 | 4,093 | 11,654 | | 45.083333 | 11,654 | (8,158) | 3,496 |
| TOTAL: | 86,002 | 43,404 | 57,302 | 186,708 | | | 186,708 | (130,696) | 56,013 |

US 30 Year Treasury Rate  2.98%
Israel 10 Year bond rate  3.77%
Exchange Rate  3.914

December 1, 2014

David Gritz

Schedule 4

## Total Pension Contributions in US $ Currency

Exchange Rate: 3.914

| Source of Pension | David's Age | Year: | Projected Future Wages | Less: Unemployment Effects | Total Projected Future Wages | Employee Contribution to Pension | Employer Contribution to Pension | Total Pension Contributions |
|---|---|---|---|---|---|---|---|---|
| | | | US $ | | | US $ | US $ | US $ |
| U.S.A. | 25 | 2003 | 47,901 | (1,916) | 45,985 | (3,518) | (3,518) | (7,036) |
| U.S.A. | 26 | 2004 | 49,338 | (1,974) | 47,365 | (3,623) | (3,623) | (7,247) |
| U.S.A. | 27 | 2005 | 50,818 | (2,033) | 48,785 | (3,732) | (3,732) | (7,464) |
| U.S.A. | 28 | 2006 | 52,343 | (2,094) | 50,249 | (3,844) | (3,844) | (7,688) |
| U.S.A. | 29 | 2007 | 53,913 | (2,157) | 51,757 | (3,959) | (3,959) | (7,919) |
| U.S.A. | 30 | 2008 | 55,530 | (2,221) | 53,309 | (4,078) | (4,078) | (8,156) |
| U.S.A. | 31 | 2009 | 57,196 | (2,288) | 54,908 | (4,201) | (4,201) | (8,401) |
| U.S.A. | 32 | 2010 | 58,912 | (2,356) | 56,556 | (4,327) | (4,327) | (8,653) |
| U.S.A. | 33 | 2011 | 60,680 | (2,427) | 58,252 | (4,456) | (4,456) | (8,913) |
| U.S.A. | 34 | 2012 | 62,500 | (2,500) | 60,000 | (4,590) | (4,590) | (9,180) |
| U.S.A. | 35 | 2013 | 64,375 | (2,575) | 61,800 | (4,728) | (4,728) | (9,455) |
| U.S.A. | 36 | Nov-2014 | 75,155 | (3,006) | 72,149 | (5,519) | (5,519) | (11,039) |
| U.S.A. | 36 | Dec-2014 | 6,832 | (273) | 6,559 | (502) | (502) | (1,004) |
| U.S.A. | 37 | 2015 | 84,447 | (3,378) | 81,069 | (6,202) | (6,202) | (12,404) |
| U.S.A. | 38 | 2016 | 86,981 | (3,479) | 83,501 | (6,388) | (6,388) | (12,776) |
| U.S.A. | 39 | 2017 | 89,590 | (3,584) | 86,006 | (6,579) | (6,579) | (13,159) |
| U.S.A. | 40 | 2018 | 92,278 | (3,691) | 88,587 | (6,777) | (6,777) | (13,554) |
| U.S.A. | 41 | 2019 | 95,046 | (3,802) | 91,244 | (6,980) | (6,980) | (13,960) |
| U.S.A. | 42 | 2020 | 97,897 | (3,916) | 93,981 | (7,190) | (7,190) | (14,379) |
| U.S.A. | 43 | 2021 | 100,834 | (4,033) | 96,801 | (7,405) | (7,405) | (14,811) |
| U.S.A. | 44 | 2022 | 103,859 | (4,154) | 99,705 | (7,627) | (7,627) | (15,255) |
| U.S.A. | 45 | 2023 | 106,975 | (4,279) | 102,696 | (7,856) | (7,856) | (15,713) |
| U.S.A. | 46 | 2024 | 110,184 | (4,407) | 105,777 | (7,734) | (7,734) | (15,468) |
| U.S.A. | 47 | 2025 | 113,490 | (4,540) | 108,950 | (7,780) | (7,780) | (15,560) |
| U.S.A. | 48 | 2026 | 116,895 | (4,676) | 112,219 | (7,827) | (7,827) | (15,654) |
| U.S.A. | 49 | 2027 | 120,401 | (4,816) | 115,585 | (7,876) | (7,876) | (15,752) |
| U.S.A. | 50 | 2028 | 124,013 | (4,961) | 119,053 | (7,926) | (7,926) | (15,853) |
| U.S.A. | 51 | 2029 | 127,734 | (5,109) | 122,624 | (7,978) | (7,978) | (15,956) |
| U.S.A. | 52 | 2030 | 131,566 | (5,263) | 126,303 | (8,031) | (8,031) | (16,063) |
| U.S.A. | 53 | 2031 | 135,513 | (5,421) | 130,092 | (8,086) | (8,086) | (16,173) |
| U.S.A. | 54 | 2032 | 139,578 | (5,583) | 133,995 | (8,143) | (8,143) | (16,286) |
| U.S.A. | 55 | 2033 | 143,766 | (5,751) | 138,015 | (8,201) | (8,201) | (16,402) |
| U.S.A. | 56 | 2034 | 148,079 | (5,923) | 142,155 | (8,261) | (8,261) | (16,523) |
| Israel | 57 | 2035 | 124,557 | - | 124,557 | (6,851) | (7,473) | (14,324) |
| Israel | 58 | 2036 | 129,788 | - | 129,788 | (7,138) | (7,787) | (14,926) |
| Israel | 59 | 2037 | 135,239 | - | 135,239 | (7,438) | (8,114) | (15,553) |
| Israel | 60 | 2038 | 140,919 | - | 140,919 | (7,751) | (8,455) | (16,206) |
| Israel | 61 | 2039 | 146,838 | - | 146,838 | (8,076) | (8,810) | (16,886) |
| Israel | 62 | 2040 | 153,005 | - | 153,005 | (8,415) | (9,180) | (17,596) |
| Israel | 63 | 2041 | 159,431 | - | 159,431 | (8,769) | (9,566) | (18,335) |
| Israel | 64 | 2042 | 166,127 | - | 166,127 | (9,137) | (9,968) | (19,105) |
| Israel | 65 | 2043 | 173,105 | - | 173,105 | (9,521) | (10,386) | (19,907) |
| Israel | 66 | 2044 | 180,375 | - | 180,375 | (9,921) | (10,823) | (20,743) |
| Israel | 67 | Mar-45 | 46,988 | - | 46,988 | (2,584) | (2,819) | (5,404) |
| | | TOTAL: | 4,520,992 | (118,585) | 4,402,408 | (287,526) | (295,308) | (582,835) |

**Israel Monthly Pension Payout**

Total Pension Contributions from Israel Sources / Total Pension Contributions from Israel Sources / No. of Retirement Years = 12,784.49

December 1, 2014

David Gritz

Schedule 5

**DAVID GRITZ**
Total Economic Loss/ Summary

| | Revised December 1, 2014 $ | | Original $ |
|---|---|---|---|
| Total Salary Loss Current Prices | 965,531 | See Schedule 2 | 921,175 |
| Total Severance pay Current Prices | 51,537 | | 50,770 |
| Total Pension Loss Current Prices | 56,013 | See Schedule 3-4 | 56,525 |
| Total Economic Loss in **U.S. Dollar** | $ 1,073,081 | | $ 1,028,470 |

\* Subject to the most recent available data.

**Assumptions:**

| | 12/2014 | 7/2013 |
|---|---|---|
| Determination of the valuation date | 3.77 | 3.77 |
| Determination of an interest rate - in Israel | 2.98 | 2.98 |
| Determination of an interest rate - in US.* | | |

\* 3.19% intrest rate ammended to be uniform over all reports by sokolow lawyers instructions.

| **Expected Future Earnings** | | |
|---|---|---|
| Individual's salary with a PHD in Political Science in the US | 81,987.5 | 62,500 |
| Average wage for an academic professional in Israel | 16,433 | 16,364 |

| **Growth Rate** | | |
|---|---|---|
| Average national salary growth rate in the US | 3% | 3% |
| Average wages growth rate in Israel | 4.2% | 4.2% |

| **Estimation of Income after Retirement** | | |
|---|---|---|
| US monthly pension | 1,613 | 1,439 |
| National Insurance monthly pension, net | 1,335 | 1,310 |
| Exchange rate | 3.914 | 3.693 |

December 1, 2014



# Doctorate (PhD), Political Science (PolySci) Degree Average Salary

Employees with a Doctorate (PhD), Political Science (PolySci) Degree Salary Ranges by Job

| Job Title | National Salary |
|---|---|
| Associate Professor, Postsecondary / Higher Education | $53,520 – $110,055 |
| Professor, Postsecondary / Higher Education | $103,467 – $162,330 |

$$\left(\frac{53{,}920 + 110{,}055}{2}\right) = \$81{,}987.50$$

לוח 26.- (המשך)

| מנהלים | בעלי מקצועות חופשיים וטכניים | בעלי משלח יד אקדמי | סך הכל | | | |
|---|---|---|---|---|---|---|
| Managers | Associate professionals and technicians | Academic professionals | Total | | | |
| | | | | | | **גברים** |
| 111.1 | 160.6 | 193.5 | 1,323.7 | | שכירים באוכלוסייה (אלפים) | סך הכל |
| ±4.1 | ±5.4 | ±5.3 | ±11.2 | | | |
| 19,260 | 10,813 | 15,964 | 9,976 | לחודש | הכנסה ברוטו (ש"ח) - | |
| ±567.3 | ±254.1 | ±296.4 | ±90.6 | | | |
| 90.3 | 61.0 | 84.0 | 53.0 | לשעת עבודה | | |
| ±2.6 | ±1.3 | ±1.4 | ±0.5 | | | |
| 49.7 | 41.5 | 44.4 | 44.5 | | מספר שעות עבודה לשבוע | |
| ±0.4 | ±0.4 | ±0.4 | ±0.1 | | | |
| | | | | | | **מספר שנות לימוד** |
| ~ | ~ | 0.0 | 64.2 | | שכירים באוכלוסייה (אלפים) | 0-8 |
| | | | ±3.6 | | | |
| (11,131) | (4,421) | 0.0 | 5,145 | לחודש | הכנסה ברוטו (ש"ח) - | |
| ±3,427.2 | ±273.3 | | ±1362 | | | |
| (55.1) | 21.1 | 0.0 | 27.8 | לשעת עבודה | | |
| ±20.3 | ±3.5 | | ±0.7 | | | |
| 46.7 | 48.5 | 0.0 | 43.9 | | מספר שעות עבודה לשבוע | |
| ±4.9 | ±11.1 | | ±0.6 | | | |
| 26.9 | 27.8 | 2.5 | 560.8 | | שכירים באוכלוסייה (אלפים) | 9-12 |
| ±2.0 | ±2.4 | ±0.6 | ±8.6 | | | |
| 16,235 | 9,081 | 10,273 | 7,226 | לחודש | הכנסה ברוטו (ש"ח) - | |
| ±1,012.0 | ±550.3 | ±1,922.3 | ±195.8 | | | |
| 73.3 | 51.1 | 63.2 | 38.2 | לשעת עבודה | | |
| ±4.3 | ±2.9 | ±9.7 | ±0.5 | | | |
| 51.5 | 41.8 | 37.8 | 45.1 | | מספר שעות עבודה לשבוע | |
| ±1.0 | ±1.0 | ±3.0 | ±0.2 | | | |
| 31.0 | 73.0 | 31.3 | 322.7 | | שכירים באוכלוסייה (אלפים) | 13-15 |
| ±2.3 | ±3.7 | ±2.2 | ±7.0 | | | |
| 17,495 | 10,951 | 14,038 | 10,184 | לחודש | הכנסה ברוטו (ש"ח) - | |
| ±892.8 | ±364.8 | ±683.7 | ±177.6 | | | |
| 81.6 | 60.9 | 77.4 | 55.0 | לשעת עבודה | | |
| ±4.2 | ±1.9 | ±3.3 | ±0.9 | | | |
| 49.8 | 42.0 | 42.6 | 43.6 | | מספר שעות עבודה לשבוע | |
| ±0.7 | ±0.6 | ±0.9 | ±0.3 | | | |
| 52.7 | 59.3 | 159.7 | 375.5 | | שכירים באוכלוסייה (אלפים) | +16 |
| ±2.9 | ±3.4 | ±4.9 | ±7.0 | | | |
| 21,928 | 11,495 | 16,435 | 14,735 | לחודש | הכנסה ברוטו (ש"ח) - | |
| ±921.3 | ±449.2 | ±333.1 | ±212.2 | | | |
| 105.1 | 66.1 | 85.4 | 77.5 | לשעת עבודה | | |
| ±4.4 | ±2.2 | ±1.6 | ±1.1 | | | |
| 48.7 | 40.8 | 44.9 | 44.5 | | מספר שעות עבודה לשבוע | |
| ±0.5 | ±0.7 | ±0.4 | ±0.5 | | | |

תפריט ראשי

זקנה

דף הבית > קצבאות והטבות > זקנה > ניכויים מתשלום הקצבה

זקנה - ניכויים מתשלום הקצבה

### דמי ביטוח בריאות

מקצבת הזקנה שלך ינוכו דמי ביטוח בריאות בסכום של 196 ש"ח (החל ב- 01.01.2014) לחודש ליחיד ו- 283 ש"ח (החל ב- 01.01.2014) לחודש לזוג. אם אתה זכאי לתוספת השלמת הכנסה ינוכו מקצבתך דמי ביטוח בריאות בסכום של 103 ש"ח (החל ב- 01.01.2014) לחודש (ליחיד וגם לזוג).

**לתשומת לבך,**

אם אתה עובד כשכיר, והמעסיק שלך מנכה משכרך דמי ביטוח בריאות, עליך - לפנות למעסיקך להפסקת הניכוי הזה.

אם אתה מקבל תוספת בקצבת הזקנה בעד בת הזוג, ינוכו מקצבתך דמי ביטוח - בריאות לזוג, גם אם בת הזוג עובדת כשכירה.

אם אינך מקבל את התוספת בקצבת הזקנה בעד בת הזוג, מכיוון שהיא מקבלת - קצבה מהביטוח הלאומי, ינוכו מקצבתך דמי ביטוח בריאות לזוג.

### חוב לביטוח הלאומי

המוסד לביטוח לאומי רשאי לנכות מקצבת הזקנה שלך חוב שאתה חייב בדמי ביטוח, מקדמות שקיבלת על חשבון הקצבה או על חשבון קצבאות אחרות, סכומים ששולמו לך בטעות או שלא כדין, וכן דמי מזונות המגיעים ממך לפי פסק דין של בית משפט או של בית דין מוסמך (לשם תשלום דמי מזונות רשאי המוסד לביטוח לאומי להעביר או לעקל את קצבת הזקנה).

מבוטח עצמאי ומבוטח שאינו שכיר ואינו עצמאי, החייבים דמי ביטוח למוסד לביטוח לאומי - לא תשולם להם קצבת זקנה, או תשולם להם קצבת זקנה מופחתת (לפי סכום החוב וזמן הפיגור בתשלום) עד להסדרת החוב במחלקת הגבייה.

חובה עליך להודיע למוסד לביטוח לאומי על כל שינוי, שיש בו כדי להשפיע על תשלום קצבת הזקנה (כגון שינוי כתובת, שינוי במצב המשפחתי, שינוי בהכנסות שלך או של בן זוגך). את ההודעה יש למסור בכתב בתוך 30 יום מיום השינוי.

דף הבית > קצבאות והטבות > זקנה > שיעור הקצבה

## זקנה - שיעורי הקצבה

סכום קצבת הזקנה הבסיסית היחידשית ליחיד הוא 1,531 ש"ח (החל ב- 01.01.2014) ולזוג (הקצבה לזוג מורכבת מקצבה ליחיד וכן תוספת בעבור בת זוג) - 2,391 ש"ח (החל ב- 01.01.2014). סכום קצבת זקנה בסיסית מחודשת לבני 80 ומעלה, ליחיד - 1,617 ש"ח (החל ב- 01.01.2014). (הקצבה לזוג מורכבת מקצבה ליחיד של בן 80 וכן תוספת בעד בן זוג) - 2,387 ש"ח (החל ב- 01.01.2014).

אם שני בני הזוג, כל אחד בנפרד, עונים על תנאי הזכאות לקצבת זקנה, יקבל כל אחד מהם קצבת יחיד.

על סכומים אלה מתווספות התוספות הבאות:

תוספת ותק (ביטוח) קצבת הזקנה וכולל תוספת ותק לייי שהיה מבויוחר יותר מ-10 שנים לפני יום זכאותו לקצבת זקנה בפעם הראשונה, בכפוף למגבלות הקבועות בחוק.

שיעור תוספת ותק - 2% מן הקצבה בעד כל שנת ביטוח מלאה שלאחר 10 שנה הביטוח הראשונות. בסך הכל לא תעלה התוספת על 50% מהקצבה. עקרת בית יכולה לקבל בתנאים מסוימים רק 2% תוספת ותק.

תוספת דחיית קצבה - תשולם במקרים שלא הייתה זכאות לקצבת זקנה בגלל הכנסות מעבודה, או שבגלל ההכנסות מעבודה הגיעה למבוטח קצבת זקנה בסכום נמוך, והוא ויתר על קבלת סכום נמוך זה.

שיעור תוספת דחיית קצבה - 5% מן הקצבה (כולל תוספת הוותק) בעד כל שנה שתשלום הקצבה נדחה בגלל הכנסות מעבודה מגיל פרישה עד גיל הזכאות לקצבת זקנה.

תוספות בשל תלויים - בת זוג, בן זוג, ילד. לפרטים ראה תוספת בעד בן זוג וילדים.

סכומי קצבת הזקנה לחודש (מעודכן ל- 01.01.2014)

| | סכום בש"ח |
|---|---|
| ליחיד/ה בן/בת 80 ומעלה | 1,617 ש"ח |
| לזוג (הקצבה לזוג מורכבת מקצבה ליחיד וכן תוספת בעבור בת זוג) | 2,391 ש"ח |
| לזוג, שהזכאי לקצבה הוא בן 80 ומעלה | 2,387 ש"ח |
| ליחיד/ה + ילד | 2,015 ש"ח |
| לזוג + ילד תוספת בעד ילד תשולם רק לאחר זכנו | 2,785 ש"ח |
| ליחיד/ה + 2 ילדים ויותר* | 2,499 ש"ח |
| לזוג + 2 ילדים ויותר* | 3,269 ש"ח |

* התוספת בעד ילד משולמת בעד שני הילדים הראשונים בלבד.

* סכום התוספת בעד כל אחד משני הילדים 484 ש"ח

* סכום התוספת הבסיסית בעד בן/בת זוג - 770 ש"ח.

אנו דף כולל גלללי, אין להתייחס למידע זה כהווה מתקיב של חווק. כל הוכא כת שאינה לו במינד לבית לאתי

המוסד לביטוח לאומי

כל האתר

| חינוך | שירות ומעות | חיערך התשלומים | הפיקוח על הבנקים | סטטיסטיקה | מחקר | ... | מדיניות מוניטרית | התשלום וריחווטים | שירות לציבור |

| המרת מט"ח | | חישוב שערי שינוי | בחירה במטבע ותקופה | בחירה במטבע ותקופה | | ... | | | |

שערים יציגים לתאריך אחר 28/11/2014

הדפס

כלים מוניטריים

תאריך עדכון: 28/11/2014

חובת הנזילות

| גרף | שינוי יומי | השער | המדינה | היחידה | מטבע | |
|---|---|---|---|---|---|---|
| | | | | | יורו | שערי חליפין יציגים |
| | 0.077% | 3.8075 | ארצות הברית | 1 | דולר | שוק המרבון הפתוח |
| | -0.232% | 6.1963 | בריטניה | 1 | לישט"ס | |
| | -0.532% | 3.2905 | יפן | 100 | ין | חוק הבנקים המרכזי חוץ |
| | -0.256% | 4.8366 | האיחוד המוניטרי האירופי | 1 | אירו | רה רות לעיתונות |
| | -0.693% | 3.3080 | אוסטרליה | 1 | דולר | דברי הסבר |
| | -0.909% | 3.4147 | קנדה | 1 | דולר | |
| | -0.261% | 0.6500 | דנמרק | 1 | כתר | הסדר המדינות המתעוררות |
| | -1.191% | 0.5557 | נורווגיה | 1 | כתר | |
| | -0.621% | 0.3522 | דרום אפריקה | 1 | רנד | שוק ההלכה |
| | -0.267% | 0.5220 | שוודיה | 1 | כתר | הרשם להבאה עדכון |
| | +0.231% | 4.0246 | שוויץ | 1 | פרנק | |
| | 0.085% | 5.5178 | ירדן/סורי צעיר | 1 | דינר | רשימת פרסומים |
| | ללא שינוי | 0.0257 | לבנון/סורי ומצ | 10 | לירה | לוחות סטסיסים |
| | 0.074% | 0.5439 | מיד ים/שערי נוסף | 1 | לירה | |
| | 0.197%- | | | | מחירלים ומעריים | |

לפי שערי המרה בקובץ XML.
הצהרה על קובץ XML של שערי חליפין.
לחישוב שערי מטבעותיים.
שערי חליפין ומחירים לפי קשתות של שנים.

© Copyright 2012 The Bank of Israel, All Rights Reserved 2012 © כל הזכויות שמורות בנק ישראל

Social Security Online

Benefit Calculators



## Quick Calculator Benefit Estimates
November 25, 2014

### Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your normal (or full) retirement age (67). We assume you will work every year up to the year in which you begin receiving benefits.

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $1,613 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $2,326 for the rest of your life. So by waiting until age 67, you can then receive $713 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

### Information you submitted

| | |
|---|---|
| Date of birth: | 3/23/1978 |
| Current earnings: | $82,233.00 |
| Benefit in **year-2014** dollars | |

### Retirement Benefit Estimates

| Retirement age | Monthly benefit amount [1] |
|---|---|
| 62 and 1 month in 2040 | $1,613.00 |
| 67 in 2045 | $2,326.00 |
| 70 in 2048 | $2,910.00 |

[1] Assumes no future increases in prices or earnings.

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!

See the earnings we used

### Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died **today**. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
|---|---|
| You | $1,985.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
|---|---|
| Your child | $1,585.00 |
| Your spouse caring for your child | $1,585.00 |
| Your spouse at normal retirement age | $2,113.00 |
| Family maximum | $3,699.10 |

25/11/2014    Estimated Social Security Benefit

Social Security Online 

Benefit Calculators

## Estimated Earnings
November 25, 2014

| | Earnings | |
|---|---|---|
| Year | | Taxable amount |
| 1996 | | $0 |
| 1997 | | $0 |
| 1998 | | $0 |
| 1999 | | $0 |
| 2000 | | $0 |
| 2001 | | $0 |
| 2002 | | $0 |
| 2003 | | $47,901 |
| 2004 | | $49,338 |
| 2005 | | $50,818 |
| 2006 | | $52,343 |
| 2007 | | $53,913 |
| 2008 | | $55,530 |
| 2009 | | $57,196 |
| 2010 | | $58,912 |
| 2011 | | $60,680 |
| 2012 | | $62,500 |
| 2013 | | $64,375 |
| 2014 & later | | $82,233 |

The table at right shows the estimated annual amounts of your taxable earnings that we used to calculate your monthly retirement benefit. We estimated these earnings based on the amount of earnings you said you would receive in 2014. We do not use earnings in the year you begin receiving benefits.

If you feel that the earnings shown here are much different from your actual earnings, then you can change the earnings by selecting one of two different methods.

1. ⊙ Enter the amounts you want to change. Please note that you will be sending personal data over the Internet – this is not a secure medium.
2. ○ Change the assumed earnings growth rate for past earnings. You may choose to make your earnings grow faster or slower than national average wages by entering a relative growth factor below. Choosing a positive number will cause your earnings to grow faster than the national average; choosing a negative number will cause slower than average growth. Entering a relative growth factor of 2, for example, means your wages will grow 2 percent faster than the national average.
   Relative growth factor for past earnings: 3    %
   If you change a growth factor, be sure that you have checked box number 2 above!

[Submit earnings information]

Note that the last year of earnings used in estimating your retirement benefit is the year before the year in which retirement begins, whether at age 62, normal retirement age, or age 70.

Note: Estimated number of credits earned before age 62 is 148. Minimum requirement is 40 credits.

Social Security Online

Benefit Calculators



## Quick Calculator Benefit Estimates
November 25, 2014

### Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your normal (or full) retirement age (67). We assume you will work every year up to the year in which you begin receiving benefits.

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $1,631 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $2,344 for the rest of your life. So by waiting until age 67, you can then receive $713 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

#### Information you submitted

| | |
|---|---|
| Date of birth: | 3/23/1978 |
| Current earnings: | $82,233.00 |
| Benefit in year-2014 dollars | |

#### Retirement Benefit Estimates

| Retirement age | Monthly benefit amount [1] |
|---|---|
| 62 and 1 month in 2040 | $1,631.00 |
| 67 in 2045 | $2,344.00 |
| 70 in 2048 | $2,917.00 |

[1] Assumes no future increases in prices or earnings.

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!

See the earnings we used

### Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died **today**. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
|---|---|
| You | $2,112.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
|---|---|
| Your child | $1,655.00 |
| Your spouse caring for your child | $1,655.00 |
| Your spouse at normal retirement age | $2,207.00 |
| Family maximum | $3,862.30 |

25/11/2014                             Estimated Social Security Benefit

Social Security Online 

Benefit Calculators

**Estimated Earnings**
November 25, 2014

|  | Earnings | |
|---|---|---|
| Year | | Taxable amount |
| 1996 | | $0 |
| 1997 | | $0 |
| 1998 | | $0 |
| 1999 | | $0 |
| 2000 | | $0 |
| 2001 | | $0 |
| 2002 | | $0 |
| 2003 | | $47,901 |
| 2004 | | $49,338 |
| 2005 | | $50,818 |
| 2006 | | $52,343 |
| 2007 | | $53,913 |
| 2008 | | $55,530 |
| 2009 | | $57,196 |
| 2010 | | $58,912 |
| 2011 | | $60,680 |
| 2012 | | $62,500 |
| 2013 | | $64,375 |
| 2014 & later | | $82,233 |

The table at right shows the estimated annual amounts of your taxable earnings that we used to calculate your monthly retirement benefit. We estimated these earnings based on the amount of earnings you said you would receive in 2014. We do not use earnings in the year you begin receiving benefits.

If you feel that the earnings shown here are much different from your actual earnings, then you can change the earnings by selecting one of two different methods.

1. ⊙ Enter the amounts you want to change. Please note that you will be sending personal data over the Internet – this is not a secure medium.
2. ○ Change the assumed earnings growth rate for past earnings. You may choose to make your earnings grow faster or slower than national average wages by entering a relative growth factor below. Choosing a positive number will cause your earnings to grow faster than the national average; choosing a negative number will cause slower than average growth. Entering a relative growth factor of 2, for example, means your wages will grow 2 percent faster than the national average.
Relative growth factor for past earnings: 3   %
If you change a growth factor, be sure that you have checked box number 2 above!

Submit earnings information

Note that the last year of earnings used in estimating your retirement benefit is the year before the year in which retirement begins, whether at age 62, normal retirement age, or age 70.

Note: Estimated number of credits earned before age 62 is 148. Minimum requirement is 40 credits.

Social Security Online 

Benefit Calculators

## Estimated Earnings
November 25, 2014

The table at right shows the estimated annual amounts of your taxable earnings that we used to calculate your monthly retirement benefit. We estimated these earnings based on the amount of earnings you said you would receive in 2014. We do not use earnings in the year you begin receiving benefits.

If you feel that the earnings shown here are much different from your actual earnings, then you can change the earnings by selecting one of two different methods.

1. Enter the amounts you want to change. Please note that you will be sending personal data over the Internet – this is not a secure medium.
2. Change the assumed earnings growth rate for past earnings. You may choose to make your earnings grow faster or slower than national average wages by entering a relative growth factor below. Choosing a positive number will cause your earnings to grow faster than the national average; choosing a negative number will cause slower than average growth. Entering a relative growth factor of 2, for example, means your wages will grow 2 percent faster than the national average.
Relative growth factor for past earnings: 0.0    %
If you change a growth factor, be sure that you have checked box number 2 above!

Submit earnings information

Note that the last year of earnings used in estimating your retirement benefit is the year before the year in which retirement begins, whether at age 62, normal retirement age, or age 70.

| Year | Earnings Taxable amount |
|---|---|
| 1996 | $0 |
| 1997 | $0 |
| 1998 | $0 |
| 1999 | $0 |
| 2000 | $0 |
| 2001 | $0 |
| 2002 | $0 |
| 2003 | $60,838 |
| 2004 | $61,020 |
| 2005 | $61,203 |
| 2006 | $61,387 |
| 2007 | $61,571 |
| 2008 | $61,756 |
| 2009 | $61,941 |
| 2010 | $62,127 |
| 2011 | $62,313 |
| 2012 | $62,500 |
| 2013 | $62,688 |
| 2014 & later | $82,233 |

Note: Estimated number of credits earned before age 62 is 148. Minimum requirement is 40 credits.