# MANDATE

S.D.N.Y.-N.Y.C.
04-cv-397
Daniels, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of January, two thousand fifteen.

Present:

    Gerard E. Lynch,
    Denny Chin,
        *Circuit Judges*,
    John G. Koeltl,*
        *District Judge*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 28, 2015

In re Palestine Liberation Organization, Palestinian Authority,

                      *Petitioners*.

14-4449

Petitioners have filed a petition for a writ of mandamus and move for a stay of district court proceedings and for leave to reply to Respondents' opposition. Respondents move to file their opposition under seal. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioners have not demonstrated that exceptional circumstances warrant the requested relief. *See In re von Bulow*, 828 F.2d 94, 96-97 (2d Cir. 1987). It is further ORDERED that Petitioners' motion for a stay is DENIED as moot, Petitioners' motion for leave to reply is GRANTED, and Respondents' motion to file under seal is GRANTED. However, since only a small portion of Respondents' opposition papers and the attached exhibits warrant sealing, Respondents are directed to publicly file an appropriately redacted copy of their submission on or before January 13, 2015.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

*The Honorable John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 01/28/2015