Daniels, G.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION )
TO BRING PERSONAL ELECTRONIC DEVICES(S) )
OR GENERAL PURPOSE COMPUTING DEVICE(S) )
INTO THE COURTHOUSES OF THE )
SOUTHERN DISTRICT OF NEW YORK )
FOR USE IN A PROCEEDING OR TRIAL )



The following Order is subject to the definitions, obligations and restriction imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following representative(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

**Mark Sokolow, *et al.* v. The Palestine Liberation Organization, *et al.*, Case No. 04-cv-397 (GBD)(RLE).**

The date(s) for which such authorization is provided is (are): **Two weeks, beginning January 29, 2015**

| Representative | Device(s) |
|---|---|
| Somaia Barghouti | 1) Laptop<br>2) iPad<br>3) Cell Phone |

The representative(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: FEB 02 2015

George B. Daniels
United States Judge

1

1545656.1