# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

February 2, 2015

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
             Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I write to provide the Court with plaintiffs' objections to defendants' deposition counter-designations.

    The enclosed chart details plaintiffs' objections to defendants' counter-designations on a line by line basis. It also includes plaintiffs' limited cross designations.

    I also enclose the relevant deposition transcripts with plaintiffs' designations highlighted in yellow, defendants' counter-designations highlighted in green, and plaintiffs' cross-designations highlighted in blue.

                    Respectfully,

                    Kent A. Yalowitz

Enclosures

cc:    All ECF Counsel