1              IN THE UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF FLORIDA

3

4   MOSHE SAPERSTEIN, et al.,        )
                                     )
5             Plaintiffs,            )
                                     )
6   vs.                             ) Case No. 04-20225-CIV
                                     )
7   THE PALESTINIAN AUTHORITY;       )
    THE PALESTINE LIBERATION         )
8   ORGANIZATION,                    )
                                     )
9             Defendants.            )
    _____)

10

11

12

13            VIDEOTAPED 30(b)(6) DEPOSITION OF

14                   SALAM FAYYAD

15              EAST JERUSALEM, ISRAEL

16                  MARCH 9, 2010

17

18

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243

```
1    introduction made -- and I do not know exactly when the

2    proceeding made -- you know, started for the record --

3    specifically in relation to the reference to the place

4    where -- where we are meeting.  I accept exactly the way

5    in which it was characterized by the reporter.  And I

6    accept that, but not the reference to Jerusalem that was

7    made before the outset.  I just want to make that clear.

8         Q.   Duly clarified.

9         A.   Thank you.

10        Q.   Should I ask the question again?

11        A.   Yes.

12        Q.   What is your name?

13        A.   My name is Salam Fayyad.

14        Q.   Is that your full name?

15        A.   Salam Khalid Abdullah Fayyad is my full name.

16        Q.   And what is your address?

17        A.   I reside with my wife in East Jerusalem in

18   Beit Hanina.

19        Q.   And what is your date of birth?

20        A.   April 12, '52.

21        Q.   And where were you born?

22        A.   In Nablus.

23        Q.   Can you briefly summarize your educational

24   background?

25        A.   First nine grades in Tulkarm.  Last three
```

1    years of schooling in Jordan.  First degree, American

2    University of Beirut, Lebanon, '71, '75.  Then I got an

3    MBA, 1980, from St. Edward's University.

4        Q.    Which university?

5        A.    St. Edward's University, Austin, Texas.  And

6    a Ph.D. in economics, University of Texas at Austin,

7    1986.

8        Q.    And do you speak, read, and write English --

9        A.    I do.

10       Q.    -- fluently?

11       A.    I believe I do.

12       Q.    Okay.  So it's no problem that you're

13   testifying in English?

14       A.    I understand what you're saying.

15       Q.    And you understand what you're saying?

16       A.    (Witness nods head.)

17       Q.    Can you -- what year did you finish your

18   education?

19       A.    1986.

20       Q.    I'm sorry?

21       A.    1986.

22       Q.    Is it fair to say that, from 1952 [sic]

23   through 1986, you were in some form of school, not

24   working?

25       A.    No.  I did work.

1    Q.    You -- you worked in between the -- the

2    degrees or during --

3    A.    Yes, I did work between degrees.

4    Q.    -- or -- or during -- or during your studies?

5    A.    Both, as a matter of fact.  I did work between

6    degrees, and I worked during my studies.

7    Q.    Can you summarize your work background up

8    until 1986?

9    A.    Yes.  After graduating from college in '75,

10   I worked in Amman, Jordan in private business as an

11   employee.  And then that continued until I left for the

12   United States to work on that MBA which I mentioned to

13   you, which I finished in 1980.

14   Q.    Uh-huh.

15   A.    Then after that, I went to the University of

16   Texas at Austin, during which time, in the latter years

17   of my education, I did work at the university, teaching

18   and research.  Yeah, that takes us through 1986.

19   Q.    And in 1986, when you finished in the

20   university, when you finished your Ph.D., where --

21   did you go to work?

22   A.    I went -- I mean, I worked at the Yarmouk

23   University, Jordan, for two semesters.  I remember --

24   I recall the spring and fall semester of 1986.  In the

25   summer between the two semesters, I worked for a brief

1  period as a visiting scholar at the Federal Reserve Bank

2  of St. Louis.

3      Q.  So how many years did you reside in the United

4  States altogether?

5      A.  In all, I believe 17, 18 years, both studying

6  and working subsequently, beginning January '87 at the

7  International Monetary Fund.

8          (Brief court reporter clarification.)

9          THE WITNESS:  International Monetary Fund

10 beginning January 1987.  And I was there --

11     Q.  BY MR. TOLCHIN:  Was that in Washington?

12     A.  Yes.  In Washington, DC.  And I stayed there

13 until late 1995.

14     Q.  So are you a U.S. citizen?

15     A.  I am not.

16     Q.  Are you a permanent resident of the United

17 States?

18     A.  I'm not.

19     Q.  On what -- how did you remain in the United

20 States that many years?

21     A.  Well, I -- while I was studying, I was there

22 on a visa, student visa.

23     Q.  Uh-huh.

24     A.  And during the brief -- while I -- I worked at

25 the Federal Reserve Bank of St. Louis, I also was on a

1    Strip.  But that's the extent of -- of my knowledge of

2    the case.

3         Q.    Do you know what kind of attack?

4         A.    I do not know.

5         Q.    Do you know who carried out the attack?

6         A.    I don't either.

7         Q.    Have you asked anyone to conduct any kind of

8    investigation to find out who did this attack?

9         A.    Mr. Tolchin, the case, if I recall, relates

10    to a time period when I was not with the -- with the

11    Palestinian Authority.  The time period that the

12    deposition covers is before -- before my time with

13    the Palestinian Authority.  So I was not in a position

14    to -- to do.  And that's basically what it is.

15         Q.    But you -- what is your position with the

16    Authority today?

17         A.    I am the Prime Minister of the Palestinian

18    National Authority today.

19         Q.    And as the Prime Minister, what are your

20    duties?

21         A.    You know, to manage the affairs of the

22    Palestinian people in all areas of governance and

23    service delivery, in -- in all areas.

24         Q.    Is it fair to say you're the head executive

25    of the Palestinian Authority?

1      A.    The head executive under our basic law is the
2   President --
3      Q.    Okay.
4      A.    -- of the Palestinian National Authority.
5   I'm head of government.
6      Q.    Head of the government?
7      A.    Yes.
8      Q.    Are there ministers who report to you?
9      A.    There are.
10      Q.    And many people work in the various
11   ministries?
12      A.    Correct.
13      Q.    And, ultimately, they report to you?
14      A.    Correct.
15      Q.    And if you wanted to ask somebody to conduct
16   an investigation about what happened to Mr. Saperstein,
17   you could do that as the Prime Minister; correct?
18           MR. ROCHON:  We're going to object on
19   privilege and -- and -- attorney-client privilege
20   because communications on the case are -- and -- and --
21           MR. TOLCHIN:  I didn't ask him about his
22   lawyers.
23           MR. ROCHON:  But if -- once the lawsuit is
24   brought and the Prime Minister is working with counsel
25   on it, communications --

```
 1          Q.    And then to the International Monetary Fund
 2    in 1987?
 3          A.    Yes.
 4          Q.    And you stayed there until 1995?
 5          A.    In --
 6          Q.    Is that correct?
 7          A.    -- Washington.   In Washington.
 8          Q.    Was that uninterrupted from 19 --
 9          A.    Uninterrupted.
10          Q.    -- 87 to 1995?
11          A.    Uninterrupted.   Yes.
12          Q.    What was your job at the IMF?
13          A.    Several positions.
14                And, by the way, just to make sure it is
15    stated correctly, I said in Washington because my
16    employ -- employment with the fund extended beyond my
17    stay in Washington.   I subsequently represented the
18    fund.   I acted as a representative to the Palestinian
19    Authority.
20          Q.    I'll come to --
21          A.    So --
22          Q.    -- what happened af --
23          A.    -- that was -- yeah.
24          Q.    I'll come to -- I'll ask you next about what
25    happened --
```

1       A.    Okay.

2       Q.    -- in 1995.

3       A.    And I just wanted to make sure that the record

4    reflects accurately --

5       Q.    Okay.

6       A.    -- my employment.

7       Q.    I appreciate that.

8       A.    Yeah.

9       Q.    So what -- what was -- what were your roles

10   at the IMF?

11      A.    Several positions.  I -- I started as an

12   assistant to executive director.  Subsequently became

13   advisor to executive director.  My last position with

14   the IMF was senior resident representative to the

15   Palestinian Authority.

16              (Brief court reporter clarification.)

17              THE WITNESS:  Senior resident representative

18   to the Palestinian Authority.  And that happened after

19   '95 -- after late '95.

20      Q.    BY MR. TOLCHIN:  That was from 1995 until

21   when?

22      A.    2002.  Early 2002.

23      Q.    Okay.  And what happened?  Did you leave the

24   IMF in 2002 and go work someplace else?

25      A.    Yes.  I worked as a regional manager of the

1    supervise those branches?

2         A.   Yes.  I was the general manager of all of

3    them.  Yeah.

4         Q.   And what happened in 2002 as far as your

5    employment is concerned?

6         A.   I joined the Palestinian Authority as Finance

7    Minister in June 2002.

8         Q.   You joined as Finance Minister?

9         A.   Yes.

10        Q.   And how long did you stay as Finance Minister?

11        A.   I stayed in that capacity until late 2005,

12   November 2005.

13        Q.   Okay.  And what happened in 2005 as far as

14   your professional --

15        A.   Well, I -- I ran for office, for the

16   legislative elections that took place in January of

17   2006.  And -- well, technically, I'm still a member

18   of the Palestinian Legislative Council in a way.

19   It's not been meeting for a number of years.  But I

20   was -- I was elected.  I won a seat in the legislature.

21        Q.   So let me clarify.  In 2005, you ran for --

22        A.   2006.  January 2006.

23        Q.   You ran for office?

24        A.   Correct.

25        Q.   And the office you were running for was a

Page 30

1    mem --

2        A.    Member --

3        Q.    -- membership in the Legislative Council?

4        A.    That is correct.

5        Q.    And you were elected to the Legislative

6    Council?

7        A.    I was.

8        Q.    And how long was that term of office supposed

9    to be?

10       A.    Supposed to be for a year.

11       Q.    So it should have ended in 2009?

12       A.    It should have ended January --

13             (Brief court reporter clarification.)

14             THE WITNESS:  It should have ended in -- in

15   January of this year, a couple of months ago.

16       Q.    BY MR. TOLCHIN:  January of 2010?

17       A.    January 2010.

18             (Brief court reporter clarification.)

19             MR. TOLCHIN:  She only has ten fingers.

20             THE WITNESS:  Pardon?

21             MR. TOLCHIN:  She only has ten fingers.

22             (Last answer read.)

23             THE WITNESS:  January of this year.  January

24   2010.

25       Q.    BY MR. TOLCHIN:  And did your term end?

1      A.    It -- it was supposed to end.  It has not.

2    The term of the council -- the legislature was extended

3    by the decision of the Palestinian Central Council until

4    we're able to have elections.

5      Q.    Okay.  Now, after you were elected to the

6    Legislative Council --

7      A.    Yes.

8      Q.    -- did you receive some other office?

9      A.    No, I did not.  I just worked in -- in that

10   capacity.  And that continued to be the case until

11   spring 2007.

12     Q.    And what happened in 2007?

13     A.    2007, I joined the government again as

14   Minister of Finance.  That was March 2007.

15     Q.    And how long did you stay as Minister of

16   Finance?

17     A.    Until June 2007.  Three months.  Three months.

18     Q.    And then what happened?

19     A.    There was a violent takeover of power by

20   Hamas in Gaza.  And -- and that basically brought the

21   government down.

22     Q.    And do you have a position in the government

23   today?

24     A.    I am the Prime Minister of the Palestinian

25   Authority.

Page 32

1    Q.    And how did you become the Prime Minister?

2    A.    I was appointed to that position by the

3    President.

4    Q.    And who was the Prime Minister before you?

5    A.    The Prime Minister before me was Ismail

6    Haniyeh.

7    Q.    And how did he get to be Prime Minister?

8    A.    After the 2006 elections, he was the head

9    of the Hamas parliamentary list.  And he was named --

10    they nominated him as their nominee for the position

11    of Prime Minister.  And he was named as Prime Minister.

12    He formed the government.

13    Q.    So he was elected as Prime Minister?

14    A.    He was elected as a member of legislature,

15    not as Prime Minister.  You do not get elected as

16    Prime Minister in those systems of government.  You're

17    elected to the Council as a legislator.  But then the

18    designation as Prime Minister, that happens after a

19    process of consultation and nomination by the various

20    blocks.  And even that Hamas won the majority, it

21    was not out of the ordinary for the head of their

22    parliamentary list to be named as Prime Minister.

23    And that's how he became Prime Minister.  But he was

24    not elected as Prime Minister.

25            MR. TOLCHIN:  Forgive me.  I'm just looking

1        Q.    And he was still Prime Minister of the PA in

2    2004; correct?

3        A.    He was.  Yes.

4        Q.    Yes?  Okay.

5              Besides holding positions in the PA, does or

6    did Mr. Qurei hold any positions in the PLO?

7        A.    No.  I don't believe he did.

8        Q.    He never did, never at any point in history?

9        A.    He currently is a member of the PLO Executive

10   Committee.  But he was not then.  This is all recent.

11       Q.    Okay.  So today he's a member of the

12   Executive --

13       A.    Today he is.  But he wasn't at the time.

14       Q.    Okay.  What is the Executive Committee?

15       A.    The Executive Committee is an organ of

16   the Palestine Liberation Organization elected by the

17   Palestinian National Council to act as its executive

18   so to speak.

19       Q.    Okay.  Can you explain what is the PLO, what

20   is the PA, and what is the connection between them?

21       A.    PLO is -- is the highest, in terms of

22   seniority, in the political system of Palestinian

23   people.  It's the highest organ.  And it was

24   recognized and continues to be as the sole legitimate

25   representative of all Palestinian people.  That

1    continues to be the case today.

2            After Oslo Accords, the Palestinian Authority

3    was established.  And it was established as a product

4    of an agreement between the PLO, acting on behalf of

5    the Palestinian people, and the Government of Israel.

6    As such, therefore, the Palestinian Authority, in terms

7    of hierarchy, yes, it is a part of the system, the

8    highest organ of which is the PLO.  But it -- it was

9    charged a task specifically with managing the affairs

10   of the Palestinian people in the occupied Palestinian

11   territory.  So there is that relationship.

12           The head of the Palestinian National Authority

13   and the head of the PLO Executive Committee were the

14   same person since the inception of the Palestinian

15   Authority.

16           (Brief court reporter clarification.)

17           THE WITNESS:  Were the same person.  First,

18   late President Yasser Arafat, at the same time chairman

19   of the PLO Executive Committee.  Currently, President

20   Mahmoud Abbas, who also is chairman of the PLO Executive

21   Committee.

22       Q.   BY MR. TOLCHIN:  So you mentioned the

23   Oslo --

24       A.   Yes.

25       Q.   -- Accords.

Page 48

1           What is the Oslo Accords?

2      A.   The Oslo Accords are the accords that led to,

3  among other things, the creation of the Palestinian

4  Authority.

5      Q.   Is it accurate to say that the Oslo Accords

6  was an agreement between Israel and the PLO?

7      A.   That's exactly what I said.

8      Q.   Okay.

9      A.   Yes.

10      Q.   And the Oslo Accords created the PA --

11      A.   That's correct.

12      Q.   -- to administer certain territories?

13      A.   That is correct.

14      Q.   And the PLO existed before the PA?

15      A.   That is correct.

16      Q.   And does the PLO -- withdrawn.

17           When did the PLO begin to exist?

18      A.   1964.

19      Q.   And what is or was the function of the PLO?

20  And if it changed over time, you could tell me that.

21      A.   It acted as a representative of the

22  Palestinian people, assumed the responsibility of

23  protecting the interests of Palestinian people and

24  representing them.  And it started to gain recognition

25  as such first in the region, then internationally

1    beginning in 1974, as a matter of fact, when it was

2    recognized as the sole legitimate representative of

3    the Palestinian people by Arab countries.

4             And over the period since then, through 1993,

5    other countries joined in in that recognition.  In

6    1993, in the context of the Oslo Accords, the PLO was

7    recognized as such by the State of Israel.  That was

8    part of what is referred to under the Oslo Accords as

9    the Declaration of Mutual Recognition, when the State

10   of Israel recognized the PLO as a representative of

11   Palestinian people.  And the PLO, in return, recognized

12   Israel's right to exist in peace and security.

13        Q.    And does the PLO have components or

14   constituent parts?

15        A.    Yes.  The highest council of the PLO is the

16   Palestinian National Council, which, if you want, refers

17   to a structure that can be thought of as a parliament,

18   if you will, several hundred delegates.  Within that,

19   there is the Palestinian Central Council, which is a

20   smaller version of that bigger body.  And it acts on

21   its behalf in the event that the Palestinian National

22   Council cannot meet.

23             And then, of course, in terms of executive

24   authority, it is delegated to the -- the -- the

25   Executive Committee of the PLO.  And the Executive

Page 50

1    Committee of the PLO is elected by the Palestinian

2    National Council.  These are the rules.

3        Q.    Okay.  And are there other organizations that

4    are part of the PLO?

5        A.    Factions.  Yeah.

6        Q.    Factions.  Okay.

7        A.    Yeah.  Palestinian factions.  Yes.

8        Q.    And what are some of the larger factions?

9        A.    The largest by far is Fatah.

10       Q.    Okay.  Are there others?

11       A.    Yes.  There is, for example, Democratic Front

12   for the Liberation of Palestine.  You know, I'm now

13   going through the translation from Arabic to English.

14   There is Nidal Shabi (phonetic).  There is Palestine

15   Liberation Front.  There's several factions.

16       Q.    What is Black September?

17       A.    Black September is a name that a group assumed

18   and took -- now, if I recall correctly -- back in 1970,

19   claiming at that time that they were a faction of Fatah

20   or something like that.

21       Q.    Uh-huh.

22       A.    But it's a self-assumed, you know,

23   characterization.

24       Q.    Does it exist today?

25       A.    No.  I don't believe it does.

```
 1    Committee of Fatah in the convention that was held in

 2    August of last -- of last year, 2009.  And he may have

 3    been as well, in fact, as a member of the so-called

 4    Revolutionary Council, which is a broader organ of --

 5    of -- of Fatah.

 6         Q.   Okay.  Could you tell us, please, what he --

 7         A.   But I'm not really sure about the earlier.

 8    I mean --

 9         Q.   Fair enough.

10         A.   -- could have been.  I'm -- I'm not sure.

11    But -- but I believe he was.

12         Q.   Could you tell us, please, what is Fatah?

13         A.   It's one of those Palestinian factions I

14    referred to that make up the PLO.  And it was -- I

15    mean, it was and continues to be -- has been always

16    the -- the largest of the factions.

17         Q.   What does Fatah do?  For example, you told us

18    that the PA administers certain territories.

19         A.   Yeah.

20         Q.   So what -- what does Fatah do?

21         A.   Well, Fatah now acts like a -- a political

22    party acts in other countries around the world.  I mean,

23    they are like other factions, to me like a political

24    party.

25         Q.   Okay.  Besides functioning like a political
```

1  party, has Fatah ever had any other roles?

2      A.   Ever?  Yes.

3      Q.   Since its inception.

4      A.   I'm talking about, you know, the period after

5  the PA came into existence.  I mean, after the PA came

6  into existence and after the Oslo Accords in late

7  2000 -- no -- in 1993, they became more or less like

8  a political party, like other Palestinian factions.

9      Q.   And what did they do before the Oslo Accords?

10     A.   I mean, they were like other factions,

11  liberation movements outside of Palestine in different

12  places in the region --

13     Q.   What -- what --

14     A.   -- Jordan, Lebanon, Syria, then Tunisia

15  towards the very end.  Like other factions, other

16  Palestinian factions.

17     Q.   What do you mean by "liberation movement"?

18     A.   Our -- our political program is a program of

19  Palestinian -- of the Palestine Liberation Organization,

20  PLO, is one that does have as achieved goal ending the

21  occupation that began in 1967 and the establishment of

22  a state of Palestine on the territories occupied in

23  1967.

24     Q.   When was Fatah established?  When was it

25  created?

Page 60

1       A.    '64, '65.

2       Q.    So is it your testimony, sir, that Fatah was

3    established to end the occupation in 1967, but it was

4    established before that occupation began?

5       A.    No, no.  No.  I -- what I said was clear.

6    I said the program of the PLO.  And by that, it is

7    meant and it is well understood to be the program of

8    the PLO that was articulated and announced in Algiers

9    in 1988.  That's what we're talking about.  That

10   predated Oslo Accords but came nearly 20 years after

11   the Israeli occupation took place in 1967.

12            And Fatah has a faction within the PLO and

13   was -- definitely the PLO would not have adopted that

14   position had Fatah been in disagreement with that

15   position.

16       Q.    But it is accurate that Fatah was established

17   before the occupation began?

18       A.    Oh, yes.  That is true.  That is true.

19       Q.    Do you know what activities Mr. Barghouti

20   carried out in the time frame of 2000 to 2002 on behalf

21   of Fatah?

22       A.    No.  I'm not really aware of precisely what

23   Marwan Barghouti did as a member of Fatah during that

24   period.

25       Q.    Do you -- do you know --

Page 61

1          A.    He was -- he was active during the earlier

2    years of the Intifada, taking part in demonstrations.

3    I -- as a matter of fact, Marwan Barghouti was arrested

4    and jailed by Israeli authorities before I joined the

5    Palestinian Authority.  And I remember seeing him on --

6    on television, taking part in demonstrations in

7    connection with the earlier years of the uprising.

8          Q.    Now, you used a term, sir, "Intifada"?

9          A.    Correct.

10         Q.    Could you tell us what that term means?

11         A.    Well, you know, if you listen to the

12   commentary today, it definitely seems to mean different

13   things to different people.  The -- the term "Intifada"

14   came into being in connection with what is referred to

15   and known as the First Intifada going back to 1987 and

16   which took the form at the time it -- it happened as an

17   expression of rejection of the Israeli occupation to

18   the form of what might be characterized as disobedience

19   and -- in the end and expression of rejection of the

20   occupation.  And it was, particularly in the earlier

21   years of it, nonviolent.

22              That was not the case in the Second Intifada,

23   which broke out in late 2000, which was characterized

24   by violence from earlier years.

25         Q.    What type of violence?

Page 62

1    A.    All kinds of violence.

2    Q.    Violence including explosions?

3    A.    Yes.

4    Q.    Molotov cocktails?

5    A.    That too.

6    Q.    Shootings?

7    A.    Yes.

8    Q.    Suicide bombings?

9    A.    Yes.

10    Q.    Who organized the Second Intifada?

11    A.    I do not know if one can really say that it

12    was organized, you know.  The Intifada actually is --

13    as the word -- the term suggests, is some -- it's an

14    uprising.  It's -- it's -- it's something that basically

15    starts from a bottom up.  It's not that somebody calls

16    from the top.  You hear that expression used today a

17    lot.

18         If I may elaborate a little bit to basically

19    explain to you where all of this comes from.  Yesterday,

20    I had a -- a meeting with the media and all talking

21    about various references to Intifada, people -- people

22    calling for Intifada.  And I sort of really, in a way,

23    took issue with that in a sarcastic way, saying it's

24    not something you call for.  I mean, Intifada, by

25    definition, is something that happens.  As recently

Page 63

1    as yesterday I was saying that.  So I don't know if

2    it is fair or right to say that it was organized.

3    I'm not sure one can say that.

4         Q.    Would you agree with me that, in order for

5    somebody to carry out a suicide bombing, just as an

6    example, they have to obtain explosives, disguise it in

7    a certain way, organize logistics, get to the location?

8         A.    Yeah.  I --

9         Q.    They need a certain amount of intelligence

10   about where to go and how to do it.  There's -- there's

11   a lot of steps before you can carry out that attack.

12              Would you agree?

13        A.    That's a reasonable supposition.  I was

14   answering a different question.

15        Q.    Okay.

16        A.    I was answering a question, as I understood

17   it, that said who organized the Intifada in the sense

18   of getting it started.  But what you have said is a

19   reasonable characterization.

20        Q.    So once the Second Intifada started --

21        A.    Yes.

22        Q.    -- were there any organizations, to your

23   knowledge, that were involved in organizing Intifada

24   activities?

25        A.    Were there organizations?

1          Q.    Yes.

2          A.    You know, I do not know exactly how, you know,

3     this happened in the form of organization.  I -- I

4     accept the supposition that, for certain things to

5     have happened in the way they did, there must have

6     been some organization.  Exactly how that worked out,

7     I'm not really sure I know the answer to that question.

8          Q.    Do you know who would know that?

9          A.    Pardon me?

10         Q.    Would somebody else at the Palestinian

11    Authority have that information?

12         A.    I -- I have not encountered a Palestinian

13    Authority official who says he knows as to how this

14    is -- this was organized.

15         Q.    Uh-huh.  Would you agree with me, sir -- and

16    maybe you don't.  I don't want to put words in your

17    mouth.  But let me ask it differently.

18              Do you personally have a problem with the idea

19    of somebody conducting a suicide bombing in a restaurant

20    where people are just sitting around and eating?

21         A.    I do.

22         Q.    You do?

23         A.    I do have a problem with that.  For sure.

24         Q.    Okay.  It's not something you personally

25    approve of?

Page 65

1      A.    Absolutely not.  I wouldn't approve of any

2   such act.

3      Q.    Are you aware that such attacks were carried

4   out as part of the Second Intifada?

5      A.    I am.

6      Q.    Okay.  As Prime Minister of the Palestinian

7   Authority, have you conducted any investigation to

8   determine who did those attacks?

9      A.    Just to place matters into perspective and

10  the right context, I became Prime Minister in June of

11  2007 --

12     Q.    Uh-huh.

13     A.    -- against the backdrop of a country on the

14  verge of complete collapse, with Gaza having gone the

15  way it did and circumstances that are well-known, but

16  with conditions of -- of chaos and total lawlessness

17  reigning supreme and it was back as well.  That's what

18  I really had to deal with, to stabilize things and

19  establish conditions of law and order.  That's more

20  than any person in the government, you know, can handle

21  given the circumstances.

22          To think that -- given, you know, what we

23  really had to contend with -- and when I say that the

24  Authority -- the country was really on the verge of

25  complete collapse with acts of violence, retribution,

Page 70

1    In this case --

2         A.    Yeah.

3         Q.    -- the plaintiff was shot by a person with a

4    rifle who was hiding by the side of the road as he was

5    driving past.

6              Would you -- would I be correct that you

7    personally do not approve of that type of random attack?

8         A.    Absolutely.

9         Q.    Absolutely you do not approve?

10        A.    I do not approve of that at all.  I do not

11   approve of violence.  Everybody knows that, as a matter

12   of record.  I stand on that, and I have been promoting

13   that message of nonviolence.

14        Q.    And --

15        A.    Yeah.

16        Q.    -- would it be accurate to say that you also

17   did not conduct any investigation into the issue of who

18   carried out this shooting attack against Mr. Saperstein?

19        A.    No.  It's fair to say that.  No, I have not.

20        Q.    Or -- or any other --

21        A.    Or any other.

22        Q.    -- similar attack?

23        A.    No, I haven't.

24        Q.    Okay.

25        A.    Prior to my assumption of duties as Prime

1    Planning and Cooperation in March of 2001?

2         A.    I believe it was Nabil Shaath who was.

3         Q.    Nabil Shaath?

4         A.    I believe.

5         Q.    But you're not sure?

6         A.    I could check that.  But I'm -- I'm -- I'm

7    fairly sure.  Minister of Planning and International

8    Cooperation, he -- yeah, I believe it was Nabil Shaath.

9         Q.    Okay.  I'm going to move on to a new topic.

10              Does anyone need a bathroom, cigarette break,

11   tape change, or just move on?

12        A.    Let's move on.

13        Q.    Okay.

14        A.    Thanks for the offer anyway.

15        Q.    The witness yesterday needed a cigarette break

16   very often.

17              Do you know about any funds received by the

18   Palestine National Fund, PNF, between October 1st, 2000,

19   and February 18th, 2002?

20        A.    Funds?

21        Q.    Received by the PNF in the time frame of

22   October 1, 2000, to February 18, 2002?

23        A.    You know, I can tell you the -- what I said

24   before.  I was not with the Palestinian Authority at the

25   time.

1    Q.    Uh-huh.

2    A.    But money, I mean, in terms of sources of

3    funding, after the PA came into being, the PLO, given

4    everything I know now -- it wasn't during those years --

5    but ceased to have its own independent sources of

6    funding largely.  I mean, so, you know, funding for

7    its own operations did come from the PA.

8         (Brief court reporter clarification.)

9         THE WITNESS:  "Did."

10    Q.    BY MR. TOLCHIN:  So the PA --

11    A.    Well, I -- I assume basically, during that

12    time period, the -- the PNF did get money from the PA.

13    Q.    Okay.  Are -- are you testifying about

14    something you know for sure, or you're just surmising?

15    A.    Well -- well, given what I know now -- I mean,

16    I can tell you -- I mean, I -- I know now what is going

17    on.

18         The -- the PNF disburses money, for example,

19    to our representatives abroad, meaning like ambassadors,

20    if you will.  Now, that money, you know, comes from

21    the PA to pay for the ambassadors.  But given that the

22    foreign affairs portfolio -- given its representational

23    dimension is thought to be the purview of the PLO as

24    a function that's handled by the financial organ of the

25    PLO, which is the fund, the PNF.  Money for that did

Page 77

 1    come from -- for example, did come from the PA.  I mean,

 2    it -- it does come from the PA today.

 3         Q.   So the --

 4         A.   So -- so --

 5         Q.   So the PA gives money to the PNF?

 6         A.   Yes, it does.

 7         Q.   Okay.  Do you know -- are you -- do you know

 8    or are you just assuming that that was -- that -- that

 9    in the period of -- of October 2000 to February 2002

10    that the PA gave money to the PNF?

11         A.   I know that to be the case today.  And I

12    assume it was the case before, meaning including the

13    period that you talked about.

14         Q.   Did the PNF have any other sources of funding

15    between October 2000 and February 2002?

16         A.   I do not know for sure as I told you.  But

17    as is well-known since the inception of Palestinian

18    Authority, funding for Palestinians started to be

19    directed exclusively and to be channeled exclusively

20    through the PA.

21              So for the most part, the answer will have

22    to be that the funding for P -- PLO or to the PNF,

23    the Palestine National Fund, comes mostly, if not

24    completely, from the Palestinian Authority or it has

25    been since the inception of Palestinian Authority.

Page 78

 1      That is what I assume has happened since the inception

 2      of the Palestinian Authority.  That's what I know is

 3      happening today.

 4          Q.    Do you know how much money in total came from

 5      the PA to the PNF during the period of October 1st,

 6      2000, to February 18, 2002?

 7          A.    No, I don't.

 8          Q.    Okay.

 9          A.    I don't.

10          Q.    Who does the PNF pay money to?

11          A.    You know, PNF, as I told you, for example,

12      they -- they pay our representational offices abroad,

13      like embassies.  They're not called embassies, but --

14      in most places, they're not called that.  But that's

15      part of the -- of -- of what they do.  Organizations

16      affiliated with -- with the PLO as such.  Like unions

17      and -- and things like that, they get paid from the PLO

18      and through the PNF.  So that's what it is.

19          Q.    Okay.  Let me just go back to something for

20      a second.

21              Have you ever been involved in any way with

22      funding violent attacks?

23          A.    No.  Absolutely not.

24          Q.    Have you ever been involved in the payment

25      of rewards, let's call it, to people who carried out

1   violent attacks?

2        A.    No.

3        Q.    Have you ever been involved in paying benefits

4   to families of people who died carrying out violent

5   attacks?

6        A.    We -- we have a -- we have programs, you know,

7   social programs for families of people currently in

8   Israeli jails on the charges that they were involved

9   in acts of the kind that you describe.

10        Q.    Uh-huh.

11        A.    But those are in the nature of welfare

12   programs for families.  They're not in the nature of

13   rewards for those who are currently in jail or otherwise

14   have died.

15        Q.    During the time that you were at Arab Bank --

16        A.    Yes.

17        Q.    -- were you in any way involved with

18   transferring money to individuals who had carried

19   out violent attacks or their family members?

20        MR. ROCHON:  Mr. Prime Minister, I'm going

21   to be objecting.

22        Just -- I know that you believe the scope is

23   very broad even though there's a limited --

24        MR. TOLCHIN:  Uh-huh.

25        MR. ROCHON:  -- scope of -- for which he's

1   Reserve Board, the United States.  It's a central bank

2   more or less.

3        Q.   Is it part of the Palestinian Authority?

4        A.   It is.

5        Q.   Back in the time that you were with the IMF,

6   was Yasser Arafat still alive?

7        A.   Yes.

8        Q.   Yeah.  And was he -- and what was his

9   position?

10        A.   President of Palestinian National Authority

11   and chairman of the PLO Executive Committee.

12        Q.   And was he personally involved in the finances

13   of the Palestinian Authority?

14        A.   Based on what I knew then, in -- in the

15   sense of issuing instructions, but not in the sense

16   of actually managing finances of the PA.

17        Q.   Okay.  Are you familiar with an individual

18   named Muhammad Rashid?

19        A.   Yes, I know him.

20        Q.   And who is Muhammad Rashid?

21        A.   He was economic advisor to late President

22   Yasser Arafat.

23        Q.   And when did he become the economic advisor

24   to Mr. Arafat?

25        A.   I don't know for sure.  But I believe since

1        A.    Yes.

2        Q.    Who is Fuad Shubaki?

3        A.    Fuad Shubaki, he -- this was before my days

4   with the Palestinian Authority.  And I believe he was --

5   I believe -- I do not know that for -- for a fact.  But

6   I believe he was the -- I don't know if I would call him

7   head of something.  But he was in charge, I believe, of

8   an entity that's called a Sachla (phonetic), which was

9   a co-op for the security services.

10       Q.    A co-op for --

11       A.    Co-op for security services.

12       Q.    What does that mean, "co-op for security

13  services"?

14       A.    Co-op is a co-operative for personnel in a

15  security establishment, where they want to buy things

16  basically, presumably for lower prices like other

17  co-operatives.

18       Q.    Okay.  Did Mr. Shubaki have any func -- any

19  role in the Palestinian Authority at any time?

20       A.    He had -- that's -- that's what I recall about

21  him.  Again, I -- I really was not with the PA during

22  that period.  And by the time I joined the Palestinian

23  Authority, he had already been under arrest.  So I

24  didn't have dealings with him.

25       Q.    During the time that you were at the IMF but

1    stationed here --

2        A.    Yes.

3        Q.    -- did you conduct any inquiries or

4    investigation into use of Palestinian Authority

5    funds for activities involving violence?

6        A.    I did.    I did in -- in connection with --

7    with charges made that PA funds were used to fund

8    terror activities.

9        Q.    And did you make a written report of that

10   investigation?

11       A.    You know, there was an investigation that

12   was conducted by an organ of the European Union.

13   They were look -- looking into allegations to that

14   effect.    And they discussed the matter with me.    They --

15   they inquired about it in a formal way.    There was a

16   commission of inquiry, if you will, that was designated

17   to do that by the European Parliament.

18       Q.    What I'm getting at is:    Is there a -- a

19   document that one could look at to learn more about

20   the investigation that you've talked about today?

21       A.    They -- they produced -- that commission of

22   inquiry produced a report which they submitted to the

23   European Parliament.    But it's not a PA document.

24       Q.    It's an IMF document?

25       A.    No, no.    No.    It's a European Union document.

```
 1        A.    No, no.

 2        Q.    -- to fund terror activities?

 3        A.    No, no.

 4        Q.    No?

 5        A.    No.

 6        Q.    Okay.  And then later, after you came -- after

 7   you became the Finance Minister --

 8        A.    That is correct.

 9        Q.    -- did you conduct any investigation in terms

10   of -- into PA use of funds or use of PA funds for

11   violent activities?

12        A.    Yes.  And that would be the -- the answer that

13   I have just given to the question you just raised.

14        Q.    So as Finance Minister, you cooperated with

15   a --

16        A.    Yeah, yeah.

17        Q.    -- European --

18        A.    Yeah.

19        Q.    -- Union inquiry?

20              (Brief court reporter clarification.)

21        Q.    BY MR. TOLCHIN:  So as Finance Minister

22   you cooperated with a European Union inquiry, which

23   ultimately became a European Union report presented

24   to the European Parliament --

25        A.    That is correct.
```

1     Q.   -- is that correct?

2     A.   That is correct.

3     Q.   Okay.

4     A.   I can confirm that.  Yes.

5     Q.   And do you know the name of that report?

6     A.   I think it was OLAF Report.  OLAF.

7     Q.   OLAF Report?

8     A.   OLAF Report.

9     Q.   And what year was the OLAF Report?

10    A.   2004, early 2005, within that time frame.

11    You know, I can't be 100 percent certain.  But it was

12    in that time frame.

13    Q.   And do you know what time period the report

14    covered?  In other words, what period of time, looking

15    back, was it analyzing?

16    A.   As best as I can recall, it covered the

17    earlier years of the Intifada because this was --

18    Q.   The Second Intifada?

19    A.   Second Intifada.  It was based on -- or was --

20    to the best of my recollection was a report that was

21    prepared by an official of the Israeli government.  The

22    report was -- I believe was called the Naveh report,

23    got wide circulation and the attention of many in the

24    international community, including the European Union,

25    European Parliament.  And I believe it was against that

1    backdrop that the commission of inquiry was set up and

2    commissioned and tasked to do what it did.

3         Q.    Did you read the OLAF Report?

4         A.    I did.

5         Q.    And did you agree with it, disagree with it,

6    agree with parts of it, disagree with parts of it?

7         A.    Now, you know, you're talking about years

8    back.

9         Q.    Uh-huh.

10        A.    And, you know, my own recollection and a

11   number of those questions that were raised in the

12   report -- now, if I'm not mistaken, by the way -- I

13   really have to, you know, go back to refresh my memory

14   in terms of when things actually happened in terms of

15   time sequence.  I read it long before -- long before

16   I was asked questions about it by the commission of

17   inquiry.

18             My own independent assessment of what was

19   in the report, without at the time, you know, looking

20   into each allegation as such, that there were a number

21   of misconceptions as to the structure of PA finances

22   and what certain modes of operation actually meant or

23   entailed relative to the conclusions which the report

24   came to.  But there are a number of examples of that.

25             So I -- I thought -- my own impression was

1    that there was serious flaws in the report.  There

2    was -- in the events.  There were flaws in the report,

3    you know, conclusions relative to evidence, if you will,

4    information, conclusions.  The conclusions were not,

5    you know, borne out by the facts of the situation.

6    And I remember a number of examples of that.  So that

7    was before I actually was questioned on it or on the

8    contents of that report in detail by that commission.

9              MR. ROCHON:  If -- if we could, Mr. Tolchin,

10   if you could -- his answer's about a report.  Could you

11   clarify which report?

12             MR. TOLCHIN:  The OLAF Report.

13             MR. ROCHON:  I -- I just wanted to make sure.

14             MR. TOLCHIN:  Yeah.  We all understood that.

15        Q.    BY MR. TOLCHIN:  Did the OLAF Report find

16   that there were some PA funds that couldn't be

17   accounted for?

18        A.    No.

19        Q.    No?

20        A.    I believe the conclusion of -- of that report

21   was that there was no evidence linking PF -- PA funds to

22   funding terrorist activities.

23        Q.    Are you familiar with an individual named

24   Abdul Majeed Shoman?

25        A.    Abdul Majeed Shoman?

Page 156

1   connection with the problems that banks have from time

2   to time, including Arab Bank, in conducting business.

3       Q.   Are you aware of any payments or transfers of

4   money made to the families of the perpetrators of the

5   attack on Mr. -- in which Mr. Saperstein was injured?

6       A.   No.  I'm not aware.

7       Q.   Okay.  Are you familiar with a location called

8   Bi'lin?

9            (Brief court reporter clarification.)

10      Q.   BY MR. TOLCHIN:  B-i-'-l-i-n.

11      A.   Yeah.  I -- I know the place.  It's a little

12  village near Ramallah.

13      Q.   And how do you pronounce it?

14      A.   Bi'lin.

15      Q.   Bi'lin.  Okay.

16           Did you personally visit Bi'lin?

17      A.   Yes.

18      Q.   How many times?

19      A.   Several times.

20      Q.   Did you ever attend a demonstration --

21      A.   Yes.

22      Q.   -- or rally at that location?

23      A.   Yes.

24      Q.   How many times?

25      A.   Several times.

1    Q.    As recently as last month?

2    A.    As recently as last month.

3    Q.    At that gathering, did members of the crowd

4    destroy a fence and throw stones at Israelis?

5    A.    Yes.  I understand that happened at the end

6    of the demonstration.  I, by that time, was gone.  But

7    I saw footage of that.

8    Q.    And did you do anything after you saw that

9    footage?

10    A.    No, I didn't.  This is part of a weekly

11    demonstration that takes place in -- in that area,

12    has been for the last five years.

13    Q.    Were you interviewed in the media in

14    connection with that visit to Bi'lin --

15    A.    No, I -- yeah, I was.

16    Q.    -- and the demonstration there?

17    A.    I was interviewed.  And I also gave a speech.

18    Q.    Did you tell -- were you interviewed by the

19    Associated Press?

20    A.    I believe I was.

21    Q.    Did you tell the Associated Press, in words or

22    substance, that:  "This is huge.  This is great.  As a

23    matter of fact, it should be encouraged."

24    A.    I would want to be clear on what "it" here

25    means.

1    Q.    Okay.

2    A.    "It" being nonviolent expression of rejection

3  of the occupation and the settlement enterprise and the

4  erection of the wall in our own territory, with emphasis

5  on "nonviolent."  And in that sense, I said it.

6    Q.    Was destroying a fence and throwing stones at

7  Israelis nonviolent?

8    A.    No.  It was -- this -- this happened at the

9  beginning of the demonstration.  I gave a speech.  I

10  gave an interview.  And the -- this happened in the

11  earlier part of the day, shortly after the Friday

12  prayer.  The whole event took about a couple of hours.

13      But the demonstration, as it normally does,

14  lasted through most of that afternoon.  And toward the

15  very end, that -- that -- part of that fence was -- was

16  torn.  And I saw footage of that.

17      And in connection with the question that you

18  asked me about what it is that I did about that, I mean,

19  I should make it clear that the village does not fall

20  under the security purview of the Palestinian Authority.

21  We do not have any security presence there.  We cannot

22  have operations there in -- in a security sense.

23      But I -- as I made it clear then and I will

24  repeat it to you now, this is a nonviolent, totally

25  peaceful expression of rejection of the occupation

Page 159

1  or settlement activity in our own territory.  And it's

2  something that I express support for.  And that's what

3  I was there for, joining our people in commemorating the

4  fifth -- five years of -- of this brand of saying no to

5  the occupation, completely peaceful, with participation

6  by activists from all over the world, including Israel.

7      Q.   Did you take any steps to find out who the

8  individuals were who destroyed the fence and threw the

9  stones?

10     A.   No.  I -- as I said to you, in terms of the

11 activity that actually took place there and what goes

12 on today as we speak, for example, is not something

13 that falls within the security purview of Palestinian

14 Authority under the agreement that we have with the

15 Israelis.

16     Q.   So the answer is no, you did not?

17     A.   No, the answer is not.  You know, I -- I

18 didn't.

19     Q.   Did you take part in a rally or a

20 demonstration in January of this year, 2010, in which

21 products manufactured in Jewish communities in the

22 West Bank were burned?

23     A.   I took part in an event in which products

24 produced in Israeli settlements, in our land, were

25 produced.

1      Q.    Okay.  And is there a difference between

2    Jewish communities and Israeli settlements?

3      A.    There is a difference.

4      Q.    What's the difference?

5      A.    Settlements -- the term "settlement" refers

6    to an area where Israeli citizens have moved to live in

7    and those areas happen to be all located in Palestinian

8    territory that was occupied in 1967.  Those, under

9    international law, are illegal.

10          Goods produced therein are, therefore,

11   illegal to trade in.  This is the essence of the

12   judgment that was passed, advisory opinion that was

13   issued by the International Court Lahai, 2004, which

14   affirms all of the settlement activity, economic

15   activity in settlements, investment in settlements

16   are illegal under international law.

17          And it is even the responsibility of third

18   parties who may be involved in such activity to be

19   considered accountable under international law.  We

20   Palestinians happen to be the people most adversely

21   affected by settlement activity.  And consistent

22   with international law, we believe that activity is

23   illegal and -- and goods produced there and traded on

24   our market are contraband goods and are participating

25   in that activity in the same way that contraband goods

```
 1    are dealt with.  They are disposed of in a manner that

 2    guarantees that they are not traded or peddled again

 3    to market.

 4        Q.   Now, you said that a settlement is when

 5    Israelis citizen -- when Israeli citizens come to

 6    live in the West Bank; correct?

 7        A.   Yes.  And West Bank is territory that was

 8    occupied by Israel in 1967.

 9        Q.   But isn't it a fact that what you mean is

10    Jewish-Israeli citizens?

11        A.   I am very clear on what I said, Israeli

12    citizens.

13        Q.   Yes.  If an Israeli Arab comes to live in

14    Ramallah, is that a settlement activity?

15        A.   The issue for me is political.  It's not

16    religious.  And that's why I was deliberate in saying

17    "Israeli."  I have no -- the conflict is not religious.

18    It's not really -- to me it's not a conflict --

19        Q.   So you are --

20        A.   -- based on religion.  This is political.

21        Q.   Are you opposed to Arab citizens of Israel

22    living in the West Bank?

23        A.   I am opposed -- I am opposed to, as

24    international -- international law provides, any action

25    by the occupying power, which is the State of Israel,
```

1   that alters the status quo in the territories occupied.

2   These are obligations that the Community of Nations has

3   accepted under various treaties, treaties that bind

4   countries that are not even party to those treaties or

5   countries that were not even in existence at the time

6   those treaties were -- were formalized.

7           So yes, they are illegal.  And to me, they are

8   illegal.  And the issue, I assure you, is not religious

9   at all.  And I cannot accept the premise of it.  And

10  to -- to refer to my rejection of that on -- on -- on

11  religious grounds is something that I find completely

12  unacceptable.

13      Q.    Isn't it true, though, that at the rally

14  the only products that were burned were products

15  manufactured by Jews who live in the West Bank?

16      A.    The products manufactured in Israeli

17  settlements in the West Bank.  Again, our land, the land

18  where that State of Palestine is going to emerge, apart

19  from that activity being illegal, it also prejudices

20  our capacity to establish our state in a manner that

21  is completely consistent with the political framework

22  that governs our relationship with the international

23  community, including the State of Israel.

24          So, again, I really reject -- and you'll have

25  to forgive me on this.  I utterly and most unequivocally

1      Q.      Thank you.

2              He asked you some questions about the

3      Bi'lin --

4      A.      Yes.

5      Q.      -- demonstrations?

6              And you mentioned the wall and the security

7      control issues there?

8      A.      Yes.

9      Q.      Just because this deposition may be used in a

10     U.S. court where people have a little less familiarity

11     with the --

12     A.      Yes.

13     Q.      -- wall -- and I understand we could talk for

14     a long time.  But could you describe what this wall is

15     and how it affects that community?

16             MR. TOLCHIN:  Objection to the form of the

17     question.

18             MR. ROCHON:  What's the basis for the

19     objection?  What form --

20             MR. TOLCHIN:  You have commentary in the

21     question.  If you're going to ask him a direct question,

22     ask him.

23     Q.      BY MR. ROCHON:  You can answer the

24     question, Mr. Prime Minister.

25     A.      The wall is referred to in different ways.  We

Page 172

1  call it separation wall.  The Israelis call it a fence,

2  security fence.  It's about 700 kilometers in length,

3  not complete yet.  A good part of it is complete.  In

4  some areas, particularly in the north, portions of the

5  wall are in -- are on what we call the Green Line or

6  the boundary between the West Bank and Israel.  But in

7  many areas, the wall is well within the West Bank.  The

8  city or the village of Bi'lin is one such community that

9  lost a lot of farmland because of the wall, because the

10  path of the wall was planned well into the farmland of

11  the village of Bi'lin.

12          A little over five years ago, the citizens of

13  Bi'lin started to demonstrate against Israel's attempt

14  to erect and build that wall.  On a weekly basis, every

15  Friday, they would do that in what became a tradition.

16  And because of the nonviolent, completely peaceful

17  nature of the demonstrations, that attracted a lot --

18  the attention of a lot of people from all over the

19  world, including Israel.  Every Friday since it started,

20  activists come from all over, including Israel, to

21  join in solidarity with the people of Bi'lin in

22  rejecting the erection of the wall on their farmland

23  with some success.

24          They have, by themselves, actually petitioned

25  Israeli legal system.  And they won a ruling from the

1   High Court in Israel that led to altering the path of

2   the wall partially.  But that is yet to be implemented.

3   So the protestation, you know, continues.

4           There were similar movements in many other

5   communities in the West Bank which, like Bi'lin, lost

6   or stand to lose farmland because of the path of the

7   wall with a clearly substantial adverse impact on their

8   livelihood, some -- sometimes separating people.

9           There are communities like that throughout

10  the West Bank, including in the area of Bethlehem, for

11  example, certainly Jerusalem.  In the area of Salfeet,

12  for example, the -- the wall gets way into the West

13  Bank, tens of kilometers in the West Bank.

14          That's really our main objection to the wall.

15  The Israelis decide that they need the wall to separate.

16  We don't agree.  But if they choose to have one, why

17  can't it be built on the boundary between the West Bank

18  and Israel?

19          The issue for us -- for the citizens of

20  Bi'lin, for us Palestinians is where that wall is built.

21  It is built in many areas of the West Bank well into

22  our areas where our state is going to have to emerge if

23  there's going to be lasting and just peace and security,

24  not only for us, but Israelis in the region as well.

25          Q.   You mentioned that the demonstrations in

1    demonstrations to be heavy handed and not justified.

2    We definitely concur in that.

3        Q.    Despite the violence that has occurred that

4    you've described, do you still espouse that these

5    demonstrations related to the wall be peaceful?

6        A.    We -- we insist that they be peaceful.  We --

7    we completely subscribe to a program of nonviolence.

8    We are clear on this.

9            Every visit I have in connection with

10    something that may appear to be telling of a prospect

11    of deterioration in the security conditions, I always

12    make sure that I, in my message to people wherever I go,

13    to insist that the message of nonviolence be adhered to

14    and nonviolence be adhered to and peaceful rejection of

15    the occupation and its practices in settlement activity

16    would remain strictly peaceful and nonviolent.  It's --

17    it's very important.  And I'm on record having done so

18    on every occasion for sure.

19        Q.    And if there are instances of -- of violence

20    that do occur by Palestinians against Israeli forces,

21    how do you react to those?

22            MR. TOLCHIN:  Objection.

23            THE WITNESS:  Well --

24            MR. TOLCHIN:  Time frame.  When are you

25    talking about?

1        Q.    BY MR. ROCHON:   You can answer the

2   question.

3        A.    I can tell you what I have done.  Not long

4   ago there was a -- I -- I'll give you some example.

5   But not -- not long ago, maybe a month and a half ago

6   probably, there was a stabbing of an Israeli soldier who

7   died as a -- as a result of the stabbing in the north,

8   not very far from Nablus -- to the south of -- of --

9   of Nablus.  I immediately condemned that in an official

10  statement which was noted by everyone in Arabic, not

11  translated into other languages, but in Arabic.

12        And I stand by that condemnation, which I

13  made clear -- I mean I made -- I made sure it included

14  my condemnation on the basis of the action being

15  totally unacceptable and also inconsistent with

16  commitments we had entered into and all of that risk.

17  And that statement is -- it was condemnation without

18  any qualification whatsoever.  It was very clear.  I'm

19  very clear, you know, on this message of nonviolence.

20  We -- we utterly reject it.

21        Early on in my tenure as Prime Minister, there

22  was -- there was an incident in which two Israelis were

23  killed in the Hebron area.  And we pursued the matter.

24  It's not only a matter of condemnation.  By the way, the

25  individual who stabbed the Israeli soldier to death is

1    in Israeli jail.  The Israelis captured them.

2         But an incident that happened nearly two years

3    earlier, a few months into my term as Prime Minister,

4    two Israeli citizens were killed in the Hebron area.

5    We captured the killers.  We put them to trial.  And

6    they're serving a life sentence in a jail in Hebron

7    today.  So we take this very seriously.  It's policy.

8    Everybody knows it's policy.

9         Q.   I want to now turn from that topic to the

10   topic that was the main focus for your deposition today,

11   which was the questions about the funding of Fatah.

12   And we'd like to show you -- I can either do this as

13   a series of exhibits or one large exhibit.

14             MR. TOLCHIN:  What is it?

15             MR. ROCHON:  It's documents that were -- that

16   the Prime Minister looked at.  And you -- you asked him

17   what he looked at.  I'm going to show him some documents

18   and ask him whether these are the documents he looked at

19   in preparing for his deposition.  Your choice.

20             MR. TOLCHIN:  Let me see what they are.

21             MR. ROCHON:  They're all documents, for the

22   record, that have been produced in response to the --

23             MR. TOLCHIN:  I'll tell you -- I'll tell you

24   what I'm -- what I'm going to say, and I'll tell you how

25   you can work around it.

1    the --

2        Q.    Yes.

3        A.    -- incident?

4            It's really not -- not only that and it's

5    not even only what I -- what I said in answer to

6    Mr. Tolchin's question on -- on the incident.  In

7    terms of where we were, what it is that we really had

8    to deal with, total lack of capacity, security agencies

9    totally -- structures totally decimated.  I mean, I use

10   the expression of -- I said state of virtually complete

11   disintegration, structures completely destroyed in the

12   course of the Intifada by the Israeli Army.  And there

13   was just really nothing to -- to work with.

14       Q.    You know, we have a general familiarity with

15   the issues related to the Israeli security services,

16   the -- and what happened during the Second Intifada.

17            But, again, just to give -- when you say

18   they were totally destroyed --

19       A.    Yeah.

20       Q.    -- give some examples of -- when you say

21   "totally destroyed," are we talking -- what?

22       A.    You know, quarters of security offices,

23   headquarters everywhere throughout -- I mean, they

24   were completely destroyed.

25            I was, for example, earlier today in Nablus

1   where we're rebuilding now the headquarters of security

2   in Nablus.  You go there, as you enter the city, you

3   see to your left a structure that is being built and

4   rebuilt -- rebuilt now.  It was completely leveled

5   by an air strike.  Israeli Air Force demolished it

6   completely.  Such structures were -- were completely

7   destroyed.  Security services did not really have

8   anyplace to go after years of this.

9          So that's what we really have.  We are --

10  when we started doing what we have been doing now and

11  spending a good deal of time doing, we had to house

12  security personnel in -- in caravans and makeshift

13  quarters and -- and all.  To this day, that still

14  exists because we're not done with building a permanent

15  housing for their offices and operations.  Equipment

16  totally destroyed, communication, what have you.

17       Q.   What about files?

18       A.   Definitely.  For sure.  I mean, completely

19  destroyed.  That's -- and not -- not only, by the way,

20  files and destruction of documents.  So that was not

21  related only to security.

22          In the course of the Israeli incursions --

23  military incursions into the West Bank that occurred --

24  or started to happen in the spring of 2002, a lot of

25  documents were destroyed and/or lost, damaged.  There