```
 1

 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   ----------------------------------------X
     MOSHE SAPERSTEIN; RACHEL SAPERSTEIN;
 4   AVI ITZHAK SAPERSTEIN; TAMAR SAPERSTEIN;
     DAFNA SAPERSTEIN; the ESTATE of
 5   AHUVA AMERGI, by and through RAFI AMERGI,
     As Administrator, Executor and/or Personal
 6   Representative, RAFI AMERGI, individually,
     minor; and EFRAIM AMERGI, minor; DAN
 7   DAVIDOVIC; JUDITH DAVIDOVIC; ELIEZER
     DAVIDOVIC; ARIEL DAVIDOVIC; and
 8   SARAH ZWEIG,

 9                                   PLAINTIFFS,

10          -against-          Case No:
                               04-CV-20225
11
     THE PALESTINIAN AUTHORITY; THE PALESTINE
12   LIBERATION ORGANIZATION; THE PALESTINIAN
     PREVENTATIVE SECURITY SERVICES; THE ESTATE
13   OF YASSER ARAFAT; YASSER MAHMUD ALKATIVE;
     NIZHAR D'HLIS; and NAIM MUTZRAN,
14
                                   DEFENDANTS.
15   ----------------------------------------X
                         DATE: April 1, 2009
16                       TIME: 12:19 p.m.

17

18            TRANSCRIPTION OF AUDIO CD OF

19   DEPOSITION of the Defendant, THE

20   PALESTINIAN AUTHORITY, by a Witness,

21   HUSSEIN AL SHEIKH, held in Jerusalem,

22   Israel.

23

24

25
```

```
 1                    HUSSEIN AL SHEIKH
 2           Saperstein; the translator Amal
 3           Shehadeh; the audio-video team Miri
 4           Aharon, Shimon Ben Avi.
 5    H U S S E I N   A L   S H E I K H, called
 6    as a witness, having been first duly sworn
 7    by the Commissioner, was examined and
 8    testified as follows:
 9    EXAMINATION BY
10    MR. TOLCHIN:
11           Q.    Please state your name for the
12    record.
13           A.    Hussein Al Sheikh.
14           Q.    Sir, did you show any form of
15    identification to the Commissioner?
16           A.    (Translator.)  To who?
17           Q.    To the Commissioner.
18           A.    (Translator.)  All of my
19    identification is with the lawyer.
20           Q.    Which lawyer?
21           A.    (Translator.)  Osama Saadi.
22           Q.    You gave your identification to
23    your lawyer?
24           A.    (Translator.)  Of course.
25           Q.    Do you generally have your
```

```
 1                    HUSSEIN AL SHEIKH
 2          form.
 3          A.      (Translator.)  I don't
 4   understand.
 5          Q.      That's okay.
 6                  For example, Yasser Arafat was
 7   known as Abul Hamas, right?
 8          A.      (Translator interprets
 9   question.)
10          Q.      Do you have a name of that
11   type?
12          A.      (Translator.)  No, I don't have
13   that.
14          Q.      Where were you born, sir?
15          A.      In Ramallah.
16          Q.      Where did you grow up?
17          A.      (Translator.)  In Ramallah.
18          Q.      Can you summarize your
19   education?
20          A.      (Translator.)  I studied at
21   Ramallah schools and I received a diploma
22   from Al Quds University.
23          Q.      What is Al Quds University?  Al
24   Quds University, what is that?
25          A.      (Translator.)  The University
```

```
1                    HUSSEIN AL SHEIKH
2    of Abu Dis.
3         Q.    And the Ramallah schools that
4    you attended, are you referring to
5    elementary school and high school?
6         A.    (Translator.)  Yes.
7         Q.    The university that you
8    attended, what did you receive a degree in?
9         A.    (Translator.)  In political
10   science.
11        Q.    And that was a university level
12   degree?
13        A.    (Translator.)  Yes.
14        Q.    How old were you when you
15   received that degree?
16        A.    (Translator interpreting
17   question.)
18        Q.    Approximately.
19        A.    (Translator.)  Approximately
20   35.
21        Q.    So apparently you did not go
22   straight from high school to university; is
23   that correct?
24        A.    (Translator.)  You mean that
25   there was a period that there was no study?
```

```
 1                    HUSSEIN AL SHEIKH

 2          Q.    How old were you when you

 3      finished High School?

 4          A.    (Translator.)  Eighteen.

 5          Q.    How old were you when you

 6      started University?

 7          A.    (Translator.)  About 33, 34.

 8          Q.    Between the age of 18 until 33,

 9      34, were you involved in any education,

10      formal education?

11          A.    (Translator.)  No.

12          Q.    What were you doing during

13      those years?

14          A.    (Translator.)  From the age of

15      18, I was in prison.

16          Q.    How many times have you been in

17      prison?

18          A.    (Translator.)  Only once.

19          Q.    Why were you in prison?

20          A.    (Translator.)  Because I

21      belonged to the PLO.

22                    MR. TOLCHIN:  So we agree that

23          PLO is sufficient?

24                    MR. HIBEY:  Yes.

25                    MR. TOLCHIN:  Yes?
```

```
 1                   HUSSEIN AL SHEIKH
 2                   MR. HIBEY:  Yes.
 3          Q.       Were you convicted of a
 4   particular crime?
 5          A.       (Translator.)  What do you mean
 6   by crime?
 7          Q.       Before you went to prison, were
 8   you charged with something in a Court?
 9          A.       (Translator.)  I was committed
10   for belonging to the PLO.
11          Q.       Which Court convicted you and
12   sent you to prison?
13          A.       (Translator.)  A military Court
14   at Ramallah.
15          Q.       What was the sentence that was
16   imposed?
17          A.       (Translator.)  Ten years.
18          Q.    Was the conviction merely for
19   belonging to the organization, or had you
20   done something that brought about the
21   conviction?
22                   MR. McALEER:  Object to the
23          form.
24                   MR. HIBEY:  Objection.
25                   MR. TOLCHIN:  What's wrong with
```

```
 1                    HUSSEIN AL SHEIKH
 2          the form?
 3                    MR. McALEER:  I object to the
 4           form.
 5          Q.    You can answer my question if
 6   you can.
 7                    THE TRANSLATOR:  Could you
 8           repeat the question?
 9          Q.    Was your conviction simply for
10   belonging to the PLO or did you do
11   something that brought about the other
12   charges against you?
13          A.    (Translator interpreting
14   question.)
15                    MR. HIBEY:  I object to the
16           form.  The first part of the question
17           I think is perfectly acceptable, if
18           you want to put that to him.
19                    But the second part is, for
20           what have you been convicted as
21           opposed to for what did you do.
22                    MR. TOLCHIN:  I'll try it your
23           way and see where that goes.
24          Q.    Sir, do you know specifically,
25   formally, what were the charges against
```

```
 1                    HUSSEIN AL SHEIKH
 2    you?
 3         A.    (Translator.)  The main
 4    accusation was belonging to the PLO.
 5         Q.    Were there any additional
 6    claims besides the main claims, as you
 7    called it?
 8         A.    (Translator.)  Field action
 9    activities.
10         Q.    What do you mean by field
11    activities?
12         A.    (Translator.)  Strikes and
13    going out in demonstration.
14         Q.    What do you mean by strikes?
15         A.    (Translator.)  Strikes and
16    demonstrations against occupation, Israeli
17    occupation.
18         Q.    What I'm trying to clarify --
19    it might be just because of the language
20    barrier -- when you say strikes, a strike
21    can be someone who hits you, or a strike
22    can be everybody stops working.  Which word
23    is it that he used?
24              THE TRANSLATOR:  You're asking
25         as in --
```

```
 1                     HUSSEIN AL SHEIKH
 2               MR. TOLCHIN:  Yes, which word
 3          is it that he used?
 4               THE TRANSLATOR:  Not "strike"
 5          hit, but "strike" stop working.
 6               MR. TOLCHIN:  Not working?
 7               THE TRANSLATOR:  Yes.
 8          Q.    So what did you have to do with
 9     strikes that led to a conviction?
10          A.    (Translator.)  I don't
11     understand the question.
12          Q.    You said the charges against
13     you had something to do with strikes.
14          A.    (Translator.)  It was not
15     something violent.
16          Q.    What was it claimed that you
17     did?
18          A.    (Translator.)  That I was
19     inciting the Palestinian people against the
20     occupation.
21          Q.    What were the charges about
22     demonstrations?  You said the charges
23     included something to do with
24     demonstrations.  I want to find out the
25     details about them.
```

```
 1                    HUSSEIN AL SHEIKH

 2        A.    (Translator.)  Yes, I

 3   participated in the demonstrations.

 4        Q.    Did any of the demonstrations

 5   involve any form of violence?

 6        A.    (Translator.)  Of course not.

 7        Q.    Did any of the charges against

 8   you that led to your time in prison involve

 9   any form of violence?

10        A.    (Translator.)  No.

11        Q.    Were you one of the people that

12   organized the strikes and demonstrations?

13        A.    (Translator.)  Yes.

14        Q.    So you were one of the leaders

15   of the strikes and demonstrations; is that

16   correct?

17        A.    (Translator.)  What leaders?  I

18   was only 17 years old.

19        Q.    Were you one of the leaders of

20   the strikes and demonstrations even though

21   you were only 17 years old?

22        A.    (Translator.)  I was a

23   Palestinian citizen and a student as well.

24        Q.    Have you ever been involved in

25   any of the resistance operations --
```

```
 1                    HUSSEIN AL SHEIKH

 2         A.    (Translator interpreting

 3    question.)

 4         Q.    I haven't finished the

 5    question.  I didn't finish the question.

 6               THE TRANSLATOR:  Oh, sorry.

 7         Q.    Have you ever been involved in

 8    any resistance operations that involved

 9    violence?

10         A.    (Translator.)  Of course not.

11         Q.    Besides the arrest when you

12    were 17 that led to your time in prison,

13    have you ever been arrested?

14         A.    (Translator.)  No.

15         Q.    Have you ever received any --

16    withdrawn.

17               Have you ever been in any form

18    of administrative detention?

19         A.    (Translator.)  No.

20         Q.    Have you ever received training

21    in the use of any form of weapons?

22         A.    (Translator.)  No.

23         Q.    Other than Arabic, do you speak

24    any other languages?

25         A.    (Translator.)  I speak Hebrew.
```

1                    HUSSEIN AL SHEIKH

2         A.    (Translator.)  Before I was in

3   prison I was a member of Fatah.

4         Q.    How old were you when you

5   became a member of Fatah?

6         A.    (Translator.)  Sixteen and a

7   half.

8         Q.    You testified earlier that you

9   were in prison because you were a member of

10  the PLO.  Is that what you said?

11        A.    (Translator.)  Fatah is part of

12  the PLO.

13        Q.    Is there such a thing as being

14  a member of the PLO itself?

15        A.    (Translator.)  Once you are a

16  member of Fatah, you immediately become a

17  member of the PLO.

18        Q.    Is it possible to be a member

19  of the PLO without being a member of a

20  constituent group?

21        A.    (Translator.)  Yes, you can be

22  an independent.

23        Q.    But you became a member of the

24  PLO by virtually being a member of Fatah

25  since the age 16 1/2?

```
 1                    HUSSEIN AL SHEIKH
 2    people there were tens of people.
 3            Q.    Now, when you left the General
 4    Intelligence and came to the Civil Affairs
 5    Ministry in 1997, did you regard that as a
 6    promotion or demotion or staying at the
 7    same level?
 8            A.    (Translator.)  Almost a
 9    promotion.
10            Q.    By the way, something I forgot
11    to ask Mr McAleer.  Did you ever visit in
12    Tunis?
13            A.    (Translator.)  Yes.
14            Q.    When was that?
15            A.    (Translator.)  It was in the
16    beginning of the '90s, 1992, 1993.  They
17    were starting talks about the Oslo
18    Agreement.
19            Q.    Why did you visit Tunis in the
20    1990s in connection with the Oslo
21    Agreement?
22            A.    (Translator.)  I agreed to
23    conduct or to establish committees which
24    would support the Oslo Agreement.
25            Q.    Did somebody ask you to
```

1                    HUSSEIN AL SHEIKH

2    establish committees to support the Oslo

3    Agreement?

4         A.    (Translator.)  It was volunteer

5    work, me along with Dr. Sari Nusseiba.  It

6    was all volunteering.

7         Q.    Did anybody ask you to get

8    involved at that time?

9         A.    (Translator.)  No, it was a

10   private initiative.

11        Q.    How did you become aware that

12   there were any negotiations going on

13   relating to the Oslo Agreement?

14        A.    (Translator.)  In general it

15   was published and known in 1993 that there

16   was an Oslo Agreement.

17        Q.    Let me just clarify.  You went

18   to Tunis before there was an Oslo

19   Agreement, correct?

20        A.    (Translator.)  I said yes.

21        Q.    How long were you in Tunis?

22        A.    (Translator.)  For a number of

23   days.

24        Q.    Less than a week?  More than a

25   week?

```
 1                    HUSSEIN AL SHEIKH

 2         A.    (Translator.)  About a week.

 3         Q.    And when you were in Tunis,

 4    what did you do there?

 5         A.    (Translator.)  I met with

 6    Yasser Arafat.

 7         Q.    How many times?

 8         A.    (Translator.)  Twice.

 9         Q.    What was the purpose of the

10    meetings with Arafat in Tunis?

11         A.    (Translator.)  To talk about

12    political developments in the area.

13    Especially there were talks about

14    conducting or performing a peaceful process

15    in the region between Israel and the PLO.

16         Q.    Did Mr. Arafat ask you to do

17    anything?

18         A.    (Translator.)  No.  Personally

19    directly for me, no.

20         Q.    When you met with Arafat, was

21    it with a group of people or just you and

22    him?

23         A.    (Translator.)  He had other

24    people, but I cannot remember who was there

25    also.
```

HUSSEIN AL SHEIKH

1

2    Q.    What I'm trying to clarify is,

3  I do not mean his assistants or his aides.

4  Were there other people such as yourself

5  who had come to Tunis, who were meeting

6  with him together with you, or you were

7  meeting with him and his assistants by

8  yourself?

9    A.    (Translator.)  The first time I

10 went there it was on a personal level.

11 Following that, I met with him and Dr. Sari

12 Nusseiba.

13   Q.    When you say it was on a

14 personal level, you mean it was a private

15 meeting or you mean you were talking about

16 personal things?

17   A.    (Translator.)  What do you mean

18 private?  I am Fatah and I was meeting with

19 the head of Fatah.

20   Q.    So is it fair to say you were

21 talking about issues that Fatah was active

22 on at the time?

23   A.    (Translator.)  I wanted to

24 coordinate with him that I am interested in

25 initiating committees to support the Oslo

```
 1                    HUSSEIN AL SHEIKH
 2    Agreement.
 3         Q.    And when you say committees to
 4    support the Oslo Agreement, what do you
 5    mean by committees?
 6         A.    (Translator.)  I established
 7    different committees in all of the West
 8    Bank.  I established committees supporting
 9    the peace process.  In each town I
10    established a committee.
11         Q.    Did you make more than one trip
12    to Tunis?
13         A.    (Translator.)  I also went with
14    Dr. Sari Nusseiba.
15         Q.    Altogether how many times did
16    you travel to Tunis?
17         A.    (Translator.)  In 1993, after
18    establishing the committees, I cannot
19    remember exactly but more than once.
20         Q.    More than five times?
21         A.    (Translator.)  No.  Maybe three
22    times.  I cannot remember exactly, but more
23    than once for sure.
24         Q.    More than twice?
25         A.    (Translator.)  Maybe three
```

                         HUSSEIN AL SHEIKH

1    between Tunis and Damascus.

2         Q.     Are you still in contact with
3    Dr. Kadoumi?

4         A.     (Translator.)  No.

5         Q.     At the time that you were
6    traveling to Tunis in 1992 and 1993, you
7    were working for your father, correct?

8         A.     (Translator.)  Yes.

9         Q.     Did you have any position in
10   Fatah at that time?

11        A.     (Translator.)  There were no
12   capacities in Fatah at that time.

13        Q.     Just a member?

14        A.     (Translator.)  Yes.

15        Q.     On behalf of whom did you set
16   up those committees in support of the Oslo
17   Accords?

18        A.     (Translator.)  On my own
19   initiative, along with Dr. Sari Nusseiba's,
20   and I started to recruit people for this
21   issue.

22        Q.     Did you have the approval or
23   support of Mr. Arafat to organize these
24   committees in support of Oslo?

                    HUSSEIN AL SHEIKH

1

2          A.     (Translator.)  After I put in

3     front of him, the picture of the

4     initiative, of course he supported it.

5          Q.     Let's go back to 1999.  At that

6     point you left your position as the

7     Director of the RCAC?

8          A.     (Translator.)  Approximately

9     end of 1999.  I don't remember the month

10    exactly, but yes.

11         Q.     Where did you go?

12         A.     (Translator.)  I was elected as

13    the Treasurer of Fatah.  Secretary, sorry.

14         Q.     Could we clarify, is the title

15    Secretary or Secretary General?

16         A.     (Translator.)  Secretary of

17    Fatah in the West Bank, as I said.

18         Q.     When you say you were elected,

19    who elected you?

20         A.     (Translator.)  Those who

21    elected me are the Fatah leadership in the

22    West Bank.

23         Q.     So this was not a general

24    election among the public; is that correct?

25         A.     (Translator.)  Approximately

```
 1                    HUSSEIN AL SHEIKH
 2    BY MR. TOLCHIN:
 3         Q.    Can you tell me, sir, when
 4    exactly you were elected as Secretary of
 5    Fatah?
 6         A.    (Translator.)  In the last
 7    months of 1999.
 8         Q.    At the time that you were
 9    elected as Secretary of Fatah, did you stop
10    having a job working for the Palestinian
11    Authority?
12         A.    (Translator interpreted
13    question.)
14         Q.    I'll rephrase the question.
15    I'll just withdraw the question and ask it
16    more clearly.
17              When you became Secretary of
18    Fatah, did you stop being employed by the
19    Palestinian Authority?
20         A.    (Translator.)  Yes.  When I was
21    elected, I no longer had any executive
22    position at the Palestinian Authority.
23         Q.    The job as Secretary of Fatah,
24    was that a volunteer job or were you paid a
25    salary for that job?
```

```
 1                   HUSSEIN AL SHEIKH

 2          he went.

 3                  MR. TOLCHIN:  He went to call

 4          someone.  He was talking on his

 5          cellphone.

 6                  MR. HIBEY:  Oh, is that right?

 7                  MR. SAADI:  It's GPC, General

 8          Personnel Council.

 9          Q.      During the time that you worked

10   as Secretary of Fatah, you were paid a

11   salary by the General Personnel Council of

12   the PA; is that correct?

13          A.      (Translator.)  Correct.

14          Q.      Why did the Palestinian

15   Authority continue to pay you a salary

16   while you were working as Secretary of

17   Fatah?

18          A.      (Translator.)  I was working

19   for the Palestinian Authority until 1999.

20   When I finished and was elected as the

21   Secretary of Fatah, I lost my executive

22   position in the PA, so my portfolio was

23   transferred from my executive position to

24   the GPC.

25                  I was given a limited period.
```

HUSSEIN AL SHEIKH

1

2  I was given, according to the law -- I do

3  not remember which law exactly -- a time

4  period where I had to choose whether to

5  continue to fulfill a position in the PA or

6  to stop practicing or having this position,

7  so that I would not be cut off from any

8  salary, until I find some other source of

9  income.

10      Q.    How long was the period of time

11  that you were given?

12      A.    (Translator.)  The problem was

13  that all of these things were mixed up in

14  the PA at that time.

15      Q.    Do you mean by that that nobody

16  knew how long the period was that you could

17  continue receiving a salary?

18      A.    (Translator.)  I mean by that,

19  that in 2000 the Intifada erupted and the

20  whole area was prevailed with violence, and

21  all the Authority's buildings were

22  destroyed.

23          There was no stability in the

24  political Palestinian organization in

25  general.  The Palestinian political system

```
 1                   HUSSEIN AL SHEIKH
 2     was no longer stable.  Different
 3     organizations were not working or active as
 4     they used to be before the Intifada.  The
 5     working hours were not regulated anymore.
 6     This is what I mean specifically.
 7                   MR. SAADI:  Mr. Hussein was
 8              referring to the Department of
 9              General Personnel Affairs, we call it
10              GPC.  The General Personnel Council,
11              that it is where public servants are
12              usually paid.
13              Q.    How long did you serve as
14     Secretary of Fatah?
15              A.    (Translator.)  I took this
16     position from 1999 until 2005.
17              Q.    For what period of time did you
18     continue to receive a salary from the GPC?
19              A.    (Translator.)  During the whole
20     five years, except for one year during the
21     government of Hamas, following the victory
22     of Hamas in the elections.  I assume about
23     a year I did not have a salary.
24              Q.    Do you know what year that was?
25              A.    (Translator.)  Hamas succeeded
```

1                    HUSSEIN AL SHEIKH
2    the Fatah movement, to Yasser Arafat.
3          Q.    To whom did Mr. Hanin Hassan
4    report?  Who was above him from 2002 to
5    2005?
6          A.    (Translator.)  At first he was
7    reporting to Abu Amar, until he passed away
8    in 2004, if I am correct.  Then Abu Mazen
9    became the general leader of Fatah.
10         Q.    By Abu Amar are you referring
11   to Mr. Arafat?
12         A.    (Translator.)  Yasser Arafat
13   has many nicknames among which is Abu Amar.
14         Q.    Who is Abu Mazen?
15         A.    (Translator.)  The President,
16   Machmud Abas.
17         Q.    And President Abas is known as
18   Abu Mazen?
19         A.    (Translator.)  Yes.
20         Q.    When you were Secretary of
21   Fatah, did you have people who worked for
22   you?
23         A.    (Translator.)  Of course.
24         Q.    How many people worked directly
25   under you?

HUSSEIN AL SHEIKH

1

2      A.    (Translator.)  I had 14

3  Secretaries who were divided into different

4  districts in the West Bank.

5      Q.    Were those 14 Secretaries each

6  responsible for a different territory, or

7  were they responsible for different

8  functions?

9      A.    (Translator.)  They were

10  responsible for Fatah in the different

11  districts.  Each one is responsible for

12  Fatah in his own area, and they were

13  elected democratically.

14      Q.    I just want to clarify.  You

15  were Secretary of Fatah only in the West

16  Bank, correct?

17      A.    (Translator.)  Only in the West

18  Bank, yes.

19      Q.    Was there another person who

20  was Secretary of Fatah in Gaza?

21      A.    (Translator.)  Yes.

22      Q.    Who was that individual?

23      A.    (Translator.)  Achmed Hiles.

24      Q.    Did Achmed Hiles serve the same

25  time period as you?

                     HUSSEIN AL SHEIKH

1

2        A.    (Translator.)  Yes.

3        Q.    Where is Achmed Hiles today?

4        A.    (Translator.)  In Gaza.

5        Q.    Is he part of the government in

6   Gaza today?

7        A.    (Translator.)  Which

8   government?

9        Q.    Any government.

10        A.    (Translator.)  He is not in any

11   government.

12        Q.    Did those 14 Secretaries that

13   you referred to that worked for you, did

14   they have people that worked for them?

15        A.    (Translator.)  Yes.

16        Q.    Approximately how many people

17   altogether?

18        A.    (Translator.)  Thousands.  We

19   are talking about an organization, the

20   organization of Fatah.

21        Q.    In 2005, did you leave your

22   position as Secretary of Fatah?

23        A.    (Translator.)  Yes.

24        Q.    Why did you decide to leave

25   your position as Secretary of Fatah?

1              HUSSEIN AL SHEIKH

2         A.    (Translator.)  According to the

3    wish of the President, Machmud Abas.

4         Q.    Did the President, Abas, ask

5    you to leave your position as secretary?

6         A.    (Translator.)  Yes.

7         Q.    Did President Abas ask you also

8    to take on a new job?

9         A.    (Translator.)  Yes.

10        Q.    What was the new job that you

11   took on in 2005?

12        A.    (Translator.)  I took the

13   position of Security and Civil Coordination

14   with Israel, the head of the Security and

15   Civil Coordination with Israel.

16        Q.    Is that the job you have today?

17        A.    (Translator.)  Yes.  Today I am

18   the Minister of the Civil Palestinian

19   Affairs.

20        Q.    Today, who do you report to as

21   Minister of Palestinian Affairs?

22        A.    (Translator.)  To the

23   President, Machmud Abas.

24        Q.    How many other ministers are

25   there in the Palestinian Authority?

1                    HUSSEIN AL SHEIKH

2        Q.    Is he a member of the Fatah?

3        A.    (Translator.)  No.

4        Q.    Who is the Minister of the

5    Monetary Authority today?

6        A.    (Translator.)  Gihad El Wazir.

7        Q.    What are your duties as the

8    Minister of Palestinian Civil Affairs?

9        A.    (Translator.)  I hold all the

10   meetings with the Israelis concerning the

11   Security and Civil Affairs Coordination

12   with the Israelis, but from the side of the

13   Palestinians.  When I had the meetings I am

14   chairperson for the Palestinian side.

15       Q.    Are you referring to from '97

16   to '99?

17            MR. SHEHADEH:  No, he's saying

18        when the meetings are conducted, he

19        is the chairperson for the

20        Palestinian side.

21            MR. TOLCHIN:  I'm glad you

22        clarified that.

23       Q.    You are not a representative of

24   the Israeli side.

25       A.    (Translator.)  I have a

<pre>
 1                    HUSSEIN AL SHEIKH
 2   counterpart on the Israeli side.
 3        Q.     Who is your counterpart on the
 4   Israeli side?
 5        A.     (Translator.)  General Amos
 6   Gilad.
 7        Q.     Do you have a military rank?
 8        A.     (Translator.)  No.
 9        Q.     Has General Gilad been your
10   counterpart since 2005?
11        A.     (Translator.)  Before him my
12   counterpart was Yusef Michlev.
13        Q.     From '97 to '99, you were
14   Director of the Civil Affairs Coordinating
15   Committee.  You were the Director of the
16   RCAC, correct?
17        A.     (Translator.)  Correct.
18        Q.     Is there somebody that does
19   that job today?
20        A.     (Translator.)  They are
21   employees who belong to me.
22        Q.     So there is somebody today who
23   fills your old role?
24        A.     (Translator.)  Yes, under my
25   supervision.  He belongs to me.
</pre>

```
 1                  HUSSEIN AL SHEIKH
 2          Q.     I think you have said this, I
 3   just want to clarify.  Today you report to
 4   nobody besides the President; is that
 5   correct?
 6          A.     (Translator.)  To the President
 7   and the prime minister.
 8          Q.     And how many people are there
 9   that report to you?
10          A.     (Translator.)  Many.
11          Q.     Do you know who they are?
12          A.     (Translator.)  Of course.  I am
13   in charge of them directly.
14          Q.     Can you identify as many as you
15   can?  What I'm referring to is the people
16   who report directly to you.
17          A.     (Translator.)  I have a Vice
18   President for me and for the West Bank, and
19   a Vice President in the Gaza.
20               In the West Bank is Maaruf
21   Zaharan, and in the Gaza Strip is Amin
22   Esiam.  They are Deputies.
23          Q.     Who else?
24          A.     (Translator.)  Of course below
25   them there are general directors in the
```

```
 1                    HUSSEIN AL SHEIKH
 2    supporter but not a member.
 3           Q.      Who offered you membership in
 4    Fatah?
 5           A.      (Translator.)  A friend of
 6    mine.
 7           Q.      Does your friend have a name?
 8           A.      (Translator.)  Achmed Safi.
 9           Q.      Why did he offer you membership
10    in Fatah, if you know?
11           A.      (Translator.)  We were friends
12    and we were both at the same school.
13           Q.      Did you make a decision to
14    become a member of Fatah?
15           A.      (Translator.)  Yes.
16           Q.      Why did you decide to become a
17    member of Fatah?
18           A.      (Translator.)  Because I
19    believe in it.
20           Q.      You say you believe in it.
21    What exactly do you believe in Fatah?
22           A.      (Translator.)  I believe in its
23    policy and its goals.
24           Q.      What are the goals of Fatah
25    that you believe in?
```

```
 1                    HUSSEIN AL SHEIKH
 2           A.    (Translator.)  Ending the
 3    occupation.
 4           Q.    Anything else?
 5           A.    (Translator.)  There is nothing
 6    more important than that.
 7           Q.    Ending the occupation of what?
 8           A.    (Translator.)  Ending the
 9    Israeli occupation, which were occupied in
10    1967.
11           Q.    Is it your testimony, sir, that
12    the goal of Fatah is only ending the
13    occupation of the lands that were conquered
14    by Israel in 1967?
15           A.    (Translator.)  And establishing
16    a democratic Palestinian state.
17           Q.    Does Fatah have a goal
18    regarding the lands that became known as
19    the State Fatah Israel in 1948?
20           A.    (Translator.)  Fatah believes
21    in establishing a two-state solution and
22    establishing two states for two nations,
23    for the Palestinian nation and for the
24    Israeli nation.
25           Q.    When you became a member of
```

                    HUSSEIN AL SHEIKH

1

2       Q.      Would you say it is dozens or

3    hundreds?

4       A.      (Translator.)  Dozens.

5       Q.      Have you as Minister of

6    Palestinian Civil Affairs, have you met

7    with representatives of any foreign

8    governments?

9       A.      (Translator.)  Of course.

10      Q.      What is the purpose of meeting

11   with representatives of foreign

12   governments?

13      A.      (Translator.)  These were sides

14   who were working on bringing close the

15   relations between us and the Israelis.

16      Q.      What is the purpose of you

17   meeting with those representatives instead

18   of, for example, the Foreign Minister?

19      A.      (Translator.)  Because within

20   my duties of work, line of work, I am very

21   much occupied with the sensitivities

22   concerning the relations with the Israelis.

23   We can say the bigger part of the Israeli

24   relations file is within my hands, in my

25   capacity.

                    HUSSEIN AL SHEIKH

1

2        Q.    Besides meeting with

3   representatives of foreign governments, do

4   you also meet with representatives of

5   international organizations?

6        A.    (Translator.)  Yes.

7        Q.    For example, which

8   organizations?

9        A.    (Translator.)  The UN and the

10  Red Cross.

11       Q.    Is there any particular

12  organization within the UN that you meet

13  with?

14       A.    (Translator.)  I meet with the

15  Relief Organization, UNRWA.

16       Q.    United Nations Relief and Work

17  Agency.  Is it fair to say that in all that

18  you do as the Minister of Palestinian Civil

19  Affairs, you act for the benefit of the

20  Palestinian Authority?

21            MR. McALEER:  Objection as to

22       the form.

23       Q.    You can answer.

24       A.    (Translator.)  Of course I

25  serve the Palestinian people and the PA.

```
 1                     HUSSEIN AL SHEIKH
 2        And not only the Palestinian people and the
 3        PA, but I also serve the future of the
 4        peace process between us and the Israelis.
 5             Q.    Are you familiar with somebody
 6        named Moshe Saperstein?
 7             A.    (Translator.)  No.
 8             Q.    Are you aware that somebody
 9        name Moshe Saperstein has brought a lawsuit
10        against the Palestinian Authority?
11             A.    (Translator.)  No, I did not
12        know until I met the law firm here.
13             Q.    Until you met which lawyer?
14             A.    (Translator.)  Not clear,
15        Charles?
16             Q.    You are referring to the
17        gentleman sitting next to you?
18             A.    (Translator.)  Yes, correct.
19             Q.    Is it fair to say that you have
20        no interest in helping Mr. Saperstein to
21        win his lawsuit?
22                   MR. McALEER:  I object to the
23              form of that question and its
24              relevance.
25                   MR. TOLCHIN:  You know that
```

```
 1                    HUSSEIN AL SHEIKH
 2           Q.     Sir, during the break, did you
 3      have an opportunity to verify the website
 4      address of the Civil Affairs Authority?
 5           A.     (Translator.)  Yes.
 6           Q.     What is the website address?
 7                  MR. SAADI:   It is
 8                  www.mca.gov.ps.
 9           Q.     That is the website that we
10      discussed earlier that Mr. Abu Jundi
11      supervises on behalf of your authority?
12           A.     (Translator.)  Yes.
13           Q.     Sir, you were a member of Fatah
14      for approximately the last 33 years; is
15      that correct?
16           A.     (Translator.)  Approximately,
17      yes.
18           Q.     Other than the position that
19      you were elected to as Secretary of Fatah
20      from 1999 to 2005, have you ever held any
21      other positions within Fatah?
22           A.     (Translator.)  No, only this
23      position.
24           Q.     I'm referring specifically to
25      the period of 2000 to 2004.  Spanning that
```

                    HUSSEIN AL SHEIKH

1

2    period of years, can you explain to me what

3    was the organizational structure of Fatah?

4        A.    (Translator.)  We had a general

5    commander Yasser Arafat.  Beneath it the

6    Central Committee, beneath it the

7    Revolutionary Council, and beneath it the

8    leadership in the West Bank and the

9    leadership of Gaza.  And then comes the

10   leadership of Fatah in the different areas.

11   This is the structure.

12       Q.    When you referred to the

13   Central Committee, who were the members of

14   the Central Committee?  And all these

15   questions are about the period of 2000 to

16   2004.  And I just want to say that if it

17   changed during that period, you can tell me

18   that.  I'm not trying to put words in your

19   mouth.

20       A.    (Translator.)  Nothing is

21   secretive about it.  Yasser Arafat was.

22       Q.    He was both the general

23   commander and a member of the Central

24   Committee?

25       A.    (Translator.)  Yes, of course.

```
 1            HUSSEIN AL SHEIKH
 2   Mahmoud Abbas, Ahmed Qurei, Hani el Hassan,
 3   Abdel Zaki, Hakam Balaui, Faruk el Kadoumi,
 4   Mohammed el Nem, El Taisar el Wazir, Nabil
 5   Shaath.  These were the members of the
 6   Central Committee.  Maybe I forget someone.
 7         Q.    How were the members of the
 8   Central Committee chosen?
 9         A.    (Translator.)  Through
10   elections from the general conference of
11   Fatah.
12         Q.    What is the general conference
13   of Fatah?
14         A.    (Translator.)  These are
15   representatives of the different frames,
16   unions, and groups of Fatah internationally
17   and nationally.  The last time that it was
18   convened was in 1989, 20 years ago.
19         Q.    So all of these names that you
20   have told me were in the Central Committee
21   between 2000 and 2004, had been there since
22   1989?
23         A.    (Translator.)  Correct.
24         Q.    You referred to the
25   Revolutionary Council.  How many members
```

```
 1                     HUSSEIN AL SHEIKH
 2      were there in the Revolutionary Council?
 3           A.      (Translator.)  120.
 4           Q.      How were those members chosen?
 5           A.      (Translator.)  Through the
 6      general conference as well.
 7           Q.      120 is a lot of members.  Was
 8      there a leadership within the Revolutionary
 9      Council?
10           A.      (Translator.)  They meet
11      according to necessity.  They assemble
12      every two months, three months.
13           Q.      Did the Revolutionary Council
14      have a Director, President, head?
15           A.      (Translator.)  The leadership
16      was first Yasser Arafat, then Abu Mazen.
17      But you have to understand that the Central
18      Committee is part of the Revolutionary
19      Council.
20           Q.      I want to clarify that.  You
21      told us earlier that the general commander
22      was Yasser Arafat.  Under him was the
23      Central Committee and under him was the
24      Revolutionary Council.  But now you seem to
25      be telling me that the Central Committee
```

HUSSEIN AL SHEIKH

1                            HUSSEIN AL SHEIKH

2   was part of the Revolutionary Council.

3        A.    (Translator.)  The Central

4   Committee is part of the Revolutionary

5   Council.  And not the opposite.  A member

6   of the Revolutionary Council is not

7   necessarily a member of the Central

8   Committee.

9        Q.    Would it be a fair parallel to

10  say that the Central Committee was similar

11  to the Cabinet and the Revolutionary

12  Council was similar to the Cabinet, and the

13  Revolutionary Council was similar to the

14  Knesset, for lack of a better comparison?

15          Forget the question.  It's not

16  a good question.

17         You referred to the leadership

18  in the West Bank and Gaza.  How many

19  individuals were involved in that

20  leadership?

21     A.    (Translator.)  In the West Bank

22  about 70.  I do not know how many in Gaza.

23     Q.    How was the membership of that

24  leadership selected?

25     A.    (Translator.)  Through

1              HUSSEIN AL SHEIKH

2    elections.

3         Q.    Elections among who?

4         A.    (Translator.)  Among members of

5    Fatah in the different areas.

6         Q.    Was that also through the

7    general conference of Fatah?

8         A.    (Translator.)  Of course not.

9    I asserted that the general conference has

10   not assembled since 1989.

11        Q.    Does that mean that the

12   leadership in the West Bank and Gaza did

13   not get elected since 1989, or was the

14   leadership elected by some other group?

15        A.    (Translator.)  Again to

16   clarify, the general conference is for all

17   Fatah members.  When I speak about the West

18   Bank, I am talking about that it is elected

19   by the different districts such as Ariha,

20   Jenin, Khalil-Hebron.

21        Q.    What was the process by which

22   the leadership of Fatah was elected?  Were

23   there campaigns?  Were there elections and

24   voting booths?

25        A.    (Translator.)  Of course, there

```
 1                    HUSSEIN AL SHEIKH
 2      were election booths and boxes.
 3           Q.    Only members of Fatah can vote?
 4           A.    (Translator.)  Yes.
 5           Q.    In the last level you told us
 6      about, you said there was leadership in
 7      different areas?
 8           A.    (Translator.)  Yes.
 9           Q.    How many individuals are we
10      talking about there?
11           A.    (Translator.)  Thousands.
12           Q.    Were there so many because
13      there were individuals in every town and
14      village?
15           A.    (Translator.)  Of course.
16           Q.    How were those individuals
17      selected?
18           A.    (Translator.)  Through
19      elections.  Through the election boxes.
20           Q.    Local elections in towns and
21      villages?
22           A.    (Translator.)  Yes.
23           Q.    Up until now you have told us
24      about the overall organizational structure.
25      Were there also officers of Fatah besides
```

1                    HUSSEIN AL SHEIKH

2    in the West Bank, comprising 70 people, it

3    is the same thing as the High Committee for

4    Fatah in the West Bank?

5          A.    (Translator.)  Correct.

6          Q.    Thank you.

7                Did Fatah have a Treasurer

8    between 2000 and 2004?

9          A.    (Translator.)  What do you mean

10   Treasurer?

11         Q.    Let me back up.  Did Fatah have

12   a budget between 2000 and 2004?

13         A.    (Translator.)  Of course.

14         Q.    What was the source of the

15   money that was used for Fatah's budget?

16         A.    (Translator.)  I do not know.

17   This is not my field -- it is not my

18   expertise.

19         Q.    Who was in charge of

20   supervising Fatah's money?

21         A.    (Translator.)  Achmed Qurei.

22         Q.    Did Mr. Qurei have a title that

23   had something to do with his function of

24   supervising the money of Fatah?

25         A.    (Translator.)  He is a member

```
 1                HUSSEIN AL SHEIKH
 2      of the Central Committee in Fatah, and he
 3      is responsible for the finance of Fatah.
 4           Q.    Was he elected to that
 5      position?  How did he get that
 6      responsibility?
 7           A.    (Translator.)  He was elected
 8      in the conference of 1989.
 9           Q.    Is he known by any nicknames or
10      noms de guerre?
11           A.    (Translator.)  He is known for
12      Abu Ala, who was previously negotiating
13      with Tzipi Livni.
14           Q.    What is Mr. Qurei's job today?
15           A.    (Translator.)  He is a member
16      of the Central Committee and the head of
17      Palestinian Negotiation Delegation with
18      Israel.
19           Q.    He is a member of the Central
20      Committee of Fatah?
21           A.    (Translator.)  Correct.
22           Q.    He is also employed by the
23      Palestinian Authority?
24           A.    (Translator.)  He has nothing
25      to do with the PA.  He belongs only to the
```

```
 1                 HUSSEIN AL SHEIKH
 2    Abbas Zaki; he is responsible of the
 3    Palestinian portfolio in Lebanon, et
 4    cetera.
 5         Q.    I just want to clarify about
 6    Mr. Kadoumi.  You said he has a problem,
 7    but does he have a portfolio?
 8         A.    (Translator.)  Currently he is
 9    carrying no official portfolio.
10         Q.    How well did you know Yasser
11    Arafat?
12         A.    (Translator.)  Good.
13         Q.    Did you consider him a friend,
14    or just somebody you knew from work, or
15    something else?
16         A.    (Translator.)  I considered him
17    a leader and responsible.
18         Q.    In the period of 2000 to 2004,
19    did you meet with Mr. Arafat?
20         A.    (Translator.)  Of course.
21         Q.    How often?
22         A.    (Translator.)  Hundreds of
23    times.
24         Q.    Was that for social purposes or
25    business purposes?
```

                         HUSSEIN AL SHEIKH

1

2         A.      (Translator.)  Things which are

3  connected to Fatah.

4         Q.      Did you receive directives or

5  instructions from Mr. Arafat during that

6  period?

7         A.      (Translator.)  Instructions in

8  what field?

9         Q.      Anything connected to Fatah.

10        A.      (Translator.)  I used to

11 receive daily instructions from him.

12        Q.      Was that verbally or in

13 writing?

14        A.      (Translator.)  Mostly verbally.

15        Q.      Did you ever receive written

16 instructions from him?

17        A.      (Translator.)  In what field?

18        Q.      Something connected with Fatah.

19        A.      (Translator.) Of course, but I

20 cannot remember what was verbally and what

21 was written.

22        Q.      Did you ever write to Mr.

23 Arafat about anything?

24        A.      (Translator.)  Hundreds of

25 letters.

HUSSEIN AL SHEIKH

1

2    Q.    What types of issues would you

3    have written to Mr. Arafat, and I'm talking

4    about 2000 to 2004.

5    A.    (Translator.)  I used to write

6    him for giving medical treatment for

7    families who cannot afford it, for their

8    children.  I used to ask him for assistance

9    and help for students who are in need so

10    they can go for studies, and also social

11    assistance for deprived families.

12    Q.    Why would you write those

13    letters to Mr. Arafat and not to Mr. Qurei

14    who you told us handled the finances?

15    A.    (Translator.)  I was not the

16    one who determined where it should be

17    directed.  The one who determined that was

18    Yasser Arafat, who was the Commander.

19    Because Abu Ala does not have a direct

20    responsibility upon me, Abu Amar had direct

21    responsibility upon me.

22    Q.    Let me clarify.  Is it fair to

23    say that if you felt that a particular

24    student should receive financial aid, you

25    would have written to Mr. Arafat, asking to

1          HUSSEIN AL SHEIKH

2   give money to this student, and if Mr.

3   Arafat agreed, he asked Mr. Qurei to

4   disburse the money?

5        A.    (Translator.)  Not necessarily

6   from Qurei.  The one who determined from

7   whom to receive the money, that was Yasser

8   Arafat.

9        Q.    Let me break it down.  You

10  would ask Mr. Arafat to give money to Mr.

11  X, and if Mr. Arafat agreed, he would

12  direct somebody, he would pick to disburse

13  the money?

14       A.    (Translator.)  Correct.

15       Q.    And what we are talking about

16  is the money of Fatah.  We are not talking

17  about the Palestinian Authority or PLO?

18       A.    (Translator.)  Fatah and PLO

19  are the same because the Fatah and the PLO

20  budget are with Arafat.

21       Q.    During the period of 2000 to

22  2004, who directed the budget of the PA?

23       A.    (Translator.)  Do you mean the

24  Minister of Finance?

25       Q.    I don't mean any particular

                    HUSSEIN AL SHEIKH

1

2    person.  I am asking you.

3              A.    (Translator.)  What do you mean

4    the money of PA?

5              Q.    I will clarify.  In the period

6    2000 to 2004, who was in charge of making

7    decisions of spending the money of the PA?

8              A.    (Translator.)  Again I cannot

9    understand the question.  It is not clear

10   enough.  In the PA there is a Minister of

11   Finance.  If I am not mistaken, I think it

12   was Salam Fayad, if this is what you mean

13   by your question.  And who determines the

14   financial policy is Salam Fayad.

15             Q.    What was Yasser Arafat's role

16   in the PA between 2000 and 2004?

17             A.    (Translator.)  Do you mean his

18   status or his capacity in the PA?

19             Q.    Yes.

20             A.    (Translator.)  At that time he

21   was the head of the PA and the PLO.

22             Q.    He was the President and the

23   Prime Minister?

24             A.    (Translator.)  The President

25   and the Prime Minister at the same time.

1                    HUSSEIN AL SHEIKH

2          Q.     Did he hold any other positions

3     besides the President and the Prime

4     Minister?

5          A.     (Translator.)  In government?

6          Q.     In the PA government.

7          A.     (Translator.)  This is what I

8     remember were the official capacities of

9     Yasser Arafat.  Previously, before 2000, he

10    used to take the capacity of Interior

11    Minister sometimes, but I cannot remember

12    at what periods.

13         Q.     As President and Prime Minister

14    of the Palestinian Authority, between 2000

15    and 2004, did Yasser Arafat have any

16    authority over expenditures of the

17    Palestinian Authority?

18         A.     (Translator.)  Of course, he

19    was the President.

20         Q.     You told us, sir, that you

21    would often write letters to Mr. Arafat

22    asking him to award money from Fatah to

23    particular people.

24         A.     (Translator.)  Correct.

25         Q.     Do you have any idea, sir, how

HUSSEIN AL SHEIKH

1
2    much money was awarded by Fatah altogether
3    as a result of your requests?
4        A.    (Translator.)  I cannot count
5    them.
6        Q.    Can you give it in order of
7    magnitude?  Are we talking hundreds of
8    dollars, thousand of dollars, hundreds of
9    thousands of dollars?
10       A.    (Translator.)  I would say
11   hundreds of thousands of dollars.
12       Q.    Do you have any idea what the
13   annual expenses of Fatah were during the
14   period of 2000 to 2004?
15       A.    (Translator.)  No, it is not
16   part of my expertise.
17       Q.    Are you familiar with an
18   individual named Mohammed Rashid?
19       A.    (Translator.)  Of course.
20       Q.    Who is Mohammed Rashid?
21       A.    (Translator.)  He was
22   responsible for the investment fund.
23       Q.    What investment fund?
24       A.    (Translator.)  I have no idea
25   about it.

```
 1                    HUSSEIN AL SHEIKH
 2     Oslo Agreement with the Israelis.  And most
 3     of the political factions were against the
 4     Oslo Agreement.
 5          Q.    So how many employees of Fatah
 6     were there between 2000 and 2004?
 7          A.    (Translator.)  Salaries from
 8     whom?
 9          Q.    Employees of Fatah.
10          A.    (Translator.)  There is nothing
11     like employees for Fatah.  Do you mean
12     employees of the PA?
13          Q.    Let me take a step back.  Maybe
14     this will help clarify it, instead of me
15     putting words in your mouth, which I see
16     would be useless.
17               Can you explain to us in your
18     words, the relationship between Fatah and
19     the PLO and the PA?  I'm talking about 2000
20     to 2004.
21          A.    (Translator.)  The relationship
22     between the PA, the PLO, and the Fatah, are
23     complex relations.  First of all, Fatah is
24     part of the PLO, along with other political
25     factions who also believe in the PLO
```

                            HUSSEIN AL SHEIKH

1
2    policy.
3              Fatah is the larger group
4    within the PLO, and it was the one who
5    signed the Oslo Agreement through the PLO,
6    which led in itself for the establishment
7    of the PA, and, I mean, the Oslo Agreement.
8              In 1994, once moving to the
9    practical application of the Oslo
10   Agreement, the larger part of
11   responsibility of establishment and
12   creation and constructing of the PA fell on
13   Fatah.
14             For example, all the security
15   agencies, all Palestinian apparatus, its
16   construction, was combined from Fatah.
17   Thousands of Fatah members who came from
18   abroad, came from Lebanon, Syria, Jordan,
19   Tunis and Yemen, who were fighters of
20   Fatah, returned to the West Bank and the
21   Gaza Strip, according to the Oslo
22   Agreement, and started to construct the
23   apparatus security.  And at that time there
24   was need to the Oslo Agreement, and it
25   still remains Hamas Movement.

1             HUSSEIN AL SHEIKH

2             The main role and

3    responsibility that fell on these security

4    systems was to confront all these anti-Oslo

5    Agreement streams, who believe in violence

6    and in continuing the violence.

7             Therefore, the main role of

8    protecting the PA and constructing the PA

9    structure, whether on the civil or the

10   security level, relied heavily on Fatah and

11   on the groups or streams that supported the

12   Oslo Agreement.

13            Where can we find the

14   separation between PA and Fatah?  Each

15   employee in the PA, who belongs to Fatah in

16   the general possession that belongs to the

17   PA, was not working practically in Fatah as

18   a political organizational community, as a

19   general public organization.

20            For instance, the

21   responsibilities which were ascribed for a

22   member of Fatah, who is merely occupied

23   with working with the public and the

24   unions, are not the same missions and

25   responsibilities, and ascribed for the

1                    HUSSEIN AL SHEIKH

2    member of Fatah, who is working for the PA.

3                    Is this clear?

4         Q.    I think so.

5                    So you told us earlier that

6    when you were secretary of Fatah in the

7    West Bank, you had 14 Deputies or

8    Secretaries below you in different

9    districts in the West Bank?

10        A.    (Translator.) Not Deputies.

11   They are Secretaries each in its own area.

12        Q.    So you had 14 Secretaries each

13   in their own area.  Were those 14

14   individuals paid for their work as

15   Secretaries?

16        A.    (Translator.) No, most of them

17   were volunteers.

18        Q.    Did those 14 Secretaries

19   receive any salaries from the Palestinian

20   Authority?

21        A.    (Translator.) I have no idea

22   is any of them were receiving salaries from

23   the PA.

24        Q.    Between 2000 and 2004, did

25   Fatah have offices anywhere?

```
 1                    HUSSEIN AL SHEIKH
 2          A.      (Translator.)  Yes, of course.
 3    In all the area of the West Bank and in the
 4    Gaza Strip.
 5          Q.      Did Fatah have a main office?
 6          A.      (Translator.)  Yes, of course.
 7          Q.      Where was the main office of
 8    Fatah?
 9          A.      (Translator.)  The headquarters
10    was where Yasser Arafat was, because he is
11    the General Commander of the movement.
12          Q.      Was that location known as the
13    Mukata?
14          A.      (Translator.)  Correct.
15          Q.      So the Mukata was where the
16    main office of Fatah was located?
17          A.      (Translator.)  There are
18    others.
19          Q.      There are other what?
20          A.      (Translator.)  There are other
21    offices.
22          Q.      Other main offices?
23          A.      (Translator.)  For instance,
24    Abu Ala also had a main office as well as
25    Hakam Balaui also had a main office.  Also,
```

1              HUSSEIN AL SHEIKH

2    Abdallah el Franji had an office for

3    external relations.  The headquarters of

4    the head command since Abu Amar was the

5    General Commander was at the Makata.

6        Q.    Is it correct that the Mukata

7    was also the main office of the PA?

8        A.    (Translator.)  Of course, since

9    the PA was also Yasser Arafat.

10       Q.    Was the Mukata also the main

11   office of the PLO?

12       A.    (Translator.)  Correct, since

13   Yasser Arafat was also the head of the

14   Executive Committee of the PLO.

15       Q.    We are talking about 2000 to

16   2004?

17       A.    (Translator.)  Correct.

18       Q.    You mentioned that there were

19   some other main offices of Fatah.  Did you

20   say, sir, that there were other main

21   offices of Fatah?

22            MR. McALEER:  Object to the

23        form.

24       A.    (Translator.)  Correct.

25       Q.    Were those other main offices

HUSSEIN AL SHEIKH

1                    HUSSEIN AL SHEIKH

2      of Fatah also offices of the PA?

3          A.      (Translator.)  No, incorrect.

4          Q.      Which offices were main offices

5      of Fatah that were not offices of the PA?

6          A.      (Translator.)  All offices of

7      Fatah were not offices of the PA, except

8      the office of Yasser Arafat.

9          Q.      Were there any people who

10     worked in the Mukata, who were specifically

11     working for Fatah and not for the PA?

12         A.      (Translator.)  I do not know

13     exactly.  I never asked the people who were

14     there whether they were working for the PA

15     or Fatah.

16         Q.      Between 2000 and 2004, who

17     owned the Mukata?

18         A.      (Translator.)  What do you mean

19     by owned?

20         Q.      Who was the owner of the

21     building, the land?

22         A.      (Translator.)  The PA.

23         Q.      Who paid the utilities,

24     electricity, water, telephones?

25         A.      (Translator.)  I do not know,

1                    HUSSEIN AL SHEIKH

2    of course.  It was not part of my

3    responsibilities.

4            Q.    The other offices of Fatah that

5    you told us were not offices of the PA,

6    were those rented offices?

7            A.    (Translator.)  Part of them

8    were rented and part of them were owned,

9    but I do not know which are which.

10           Q.    The ones that were owned, do

11   you know who owned them?

12           A.    (Translator.)  I do not know.

13           Q.    The ones that were rented, do

14   you know who paid the rent?

15           A.    (Translator.)  The finances of

16   Fatah.

17           Q.    Did the finances of Fatah also

18   pay the utilities for those offices?

19           A.    (Translator.)  Not necessarily,

20   but I do not know these details because

21   this was not part of my work and my

22   employment.

23           Q.    When you would request from Mr.

24   Arafat -- and I'm specifically talking

25   about from 2002 to 2004 -- you would

HUSSEIN AL SHEIKH

1

2    request that he give money to particular

3    people, and he would direct that money to

4    be given, what process was used to disburse

5    the money of Fatah?  In other words, would

6    it be by check, by wire transfer, by cash,

7    or some other form?

8        A.    (Translator.)  For instance, I

9    used to present to Abu Amar humanitarian

10   aid.  The instance, I presented to him ten

11   people.  For example, let's say he would

12   wire to each person 800, 600, 1000 dollars.

13   I would not hold in my hand one penny even.

14   It would reach the beneficiary directly,

15   whether by check or by bank transaction.

16       Q.    So Fatah would use checks or

17   bank transactions to give people money?

18       A.    (Translator.)  Not necessarily

19   Fatah, but the body that was given order by

20   Arafat would provide the money?

21       Q.    When you were secretary of

22   Fatah, you had to ask Mr. Arafat to award

23   money to individuals for whatever purpose.

24   Is it your testimony, sir, that sometimes

25   Mr. Arafat would direct that money to be

1                    HUSSEIN AL SHEIKH

2     given to the individual but from some place

3     else other than Fatah?

4                    MR. McALEER:  Objection as to

5          form.

6          Q.     You can answer.

7          A.     (Translator.)  Let me clarify.

8     Some assistance were issued directly from

9     Fatah.  According to the rules and the

10    basic law of the PA, the government

11    allocates the Ministry of Finance a certain

12    amount of money to the political parties

13    according to the basic law.

14                    Since Fatah is a political

15    party, it has an allocation of amount of

16    money, the people's part has an amount

17    which is allocated to it.  The Democratic

18    Front has a budget of its own.

19                    And why am I stating this; to

20    prevent any outside money to get into the

21    country.  For instance, I do not want Iran

22    to send money to establish a party within

23    the country.  So also to maintain that,

24    there is supervision on the money and its

25    conductors.  That is what I meant when I

                    HUSSEIN AL SHEIKH

 2    said that Arafat can allocate the money

 3    from Fatah or from other sources as well.

 4              MS. GITLIN:  The tape is

 5         finishing now at 6:45 p.m.

 6              (A recess transpired.)

 7              MS. GITLIN:  It is tape number

 8         6, starting at 6:46 p.m.  This is the

 9         Commissioner Amy Gitlin, business

10         address Nahal Katlav 7/3 Bet Shemesh,

11         Israel.

12              This is the deposition of

13         Hussein al Sheikh, taking place in

14         Jerusalem, Israel, on April 1st,

15         2009.

16         A.    (Translator.)  I want the last

17    sentence, to repeat it.

18              I stated that the basic law

19    allows for political action for legitimate

20    and legal by the political parties.  I am

21    requesting that this speech will be

22    translated accurately.

23         Q.    We want everything translated

24    accurately.

25         A.    (Translator.)  Each party

HUSSEIN AL SHEIKH

1    HUSSEIN AL SHEIKH
2    receives a budget from the Finance
3    Ministry.  Each organization or party is
4    free to use these monies as he sees fit,
5    within the legal political activity.
6    Therefore, when I stated that Abu Amar was
7    sometimes allocating money from Fatah or
8    from other parties, that is why I was
9    referring to the fact that Abu Amar was
10   using the money, his share that was
11   allocated to the Fatah party from the
12   Ministry of Finance.
13        Q.    Was giving money to students or
14   to people for medical treatment or social
15   assistance, was that considered legitimate
16   political uses of money allocated by the PA
17   to Fatah?
18        A.    (Translator.)  Another
19   clarification, please.  Not everything that
20   Arafat signed for me was deducted from the
21   Fatah budget.
22             Let's say, for instance, there
23   is a ten-year-old child who suffers from
24   cancer and needs treatment in Israel.  That
25   person, a child who is ten years old, knows

1                    HUSSEIN AL SHEIKH

2       nothing about the different political

3       parties, Fatah, Democratic Front, or

4       anything else.

5                        Yasser Arafat would refer this

6       letter to the Ministry of Health and the

7       Ministry of Finance.  Is this clear?  And

8       sometimes, since Abu Amar could not give

9       money from the PA, when I requested

10      something from him for Fatah, he used to

11      give it from the budget of Fatah.

12           Q.    So just using your example of

13      the child who needs treatment for cancer,

14      was there any circumstance where such a

15      case would have been considered something

16      for Fatah go give money to?

17           A.    (Translator.)  As I told you,

18      that does not mean necessarily that this

19      ten-year-old boy would receive the money

20      from Fatah, because the PA is responsible

21      for the Palestinian people and not only

22      Fatah is responsible for the Palestinian

23      people.  A ten-year-old boy is the

24      responsibility also of the PA.

25           Q.    But sometimes the PA would not

1          HUSSEIN AL SHEIKH

2          Q.     During the time of 2000 to

3     2004, did the PA deduct Fatah's membership

4     fees from employees' salaries?  Between

5     2002 and 2004, did the PA deduct from its

6     employees' salaries membership dues for

7     Fatah?

8          A.     (Translator.)  Do you mean from

9     the salaries received by the members of

10    Fatah in the PA, there was an amount

11    deducted from the salary for the Fatah

12    membership?

13         Q.     Yes, that is my question.

14         A.     (Translator.)  Yes.

15         Q.     Was every PA employee required

16    to be a member of Fatah?

17         A.     (Translator.)  Of course not.

18         Q.     Were the employees who were not

19    members of Fatah have deductions made from

20    their salaries for Fatah's dues?

21         A.     (Translator.)  No, this was

22    voluntarily done.  If a Fatah's member did

23    not want this amount to be deducted from

24    his salary, he could request that and it

25    would not be deducted.

```
 1                    HUSSEIN AL SHEIKH
 2         A.    (Translator.)  No, I do not
 3    know.  This is not part of my expertise.
 4         Q.    Between 2000 and 2004, can you
 5    tell us, please, what were the methods that
 6    Fatah used to achieve its goals?
 7         A.    (Translator.)  First of all,
 8    Fatah is a political movement, National
 9    Palestinian, and it believes in peace, and
10    it was the one who signed the peace
11    agreement with Israel.
12                    It is true that the peace
13    process was obstructed during 2000
14    following the visit of Sharon to Al Aktza
15    Mosque, and especially following the
16    failure of Camp David.  And I mean by that
17    the Palestinian-Iraeli negotiations in Camp
18    David during Abu Amar and Ehud Barak's
19    period.  No doubt that the visit of Sharon
20    to the Al Aktza Mosque has prompted and
21    caused the eruption of the situation and
22    for the explosion of the whole issue.  And
23    there were demonstrations against the visit
24    of Sharon, and these demonstrations were
25    peaceful demonstrations of the first
```

HUSSEIN AL SHEIKH

1

2    Degree.  And Fatah believed that these

3    demonstrations should be peaceful.

4         Q.    Let me back up; inside of

5    Fatah, were there any other organizations

6    branches or wings?

7         A.    (Translator.)  Of course.

8         Q.    What were the branches or wings

9    or subsets that were in Fatah in 2000 to

10   2004?

11        A.    (Translator.)  Of course, for

12   instance, Fatah members who were abroad

13   were not in coordination and harmony with

14   Yasser Arafat's policy.  For instance, Abu

15   Lutuf, Faruk el Kadumi, was against Oslo

16   and inciting against Oslo.

17        Q.    Let me clarify.  Maybe the

18   problem is my question.

19             What I meant was:  Inside of

20   Fatah, was there an organization maybe for

21   doctors, for students, for engineers, for

22   workers, for shopkeepers?

23        A.    (Translator.)  Of course

24        Q.    Did those groups have names?

25        A.    (Translator.)  Of course.

1                    HUSSEIN AL SHEIKH

2    Doctors' union, pharmaceutical union,

3    teachers' union, et cetera.

4          Q.    Was there a group for students?

5          A.    (Translator.)  Of course.

6          Q.    What was the name for the

7    groups of students between 2000 and 2004?

8          A.    (Translator.)  Shabiba Union.

9          Q.    That is for youth?

10         A.    (Translator.)  Yes.

11         Q.    What about for University

12   students?

13         A.    (Translator.)  They also

14   belonged to the youth movement.  The

15   Shabiba is also for school students and

16   University students.

17         Q.    Between 2000 and 2004, what was

18   the policy of Fatah towards the Israeli

19   occupation of the West Bank and Gaza Strip?

20         A.    (Translator.)  The goal of

21   Fatah is to end occupation in the West Bank

22   and the Gaza Strip.

23         Q.    Between 2000 and 2004, did

24   Fatah consider Israeli Jewish settlers in

25   the West Bank and the Gaza Strip to be

                    HUSSEIN AL SHEIKH

 2    regular civilians?

 3         A.      (Translator.)  Yes.

 4         Q.      Are you familiar -- and forgive

 5    me for what I'm about to do with your

 6    language -- are you familiar with a term

 7    called Mukawama?

 8         A.      (Translator.)  Resistance.

 9         Q.      What is the principle of

10    resistance?

11         A.      (Translator.)  Do you want me

12    to use the word "resistance" or "Mukawama"?

13         Q.      Does the word "Mukawama" have a

14    particular meaning in Palestinian politics?

15         A.      (Translator.)  It is like using

16    the word "Shahid."

17              MR. HIBEY:  Wait a minute.  You

18         have asked a perfectly legitimate

19         question.

20              MR. TOLCHIN:  We agree on

21         something.

22              MR. HIBEY:  I would like to

23         know what the translation is.

24              MR. NAIM:  Resistance.

25              MR. TOLCHIN:  Just to explain

```
 1              HUSSEIN AL SHEIKH
 2       to you, what she said is that the
 3       word is like Shahid.  Shahid means
 4       martyr, but in the context of
 5       Palestinian politics, it has come to
 6       have a particular meaning that people
 7       understand.
 8              MR. SHEHADEH:  It is like when
 9       you say Shoah.
10              MR. TOLCHIN:  It's like when
11       you say Holocaust.  It has a
12       particular meaning that everybody
13       understands what you're talking
14       about.  When you say the French
15       Revolution, nobody thinks that you're
16       talking about a revolution in
17       wine-making.  They know what you're
18       talking about.
19              Let's proceed.  I will use th
20       English word.
21              MR. SHEHADEH:  Just a second,
22       because he answered and he said that
23       resistance has different forms.
24          Q.    What are the different forms of
25   resistance?
```

1          HUSSEIN AL SHEIKH

2          A.    (Translator.)  For instance, I

3    could say no to occupation, this is

4    resistance.  I can call for a peaceful

5    demonstration in central Ramallah, this is

6    also a kind of resistance.  For instance as

7    well, I can ask for boycotting Israeli

8    products, and this is also a type of

9    resistance.  I also can write an article,

10   this is also resistance.

11         Q.    Is putting a car bomb in an

12   Israeli shopping mall a form of resistance?

13         A.    (Translator.)  Fatah is against

14   that on the whole.

15         Q.    But is that a form of

16   resistance.

17         A.    (Translator.)  I repeat, again,

18   working or conducting anything within the

19   Jewish area of Israel, against or harming

20   any Israeli citizens is something which is

21   against the policy and legitimacy of Fatah,

22   and is a terrorist act.

23         Q.    Is shooting Israeli soldiers in

24   the West Bank a form of resistance?

25         A.    (Translator.)  The issue of

```
 1                   HUSSEIN AL SHEIKH
 2   there was an Israeli and Palestinian
 3   violence going on, on both sides where both
 4   of them are parties.
 5        Q.       Let me clarify.  You talked
 6   earlier about the Intifada that started in
 7   2000; was that Intifada that started in
 8   2000, a period of peace or a period of
 9   violence?
10             MR. McALEER:  Object as to
11        form.  You can answer.
12        A.       (Translator.)  I distinguish
13   between the different periods of the
14   Intifada.  First of all, Sharon started by
15   visiting the Al Aktza Mosque.  He provoked
16   emotions of Palestinians and Moslems.
17   There were peaceful demonstrations by
18   Palestinians.  What proves that the
19   direction is peaceful, because the
20   objective of the Intifada was peaceful.
21             Can you tell me how many
22   Israelis were killed during the four months
23   of the Intifada.  However, I can tell you
24   how many Palestinians were killed during
25   that period.  That demonstrates to what
```

HUSSEIN AL SHEIKH

2  extent the Intifada was meant to be

3  peaceful.

4      Q.    Let me clarify.  You said that

5  there were periods of the Intifada.  There

6  were phases of the Intifada.  Can you tell

7  me what the dates were, as best as you can,

8  and what the phases were?

9      A.    (Translator.)  I will give you

10  without dates.  I do not remember dates

11  very well.  The first stage of the Intifada

12  lasted four to five months.  The Intifada

13  was totally absolutely peaceful.

14      Q.    That is four to five months

15  from Sharon's visit?

16      A.    (Translator.)  Yes, four or

17  five months the whole Intifada was

18  peaceful.  And I challenge you again to

19  tell me how many Israeli were killed in the

20  four or five months.  I can tell you that

21  hundreds of Palestinians were killed at

22  that time.  I am not challenging you

23  personally.  I am speaking generally.

24          In the first four to five

25  months, hundreds of Palestinians were

HUSSEIN AL SHEIKH

1

2    killed according to all international

3    humanitarian organizations' reports.  The

4    excessive violence practiced by the

5    Israelis has pushed the Palestinians to

6    escalate the level of violence.

7                    In my opinion, this gave the

8    opportunity to all the extremists, and all

9    those who oppose the Oslo Agreement, an

10    opportunity to destroy the Oslo Agreement

11    and to bring back the whole area to

12    violence.  Therefore, unfortunately, the

13    Intifada transferred from being a peaceful

14    Intifada to being a violent one.

15         Q.    How long was that violent

16    period?  You said it started four or five

17    months after Sharon's visit, and how long

18    did it continue?

19         A.    (Translator.)  It continued

20    until the death of Abu Amar.

21         Q.    Which was November 2004?

22         A.    (Translator.)  November 11,

23    2004.

24         Q.    So that violent period

25    continued for several years until at least

HUSSEIN AL SHEIKH

1

2  is a peaceful situation.

3       Q.     During times when there is a

4  violent situation, such as between Sharon's

5  visit to Al Aktza and 2004, so, for

6  example, in the year 2002, right in the

7  middle of that period, during that period,

8  would shooting an Israeli soldier in the

9  West Bank and Gaza Strip have been

10  considered a form of resistance?

11            MR. McALEER:  Object as to form

12         and lack of foundation.

13       Q.     You can answer.

14       A.     According to the International

15  Law, Israel is an occupying power for the

16  West Bank.  This is according to the

17  International Resolutions, and this is not

18  something that I am saying.  Between whom

19  there is no peace, between two enemies?

20  Peace can be only made by enemies.

21  According to all history, peace can be done

22  only between two enemies.

23             We used to be enemies.  And our

24  main goal to fight for Fatah is to end the

25  occupation, and we hope and we wish and we

```
 1              HUSSEIN AL SHEIKH
 2    make great efforts to end this occupation
 3    by peaceful means and to live in peace with
 4    the Israelis.  One country, a state, next
 5    to the other.  One nation next to the
 6    other.  And there would be economical,
 7    political, environmental cooperation
 8    between us.  And this is not only merely my
 9    personal opinion.  This is the opinion of
10    Fatah, in general.
11              MR. TOLCHIN:  What I'd like to
12         do is, I'd like to just show the
13         witness that video that we exchanged.
14         We do not need to translate it.  I'd
15         like just to show him the video at
16         first.
17              MR. HIBEY:  How does this get
18         handled in terms of record?
19              MR. TOLCHIN:  I have copies.  I
20         represent to you it is exactly the
21         same thing I e-mailed you, and I made
22         some copies.  I'd be happy to give
23         you one right now.
24              MR. HIBEY:  Can we trust you
25         that you will mark it as an Exhibit?
```

```
 1                    HUSSEIN AL SHEIKH
 2   objected to it?
 3          A.    (Translator.)  Who opposed?
 4          Q.    Anybody.
 5          A.    (Translator.)  If it is
 6   security issue, then it derives or obeys
 7   the security system, if they were requested
 8   to return, then they will return.
 9          Q.    This is for the Commissioner.
10   This is Exhibit 4.
11                (Whereupon, the aforementioned
12           document was marked as Plaintiff's
13           Exhibit 4 for identification as of
14           this date by the Commissioner.)
15          Q.    First of all, is this a
16   document you have ever seen before, sir?
17          A.    (Translator.)  No, I do not
18   recall seeing it.
19          Q.    At the top in the upper
20   right-hand corner there is a handwritten
21   comment there.  Are you able to read that?
22          A.    (Translator.)  Yes, of course.
23          Q.    What does it say?
24          A.    (Translator.)  It should be
25   sent to the District of Ramalla to Hussein
```

1                    HUSSEIN AL SHEIKH

2    systems are sending a warning to all those

3    who were not returning that they might be

4    sacked from work.  This is my

5    interpretation.

6          Q.    Do you recall the situation?

7          A.    (Translator.)  I do not

8    remember particularly the circumstances

9    here.

10         Q.    You can give the original

11   document to the Commissioner.  I may ask

12   you, sir, if this is a document you have

13   ever seen.

14         A.    (Translator.)  Yes.

15         Q.    What is this document?

16         A.    (Translator.)  I presented this

17   to Yasser Arafat, financial aid for certain

18   people.

19         Q.    Did you write this document?

20         A.    (Translator.)  Yes.

21         Q.    Is all of this document yours,

22   or is there a part that was written by

23   somebody else?

24         A.    (Translator.)  This is my

25   handwriting, and the handwriting of Yasser

```
 1                    HUSSEIN AL SHEIKH
 2   Arafat.
 3        Q.    Is it accurate that the
 4   handwriting which is horizontal is yours
 5   and the handwriting which is diagonal is
 6   Mr. Arafat's?
 7        A.    (Translator.)  This is an area
 8   with the handwriting where the date is
 9   stated and the signature, this is of Yasser
10   Arafat.
11             MR. TOLCHIN:  Can we agree, Mr.
12        Hibey, that the witness is indicating
13        that the diagonal handwriting towards
14        the lower left as being Mr. Arafat's?
15             MR. HIBEY:  Yes.
16        Q.    What did you write in this
17   letter?
18        A.    (Translator.)  I requested from
19   Abu Amar to allocate money for three
20   people.
21        Q.    Just for the sake of the
22   record, and since it's your handwriting,
23   could you read the letter slowly and let
24   the translator translate?
25        A.    (Translator.)  Of course.  "Mr.
```

1              HUSSEIN AL SHEIKH

2    President, the warrior of combatant,

3    President of combatant."

4              MR. SAADI:  No, no, fight is --

5    (Arabic)  This (word) is someone who

6    declares Jihad because of unjust

7    conditions.

8              MR. SHEHADEH:  It can be both a

9    fighter and a combatant.

10             MR. TOLCHIN:  What is the

11   Arabic word we are talking about?

12             MR. SHEHADEH:  Mujahed.

13        A.    (Translator.)  I would like to

14   explain.  To assert that Mujahed is not a

15   fighter, if we want to take the linguistic

16   phrase, you can make Jihad through talking.

17        Q.    But the word is connected to

18   the root Jihad.  Can I make a suggestion;

19   let the Interpreter say what she thinks,

20   you say what you think, and then we'll ask

21   the witness to clarify and then we'll have

22   it on the record.

23        A.    (Translator.)  I have not

24   finished yet.  I would like to clarify.

25   Mujahed does not mean in any way combatant

HUSSEIN AL SHEIKH

1

2  or fighter.  Because, according to Islam,

3  Mujahed means that you can do Jihad through

4  your words and there is an internal thing

5  within your soul, the Jihad of your soul.

6  What is the Jihad of the soul?  That means

7  do not commit adultery, do not steal, and

8  such things.  Therefore Mujahed does not

9  necessarily mean a fighter.

10      Q.    Would you agree that Mujahed

11  can mean fighter?

12      A.    (Translator.)  Each person can

13  interpret it as he sees fit.

14      Q.    Just finish the letter, please.

15      A.    (Translator.)  (Reading.)  My

16  brother Abu Amar, may God protect you and

17  keep you well.  I grant you with the salute

18  of homeland and nation.  We request from

19  you Highness to be kind and to allocate a

20  financial amount of two thousand five

21  hundred dollars to the brothers number 1,

22  Raid ed Karmi, second Ziad Machmud Daas,

23  third Omar Kahaden, and we leave this to

24  your decision, your son Hussein al Sheikh.

25  The thing that was offered Yasser Arafat,

HUSSEIN AL SHEIKH

1
2    the Finance Ministry in Ramallah, the

3    allocation of six hundred dollars would be

4    given to each person.

5        Q.    Who is Raid ed Karmi?

6        A.    (Translator.)  Raid el Karmi is

7    a person from the Tul Karem area.

8        Q.    Why did you want to allocate

9    2500 dollars to Mr. El Karmi?

10       A.    (Translator.)  These were the

11   recommendations of the responsible in

12   charge person of Fatah in Tul Karem area,

13   since I do not know any of these three

14   people personally.  I am given

15   recommendations from the different Fatah

16   representatives in these area within my

17   capacity of the Secretary of Fatah I report

18   this to Yasser Arafat within the framework

19   of the Humanitarian Aid.  And I have

20   brought thousands of humanitarian aid to

21   people.

22       Q.    Who asked you or who

23   recommended to you that you request 2500

24   dollars for Mr. El Karmi?

25       A.    (Translator.)  If I am not

```
 1                  HUSSEIN AL SHEIKH
 2     mistaken, the Secretary of the area of Tul
 3     Karem.  What period are we talking about?
 4     2001?  I cannot see the date.
 5          Q.     2001.
 6          A.     (Translator.)  I think that the
 7     Secretary, maybe it was Dr. Thabet or Fayet
 8     Kanaan.  I am not certain who it was, but I
 9     am sure one of them was the Secretary at
10     the time.
11          Q.     Who is Fayed Kanaan?
12          A.     (Translator.)  The Secretary of
13     Tul Karem area at that time, maybe.  I do
14     not recall if it was Dr. Thabet or Fayet
15     Kanaan.
16          Q.     Who is Amar Kadan?
17          A.     (Translator.)  I do not know
18     him.
19          Q.     Are you familiar with something
20     called Force 17?
21          A.     (Translator.)  Of course I am.
22          Q.     Was Mr. Kadan connected somehow
23     to Force 17?
24          A.     (Translator.)  Surely.
25          Q.     Briefly what is Force 17?
```

```
 1                    HUSSEIN AL SHEIKH
 2           A.    (Translator.)  It is the
 3   Private Presidential Guard.
 4                MR. TOLCHIN:  This goes to the
 5   commission, 6.
 6                (Whereupon, the aforementioned
 7   document was marked as Plaintiff's
 8   Exhibit 6 for identification as of
 9   this date by the Commissioner.)
10           Q.    Sir, is this a document that
11   you have ever seen before?
12           A.    (Translator.)  No, of course
13   not.
14           Q.    Did you review this document
15   before you came here today in preparation
16   for the deposition?
17           A.    (Translator.)  Yes, I saw it by
18   the lawyers.
19           Q.    Take a moment to read it.  Who
20   wrote this document?  Who signed it?
21           A.    (Translator.)  According to
22   what I see, the one who signed it is Fayed
23   Kanaan.
24           Q.    The same individual that we
25   spoke about a minute ago?
```

                    HUSSEIN AL SHEIKH

1

2          A.    (Translator.)  Yes, for sure.

3          Q.    Where is Fayed Kanaan today?

4          A.    (Translator.)  I do not know.

5    This is a period between 2001 and 2009,

6    eight years, maybe in Tul Karem.

7          Q.    Is he employed by the

8    Palestinian Authority today?

9          A.    (Translator.)  I do not know.

10         Q.    Do you know if he's still alive

11   today?

12         A.    (Translator.)  Of course.  If

13   he would have passed away, I would have

14   known about it.

15         Q.    The diagonal writing on the

16   left, is that Mr. Arafat's writing?

17         A.    (Translator.)  The diagonal

18   handwriting on the left is the writing of

19   Yasser Arafat.

20         Q.    There is a list of 15 names.

21   Do you recognize any of these names?

22         A.    (Translator.)  Not one of them.

23         Q.    Are you familiar with an

24   individual named Wafa Idris?

25         A.    (Translator.)  I do not know

```
 1                HUSSEIN AL SHEIKH
 2    family?
 3         A.    (Translator.)
 4              MR. McALEER:  Objection as to
 5         form.
 6         A.    (Translator.)  The Ministry
 7    gives money to all PLO prisoners.  Now,
 8    whatever the sentence, Israel has given it,
 9    sees that he is punished for it already.
10         Q.    So the answer to my question is
11    yes.
12              MR. McALEER:  Objection as to
13         form.
14         A.    (Translator.)  Yes.
15         Q.    Does this Ministry make
16    payments to widows and orphans of PLO
17    members of Fatah members who are killed in
18    activities against Israel?
19              MR. McALEER:  Objection as to
20         form.
21         A.    (Translator.)  I do not know.
22    I do not know if it gives any.
23         Q.    So between 2000 and 2004, did
24    the PA support violence against Israelis?
25              MR. McALEER:  Objection as to
```

1                    HUSSEIN AL SHEIKH

2          form.

3          A.      (Translator.)  The Palestinian

4    Authority always issued statements against

5    violence and against any violence committed

6    against any Israeli civilians.  And

7    sometimes the Palestinian Authority will

8    declare a ceasefire but was not able to

9    implement it on the ground.  But the

10   Palestinian Authority believes that

11   violence is prohibited by both sides.

12         Q.     Sir, before you came here

13   today, did you take any steps to inform

14   yourself what this case is about?

15         A.     (Translator.)  I never heard of

16   this case until I met the lawyers.

17         Q.     When did you meet the lawyers?

18   When are you referring to?

19         A.     (Translator.)  The first time?

20         Q.     Yes.

21         A.     (Translator.)  About a month

22   ago, approximately.

23         Q.     Are you referring to Mr. Hibey?

24         A.     (Translator.)  No, the first

25   time he was not there.