

# PALESTINE Link

*Link up with Palestine*

home | palestine | about us | for whom | support us | updates | platform | links | photo&video | contact

Nederlands | English



> My argument is that history is made by men and women, just as it can also be unmade and rewritten, always with various silence and elisions, always with shapes imposed and disfigurements tolerated.
>
> Edward Said

**about us**
setting the agenda
what we do
who we are
our mission
organization

## Advisory Committee

**Maha Abu Dayyeh**
Founder and director of the Women's Centre for Legal Aid and Counselling in East Jerusalem, a Palestinian non-profit organisation dedicated to the improvement of the social and legal status of Palestinian women. Former director and later chair of the Jerusalem Legal Aid Centre, the first organization to provide legal assistance to Palestinians in Israeli jails. Maha is an internationally respected feminist political thinker, and advocate of a viable Palestinian state. She is the recipient of the 2002 Ms. Magazine's Woman of the Year award. She works at local and international level to ensure the protection and provision of services to women personally and politically affected by life under occupation. She serves on Equality Now's Board of Directors, and has served as President of the organization. She also served on the boards of various Palestinian human rights, peace and women's organizations.

**Dr. Hanan Ashrawi**
Dr. Hanan Ashrawi is an elected member of both the Palestinian Liberation Organization's (PLO) Executive Committee, and the Palestinian Legislative Council. From 1996-1998, she served as Minister of Higher Education and Research in the Palestinian National Authority. She is both Founder and Chairperson of the Board of Directors of the Palestinian Initiative for the Promotion of Global Dialogue and Democracy-MIFTAH, and the National Coalition for Accountability and Integrity – AMAN, as well as Founder of the Independent Commission for Human Rights (ICHR). In 1991, she was Official Spokesperson of the Palestinian Delegation to the Middle East Peace Process and a member of the Leadership committee. An ardent advocate of human rights and gender issues, Dr. Ashrawi has made major contributions to peace making and nation building. She is the recipient of numerous international peace, human rights and democracy awards recognizing her work. She is also the author of many books, articles, poems and short stories on Palestinian politics, culture and literature.
The establishment of the state of Israel in May 1948 constituted an historical injustice to the Palestinian people, and has been called the Al-Nakba, or the catastrophe, by Palestinians since then. Whether uprooted, dispersed and exiled, or languishing under Israel's military occupation, the Palestinian people continue to struggle for their freedom and rights, including the right to self-determination.

**Hugo Arlman**
A freelance journalist and media advisor, Hugo Arlman has been a reporter for seven years with weekly Vrij Nederland back in the seventies. He worked at an Amsterdam publishing house as marketing manager and publisher. Since 2004 he is reporting again, at first mostly for weeklies HP/De Tijd and Vrij Nederland, and daily NRC Handelsblad, the last couple of years mainly for media-internetblog De Nieuwe Reporter and lawmagazine Nederlands Juristenblad. Together with Gerard Mulder he wrote books on presshistory and the Dutch royal family; with Tjakko Knoop Pathuis on bicycling around the Mont Ventoux. He is chairman of the Hans Melchersfonds, dedicated to give financial and juridical assistance to people who have been the victim of unlawful media-exposure. At NTR-broadcasting he is secretary to the Advisory Board. Together with Iric van Doorn and Daan Rosenberg Polak he founded The Groep, civic initiative for a just Middle-East policy.

**Merlijn Twaalfhoven**
A composer, internationally active in writing new music for orchestras, choirs and chamber music groups, but most known for his unusual projects with participation of local people in often difficult circumstances. Combining classic and modern, western and oriental, traditional and experimental music with theatre and dance, his works are a lively metaphor for nowadays' world.
Since 2005, he worked on projects in Israel, Palestine, Jordan and Syria and became convinced that cultural expression and exchange are of vital importance if you want to bridge the polarized worlds of the Middle East.
www.twaalfhoven.net

**Sam Bahour**
A business advisor, Sam is a Palestinian-American based in Al-Bireh / Ramallah, Palestine. He is a freelance business consultant operating in Applied Information Management (AIM), specializing in business development with a focus on start-ups. Sam was instrumental in the establishment of the Palestine Telecommunications Company and the PLAZA Shopping Center and recently completed a full term as a Board of Trustees member at Birzeit University. He is a Director at the Arab Islamic Bank and serves in various capacities in several community organizations. Sam writes frequently on Palestinian affairs and has been widely published. He is co-editor of "HOMELAND: Oral History of Palestine and Palestinians" and may be contacted at sbahour@palnet.com. He blogs at www.epalestine.com.