ARNOLD & PORTER LLP

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

February 3, 2015

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
             Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      Defendants' request to exclude certain documents that plaintiffs plan to use with Nevenka Gritz is frivolous.

      Exhibit 1057 is a letter to David's parents from a dear friend of David's following his murder. It is not offered for the truth, but rather to show its effect on Mrs. Gritz, his sole surviving parent, who will testify.

      Exhibit 1058 is an e-mail from Norman Gritz, David's deceased father, thanking the friend who wrote Exhibit 1057. It is offered to show Norman's then-existing mental condition, and therefore is admissible under Rule 803(3).

      Exhibit 1137 is a combination of writings of David and his father, Norman. Plaintiffs intend to use portions of Exhibit 1137 (such as the poetry excerpted at the beginning of the exhibit) which were David's journal writings to show his own then-existing mental condition. The other portions were written by Norman, and again will be offered to show Norman's then-existing mental condition, as well as their effect on Mrs. Gritz.

      Exhibit 1138 are testimonials about David's life. They will be offered to show their effect on Mrs. Gritz.

# ARNOLD & PORTER LLP

Hon. George B. Daniels
February 3, 2015
Page 2

                                       Respectfully,

                                       Kent A. Yalowitz

Enclosures

cc:    All ECF Counsel