**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
----------------------------------------------------------- x



USDC
DOC
ELEC
DOC #
DATE FEB 0 5 2015

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04-CV-00397.

    The date(s) for which such authorization is provided is (are) <u>February 9, 2015 through the end of trial (projected to be 12 weeks)</u>.

| **Attorney** | **Device(s)** |
| --- | --- |
| 1. Arieh Spitzen | (1) Cell Phone |

(Attach Extra Sheet If Needed)

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

**SO ORDERED:**

Dated:      February __, 2015

FEB 05 2015

_____
George B. Daniels
United States Judge