# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>THE PALESTINE LIBERATION )<br>ORGANIZATION, *et al.*, )<br> )<br>Defendants. )<br> ) | Civil Action No. 04cv397 (GBD) (RLE) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Judgment as a Matter of Law, the Defendants, by their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order granting Defendants' motion.

February 9, 2015            Respectfully Submitted,

/s/ Laura G. Ferguson
Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Dawn E. Murphy-Johnson
Michael J. Satin
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005
(202) 626-5800 [tel]
(202) 626-5801 [fax]
lferguson@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

**TO:**   Kent A. Yalowitz
Philip W. Horton
Lucy S. McMillan
Sara K. Pildis
Ken L. Hashimoto
Carmela T. Romeo
Tal R. Machnes
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Robert J. Tolchin, Esq.,
225 Broadway, 24th Floor
New York, NY 10007