# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

February 9, 2015

<u>**VIA ECF AND HAND DELIVERY**</u>

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

>  Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>        <u>Docket No. 04-CV-397 (GBD)(RLE)</u>

Dear Judge Daniels:

I write to request the Court's permission to offer two video exhibits in evidence on cross examination of Majed Faraj tomorrow.

The videos feature Mohamed Dahlan—Mr. Faraj's superior at the PA's Preventive Security—giving interviews on news stations. In both, Mr. Dahlan discusses the cooperation between the PA and Hamas during the al-Aqsa Intifada. The specific clips plaintiffs seek to offer are as follows:

- **Exhibit 217 (Dahlan on Abu Dhabi TV, 2001)**: "In the Gaza Strip, a whole year before the Intifada, all the staff of the Hamas Movement and the Islamic Jihad *were under the protection of the Preventive Security Force* and the Palestinian security apparatus." (emphasis added).

- **Exhibit 218 (Dahlan on Dubai Satellite Station, Oct. 21, 2012)**: "All the important leaders of Hamas were protected *by us*. We did not do them a favor, this was a national duty and a Palestinian political decision." (emphasis added).

These statements are relevant to the disputed issue of whether there was coordination and cooperation between the PA and Hamas during the al-Aqsa Intifada. On direct examination, Mr. Faraj testified that there was no such coordination or cooperation. Tr. (2/9/2015) at 2870 ("Therefore, our relationship with [Hamas] was more in crisis and we clashed with them. And, as of 1994, we start arresting members of Hamas, and we were trying all the time to prevent any destructive activity that Hamas

ARNOLD & PORTER LLP

Hon. George B. Daniels
February 9, 2015
Page 2

may hold"); *id.* at 2882-83 (discussing relationship between the PA and Hamas from 2004-2007). Dahlan's statements put the lie to Mr. Faraj's testimony.

The statements are admissible as self-inculpatory statements under Rule 804(b)(3).

Respectfully,

Kent A. Yalowitz

cc: All ECF Counsel