# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

February 10, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

>  Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>         Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

     I write regarding defendants' intention—stated for the first time this evening—to call two witnesses who had been explicitly withdrawn from their witness list.

     The two witnesses that defendants previously withdrew—and now claim that they intend to call—are Amneh Reehan and Sabri Tmaize. Defendants withdrew these witnesses on December 23. Ex. A. Defendants did not put them on their witness list on January 5. Ex. B. The first that plaintiffs heard about them was tonight. *See* Ex. C. Defendants have never disclosed the subject matter of these witnesses' testimony, contrary to the Court's explicit Order of December 16.

     Defendants should not be permitted to bring these last-minute witnesses to trial. If defendants thought they needed to call these witnesses, they should have retracted their explicit withdrawal of these witnesses and provided a proffer of the testimony more than a mere one business day before they intended to call them.

                                      Respectfully,

                                      Kent A. Yalowitz

cc:    All ECF Counsel
        Enclosures