**Machnes, Tal**

| | |
|---|---|
| **From:** | bhill@milchev.com |
| **Sent:** | Monday, January 05, 2015 12:02 PM |
| **To:** | McMillan, Lucy S. |
| **Cc:** | Rochon, Mark; Satin, Michael; Ferguson, Laura; Yalowitz, Kent A.; Horton, Philip W.; Pildis, Sara K.; Hashimoto, Ken L.; Romeo, Carmela; Machnes, Tal; Kientzle, Michael; Rachel Weiser; 'Mordechai Haller' |
| **Subject:** | RE: Witness and Exhibit Lists |

Counsel,

Based on the Court's rulings to date, Defendants presently anticipate that they may call the following witnesses:

Glenn Robinson
Michael Sfard
Raja Shehadeh
Stephen Gunther
Rick Gaskins
Lori Allen
Marilyn Minrath
James Thomson
Eileen Ryan
James Goodrich
Faiz Bhora
Khaled Abu Al-Yaman
Suleiman al-Deek
Fatmah al Mashni
Amani Habibeh
Radwan El Hilo
Jawad Amawi
Mazen Jadallah
Majed Faraj
Jibreen Al Bakri
Shawqi Issa
Hanan Ashrawi

We also presently anticipate offering the following previously listed trial exhibits:  DE 3, 8, 9, 10, 17, 18, 21, 22, 30, 31, 32, 33, 34, 37, 40, 42, 43, 48, 52-57, 65-59.

Obviously, precisely which witnesses we may call and the exhibits we may offer may change depending on forthcoming rulings from the Court and what Plaintiffs in fact admit into evidence at trial during their case in chief.

Regards,

Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC  20005-5701

Business: (202) 626-6014
Facsimile: (202) 626-5801

---

**From:** Hill, Brian
**Sent:** Monday, January 05, 2015 11:41 AM
**To:** McMillan, Lucy S.
**Cc:** Rochon, Mark; Satin, Michael; Ferguson, Laura; Yalowitz, Kent A.; Horton, Philip W.; Pildis, Sara K.; Hashimoto, Ken L.; Romeo, Carmela; Machnes, Tal; Kientzle, Michael; Rachel Weiser; 'Mordechai Haller'
**Subject:** RE: Witness and Exhibit Lists

Lucy,

Its fine to make the exchange at noon.

I'm sure it is obvious, but this will confirm that by agreeing to this exchange Defendants are not waiving any objections to Plaintiffs' witnesses or exhibits, including on the timing of their disclosure.

Regards,


Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC  20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801

---

**From:** McMillan, Lucy S. [mailto:Lucy.McMillan@aporter.com]
**Sent:** Sunday, January 04, 2015 9:12 PM
**To:** Hill, Brian
**Cc:** Rochon, Mark; Satin, Michael; Ferguson, Laura; Yalowitz, Kent A.; Horton, Philip W.; Pildis, Sara K.; Hashimoto, Ken L.; Romeo, Carmela; Machnes, Tal; Kientzle, Michael; Rachel Weiser; 'Mordechai Haller'
**Subject:** Witness and Exhibit Lists

Brian,

In accordance with Judge Daniels' instructions, plaintiffs are prepared to exchange witness and exhibit lists with defendants tomorrow.  We propose that the parties exchange lists at noon.  Please let me know if you agree.

Regards,
Lucy

---

Lucy S. McMillan
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Telephone: +1 212.715.1053

2

Lucy.McMillan@aporter.com
www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com