## Machnes, Tal

| | |
|---|---|
| **From:** | bhill@milchev.com |
| **Sent:** | Tuesday, February 10, 2015 8:50 PM |
| **To:** | Ferguson, Laura; Romeo, Carmela; Machnes, Tal; Rochon, Mark; Satin, Michael |
| **Cc:** | Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Pildis, Sara K.; Hashimoto, Ken L.; Kientzle, Michael; 'Mordechai Haller'; 'Rachel Weiser' |
| **Subject:** | RE: Sokolow v. PLO: Possible Exhibits |

Counsel,

In addition to the witnesses below, next week we may call Khaled Abu Yamen, Suliman el Deek, Amneh Reehan or Sabri Tamaize.

Regards,


Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC 20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801

-----Original Message-----
**From:** Ferguson, Laura
**Sent:** Thursday, February 05, 2015 12:01 PM Eastern Standard Time
**To:** Hill, Brian; Romeo, Carmela; Machnes, Tal; Rochon, Mark; Satin, Michael
**Cc:** Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Pildis, Sara K.; Hashimoto, Ken L.; Kientzle, Michael; Mordechai Haller; Rachel Weiser
**Subject:** RE: Sokolow v. PLO: Possible Exhibits


Counsel,

After the witnesses listed below have testified, we plan to call Lori Allen, Raja Shehadeh and Glenn Robinson.

In addition to the exhibits that are already in evidence and those listed below, we may use DE 3, 7, 8, 9, 10, 11, 12, 13, 14, 15, 26, 39 or 58 with these witnesses.

Regards,

Laura


**From:** Hill, Brian
**Sent:** Wednesday, February 04, 2015 6:23 PM
**To:** Romeo, Carmela; Machnes, Tal; Rochon, Mark; Ferguson, Laura; Satin, Michael
**Cc:** Yalowitz, Kent A.; Horton, Philip W.; McMillan, Lucy S.; Pildis, Sara K.; Hashimoto, Ken L.; Kientzle, Michael; Mordechai Haller; Rachel Weiser
**Subject:** Sokolow v. PLO: Possible Exhibits

1

In addition to the exhibits that are already in evidence, Defendants may use the following exhibits with Hanan Ashrawi, Michael Sfard, Shawqi Issa or Majed Faraj:  DE 17, 18, 30, 31, 32, 33, 37, 40, 41, 42, 43 or 48.

Regards,


Brian A. Hill
Miller & Chevalier Chartered
655 Fifteenth Street, N.W. Suite 900
Washington, DC  20005-5701
Business: (202) 626-6014
Facsimile: (202) 626-5801