UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
MARK I. SOKOLOW, et al.,

                Plaintiffs,

    -against-

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                Defendants.
------------------------------ x

ORDER
04 Civ. 00397 (GBD)

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: FEB 1 1 2015**

GEORGE B. DANIELS, United States District Judge:

    Defendants' Renewed Motion for Summary Judgment dismissing Plaintiff Oz Guetta's claims is GRANTED. Defendants' Renewed Motion for Summary Judgment is DENIED as to all other Plaintiffs' claims.

    The Clerk of the Court is respectfully requested to close the motion at ECF No. 681.

Dated: February 11, 2015
      New York, New York

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge