_**DRAFT**_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELISE GOULD, RONALD GOULD, SHAYNA
GOULD, JESSICA RINE, HENNA NOVACK
WALDMAN, MORRIS WALDMAN, SHMUEL
WALDMAN,

           Plaintiffs,

    v.

THE PALESTINIAN AUTHORITY (PA) and THE
PALESTINE LIBERATION ORGANIZATION
(PLO),

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*[handwritten:] ARNOLD & PORTER EDITS FEB. 12, 2015*

**Jury Verdict Form**

04 Civ. 00397 (GBD)

## LIABILITY

**I.  JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

*[handwritten annotation: involved activities]*

1.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **January 22, 2002** terrorist attack because the attack ~~was committed~~ by a **PA** employee acting within the scope of his employment and in furtherance of the interests of Defendant **PA**?

      ____YES           ____NO

*[handwritten annotation: involved activities]*

2.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **January 22, 2002** terrorist attack because the attack ~~was committed or assisted~~ by an agent of Defendant **PA**?

      ____YES           ____NO

3.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PLO** is liable for the **January 22, 2002** terrorist attack because the attack ~~was committed or assisted~~ by an agent of Defendant **PLO**?

*[handwritten annotation: involved activities]*

      ____YES           ____NO

1

*DRAFT*

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

____YES          ____NO

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

____YES          ____NO

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 22, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

____YES          ____NO

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 22, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

____YES          ____NO

2

*DRAFT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ELANA SOKOLOW, JAMIE SOKOLOW,         :
LAUREN SOKOLOW, MARK SOKOLOW,         :
RENA SOKOLOW,                          :
                                       :
                    Plaintiffs,        :        **Jury Verdict Form**
                                       :
          v.                           :        04 Civ. 00397 (GBD)
                                       :
THE PALESTINIAN AUTHORITY (PA) and THE :
PALESTINE LIBERATION ORGANIZATION      :
(PLO),                                 :
                                       :
                    Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## LIABILITY

**II.    JANUARY 27, 2002 – JAFFA ROAD BOMBING**

*involved activities*

1.   Did Plaintiffs prove by a preponderance of the evidence that Defendant PA is liable for the **January 27, 2002** terrorist attack because the attack ~~was committed~~ by a **PA** employee acting within the scope of his employment and in furtherance of the interests of Defendant **PA**?

          ____YES                    ____NO

2.   Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **January 27, 2002** terrorist attack because the attack ~~was committed or assisted~~ by an agent of Defendant **PA**?

*involved activities*

          ____YES                    ____NO

3.   Did Plaintiffs prove by a preponderance of the evidence that Defendant **PLO** is liable for the **January 27, 2002** terrorist attack because the attack ~~was committed or assisted~~ by an agent of Defendant **PLO**?

*involved activities*

          ____YES                    ____NO

*DRAFT*

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

           ____YES                        ____NO

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

           ____YES                        ____NO

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 27, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

           ____YES                        ____NO

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 27, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

           ____YES                        ____NO

*DRAFT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
ALAN BAUER, BINYAMIN BAUER, DANIEL                    :
BAUER, YEHONATHON BAUER, YEHUDA                       :
BAUER,                                                :          **Jury Verdict Form**
                                                      :
                           Plaintiffs,                :          04 Civ. 00397 (GBD)
                                                      :
        v.                                            :
                                                      :
THE PALESTINIAN AUTHORITY (PA) and THE                :
PALESTINE LIBERATION ORGANIZATION                     :
(PLO),                                                :
                                                      :
                           Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## LIABILITY

### III.    MARCH 21, 2002 – KING GEORGE STREET BOMBING

*involved activities*

1.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **March 21, 2002** terrorist attack because the attack ~~was committed~~ by a **PA** employee acting within the scope of his employment and in furtherance of the interests of Defendant **PA**?

    ____YES              ____NO

2.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **March 21, 2002** terrorist attack because the attack was ~~committed or assisted by~~ an agent of Defendant **PA**?

    *involved activities*

    ____YES              ____NO

3.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PLO** is liable for the **March 21, 2002** terrorist attack because the attack was ~~committed or assisted by~~ an agent of Defendant **PLO**?

    *involved activities*

    ____YES              ____NO

*DRAFT*

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **March 21, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

              ____**YES**                ____**NO**

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **March 21, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

              ____**YES**                ____**NO**

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **March 21, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

              ____**YES**                ____**NO**

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **March 21, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

              ____**YES**                ____**NO**

*DRAFT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LEONARD MANDELKORN,                          :

                         Plaintiff,    :

      v.                                               :

THE PALESTINIAN AUTHORITY (PA) and THE :
PALESTINE LIBERATION ORGANIZATION     :
(PLO),                                                       :

                      Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**LIABILITY**

IV.    **JUNE 19, 2002 – FRENCH HILL BOMBING**

    1.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **June 19, 2002** terrorist attack because the attack was committed by a **PA** employee acting within the scope of his employment and in furtherance of the interests of Defendant **PA**?

                ____YES             ____NO

    2.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **June 19, 2002** terrorist attack because the attack ~~was committed or assisted by~~ *involved activities by* an agent of Defendant **PA**?

                ____YES             ____NO

    3.  Did Plaintiffs prove by a preponderance of the evidence that Defendant **PLO** is liable for the **June 19, 2002** terrorist attack because the attack ~~was committed or assisted~~ *involved activities* by an agent of Defendant **PLO**?

                ____YES             ____NO

*DRAFT*

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

_____YES          _____NO

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

_____YES          _____NO

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** terrorist attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out the terrorist attack?

_____YES          _____NO

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

_____YES          _____NO

8. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

_____YES          _____NO

9. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** terrorist attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out the terrorist attack?

_____YES          _____NO

*DRAFT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
KATHERINE BAKER, ESTATE OF BENJAMIN    :
BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD    :
BLUTSTEIN, ESTATE OF DIANE CARTER,    :
LARRY CARTER, SHAUN CHOFFEL, ROBERT    :
L. COULTER JR., DIANE COULTER MILLER,    :
ROBERT L. COULTER SR., ESTATE OF JANIS    :
RUTH COULTER, ESTATE OF DAVID GRITZ,    :
NEVENKA GRITZ (on behalf of herself and as    :
successor to NORMAN GRITZ),    :
:
                              Plaintiffs,    :
        v.    :
:
THE PALESTINIAN AUTHORITY (PA) and THE    :
PALESTINE LIBERATION ORGANIZATION    :
(PLO),    :
:
                              Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**LIABILITY**

## V.    JULY 31, 2002 – HEBREW UNIVERSITY BOMBING

*involved activities*

1. Did Plaintiffs prove by a preponderance of the evidence that Defendant PA is liable for the **July 31, 2002** terrorist attack because the attack ~~was committed~~ by a **PA** employee acting within the scope of his employment and in furtherance of the interests of Defendant **PA**?

        ____**YES**        ____**NO**

*involved activities*

2. Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **July 31, 2002** terrorist attack because the attack ~~was committed or assisted~~ by an agent of Defendant **PA**?

        ____**YES**        ____**NO**

3. Did Plaintiffs prove by a preponderance of the evidence that Defendant **PLO** is liable for the **July 31, 2002** terrorist attack because the attack ~~was committed or assisted~~ by an agent of Defendant **PLO**?

        ____**YES**        ____**NO**

*involved activities*

9

*DRAFT*

4.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

               \_\_\_\_**YES**               \_\_\_\_**NO**

5.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

               \_\_\_\_**YES**               \_\_\_\_**NO**

6.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** terrorist attack because it knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out the terrorist attack?

               \_\_\_\_**YES**               \_\_\_\_**NO**

7.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** terrorist attack because it knowingly provided funds that were used to carry out the terrorist attack?

               \_\_\_\_**YES**               \_\_\_\_**NO**

8.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

               \_\_\_\_**YES**               \_\_\_\_**NO**

9.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

               \_\_\_\_**YES**               \_\_\_\_**NO**

*DRAFT*

**10.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** terrorist attack because it knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out the terrorist attack?

_____YES        _____NO

**11.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** terrorist attack because it knowingly provided funds that were used to carry out the terrorist attack?

_____YES        _____NO

*DRAFT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

CHANA GOLDBERG, ELIEZER GOLDBERG,  :
ESTHER GOLDBERG, KAREN GOLDBERG,  :
SHOSHANA GOLDBERG, TZVI GOLDBERG,  :   **Jury Verdict Form**
YAAKOV GOLDBERG, YITZHAK GOLDBERG, :

             Plaintiffs,   :   04 Civ. 00397 (GBD)

    v.                 :

THE PALESTINIAN AUTHORITY (PA) and THE :
PALESTINE LIBERATION ORGANIZATION   :
(PLO),                    :

             Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - x


## LIABILITY

**VI.    JANUARY 29, 2004 – BUS NO. 19 BOMBING**

*[handwritten: involved activities]*

1. Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **January 29, 2004** terrorist attack because the attack ~~was committed~~ by a **PA** employee acting within the scope of his employment and in furtherance of the interests of Defendant **PA**?

        ____YES                  ____NO

2. Did Plaintiffs prove by a preponderance of the evidence that Defendant **PA** is liable for the **January 29, 2004** terrorist attack because the attack ~~was committed or assisted~~ *involved activities* by an agent of Defendant **PA**?

        ____YES                  ____NO

3. Did Plaintiffs prove by a preponderance of the evidence that Defendant **PLO** is liable for the **January 29, 2004** terrorist attack because the attack ~~was committed or assisted~~ *involved activities* by an agent of Defendant **PLO**?

        ____YES                  ____NO

*DRAFT*

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

____YES                    ____NO

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

____YES                    ____NO

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** terrorist attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out the terrorist attack?

____YES                    ____NO

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** terrorist attack because it knowingly provided funds that were used to carry out the terrorist attack?

____YES                    ____NO

8. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** terrorist attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the terrorist attack?

____YES                    ____NO

9. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** terrorist attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the terrorist attack?

____YES                    ____NO

13

*DRAFT*

**10.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** terrorist attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out the terrorist attack?

　　　　　　　　　____YES　　　　　　　　____NO

**11.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** terrorist attack because it knowingly provided funds that were used to carry out the terrorist attack?

　　　　　　　　　____YES　　　　　　　　____NO

14

*DRAFT*

> CHECKED "YES" IN RESPONSE TO AT LEAST ONE QUESTION ABOVE

IF YOU ~~FIND THAT AT LEAST ONE DEFENDANT IS LIABLE AS TO ANY PLAINTIFF~~,

PLEASE PROCEED TO ANSWER THE RELATED QUESTIONS REGARDING DAMAGES

BEGINNING ON PAGE 16.  IF YOU ~~DO NOT FIND THAT AT LEAST ONE DEFENDANT~~

~~IS LIABLE AS TO ANY PLAINTIFF~~, YOU SHOULD PROCEED NO FURTHER.

> CHECKED "NO" TO EVERY QUESTION ABOVE

15

*DRAFT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :
ELISE GOULD, RONALD GOULD, SHAYNA   :
GOULD, JESSICA RINE, HENNA NOVACK   :    **Jury Verdict Form**
WALDMAN, MORRIS WALDMAN, SHMUEL   :
WALDMAN,           :    04 Civ. 00397 (GBD)
            :
       Plaintiffs,    :
   v.           :
            :
THE PALESTINIAN AUTHORITY (PA) and THE :
PALESTINE LIBERATION ORGANIZATION   :
(PLO),            :
            :
       Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

**I.  JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

  1.  What amount of damages, if any, do you award as compensation for Plaintiff **Elise Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

       $_____

  2.  What amount of damages, if any, do you award as compensation for Plaintiff **Ronald Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

       $_____

  3.  What amount of damages, if any, do you award as compensation for Plaintiff **Shayna Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

       $_____

  4.  What amount of damages, if any, do you award as compensation for Plaintiff **Jessica Rine's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

       $_____

*DRAFT*

5. What amount of damages, if any, do you award as compensation for Plaintiff **Henna Novack Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$_____

6. What amount of damages, if any, do you award as compensation for Plaintiff **Morris Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$_____

7. What amount of damages, if any, do you award as compensation for Plaintiff **Shmuel Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$_____

17

*DRAFT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELANA SOKOLOW, JAMIE SOKOLOW,  :
LAUREN SOKOLOW, MARK SOKOLOW,  :
RENA SOKOLOW,  :                                **Jury Verdict Form**
                 Plaintiffs,  :
                          :                04 Civ. 00397 (GBD)
    v.  :

THE PALESTINIAN AUTHORITY (PA) AND THE :
PALESTINE LIBERATION ORGANIZATION  :
(PLO),  :
               Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

**II.**    **JANUARY 27, 2002 – JAFFA ROAD BOMBING**

1.  What amount of damages, if any, do you award as compensation for Plaintiff **Elana Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

$_____

2.  What amount of damages, if any, do you award as compensation for Plaintiff **Jamie Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

$_____

3.  What amount of damages, if any, do you award as compensation for Plaintiff **Lauren Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

$_____

4.  What amount of damages, if any, do you award as compensation for Plaintiff **Mark Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

$_____

*DRAFT*

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Rena Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

$_____

*DRAFT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

ALAN BAUER, BINYAMIN BAUER, DANIEL   :
BAUER, YEHONATHON BAUER, YEHUDA    :
BAUER,                            :       **Jury Verdict Form**
                        :
            Plaintiffs,      :      04 Civ. 00397 (GBD)
   v.                     :
                        :

THE PALESTINIAN AUTHORITY (PA) and THE :
PALESTINE LIBERATION ORGANIZATION   :
(PLO),                         :
                        :
           Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

**III.    MARCH 21, 2002 – KING GEORGE STREET BOMBING**

1.   What amount of damages, if any, do you award as compensation for Plaintiff **Alan Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

               $_____

2.   What amount of damages, if any, do you award as compensation for Plaintiff **Binyamin Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

               $_____

3.   What amount of damages, if any, do you award as compensation for Plaintiff **Daniel Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

               $_____

4.   What amount of damages, if any, do you award as compensation for Plaintiff **Yehonathon Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

               $_____

*DRAFT*

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Yehuda Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

$\underline{\hspace{3cm}}$

*DRAFT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :

LEONARD MANDELKORN,           :
                       :

              Plaintiff,    :      **Jury Verdict Form**
     v.                  :
                       :      04 Civ. 00397 (GBD)

THE PALESTINIAN AUTHORITY (PA) and THE :
PALESTINE LIBERATION ORGANIZATION :
(PLO),                    :
                       :

            Defendants.    :
                       :
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

**IV.**    **JUNE 19, 2002 – FRENCH HILL BOMBING**

      1.  What amount of damages, if any, do you award as compensation for Plaintiff **Leonard Mandelkorn's** injuries that you determine were caused by the **June 19, 2002** terrorist attack?

                     $_____

*DRAFT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

KATHERINE BAKER, ESTATE OF BENJAMIN  :
BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD  :
BLUTSTEIN, ESTATE OF DIANE CARTER, LARRY :
CARTER, SHAUN CHOFFEL, ROBERT L.      :
COULTER JR., DIANE COULTER MILLER,     :
ROBERT L. COULTER SR., ESTATE OF JANIS  :
RUTH COULTER, ESTATE OF DAVID GRITZ,   :
NEVENKA GRITZ (on behalf of herself and as  :
successor to NORMAN GRITZ),           :
                        :
            Plaintiffs,     :
   v.                      :
                        :
THE PALESTINIAN AUTHORITY (PA) and THE  :
PALESTINE LIBERATION ORGANIZATION (PLO), :
                        :
           Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**DAMAGES**

V.    **JULY 31, 2002 – HEBREW UNIVERSITY BOMBING**

      1.   What amount of damages, if any, do you award as compensation for Plaintiff
         **Katherine Baker's** injuries that you determine were caused by the **July 31, 2002**
         terrorist attack?

                 $_____

      2.   What amount of damages, if any, do you award as compensation for Plaintiff
         **Benjamin Blutstein's** injuries that you determine were caused by the **July 31, 2002**
         terrorist attack?

                 $_____

      3.   What amount of damages, if any, do you award as compensation for Plaintiff
         **Rebekah Blutstein's** injuries that you determine were caused by the **July 31, 2002**
         terrorist attack?

                 $_____

*DRAFT*

4. What amount of damages, if any, do you award as compensation for Plaintiff **Richard Blutstein's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

5. What amount of damages, if any, do you award as compensation for Plaintiff **Diane Carter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

6. What amount of damages, if any, do you award as compensation for Plaintiff **Larry Carter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

7. What amount of damages, if any, do you award as compensation for Plaintiff **Shaun Choffel's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

8. What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Jr.'s** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

9. What amount of damages, if any, do you award as compensation for Plaintiff **Diane Coulter Miller's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

10. What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Sr.'s** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

*DRAFT*

11. What amount of damages, if any, do you award as compensation for Plaintiff **Janis Ruth Coulter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

12. What amount of damages, if any, do you award as compensation for Plaintiff **David Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

13. What amount of damages, if any, do you award as compensation for Plaintiff **Nevenka Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

14. What amount of damages, if any, do you award to Plaintiff **Nevenka Gritz as successor to Norman Gritz** as compensation for Plaintiff **Norman Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$_____

25

***DRAFT***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHANA GOLDBERG, ELIEZER GOLDBERG,  :
ESTHER GOLDBERG, KAREN GOLDBERG,  :
SHOSHANA GOLDBERG, TZVI GOLDBERG,  :
YAAKOV GOLDBERG, YITZHAK GOLDBERG,  :
                                    :
                Plaintiffs,         :
                                    :
        v.                          :
                                    :
THE PALESTINIAN AUTHORITY (PA) and THE :
PALESTINE LIBERATION ORGANIZATION   :
(PLO),                              :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

## DAMAGES

VI.     **JANUARY 29, 2004 – BUS NO. 19 BOMBING**

1.  What amount of damages, if any, do you award as compensation for Plaintiff **Chana Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $_____

2.  What amount of damages, if any, do you award as compensation for Plaintiff **Eliezer Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $_____

3.  What amount of damages, if any, do you award as compensation for Plaintiff **Esther Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $_____

4.  What amount of damages, if any, do you award as compensation for Plaintiff **Karen Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $_____

*DRAFT*

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Shoshana Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$_____

6.  What amount of damages, if any, do you award as compensation for Plaintiff **Tzvi Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$_____

7.  What amount of damages, if any, do you award as compensation for Plaintiff **Yaakov Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$_____

8.  What amount of damages, if any, do you award as compensation for Plaintiff **Yitzhak Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

$_____

*DRAFT*

Dated: This _____ day of February, 2015

_____
Signature of Foreperson