***DRAFT as of 2/12/15***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                  :

ELISE GOULD, RONALD GOULD, SHAYNA :
GOULD, JESSICA RINE, HENNA NOVACK   :
WALDMAN, MORRIS WALDMAN, SHMUEL :
WALDMAN,                                       :
                                              :
                      Plaintiffs,       :
    v.                                    :
                                              :
THE PALESTINE LIBERATION             :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),                     :
                                              :
- - - - - - - - - - - - - - - - - -Defendants- - - - - - :
-------------------------------------------------------------x

                     **Jury Verdict Form**

                     04 Civ. 00397 (GBD)

## LIABILITY

**I.    JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

1.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 22, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out th~~is~~e ~~terrorist~~ attack?

           **YES**                      **NO**

2.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out th~~is~~e ~~terrorist~~ attack?

           **YES**                      **NO**

3.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** ~~terrorist~~ attack because an employee of **Defendant PA**, acting within the scope of his employment and in furtherance of the interests of **Defendant PA**, either committed the ~~terrorist~~ attack (*i.e.*, was the shooter) or knowingly provided material support or resources that were used in preparation for or in carrying out th~~is~~e ~~terrorist~~ attack?

           **YES**                      **NO**

1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                           :

ELANA SOKOLOW, JAMIE SOKOLOW,    :
LAUREN SOKOLOW, MARK SOKOLOW,   :     **Jury Verdict Form**
RENA SOKOLOW,                     :
                                         :     04 Civ. 00397 (GBD)
                  Plaintiffs,    :
     v.                                 :

THE PALESTINE LIBERATION         :
ORGANIZATION (PLO) and THE      :
PALESTINIAN AUTHORITY (PA),      :
                                         :
- - - - - - - - - - - - - - - - - Defendants - - - - - :
-----------------------------------------------------------x

**LIABILITY**

II.    **JANUARY 27, 2002 – JAFFA ROAD BOMBING**

    1.   Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 27, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out th~~e~~is ~~e terrorist~~ attack?

              **YES**                       **NO**

    2.   Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out th~~e~~is ~~terrorist~~ attack?

              **YES**                       **NO**

    ~~3.   Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** terrorist attack because an employee of **Defendant PA**, acting within the scope of his employment and in furtherance of the interests of **Defendant PA**, either committed the terrorist attack or knowingly provided material support or resources that were used in preparation for or in carrying out terrorist attack?~~

              ~~**YES**~~                   ~~**NO**~~

2

1548841.1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
       : A L A N  B A U E R ,  B I N Y A M I N
        B A U E R ,  D A N I E L  :  B A U E R ,
Y E H O N A T H O N  B A U E R ,  Y E H U D A :
BAUER,                 :

             Plaintiffs,   :

    v.               :

THE PALESTINE LIBERATION    :
ORGANIZATION (PLO) and THE   :
PALESTINIAN AUTHORITY (PA),  :
                       :
------------------Defendants------:
                       x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

## LIABILITY

**III. MARCH 21, 2002 – KING GEORGE STREET BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **March 21, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

          **YES**                  **NO**

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **March 21, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out th~~is~~e ~~terrorist~~ attack?

          **YES**                  **NO**

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **March 21, 2002** ~~terrorist~~ attack because an employee of **Defendant PA**, acting within the scope of his employment and in furtherance of the interests of **Defendant PA**, either committed the ~~terrorist~~ attack (*i.e.*, was the bomber) or knowingly provided material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

          **YES**                  **NO**

| **Formatted:** Font: Italic |
| --- |

1548841.1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                          :

LEONARD MANDELKORN,        :
                         :
             Plaintiff,    :     **Jury Verdict Form**
    v.                   :     04 Civ. 00397 (GBD)
                         :
THE PALESTINE LIBERATION   :
ORGANIZATION (PLO) and THE   :
PALESTINIAN AUTHORITY (PA),   :
                         :
- - - - - - - - - - - - - - - - - - Defendants. - - - - - :
-------------------------------------------------------------x

**LIABILITY**

**IV.    JUNE 19, 2002 – FRENCH HILL BOMBING**

1.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

          **YES**                **NO**

2.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

          **YES**                **NO**

3.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** ~~terrorist~~ attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

          **YES**                **NO**

1548841.1

*DRAFT as of 2/12/15*

**4.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** ~~terrorist~~ attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

~~YES~~                    ~~NO~~

YES _____        NO _____

**Formatted:** Indent: Left: 2.06"

5

1548841.1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**

~~SOUTHERN DISTRICT OF NEW YORK~~ - - - -

- - - - - - - - - - - - - - - - - - - - x

KATHERINE BAKER, ESTATE OF BENJAMIN : 
BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD : 
BLUTSTEIN, ESTATE OF DIANE CARTER, : 
LARRY CARTER, SHAUN CHOFFEL, ROBERT : 
L. COULTER JR., DIANE COULTER MILLER, : 
ROBERT L. COULTER SR., ESTATE OF : 
JANIS RUTH COULTER, ESTATE OF DAVID : 
GRITZ, NEVENKA GRITZ (on behalf of herself : 
and as successor to NORMAN GRITZ), : 
                                         : 
                                         : 
                          Plaintiffs,    : 
          v.                             : 
                                         : 
                                         : 
THE PALESTINE LIBERATION                 : 
ORGANIZATION (PLO) and THE PALESTINIAN   : 
AUTHORITY (PA),                          : 
                                         : 
- - - - - - - - - - - - - - - - ~~Defendants.~~ - - - - - - :

- - - - - - - - - - - - - - - - - - - - x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**LIABILITY**

**V.    JULY 31, 2002 – HEBREW UNIVERSITY BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

       **YES**                    **NO**

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out th~~is~~e ~~terrorist~~ attack?

       **YES**                    **NO**

1548841.1

*DRAFT as of 2/12/15*

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** ~~terrorist~~ attack because an employee of **Defendant PA**, acting within the scope of his employment and in furtherance of the interests of **Defendant PA**, ~~either committed the terrorist attack or~~ knowingly provided material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

YES _____    NO _____

> **Formatted:** Indent: Left: 1.81", Tab stops: 3.81", Left + Not at 4.45"

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** ~~terrorist~~ attack because it knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out th~~is~~e ~~terrorist~~ attack?

YES _____    NO _____

> **Formatted:** Indent: Left: 1.81", Tab stops: 3.81", Left + Not at 4.45"

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** ~~terrorist~~ attack because it knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out ~~the~~this ~~he terrorist~~ attack?

YES _____    NO _____

> **Formatted:** Indent: Left: 1.88", Tab stops: 3.81", Left + Not at 4.45"

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** ~~terrorist~~ attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the~~is terrorist~~ attack?

YES _____    NO _____

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** ~~terrorist~~ attack because it harbored or concealed a person who it knew, or had reasonable grounds to believe, committed or was about to commit the~~is terrorist~~ attack?

YES _____    NO _____

~~7.~~

~~YES _____    NO _____~~

> **Formatted:** Indent: Left: 0.25", No bullets or numbering

7

1548841.1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
                     :
CHANA GOLDBERG, ELIEZER GOLDBERG, :
ESTHER GOLDBERG, KAREN GOLDBERG, :     **Jury Verdict Form**
SHOSHANA GOLDBERG, TZVI GOLDBERG, :
YAAKOV GOLDBERG, YITZHAK GOLDBERG, :  04 Civ. 00397 (GBD)
                     :
           Plaintiffs,  :
    v.                  :
                     :
THE PALESTINE LIBERATION     :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),           :
                     :
- - - - - - - - - - - - - - - - - - Defendants. - - - - - :
-------------------------------------------------------------- x

## LIABILITY

### VI.   JANUARY 29, 2004 – BUS NO. 19 BOMBING

1.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out the ~~terrorist~~ attack?

            **YES**                 **NO**

2.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** ~~terrorist~~ attack because it knowingly provided material support or resources that were used in preparation for or in carrying out ~~the~~ this ~~terrorist~~ attack?

            **YES**                 **NO**

3.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** ~~terrorist~~ attack because an employee of **Defendant PA**, acting within the scope of his employment and in furtherance of the interests of **Defendant PA**, either committed the ~~terrorist~~ attack (*i.e.*, was the bomber) or knowingly provided material support or resources that were used in preparation for or in carrying out the ~~is~~ ~~terrorist~~ attack?

            **YES**                 **NO**

**Formatted:** Font: Italic

1548841.1

*DRAFT as of 2/12/15*

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** ~~terrorist~~ attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign ~~Terrorist~~ Organization, material support or resources that were used in preparation for or in carrying out th~~e~~is ~~terrorist~~ attack?

**YES** _____    **NO** _____

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** ~~terrorist~~ attack because it knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign ~~Terrorist~~ Organization, material support or resources that were used in preparation for or in carrying out th~~e~~is~~terrorist~~ attack?

**YES** _____    **NO** _____

~~5.~~

~~YES~~ _____    ~~NO~~ _____

**Formatted:** Indent: Left: 0.25", No bullets or numbering

9

1548841.1

*__DRAFT__ as of 2/12/15*

IF YOU FIND THAT AT LEAST ONE DEFENDANT IS LIABLE AS TO ANY PLAINTIFF, PLEASE PROCEED TO ANSWER THE RELATED QUESTIONS REGARDING DAMAGES BEGINNING ON PAGE 11. IF YOU DO NOT FIND THAT AT LEAST ONE DEFENDANT IS LIABLE AS TO ANY PLAINTIFF, YOU SHOULD PROCEED NO FURTHER.

1548841.1

*DRAFT as of 2/12/15*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
ELISE GOULD, RONALD GOULD, SHAYNA :
GOULD, JESSICA RINE, HENNA NOVACK        :
WALDMAN, MORRIS WALDMAN, SHMUEL :
WALDMAN,                                                     :
                                                             :
                              Plaintiffs,                    :
        v.                                                   :
                                                             :
THE PALESTINE LIBERATION               :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),                                              :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**DAMAGES**

**I.    JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

1.  ~~What amount of damages, if any, do you award as compensation f~~For Plaintiff **Elise Gould,** ~~'s~~ what amount of damages, if any, do you find were caused by ~~injuries that you determine were caused by~~ the **January 22, 2002** ~~terrorist~~ attack?

> **Comment [LF1]:** Defendants propose same formulation throughout the Damages portion of the form.

$

2.  What amount of damages, if any, do you award as compensation for Plaintiff **Ronald Gould's** injuries that you determine were caused by the **January 22, 2002** ~~terrorist~~ attack?

$

3.  What amount of damages, if any, do you award as compensation for Plaintiff **Shayna Gould's** injuries that you determine were caused by the **January 22, 2002** ~~terrorist~~ attack?

$

4.  What amount of damages, if any, do you award as compensation for Plaintiff **Jessica Rine's** injuries that you determine were caused by the **January 22, 2002** ~~terrorist~~ attack?

$

11

1548841.1

*DRAFT as of 2/12/15*

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Henna Novack Waldman's** injuries that you determine were caused by the **January 22, 2002** ~~terrorist~~ attack?

$

6.  What amount of damages, if any, do you award as compensation for Plaintiff **Morris Waldman's** injuries that you determine were caused by the **January 22, 2002** ~~terrorist~~ attack?

$

7.  What amount of damages, if any, do you award as compensation for Plaintiff **Shmuel Waldman's** injuries that you determine were caused by the **January 22, 2002** ~~terrorist~~ attack?

$

12

1548841.1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
ELANA SOKOLOW, JAMIE SOKOLOW,                                :
LAUREN SOKOLOW, MARK SOKOLOW,                                :
RENA SOKOLOW,                                                :
                                                             :
                        Plaintiffs,                          :
            v.                                               :
                                                             :
THE PALESTINE LIBERATION                                     :
ORGANIZATION (PLO) and THE                                   :
PALESTINIAN AUTHORITY (PA),                                  :
                                                             :
- - - - - - - - - - - - - - - - Defendants.- - - - - :
                                                             x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

**DAMAGES**

II.    **JANUARY 27, 2002 – JAFFA ROAD BOMBING**

   1.  What amount of damages, if any, do you award as compensation for Plaintiff **Elana Sokolow's** injuries that you determine were caused by the **January 27, 2002** ~~terrorist~~ attack?

           $

   2.  What amount of damages, if any, do you award as compensation for Plaintiff **Jamie Sokolow's** injuries that you determine were caused by the **January 27, 2002** ~~terrorist~~ attack?

           $

   3.  What amount of damages, if any, do you award as compensation for Plaintiff **Lauren Sokolow's** injuries that you determine were caused by the **January 27, 2002** ~~terrorist~~ attack?

           $

   4.  What amount of damages, if any, do you award as compensation for Plaintiff **Mark Sokolow's** injuries that you determine were caused by the **January 27, 2002** ~~terrorist~~ attack?

           $

13

1548841.1

**5.** What amount of damages, if any, do you award as compensation for Plaintiff **Rena Sokolow's** injuries that you determine were caused by the **January 27, 2002** ~~terrorist~~ attack?

$ _____

1548841.1

*DRAFT as of 2/12/15*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: A L A N  B A U E R ,  B I N Y A M I N
 B A U E R ,  D A N I E L  :  B A U E R ,
Y E H O N A T H O N  B A U E R ,  Y E H U D A :
BAUER,                                              :
                                                    :
                            Plaintiffs,             :
          v.                                        :
                                                    :
THE PALESTINE LIBERATION                            :
ORGANIZATION (PLO) and THE                          :
PALESTINIAN AUTHORITY (PA),                         :
                                                    :
- - - - - - - - - - - - - - - - - - Defendants- - - - - :
                                                    x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

## DAMAGES

### III. MARCH 21, 2002 – KING GEORGE STREET BOMBING

1.  What amount of damages, if any, do you award as compensation for Plaintiff **Alan Bauer's** injuries that you determine were caused by the **March 21, 2002** ~~terrorist~~ attack?

    $

2.  What amount of damages, if any, do you award as compensation for Plaintiff **Binyamin Bauer's** injuries that you determine were caused by the **March 21, 2002** ~~terrorist~~ attack?

    $

3.  What amount of damages, if any, do you award as compensation for Plaintiff **Daniel Bauer's** injuries that you determine were caused by the **March 21, 2002** ~~terrorist~~ attack?

    $

4.  What amount of damages, if any, do you award as compensation for Plaintiff **Yehonathon Bauer's** injuries that you determine were caused by the **March 21, 2002** ~~terrorist~~ attack?

    $

15

1548841.1

*DRAFT as of 2/12/15*

**5.** What amount of damages, if any, do you award as compensation for Plaintiff **Yehuda Bauer's** injuries that you determine were caused by the **March 21, 2002** ~~terrorist~~ attack?

**$**

16

1548841.1

*DRAFT as of 2/12/15*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
LEONARD MANDELKORN,                                            :
                                                               :
                              Plaintiff,                        :     **Jury Verdict Form**
                                                               :
            v.                                                  :     04 Civ. 00397 (GBD)
                                                               :
THE PALESTINE LIBERATION                                       :
ORGANIZATION (PLO) and THE                                    :
PALESTINIAN AUTHORITY (PA),                                    :
                                                               :
                              Defendants.                       :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:
                                                               x

### DAMAGES

**IV.   JUNE 19, 2002 – FRENCH HILL BOMBING**

   **1.** What amount of damages, if any, do you award as compensation for Plaintiff
   **Leonard Mandelkorn's** injuries that you determine were caused by the **June 19,**
   **2002** ~~terrorist~~ attack?

                              **$**

17

1548841.1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                              :
KATHERINE BAKER, ESTATE OF BENJAMIN       :
BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD :
BLUTSTEIN, ESTATE OF DIANE CARTER, LARRY :
CARTER, SHAUN CHOFFEL, ROBERT L.          :
COULTER JR., DIANE COULTER MILLER,        :
ROBERT L. COULTER SR., ESTATE OF JANIS    :
RUTH COULTER, ESTATE OF DAVID GRITZ,      :
NEVENKA GRITZ (on behalf of herself and as    :
successor to NORMAN GRITZ),               :
                                                              :
                              Plaintiffs,       :
          v.                                         :
                                                              :
THE PALESTINE LIBERATION ORGANIZATION :
(PLO) and THE PALESTINIAN AUTHORITY (PA), :
                                                              :
                              Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                                              x

**<u>Jury Verdict Form</u>**

04 Civ. 00397 (GBD)

## <u>DAMAGES</u>

**V.    JULY 31, 2002 – HEBREW UNIVERSITY BOMBING**

1.  What amount of damages, if any, do you award as compensation for Plaintiff **Katherine Baker's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

2.  What amount of damages, if any, do you award as compensation for Plaintiff **Benjamin Blutstein's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

3.  What amount of damages, if any, do you award as compensation for Plaintiff **Rebekah Blutstein's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

18

1548841.1

*DRAFT as of 2/12/15*

4.  What amount of damages, if any, do you award as compensation for Plaintiff **Richard Blutstein's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Diane Carter's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

6.  What amount of damages, if any, do you award as compensation for Plaintiff **Larry Carter's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

7.  What amount of damages, if any, do you award as compensation for Plaintiff **Shaun Choffel's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

8.  What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Jr.'s** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

9.  What amount of damages, if any, do you award as compensation for Plaintiff **Diane Coulter Miller's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

10. What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Sr.'s** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

19

1548841.1

*DRAFT as of 2/12/15*

11. What amount of damages, if any, do you award as compensation for Plaintiff **Janis Ruth Coulter's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

12. What amount of damages, if any, do you award as compensation for Plaintiff **David Gritz's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

13. What amount of damages, if any, do you award as compensation for Plaintiff **Nevenka Gritz's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

14. What amount of damages, if any, do you award to Plaintiff **Nevenka Gritz as successor to Norman Gritz** as compensation for Plaintiff **Norman Gritz's** injuries that you determine were caused by the **July 31, 2002** ~~terrorist~~ attack?

$

1548841.1

*DRAFT as of 2/12/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
CHANA GOLDBERG, ELIEZER GOLDBERG, :
ESTHER GOLDBERG, KAREN GOLDBERG, :      **Jury Verdict Form**
SHOSHANA GOLDBERG, TZVI GOLDBERG, :
YAAKOV GOLDBERG, YITZHAK GOLDBERG, :     04 Civ. 00397 (GBD)
                                                            :
                                                            :
                       Plaintiffs,                          :
         v.                                                 :
                                                            :
THE PALESTINE LIBERATION              :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),                       :
                                                            :
- - - - - - - - - - - - - - - - - - Defendants. - - - - - -
                                                            x

## DAMAGES

**VI.    JANUARY 29, 2004 – BUS NO. 19 BOMBING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Chana Goldberg's** injuries that you determine were caused by the **January 29, 2004** ~~terrorist~~ attack?

     **$**

2. What amount of damages, if any, do you award as compensation for Plaintiff **Eliezer Goldberg's** injuries that you determine were caused by the **January 29, 2004** ~~terrorist~~ attack?

     **$**

3. What amount of damages, if any, do you award as compensation for Plaintiff **Esther Goldberg's** injuries that you determine were caused by the **January 29, 2004** ~~terrorist~~ attack?

     **$**

4. What amount of damages, if any, do you award as compensation for Plaintiff **Karen Goldberg's** injuries that you determine were caused by the **January 29, 2004** ~~terrorist~~ attack?

     **$**

21

1548841.1

*__DRAFT as of 2/12/15__*

5.  What amount of damages, if any, do you award as compensation for Plaintiff
    **Shoshana Goldberg's** injuries that you determine were caused by the **January 29,
    2004** ~~terrorist~~ attack?

                                    $

6.  What amount of damages, if any, do you award as compensation for Plaintiff **Tzvi
    Goldberg's** injuries that you determine were caused by the **January 29, 2004**
    ~~terrorist~~ attack?

                                    $

7.  What amount of damages, if any, do you award as compensation for Plaintiff **Yaakov
    Goldberg's** injuries that you determine were caused by the **January 29, 2004**
    ~~terrorist~~ attack?

                                    $

8.  What amount of damages, if any, do you award as compensation for Plaintiff **Yitzhak
    Goldberg's** injuries that you determine were caused by the **January 29, 2004**
    ~~terrorist~~ attack?

                                    $

1548841.1

***DRAFT as of 2/12/15***

Dated: This _____ day of February, 2015

_____

Signature of Foreperson

23

1548841.1