# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

February 13, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
           Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    As discussed during the proceedings this week, plaintiffs intend to call a rebuttal witness at the conclusion of defendants' case. Plaintiffs will either call Israel Shrenzel or Arieh Spitzen. We expect the testimony to last less than one hour. It will be limited to items raised in defendants' case.

    Mr. Shrenzel is not available to fly to New York in time for the proceedings on Tuesday. Therefore, plaintiffs request that the Court allow Mr. Shrenzel to testify by video conference, if plaintiffs decide to call him.

    Plaintiffs will make arrangements with the audio/video personnel at the courthouse to ensure that the logistics are in order.

                        Respectfully,

                        Kent A. Yalowitz

cc:    All ECF Counsel