# EXHIBIT 1

Case 1:04-cv-00397-GBD-RLE   Document 808-1   Filed 02/16/15   Page 1 of 4



PLAINTIFF'S EXHIBIT 1281

Westlaw.

22 U.S.C.A. § 5201                                                                                                         Page 1

**Effective:[See Text Amendments]**

United States Code Annotated Currentness
　Title 22. Foreign Relations and Intercourse
　　Chapter 61. Anti-Terrorism-PLO
　　　§ 5201. Findings; determinations

(a) Findings

The Congress finds that--

(1) Middle East terrorism accounted for 60 percent of total international terrorism in 1985;

(2) the Palestine Liberation Organization (hereafter in this title referred to as the "PLO") was directly responsible for the murder of an American citizen on the Achille Lauro cruise liner in 1985, and a member of the PLO's Executive Committee is under indictment in the United States for the murder of that American citizen;

(3) the head of the PLO has been implicated in the murder of a United States Ambassador overseas;

(4) the PLO and its constituent groups have taken credit for, and been implicated in, the murders of dozens of American citizens abroad;

(5) the PLO covenant specifically states that "armed struggle is the only way to liberate Palestine, thus it is an overall strategy, not merely a tactical phase";

(6) the PLO rededicated itself to the "continuing struggle in all its armed forms" at the Palestine National Council meeting in April 1987; and

(7) the Attorney General has stated that "various elements of the Palestine Liberation Organization and its allies and affiliates are in the thick of international terror".

(b) Determinations

Therefore, the Congress determines that the PLO and its affiliates are a terrorist organization and a threat to the interests of the United States, its allies, and to international law and should not benefit from operating in the United

© 2015 Thomson Reuters. No Claim to Orig. US Gov. Works.

States.

CREDIT(S)

(Pub.L. 100-204, Title X, § 1002, Dec. 22, 1987, 101 Stat. 1406.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1987 Acts. Senate Report No. 100-75, House Conference Report No. 100-475, and Statement by President, see 1987 U.S.Code Cong. and Adm.News, p. 2314.

Effective and Applicability Provisions

1987 Acts. Section 1005 of Title X of Pub.L. 100-204 provided that:

"(a) **Effective date.** Provisions of this title [enacting this chapter and provisions set out as a note under this section] shall take effect 90 days after the date of enactment of this Act [Dec. 22, 1987].

"(b) **Termination.** The provisions of this title shall cease to have effect if the President certifies in writing to the President pro tempore of the Senate and the Speaker of the House that the Palestine Liberation Organization, its agents, or constituent groups thereof no longer practice or support terrorist actions anywhere in the world."

Short Title

1987 Acts. Section 1001 of Title X of Pub.L. 100-204 provided that: "This title [enacting this chapter and provisions set out as a note under this section] may be cited as the 'Anti-Terrorism Act of 1987'."

LAW REVIEW COMMENTARIES

   Anti-Terrorism Act of 1987: Sabotaging the United Nations and holding the Constitution hostage. Michael Gerber, 65 N.Y.U.L.Rev. 364 (1990).

   Anti-terrorism Act of 1987 and American freedoms: A critical review. 43 U.Miami L.Rev. 667 (1989).

LIBRARY REFERENCES

American Digest System

© 2015 Thomson Reuters. No Claim to Orig. US Gov. Works.

War and National Emergency ⚷50.
Key Number System Topic No. 402.

RESEARCH REFERENCES

ALR Library

62 ALR 6th 517, Construction and Application of U.S. Const. Art. I, § 9, Cl. 3, Proscribing Federal Bills of Attainder.

174 ALR 549, Interest Necessary to Maintenance of Declaratory Determination of Validity of Statute or Ordinance.

Encyclopedias

C.J.S. War and National Defense § 54, Constitutional and Statutory Provisions.

C.J.S. War and National Defense § 69, Restrictions Applicable to Specific Nationality Groups.

NOTES OF DECISIONS

　Constitutionality 1

　1. Constitutionality

Anti-Terrorism Act had rational basis and substantial and important government interest unrelated to suppression of speech; it was tied into foreign policy goals of denying Palestine Liberation Organization (PLO) benefit of operating in environment fostered by commitment to rule of law and respect for individual liberties. Mendelsohn v. Meese, S.D.N.Y.1988, 695 F.Supp. 1474. Constitutional Law ⚷1868; War And National Emergency ⚷1123

22 U.S.C.A. § 5201, 22 USCA § 5201

Current through P.L. 113-234 approved 12-16-2014

Westlaw. (C) 2015 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

END OF DOCUMENT