# EXHIBIT 1

PLAINTIFF'S EXHIBIT 427

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge [Stamp] Authentic Copy
[Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | | Statement No. 1 Sheet No. 1 | |
|---|---|---|---|---|---|
| Identity No. fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
| Prior Name Passport:- E-891198 | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex Male | Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth Kuwait | | Home Phone 059-878131 | Office Phone | |
| Address of Residence Beit Rima | | | Name and Address of Workplace Satellite dish assembly | | |
| Mobile telephone no. | Father's Name Ghaleb/ grandfather Abdullah | | Parents' Address Jordan | | |

| Mar 12, 2003 Date | 10:50 a.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff
2  Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military
3  organization, military training without a permit, possession of war materiel, manufacturing explosives and
4  explosive devices, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted
5  murder. You do not have to say anything unless you want to, but whatever you will say will be written down by
6  me and may be used as proof against you in the court.
7  [Arabic signature] Yitzhak Ya'akoboff
8  After I read and translated to the above mentioned individual the content of the text above, he said to me as follows:
9  Question - Have you understood the suspicions against you?
10 Answer - Yes, I have understood.
11 Question - Before we begin the statement, do you have any problem that you wish to tell me about?
12 Answer - No, everything is okay, they woke me up, but all is well.
13 Question - What is your full name as written in your passport?
14 Answer - Abdullah Ghaleb Abdullah Mohamed Al Gamal; that is what it says in my passport.
15 Question - Do you have another last name?
16 Answer - Yes, Barghouti, that is the last name of the large clan and therefore people know me by the name of
17 Abdullah Barghouti.
18 Question - Where were you born and where have you lived?
19 Answer - I was born in Kuwait in 1972 and I was there until 1990, at which time I traveled with my family to
20 Jordan and to this day my family lives in Amman. In 1994 I traveled to South Korea and I was there until 1996,
21 and then I returned to Jordan until 1999. In early 1999 I arrived in the West Bank and I have been here since. I
22 think that in 1997 I came to visit the West Bank, but I am not sure of the date.
23 Question - Tell me about the military training that you had in Kuwait.
24 Answer - In 1989, after the Iraqi forces entered Kuwait, I participated in military training of the Arab Liberation
25 Front. This training lasted about a week and we learned to field strip and assemble a Kalashnikov and after that
26 we fired a Kalashnikov.
27 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement
[Stamp] P 7: 116

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by　　　　　Israel Police　　　　　Statement No. 1　Sheet No. 14

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ ___Continued___ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 5:52 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  in order for him to use these explosive devices in case IDF forces would enter Ramallah. About a month after I
2  moved to a house in the Al Iksal neighborhood in Ramallah I manufactured two stone explosive devices for
3  ▮▮▮▮▮▮▮▮▮▮. After that I called ▮▮▮▮▮▮▮▮▮▮ and told him that I had prepared two explosive devices
4  for him. In that evening I met ▮▮▮▮▮▮▮▮▮▮ in the street in downtown Ramallah. He entered my vehicle and
5  I told him that the explosive devices that I had prepared for him were in the trunk of the vehicle. ▮▮▮▮▮▮
6  ▮▮▮▮▮▮ talked to a few people using his mobile phone and then told me that IDF forces would not be entering
7  Ramallah in the near future and therefore he told me to keep the explosive devices. I returned the explosive
8  devices to the laboratory in Al Iksal Street and after the IDF entered Ramallah I fled from that house, and a
9  person called Salah told me that he had taken all of the things that were in the laboratory, i.e. four stone
10 explosive devices and three juice explosive devices and had given them to another person who was also called
11 Salah, but the first is Salah 2 and the second is Salah 1.
12 Question - Who is Salah 1?
13 Answer - My interrogator has shown me a picture and I have identified ▮▮▮▮▮▮▮▮▮▮, he was the one who was
14 known as Salah 1.
15 Question - In other words, all of the explosive devices that were taken from the laboratory in Al Iksal Street were
16 transferred to ▮▮▮▮▮▮▮▮▮▮
17 Answer - Yes.
18 Question - Tell me about your activity with ▮▮▮▮▮▮▮▮▮▮
19 Answer - About ten days after we fled to ▮▮▮▮▮▮▮▮▮▮'s home, ▮▮▮▮▮▮▮▮▮▮ left ▮▮▮▮▮▮'s home. After
20 two days I met ▮▮▮▮▮▮▮▮▮▮, and he told me that he was in an apartment in Ein Misbah and told me to come to
21 an apartment in Ein Misbah, because there was a person there who wanted to see me. Two days after that, I came
22 to Ein Misbah Street, where I met ▮▮▮▮▮▮▮▮▮▮ and he took me to an apartment where I met ▮▮▮▮▮▮
23 who was known as Salah 1. During the meeting with ▮▮▮▮▮▮▮▮▮▮ I was masked, although ▮▮ had told me
24 my full name, I did not want him to see my face.
25 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 129

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by         Israel Police         Statement No. 1 Sheet No. 15

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ Continued | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 6:12 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  I stayed with ▮▮▮▮ alone in the room and he suggested that I leave ▮▮▮▮'s home and
2  come to life with them in their home. I said to ▮▮▮▮ that I wanted to live at home alone and not with
3  ▮▮▮. After that I returned to ▮▮▮▮s home and after two days ▮▮▮▮ told me that they
4  had found an apartment for me. I slept in that apartment one night but I was not happy and I left the apartment. I
5  told ▮▮▮▮ of that and I told him that they were to look for another house for me and I returned to
6  ▮▮▮▮s home. After two days, I arrived at ▮▮▮▮s home in the Ein Musbah
7  neighborhood, where I met ▮▮▮▮ again, and he suggested that we work together, and he would be
8  responsible for me for me on the part of the Az A-Din Alqassam Brigades of the Hamas. In addition, he asked
9  me to stop my activity with the Hamas operatives from Nablus and told me that we would carry out attacks with
10 explosive devices that I would manufacture, and also asked me to teach other people how to manufacture
11 explosives and explosive devices. I agreed to everything that ▮▮▮▮ said and then he told me that my
12 alias would be Kamal and that I was to work only with him irrespective of ▮▮▮▮, and that there would
13 be a contact person called Salah 2 who would be the coordinator between us and him. As I said to you, I agreed
14 to everything that ▮▮▮▮ told me.
15
16 Question - Why should he be your supervisor?
17 Answer - Because ▮▮▮▮ was responsible for all of the activity of the military arm of the Hamas in the
18 Ramallah area.
19 Comment – I explained to the suspect that it was late and therefore we would stop the testimony taking at this
20 stage and continue it tomorrow, God permitting
21 This is my statement, which was read out before me and translated into Arabic and confirmed as correct with my
22 handwriting.
23
24 [Arabic signature] Yitzhak Ya'akoboff Badge No. 100835-8 Master Sergeant [Signature]

Time of completion of taking of statement

[Stamp] P 7: 130