# EXHIBIT 4

Statement of:          **Israel [emblem] Police 000268**          Statement No. 2 Sheet No. 1

| Identity No. 994466860 | First Name Ahmed | | Last Name Barghouti | Name in Latin characters |
|---|---|---|---|---|
| Previous Name | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed | | | Sex Male / Religion Muslim |
| Date of Birth March 15, 1976 | Place of Birth Jenin | | Home telephone No. 2955010 | Business telephone No. |
| Home address Ramallah | | | Workplace name and address Marwan Barghouti's driver and bodyguard | |
| Mobile phone No. | Father's Name Taleb | Grandfather Mustafa | Parents' Address Ramallah | |

April 21, 2002   12:52 p.m.   Jerusalem   Investigator      100835-8   M. Sgt.      Yitzhak   Ya'akoboff
Date            Time        Police                     Badge No.   Rank        First name  Last name
                           Location

[Stamp] Tel Aviv District Court / Court case No. _____ Exhibit No. P/43B
Admission date March 10, 2003 Shelly Timan, Judge [Signature]

1   I saw the above mentioned person before me and told him: I, a police officer, Yitzhak Ya'akoboff,
2   Badge No. 100835-8, inform you that you are suspected of membership and activity in a hostile
3   organization, possession of weapons, of the murder of a number of people, of attempted murder of a
4   number of people and of activity against the security of the Area. You do not have to say anything,
5   but anything you say will be taken down by me and may serve as proof against you.
6   The suspect refuses to sign                              Yitzhak Ya'akoboff
7   After I read out and translated the content above to the above mentioned individual, he said to me as
8   follows:-
9   Question – Have you understood the suspicions against you?
10  Answer – Yes I have understood
11  Question – In your previous statement, you told the police on April 16, 2002, you said that you had
12  bought a new model white Mazda automobile with yellow license plates. You said that it was a
13  stolen vehicle. I ask you what did you buy this automobile for, in other words a stolen vehicle with
14  yellow license plates?
15  Answer – I bought this vehicle so that it would be possible to travel with it on roads on which Jews
16  travel and so that it would be possible to carry out shooting attacks while overtaking the vehicles.
17  Question – Tell me about the suicide bomber that ████ discussed with you.
18  Answer – A few days after ████ about 28 years old, was released from the Preventive
19  Security prison in Bitunia, ████, about 30 years old, a resident of Balata Refugee Camp,
20  called me. ████ told me that ████ had been released from the Preventive Security
21  prison and asked me to meet with ████ I agreed and ████ gave ████ my
22  mobile phone number and afterward ████ called me and we met in central Ramallah. In that
23  meeting, ████ told me that he had a suicide bomber for whom he wanted an explosive belt. I
24  agreed and I took ████ to ████, about 29 years old, hailing from Jenin, a worker of
25  Force 17 in Ramallah, and he gave ████ an explosive belt. After that, ████ took the
26  suicide bomber to an apartment that I had rented in downtown Ramallah opposite the fuel station
27  next to the Arab Bank. I rented this apartment in October 2001 and I lived in that apartment for about
28  six months.

The suspect refuses to sign                              Yizhak Ya'akoboff
                                                         Statement taking end time

M.3007                                                   (2.2001) 2500x50x2

10


PLAINTIFF'S EXHIBIT 1147B

**Statement of:**  Israel [emblem] Police 000269    Statement No. 2 Sheet No. 2

| Identity No.<br>994466860 | First Name<br>Ahmed | Last Name<br>Barghouti | Name in Latin characters |
|---|---|---|---|
| Previous Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex ⎪ Religion |
| Date of Birth | Place of Birth<br>Continued | Home telephone No. | Business telephone No. |
| Home address | | Workplace name and address | |
| Mobile phone No. | Father's Name<br>Taleb          Mustafa | Parents' Address | |

| April 21, 2002<br>Date | 1:23 p.m.<br>Time | Jerusalem  Investigator<br>Police<br>Location | 100835-8<br>Badge No. | M. Sgt.<br>Rank | Yitzhak<br>First name | Ya'akoboff<br>Last name |

1  Question – What did they take the suicide bomber to your apartment in downtown Ramallah for?
2  Answer – In order to put the explosive belt on him. A man called ▮▮▮▮, who works for Force 17 in
3  Ramallah, put the explosive belt onto him and explained to him how to activate the explosive belt.
4  Question – Did this suicide bomber depart to carry out an attack?
5  Answer – Yes, he departed for an attack but that night ▮▮▮▮ called me and told me that the suicide
6  bomber had been killed by IDF soldiers in the Beit Hanina area when he was on his way to a suicide
7  attack.
8  About a week later, ▮▮▮▮▮▮ called me and asked me for NIS 10,000 for the military activity. On
9  the following day I met with ▮▮▮▮▮ at Café Al Rum, which belongs to Jihad Al Rum, age 25, a
10 resident of Kadura [?] Refugee Camp. In that meeting I gave ▮▮▮▮▮ NIS 8,000, and on that
11 evening ▮▮▮▮▮ called me and told me that he was buying explosives with that money.
12 Question: To whom did the money that you gave to ▮▮▮▮▮ for the explosives belong, i.e. from
13 whom did you take the NIS 8,000?
14 Answer – ▮▮▮▮▮, who works with us at the Tanzim office in Ramallah gave me this money.
15 Question – Did ▮▮▮▮▮ buy explosives?
16 Answer – He bought chemicals and after that, together with ▮▮▮▮▮▮▮▮▮▮ and
17 ▮▮▮▮▮▮▮▮▮ they prepared a large explosive device in the aluminum factory that belongs to
18 ▮▮▮▮▮▮▮ did not know that they were making an explosive device there.
19 Question – To where did they take this explosive device?
20 Answer – I don't know.
21 On the day on which ▮▮▮▮▮▮ and Abdellah Barghouti were released from the Preventive
22 Security prison in Bitunia, before their release, ▮▮▮▮▮ called ▮▮▮▮▮ and informed
23 him that they were releasing ▮▮▮▮▮ and Abdellah Barghouti. After that I traveled with
24 ▮▮▮▮▮▮ to the Preventive Security office in Bitunia, from which we took ▮▮▮▮▮
25 and Abdellah Barghouti, and we took them to the rented apartment in downtown Ramallah. After
26 that, ▮▮▮▮▮ left and I stayed with them.

27 The suspect refuses to sign                                    Yizhak Ya'akoboff
28

M.3007                                               (2.2001) 2500x50x2

11

**Statement of:**  Israel [emblem] Police 000270  **Statement No. 2 Sheet No. 3**

| Identity No. 994466860 | First Name Ahmed | Last Name Barghouti | Name in Latin characters | |
|---|---|---|---|---|
| Previous Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth Continued | Home telephone No. | Business telephone No. | |
| Home address | | Workplace name and address | | |
| Mobile phone No. | Father's Name Grandfather Taleb      Mustafa | Parents' Address | | |

| April 21, 2002 Date | 1:43 p.m. Time | Jerusalem Police Location | Investigator | 100835-8 Badge No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  After that, ▮▮▮▮ returned to the apartment and stayed to sleep with them that night.
2  After they announced in the news that an explosive belt had been found in an ambulance and that
3  ▮▮▮▮ was responsible for this matter, I called ▮▮▮▮, and he told me that he was
4  responsible for this explosive belt and for the suicide bomber, and that he had sent the suicide
5  bomber and the explosive belt to a man from Ramallah.
6  Question – I am showing you handwriting in Arabic (in total one white page). Is this your
7  handwriting?
8  Answer – Yes, this is my handwriting.
9  (I seized the handwriting and marked it with initials Y.Y. and the date April 21, 2002).
10  Question – Do you have anything to add?
11  Answer – Yes, I do not regret anything that I have done, and if I leave her I shall continue my
12  activity, i.e. continue attacks against ▮▮▮▮
13  This is my statement that was read out before me and translated into Arabic and confirmed as correct
14  by my signature.
15
16  The suspect refuses to sign                    Yizhak Ya'akoboff Badge No. 100835-8 Master Sergeant
17                                                                [Signature]
18
19
20
21
22
23
24
25
26
27
28

Statement taking end time

M.3007                                                                (2.2001) 2500x50x2

12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF LIOR BAR-ON

Lior Bar-On hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is the April 16, 2002 and April 21, 2002 police statements of Ahmed Barghouti.

2. I am a professional translator with a degree in medicine, and have been working in translation since 1991. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document which is the April 16, 2002 and April 21, 2002 police statements of Ahmed Barghouti.

Dated: January 8, 2015

                                      L. Bar-On
                                 _____
                                   Lior Bar-On

22-MAY-2002 17:48 FROM HOKREI JERUSALEM TO 191411 P.02

הודעתו של: [illegible] / اعلان شيء

משטרת ישראל 0000259 00

הודעה מס' / اعلان رقم: 1    גליון מס' / نسخة رقم: 1

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לועזיות الاسم في حروف انكليزية |
|---|---|---|---|
| 994466686-0 | אחמד | ברגותי' | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | ☒ רווק أعزب ☐ נשוי متزوج ☐ גרוש مطلق ☐ אלמן أرمل | זכר | מוסלמי |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית התلفون في البيت | טל' בעבודה التلفون في مكان العمل |
|---|---|---|---|
| 15/3/76 | [illegible] | 295 5010 | |

| המען العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| רמאללה | [illegible] |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب | כתובת ההורים العنوان للاب |
|---|---|---|
| | [illegible] | |

Stamp: מדור תיק בחקירות [illegible] תל-אביב — תאריך הקבלה 10-03-2003 — מס' תיק [illegible] — שם רושם/מקבל

| תאריך التاريخ | שעה الساعة | מקום המקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 16/4/02 | 1355 | מ"ם | 94857 | רס"ר | [illegible] | מזרחי |

הוזהר: לגבי החשד [illegible] ואמרתי לו: אני איש משטרה רס"ב מזרחי 94857 מודיע לך כי הנך חשוד בהריגה וחבלה בארגון [illegible] ... אני [illegible] 

[illegible]

מזרחי 94857 [illegible]    (נסרב לחתום)

TOTAL P.02



הודעתו של: / افادة شخص

משטרת ישראל

00 260

הודעה מס' / افادة رقم: 1    גליון מס' / صفحة رقم: 2

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| | אחמד | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | מין / الجنس | דת / الدين |
|---|---|---|---|---|
| | | | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| הכתובת / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| כלא (?) | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الأب | כתובת ההורים / عنوان الأب |
|---|---|---|
| | | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 16/4/02 | | | | | | | |

באותו זמן [illegible] 17 [illegible] 1000 [illegible]
[illegible] 5MM [illegible]
[illegible]
[illegible]
ש-ת: אני לא יודע איך הם ידעו שזה רכב של יהודי וכי יהודי נפגע רק אני זוכר שהם אמרו לי שהפיגוע הזה לא מוצלח וכי המנוח נפגע כי רק [illegible]
אני חושב שאחמד גם [illegible] על הפיגוע הזה בעיתונים.
ש-ת: כן היה בעניין [illegible] אני לא זוכר בדיוק.
בערך אחרי שבועיים בערך אחמד אבו סטחה [illegible]
[illegible]
[illegible]
[illegible] C.M.C [illegible]
[illegible] GMC [illegible]
[illegible] פרג' ברגותי [illegible] 27 [illegible]
ונתן לי כסף 200 או 300 דולר [illegible]
ש-ת: [illegible]
בערך [illegible] אחמד אבו סטחה [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] אני זוכר בדיוק
בערך אחרי שבועיים [illegible] אחמד אבו סטחה [illegible]
[illegible] 5MM [illegible]
[illegible]
אבו סטחה [illegible] הפיגוע [illegible]
[illegible] אחמד אבו סטחה [illegible]
[illegible] הפיגוע [illegible] פרג' ברגותי 500 דולר

שעת סיום גביית ההודעה

(1.02) 2600×50א2    94857 גלב ערמי    (מסרב לחתום)

2 מ/1

הודעתו של: / إفادة
הודעה מס' / إفادة رقم: 1
גליון מס' / صفحة رقم: 3

משטרת ישראל

261

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | אחמד | ברגותי | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐ רווק أعزب ☐ גרוש مطلق ☐ אלמן أرمل ☐ | מין الجنس | דת الدين |
| --- | --- | --- | --- | --- |
| | | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| | כלא [illegible] | | |

| המען العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס' טלפון נייד رقم الهاتف الخليوي | שם האב اسم الأب | כתובת ההורים العنوان الأب |
| --- | --- | --- |
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 16/4/02 | | | | | | |

נשאל לגבי מחמד אבו סטחה [illegible] החוליה
שאלה: [illegible]
תשובה: [illegible]
שאלה: [illegible] MP5
תשובה: בשנת 1998 [illegible] ב-4000 דינר [illegible] בן 28 [illegible]
[illegible]
[illegible] מחמד אבו סטחה [illegible]
[illegible]
[illegible] 2 [illegible]
[illegible]
[illegible] MP5 [illegible]
[illegible] בן 25 [illegible]
[illegible] 99 [illegible]
[illegible] 5000 [illegible]
[illegible] מחמד אבו סטחה [illegible]
[illegible] מחמד אבו סטחה [illegible] MP5
[illegible] אבו סטחה [illegible]
[illegible] מחמד אבו סטחה [illegible]
[illegible]
[illegible] 5000 [illegible]
[illegible]
שאלה: האם [illegible] מחמד אבו סטחה [illegible]
תשובה: [illegible] מחמד אבו סטחה [illegible]
[illegible]
[illegible] 98 [illegible] 5000 [illegible]
[illegible] אבו סטחה [illegible] מחמד אבו סטחה [illegible] MP5 [illegible]
[illegible] בן 26 [illegible]
[illegible] מחמד אבו סטחה [illegible]

שעת סיום גביית ההודעה

(1.02) 2400x50x2

94057 [illegible]

4 [illegible]

(מסרב לחתום)

מ"ט 3007

הודעה של: / إفادة — משטרה 262 — גליון מס' / صفحة رقم: 1 / 4

| מס' זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| | אחמד | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | מין / الجنس | דת / الدين |
|---|---|---|---|---|
| | | | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| הכתובת / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الأب | כתובת ההורים / العنوان للأب |
|---|---|---|
| | | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق: מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 14/4/02 | | | | | | |

[illegible]

(אחמד ברגותי)

94857 [illegible] 5/11

עמוד סיום גביית ההודעה

(1.03) 2500M50M2 — 1007ט

משטרת    ישראל

00 263

<!-- Printed police form with Hebrew and Arabic field labels; handwritten entries illegible -->

11/4/02

<!-- The body consists of 28 numbered lines of handwritten Arabic text which are too illegible to transcribe reliably -->

גליון מס' 6 نسخة رقم | הודעה מס' 1 اعلان رقم | ישראל משטרה | הודעתו של: اعلان شيخ 264

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | אחמד | ברגותי | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
| --- | --- | --- | --- | --- |
| | | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| | הלשכה | | |

| המען العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס טלפון נייד رقم الهاتف الخلوي | שם האב اسم الأب | כתובת ההורים العنوان الأب |
| --- | --- | --- |
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 16/4/02 | | | | | | |

[illegible]

שעת סיום גבית החודעה

(1.02) 2600x30x2

7/1 | 9457 | (מסרב לחתום)

20072

הודעתו של: / إفادته
משטרת ישראל

גליון מס' / صفحة رقم: 7
הודעה מס' / إفادة رقم: 1

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 265 [illegible] | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐ | רווק اعزب ☐ | גרוש مطلق ☐ | אלמן ارمل ☐ | מין الجنس | דת الدين |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| המען العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 16/4/02 | | | | | | | |

[illegible]

(חתימת הנחקר)

[illegible] 8

חתימת מגבה ההודעה

(1.02) 2400×50=2

הודעתו של: / إفادة
משטרת ישראל

הודעה מס' 1 / افادة رقم
גליון מס' 2 / صفحة رقم

| מספר זהות רقم الهوية | 266 | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|---|
| שם קודם الاسم السابق | | מצב משפחתי الحالة الاجتماعية: נשוי متزوج / רווק اعزب / גרוש مطلق / אלמן ارمل | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | | מקום לידה مكان الولادة | על בניין התלפון في البيت | טל' בעבודה التلفون بمكان العمل |
| המען العنوان | | | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס' טלפון نייד رقم الهاتف اللاسلكي | | שם האב اسم الأب | כתובת התושב العنوان الآخر | |

16/4/02

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 16/4/02 | | | | | | |

[illegible]

(מסרב לחתום)

שעת סיום גביית ההודעה

9 ... / [illegible]

(1.02) 2600m80%2

גליון מס' 9 / صفحة رقم
הודעה מס' 1 / الإفادة رقم
משטרת ישראל

הודעתו של: / إفادة
00 267

| מס' זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| | אחמד | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| | ☐ נשוי / متزوج ☐ רווק / أعزب ☐ גרוש / مطلق ☐ אלמן / أرمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

הכתובת / العنوان

שם העבודה ומקום העבודה / اسم وعنوان مكان العمل

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الأب | כתובת ההורים / عنوان الأب |
|---|---|---|
| | | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 16/4/02 | | | | | | |

[illegible]

94857

(חתימה)

17:30
שעת סיום גביית ההודעה

(1.02) 2400x50x2

TOTAL P.04

משטרת ישראל

הודעה מס' / اعلان رقم — נכון מספר

00 268

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לועזיות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 994466860 | [illegible] | [illegible] | [illegible] |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי / متزوج ☐ רווק / أعزب ☒ גרוש / مطلق ☐ אלמן / ارمل ☐ | | מין الجنس |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית الهاتف في البيت | טל. בעבודה الهاتف بمكان العمل |
| 15.3.76 | [illegible] | 2955010 | |
| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| [illegible] | | [illegible] | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب | כתובת ההורים العنوان الاب | |
| | [illegible] | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 21.4.02 | 12[illegible] | [illegible] | | 1008358-8 | [illegible] | [illegible] | [illegible] |

[illegible handwritten statement, lines 1–28; legible fragments include "1008358-8" (line 1) and "16.4.02" (line 10)]

שעת סיום גביית ההודעה

[illegible signature]

(2 2001) 2500X50X2

הודעה של: / إفادة:

משטרת ישראל

00 289

הודעת מס׳ 2 / إفادة رقم

גליון מספר 2 / صفحة رقم

| מס׳ זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 994466860 | [illegible] | [illegible] | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج / רווק أعزب / גרוש مطلق / אלמן أرمل | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | מען מגורים / כתובת מגורים العنوان في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס׳ טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب: [illegible] | כתובת הוריו العنوان الأب | |

התוקר / المحقق

| תאריך التاريخ | שעה الساعة | מקום المكان | מס׳ אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 21.4.02 | 13:23 | [illegible] | 1008353-8 | [illegible] | [illegible] | [illegible] |

[illegible]

שעת סיום גביית ההודעה: [illegible]

(2 2003) 2500x50x2

[illegible signature]

[illegible]

משטרת ישראל

| שם משפחה אסם الهامل | שם شמשפחה اسم العائلة | שם פרטי الاسم الشخصي | מסי זהות رقم الهوية |
|---|---|---|---|
| שם באותיות לטיניות الاسم في حروف الانكليزية | | | |

| דת الدين | מין الجنس | אלמן/נשוי/גרוש/רווק | מצב משפחתי الحالة الاجتماعية | שם קודם الاسم السابق |

| תאריך לידה تاريخ الولادة |
| מען מגורים العنوان |

| מסי טלפון نير رقم الهاتف | כתובת العنوان | שם האב اسم الاب |

| שם משפחה اسم العائلة | שם פרטי الاسم | דת الديانة | מסי אישי الرقم الشخصي | החוקר المحقق | مكان المكان | שעה الساعة | תאריך التاريخ |

1. ...
2. ...
3. ...
4. ...
5. ...
6. ...
7. ...
8. ... (٥١.٤.٠٠)
9. ...
10. ...
11. ...
12. ...
13. ...
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

שעה סיום גבית העדות
[2.2003] 2500X50X1
ח"פ 3007