UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

––––––––––––––––––––––––––––––––––––––––– x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 17 2015

The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this

Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned____Sokolow    v    PLO  et al_____

_____, No. _04 civ 397_. The

date(s) for which such authorization is provided is (are) _Feb 17, 2015 — Thru Completion_

| Attorney *Ben Weise* | Device(s) *Laptop (NYTimes)* |
|---|---|
| 1. | |
| 2. | |

6

| 3. | |
|----|--|
|    | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:      FEB 17 2015

_____
United States Judge

Revised: February 26, 2014