*DRAFT as of 2/13/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
ELISE GOULD, RONALD GOULD, SHAYNA :
GOULD, JESSICA RINE, HENNA NOVACK    :
WALDMAN, MORRIS WALDMAN, SHMUEL :    **Jury Verdict Form** 04
WALDMAN,                                                      :
                                                                 :   Civ. 00397 (GBD)
                          Plaintiffs,            :
   v.                                                         :
                                                                 :
THE PALESTINE LIBERATION          :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),                              :
                                                                 :
                          Defendants.          :
-----------------------------------------------------------------x

## LIABILITY

**I.     JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 22, 2002** attack because <u>a senior official of</u> the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

    ____YES                    ____NO

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** attack because <u>a senior official of</u> the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

    ____YES                    ____NO

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the interests of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

    ____YES                    ____NO

1549633.1

*DRAFT as of 2/13/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
ELANA SOKOLOW, JAMIE SOKOLOW, :
LAUREN SOKOLOW, MARK SOKOLOW, :
RENA SOKOLOW, :   **Jury Verdict Form**
:
:   04 Civ. 00397 (GBD)
            Plaintiffs, :
   v. :
:
THE PALESTINE LIBERATION :
ORGANIZATION (PLO) and THE :
PALESTINIAN AUTHORITY (PA), :
:
            Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **LIABILITY**

**II.    JANUARY 27, 2002 – JAFFA ROAD BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 27, 2002** attack because <u>a senior official of</u> the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

    ____**YES**              ____**NO**

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** attack because <u>a senior official of</u> the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

    ____**YES**              ____**NO**

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the interests of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

    ____**YES**              ____**NO**

1549633.1

*DRAFT as of 2/13/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                             :
ALAN BAUER, BINYAMIN BAUER, DANIEL :
BAUER, YEHONATHON BAUER, YEHUDA    :
BAUER,                             :   **Jury Verdict Form**
                                                             :
                                                             :   04 Civ. 00397 (GBD)
                              Plaintiffs,    :
                                                             :
      v.                                                :
                                                             :
THE PALESTINE LIBERATION           :
ORGANIZATION (PLO) and THE         :
PALESTINIAN AUTHORITY (PA),        :
                                                             :
                              Defendants.  :
------------------------------------------------------------x

## **LIABILITY**

**III. MARCH 21, 2002 – KING GEORGE STREET BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **March 21, 2002** attack because a senior official of the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

   ____YES                    ____NO

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **March 21, 2002** attack because a senior official of the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

   ____YES                    ____NO

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **March 21, 2002** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the interests of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

   ____YES                    ____NO

3

*DRAFT as of 2/13/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
LEONARD MANDELKORN, :
:
                Plaintiff, :  **Jury Verdict Form**
:
  v. : 04 Civ. 00397 (GBD)
:
THE PALESTINE LIBERATION :
ORGANIZATION (PLO) and THE :
PALESTINIAN AUTHORITY (PA), :
:
              Defendants. :
------------------------------------------------------------x

## LIABILITY

**IV.    JUNE 19, 2002 – FRENCH HILL BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** attack because <u>a senior official of</u> the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

       ____**YES**                  ____**NO**

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** attack because <u>a senior official of</u> the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

       ____**YES**                  ____**NO**

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** attack because <u>a senior official of</u> the **PLO** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

       ____**YES**                  ____**NO**

***DRAFT as of 2/13/15***

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** attack because <u>a senior official of</u> the **PA** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

    **____YES**       **____NO**

*DRAFT as of 2/13/15*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
KATHERINE BAKER, ESTATE OF BENJAMIN                          :
BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD                        :
BLUTSTEIN, ESTATE OF DIANE CARTER,                           :     **Jury Verdict Form**
LARRY CARTER, SHAUN CHOFFEL, ROBERT                          :
L. COULTER JR., DIANE COULTER MILLER,                        :     04 Civ. 00397 (GBD)
ROBERT L. COULTER SR., ESTATE OF JANIS                       :
RUTH COULTER, ESTATE OF DAVID GRITZ,                         :
NEVENKA GRITZ (on behalf of herself and as                   :
successor to NORMAN GRITZ)                                   :
                                                             :
                            Plaintiffs,                      :
          v.                                                 :
                                                             :
THE PALESTINE LIBERATION                                     :
ORGANIZATION (PLO) and THE                                   :
PALESTINIAN AUTHORITY (PA),                                  :
                                                             :
                            Defendants.                      :
------------------------------------------------------------ x

## LIABILITY

V.  **JULY 31, 2002 – HEBREW UNIVERSITY BOMBING**

   1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** attack because <u>a senior official of</u> the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

      ____YES                    ____NO

   2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** attack because <u>a senior official of</u> the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

      ____YES                    ____NO

5

1549633.1

*DRAFT as of 2/13/15*

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the interests of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

    ____YES          ____NO

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** attack because a senior official of the **PLO** knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

    ____YES          ____NO

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** attack because a senior official of the **PA** knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

    ____YES          ____NO

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** attack because a senior official of the **PLO** harbored or concealed a person who the **PLO** knew, or had reasonable grounds to believe, committed or was about to commit this attack?

    ____YES          ____NO

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** attack because a senior official of the **PA** harbored or concealed a person who the **PA** knew, or had reasonable grounds to believe, committed or was about to commit this attack?

    ____YES          ____NO

1549633.1

*DRAFT as of 2/13/15*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
                                                                       :
CHANA GOLDBERG, ELIEZER GOLDBERG,       :
ESTHER GOLDBERG, KAREN GOLDBERG,        :
SHOSHANA GOLDBERG, TZVI GOLDBERG,       :      **Jury Verdict Form**
YAAKOV GOLDBERG, YITZHAK GOLDBERG, :
                                                                       :      04 Civ. 00397 (GBD)
                            Plaintiffs,              :
     v.                                                           :
                                                                       :
THE PALESTINE LIBERATION                         :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),                                        :
                                                                       :
                            Defendants.            :
---------------------------------------------------------------- x

## LIABILITY

**VI.   JANUARY 29, 2004 – BUS NO. 19 BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** attack because <u>a senior official of</u> the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

   ____YES            ____NO

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** attack because <u>a senior official of</u> the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

   ____YES            ____NO

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the interests of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

   ____YES            ____NO

7

*DRAFT as of 2/13/15*

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** attack because a senior official of the **PLO** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

    ____**YES**        ____**NO**

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** attack because a senior official of the **PA** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

    ____**YES**        ____**NO**

1549633.1