### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 04cv397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ) ORGANIZATION, *et al.*, ) | |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE Defendants proffer Defendants' Trial Exhibits 29 and 70 for the record. Defendants proffered them at trial for use in the cross-examination of Alon Eviatar, and the Court excluded them. *See* Tr. 1/21/15 925:18-15. Plaintiffs filed a similar notice for three of their excluded exhibits. *See* DE 763.

Dated: February 18, 2015

Respectfully Submitted,

/s/ Laura G. Ferguson
Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Dawn E. Murphy-Johnson
Michael J. Satin
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005
(202) 626-5800 [tel]
(202) 626-5801 [fax]
lferguson@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

**TO:**   Kent A. Yalowitz
Philip W. Horton
Lucy S. McMillan
Sara K. Pildis
Ken L. Hashimoto
Carmela T. Romeo
Tal R. Machnes
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Robert J. Tolchin, Esq.,
225 Broadway, 24th Floor
New York, NY 10007