Case 1:04-cv-00397-GBD-RLE   Document 816-2   Filed 02/18/15   Page 1 of 18

A/56/35 of 31 October 2001

result of various restrictive policies of the Government of Israel. Protracted closures of the Occupied Palestinian Territory, including Jerusalem, tight restrictions on the movement of people and goods, oms and tax income withholding and other measures of collective punishment had had a disastrous effect on the Palestinian economy as a whole, as well as on individual Palestinian households.

43. In another letter dated 7 March 2001 addressed to the Secretary-General (A/56/59-E/2001/9, A/ES-10/63-S/2001/208), the Chairman of the Committee drew the attention of the Secretary-General to the United Nations Seminar on Assistance to the Palestinian People, organized under the auspices of the Committee at the United Nations Office at Vienna. The Seminar had been convened in accordance with General Assembly resolutions 55/52 and 55/53 of 1 December 2000. In deciding to devote its first international meeting of the year to this critical issue, the Committee had been guided by the overriding need to address the disastrous situation facing the Palestinian economy after months of violent confrontations in the Occupied Palestinian Territory, including Jerusalem, and the dramatic deterioration of the living conditions of the Palestinian people. The purpose of the Seminar had been to review the state of the economy and to examine efforts by Governments, intergovernmental and civil society organizations to alleviate the ongoing humanitarian emergency. The Seminar had also aimed at mobilizing greater support for the attainment of the legitimate economic rights of the Palestinian people in the hope of contributing to the broader peace-building efforts in the region. Given the special importance of the subject matter of the Seminar, it had attracted a great deal of international attention and had been attended by a large number of Member States, intergovernmental and non-governmental organizations, as well as United Nations family entities. The Chairman also recalled the regrettable fact the four invited Palestinian speakers, including high-ranking officials of the Palestinian Authority, and several NGO participants from the Occupied Palestinian Territory had been unable to attend this important United Nations gathering owing to the general closure and travel restrictions imposed by Israel. Among those prevented from leaving the Occupied Palestinian Territory was Mr. Maher Masri, Minister for Economy and Trade of the Palestinian Authority, who had been invited as the official representative of Palestine and the keynote speaker of the Seminar.

44. In a letter dated 29 March 2001 addressed to the President of the Security Council (S/2001/296), the Chairman of the Committee reiterated the Committee's continued objection to the deletion from the list of items of which the Security Council was seized those items that related to the exercise of the inalienable rights of the Palestinian people, the Palestine question and the Middle East problem, which were of special concern not only to the Committee but also to the majority of Member States. He stated the Committee's belief that pending a comprehensive, just and lasting settlement of the Arab-Israeli conflict in the Middle East, the core of which was the question of Palestine, in accordance with international legitimacy, those items should remain on the list of matters of which the Council was seized, as they continued to engage its responsibility with regard to the maintenance of international peace and security. He also stressed that any decision to delete the items, especially at the current critical juncture in the peace process, would go well beyond procedural reform and would have far-reaching ative political implications.

45. In a letter dated 5 April 2001 addressed to the Secretary-General (A/ES-10/73-S/2001/335) and in

03:TP000441

http://unispal.un.org/UNISPAL.nsf/9fb163c870bb1d6785...73c89f/38ba92d3a3e6d7a185256afc0065c183?OpenDocument (17 of 34)2/8/2010 7:56:22 AM

02:008436

A/56/35 of 31 October 2001

identical letters addressed on the same date to the President of the General Assembly and the President of the Security Council (A/ES-10/74-S/2001/336), the Chairman of the Committee reiterated that the Committee was extremely disturbed by the continuing violence and bloodshed on the ground. The reliance of IDF on excessive military power, including artillery, tanks, helicopter gunships and missile boats, in recent days in particular, had resulted in many deaths and injuries. He said that the confrontation was unequal, with a high human cost, especially for the Palestinian people. The Chairman said that, confined to their towns and villages because of the Israeli blockade, the Palestinians were subjected on a daily basis to gunfire, bombardments, extrajudicial killings, arbitrary arrests and detention, as well as the destruction of property and infrastructure. Compounding the desperate straits of the Palestinian people were the disastrous state of the economy, the dispossessing effects of the Israeli settlement expansion and repeated closures of the Occupied Palestinian Territory, including Jerusalem. The Chairman said that the Committee firmly believed that the international community had a moral responsibility towards the Palestinian people, which had been striving to exercise its inalienable rights for so long. He also said that the Committee appreciated and strongly supported the important facilitating role that the Secretary-General was playing in the peace process and urged him to continue to remain actively and closely engaged with the parties, directly as well as through the United Nations Special Coordinator, in an effort to end the violence and resume the historic dialogue between Israel and the Palestinians.

46. In a letter dated 19 April 2001 addressed to the Secretary-General (A/ES-10/78-S/2001/392) and in identical letters addressed on the same date to the President of the General Assembly and the President of the Security Council (A/ES-10/77-S/2001/390), the Chairman of the Committee expressed the Committee's concern at the violence and bloodshed on the ground. He said that the Israeli military attacks had been taken to a new level of intensity, particularly in the Gaza Strip. He referred, in particular, to a massive land, air and sea operation on 17 April 2001, in which the Israeli army had occupied the area, imposed a blockade on Gaza City, dissected the Gaza Strip into three separate parts, advanced at least half a mile into the Palestinian territory and six Palestinian police positions along the eastern border of the Gaza Strip. In the operation, IDF had used heavy machine guns, tanks, armoured personnel carriers, helicopter gunships, artillery and sea-launched surface-to-surface missiles. The letter said that the army had also closed all major roads and the Gaza International Airport. Palestinian Authority border police positions at Beit Hanoun, an area under full Palestinian control, had been occupied. Rockets had hit buildings in Deir el-Balah and Rafah in the central and southern Gaza Strip, respectively. The Committee was extremely worried by the illegal incursion of IDF into the areas of the Gaza Strip that were under full Palestinian control. The Committee emphasized that the Israeli reoccupation of those parts of the Gaza Strip constituted a clear and serious violation of the agreements signed by the parties as part of the peace process. The Chairman added that the Committee had again urged the Secretary-General to intensify contacts with all the parties concerned in order to help bring the crisis to an end and restart the Israeli-Palestinian dialogue. In view of a particularly tense and volatile situation on the ground, efforts within the United Nations to ensure the protection of Palestinian civilians acquired special urgency.

47. In a letter dated 22 August 2001 addressed to the Secretary-General (A/ES-10/106-S/2001/819), the

03:TP000442

02:008437

A/56/35 of 31 October 2001

Acting Chairman of the Committee emphasized that the Committee was extremely worried by the latest dramatic escalation of tensions and violence in and around East Jerusalem and in areas under full Palestinian control. He said that Israel had no intention of respecting agreements signed with the Palestinian side and had firmly decided on continuing wide-scale military operations in the Occupied Palestinian Territory, including East Jerusalem, as well as in areas under full control of the Palestinian Authority. The latest and most striking incidents included the taking over of Orient House and other Palestinian institutions in East Jerusalem and Abu Dis, and the massive IDF incursion into Jenin. Also, Israel continued to use sophisticated weapons, including helicopter gunships, in the extrajudicial killings of suspected Palestinian activists. The Acting Chairman expressed the Committee's position that the Mitchell Committee report, with its sensible and even-handed recommendations, offered a practicable way out of the impasse. He added that resolute steps were needed with a view to implementing the recommendations in their entirety and without further delay. A realistic plan for such implementation should be agreed upon within a reasonable time span and with workable ways for its monitoring. Negotiations on security, as well as on interim and permanent status issues, should be restarted as a matter of urgency. The Committee was of the view that a permanent status agreement, long overdue, should be finally reached on the basis of Security Council resolutions 242 (1967) and 338 (1973) and the principles of the Madrid Peace Conference.

48. On the first anniversary of the Al-Aqsa intifadah, in a letter dated 28 September 2001 addressed to the Secretary-General (A/ES-10/113-S/2001/920), the Chairman of the Committee, inter alia, brought to the attention of the Secretary-General the Committee's position with respect to the various developments had taken place since the beginning of the uprising on 28 September 2000. In particular, he stated that, during those months, over 800 people had lost their lives and thousands had been injured, many incapacitated for life, the vast majority of them Palestinian civilians, including children. The Chairman said that Israel had reacted to the explosion of grievances and frustration by the Palestinians by using excessive force, including combat helicopter gunships, fighter aircraft and other sophisticated materiel, as well as by imposing a stifling economic blockade in order to crush the uprising. In addition to the tragic loss of human life, large parts of the Palestinian infrastructure had been systematically destroyed in the course of the year. Tens of thousands of people had lost their livelihoods and hundreds of thousands had become dependent for their survival on emergency humanitarian assistance offered by the international community. This had led to a virtual dismantling of the peace process. International efforts to end the violence and bring the parties back to the negotiating table had continued over the past year, regrettably without a lasting effect. The Chairman recalled the intensive international efforts which had led to the establishment of the Sharm el-Sheikh Fact-Finding Committee headed by former United States Senator George Mitchell. He also referred to the attempts by the United States Director of Central Intelligence to achieve a ceasefire and resume security cooperation between the two sides. The Chairman saluted the close personal engagement of the Secretary-General in efforts to end the violence and resume the peace process. He expressed the hope that the September 2001 meeting between Chairman Arafat and Foreign Minister Peres would become the first step leading to a cessation of violence and the resumption of a sustainable dialogue. He also emphasized that Security Council resolutions 242 (1967) and 338 (1973), along with the principle of "land for peace", should be the basis of any solution of the question of Palestine. On behalf of the Palestinian Rights Committee, the Chairman called upon the Government of Israel to abide by the principles of the Fourth Geneva

03:TP000443

02:008438

A/56/35 of 31 October 2001

Convention and the provisions of all relevant Security Council and General Assembly resolutions. Illegal Israeli policies such as settlement activity, extrajudicial killings of suspected Palestinian activists, c͏̄ures of and incursions into Palestinian areas should be stopped forthwith and faits accomplis on the ground should be reversed. In the Chairman's view, as the crisis persisted and the parties continued to lack mutual trust and confidence, assistance by key international actors, including the co-sponsors of the peace process, the European Union and leaders in the regions, remained crucial. He reiterated the position of the Palestinian Rights Committee that, at the current critical juncture, the United Nations should continue to maintain its permanent responsibility with respect to all aspects of the question of Palestine.

### 3. Participation by the Chairman of the Committee at international conferences and meetings

49. In the course of the year, the Chairman of the Committee participated in meetings of intergovernmental and other bodies and other meetings relevant to the question of Palestine and contributed to their deliberations in support of the inalienable rights of the Palestinian people, as follows:

(a) Joint Meeting of Ministers of Foreign Affairs of the Non-Aligned Movement Committee on Palestine and the Non-Aligned Movement Security Council Caucus, Pretoria, 3 and 4 May 2001;

(b) International Media Encounter on the Question of Palestine, UNESCO headquarters, Paris, 18 and 19 June 2001;

(c) Seventy-fourth Ordinary Session of the Council of Ministers of the Organization of African Unity and 37th Ordinary Session of the Assembly of Heads of State and Government, Lusaka, 5-11 July 2001 (A/56/457).

50. As in previous years, the Committee continued to follow the activities relevant to the question of Palestine of other intergovernmental organizations, as well as decisions and resolutions of United Nations bodies and agencies, including the Economic and Social Council, the Commission on Human Rights, and the positive efforts made by many Governments. The Committee took note of the declarations of concern on the part of the international community over the continuing violence on the ground and the lack of progress in the peace process during the year. It was encouraged by the readiness of the international community to remain engaged in the peace efforts and to help the parties out of the crisis of 2000-2001.

### B. Action taken by the Committee and the Division for Palestinian Rights in accordance with General Assembly resolutions 55/52 and 55/53

In its programme of meetings organized in the various regions, the Committee continued to give priority to promoting the exercise of the inalienable rights of the Palestinian people, supporting the peace process and stressing the need for timely and scrupulous implementation by the parties of the

03:TP000444

A/56/35 of 31 October 2001

bilateral agreements. The Committee also urged the international community to continue to provide political support as well as broad economic assistance to the Palestinian people.

52. On the basis of the provision contained in General Assembly resolution 55/52, the Committee adjusted its programme of work, as necessary, in order to meet the evolving situation in the most effective and constructive manner, while keeping in mind the continuing financial constraints facing the Organization. The Committee expressed its great appreciation to the Governments of Cuba and Spain for having provided venues and facilities for the events sponsored by the Committee.

53. During the year, the Committee, through its Bureau, continued to maintain its cooperation on the question of Palestine with States members of the European Union. In February 2001, the Bureau held an important and useful meeting of consultations with representatives of EU (under the Presidency of Sweden) as part of the continued effort to build a constructive relationship with EU members on issues of common concern. In accordance with established practice, the Chairman of the Committee briefed the members of the EU delegation on the Committee's ongoing activities and explained the position of the Committee with regard to the situation on the ground, the stalemate in the peace process and the state of the Palestinian economy. He expressed the hope that the two sides would continue consultations.

54. Throughout the year, the staff of the Division for Palestinian Rights met at United Nations Headquarters, as well as away from Headquarters, with members of the general public and student groups and briefed them on the various aspects of the question of Palestine and the involvement of the United Nations in this issue.

### 1. United Nations Seminar on Assistance to the Palestinian People

55. The United Nations Seminar on Assistance to the Palestinian People was held at the United Nations Office at Vienna on 20 and 21 February 2001. The Seminar was attended by representatives of Governments, Palestine, intergovernmental and non-governmental organizations, United Nations system organizations and agencies, and experts. Four Palestinian officials invited to speak at the Seminar and a number of NGO participants from the Occupied Palestinian Territory were unable to travel to Vienna owing to the general closure imposed by Israel. The Committee delegation expressed its utmost concern and issued a statement denouncing the illegal actions of the occupying Power in that regard.

56. The following topics were discussed by the participants: the crisis of 2000-2001: the impact of Israeli policies on the Palestinian economy; the role of the United Nations system: assessment and efforts to alleviate hardships; assistance by Arab and Islamic States and intergovernmental organizations to the Palestinian people; and efforts by international donors and other sectors of the international community to alleviate the economic hardships of the Palestinian people.

In his concluding remarks of the Seminar, the Chairman of the Committee emphasized that the change of leadership in Israel at the beginning of February had undercut the momentum for reaching a final and comprehensive agreement. Since September 2000, the Occupied Palestinian Territory had been

03:TP000445

http://unispal.un.org/UNISPAL.nsf/9fb163c870bb1d6785...73c89f/38ba92d3a3e6d7a185256afc0065c183?OpenDocument (21 of 34)2/8/2010 7:56:22 AM

02:008440

A/56/35 of 31 October 2001

suffering under repeated closures, tight restrictions on the movement of people and goods, customs and tax withholding, and other measures of collective punishment imposed by the occupying Power. As a r 't, the Palestinian economy had suffered greatly and had come to the verge of collapse. The Palestinian people had been reduced to fighting for their survival and for the satisfaction of their basic day-to-day needs rather than working for long-term development. The consequences of that situation were fraught with danger for peace throughout the region. The Committee requested the donor community to contribute the funds needed to remedy the serious budgetary crisis faced by the Palestinian Authority. The Chairman stressed that Palestinian economic rehabilitation and development were prerequisites for peace in the Middle East. For peace to return and take root, a comprehensive, just and lasting political settlement must be coupled with a substantial improvement in the living conditions of the Palestinian people.

58. The report of the Seminar was issued as a document of the General Assembly and the Economic and Social Council (A/56/89-E/2001/89) for consideration under the relevant agenda items. It was also issued as a publication of the Division for Palestinian Rights.

**2. United Nations Latin American and Caribbean Meeting on the Question of Palestine**

59. The United Nations Latin American and Caribbean Meeting on the Question of Palestine was held at Havana from 12 to 14 June 2001. The participants included representatives of Governments, Palestine, intergovernmental and non-governmental organizations, United Nations bodies and agencies, special g .ts from the host country and representatives of the media, the academic community and students. Two invited Palestinian speakers and a number of Palestinian NGO representatives from the Occupied Palestinian Territory were unable to travel to Havana due to the general closure imposed by Israel. The Committee delegation expressed deep regret at their absence and, in a statement, denounced the illegal actions by the occupying Power, which had, among their many grave consequences, a negative effect on international efforts to find a solution to the current crisis.

60. The participants discussed the following topics: the situation in the Occupied Palestinian Territory, including Jerusalem; upholding international legitimacy - the path to a comprehensive, just and lasting solution of the conflict; and international support for the inalienable rights of the Palestinian people. The coverage the Meeting received by the Cuban and the international media was very prominent. Some of the invited experts participated in a TV round table, which was also attended by Fidel Castro, President of the Council of State and of the Council of Ministers of Cuba. On the last day of the Meeting, Cuban NGOs organized a mass rally in support of the Palestinian people with the participation of some 10,000 Cubans, with the Cuban President among them.

61. At the conclusion of the Meeting, the participants adopted the Havana Declaration, in which the participants, inter alia, declared their broad and determined commitment to support the right of the J stinian people to self-determination and the establishment of an independent and sovereign Palestinian State and the right to return to their homeland. They emphasized that the excessive use of force by Israel, the closures and the economic blockade must be brought to an end and that international

A/56/35 of 31 October 2001

protection, in the form of a United Nations observer force, must be provided. Participants urged the parties to implement swiftly the recommendations contained in the Mitchell report in their entirety as a w of ending the violence, restoring confidence and resuming the peace talks. They reiterated that the Latin American and Caribbean States, having had a broad experience in the struggle for decolonization and national sovereignty, should continue their moral, political and material support for the exercise by the Palestinian people of its inalienable rights.

62. The Committee delegation met with President Fidel Castro. It was received by Ricardo Alarcón Quesada, President of the National Assembly of Cuba, who welcomed the efforts of the Committee aimed at bringing about a comprehensive, just and lasting settlement of the question of Palestine. The delegation also met with Felipe Pérez Roque, Minister for Foreign Affairs of Cuba, who delivered the opening address of the Meeting.

63. The report of the Meeting was issued as a publication of the Division for Palestinian Rights.

### 3. Workshop of Latin American and Caribbean NGOs

64. An NGO Workshop organized in connection with the United Nations Latin American and Caribbean Meeting on the Question of Palestine was held at Havana on 14 June 2001. Its theme was "Action by civil society in Latin America and the Caribbean in solidarity with the Palestinian people". NGO representatives and experts reviewed regional NGO action in the light of the Plan of Action adopted at the 1998 Meeting in Santiago de Chile and efforts by NGOs, religious groups and the media aimed at mobilizing public opinion in support of the Palestinian people and discussed action-oriented proposals and mechanisms for their implementation.

65. In the Plan of Action adopted at the Workshop, NGOs pledged to increase the publication of information materials on the reality of the Palestinian situation and denounce any double standard applied to protect Israel from international condemnation for its human rights violations. NGOs should provide the United Nations Commission on Human Rights with all pertinent information. The Plan called for worldwide observance of the International Day of Solidarity with the Palestinian People on 29 November 2001. The United Nations should provide effective protection for the Palestinian people and demand compliance with the Fourth Geneva Convention. NGOs would lobby their Governments to increase their financial contributions to UNRWA to enable it to continue its services to Palestine refugees. Special emphasis should be given to the situation of Palestinian women living under occupation. NGOs should monitor the information broadcast by the mass media in their respective countries and counter disinformation campaigns that called into question the justice of the Palestinian cause. The Federation of Arab Entities of the Americas (FEARAB) was called upon to establish an economic assistance fund for the Palestinian people. NGO action in support of the Palestinian people would be reviewed at the Second International Conference of Solidarity with the Palestinian People to held in Mexico City in the first half of 2002.

66. The report on the NGO Workshop is part of the report on the Havana Meeting issued as a

03:TP000447

A/56/35 of 31 October 2001

publication of the Division for Palestinian Rights.

### 4. United Nations International Meeting on the Question of Palestine

67. The United Nations International Meeting on the Question of Palestine: " The Road to Israeli-Palestinian Peace" was held at Madrid on 17 and 18 July 2001. The Meeting was attended by international experts, eminent political personalities from Spain and other countries, representatives of Governments, intergovernmental organizations, United Nations system entities, the Palestinian Authority, civil society organizations and the media.

68. The following topics were discussed by the participants: the Israeli-Palestinian peace efforts: an overview; the situation in the Occupied Palestinian Territory, including Jerusalem; and the road to peace.

69. In the General Remarks of the Meeting, participants expressed their strong conviction that the recommendations contained in the Mitchell Committee report and the subsequent United States-brokered ceasefire agreement should be swiftly implemented as a whole; that the excessive use of force by Israel, the closures and the economic blockade of Palestinian population centres, the incursions into Palestinian-controlled areas and all other illegal measures of collective punishment against the Palestinian people should be brought to an end immediately; that, in view of the excessive use of force against Palestinian civilians and continued Israeli illegal settlement activity, the High Contracting Parties to the Fourth Geneva Convention should expedite the reconvening of the Conference of the High Contracting Parties; and that an international presence must be established to protect innocent civilians and to monitor the implementation of agreements and understandings reached, with the United Nations Security Council fully discharging its responsibilities under the Charter in this respect. Participants also discussed the role played in the peace process by the co-sponsors, the European Union, the United Nations, regional organizations and other interested international actors and stressed that the role of all those States and multilateral institutions in support of the Middle East peace process remained crucial and had to be closely coordinated for better results, particularly in the current critical period.

70. The Committee delegation was received by Josep Piqué, Minister for Foreign Affairs of Spain, who stressed the importance of supporting the Middle East peace process and the rights of the Palestinian people. The Committee delegation expressed its deep appreciation of the active and constructive role played by Spain in the search for a comprehensive, just and lasting peace in the region.

71. The report of the Meeting was issued as a publication of the Division for Palestinian Rights.

### 5. United Nations NGO Meeting in Solidarity with the Palestinian People

The United Nations NGO Meeting in Solidarity with the Palestinian People was held on 19 July 2001 in Madrid, immediately following the International Meeting on the Question of Palestine: "The Road to Israeli-Palestinian Peace" ;. The participants included representatives of NGOs from all regions,

A/56/35 of 31 October 2001

Governments, United Nations bodies and agencies, intergovernmental organizations, a delegation of Palestine and a number of panellists.

73. In the course of the Meeting, the participants considered action by international civil society in solidarity with the Palestinian people; mobilizing public opinion in support of the Palestinian people - efforts by NGOs, other civil society organizations and the media; also reviewed NGO action worldwide, and developed action-oriented proposals as well as mechanisms for their implementation.

74. In the NGO Statement and Plan of Action, the participants urged the United Nations Security Council to place an international protection force in the Occupied Palestinian Territory and decided to undertake advocacy steps in that regard. In addition, public awareness campaigns should focus on crucial elements of the occupation and the situation of the Palestinians on the ground. NGOs would explore the possibility of establishing an International Civil Society Corps of volunteers, including universities, academics as well as Palestinian and Israeli NGOs, to express solidarity with the Palestinian people, to monitor events on the ground and to participate in appropriate actions opposing the occupation. The participants expressed their conviction that the relevant United Nations resolutions offered the clearest pathway to a true and just peace for all in the region.

75. The report of the NGO Meeting was issued as a publication of the Division for Palestinian Rights.

f Cooperation with civil society organizations

76. The Committee continued to emphasize throughout the year that the role of civil society in educating their respective constituencies about the fundamental issues of the question of Palestine and in mobilizing public support for the Palestinian cause remained very important. NGOs continued to participate in all meetings organized by the Committee away from Headquarters and in the observance of the International Day of Solidarity in New York and elsewhere. Aware of the challenges of the current circumstances, the Committee was particularly appreciative of those NGO contributions that were focused on mobilizing international solidarity with the Palestinian people and support for the achievement of its inalienable rights, as well as supporting the peace process and the work and objectives of the Committee. The Committee highly appreciated the work of those NGOs that provided concrete emergency relief at a difficult time for the Palestinian people. It appealed to the Israeli NGOs and activists that are part of the peace camp and encouraged them to continue and to invigorate their crucial activities to inform public opinion and to provide an alternative to the dangerous course embarked upon by the Israeli Government. The Committee stressed that there was a greater need for sustained campaigns aimed at informing public opinion about the root causes of the conflict and promoting national and international action in support of the peace process, the effective implementation of the Israeli-Palestinian agreements, and of a just and lasting peace in the region.

The Committee encouraged cooperation, coordination and networking among civil society organizations. It maintained and developed its liaison with national, regional and international coordinating mechanisms accredited to it, in addition to the already established liaison with a large

A/56/35 of 31 October 2001

number of individual NGOs. Consultations between the delegation of the Committee and representatives of coordinating committees of NGOs were held on 22 February 2001 at the United Nations Office at Vienna, following the United Nations Seminar on Assistance to the Palestinian People. The Palestinian NGO representatives were unable to participate due to the general closure imposed by Israel on the Occupied Territory. The participating NGO representatives provided information about their initiatives, campaigns and projects and stressed the need for close cooperation with the Committee. The delegation of the Committee asked the NGOs to focus their current work on the mobilization of emergency relief and other assistance by the international donor community; and lobbying their Governments to live up to their responsibilities under the Fourth Geneva Convention and to support initiatives at the United Nations and elsewhere to establish a protection force to be deployed in the Occupied Palestinian Territory.

78. The Division for Palestinian Rights maintained the Internet web site entitled "NGO Network on the Question of Palestine" as a permanent tool of mutual information and cooperation between civil society and the Committee. The web site can be found at www.un.org/depts/dpa/ngo. The Division also continued to issue its bimonthly newsletter entitled *NGO Action News* covering the activities of civil society on the various aspects of the question of Palestine.

### 7. Research, monitoring and publications

79. The Committee continued to attach great importance to the essential contribution of the Division for Palestinian Rights and requested it to continue its established programme of work, including studies, information notes and other publications; the further development of the United Nations Information System on the Question of Palestine (UNISPAL); the annual training programme for staff of the Palestinian Authority; and the annual observance of the International Day of Solidarity with the Palestinian People.

80. Accordingly, the Division continued to respond to requests for information and to prepare and disseminate to its worldwide network the following publications:

(a) Monthly bulletin covering action by the Committee, United Nations bodies and agencies, and intergovernmental organizations concerned with the question of Palestine;

(b) Monthly chronology of events relating to the question of Palestine, based on media reports and other sources;

(c) Reports of meetings organized under the auspices of the Committee;

(d) Special bulletin on the observance of the International Day of Solidarity with the Palestinian People;

(e) Annual compilation of relevant resolutions, decisions and statements of the General Assembly and the Security Council relating to the question of Palestine ;

03:TP000450

A/56/35 of 31 October 2001

(f) Update of a study entitled "Origins and Evolution of the Palestine Problem, 1917-1988".

## 8. United Nations Information System on the Question of Palestine

81. The Division for Palestinian Rights, in cooperation with relevant technical and library services of the United Nations Secretariat, continued to develop UNISPAL, as mandated by the General Assembly since 1991. This included the required ongoing upgrading of the system's hardware and software components; the scanning, retyping or downloading, editing, reformatting and inclusion in the system of new and old documents; the improvement of quality control mechanisms; and the further development and improvement of access to the "UNISPAL" and "Question of Palestine" sites on the Internet, in particular, as requested, to enhance the user-friendliness of the system.

## 9. Training programme for staff of the Palestinian Authority

82. Two staff members from the Ministry of Planning and International Cooperation of the Palestinian Authority participated in a training programme conducted by the Division from September to December 2000, in conjunction with the fifty-fifth session of the General Assembly. They familiarized themselves with various aspects of the work of the United Nations Secretariat and other organs. The programme included, among other things, attendance at various briefings and meetings of relevant committees and b̲odies of the United Nations, meetings with representatives of delegations to the General Assembly and m̲embers of the staffs of permanent missions to the United Nations. The trainees also conducted research and prepared studies on specific topics.

## 10. International Day of Solidarity with the Palestinian People

83. The International Day of Solidarity with the Palestinian People was observed on 29 November 2000 at United Nations Headquarters and at the United Nations Office at Geneva and the United Nations Office at Vienna. On the occasion of the observance at Headquarters, in addition to a solemn meeting of the Committee and other activities, an exhibit entitled "The Land" was presented by the Permanent Observer Mission of Palestine, under the auspices of the Committee. The Committee noted with appreciation that the International Solidarity Day had also been observed in many other cities throughout the world. Details on the observance are contained in the special bulletin issued by the Division.

84. In adopting its programme of work, the Committee decided that a similar event would be organized in connection with the observance of the Day in 2001.

---

. **Action taken by the Department of Public Information in accordance with General Assembly resolution 55/54**

03:TP000451

A/56/35 of 31 October 2001

85. In pursuance of General Assembly resolution 55/54 of 1 December 2000, the Department of Public Information continued its special information programme on the question of Palestine, which included, ? ng other things, the organization of its annual training programme for Palestinian broadcasters and journalists and the organization of an international media encounter on the question of Palestine at the headquarters of the United Nations Educational, Scientific and Cultural Organization (UNESCO) in Paris.

86. In October-November 2000, the Department organized a training programme at United Nations Headquarters for a group of nine Palestinian media practitioners with a view to strengthening their professional capacity as information media personnel. As was the case since the beginning of the programme in 1995, the Department arranged a series of briefings and workshops at the Columbia University School of International and Public Affairs in New York and at CNN headquarters in Atlanta. Briefings for the participants were also organized at United Nations Headquarters, at international organizations and at institutions of the Government of the United States of America in Washington, D.C. As part of their training, the participants covered meetings of the General Assembly and transmitted radio, TV and print reports back to their news organizations in the Middle East.

87. Since January 2001, the Department has been displaying at the United Nations Office at Geneva, on a semi-permanent basis, the French-language version of the exhibit entitled "The United Nations and the Question of Palestine", containing photographs, maps and text on the history and situation of the Palestinian people and tracing the search for a solution to the question of Palestine. Its English-language ion is a permanent part of the guided tour route at United Nations Headquarters.

88. In April 2001, the Department produced a poster entitled "Palestine: Self-determination - An Inalienable Right of the Palestinian People" in Arabic, Chinese, English, French, Russian and Spanish. The poster has been distributed worldwide through the network of the United Nations field offices.

89. On 18 and 19 June 2001, the Department organized at UNESCO headquarters, Paris, the International Media Encounter on the Question of Palestine designed as a forum, at which international media representatives and experts discussed the status of the peace process and ways and means of breaking the deadlock. The Encounter discussed the role of the United Nations in the question of Palestine and in the overall search for peace in the Middle East. The Chairman of the Committee on the Exercise of the Inalienable Rights of the Palestinian People, among other participants, addressed the Encounter. It attracted international media coverage, including daily dispatches by major wire services and contributions by participating correspondents. A separate web site created on the occasion was posted on the Department's home page. The Encounter was the ninth in a series launched by the Department in 1991 to support the search for peace in the Middle East and raise international awareness about the inalienable rights of the Palestinian people.

⌐ In its PeaceWatch section, the quarterly publication *UN Chronicle* (issue No. 3, 2000) reported on the resumed tenth emergency special session of the General Assembly; the Secretary-General's trip to the Middle East in October 2000 and his reports to the General Assembly and the Security Council; and

03:TP000452

02:008447

A/56/35 of 31 October 2001

meetings and resolutions of the Security Council on the subject. It also reported on the three-day special session of the Commission on Human Rights on the Middle East. In its issue No. 4, 2000, it reported on t' eaffirmation by the General Assembly's Special Political and Decolonization Committee (Fourth Committee) of the importance of UNRWA. The issue also contained an article on how UNRWA, through its various projects, had helped both men and women take steps towards achieving sustainable development, along with a summary of the achievements of UNRWA for the past 50 years. An article reviewing peacekeeping events in 2000 reported on Security Council meetings on the situation in the Middle East. The PeaceWatch section contained an account of the Secretary-General's visit to the Middle East in June 2001 and the recommendations of the international Fact-Finding Committee as well as an appeal by UNRWA for funds to bring food, medical supplies and other assistance to the Palestinian people in the West Bank and Gaza.

91. The Department produced and distributed one "UN in Action" TV programme entitled "Palestine Football Makes its Mark with United Nations Support". It was broadcast on the CNN World Report programme and on other networks worldwide.

92. The Radio News Unit continued to cover extensively various aspects of the question of Palestine and related issues in its daily broadcasts and current affairs magazines in various languages. Also, the Middle East Radio Unit continued to cover all United Nations activities related to the question of Palestine in its 15-minute daily broadcast in Arabic. Some of the topics covered included: the extraordinary special session of the General Assembly and its subsequent resumed sessions on the icability of the Fourth Geneva Convention to the Occupied Palestinian Territory; the Secretary-General's three visits to the area, two to the Occupied Palestinian Territory and one to the Sharm el-Sheikh Summit; the visit of the United Nations High Commissioner for Human Rights, Mary Robinson, to the Occupied Palestinian Territory and the follow-ups to her report; the International Day of Solidarity with the Palestinian People; the Security Council debate on agenda item entitled " The situation in the Middle East, including the Palestinian question"; the Arab summit calling for a protection force for the Occupied Palestinian Territory; the United Nations reaction to the developments in the Occupied Palestinian Territory, in particular, the emergency measures adopted by UNRWA, UNDP, the United Nations Children's Fund (UNICEF), the World Food Programme (WFP) and the World Health Organization (WHO); the effects of violence on refugees, children and women in the Occupied Territory; and the analysis of the situation by think tanks, scholars and experts on both sides. A two-part series of an English-language feature programme entitled "The Question of the Right of Return for Palestinian Refugees" was adapted into Hindi, Indonesian and Urdu. A magazine entitled *How has the violence in Israel and Palestine affected the children* ? was produced in English.

93. As has been the case in recent years, the activities of United Nations information centres (UNICs), information services (UNIS) and other United Nations offices have primarily focused on the observance of the International Day of Solidarity with the Palestinian People. The UNICs in Athens, Beirut, Bonn, C~iro, Dar es Salaam, Dhaka, Harare, Islamabad, Kathmandu, Lisbon, New Delhi, Ouagadougou, gue, Pretoria, Rabat, Rome, Tehran, Tripoli, Tunis, Vienna and Warsaw observed the Day with wide range of activities. Among other activities undertaken by UNICs was UNIC Harare's launch of the UNESCO Bethlehem 2000 roving photo exhibit in May 2001. The Director of the Centre and the

03:TP000453

02:008448

A/56/35 of 31 October 2001

Ambassador of Palestine delivered welcoming statements at the three-week event, which was officially opened by the Vice-President of Zimbabwe. In Colombo, the UNIC Director delivered a speech on the t̃ ̃e of "The United Nations and the Question of Palestine" to a group of university students in an evṽnt organized in cooperation with the Department of International Relations Studies of the University of Colombo. UNIC Madrid provided assistance to the Commissioner-General of UNRWA during his two-day visit to Spain and arranged for interviews with two main dailies, *El Pais* and *El Mundo*. The Centre also assisted the Division for Palestinian Rights and conference services in their planning mission to Madrid in preparation for the United Nations International Meeting on the Question of Palestine: "The Road to Israeli-Palestinian Peace". UNIC Panama City arranged for the publication of a supplement entitled "The United Nations and the Question of Palestine" in the international section of a monthly newsmagazine. In March 2001, UNIC Sana'a translated and disseminated to the local media an appeal by UNRWA for humanitarian assistance to the Palestinian people. The Director of UNIC Tehran gave an interview to the national radio of the Islamic Republic of Iran on the outbreak of violence between Israelis and Palestinians and focused on the Secretary-General's efforts to try to restore the Middle East peace process. In November 2000, two pu blications, "United Nations Seminar on Prospects for Palestinian Economic Development" and "The Middle East Peace Process", were produced by UNIC Tunis and distributed to media and government officials. In coordination with the Department, UNIC Paris contributed to the organization of the International Media Encounter on the Question of Palestine. UNICs have also taken advantage of the Internet as an important public outreach vehicle to promote a better understanding of the question of Palestine. A number of centres, such as UNIC Tunis and UNIC Rome, created special pages on their web sites carrying the Secretary-General's message, as well as ɪ  ̃ releases and other information material covering the various aspects of the issue.

94. UNIS Geneva has regularly disseminated information on the question of Palestine. At the weekly briefings to journalists, the Director of the Information Service highlights statements from the Secretary-General and the Security Council on the Palestine question. UNIS Vienna provided public information support for the United Nations Seminar on Assistance to the Palestinian People and disseminated the statement of the representative of the Secretary-General, Kieran Prendergast, Under-Secretary-General for Political Affairs. It also assisted in organizing interviews and the issuance of daily press releases.

95. From 28 to 30 August 2000, the NGO Section, in its fifty-third Annual Conference for Non-governmental Organizations associated with the Department entitled "Global Solidarity: The Way to Peace and International Cooperation", invited as a keynote speaker Ms. Hanan Ashrawi, Secretary-General, Palestinian Initiative for the Promotion of Global Dialogue and Democracy, at the opening session of the Conference.

96. The Department created a United Nations archival database on Palestine, covering the period from 1947 to 2000, for the automation of the card catalogue of the Department's collection of films and videos on Palestine. The overall objective of the project is to transform the current archive materials into a ̃ ̃archable database.

03:TP000454

97. The Department continued to cooperate with the Committee on the Exercise of the Inalienable Rights of the Palestinian People and the Division for Palestinian Rights in implementation of the

02:008449

A/56/35 of 31 October 2001

mandate entrusted to it by the General Assembly.

## VII. Conclusions and recommendations of the Committee

98. At the start of the twenty-first century and more than five decades after the adoption by the General Assembly of its resolution 181 (II) of 29 November 1947, the Palestinian people is yet to see the promise of its own State fulfilled. Thirty-four years after the illegal occupation by Israel of its land, the Palestinians are yet to see their aspirations for self-determination and the exercise of their inalienable and natural rights realized. Ten years after the Middle East Peace Conference held at Madrid and in spite of the progress made in the first few promising years, the peace process relapsed and now remains at a standstill, with both sides far apart on key issues. To this day, millions of Palestine refugees carry on with their dismal existence in refugee camps, deprived of their natural right of return to the places from which they have been displaced. The gains that the Palestinian economy experienced when the peace process was advancing are now all but gone. The economy, already in a disastrous state, is being gradually destroyed by the occupying Power. In these circumstances, the Committee intends to persist in its efforts to contribute, through its varied programme of activities, to international endeavours aimed at stopping the violence and bringing the parties back on the peace track. Its overriding and fundamental objective and mandate - the exercise by the Palestinian people of its inalienable rights - will remain key to all its activities.

99. In the course of the year, the Committee has been greatly distressed by the intensification of the crisis and, as a result, the tragic loss of innocent lives, the wide-scale destruction of Palestinian property and the alarmingly steady deterioration of the economy. The Committee joined the international community in expressing grave concern over the policies and actions of Israel, the occupying Power, in the Occupied Palestinian Territory, including Jerusalem, namely the illegal settlement policy; military incursions unprecedented in scope into the various parts of the Palestinian Territory, including areas under full Palestinian control, as stipulated in relevant bilateral agreements; excessively harsh and disproportionate attacks by IDF against the Palestinians protesting the occupation; the widespread policy of targeted extrajudicial assassinations of Palestinian activists; and the harmful effect of the occupation on the living conditions of the Palestinian people. As the core of the conflict remains the continuing illegal occupation by Israel of the Palestinian Territory, the Committee reiterates its position of principle that the problem should be resolved based on Security Council resolutions 242 (1967) and 338 (1973), as well as other relevant United Nations resolutions and the exercise by the Palestinian people of its inalienable rights, including its right to self-determination and its own independent State.

100. The deplorable events since September 2000 have also underscored the urgency of pressing forward with efforts to bring calm, stabilize the situation and enable the parties to resume their dialogue. Committee views with great regret and growing alarm the breakdown in the Israeli-Palestinian peace negotiations. It welcomed the Sharm el-Sheikh and Taba understandings with a measure of anticipation and hope that those small but important steps would allow the parties to overcome their

03:TP000455

A/56/35 of 31 October 2001

differences and restore the dialogue. The Committee called for the immediate and comprehensive implementation of the Mitchell Committee recommendations, as offering the most practicable route back to the peace process. Although both sides have accepted the report, the crisis persisted, preventing the parties from resuming their negotiations on critical interim and permanent status issues. The Committee calls upon the co-sponsors of the peace process and all concerned to continue to pursue their efforts, looking for innovative approaches that would allow the parties to implement the Mitchell Committee recommendations and resume their negotiations. The Committee believes that a stepped-up and concrete engagement on the part of key international parties, regional and extra-regional, is now needed more than ever.

101. In the light of these developments, the Committee shares the view that action aimed at addressing the present situation is also required by the High Contracting Parties to the Fourth Geneva Convention. It supports the ongoing effort to reconvene the Conference of the High Contracting Parties in order to ensure respect for the Convention and provide the necessary protection to the Palestinian people.

102. At this critical crossroads in the peace process, the Committee reaffirms its long-standing position that the United Nations should continue to maintain its permanent responsibility with respect to all aspects of the question of Palestine until it is resolved in a satisfactory manner, in conformity with relevant United Nations resolutions, in accordance with international legitimacy and until the inalienable rights of the Palestinian people are fully realized. In this context, the Committee strongly believes that both the General Assembly and the Security Council should do everything in their power to help resolve five-decades-old conflict, allowing the Palestinian people, at long last, to exercise its rights, including the right to self-determination and the establishment of an independent State of its own. The Committee welcomes and strongly supports the increasingly important and highly instrumental role in the overall peacemaking efforts played in the course of the year by the Secretary-General of the United Nations. The Committee also expresses its appreciation of the United Nations Special Coordinator for the Middle East Peace Process and Personal Representative of the Secretary-General to the Palestine Liberation Organization and the Palestinian Authority for his persistent efforts aimed at bringing the parties together and for his important work of coordinating international assistance to the Palestinian people carried out by his Office. The Committee considers it unacceptable that UNRWA, which has provided generations of Palestinians with social services, schooling and health care, is now experiencing serious financial difficulties. In this connection, the Committee strongly urges the international donor community to assist the Agency and contribute generously to its budget. This should enable UNRWA to continue to deliver its vital humanitarian services to some 3.8 million Palestine refugees registered with it.

103. The Committee considers that its programme of meetings in various regions continues to play a useful role in heightening international awareness of the relevant issues and in achieving wider support for the achievement by the Palestinian people of its inalienable rights. The Committee also highly appreciates the contribution made by a large number of NGOs working untiringly to mobilize solidarity with the Palestinian people, provide emergency relief under difficult circumstances to the population in the Occupied Palestinian Territory and raise international awareness of its inalienable rights, in particular the right of return. There is a greater need for sustained campaigns at various levels aimed at

A/56/35 of 31 October 2001

informing public opinion about the root cause of the conflict - the illegal occupation by Israel of Palestinian land. In addition to civil society initiatives and given the tense and volatile situation on the ground, special emphasis should be laid on mobilizing wide public support for measures aimed at protecting the Palestinian people, such as action by the United Nations and its Security Council or by the High Contracting Parties to the Fourth Geneva Convention. In its programme of work for the next year, the Committee will strive to involve to a greater extent other sectors of civil society, such as parliamentarians and their regional and international organizations and the media. Its cooperation with the wide network of NGOs on the question of Palestine will be intensified and focused on issues of common concern. The Committee will continue to review and assess its programme with a view to making it more responsive to the developments on the ground and in the peace process. It will focus its work in the next year on the question of the exercise by the Palestinian people of its inalienable rights, on efforts to revive the Israeli-Palestinian peace negotiations and the role of the United Nations therein, and on international assistance to the Palestinian people.

104. The Committee stresses the essential contribution of the Division for Palestinian Rights of the Secretariat in support of the Committee's objectives and requests it to continue its programme of publications and other informational activities, in particular the further development of the UNISPAL documents collection. The Committee also considers that the annual training programme for staff of the Palestinian Authority has demonstrated its usefulness and requests that it be continued.

105. The Committee is of the view that the special information programme on the question of Palestine of the Department of Public Information has made an important contribution to informing the media and public opinion on the relevant issues. The Committee requests the programme's continuation, with the necessary flexibility, as warranted by developments relevant to the question of Palestine.

106. Wishing to make its contribution to the achievement of a just and lasting settlement of the question of Palestine and in view of the many difficulties facing the Palestinian people and besetting the peace process, the Committee calls on all States to join in this endeavour and invites the General Assembly again to recognize the importance of its role and to reconfirm its mandate with overwhelming support.

-----

*Notes*

[1] *Official Records of the General Assembly, Thirty-first Session, Supplement No. 35* (A/31/35).

[2] Ibid., *Thirty-second Session, Supplement No. 35* (A/32/35); ibid., *Thirty-third Session, Supplement No. 35* (A/33/35); ibid., *Thirty-fourth Session, Supplement No. 35* (A/34/35 and Corr.1); ibid., *Thirty-fifth Session, Supplement No. 35* (A/35/35); ibid., *Thirty-sixth Session, Supplement No. 35* (A/36/35); ibid., *Thirty-seventh Session, Supplement No. 35* (A/37/35 and Corr.1); ibid., *Thirty-eighth Session, Supplement No. 35* (A/38/35); ibid., *Thirty-ninth Session, Supplement No. 35* (A/39/35); ibid., *Fortieth*

A/56/35 of 31 October 2001

*Session, Supplement No. 35* (A/40/35); ibid., *Forty-first Session, Supplement No. 35* (A/41/35); ibid., *Forty-second Session, Supplement No. 35* (A/42/35); ibid., *Forty-third Session, Supplement No. 35* (A/43/35); ibid., *Forty-fourth Session, Supplement No. 35* (A/44/35); ibid., *Forty-fifth Session, Supplement No. 35* (A/45/35); ibid., *Forty-sixth Session, Supplement No. 35* (A/46/35); ibid., *Forty-seventh Session, Supplement No. 35* (A/47/35); ibid., *Forty-eighth Session, Supplement No. 35* (A/48/35); ibid., *Forty-ninth Session, Supplement No. 35* (A/49/35); ibid., *Fiftieth Session, Supplement No. 35* (A/50/35); ibid., *Fifty-first Session, Supplement No. 35* (A/51/35); ibid., *Fifty-second Session, Supplement No. 35* (A/52/35); ibid., *Fifty-third Session, Supplement No. 35* (A/53/35); ibid., *Fifty-fourth Session, Supplement No. 35* (A/54/35); and ibid., *Fifty-fifth Session, Supplement No. 35* (A/55/35).

[3] United Nations, *Treaty Series*, vol. 75, No. 973.

[4] *Official Records of the General Assembly, Fifty-fifth Session, Supplement No. 35* (A/55/35), chap. VII.

[5] A/AC.183/2001/CRP.1.

[6] The observers at the Committee meetings were as follows: Algeria, Bangladesh, Bulgaria, China, Ecuador, Egypt, Iraq, Jordan, Kuwait, Lebanon, Libyan Arab Jamahiriya, Mauritania, Morocco, Nicaragua, Niger, Qatar, Sri Lanka, Syrian Arab Republic, United Arab Emirates, Viet Nam, Yemen, League of Arab States, Organization of the Islamic Conference and Palestine.

[7] See *Official Records of the General Assembly, Fifty-fifth Session, Supplement No. 35* (A/55/35), paras. 29-31

---

**Report of the Committee on the Exercise of the Inalienable Rights of the Palestinian People**

**Corrigendum**

**Paragraph 24, eighth sentence**

The sentence *should read*

In the same period, 112,900 olive trees were uprooted and 3,669,000 square meters of cultivated land destroyed.

03:TP000458