

Mark J. Rochon
Member
(202) 626-5819
mrochon@milchev.com

February 18, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re: *Sokolow v. Palestine Liberation Organization et al.*
          04-CV-397(GBD)(RLE)

Dear Judge Daniels:

      The Court's February 13, 2015 draft of the jury charges included the following statement: "An employer's usual activities are those that it regularly conducts." 2/13/15 draft at 55. The 2/17/15 draft omits this language. Defendants do not know if this was intentional or inadvertent but, in either case, request that this language be included in the final instruction on respondeat superior.

      Sincerely,

      Mark J. Rochon

cc: All ECF Counsel