**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
MARK I. SOKOLOW, *et al.*,               )
                                        )
                    Plaintiffs,          )
                                        )
        v.                               )          Civil Action No. 04cv397 (GBD) (RLE)
                                        )
THE PALESTINE LIBERATION                 )
ORGANIZATION, *et al.*,                  )
                                        )
                    Defendants.          )
_____)

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Judgment as a Matter of Law, the Defendants, by their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order granting Defendants' motion.


February 18, 2015                       Respectfully Submitted,

                                        /s/ Laura G. Ferguson
                                        Mark J. Rochon
                                        Laura G. Ferguson
                                        Brian A. Hill
                                        Dawn E. Murphy-Johnson
                                        Michael J. Satin
                                        MILLER & CHEVALIER CHARTERED
                                        655 15th Street, NW, Suite 900
                                        Washington D.C. 20005
                                        (202) 626-5800 [tel]
                                        (202) 626-5801 [fax]
                                        lferguson@milchev.com [email]

                                        *Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*

**TO:**   Kent A. Yalowitz
Philip W. Horton
Lucy S. McMillan
Sara K. Pildis
Ken L. Hashimoto
Carmela T. Romeo
Tal R. Machnes
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Robert J. Tolchin, Esq.,
225 Broadway, 24th Floor
New York, NY 10007