# ARNOLD & PORTER LLP

**Carmela T. Romeo**

Carmela.Romeo@aporter.com
+1 212.715.1195
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 19 2015*

~~VIA FAX~~

February 17, 2015

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: FEB 19 2015

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

Plaintiffs request permission, between Wednesday, February 18, through Friday, February 27, to remove litigation materials from the Courtroom as well as the witness room that has been designated for plaintiffs' use during the trial.

In order to do so, we will need permission for the messengers from a delivery service to bring into the courtroom necessary equipment such as carts, entering and leaving through the freight entrance.

Respectfully,

/s/Carmela T. Romeo

Carmela T. Romeo