[Stamp] Authentic Copy  [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by   Israel Police   Statement No. 2 Sheet No. 10

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| --- | --- | --- | --- |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | *Continued* | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 2:42 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

This is a two liter orange colored carton. ▓ took this explosive device and gave it in order for an attack to be carried out using it and he told me that the explosive device did not work.

Question - What is the connection of [sic] to the suicide attack that occurred in the Moment Café in Jerusalem?

Answer - I manufactured the explosive belt that ▓ used to carry out the suicide attack in the Moment Café in Jerusalem.

Question - Who asked you to manufacture this explosive belt?

Answer - In the period in which we were in the apartment in the Alatimad building, ▓ came to the apartment and told me that ▓, alias ▓, wanted me to prepare an explosive belt for a suicide bomber. I manufactured the explosive belt and ▓ took this explosive belt and gave it to ▓. About a week after I manufactured that explosive belt, the attack at the Moment Café took place.

Question - Describe to me how you manufactured that explosive belt?

Answer - I took synthetic leather (note – the suspect explains to me that this is a material like the tongue of the shoe that he is wearing) measuring 60x30. On the leather piece I put many screws and after that I poured super glue and on the top I affixed a piece of leather of the same size. After that, I closed the sides with a stapler. After that I affixed four large pouches and one small pouch. I did not affix them with glue but with a stapler. Into each of the large pouches I inserted a shampoo bottle filled with the Um Al Abed explosives. Into the small pocket I put the two 9 volt batteries. Inside each of the shampoo bottles there is a small light in which there is a little bit of Um Al Abed material. All of the shampoo bottles are interconnected with electrical wires and are connected to a battery and to a switch. When the switch is activated, the light inside the shampoo bottle turns on and as a result of the heat that is formed, the small amount of explosives inside the light explodes and then all of the explosives in the shampoo bottle explodes and in effect the whole device does with it, in other words, the whole explosive belt explodes.

[Stamp] P 7: 140

| |
|---|
| Question - When did you know that ▓▓▓▓▓▓ was the one who carried out the suicide attack at the Moment Face with the explosive belt that you manufactured for him?<br>Answer - Two days after the attack at the Moment Café, ▓▓▓▓ arrived<br>[Arabic signature]     Yitzhak Ya'akoboff |

_____
Time of completion of statement

[Stamp] P 7: 140 [continued]

| [Stamp] Authentic Copy Statement by | | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature] Statement No. 2 Sheet No. 11 | |
|---|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Office Phone |
| Address of Residence | *Continued* | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | |

| Mar 13, 2003 | 10:53 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

at the apartment in the Alatimad building with a video camera containing a small cassette, using which the suicide bomber ▨▨▨ was filmed while reading his will before going out on the suicide bombing in the Moment Café. ▨▨▨ asked me to transfer the recording from the small cassette to the large cassette. I agreed, and while I was transferring the cassette I heard and saw the cassette, and then I heard the suicide bomber saying that his name was ▨▨▨ ▨▨▨ told me that ▨▨▨ had given the explosive belt that I had manufactured to ▨▨▨

Question - What is your connection to the suicide attack that occurred in the club in Rishon le Zion?

Answer - I manufactured the explosive belt and the bag that the suicide bomber used in the attack in Rishon le Zion. ▨▨▨ came to me in the apartment in the Alatimad building and told me that they, i.e. ▨▨▨ needed an explosive belt and an explosive bag for a suicide attack. I agreed and manufactured the explosive belt exactly as I had made the explosive belt for the attack in the Moment Café. In addition, I prepared the explosive bag. It was a black bag, but not plastic but made of cloth. Inside the bag I put screws and shampoo bottles filled with Um Al Abed explosives. This bag had to explode using a stopwatch, but when the suicide bomber activated the explosive belt, the bag also exploded. I remember that the stopwatch that was inside the bag was a Seiko one.

When they announced on the television that there had been an attack with an explosive belt and a bag, I was sure that it was the belt and bag that I had manufactured. And after that when the Hamas took responsibility for the attack, I was even more sure.

Question - What is your connection to the attack against the fuel truck at Pi Glilot?

Answer - I manufactured that explosive device. This is an explosive device that is activated by mobile phone, i.e. you call the mobile phone that is connected to the explosive device and then the explosive device explodes.

Question - Who asked you to manufacture that explosive device?

Answer - ▨▨▨ told me that they needed an explosive device that would stick to iron

[Stamp] P 7: 141

> (It is now 3:50 p.m. The statement taking is stopped for the dinner of the suspect and dealing with other matters. It is now 4:50 p.m. The suspect is returned to the interview room and the statement taking is resumed.)
> [Arabic signature]                    Yitzhak Ya'akoboff

Time of completion of statement

[Stamp] P 7: 141 [continued]

| [Stamp] Authentic Copy<br>Statement by | | [Stamp] Military Appellate Court in Judea and Samaria [Signature]<br>Statement No. 2 Sheet No. 12 | | |
|---|---|---|---|---|
| | Israel Police | | | |
| Identity No. Fictitious<br>030300028 | First Name<br>Abdullah | Last Name<br>Barghouti | Name in Latin letters | |
| Prior Name<br>Passport E-891198 | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence<br>*Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb<br>Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 4:56 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Note – I explained the suspect that he is still under warning and that he does not have to say anything unless he wants to, and everything that he says will be written down by me and may be used as proof against him in court.
[Arabic signature] Yitzhak Ya'akoboff
Question - Tell me again what explosive device ▓▓▓▓ asked you for.
Answer - An explosive device that sticks to iron and is activated by mobile phone.
Question - How did you manufacture this explosive device?
Answer - I took a biscuit carton. In the bottom of the box I put to pieces of magnet so that the box would stick to iron. After that I put in one shampoo container filled with Um Al Abed explosives and I connected a mobile phone to it, and then when one calls the mobile phone that is connected to the explosive device, the explosive device explodes and the explosive device did actually explode.
Question - What mobile phone was connected to this explosive device?
Answer - A Motorola mobile phone of Orange, that is to say, Orange's line.
Question - What is your connection to the attack that occurred at the Hebrew University in Jerusalem?
Answer - I manufactured the explosive device that exploded at the Hebrew University in Jerusalem.
Question - Who asked for that explosive device?

[Stamp] P 7: 142

Answer - ▇▇▇ told me that they needed a bag containing an explosive device in order to carry out an attack. He did not tell me in what way he wanted the device to be activated. ▇▇▇ brought me a black bag, like a briefcase, but made of strong cloth rather than plastic. Inside the bag I put a lot of nuts and on them I poured super glue. After that I put in a large container of shampoo filled with Um Al Abed explosives. ▇▇▇ took this bag and after about a week he returned and told me that he wanted the explosive device to explode using a mobile phone that was connected to it. ▇▇▇ bought me two Motorola mobile phones of the Orange company, i.e. the line and service (the suspected said the word service in English) are of Orange. I connected one of the mobile phones to the shampoo container containing the explosives. On the following day, ▇▇▇ took the bag and another three shampoo bottles filled with Um Al Abed explosives. I was not in the laboratory in the Alatimad building when ▇▇▇ took the bag and the shampoo containers. On the following day, ▇▇▇ told me that he had put in three

[Arabic signature] Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 142 [continued]

| [Stamp] Authentic Copy Statement by | | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature] Statement No. 2 Sheet No. 13 | |
|---|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-8 91198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Office Phone |
| Address of Residence | *Continued* | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | |

| Mar 13, 2003 | 5:27 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

more shampoo containers into the bag, of course the containers were filled with Um Al Abed explosives. He said that there was a lot of room inside the bag and therefore he put in more explosives. About two days after I manufactured that explosive device inside the bag, they carried out the attack at the Hebrew University in Jerusalem. When ▮ told me that they had carried out the attack in the university using the bag that I had made, I was angry because I did not want them to carry out an attack at schools or religious places. After a few days, ▮ returned to me and told me that ▮ promised that they would not carry out any more attacks in such places.

Question - What is your connection to the attack that occurred in the fuel truck at the garage in Rishon le Zion?

Answer - About two weeks after the attack at the Hebrew University, ▮ asked me to manufacture an explosive device inside a biscuit carton. He asked me to manufacture two such explosive devices, but asked for one of them to be activated using a mobile phone and the other using a remote control. I manufactured two such explosive devices as ▮ asked. They affixed the explosive device that was activated by mobile phone to the fuel truck and the explosive device exploded when the truck was in a garage in Rishon le Zion. I do not know what they did with the other explosive device that I manufactured, i.e. the device that was activated by remote control.

Question - Did you try to make additional explosive devices?

Answer - I tried to make hand grenades according to the instructions that ▮ gave me and according to what he explained to me, but I was not able to manufacture hand grenades. In addition, I asked ▮ to buy me a child's remote controlled car, I wanted to connect a shampoo bottle with Um Al Abed explosives to this car and activate this explosive device against an IDF jeep by remote control. ▮ bought me such a car, and I dismantled it but I did not put the explosives into it because IDF forces entered Ramallah and I fled to the apartment in the Alatimad building.

Question - Based on what you know, what materials are there today in your apartment or laboratory in Shurfa?

[Stamp] P 7: 143

(Note – the suspect, at his request, moves to sit on the floor)
Answer - Nine bottles of shampoo filled with Um Al Abed explosives.
[Arabic signature] Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 143 [continued]

| [Stamp] Authentic Copy | | [Stamp] Military Appellate Court in Judea and Samaria [Signature] | |
|---|---|---|---|
| Statement by | Israel Police | Statement No. 2 Sheet No. 14 | |
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex     Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | _Continued_ | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 5:51 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

The shampoo bottles are ~~(in the shower [with typo])~~ in the shower and in the cupboard that is above the entrance door to the shower. A bag of laundry powder contains four kilograms of Um Al Abed explosives. The bag is in the shower. A pistol that is in a cupboard above the entrance door to the shower, which is the pistol that ▮▮▮ gave me. An MP-5 rifle [sic] inside the television on the patio. Instructions for preparing explosive devices are also in the television on the patio. In addition inside the television there are handcuffs, Hamas flags.

Question - You told me that ▮▮▮ did not know about your house in Al Bireh or about the new house that you had bought in Surda. Where would you meet him?

Answer - Each Sunday, he would come to the laboratory in Shurfa or I would meet him at a drop off point and he would give me notes from ▮▮▮ or money. In addition, ▮▮▮ had the keys to my car had he would put things inside my car.

Question - Tell me about all the money that you received from the Hamas from the day you started your activity in the Hamas?

Answer - ▮▮▮ gave me 1000 dollars. That was in the period in which he trained me in the preparation of explosives and explosive devices, after I left the Preventive Security prison. ▮▮▮ gave me 500 dollars. When I met ▮▮▮ also known as ▮▮▮, in the home of ▮▮▮ he gave me 1000 dollars. After a period, ▮▮▮ deposited in my bank account at the Arab Bank in Ramallah NIS 40,000. After I rented the house in Al Iksal Street, ▮▮▮ gave me 5000 dollars in cash. Once, ▮▮▮ arrived to my apartment in Shurfa and gave me 5000 dollars in cash. When I was in the apartment in the Alatimad building, ▮▮▮ gave me 5000 dollars in cash. In addition, ▮▮▮ would bring me all of the money for the apartments that I rented. I have already told you that I received from ▮▮▮ through ▮▮▮ 60,000 dollars for the apartment that I purchased in Surda. About a year ago ▮▮▮ put in 1000 for me at a drop off point next to "Alrazi" Eye Hospital.

[Arabic signature]                                              Yitzhak Ya'akoboff

                                                Time of completion of statement

[Stamp] P 7: 144

| [Stamp] Authentic Copy<br>Statement by | | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature]<br>Statement No. 2  Sheet No. 15 | |
|---|---|---|---|---|
| Identity No. Fictitious<br>030300028 | First Name<br>Abdullah | Last Name<br>Barghouti | Name in Latin letters | |
| Prior Name<br>Passport E-891198 | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence<br>*Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb<br>Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 6:11 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

In the period in which we were in the Alatimad building, I gave [redacted] 500 dinars and he put the money into the bank account of my parents at the Al Iskan Bank in Jordan.

Question - Did you receive an instruction from [redacted] to stop your activity?

Answer - Yes. In early September 2002, [redacted] brought me a note from [redacted] in which it was written that I should stop activity and not leave my house or come to the laboratory because there were problems. It was after the arrest of the Silwan cell. Two weeks after that, [redacted] came to my home in Shurfa [with] eight shampoo bottles filled with Um Al Abed explosives in order to prepare explosive belts because he had suicide bombers ready and he urgently needed explosive belts for them. I went to the laboratory in the Alatimad building and I prepared the eight shampoo bottles, meaning that I filled them with Um Al Abed explosives. After that, [redacted] came to the laboratory and took me home in his vehicle, and after that he took the shampoo bottles from the laboratory. He did not take everything together but each time four bottles.

Question - Why did you not manufacture these explosive belts?

Answer - [redacted] said that he wanted to manufacture them by himself.

Question - Did [redacted] give you instructions for making Qassam rockets?

Answer - About a year ago I asked him to bring me instructions for making Qassam rockets, and he brought me them and I saw that I could not make such rockets. In addition he brought me instructions to make explosive devices against tanks, but I could not manufacture these explosive devices either.

When I was in the apartment in the Al Iksal neighborhood, I asked [redacted] to bring me from the Hamas headquarters overseas instructions for making poison that I was to put into the explosive devices. He said that he would check the matter out but in the end I did not receive from him what I requested.

Question - I am showing you a piece of white paper on which there is a diagram in red pen. Can you tell me what it is?

[Stamp] P 7: 145

> Answer - This is a diagram for making a hand grenade. I made this diagram when ▅▅▅ trained me in Nablus, I made out this diagram next to him.
> (I seized the diagram and marked it with the letters Y.Y. and the date March 13, 2003).
> [Arabic signature] Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 145 [continued]

| [Stamp] Authentic Copy<br>Statement by | | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature]<br>Statement No. 2 Sheet No. 15 | |
|---|---|---|---|---|
| Identity No. Fictitious<br>030300028 | First Name<br>Abdullah | | Last Name<br>Barghouti | Name in Latin letters |
| Prior Name<br>Passport E-891198 | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Office Phone |
| Address of Residence<br>_Continued_ | | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb<br>Grandfather Abdullah | | Parents' Address | |

| Mar 13, 2003 | 6:12 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Question - I think that we have finished the statement. Do you have anything to add?
Answer - Like what, for instance?
Answer - [sic] Do you regret or have any remorse over more than sixty people having been killed by the explosive devices that you manufactured and many more who were injured?
Answer - I do not regret it and I am not sorry. This is war and I made my war. But I want to tell you that once I was arrested it was game over (the suspect says this in English) and my war was over.
That is my statement, which has been read out before me and translated into Arabic and confirmed as correct by my signature.


[Arabic signature] Yitzhak Ya'akoboff, Badge No. 1008358 Master Sergeant [Signature]

Time of completion of statement

[Stamp] P 7: 146

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 131-146.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 131-146.

                                                                _____
                                                                Rina Ne'eman

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

HALA Y GOBRIAL
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990







