











ישראל     משטרת     הודעתו של:

P 7: 140









משטרת ישראל

הודעתו של: / إفادة:

הודעה מס' / افادة رقم: 2 גליון מס' / صفحة رقم: 1

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| ברגותי E-891/98 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

שם ומען מקום העבודה / اسم وعنوان مكان العمل:

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת המגורים / العنوان |
|---|---|---|
| | עבד / עבדאללה | |

| התאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13.3.03 | [illegible] | [illegible] | | [illegible] | רס"ר | [illegible] | [illegible] |

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] [redacted]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] [redacted] [illegible]
[illegible]
[illegible] [redacted] [illegible]
[redacted] [illegible] [redacted] [illegible]
1000 [illegible] [redacted] [illegible]
[illegible] 40.000 [illegible]
[illegible]
[redacted] [illegible]
[illegible]
[illegible]
[illegible] [redacted] [illegible]
60.000 [illegible]
[illegible] 1000 [illegible]

נאמן למקור

שעת סיום גביית ההודעה

(1.02) 2600×50×2

[illegible signature] / [illegible signature]

משטרת ישראל

הודעתו של:
אעלאן تبع

| שם משפחה. اسم العائلة | שם פרטי. الاسم الشخصي | שם בגרסיית לטיניות לרישיון הادוע في حروف انكليزية | תעודה מס' ___ ניליון מס' ___ 16
نسخة رقم |
|---|---|---|---|
| | | | |
| שם האם. اسم الأم السابق | סוג רישיון/منه رقم الهوية E-89/198 | | |

תאריך الميلاد
مكان الميلاد

العنوان

מס' טלפון נייד. رقم الهاتف اللاسلكي    שם האב. اسم الأب    العنوان الأب

_____ _____ _____ _____ _____ _____ _____ الوقت الساعة 1834
اسم العائلة    الاسم الشخصي    الرقبة    الرقم الشخصي    درجة    محل العمل    شم مقداية/اسم العائلة

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____
26 _____
27 _____
28 _____

שעת סיום. وقت النهاية
(1.03) 1600×50×2