**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
:
MARK I. SOKOLOW, *et al.*,                               :
                                                          :
                Plaintiffs,   :  No. 04 Civ. 00397 (GBD) (RLE)
                                                          :
  -vs.-                                              :  **NOTICE OF PRESENTMENT**
                                                          :  **OF PROPOSED JUDGMENT**
THE PALESTINE LIBERATION                                 :
ORGANIZATION, *et al.*,                                  :
                                                          :
                Defendants.   :
---------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that the annexed judgment is presented for signature to the

Honorable George B. Daniels, at the Courthouse, 500 Pearl Street, New York, New York.


Dated:  New York, New York
       February 23, 2015

                                  ARNOLD & PORTER LLP


                      By:   /s/ Kent A. Yalowitz
                           Kent A. Yalowitz
                           399 Park Avenue
                           New York, NY 10022
                           Tel:  (212) 715-1113
                           Fax: (212) 715-1399
                           kent.yalowitz@aporter.com

                         *Attorneys for Plaintiffs*