**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MARK I. SOKOLOW,<br>RENA M. SOKOLOW,<br>JAMIE A. SOKOLOW,<br>LAUREN M. SOKOLOW,<br>ELANA R. SOKOLOW, | Civil Action No. 04 Civ. 397 (GBD) |

SHAYNA EILEEN GOULD,
RONALD ALLAN GOULD,
ELISE JANET GOULD,
JESSICA RINE,

**PROPOSED FINAL JUDGMENT**

SHMUEL WALDMAN,
HENNA NOVACK WALDMAN,
MORRIS WALDMAN,
EVA WALDMAN,

DR. ALAN J. BAUER, individually and as natural
guardian of plaintiffs Binyamin Bauer, Daniel
Bauer, and Yehuda Bauer
REVITAL BAUER, individually and as natural
guardian of plaintiffs Binyamin Bauer, Daniel
Bauer, and Yehuda Bauer,
YEHONATHON BAUER,
BINYAMIN BAUER, minor, by his next friends
and guardians Dr. Alan J. Bauer and Revital Bauer,
DANIEL BAUER, minor, by his next friends and
guardians Dr. Alan J. Bauer and Revital Bauer,
YEHUDA BAUER, minor, by his next friends and
guardians Dr. Alan J. Bauer and Revital Bauer,

RABBI LEONARD MANDELKORN,
SHAUL MANDELKORN,
NURIT MANDELKORN,

OZ JOSEPH GUETTA,
VARDA GUETTA,

ROBERT L. COULTER, SR, individually and as
personal representative of the Estate of Janis Ruth
Coulter,
DIANNE COULTER MILLER,
ROBERT L. COULTER, JR.

DR. LARRY CARTER, individually and as
personal representative of the Estate of Diane
("Dina") Carter,
SHAUN CHOFFEL,

DR. RICHARD BLUTSTEIN, individually and as
personal representative of the Estate of Benjamin
Blutstein,
DR. KATHERINE BAKER, individually and as
personal representative of the Estate of Benjamin
Blutstein,
REBEKAH BLUTSTEIN,

NEVENKA GRITZ, individually and as personal
representative of the Estate of David Gritz,
NEVENKA GRITZ, as successor to NORMAN
GRITZ,

KAREN GOLDBERG, individually, as personal
representative of the Estate of Stuart Scott
("Yechezkel") Goldberg, and as natural guardian
of plaintiffs Yaakov Moshe Goldberg and Tzvi
Yehoshua Goldberg,
CHANA BRACHA GOLDBERG,
ESTHER ZAHAVA GOLDBERG,
YITZHAK SHALOM GOLDBERG,
SHOSHANA MALKA GOLDBERG,
ELIEZER SIMCHA GOLDBERG,
YAAKOV MOSHED GOLDBERG, minor, by his
next friend and guardian Karen Goldberg, and
TZVI YEHOSHUA GOLDBERG, minor, by his
next friend and guardian Karen Goldberg,

          Plaintiffs,

     v.

THE PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority"
and/or "The Palestinian Council" and/or "The
Palestinian National Authority"),

          Defendants.

**WHEREAS**, this Court having properly asserted subject matter jurisdiction over this dispute and personal jurisdiction over Defendants THE PALESTINE LIBERATION ORGANIZATION (the "PLO") and THE PALESTINIAN AUTHORITY (the "PA") (collectively, "Defendants");

**WHEREAS**, on November 19, 2014, this Court entered partial summary judgment in favor of Defendants on their Fourth Affirmative Defense on the ground that Defendants are unincorporated associations that lack capacity to be sued under New York law as to Plaintiffs' non-federal claims, thereby dismissing all non-federal claims and therefore the claims of Plaintiffs REVITAL BAUER, individually; EVA WALDMAN ; VARDA GUETTA; SHAUL MANDELKORN; NURIT MANDELKORN; and ESTATE OF STUART SCOTT ("YECHEZKEL") GOLDBERG, by Karen Goldberg, as personal representative;

**WHEREAS**, on January 12, 2015, the Court made a bench ruling granting summary judgment in favor of Defendants and against Plaintiff OZ JOSEPH GUETTA;

**WHEREAS**, on February 24, 2015, a duly empanelled jury returned a special verdict following trial in favor of the following Plaintiffs (hereinafter the "Prevailing Plaintiffs"): MARK I. SOKOLOW; RENA M. SOKOLOW; JAMIE A. SOKOLOW; LAUREN M. SOKOLOW; ELANA R. SOKOLOW; SHAYNA EILEEN GOULD; RONALD ALLAN GOULD; ELISE JANET GOULD; JESSICA RINE; SHMUEL WALDMAN; HENNA NOVACK WALDMAN; MORRIS WALDMAN; DR. ALAN J. BAUER, individually; YEHONATHON BAUER; BINYAMIN BAUER, minor, by his next friends and guardians Dr. Alan J. Bauer and Revital Bauer; DANIEL BAUER, minor, by his next friends and guardians Dr. Alan J. Bauer and Revital Bauer; YEHUDA BAUER, minor, by his next friends and guardians Dr. Alan J. Bauer and Revital Bauer; RABBI LEONARD MANDELKORN; ROBERT L. COULTER, SR, individually; ESTATE OF JANIS RUTH COULTER by Robert L. Coulter, Sr. as personal representative ; DIANNE COULTER MILLER; ROBERT L.

COULTER, JR.; DR. LARRY CARTER, individually; ESTATE OF DIANNE ("DINA")

CARTER, by Dr. Larry Carter, as personal representative; SHAUN CHOFFEL; DR. RICHARD

BLUTSTEIN, individually; ESTATE OF BENJAMIN BLUTSTEIN, by Dr. Richard Blutstein

and Dr. Katherine Baker, as personal representatives; DR. KATHERINE BAKER, individually;

REBEKAH BLUTSTEIN; NEVENKA GRITZ, individually and as successor to NORMAN

GRITZ; ESTATE OF DAVID GRITZ, by Nevenka Gritz, as personal representative; KAREN

GOLDBERG, individually; CHANA BRACHA GOLDBERG; ESTHER ZAHAVA

GOLDBERG; YITZHAK SHALOM GOLDBERG; SHOSHANA MALKA GOLDBERG;

ELIEZER SIMCHA GOLDBERG; YAAKOV MOSHED GOLDBERG, minor, by his next

friend and guardian Karen Goldberg; and TZVI YEHOSHUA GOLDBERG, minor, by his next

friend and guardian Karen Goldberg;

**WHEREAS**, based on all the proceedings had herein, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.    Final Judgment is entered in favor of Plaintiff MARK I. SOKOLOW on Count I of

the First Amended Complaint as follows:

     a.  $5,000,000.00 in compensatory damages; and

     b.  $10,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $15,000,000.00.

2.    Final Judgment is entered in favor of Plaintiff RENA M. SOKOLOW on Count I of

the First Amended Complaint as follows:

     a.  $7,500,000.00 in compensatory damages; and

     b.  $15,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $22,500,000.00.

3.      Final Judgment is entered in favor of Plaintiff JAMIE A. SOKOLOW on Count I of the First Amended Complaint as follows:

    a.  $6,500,000.00 in compensatory damages; and

    b.  $13,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

       for a total of: $19,500,000.00.

4.      Final Judgment is entered in favor of Plaintiff LAUREN M. SOKOLOW on Count I of the First Amended Complaint as follows:

    a.  $5,000,000.00 in compensatory damages; and

    b.  $10,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

       for a total of: $15,000,000.00.

5.      Final Judgment is entered in favor of Plaintiff ELANA R. SOKOLOW on Count I of the First Amended Complaint as follows:

    a.  $2,500,000.00 in compensatory damages; and

    b.  $5,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

       for a total of: $7,500,000.00.

6.      Final Judgment is entered in favor of Plaintiff SHAYNA EILEEN GOULD on Count I of the First Amended Complaint as follows:

    a.  $20,000,000.00 in compensatory damages; and

    b.  $40,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

       for a total of: $60,000,000.00.

7.      Final Judgment is entered in favor of Plaintiff RONALD ALLAN GOULD on Count I of the First Amended Complaint as follows:

    a.  $3,000,000.00 in compensatory damages; and

    b.  $6,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

       for a total of: $9,000,000.00.

8.     Final Judgment is entered in favor of Plaintiff ELISE JANET GOULD on Count I of the First Amended Complaint as follows:

     a.   $3,000,000.00 in compensatory damages; and

     b.   $6,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $9,000,000.00.

9.     Final Judgment is entered in favor of Plaintiff JESSICA RINE on Count I of the First Amended Complaint as follows:

     a.   $3,000,000.00 in compensatory damages; and

     b.   $6,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $9,000,000.00.

10.     Final Judgment is entered in favor of Plaintiff SHMUEL WALDMAN on Count I of the First Amended Complaint as follows:

     a.   $7,500,000.00 in compensatory damages; and

     b.   $15,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $22,500,000.00.

11.     Final Judgment is entered in favor of Plaintiff HENNA NOVACK WALDMAN on Count I of the First Amended Complaint as follows:

     a.   $2,500,000.00 in compensatory damages; and

     b.   $5,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $7,500,000.00.

12.     Final Judgment is entered in favor of Plaintiff MORRIS WALDMAN on Count I of the First Amended Complaint as follows:

     a.   $2,500,000.00 in compensatory damages; and

     b.   $5,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $7,500,000.00.

13.    Final Judgment is entered in favor of Plaintiff DR. ALAN J. BAUER, individually, on Count I of the First Amended Complaint as follows:

      a.    $7,000,000.00 in compensatory damages; and

      b.    $14,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $21,000,000.00.

14.    Final Judgment is entered in favor of Plaintiff YEHONATHON BAUER on Count I of the First Amended Complaint as follows:

      a.    $25,000,000.00 in compensatory damages; and

      b.    $50,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $75,000,000.00.

15.    Final Judgment is entered in favor of Plaintiff BINYAMIN BAUER, minor, by his next friends and guardians Dr. Alan J. Bauer and Revital Bauer, on Count I of the First Amended Complaint as follows:

      a.    $1,000,000.00 in compensatory damages; and

      b.    $2,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $3,000,000.00.

16.    Final Judgment is entered in favor of Plaintiff DANIEL BAUER, minor, by his next friends and guardians Dr. Alan J. Bauer and Revital Bauer, on Count I of the First Amended Complaint as follows:

      a.    $1,000,000.00 in compensatory damages; and

      b.    $2,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $3,000,000.00.

17.     Final Judgment is entered in favor of Plaintiff YEHUDA BAUER, minor, by his

next friends and guardians Dr. Alan J. Bauer and Revital Bauer, on Count I of the First Amended

Complaint as follows:

      a.   $1,000,000.00 in compensatory damages; and

      b.   $2,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

         for a total of: $3,000,000.00.

18.     Final Judgment is entered in favor of Plaintiff RABBI LEONARD

MANDELKORN on Count I of the First Amended Complaint as follows:

      a.   $10,000,000.00 in compensatory damages; and

      b.   $20,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

         for a total of: $30,000,000.00.

19.     Final Judgment is entered in favor of Plaintiff ROBERT L. COULTER, SR,

individually, on Count I of the First Amended Complaint as follows:

      a.   $7,500,000.00 in compensatory damages; and

      b.   $15,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

         for a total of: $21,500,000.00.

20.     Final Judgment is entered in favor of Plaintiff ESTATE OF JANIS RUTH

COULTER, by Robert L. Coulter, Sr., as personal representative, on Count I of the First

Amended Complaint as follows:

      a.   $2,500,000.00 in compensatory damages; and

      b.   $5,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

         for a total of: $7,500,000.00.

21.     Final Judgment is entered in favor of Plaintiff DIANNE COULTER MILLER on Count I of the First Amended Complaint as follows:

      a.   $3,000,000.00 in compensatory damages; and

      b.   $6,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $9,000,000.00.

22.     Final Judgment is entered in favor of Plaintiff ROBERT L. COULTER, JR. on Count I of the First Amended Complaint as follows:

      a.   $3,000,000.00 in compensatory damages; and

      b.   $6,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $9,000,000.00.

23.     Final Judgment is entered in favor of Plaintiff DR. LARRY CARTER, individually, on Count I of the First Amended Complaint as follows:

      a.   $6,500,000.00 in compensatory damages; and

      b.   $13,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $19,500,000.00.

24.     Final Judgment is entered in favor of Plaintiff ESTATE OF DIANE ("DINA") CARTER, by Dr. Larry Carter, as personal representative, on Count I of the First Amended Complaint as follows:

      a.   $1,000,000.00 in compensatory damages; and

      b.   $2,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $3,000,000.00.

25.    Final Judgment is entered in favor of Plaintiff SHAUN CHOFFEL on Count I of the First Amended Complaint as follows:

    a.    $1,500,000.00 in compensatory damages; and

    b.    $3,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $4,500,000.00.

26.    Final Judgment is entered in favor of Plaintiff DR. RICHARD BLUTSTEIN, individually, on Count I of the First Amended Complaint as follows:

    a.    $6,000,000.00 in compensatory damages; and

    b.    $12,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $18,000,000.00.

27.    Final Judgment is entered in favor of Plaintiff ESTATE OF BENJAMIN BLUTSTEIN, by Dr. Richard Blutstein and Dr. Katherine Baker, as personal representatives, on Count I of the First Amended Complaint as follows:

    a.    $2,500,000.00 in compensatory damages; and

    b.    $5,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $7,500,000.00.

28.    Final Judgment is entered in favor of Plaintiff DR. KATHERINE BAKER, individually, on Count I of the First Amended Complaint as follows:

    a.    $6,000,000.00 in compensatory damages; and

    b.    $12,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333; for a total of: $18,000,000.00.

29.     Final Judgment is entered in favor of Plaintiff REBEKAH BLUTSTEIN on Count I of the First Amended Complaint as follows:

      a.    $4,000,000.00 in compensatory damages; and

      b.    $8,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $12,000,000.00.

30.     Final Judgment is entered in favor of Plaintiff NEVENKA GRITZ, individually, on Count I of the First Amended Complaint as follows:

      a.    $10,000,000.00 in compensatory damages; and

      b.    $20,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $30,000,000.00.

31.     Final Judgment is entered in favor of Plaintiff ESTATE OF DAVID GRITZ, by Nevenka Gritz, as personal representative, on Count I of the First Amended Complaint as follows:

      a.    $2,500,000.00 in compensatory damages; and

      b.    $5,000,000.000 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $7,500,000.00.

32.     Final Judgment is entered in favor of Plaintiff NEVENKA GRITZ, as successor to NORMAN GRITZ, on Count I of the First Amended Complaint as follows:

      a.    $2,500,000.00 in compensatory damages; and

      b.    $5,000,000.000 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $7,500,000.00.

33.     Final Judgment is entered in favor of Plaintiff KAREN GOLDBERG, individually, on Count I of the First Amended Complaint as follows:

    a.  $13,000,000.00 in compensatory damages; and

    b.  $26,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $39,000,000.00.

34.     Final Judgment is entered in favor of Plaintiff CHANA BRACHA GOLDBERG on Count I of the First Amended Complaint as follows:

    a.  $8,000,000.00 in compensatory damages; and

    b.  $16,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $24,000,000.00.

35.     Final Judgment is entered in favor of Plaintiff ESTHER ZAHAVA GOLDBERG on Count I of the First Amended Complaint as follows:

    a.  $8,000,000.00 in compensatory damages; and

    b.  $16,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $24,000,000.00.

36.     Final Judgment is entered in favor of Plaintiff YITZHAK SHALOM GOLDBERG on Count I of the First Amended Complaint as follows:

    a.  $6,000,000.00 in compensatory damages; and

    b.  $12,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $18,000,000.00.

37.     Final Judgment is entered in favor of Plaintiff SHOSHANA MALKA GOLDBERG on Count I of the First Amended Complaint as follows:

    a.  $4,000,000.00 in compensatory damages; and

    b.  $8,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

        for a total of: $12,000,000.00.

38.     Final Judgment is entered in favor of Plaintiff ELIEZER SIMCHA GOLDBERG on

Count I of the First Amended Complaint as follows:

      a.   $4,000,000.00 in compensatory damages; and

      b.   $8,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

         for a total of: $12,000,000.00.

39.     Final Judgment is entered in favor of Plaintiff YAAKOV MOSHED GOLDBERG,

minor, by his next friend and guardian Karen Goldberg, on Count I of the First Amended

Complaint as follows:

      a.   $2,000,000.00 in compensatory damages; and

      b.   $4,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

         for a total of: $6,000,000.00.

40.     Final Judgment is entered in favor of Plaintiff TZVI YEHOSHUA GOLDBERG,

minor, by his next friend and guardian Karen Goldberg, on Count I of the First Amended

Complaint as follows:

      a.   $2,000,000.00 in compensatory damages; and

      b.   $4,000,000.00 pursuant to the treble damages provision of 18 U.S.C. § 2333;

         for a total of: $6,000,000.00.

41.     Final Judgment is entered on all remaining substantive counts (but not on Count I)

favor of Defendants and against the Prevailing Plaintiffs.

42.     Final Judgment is entered on all substantive counts in favor of Defendants and

against Plaintiffs REVITAL BAUER, individually; EVA WALDMAN ; OZ JOSEPH GUETTA;

VARDA GUETTA; SHAUL MANDELKORN; NURIT MANDELKORN; and ESTATE OF

STUART SCOTT ("YECHEZKEL") GOLDBERG, by Karen Goldberg, as personal

representative.

**IT IS FURTHER ORDERED THAT:**

43.    Defendants are liable to the Prevailing Plaintiffs for:

   a.    Attorneys' Fees, and Costs in an amount to be determined in a separate judgment;

   b.    Pre-Judgment Interest, accruing from the date of the commencement of the action on behalf of each such plaintiff through the date in an amount to be determined in a separate judgment; and

   c.    Post-Judgment Interest, accruing from the date of entry of Final Judgment in an amount to be determined in a separate judgment.

Dated: New York, New York
       February _____, 2014

                         **SO ORDERED:**


                         _____
                         THE HONORABLE GEORGE B. DANIELS
                         UNITED STATES DISTRICT JUDGE