UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                  :

ELISE GOULD, RONALD GOULD, SHAYNA    :
GOULD, JESSICA RINE, HENNA NOVACK    :    **Jury Verdict Form**
WALDMAN, MORRIS WALDMAN, SHMUEL   :
WALDMAN,                 :
                  :    04 Civ. 00397 (GBD)
            Plaintiffs,    :
   v.                :
                  :
THE PALESTINE LIBERATION         :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),          :
                  :
          Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## LIABILITY

**I.**    **JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

    1.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 22, 2002** attack because the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

                   __✓__ YES             ____NO

    2.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** attack because the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

                   __✓__ YES             ____NO

    3.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 22, 2002** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the activities of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

                   __✓__ YES             ____NO

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

ELANA SOKOLOW, JAMIE SOKOLOW,    :
LAUREN SOKOLOW, MARK SOKOLOW,  :
RENA SOKOLOW,                       :       **Jury Verdict Form**
                                   :
               Plaintiffs,     :       04 Civ. 00397 (GBD)
   v.                         :
                                   :
THE PALESTINE LIBERATION        :
ORGANIZATION (PLO) and THE      :
PALESTINIAN AUTHORITY (PA),    :
                                   :
              Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## LIABILITY

**II.  JANUARY 27, 2002 – JAFFA ROAD BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 27, 2002** attack because the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

   √ **YES**                      ____**NO**

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** attack because the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

   √ **YES**                      ____**NO**

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 27, 2002** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the activities of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

   √ **YES**                      ____**NO**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
ALAN BAUER, BINYAMIN BAUER, DANIEL            :
BAUER, YEHONATHON BAUER, YEHUDA               :
BAUER,                                        :        **Jury Verdict Form**
                                              :
                        Plaintiffs,           :        04 Civ. 00397 (GBD)
                                              :
        v.                                    :
                                              :
THE PALESTINE LIBERATION                      :
ORGANIZATION (PLO) and THE                    :
PALESTINIAN AUTHORITY (PA),                   :
                                              :
                        Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## LIABILITY

III.    **MARCH 21, 2002 – KING GEORGE STREET BOMBING**

1.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO is**
    liable for the **March 21, 2002** attack because the **PLO** knowingly provided material
    support or resources that were used in preparation for or in carrying out this attack?

                    ✓ **YES**                    ____**NO**

2.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA is** liable
    for the **March 21, 2002** attack because the **PA** knowingly provided material support
    or resources that were used in preparation for or in carrying out this attack?

                    ✓ **YES**                    ____**NO**

3.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA is** liable
    for the **March 21, 2002** attack because an employee of the **PA**, acting within the
    scope of his employment and in furtherance of the activities of the **PA**, either carried
    out, or knowingly provided material support or resources that were used in
    preparation for or in carrying out, this attack?

                    ✓ **YES**                    ____**NO**

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :

LEONARD MANDELKORN,         :
                    :

        Plaintiff,   :     <u>**Jury Verdict Form**</u>
   v.               :
                    :     04 Civ. 00397 (GBD)
THE PALESTINE LIBERATION  :
ORGANIZATION (PLO) and THE  :
PALESTINIAN AUTHORITY (PA),  :
                    :
        Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**LIABILITY**</u>

**IV.**   **JUNE 19, 2002 – FRENCH HILL BOMBING**

1. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** attack because the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

          _✓_ YES             ____ NO

2. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** attack because the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

          _✓_ YES             ____ NO

3. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **June 19, 2002** attack because the **PLO** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

          _✓_ YES             ____ NO

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **June 19, 2002** attack because the **PA** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

          _✓_ YES             ____ NO

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
KATHERINE BAKER, ESTATE OF BENJAMIN    :
BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD :
BLUTSTEIN, ESTATE OF DIANE CARTER,    :
LARRY CARTER, SHAUN CHOFFEL, ROBERT   :
L. COULTER JR., DIANE COULTER MILLER,  :
ROBERT L. COULTER SR., ESTATE OF JANIS :
RUTH COULTER, ESTATE OF DAVID GRITZ,   :
NEVENKA GRITZ (on behalf of herself and as :
successor to NORMAN GRITZ),           :
:
:
Plaintiffs,    :
v.    :
:
THE PALESTINE LIBERATION    :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),    :
:
Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

## LIABILITY

**V.    JULY 31, 2002 – HEBREW UNIVERSITY BOMBING**

1.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is
    liable for the **July 31, 2002** attack because the **PLO** knowingly provided material
    support or resources that were used in preparation for or in carrying out this attack?

    √ **YES**                    ____**NO**

2.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable
    for the **July 31, 2002** attack because the **PA** knowingly provided material support or
    resources that were used in preparation for or in carrying out this attack?

    √ **YES**                    ____**NO**

3.  Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable
    for the **July 31, 2002** attack because an employee of the **PA**, acting within the scope
    of his employment and in furtherance of the activities of the **PA**, either carried out, or
    knowingly provided material support or resources that were used in preparation for or
    in carrying out, this attack?

    √ **YES**                    ____**NO**

5

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** attack because the **PLO** knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

      ✔**YES**               ____**NO**

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** attack because the **PA** knowingly provided to Hamas, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

      ✔**YES**               ____**NO**

6. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **July 31, 2002** attack because the **PLO** harbored or concealed a person who the **PLO** knew, or had reasonable grounds to believe, committed or was about to commit this attack?

      ✔**YES**               ____**NO**

7. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **July 31, 2002** attack because the **PA** harbored or concealed a person who the **PA** knew, or had reasonable grounds to believe, committed or was about to commit this attack?

      ✔**YES**               ____**NO**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

CHANA GOLDBERG, ELIEZER GOLDBERG,  :
ESTHER GOLDBERG, KAREN GOLDBERG,  :
SHOSHANA GOLDBERG, TZVI GOLDBERG,  :    __Jury Verdict Form__
YAAKOV GOLDBERG, YITZHAK GOLDBERG, :
                        :    04 Civ. 00397 (GBD)
          Plaintiffs,  :
   v.                   :

THE PALESTINE LIBERATION         :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),             :
                        :
         Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## LIABILITY

**VI.    JANUARY 29, 2004 – BUS NO. 19 BOMBING**

    **1.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** attack because the **PLO** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

        ✓ **YES**             ____**NO**

    **2.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** attack because the **PA** knowingly provided material support or resources that were used in preparation for or in carrying out this attack?

        ✓ **YES**             ____**NO**

    **3.** Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** attack because an employee of the **PA**, acting within the scope of his employment and in furtherance of the activities of the **PA**, either carried out, or knowingly provided material support or resources that were used in preparation for or in carrying out, this attack?

        ✓ **YES**             ____**NO**

4. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PLO** is liable for the **January 29, 2004** attack because the **PLO** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

        √ **YES**              ____ **NO**

5. Did Plaintiffs prove by a preponderance of the evidence that **Defendant PA** is liable for the **January 29, 2004** attack because the **PA** knowingly provided to the al-Aqsa Martyrs' Brigade, after its designation as a Foreign Terrorist Organization, material support or resources that were used in preparation for or in carrying out this attack?

        √ **YES**              ____ **NO**

IF YOU ANSWERED "YES" IN RESPONSE TO AT LEAST ONE PREVIOUS QUESTION,

PLEASE PROCEED TO ANSWER THE RELATED DAMAGES QUESTIONS BEGINNING

ON PAGE 10.  IF YOU ANSWERED "NO" IN RESPONSE TO EVERY PREVIOUS

QUESTION, YOU SHOULD PROCEED NO FURTHER.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ELISE GOULD, RONALD GOULD, SHAYNA   :
GOULD, JESSICA RINE, HENNA NOVACK   :
WALDMAN, MORRIS WALDMAN, SHMUEL   :
WALDMAN,   :
  :
                Plaintiffs,   :
   v.   :
  :
THE PALESTINE LIBERATION   :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),   :
  :
              Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Jury Verdict Form**

04 Civ. 00397 (GBD)

## DAMAGES

I.   **JANUARY 22, 2002 – JAFFA ROAD SHOOTING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Elise Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$ 3,000,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Ronald Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$ 3,000,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Shayna Gould's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$ 20,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Jessica Rine's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$ 3,000,000.00

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Henna Novack Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$2,500,000.00

6.  What amount of damages, if any, do you award as compensation for Plaintiff **Morris Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$1,500,000.00

7.  What amount of damages, if any, do you award as compensation for Plaintiff **Shmuel Waldman's** injuries that you determine were caused by the **January 22, 2002** terrorist attack?

$7,500,000.00

11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

ELANA SOKOLOW, JAMIE SOKOLOW,    :
LAUREN SOKOLOW, MARK SOKOLOW,  :
RENA SOKOLOW,                        :    **Jury Verdict Form**
                                :
             Plaintiffs,    :    04 Civ. 00397 (GBD)
    v.                           :
                                :
THE PALESTINE LIBERATION        :
ORGANIZATION (PLO) and THE      :
PALESTINIAN AUTHORITY (PA),     :
                                :
            Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

II.    **JANUARY 27, 2002 – JAFFA ROAD BOMBING**

    **1.** What amount of damages, if any, do you award as compensation for Plaintiff **Elana Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

        $ 2,500,000.00

    **2.** What amount of damages, if any, do you award as compensation for Plaintiff **Jamie Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

        $ 6,500,000.00

    **3.** What amount of damages, if any, do you award as compensation for Plaintiff **Lauren Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

        $ 5,000,000.00

    **4.** What amount of damages, if any, do you award as compensation for Plaintiff **Mark Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

        $ 5,000,000.00

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Rena Sokolow's** injuries that you determine were caused by the **January 27, 2002** terrorist attack?

$ 7,500,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

ALAN BAUER, BINYAMIN BAUER, DANIEL    :
BAUER, YEHONATHON BAUER, YEHUDA    :
BAUER,                                        :      **Jury Verdict Form**
                                   :
                Plaintiffs,     :      04 Civ. 00397 (GBD)
        v.                            :
                                   :
THE PALESTINE LIBERATION          :
ORGANIZATION (PLO) and THE        :
PALESTINIAN AUTHORITY (PA),      :
                                   :
                Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

### III.    MARCH 21, 2002 – KING GEORGE STREET BOMBING

1. What amount of damages, if any, do you award as compensation for Plaintiff **Alan Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

   $ 7,000,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Binyamin Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

   $ 1,000,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Daniel Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

   $ 1,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Yehonathon Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

    $ 25,000,000.00

14

5. What amount of damages, if any, do you award as compensation for Plaintiff **Yehuda Bauer's** injuries that you determine were caused by the **March 21, 2002** terrorist attack?

$ 1,000,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
LEONARD MANDELKORN,                                       :
                                                          :
                          Plaintiff,                      :        **Jury Verdict Form**
            v.                                            :
                                                          :        04 Civ. 00397 (GBD)
THE PALESTINE LIBERATION                                  :
ORGANIZATION (PLO) and THE                                :
PALESTINIAN AUTHORITY (PA),                               :
                                                          :
                          Defendants.                     :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

**IV.    JUNE 19, 2002 – FRENCH HILL BOMBING**

    **1.**  What amount of damages, if any, do you award as compensation for Plaintiff
            **Leonard Mandelkorn's** injuries that you determine were caused by the **June 19,
            2002** terrorist attack?

$ 10,000,000.00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
                                                            :
KATHERINE BAKER, ESTATE OF BENJAMIN          :
BLUTSTEIN, REBEKAH BLUTSTEIN, RICHARD        :
BLUTSTEIN, ESTATE OF DIANE CARTER, LARRY :          **Jury Verdict Form**
CARTER, SHAUN CHOFFEL, ROBERT L.             :
COULTER JR., DIANE COULTER MILLER,           :          04 Civ. 00397 (GBD)
ROBERT L. COULTER SR., ESTATE OF JANIS       :
RUTH COULTER, ESTATE OF DAVID GRITZ,         :
NEVENKA GRITZ (on behalf of herself and as   :
successor to NORMAN GRITZ),                  :
                                                            :
                           Plaintiffs,                      :
         v.                                                 :
                                                            :
THE PALESTINE LIBERATION ORGANIZATION        :
(PLO) and THE PALESTINIAN AUTHORITY (PA),    :
                                                            :
                           Defendants.                      :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DAMAGES

**V.    JULY 31, 2002 – HEBREW UNIVERSITY BOMBING**

1.  What amount of damages, if any, do you award as compensation for Plaintiff
    **Katherine Baker's** injuries that you determine were caused by the **July 31, 2002**
    terrorist attack?

    $ 6,000,000.00

2.  What amount of damages, if any, do you award as compensation for Plaintiff
    **Benjamin Blutstein's** injuries that you determine were caused by the **July 31, 2002**
    terrorist attack?

    $ 2,500,000.00

3.  What amount of damages, if any, do you award as compensation for Plaintiff
    **Rebekah Blutstein's** injuries that you determine were caused by the **July 31, 2002**
    terrorist attack?

    $ 4,000,000.00

17

4. What amount of damages, if any, do you award as compensation for Plaintiff **Richard Blutstein's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 6,000,000.00

5. What amount of damages, if any, do you award as compensation for Plaintiff **Diane Carter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 1,000,000.00

6. What amount of damages, if any, do you award as compensation for Plaintiff **Larry Carter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 6,500,000.00

7. What amount of damages, if any, do you award as compensation for Plaintiff **Shaun Choffel's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 1,500,000.00

8. What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Jr.'s** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 3,000,000.00

9. What amount of damages, if any, do you award as compensation for Plaintiff **Diane Coulter Miller's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 3,000,000.00

10. What amount of damages, if any, do you award as compensation for Plaintiff **Robert L. Coulter Sr.'s** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 7,500,000.00

18

11. What amount of damages, if any, do you award as compensation for Plaintiff **Janis Ruth Coulter's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 2,500,000.00

12. What amount of damages, if any, do you award as compensation for Plaintiff **David Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 2,500,000.00

13. What amount of damages, if any, do you award as compensation for Plaintiff **Nevenka Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 10,000,000.00

14. What amount of damages, if any, do you award to Plaintiff **Nevenka Gritz as successor to Norman Gritz** as compensation for Plaintiff **Norman Gritz's** injuries that you determine were caused by the **July 31, 2002** terrorist attack?

$ 2,500,000.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
CHANA GOLDBERG, ELIEZER GOLDBERG,          :
ESTHER GOLDBERG, KAREN GOLDBERG,           :
SHOSHANA GOLDBERG, TZVI GOLDBERG,          :        **<u>Jury Verdict Form</u>**
YAAKOV GOLDBERG, YITZHAK GOLDBERG, :
                                                          :        04 Civ. 00397 (GBD)
                                                          :
                         Plaintiffs,                      :
        v.                                                :
                                                          :
THE PALESTINE LIBERATION                    :
ORGANIZATION (PLO) and THE PALESTINIAN :
AUTHORITY (PA),                             :
                                                          :
                         Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DAMAGES</u>

**VI.    JANUARY 29, 2004 – BUS NO. 19 BOMBING**

1. What amount of damages, if any, do you award as compensation for Plaintiff **Chana Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $ 8,000,000.00

2. What amount of damages, if any, do you award as compensation for Plaintiff **Eliezer Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $ 4,000,000.00

3. What amount of damages, if any, do you award as compensation for Plaintiff **Esther Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $ 8,000,000.00

4. What amount of damages, if any, do you award as compensation for Plaintiff **Karen Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    
    $ 13,000,000.00

5.  What amount of damages, if any, do you award as compensation for Plaintiff **Shoshana Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $ 4,000,000.00

6.  What amount of damages, if any, do you award as compensation for Plaintiff **Tzvi Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $ 2,000,000.00

7.  What amount of damages, if any, do you award as compensation for Plaintiff **Yaakov Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $ 2,000,000.00

8.  What amount of damages, if any, do you award as compensation for Plaintiff **Yitzhak Goldberg's** injuries that you determine were caused by the **January 29, 2004** terrorist attack?

    $ 6,000,000.00