UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                           :
MARK I. SOKOLOW, *et al.*,                                 :
                                                           :
                    Plaintiffs,      :   No. 04 Civ. 00397 (GBD) (RLE)
                                                           :
    -vs.-                                                 :   **NOTICE OF PRESENTMENT**
                                                           :   **OF CORRECTED PROPOSED**
THE PALESTINE LIBERATION                                   :   **FINAL JUDGMENT**
ORGANIZATION, *et al.*,                                    :
                                                           :
                    Defendants.      :
---------------------------------------------------------- X

**PLEASE TAKE NOTICE** that the annexed corrected proposed final judgment is presented for signature to the Honorable George B. Daniels, at the Courthouse, 500 Pearl Street, New York, New York.

**PLEASE TAKE FURTHER NOTICE** that a mathematical error was discovered in paragraph 19 of plaintiffs' prior proposed final judgment, dated February 23, 2015 (Docket Entry #822). The total in paragraph 19 should read $22,500,000.00, as opposed to $21,500,000. This error has been corrected in the attached corrected proposed final judgment.

Dated: New York, New York
       February 25, 2015

                                      ARNOLD & PORTER LLP

                                      By:   /s/ Kent A. Yalowitz
                                            Kent A. Yalowitz
                                            399 Park Avenue
                                            New York, NY 10022
                                            Tel: (212) 715-1113
                                            Fax: (212) 715-1399
                                            kent.yalowitz@aporter.com
                                            *Attorneys for Plaintiffs*