# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PALESTINE LIBERATION ORGANIZATION, ) <br> et al., ) <br> ) <br> Defendants. ) | No. 1:04-cv-0397 (GBD) (RLE) |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Defendants Palestine Liberation Organization and Palestinian Authority.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated:  February 26, 2015

                                                      /s/ Gassan A. Baloul
                                                      Gassan A. Baloul (Bar No. 4324919)
                                                      SQUIRE PATTON BOGGS (US) LLP
                                                      2550 M Street, NW
                                                      Washington, DC 20037
                                                      Telephone: (202) 457-6155
                                                      Facsimile: (202) 457-6315
                                                      gasson@baloul@squirepb.com