F23TSOK1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    MARK I. SOKOLOW, et al.,

4                    Plaintiffs,

5           v.                              04 CV 397 (GBD)

6    PALESTINE LIBERATION
     ORGANIZATION, et al.,
7
                    Defendants.
8
     ------------------------------x
9                                          New York, N.Y.
                                           February 3, 2015
10                                         10:00 a.m.

11   Before:
                      HON. GEORGE B. DANIELS,
12
                                           District Judge
13
                            APPEARANCES
14
     ARNOLD & PORTER LLP
15        Attorneys for Plaintiffs
     BY:  KENT A. YALOWITZ
16        PHILIP W. HORTON
          TAL MACHNES
17        SARA PILDIS
          CARMELA T. ROMEO
18        RACHEL WEISER

19   MILLER & CHEVALIER, CHARTERED
          Attorneys for Defendants
20   BY:  MARK J. ROCHON
          LAURA G. FERGUSON
21        BRIAN A. HILL
          MICHAEL SATIN
22        DAWN E. MURPHY-JOHNSON

23   Also present:  RACHELLE AVITAL, Hebrew interpreter
                    RINA NE'EMAN, Hebrew interpreter
24

25

F23TSOK1

1           (In open court, jury not present)

2           THE COURT:  I think we have nine jurors.  Let's first

3      talk about scheduling for today.  What do you anticipate with

4      regard to today's schedule?

5           MR. YALOWITZ:  We have five witnesses on schedule,

6      four of them are here, one of them we're having some trouble

7      locating.  The four who are here came from Israel, so you know

8      the farther away you are, the earlier you are.  The one who is

9      not here is from Brooklyn.  If we can't find him, we'll take

10     him out of order later in the week.

11          THE COURT:  How long do you think it will take to

12     present those five?

13          MR. YALOWITZ:  If we move through it efficiently I

14     think we'll be done by lunch, if not a little after lunch.

15     Then, as I said, our Chicago family is -- were supposed to be

16     here, and I was hoping to do them this afternoon, but because

17     of the flight problems they won't be here until later tonight.

18           While we're on scheduling, I'm a little concerned

19     about two witnesses that we talked about yesterday, Ashrawi and

20     Issa.  Issa I was informed this morning the defendants also

21     plan to bring in now this week so that we would be taking two

22     depositions on Saturday would be the defendant's theory.

23           As I went back after court and looked at who these

24     witnesses are last night, I was actually very, very concerned

25     about who they are, what their history of public statements is,

F23TSOK1

```
 1    and what their actual knowledge is about the events in this

 2    case.  And I understand why the defendants want to bring

 3    Western-educated members of their team to talk to this jury,

 4    but it doesn't make any sense to let them bring kind of

 5    last-minute substitutions who don't have actually personal

 6    knowledge about the issues in the case.  And given what I think

 7    were the pretty blatant violations of the Court's orders with

 8    regard to Mr. Hill questioning Shrenzel, I'm extremely

 9    concerned.

10            And also given, you may remember, your Honor, that

11    this fellow Issa gave a radio interview in which he said I plan

12    to come and talk about how bad the government of Israel is to

13    the Palestinian people.  And we sent that to the Court, and

14    Mr. Rochon quickly sent a letter saying we're not going to do

15    that.  But I don't know what these people are going to do.  I

16    don't have any basis to believe they have any actual personal

17    knowledge of any of the issues in this case.

18            And so, I'm number one, extremely concerned, number

19    two, I'm quite concerned about the timing that we're not even

20    going to see them until Saturday and they're supposed to go on

21    the stand on Monday.  And how is that going to give your Honor

22    time to consider what their testimony is going to be and make a

23    ruling?

24            So quite frankly, I think that we need to hear with

25    some specificity what it is they're going to say, how it is
```

F23TSOK1

1    they have personal knowledge of the things they're going to

2    say, and if they don't have personal knowledge -- these are

3    fact witnesses.  If they don't have personal knowledge, I

4    really don't want to waste the day Saturday screwing around

5    with witnesses who won't be allowed to testify.

6            THE COURT:  I read your later with regard to Ashrawi

7    this morning.  I don't have obviously the other witness, you

8    haven't submitted anything on that witness yet.  My view in the

9    abstract is that I don't see -- the nature of your objection, I

10   don't see it's prompting me to wholesale say this witness has

11   nothing to testify to, so don't put this witness on the plane

12   to bring him here.

13           If they want to bring the witness -- either one of

14   these witnesses, if it turns out 90 percent of what they wanted

15   to put before this jury on this witness is excluded, then they

16   come here for the ten minutes that they get to testify about

17   that their testimony is appropriate and they testify.  But I

18   don't see a basis for me to make any determination about

19   wholesale preclusion of either one of these witnesses.

20           Now with regard to the timing, I attempted to set up a

21   process, and it's still a viable process, for the parties to

22   know as early as possible what it is these witnesses are going

23   to come here and testify about and be able to even examine

24   these witnesses previously.  If you think that it is more

25   important for you to get an early examination of these

F23TSOK1

1    witnesses prior to Saturday or Sunday, then my suggestion to

2    you is you get them on Skype and you find out right away

3    exactly what they're going to say.  If you don't think it's

4    worth that, and you want them live and it's more important to

5    have them live, then that's your choice at this point.

6            With regard to those issues, I don't have any other

7    choices.  You can depose them tonight if you want, figure out

8    exactly what it is you expect them to say, and then you can

9    make your argument.  And if your argument is persuasive then

10   they may tell them don't waste their plane ticket to fly over

11   here.  But I can't -- if only want to depose them live and

12   depose them live as early as Sunday, then there's nothing I can

13   do before Monday morning.  You have to make the choice.

14           MR. YALOWITZ:  I think it's important to have them

15   live.  We'll look at them Saturday.  I think you understand my

16   concerns.  I think you have been very consistent in your

17   rulings that people have to have actual personal knowledge if

18   they're going to be showing up as fact witnesses.

19           THE COURT:  And there really shouldn't be a lot of

20   surprise or misunderstanding about the parameters of which I

21   think are relevant and admissible with regard to testimony.  I

22   mean we've been through that.  We have been through this with

23   numerous witnesses.  You're right, this is not -- I'm not

24   letting witnesses come in here and make political statements.

25   I'm not letting witnesses come here and testify to issues, on

F23TSOK1

1    either side, that have absolutely nothing to do with

2    determination of this case.

3        I think I pointed out some of those, probably most of

4    those, if not all of those.  If for some reason someone is

5    under a misconception under what I am going to allow, we're far

6    enough into the case the decisions are not made -- your

7    decisions should not be made based upon what you want, your

8    decisions should be made based on how you anticipate that I'm

9    going to rule.  I don't think there's much mystery about how

10   I'm going to rule on 90 percent of the issues that are going to

11   be raised.  I doubt any witnesses that will be here between now

12   and the end of this trial will raise new issues that we haven't

13   already addressed.

14        So consistent -- I got your deposition designations,

15   your significant objections.  I have to go through that too.

16   You know what I am looking at, and I gave both sides the

17   opportunity to review that.

18        Now simply because this witness was not a high level

19   PLO official at the time doesn't automatically exclude her as a

20   witness.  So I don't know the nature of what she is going to

21   testify to from her own personal knowledge.  I don't know what

22   she's going to testify to with regard to PA or PA procedures

23   that exist and, as far as she knows, consistently existed.

24        Obviously, as they say, it would not be a surprise to

25   you -- quoting from your letter, it would not be a surprise to

F23TSOK1

1    you or the other side that neither I nor the jury is

2    particularly interested on her view of the establishment of the

3    state of the Israel in May of 1948 means.

4              MR. YALOWITZ:  That's not a concern.

5              THE COURT:  If anybody thinks that's admissible, they

6    have been in the wrong courtroom.

7              MR. YALOWITZ:  My concern is the defendants seem to

8    think they're going to try to slip that past us.

9              THE COURT:  I'm sure you will be awake and I will be

10   awake.  And look, I'm going to put this -- I will make it

11   clear, which is a rule that shouldn't have to be stated, but I

12   will make it clear to both sides, because I think both sides

13   have stepped over the bounds in that regard.

14             If you know that I'm going to sustain the objection to

15   the question and answer, do not ask the question.  Because if

16   you start doing that simply to put it before the jury when you

17   know that I have either ruled it out or it's clear I'm going to

18   rule it out, I will make you sit down and I will send your

19   witness home.  I will make that real clear.

20             So I think both sides need to be a little more

21   circumspect about what they throw out to a witness knowing that

22   I'm going to sustain the objection and I think that's an

23   improper question and would elicit an improper answer based on

24   what we have already been through.  So this is to forewarn,

25   what I have given to you, so I'm not going to have a whole lot

F23TSOK1

1    of discussion on this issue when I get one or two questions

2    from one side to a witness and then it's clear that that is

3    what you're doing, I'm just going to politely tell you to sit

4    down and you are through.

5           So I would suggest that you first go through and be

6    confident that you're going to offer evidence that I am going

7    to consider to be admissible.  And if you think there's any

8    doubt about that, you better ask me beforehand before you get

9    to that area on direct or cross-examination so that I can rule

10   previously.  Because if you do not, you will take the risk that

11   I will react in that manner and respond in that manner.

12          So I suggest that you concentrate on figuring out the

13   subject matters are and have further discussion with the other

14   side about the subject matter of these witnesses, the witness's

15   testimony on direct.  They have a responsibility at this point,

16   given the lateness of the production of these witnesses, to

17   tell you what areas they're going to cover, and to be as

18   specific as possible about those areas so you will anticipate

19   that before you examine these witnesses at the trial and before

20   you even depose these witnesses prior to trial.

21          To the extent that there's some question about the

22   admissibility of the witnesses on any particular subject

23   matter, I suggest that the parties, whoever is aware of that,

24   either the party presenting the witness or its discovery by the

25   party examining the witness at deposition, to bring that to my

F23TSOK1

```
1    attention and I will quickly rule.  And as I said, there won't

2    be any secrets about what I'm going to rule and why I'm going

3    to rule.  You could disagree, but you pretty much know what my

4    view is on these subject matters and their admissibility

5    through any witness.  So that's my view at this point.

6            So to the extent you could identify some areas that

7    you anticipate that they are going to try to elicit from this

8    witness, or they can anticipate some areas that they anticipate

9    they're going to elicit that you will have an objection to and

10   it's likely that I will have concern about those areas, then I

11   suggest that either side raise those as quickly as possible

12   either before or after any deposition takes place.

13           MR. YALOWITZ:  In that regard, there is another very

14   serious concern I have, which is they have on their will call

15   list on expert named Michael Sfard, and Sfard's report was

16   focused on the Israeli military courts being in violation of

17   international law and not giving due process and like that.

18           THE COURT:  As I said, there's no mystery about

19   whether that's admissible.  I think I made --

20           MR. ROCHON:  He's almost talking to himself right now.

21           THE COURT:  Wait, Mr. Rochon.

22           Mr. Yalowitz, you may have some concern, but I think I

23   made it real clear that's not coming in this case.  Is there

24   some misunderstanding about that?  I think they made it clear

25   they're not going to.
```

F23TSOK1

1         MR. ROCHON:  Judge, may I --

2         THE COURT:  Let me give him 30 seconds because I will

3    give him no more after that.

4         MR. YALOWITZ:  I think that if they're going to

5    bring -- they have made some noise about bringing Sfar to talk

6    about things, expert opinions that were not in his report.  I

7    have a real problem with that, and I'm very concerned about

8    that as well.

9         I have asked them to tell me exactly what they think

10   they're going to have him say.  I asked them that more than a

11   day ago.  As is the situation, I'm still sitting here wondering

12   and waiting, and we'll get you a letter on that tonight, and

13   maybe they will respond to it in some way and try to explain

14   themselves.  But right now I am sitting here with an expert

15   with a report that is totally irrelevant and they have him on

16   their will call list.

17        THE COURT:  It's a little late in the case for

18   surprises and secrets, so I suggest the parties be totally

19   forthcoming about what they anticipate the witnesses are going

20   to be and what they anticipate the subject matter of testimony

21   is going to be.

22        If it turns out that it appears to me that that has

23   not been done, then again, my view is that the appropriate

24   action for me to take is to thank that witness, send that

25   witness on their way, if that is what I think is going on, and

F23TSOK1

1   we shut this case down and give this case to the jury.

2           So I suggest that the two of you start making

3   judgments about what you think you are going to be able to

4   accomplish rather than what you want.  And I think it's real

5   clear at this point what you should think that you can

6   accomplish through these witnesses.

7           Mr. Rochon, do you want to say something briefly?  Our

8   twelve jurors are here.

9           MR. ROCHON:  Good.  We didn't waste any of jurors'

10  time with this conversation.  It's our view, with all respect

11  to Mr. Yalowitz, this was a big of a waste of time because I

12  told him I would give him what these people are going to

13  testify about, including the guy Sfard, including the others,

14  including the two people who are going to be deposed on

15  Saturday.  I know he will say when, but he will get it far

16  earlier than anything I got.

17          THE COURT:  When will you anticipate?

18          MR. ROCHON:  Over the next couple of days, tomorrow

19  and Thursday he'll have that.  We're not going to start our

20  case until early next week.

21          THE COURT:  You think he will have the bulk of that

22  before the end of the week?

23          MR. ROCHON:  Yes.  And he has depositions on Saturday

24  at 2 o'clock and 3:30, the two people we are having flown early

25  for that at the Court's directive, so we're set.  And then I'm

F23TSOK1

1    sure there will still be some issues, and I think I will need

2    to raise some issues with you, exactly like you said, I think

3    there might be some testimony that I think you should allow

4    that I have got a sense that you would rather have me discuss

5    it with you in advance, and we'll do that.

6            I also want to make sure we get to the end of the

7    plaintiffs' case before we do unnecessary revelation of the

8    defense case.  Mr. Yalowitz made pretty clear he will finish

9    with the plaintiffs this week.  If that's the commitment we

10   have, I want to make sure we're on track with that.  But I do

11   have his proffers, and I will raise a couple questions with you

12   probably on Thursday or Friday where I think there might be

13   something that you would want to talk to us about.

14           THE COURT:  Let's get the jury.  When we're finished

15   with the witnesses we should still have more time to discuss

16   the issues this afternoon.

17           (Continued on next page)

18

19

20

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

F23TSOK1

1          (Jury present)

2          THE COURT:  Good morning, ladies and gentlemen.  I

3    know the weather has been a little challenging in terms of

4    coming in.  I think we're still ahead of schedule.  We're

5    having some logistical issues because some witnesses are coming

6    from out of town and we're trying to juggle and be sure we use

7    our time efficiently.

8          What I anticipate is that we're going to do many of

9    the witnesses that we have here today, and then we're probably

10   going to adjourn a little early, maybe adjourn by mid-afternoon

11   or even by lunchtime depending on I think we have four or five

12   witnesses who are available today.  And then whenever we finish

13   those we'll have to adjourn until tomorrow.  But I am still

14   confident that we're on schedule to hopefully finish all the

15   witnesses in the next couple of weeks.

16         So we'll continue at this point.  Mr. Yalowitz, you

17   wish to call the plaintiff's next witness?

18         MR. YALOWITZ:  Thank you, sir.  Your Honor, our next

19   witness is Rabbi Leonard Mandelkorn, and Ms. Weiser will be

20   conducting the direct examination.

21         THE COURT:  Sure, Ms. Weiser.

22         MS. WEISER:  Thank you, your Honor.

23         (Continued on next page)

24

25

F23TSOK1                        L. Mendelkorn

1    LEONARD MENDELKORN,

2        called as a witness by the Plaintiffs,

3        having been duly affirmed, testified as follows:

4    DIRECT EXAMINATION

5    BY MS. WEISER:

6    Q.  Good morning.

7    A.  Good morning.

8    Q.  Rabbi Mandelkorn, where were you born?

9    A.  I was born in Lakewood, New Jersey.

10   Q.  How long did you live there?

11   A.  I lived there seven years.

12   Q.  Where did you go after that?

13   A.  After my family moved to Cleveland, Ohio, Cleveland

14   Heights.

15   Q.  How long did you live in Cleveland Heights?

16   A.  Five years.

17   Q.  Then what?

18   A.  When I was twelve we came to Israel, the whole family.

19   Q.  Maybe move in a little bit more or direct the microphone up

20   a little bit.  I'm having a little trouble hearing you.

21        Thank you.

22        Rabbi Mandelkorn, are you an American citizen?

23   A.  Yes.

24   Q.  Did you complete high school in Israel?

25   A.  I completed high school in Israel, yes.

1  Q.  And what did you do after high school?

2  A.  After high school I went to rabbinical studies in yeshiva

3  institution called the yeshiva.

4  Q.  What is Yeshiva?

5  A.  Yeshiva is institution where you learn Jewish studies, and

6  we can also issue a certified rabbinical certificate and

7  teacher's certificate.

8  Q.  Did you serve in the Israeli Army?

9  A.  As part of the program I served a year and a half in the

10  Israeli Army, yes.

11  Q.  What did you do in the Army?

12  A.  I was in the beginning in the tank corps and later on I

13  became a chaplain.

14  Q.  What do you do now?

15  A.  Now I'm also teaching in the yeshiva young men.  I'm

16  teaching Jewish studies.  I'm a counselor and practicing rabbi.

17  Q.  Let's talk about your family, Rabbi Mandelkorn.  How long

18  have you been married?

19  A.  I've been married since '79.  We're celebrating now 36

20  years.

21  Q.  What is your wife's name?

22  A.  Nurit.

23  Q.  How many children do you have?

24  A.  We have five, three boys, two girls, one boy, a sixth boy,

25  who died unfortunately at the age of eleven from a heart

1    situation.  And we have an unoffically adopted daughter.

2    Q.  So let's go through briefly.  How old is your oldest?

3    A.  My oldest is now 33, 32.

4    Q.  When does he do?

5    A.  He's career officer in the Israeli Army.

6    Q.  And the next one?

7    A.  A second son is Shaul.  He was the one who was hit in the

8    attack.  He's now 30 years old.

9    Q.  And is he working?

10   A.  He is not working, unfortunately.

11   Q.  Who comes after Shaul?

12   A.  My son Haim.  He was the one who passed away when he was

13   eleven from a heart situation.

14           And then I have two daughters, my oldest daughter is

15   Rachel, and she is now working as an architect.

16   Q.  And the next one?

17   A.  The next one, her name is Bayla, Bilhah in Hebrew, and she

18   is teaching in a girls high school.

19   Q.  You said you have an unoffically adopted child.  What does

20   she do?

21   A.  She's the oldest, actually.  She's teaching English in a

22   high school for girls.

23   Q.  How many grandchildren to you have?

24   A.  We have ten grandchildren, thank God.

25   Q.  Briefly --

F23TSOK1                        L. Mendelkorn – direct

1    A.  You didn't mention my youngest son.

2    Q.  I'm sorry.

3    A.  My youngest son's name is Eleizer Nahum and he finished his

4    high school studies and has started learning in yeshiva.

5    Q.  Rabbi Mandelkorn, briefly I want to get back to Haim.  You

6    said you had a child who passed away when he was eleven.  What

7    was his medical condition?

8    A.  My son Haim, my beloved son, was born with an interrupted

9    aorta, artery.  When it was discovered after he was born, about

10   a day or two after he was born, he went to a number of

11   surgeries on that, and the final one was in Boston Children's

12   Hospital.  His life was saved when he was nine months old, but

13   he had some small complications with the heart, and very

14   suddenly he passed away when he was eleven years old.  And it

15   was actually at the celebration of my son Shaul's bar mitzvah,

16   his maturation celebration, on the same day.  When the whole

17   family was together he suddenly passed out.

18   Q.  He passed away in your home?

19   A.  It was in the courtyard of our home.

20   Q.  How long before Shaul was in the terror attack did Haim

21   pass away?

22   A.  Haim passed away in 1998.  It was about four years before

23   the attack.

24   Q.  In let's say the year or the months before Shaul's terror

25   attack, had your family been able to get through the grieving

F23TSOK1                          L. Mendelkorn - direct

1    process over Haim's death?

2    A.  We are a very spiritual family.  We have a lot of faith.

3    And together we went through a very hard mourning period.  It

4    was a lot of grief, but we returned to our routine.  All the

5    family returned to a routine and continued our lives naturally

6    and with all our energy.

7    Q.  So in the years before Shaul was involved in the terror

8    attack, were you undergoing any kind of psychological or

9    emotional treatment?

10   A.  No, definitely no.

11   Q.  Were you undergoing any kind of medical issues?

12   A.  No, I -- no, I retract that.  A year after my son passed

13   away -- a year after my son passed away there was a stressful

14   situation that I had with my contractor who built the house in

15   a way that was not appropriate and caused me a lot of stress.

16   And I developed a heart condition called cardiomyopathy.  That

17   means the heart muscle grew bigger under stress, and it came

18   out, and from then I have been under that condition to an

19   extent.

20   Q.  So you were in treatment for this heart condition in the

21   years before Shaul was in the terror attack?

22   A.  From 1999, about a year later.  The attack was 2002, so I

23   was already three years with this condition.

24   Q.  Was the heart condition under control at the time of the

25   terror attack?

F23TSOK1                       L. Mendelkorn - direct

1    A.   It was very much under control.  It was stable.

2    Q.   Rabbi Mandelkorn, let's talk about the day of the terrorist

3    attack.  Where were you when you first found out that Shaul may

4    have been one of the people injured?

5    A.   I was at the celebration -- actually, beforehand 6 o'clock,

6    6:30 the attack -- we heard on the news the attack.  We were in

7    the synagogue praying for all the people who were killed and

8    injured, severely injured people.  And at that time I knew that

9    my son was not in Jerusalem, he was on a field trip somewhere

10   else.  And I went to a celebration of a neighbor, the neighbor

11   had the celebration that night, life goes on, even when we have

12   a terrorist attacks, life goes on.  We had a celebration,

13   maturation, it's called a bar mitzvah, for a neighbor that was

14   in the village's dining hall.  I was in the hall, and all the

15   sudden my wife comes in, and in a frenzy says to me:  Our

16   neighbor's son is missing.  I'm taking care of our neighbor's

17   children until they find out what happened to him.  They cannot

18   get him on his cell phone.  He was in Jerusalem.

19   Q.   So at that point you knew that a neighbor's son was

20   missing?

21   A.   Yes.

22   Q.   When did you find out that your own son, Shaul, may have

23   been involved in that terror attack?

24   A.   As I said, I was sure my son was not there, and I didn't

25   even call him up.  I was leaving with my wife out of the dining

F23TSOK1                         L. Mendelkorn - direct

1    hall to take care of my neighbor's children, and all the sudden

2    a colleague of mine comes up to me when we were just leaving

3    the door and says to me there's a report in the hospital from

4    Jerusalem that a boy gave the name Shaul as accepted in the

5    hospital injured.

6    Q.  What was your reaction to that?

7    A.  I was just shocked and felt it was impossible.  And it was

8    my second son.  I already lost a son.  How could it be?

9    Another son?  I was in terrible shock.

10   Q.  What did you do?

11   A.  We went right away to home with friends.  They took us

12   home.  And we called the hospitals all over Jerusalem area to

13   see what is going on.  And we reached the Shaare Zedek

14   Hospital, they said yes, a person called Shaul answered the

15   name, he said his name is Shaul, that's the only thing he said

16   when he was accepted.  He had been accepted to the hospital.

17   What's his situation, we asked.  They said we can't give you

18   any details on the phone.

19   Q.  So did you go to the hospital?

20   A.  You must come to the hospital.

21   Q.  Did you go to the hospital.

22   A.  So we went right away in an armored vehicle, protected

23   vehicle, to Jerusalem, bullet protected, and on the way we were

24   just crying and praying because we didn't know if he would be

25   alive, would his limbs be intact, would he be missing a hand, a

F23TSOK1                      L. Mendelkorn - direct

1    leg, would he be mentally fit.  We were in terrible distress

2    when we were riding to Jerusalem.  In the middle of the

3    drive -- the drive is about 45 minutes, we're praying and

4    crying all the way.

5              In the middle of the drive I heard something in back

6    of me.  I was in the front seat, my wife was in the back seat.

7    I turned around I see my wife crying, terribly crying, my heart

8    just sunk.  I was sure that my son had been killed.  And I

9    looked at her for a few seconds and said what happened.  She

10   said I just got a message on the cell phone that our neighbor's

11   son has been killed.  He had been identified by one of our

12   neighbors in the hospital.

13   Q.  What happened when you arrived at the hospital?

14   A.  We continued, and when we reached Jerusalem we got a call

15   from a neighbor who was in the hospital.  He said Shaul is in

16   very severe condition, but all his limbs are in intact.  It was

17   a little bit reassuring to know that little piece of

18   information after half an hour of tense ride, but we still

19   didn't know what was really going on.  We arrived in the Shaare

20   Zedek Hospital.  Fifteen minutes later, a doctor came out to us

21   and told us exactly what the situation is.

22   Q.  What did he say?

23   A.  Shaul is severely injured, he's in surgery, multiple

24   surgeries.  His artery, his right arm artery is bleeding.  He

25   has a shrapnel, over a third of his body has been hit by

1  shrapnel, he's filled with wounds and holes and burns, his

2  lungs have collapsed and he has broken ankle.

3  Q.  Did they tell you anything else at that point?

4  A.  No.  They said his life was in danger but he was going to

5  surgery and he had a chance.

6  Q.  How long did you have to wait to see him?

7  A.  He was in surgery until the small hours of the night, maybe

8  2 or 3 o'clock, we were there around 10 o'clock, so 2 or

9  3 o'clock in the night they wheeled him out of surgery and took

10  him to the intensive care unit.

11  Q.  What did he look like when you first saw him?

12  A.  He was completely bandaged.  His eye was bandaged.  His

13  body was completely bandaged.  We couldn't really see too much

14  of him.

15  Q.  How did it make you feel to see him like that?

16  A.  It was shocking.  I continued praying and crying that he

17  would get out of it.

18  Q.  What did they have to do during that surgery that took most

19  of the night?

20  A.  That surgery they had to -- first thing they do is they

21  opened up his stomach and check that the blast has not caused

22  internal damages which can cause a person to die all the

23  sudden.  First they open up and slit up the stomach, they check

24  all the internal organs to see that everything is okay.  He has

25  a scar from that to this very day.  And they had to close the

F23TSOK1                          L. Mendelkorn - direct

1    bleeding artery, which was endangering his life.  He had

2    shrapnel that caused bleeding in his eye and they bandaged

3    that.  And they had to take care of all the infection, all the

4    holes, burns, wounds, different types of grafts of skin.

5    Q.  Did he have a penetrating abdominal wound?

6    A.  The penetrating abdominal is where they have to slit him.

7    That's what I meant by penetrating wound.  They penetrated him

8    in the surgery is what actually was the penetrating wound, but

9    his whole body was full of shrapnel, full of holes, burns, as I

10   said.

11   Q.  Did they have to give him blood transfusions?

12   A.  They had to give him many blood transfusions.

13   Q.  What's your understanding what happened to him that day?

14   A.  The story, how it happened, my son, as I said, completely

15   unexpected for me.  He was in a different part of the country

16   on a field trip.  He was in 12th grade at the end of his year

17   in high school, they're taking a three-day field trip to an

18   area north Israel.  And everyone was tense during that

19   situation because there were terrorist warnings, terrorist

20   things that happened all the time.

21        The bus driver was very tense.  He took people, left

22   them off in Tel Aviv and left them off in Jerusalem, nowhere

23   else, not where I expected my son to be left off.  And it

24   happened -- the terrible thing, the bus driver of the bus

25   reached the bus stop in Jerusalem where the bomb went off.  He

F23TSOK1                         L. Mendelkorn - direct

1    started to park there where the hitchhikers were, and a friend

2    of my son said:  Don't park here, you're blocking the

3    hitchhikers.  Move the bus a little bit further up.

4         The driver moved the bus a little further up.  My son

5    was the first one to leave the bus.  He wanted to get home

6    fast.  He got out of the bus with his guitar.  This is -- the

7    hitchhikers are here, the bus is here, my son comes out like

8    this, he's running down to here, and boom.  This guy comes

9    running into -- this terrorist runs into the hitchhikers that

10   are here, and he blows himself up, and my son is running down

11   here, boom, he receives a blast.  He was the only boy on the

12   bus who was wounded because the bus had moved up.

13   Q.  Rabbi Mandelkorn, how old was Shaul at that time?

14   A.  Shaul was 18.

15   Q.  How long did it take your son to wake up after the surgery?

16   A.  After the surgery, the surgery was on Wednesday night, he

17   woke up on Friday late morning.  We were waiting for him,

18   praying he would wake up.  He was unconscious.  He had a

19   machine connected to his lungs to have his lungs worked.  We

20   weren't clear that he would make it.  When he opened up his

21   eyes and spoke, we were, on one hand, very, very happy; on the

22   other hand, we saw that his eye was full of blood.

23   Q.  I want to talk about his eye, but I want to first talk to

24   the jury about what was it like for you when he woke up.  How

25   long after that did he have to stay in the hospital?

F23TSOK1                        L. Mendelkorn - direct

1   A.  He had to stay in the hospital approximately 40 days and 40

2   nights.

3   Q.  Were you able to work during that time?

4   A.  It was very hard for me to work.  I have a demanding work

5   as a teacher, Jewish studies, as a counselor, as a practicing

6   rabbi, it's a very demanding job.  I had to leave my students

7   in their studies, prepare and leave, and it was very demanding

8   for me on the one hand to do my work and other hand to take

9   care of my child in the hospital.  And the whole burden fell on

10  me and my wife, and especially on me, and take of care our

11  other children.  We had young children, eleven, eight, nine,

12  five.  We had to take care of them all the time.

13  Q.  Were you with Shaul regularly in the hospital?

14  A.  I was with Shaul almost all the time regularly with some

15  breaks.

16  Q.  What were you doing --

17  A.  We were involved --

18  Q.  Rabbi Mandelkorn, I'm going to interrupt you.  It's

19  important that you wait until I finish my question because the

20  court reporter won't be able to get everything down.

21  A.  Okay.

22  Q.  What were you doing during those 40 days with Shaul in the

23  hospital?

24  A.  It was my responsibility for his treatment.  We had to be

25  in touch with all the doctors, the doctors for his eyes,

F23TSOK1                         L. Mendelkorn – direct

1    doctors for his ears, doctors for his legs, orthopedic doctors,

2    plastic doctors, we are responsible to make the connections

3    with them to make sure he was getting the best treatment, and

4    also to comfort him in his terrible, terrible pain.

5             (Continued on next page)

F238SOK2                              L. Mandelkorn – direct

1    BY MS. WEISER:

2    Q.  Let's break that down a little bit.  You mentioned his

3    ears.  What was going on with his ear?

4    A.  His ears, the drums were blown out or blown in.

5    Q.  What about wounds.  You mentioned that the shrapnel had, I

6    think you said covered a third of his body.

7    A.  Yes.  A third of his body was full of wounds and burns and

8    especially there was a giant hole on his right thigh which

9    reached down to his muscle.

10   Q.  Did they stitch that up?

11   A.  They tried to stitch that up time after time with skin

12   grafts, and after 40 days and 40 nights and a number of grafts

13   they did not succeed to close it.

14   Q.  What about his eyes, what was happening with his eyes

15   during those 40 days in the hospital?

16   A.  As I said, when he woke up he had blood in his eyes.  We

17   had hoped that he would be a normal person.  His limbs were

18   intact.  We were hoping that he would get out of it without any

19   damage.  But two days later the blood we were waiting to

20   absorb, it absorbed into the left eye and it left a scar on the

21   macular of his left eye and he cannot read and he cannot

22   concentrate with that eye and he can only see general figures

23   with that eye.

24   Q.  What about the other eye?

25   A.  The other eye was OK.  But two weeks later, boom, again, we

F238SOK2                          L. Mandelkorn - direct

1    were hit with bad news.  They found shrapnel in the good eye,

2    and they told us the shrapnel, if it would start to rust, he

3    could lose completely his eyesight and he could become blind.

4    Q.  Did that happen at some point?

5    A.  That happened four months later.

6    Q.  What did they do?

7    A.  Six months later.

8            Six months later, we were in intensive -- every week

9    checking on what is going on.  It started rusting five months

10   later and they said they have to make surgery, take out the

11   shrapnel from his good eye.  And they said this could damage

12   his eye.  The surgery was very, very delicate.  It could damage

13   his good eye.

14   Q.  How did that make you feel?

15   A.  We were terrified.  We were desperate.  We had to go to

16   look for the best surgeons in the country and out of the

17   country, looking for them to save our son from going blind.

18   Q.  Who did that?

19   A.  In the end, in Israel they have the best surgeons for the

20   eye because of other experience with situations like this, most

21   experience in Israel.  The doctor -- actually, the surgeon was

22   the head of the eye department in Shaare Zedek itself.  We

23   wound up being in the right place.

24   Q.  Who actually did the legwork, who was the one who figured

25   out who was the best doctor?

F238SOK2                        L. Mandelkorn - direct

1    A.  We went to a rabbi, a very unusual rabbi in Bnei Brak, a

2    city called Bnei Brak.  His name is Rabbi Firer.  He has

3    connections with all the doctors and best doctors and surgeons

4    in Israel and all over the world.  They will tell you if you

5    have a problem who you should go to.

6    Q.  You mentioned that Shaul had a hole in his leg.  Did he

7    have holes like that in other parts of his body?

8    A.  As I say, a third of his body was holed and burned.  He had

9    to have many, many skin grafts.

10   Q.  What about from the catheters.  Did Shaul develop a problem

11   as a result of the use of catheters in the hospital?

12   A.  After a while, they wanted to take him off the catheter.

13   He was stable enough.  They took him off the catheter.  He

14   couldn't urinate for a day and he was in terrible pain, and we

15   were in terrible pain with him all day.  Everybody knows what

16   it is when you cannot urinate, what type of pain you have.  But

17   to see your son in such giant pain for the whole day was very,

18   very terrifying.

19   Q.  Rabbi Mandelkorn, I want to shift to when Shaul was able to

20   come home.

21        What was happening with him physically at the point

22   that he was able to be at home?

23   A.  He came home with something that he could move.  He needed

24   like crutches, but he couldn't have crutches because the

25   crutches put pressure on the artery.  They had what they call a

F238SOK2                          L. Mandelkorn - direct

1    roller like.

2    Q.  A walker?

3    A.  A walker.  A walker.  He had a walker, and he needed all

4    the time physiotherapy.  He needed also massages.  He needed

5    pressure jackets, because where the skin grafts are on him, if

6    the skin grows, it can make scars if it grows too high.  He had

7    a whole ritual, a whole routine with massages every day.  My

8    wife did it many times.  His dressings, his bandages had to be

9    changed every day.  My wife and I and the medical staff in the

10   village were completely working day and night with him.

11   Q.  Was it painful for him?

12   A.  It was very, very painful.  All the wounds and bruises.

13   And I say, his eye and the scar in the eye and everything was

14   very, very intense for him.

15   Q.  How was it for you?

16   A.  For us, again, it was very, very intensive and very, very

17   stressful.  We had a number of different things that we had to

18   work with all the time.  All the different wounds had to go to

19   this doctor, go to this doctor, this week a checkup, a checkup

20   here, a checkup there.  Everything had to be covered.

21   Q.  What was the date of the terrorist attack?

22   A.  That was June 19, 2002.

23   Q.  So he was in the hospital roughly until the end of July?

24   A.  July 28, yes.

25   Q.  How long was he in this intensive period where even when

F238SOK2                    L. Mandelkorn - direct

1  home he needed constant treatment?

2  A.  This constant treatment continued for ten months.  After

3  ten months, we were looking and looking and looking.  We

4  finally found a surgeon who had a special type of surgery and

5  we went to a special hospital and ten months later they did

6  special surgery and they closed that wound ten months later.

7  Q.  They were able to successfully?

8  A.  They were able to close it up.

9  Q.  Do you know how many times they tried before that?

10  A.  At least three.

11  Q.  Rabbi Mandelkorn, let's talk about the issue with Shaul's

12  eyes.  What is the current situation with his eyes?  Start with

13  the left eye.

14  A.  As I said, the left eye, he cannot read at all.  He cannot

15  concentrate at all.  He can only see general figures.

16  Q.  And the right eye?

17  A.  The right eye, he has lost some of his vision but he can

18  use it normally.  It was 100 percent, 20/20, but he went down

19  from 20/20 to less, but he doesn't need glasses or anything.

20         So what we call it, an eye and a half.  We call it an

21  eye and a half.

22  Q.  How about psychologically and emotionally, how was Shaul

23  affected?

24  A.  Shaul in those 40 days in the hospital they met the

25  psychologist.  We met a social worker.  He said he is OK.  He

F238SOK2                         L. Mandelkorn - direct

1    is not feeling any trauma or anything.  But all of the sudden,

2    boom, a year later he was hit by trauma.  I say boom because

3    every time we are trying to go back to routine, all of the

4    sudden, boom, something takes us out of our routine.  Just

5    explode in our face.  We thought our son had gone through this

6    and would be mentally healthy, and this was the most important

7    thing.  A person's mental health is most important thing, and

8    then all of the sudden after a year he was hit by terrible

9    trauma and depression.

10   Q.  What happened?  What was he like?

11   A.  What was he like?  He started, when he heard suspicious

12   noise, he started with great fears.  That's what started it.

13           Then he started imagining things.  It was on the high

14   holidays, he was in a village and there was a noise and some

15   neighboring Arab came into the village and stole something from

16   the village, from the Israeli village.  After that he heard a

17   noise and he thought that terrorists had entered the village

18   and they were killing people.  He was in the bathroom and he

19   heard a noise and he thought the terrorists had entered his

20   house and killed his friends.  And he was in great terror in

21   the bathroom for a hour and he was thinking what is going to

22   be, am I going to die, are they going to kill me.  He made up

23   with himself that he is willing to die, he is ready to die, but

24   he has to go out and warn the people there is a terrorist

25   attack.  Then he heard noise outside the bathroom and he

F238SOK2                         L. Mandelkorn - direct

1    started banging, beware.  Then all of the sudden he opened the

2    door and he saw his friends sleeping peacefully and understood

3    that it was all in his imagination.

4    Q.  What other effect emotionally did the terror attack have on

5    Shaul?

6    A.  Shaul is a very sensitive boy, highly spiritual character,

7    high character, very sensitive.  He took it very hard on

8    himself, the fact that he was hit by this evil.  What did God

9    mean for him?  What is it meant for him?  He understood that he

10   had done something improper.  Maybe there is something that he

11   should elevate himself.  And he went to an extreme, which is

12   not -- he decided that he would not go into anyplace where

13   there are women who may not be modestly dressed.  Which means

14   he doesn't go into the city, which means he doesn't go on

15   buses, he doesn't go on trains.  He is living in a community, a

16   closed community, a religious closed community.  His wife has

17   to go to the city.  I have to go do errands for him in the

18   city.  This is an extreme position, which is not our family way

19   of life as religious people.

20   Q.  Does he go on trips with his family?

21   A.  We always used to go on trips.  Our main recreation is to

22   go hiking, to go to streams, to go to lakes.  We did swimming

23   as a family.  But from now Shaul cannot come to those places.

24   So when we want to go with the family anywhere, it's hard to

25   find a place.

F238SOK2                          L. Mandelkorn – direct

1              One time we went to a place where it's just no pool,
2    no nothing, and there was a very hot wave and everybody went to
3    find places where there was water.  There was a small baby.
4    But we were stranded with Shaul and his child.  We couldn't go
5    anywhere.
6    Q.  Did Shaul at the time have panic attacks?
7    A.  Shaul had terrible panic attacks.  Many times he felt that
8    he was going to die, that his soul is leaving his body.  And
9    the most terrible thing that I saw personally was he was home
10   and all of the sudden he says, I have a heart attack, my heart
11   is beating, I am going to die.  And I was completely terrified.
12   My son is having a heart attack, he is going to die.
13             We called an ambulance, emergency ambulance.  He was
14   taken to the hospital.  The hospital, they checked him up.
15   Nothing, nothing.  It's just trauma.  And that moment I
16   realized that my son was mentally ill and that was completely
17   the most shocking thing in my life.
18   Q.  How did it make you feel?
19   A.  As I said, if you can be physically problems, but mental
20   problems, that's the main thing a person is, his mental
21   faculties.  If his head is clear, he is a thinking person, that
22   is the most important thing.  This was the most terrible thing
23   for us.
24   Q.  Rabbi Mandelkorn, take us back to what Shaul was like
25   before the terror attack.

F238SOK2                         L. Mandelkorn - direct

1   A.  As I say, he was my pride.  He was an excellent student.

2   The head of the high school told me, Mr. Mandelkorn, I remember

3   you as a student here.  You were excellent.  You were

4   something.  But your son is ten times more than you were at

5   that time.  Your son has a great potential.  He was my pride.

6   Q.  Rabbi Mandelkorn, I want to talk a little bit more about

7   Shaul but let me back up for a moment.

8           During the time that Shaul was having these terrible

9   panic attacks and the other issues you described, did you call

10  Dr. Peri?

11  A.  Yes.

12  Q.  What was your purpose in calling Dr. Peri?

13  A.  When I saw my son had this imaginary heart attack, I

14  understood he was mentally ill.  He went to psychologist who

15  analyzed him as post PTSD, post trauma stress disorder.  PTSD,

16  post trauma stress disorder, delayed onset, and he needed

17  psychological help, maybe psychiatric help.  So we went to

18  Dr. Tuvia Peri, who was a clinical psychologist, who had been

19  recommended to start taking care of him.

20  Q.  Did Shaul see him?

21  A.  Shaul did see him, yes.

22  Q.  Was it helpful?

23  A.  It was very helpful.

24  Q.  Let's go back to what Shaul was like.  You talked about

25  what a magnificent student he was.  Tell us about what he was

F238SOK2                        L. Mandelkorn - direct

1    like in terms of his social interactions?

2    A.  He was an athlete.  He liked to play basketball like all

3    kids at his time.  He was a leader of his class.  He led them

4    in all -- he had a guitar.  He led them in song.  He led them

5    in studies.  They made a magnificent accomplishment.  They

6    covered the whole Jewish code of law.  Together they divided it

7    up between themselves.  And he was the finishing point.  He

8    organized it.  He finished it for everybody.  He was a very

9    well-rounded person.

10   Q.  Did he have any psychological or emotional issues before

11   the terrorist attack?

12   A.  No, he did not.

13   Q.  Did he have any medical issues before the terrorist attack?

14   A.  No, he did not.

15   Q.  What is Shaul like today?

16   A.  Shaul today is without -- he is withdrawn.  He has lost his

17   self-confidence.  He has lost his sense of direction.  He is

18   hard on himself.  He is introverted.  He is not as sociable.

19   He is not a leader.

20   Q.  How is his confidence?

21   A.  He has lost his self-confidence.  When you go into a

22   position, you have to feel that you have something unique to

23   give in that position.  He has lost years of his studies, lost

24   years of his feeling, the feeling that he has something unique

25   to give to humanity.

F238SOK2                        L. Mandelkorn - direct

1   Q.  What did Shaul want to be when he grew up before the

2   terrorist attack?

3   A.  Before the terrorist attack he was clear that he wanted to

4   be a practicing rabbi and teacher.  And two years ago when we

5   were here he said he wants to be a farmer.

6   Q.  What is he doing now?

7   A.  What?

8   Q.  What is he doing now?

9   A.  He is studying Jewish studies, and that's good.  He is

10  happy with it.  But he doesn't have any horizon, any scope, any

11  vision what he is going to do for his career, what kind of job

12  he is going to take in life, what position he is going to take.

13  Q.  Rabbi Mandelkorn, in front of you is a summary -- I am

14  going to put it up -- of the injuries that your son Shaul

15  endured from the terrorist attack that you testified about

16  today.  Take a moment to look at that and let me know if that's

17  an accurate summary of Shaul's injuries as you have testified

18  about them today.

19  A.  Yes.

20  Q.  Thank you.

21          Let's talk about you.

22  A.  Yes.

23  Q.  We have talked, as we were going through the testimony,

24  about Shaul, about how this affected you.  Let's talk about

25  even to today and over the course of the time from the

F238SOK2                         L. Mandelkorn - direct

1    terrorist attack.

2              How did your son being in a terrorist attack

3    affect -- let's start with your time.  How did it affect your

4    time?

5    A.  It swallowed up all of my time.  The first two years I was

6    completely engrossed in taking care of my child, his physical

7    wounds and his mental wounds.

8    Q.  You mentioned that it affected your family in terms of the

9    inability to do trips and things that you enjoyed doing.  Are

10   there things that you have to do for him that he can't do?

11   A.  He can't go into the city.  So if there are things that

12   have to be done in the city, either his wife or I have to do

13   things for him.

14   Q.  You mentioned that he is withdrawn and lacks confidence.

15   How does that affect you?

16   A.  That is the most heartbreaking thing for me.  I am

17   heartbroken because my son, I take pride in him that he has a

18   family and that he has, but my pride is that he would be able

19   to realize his capabilities in a position, in a job, in

20   leadership, and there is nothing left of it.  He has been

21   wounded by terror, by this evil.

22   Q.  What does that do to your stress level?

23   A.  That is complete sadness.  Low mood.  The whole thing has

24   affected my heart situation.

25   Q.  How is that?

1   A.  After two years of intensive work with my son, for the

2   first time I went to the doctor because I had short

3   breathiness.  I didn't have it till then.

4   Q.  Rabbi Mandelkorn, we have a summary also of the injuries

5   that you have suffered as a result of your son having been in a

6   terror attack.  Please take a look at that list and let me know

7   if it's an accurate summary of your injuries as you have

8   testified about them today.

9   A.  Yes.

10  Q.  You mentioned actually earlier in your testimony, you

11  mentioned it was hard for you to concentrate at work while

12  Shaul was in the hospital.

13          Does that issue continue to today?

14  A.  That issue is a long-time issue.  It affects the stress and

15  anxiety of taking care of him, the economic burden.  He has no

16  job.  He has no house.  He cannot afford a mortgage like any

17  normal person can to buy a house.  This is all on my shoulders

18  and I don't have solutions.

19  Q.  Rabbi Mandelkorn, you have other stressors in your life.

20  You take care of parents, right?  Who do you have living with

21  you?

22  A.  My father is with me and my in-law, my mother-in-law is

23  also with me.

24  Q.  You and your wife care for them?

25  A.  Yes.

F238SOK2                         L. Mandelkorn - direct

1    Q.   How does the stress that you live through with Shaul differ

2    from the stress that you have in caring for your parents and

3    in-laws?

4    A.   The stress of Shaul is something out of -- so out of this

5    world, so unbelievable, the fact that the evil, how the

6    terrorists succeeded in ruining our lives.  It makes us sad.

7    It makes us humiliated.  It makes us tense because those powers

8    of terror are still around and they are lurking the streets of

9    Jerusalem all the time.  So we are tense.

10           When a person goes out to the city, he doesn't think

11   about the possibility that he may have a car accident.

12   Everybody knows there is a possibility but nobody thinks about

13   it.  When a person goes out into the streets of Jerusalem,

14   there is lurking terror.  There is tenseness.

15           When a person has gone personally through a terror

16   attack and his life has been ruined, when he walks in the

17   streets of Jerusalem, this is our city where we do our

18   business, it's very hard.

19           MS. WEISER:  One moment, please.

20           Your Honor, we would like to offer Exhibit 1267 --

21   those are the summaries that the witness has identified -- into

22   evidence.

23           THE COURT:  Any objection?

24           MR. ROCHON:  No, sir.

25           THE COURT:  It will be admitted in evidence.

F238SOK2                          L. Mandelkorn - direct

1              (Plaintiffs' Exhibit 1267 received in evidence)

2              MS. WEISER:  Thank you, Rabbi Mandelkorn.  I don't

3    have any further questions.

4              THE COURT:  Any cross-examination?

5              MR. ROCHON:  No, sir.

6              THE COURT:  Thank you, sir.  You can step down.

7              (Witness excused)

8              THE COURT:  Would the plaintiff call its next witness.

9              MS. WEISER:  Your Honor, plaintiffs call Nurit

10   Mandelkorn.

11    NURIT MANDELKORN,

12         called as a witness by the plaintiffs,

13         having been duly sworn, testified through Hebrew

14         interpreter as follows:

15   DIRECT EXAMINATION

16   BY MS. WEISER:

17   Q.  Good morning, Nurit.

18   A.  Good morning.

19   Q.  Where were you born?

20   A.  I was born in Israel, in the area of Haifa.

21   Q.  Do you work outside the home?

22   A.  Yes, I do.

23   Q.  Did you live in Israel your whole life?

24   A.  Yes.

25   Q.  What do you do for a living?

F238SOK2                         N. Mandelkorn - direct

1    A.  I teach in a school, in a college in Jerusalem.

2    Q.  What do you teach?

3    A.  I teach Jewish studies.

4    Q.  Do you speak any English?

5    A.  A little bit.

6    Q.  What language are you more comfortable in, Hebrew or

7    English?

8    A.  In Hebrew.

9    Q.  Nurit, I want to talk to you about the terrorist attack

10   that your son was in and the effect that had on your husband.

11   A.  OK.

12   Q.  Were you with Rabbi Mandelkorn when you first found out

13   that your son might have been one of the people involved in the

14   terrorist bombing?

15   A.  We were together, yes.  I had just come from home.  There

16   was a party in our village and there had already been rumors

17   going around the village that there had been some kind of

18   terrorist attack and that something had happened to somebody

19   from the village.  But they were talking about somebody else.

20   Q.  What made you think that, or when did you find out that

21   your son, Shaul, may have been one of those who were injured?

22   A.  I had come to the party actually in order to tell my

23   husband that somebody else from the village apparently had, but

24   I had just walked in and I called my husband over and then a

25   neighbor walked over to us and he told us that there was some

1   news that some guy named Shaul had been injured in the attack.

2   They didn't know what Shaul they were talking about.

3           Prior to that there were all kinds of phone calls to

4   our house, where's Shaul?  But we knew that he was on a trip.

5   So we didn't think that anything had really happened to him.

6   Q.  What changed your mind, what made you believe that really

7   something had happened to him?

8   A.  The fact that they contacted us in particular caused us to

9   think that perhaps something had happened, God forbid, but we

10  were not certain.

11  Q.  So what did you do?

12  A.  We went back home and we started to call up the hospitals

13  and they told us at some hospital, a hospital called Shaare

14  Zedek, that there was a fellow there named Shaul, but they did

15  not give us any further information.  And they said that we had

16  to come to the hospital to see for ourselves.

17  Q.  What was Rabbi Mandelkorn's mental state at that time when

18  you were calling the hospitals?

19  A.  My husband in situations like that, he is always one to

20  rise to the occasion.  So he made the phone calls.

21  Q.  And what did you do next?

22  A.  In the meantime somebody, I think it was one of our

23  neighbors, they called for an armored vehicle and we

24  immediately left to go to the hospital.

25  Q.  What happened inside the car on the way to the hospital?

F238SOK2                          N. Mandelkorn - direct

1    A.  We were very worried because why, why wouldn't they say his

2    last name if it's really our Shaul?  Why couldn't they say his

3    name?  So we thought the very worst.  Does he still have his

4    arms?  Does he still have his legs?  Doesn't he have his arms

5    or his legs?  It was very hard.

6    Q.  How does Rabbi Mandelkorn relate to you when you're upset?

7    A.  He always takes care of things.  He takes care of everybody

8    and everything that has to be done.

9    Q.  Your husband, Nurit, already told us in great detail about

10   Shaul's injuries.  But tell us about what was going on with

11   Aryeh during that time.

12           When you first got to the hospital, what was his

13   reaction?

14   A.  We came to the hospital and when we were still en route, we

15   were told that his body was intact but that he was very gravely

16   wounded.  They had also already identified him, and when we

17   arrived at the hospital he was already in the middle of

18   surgery.

19   Q.  What were you and Rabbi Mandelkorn doing during the time

20   that Shaul was in surgery?

21   A.  We prayed.  We prayed that he would manage to come out of

22   it OK.

23   Q.  Was Rabbi Mandelkorn crying?

24   A.  He cried quietly, very quietly.

25   Q.  What was he like in the hospital taking care of Shaul?

F238SOK2                          N. Mandelkorn - direct

1   A.  I already said that Aryeh takes responsibility for

2   everything.  So he took care of all of the shifts and who would

3   be home while we were weren't able to be home and to consult

4   with the doctors, who were the best doctors, which doctors it

5   would be a good idea to work with, and to encourage me and to

6   encourage Shaul.  I had moments when I was sobbing.

7   Q.  Nurit, I think you have mentioned you have referred to

8   Rabbi Mandelkorn as Aryeh.  Is Aryeh his Hebrew name?

9   A.  Yes.

10  Q.  What is his English name?

11  A.  Leonard.

12  Q.  I just want to make sure we all know we are talking about

13  the right person.

14          What about after Shaul came home, what was Aryeh like

15  when Shaul was home?

16  A.  Shaul came home, but he wasn't OK at all.  We had to run

17  with him to doctors and to bandage him and physiotherapy, and

18  there was still shrapnel in his eye and his leg was still not

19  OK.  There was a place where the graft had not yet taken on.

20  So there was still a great, a very great deal more to do.

21  Aryeh was the one who would call up the doctors and he would

22  drive him to his doctors' appointments.  And everything that

23  had to be taken care of, Aryeh was the one who took care of it.

24  I did things like bandaging him.

25  Q.  Was Aryeh with you when you bandaged Shaul?

F238SOK2                          N. Mandelkorn - direct

1    A.  Sometimes yes and sometimes no.

2    Q.  Was Aryeh with Shaul when he went to his therapy?

3    A.  He was the one who would drive him to the appointments.  He

4    went in with him as well.  I did that too.

5    Q.  Did Shaul have any psychological or emotional issues after

6    the terror attack?

7    A.  Not immediately.  At first it looked like everything was OK

8    from a psychological point of view.  In effect, we only found

9    out about it about two years later.  When he told us about it,

10   it was a year later, a year after that.  For him it had already

11   been a year that he was coping with these difficulties.

12   Q.  Does Rabbi Mandelkorn have anybody else in his family with

13   mental health issues?

14   A.  Yes, both his sister and his father.

15   Q.  What conditions do they have?

16   A.  Also they have mental health issues as well.

17   Q.  From trauma or from other things?

18   A.  No, not trauma.

19   Q.  How did it affect Rabbi Mandelkorn to see his son suffering

20   from mental health issues having had other members of his

21   family have mental health issues?

22   A.  He knows what that is like.  It really, really frightened

23   him.  It would frighten anyone I think.  But for a person who

24   knows what that is like, it's much more frightening.

25   Q.  Did it affect Rabbi Mandelkorn physically?

F238SOK2                         N. Mandelkorn - direct

1    A.  Yes.  Not immediately.  Generally speaking, it happened

2    when he was contending with all kinds of tasks that he had to

3    accomplish.  So he rises to the occasion with full force and

4    with all of his energy, but later on, when it calms down a

5    little bit, then he pays the price.

6    Q.  What do you mean by that?

7    A.  That after we started to take care of things and treat him

8    and it seemed that Shaul was OK more or less, then Aryeh felt

9    very poorly.  He would wake up at night.  He wouldn't be able

10   to breathe.  He had all kinds of pain.  And he has a cardiac

11   issue and that would manifest with pain and shortness of

12   breath.

13   Q.  Does Shaul continue to have physical and emotional issues

14   as a result of the terror attack?

15   A.  Unfortunately, yes, he does.  First of all, his eye.  He

16   only has one eye.  There are sutures in the other eye, and he

17   sees them from the inside of his eye when he looks out.  And he

18   always has to find the right angle how to read.  His whole body

19   is like patchwork, and he still has apparently shrapnel in his

20   lungs, which has not been removed.

21   Q.  What about emotionally?  I'm sorry.

22   A.  That's physically speaking.

23        And emotionally speaking, he does not like to be in

24   public places and he does not want to look at women, and

25   therefore it's a problem, for example, when we go on family

F238SOK2                         N. Mandelkorn - direct

1    trips.  It's a problem for his family too.  His wife has to do

2    all kinds of things for him.  She is the one who has to go

3    shopping and car travel.  It's always a problem, the route to

4    plan.

5    Q.  What was Shaul like before the terrorist attack?

6    A.  Oh, he was a happy guy, and he was smart.  He was a leader.

7    He had a lot of self-confidence.  And afterwards, now he is

8    very much lacking self-confidence.  He doesn't really know what

9    he wants to do with himself.

10   Q.  Does your husband Rabbi Mandelkorn continue to help Shaul

11   on a daily basis with these issues that you have described?

12   A.  Both of us do.

13   Q.  Does it weigh on him, does it worry him?

14   A.  Of course it does.  Everybody wants to see their children

15   independent.

16   Q.  Nurit, in the recent past, did you see or did you have a

17   chance to see the full extent of the lasting injuries

18   physically to Shaul?

19   A.  Yes, I did, and it was very difficult.

20   Q.  When was that?

21   A.  It was two years ago when we came here for the deposition.

22   That was the first time that I saw the whole range of his

23   injuries.

24   Q.  What did you see?

25   A.  He had a physical examination and he had only shorts on.

F238SOK2                              N. Mandelkorn – direct

1    It was so hard.  It was the first time I saw him, all of him.

2    Even in the hospital I didn't see his whole body.  He is simply

3    all patchwork, like a quilt.  It was a terrible thing to see.

4    Q.   Take your time, Nurit.  Do you need another tissue?

5         Can you describe for the jury what Shaul's chest and

6    arms look like today?

7    A.   First of all, he has, what should I call it, he has a scar

8    all the way down.  But apart from that, on every side, in every

9    direction, he has patchwork and scars.  He has big pieces of

10   patchwork on his arms and, again, lots and lots and lots of

11   scars.  He doesn't have a single square centimeter of his body

12   that is not scared.  On his leg also he has like a pit on one

13   leg, and more scars and more pieces of patchwork, and more.

14   Q.   Was Aryeh with you when you saw Shaul that day?

15   A.   Yes.

16   Q.   What was his reaction?

17   A.   For him too it was terrible.

18   Q.   Why was it so terrible?

19   A.   I think that for me it was terrible because you give birth

20   to a child and he is whole and all of the sudden you see him,

21   he is not whole anymore.  And for him it's awful.  Every day he

22   looks at himself in the mirror and I think that it's a terrible

23   thing to see.  He can never forget what happened to him.

24        MS. WEISER:  Thank you, Nurit.

25        I have no further questions, your Honor.

F238SOK2                          N. Mandelkorn – direct

 1              THE COURT:  Any questions?

 2              MR. ROCHON:  No, sir.

 3              THE COURT:  Thank you ma'am.  You can step down.

 4              (Witness excused)

 5              THE COURT:  Let's take a short break.

 6              Ladies and gentlemen, we will take a ten-minute break.

 7              Don't discuss the case, keep an open mind, and I will

 8    see you in ten minutes.

 9              (Jury exits courtroom)

10              THE COURT:  Let's take ten minutes.

11              (Recess)

12              (Continued on next page)

13

14

15

16

17

18

19

20

21

22

23

24

25

F23TSOK3

1          (Jury not present)

2          THE COURT:  Mr. Yalowitz, do you think we'll be

3    finished in an hour or should we come back after lunch?

4          MR. YALOWITZ:  We think a half hour, 45 minutes, I

5    think we have got half an hour, 45 minutes with the next

6    witness, and we got two after that.

7          THE COURT:  Okay.

8          MR. YALOWITZ:  So I think if we come back at 2, I

9    think we'll be done at 3.

10          THE COURT:  Okay.

11          MR. YALOWITZ:  3:30.  I seem to think we're going to

12    go faster than we're -- I'm always a little like a half hour

13    late.

14          MR. ROCHON:  It's the cross-examinations.

15          THE COURT:  I just don't want to mislead the jury.

16    Let's get them in and we'll do that in the next 45 minutes and

17    take lunch.

18          MR. YALOWITZ:  Thank you.

19          (Continued on next page)

20

21

22

23

24

25

F23TSOK3                        H. Waldman – direct

1                (Jury present)

2                MR. YALOWITZ:  Your Honor, one thing I meant to do

3    this morning and I overlooked it, may I have the Court's

4    permission hand the jurors the summary cards?

5                THE COURT:  Yes.

6                MR. YALOWITZ:  Thank you.

7                Your Honor, plaintiffs' next witness is Henna Waldman,

8    and Ms. Pildis will do the direct examination.

9                THE COURT:  Okay.

10    HENNA NOVACK WALDMAN,

11        called as a witness by the Plaintiffs,

12        having been duly affirmed, testified as follows:

13   DIRECT EXAMINATION

14   BY MS. PILDIS:

15   Q.  Good morning, Henna, where are you from?

16   A.  Israel.

17   Q.  And where do you live now?

18   A.  Lakewood, New Jersey.

19   Q.  Did you grow up in Israel?

20   A.  In Israel.

21   Q.  Are you a U.S. citizen?

22   A.  Yes.

23   Q.  Do you have any children?

24   A.  Yes.

25   Q.  What are their ages?

F23TSOK3                        H. Waldman - direct

1    A.   Twelve, ten, eight, six and four.

2    Q.   When did you meet your husband?

3    A.   2000.

4    Q.   What did you think of him when you first met him?

5    A.   He was amazing.  Very caring, loving, happy, funny.  He's a

6    good person to be next to.

7    Q.   Where did you live when you first got married?

8    A.   In Israel.

9    Q.   What was your life like as newlyweds?

10   A.   It was great.  It was newlyweds.  We went on the bus every

11   day together, we spent time.  Nights I had a job, he went to

12   study, and basically we had to be together, and we enjoyed each

13   other's company.

14   Q.   What was he studying?

15   A.   He was -- for a few months he was studying the Bible.

16   Q.   After that did he get a job?

17   A.   He got a job, yes.

18   Q.   What was he doing?

19   A.   He was a store manager.

20   Q.   How was the job going for him?

21   A.   It was going good.  He was actually going to be promoted.

22   He was very efficient, he spent a lot of hours, and he worked

23   hard.

24   Q.   Was that a happy time in your life?

25   A.   Yes.

F23TSOK3                        H. Waldman - direct

1   Q.  I would like to take you to January 22nd, 2002, the day

2   that your husband was shot.  Can you, starting in the morning,

3   describe that day for me?

4   A.  Yes.  It was supposed to be a very special day for us as a

5   couple.  I had planned it a few days before.  It should have

6   been a very romantic night.  I was going to go to work and come

7   back early that day.  I finished work at five, and that day I

8   finished at one to prepare myself before he came home that day

9   later.

10  Q.  Was that going to be a special day?

11  A.  That day was my Mikvah night.

12  Q.  Can you explain what the Mikvah is?

13  A.  It's basically -- the word Mikvah is a ritual bath which

14  you go, and every Jewish Orthodox lady has to do it, about a

15  week and a half after she gets her period.  Basically our

16  marriage is set up in a way that we give -- the month is

17  separated, emotional needs to the spouse, we give all the good

18  words and encourage each other when I'm forbidden to touch my

19  husband for about two weeks, the week of my period and then a

20  week later.  And after those two weeks I go and I go to that

21  bath, which is located in many places.  After that we could

22  physically be together.  So that night is a night that we look

23  forward to.  It's a very special night for any Orthodox Jewish

24  lady, should be.

25  Q.  What special things were you doing to prepare your home for

F23TSOK3                        H. Waldman - direct

1    that night?

2    A.   Well, obviously the house was spotless.  I cleaned and

3    tried to have it really nice and clean.  I chose my clothing to

4    be more attractive, romantic, definitely candles, and the food

5    that I prepared that day when I came home early was bought the

6    day before and prepared to the best that I could do.  I learned

7    to be a chef, so that was like one of my nights that I would

8    put all my effort in the wines and the meat.

9    Q.   Were you doing special things to prepare yourself?

10   A.   Yes, I took a bath after I cleaned the house and prepared

11   all the food, the table was set, and basically everything was

12   done.  All I had to do was get into the bath, go dip, and my

13   husband would come home.

14   Q.   What happened when you were getting ready?

15   A.   That was when I got the phone call from my husband Shmuel,

16   and he had told me he got shot, two bullets in his leg.

17   Q.   What did you do?

18   A.   I came out of the bath, I put on the clothing that I saw

19   first, and I ran out of my house with nothing but the few

20   dollars or shekels.  I tried to find a taxi, but there was

21   nothing there.  So I just happened to see a taxi that fills up

22   with ten people, and I go and I basically asked the driver how

23   many people are missing for the taxi, and he said eight, and

24   said well my husband is shot, I will pay the eight people, and

25   just go fast.

F23TSOK3                         H. Waldman - direct

1  Q.  At that point what did you know about Shmuel's condition?

2  A.  He had told me that he got two bullets and he does not know

3  if he could make it.  He told me the hospital where I should be

4  going, but it changed, and I was being updated in the taxi from

5  the news that was heard from the driver, and they told me

6  that -- I heard on the news that an American boy is being

7  transferred to a different hospital for better care.

8  Q.  How long did it take you to get to the hospital?

9  A.  It was about an hour and a half.  It felt like a month,

10  maybe more.

11  Q.  What did you find when you got to the hospital?

12  A.  My husband was sitting on the bed waiting to be examined to

13  be prepped to surgery right away, and he was -- he looked

14  awful.  He was white, scared.  He did not look good.  He had

15  ten-inch hole in his leg, and he was very confused.

16  Q.  Were you able to go to him?

17  A.  Yes.  Well, we are forbidden to hold each other or hug each

18  other before I do go to that bath that I was saying, but I

19  definitely -- my father was right there, he left the office

20  when he heard, and he had realized what was going on, and he

21  said you should go give him a hug, he might not make it.

22  Q.  And did you?

23  A.  I did, yes.

24  Q.  What happened that night at the hospital?

25  A.  He was waiting to go into surgery.  It took them about an

F23TSOK3                              H. Waldman - direct

 1   hour and a half and he went into surgery.  I waited there for

 2   about another half an hour, 40 minutes, to make sure that

 3   everything is going well, and then I went out for about a half

 4   an hour.

 5   Q.  What did you do?

 6   A.  I went to the Mikvah at a different location near the

 7   hospital.

 8   Q.  What was that like for you?

 9   A.  It was a nightmare.  I felt like I had to do it.  It felt

10   good to do it, but it was hard, and it's hard every month.

11   Q.  What happened when you went back to the hospital?

12   A.  I was waiting there until his surgery was done.

13   Q.  What did you learn when he came out of surgery?

14   A.  Well, he looked more relaxed.  I guess he was drugged up

15   and just in a lot of pain.

16   Q.  Can you describe what he was like during the next several

17   days?

18   A.  He was anxious and irritated, and he did not like the fact

19   that he's in the bed and cannot move, not even to the bathroom

20   or anything.  It was pretty awful.

21   Q.  What did you have to do to care for him during that first

22   week at the hospital?

23   A.  That year was -- I'm assuming was a hard year for the

24   hospital staff, so I pretty much felt like nurses became

25   doctors and spouse or any family members became a nurse.  I

F23TSOK3                          H. Waldman - direct

1   felt like I was trained within a few seconds to be a nurse, and

2   give him whatever they can give him because they were so

3   understaffed.

4   Q.  What did you have to do to take care of him?

5   A.  That meant getting his needles, getting his medicines, if

6   he needed more, changing his linens, changing him, washing him

7   up.

8   Q.  What was that like for you?

9   A.  It was -- did not want to do to my husband.  It was -- I

10  felt like he was so degraded, humiliated.  It was just

11  something I had to do.

12  Q.  How many months had you been married at that point?

13  A.  Five and a half months.

14  Q.  How long was he in the hospital before he returned home?

15  A.  Twelve days.

16  Q.  And what was it like when you took him home?

17  A.  Taking him home was a day by day what he needed.  He was

18  off his drugs right when he came out of the hospital, pain

19  drugs.  It was disastrous because I did not even know that he

20  needs to gradually take them off, he just came off of the

21  machine.  And there was a machine that he would press when he

22  needed the drugs, and it was -- just to understand, there were

23  probably eight machines in the whole country, he got one of

24  them, and he's able to press the button whenever he's in pain,

25  and he did.  We came home to just Advil, Tylenol.  It was very

F23TSOK3                    H. Waldman - direct

1    difficult.  He was anxious, pain.

2    Q.  What did you have to do to care for him at home?

3    A.  He came with a wheelchair, the Advil that I tried, and it

4    was pretty much bathing him, also changing him, taking care of

5    him, and wheeling him outside to take a break.

6    Q.  Was he able to sleep during that period?

7    A.  No, he did not sleep.

8    Q.  Were you working during this period?

9    A.  I was, yes.

10   Q.  What was it like trying to work and provide all this care

11   for your husband?

12   A.  It wasn't so much room to think what I emotionally was

13   going through, but I definitely knew that I needed to keep that

14   job.  And if I'm at work, no one will talk to me about my

15   emotional struggles.  I got to do my job from 9 o'clock to

16   5 o'clock, and after that is my night nurse shift for caring

17   for my husband, and of course follow ups in the middle of the

18   day.  But he would dose in and out.  So it would pretty much --

19   I hired for him a friend to come be with him during the day,

20   and during the night he would -- either I would help him if I

21   wasn't falling asleep and he would talk to his father.

22   Q.  You mentioned your emotional struggles.  Can you describe

23   those?

24   A.  Well, it was very difficult to see my husband and just

25   juggle everything the way it should be and hide all emotions of

F23TSOK3                         H. Waldman - direct

 1    the pain it was to see him that way every step of the way.  And

 2    eventually we had kids, and all that was a struggle of my own

 3    that I had for years, just had to get through the day and do

 4    what's right and not share it with him was --

 5    Q.  After you got home did your husband require further medical

 6    care?

 7    A.  Yes.

 8    Q.  Can you describe that?

 9    A.  He had a few surgeries to try to repair his foot, and

10    follow-ups by local doctors, pediatrists and physical therapy

11    many times at different periods.

12    Q.  How long was he unable to walk?

13    A.  I would say about -- the first round of surgeries was about

14    a year someone would help him.

15    Q.  At some point did you move to the United States?

16    A.  Yes.

17    Q.  When was that?

18    A.  It was I believe the summer of 2004.

19    Q.  Why did you move to the United States?

20    A.  It was very hard.  We could not manage there, and

21    emotionally and financially I couldn't swing more than I was

22    able to, and my husband could not work there.

23    Q.  Why was that?

24    A.  His disabilities could not get him a proper job over there,

25    and our bills were piling up.

F23TSOK3                          H. Waldman - direct

1    Q.  When you moved back to the United States, where did you

2    move to?

3    A.  To Lakewood, New Jersey.

4    Q.  Did you open a business at that time?

5    A.  No.

6    Q.  Did you ever open a business?

7    A.  Yes.

8    Q.  When did you open that business?

9    A.  It was about a half a year after we came to the United

10   States.

11   Q.  What type of business was it?

12   A.  It was shades, blinds for windows, all kinds of treatment,

13   window treatments.

14   Q.  Did you work in that business with your husband?

15   A.  In the beginning, no.  Eventually I helped him.

16   Q.  Was that business successful?

17   A.  It was very -- potentially should have been successful, but

18   we ended up closing it.

19   Q.  What happened?

20   A.  It was -- it did not work out.

21   Q.  Why didn't it work out?

22   A.  Basically my husband loves the drill and he loves people,

23   so customer service was what we thought would be great.  He

24   gave it and he tried his all, but it just slowed down and he

25   wasn't able to give the customer service that he should have.

1    Customers were being frustrated and the bills were piling, and

2    he couldn't even some days get out of bed to go to work, so --

3    Q.  Why couldn't he get out of bed to go to work?

4    A.  Sometimes he was physically in pain and sometimes he was

5    emotionally in pain and could not go out to work that day.  And

6    I tried to help him.  I went myself to customers and I hung

7    shades and I repaired shades and I tried to help with the

8    customers, but it had to be closed.

9    Q.  At some point did your husband have additional surgeries in

10   the United States?

11   A.  Yes.

12   Q.  Can you describe those?

13   A.  I believe it was started in 2009, he developed an ulcer and

14   on the bottom of his legs, and we tried curing it in many

15   different ways.  It kept on coming back, just like diabetes

16   type of thing, but I know my husband doesn't suffer from

17   diabetes.  And he eventually -- after nine months we went to

18   specialists, a few specialists in Manhattan, and they had

19   referred us to a head doctor surgeon in Washington, Georgetown,

20   Washington DC, where we started our treatment there.

21   Q.  Did your husband have surgery in Washington DC?

22   A.  Yes, three.

23   Q.  How long was he gone for?

24   A.  Well, it was -- every surgery was about a day.  Sometimes

25   he was in so much pain we couldn't drive the way back.  It

F23TSOK3                          H. Waldman - direct

1   would take us about four and a half hours each way without

2   stopping, and it was hard.

3   Q.   How is Shmuel different since the attack?

4   A.   He cannot be the father he wants to be, neither a husband.

5   Q.   At some point did your husband require treatment in a

6   hospital for his mental health issues?

7   A.   Yes, he did.

8   Q.   Can you describe that?

9   A.   Yes.  We were having some marriage problems due to his

10   emotional state, and it was actually after the three surgeries,

11   he just -- first it was physically and then it was emotionally,

12   really, really became stressful in the house, to the extent

13   that he would have to go to his sister to sleep over some

14   nights, and he admitted himself to the hospital.

15   Q.   Can you summarize Shmuel's injuries for me?

16   A.   Yes, my husband got shot twice in his leg, his right lower

17   leg, he suffers nightmares.  He had many surgeries, multiple

18   surgeries.  He has pain, numbness, stiffening in his leg and

19   lower back.  He had shrapnel, still has, it was never removed,

20   so he suffers from his back pain also.  He has nightmares and

21   flashbacks and avoidance.  He's very sensitive to loud noises

22   and avoids crowds.  He always is looking over his shoulders who

23   is behind him, on the side of him.  He gets angry.  He has

24   depression that's in him sometimes.  He became an introvert, so

25   that's about it.

F23TSOK3                         H. Waldman - direct

1    Q.   Does that summary on the screen accurately summarize the

2    testimony you just gave about the extent of your husband's

3    injuries?

4    A.   Yes.

5    Q.   I would like to ask you a little bit about how this

6    impacted the rest of your family, you and your family.  Your

7    father-in-law, I understand you observed the impact this has

8    had on him?

9    A.   Right.

10   Q.   Can you summarize what you understand his injuries to be

11   for me?

12   A.   My father-in-law has nightmares.  He definitely increased

13   his anxiety, and he has increased vigilance.  That should be

14   it, I think.

15   Q.   I'm going ask you again to look at the screen and tell me

16   if that's an accurate summary of what you just described.

17   A.   Yes.

18   Q.   Now I was wondering if you could summarize the impact of

19   the shooting on you.

20   A.   I suffer from flashbacks and nightmares, loneliness and

21   anxiety, avoidance and instability in the home.

22   Q.   And I'm going to also ask you to look at the screen and ask

23   you if this is an accurate summary of testimony you just gave.

24   A.   Yes, that should be accurate.

25           MS. PILDIS:  We would like to offer the summaries into

F23TSOK3                        H. Waldman - direct

1    evidence as Exhibit 1268.

2              MR. ROCHON:  No objection.

3              THE COURT:  It will be admitted into evidence.

4              (Plaintiff's Exhibit 1268 received in evidence)

5    Q.  How is your life different since the attack?

6    A.  My life is different.  Emotionally I cannot share the way I

7    would like to share with my husband everything that happens.

8    Q.  Why is that?

9    A.  I imagine how much pain I'm going through, I cannot do this

10   for him.

11   Q.  How is your relationship with your husband different these

12   days?

13   A.  I definitely try to give him a lot of compliments, probably

14   triple the amount of each lady.  I try very, very hard to put

15   effort into how I look when he comes home or around me, and the

16   words of encouraging him and every day putting the meals

17   together should be good for him.  He should feel good next to

18   me.

19   Q.  Are there things in everyday life that you think you need

20   to avoid since the attack?

21   A.  I do have to avoid -- yes, I do have to avoid many, many

22   things, try to figure it out on my own and with our kids.

23   Q.  Are you able to follow current events in the news?

24   A.  I don't do that, no.

25   Q.  Why not?

F23TSOK3                            H. Waldman - direct

1    A.   Because it is very painful.  I don't listen to the news and

2    I don't watch the news.

3    Q.   Are you in the process of planning a special event for your

4    family?

5    A.   Yes, we are.

6    Q.   What is that?

7    A.   My son just turned 12, when he will be 13 we will celebrate

8    his bar mitzvah.

9    Q.   Are you able to plan a party for that celebration?

10   A.   As of now, I have been putting it on paper, I'm trying to

11   make my own phone calls, but I pretty much stopped.

12   Q.   Why is that?

13   A.   I have something in mind for what I think would be best for

14   our son, but when I brought it up with my husband twice, he did

15   not cooperate so well.

16   Q.   What happened when you and your husband try to go to family

17   gatherings?

18   A.   When it happens -- he doesn't go to every family

19   gathering -- it is extremely difficult for him.

20   Q.   Why is that?

21   A.   Because he doesn't do well with crowds, and even with

22   family get togethers, many times I have to go myself or say to

23   myself it's best if I stay with him and let the family think

24   what they think.  He and I -- it is very emotional for us to go

25   to parties and events, any events, weddings, small or big, it

F23TSOK3                         H. Waldman - direct

1    becomes a stressful situation from the day we're invited.

2    Q.  Why is that?

3    A.  I believe my husband is avoiding the crowd situation,

4    affects him a lot in his ability to celebrate with family

5    events, even with our own children, our own parties.  So it's a

6    very painful topic for us.

7    Q.  Is the fact that your husband was injured in a terrorist

8    attack different for you than if it was a different type of

9    injury?

10   A.  It is.  If my husband would go out that day and would have,

11   God forbid, been in an accident, I would say accidents happen.

12   But the person that shot my husband, that was not an accident.

13   He was the first two bullets, and he was aiming for his heart.

14   My husband is a tall man.  He took a step to get on the bus and

15   both bullets hit his leg, but the people after him who fell on

16   the floor, that was no mistake, that was planned, I must say,

17   very, very well.

18   Q.  Henna, do you still follow the ritual of going to the

19   Mikvah every month?

20   A.  I do when I have to, yes, I do.

21   Q.  What's that like for you?

22   A.  It is something I have to do, something spiritual that I

23   have to do, and it's not something so pleasant.  Every month I

24   think about the time that I went that night, and those thoughts

25   and feelings haunt me every single time.  I have to stop and

F23TSOK3                         H. Waldman – direct

 1    catch my tears every time I go.

 2              MS. PILDIS:  I have no fourth questions.

 3              THE COURT:  Any cross-examination?

 4              MR. ROCHON:  No, sir.

 5              THE COURT:  Thank you, ma'am, you can step down.

 6              THE WITNESS:  Thank you.

 7              THE COURT:  Did you want to take it the lunch break or

 8    start with the next witness?

 9              MR. YALOWITZ:  I think if we could take a break, your

10    Honor.

11              THE COURT:  Ladies and gentlemen, let's do that.

12    Let's take the lunch break, and I will ask you to be back

13    inside the jury room at 1:45.

14              I think we have a couple of witnesses that will

15    probably take us about an hour or so, and then I will send you

16    home for the day.  Don't discuss the case, keep an mind, and I

17    will see you at 1:45.

18              (Jury not present)

19              THE COURT:  Let's take a lunch break.

20              (Continued on next page)

21

22

23

24

25

F238SOK4

                              AFTERNOON SESSION

                                  1:45 p.m.

1          (Jury not present)

2          THE COURT:  We are ready to continue.  All the jurors

3    are here.

4          What I am going to do, I went through all of the

5    deposition designations.  I read them all in the transcripts.

6    What I have done, I am just going to give you what are

7    literally my handwritten notes on the chart that was given to

8    me as to what is in and what is out.

9          MR. YALOWITZ:  Would your Honor memo endorse that for

10   us?  How did you want to handle it?

11         THE COURT:  My court reporter has it written right

12   there next to me.  That's going to be my ruling.  Unless you

13   think there is something I skipped or missed, or there is

14   something else you specifically want to argue, I think my

15   views, most of them, are fairly obvious and already have been

16   stated in other contexts.

17         So you can look it over over the next few days and

18   those are the designations that I have determined are

19   appropriate to be made by the defense.

20         MR. ROCHON:  Thank you.

21         Let's get the jury and we will continue.

22         (Continued on next page)

F238SOK4

1          (Jury present)

2          THE COURT:  You can continue, Mr. Yalowitz.

3          MR. YALOWITZ:  Thank you very much, your Honor.

4          Plaintiffs' next witness is Morris Waldman.  My

5     colleague, Ms. Pildis, will be conducting the direct

6     examination.

7     MORRIS WALDMAN,

8          called as a witness by the plaintiffs,

9          having so affirmed to tell the truth,

10          testified as follows:

11     DIRECT EXAMINATION

12     BY MS. PILDIS:

13     Q.  Good afternoon, Morris.

14          Where are you from?

15     A.  Brooklyn, New York.

16     Q.  Are you a U.S. citizen?

17     A.  I can't hear you.

18          THE COURT:  Ms. Pildis, would you pull your microphone

19     down toward your mouth.

20     Q.  Are you a U.S. citizen?

21     A.  Yes.

22     Q.  Are you married?

23     A.  Yes.

24     Q.  How long have you been married?

25     A.  About 38 years, 37 years.  I lost count.

F238SOK4                    M. Waldman - direct

1    Q.  How many children do you have?

2    A.  Six.

3    Q.  What are their names?

4    A.  Honey, Shmuel, Shaindy, Philip, Abraham, and Dassie.

5    Q.  Did you raise your children in Brooklyn?

6    A.  Yes.

7    Q.  Can you tell us a little bit about what your son Shmuel is

8    like?

9    A.  He was like every other child.  He had a very good head,

10   smart, lively, life of the party, as they say.

11   Q.  What type of business are you in?

12   A.  Window treatment.

13   Q.  Do you own your own business?

14   A.  Yes.

15   Q.  Did your children help you in the business when they were

16   growing up?

17   A.  Yes.  When I was younger I used to do installations myself

18   also and I brought my son Shmuel to help me sometimes on jobs,

19   especially when they were upstate.

20   Q.  Was he helpful?

21   A.  Installation.

22   Q.  Sorry.  I asked, was he helpful to you?

23   A.  Definitely.  He has got golden hands.

24   Q.  What did Shmuel do after high school?

25   A.  He went to Israel, went to rabbinical school.  It's called

```
1    Mir Yerushalayim, in Israel.
2    Q.  Was he happy there?
3    A.  Yes.
4    Q.  Did you speak to him regularly when he was studying there?
5    A.  Yes.
6    Q.  Did he get engaged soon after he moved there?
7    A.  Like three or four years later, yes, four years later he
8    got engaged there.
9    Q.  Did you travel to Israel for the engagement party?
10   A.  Yes, I did.
11   Q.  Can you tell us about that?
12   A.  Yes.  My brother who lives in Israel introduced my
13   daughter-in-law Henna to Shmuel, and it was kind -- I was
14   nervous.  I am not there.  And he wanted to go ahead with it.
15   I was nervously anticipating what will I get when I meet her.
16   I can say that I am sure he had seen her before.  I was very
17   impressed with her.
18   Q.  Was there a party?
19   A.  Yes, there was a party there.
20   Q.  What was it like?
21   A.  It was friends, family, getting together and celebrating
22   the engagement.
23   Q.  Was Shmuel happy?
24   A.  Very.
25   Q.  Did you return for the wedding?
```

F238SOK4                        M. Waldman - direct

1   A.  Yes.

2   Q.  Do you remember when the wedding was?

3   A.  Yes.  It was in, I forget the name of the hall but it was

4   like outside of Jerusalem.  The outdoors was gorgeous.

5   Q.  Do you remember the date of the wedding?

6   A.  I believe it was August 9 or 7, around there.

7   Q.  Does anything about that date stand out to you aside from

8   the fact that it was your son's wedding?

9   A.  That date?  The day before stands out a little bit.  There

10  was a terrorist attack on an eating restaurant.  I forgot the

11  name of it.  It was in the same area that he was hurt.  And my

12  wife had just eaten at the same time, the day before, I think

13  it was about 2:00 if I remember correctly -- it's going back

14  years ago -- and I was walking, I happen to be walking there

15  and it was terrifying to think what could have happened if this

16  was just going to happen 24 hours earlier.

17  Q.  Was Shmuel happy at the wedding?

18  A.  Yes, very much.

19  Q.  And Henna?

20  A.  Very much so.

21  Q.  Was the restaurant you were referring to, was that the

22  Sbarro pizzeria restaurant?

23  A.  Yes.

24  Q.  At the time that Shmuel was married, was he studying at a

25  Yeshiva?

F238SOK4                         M. Waldman - direct

1   A.  Yes.  But right after he got married he went to work.

2   Q.  What was he studying at the Yeshiva?

3   A.  He was studying Talmud.

4   Q.  What was the name of the Yeshiva?

5   A.  Mirrer of Jerusalem.

6   Q.  Can you tell us a little bit about the Yeshiva and the

7   program he was in?

8   A.  It was a program whereby you learned together with a

9   partner the Talmud and you strive to get more knowledge as

10  possible.  This kind of sets you up for lifetime.  How to

11  conduct yourself in life, you know, you and your friends, your

12  wife.  Everything.  It is all-inclusive.

13  Q.  Is it considered a good school?

14  A.  Yes.

15  Q.  Were you proud that he was studying there?

16  A.  Yes.  He did very well.

17  Q.  I would like to go to January 22, 2002.  Can you tell us

18  about that day?  What were you doing when you found out that

19  your son had been shot?

20  A.  First, that morning I woke up and my nextdoor neighbor

21  passed away, but my father, may he bless the memory, he had to

22  go for surgery.  He had a heart condition, and my brother had

23  to be in Manhattan that day.  So I was not able to take him.

24  So my wife went to the funeral and I took my father.  While I

25  was driving, as I was passing the funeral home on the way to

F238SOK4                         M. Waldman - direct

1    the hospital, I got a call from my daughter in Israel and says,

2    my son was shot.

3           I didn't react because I had my father next to me and

4    I told my daughter, do me a favor, find out what you can and

5    get back to me.  But I also needed to tell my wife.  So every

6    time I need to do something I have to stop the car, go out and

7    do the phone call and come back in.  But I told my father that

8    I had a funeral to go to, just wanted to go and pay my

9    respects.  Meanwhile, I ran into the ladies section.  I wanted

10   to call my wife there.  It was kind of odd because what is a

11   man doing in ladies section and running around each bench

12   looking.  I missed my wife.  I couldn't find her.

13          So I went back out and went further to take my father

14   to the hospital.  I get another phone call and another phone

15   call.  Each time I stop, I told my father it's my daughter and

16   I run out.

17          One of the phone calls, I got a call from my brother,

18   how's my son doing?  I said, can you do me a favor.  Call

19   Jerusalem, call my daughter at that time, find out for me if he

20   is alive or not.  He got back to me.  He assured me that he was

21   alive but he's hurt.

22          I got another phone call from my daughter and I run

23   out again.  This time my father is getting upset at me.  He

24   said, since when are you so good to your daughter that you have

25   to speak every five minutes.  Can you just concentrate on me

F238SOK4                         M. Waldman - direct

1    now and take me to the hospital.  It was very tough.  The

2    doctor said they give him a 65 percent chance of surviving, and

3    he had a heart condition too.  So I didn't know what to do.

4    Tell him, not tell him.  If I tell him, I can give him a heart

5    attack.  And if I don't, he is angry at me.

6         Then I knew I had to go to my son in Israel.  That is

7    my first duty.  But I am afraid what if he doesn't make it.  It

8    was very tormenting.  Do I miss my father's funeral or do I

9    miss my son's, how you call it, in helping my son there.

10        So I just continued, went to the hospital.  I had to

11   also run around.  He was very frustrated with me.  I stayed

12   there till 12' clock and told my brother to relieve me.

13   Q.  What did you do at that point?

14   A.  At that point I got ahold of my wife.  My kids got ahold of

15   her and told her.  And I got ahold of somebody who arranges

16   things to arrange a flight to Israel that same day to meet my

17   wife.

18   Q.  When you went to Israel, what did you do?

19   A.  I went straight to the hospital and I saw my son there.  He

20   was wrenching in pain and he was put on a lot of morphine, I

21   think it's called.  Even with that he was wrenching in pain.

22   He couldn't take it.  He was kind of confused.  There is

23   something that I just heard today at lunch when I was speaking

24   to my daughter-in-law.  That morning before she went to work,

25   she made supper for him, that day he was shot.  She made him

F238SOK4                         M. Waldman - direct

 1   meat and made him potatoes shaped in a heart and prepared it

 2   for him when he will come home because he came home earlier

 3   than she does.  He finished work earlier.  The next time they

 4   saw that meal is when they came home two weeks later and it was

 5   moldy.  And I would say that scenario changed the life for all

 6   of us involved in the same way.  It was beautiful till then and

 7   things went south from then.

 8   Q.  How long were you in Israel?

 9   A.  Two weeks.

10   Q.  Can you describe what it was like while you were there?

11   A.  It was very hard, gut wrenching.  It's a parent's worst

12   nightmare what I had to go through then.  He was terribly in

13   pain.  The morphine helped.  But one day there was another

14   terror attack and the morphine wore off, and the call that came

15   at the hospital, there were victims coming in from the attack.

16   The whole floor emptied out, no doctors, no nurses.  There was

17   no one to talk to and everything was a hurried frenzy over

18   there.  And here I had my son wrenching in pain, screaming.

19   And here it's happening again, another terror event, only a few

20   days apart, and it was very hard.  It took like quite a few

21   hours till I was able to get his morphine back so he could be

22   able to bear it.

23   Q.  What was it like for you watching your son in pain like

24   that?

25   A.  Gut-wrenching, hard, difficult.  Emotionally it was very

F238SOK4                           M. Waldman - direct

 1   hard.  They started off as a newlywed couple six months

 2   earlier, and I must commend my daughter-in-law.  She took it

 3   like a lady.  She was also mortified, but I don't know how I

 4   can manage without her.

 5   Q.  What did she do?

 6   A.  She was there for him 24/7.  Whatever needs, she was there.

 7   She was comforting us and helping her husband at the same time.

 8   I thought it was very strong.

 9   Q.  What was Shmuel like after you returned to New York?

10   A.  Try again.

11   Q.  After you returned to New York, did you speak to your son?

12   A.  After returned to New York from, moved back?

13   Q.  After you went back.

14   A.  After I went back.  Well, it was very difficult times.  He

15   used to call me up.  I run a business and he used to call me up

16   and cry on the phone literally for hours from depression and

17   anxiety, and he was bored to death.  He was sitting in a

18   wheelchair doing nothing all day.  He made money from the

19   wedding and I also gave him money.  Out of boredom he went and

20   invested in stocks and lost it all.  It was going on for six

21   months straight.  I don't know how many months.  I said, Why

22   don't you come to the United States and I will try to help you

23   from here?  That's what it was.

24   Q.  What was it like for you as a parent talking to your son on

25   the phone and having these difficult conversations?

F238SOK4                              M. Waldman - direct

1    A.  It was hard because I myself had a hard time holding up,

2    but I had to be there for him, to cheer him up while I wasn't

3    really cheered up.  You know, you think you have married off

4    your kid, you have done your job, everything goes well, and

5    then comes this disaster and it turns your life around.

6    Q.  Can you describe how you helped support Shmuel and Henna

7    when they did return to the United States?

8    A.  Yes.  I was in the window treatment business.  He was great

9    when he helped me out in my business and I figured he would be

10   a great candidate.  He has got the height.  He has got golden

11   hands.  And he has got great sense of humor.  I thought it

12   would be great if he get into the same business as I was.

13           So I went to my suppliers and I offered to guarantee

14   whatever he buys so he can get credit.  He doesn't pay, I pay.

15   And that's how I started him off in the business.

16   Q.  How did the business go?

17   A.  In beginning I helped out a lot, but he had a hard time

18   dealing with things because things would set in, you know, his

19   depression would kick in, and then he wouldn't take care of

20   customers.  I ran to take care of the customers so that his

21   business could take off.  Somehow it wasn't the same Shmuel

22   that I knew before he went to Israel.

23   Q.  How was he different?

24   A.  He couldn't complete -- you know, his moods took him over.

25   If he was down, he wouldn't take care of a customer.  If he was

F238SOK4                          M. Waldman - direct

1    down, he would forget to order things and customers would come

2    screaming, it's several weeks, did you order, etc., etc.  Being

3    that the name of the business is the same as mine I would get

4    the calls and I would try to take care and I had to be one

5    person in two places and it was quite tough.

6          At the end of the game I saw how things were going and

7    I didn't think -- I didn't think he will manage.  He wasn't

8    managing because he couldn't get his act together.  So I bought

9    him a house.  Actually, I bought a house and I let him live

10   rent free in there.

11   Q.  At some point did your son require inpatient mental health

12   treatment?

13   A.  Yes.  It was a couple of years ago that he had a breakdown

14   of sort and I had him put into an institution.

15   Q.  What is your understanding of how he came to be in that

16   institution?

17   A.  My understanding is that his anxiety, his depression, his

18   fear of being in public all came together and he went wacky,

19   how you call it, and he started taking it out on his wife.  He

20   wanted to leave his wife.  One night he would stay by my

21   daughter.  One night he called me up and he wants to come and

22   stay by me and leave his wife.  Thank God for his wife.  She

23   wanted him back, and I told my kids not to take him in.

24   Finally my daughter called somebody to talk to my son that he

25   really needs help and he needs to get his life together again.

F238SOK4                          M. Waldman - direct

1   So he went for help.

2   Q.  Did Shmuel suffer from anxiety and depression that you have

3   described before the attack?

4   A.  No.  He was the life of the party.

5   Q.  How is Shmuel at parties now?

6   A.  At parties now?  Well, put it this way.  I married off --

7   he is my second child.  I married off the rest of my children

8   and some he would show up in the beginning and run away because

9   he is afraid of the crowd.  Some he would show up 10, 15

10  minutes and run away.  In fact, the pictures have very few

11  pictures of wedding with him in it.

12  Q.  You have testified that you bought your son a home and you

13  bought him a business.  Did you have other expenses relating to

14  his care since he returned home?

15  A.  Yes.  From time to time, just to keep him afloat, I would

16  give him large sums of money so that his marriage stays intact,

17  his family is functional and continues.

18  Q.  Who paid for his stay at the psychiatric hospital?

19  A.  I did.

20  Q.  Do you have a sense of how much money you have spent caring

21  for your son since the attack?

22  A.  How much money?  I would say 100, 150,000, besides rent

23  free, which I don't even count that.  That you're talking about

24  3,000 -- no, I would say about $30,000 a year.  Multiply that

25  by ten.

F238SOK4                              M. Waldman - direct

1   Q.  Before the attack, did you ever think that you would have

2   to provide Shmuel with this type of support?

3   A.  No.  For six months of his marriage everything was fine.

4   He was happily in his job, happily married.  Everything was

5   fine.

6   Q.  Do you have nightmares about the attack?

7   A.  Yes, I do.  I scream at night.

8   Q.  How else has the attack impacted your life?

9   A.  Well, when something is brewing I always look over my

10  shoulders.  I am scared.  Maybe it's a terrorist attack.

11  Q.  Do you think that it's different for you because it was a

12  terrorist attack?

13  A.  Yeah.  For example, I once -- in my job I went -- customer

14  sent me up to measure a window.  She forgot to tell me there is

15  no floor.  And I walked -- it was a plastic covering.  I walked

16  through and fell down a floor and was hospitalized, but I still

17  go to measure because that was an accident.  Terrorism is a

18  different thing.  The fear never goes away.

19  Q.  Do you suffer from fear today?

20  A.  I'm sorry?

21  Q.  Do you suffer from fear today?

22  A.  Sure do.  Any time my kids go to Israel, or even I go to

23  Israel, I always have to make sure they are in constant contact

24  with me so I know everything is fine.

25  Q.  How has your relationship with your son been impacted by

F238SOK4                        M. Waldman – direct

1   the attack?

2   A.  Well, when he was -- right away it was fine because he

3   needed help.  But then his mental state always get worse and

4   worse until he started blaming things on me, and we just didn't

5   get along for a year, year and a half.

6   Q.  Is it better today?

7   A.  Yes.

8              MS. PILDIS:  I have no further questions.

9              THE WITNESS:  Thank you very much.

10             THE COURT:  Any questions?

11             MR. ROCHON:  No.

12             THE COURT:  Thank you, sir.  You may step down.

13             (Witness excused)

14             THE COURT:  Mr. Yalowitz.

15             MR. YALOWITZ:  Our next witness, your Honor, is Shmuel

16   Waldman.

17             I will be conducting the direct examination.

18    SHMUEL WALDMAN,

19        called as a witness by the plaintiffs,

20        having so affirmed to tell the truth,

21        testified as follows:

22   DIRECT EXAMINATION

23   BY MR. YALOWITZ:

24   Q.  Shmuel, just make sure you're close enough to the

25   microphone so you can be heard.

F238SOK4                          S. Waldman - direct

1          Where did you grow up?

2    A.  Can you speak up a little bit.

3    Q.  Sure.

4          Where were you born?

5    A.  I was born in Brooklyn, New York.

6    Q.  Are you a U.S. citizen?

7    A.  Yes, I am.

8    Q.  Where did you grow up?

9    A.  Up until I was 18 I lived in New York.  Then when I was 18

10   years old I went over to Israel.

11   Q.  Would you describe yourself as a kid growing up in

12   Brooklyn?

13   A.  I went through the regular Jewish educational system in

14   Brooklyn, New York.  I went to elementary school and then I

15   continued going for one year in school in Brooklyn.  Then I

16   went to out of town.  It's called out of town because in

17   Brooklyn you think the world ends at the Hudson River, but it

18   was in Westchester.  I went to Peekskill, New York.  I went to

19   high school.  I was there for four years.

20   Q.  How did you do in school?

21   A.  I did great.  I was always considered a smart kid, did good

22   in my grades for the things that interested me.  Let's put it

23   that way.  For the things that didn't interest me, lack of

24   interest, just showed a little bit in the grades, but I was

25   considered a good student.

F238SOK4                          S. Waldman - direct

1   Q.  That Yeshiva that you went to in Israel, Mir, is that a

2   prestigious place?

3   A.  Yes.

4   Q.  It's hard to get into?

5   A.  It's tough.  Each year it's getting tougher and tougher,

6   but it's a hard curriculum and it's a full schedule and it's

7   quite tough to be with it.

8   Q.  How old were you when you married Henna?

9   A.  I was 21.

10  Q.  Is that a pretty typical marriage age in your community?

11  A.  Most of us get married in the area between 21 and 24.

12  Q.  What year was it that you got married?

13  A.  Summer of 2001.

14  Q.  Did you take a job soon after you got married?

15  A.  Originally I was studying in Yeshiva.  In approximately

16  December of '01 I took a job in a chain store called Big Deal.

17  Q.  What was your job in that chain store?

18  A.  I was running the store and running the warehouse.  I was

19  in charge of everything from purchasing, bringing in all the

20  stuff that they were going to sell, following the trend, what

21  is necessary, and making sure the store is running financially

22  correct.

23  Q.  How many people were you supervising?

24  A.  I had with me three.

25  Q.  What was the size of the store in terms of sales and like

F238SOK4                        S. Waldman - direct

1    that?

2    A.  I would put the monthly sales at about 400,000 shekel a

3    month, which is approximately 100 grand.

4    Q.  That was a store you were running when you were 21?

5    A.  Yes.

6    Q.  Now, what was it like in Israel at that time in terms of

7    security?

8              MR. ROCHON:  Objection, your Honor.

9              THE COURT:  I am going to sustain as to the form.

10   Q.  What was it like in Israel at that time?

11   A.  It was tough.  You had to watch your back and you never

12   know if you're coming home for supper.

13   Q.  Where were you living?

14   A.  I was living in a suburb of Jerusalem.  It's called Beit

15   Shemesh.  It's about 30 minutes away.

16   Q.  Were you and Henna living there together?

17   A.  Yes.

18   Q.  How did you get back and forth to work?

19   A.  Both Henna and I, usually at 7 in the morning, took the bus

20   into Jerusalem.  When we got to downtown Jerusalem we would

21   part our ways.  I would go where I had to go and she went to

22   her job.  Sometimes I did it by foot and sometimes I took a

23   small bus.

24   Q.  Did you ride the bus home from work together most nights?

25   A.  Whenever we could, yeah, if we both got released the same

F238SOK4                        S. Waldman - direct

1   time.

2   Q.  Tell us about those early days of your marriage.  Were you

3   happy?

4   A.  Henna and I, immediately it was love at first sight for

5   her.  From the first day I dated her I loved her and wanted to

6   marry her, but we dated for approximately a month.  We got

7   engaged afterwards and then three months later we got married.

8   We did all the silly and stupid stuff that every young couple

9   do and were in a state of euphoria, into each other.  It was

10  cut short, the game.

11  Q.  Just take us back to those early months.  Did you worry

12  about her safety?

13  A.  I was very worried and I used to be always in contact with

14  her just to make sure that everything is OK.  You know, I just

15  wanted to make sure she is going to come home at night and not

16  be hurt by an attack.

17  Q.  Did you think that you would be the one who might get hurt?

18  A.  At that time every time you went out you knew you were

19  taking a chance, but you had to try to continue living as best

20  as you can.

21  Q.  I want you to tell us a little bit about the plans that you

22  had the night of January 22.  I think we heard a little bit

23  from Henna.  But from your perspective, if you could explain to

24  the jury this concept of the mikvah night because I don't think

25  it's familiar to people who are not in your community.

F238SOK4                         S. Waldman - direct

1   A.   Basically the way it works in our religion, guys are guys

2   and we always try to get around having to deal with the real

3   issues and we need sometimes a reminder how to treat a woman

4   and to be nice to her and things come from emotional side and

5   to be there and listen to.  So our religion dictates to us that

6   for the time that a lady is during her period that we don't

7   have physical contact with each other.  It's a time that you

8   try to build your relationship on an emotional level and try to

9   let out all of the physical aspect that distracts most guys

10  during the process of creating and having a fulfilling

11  marriage.

12          So after the lady is finished with her period, the

13  best way that I can describe what it is is sort of a ritual

14  spa.  They go -- it's a ritual bath.  It's sort of to ignite

15  the spark once again.  Sort of, if you can understand it, if a

16  husband goes away on a vacation for two weeks and he comes back

17  and there is always renewing again.  So it's a very, very

18  special night for everyone that follows within this religious

19  path.

20          Tuesday night, January 22, she was going to go to

21  mikvah that night, but I didn't make it home.

22  Q.   Can you tell us what happened to you that day?

23  A.   The day started off as a regular day.  We took the bus

24  together.  I get my little baggy of lunch from her that she

25  would make for me.  She went off to work.  She was going to get

F238SOK4                        S. Waldman – direct

1    released from work at 1:15.  I was supposed to leave a little

2    bit later in the day, at 4:00, because I had to take care of

3    the store.

4          I decided I'm going to leave a little bit early to try

5    to surprise her and be home a little bit early.  So I left at

6    20 to 5.  I went to the bus stop.  I was hoping to get home

7    that night.  I didn't.  I didn't make it.

8          I am trying to mind my own business going home.  I was

9    standing there waiting there for the bus with hopes to be home.

10   This fellow came up from behind.  He had a trench coat.  It was

11   a rainy day.  He took out his gun, took out his gun.  He took

12   out his M-16 and he raised it up, and I was his target.  I

13   jumped onto the bus.  He gave a scream.  He screamed out *Allahu*

14   *Akbar.*

15         When he did that, I knew what it meant.  I knew what

16   it meant.  The whole world was frozen.  He started spraying the

17   bullets.  He didn't care who was there.  He just did it because

18   he had an agenda.  I got hit twice, two bullets.  It pierced

19   through my leg.  It shattered my tibia.  I dropped to the floor

20   right away.  I didn't want to get cross-fire.

21         Then the shots started firing and a man was sitting

22   toward the front of the bus.  He was a little bit slower in the

23   beginning and then dropped to the floor.  He fell down with his

24   elbow into my back.  I thought the terrorist came onto the bus

25   and started shooting me again.  I closed my eyes.  I told the

F238SOK4                         S. Waldman - direct

1   guy next to me, go tell my wife to remarry and forget about me.

2   I thought I was dying.  Everything went black and I was waiting

3   for the light at the end of the tunnel, but it didn't happen.

4   It didn't happen.

5        I didn't die that day, but my life changed.

6   Everything changed.  Hospitals, therapies, surgeries, casts,

7   nurses, needles and shots and more shots and morphine and more

8   morphine and more morphine, pain.  So much pain.  Someone with

9   an agenda to destroy.

10       I was taken right away to the hospital.  The bus

11  driver drove me to the hospital.  They weren't equipped to deal

12  with what I had.  I got transferred over to Shaare Zedek.  I

13  had to make the phone call to my wife and tell her I'm not

14  coming home.  I'm not coming home.  I'm not coming home.

15       I was rushed into surgery.  They had to stabilize me

16  because I lost half my blood.  I had a gash right through my

17  leg.  You were able to see through my leg through and through.

18  Surgeries and more surgeries and more and more and more.

19       They did two different parts in that first surgery.

20  They had to reconstruct my leg.  My bone was shattered.  They

21  had to also cover, at least temporarily, the hole that was

22  going through my foot.

23       During my hospital stay I started figuring out right

24  away, besides just on the physical level of what is going to be

25  ahead, I started having terrible, terrible nightmares in the

F238SOK4                          S. Waldman – direct

1    hospital.  The doctors had to put me to sleep using a

2    medication because I just lost it sometimes.  Always scared.

3          It was a long, long, long hospital stay.  I saw

4    myself -- I was 22 when it happened and I turned to the doctor

5    within the first few days and I said, Doctor, I'm so young.

6    Will I be able to walk again?  And the doctor said, I don't

7    know what to tell you.  But if you do ever get to walk again,

8    it's going to take a long time and a lot of work.

9          It took a lot of time, 18 months, till I was able to

10   start walking again.  A lot of psychological therapy.  You

11   start living a life where your brain and your body and soul

12   just tear you in different directions.  You try to function as

13   a husband.  You try to do the things that's right.  But your

14   mind just shuts you down.  You cannot control it.  You try, but

15   your mind just takes you to places, to bad places, to horrible

16   places.  You become so detached you start living alone in the

17   world, and when you live alone in the world suicide thoughts

18   start coming in.  Because if you're alone it doesn't make a

19   difference if you're here alone or you're there alone.  You

20   don't want to live.  Because if you can't live life and be in

21   control about things, it's a horrible place.

22         I had to go from a stage where I was managing a store

23   to a place that I couldn't even clean myself.  I would have to

24   lay in bed and have to have my wife change me.  I am 22 years

25   old.  Why does my wife have to change me when I need to go to

F238SOK4                          S. Waldman – direct

1    the bathroom?  Everything came to a standstill, everything.  No

2    more work.  Nothing.  You're stuck in your house.  You're

3    stuck.  To do anything you need help.  Take me here, please,

4    take me there.  Please help me down the steps.  Please help me

5    pick up my pants.

6          But you try and you try and you try to give it all you

7    have got.  But when you're in this situation, giving it all you

8    got doesn't take you too far because you're limited.  So the

9    process starts.  You go for therapy.  You go to physical

10   therapy and another therapy and another therapy.

11         You go to another surgery, another surgery.  But your

12   life ended.  You can't work.  You can't go anywhere.  You're

13   scared to go anywhere.  You're scared to move.  You start

14   having these visions of what happened to you that aren't a

15   fantasy.  You start imagining that someone is chasing you and

16   you can't live a normal life when you're being chased.  You end

17   up more depressed and you shelter in more and you shelter in

18   more.

19         (Continued on next page)

20

21

22

23

24

25

F23TSOK5                          S. Waldman - direct

1    A.  But you have to continue, you have to try.  So you try and

2    you try, but the mind still takes you over, the mind comes

3    back.  It takes you to places that are dark, dark.

4    Q.  Shmuel, would you like to take a break.

5          Would you like to take a break?

6    A.  I'm fine.

7    Q.  Do you want to continue?

8    A.  I'm fine.

9    Q.  I just want to ask you some questions about where you are

10   today in your life.  Can you just talk a little bit about your

11   leg and the degree to which you're able to use it?

12   A.  About three years ago I had to go back for three more

13   surgeries because I don't walk correctly, and it caused me to

14   develop a chronic ulcer.  And it almost went to the bone, to

15   the extent that the doctors were contemplating whether they

16   will have to amputate it or not.

17         But I went down to Washington DC, I went down to

18   Washington DC because I actually started off in New York but

19   the doctors told me that -- the doctor pretty much told me in

20   is simple English it's beyond their scope of medicine to be

21   able do it, and they suggested I go to Georgetown Medical

22   Center.

23   Q.  How many surgeries did you have in Georgetown?

24   A.  Three.

25   Q.  Did there come a time when you had a nail in your foot?

F23TSOK5                         S. Waldman - direct

1    A.   I was hospitalized twice because I stepped on a nail but I

2    didn't realize it because I don't have the feeling underneath,

3    and basically after three days my foot got so infected that it

4    wouldn't fit into my shoe anymore.  That's when I realized what

5    happened, and I had to go to the hospital to treat it.

6    Q.   Are there times when you have trouble walking or trouble

7    with falls?

8    A.   Because I don't have sensation, most of the balance that a

9    person has is being able to sense what they're standing on.  So

10   I have fallen many times.  And I have not sustained any serious

11   injuries from the actual falling, but it causes also lower back

12   pain, which I got a lot to chiropractors help me out with my

13   back.  I have cramping in my leg because of the irregular blood

14   flow to my foot that causes me a lot of cramps.

15   Q.   I want to ask you about the kidney that you donated.  Could

16   you just describe what that process was?

17   A.   I was volunteering for an organization called Bigger Home,

18   and I would take people to the dialysis center to get the

19   dialysis over there.  One time one of the patients asked if I

20   could stay along with him because his pillow falls a lot and

21   causes him pain because he can't reach it, so I spent the day

22   over there.  I looked around, I saw many people, and I said to

23   myself I'm not going to be able to help every one over here,

24   but I'm going to help one person get out of this center.  I

25   contacted a referral organization and they matched me up with a

F23TSOK5                           S. Waldman - direct

1   lady in Brooklyn.  I was a good match to her.  And if I

2   remember correctly, it was May 25th, 2010 I gave it to her.

3   Q.  What did you learn about that lady?

4   A.  Before I didn't know anything really about her.  I gave it

5   totally altruistically.  It was more afterwards that I found

6   out, but I haven't kept up with the lady really because I don't

7   want the lady that I gave it to -- she's mentally challenged,

8   so she doesn't even know what I did for her.  So she doesn't

9   have the capacity to be able to keep up, but she's living today

10  happily.

11  Q.  I want to ask you about the window treatment business that

12  you started.  Who helped you start that business?

13  A.  My father gave me the go abouts initially to start it off,

14  and in January of 2005 I made an attempt to try to support my

15  family, respectfully, and I started this business and in

16  Lakewood, New Jersey.

17  Q.  Were you able to make a go of it?

18  A.  At the beginning it was going reasonably fine, but very,

19  very fast I realized that because of my emotional difficulties,

20  things weren't working good.  If I was scheduled to go to

21  someone, then my mind would all the sudden shut down and I

22  would just not go.  I will be scared for some reason and not

23  go.

24  Q.  Did you have those kinds of emotional difficulties before

25  the terror attack?

F23TSOK5                         S. Waldman - direct

1   A.  No, definitely not, I was a very, very outgoing -- I was an

2   extrovert who was always a party boy, I guess you could call

3   it, but no parties recently.

4   Q.  How has the terror attack affected your relationship with

5   your children?

6   A.  Well, to put it the best way, my oldest kid, he came home,

7   his name is Ariel, twelve-year-old boy, lovely boy.  He came

8   over to me and he said daddy, I want to come testify.  And I

9   told him you can't, sweetie.

10        So I was curious, and I said I want to ask you, what

11  do you want to tell them?  And he says I don't want to tell

12  them too much, I just want to know why is daddy shut down, why

13  doesn't daddy come play with me, bowl like a regular daddy?

14  Why doesn't daddy sit and do homework with me?  Why do you go

15  upstairs to your room and shut down?

16        He wanted to come here in his little mind to get

17  answers for it.  There are no answers.  I shut down because my

18  brain just tells me to do that.  I know I'm not there for my

19  kids the way I'm supposed to.  I know that one day that when

20  they're all grown up I will have to have a sit down with them

21  and let them know.  They're too young to understand, some of

22  them, they just know that daddy is not always there for them.

23  But hopefully they'll understand one day what I went through,

24  hopefully.

25  Q.  Shmuel, I need to take you to November of 2012.  Tell us

F23TSOK5                        S. Waldman - direct

1   about that.

2   A.  November 2012.  It wasn't too long after my three surgeries

3   that I had in Washington DC, my business was collapsing, I was

4   for months and months in a wheelchair for my second round of

5   surgeries, physical therapy and everything.  My business

6   collapsed, I wasn't supporting myself decently.  I was having a

7   lot of emotional difficulties, caused a lot of marriage

8   problems because I just wasn't there as a husband and as a dad.

9   Q.  Did there come a time when you checked yourself into Four

10  Winds?

11  A.  November 2012.

12  Q.  What is Four Winds?

13  A.  Four Winds is a New York State mental health facility.  I

14  lost it.  I had a breakdown.  Everything started -- everything

15  crashed.  My business was gone.  My marriage was almost out the

16  window.  I had a breakdown.  I shattered with my bear hands a

17  closet in my house.

18  Q.  Did you write something that you wanted to read today?

19  A.  I wrote a letter to myself.

20  Q.  When did you write that letter?

21  A.  Right after I checked in and I settled into my room, I took

22  out a pen and paper and I started writing.  I let my mind and

23  my pen flow.  I tried to put to words to the emotions, to the

24  difficulties that I had and everything that was going on.  And

25  I would like to read it, I think, to give an understanding to

F23TSOK5                         S. Waldman – direct

1    crawl into my mind a little bit.

2    Q.  Go ahead, please.

3              MR. ROCHON:  Your Honor, may we briefly approach?

4              THE COURT:  Ladies and gentlemen, we'll take a short

5    break.  Don't discuss the case, keep an open mind.

6              (Continued on next page)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

F23TSOK5                           S. Waldman - direct

1              (Jury not present)

2              (At side bar)

3              MR. ROCHON:  I have never seen the letter.  If it was

4    written a while ago and he wants to read it aloud, I would like

5    to see it before it's read.

6              THE COURT:  Is there a reason he hasn't seen the

7    letter?

8              MR. YALOWITZ:  I don't have a copy, but the witness

9    has a copy with him.  I'm happy for Mr. Rochelle --

10             THE COURT:  Is there some reason that you didn't give

11   it to him before?

12             MR. YALOWITZ:  We just found out about it the other

13   day.

14             THE COURT:  Is there some reason that you didn't show

15   him the other day?

16             MR. YALOWITZ:  I didn't get a copy of it.  I don't

17   have it.

18             THE COURT:  Is there some reason you didn't get a copy

19   of it?

20             MR. YALOWITZ:  I have been busy.

21             THE COURT:  There are consequences to being busy.  Get

22   that letter, show it to him, and we'll see if we can do this.

23             (Recess taken)

24             MR. YALOWITZ:  Your Honor, one thing I want to be

25   clear about, I'm not offering that letter in evidence.

F23TSOK5                           S. Waldman – direct

1              THE COURT:  Then it's not being read to the jury.

2              MR. YALOWITZ:  That's fine.

3              THE COURT:  You don't read things to the jury that are

4      not in evidence.

5              MR. YALOWITZ:  We can proceed on that basis.

6              MR. ROCHON:  Thank you.  Understood.  I ask if the

7      Court could ask counsel to move the direct questioning.

8              THE COURT:  How much more do you do you have?

9              MR. YALOWITZ:  Less than five minutes.

10             MR. ROCHON:  Thank you.

11             THE COURT:  Then let's get the jury.  Could we send

12     the jury home after this witness?

13             MR. YALOWITZ:  Yes.

14             THE COURT:  Then let's get the jury.

15             (Continued on next page)

16

17

18

19

20

21

22

23

24

25

1      (Jury present)

2   BY MR. YALOWITZ:

3   Q.   Shmuel, before we broke we were discussing that first day

4   or two at Four Winds.  Could you describe for the jury the

5   thoughts that were going through your mind as you sat there

6   reflecting on where you had gotten to?

7          MR. ROCHON:  Objection, your Honor.

8          THE COURT:  Overruled, you can answer this.

9   A.   I sat myself in the bedroom over there, and I said to

10  myself here I am, 33 years old, a husband, a father of five

11  kids, and never in a million years thought I would get to this

12  stage of my life where I become the property of a mental health

13  facility.  I didn't know how I got there.  How did I reach this

14  stage in life?  What went wrong?

15         I looked around, the people around me just looked

16  strange, drug addicts, alcohol abusers.  The place looked

17  strange to me.  I tried to figure out just how did I end up

18  here.  How did I sink this low.  How did I lose it so bad

19  emotionally that I'm sitting in a bedroom in a mental health

20  facility.

21         I said to myself I always thought that the floor is

22  the lowest I'm going to fall to, but that night I realized that

23  there was a basement, and for me that basement was a Room

24  Number 2 in the Deer Wood Building of the Four Winds.  And I

25  swear to name a hospital Four Winds, but it was a mental health

F23TSOK5                        S. Waldman – direct

1   facility.  I couldn't fathom living with the understanding that

2   I checked myself in.  I'm a capable, good person.  I felt like

3   the world ended, the world for me was going to split, there was

4   going to be the before the loony bin and after the loony bin.

5           I looked up and I said God, I know you love me, I know

6   you the world is beautiful, I know everything you do is good,

7   and I know you are watching me.  I said God, I know that as I'm

8   crying here tonight, you're crying with me, but there's no two

9   ways to look at it.  I said God, tonight I feel alone.  I'm in

10  a lonely, strange place.  I'm going to have to try to find a

11  way to convince myself that when I get out of this here I will

12  be okay with the fact that I checked myself in to a loony bin.

13  But at that point, it was just difficult to try to put together

14  everything.

15          I knew it was a good thing and a bad thing that I was

16  there.  The bad thing was all the hardships, the pain, the

17  suffering, the emotional roller coaster, the burden that I

18  placed for the people around me.  I put my wife through

19  something she did not deserve.  I put my kids through something

20  they didn't deserve.

21          I knew in my mind that at the end of the day I am

22  responsible for what happens to me.  But I in no way chose to

23  go through the terror attack.  The terror attack is something

24  that can take out the best of us.  I said to myself I hope that

25  one day Henna, Ariel, Yehuda, Shlomo, Shimshi and Devorah, I

F23TSOK5                        S. Waldman - direct

1    said I hope they find it within their heart one day to forgive

2    me for what I put them through.  I'm going to try to do my

3    best, but for now, I'm at the bottom.

4          The good thing about being at the bottom is there's

5    nothing lower than the basement.  I turned and I said God, I'm

6    going to turn a new page over here, I'm going to try, I said

7    dear God, I ask you, please help me turn a new page.  Please

8    give me it the courage to choose right from wrong.  Please give

9    me the wisdom to ask for help when I need it.  And I asked God,

10   I said please give me the clarity of mind to see your embrace

11   and to see your smile, and the process started.

12   Q.  Shmuel, just sitting there with those thoughts, did your

13   mind turn specifically to the terror attack?

14   A.  Absolutely.  I mean just my life was a regular normal life

15   and everything started rolling.  The business had difficulties

16   and it couldn't go, and emotionally I was withdrawn, and then

17   the surgeries that I had to follow up with, it just totally

18   took me out of my ability.  I wasn't able to feed my family.  I

19   was always running away.  I was always hiding.  And that

20   distance and the loneliness, it just destroyed everything for

21   me.

22         I always tell me wife I always thought that it's going

23   to somehow stable out one day emotionally, but there's no

24   running.  It haunts, it haunts.  And I have seen the bottom, it

25   just -- I was a regular normal kid, I don't belong in a mental

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

F23TSOK5                    S. Waldman - direct

1    health facility.  I belong having a good job, supporting my

2    family, but it was taken away from me.  Emotionally I can't do

3    it.  I want to.  But when your mind starts shutting you down

4    because you're scared and you are always fantasizing there are

5    people chasing you with guns, you can't -- you can't function.

6             So I knew I was there.  It was just a sequence of

7    events that added up.  The emotional difficulties, the

8    difficulties that are placed on my family, the business

9    crashing, the surgeries, my lost hope of my business.  You

10   can't run a business when you're seven months straight running

11   to Washington DC.  I went there 22 times in seven months.  It's

12   500 miles round trip.  You can't run a business -- you can't

13   run a business from a wheelchair, you can't be there for your

14   family.

15            I'm convinced beyond any reasonable doubt that it

16   directly, not on the side or not indirectly, that's what put me

17   into Four Winds.  It just the ultimate.  All the cards came

18   crashing down.  It's not something that happened 13 years ago,

19   it's something that you live with day to day, because every

20   single day when you wake up and you want to try and your brain

21   just shuts you down because you're scared, sometimes it can be

22   because something on the news, but many times it just comes up

23   from out of nowhere.

24            So for me, at that point I recognized that it's going

25   to be a life challenge for me.  And I will be honest, I don't

F23TSOK5                          S. Waldman – direct

1    know if I will end up there again.  Who knows?  Because I

2    see -- I get challenged, it's an ongoing challenge.  You hope

3    to try and stay calm and collected and be able to do it, but

4    sometimes it haunts you very strong.  Sometimes it eases up a

5    bit.  But it's after you, it's there.  It's always something

6    crawling in your mind.

7             MR. YALOWITZ:  Thank you, Shmuel.

8             Your Honor, I don't have any further questions.

9             THE COURT:  Any questions for this witness?

10            MR. ROCHON:  Thank you for asking, no.

11            THE COURT:  Thank you, ladies and gentlemen.  We're

12   going to adjourn for the day.  Don't discuss the case, keep an

13   open mind.  I'll ask you to come at 9:45 tomorrow.  We hope to

14   have a number of witnesses tomorrow and keep us on schedule.

15   We'll pick up in the morning at 9:45.

16            (Adjourned to February 4, 2015 at 9:45 a.m.)

17

18

19

20

21

22

23

24

25

```
                        INDEX OF EXAMINATION

Examination of:                                    Page

LEONARD MENDELKORN

Direct By Ms. Weiser . . . . . . . . . . . .2253

NURIT MANDELKORN

Direct By Ms. Weiser . . . . . . . . . . . .2280

HENNA NOVACK WALDMAN

Direct By Ms. Pildis . . . . . . . . . . . .2291

MORRIS WALDMAN

Direct By Ms. Pildis . . . . . . . . . . . .2309

SHMUEL WALDMAN

Direct By Mr. Yalowitz . . . . . . . . . . .2322

                        PLAINTIFF EXHIBITS

Exhibit No.                                    Received

 1267    . . . . . . . . . . . . . . . . . .2280

 1268    . . . . . . . . . . . . . . . . . .2304
```