UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>      Defendants. | No. 1:04-cv-0397 (GBD) (RLE) |

## MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John A. Burlingame, hereby move this Court for an Order for Admission to practice Pro Hac Vice to appear as counsel for Defendants Palestine Liberation Organization and Palestinian Authority, in the above-captioned action.

  I am in good standing of the bars of the state of Virginia, and of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  March 4, 2015          Respectfully submitted,

                     /s/ John A. Burlingame
                     John A. Burlingame
                     SQUIRE PATTON BOGGS (US) LLP
                     2550 M Street, NW
                     Washington, DC 20037
                     Telephone:  (202) 626-6871
                     Facsimile: (202) 457-6315
                     john.burlingame@squirepb.com

                     *Attorney for Defendants Palestinian Authority*
                     *and Palestine Liberation Organization*