# ARNOLD & PORTER LLP

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

March 5, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

   Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
     Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

 I write to provide the Court with a report from plaintiffs' economist, Michael Soudry, who has calculated the amount of prejudgment interest to be awarded to each plaintiff based on the jury's damages award in this case.

 Mr. Soudry followed the method approved of by your Honor in *In re Terrorist Attacks on Sept. 11, 2001*, No. 03-MDL-1570, 2012 WL 4711407, at *3 (S.D.N.Y. Oct. 3, 2012), which is based on the use of the average prime rate from the date of the injury through the date of the calculation. For the Court's convenience, Mr. Soudry has also calculated the daily amount of prejudgment interest to be used for each plaintiff between the date of this calculation and the entry of final judgment, based on the current prime rate.

 Finally, also enclosed is a revised proposed final judgment, which lists the damages award to each plaintiff, as well as the amount of prejudgment interest accrued on that award through today's date, the total trebled award through today's date, and the daily amount of prejudgment interest to accrue between today and the entry of judgment.

       Respectfully,

       Kent A. Yalowitz

cc: All ECF Counsel