# ECO-STAT LLC
ECONOMIC AND STATISTICAL CONSULTANTS

**New Jersey**
100 Eagle Rock Ave. Suite 200
East Hanover, NJ 07936
973-929-3532 Tel
973-929-3533 Fax

ecostat@friedmanllp.com
www.ecostat.com

**New York**
1700 Broadway, 23rd Floor
New York, New York 10019
212.842.7695 Tel
212.842.7001 Fax

(800) ECO-STAT Tel
(888) ECO-STAT Fax

March 5, 2015

Philip W. Horton, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

**Re: Sokolow v. PA/PLO**
**Our Case No.: 5131118**

Dear Mr. Horton:

Per your request, I have calculated the prejudgment interest in connection with the verdict rendered in the above-referenced matter on February 23, 2015, as listed in the Plaintiffs' Corrected Proposed Final Judgment.

Prejudgment interest was calculated for each plaintiff from the date of the injury/death ("incident") to the time of this written report. Accrued interest was calculated compounded annually[1] at the average annual prime rate from the date of the incident to the time of this written report. I also calculated the interest per day that will be accrued post the date of my report through the entry of judgment[2] at the present annual prime rate of 3.25%.

Annual prime rates from the date of the incident to the date of this written report were obtained from the Board of Governors of the Federal Reserve System website, under the Historical Data

---

[1] Compounded Annual Interest = Verdict *multiplied* (1 *plus* Average Annual Prime Rate)$^{\text{to the power of time in years between date of incident to date of this report}}$ *minus* Verdict.

[2] Assuming judgment will be entered in 2015.

1

Selected Interest Rates, Bank Prime Loan Rates ([www.federalreseve.gov/releases/h15/data.htm](www.federalreseve.gov/releases/h15/data.htm)). Average annual prime rates used for each plaintiff are indicated in the attached table.

In the enclosed table, I listed for each plaintiff: the compensatory damages verdict, the accrued prejudgment interest, and the total verdict plus prejudgment interest. I also calculated the treble damages and the total damages. Daily accrued interest, post the date of this written report, is also shown in the attached table.

Very truly yours,

ECO-STAT, LLC

*Michael Soudry*

Michael Soudry, M.B.A.

Enclosure

**Prejudgment Interest Compounded Annually at the Average Prime Rate
from the Date of Incident through March 5, 2015**

| | | Verdict | Accrued Interest | Verdict and Interest | Treble Damages | Total | Accrued Daily Interest |
|---|---|---|---|---|---|---|---|
| **A.** | **Sokolow Family - Date of Incident 1/27/02; Average Prime Rate of 4.591%** | | | | | | |
| | Mark Sokolow | $5,000,000 | $4,004,719 | $9,004,719 | $18,009,438 | $27,014,156 | $802 |
| | Rena Sokolow | 7,500,000 | 6,007,078 | 13,507,078 | 27,014,156 | 40,521,235 | 1,203 |
| | Jamie Sokolow | 6,500,000 | 5,206,134 | 11,706,134 | 23,412,269 | 35,118,403 | 1,042 |
| | Lauren Sokolow | 5,000,000 | 4,004,719 | 9,004,719 | 18,009,438 | 27,014,156 | 802 |
| | Elana Sokolow | 2,500,000 | 2,002,359 | 4,502,359 | 9,004,719 | 13,507,078 | 401 |
| **B.** | **Gould/Rine Family - Date of Incident 1/22/02; Average Prime rate of 4.591%** | | | | | | |
| | Shayna Eileen Gould | $20,000,000 | $16,041,030 | $36,041,030 | $72,082,060 | $108,123,090 | $3,209 |
| | Ronald Allan Gould | 3,000,000 | 2,406,154 | 5,406,154 | 10,812,309 | 16,218,463 | 481 |
| | Elise Janet Gould | 3,000,000 | 2,406,154 | 5,406,154 | 10,812,309 | 16,218,463 | 481 |
| | Jessica Rine | 3,000,000 | 2,406,154 | 5,406,154 | 10,812,309 | 16,218,463 | 481 |
| **C.** | **Waldman Family - Date of Incident 1/22/02; Average Prime Rate of 4.591%** | | | | | | |
| | Shmuel Waldman | $7,500,000 | $6,015,386 | $13,515,386 | $27,030,772 | $40,546,159 | $1,203 |
| | Henna Novack Waldman | 2,500,000 | 2,005,129 | 4,505,129 | 9,010,257 | 13,515,386 | 401 |
| | Morris Waldman | 2,500,000 | 2,005,129 | 4,505,129 | 9,010,257 | 13,515,386 | 401 |
| **D.** | **Bauer Family - Date of incident 3/21/02; Average Prime Rate of 4.589%** | | | | | | |
| | Alan J. Bauer | $7,000,000 | $5,518,780 | $12,518,780 | $25,037,559 | $37,556,339 | $1,115 |
| | Yehonathon Bauer | 25,000,000 | 19,709,927 | 44,709,927 | 89,419,855 | 134,129,782 | 3,981 |
| | Binyamin Bauer | 1,000,000 | 788,397 | 1,788,397 | 3,576,794 | 5,365,191 | 159 |
| | Daniel Bauer | 1,000,000 | 788,397 | 1,788,397 | 3,576,794 | 5,365,191 | 159 |
| | Yehuda Bauer | 1,000,000 | 788,397 | 1,788,397 | 3,576,794 | 5,365,191 | 159 |
| **E.** | **Mandelkorn Family - Date of Incident 6/19/02; Average Prime Rate of 4.586%** | | | | | | |
| | Leonard Mandelkorn | $10,000,000 | $7,682,386 | $17,682,386 | $35,364,773 | $53,047,159 | $1,574 |
| **F.** | **Coulter Family - Date of Incident 7/31/02; Average Prime Rate of 4.585%** | | | | | | |
| | Robert L. Coulter Sr. | $7,500,000 | $5,692,221 | $13,192,221 | $26,384,443 | $39,576,664 | $1,175 |
| | Estate of Janis Coulter | 2,500,000 | 1,897,407 | 4,397,407 | 8,794,814 | 13,192,221 | 392 |
| | Dianne Coulter Miller | 3,000,000 | 2,276,889 | 5,276,889 | 10,553,777 | 15,830,666 | 470 |
| | Robert L. Coulter Jr. | 3,000,000 | 2,276,889 | 5,276,889 | 10,553,777 | 15,830,666 | 470 |
| **G.** | **Carter Family - Date of Incident 7/31/02; Average Prime Rate of 4.585%** | | | | | | |
| | Larry Carter | $6,500,000 | $4,933,258 | $11,433,258 | $22,866,517 | $34,299,775 | $1,018 |
| | Estate of Diane Carter | 1,000,000 | 758,963 | 1,758,963 | 3,517,926 | 5,276,889 | 157 |
| | Shaun Choffel | 1,500,000 | 1,138,444 | 2,638,444 | 5,276,889 | 7,915,333 | 235 |
| **H.** | **Blutstein Family - Date of incident 7/31/02; Average Prime Rate of 4.585%** | | | | | | |
| | Richard Blutstein | $6,000,000 | $4,553,777 | $10,553,777 | $21,107,554 | $31,661,331 | $940 |
| | Estate of Benjamin Blutstein | 2,500,000 | 1,897,407 | 4,397,407 | 8,794,814 | 13,192,221 | 392 |
| | Katherine Baker | 6,000,000 | 4,553,777 | 10,553,777 | 21,107,554 | 31,661,331 | 940 |
| | Rebekah Blutstein | 4,000,000 | 3,035,851 | 7,035,851 | 14,071,703 | 21,107,554 | 626 |
| **I.** | **Gritz Family - Date of Incident 7/31/02; Average Prime Rate of 4.585%** | | | | | | |
| | Nevenka Gritz | $10,000,000 | $7,589,628 | $17,589,628 | $35,179,257 | $52,768,885 | $1,566 |
| | Estate of David Gritz | 2,500,000 | 1,897,407 | 4,397,407 | 8,794,814 | 13,192,221 | 392 |
| | Estate of Norman Gritz | 2,500,000 | 1,897,407 | 4,397,407 | 8,794,814 | 13,192,221 | 392 |

|   |   | Verdict | Accrued Interest | Verdict and Interest | Treble Damages | Total | Accrued Daily Interest |
|---|---|---|---|---|---|---|---|
| J. | **Goldberg Family - Date of Incident 1/29/04; Average Prime Rate of 4.631%** | | | | | | |
|   | Karen Goldberg | $13,000,000 | $8,487,777 | $21,487,777 | $42,975,553 | $64,463,330 | $1,913 |
|   | Chana Bracha Goldberg | 8,000,000 | 5,223,247 | 13,223,247 | 26,446,494 | 39,669,742 | 1,177 |
|   | Esther Zahava Goldberg | 8,000,000 | 5,223,247 | 13,223,247 | 26,446,494 | 39,669,742 | 1,177 |
|   | Yitzhak Shalom Goldberg | 6,000,000 | 3,917,435 | 9,917,435 | 19,834,871 | 29,752,306 | 883 |
|   | Shoshana Malka Goldberg | 4,000,000 | 2,611,624 | 6,611,624 | 13,223,247 | 19,834,871 | 589 |
|   | Eliezer Simcha Goldberg | 4,000,000 | 2,611,624 | 6,611,624 | 13,223,247 | 19,834,871 | 589 |
|   | Yaakov Moshe Goldberg | 2,000,000 | 1,305,812 | 3,305,812 | 6,611,624 | 9,917,435 | 294 |
|   | Tzvi Yehoshua Goldberg | 2,000,000 | 1,305,812 | 3,305,812 | 6,611,624 | 9,917,435 | 294 |
|   | **Total:** | **$218,500,000** | **$164,872,335** | **$383,372,335** | **$766,744,669** | **$1,150,117,004** | **$34,136** |