**SQUIRE** 🟢
**PATTON BOGGS**

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

Gassan A. Baloul

T +1 202 457 6155
gassan.baloul@squirepb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 06 2015

March 5, 2015

**SO ORDERED:**

*George B. Daniels* (signature)

George B. Daniels, U.S.D.J.

Dated: MAR 06 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**RE:** *Sokolow, et al. v. Palestinian Liberation Organization, et al.*, Docket No. 04-CV-397 (GBD)(RLE) **Plaintiffs' Filing of Expert Report by Michael Soudry**

Dear Judge Daniels:

    I write on behalf of the Palestinian Authority (PA) and the Palestine Liberation Organization (PLO). We received this evening plaintiffs' second revised proposed judgment (Dkt. #884-1) and a report from the plaintiffs' economist, Michael Soudry (Dkt. #884-2). Relying on Mr. Soudry's calculations, the plaintiffs now advocate adding $494 million in prejudgment interest to the jury's award, thereby increasing the judgment to $1,150,117,004. The PA and the PLO previously opposed the addition of prejudgment interest to the jury's base award (Dkt. #828) but, until tonight's filing by plaintiffs, have not an opportunity to review plaintiffs' quantified claim for prejudgment interest.

    We respectfully request that the Court permit the PA and PLO a reasonable time to respond to plaintiffs' now-quantified claim for prejudgment interest, and Mr. Soudry's report on which that claim relies. With the approval of the Court, the PA and the PLO propose to respond by Monday, March 16, 2015, which represents the same length of time between the plaintiffs' submission of their first proposed judgment on February 23 and their filing today of the revised proposed judgment and expert report.

Respectfully submitted,

*(signature)*

Gassan A. Baloul

cc: All ECF Counsel

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.