UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>    Defendants. | No. 1:04-cv-0397 (GBD) (RLE) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John A. Burlingame, hereby move this Court for an Order for Admission to practice Pro Hac Vice to appear as counsel for Defendants Palestine Liberation Organization and Palestinian Authority, in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  March 12, 2015

Respectfully submitted,

/s/ John A. Burlingame
John A. Burlingame
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 626-6871
Facsimile: (202) 457-6315
john.burlingame@squirepb.com

*Attorney for Defendants Palestinian Authority and Palestine Liberation Organization*