# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### JOHN ANSON BURLINGAME

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 1991.

I further certify that so far as the records of this office are concerned, JOHN ANSON BURLINGAME is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 9th day of March
A.D. 2015

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JOHN A. BURLINGAME

was on **OCTOBER 6, 1997** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **March 2, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk