# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

March 17, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
               Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      Plaintiffs plan to submit a response to Defendants' Objection to Plaintiffs' Revised Proposed Final Judgment (DE 888) in the next two days.

      We are available to discuss this issue with the Court in person or by telephone, if it would aid the Court in resolving this dispute.

                            Respectfully,

                            Kent A. Yalowitz

cc:   All ECF Counsel