# ARNOLD & PORTER LLP

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

March 27, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      I write in response to defendants' letter dated March 25, 2015 regarding a post-trial briefing schedule. (DE 891.) Until plaintiffs know when defendants intend to file their consolidated Rule 50(b) and Rule 59 motions, as well as their Rule 62 motion to stay the judgment, we cannot consent to file an opposition brief within 14 days. Once plaintiffs have seen defendants' briefs, we will let the Court know if we need more time than the rules provide.

                                                                           Respectfully,

                                                                            Kent A. Yalowitz

cc:    All ECF Counsel