UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARK I. SOKOLOW, et al.,

                Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION and
PALESTINIAN AUTHORITY,

                Defendants.
------------------------------------x

ORDER

04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendants shall file a consolidated brief not to exceed 50 pages in support of their motions under Federal Rules of Civil Procedure 50 and 59 on or before May 1, 2015.

    Plaintiffs shall file a consolidated opposition brief not to exceed 50 pages on or before May 18, 2015.

    Defendants shall file a reply brief not to exceed 20 pages on or before May 29, 2015.

Dated: April 14, 2015
       New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge