UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br>          Plaintiffs,<br>     v.<br><br>PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:04-cv-0397 (GBD) (RLE)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of The Palestinian Authority's and Palestine Liberation Organization's Renewed Motion to Dismiss for Lack of Personal Jurisdiction, and, in the Alternative, Motion for Judgment as a Matter of Law or New Trial Under Rule 50(b) and Rule 59, the Defendants, by their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order granting Defendants' motion.

Dated: May 1, 2015

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com

John A. Burlingame *(admitted pro hac vice)*
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
john.burlingame@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2015, a true and correct copy of the foregoing was filed with the Clerk via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

        /s/ Gassan A. Baloul
        Gassan A. Baloul (Bar No. 4324919)
        SQUIRE PATTON BOGGS (US) LLP
        30 Rockefeller Plaza
        23rd Floor
        New York, NY 10112
        Telephone: (212) 872-9800
        Facsimile: (212) 872-9815
        gassan.baloul@squirepb.com