# Exhibit A

**Exhibit A**

| Plaintiff[1] | General Tort Law Principles | *Heiser* Framework | Damage Award |
|---|---|---|---|
| *Spouse* | | | |
| Karen Goldberg* | $200,000-$1,200,000[2] | $8,000,000[3] | $13,000,000 |
| Henna Waldman | $5,000-$80,000[4] | $4,000,000 | $2,500,000 |
| *Parent*[5] | | | |
| Robert L. Coulter Sr.* | $630,000-$680,000 | $5,000,000 | $7,500,000 |
| Nevenka Gritz* | $630,000-$680,000 | $5,000,000 | $10,000,000 |
| Richard Blutstein* | $630,000-$680,000 | $5,000,000 | $6,000,000 |
| Larry Carter* | $630,000-$680,000 | $5,000,000 | $6,500,000 |
| Katherine Baker* | $630,000-$680,000 | $5,000,000 | $6,000,000 |
| Leonard Mandelkorn | $0 | $2,500,000 | $10,000,000 |
| Elise Gould | $0 | $2,500,000 | $3,000,000 |
| Ronald Gould | $0 | $2,500,000 | $3,000,000 |
| Morris Waldman | $0 | $2,500,000 | $2,500,000 |

---

[1] An asterisk designates that the victim died in the attack.

[2] *In re Air Crash near Nantucket Island*, 462 F. Supp. 2d 360, 368-369 (E.D.N.Y. 2006).

[3] The most analogous FSIA damages award to Mrs. Goldberg's, whose husband died in a bus bombing, is $8 million awarded to the wife of a victim in a bus bombing in *Weinstein v. Islamic Republic of Iran*, 184 F. Supp. 2d 13, 23 (D.D.C. 2002).

[4] Henna Waldman was awarded $2.5 million because her husband Shmuel Waldman, who survived, was shot in the leg. *See, e.g., Goldstein v. United States*, 9 F. Supp. 2d 175, 190 (E.D.N.Y. 1998)(noting jury award of $80,000 for spouse of victim who sustained "a fractured knee with torn ligaments and psychological injury"); *Dixon v. Aragona*, 87-cv-1347, 1992 U.S. Dist. LEXIS 6735 (N.D.N.Y May 9, 1992)(finding as reasonable an award of $5,000 to the spouse of a victim who suffered a broken leg).

[5] *In re Air Crash near Nantucket Island*, 462 F. Supp. 2d at 368 (surveying other damages awards before deciding to award a father $630,000 and a mother $680,000 in non-economic damages).

| Plaintiff | General Tort Law Principles | *Heiser* Framework | Damage Award |
|---|---|---|---|
| *Child*[6] | | | |
| Chana Goldberg* | $75,000-$200,000 | $5,000,000 | $8,000,000 |
| Esther Goldberg* | $75,000-$200,000 | $5,000,000 | $8,000,000 |
| Yitzhak Goldberg* | $75,000-$200,000 | $5,000,000 | $6,000,000 |
| Eliezer Goldberg* | $75,000-$200,000 | $5,000,000 | $4,000,000 |
| Shoshana Goldberg* | $75,000-$200,000 | $5,000,000 | $4,000,000 |
| Tzvi Goldberg* | $75,000[7] | $5,000,000 | $2,000,000 |
| Yaakov Goldberg* | $75,000 | $5,000,000 | $2,000,000 |
| Binyamin Bauer | $0 | $2,500,000 | $1,000,000 |
| Daniel Bauer | $0 | $2,500,000 | $1,000,000 |
| Yehuda Bauer | $0 | $2,500,000 | $1,000,000 |
| *Sibling* | | | |
| Robert L. Coulter Jr. * | $125,000[8] | $2,500,000 | $3,000,000 |
| Rebekah Blutstein* | $125,000 | $2,500,000 | $4,000,000 |
| Diane Coulter Miller* | $125,000 | $2,500,000 | $3,000,000 |
| Shaun Choffel | $0 | $2,500,000 | $1,500,000 |
| Jessica Rine | $0 | $1,250,000 | $3,000,000 |
| Elana Sokolow | $0 | $1,250,000 | $2,500,000 |

---

[6] *Shu-Tao Lin,* 742 F.2d at 48-52 (lower court recalculated damages *de novo* based on a "properly functioning jury -- one not misled by the prejudicial evidence presented in this trial" and determined that an appropriate award for the loss of a father's nurture, care and guidance as a result of his death is $100,000 per child, but Second Circuit found that recalculation to be improper in light of other awards for loss of nurture approximating $75,000); *id.* at 52 (also noting a "jury award of $150,000 for loss of nurture reduced to $75,000"); *In re Air Crash near Nantucket Island*, 462 F. Supp. 2d at 368.

[7] *Shu-Tao Lin,* 742 F.2d at 52 (citing case in which $75,000 was awarded for infant's loss of nurture).

[8] *In re Air Crash near Nantucket Island*, 462 F. Supp. 2d at 370.