# Exhibit B

**Exhibit B**

| Plaintiff[9] | General Tort Law Principles | Comparable FSIA Cases | Damage Award |
|---|---|---|---|
| Benjamin Blutstein* | $0-$10,000[10] | $1,000,000[11] | $1,000,000 |
| Janis Ruth Coulter* | $0-$10,000 | $1,000,000 | $2,500,000 |
| David Gritz* | $0-$10,000 | $1,000,000 | $2,500,000 |
| Diane Carter* | $0-$10,000 | $1,000,000 | $2,500,000 |
| Yehonathon Bauer | $200,000-$600,000[12] | $7,000,000-$12,000,000[13] | $25,000,000 |
| Shayna Gould Elliott | $200,000-$600,000 | $4,000,000 | $20,000,000 |
| Shmuel Waldman | $200,000-$400,000[14] | $4,000,000 | $7,500,000 |
| Rena Sokolow | $200,000-$400,000 | $4,000,000 | $7,500,000 |
| Alan Bauer | $200,000-$400,000 | $4,000,000 | $7,000,000 |
| Jamie Sokolow | $200,000-$400,000 | $4,000,000 | $6,500,000 |
| Lauren Sokolow | $200,000-$400,000 | $4,000,000 | $5,000,000 |
| Mark Sokolow | $200,000-$400,000 | $4,000,000 | $5,000,000 |

---

[9] *See* PTE 1269 (Shayna Gould Elliott), PTE 1262 (Mark Sokolow, Rena Sokolow, Lauren Sokolow, Jaime Sokolow) PTE 1263 (Yehonathon Bauer & Alan Bauer), PTE 1268 (Shmuel Waldman).

[10] *Caldecott v. Long Island Lighting Co.*, 417 F.2d 994, 996 (2d Cir.1969)("A verdict for $15,000 for conscious pain and suffering was held on appeal to be excessive and was reduced to $10,000").

[11] *Peterson v. Islamic Republic of Iran*, 515 F. Supp. 2d 25, 53 (D.D.C. 2007)("When the victim endured extreme pain and suffering for a period of several hours or less, courts in these cases have rather uniformly awarded $ 1 million")

[12] *Mazyck v. Long Island R.R.*, 896 F. Supp. 1330, 1337-38 (E.D.N.Y. 1995).

[13] *Brewer v. Islamic Rep. of Iran*, 664 F. Supp. 2d 43, 28-34 (D.D.C. 2009).

[14] *Nairn v. National R. Passenger Corp.*, 837 F.2d 565, 568 (2d Cir. Conn. 1988).