UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br>                       Plaintiffs, <br><br>         v. <br><br> PALESTINE LIBERATION ORGANIZATION, et al., <br>                       Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 1:04-cv-0397 (GBD) (RLE) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Stay Execution of the Judgment and to Waive the Bond Requirement, the Defendants, by their undersigned counsel, will move this Court, pursuant to Rule 62, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order granting Defendants' motion.

Dated: May 4, 2015

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza,
23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com

John A. Burlingame *(admitted pro hac vice)*
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
john.burlingame@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2015, a true and correct copy of the foregoing was filed with the Clerk via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com