# Exhibit A

**(PA Minister of Finance Shukry Bishara's Declaration has been filed as a separate docket entry)**