# Exhibit A-2

Table 1: Fiscal Operations: Revenues, Expenditures and Financing Sources (Commitment Basis), February 2015 (million NIS).

|  | Jan | Feb | Jan - Feb | Budget 2015 | Actual as % of |
|---|---|---|---|---|---|
| **Total Net Revenue** | **925.5** | **907.9** | **1833.4** | | |
|   Gross Domestic Revenue | 268.7 | 407.2 | 676.0 | | |
|     Tax Revenue | 179.5 | 342.3 | 521.7 | | |
|     Nontax Revenue | 89.3 | 65.0 | 154.2 | | |
|   Clearance Revenue | 691.4 | 589.5 | 1280.9 | | |
|   Tax Refunds (-) | 34.5 | 88.9 | 123.4 | | |
|     Fuel | 26.7 | 27.4 | 54.1 | | |
|     Other (1) | 7.9 | 61.5 | 69.3 | | |
| **Total Expenditure** | **1048.4** | **1219.1** | **2267.5** | | |
|   Wages and salaries | 607.5 | 589.7 | 1197.2 | | |
|   Social contributions | 57.4 | 57.5 | 114.9 | | |
|   Use of goods and services | 110.1 | 224.4 | 334.5 | | |
|   Transfers | 251.5 | 335.4 | 587.0 | | |
|   Minor capital | 2.2 | 7.7 | 9.9 | | |
|   Interest | 19.7 | 4.3 | 24.0 | | |
|     Domestic | 18.8 | 3.6 | 22.4 | | |
|     External | 0.9 | 0.7 | 1.6 | | |
|   Net lending | 0.0 | 0.0 | 0.0 | | |
| **Current Balance** | **-122.9** | **-311.2** | **-434.1** | | |
| **Development Expenditure** | **60.1** | **120.0** | **180.1** | | |
| **Balance** | **-183.0** | **-431.2** | **-614.2** | | |
| **Financing** | **183.0** | **431.2** | **614.2** | | |
|   External Budgetary Support | 253.0 | 142.5 | 395.5 | | |
|   Development Financing | 15.0 | 18.2 | 33.1 | | |
|   Net Domestic Bank Financing (2) | 11.1 | 279.6 | 290.7 | | |
|   Expenditure Arrears (Net Accumulation) (3) | 561.8 | 508.5 | 1070.3 | | |
|   Clearance Revenue Adjustment (4) | 691.4 | 589.5 | 1280.9 | | |
|   Tax Refunds (Arrears) | 34.5 | 79.1 | 113.6 | | |
|   Residual | -1.0 | -7.2 | -8.2 | | |
| ***Memorandum Items :*** | | | | | |
| Budget Exchange Rate (NIS/USD) | 3.80 | 3.80 | 3.80 | | |
| Actual Exchange Rate (NIS/USD) | 3.93 | 3.90 | 3.92 | | |

(1) Other tax refunds are refunds on VAT and customs revenues.

(2) Net change in government balances from changes in government deposits with the banking system and government borrowing from the banking system.

(3) Sum of current expenditure and development expenditure.

(4) Withheld (+) or transferred from past collections and/or transferred advances (-).

Mar. 18, 2015

Table 2: Fiscal Operations: Revenues, Expenditures and Financing Sources (Cash Basis), February 2015 (million NIS).

|  | Jan | Feb | Jan - Feb | Budget 2015 | Actual as % of Budget |
|---|---|---|---|---|---|
| **Total Net Revenue** | **268.7** | **397.5** | **666.2** | | |
| Gross Domestic Revenue | 268.7 | 407.2 | 676.0 | | |
| Tax | 179.5 | 342.3 | 521.7 | | |
| Nontax | 89.3 | 65.0 | 154.2 | | |
| Clearance Revenue | 0.0 | 0.0 | 0.0 | | |
| Tax Refunds (-) | 0.0 | 9.8 | 9.8 | | |
| Fuel | 0.0 | 0.0 | 0.0 | | |
| Other | 0.0 | 9.8 | 9.8 | | |
| **Total Expenditure** | **498.0** | **747.4** | **1245.4** | | |
| Wages and salaries | 211.8 | 339.1 | 550.9 | | |
| Social contributions | 0.0 | 0.0 | 0.0 | | |
| Use of goods and services | 64.0 | 89.0 | 153.0 | | |
| Transfers | 204.0 | 311.0 | 515.0 | | |
| Minor capital | 1.5 | 1.6 | 3.1 | | |
| Interest | 16.9 | 6.6 | 23.5 | | |
| Domestic | 15.9 | 5.2 | 21.2 | | |
| External | 0.9 | 1.3 | 2.3 | | |
| Net lending | 0.0 | 0.0 | 0.0 | | |
| **Current Balance** | **-229.3** | **-349.9** | **-579.2** | | |
| **Development Expenditures** | 48.7 | 83.2 | 131.9 | | |
| **Balance** | **-278.0** | **-433.1** | **-711.1** | | |
| **Financing** | **278.0** | **433.1** | **711.1** | | |
| External Budgetary Support | 253.0 | 142.5 | 395.5 | | |
| Development Financing | 15.0 | 18.2 | 33.1 | | |
| Net Domestic Bank Financing (1) | 11.1 | 279.6 | 290.7 | | |
| Residual | -1.0 | -7.2 | -8.2 | | |
| ***Memorandum Items :*** | | | | | |
| Budget Exchange Rate (NIS/USD) | 3.80 | 3.80 | 3.80 | | |
| Actual Exchange Rate (NIS/USD) | 3.93 | 3.90 | 3.92 | | |

(1) Net change in government balances from changes in government deposits with the banking system and government borrowing from the banking system.

Mar. 18, 2015

Table 3: Consolidated Statement on Fiscal Operations and Arrears, February 2015 (million NIS).

| | Jan | Feb | Jan - Feb | Budget 2015 | Actual as % of Budget |
|---|---|---|---|---|---|
| **Total Net Revenue (Commitment Basis)** | 925.5 | 907.9 | 1833.4 | | |
| **Total Net Revenue (Cash Basis)** | 268.7 | 397.5 | 666.2 | | |
|   **Gross Domestic Revenue (Commitment Basis)** | 268.7 | 407.2 | 676.0 | | |
|     Tax | 179.5 | 342.3 | 521.7 | | |
|     Nontax | 89.3 | 65.0 | 154.2 | | |
|   **Clearance Revenue (Accrued)** | 691.4 | 589.5 | 1280.9 | | |
|     Clearance Revenue (Cash Basis) | 0.0 | 0.0 | 0.0 | | |
|     Clearance Revenue Adjustment (1) | 691.4 | 589.5 | 1280.9 | | |
|   **Tax Refunds (Commitment Basis)** | 34.5 | 88.9 | 123.4 | | |
|     Tax Refunds (Cash Basis) | 0.0 | 9.8 | 9.8 | | |
|     Tax Refund (Arrears) | 34.5 | 79.1 | 113.6 | | |
| **Total Expenditure (Commitment Basis)** | 1048.4 | 1219.1 | 2267.5 | | |
|   Total Expenditure (Cash Basis) | 498.0 | 747.4 | 1245.4 | | |
|   Total Expenditure (Arrears) | 550.4 | 471.7 | 1022.1 | | |
|     Wages and salaries (arrears) | 395.7 | 250.6 | 646.3 | | |
|     Social contributions (arrears) | 57.4 | 57.5 | 114.9 | | |
|     Use of goods and services (arrears) | 46.2 | 135.4 | 181.5 | | |
|     Transfers (arrears) | 47.6 | 24.4 | 72.0 | | |
|     Minor capital (arrears) | 0.7 | 6.1 | 6.8 | | |
|     Interest (arrears) | 2.9 | -2.3 | 0.6 | | |
|       Domestic (arrears) | 2.9 | -1.6 | 1.2 | | |
|       External (arrears) | 0.0 | -0.7 | -0.7 | | |
|     Net lending (arrears) | 0.0 | 0.0 | 0.0 | | |
| **Current Balance (Commitment Basis)** | -183.0 | -431.2 | -614.2 | | |
| **Current Balance (Cash Basis)** | -229.3 | -349.9 | -579.2 | | |
| **Development Expenditure (Commitment Basis)** | 60.1 | 120.0 | 180.1 | | |
|   Development Expenditure (Cash Basis) | 48.7 | 83.2 | 131.9 | | |
|   Development Expenditure (Arrears) | 11.4 | 36.8 | 48.2 | | |
| **Balance (Commitment Basis)** | -183.0 | -431.2 | -614.2 | | |
| **Balance (Cash Basis)** | -278.0 | -433.1 | -711.1 | | |
| **Financing** | 278.0 | 433.1 | 711.1 | | |
|   External Budgetary Support | 253.0 | 142.5 | 395.5 | | |
|   Development Financing | 15.0 | 18.2 | 33.1 | | |
|   Net Domestic Bank Financing (2) | 11.1 | 279.6 | 290.7 | | |
|   Residual | -1.0 | -7.2 | -8.2 | | |
| ***Memorandum Items:*** | | | | | |
| Total Arrears (million NIS) (3) | 596.4 | 587.6 | 1184.0 | | |
| Budget Exchange Rate (NIS/USD) | 3.80 | 3.80 | 3.80 | | |
| Actual Exchange Rate (NIS/USD) | 3.93 | 3.90 | 3.92 | | |

(1) Withheld (+) or transferred from past collections and/or transferred advances (-).

(2) Net change in government balances from changes in government deposits with the banking system and government borrowing from the banking system.

(3) In categories of total expenditure, development expenditure and tax refunds.

Mar. 18, 2015

Table 4: Revenues by Source (Commitment Basis), February 2015 (million NIS).

| | Jan | Feb | Jan - Feb | Budget 2015 | Actual as % of Budget |
|---|---|---|---|---|---|
| **Total Net Revenues (1)** | 925.5 | 907.9 | 1833.4 | | |
| **A. Net Tax Revenues** | 836.3 | 842.9 | 1679.2 | | |
|   **1. Domestic Tax Revenues** | 179.5 | 342.3 | 521.7 | | |
|     Income Tax | 56.7 | 199.7 | 256.5 | | |
|     Value Added Tax | 74.9 | 100.1 | 175.1 | | |
|     Customs | 28.1 | 30.8 | 58.8 | | |
|     Excises on Beverages | 0.4 | 0.2 | 0.6 | | |
|     Excises on Tobacco | 12.7 | 11.4 | 24.1 | | |
|     Property Tax | 6.6 | 0.1 | 6.6 | | |
|   **2. Clearance Revenue** | 691.4 | 589.5 | 1280.9 | | |
|     Customs | 285.9 | 184.7 | 470.6 | | |
|     Value Added Tax | 207.8 | 181.7 | 389.6 | | |
|     Purchase Tax | -6.1 | -3.4 | -9.5 | | |
|     Petroleum Excise | 203.8 | 219.9 | 423.7 | | |
|     Income Tax | 0.0 | 6.6 | 6.6 | | |
|     Other | 0.0 | 0.0 | 0.0 | | |
|   **3. Tax Refunds (-)** | 34.5 | 88.9 | 123.4 | | |
|     Fuel | 26.7 | 27.4 | 54.1 | | |
|     Other (2) | 7.9 | 61.5 | 69.3 | | |
| **B. Nontax Revenues** | 89.3 | 65.0 | 154.2 | | |
|   **1. Domestic Fees and Charges** | 89.3 | 64.6 | 153.9 | | |
|     Stamps Tax | 0.0 | 0.0 | 0.0 | | |
|     Civil Registration Fees | 2.7 | 3.6 | 6.3 | | |
|     Health Fees | 4.2 | 5.0 | 9.1 | | |
|     Health Insurance | 17.6 | 15.8 | 33.5 | | |
|     Transportation | 7.7 | 8.1 | 15.8 | | |
|     Agriculture Services | 0.2 | 0.3 | 0.5 | | |
|     Local Government | 0.3 | 0.4 | 0.7 | | |
|     Ministry of Economy | 1.0 | 1.1 | 2.1 | | |
|     Shari'a Courts Fees | 0.5 | 0.6 | 1.1 | | |
|     Land Registration | 5.8 | 9.2 | 15.0 | | |
|     Ministry of Housing | 0.0 | 0.0 | 0.0 | | |
|     Tourist Fees | 0.2 | 0.3 | 0.5 | | |
|     Telecommunication Fees | 2.6 | 2.3 | 4.9 | | |
|     Ministry of Education | 1.3 | 1.2 | 2.5 | | |
|     High Court of Justice Fees | 3.5 | 4.1 | 7.5 | | |
|     Foreign Affairs | 0.1 | 0.1 | 0.2 | | |
|     Licenses | 37.8 | 4.8 | 42.6 | | |
|     Others | 3.7 | 7.8 | 11.4 | | |
|     Training fees | 0.0 | 0.0 | 0.0 | | |
|   **2. Investments Profits** | 0.0 | 0.4 | 0.4 | | |

(1) All revenue items are the same in cash basis and in commitment basis except for clearance revenue and tax refunds (see Table 2 for both in cash basis).

(2) Other tax refunds are refunds on VAT and customs revenues.

Mar. 18, 2015

Table 5-A: Expenditure by PA organizations, February 2015 (thousand NIS).(1)

| | Total Expenditure | Wages and salaries | Social contributions | Use of goods and services | Interest payments | Transfer Expenditure | Minor Capital Expenditure | Development Expenditure |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Central Administration** | | | | | | | | |
| President's Office | 15,283 | 8,973 | 901 | 5,119 | - | - | 16 | 275 |
| P.L.O. Institutions | 46,314 | 7,332 | 371 | 5,700 | - | 32,910 | - | 0 |
| Legislative Council | 3,062 | 1,513 | 168 | 96 | - | 1,285 | - | - |
| Ministers' Council | 2,471 | 1,457 | 124 | 653 | - | - | 1- | 239 |
| Financial and Administrative Control Department | 1,007 | 793 | 92 | 122 | - | - | - | - |
| General Personnel Office | 8,834 | 7,289 | 799 | 599 | - | - | 117 | 30 |
| Palestinian Central Bureau of Statistics | 3,382 | 1,032 | 113 | 765 | - | - | - | 1,473 |
| Central Election Committee | 1,000 | - | - | 1,000 | - | - | - | - |
| Ministry of Jerusalem Affairs | 3,099 | 575 | 13 | 111 | - | 400 | - | 2,000 |
| **Total** | **84,454** | **28,964** | **2,581** | **14,166** | **-** | **34,595** | **132** | **4,017** |
| **Security and Public Order** | | | | | | | | |
| Ministry of Interior and National Security | 306,281 | 249,583 | 25,957 | 18,897 | - | - | 1- | 11,845 |
| Ministry of Justice | 3,885 | 3,246 | 370 | 199 | - | - | - | 69 |
| Supreme Judicial Council | 7,287 | 5,761 | 576 | 469 | - | - | - | 480 |
| Land Authority | 1,974 | 1,401 | 149 | 126 | - | - | - | 298 |
| Ministry of Local Government | 11,300 | 2,004 | 177 | 195 | - | 793 | 6- | 8,137 |
| The Higher Judicial Council | 1,912 | 1,611 | 139 | 162 | - | - | - | - |
| Dar AlFatwa and Islamic Research | 397 | 328 | 27 | 42 | - | - | - | - |
| **Total** | **333,035** | **263,934** | **27,395** | **20,091** | **-** | **793** | **8-** | **20,830** |
| **Financial Affairs** | | | | | | | | |
| Ministry of Finance | 10,074 | 8,256 | 795 | 722 | - | - | - | 302 |
| The Ministry of Awqaf and Religious Affairs | 10,285 | 9,155 | 871 | 259 | - | - | - | - |
| Non Governmental Organization | 784 | 159 | 17 | 48 | - | 561 | - | - |
| Palestinian Water Authority | 3,655 | 960 | 101 | 370 | - | - | 15 | 2,210 |
| Retirees Pension Allowances | 81,270 | - | - | - | - | 81,270 | - | - |
| Public Debt Interest Payments | 4,287 | - | - | - | 4,287 | - | - | - |
| General Expenditures | 13 | - | - | - | - | 13 | - | - |
| Financial Reserves | 1,705 | - | - | - | - | 1,705 | - | - |
| **Total** | **112,073** | **18,530** | **1,783** | **1,398** | **4,287** | **83,549** | **15** | **2,512** |
| **Foreign Affairs** | | | | | | | | |
| Negotiations Affairs Department | 123 | 107 | 11 | 5 | - | - | - | - |
| Embassies | 8,318 | 4,980 | - | 2,435 | - | 643 | 261 | - |
| Ministry of Foreign Affairs | 4,083 | 3,782 | 245 | 56 | - | - | - | - |
| **Total** | **12,525** | **8,868** | **256** | **2,497** | **-** | **643** | **261** | **-** |

Table 5a - Page 1 of 2

| | Total Expenditure | Wages and salaries | Social contributions | Use of goods and services | Interest payments | Transfer Expenditure | Minor Capital Expenditure | Development Expenditure |
|---|---|---|---|---|---|---|---|---|
| **Economic Development** | | | | | | | | |
| Ministry of National Economy | 3,963 | 3,304 | 344 | 264 | - | - | - | 51 |
| Industrial Zones Board | 295 | 253 | 28 | 14 | - | - | - | - |
| Specifications and Standards Office | 640 | 519 | 54 | 67 | - | - | - | - |
| General Authority for Investment Promotion | 259 | 212 | 23 | 24 | - | - | - | 0 |
| Ministry of Energy and Natural Resources | 857 | 737 | 78 | 40 | - | - | - | 3 |
| Ministry of Planning and Administrative Development | 716 | 588 | 64 | 64 | - | - | - | - |
| Ministry of Public Works and Housing | 27,225 | 3,445 | 321 | 190 | - | - | 50 | 23,220 |
| Ministry of Agriculture | 13,748 | 5,654 | 481 | 2,067 | - | - | 539 | 5,009 |
| Environmental Quality Authority | 975 | 833 | 90 | 52 | - | - | - | - |
| **Total** | **48,679** | **15,544** | **1,483** | **2,782** | **-** | **-** | **589** | **28,282** |
| **Social Services** | | | | | | | | |
| Ministry of Education & Higher Education | 202,450 | 168,702 | 16,274 | 9,940 | - | - | - | 7,534 |
| Ministry of Health | 98,047 | 59,810 | 5,230 | 26,564 | - | - | - | 6,443 |
| Ministry of Social Affairs | 208,427 | 4,770 | 492 | 342 | - | 191,472 | 3 | 11,348 |
| Ministry of Prisoners Affairs | 2,039 | 1,724 | 188 | 107 | - | 20 | - | - |
| Ministry of Women's Affairs | 389 | 326 | 33 | 29 | - | - | - | - |
| Ministry of Labor | 3,050 | 2,604 | 261 | 184 | - | - | - | - |
| **Total** | **514,401** | **237,936** | **22,479** | **37,166** | **-** | **191,492** | **3** | **25,325** |
| **Cultural and Information Services** | | | | | | | | |
| Ministry of Information | 963 | 522 | 46 | 281 | - | - | 113 | - |
| The Palestinian News Agency - WAFA | 12,580 | 5,714 | 536 | 5,007 | - | - | 488 | 834 |
| Ministry of Tourism and Antiquities | 3,161 | 1,222 | 105 | 506 | - | - | 1 | 1,326 |
| Ministry of Youth and Sports | 5,393 | 1,952 | 206 | 3,188 | - | - | - | 47 |
| Ministry of Culture | 1,133 | 920 | 87 | 110 | - | - | - | 16 |
| **Total** | **23,228** | **10,330** | **980** | **9,092** | **-** | **-** | **602** | **2,224** |
| **Transport and Communication Services** | | | | | | | | |
| Ministry of Transportation | 5,589 | 3,486 | 365 | 1,703 | - | - | 35 | - |
| Ministry of Communications and Information Technology | 2,440 | 2,137 | 187 | 117 | - | - | - | - |
| **Total** | **8,029** | **5,623** | **552** | **1,819** | **-** | **-** | **35** | **-** |
| **Grand Total** | **1,136,425** | **589,730** | **57,508** | **89,010** | **4,287** | **311,071** | **1,629** | **83,189** |

(1)The categories of wages and salaries, social contributions, and interest payments are in commitment basis. The categories of use of goods and services and development expenditure are in cash basis. The other categories differ from commitment basis by the amount of transactions in-process in the system.

Mar. 18, 2015

Table 5a - Page 2 of 2

Table 5-B: Expenditure by PA organizations, Jan-Feb 2015 (thousand NIS).(1)

| | Total Expenditure | Wages and salaries | Social contributions | Use of goods and services | Interest payments | Transfer Expenditure | Minor Capital Expenditure | Development Expenditure |
|---|---|---|---|---|---|---|---|---|
| **Central Administration** | | | | | | | | |
| President's Office | 28,840 | 18,332 | 1,799 | 7,979 | - | - | 351 | 379 |
| P.L.O. Institutions | 67,606 | 15,234 | 697 | 11,834 | - | 37,219 | 19 | 2,605 |
| Legislative Council | 6,094 | 3,036 | 296 | 192 | - | 2,570 | - | - |
| Ministers' Council | 4,612 | 2,946 | 247 | 1,175 | - | - | 4 | 239 |
| Financial and Administrative Control Department | 2,143 | 1,583 | 180 | 370 | - | - | 11 | - |
| General Personnel Office | 17,143 | 14,674 | 1,503 | 819 | - | - | 117 | 30 |
| Palestinian Central Bureau of Statistics | 4,719 | 2,088 | 227 | 926 | - | - | - | 1,478 |
| Central Election Committee | 1,420 | - | - | 1,420 | - | - | - | - |
| Ministry of Jerusalem Affairs | 4,771 | 1,191 | 26 | 177 | - | 1,377 | - | 2,000 |
| **Total** | **137,348** | **59,085** | **4,973** | **24,893** | **-** | **41,165** | **502** | **6,731** |
| **Security and Public Order** | | | | | | | | |
| Ministry of Interior and National Security | 607,145 | 499,481 | 51,954 | 34,113 | - | - | 9 | 21,589 |
| Ministry of Justice | 7,744 | 6,491 | 725 | 458 | - | - | 1 | 69 |
| Supreme Judicial Council | 14,249 | 11,210 | 1,131 | 1,413 | - | - | 15 | 480 |
| Land Authority | 4,023 | 2,786 | 294 | 314 | - | - | 19 | 610 |
| Ministry of Local Government | 14,490 | 3,938 | 352 | 363 | - | 1,077 | 6- | 8,768 |
| The Higher Judicial Council | 3,921 | 3,278 | 278 | 343 | - | - | 23 | - |
| Dar AlFatwa and Islamic Research | 1,110 | 653 | 53 | 372 | - | - | 32 | - |
| **Total** | **652,684** | **527,835** | **54,787** | **37,376** | **-** | **1,077** | **92** | **31,516** |
| **Financial Affairs** | | | | | | | | |
| Ministry of Finance | 19,910 | 16,544 | 1,607 | 1,393 | - | - | - | 366 |
| The Ministry of Awqaf and Religious Affairs | 20,645 | 18,455 | 1,686 | 504 | - | - | - | - |
| Non Governmental Organization | 1,262 | 319 | 34 | 198 | - | 599 | 112 | - |
| Palestinian Water Authority | 9,308 | 2,141 | 203 | 967 | - | - | 15 | 5,982 |
| Retirees Pension Allowances | 188,829 | - | - | - | - | 188,829 | - | - |
| Public Debt Interest Payments | 20,828 | - | - | - | 20,828 | - | - | - |
| General Expenditures | 324 | - | - | - | - | 324 | - | - |
| Financial Reserves | 1,955 | - | - | - | - | 1,955 | - | - |
| **Total** | **263,059** | **37,459** | **3,529** | **3,062** | **20,828** | **191,706** | **127** | **6,348** |
| **Foreign Affairs** | | | | | | | | |
| Negotiations Affairs Department | 248 | 215 | 22 | 11 | - | - | - | - |
| Embassies | 25,113 | 10,116 | - | 13,179 | - | 1,292 | 525 | - |
| Ministry of Foreign Affairs | 7,924 | 7,309 | 477 | 138 | - | - | - | - |
| **Total** | **33,285** | **17,641** | **499** | **13,328** | **-** | **1,292** | **525** | **-** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Economic Development** | | | | | | | | |
| Ministry of National Economy | 8,238 | 6,712 | 622 | 545 | - | - | 14 | 344 |
| Industrial Zones Board | 654 | 512 | 55 | 86 | - | - | - | - |
| Specifications and Standards Office | 1,428 | 1,068 | 109 | 235 | - | - | 15 | 0 |
| General Authority for Investment Promotion | 597 | 418 | 46 | 131 | - | - | - | 2 |
| Ministry of Energy and Natural Resources | 12,897 | 1,477 | 156 | 115 | - | - | 7 | 11,141 |
| Ministry of Planning and Administrative Development | 1,438 | 1,204 | 131 | 103 | - | - | - | - |
| Ministry of Public Works and Housing | 34,640 | 6,971 | 643 | 718 | - | - | 330 | 25,977 |
| Ministry of Agriculture | 20,744 | 11,312 | 966 | 2,429 | - | - | 539 | 5,497 |
| Environmental Quality Authority | 1,978 | 1,681 | 180 | 117 | - | - | - | - |
| **Total** | **82,614** | **31,357** | **2,908** | **4,481** | **-** | **-** | **906** | **42,962** |
| **Social Services** | | | | | | | | |
| Ministry of Education & Higher Education | 406,209 | 339,760 | 32,886 | 20,608 | - | 2,992 | - | 9,962 |
| Ministry of Health | 181,671 | 119,244 | 10,445 | 33,417 | - | - | - | 18,565 |
| Ministry of Social Affairs | 277,660 | 9,641 | 861 | 1,237 | - | 254,295 | 111 | 11,514 |
| Ministry of Prisoners Affairs | 40,929 | 17,788 | 379 | 264 | - | 22,498 | - | - |
| Ministry of Women's Affairs | 804 | 676 | 68 | 60 | - | - | - | - |
| Ministry of Labor | 6,115 | 5,243 | 515 | 358 | - | - | - | - |
| **Total** | **913,388** | **492,352** | **45,154** | **55,944** | **-** | **279,785** | **111** | **40,041** |
| **Cultural and Information Services** | | | | | | | | |
| Ministry of Information | 1,570 | 1,049 | 93 | 315 | - | - | 113 | - |
| The Palestinian News Agency - WAFA | 18,614 | 10,761 | 1,078 | 5,452 | - | - | 488 | 834 |
| Ministry of Tourism and Antiquities | 4,586 | 2,477 | 213 | 569 | - | - | 1 | 1,326 |
| Ministry of Youth and Sports | 9,157 | 4,112 | 414 | 4,244 | - | - | 139 | 248 |
| Ministry of Culture | 2,474 | 1,852 | 175 | 431 | - | - | - | 16 |
| **Total** | **36,401** | **20,252** | **1,973** | **11,010** | **-** | **-** | **741** | **2,425** |
| **Transport and Communication Services** | | | | | | | | |
| Ministry of Transportation | 10,498 | 6,995 | 734 | 2,033 | - | - | 87 | 650 |
| Ministry of Communications and Information Technology | 6,054 | 4,238 | 374 | 837 | - | - | - | 605 |
| **Total** | **16,552** | **11,233** | **1,108** | **2,870** | **-** | **-** | **87** | **1,255** |
| **Grand Total** | **2,135,331** | **1,197,213** | **114,931** | **152,964** | **20,828** | **515,026** | **3,091** | **131,278** |

(1)The categories of wages and salaries, social contributions, and interest payments are in commitment basis. The categories of use of goods and services and development expenditure are in cash basis. The other categories differ from commitment basis by the amount of transactions in-process in the system.

Mar. 18, 2015

Table 6: Total External Financing, Budget Support and Development Financing, Monthly 2015. (million NIS)*

|  | Jan | Feb | Jan-Feb | Budget 2015 | Actual % of Budget | % of Budget |
|---|---|---|---|---|---|---|
| **Total External Financing** | **267.9** | **160.7** | **428.6** | **-** | | |
| **1 Budget Support** | **253.0** | **142.5** | **395.5** | **-** | | |
| **a. Arab Donors** | **234.1** | **135.7** | **369.9** | **-** | | |
| Saudi Arabia | 234.1 | - | 234.1 | - | | |
| Algeria | - | - | - | - | | |
| Qatar | - | - | - | - | | |
| Iraq | - | 112.4 | 112.4 | - | | |
| Egypt | - | 23.3 | 23.3 | - | | |
| **b. International Donors** | **18.8** | **6.8** | **25.6** | **-** | | |
| USA | - | - | - | - | | |
| **India** | **15.6** | **-** | **15.6** | **-** | | |
| France | - | - | - | | | |
| **Malaysia** | - | - | - | - | | |
| **PEGASE** | **-** | **-** | **-** | **-** | | |
| Civil servants and pensioners (1) | - | - | - | **-** | | |
| Vulnerable Palestinian Families | - | - | - | **-** | | |
| East Jerusalem Hospitals | - | - | - | | | |
| **World Bank** | **3.2** | **6.8** | **10.0** | **-** | | |
| Trust Fund | - | - | - | **-** | | |
| Development Grant | - | - | - | **-** | | |
| ESSP | - | - | - | **-** | | |
| FPCR | - | - | - | **-** | | |
| SSNRP | - | - | - | **-** | | |
| IDA | 3.2 | 6.8 | 10.0 | **-** | | |
| **2 Development Financing** | **15.0** | **18.2** | **33.1** | **-** | | |
| CBPERIP | - | - | - | **-** | | |
| Co - Financing for Projects of MOEd | 7.1 | - | 7.1 | **-** | | |
| Old Grants for Line Ministries | 2.2 | 2.2 | 4.4 | **-** | | |
| Grant Procurement Reform | - | - | - | **-** | | |
| Others | 5.7 | 16.0 | 21.7 | **-** | | |
| ***Memorandum Items:*** | | | | | | |
| Budget Exchange Rate (NIS/USD) | 3.80 | 3.80 | 3.80 | 3.80 | | |
| Actual Exchange Rate (NIS/USD) | 3.93 | 3.90 | 3.92 | | | |

* This table updates information from previous months and should be assumed the most accurate.
(1) Civil servants and pensioners: Civil servants, pensioners, civil police, and civil defence.

Mar. 18, 2015

**Table 7a: Public Debt, End of Month, February 2015 (million NIS) ***

|  | Dec. 2014 | Jan. 2015 | Feb. 2015 |
|---|---|---|---|
| **Total Public Debt** | **8,646.1** | **8,797.3** | **8,873.1** |
| **A. Total Domestic Debt** | **4,399.4** | **4,556.9** | **4,643.2** |
| Total Domestic Debt ( short term) | 2,584.9 | 2,793.8 | 2,916.5 |
| Total Domestic Debt ( long term) | 1,814.5 | 1,763.1 | 1,726.7 |
| Bank Loans | 2,460.9 | 2,445.3 | 2,424.4 |
| Short term | 646.4 | 682.2 | 697.7 |
| Long term | 1,814.5 | 1,763.1 | 1,726.7 |
| Overdraft | 1,180.5 | 1,347.5 | 1,502.8 |
| Short term | 1,180.5 | 1,347.5 | 1,502.8 |
| Petroleum Authority loans | 705.7 | 711.9 | 663.7 |
| Short term | 705.7 | 711.9 | 663.7 |
| Other public institutions  loans** | 52.3 | 52.3 | 52.3 |
| Short term | 52.3 | 52.3 | 52.3 |
| **B. Total Foreign Debt** | **4,246.7** | **4,240.4** | **4,229.9** |
| **1. Arab Financial Institutions** | **2,421.7** | **2,440.2** | **2,439.5** |
| Al Aqsa Fund ** | 2,018.0 | 2,038.7 | 2,038.7 |
| Arab Fund for Economic & Social Development | 221.7 | 222.3 | 222.0 |
| Islamic Development Bank ** | 181.9 | 179.2 | 178.7 |
| **2. International and Regional Institutions** | **1,356.4** | **1,357.6** | **1,351.2** |
| World Bank | 1,079.3 | 1,087.5 | 1,082.3 |
| European Investment Bank | 187.7 | 180.0 | 178.9 |
| IFAD | 10.6 | 10.4 | 10.4 |
| OPEC | 78.8 | 79.6 | 79.6 |
| **3. Bilateral Loans** | **468.6** | **442.6** | **439.2** |
| Spain | 329.3 | 310.2 | 307.7 |
| Italy | 118.9 | 111.9 | 111.0 |
| China ** | 20.5 | 20.5 | 20.5 |

* Exchange rate conversion from dollars to shekels accourding to exchange rate in the financial system in 28/02/2014 is (3.94), and 31/01/2015 is (3.94).

**See notes in TB 7a Dollar.

Mar. 18, 2015

**Table 7a: Public Debt, End of Month, February 2015 (millionUSD) ***

|  | Dec. 2014 | Jan. 2015 | Feb. 2015 |
|---|---|---|---|
| **Total Public Debt** | **2,217.0** | **2,232.8** | **2,252.1** |
| **A. Total Domestic Debt** | **1,128.0** | **1,156.6** | **1,178.5** |
| Total Domestic debt ( short term) | 662.8 | 709.1 | 740.2 |
| Total Domestic debt ( long term) | 465.3 | 447.5 | 438.3 |
| Bank Loans | 631.0 | 620.6 | 615.3 |
| Short term | 165.7 | 173.1 | 177.1 |
| Long term | 465.3 | 447.5 | 438.3 |
| Overdraft | 302.7 | 342.0 | 381.4 |
| Short term | 302.7 | 342.0 | 381.4 |
| Petroleum Authority loans | 181.0 | 180.7 | 168.5 |
| Short term | 181.0 | 180.7 | 168.5 |
| Other public institutions  loans    (1) | 13.4 | 13.3 | 13.3 |
| Short term | 13.4 | 13.3 | 13.3 |
| **B. Total Foreign Debt** | **1,088.9** | **1,076.2** | **1,073.6** |
| **1. Arab Financial Institutions** | **620.9** | **619.3** | **619.2** |
| Al Aqsa Fund                         (2) | 517.4 | 517.4 | 517.4 |
| Arab Fund for Economic & Social Development | 56.9 | 56.4 | 56.3 |
| Islamic Development Bank        (3) | 46.6 | 45.5 | 45.4 |
| **2. International and Regional Institutions** | **347.8** | **344.6** | **343.0** |
| World Bank | 276.7 | 276.0 | 274.7 |
| European Investment Bank | 48.1 | 45.7 | 45.4 |
| IFAD | 2.7 | 2.7 | 2.6 |
| OPEC | 20.2 | 20.2 | 20.2 |
| **3. Bilateral Loans** | **120.2** | **112.3** | **111.5** |
| Spain | 84.4 | 78.7 | 78.1 |
| Italy | 30.5 | 28.4 | 28.2 |
| China                                  (4) | 5.3 | 5.2 | 5.2 |

\* Exchange rate conversion from dollars to shekels accourding to exchange rate in the financial system in 28/02/2014 is (3.94), and 31/01/2015 is (3.94).

(2) Al-Aqsa Fund's loan include ($5 million) dollars ensured by Ministry of Finance
(3) Islamic Development Bank's loan include ($7.8 million) dollars ensured by Ministry of Finance
(4) Data on Chinese loans were obtained from the 2007 budget

Mar. 18, 2015

**Palestinian Authority**  
**Ministry of Finance**  
**table7b: Gross External Debt Position. End of Month.**  
**February 2015 (million USD)**

السلطة الوطنية الفلسطينية  
وزارة المالية  
جدول7ب: وضع اجمالي الدين الخارجي. نهاية كل شهر.  
شباط 2015  (بالمليون دولار)

| | Dec. 2014 كانون اول 2014 | Jan. 2015 كانون الثاني 2015 | Feb. 2015 شباط 2015 | |
|---|---:|---:|---:|---|
| **Central Government** | **1,088.902** | **1,076.244** | **1,073.588** | **الحكومة المركزية** |
| **Short-term** | **73.044** | **72.671** | **72.604** | **قصير الأجل** |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات السوق النقدي |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Trade credits | 0.000 | 0.000 | 0.000 | انتمان تجاري |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| Arrears | 73.044 | 72.671 | 72.604 | المتأخرات |
| **Long-term** | **1,015.858** | **1,003.573** | **1,000.984** | **طويل الأجل** |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 1,015.858 | 1,003.573 | 1,000.984 | قروض |
| Trade credits | 0.000 | 0.000 | 0.000 | انتمانات تجارية |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Monetary Authorities** | **0.000** | **0.000** | **0.000** | **السلطات النقدية** |
| **Short-term** | **0.000** | **0.000** | **0.000** | **قصير الأجل** |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات سوق النقد |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Long-term** | **0.000** | **0.000** | **0.000** | **طويل الأجل** |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Banks        (1)** | **403.840** | **422.040** | **0.000** | **البنوك       (1)** |
| **Short-term** | **189.070** | **120.920** | **0.000** | **قصير الأجل** |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات سوق النقد |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 189.070 | 120.920 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Long-term** | **214.770** | **301.120** | **0.000** | **طويل الأجل** |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 214.770 | 301.120 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Other Sectors        (2)** | **43.000** | **43.000** | **43.000** | **القطاعات الأخرى      (2)** |
| **Short-term** | **7.000** | **7.000** | **7.000** | **قصير الأجل** |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات السوق النقدي |
| Loans | 7.000 | 7.000 | 7.000 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Trade credits | 0.000 | 0.000 | 0.000 | انتمان تجاري |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Long-term** | **36.000** | **36.000** | **36.000** | **طويل الأجل** |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 36.000 | 36.000 | 36.000 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Trade credits | 0.000 | 0.000 | 0.000 | انتمان تجاري |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Direct Investment: Intercompany Lending** | **18.000** | **18.000** | **18.000** | **الاستثمار المباشر : الأقراض فيما بين الشركات** |
| Debt liabilities to affiliated enterprises | 0.000 | 0.000 | 0.000 | خصوم الدين لمؤسسات منتسبة |
| Debt liabilities to direct investors | 18.000 | 18.000 | 18.000 | خصوم الدين لمستثمرين مباشرين |
| **Gross External Debt** | **1,553.742** | **1,559.284** | **1,134.588** | **وضع إجمالي الدين الخارجي** |

*Other debt liabilities are other liabilities in the IIP statement.  
(1) Data related to this section will be available with one month lag.  
(2) Data for other sector due to third quarter of 2013

* خصوم الدين الاخرى هي التزامات اخرى في بيان وضع الاستثمار الدولي  
(1) البيانات المتعلقة بهاذا القطاع ستكون متوفرة متأخرة بشهر واحد.  
(2) بيانات القطاعات الاخرى تخص الربع الثالث لعام 2013 .

Mar.18, 2015

18شباط. 2015

**Palestinian Authority**  
**Ministry of Finance**  
table7b: Gross External Debt Position. End of Month.  
**February 2015 (million NIS)**

السلطة الوطنية الفلسطينية  
وزارة المالية  
جدول7ب: وضع اجمالي الدين الخارجي. نهاية كل شهر.  
شباط 2015 (بالمليون شيكل)

| | Dec. 2014 | Jan. 2015 | Feb. 2015 | |
|---|---|---|---|---|
| | كانون اول 2014 | كانون الثاني 2015 | شباط 2015 | |
| **Central Government** | **4,246.719** | **4,240.401** | **4,229.938** | الحكومة المركزية |
| Short-term | 284.871 | 286.324 | 286.061 | قصير الأجل |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات السوق النقدي |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Trade credits | 0.000 | 0.000 | 0.000 | ائتمان تجاري |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| Arrears | 284.871 | 286.324 | 286.061 | المتأخرات |
| Long-term | 3,961.848 | 3,954.077 | 3,943.877 | طويل الأجل |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 3,961.848 | 3,954.077 | 3,943.877 | قروض |
| Trade credits | 0.000 | 0.000 | 0.000 | ائتمانات تجارية |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Monetary Authorities** | **0.000** | **0.000** | **0.000** | السلطات النقدية |
| Short-term | 0.000 | 0.000 | 0.000 | قصير الأجل |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات سوق النقد |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| Long-term | 0.000 | 0.000 | 0.000 | طويل الأجل |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Banks          (1)** | **1,573.360** | **1,662.880** | **0.000** | البنوك    (1) |
| Short-term | 736.600 | 476.430 | 0.000 | قصير الأجل |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات سوق النقد |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 736.600 | 476.430 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| Long-term | 836.760 | 1,186.450 | 0.000 | طويل الأجل |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 0.000 | 0.000 | 0.000 | قروض |
| Currency and deposits | 836.760 | 1,186.450 | 0.000 | عملة وودائع |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Other Sectors    (2)** | **167.700** | **169.420** | **169.420** | القطاعات الأخرى   (2) |
| Short-term | 27.300 | 27.580 | 27.580 | قصير الأجل |
| Money market instruments | 0.000 | 0.000 | 0.000 | أدوات السوق النقدي |
| Loans | 27.300 | 27.580 | 27.580 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Trade credits | 0.000 | 0.000 | 0.000 | ائتمان تجاري |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| Long-term | 140.400 | 141.840 | 141.840 | طويل الأجل |
| Bonds and notes | 0.000 | 0.000 | 0.000 | سندات وأذونات |
| Loans | 140.400 | 141.840 | 141.840 | قروض |
| Currency and deposits | 0.000 | 0.000 | 0.000 | عملة وودائع |
| Trade credits | 0.000 | 0.000 | 0.000 | ائتمان تجاري |
| Other debt liabilities* | 0.000 | 0.000 | 0.000 | خصوم الدين أخرى * |
| **Direct Investment: Intercompany Lending** | **70.200** | **70.920** | **70.920** | الاستثمار المباشر : الأقراض فيما بين الشركات |
| Debt liabilities to affiliated enterprises | 0.000 | 0.000 | 0.000 | خصوم الدين لمؤسسات منتسبة |
| Debt liabilities to direct investors | 70.200 | 70.920 | 70.920 | خصوم الدين لمستثمرين مباشرين |
| **Gross External Debt** | **6,057.979** | **6,143.621** | **4,470.278** | وضع إجمالي الدين الخارجي |

*Other debt liabilities are other liabilities in the IIP statement.  
(1) Data related to this section will be available with one month lag.  
(2) Data for other sector due to third quarter of 2013

* خصوم الدين الاخرى هي التزامات اخرى في بيان وضع الاستثمار الدولي  
(1) البيانات المتعلقة بهذا القطاع ستكون متوفرة متأخرة بشهر واحد.  
(2) بيانات القطاعات الاخرى تخص الربع الثالث لعام 2013 .

Mar.18, 2015

18شباط. 2015

Table 8a. Fiscal Operations: Transfers, (Commitment Basis) February 2015 million NIS.

|  | Jan | Feb | Jan - Feb | Budget 2015 | Actual as % of Budget |
|---|---|---|---|---|---|
| **1. Social assistance benefits** | **113.739** | **241.389** | **355.129** | | |
|   Social assistance | 74.650 | 181.864 | **256.513** | | |
|   Assistance to vulnerable families | 17.783 | 41.517 | **59.300** | | |
|   Unemployment benefits | 21.307 | 18.008 | **39.315** | | |
| **2. Social security benefits (civilian and military pensions)** | **105.682** | **84.083** | **189.765** | | |
| **3. Assistance for prisoners and detainees** | **20.081** | **0.000** | **20.081** | | |
| **4. Payments to NGOs and civil society & universities** | **3.089** | **0.980** | **4.069** | | |
| **5. Compensation for damages & emergency expenditures - Reserves** | **3.152** | **2.025** | **5.177** | | |
| **6. Local government support** | **0.025** | **2.323** | **2.348** | | |
| **7. Other transfers** | **0.977** | **0.270** | **1.247** | | |
| **8. Assistance to released prisoners** | **1.162** | **0.020** | **1.182** | | |
| **9. Educational subsidies & scholarships** | **3.622** | **4.354** | **7.976** | | |
| **Total** | **251.527** | **335.445** | **586.972** | **0** | |

Mar. 18, 2015

Table 8b. Fiscal Operations: Transfers, (Cash Basis) February 2015, million NIS.

|  | Jan | Feb | Jan - Feb | Budget 2015 | Actual as % of Budget |
|---|---|---|---|---|---|
| **1. Social assistance benefits** | **90.186** | **224.082** | **314.268** | | |
|   Social assistance | 68.880 | 164.556 | **233.436** | | |
|   Assistance to vulnerable families | 0.000 | 41.517 | **41.517** | | |
|   Unemployment benefits | 21.307 | 18.008 | **39.315** | | |
| **2. Social security benefits (civilian and military pensions)** | **88.271** | **83.448** | **171.719** | | |
| **3. Assistance for prisoners and detainees** | **19.744** | **0.000** | **19.744** | | |
| **4. Payments to NGOs and civil society & universities** | **1.996** | **0.961** | **2.956** | | |
| **5. Compensation for damages & emergency expenditures - Reserves** | **0.250** | **1.705** | **1.955** | | |
| **6. Local government support** | **0.025** | **0.793** | **0.818** | | |
| **7. Other transfers** | **0.977** | **0.013** | **0.990** | | |
| **8. Assistance to released prisoners** | **1.162** | **0.020** | **1.182** | | |
| **9. Educational subsidies & scholarships** | **1.345** | **0.000** | **1.345** | | |
| **Total** | **203.955** | **311.022** | **514.977** | | |

Mar. 18, 2015

Table 9A: Functional Expenditures, February 2015 (thousand NIS). (1)

| | Total Expenditure | Wages and salaries | Social contributions | Use of goods and services | Interest payments | Transfer Expenditure | Minor Capital Expenditure | Development Expenditure |
|---|---|---|---|---|---|---|---|---|
| **1. General public services** | **125,858** | **48,839** | **3,889** | **17,691** | **4,287** | **38,309** | **387** | **12,456** |
| President's Office | 15,283 | 8,973 | 901 | 5,119 | 0 | 0 | 16 | 275 |
| P.L.O. Institutions | 46,314 | 7,332 | 371 | 5,700 | 0 | 32,910 | 0 | 0 |
| Legislative Council | 3,062 | 1,513 | 168 | 96 | 0 | 1,285 | 0 | 0 |
| Ministers' Council | 2,471 | 1,457 | 124 | 653 | 0 | 0 | -1 | 239 |
| Financial and Administrative Control Department | 1,007 | 793 | 92 | 122 | 0 | 0 | 0 | 0 |
| Ministry of Local Government | 11,300 | 2,004 | 177 | 195 | 0 | 793 | -6 | 8,137 |
| Ministry of Finance | 10,074 | 8,256 | 795 | 722 | 0 | 0 | 0 | 302 |
| Ministry of Foreign Affairs | 4,083 | 3,782 | 245 | 56 | 0 | 0 | 0 | 0 |
| Embassies | 8,318 | 4,980 | 0 | 2,435 | 0 | 643 | 261 | 0 |
| Negotiations Affairs Department | 123 | 107 | 11 | 5 | 0 | 0 | 0 | 0 |
| General Personnel Office | 8,834 | 7,289 | 799 | 599 | 0 | 0 | 117 | 30 |
| Palestinian Central Bureau of Statistics | 3,382 | 1,032 | 113 | 765 | 0 | 0 | 0 | 1,473 |
| Ministry of Planning and Administrative Development | 716 | 588 | 64 | 64 | 0 | 0 | 0 | 0 |
| Ministry of Jerusalem Affairs | 3,099 | 575 | 13 | 111 | 0 | 400 | 0 | 2,000 |
| Non Governmental Organization | 784 | 159 | 17 | 48 | 0 | 561 | 0 | 0 |
| Central Election Committee | 1,000 | 0 | 0 | 1,000 | 0 | 0 | 0 | 0 |
| General Expenditures | 13 | 0 | 0 | 0 | 0 | 13 | 0 | 0 |
| Public Debt Interest Payments | 4,287 | 0 | 0 | 0 | 4,287 | 0 | 0 | 0 |
| Financial Reserves | 1,705 | 0 | 0 | 0 | 0 | 1,705 | 0 | 0 |
| **2. Defense** | **0** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3. Public order and safety** | **319,364** | **260,201** | **27,042** | **19,727** | **0** | **0** | **-1** | **12,395** |
| Ministry of Interior and National Security | 306,281 | 249,583 | 25,957 | 18,897 | 0 | 0 | -1 | 11,845 |
| Ministry of Justice | 3,885 | 3,246 | 370 | 199 | 0 | 0 | 0 | 69 |
| Supreme Judicial Council | 7,287 | 5,761 | 576 | 469 | 0 | 0 | 0 | 480 |
| The Higher Judicial Council | 1,912 | 1,611 | 139 | 162 | 0 | 0 | 0 | 0 |
| **4. Economic affairs** | **30,841** | **18,906** | **1,821** | **4,479** | **0** | **0** | **573** | **5,062** |
| Ministry of National Economy | 3,963 | 3,304 | 344 | 264 | 0 | 0 | 0 | 51 |
| Specifications and Standards Office | 640 | 519 | 54 | 67 | 0 | 0 | 0 | 0 |
| Ministry of Agriculture | 13,748 | 5,654 | 481 | 2,067 | 0 | 0 | 539 | 5,009 |
| Ministry of Energy and Natural Resources | 857 | 737 | 78 | 40 | 0 | 0 | 0 | 3 |
| Ministry of Transportation | 5,589 | 3,486 | 365 | 1,703 | 0 | 0 | 35 | 0 |
| Ministry of Communications and Information Technology | 2,440 | 2,137 | 187 | 117 | 0 | 0 | 0 | 0 |
| Ministry of Tourism and Antiquities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ministry of Labor | 3,050 | 2,604 | 261 | 184 | 0 | 0 | 0 | 0 |
| General Authority for Investment Promotion | 259 | 212 | 23 | 24 | 0 | 0 | 0 | 0 |
| Industrial Zones Board | 295 | 253 | 28 | 14 | 0 | 0 | 0 | 0 |
| **5. Environmental protection** | **975** | **833** | **90** | **52** | **0** | **0** | **0** | **0** |

Table 9a - Page 1 of 2

| | Total Expenditure | Wages and salaries | Social contributions | Use of goods and services | Interest payments | Transfer Expenditure | Minor Capital Expenditure | Development Expenditure |
|---|---|---|---|---|---|---|---|---|
| Environmental Quality Authority | 975 | 833 | 90 | 52 | 0 | 0 | 0 | 0 |
| **6. Housing and community amenities** | **32,854** | **5,805** | **570** | **686** | **0** | **0** | **65** | **25,728** |
| Ministry of Public Works and Housing | 27,225 | 3,445 | 321 | 190 | 0 | 0 | 50 | 23,220 |
| Land Authority | 1,974 | 1,401 | 149 | 126 | 0 | 0 | 0 | 298 |
| Palestinian Water Authority | 3,655 | 960 | 101 | 370 | 0 | 0 | 15 | 2,210 |
| **7. Health** | **98,047** | **59,810** | **5,230** | **26,564** | **0** | **0** | **0** | **6,443** |
| Ministry of Health | 98,047 | 59,810 | 5,230 | 26,564 | 0 | 0 | 0 | 6,443 |
| **8. Recreation, culture, and religion** | **33,911** | **19,813** | **1,878** | **9,393** | **0** | **0** | **602** | **2,224** |
| Ministry of Youth and Sports | 5,393 | 1,952 | 206 | 3,188 | 0 | 0 | 0 | 47 |
| Ministry of Culture | 1,133 | 920 | 87 | 110 | 0 | 0 | 0 | 16 |
| Ministry of Information | 963 | 522 | 46 | 281 | 0 | 0 | 113 | 0 |
| The Palestinian News Agency - WAFA | 12,580 | 5,714 | 536 | 5,007 | 0 | 0 | 488 | 834 |
| The Ministry of Awqaf and Religious Affairs | 10,285 | 9,155 | 871 | 259 | 0 | 0 | 0 | 0 |
| Dar Al Fatwa and Islamic Research | 3,558 | 1,550 | 132 | 548 | 0 | 0 | 1 | 1,326 |
| **9. Education** | **202,450** | **168,702** | **16,274** | **9,940** | **0** | **0** | **0** | **7,534** |
| Ministry of Education | 202,450 | 168,702 | 16,274 | 9,940 | 0 | 0 | 0 | 7,534 |
| **10. Social protection** | **292,125** | **6,820** | **714** | **478** | **0** | **272,762** | **3** | **11,348** |
| Ministry of Social Affairs | 208,427 | 4,770 | 492 | 342 | 0 | 191,472 | 3 | 11,348 |
| Ministry of Women's Affairs | 389 | 326 | 33 | 29 | 0 | 0 | 0 | 0 |
| Retirees Pension Allowances | 81,270 | 0 | 0 | 0 | 0 | 81,270 | 0 | 0 |
| Ministry of Prisoners Affairs | 2,039 | 1,724 | 188 | 107 | 0 | 20 | 0 | 0 |
| **Totals** | **1,136,425** | **589,730** | **57,508** | **89,010** | **4,287** | **311,071** | **1,629** | **83,189** |

(1)The categories of wages and salaries, social contributions, and interest payments are in commitment basis. The categories of use of goods and services and development expenditure are in cash basis. The other categories differ from commitment basis by the amount of transactions in-process in the system.

Mar. 18, 2015

Table 9b: Functional Expenditures, Jan-Feb 2015 (thousand NIS). (1)

| | Total Expenditure | Wages and salaries | Social contributions | Use of goods and services | Interest payments | Transfer Expenditure | Minor Capital Expenditure | Development Expenditure |
|---|---|---|---|---|---|---|---|---|
| **1. General public services** | **230,840** | **98,731** | **7,595** | **40,278** | **20,828** | **46,412** | **1,133** | **15,864** |
| President's Office | 28,840 | 18,332 | 1,799 | 7,979 | 0 | 0 | 351 | 379 |
| P.L.O. Institutions | 67,606 | 15,234 | 697 | 11,834 | 0 | 37,219 | 19 | 2,605 |
| Legislative Council | 6,094 | 3,036 | 296 | 192 | 0 | 2,570 | 0 | 0 |
| Ministers' Council | 4,612 | 2,946 | 247 | 1,175 | 0 | 0 | 4 | 239 |
| Financial and Administrative Control Department | 2,143 | 1,583 | 180 | 370 | 0 | 0 | 11 | 0 |
| Ministry of Local Government | 14,490 | 3,938 | 352 | 363 | 0 | 1,077 | -6 | 8,768 |
| Ministry of Finance | 19,910 | 16,544 | 1,607 | 1,393 | 0 | 0 | 0 | 366 |
| Ministry of Foreign Affairs | 7,924 | 7,309 | 477 | 138 | 0 | 0 | 0 | 0 |
| Embassies | 25,113 | 10,116 | 0 | 13,179 | 0 | 1,292 | 525 | 0 |
| Negotiations Affairs Department | 248 | 215 | 22 | 11 | 0 | 0 | 0 | 0 |
| General Personnel Office | 17,143 | 14,674 | 1,503 | 819 | 0 | 0 | 117 | 30 |
| Palestinian Central Bureau of Statistics | 4,719 | 2,088 | 227 | 926 | 0 | 0 | 0 | 1,478 |
| Ministry of Planning and Administrative Developme | 1,438 | 1,204 | 131 | 103 | 0 | 0 | 0 | 0 |
| Ministry of Jerusalem Affairs | 4,771 | 1,191 | 26 | 177 | 0 | 1,377 | 0 | 2,000 |
| Non Governmental Organization | 1,262 | 319 | 34 | 198 | 0 | 599 | 112 | 0 |
| Central Election Committee | 1,420 | 0 | 0 | 1,420 | 0 | 0 | 0 | 0 |
| General Expenditures | 324 | 0 | 0 | 0 | 0 | 324 | 0 | 0 |
| Public Debt Interest Payments | 20,828 | 0 | 0 | 0 | 20,828 | 0 | 0 | 0 |
| Financial Reserves | 1,955 | 0 | 0 | 0 | 0 | 1,955 | 0 | 0 |
| **2. Defense** | **0** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3. Public order and safety** | **633,060** | **520,459** | **54,088** | **36,328** | **0** | **0** | **48** | **22,138** |
| Ministry of Interior and National Security | 607,145 | 499,481 | 51,954 | 34,113 | 0 | 0 | 9 | 21,589 |
| Ministry of Justice | 7,744 | 6,491 | 725 | 458 | 0 | 0 | 1 | 69 |
| Supreme Judicial Council | 14,249 | 11,210 | 1,131 | 1,413 | 0 | 0 | 15 | 480 |
| The Higher Judicial Council | 3,921 | 3,278 | 278 | 343 | 0 | 0 | 23 | 0 |
| **4. Economic affairs** | **67,225** | **37,976** | **3,576** | **6,770** | **0** | **0** | **662** | **18,240** |
| Ministry of National Economy | 8,238 | 6,712 | 622 | 545 | 0 | 0 | 14 | 344 |
| Specifications and Standards Office | 1,428 | 1,068 | 109 | 235 | 0 | 0 | 15 | 0 |
| Ministry of Agriculture | 20,744 | 11,312 | 966 | 2,429 | 0 | 0 | 539 | 5,497 |
| Ministry of Energy and Natural Resources | 12,897 | 1,477 | 156 | 115 | 0 | 0 | 7 | 11,141 |
| Ministry of Transportation | 10,498 | 6,995 | 734 | 2,033 | 0 | 0 | 87 | 650 |
| Ministry of Communications and Information Techn | 6,054 | 4,238 | 374 | 837 | 0 | 0 | 0 | 605 |
| Ministry of Tourism and Antiquities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ministry of Labor | 6,115 | 5,243 | 515 | 358 | 0 | 0 | 0 | 0 |
| General Authority for Investment Promotion | 597 | 418 | 46 | 131 | 0 | 0 | 0 | 2 |
| Industrial Zones Board | 654 | 512 | 55 | 86 | 0 | 0 | 0 | 0 |
| **5. Environmental protection** | **1,978** | **1,681** | **180** | **117** | **0** | **0** | **0** | **0** |
| Environmental Quality Authority | 1,978 | 1,681 | 180 | 117 | 0 | 0 | 0 | 0 |

|  | Total Expenditure | Wages and salaries | Social contributions | Use of goods and services | Interest payments | Transfer Expenditure | Minor Capital Expenditure | Development Expenditure |
|---|---|---|---|---|---|---|---|---|
| **6. Housing and community amenities** | **47,970** | **11,898** | **1,141** | **1,999** | **0** | **0** | **363** | **32,569** |
| Ministry of Public Works and Housing | 34,640 | 6,971 | 643 | 718 | 0 | 0 | 330 | 25,977 |
| Land Authority | 4,023 | 2,786 | 294 | 314 | 0 | 0 | 19 | 610 |
| Palestinian Water Authority | 9,308 | 2,141 | 203 | 967 | 0 | 0 | 15 | 5,982 |
| **7. Health** | **181,671** | **119,244** | **10,445** | **33,417** | **0** | **0** | **0** | **18,565** |
| Ministry of Health | 181,671 | 119,244 | 10,445 | 33,417 | 0 | 0 | 0 | 18,565 |
| **8. Recreation, culture, and religion** | **58,156** | **39,359** | **3,712** | **11,887** | **0** | **0** | **774** | **2,425** |
| Ministry of Youth and Sports | 9,157 | 4,112 | 414 | 4,244 | 0 | 0 | 139 | 248 |
| Ministry of Culture | 2,474 | 1,852 | 175 | 431 | 0 | 0 | 0 | 16 |
| Ministry of Information | 1,570 | 1,049 | 93 | 315 | 0 | 0 | 113 | 0 |
| The Palestinian News Agency - WAFA | 18,614 | 10,761 | 1,078 | 5,452 | 0 | 0 | 488 | 834 |
| The Ministry of Awqaf and Religious Affairs | 20,645 | 18,455 | 1,686 | 504 | 0 | 0 | 0 | 0 |
| Dar Al Fatwa and Islamic Research | 5,696 | 3,130 | 266 | 941 | 0 | 0 | 34 | 1,326 |
| **9. Education** | **406,209** | **339,760** | **32,886** | **20,608** | **0** | **2,992** | **0** | **9,962** |
| Ministry of Education & Higher Education | 406,209 | 339,760 | 32,886 | 20,608 | 0 | 2,992 | 0 | 9,962 |
| **10. Social protection** | **508,222** | **28,105** | **1,309** | **1,560** | **0** | **465,622** | **111** | **11,514** |
| Ministry of Social Affairs | 277,660 | 9,641 | 861 | 1,237 | 0 | 254,295 | 111 | 11,514 |
| Ministry of Women's Affairs | 804 | 676 | 68 | 60 | 0 | 0 | 0 | 0 |
| Retirees Pension Allowances | 188,829 | 0 | 0 | 0 | 0 | 188,829 | 0 | 0 |
| Ministry of Prisoners Affairs | 40,929 | 17,788 | 379 | 264 | 0 | 22,498 | 0 | 0 |
| **Totals** | **2,135,331** | **1,197,213** | **114,931** | **152,964** | **20,828** | **515,026** | **3,091** | **131,278** |

(1)The categories of wages and salaries, social contributions, and interest payments are in commitment basis. The categories of use of goods and services and development expenditure are in cash basis. The other categories differ from commitment basis by the amount of transactions in-process in the system.

Mar. 18, 2015