Exhibit G-6

| GFS YEARBOOK QUESTIONNAIRE STATEMENT I | | West Bank and Gaza  487 of US Dollars / Year Ends December 31 | | |
|---|---|---|---|---|
| | | **2013** | | | |
| **STATEMENT OF GOVERNMENT OPERATIONS** | Budgetary (1) | Local Governments (7) | Consolidation Column (8) | General Government b/ (9) |
| Accounting method: | A | A | A | A |
| **TRANSACTIONS AFFECTING NET WORTH:** | | | | |
| **1** **Revenue** | 3,640.6 | 408.6 | 0.0 | 4,049.2 |
| 11  Taxes | 2,164.8 | 39.1 | | 2,203.9 |
| 12  Social contributions | | 4.1 | | 4.1 |
| 13  Grants | 1,358.2 | 17.9 | | 1,376.1 |
| 14  Other revenue | 117.6 | 347.5 | | 465.0 |
| **2** **Expense** | 3,405.7 | 377.7 | 0.0 | 3,783.3 |
| 21  Compensation of employees | 2,080.5 | 113.6 | | 2,194.1 |
| 22  Use of goods and services | 493.2 | 123.5 | | 616.6 |
| 23  Consumption of fixed capital | | 0.2 | | 0.2 |
| 24  Interest | 89.3 | | | 89.3 |
| 25  Subsidies | | | | 0.0 |
| 26  Grants | 17.9 | | | 17.9 |
| 27  Social benefits | 674.9 | 13.2 | | 688.0 |
| 28  Other expense | 50.1 | 127.2 | | 177.3 |
| **GOB** *Gross operating balance (1-2+23+NOBz)* | 234.9 | 31.1 | 0.0 | 266.0 |
| **NOB** *Net operating balance (1-2+NOBz) c/* | 234.9 | 30.9 | 0.0 | 265.8 |
| **TRANSACTIONS IN NONFINANCIAL ASSETS:** | | | | |
| **31** **Net Acquisition of Nonfinancial Assets** | 114.0 | 29.6 | 0.0 | 143.6 |
| 311  Fixed assets | 87.8 | 29.6 | | 117.3 |
| 312  Change in inventories | 14.7 | | | 14.7 |
| 313  Valuables | | | | 0.0 |
| 314  Nonproduced assets | 11.6 | | | 11.6 |
| **NLB** *Net lending / borrowing (1-2+NOBz-31)* | 120.9 | 1.4 | 0.0 | 122.3 |
| **TRANSACTIONS IN FINANCIAL ASSETS AND LIABILITIES (FINANCING):** | | | | |
| **32** **Net acquisition of financial assets** | 374.3 | 0.0 | 0.0 | 374.3 |
| 321  Domestic | 321.9 | | | 321.9 |
| 322  Foreign | 52.4 | | | 52.4 |
| **33** **Net incurrence of liabilities** | 253.4 | 0.0 | 0.0 | 253.4 |
| 331  Domestic | 207.4 | | | 207.4 |
| 332  Foreign | 46.0 | | | 46.0 |
| Vertical check: Difference between net lending/borrowing and financing (1-2-31=32-33-NLBz=0) | 0.0 | 1.4 | 0.0 | 1.4 |

a/ Consolidation of budgetary, extrabudgetary, and social security funds (columns 1, 2, 3).
b/ Consolidation of central government, state governments, and local governments (columns 5, 6, 7).
c/ The net operating balance should only be calculated if consumption of fixed capital (23) has a nonzero value. Otherwise, only the gro

| | | | | | |
|---|---|---|---|---|---|
| **GFS YEARBOOK QUESTIONNAIRE** | | | **West Bank and Gaza** | | **487** |
| **TABLE 1** | | | of US Dollars / Year Ends December 31 | | |
| | | | **2013** | | |
| | **REVENUE** | | Budgetary (1) | Local Governments (7) | Consolidation Column (8) | General Government b/ (9) |
| | Accounting method: | A | A | | |
| 1 | REVENUE | 3,640.6 | 408.6 | -17.9 | 4,031.3 |
| 11 | Taxes | 2,164.8 | 39.1 | 0.0 | 2,203.9 |
| 111 | Taxes on income, profits, and capital gains | 145.6 | 0.0 | 0.0 | 145.6 |
| 1111 | Payable by individuals | 11.3 | | | 11.3 |
| 1112 | Payable by corporations and other enterprises | 134.3 | | | 134.3 |
| 1113 | Unallocable | | | | 0.0 |
| 112 | Taxes on payroll and workforce | 62.2 | | | 62.2 |
| 113 | Taxes on property | 3.8 | 39.1 | 0.0 | 42.9 |
| 1131 | Recurrent taxes on immovable property | | 39.1 | | 39.1 |
| 1132 | Recurrent taxes on net wealth | | | | 0.0 |
| 1133 | Estate, inheritance, and gift taxes | | | | 0.0 |
| 1134 | Taxes on financial and capital transactions | | | | 0.0 |
| 1135 | Other nonrecurrent taxes on property | | | | 0.0 |
| 1136 | Other recurrent taxes on property | 3.8 | | | 3.8 |
| 114 | Taxes on goods and services | 1,325.7 | 0.0 | 0.0 | 1,325.7 |
| 1141 | General taxes on goods and services | 791.6 | 0.0 | 0.0 | 791.6 |
| 11411 | Value-added taxes | 796.0 | | | 796.0 |
| 11412 | Sales taxes | | | | 0.0 |
| 11413 | Turnover & other general taxes on G & S | -4.4 | | | -4.4 |
| 1142 | Excises | 431.9 | | | 431.9 |
| 1143 | Profits of fiscal monopolies | | | | 0.0 |
| 1144 | Taxes on specific services | | | | 0.0 |
| 1145 | Taxes on use of goods, permission to use goods | 102.2 | 0.0 | 0.0 | 102.2 |
| 11451 | Motor vehicles taxes | 26.4 | | | 26.4 |
| 11452 | Other | 75.8 | | | 75.8 |
| 1146 | Other taxes on goods and services | | | | 0.0 |
| 115 | Taxes on international trade and transactions | 627.5 | 0.0 | 0.0 | 627.5 |
| 1151 | Customs and other import duties | 627.5 | | | 627.5 |
| 1152 | Taxes on exports | | | | 0.0 |
| 1153 | Profits of export or import monopolies | | | | 0.0 |
| 1154 | Exchange profits | | | | 0.0 |
| 1155 | Exchange taxes | | | | 0.0 |
| 1156 | Other taxes on international trade and transactions | | | | 0.0 |
| 116 | Other taxes | | | | 0.0 |

| **GFS YEARBOOK QUESTIONNAIRE** | | | **West Bank and Gaza** | | **487** |
|---|---|---|---|---|---|
| **TABLE 1** | | | of US Dollars / Year Ends December 31 | | |
| | | | **2013** | | | |
| **REVENUE** | | Budgetary (1) | Local Governments (7) | Consolidation Column (8) | General Government b/ (9) |
| | Accounting method: | A | A | | |
| **12** | **Social contributions** | 0.0 | 4.1 | 0.0 | 4.1 |
| **121** | **Social security contributions** | 0.0 | 4.1 | 0.0 | 4.1 |
| 1211 | Employee contributions | | 4.1 | | 4.1 |
| 1212 | Employer contributions | | | | 0.0 |
| 1213 | Self-employed or nonemployed contributions | | | | 0.0 |
| 1214 | Unallocable contributions | | | | 0.0 |
| **122** | **Other social contributions** | 0.0 | 0.0 | 0.0 | 0.0 |
| 1221 | Employee contributions | | | | 0.0 |
| 1222 | Employer contributions | | | | 0.0 |
| 1223 | Imputed contributions | | | | 0.0 |
| **13** | **Grants** | 1,358.2 | 17.9 | -17.9 | 1,358.2 |
| **131** | **From foreign governments** | 877.8 | 0.0 | 0.0 | 877.8 |
| 1311 | Current | 846.7 | | | 846.7 |
| 1312 | Capital | 31.2 | | | 31.2 |
| **132** | **From international organizations** | 480.4 | 0.0 | 0.0 | 480.4 |
| 1321 | Current | 480.4 | | | 480.4 |
| 1322 | Capital | | | | 0.0 |
| **133** | **From other general government units** | 0.0 | 17.9 | -17.9 | 0.0 |
| 1331 | Current | | 17.4 | -17.4 | 0.0 |
| 1332 | Capital | | 0.5 | -0.5 | 0.0 |
| **14** | **Other revenue** | 117.6 | 347.5 | 0.0 | 465.0 |
| **141** | **Property income** | 17.1 | 0.0 | 0.0 | 17.1 |
| 1411 | Interest | -0.1 | | | -0.1 |
| 1412 | Dividends | 16.9 | | | 16.9 |
| 1413 | Withdrawals from income of quasi-corporations | | | | 0.0 |
| 1414 | Property income attrib. to insurance policyholders | | | | 0.0 |
| 1415 | Rent | 0.3 | | | 0.3 |
| **142** | **Sales of goods and services** | 89.7 | 0.0 | 0.0 | 89.7 |
| 1421 | Sales of market establishments | | | | 0.0 |
| 1422 | Administrative fees | 89.6 | | | 89.6 |
| 1423 | Incidental sales by nonmarket establishments | 0.2 | | | 0.2 |
| 1424 | Imputed sales of goods and services | | | | 0.0 |
| **143** | **Fines, penalties, and forfeits** | 10.6 | | | 10.6 |
| **144** | **Voluntary transfers other than grants** | 0.0 | 0.0 | 0.0 | 0.0 |
| 1441 | Current | | | | 0.0 |
| 1442 | Capital | | | | 0.0 |
| **145** | **Miscellaneous and unidentified revenue** | 0.2 | 347.5 | | 347.6 |

a/ Consolidation of budgetary, extrabudgetary, and social security funds (columns 1, 2, 3).
b/ Consolidation of central government, state governments, and local governments (columns 5, 6, 7).

**GFS YEARBOOK QUESTIONNAIRE**  
**TABLE 3**

West Bank and Gaza    487  
of US Dollars / Year Ends December 31

| | TRANSACTIONS IN ASSETS AND LIABILITIES | 2013 | | | |
|---|---|---|---|---|---|
| | | Budgetary (1) | Local Governments (7) | Consolidation Column (8) | General Government b/ (9) |
| | Accounting method: | A | A | | |
| 3 | **CHANGE IN NET WORTH: TRANSACTIONS** c/ | 234.9 | 66.0 | 0.0 | 300.9 |
| 31 | **Net acquisition of nonfinancial assets** d/ | 114.0 | 29.6 | 0.0 | 143.6 |
| **311** | **Fixed assets** | 87.8 | 29.6 | 0.0 | 117.3 |
| 311.1 | *Acquisitions: fixed assets* | 87.8 | 29.6 | 0.0 | 117.3 |
| 311.2 | *Disposals: fixed assets* | 0.0 | 0.0 | 0.0 | 0.0 |
| 311.3 | *Consumption of fixed capital (CFC): fixed assets* | 0.0 | 0.0 | 0.0 | 0.0 |
| 3111 | Buildings and structures | 80.2 | 0.0 | 0.0 | 80.2 |
| 3111.1 | Acquisitions: buildings and structures | 80.2 | | | 80.2 |
| 3111.2 | Disposals: buildings and structures | | | | 0.0 |
| 3111.3 | CFC: buildings and structures | | | | 0.0 |
| 3112 | Machinery and equipment | 7.5 | 0.0 | 0.0 | 7.5 |
| 3112.1 | Acquisitions: machinery and equipment | 7.5 | | | 7.5 |
| 3112.2 | Disposals: machinery and equipment | | | | 0.0 |
| 3112.3 | CFC: machinery and equipment | | | | 0.0 |
| 3113 | Other fixed assets | 0.0 | 0.0 | 0.0 | 0.0 |
| 3113.1 | Acquisitions: other fixed assets | | | | 0.0 |
| 3113.2 | Disposals: other fixed assets | | | | 0.0 |
| 3113.3 | CFC: other fixed assets | | | | 0.0 |
| **312** | **Inventories** | 14.7 | | | 14.7 |
| **313** | **Valuables** | 0.0 | 0.0 | 0.0 | 0.0 |
| 313.1 | *Acquisitions: valuables* | | | | 0.0 |
| 313.2 | *Disposals: valuables* | | | | 0.0 |
| **314** | **Nonproduced assets** | 11.6 | 0.0 | 0.0 | 11.6 |
| 314.1 | *Acquisitions: nonproduced assets* | 11.6 | 0.0 | 0.0 | 11.6 |
| 314.2 | *Disposals: nonproduced assets* | 0.0 | 0.0 | 0.0 | 0.0 |
| 314.3 | *CFC: major improvements, nonproduced assets* | 0.0 | 0.0 | 0.0 | 0.0 |
| 3141 | Land | 11.6 | 0.0 | 0.0 | 11.6 |
| 3141.1 | *Acquisitions: land* | 11.6 | | | 11.6 |
| 3141.2 | *Disposals: land* | | | | 0.0 |
| 3141.3 | *CFC: major improvements, land* | | | | 0.0 |
| 3142 | Subsoil assets | 0.0 | 0.0 | 0.0 | 0.0 |
| 3142.1 | *Acquisitions: subsoil assets* | | | | 0.0 |
| 3142.2 | *Disposals: subsoil assets* | | | | 0.0 |
| 3142.3 | *CFC: major improvements, subsoil assets* | | | | 0.0 |
| 3143 | Other naturally occurring assets | 0.0 | 0.0 | 0.0 | 0.0 |
| 3143.1 | *Acquisitions: other naturally occurring assets* | | | | 0.0 |
| 3143.2 | *Disposals: other naturally occurring assets* | | | | 0.0 |
| 3144 | Intangible nonproduced assets | 0.0 | 0.0 | 0.0 | 0.0 |
| 3144.1 | *Acquisitions: intangible nonproduced assets* | | | | 0.0 |
| 3144.2 | *Disposals: intangible nonproduced assets* | | | | 0.0 |

**GFS YEARBOOK QUESTIONNAIRE**      **West Bank and Gaza**    **487**
**TABLE 3**      of US Dollars / Year Ends December 31

| | TRANSACTIONS IN ASSETS AND LIABILITIES | 2013 | | | |
|---|---|---|---|---|---|
| | | Budgetary (1) | Local Governments (7) | Consolidation Column (8) | General Government b/ (9) |
| | Accounting method: | A | A | | |
| **32** | **Net acquisition of financial assets** | 374.3 | 36.4 | 0.0 | 410.7 |
| 3201 | Monetary gold and SDRs | 0.0 | 0.0 | 0.0 | 0.0 |
| 3202 | Currency and deposits [3212+3222] | 94.4 | 0.0 | 0.0 | 94.4 |
| 3203 | Securities other than shares [3213+3223] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3204 | Loans [3214+3224] | 207.6 | 0.0 | 0.0 | 207.6 |
| 3205 | Shares and other equity [3215+3225] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3206 | Insurance technical reserves [3216+3226] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3207 | Financial derivatives [3217+3227] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3208 | Other accounts receivable [3218+3228] | 72.3 | 36.4 | 0.0 | 108.7 |
| **321** | **Domestic** | 321.9 | 36.4 | 0.0 | 358.3 |
| 3212 | Currency and deposits | 94.4 | | | 94.4 |
| 3213 | Securities other than shares | | | | 0.0 |
| 3214 | Loans | 207.6 | | | 207.6 |
| 3215 | Shares and other equity | | | | 0.0 |
| 3216 | Insurance technical reserves | | | | 0.0 |
| 3217 | Financial derivatives | | | | 0.0 |
| 3218 | Other accounts receivable | 19.9 | 36.4 | | 56.4 |
| **322** | **Foreign** | 52.4 | 0.0 | 0.0 | 52.4 |
| 3221 | Monetary gold and SDRs | | | | 0.0 |
| 3222 | Currency and deposits | | | | 0.0 |
| 3223 | Securities other than shares | | | | 0.0 |
| 3224 | Loans | | | | 0.0 |
| 3225 | Shares and other equity | | | | 0.0 |
| 3226 | Insurance technical reserves | | | | 0.0 |
| 3227 | Financial derivatives | | | | 0.0 |
| 3228 | Other accounts receivable | 52.4 | | | 52.4 |

...

**GFS YEARBOOK QUESTIONNAIRE**  **West Bank and Gaza**  **487**
**TABLE 3**  of US Dollars / Year Ends December 31

| | | 2013 | | | |
|---|---|---|---|---|---|
| | **TRANSACTIONS IN ASSETS AND LIABILITIES** | Budgetary (1) | Local Governments (7) | Consolidation Column (8) | General Government b/ (9) |
| | Accounting method: | A | A | | |
| **33** | **Net incurrence of liabilities** | 253.4 | 0.0 | 0.0 | 253.4 |
| 3301 | Special Drawing Rights (SDRs) [3321] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3302 | Currency and deposits [3312+3322] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3303 | Securities other than shares [3313+3323] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3304 | Loans [3314+3324] | -225.9 | 0.0 | 0.0 | -225.9 |
| 3305 | Shares and other equity [3315+3325] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3306 | Insurance technical reserves [3316+3326] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3307 | Financial derivatives [3317+3327] | 0.0 | 0.0 | 0.0 | 0.0 |
| 3308 | Other accounts payable [3318+3328] | 479.2 | 0.0 | 0.0 | 479.2 |
| **331** | **Domestic** | 207.4 | 0.0 | 0.0 | 207.4 |
| 3312 | Currency and deposits | | | | 0.0 |
| 3313 | Securities other than shares | | | | 0.0 |
| 3314 | Loans | -210.2 | | | -210.2 |
| 3315 | Shares and other equity | | | | 0.0 |
| 3316 | Insurance technical reserves | | | | 0.0 |
| 3317 | Financial derivatives | | | | 0.0 |
| 3318 | Other accounts payable | 417.5 | | | 417.5 |
| **332** | **Foreign** | 46.0 | 0.0 | 0.0 | 46.0 |
| 3321 | Special Drawing Rights (SDRs) | | | | 0.0 |
| 3322 | Currency and deposits | | | | 0.0 |
| 3323 | Securities other than shares | | | | 0.0 |
| 3324 | Loans | -15.7 | | | -15.7 |
| 3325 | Shares and other equity | | | | 0.0 |
| 3326 | Insurance technical reserves | | | | 0.0 |
| 3327 | Financial derivatives | | | | 0.0 |
| 3328 | Other accounts payable | 61.7 | | | 61.7 |
| | **Memorandum items:** | | | | |
| 3M1 | Own-account capital formation | 0.0 | 0.0 | 0.0 | 0.0 |
| 3M11 | Compensation of employees e/ | | | | 0.0 |
| 3M12 | Use of goods and services f/ | | | | 0.0 |
| 3M13 | Consumption of fixed capital g/ | | | | 0.0 |
| 3M14 | Other taxes minus other subsidies (on production) h/ | | | | 0.0 |
| 3M2 | Change in net financial worth: transactions [=32-33] i/ | 120.9 | 36.4 | 0.0 | 157.3 |
| 3M3 | Debt at market value: transactions j/ | | | | 0.0 |

a/ Consolidation of budgetary, extrabudgetary, and social security funds (columns 1, 2, 3).
b/ Consolidation of central government, state governments, and local governments (columns 5, 6, 7).
c/ Change in net worth due to transactions in assets and liabilities.
d/ Net transactions in fixed assets, valuables, and nonproduced assets equal acquisitions minus disposals and consumption of fixed capital
e/ This item shows the value of "compensation of employees" which is included in government's own-account construction of fixed assets (G
f/ This item shows the value of "use of goods and services" which is included in government's own-account construction of fixed assets (GF
g/ This item shows the value of "consumption of fixed capital" which is included in government's own-account construction of fixed assets (G
h/ This item shows the value of "taxes minus subsidies", which is included in government's own-account construction of fixed assets (GFS it
i/ Change in net financial worth due to transactions in financial assets and liabilities.
j/ This item shows the market value of all transactions in liabilities except for shares and other equity and financial derivatives.

**GFS YEARBOOK QUESTIONNAIRE**  
**TABLE 7**

West Bank and Gaza   487  
of US Dollars / Year Ends December 31

| | | 2013 | | | |
|---|---|---|---|---|---|
| **OUTLAYS BY FUNCTIONS OF GOVERNMENT** | | Budgetary (1) | Local Governments (7) | Consolidation Column (8) | General Government b/ (9) |
| | Accounting method: | A | A | | |
| **7** | **TOTAL OUTLAYS** | 3,519.7 | 0.0 | 0.0 | 3,519.7 |
| **701** | **General public services** | 508.3 | | | 508.3 |
| 7017 | Public debt transactions | 89.3 | | | 89.3 |
| 7018 | Transfers of general character betw. levels of govt.c/ | | | | 0.0 |
| **702** | **Defense** | 0.0 | | | 0.0 |
| **703** | **Public order and safety** | 1,051.1 | | | 1,051.1 |
| **704** | **Economic affairs** | 95.1 | | | 95.1 |
| 7042 | Agriculture, forestry, fishing, and hunting | | | | 0.0 |
| 7043 | Fuel and energy | | | | 0.0 |
| 7044 | Mining, manufacturing, and construction | | | | 0.0 |
| 7045 | Transport | | | | 0.0 |
| 7046 | Communication | | | | 0.0 |
| **705** | **Environmental protection** | 3.4 | | | 3.4 |
| **706** | **Housing and community amenities** | 44.4 | | | 44.4 |
| **707** | **Health** | 340.1 | | | 340.1 |
| 7072 | Outpatient services | | | | 0.0 |
| 7073 | Hospital services | | | | 0.0 |
| 7074 | Public health services | | | | 0.0 |
| **708** | **Recreation, culture and religion** | 87.6 | | | 87.6 |
| **709** | **Education** | 672.4 | | | 672.4 |
| 7091 | Pre-primary and primary education | | | | 0.0 |
| 7092 | Secondary education | | | | 0.0 |
| 7094 | Tertiary education | | | | 0.0 |
| **710** | **Social protection** | 717.2 | | | 717.2 |

a/ Consolidation of budgetary, extrabudgetary, and social security funds (columns 1, 2, 3).  
b/ Consolidation of central government, state governments, and local governments (columns 5, 6, 7).  
c/ Transfers between different levels of government that are of a general character and not allocated to a particular function.