# Exhibit A-15



EDITION: U.S.  SIGN IN | REGISTER  Search Reuters

HOME  BUSINESS  MARKETS  WORLD  POLITICS  TECH  OPINION  BREAKINGVIEWS  MONEY  LIFE  PICTURES  VIDEO

**DISADVANTAGES OF REVERSE**
Reverse mortgages aren't right for everyone. Learn the downsides.

World | Wed Apr 8, 2015 12:15pm EDT

Related: WORLD, ISRAEL

# Qatar lends Palestinians $100 million to pay salaries: Palestinians

RAMALLAH, WEST BANK



Palestinian President Mahmoud Abbas gestures as he speaks during the opening ceremony of a park in the West Bank city of Ramallah April 5, 2015.
REUTERS/MOHAMAD TOROKMAN



(Reuters) - The Palestinian Authority said on Wednesday it had received a $100 million loan from Qatar to help pay civil servants salaries and alleviate an economic crisis triggered by a row with Israel over taxes.

President Mahmoud Abbas, who is visiting the Gulf state, issued a statement thanking Qatar for the loan. There was no immediate confirmation or comment from Qatari officials.

Israel collects taxes on behalf of Abbas's Palestinian Authority but suspended payments of some $130 million a month in January to protest at moves by the Palestinians to join the International Criminal Court (ICC).

Palestinian membership of the ICC started on April 1, opening the way for possible law suits against Israel for alleged war crimes tied to its lengthy occupation of territory the Palestinians want for an independent state.

Following widespread criticism by Western allies, Israel earlier this month released some of the frozen tax revenue, but withheld a portion of the cash, saying it was money Palestinians owed for utilities and health care supplied by Israel.

Abbas said the deductions amounted to a third of the total sum that Israel owed and refused to accept any of the money, threatening to go to the ICC over the issue.

An official at Prime Minister Benjamin Netanyahu's office confirmed that Israel had deducted money to cover the Palestinians' electricity, water and health bills and was "willing to transfer back to the Palestinian Authority the sum that was returned whenever it wishes".

(Reporting by Nidal al-Mughrabi and Amena Bakr; Writing by Allyn Fisher-Ilan; Editing by Crispian Balmer)

**TRENDING ON REUTERS**

U.S. cracks down on female teachers who sexually abuse students  **1**

Former Egyptian president Mursi jailed for 20 years | VIDEO  **2**

U.S. couple found guilty of 'sadistic' Bali suitcase murder | VIDEO  **3**

Earnings lift stocks but Greek anxiety hits euro  **4**

Prosecutors blame captain for causing deaths in migrant shipwreck | VIDEO  **5**

**PICTURES OF THE DAY**



Our top photos from the last 24 hours.  Slideshow

Disaster on the Mediterranean

On the road with Hillary

Flashback: BP oil spill

**More From Reuters**

- Would a new Russian missile system make Israeli airstrikes on Iran impossible? | 15 Apr
- Police defend fast-food stop for Michigan boy held in basement | 16 Apr
- U.S. must return rare double eagle gold coins to family | 17 Apr
- Third arrest made in videotaped rape on Florida spring break beach | 15 Apr
- Putin says Washington told leaders not to attend World War Two parade | 16 Apr

**From The Web** <span style="float:right">Sponsored Links by Taboola</span>



**Inside Warren Buffett's Closed-Door Meeting**
*The Motley Fool*



**Breaking: Dr. Ron Paul Predicts U.S. Dollar Collapse**
*Stansberry & Associates*



**Wall Street Insider: 70% Of Retirement Savings Stolen**
*Newsmax*

**Sponsored Financial Content**  (?)

- **Two big IRA pitfalls to avoid** *Fidelity Retirement*
- **2 reasons why investors miss stock rallies** *J.P. Morgan Funds*
- **6% cash back from a credit card? You bet** *Next Advisor*
- **The one small stock behind Apple's next game-changing device** *The Fool*
- **This Extremely Brilliant Mortgage Payoff Plan Has Banks On Edge** *Bills.com*

**Boston Marathon highlights**

**Sponsored Financial Content** (?)

- **Two big IRA pitfalls to avoid** *Fidelity Retirement*
- **Pay off your credit card balance using this method** *Next Advisor*
- **What Are the Opportunities for Stocks in 2015?** *J.P. Morgan Funds*
- **What your Annuity Salesman wants to keep a secret. Gain insights now.** *Fisher Investments*
- **We've uncovered the 10 highest-returning small cap dividend stocks…** *Oxford Club*

**RECOMMENDED VIDEO**

- Houthis in Yemen, "will fail, we will make sure …
- Russia's T90A tanks drill in the country's south
- Islamic State shot and beheaded 30 Ethiopian …
- Iran's Rouhani says Tehran's military strate…

**SPONSORED TOPICS**

1. **2015 Best Cars**
2. **Best Retirement Communities**
3. **Average Retirement Income**
4. **Best Pickup Trucks**
5. **Monthly Income Plan**
6. **Best Roth IRA Accounts**



**Transferring your balance every 15...**
NextAdvisor



**Warning: 4 Fish to NEVER Eat (avoid these like the plague)**
Inflammation Solution



**Construction Underway For Tallest Building On The Planet**
Drive the District by General Motors

## Sponsored Topics

1. **Small Business Loans**
2. **Best Rated SUVs**
3. **Best Fuel Efficient Cars**
4. **New Ford Focus RS**
5. **Best Savings Accounts**
6. **Checking Account Offers**
7. **Cheapest Cell Phone Plans**
8. **Online Tax Calculator**
9. **Mutual Funds to Invest in**
10. **List Of Best Penny Stocks**

Back to top

Reuters.com  Business  |  Markets  |  World  |  Politics  |  Technology  |  Opinion  |  Money  |  Pictures  |  Videos  |  Site Index  |

More from Reuters   Reuters News Agency  |  Brand Attribution Guidelines  |  Delivery Options  |

Support & Contact   Support  |  Corrections  |

Account Information   Register  |  Sign In  |

Connect with Reuters   Twitter   Facebook   Linkedin   RSS   Podcast   Newsletters   Mobile

About   Privacy Policy  |  Terms of Use  |  Advertise With Us   AdChoices  |  Copyright  |

**Thomson Reuters** is the world's leading source of intelligent information for businesses and professionals.

| | | | | | Thomsonreuters.com |
|---|---|---|---|---|---|
| Our Flagship financial information platform incorporating Reuters Insider | An ultra-low latency infrastructure for electronic trading and data distribution | A connected approach to governance, risk and compliance | Our next generation legal research platform | Our global tax workstation | About Thomson Reuters |
| | | | | | Investor Relations |
| | | | | | Careers |
| | | | | | Contact Us |

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information

available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.