# Exhibit A-18

Date:24/03/2015

**Your Excellency Shoukry Bshara**
**Minister of Finance**
Dear sir ,,,

### Subject : Commetments Report

|  | amounts | amount in dollers |
|---|---|---|
| **First: Balances for Domestic &Forlegn Loans** | amount in dollers |  |
| Total Domestic Bank loans | 699,092,391 |  |
| Overdraft | 410,995,354 |  |
| Total Loans for Petroleum Authority | 139,948,041 |  |
| Overdraft for Petroleum Authority | 46,961,557 |  |
| Total Loans for Other public institutions | 13,155,974 |  |
| Total Domestic debt |  | 1,310,153,317 |
| **Total Foriegn Loans** |  | 1,065,676,000 |
| **Total Domestic &Folegn Loans untill 3/2015** |  | 2,375,829,317 |
|  |  |  |
| **Second : Commetments for Ministries & Private Sector** | amount in dollers |  |
| Payment Requests in Bisan System in Progress & Not Ready for Disbursment | 533,506,425 |  |
| Payment Requests in Bisan System Ready for Disbursment (Sign 2) | 33,819,474 |  |
| **Total ( Data from Bisan System at12/03/2015)*1** |  | 567,325,899 |
|  |  |  |
| **Third : Overdrafts for Petroleum Authority** | amount in dollers |  |
| Overdraft for Pazian Company | 78,533,936 |  |
| Overdraft for Paz Company | 81,605,868 |  |
| **Total Overdrafts for Petroleum Authority at 28/02/2015** |  | 160,139,804 |
|  | Jordanian Dinars |  |
| **Fourth :Balance for Monitory Authority Loan at16/03/2015** | 2,257,165 | 3,188,086 |
| **Fifth : Balance for Palestinian Investment Fund Loan at16/03/2015** |  | 95,824,671 |
|  | amount in shakels |  |
| **Sixth : Clearance Advance ( from 2012 until now )** | 560,011,465.00 | 138,688,790 |
| **Totals ( Identical Balances )** |  | 3,180,856,763 |
| **Seventh : Commetments for Palestinian Pention Agency - Civelians & Milletary** | amount in shakels |  |
| **Government's Share - Accumulated Balance** | 3,640,885,302 |  |
| **Employees' Share - Accumulated Balance** | 2,633,323,969 |  |
| **Employees' Loans Installments** | 41,165,214 |  |
| **Employee End of services rewards -Accumulated Balance** | 177,629,631 |  |
| **Total in Shakels** | 6,493,004,116 | 1,608,015,086 |
|  | amounts in dollers |  |
| Due Loans for Palestinian Pention Agency ( from years 1997& 1996) | 28,000,000.00 | 28,000,000.00 |
| **Commetments for Palestinian Pention Agency ( Inidential Balances16/03/2015 *2** |  | 1,636,015,086 |
| **Total Commetments** |  | **4,977,011,653** |

Note :

*1 The amount of Arears until 12/03/2015 is ( 466,254,140 $ ) .

*2 Commetments for Palestinian Pention Agency are inidentical Cause the reconcilation between the Agency & PMOF is not completed .

*3 The Ceilings of overdrafts for Petroleum Authority are (390 million NIS ) in Pazian Company & (390 million NIS ) in Paz Comany .

With Best Regards,,,