# Exhibit A-19

# BANK OF PALESTINE P.L.C

Internet Banking System

0458   Ramallah

Online Account Statement

MESSRS
و المالية-نفقات عامة
و المالية-نفقات عامة
P.O.Box :
()
غير معرف

Account Number : Redacted

IBAN/BBAN Number : Redacted

Account Type : OVERDRAFT

Currency : Israeli Shekel

As At : 31/03/2015

| Transaction Date | Explanation Text | Value Date | Debit Amount | Credit Amount | Current Balance | DR/CR |
|---|---|---|---|---|---|---|
| 30/03/2015 | Balance B/F | | | | 510,680,858.69 | Dr |
| 30/03/2015 | SI TRANSACTION (DIFFERENT CUSTOMERS) 2 0 | 30/03/2015 | | 5,975,886.12 | 504,704,972.57 | Dr |
| 30/03/2015 | SI TRANSACTION (DIFFERENT CUSTOMERS) 1 0 | 30/03/2015 | | 1,143.00 | 504,703,829.57 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION وزاره التربيه والتعليم-موازنه | 30/03/2015 | 1,367.50 | | 504,705,197.07 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION و.الاشغال العامه موازنه/مشاريع | 30/03/2015 | 20,041.00 | | 504,725,238.07 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION الادارة المالية المركزية | 30/03/2015 | 1,746,346.54 | | 506,471,584.61 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION هيئة شؤون الاسرى والمحررين | 30/03/2015 | 2,000.00 | | 506,473,584.61 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION وزاره الشؤون الاجتماعيه-موازنه | 30/03/2015 | 1,000.00 | | 506,474,584.61 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION وزاره الاشغال العامه/نفقات | 30/03/2015 | 1,619.00 | | 506,476,203.61 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION وزاره الحكم المحلي-موازنه | 30/03/2015 | 486.00 | | 506,476,689.61 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION هيئة الاذاعة والتلفزيون | 30/03/2015 | 5,000.00 | | 506,481,689.61 | Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION وزاره الاتصالات والتكنولوجيا | 30/03/2015 | 1,846.00 | | 506,483,535.61 | Dr |
| 30/03/2015 | STANDING INSTUCTION | 30/03/2015 | 13,723.50 | | 506,497,259.11 | Dr |

| Date | Description | Date | Amount | Balance |
|---|---|---|---|---|
| | TRANSACTION محافظه قلقيليه | | | |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION التسديد المركزي | 30/03/2015 | 532,766.00 | 507,030,025.11 Dr |
| 30/03/2015 | STANDING INSTUCTION TRANSACTION وزاره التعليم العالي حساب صفري | 30/03/2015 | 4,586.50 | 507,034,611.61 Dr |
| 31/03/2015 | SI TRANSACTION (DIFFERENT CUSTOMERS) 2 0 | 31/03/2015 | 9,713,691.52 | 497,320,920.09 Dr |
| 31/03/2015 | SI TRANSACTION (DIFFERENT CUSTOMERS) 1 0 | 31/03/2015 | 4,442.00 | 497,316,478.09 Dr |
| 31/03/2015 | MATURING LOAN INSTALLEMENTS 4114000820 8 | 31/03/2015 | 9,094,969.89 | 506,411,447.98 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزاره المالية موازنه | 31/03/2015 | 3,000.00 | 506,414,447.98 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزارة الصحة موازنة | 31/03/2015 | 2,000.00 | 506,416,447.98 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزاره التربيه والتعليم-موازنه | 31/03/2015 | 276,608.50 | 506,693,056.48 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION و.الاشغال العامه موازنه/مشاريع | 31/03/2015 | 98,970.49 | 506,792,026.97 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION الادارة المالية المركزية | 31/03/2015 | 33,332.00 | 506,825,358.97 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزاره الشؤون الاجتماعيه-موازنه | 31/03/2015 | 4,500.00 | 506,829,858.97 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION ديوان الموظفين العام-موازنه | 31/03/2015 | 5,665.00 | 506,835,523.97 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION الجهاز المركزي للاحصاء | 31/03/2015 | 281,302.97 | 507,116,826.94 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزاره الحكم المحلي-موازنه | 31/03/2015 | 9,430.00 | 507,126,256.94 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION هيئة الاذاعة والتلفزيون | 31/03/2015 | 100,679.00 | 507,226,935.94 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزارة السياحة والاثار موازنة | 31/03/2015 | 1,000.00 | 507,227,935.94 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزاره الثقافه - موازنه | 31/03/2015 | 5,365.00 | 507,233,300.94 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION وزاره النقل والمواصلات- موازنه | 31/03/2015 | 1,400.00 | 507,234,700.94 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION التسديد المركزي | 31/03/2015 | 103,293.20 | 507,337,994.14 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION الهينه العامه للبترول-صفري | 31/03/2015 | 226,318.00 | 507,564,312.14 Dr |
| 31/03/2015 | STANDING INSTUCTION TRANSACTION دائره المياه / حساب صفري | 31/03/2015 | 16.00 | 507,564,328.14 Dr |
| | STANDING INSTUCTION | | | |

| 31/03/2015 | TRANSACTION ... للمخيمات الصيفيه | 31/03/2015 | | 560,344.14 Dr |
|---|---|---|---|---|
| 31/03/2015 | STANDING INSTUCTION TRANSACTION شؤون المنظمات الاهليه -موازنه | 31/03/2015 | 2,831.00 | 507,567,175.14 Dr |
| 31/03/2015 | INTEREST CAPITALIZATION TRANSACTIONS | 31/03/2015 | 3,233,480.53 | 510,800,655.67 Dr |

Date: 12/04/2015

Time: 06:18 GMT



البنك العربي
ARAB BANK

## Account History

### Copy from Internet Banking Service "Arabi Online"

**Transactions With Reservation**

**Account Number**           Redacted
**Transaction Type**         All
**Period**                   From 30/03/2015 To 31/03/2015
**Amount**                   All

**Transactions**

| Date | Details | Value Date | Debit | Credit | Balance |
| --- | --- | --- | --- | --- | --- |
| 31/03/2015 | DEBIT INTEREST | 31/03/2015 | 4,190,960.75 | | -707,322,174.58 |
| 30/03/2015 | DEBIT INTEREST TLTT130357L13001 | 30/03/2015 | 904,190.62 | | -703,131,213.83 |
| 30/03/2015 | XXX TLTT130357L13001 Settelment For 300315 Funding | 30/03/2015 | 7,575,000.00 | | -702,227,023.21 |

Statement of Account

Branch     : RAMALLAH - ALBEIRAH
                  Start Date :    31/03/2015   Statement Date :   31/03/2015

Mess MINISTRY OF FINANCE                                         MINISTRY OF FINANCE
                                                                 AL MASAYEF STREET
Account number            Redacted                               ALERSAL-RAMALLAH-Palistenia
Currency         Israeli Shekel

| Date | Transaction Details | Val.Date | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 31/03/15 | Redacted | 31/03 | 574,002.77 | | 70,507,603.20 DB |
| | TOTAL | | 574,002.77 | | |

IFyou don't have VISA card or American card"
" please run to our branch to get any of the cards soon

BANK OF JORDAN PLC
AL-Bireh - Ramallah Branch


## CairoAmmanBank
بنك القاهرة عمّان

| Account | Statement - Cairo Amman Bank 13 APR 2015 | | | | |
|---|---|---|---|---|---|
| Account: | Redacted | Branch: | | Masyoon Branch | |
| Customer: | Redacted | STATE PALESTINE MINISTRY OF | | | |
| Currency: ILS | | Account Type: | | Overdraft Accounts | |

| Post date | Description | Reference | Value Date | Amount | Accum Balance |
|---|---|---|---|---|---|
| 31 MAR 15 | Credit Entry<br>تحويل من جوال الى وزارة المالية<br>الضريبة المقتطعة من رواتب 2015/02 | Redacted | 31 MAR 15 | 297,449.00 | -310,889,065.81 |
| 31 MAR 15 | Credit Entry<br>ت من جوال الى المالية ضريبة مقتطعة<br>من عمولة المواقع للربع الرابع2014 | | 31 MAR 15 | 6,705.00 | -310,882,360.81 |
| 31 MAR 15 | Credit Entry<br>ت من جوال الى المالية ضريبة مقتطعة<br>من عمولة المبيعات للربع الرابع2014 | | 31 MAR 15 | 83,040.00 | -310,799,320.81 |
| 31 MAR 15 | Credit Entry<br>ت من جوال الى المالية ضريبةمقتطعة م<br>مكافات موظفي جوال 2014 | | 31 MAR 15 | 1,927,328.00 | -308,871,992.81 |
| 31 MAR 15 | Credit Entry<br>تحويل من جوال الى وزارة المالية ض<br>مقتطعة من رواتب المجموعة02/2015 | | 31 MAR 15 | 79,634.00 | -308,792,358.81 |
| 31 MAR 15 | Credit Entry<br>تحويل من جوال الى وزارة المالية ض<br>المقتطعة من مكافات المجموعة2014 | | 31 MAR 15 | 2,080,517.00 | -306,711,841.81 |
| 31 MAR 15 | Debit Interest | | 01 APR 15 | -1,880,647.43 | -308,592,489.24 |
| 01 APR 15 | Outward Transfer | | 01 APR 15 | -10,000,120.30 | -318,592,609.54 |
| 07 APR 15 | Credit Entry<br>تحويل من الاتصالات | | 07 APR 15 | 266,480.00 | -318,326,129.54 |

فرع الماسيون
Al Masyoun Branch
800-A

CairoAmmanBank

www.cab.ps

Al Masyoun Branch   P.O Box 2419  Ramallah - Palestine  Telephone +970 2 2977090 Facsimile +970 2 2979755