# Exhibit A-20

STATEMENT OF ACCOUNT


الوطني

| Account No | Redacted | Customer's Name | Messrs THE GENERAL AUTHORITY FOR PETROL |
|---|---|---|---|
| Currency | NIS | Customer's Address | ramallah |
| Account Type | Overdraft PNA | Date | 2015-04-12 |
| Branch | Al-Masyoun Branch | Period From | 2015-03-31 TO 2015-03-31 |
| | | Initial Balance | -84566153.06 |

| Tr. Date | Reference No | Description | Movements DR | Movements CR | Balance | V. Date |
|---|---|---|---|---|---|---|
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 160000 | -84406153.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 75000 | -84331153.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 100000 | -84231153.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 49000 | -84182153.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 85000 | -84097153.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 87500 | -84009653.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 34604 | -83975049.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 11000 | -83964049.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 60000 | -83904049.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 99285 | -83804764.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 170000 | -83634764.06 | 2015-04-01 |
| 2015-03-31 | 10 | Depositing Due Cheque For Clearing | | 190000 | -83444764.06 | 2015-04-01 |
| 2015-03-31 | 07 | transfer from one account to another | | 240000 | -83204764.06 | 2015-03-31 |
| 2015-03-31 | 251 | Depositing Collection Cheque-Clearing | 18.07 | | -83204782.12 | 2015-03-31 |
| 2015-03-31 | 252 | transfer from one account to another | | 98000 | -83106782.13 | 2015-03-31 |
| 2015-03-31 | 2287 | Debit Interest Template | 403423.11 | | -83510205.23 | 2015-03-31 |

https://www.tnbonline.ps/accounts.php                                    4/12/2015

| 2015-03-31 | 2307 | Foreign Currency Accounts Revaluation Diff. | | | -83630205.23 | 2015-03-31 |

# BANK OF PALESTINE P.L.C
Internet Banking System

0458    Ramallah

Online Account Statement

MESSRS
تسهيلات الهيئة العامة للبترول

P.O.Box :
()
المصايف مبنى وزارة المالية

Account Number : **Redacted**

IBAN/BBAN Number : **Redacted**

Account Type : OVERDRAFT
Currency : Israeli Shekel
As At : 31/03/2015

| Transaction Date | Explanation Text | Value Date | Debit Amount | Credit Amount | Current Balance | DR/CR |
|---|---|---|---|---|---|---|
| 31/03/2015 | Balance B/F | | | | 105,772,525.05 | Dr |
| 31/03/2015 | CLEAR. DEPO., DEBIT A/C IN LOCAL BANK 30000214 | 01/04/2015 | | 7,000.00 | 105,765,525.05 | Dr |
| 31/03/2015 | CASH DEPOSIT 374 شركة محطة الجنوب Ramallah | 31/03/2015 | | 17,000.00 | 105,748,525.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT ثمن نفط محروقات لشركة العنان للمحروقات Ramallah | 31/03/2015 | | 130,000.00 | 105,618,525.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT عرفات ابو بكر/محطة ابو يعيش للمحروقات Ramallah | 31/03/2015 | | 110,000.00 | 105,508,525.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT عرفات ابو بكر/محطة ابو يعيش للمحروقات Ramallah | 31/03/2015 | | 80,000.00 | 105,428,525.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT محطة البرج للمحروقات | 31/03/2015 | | 134,096.00 | 105,294,429.05 | Dr |
| 31/03/2015 | CASH DEPOSIT شركة العيار الفضيه لتعبئة الغاز Ramallah | 31/03/2015 | | 45,000.00 | 105,249,429.05 | Dr |
| 31/03/2015 | CASH DEPOSIT 313 محطة موسى عيسى اليمن Ramallah | 31/03/2015 | | 7,000.00 | 105,242,429.05 | Dr |
| 31/03/2015 | CASH DEPOSIT علي نور الدين شلالده،الهوية،937177962،0598567626،فلسطين،شركة السهم للمحروقات/376 Ramallah | 31/03/2015 | | 30,000.00 | 105,212,429.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT شركة محطة الشراري للمحروقات | 31/03/2015 | | 191,220.00 | 105,021,209.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT مائل محمد سماره/م الصادق للمحروقات Ramallah | 31/03/2015 | | 72,000.00 | 104,949,209.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT من شركة المركاوي الى ميناء البترول Ramallah | 31/03/2015 | | 53,900.00 | 104,895,309.05 | Dr |
| 31/03/2015 | CASH DEPOSIT عمر يحيى عرفات مخامره،الهوية،411148786،0597313447،فلسطين،محطة ابناء البلد للمحروقات Ramallah | 31/03/2015 | | 171,450.00 | 104,723,859.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT شركة روبال للمحروقات 300 Ramallah | 31/03/2015 | | 200,000.00 | 104,523,859.05 | Dr |
| 31/03/2015 | CASH DEPOSIT 392 شركة مكة للمحروقات Ramallah | 31/03/2015 | | 40,000.00 | 104,483,859.05 | Dr |
| 31/03/2015 | CLEAR. DEPO., DEBIT A/C IN REMOTE BRANCH 30000092 | 31/03/2015 | | 27,000.00 | 104,456,859.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT ش.المجد للمحروقات الى تسهيلات الهيئة العامة للبترول Ramallah | 31/03/2015 | | 190,000.00 | 104,266,859.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT | 31/03/2015 | | 87,700.00 | 104,179,159.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT | 31/03/2015 | | 140,000.00 | 104,039,159.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT محمد/ميناء البترول Ramallah | 31/03/2015 | | 93,000.00 | 103,946,159.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT محطة ترقوميا للمحروقات رقم 370/دفعة من شيكات راجعه Ramallah | 31/03/2015 | | 40,000.00 | 103,906,159.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT 561653-2216002 Ramallah | 31/03/2015 | | 120,000.00 | 103,786,159.05 | Dr |
| 31/03/2015 | CASH DEPOSIT تامر فريد ابوحديد،الهوية،850336504،0568131567،فلسطين،شركة روبال للمحروقات/300 Ramallah | 31/03/2015 | | 350,000.00 | 103,436,159.05 | Dr |
| 31/03/2015 | CASH DEPOSIT تامر فريد ابوحديد،الهوية،850336504،0568131567،فلسطين،شركة النعمة للمحروقات/312 Ramallah | 31/03/2015 | | 79,000.00 | 103,357,159.05 | Dr |
| 31/03/2015 | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT شركة وادي للمحروقات 362 Ramallah | 31/03/2015 | | 90,000.00 | 103,267,159.05 | Dr |
| 31/03/2015 | | 31/03/2015 | | 60,000.00 | 103,207,159.05 | Dr |

https://online.bankofpalestine.com/IBS/ZUEKYGFaU2BXX...1SV0E=SHVCYV=JBS2...    4/12/2015

| | | | | | | |
|---|---|---|---|---|---|---|
| | TRANSFER FROM AN ACCOUNT TO AN ACCOUNT من ح ش انشوا للغاز الى ح تسهيلات الهيئة العامة للبترولRamallah | | | | | |
| 31/03/2015 | شركة الطريفي للمقاولاتRamallah CASH DEPOSIT | 31/03/2015 | | | 113,000.00 | 103,094,159.05 Dr |
| 31/03/2015 | شركة مجموعة الدوحة CASH DEPOSIT | 31/03/2015 | | | 103,500.00 | 102,990,659.05 Dr |
| 31/03/2015 | 2216002/1127084Ramallah | 31/03/2015 | | | 110,000.00 | 102,880,659.05 Dr |
| 31/03/2015 | حوالة من عبد السلام حسني صلاح الى هيئة البترولRamallah | 31/03/2015 | | | 160,000.00 | 102,720,659.05 Dr |
| 31/03/2015 | INTEREST CAPITALIZATION TRANSACTIONS | 31/03/2015 | 321,327.97 | | | 103,041,987.02 Dr |