# Exhibit A-23

International Relations and Projects Department

**Ministry Of Finance**
**Summary of main donors contribution**

| DONORS | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 |
|---|---|---|---|---|---|---|---|---|
| Arab Countries | 421,526,692 | 429,415,594 | 319,561,941 | 339,508,648 | 285,667,403 | 461,698,730 | 525,420,515 | 443,996,853 |
| EU Countries | 338,636,673 | 333,711,556 | 370,353,397 | 297,451,802 | 474,835,940 | 486,301,479 | 761,424,835 | 495,722,752 |
| United States of America | 100,000,000 | 348,000,000 | 0 | 50,000,000 | 222,864,771 | 275,000,000 | 302,261,822 | 4,705,897 |
| Norway | 53,300,000 | 43,400,000 | 63,400,000 | 46,844,914 | 55,312,061 | 32,770,482 | 57,735,185 | 41,069,651 |
| Miscellaneous | 106,948,149 | 82,022,348 | 72,742,156 | 27,890,042 | 106,716,892 | 92,418,624 | 116,578,482 | 26,533,548 |
| Total | 1,020,411,514 | 1,236,549,498 | 826,057,495 | 761,695,406 | 1,145,397,066 | 1,348,189,315 | 1,763,420,839 | 1,012,028,701 |

| DONORS | Total from 2007 - 2014 |
|---|---|
| Arab Countries | 3,226,796,376 |
| EU Countries | 3,558,438,435 |
| United States of America | 1,302,832,490 |
| Norway | 393,832,293 |
| Miscellaneous | 631,850,241 |
| Total Donation | 9,113,749,835 |

30-Apr-2015
International Relations and Projects Department

Ministry Of Finance
Funding Report-12Months 2014

| ARAB DONORS | Total 2007-2009 | Total 2010 | Total 2011 | Total 2012 | Total 2013 | January | February | March | April | May | June | July | August | September | October | November | December | 2014 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saudi Arabia | 602,814,714 | 145,633,071 | 179,693,900 | 100,000,000 | 260,265,649 | 0 | 0 | 80,473,816 | 0 | 0 | 0 | 60,140,051 | 0 | 59,976,670 | 0 | 0 | 0 | 200,590,538 |
| United Arab Emirates | 418,152,697 | 42,906,703 | 42,500,000 | 85,486,120 | 50,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arab League | 99,895 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arab Nations Fund | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Oman | 2,909,431 | 0 | 10,000,000 | 0 | 5,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,300,000 | 0 | 0 | 0 | 0 | 9,300,000 |
| Algeria | 141,713,799 | 29,574,309 | 52,799,920 | 26,400,000 | 26,399,982 | 0 | 0 | 0 | 0 | 26,399,960 | 0 | 0 | 26,399,360 | 0 | 0 | 0 | 0 | 52,799,320 |
| Kuwait | 33,415,814 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Iraq | 10,000,000 | 0 | 0 | 25,000,000 | 28,749,980 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Eygpt | 32,460,426 | 7,895,200 | 5,014,828 | 3,175,861 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,837,004 | 0 | 0 | 0 | 0 | 0 | 7,837,004 |
| Malaysia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | 0 | 0 | 0 | 0 | 0 | 1,000,000 |
| Qatar | 110,076,873 | 9,658,120 | 0 | 30,000,000 | 8,999,982 | 0 | 0 | 49,999,940 | 0 | 49,999,940 | 0 | 0 | 49,999,950 | 0 | 0 | 0 | 0 | 149,999,830 |
| TOTAL | 1,351,643,649 | 235,667,403 | 290,008,648 | 270,061,981 | 379,415,594 | 0 | 0 | 130,473,756 | 0 | 76,399,900 | 0 | 68,977,056 | 85,699,310 | 59,976,670 | 0 | 0 | 0 | 421,526,692 |

| INTERNATIONAL DONORS | | Total 2007-2009 | Total 2010 | Total 2011 | Total 2012 | Total 2013 | January | February | March | April | May | June | July | August | September | October | November | December | 2014Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total PEGASE | | 1,569,892,068 | 382,233,417 | 238,570,460 | 267,418,287 | 244,237,926 | 13,646,458 | 0 | 0 | 0 | 22,531,559 | 38,678,615 | 59,371,596 | 0 | 59,228,747 | 0 | 22,203,663 | 29,310,435 | 244,971,073 |
| Countries donating through Pegase mechanism | EC | | | | | 205,928,400 | 13,646,458 | 0 | 0 | 0 | 9,688,880 | 34,960,246 | 59,371,596 | 0 | 57,820,004 | 0 | 19,635,239 | 22,805,382 | 217,927,805 |
| | Denmark | | | | | 14,002,407 | 0 | 0 | 0 | 0 | 7,370,889 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,370,889 |
| | Finland | | | | | 2,582,843 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Luxemburg | | | | | 918,378 | 0 | 0 | 0 | 0 | 1,374,309 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,374,309 |
| | Netherlands | | | | | 12,294,089 | 0 | 0 | 0 | 0 | 1,341,644 | 0 | 0 | 0 | 1,389,165 | 0 | 1,298,972 | 1,109,372 | 5,139,153 |
| | Ireland | | | | | 0 | 0 | 0 | 0 | 0 | 1,374,241 | 676,024 | 0 | 0 | 0 | 0 | 1,269,452 | 0 | 3,319,716 |
| | Itlay | | | | | 0 | 0 | 0 | 0 | 0 | 1,374,309 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,374,309 |
| | Sweden | | | | | 6,020,962 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,354,419 | 5,354,419 |
| | Austria | | | | | 1,637,125 | 0 | 0 | 0 | 0 | 0 | 1,690,161 | 0 | 0 | 0 | 0 | 0 | 0 | 1,690,161 |
| | Spain | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 1,352,183 | 0 | 0 | 0 | 0 | 0 | 0 | 1,352,183 |
| | Left over | | | | | 853,724 | 0 | 0 | 0 | 0 | 7,287 | 0 | 0 | 0 | 19,578 | 0 | 0 | 41,263 | 68,128 |
| World Bank TF | | 322,417,560 | 218,183,731 | 164,596,540 | 224,183,496 | 188,244,253 | 0 | 0 | 38,997,635 | 0 | 29,699,960 | 21,682,446 | 0 | 17,719,970 | 0 | 22,600,412 | 0 | 31,647,726 | 162,348,149 |
| Countries donating through World Bank TF mechanism | United Kingdom | 96,983,002 | 63,728,277 | 44,063,843 | 66,805,110 | 63,821,865 | 0 | 0 | 19,000,000 | 0 | 0 | 8,400,000 | 0 | 8,500,000 | 0 | 0 | 0 | 19,200,000 | 55,100,000 |
| | Norway | 90,505,667 | 55,312,061 | 46,844,914 | 63,400,000 | 43,400,000 | 0 | 0 | 23,100,000 | 0 | 0 | 13,500,000 | 0 | 0 | 0 | 12,400,000 | 0 | 4,300,000 | 53,300,000 |
| | France | 5,751,292 | 12,900,000 | 0 | 12,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 10,000,000 |
| | Finland | 3,863,510 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Canada | 13,541,512 | 14,724,852 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Kuwait | 79,472,449 | 50,000,000 | 49,500,000 | 49,499,960 | 50,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Poland | 965,046 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Australia | 32,648,868 | 19,000,000 | 20,828,018 | 33,257,664 | 21,300,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,400,000 | 0 | 0 | 0 | 8,600,000 | 18,000,000 |
| | Japan | 0 | 0 | 0 | 10,000,000 | 0 | 0 | 0 | 0 | 0 | 29,699,960 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,699,960 |
| World Bank - DPG | | 80,192,118 | 40,000,000 | 0 | 40,000,000 | 40,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 40,000,000 | 0 | 0 | 0 | 0 | 41,000,000 | 81,000,000 |
| France | | 83,594,416 | 15,974,246 | 14,817,500 | 24,130,000 | 25,651,765 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,565,600 | 0 | 0 | 0 | 0 | 10,565,600 |
| Russia | | 9,900,000 | 9,882,837 | 0 | 0 | 9,999,960 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sweden | | 2,933,280 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Norway | | 41,069,651 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| United States of America | | 581,967,719 | 222,864,771 | 50,000,000 | 0 | 348,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000,000 | 0 | 100,000,000 |
| UK | | 6,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| China | | 333,492 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Donor Support to PCBS | | 3,500,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| India | | 10,055,102 | 9,895,684 | 0 | 0 | 1,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Japan | | 9,490,638 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Greece | | 2,652,820 | 2,800,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TURKEY | | 10,316,814 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cyprus | | 0 | 100,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ESSP | | 37,679,528 | 7,794,977 | 3,702,259 | 263,731 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | | 2,771,995,206 | 909,729,663 | 471,686,759 | 555,995,514 | 857,133,904 | 13,646,458 | 0 | 38,997,635 | 0 | 52,231,519 | 60,361,060 | 99,371,596 | 28,285,570 | 59,228,747 | 22,600,412 | 122,203,663 | 101,958,161 | 598,884,821 |

| All FUNDS | Total 2007-2009 | Total 2010 | Total 2011 | Total 2012 | Total 2013 | January | February | March | April | May | June | July | August | September | October | November | December | 2014 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 4,123,638,855 | 1,145,397,066 | 761,695,407 | 826,057,495 | 1,236,549,498 | 13,646,458 | 0 | 169,471,391 | 0 | 128,631,419 | 60,361,060 | 168,348,652 | 113,984,880 | 119,205,417 | 22,600,412 | 122,203,663 | 101,958,161 | 1,020,411,514 |
| Average | 1,156,191,189 | | | | | | | | | | | | | | | | | |