

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

May 4, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE:**   *Sokolow, et al. v. Palestinian Liberation Organization, et al.,*
Docket No. 04-CV-397 (GBD)(RLE) Request for Oral Argument

Dear Judge Daniels:

Pursuant to Section 3.D in this Court's Individual Rules and Practices, I write on behalf of the Palestinian Authority (PA) and the Palestine Liberation Organization (PLO) to request oral argument in connection with the Notice of Motion and accompanying Defendants' Memorandum of Law in Support of Their Motion to Stay Execution of the Judgment and to Waive the Bond Requirement, filed contemporaneously herewith.

Respectfully submitted,

Gassan A. Baloul

cc:   All ECF Counsel

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.