IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 04cv397 (GBD) (RLE) |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW APPEARANCE OF RICHARD A. HIBEY, MARK J. ROCHON, LAURA G. FERGUSON, BRIAN A. HILL, ANDREW T. WISE, MATTHEW T. REINHARD, TIMOTHY P. O'TOOLE, LAMIA R. MATTA, DAWN E. MURPHY-JOHNSON AND MICHAEL J. SATIN AS COUNSEL

Richard A. Hibey, Mark J. Rochon, Laura G. Ferguson, Brian A. Hill, Andrew T. Wise, Matthew T. Reinhard, Timothy P. O'Toole, Lamia R. Matta, Dawn E. Murphy-Johnson and Michael J. Satin, attorneys for the defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), hereby moved to withdraw their appearances in this case as attorneys for the PA and PLO pursuant to Local Civil Rule 1.4.

The PA and PLO have retained new counsel, Gassan A. Baloul at Squire Patton Boggs.  Mr. Baloul entered his appearance in this case on February 26, 2015.  The PA and PLO have requested that all counsel from Miller & Chevalier now withdraw their appearances.  The PA and PLO have affirmed that this withdrawal will not prejudice the clients, nor cause a delay in the proceeding.  Miller & Chevalier is not asserting a retaining or charging lien in this action.

Therefore, Richard A. Hibey, Mark J. Rochon, Laura G. Ferguson, Brian A. Hill, Andrew T. Wise, Matthew T. Reinhard, Timothy P. O'Toole, Lamia R. Matta, Dawn E. Murphy-

Johnson, and Michael J. Satin respectfully request that this Motion to Withdraw Appearance as Counsel be granted.

May 6, 2015                                Respectfully Submitted,

/s/ Brian A. Hill
Richard A. Hibey
Mark J. Rochon
Laura G. Ferguson
Brian A. Hill
Andrew T. Wise
Matthew T. Reinhard
Timothy P. O'Toole
Lamia R. Matta
Dawn E. Murphy-Johnson
Michael J. Satin
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington D.C. 20005-6701
(202) 626-5800 [tel]
(202) 626-5801 [fax]
bhill@milchev.com [email]

*Counsel for Defendants the Palestinian Authority and the Palestine Liberation Organization*