**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| MARK I. SOKOLOW, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04cv397 (GBD) (RLE) |
| | ) | |
| THE PALESTINE LIBERATION | ) | |
| ORGANIZATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Richard A. Hibey, Mark J. Rochon, Laura G. Ferguson, Brian A. Hill, Andrew T. Wise,

Matthew T. Reinhard, Timothy P. O'Toole, Lamia R. Matta, Dawn E. Murphy-Johnson and

Michael J. Satin, having moved pursuant to Local Civil Rule 1.4 to withdraw their appearance in

this case as attorneys for the PA and PLO and sufficient reason appearing for the withdrawal, it

is:

**ORDERED** that the appearance of Richard A. Hibey, Mark J. Rochon, Laura G.

Ferguson, Brian A. Hill, Andrew T. Wise, Matthew T. Reinhard, Timothy P. O'Toole, Lamia R.

Matta, Dawn E. Murphy-Johnson and Michael J. Satin as attorneys in this case for the PA and

PLO is hereby withdrawn.

Date: _____                    _____
                                     Hon. George B. Daniels
                                     United States District Court Judge

Copies via ECF to all counsel of record.