# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

May 7, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

     Plaintiffs respectfully request that the Court set the following briefing schedule with respect to Defendants' Motion to Stay Execution of the Judgment and To Waive the Bond Requirement (DE 897), filed on May 4, 2015.

           May 29:  Plaintiffs' opposition.

           June 15:  Defendants' reply.

     Defendants have informed us that they do not oppose to this request.

           Respectfully,

           Kent A. Yalowitz

cc:    All ECF Counsel