IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 04cv397 (GBD)(RLE) |
| THE PALESTINE LIBERATION ) ORGANIZATION, *et al.*, ) | |
| Defendants. ) | |



## [PROPOSED] ORDER

Richard A. Hibey, Mark J. Rochon, Laura G. Ferguson, Brian A. Hill, Andrew T. Wise, Matthew T. Reinhard, Timothy P. O'Toole, Lamia R. Matta, Dawn E. Murphy-Johnson and Michael J. Satin, having moved pursuant to Local Civil Rule 1.4 to withdraw their appearance in this case as attorneys for the PA and PLO and sufficient reason appearing for the withdrawal, it is:

**ORDERED** that the appearance of Richard A. Hibey, Mark J. Rochon, Laura G. Ferguson, Brian A. Hill, Andrew T. Wise, Matthew T. Reinhard, Timothy P. O'Toole, Lamia R. Matta, Dawn E. Murphy-Johnson and Michael J. Satin as attorneys in this case for the PA and PLO is hereby withdrawn.

Date: MAY 09 2015

_____
Hon. George B. Daniels
United States District Court Judge

Copies via ECF to all counsel of record.