UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:04-cv-0397 (GBD) (RLE) |
| ) | |
| PALESTINE LIBERATION ) | |
| ORGANIZATION, et al., ) | |
| Defendants. ) | |

## NOTICE OF FILING TRIAL EXHIBITS

Defendants the Palestinian Authority and the Palestine Liberation Organization hereby file certain trial exhibits, as described in indexes attached as Exhibit A and Exhibit B. **Exhibit A** is an index of Plaintiffs' trial exhibits. **Exhibit B** is an index of Defendants' trial exhibits.

Dated: May 13, 2015

/s/Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com

John A. Burlingame *(admitted pro hac vice)*
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
john.burlingame@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2015, a true and correct copy of the foregoing was filed with the Clerk via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com