## [illegible] Fatah Movement
## From Jan. 10, 2000 to [illegible] 2, 2002

### Jericho Region

| # | Date | Currency | Recipient | Amount | Notes |
|---|---|---|---|---|---|
| 1 | July 1, 2001 | NIS | Fatah Movement – Jericho Region | NIS 5,250.00 | Fatah Movement Financial Office – Jericho Region |
| 4 | Aug. 14, 2001 | NIS | Fatah Movement – Jericho Region | NIS 12,000.00 | Fatah Movement Financial Office – Jericho Region |
| | | | Total shekels | NIS 17,250.00 | |
| | | | Total dollars | $4,312.50 | |

### West Bank:

| # | Date | Currency | Recipient | Amount | Notes |
|---|---|---|---|---|---|
| 1 | Feb. 3, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 00-12 |
| 2 | Mar. 17, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Specific allocations 01-1 |
| 3 | Apr. 4, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-2 |
| 4 | Apr. 16, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-3 |
| 5 | May 16, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-4 |
| 6 | June 25, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-5 |
| 7 | July 17, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-6 |
| 8 | Aug. 22, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-7 |
| 9 | Oct. 23, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-8 |
| 10 | Oct. 23, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-9 |
| 11 | Feb. 5, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-11 |
| 12 | Dec. 10, 2001 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-10 |
| 14 | Jan. 28, 2002 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 01-12 |
| 15 | Dec. 31, 2000 | NIS | Fatah Movement – The West Bank | NIS 21,000.00 | Private transfer 2000-11 |
| | | | Total shekels | NIS 294,000.00 | |
| | | | Total dollars | $73,500.00 | |

### Nablus Region:

| # | Date | Currency | Recipient | Amount | Notes |
|---|---|---|---|---|---|
| 2 | Jan. 23, 2002 | NIS | Fatah Movement –Nablus region | NIS 25,000.00 | Procurement of furniture for Fatah office, Nablus region |
| | | | Total shekels | NIS 25,000.00 | |
| | | | Total dollars | $ 6,250.00 | |

### Bethlehem Region:

| # | Date | Currency | Recipient | Amount | Notes |
|---|---|---|---|---|---|
| 1 | Dec. 1, 2001 | NIS | Fatah Movement - Bethlehem Region | NIS 39,131.04 | Transfer per presidential decree |
| 2 | Feb. 11, 2002 | NIS | Fatah Movement - Bethlehem Region | NIS 31,500.00 | Loan for festivities |
| | | | Total shekels | NIS 70,631.04 | |
| | | | Total dollars | $ 17,657.76 | |

PLFS EX 16
June 15, 2010 [initials]

### Tulkarm Region:

| # | Date | Currency | Recipient | Amount | Notes |
|---|---|---|---|---|---|
| 1 | 11/4/2000 | NIS | Fatah Movement - Tulkarm Region | NIS 42,000.00 | Loan per presidential decree |
| | | | Total shekels | NIS 42,000.00 | |

PLAINTIFF'S EXHIBIT 173

04:000493

|   |              |     |                                   |                | |
|---|--------------|-----|-----------------------------------|----------------|---|
|   |              |     | Total dollars                     | $10,500.00     | |
|   |              |     | Shuafat Camp:                     |                | |
| 1 | Jan. 7, 2001 | NIS | Fatah Movement – Shuafat Camp     | NIS 8,750.00   | Financial office – Shuafat |
|   |              |     | Total shekels                     | NIS 8,750.00   | |
|   |              |     | Total dollars                     | $2,187.50      | |
|   |              |     | Martyrs' Square (Arraba):         |                | |
| 1 | Oct. 11, 2001| NIS | Fatah Movement –Martyrs' Square   | NIS 1,400.00   | Financial assistance – Abu Jihad site |
|   |              |     | Total shekels                     | NIS 1,400.00   | |
|   |              |     | Total dollars                     | $350.00        | |
|   |              |     | Qalqilya Region:                  |                | |
| 1 | Oct. 11, 2001| NIS | Fatah Movement – Qalqilya Region  | NIS 5,350.00   | Revolving balance – Fatah Movement - travel |
|   |              |     | Total shekels                     | NIS 5,350.00   | |
|   |              |     | Total dollars                     | $1,337.50      | |
|   |              |     | Qibya Region:                     |                | |
| 1 | June 12, 2001| NIS | Fatah Movement – Qibya Region     | NIS 7,000.00   | Fatah Movement – Qibya |
|   |              |     | Total shekels                     | NIS 7,000.00   | |
|   |              |     | Total dollars                     | $1,750.00      | |
|   |              |     | Western Region:                   |                | |
| 1 | Aug. 7, 2001 | NIS | Fatah Movement – Western Region   | NIS 8,750.00   | Financial office – completion of construction projects |
|   |              |     | Total shekels                     | NIS 8,750.00   | |
|   |              |     | Total dollars                     | $2,187.50      | |
|   |              |     | Jenin Region:                     |                | |
| 1 | Aug. 19, 2001| NIS | Fatah Movement – Jenin Region     | NIS 5,250.00   | Financial assistance - Fatah Movement in Jenin |
|   |              |     | Total shekels                     | NIS 5,250.00   | |
|   |              |     | Total dollars                     | $1,312.50      | |
|   |              |     | Ramallah Region:                  |                | |
| 1 | May 29, 2000 | NIS | Fatah Movement – Ramallah Region  | NIS 35,000.00  | Loan for elections |
|   |              |     | Total shekels                     | NIS 35,000.00  | |
|   |              |     | Total dollars                     | $8,750.00      | |

| Total shekels        | NIS 520,381.04 |
|----------------------|----------------|
| Total dollars        | $130,095.26    |
| Dollar exchange rate | NIS 4.00       |

04:000494

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D 04: 000493-494.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 04: 000493-494.

Dated: ~~February~~ MARCH 3, 2014

Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [3rd] day of ~~February~~ March, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
3rd day of ~~February~~ March, 2014

_____
Notary Public

TANYA WALLACE
Notary Public - State of New York
NO. 01WA6169281
Qualified in Bronx County
My Commission Expires 06/25/15

04:000493

| | | | | | |
|---|---|---|---|---|---|
| | | | منطقة أريحا | | |
| المكتب المالي لحركة فتح منطقة أريحا | ₪ 5,250.00 | حركة فتح منطقة أريحا | NIS | 7/1/2001 | 1 |
| المكتب المالي لحركة فتح منطقة أريحا | ₪ 12,000.00 | حركة فتح منطقة أريحا | NIS | 8/14/2001 | 4 |
| | ₪ 17,250.00 | المجموع بالشيكل | | | |
| | $4,312.50 | المجموع بالدولار | | | |
| | | الضفة الغربية: | | | |
| حوالة خاصة 12-00 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 2/3/2001 | 1 |
| مخصصات محددة 1-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 3/17/2001 | 2 |
| حوالة خاصة 2-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 4/4/2001 | 3 |
| حوالة خاصة 3- 01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 4/16/2001 | 4 |
| حوالة خاصة 4-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 5/16/2001 | 5 |
| حوالة خاصة 5-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 6/25/2001 | 6 |
| حوالة خاصة 6-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 7/17/2001 | 7 |
| حوالة خاصة 7-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 8/22/2001 | 8 |
| حوالة خاصة 8-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 10/23/2001 | 9 |
| حوالة خاصة 9-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 10/23/2001 | 10 |
| حوالة خاصة 11-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 2/5/2001 | 11 |
| حوالة خاصة 10-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 12/10/2001 | 12 |
| حوالة خاصة 12-01 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 1/28/2002 | 14 |
| حوالة خاصة 11-2000 | ₪ 21,000.00 | حركة فتح -الضفة الغربية | NIS | 12/31/2000 | 15 |
| | ₪ 294,000.00 | المجموع بالشيكل | | | |
| | $73,500.00 | المجموع بالدولار | | | |
| | | منطقة نابلس: | | | |
| مشتريات لتجهيز مكتب فتح منطقة نابلس | ₪ 25,000.00 | حركة فتح منطقة نابلس | NIS | 1/23/2002 | 2 |
| | ₪ 25,000.00 | المجموع بالشيكل | | | |
| | $6,250.00 | المجموع بالدولار | | | |
| | | منطقة بيت لحم: | | | |
| تحويل بقرار من الرئيس | ₪ 39,131.04 | حركة فتح منطقة بيت لحم | NIS | 12/1/2001 | 1 |
| قرض للاحتفال | ₪ 31,500.00 | حركة فتح منطقة بيت لحم | NIS | 2/11/2002 | 2 |
| | ₪ 70,631.04 | المجموع بالشيكل | | | |
| | $17,657.76 | المجموع بالدولار | | | |
| | | منطقة طولكرم: | | | |
| قرض بقرار من الرئيس | ₪ 42,000.00 | حركة فتح منطقة طولكرم | NIS | 11/4/2000 | 1 |
| | ₪ 42,000.00 | المجموع بالشيكل | | | |

| | | | | |
|---|---|---|---|---|
| | | المجموع بالدولار | $10,500.00 | |
| | | مخيم شعفاط: | | |
| 1 | 1/7/2001 | NIS | حركة فتح مخيم شعفاط | ₪ 8,750.00 | المكتب المالي شعفاط |
| | | المجموع بالشيكل | ₪ 8,750.00 | |
| | | المجموع بالدولار | $2,187.50 | |
| | | عرابة (ساحة الشهداء): | | |
| 1 | 10/11/2001 | NIS | حركة فتح ساحة الشهداء | ₪ 1,400.00 | اعانة مالية - موقع أبو جهاد |
| | | المجموع بالشيكل | ₪ 1,400.00 | |
| | | المجموع بالدولار | $350.00 | |
| | | منطقة قلقيليا: | | |
| 1 | 10/11/2001 | NIS | حركة فتح منطقة قلقيلية | ₪ 5,350.00 | رصيد لمرور حركة فتح -م- سفريات |
| | | المجموع بالشيكل | ₪ 5,350.00 | |
| | | المجموع بالدولار | $1,337.50 | |
| | | منطقة قبيا: | | |
| 1 | 6/12/2001 | NIS | حركة فتح منطقة قبيا | ₪ 7,000.00 | حركة فتح قبيا |
| | | المجموع بالشيكل | ₪ 7,000.00 | |
| | | المجموع بالدولار | $1,750.00 | |
| | | المنطقة الغربية: | | |
| 1 | 8/7/2001 | NIS | حركة فتح -المنطقة الغربية | ₪ 8,750.00 | المكتب المالي -استكمال مشاريع الشتاء |
| | | المجموع بالشيكل | ₪ 8,750.00 | |
| | | المجموع بالدولار | $2,187.50 | |
| | | منطقة جنين: | | |
| 1 | 8/19/2001 | NIS | حركة فتح منطقة جنين | ₪ 5,250.00 | مساعدة مالية -حركة فتح في جنين |
| | | المجموع بالشيكل | ₪ 5,250.00 | |
| | | المجموع بالدولار | $1,312.50 | |
| | | منطقة رام الله: | | |
| 1 | 5/29/2000 | NIS | حركة فتح منطقة رام الله | ₪ 35,000.00 | قرض للانتخابات |
| | | المجموع بالشيكل | ₪ 35,000.00 | |
| | | المجموع بالدولار | $8,750.00 | |

| | |
|---|---|
| المجموع بالشيكل | ₪ 520,381.04 |
| المجموع بالدولار | $130,095.26 |
| سعر صرف الدولار | ₪ 4.00 |

04:000494