

PLAINTIFF'S
EXHIBIT
175

Gilmore 00168 T
SHATSKY-006842
P 1: 1006

*[Translation of Magazine Cover Page:]*

*[Seal of the Palestinian National Authority]*

## Al Shurta *[The Police]*

Volume 38  -  November 2000

*[photographic image of Yasser 'Arafat and a uniformed officer standing at attention and saluting, as they stand before Al Aqsa Mosque]*

**Gilmore 00168 T**
**SHATSKY-006842**
**P 1: 1006**

**Gilmore 00169 T**
**SHATSKY-006843**
**P 1: 1007**

*[**Table of Contents Page:** Includes names/titles of editorial staff, list of articles by page number, and the following magazine masthead, which appears within a block at the bottom of the page]*

**Al Shurta Magazine**
**Monthly Magazine Devoted to the Law-Enforcement and Legal Sciences**
**Published by the Palestinian Police Command**

| Volume 38  - November |
|---|

**Address:  General Command of the Police – Gaza – Telephone: 2866600–2863400  Extension-428**

**[Al Shurta, Vol. 38, pp. 27-28]**

Gilmore 00170 T
SHATSKY - 006844
P 1: 1008

# Martyrs are the Builders of the Independent Palestinian State, With Jerusalem as its Capital

By Brigadier General Mazen 'Izz ad Din,
Commissioner General of National Guidance

[photograph of author]

> The Intifada of the Al-Aqsa Martyrs . . .The Intifada of Independence . . . This is the most important Palestinian event to play a prominent strategic role in mobilizing the Arab and Islamist public, along with Arab regimes, to take up their pioneering cultural roles in the Arab-Israeli conflict, for this blessed Intifada has moved the senses and feelings of the international  community and all the greatest nations united by vital interests in the Middle East region. . . This historic event shall remain engraved upon the emotions of every

## The Intifada Shall Go On

The blessed Palestinian Intifada has become a fundamental, important, and strategic part of the social make-up of our Palestinian society, and it has become a primary component of daily life for our children and young people who, through their blessed Intifada, seek to shape a future for all Palestinian young people, by peaceful means.  For this reason, the holy Intifada shall continue with fresh stones, until its strategic goals are achieved through establishment of an independent Palestinian State, with Jerusalem as its capital, and with the return of all refugees, in accordance with international legal resolutions, foremost among them Resolution No.s 181 and 194.

The holy Intifada, in its persistence and continuity, constitutes a challenge to the Israeli entity, and no force in the world shall be able to put an end to it, because it has come about as a result of oppression, subjugation, and persecution that the Israeli side has waged against the Palestinian people, and as a result of Israel's breaching its

commitment to peace agreements signed by the two parties.  For this reason, we constantly affirm the importance of continuing the Intifada, and persisting with its activities via new methods and tactics that minimize human

Gilmore 00170 T<br>
SHATSKY - 006844<br>
P 1: 1008<br>
(continued)

casualties among the sons of our Palestinian people, and that lead to achievement of political gains at the international level.

### Support at the Level of the Young Palestinian

The blessed Intifada has united the whole Arab community, from the Ocean to the Gulf, and the Arab Summit held in Cairo was a result of the Intifida, coming after a hiatus of 10 years' time necessitated by the second Gulf War.  This Summit brought about initiatives by the popular masses in the Arab capitals in support of the Al-Aqsa Intifada, and in support of strategic Palestinian tenets, foremost among them the right of the Palestinian people to establish an independent Palestinian state, with Jerusalem as its capital.

It was incumbent on those attending the Arab Summit convened in Cairo on October 21-22, 2000 that clear commitments be made to support the steadfastness and the struggle of the Palestinian people in confronting the Israeli military establishment, and this support needed to come quickly, and to be continuous and appropriate for the level of the young Palestinian. Palestinian leadership would also need to apply a practical and effective remedy for crystallizing the accords that the Arab Summit had adopted into a reality on the ground, by putting into place

**Al Shurta Magazine  -  November 2000  -  Volume 38  -  Page 27**

Gilmore 00171 T
SHATSKY - 006845
P 1: 1009

clear devices that the Palestinian negotiating side could use to exploit, to advantage and in a positive and effective way, the great Palestinian sacrifices already made.

Our great Palestinian people has led the way through the blessed Intifada, defending the land and holy places of hundreds of martyred children and young people, and thousands of wounded, a great number of whom have been left permanently disabled.  These sacrifices are being imposed on the Arab community at the level of young Palestinians, and in light of these sacrifices, the Arab community must be there for Palestinian young people, in a measure commensurate with the volume of the great Palestinian sacrifices.  In this, we shall not say to the Arab and Islamist peoples "Do what you have done to the American naval destroyer U.S.S.  Cole, or the British Embassy in San'aa."  We shall not say "Strike against American interests throughout the world."  Instead, we shall say "You must adopt a clear and explicit stance on the racist Israeli practices against our children that are supported by the U.S. Administration."

**<u>Strategic Interests</u>**

The international community and all peace-loving nations of the world, foremost among them the U.S., Japan, Russia, China, and the European Union, are seeking to exert real pressure on Israel, in the cause of protecting their strategic  interests in the region before the situation explodes to a degree that will make containment, and control over it, difficult.  Accordingly, the U.S. Administration has adopted a series of measures aimed at protecting its embassies, such as placing its forces in the region on a state of high alert.   All these measures have brought about the blessed Al-Aqsa

Intifada, and sparked great popular anger, in all the Arab capitals, over the U.S. Ambassador's favoritism for its ally Israel, and the U.S.'s failure to play the role of honest broker in the peace process.

The European nations and the U.S., who have strategic interests in the region, are called upon to see the necessity of urgent and immediate action to stop Israeli practices against the Palestinian people.  Without this, their vital interests shall be directly jeopardized, and this shall redound adversely on their peoples and communities, since the Arab and Islamist communities in these countries play a prominent role pressuring these governments, by turning out for

Gilmore 00171 T
SHATSKY - 006845
P 1: 1009
(continued)

impressive, peaceful marches aimed at getting foreign nations to exert positive and effective pressure on Israel.  These communities speak the word of truth and justice in relation to our Palestinian people, who continue to suffer under the most extreme example of occupation in the world.

**A Real War**

The Israelis consider the Palestinian Intifada to be a real war, and to wage it, they utilize airplanes, tanks, rockets, and all the lethal and internationally prohibited weapons.  The Palestinian side considers the Intifada to be peaceful, for it uses only sacred stones to wage it.  It is therefore incumbent on peace-loving nations to point a finger of accusation at Barak and his military establishment, because he is an aggressor who is waging a real war against the Palestinian people.  To this we say that the bloodshed of the martyrs shall not be in vain, for through accumulation of Palestinian bloodshed, we succeeded in forging the 1988 Declaration of Independence, and succeeded in getting a real and true Palestine recorded

on political and geographic maps.  And through the accumulation of Palestinian bloodshed, we shall announce the establishment of our independent Palestinian State on all the lands that were occupied in 1967.

The Palestinian people are among the peoples of the world most deserving of independence, and their martyrs, wounded, prisoners, and disabled have led the way, as these martyrs are the sons of the Palestinian State.  Without them, we shall not succeed in achieving our nationalistic goals, foremost among these the establishment of an independent Palestinian State, with its capital in Jerusalem.  And despite all this, the Palestinian people are still striving for a just and comprehensive peace, and still seeking to reclaim usurped rights that are so inconsistent with the spilling of blood and killing of innocent children.

**The Role of Institutions**

Numerous Palestinian institutions have played a pioneering cultural role in the blessed Al-Aqsa Intifada, and the Palestinian Ministry of Health, and those who work there, including doctors, nurses, and ambulance personnel, have played a prominent and distinguished role in

Gilmore 00171 T
SHATSKY - 006845
P 1: 1009
(continued)

offering up all of their available capabilities for rescuing the wounded.  In this way, this Ministry has demonstrated, despite its humble capabilities, that Palestine is a great state that has the capacity for constructive collaboration, despite all that is going on.

Palestine Satellite Channel, Palestine TV, Palestinian radio, and their news correspondents, have succeeded in painting a glowing picture of the Palestinian people on all world satellites, and through this, they have been able to convey a clear message to the world to the effect that the Israeli military establishment is a terrorist, racist, fascist, and Nazi institution, because it kills children.  In this, we take note, with all glory and pride, of the success of journalist Talal Abu-Rahma, in presenting the Palestinian Mona Lisa to all nations of the world, through his photography of the child martyr

Muhammad Al-Durra, who was killed in cold blood while in the arms of his father.

Salutations to our devoted martyrs, who have watered the soil of holy Palestine with their blood; and fervent wishes for a speedy recovery to our intrepid wounded. May the Intifada continue until establishment of the Palestinian State, with Jerusalem as its capital.

**Al Shurta Magazine - November 2000 - Volume 38 - Page 28**
**[Al Shurta, Vol. 38, pp. 29-30]**

**Translator's Note:**

Where flow of English necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Gilmore 00172 T
SHATSKY - 006846
P 1: 1010

Security Briefing on Worst Israeli Strategic Options and [Photograph of Author] ntasies and Realities)

By Brigadier General Dr. Kamil 'Issa, Director General,
Political Security Directorate

The worst Israeli strategic options have collapsed, one after the other, in the face of the unity, toughness, and steadfastness of the Intifada-engaged Palestinian people; and this will continue to be the primary characteristic of this phase, for the following reasons:

**First:** Israel's inability fully to re-occupy the territories of the Palestinian National Authority, for reasons relating to the magnitude of the losses that it would sustain at the security, military, political, and economic levels.

**Second:** Israel's complete lack of endurance in coexisting with the current state of affairs, and in the atmosphere of the blazing Palestinian Intifada, where the results of accumulated Israeli losses could lead to what would be depicted in news magazines as a "defeat." Such a defeat would later be interpreted as Israel capitulating to conditions of a just solution for the Palestinian issue.

**Third:** In view of the fact that Israel is unable to get past the predicament of occupying all of the territories, and cannot cope, for long, with having to coexist with the continuing flammability of the Palestinian Intifada, Israel is searching, across its string of failing options, for other alternatives, which may be summed up as follows:

A.   Reaching a settlement that leads to cessation of the Intifada, on the one hand, while, on the other hand, continuing subjugation through the oppressive occupation imposed upon the

Gilmore 00172 T
SHATSKY - 006846
P 1: 1010
(continued)

Palestinian people. This is an impracticable alternative that no longer has justifying causes or effects to support its likelihood of success.

B.   The events of upheaval at the domestic Palestinian level are leading to an end to the Palestinian civil-strife assassination game, and to the development of alternatives to this.

**In Practice:**  The alternative [of continued occupation] carries, within itself, strategic risks dangerous to the Zionist Entity itself.  Consider the case of  Barmil Al-Barud, the Palestinian whom Israel is attempting to blow up: Flames of fear, and their embers, are spreading to the very heart of Israel, as shown through its various posturings and imposed states [of alert], these coming as a repercussion of the realities of a potential breakdown.

**What's Most Important:**  Use of escalation of the Israeli war machine against Palestinian Intifada participants carries within it a wretched endeavor, and it is undertaken, on the one hand, with the intention of recovering Israeli Defense Forces honor and morale that were lost in the morass of the defeat in Southern Lebanon, and, on the other hand, with a hope of improving chances that General Ehud Barak's shaky government will remain in power.

**Inasmuch as** Israel has not given birth to a ruler having the courage of French General De Gaulle, who would be capable of rescuing it from its complicated existence, and of protecting its interests within the surrounding reality by withdrawing its army and removing its settlers from occupied Arab lands in Golan, Southern Lebanon, the West Bank, East Jerusalem, and the Gaza Strip, it is incumbent on the civilized world, and specifically the U.S. and the European Union, to make it their moral responsibility to take the first step towards correcting Israel's trajectory before it sprouts wings, and before an opportunity for peace that will not come along again, for Israel, is lost, in this era of great transformations that the Palestinian people are now entering, in terms of renewal of their identity through the glorious Al-Aqsa Intifada.

**Most assuredly,** the National Palestinian leadership, led always and forever foremost by Brother President and Commander in Chief Abu-'Ammar, may God preserve him, seems to be more eager and earnestly desirous of sparing the blood of the sons of the Palestinian people,

Gilmore 00173 T
SHATSKY - 006847
P 1: 1011

and it is working hard to stop the fascistic exemplary punishment actions that are being conducted by the soldiers and officers of the Israeli Army.  Our leadership, however, is encountering extraordinary difficulty reverting back to the conditions of a disguised occupation of most of the territories in the West Bank, East Jerusalem, and the Gaza Strip, in accordance with the wishes of the Israeli side, and for a duration lasting until negotiations for a final resolution have been completed.

**Accordingly,** there is unquestionably no doubt, and it is within the range of possibility, that effective and speedy solutions may be put into place for evacuation and withdrawal of occupation forces from Palestinian territories.  Acknowledging this would be a harbinger of good intentions on the Israeli side, on the road to announcing materialization of the independent Palestinian State, with Jerusalem as its capital.  It is not enough to listen to timid Israeli calls for the need to examine the Oslo Security arrangements at the geopolitical level of the territories, lest there be no benefit or meaning in Mr. Shimon Peres's speech on the strong likelihood of extremists on both sides taking over political life, and plunging the region into a new round of regional war and domestic conflicts.  Hence, the alternative to calls for a return to previous abnormal conditions is genuine progress towards implementation of U.N. Security Council Resolutions 242 and 338, and achievement of a comprehensive peace agreement between the Palestinian and Israeli parties.

**********

Gilmore 00173 T
SHATSKY - 006847
P 1: 1011
(continued)

Palestinian National Authority

[*Municipality Seal*]

West Bani Zaid Municipality

Dispatch:  B.B.Z./M. Sh./639
Date:  November 6, 2000
Honorable Brother Major General Ghazi Al-Jabali,
Salutations of the Blessed Al-Aqsa Intifada
Salutations of Independence and of the State

The steadfastness and sacrifices of our intrepid people are an object of pride not only in contemporary history, but also over the entire course of history, because words, however powerful and eloquent, are insufficient to describe the fierce and heroic battle that the Palestinian stone is waging in opposition to the haughtiest forces of tyranny and oppression.  But this stone that the tender hand of the Palestinian child holds is armed with the force of faith in God, and with the justness of our cause.  Our clear victory will be achieved for us with God's permission, and the flags of our Palestinian State, with Jerusalem as its capital, shall be raised in the immediate future.  God has promised this, and God does not vary from his promises.

We cannot but     see the forces of Israeli tyranny striking your headquarters in order to impair your steadfastness, and the steadfastness of our heroic people, and so we say to you that these strikes are a badge of honor that history will record for our venerable police department.  Felicitations to you in your department, and felicitations to you the People, together and jointly.  Until achievement of our independent Palestinian State, with Jerusalem as its capital, and, God willing, under the leadership of Brother President Abu-'Ammar,

[*Palestinian National Authority
Seal for West Bani Zaid
Municipality*]
Municipality

Your Brother,
'Abd Al-Karim Jasir Al-Rimawi
Chairman of West Bani Zaid

[Al Shurta, Vol. 38, pp. 34-37]

Gilmore 00176 T
SHATSKY - 006850
P 1: 1014

[Photograph of author]

## Human Rights . . . and the Al-Aqsa Intifada

**By Lieutenant Colonel Zuhayr Al-Khadi**

Day after day, the Zionist blind hatred for our Palestinian people and its just cause is affirmed, and the greedy, cancerous, expansionist Zionist ambitions on Arab and Palestinian land are becoming increasingly clear to the public.  The slogan promoted on the façade of the Zionist Knesset that sits on our occupied land, "Your Land, Oh Israel, Runs From the Euphrates to the Nile," is still firmly set in every atom of Israelis' sham existence, and they aspire to making this a reality.

Despite the peace agreements that have been concluded between the PLO and Israel, built upon the fundamental principle of "Land for Peace," and based on international and U.N. legal resolutions, and on all the gatherings, meetings, and negotiations that have taken place over a period of seven years (during which the Palestinian National Authority has spared no negotiation pursuit, and failed to knock on not a single door), contentious methods, and the brushing aside of all agreements, mutual understandings, international legal resolutions, and international humanitarian law continue to  prevail and dominate over judicious thinking, in Tel Aviv.  War criminal Barak and his entourage still thirst openly for sacred Palestinian blood.  This general, who is murderous and terroristic down to the bone, and who boastfully and shamelessly claims that he is the successor to Yitzhak Rabin in peace-making, has failed, throughout the year and a half of his term in office, to take off his military uniform.  He has requited the peace-making hand that has been extended to him with bullets, rockets, and artillery missiles.  He has committed the most

loathsome, inhuman, and immoral practices possible, from attacks against children and women, killing them in cold blood, and the bombardment and destruction of residential buildings and facilities, to firing upon ambulances and disregarding rescue emblems, firing upon journalists and mutilating the corpses of martyrs, and other such practices that are a

Gilmore 00176 T
SHATSKY - 006850
P 1: 1014
(continued)

disgrace to humanity, and which will go down in contemporary history as a phenomenon unprecedented over the course of decades.

The blessed Al-Aqsa Intifada has come about as a natural reaction to the inhuman Israeli practices that affect our Palestinian people on their land. These practices have burned all the weak bridges that came out of the peace process, and deepened the chasm and the gap between a people who is trying to attain its national independence and establish an independent state, and an enemy who has shirked all of its commitments, and who dives ever deeper into its fascism and hatred for the sons of our people and for our National Authority.

Referring, now, back to the title of this article relating to human rights, a review of international humanitarian law and human rights unmasks all Israeli practices with respect to the sons of our Palestinian people, and points, beyond any doubt, to Israel's wantonness, and to its disregard for all international conventions, treaties, and protocols pertaining to human rights.

With regard to the Diplomatic Conference meetings held in Geneva during the period from 1974 through 1977: This Diplomatic Conference, which was concerned with reaffirming and advancing international humanitarian law, relied, for its basis, on two additional protocols that were appended to the Geneva Conventions of 1949.

The First Protocol deals with protection of the victims of international conflicts, while the Second Protocol relates to victims of armed domestic conflicts. The First Protocol (international conflicts)

**Al Shurta Magazine  -  November 2000  -  Volume 38  -  Page 34**

Gilmore 00177 T
SHATSKY - 006851
P 1: 1015

advances the principles pertaining to the role to be played by protector countries who have been appointed, by each of the parties to a conflict, to oversee application of agreements and of the two Protocols. It includes principles for improving the status of the wounded, sick, and drowned, and requires the gathering and dissemination of information about the missing and dead. The First Protocol forbids the use of lethal means and methods capable of causing uncalled-for and excessive injuries and suffering, or of causing widespread or long-lasting physical harm to the environment. The First Protocol provides for the protection of civilians, and for the protection for those of them who fall into the hands of the enemy. It requires the two parties to the conflict always to distinguish between civilians and combatants, and it specifically prohibits the starving of civilians, and attacks on the natural environment.

The Protocol also includes special measures for the protection of women and children, and also provides for the treatment of journalists sent to locations where they are to document the conditions of civilians. It also permits special treatment for medical services staff, regardless of whether they are secular or religious, and for the transport of their equipment and supplies.

In addition, both of the above-mentioned Protocols staunchly and completely prohibit killing, torture, mutilation, and physical punishment, and also include principles relating to caring for the sick, wounded, and drowned, and to protection of civilians from violent acts or the threat of these. It also prohibits starvation, as a method of combat, and forced deportation. The two Protocols also prohibit hostile actions against historic sites, works of art, and places of worship, and the use of these to support military objectives. In addition, there was the International Conference on Human Rights that was convened in Tehran in 1968 (the International Year of Human Rights), where

it was announced that humanitarian principles must prevail in times of armed conflict.

The Conference agreed on the necessity of putting new principles into place for affirming better protection for civilians, prisoners of war, and combatants, and also on the need to prohibit some military practices and combat methods that constitute profound departures from humanitarian standards.

Gilmore 00177 T
SHATSKY - 006851
P 1: 1015
(continued)

A series of resolutions that the U.N. General Assembly adopted in subsequent years affirmed the following:

**In the year 1970, the General Assembly did the following:**
It agreed that the fundamental human rights accepted in international law, and provided for in international legal instruments, shall remain applicable in instances of armed conflict. It affirmed that participants in national resistance movements, and freedom fighters, must be treated, in the event of their arrests, as prisoners of war. It condemned the destruction of civilians' homes by bombardment, and the use of chemical or biological weapons; and the General Assembly emphasized the impermissibility of conducting military operations against residences, places of refuge, and areas designated as hospitals or as other public conveniences that civilians utilize. Similarly, it emphasized the impermissibility of conducting retaliatory operations against civilian residents, deporting them by force, and infringing on their safety in any other way. It also announced that providing international food aid to civilian residents is a practice consistent with the U.N. Charter, the Universal Declaration of Human Rights, and other international legal instruments on human rights.

**The General Assembly, in 1973, forged a legal status for fighters who are battling against an imperialistic, racist regime in order to effectuate the right to determine their own fate; and the principles agreed upon are as follows:**

This type of struggle is a legitimate struggle entirely consistent with the principles of international law.

Any effort to quash a struggle against an imperialistic, racist regime is deemed to be a contravention of the U.N. Charter, the Universal Declaration of Human Rights, and the Declaration on the Granting of Independence to Colonial Countries and Peoples.  Such an effort would also contravene the principles of international law

**Al Shurta Magazine  -  November 2000  -  Volume 38  -  Page 35**

Gilmore 00178 T
SHATSKY - 006852
P 1: 1016

relating to peaceful relations and cooperation among nations, and would represent a threat to international peace and security.

In addition, in 1974, the General Assembly published the Declaration on the Protection of Women and Children in Emergency and Armed Conflict, and the Declaration provides that:

All acts that combatants commit during military operations, or in occupied regions, that constitute forms of repression or cruel and inhumane treatment of women and children, including incarceration, torture, shooting, mass arrests, group punishment, demolition of homes, or forced deportation, shall be deemed criminal acts.

Based on the above, it becomes clear that all the racist Israeli practices directed against the sons of our Palestinian people who are struggling, in the face of occupiers, to attain their national independence through the blessed Intifada, completely contravene the principles of international humanitarian law and human rights. From acts of mass annihilation, forced deportation, and demolition of buildings, facilities, cemeteries, places of worship, institutions of learning, universities, and schools; to the annihilation and wrecking of farms, seizure of lands, and expansion of settlements; to the killing of women and children, and the use of all kinds of weapons, artillery, and rockets; to shootings and bombings of ambulances and the killing and

wounding of emergency physicians, emergency personnel, and ambulance drivers; to armed attacks, killings, and woundings of Palestinian and foreign journalists, and attacks on U.N. representatives, the last of which will not be the shooting, in Hebron, of the convoy of Ms. Mary Robinson, U.N. High Commissioner for Human Rights;  to the ugly spectacle of killing Palestinian civilians in their vehicles as they travel near one of the checkpoints on the way to Salah Al-Din in Gaza, with intensive firing on them by heavy machine guns; to the prevention of ambulances from moving, leaving their passengers to die, and then dragging them out of the vehicle by robot, blowing the vehicles up, and, afterwards, covering up traces of this reprehensible crime; to pursuit of the policy of lockout and curfew, locking of land and air crossing points, and blockading of the sea by warships; to the policy of starvation, and the embargo on food and medical supplies: These foolish acts and practices shall not dissuade our

Gilmore 00178 T
SHATSKY - 006852
P 1: 1016
(continued)

devout, enduring, steadfast, and fighting people from continuing the Intifada and its legitimate struggle for attainment of full rights.  The entire international community and peoples from all corners of the world are making it their top responsibility to provide international protection for our Palestinian people from these inhuman and repressive acts and practices, and from annihilation at the hands of those whom humanity has thrown out of the human dictionary.

And isn't all this corroborated by what Ms. Mary Robinson, U.N. High Commissioner for Human Rights, affirmed, when she stated, after her two-day visit to the Gaza Strip, that she shall use every power and moral authority at her disposal to provide protection to the Palestinian people, and also said "What I have seen with my own eyes confirms the necessity of, and pressing need to, provide international protection to the Palestinian people,"

confirming that she has actually started the process of arranging a visit by two U.N. Special Rapporteurs for the purpose of an investigation into massive violations and crimes that have been committed with respect to the Palestinian people.

Isn't it time for the world's conscience to wake up from its deep slumber, in order to put an end to Israeli contentiousness with the Palestinian people and prosecute Israeli leadership and generals in Tel Aviv as war criminals?

Our legitimate national Intifada, and the blood of our wounds that is being spent on a daily basis, shall form the red carpet that paves the way for the forward march towards establishment of our national Palestinian State on our pure national soil, with Jerusalem as its capital.

**Sources:**
* Human Rights Fact Sheets
* Sheet No. 13, "International Humanitarian Law and Human Rights"

Gilmore 001789 T
SHATSKY - 006853
P 1: 1017

**Palestine Liberation Organization**
**Palestinian National Authority**          [PNA Emblem]
Office of the President

**Brother Ghazi Al-Jabali**
**Chief of Police**
Warm greetings:
      I thank you for your brotherly and sincere felicitations on the occasion of the start of the blessed month of Ramadan, which comes upon us, this year, as our Palestinian people are persevering in the glorious Intifada,  the blessed Al-Aqsa Intifada, for a third consecutive month, offering up legions of martyrs, and making the costliest and most precious sacrifice in the cause of realizing their legitimate aspirations of ending the Israeli occupation of our land and holy places, and establishing an independent Palestinian State, with Jerusalem as its capital.
      I celebrate and bless, in you, the spirit of allegiance and enduring national commitment, and I value highly your whole-hearted determination to protect and fortify our national unity, and to strengthen its foundations and pillars, so that they may serve as a fundamental surety in confronting our difficulties and challenges, and in achieving clear victory.
      Together, jointly, and hand in hand, let us protect our holy places, and let us build our independent Palestinian State, with Jerusalem as its capital.

Gaza:  December 4, 2000

[Signature]
Yasser 'Arafat
President of the State of Palestine
Chairman of the Executive Committee of the Palestine Liberation Organization
President of the Palestinian National Authority

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

    vs.                                                            No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

## DECLARATION OF LUCILLE KAPLAN

      I, Lucille Kaplan, hereby certify under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1), as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1006-1017.

2.    I am a professional translator with an A.B. degree in Near Eastern Studies from Princeton University and a J.D. from the University of Chicago Law School. I am certified to Professional Performance Level in Modern Standard Arabic ("MSA")- to- English Translation through U.S. Interagency Language Roundtable Professional Qualification Examination testing. My formal MSA studies include over eight years of U.S.-based training and completion of a fellowship at the American University of Cairo. I am qualified to translate accurately from Arabic to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full, and
accurate translation of the Arabic-language document bearing the bates number
P 1: 1006-1017.

Dated: March 2, 2014

LUCILLE KAPLAN



# الفهـرس

الصفحة

1- نص كلمة فخامة الرئيس ياسر عرفات في مؤتمر القمة الإسلامية – الدوحة .......... 2

2- كلمة العدد (كلمة معالي الدكتور أحمد بن محمد السالم) .......... 6

3- التحقيق الجنائي – بقلم اللواء/ غازي الجبالي .......... 8

4- السوابق القضائية (الحلقة السادسة) – بقلم الأستاذ/ مازن سيسالم .......... 9

5- الدور الديني والإعلامي .... (الحلقة الثانية) – بقلم الأستاذ/ أحمد عمر هاشم .......... 14

6- الأمن الوطني ودور وسائل الاعلام في ترسيخه(الحلقة الثالثة) – إعداد/ أ.د. حمود البدر .......... 16

7- اتجاهات الجريمة في دول العالم (الحلقة الثانية) – إعداد/ أ.د. محسن أحمد .......... 19

8- الطابور الخامس ... إلى أين ؟! – بقلم الأستاذ المحامي/ فاروق أبو الرب .......... 21

9- مسألة القانون الجنائي الدولي (الحلقة الثالثة) – إعداد الدكتور/حنا عيسى .......... 22

10- صور السلوك الانساني المجرم (الحلقة الثالثة) – بقلم اللواء/د. محمد فتحي عيد .......... 25

11- الشهداء هم بناة الدولة الفلسطينية –بقلم العميد/ مازن عز الدين .......... 27

12- قراءة أمنية في خيارات وبدائل استراتيجية الشر الإسرائيلية –بقلم العميد/ د. كامل عيسى .......... 29

13- حماية مسرح الجريمة – بقلم العميد/ د. محمد محمد عثي .......... 31

14- حقوق الإنسان ... وانتفاضة الأقصى – بقلم المقدم/زهير الخالدي .......... 34

15- أمن وحماية الشخصيات (الحلقة الرابعة) – إعداد المقدم/ عبد الواحد خلف .......... 38

16- العوامل الاقتصادية وأثرها على السلوك الإجرامي – بقلم الأع/عبد الخالق الفرا .......... 40

17- شرطي المرور .... (الحلقة الثالثة) بقلم المفتش السياسي/ حسن الكحلوت .......... 41

18- تشريح الجثة – إعداد النقيب/ حسام الكحلوت .......... 42

19- الضباط – إعداد الدكتور/ عاطف حلس .......... 43

20- علم البصمات وإثبات الشخصية (الحلقة الرابعة)– إعداد الملازم أول/ محمد الملو .......... 45

21- من ذاكرة التاريخ – إعداد العقيد/ د. عبد الرحمن المزين .......... 47

**مصور الرئيس /** محمد الرواس – عمر الرشيدي – حسين حسين

**مصور المركز الإعلامي /**سامح قارس– معين عمر- يوسف عكيلة

**التدقيق اللغوي** / ملازم / عثمان زايد

تمت الطباعة بمطابع مركز رشاد الشوا الثقافي– بلدية غزة هاتف: ٢٨٢٨٢٦

---

## المشرف العام

### اللواء / غازي الجبالي

## المستشارون

الأستاذ / سـليم الزعنـون

الأستاذ/ زياد عبـد الفتـاح

الدكتـور/ كمـال الأسـطل

الأستاذ / مازن سيسالم

العميد/ محمـود عصفـور

العميد / زيـاد عريـف

العميد / مازن عـز الديـن

العميد / عبد المعطي السبعاوي

العميد / طـلال أبو زيـد

العقيد/ يعقـوب رحمـي

## رئيس التحرير

عقيد / دكتور
عبد الرحمن المزين

---

# مجلة الشرطة

## مجلة شهرية متخصصة في العلوم الشرطية والقانونية

### تصدر عن قيادة الشرطة الفلسطينية

العــــدد ٣٨ – نوفمبــر ٢٠٠٠ م

العنـوان : القيادة العامة للشرطة – غـزة – هاتـف : ٢٨٦٦٦٠٠ –٢٨٦٣٤٠٠ داخلـي – ٤٢٨

الشرطة

# الشهداء هم بناة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف

**بقلم العميد/ مازن عز الدين**

المفوض العام للتوجيه الوطني

انتفاضة شهداء الأقصى ... انتفاضة الاستقلال ... هذا الحدث الفلسطيني الهام الذي لعب دوراً بارزاً واستراتيجياً في تحريك الجماهير العربية والإسلامية والأنظمة العربية لتأخذ دورها الحضاري والريادي في الصراع العربي – الإسرائيلي، فهذه الانتفاضة المباركة حركت مشاعر وأحاسيس المجتمع الدولي وكل الدول العظمى التي تربطها مصالح عديدة بمنطقة الشرق الأوسط ،، هذا الحدث التاريخي سيبقى محفوراً في وجدان كل طفل وشاب وامرأة فلسطينية لأنه نسج بدماء الشهداء وآلام الجرحى.

## الانتفاضة ستستمر:

لقد أصبحت الانتفاضة الفلسطينية المباركة جزءاً أساسياً وهاماً واستراتيجياً من التركيبة الاجتماعية لمجتمعنا الفلسطيني، كما أصبحت جزءاً رئيسياً من ممارساتنا اليومية لأطفالنا وشبابنا الذين يسعون من خلال انتفاضتهم المباركة وبالوسائل السلمية إلى رسم مستقبل الشعب الفلسطيني بأكمله لذلك تستمر الانتفاضة المقدسة بالحجارة القاهرة حتى تحقق أهدافها الاستراتيجية في إقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف وعودة جميع اللاجئين وفقاً لقرارات الشرعية الدولية وفي مقدمتها القراران ١٩٤،١٨١، إن الانتفاضة المقدسة بتواصلها

واستمرارها تشكل تحدياً للكيان الإسرائيلي، ولن تستطيع أي قوة في العالم أن توقفها لأنها جاءت نتيجة للظلم والقهر والاضطهاد الذي يمارسه الجانب الإسرائيلي على الشعب الفلسطيني وعدم التزامه باتفاقيات السلام الموقعة بين الجانبين لذلك نؤكد دائماً على أهمية استمرار الانتفاضة وتواصل فعالياتها بأساليب جديدة وتكتيك جديد يقلل حجم الخسائر البشرية بين أبناء شعبنا الفلسطيني، ويقود إلى تحقيق مكاسب سياسية على المستوى الدولي.

## دعم بمستوى الحدث الفلسطيني:

لقد وحدت الانتفاضة المباركة الأمة العربية بأكملها من المحيط إلى الخليج، فالقمة العربية عقدت بالقاهرة نتيجة للانتفاضة بعد

غياب استمر عشر سنوات بسبب حرب الخليج الثانية ... حيث جاءت هذه القمة بفعل التحركات الجماهيرية في العواصم العربية لدعم انتفاضة الأقصى ودعم الثوابت الفلسطينية الاستراتيجية وفي مقدمتها حق الشعب الفلسطيني في إقامة دولته الفلسطينية المستقلة وعاصمتها القدس الشريف.

إن القمة العربية التي عقدت في القاهرة بين ٢١-٢٢ أكتوبر ٢٠٠٠ عليها التزامات واضحة يجب الوفاء بها لدعم صمود ونضال الشعب الفلسطيني في مواجهة المؤسسة العسكرية الاسرائيلية، ويجب أن يكون هذا الدعم بشكل سريع ومتواصل ويتناسب مع مستوى الحدث الفلسطيني، وأن القيادة الفلسطينية ستقوم بدو عملي وفعال لبلورة القرارات التي اتخذتها القمة العربية إلى حقيقة واقعة على الأرض من خلال وضع

P 1:1009

Case 1:04-cv-00397-GBD-RLE    Document 907-3    Filed 05/13/15    Page 30 of 37



السلطة الوطنية الفلسطينية
Palestinian National Authority



السلطة الوطنية الفلسطينية
الوزارة المختصة

الرقم: ١٨٧/٥/ن/١٣٣
التاريخ: ١٨٠/٠٠٠/م

" بسم الله الرحمن الرحيم "

الأخ رئيس الوزراء المحترم
وأعضاء المجلس ...

P 1: 1011

Case 1:04-cv-00397-GBD-RLE   Document 907-3   Filed 05/13/15   Page 32 of 37

P 1: 1012

الشرطة

السلطة الوطنية الفلسطينية
بلدية بني زيد الغربية

Palestinian
National Authority
Bani Zaid Municipality

أشارة : ب ب ز/م ش/ ٦٢٩
التاريخ: ٦/١١/٢٠٠٠م

الأخ/ اللواء غازي الجبالي المحترم،،،
تحية انتفاضة الأقصى المباركة ،،
تحية الاستقلال والدولة،،

إن صمود وتضحيات شعبنا المقدام لهي مفخرة للتاريخ المعاصر بل إن التاريخ كله لأن الكلمات مهما بلغت من القوة والفصاحة تعجز عن الملحمة البطولية التي يخوضها الحجر الفلسطيني في مواجهة القوة البطش والطغيان، ولكن هذا الحجر الذي تمسكه يد الطفل الفلسطيني الذي متسلحة بقوة الإيمان بالله وبعدالة قضيتنا، سوف يحقق لنا النصر الموعود الله ولسوف ترتفع رايات دولتنا الفلسطينية وعاصمتها القدس الشريف القريب العاجل، ذلك وعد الله وإن يخلف الله وعده.

ولايسعنا ونحن نرى قوات البطش الاسرائيلية تضرب بمقاومتها بسالة صمودكم وصمود شعبنا البطل إلا أن نقول لكم إن هذه الصمود شرف سوف يسجله التاريخ لجهاز شرطتنا العتيد، فهنيئاً لكم بجهادكم للشعب بكم ومعا وسويا حتى تحقيق دولتنا الفلسطينية المستقلة وعاصمتها القدس الشريف إن شاء الله بقيادة الأخ الرئيس أبو عمار.

أخوكم
عبد الكريم جاسر الريماوي
رئيس بلدية بني زيد الغربية



السلطة الوطنية الفلسطينية
بلدية بني زيد الغربية
West Bani Zaid Municipality
Palestinian National Authority

وتعمل جاهدة على وقف أعمال التنكيل الفاشية التي يمارسها جنود وضباط الجيش الإسرائيلي، إلا أنها تجد صعوبة فائقة في العودة إلى تكريس وقائع الاحتلال المقنع لمعظم المناطق في الضفة الغربية والقدس الشرقية وقطاع غزة بحسب رغبة الجانب الإسرائيلي وحتى يتم استكمال مفاوضات الحل النهائي.

ولهذا : لابد حتماً وفي الإطار الممكن إيجاد الحلول الناجعة والسريعة لجلاء وانسحاب قوات الاحتلال من الأراضي الفلسطينية، واعتبار ذلك مقدمة لضمان النوايا من الجانب الإسرائيلي على طريق إعلان تجسيد الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف، وحيث أنه لايكفي سماع الدعوات الإسرائيلية الخجولة عن ضرورة النظر في ترتيبات أوسلو الأمنية وعلى صعيد الجغرافيا السياسية المناطق، وإلا فلا فائدة ولامعنى لحديث السيد شمعون بيريس عن الاحتمال القوي لسيطرة المتطرفين في الجانبين على الحياة السياسية وإغراق المنطقة في دوامة جديدة من الحرب الإقليمية والصراعات الداخلية. فالبديل عن الدعوات للعودة للأوضاع الشاذة السابقة هو التقدم المخلص نحو تنفيذ قراري مجلس الأمن الدولي ٢٤٢، ٣٣٨ وإنجاز اتفاقية للسلام الشامل بين الطرفين الإسرائيلي والفلسطيني.

* * * * * *

P 1: 1013



# حقوق الإنسان ...
# وانتفاضة الأقصى

### بقلم المقدم/
# زهير الخالدي

يتأكد يوماً تلو الآخر الحقد الصهيوني الأعمى تجاه شعبنا الفلسطيني وقضيته العادلة، وتتضح أكثر للملأ الأطماع الصهيونية التوسعية السرطانية في الأرض العربية والفلسطينية على حد سواء، وأن الشعار المرفوع على واجهة الكنيست الصهيوني في أرضنا المحتلة "أرضك يا إسرائيل من الفرات إلى النيل" مازال معششاً في كل ذرة من كيانهم المصطنع ويطمحون إلى تحقيقه.

وبالرغم من اتفاقيات السلام التي أبرمت بين م.ت.ف. وإسرائيل، والمبنية على أساس مبدأ "الأرض مقابل السلام" وقرارات

الشرعية الدولية والأمم المتحدة، إضافة إلى كل اللقاءات والاجتماعات والمفاوضات على مدار سبع سنين خلت، لم تدخر فيها السلطة الوطنية الفلسطينية جهداً تفاوضياً إلاّ ومارسته، ولم تترك باباً واحداً إلاّ وطرقته، ومع ذلك فإن أسلوب العربدة والضرب بعرض الحائط كل الاتفاقيات والتفاهمات وقرارات الشرعية الدولية والقانون الإنساني الدولي مازالت هي السمة السائدة والمسيطرة على العقلية الحاكمة في تل أبيب، وأن مجرم الحرب باراك وزمرته مازالت شهيتهم مفتوحة للولوغ في الدم الفلسطيني المقدس. إن هذا الجنرال القاتل والإرهابي حتى النخاع والذي يدعي بكل صلف وقاحة أنه خليفة "إسحق رابين" في صنع السلام فشل خلال عام ونصف من توليه السلطة في خلع برنته العسكرية وقابل اليد التي مدت له لصنع السلام بالرصاص والصواريخ وقذائف المدفعية والقيام بأبشع الممارسات اللا إنسانية والأخلاقية من الاعتداءات على الأطفال والنساء وقتلهم بدم بارد إلى قصف وتدمير المباني السكنية والمنشآت، إلى إطلاق النار على سيارات الإسعاف وعدم احترام الشارة، وإطلاق النار على الصحفيين والتمثيل بجثث الشهداء والى آخر هذه الممارسات التي يندى لها جبين الإنسانية، وتمثل في التاريخ المعاصر ظاهرة غير مسبوقة على مدار عقود خلت. إن انتفاضة الأقصى المباركة والتي أتت

كرد فعل طبيعي على الممارسات الإسرائيلية اللاإنسانية بحق شعبنا الفلسطيني على أرضه، حرقت كل البرامج الواهية التي تمخضت عن العملية السلمية وعمقت الهوة والفجوة بين شعب يسعى إلى استقلاله الوطني وإقامة دولته المستقلة على تنصل من التزاماته ويوغل في فاشيته وحقده ضد أبناء شعبنا وسلطتنا الوطنية.

وبالعودة إلى عنوان المقال والمتعلق بحقوق الإنسان، فإن نظرة إلى القانون الإنساني الدولي وحقوق الإنسان تفضح كل الممارسات الإسرائيلية بحق أبناء شعبنا الفلسطيني، وتشير بما لا يدع مجالاً للشك إلى استهتار إسرائيل وعدم احترامها كل العهود والمواثيق والبروتوكولات الدولية المتعلقة بحقوق الإنسان.

وبالإشارة إلى "المؤتمر الدبلوماسي" الذي عقد اجتماعاته في جنيف في الفترة من عام ١٩٧٤ إلى عام ١٩٧٧، اعتمد هذا المؤتمر الدبلوماسي – وهو المعني بإعادة تأكيد القانون الإنساني الدولي وتطويره – بروتوكولين إضافيين ألحقا باتفاقيات جنيف لسنة ١٩٤٩م.

والذي يتناول البروتوكول الأول حماية ضحايا المنازعات الدولية، بينما البروتوكول الثاني يتعلق "بضحايا المنازعات المسلحة الداخلية".

إن البروتوكول الأول (المنازعات الدولية) هو أتت

# الشرطة

المقرر القواعد الخاصة بالدور الذي تنهض به الدول الحامية التي يعينها كل طرف من أطراف النزاع للإشراف على تطبيق الاتفاقيات والبروتوكولين ويتضمن أحكاماً تحسين حالة الجرحى والمرضى والغرقى يحتضن ويجمع وتقديم المعلومات عن المفقودين والقتلى "وكذلك يحظر البروتوكول الأول استخدام أساليب ووسائل القتال التي من شأنها أن تسبب إصابات زائدة ومعاناة لا داعي لها وأن تلحق بالبيئة أضراراً جسيمة واسعة الانتشار وطويلة الأمد "وينص البروتوكول الأول على "حماية المدنيين وحماية من يقع منهم في قبضة العدو ويوجب على طرفي النزاع أن يميزا دائماً بين المدنيين والمقاتلين وهي يحظر على وجه التحديد تجويع المدنيين والاعتداء على البيئة الطبيعية".

يتضمن البروتوكولين أيضاً "تدابير خاصة لحماية النساء والأطفال، كما ينص على حماية الصحفيين الموفدين في مهام خاصة بوصفهم مدنيين كما يمنح معاملة متميزة وحماية خاصة لأفراد الخدمات الطبية سواء كانوا من المدنيين أم من الدينيين ولنقل جرحاهم وإمداداتهم"

بالإضافة إلى ذلك فإن كلاً من البروتوكولين المذكورين آنفاً "يحظران حظراً تاماً أعمال القتل والتعذيب والتشويه والعقوبات البدنية كما يتضمنان أحكاماً تتعلق برعاية المرضى والجرحى والغرقى وبحماية المدنيين من

أعمال العنف أو التهديد بها، وكذلك من التجويع كأسلوب من أساليب القتال، ومن الترحيل القسري، ويحظران أيضاً القيام بأعمال عدائية ضد الآثار التاريخية أو الأعمال الفنية أو أماكن العبادة أو استخدامها لدعم أغراض عسكرية"

بالإضافة لذلك جاء المؤتمر الدولي لحقوق الإنسان الذي عقد في طهران في عام ١٩٦٨ (السنة الدولية لحقوق الإنسان) فأعلن "أن المبادئ الإنسانية يجب أن تسود في أوقات المنازعات المسلحة".

"واتفق المؤتمر على ضرورة وضع قواعد جديدة لتأكيد حماية أفضل للمدنيين وأسرى الحرب والمقاتلين، وكذلك على وجوب حظر بعض الممارسات العسكرية وأساليب القتال باعتبارها بالغة التجرد من الإنسانية"

وفي سلسلة من القرارات التي اتخذتها الجمعية العامة للأمم المتحدة في سنوات متلاحقة فقد أكدت على مايلي :

ففي عام ١٩٧٠ قامت الجمعية العامة بمايلي :

اتفقت على أن حقوق الإنسان الأساسية المقبلة في القانون الدولي المنصوص عليها في الصكوك الدولية تظل مطبقة في حالات النزاع المسلح " وأكدت أن المشتركين في حركات المقاومة الوطنية والمناضلين في سبيل الحرية يجب أن يعاملوا في حالة القبض عليهم معاملة أسرى حرب" "وأدانت قصف السكان المدنيين بالقنابل وكذلك

استخدام الأسلحة الكيميائية والبكتريولوجية وشددت الجمعية العامة على عدم جواز القيام بعمليات عسكرية ضد المساكن والملاجئ والمناطق المخصصة للمستشفيات وغيرها من المرافق التي يستخدمها السكان المدنيون"، "وكذلك شددت على عدم جواز القيام بعمليات انتقامية ضد السكان المدنيين أو ترحيلهم بالإكراه أو الاعتداء بأي شكل آخر على سلامتهم"، "وأعلنت أيضاً أن تقديم الإغاثة الدولية للسكان المدنيين أمر يتفق مع ميثاق الأمم المتحدة والإعلان العالمي لحقوق الإنسان وغيرها من الصكوك الدولية لحقوق الإنسان.

**وقد حددت الجمعية العامة في عام ١٩٧٣ الوضع القانوني للمقاتلين الذين يناضلون ضد الأنظمة الاستعمارية والعنصرية من أجل إعمال حق تقرير المصير، والمبادئ المتفق عليها هي:**

* إن هذا النوع من النضال هو نضال مشروع يتفق كل الاتفاق مع مبادئ القانون الدولي".

* "إن كل محاولة لقمع النضال ضد الأنظمة الاستعمارية والعنصرية تعتبر أمراً يتعارض مع ميثاق الأمم المتحدة، والإعلان العالمي لحقوق الإنسان وإعلان منح الاستقلال للبلدان والشعوب المستعمرة، ويتعارض كذلك مع مبادئ القانون الدولي

P 1: 1015

# الشرطة

المتصلة بالعلاقات الودية والتعاون بين الدول، وهذه المحاولات تشكل تهديداً للسلم والأمن الدوليين.

**كذلك فقد أصدرت الجمعية العامة في عام ١٩٧٤ الإعلان المتعلق بحماية النساء والأطفال أثناء حالات الطوارئ والنزاعات المسلحة، وينص الإعلان على أن:**

"جميع الأعمال التي يرتكبها المتقاتلون أثناء العمليات العسكرية أو في الأقاليم المحتلة والتي تؤلف أشكالاً من القمع والمعاملة القاسية واللاإنسانية للنساء والأطفال، بما في ذلك الحبس، والتعذيب، وإطلاق الرصاص، والاعتقال بالجملة، والعقاب الجماعي، وتدمير المساكن والطرد قسراً، تعتبر أعمالاً إجرامية".

مما تقدم يتضح أن كافة الممارسات الإسرائيلية العنصرية ضد أبناء شعبنا الفلسطيني المكافح لنيل استقلاله الوطني من خلال انتفاضته المباركة في وجه المحتلين، تتعارض كلياً مع مبادئ القانون الإنساني الدولي وحقوق الإنسان. فمن أعمال الإبادة الجماعية والترحيل القسري، وتدمير المباني والمنشآت والمقابر ودور العبادة ومعاهد العلم والجامعات والمدارس، وإبادة وإتلاف المزروعات ومصادرة الأراضي وتوسيع المستوطنات، وقتل النساء والأطفال واستخدام كافة أنواع الأسلحة والمدافع والصواريخ، وإطلاق

النار والقذائف على سيارات الإسعاف وقتل وجرح الأطباء والمسعفين وسائقي سيارات الإسعاف الى الاعتداء بالأسلحة وقتل وجرح الصحفيين الفلسطينيين والأجانب، والاعتداء على مندوبي الأمم المتحدة وليس بآخرها إطلاق النار في الخليل على موكب السيدة ماري روبنسون المفوضة السامية لحقوق الإنسان في الأمم المتحدة الى المنظر البشع في قتل مدنيين فلسطينيين في سيارتهما أثناء مرورهما بالقرب من أحد الحواجز على طريق صلاح الدين في غزة وذلك بإطلاق النار الكثيف عليهما من الرشاشات الثقيلة ومنع سيارات الإسعاف من نقلهما وتركهما حتى لفظا أنفاسهما الأخيرة ومن ثم القيام بسحبهما من السيارة "بالرويتي" وتفجير سيارتهما بعد ذلك لطمس آثار جريمتهم النكراء، الى اتباع سياسة الاغلاق ومنع التجول وإغلاق المعابر البرية والجوية وحصار البحر بالزوارق الحربية وسياسة التجويع والحصار التمويني والطبي، إن كل تلك الأعمال والممارسات الرعناء لن تثني شعبنا المرابط الصابر الصامد المناضل عن الاستمرار في انتفاضته ونضاله المشروع لنيل حقوقه كاملة، ويضع المجتمع الدولي برمته وشعوب العالم في أنحاء المعمورة أمام مسؤوليته تجاه توفير الحماية الدولية لشعبنا الفلسطيني من تلك الأعمال والممارسات اللاإنسانية والقمعية وحمايتهم من الإبادة على أيدي من لفظتهم الإنسانية

من قاموسها الآدمي.

وليس أدل على ذلك مما أكدته السيدة روبنسون المفوضة السامية لحقوق الإنسان عندما قالت بعد زيارتها لقطاع غزة قبل اليومين المنصرمين إنها سـتستخدم صلاحياتها وقوة معنويات الحماية للشعب الفلسطيني، كذلك إن مارايته بأم عيني يؤكد الضرورة الملحة لتوفير الحماية الدولية للشعب الفلسطيني مؤكدة أنها بدأت تعد لاجراء عملية من أجل زيارة المقررين الخاصين للأمم المتحدة للتحقيق فيما ارتكب من مخالفات جسيمة وجرائم بحق الشعب الفلسطيني.

أما أن الأوان للضمير العالمي أن ينتفض من سباته العميق ليضع حداً للتجربة الإسرائيلية بحق الشعب الفلسطيني ويحاكم قياداتها وجنرالات إلى أيت كم وهي حرب؟!

إن انتفاضتنا الوطنية مشروعة وإن الدماء التي تنزف يومياً من جراحنا النازفة على البساط الأحمر الذي يفرش الطريق الصعب قدماً نحو إقامة دولتنا الوطنية الفلسطينية على ترابنا الوطني الطاهر وعاصمتها القدس الشريف.

**المراجع :**

* صحف وقائع حقوق الإنسان.
* الصحيفة رقم ١٣ "القانون الإنساني الدولي وحقوق الإنسان".

P 1: 1016

**الشــرطة**



PALESTINE LIBERATION ORGANIZATION

Palestinian National Authority

Office of the Presidet

منظمة التحرير الفلسطينية

السلطة الوطنية الفلسطينية

مكتب الرئيس

**الأخ غازى الجبالى**

**مدير الشرطة**

تحية طيبة وبعد ،،

أشكركم على تهانيكم الأخوية الصادقة، بمناسبة حلول شهر رمضان المبارك، الذي يحل علينا هذا العام وشعبنا الفلسطيني يواصل انتفاضته المجيدة، انتفاضة الأقصى المبارك للشهر الثالث على التوالي، مقدماً القوافل من الشهداء، ومضحياً بالغالي والنفيس من أجل تحقيق تطلعات المشروعة، بإنهاء الاحتلال الإسرائيلي لأرضنا ومقدساتنا، وإقامة الدولة الفلسطينية المستقلة، وعاصمتها القدس الشريف.

أحييكم وأبارك فيكم روح الوفاء والالتزام الوطني الثابت، وأثمن عالياً حرصكم المتفاني لحماية وحدتنا الوطنية وتعزيزها، وترسيخ قواعدها وأركانها ، باعتبارها الضمانة الأساسية لمواجهة الصعاب والتحديات وبتحقيق النصر المبين.

ومعاً وسوياً ويداً بيد لحماية مقدساتنا، ولنبني دولتنا الفلسطينية المستقلة، وعاصمتها القدس الشريف.

غزة في : ٢٠٠٠/١٢/٤م.

ياسر عرفات

رئيس دولة فلسطين

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

مجلة الشرطة – نوفمبر 2000 – العدد 38 – صفحة 37