
PLAINTIFF'S
EXHIBIT
178

SHATSKY-006859
GILMORE 00318 T
P1:1035

*[Translation of Magazine Cover Page]*

**Emblem of the Palestinian
National Authority**

# [Watani [Nationalist

## Central Magazine of the General Security Forces

**Issue no. (39-40) the 5th Year /  Feb / Mar 2001**

## The President..concentrated efforts and communications to
.deter the aggression

**Abu Gharbiyah: The
Intifada Will Continue In
Order To Bring About
.Qualitative Change**

Photographic Image of several men]
ducking behind some object. One
man holds a large Palestine flag.
[However the image is unclear

### .Al-Wadiyah: A clear and frank Arab stance is demanded

*possibly be about to throw
[something*

*Photographic image of several men]
grabbing another man, possibly in a
uniform, upside down by his legs. It
[is unclear what has happened*

*Right Hand Side.Photographic image]
of a young man in a white vest with a
shirt/jacket around his waist. It is
unclear whether he is in a defensive
or offensive stance but he could*

SHATSKY-006860
GILMORE 00319 T
P1:1036

*Table of contents page: Includes the names/titles of editorial staff]
in a column running down the left side of the page, a list of articles
and page numberings in a middle column running down the page,
the Watani office contact details within a block at the bottom left of
the page, and the printing company in a block at the bottom right of
[the page*

**<u>Translation of Watani Magazine Vol 39-40 (Feb-Mar 2001)</u>**
**<u>pp10-11</u>**

**SHATSKY-006861**
**GILMORE 00320 T**
**P1:1037**

**Political and National Guidance Activities and Events, in**
**light of the *Intifada*.**

**Various Special Meetings, Gatherings, Festivals and**
**Ceremonies.**

**Abu Gharbiya: The Intifada is persisting in bringing**
**about qualitative change.**

*[Photograph of Othman Abu Gharbiya sitting with Archimandrite Atta Allah*
*Hana]*

*[Caption below photo:] Othman Abu Gharbiya and Archimandrite Atta Allah*
*Hana*

Based on a Political and Nationalist Guidance message, and with the increased volume of duties and burdens, given the circumstances of the new *Intifada* - "The Al-Aqsa Intifada" – entering its fifth month amidst the conditions of the ongoing blockade and attempts by the "Occupation forces" to undermine the steadfastness of our people and our masses, Political and National Guidance activities - official, public and tactical – have converged in all areas and directions, to encompass all the governorates in the entire homeland. Because the magazine "*Watani*" is carrying out special and important responsibilities in the media domain and in terms of ideological mobilization and nationalist guidance, the magazine has monitored all the activities, via its editors and photographers and has recorded the most significant facts from the following lectures, seminars, festivals, courses and events:

**Meetings and Resolutions**

In the Political and National Guidance headquarters, ongoing meetings of the Higher Political Guidance Committee were held, under the leadership of Brother Othman Abu Gharbiya, Assistant Chief of Political and National Guidance affairs – the Political Commissioner-General, and with the

presence of his deputy, the honorific Brigadier General Khaled Musmar, in which the most important issues and topics were addressed on the agenda, including a number of prepared programs of work, activities and tasks relating to the daily duties of the political commissioners in the governorates of the homeland given the recent developments at the level of daily confrontations, and [given] the burdens of the blockade which our villages and towns are being subjected to.

## Watani Magazine Vol 39-40 (Feb-Mar 2001) pp10-11

[P11]

**SHATSKY-006862 T**
**GILMORE 00321 T**
**P1:1038**

*Top Left Corner of Page:]* Activities and Events]

*[Photograph of an audience at one of the seminars]*

*.Caption Below Photo]:* A sideview of the audience at one of the seminars]

The Brother, the Political Commissioner-General had held other meetings on the level of the media effort and moral guidance, after decisions were issued on the establishment of a Media Emergency Committee, and a higher media commission* [*print unclear]. Aside from these meetings, Brother Yahya Yakhlif, member of the Fatah Revolutionary Council, Under-Secretary of the Ministry of Culture and the winner of the Palestine Prize for fictional XXXX* [*print unclear] in the year 2000, and the Brother al-Matukel Taha, Head of the Palestinian House of Poetry, the broadcaster XXXX al-Kharaaz* [*print unclear], and the writer Izzat Ghazzawi, Head of the Union of Palestinian Writers, and a number of other cultural and media XXXXX's*[*Print unclear but probably means "figures" or "people"], who contributed with their views and ideas about enriching the media experience and function of the Political and National Guidance Department* [unclear print but most likely هيئة].

Meanwhile, the Brother, the Political Commissioner-General, finalized his draft of the structure of the Media Commission with a number of decisions and assignments that ensure the Commission's capacity to XXXXX*[unclear text] their duties and carry them out.

Abu Gharbiya appraised the role of all the cadres of the department in these meetings and he highly praised their XXXX* [*unclear print but possibly means "their perseverance"]...and he said that they defied the blockade and the closures...so that in their locations and their actions they will always have a contribution in carrying out the Political and National Guidance message. Then he listened to their views and evaluated their comments...and he confirmed that he is making every effort possible to overcome all the difficulties and obstacles which stand in the way of the true work of building.

**The Uprising and the Right of Return**

On the level of the masses, Abu Gharbiya, in his lecture at the headquarters of the Ministry of Planning and International Cooperation, pointed out what has been achieved by the heroes of the uprising, in raising the political ceiling of the Palestinian negotiator, and the effect of this uprising on the Arab street. Here he said that the *intifada* has caused a coup in the Arab

**SHATSKY-006862 T**
**GILMORE 00321 T**
**P1:1038**
**(continued)**

strategy and it will continue to cause qualitative change and even achieve
the objectives which it set out for. In another of his lectures, in the
Al-Amari Youth Center, he said that the *intifada* came as an expression of
the Palestinian people's rejection of Israeli practices, and as a result of
impatience on the street due to Israel's stalling.

He stressed the right of return for the Palestinian refugees and their
compensation for the suffering and the damage caused to them. And he
emphasized the right of displaced persons, which he mentioned is equal in
its importance to Jerusalem.

**Watani Magazine Vol 39-40 (Feb-Mar 2001) pp34-38**

*Translator note: p34-p38 is all one article, of which p34-p35 is a double ]*
*[page spread*

**[p34]**

**SHATSKY-006863**
**GILMORE 00322 T**
**P1:1039**

*[:p34 and p35, main title, running across both pages ]*

## Watani" explores the views of a number of the"
## .Political and National Guidance cadres

*Large photograph underneath the main title, which runs across both pages 34 ]*
*and 35.The photograph is of what looks like new Palestinian recruits from one of*
*[the official Palestinian bodies, marching in uniform*

*[:Page 34 Quotes below photo ]*

## Al-Kilani: We reject the aggressive, arrogant policy

## Hilas: Our goal of getting rid of the Occupation and
## recapturing our rights

*[:P34Translation ]*

Gaza – Muhamad Al-Madhum – Numerous cadres from the Political and National Guidance have stressed the need to adhere to national unity and rally around the national leadership of our people's government, especially in light of the difficult political conditions which we are going through, until it can confront Sharon and his government and prevent him from carrying out further massacres and destruction against our people. This was mentioned (Watani) during national meetings

**Watani Magazine Vol 39-40 (Feb-Mar 2001) pp34-38**

**[Page 35]**

**SHATSKY-006864**
**GILMORE 00323 T**
**P1:1040**
*P35 Top Left Corner of page:]* **Survey**]

*Translator note: The main title runs across both pages 34-35. The complete title ]*
*[:is included in the translation of P34 but I have repeated it below*

# Watani" explores the views of a number of"
# .the Political and National Guidance cadres

*Large photograph underneath the main title, which is a continuation of the ]*
*photograph on page 34 and runs across both pages 34 and 35. The photograph is*
*of what looks like new Palestinian recruits in one of the official Palestinian bodies,*
*[marching in uniform*

*[:Page 35 Quotes below photo ]*

## Al-Surani: The agreements are binding on the other party

## Saleh: Closing ranks and National Unity are required

*[:p35 Translation, continuation of p34 ]*

held in the headquarters of the leadership of the Political Guidance Directorate in Gaza with cadres of the Directorate, who have expressed their horror at the latest British-American strike on Baghdad and have called for a unified Arab stance towards the ongoing aggression against Iraq and Palestine, and for the need to rearrange the Arab house again, .reunite the Arab Nation and unify ranks

**Watani Magazine Vol 39-40 (Feb-Mar 2001) pp34-38**

[Page 36]

**SHATSKY-006865
GILMORE 00324 T
P1:1041**

*Two photos, one on the top left, one on the top right of the page. Each ]
photo is a photo of a person with the name of the person written below
[ the photo*

*Caption below the left photo:]  Colonel Ziad Al-Surani]*

*Caption below the right photo:]  Colonel  Zuhdi al-Kilani]*

In a meeting with the honorific Zuhdi al-Kilani, Director of the Martyr
Khaled Al-Hasan School for the preparation of the Political and National
Guidance Directorate cadre, it was confirmed that there is no difference
between the coalition government or any such other for our people or our
cause. He indicated that neither Barak nor Sharon are the last to hold the
knife to the Palestinian people, adding that Israeli policy exists to deny the
existence of the Palestinian people.

He said that we do not expect anything new from the Israeli coalition
government as their past history is unparalleled with regard to the
Palestinian people and faced with this fact, which speaks for itself by way
of the attempt to slaughter the Palestinian people from the *Nakba* up until
now. [And he said that] he sees that we must all surely stop wasting time
analyzing the nature of Israeli governments and policies towards us.

Al-Kilani added that we must save our effort and thought for
contemplating how to confront our enemy and that he believes we are
stronger and harder than the Occupation.

Al-Kilani explained that stability in the region is in the immediate US
interest and that it could not be achieved without the legitimate rights of

the Palestinian people [and that] the Israeli coalition government had little choice but to abandon the policy of aggression and arrogance and contend with a historical opportunity on the path to the peace of the brave. He added that they*[*Translator note: referring to the Israelis] thought they could achieve [their] delusions of eradicating the Palestinian people and denying it of its legitimate rights, were it not for our people - with its faith, its God, its right to its homeland, its freedom and dignity and independence - being stronger than all their* [*Translator note: referring to the Israelis] destructive weapons. Indeed our people, with this will, can hurt the Zionist entity with numerous damages whose impact on the Israeli entity cannot be ignored by Israeli governments.

SHATSKY-006865
GILMORE 00324 T
P1:1041
(p36 continued)

### Double Standards

Al-Kilani added that the U.S. administration, well aware of the historical facts and its variables, and as a stakeholder in the stability of the region, must firstly abandon the policy of double standards and must consider deeply, a strategy which is in the true nature of its interest.

And [it must] abandon the policy of hegemony and oppression of peoples, whereof the Charter of the United Nations "international legitimacy" was established, with all its respect for human rights and state sovereignty.

Al-Kilani addressed the recent British-American aggression on Baghdad, saying that it is clear that this aggression comes to confirm that the directive of Bush's predecessor to his successor stands firm, namely to strike Iraq and its people, as notification from America to all the region's rulers not to overstep the lines set by America.

Al-Kilani added that America disregards the consequences of its aggression on our Arab and Islamic Nation and on the whole living conscience of the world, and stressed that our Nation's patience will soon run out, and that U.S. interests in the region are in danger. And he confirmed that our Nation is deeply rooted in human civilization and values, and it must determine its role in embodying the meanings of freedom and dignity, independence and human rights.

Meanwhile, regarding the role played by the Martyr Khaled Al-Hassan School, Al-Kilani explained that the school completed nine courses for the cadres of the various services of the [Palestinian] National Authority, from

the school's expressive and training programs in the various fields, and that it is seeking to develop this role whilst aware that all the brothers who took part in these courses are carrying out their duty within the

**Watani Magazine Vol 39-40 (Feb-Mar 2001) pp34-38**

**[p37]**

**SHATSKY-006866**
**GILMORE 00325 T**
**P1:1042**

*Two photos, one on the top left, one on the top right of the page. Each ]
photo is a photo of a person with the name of the person written below
[ the photo*

*Caption below the left photo:] Ahmad Hilas]*

*Caption below the right photo:] Colonel Afif Saleh]*

*[continuation from end of p36 ]*

main areas of the directives of the leadership and their social and political
.expectations in the various areas

### III Will

Colonel Ziad al-Surani, Commissioner General of the Security Services said
that when we signed the agreements, the signing was with the Israeli
government, regardless whether Labor or Likud. And he stressed that

these agreements ought to be binding for all Israeli governments, regardless of their shaping or formation. He added that it is difficult to take away the resolve of our Palestinian people and the continuance of the *intifada*, as this people has found that the *intifada* is the only option for confronting this Israeli military arrogance, and these massacres that have been committed have affected all spheres of Palestinian life.

He added that a national unity government carries ill will to our people, and has come along to cancel signed agreements and make us live under a blockade whose adverse results we have begun to see, and which have gone beyond the kinds of blockade practiced and imposed against other peoples.

Al-Surani told of the dangers which will result from this economic, social and political blockade etc., emphasizing that this Israeli aggression would not exist if it weren't for the unequivocal and limitless support from America, who carried out the attack on the Iraqi capital, [a capital] that carries the pride of the Arab Nation.

**SHATSKY-006866**
**GILMORE 00325 T**
**P1:1042**
**(p37 continued)**

### Activating the Arab Peoples

And Al-Surani demanded that Arab leaders have a clear stance towards the aggression being waged on Iraq and Palestine, and respond at least to the longing aspirations of their peoples who have become unable to tolerate this aggression committed to humiliating this Arab pride.

He added that every Arab regime must understand that a strike on Baghdad means a strike on other Arab capitals and pointed out that one of the reasons for striking Iraq is its courageous stance toward our brave *intifada*.

And he said that it is demanded that the forthcoming Arab Summit in Amman assumes a more serious attitude towards Arab issues.

### Rumors

Regarding the role of the Political Guidance in the security services, Al-Surani said that Political Guidance has an extremely important role with respect to the security services, specifically singling out these services because we feel and instinctively sense the pulse of the street and its concerns and are permanently striving so that there are evolving relationships between the Political Guidance and the various security services, a great burden being placed upon them in the face of this frenzied, hazardous, campaign, full of rumors. And he explained that the war of rumors is a dangerous part of the war being waged against our people.

He added that our confidence in our leader Abu Ammar is great, and indicated the need to put the Palestinian house in order and clear the air.

### Two Sides of the Same Coin

On the other hand, Colonel Afif Saleh, Commissioner General of the National Security Forces emphasized that our people are not interested in which Occupation government comes to power, be it Likud or Labor, as they are both two sides of the same coin and we do not grant recognition to the changing of policies with regard to the Zionist entity. And we can be assured that Barak will appear more hardline with our people, since becoming Minister of Defense in the Sharon government.

### Where is the Arab nationalism?

Regarding the Arab stance, Saleh said that the absence of regimes

**Watani Magazine Vol 39-40 (Feb-Mar 2001) pp34-38**

**[p38]**

**SHATSKY-006867
GILMORE 00326 T
P1:1043**

*Shaded circular section in the center of page 38 which contains the following text:]*

**Colonel Abu Awda: Further national unity and correct revolutionary conduct.**

*[:p38, continuation of the article from p37 ]*

standing with the Palestinian people is deplorable.  He alluded to the bombardment of Baghdad and said that it is sincerely regrettable that we have not heard condemnation from Arab regimes, and called for pan-Arab nationalism. And he asked: Where is the Arab nationalism when our people are being attacked in their entirety without justification?  And he asked about the role of the Arab League?

Regarding the anticipated Arab Summit, Saleh said that many Arab Summits have already been held and we have been told about resolutions and programs and unfortunately the results were few. He added that an emergency Arab Summit has been held in Cairo in support of the Palestinian people politically and materially, but [asked] where is the support?? He indicated that the Palestinian people are in an extremely poor situation now in light of the severe blockade by the Israeli enemy.

### Protection of the Holy Sites

Saleh said the Saudi ambassador in Beirut offered 270 thousand Riyals towards medical treatment of the wounded. He said that whoever hosts a wounded person to treat him, we shall not consider him within the funds allocated for supporting the Palestinian people.

Saleh emphasized that the Palestinian people are fighting in order to protect its holy sites, so where is the contribution for preserving these holy sites?

He said that revolution is an ongoing sacrifice and the *intifada* is a revolution of living reality, and therefore we are determined to continue the Palestinian *intifada* until the Palestinian people achieve all the legitimate rights to return, self-determination, the establishment of the independent Palestinian state with Jerusalem as its capital, and the return of the refugees to their homes from which they were displaced.

**SHATSKY-006867**
**GILMORE 00326 T**
**P1:1043**
**(p38 continued)**

**A Strong Will**

On his part, Brother Ahmad Hilas, Political Commissioner General of the border regions, said that the Palestinian people have made up their mind to rid themselves of this humiliating and insulting situation which we have arrived at during seven years of Israeli stalling and disregard for the rights of our Palestinian people, and even if, we had the power and military equipment with which to confront the Zionist occupiers, we still possess faith and will and are able to reach our goals, even if the price is more blood, martyrs, wounded, detainees and prisoners.

He added that at this phase, we are walking on the edge of the sword, meaning that we are always on the verge of martyrdom and this is the nature of the events and the reality of the situation, as we do not have many weapons with which to counter this ongoing aggression, but we have our hearts, our clothing* [Translator note: unclear exactly what this word means. Literally it means covering/cover/wrapping but has many other uses including clothing/jacket/coat] our flesh and blood, strong will and faith which cannot be taken away. This [strong] will indicates that this is our homeland and our enemy, and we must resist them, and not think heavily of the end result, and the subject of gains and losses. And he stressed that our real gain is the liberation of our land, achieving our national independence and building our state.

## A Shift in Roles

Hilas explained that the political situation is about to explode, and this because the Israeli people and leadership agreed to turn their back on our rights and therefore* [*unclear print but possibly means البالك] this was the real outcome that we were anticipating from the election of Sharon, and this has not differed from Rabin, Barak nor any Zionist. He added that this change is but tantamount to the shifting of roles, and the XXXX [print unclear but possibly means "roles"] are moving constantly.

Hilas stressed that this was not the first time that we are facing Sharon, and that every leader of Israel from Ben Gurion until the Day of Judgment, would be like Sharon, and could be worse than him in terms of criminality.

He added that our people are permanently edging forwards and want to liberate our land, and so the Israelis cannot allow us to do this. So consequently, the situation is bound to erupt. We are in urgent need of complete awareness and national unity, until we understand where to place our feet. He stressed the need to wage war against rumormongers, and emphasized that political guidance must have an extremely powerful and important role at this phase, that it should form the compass by which our people are to be guided, and that it should form the heart of our Palestinian people.

And he added that we hope to have brought about some trust and effort.

**SHATSKY-006867**
**GILMORE 00326 T**
**P1:1043**
**(p38 continued)**

### Cohesion and National Unity

As for Colonel Muhammad abu Awda, General Secretary of the Political Guidance Administration, well, he said that when we view what happened with regard to the other side and attempting to form the so-called national unity government, this, to our understanding, proves the saying which we have been repeating continuously: "two sides of the same coin". He added that no matter what developments occur within the Israeli government, its system from top to bottom, is the current state with the *intifada* of the Palestinian people, and the goal has clearly become the eradication of our people.

Abu Awda stressed that he needs us to have greater national unity and cohesion and to put right everything Palestinian that is going on internally among us, and he pointed out that when we have the correct revolutionary conduct, it will be the rock against which all the schemes that the Israeli enemy confronts us with, will shatter. And he emphasized complete Palestinian awareness so as not to be at the receiving end of rumors, and Abu Awda stressed the importance of rallying behind our judicious leadership, led by the Brother Abu Ammar.

**Watani Magazine Vol 39-40 (Feb-Mar 2001) pp50-51**

**[p50]**

**SHATSKY-006868**
**GILMORE 00327 T**
**P1:1044**

*Top Right Corner of page:]* **Arab Matters***]*

*[Photograph of the face of the writer ]*

*Caption below photo, with the name of the writer:]* **Samih Shabib***]*

# The Arab Role

# Absent or Removed

The glorious Palestinian *intifada* has succeeded in restoring the concept of Arab solidarity, its political and administrative frameworks and some of its previous approaches. The Arab street is reacting, in a way not seen by Arab capitals for more than twenty years, and the voice of the raging masses has risen, demanding the removal of boundaries and for all areas .to be opened in the direction of Palestine

This raging reaction came after Israel and U.S. strategic policy planners believed a deep rift had come about between Palestine, the Palestinians and its leaders [on one hand], and the Arab world, *its* capitals and *its* [.peoples [on the other hand

However what actually happened on the ground quashed these delusions and removed the fog from the plain and simple truth; namely that Palestine is the heart and essence of the Arab cause and the strongest, .most important element of Arab unity

Arab leaders, Arab heads of State, Arab kings and their princes summoned each other to hold an Arab summit meeting, the first since the Gulf War, and the deep rifts which that war brought upon us has led to the marginalization of the League of Arab States, just like with the political and administrative framework of Arab solidarity. The bid to hold the summit

succeeded, and with everyone in attendance, despite the deep divisions between some of them. The thing reuniting them in fact, was the burning nature of the occurrence in Palestine, by way of the Glorious *Intifada*. What also reunited them in fact, was the heat of the Arab street coming along, to such a degree that it could never be ignored.

**SHATSKY-006868**
**GILMORE 00327 T**
**P1:1044**
**(p50 continued)**

Arab capitals flocked to the summit meeting, and despite the number of remarks regarding its closing statement being devoid of reference to the crisis vis-a-vis the United States of America and its biased role towards Israel, and also being devoid of responding to Israeli challenges, it was [nevertheless] accepted by the Palestinians, in the hope of deepening its outcome, and in the notion that the summit was a step in the right direction, to be followed by other actions, pursuing the considerations of Palestinian steadfastness and endurance against the ongoing Israeli aggression.

But instead of strengthening steps in the right direction, some regimes have tried to exploit the summit meeting and its aftermath, in order remove the political street and to attempt to plant doubts and suspicions and to shape matters. Then there was the Palestinian Authority and the *intifada;* and what was between the two of them was incompatible; that is to say that the logic of negotiations is incompatible with the logic of confrontation...but these doubts and suspicions soon fell and faded and they attempted to rally together on matters, demanding the support of the people, without the Authority!! The matter which would mean in practice and on the ground, refraining from supporting the Intifada!

Arguably, with some satisfaction, the Palestinian political street has become wise to the attempts to deceive it,

**Watani Magazine Vol 39-40 (Feb-Mar 2001) pp50-51**

*[Page 51 ]*

**SHATSKY-006869**
**GILMORE 00328 T**
**P1:1045**

Photograph at the top of the page. The photograph is of a woman wearing a]
medical mask, leaning over another woman who is wearing a Muslim *Hijab*. The
woman appears to be holding what looks like cotton wool in front of the other
[.woman's nose

*[translation continues from page 50 ]*

And [the Arab political street] has become alert to the depth of the plots
being contrived against it, committed to undermining its nationalist
achievements. The nature of the current conflict has become clear for all,
among all Palestinians - the Authority and the people - and among Israeli
.American trends and the positions surrounding these

It has become clear for all, that the non-arrival of planned aid from the
Arab Summit, which amounted to a billion dollars, not to mention the aid
withheld from employees' salaries, is specifically due to the United States,
and [it has become clear] that there is a blatant American threat to all
Arab capitals, not to support the *intifada*, nor to transfer funds and aid,
except until after the signing of a Palestinian-Israeli agreement, meaning
more precisely, that the United States of America is trying to pursue every
pressure, including Arab pressure, on the Palestinian negotiator, to get him
.to step back from its declared red lines

The *intifada* will remain ongoing. It is there that the spectacular latent
stored potential of the Palestinian people lies, and this is a time when we
do not wish for the floodgates of violence to be thrown wide open, or else

we are forced back to square one; as we are still able to continue while refusing to comply and submit to American-Israeli will.

The latent Palestinian stored potential remains totally prepared for confronting the American-Israeli projects, and remains able to incite the Arab political street, to restore its absent and subjugated role, just like previous delusions and bets were quashed, over the rift between the Palestinians and their Arab brothers from the Atlantic to the Gulf. Indeed, there are many delusions which are awaiting horrific downfall. And this will only happen with the rock of the brave *intifada* and the continuation of Palestinian sacrifice.

The deceitful will find themselves facing the moment of truth, the moment of Judgement. Either there is a clear Arab stance side by side with the Palestinian national struggle, even leading to Arab confrontations against America/Israel. Or there is a stance that abandons the whole pan-Arab nationalist stance.

We stress this and we are at a stage which calls for clarity, candidness and greater coming together, in order to topple Sharon's policies committed to subjugating the Palestinians and ending the Arab-Israeli conflict with violence and its coercion, without any consideration for the principles and rules of international legitimacy and what the regional balance requires.

**Watani Magazine Vol 39-40 (Feb-Mar 2001) Page 77**

**SHATSKY-006870**
**GILMORE 00329 T**
**P1:1046**

*Translator Note: P77, the beginning of each line in column one of this page contained very unclear print/photocopy thus rendering it difficult to translate fully. Notes are included in straight brackets where the print was unclear and I have tried to include the gist where possible. The general context is a narrative of events which took place].*

## Crimes of Shame

*[Photograph top left of the writer's face ]*

*Caption below photograph:] By Dr. Abdul Badi Iraq]*

**We say crimes to describe the actions of the Occupation forces and their cutthroat settlers. It is a word that we see unexamined when describing their actions. For crimes flow in their blood and veins, and are rooted in their brains and their psyche, and recur**

**with every breath in and out, that rises and falls from their chests.**

Their existence on our land is a crime; the creation of their western state on this very land is a crime; their policies are a string of crimes without beginning nor end; their false words are crimes; their insinuations are crimes; their smiles - like snake poison - are crimes. But all vernacular shies away from describing what they are doing and perpetrating. Nothing is found except for this word "crime", [a word] whose repute, the world agrees upon to describe what they and their ilk are doing, in addition to it being an expression against humanity.

We add the word "shame", a term whose meaning intuits the sense of honorable people. Honor is far from those creatures, and is not found in the dictionaries of their language. They are not able to understand its implications and XXXX*[Translator note: unclear print but probably means something like "use"], and so we turn our discussion to people with honor.

Such was seen with the young martyr Shakir Muhammad Faisal al-Husseini (22 years old) from the  forces of the Palestinian National Freedom Movement "*Fatah*" in *Al-Khalil*, and how he was killed by treacherous bullets to the chest, an unjustified XXXX* [*unclear print], and then, how two cowardly soldiers took hold of the XXXX* [*unclear print] of the martyr and dragged him, along on his face for 10 meters in the street* [unclear print but possibly means 'street'], his head banging around against the ground hither and thither, and his XXXX* [unclear print] face covered with dust, sagging between his shoulders as they deliberately dropped him down XXXX* [unclear print] to touch the dirt, and it drew a long line on him, a XXXX* [unclear print] for the two cowardly soldiers, armed to the teeth, with the weapons of cowards of their ilk. And one grabbed the martyr's belt from the back, as he lifted him and

**SHATSKY-006870**
**GILMORE 00329 T**
**P1:1046**
**(p77 continued)**

dropped him; it was as if it was a sudden spontaneous fall, and the other two grabbed him by the feet, the XXXX*[unclear print] of the hero in a savage cowardly scene which was beyond belief for all those who witnessed them hurling him on all the televisions of the world XXXX* [unclear print] casting severe curses. And they tore apart the records of mankind, the XXXX*[unclear print] of the Creator, Almighty and Exalted over His other creatures, and the murderous cowardly XXXX* [unclear print; plural noun but possibly means 'soldiers'] came to commit their

cowardly crimes against him and then grabbed his body as described without any XXXX*[print unclear but possibly an adjective] sense or feeling.

And the crime did not stop at this, rather it turned out that those cowardly XXXX* [*unclear print] did what they did to the heroic martyr and dragged him along the ground nearly one hundred meters or further, to bring him to where the cutthroat settlers live and they all took him, laughing and clapping at this valuable quarry that had been brought to them, indeed a Gazelle of triumph, a Gazelle of Palestine, all bent over in its blood. The courageous martyr Shakir al-Husseini , around whom a menagerie of striking beasts formed a circle, hungry for blood, to rally around his pure corpse, his forehead covered in dust, and begin beating the drum and performing a dancing and singing ritual in criminal, satanic circles.

This took place on January 12th, 2001, entering a new digit in the numbers and dates of grotesque Zionist crimes and actions, which are a disgrace to humanity.

And once again, the crime did not stop there, as the murderers kept the martyr's corpse for more than twenty four hours in their filthy nests, and refused to hand it over to his relatives for burial as is done by all peoples, and as is called for by all religions...but the criminals, descendants of shame and disgrace insisted on living up to their origins and proving their traits which are etched into their skins, their minds and their hearts. And the funeral of the brave martyr Shakir al-Husseini only took place on Monday Jan 14th, 2001 after numerous communications.

Now, what do these crimes of shame say to us?!

Firstly: Well, some of the viewers looked away from the television screen, many of them, especially women, bursting into tears... but I found myself screaming at them: Look closely, witness the crimes fully! Preserve them in your hearts and in your minds so that hatred and vengeance explodes on the sons of vipers, those filthy murderers! Preserve the scene well and do not let anything escape you, as a day will come where more and more deathly rage will explode.

Secondly: How will there be peace with those filthy murderers? And how do the rational imagine that their souls will become pure while we are witnessing these ugly crimes, garlanded with shame, vileness and depravity every day.

SHATSKY-006870
GILMORE 00329 T
P1:1046
(p77 continued)

Thirdly: We must retain pictures of those soldiers for safekeeping in special files, and on video cassette recording devices and every means of preservation until the day comes when they are tried as war criminals against humanity and these will be a lesson to others, and not one of them [should] think that he can get away with his crime, even if he escapes from this foreign entity and goes to some other place on earth or even to another plane.

And fourthly:  Hardly a single one of us can refrain from a smile of astonishment at the audacity that manifests itself when listening to them talking about Hitler and his crimes, lying when adding up the numbers of their dead, and celebrating with what they call "*Holocaust and Heroism Remembrance*". The astonishment increases when they commit the ugliest and vilest of crimes against the rights of our struggling people and its steadfast sons, despite all their suffering at their hands.

We say it loudly and clearly that they are capitalizing on false propaganda and deceptive media in order to defend their falsehood...where is our Arab media to defend *our* right, [a right] which is as clear as the sun in the sky?! Where are *our* satellites stations full of television series which we do not want to talk about even if it is ill-timed, while we offer martyrs and wounded with every appearance of the sun and write about our pure blood, the history of this people and this Nation. [But] Where is it?!

As for you, oh Gazelle of triumph, oh Gazelle of Palestine, oh Gazelle of the Arabs, all bent over in pure blood, well they possess no power over you, except as a lifeless body, its noble chest riddled with bullets, its face covered with the dust of the land of free and proud *al-Khalil* . You are above them while they drag away your dead body... your boots loftier than all their heads and the heads of their leaders, while marking out straight and curved lines through the streets of your beloved town *Khalil al-Rahman, Ibrahim*, Peace Be Upon Him. You are the Most High and the Most Enduring. They are temporary, cursed in and by every language of the world. Long ago your proud pious ancestress, "she of the two belts", said to her son Abdullah ibn Al-Zubayr, "Skinning does not cause any pain to the slaughtered sheep."

Blessed are you, who offered a human sacrifice for your beloved Palestine, a human sacrifice to the eyes of precious Jerusalem. Blessed are you and all your fraternity of martyrs, wounded and prisoners, as this homeland is worth the sacrifice, and justifies the human sacrifice.

**Watani Magazine Vol 39-40 (Feb-Mar 2001) Page 99**

**SHATSKY-006871**
**GILMORE 00330 T**
**P1:1047**
*Top Left of the page:]* The Environment*]*

# Israel" and Germ Warfare"

**by: Yassin Yassin**

World human rights organizations stood helpless at the disclosure and announcement of the magnitude of the aggression taking place against the Palestinian people, owing to the harassment and obstacles placed in front of them by Israel preventing them from gathering the facts and statistics of the crisis to implement their task as planned. The latest of these was the shooting at a delegation of the U.N. Committee of Inquiry.

The question that is posed is this: can world human rights organizations and those concerned about animals and the environment, break from the cycle of pressure and harassment, to control or even stop the assault, not only on the Palestinian people, but also on animals and on the Palestinian environment?

In the last century, a colony of exotic animals such as dogs, cats and distinct others appeared in the Palestinian territories, large in size and aggressive in nature, ridden with contagious diseases. They are a danger to livestock in Palestine and threaten many kinds of dangerous disease, in the event that these animals intermix or mate with one another.

This phenomenon calls for study and monitoring by local and international bodies and institutions concerned with health and environmental matters in the region, in order to provide protection to the threatened animals and to expose the negatives of the occupation and its aggression which has

affected everything Palestinian, from its people and its animals, to its trees
and its rocks.

And when we go back a little in the past we will find a black history of the
Occupation in this regard, which has become a source for the export of
pests, toxic waste and rotten, contaminated materials. We remember well
how the Occupation exported toxic waste to Jordan, how they contributed
to the dissemination of AIDS in Egypt and set wild pigs and wolves loose in
Palestinian farms during the Great Intifada, intending to provoke horror
and inflict harm on Palestinian citizens.

It is not strange what we have heard about the perishing of more than
1,500 chickens in a farm belonging to one of the citizens in the region of
Ramallah, after the release of quantities of a strange gas on his farm,
leading to the infection of the poultry with an infectious disease leading to
their deaths. The question remains of where are the relevant institutions?

**SHATSKY-006871**
**GILMORE 00330 T**
**P1:1047**
**(p99 continued)**

Such a phenomenon is a great risk to the environmental balance on the
one hand, and to human health on the other hand; and the Occupation's
approach to Palestinian life is savage, in all its methods, starting with the
flora and finishing with the people.

Animal welfare organizations have visited the Occupied Territories and
urged that animals not be used as a means or as a device to defy the
Occupation, or as a protective shield, yet have ignored the more important
matter, namely the use of the animal as a means to kill Palestinian people.

Even with integrity of thought, we say that they are twisting the facts, as
we are more aware of the value of the animal than other societies, but it is
the brutality of the Occupation and its aggressiveness that has deprived
the animal of its right and exploited it in the most horrible way, even in
military operations, as was the case in the village of *Asira-ash-Shamaliya*,
where they attempted to assassinate one of the resistance fighters.

The strange thing is that Israel established the Nature Reserves Authority
to protect nature and to preserve the animals, so has it escaped their
minds, their ears, and their vision, when the Israeli military machine uses
animals to transfer disease and disseminate germs? Do they not fear that
the magician's tricks will eventually turn on the magician?..

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                 Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                 Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF DAVID KRELL

    David Krell hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 1035-1047.

2.    I am a professional translator with a BA (Hons) degree in Middle Eastern Studies and Modern European Languages: Arabic and French, from Manchester University (UK). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: P 1: 1035-1047.

Dated: March 4, 2014

_____
DAVID KRELL



P 1: 1035





**في هذا العدد**

| | |
|---|---|
| لقاء مع العميد سليم الوادية | ١٧-١٩ |
| الشهيد عبدالمعطي السعاوي | ٢٢-٢٨ |
| الشهيد العميد زهير الدويك | ٢٩-٣٣ |
| استطلاع آراء كوادر التوجيه | ٣٤-٣٨ |
| الأمن الوطني في محافظة رام الله | ٤٠-٤٢ |
| الوجه الآخر لواقع قواتنا | ٥٢-٥٤ |
| ملف الشهداء | ٥٥-٦١ |
| الحملة الاسرائيلية ضد الزراعة | ٦٢-٦٤ |
| حوار مع العميد محمود عوض الله | ٦٧-٦٩ |
| مديرية «التوجيه» في القدس | ٧٠-٧٢ |
| لقاء مع ساجي سلامة | ٧٨-٨٠ |
| الضريبة الاسرائيلية أداة تدمير | ٨١-٨٥ |
| لقاء مع محمود مطير | ٨٦-٨٧ |
| العمل الشرطي في الوضع الراهن | ٨٨-٩١ |
| الفرقة الموسيقية العسكرية | ٩٢-٩٣ |
| تجارة الأسلحة الخفيفة | ٩٤-٩٥ |
| مقاطعة منتجات المستوطنات | ٩٦-٩٧ |
| الأشاعة وتصفية الحسابات | ٩٨ |
| الهاتف النقال .. إدارة تجسس | ١٠٠-١٠١ |
| شؤون عسكرية | ١٠٢-١٠٤ |
| العميد محمد حرارة في ذمة الله | ١٠٥ |
| الشهداء من طلبة المدارس | ١٠٦-١٠٧ |
| تحولات في الفكر الصهيوني | ١٠٨-١٠٩ |
| استراحة وطني | ١١٠-١١١ |
| ينتهي الهدوء | ١١٢ |

رئيس التحرير
العقيد
**شهاب محمد**

مستشار التحرير
**عزمي أبوغربية**

مدير التحرير
**عبدالكريم أبو غرقوب**

سكرتير التحرير
**يوسف ابراهيم**

محررون
جميل لدادوة-حسام قنداح
نائف خليل-بشار جلاوي
خلدس ربعي-محتشم شحادة

صف
شمسان النعيرات

مصور المجلة القاهر
باسل عبدالعزيز القليط
الصور: الكاملة بال رئيس من تصوير
حسين حسين-محمد الزبن
عمر الريشق
محمود المصري



أخبار الرئيس ٦-٩



فعاليات عبرة لـ «التوجيه» ١-١٦



الطرق الترابية البديلة ٤٤-٤٩



قوات الـ«١٧» في سلفيت ٧٣-٧٦

العنوان
مكتب رام الله- أم الشرايط
تلفاكس ٢-٢٩٨٧٦١٩-٢٩٨٧٦١٩. تلفون ٢-٢٩٨٧٦١٨
ص.ب ١٩٩٩- رام الله
ص.ب ٦٧- نابلس
مكتب غزة
غزة الرمال الجنوبي- شارع الدول العربية
تلفاكس ٢٨٢٤٢٢١-٠٧
البريد الالكتروني
watani@polnet.com

المقالات التي ترد للمجلة ولا يتم نشرها لا تعاد الى اصحابها.
ترحب «وطني» بمقالات السادة المهتمين ودراساتهم في
مجالات الأمن والدفاع والاستراتيجية الشاملة والتطورات
العالية السياسية والاقتصادية وآفاق المستقبل .. ويتم ارسالها
على عنوان المجلة مطبوعة او بخط اليد من الأصل
وصورتين بالاضافة الى تعريف بالكاتب وصورة
الشخصية او اجهة المرسلة من قبلها تفصلاً.
الاعلانات: يتم الاتفاق بشأنها مع الادارة مباشرة او مندوبيها
اشتراك (وطني):
داخل الوطن للأفراد (٢٠) دينار- للمؤسسات (٣٠) دينار

طباعة المطبعة العربية الحديثة
فلسطين- القدس- شارع الرشيد
تلفون ٢-٦٢٧٢٥٦٤-٦٢٧٢٥٦٤- تلفاكس ٦٢٦٤٩٤٣-٠٢

P 1: 1036



انشطة وفعاليات التوجيه السياسي والوطني في ظل الانتفاضة

# لقاءات واجتماعات ومهرجانات وا

# ابو غربية:الانتفاضة مس



عثمان ابو غربية والارشمندريت عطا الله حنا

⚫ هنا انطلاقا من رسالة التوجيه السياسي والوطني، وبازدياد حجم المهام والاعباء في ظروف الانتفاضة الجديدة « انتفاضة الاقصى » التي دخلت شهرها
الخامس وسط ظروف الحصار المستمر ومحاولات « قوات الاحتلال » النيل من صمود شعبنا وجماهيرنا تركزت انشطة التوجيه السياسي والوطني والجماهيرية
والتعبوية في كافة الميادين والاجتماعات لتشمل محافظات الوطن بأكمله ولان مجلة « وطني » تضطلع بمسؤوليات خاصة وهامة في مجال الاعلام والتعبئة الفكرية
والتوجيه الوطني فقد رصدت المجلة كافة النشاطات من خلال محرريها وكاميرا المصور وسجلت اهم وقائع المحاضرات والندوات والمهرجانات والدورات والفعاليات التالية:

## اجتماعات وقرارات

ففي مقر التوجيه السياسي والوطني عقدت اجتماعات متواصلة للجنة العليا
للتوجيه السياسي برئاسة الاخ عثمان ابو غربية مساعد الرئيس لشؤون التوجيه
السياسي والوطني – المفوض السياسي العام، وبحضور نائبه العميد الحاج خالد

مسار، وجرى فيها تناول اهم القضايا والموضوعات في جداول الاعمال، التي
تضمنت عددا من برامج العمل المعدة والفعاليات والمهام التي تتعلق بواجبات
المفوضين السياسيين اليومية في محافظات الوطن في ضوء المستجدات على صعيد
المواجهات اليومية واعباء الحصار الذي تتعرض له قرانا ومدننا، وكان الاخ المفوض



أنشطة وفعاليات

# ودورات مختلفة ومتميزة
# ث التغيير النوعي

جانب من حضور إحدى الندوات

مواقفهم وأعمالهم للمساهمة في أداء رسالة التوجيه السياسي والوطني ثم استمع الى آرائهم وثمن ملاحظاتهم .. وأكد أنه سيبذل كل جهد ممكن لتذليل كافة الصعاب والعراقيل التي تعترض سبيل العمل المخلص للبناء ..

## الانتفاضة وحق العودة

وفي المستوى الجماهيري أشار أبو غربية الى ما تحقق على أيدي أبطال الانتفاضة برفع السقف السياسي للمفارض الفلسطيني وأثر هذه الانتفاضة على الشارع العربي في محاضرة له بمقر وزارة التخطيط والتعاون الدولي حيث قال: «ان الانتفاضة أحدثت انقلابا في الاستراتيجية العربية وانها ستستمر لأحداث التغيير النوعي حتى تحقق أهدافها التي انطلقت من أجلها»، وقال في محاضرة أخرى له في مركز شباب الأمعري: « ان الانتفاضة جاءت تعبيرا عن رفض الشعب الفلسطيني للممارسات الاسرائيلية ونتيجة لنفاذ صبر الشارع جراء الممارسات الاسرائيلية. وشدد على حق العودة للاجئين الفلسطينيين وتعويضهم عن المعاناة والاضرار التي لحقت بهم وأكد على حق النازحين الذي قال عنه انه يوازي في أهميته القدس

...مستوى العهد الاعلامي والتوجيهي
...الصحافة الأحزاب الاعلامية، واللجنة العليا
...النقابات الأخرى يحيي يحفل عشر المجلس
...والوزاري الفائز على جائزة فلسطين عن
...كراسة بيت الشعر الفلسطيني والاذاعي
...معاناة ككتاب فلسطين وعدد آخر من
...الأدب بأنها وأفكارها في اغناء تجربة ومهمة
الاعلام
...السياسي العام صياغته لهيكلية
...الكتيبات التي تضمن قدرة المفوضية على
...وكوادر الهيئة كافة في هذه الاجتماعات وأشاد
...والاعلام.. من أجل ان يكونوا دائما في

P 1: 1038



«وطني» تستطلع آراء عـ

الكيلاني: نرفض سياسة العدوان والغطرسة

حلس: هدفنا التخلص من الاحتلال واسترداد حقوقنا

غزة - 9هاني محمد المدهون - اكد العديد من كوادر     خاصة في ظل الظروف السياسية الصعبة التي نمر بها
التوجيه السياسي والوطني على ضرورة التمسك بالوحدة     وحتى نستطيع مواجهة شارون وحكومته ومنعه من التمادي
الوطنية والالتفاف حول القيادة الوطنية الحكيمة لشعبنا     بمزيد من المجازر والدمار ضد شعبنا؛ جاء ذلك خلال لقاءات

وطني العدوان (٣٩ / ٤٠) - ٣٤





العقيد زياد الصراف



العقيد زهدي الكيلاني

وفي لقاء مع الحاج زهدي الكيلاني مدير مدرسة الشهيد خالد الحسن لاعداد الكادر بهيئة التوجيه السياسي والوطني، اكد انه لا فرق بين حكومة ائتلاف او غير ذلك بالنسبة لشعبنا وقضيتنا مشيراً الى انه ليس باراك او شارون هما اخر من حمل السكين للشعب الفلسطيني، مضيفاً ان السياسة الاسرائيلية قائمة على التنكر لوجود الشعب الفلسطيني.

وقال لا ننتظر الجديد من حكومة ائتلاف اسرائيلية فتاريخهم واحد تجاه شعبنا وامام هذه الحقيقة التي تترجم نفسها عبر محاولة ذبح الشعب الفلسطيني منذ النكبة حتى الان، اري انه لا بد ان نتوقف جميعاً عن تضييع الوقت في تحليل طبيعة الحكومات والسياسات الاسرائيلية تجاهنا.

واضاف الكيلاني: علينا ان نوفر جهدنا وفكرنا للتفكير في كيفية مواجهة عدونا وانا مؤمن اننا اقوى واصلب من الاحتلال.

واوضح الكيلاني ان الاستقرار في المنطقة هو مصلحة امريكية بالدرجة الاولى ولا يمكن ان يتحقق دون الحقوق المشروعة للشعب الفلسطيني وانه ليس امام حكومة الائتلاف الاسرائيلية الا ان تتخلى عن سياسة العدوان والغطرسة وتتعامل مع فرصة تاريخية ضمن مسار سلام الشجعان، مضيفاً ان كانوا يظنون انهم قادرون على تحقيق اوهام وابادة الشعب الفلسطيني والتنكر لحقوقه الشرعية الا ان شعبنا بايمانه بالله وحقه في وطنه وحريته وكرامته واستقلاله اقوى من كل اسرائيلها الجديدة، ان شعبنا قادر بهذه الارادة ان يعس الكيان الصهيوني الجديد من الاضرار التي لا تستطيع الحكومات الاسرائيلية ان تتجاهل اثارها على الكيان الاسرائيلي.

## الكيل بمكيالين

واضاف الكيلاني على الادارة الامريكية وهي التاريخ ومتغيراته وهي صاحبة المصلحة في الاستقرار عليها اولاً ان تتخلى عن سياسة الكيل بمكيالين اذا استراتيجي لحقيقة مصلحتها.

وان تتخلى عن سياسة الهيمنة وقهر الشعوب وقهر الامم المتحدة والشرعية الدولية بكل ما فيها من الانسانية وسيادة الدول.

وتطرق الكيلاني الى العدوان الامريكي البريطاني قائلاً من الواضح ان هذا العدوان جاء ليؤكد ان وثبة لوريثه قائمة، فليضرب العراق وشعبه لتعطي المنطقة حكام المنطقة بان لا يتجاوزوا خطوطاً وضعتها امريكا.

واضاف الكيلاني ان امريكا تتجاهل اثار عدوانها والاسلامية وعلى كل ضمير حي في العالم، مؤكداً بات وشيكاً وان مصالح الولايات المتحدة في المنطقة خطر، واكد ان امتنا ذات جذور عميقة في المجالات الانسانية، وعليها ان تحدد دورها في تجسيد معاني والاستقلال وحقوق الانسان.

وعلى صعيد اخر حول الدور الذي تقوم به مدرسة الشهيد الحسن اوضح الكيلاني ان المدرسة انجزت تسع دورات مختلف اجهزة السلطة الوطنية ضمن برامج المدرسة التي في مختلف المجالات وانها تسعى لتطوير بذلك جميع الاخوة الذين شاركوا في هذه الدورات بقوة.



أحمد حلس



العقيد عفيف صالح

العدوان الهادف الى اذلال هذا الكبرياء العربي.

واضاف ان كل نظام عربي يجب ان يفهم ان ضرب بغداد يعني ضرب غيرها من العواصم العربية مشيرا الى ان احد اسباب ضرب العراق هو وقتها الشجاعة مع انتفاضتنا الباسلة.

وقال ان المطلوب من القمة العربية القادمة في عمان ان تقف وقفة اكثر جدية تجاه القضايا العربية

## الاشاعات

وعن دور التوجيه السياسي في الاجهزة الامنية قال الصوراني ان للتوجيه السياسي دور مهم جدا في الاجهزة الامنية وهو عين هذه الاجهزة لاننا نشعر ونستشعر بنبض الشارع وهمومه ونسعى دائما لان تكون هناك علاقات متطورة بين التوجيه السياسي والاجهزة الامنية المختلفة، اذ يقع عليها عبء كبير امام هذه الحملة المسعورة، الخطرة، من الاشاعات، واوضح ان حرب الاشاعة هي جزء خطير من الحرب التي تشن ضد شعبنا.

واضاف ان اقتنا كبيرة بقائدنا ابو عمار مشيرا الى وجوب ترتيب البيت الفلسطيني وتنقية الاجواء.

## وجهان لعملة واحدة

ومن جهة اخرى اكد العقيد عفيف صالح مفوض عام قوات الامن الوطني ان شعبنا ان جاء من في حكومة الاحتلال سواء كانت ليكودية او عمالية، فكلاهما وجهان لعملة واحدة ولا نعترف بتغيير السياسات في الكيان الصهيوني، ونحن على يقين ان باراك سوف

اليسير لتوجيهات القيادة وتطلعاتها السياسية والاجتماعية المختلفة

## سوء النية

القائد الصوراني مفوض عام الاجهزة الامنية انه عندما فاوضنا قدمنا تم الترقيع مع الحكومة الاسرائيلية سواء كانت الليكودية مؤكدا ان هذه الاتفاقيات يجب ان تكون ملزمة لحكومات الاسرائيلية مهما كانت طريقة تشكيلها او تأليفها، ولوي ان شعبنا مصادرة قرار شعبنا الفلسطيني والاستمرار شعبنا الشعبي وجد ان الانتفاضة هي البديل الوحيد لمواجهة الآلة الاسرائيلية العسكرية وهذه المجازر التي ترتكب طالت الساحة الفلسطينية.

ان حكومة وحدة وطنية تحمل لشعبنا سوء النية وانها جاءت لخدمات المزعومة وتجعلنا نعيش في حصار، بدأنا نلمس نتائجه بعد وانه تجاوز انواع الحصار الذي مورس وفرض على

الحصار من الاخطار التي تترتب على هذا الحصار الاجتماعية والسياسية وغيرها مؤكدا ان هذا العدوان ما كان له ان يكون لولا الدعم المطلق والا محدود من مقدرات العاصمة العراقية التي تحمل كبرياء الامة

## تفعيل الشعوب العربية

[نص غير واضح في أسفل الصفحة]

الى جانب الشعب الفلسطيني واشار الى قصف بغداد وقال؛ للأسف الشديد لم نسمع ادانة من الانظمة العربية التي تدعي الوطنية والقومية، وتساءل، اين هي القومية العربية عندما يضرب شعب باكمله بلا مبرر، وتساءل عن دور الجامعة العربية؟

وحول القمة العربية المرتقبة قال صالح؛ لقد عقدت قمم عربية كثيرة وسمعنا من قرارات وبرامج ولاسف كانت النتائج قليلة، واضاف لقد عقدت قمة عربية طارئة في القاهرة لدعم الشعب الفلسطيني سياسيا وماديا، ولكن اين هو الدعم؟؛ مشيرا الى ان الشعب الفلسطيني في حالة فقر شديد الان في ظل الحصار المشدد من قبل العدو الاسرائيلي.

## حماية المقدسات

وقال صالح؛ ان السفير السعودي في بيروت، قدم ٢٧٠ الف ريال لعلاج الجرحى، وقال من يستضيف جريحا لبداوية فلا يجوز ان يحسبه من المال المخصص لدعم الشعب الفلسطيني.

واكد صالح ان الشعب الفلسطيني يقاتل لحماية مقدساته، فاين الهبة لنصرة هذه المقدسات؟.

وقال ان الثورة عطاء مستمر، والانتفاضة هي ثورة على الواقع الذي نعيشه ولذلك نحن عاقدون العزم على الاستمرار في الانتفاضة الفلسطينية حتى تحقيق الحقوق المشروعة الكاملة للشعب الفلسطيني في العودة وتقرير المصير واقامة الدولة الفلسطينية المستقلة وعاصمتها القدس وعودة اللاجئين الى ديارهم التي شردوا منها.

## ارادة قوية

ومن جانبه قال الاخ احمد حلس المفوض السياسي العام لقوات المناطق الحدودية ان الشعب الفلسطيني عقد العزم للتخلص من الحالة المذلة والمهينة التي وصلنا اليها خلال سبع سنوات من المماطلات الاسرائيلية والاستهتار بحقوق شعبنا الفلسطيني وان كنا نملك القوة والعتاد العسكري الذي نواجه به المحتلين الصهاينة الا اننا نملك الايمان والارادة ونستطيع ان نصل الى اهدافنا ولو كان الثمن مزيدا من الدم والشهداء والجرحى والمعتقلين والاسرى.

واضاف في هذه المرحلة نحن من يمشي على حد السيف بمعنى اننا مقبلون دائما على الشهادة وهذه هي طبيعة الاحداث وحقيقة الموقف، فلا نملك سلاحا كثيرا نصد به هذا العدوان الغاشم وانما نملك صدورنا وعظما نصد به هذا العدوان الغاشم وانما نملك صدورنا وعطاءنا ولحمنا ودمنا وارادة قوية وايمانا لا ينتزع، وهذه الارادة تشير الى ان هذا هو وطننا ومذودا قتاليا ان نقاومه ولا نفكر كثيرا في النتائج وفي موضوع الربح والخسارة مؤكدا ان رجاحنا الحقيقي هو تحرير وطني الدولان (٣٩/ ٢٤٠/ ٣٨-)

---

ارضنا وتحقيق استقلالنا الوطني وبناء دولتنا

## تبادل ادوار

واوضح حلس ان الوضع السياسي مقبل على ان الاسرائيليين افتقروا شعبا وقيادة على ان يديروا ادوار ما كانت هذه هي النتيجة الحقيقية التي كنا نتوقعها والتي لم يختلف عن رابين وباراك او ان التغيير ليس سوى عبارة عن تبادل تسيير باستمرار.

واكد حلس انها انتفاضة نواجه فيها شارون واكد ان من بن غوريون والى شارون هو شاربون منه اجراما.

واضاف ان شارون الى الامام ديننا ولذلك لا يمكن ان الاسرائيليون بهذا ينفجر الموقف للوعي الكامل والوحدة والى ان نفهم اين نصرة اشاعات على ضرورة شن حرب الاشاعات واكد ان التوجيه السياسي دور كبير ومهم جدا في هذه المعادلة يشكل البوصلة التي يسترشد بها يشكل الضمير لشعبنا الفلسطيني.

واضاف نتمنى ان نكون قد ادينا بعضا من الامانة والعهد

## اللحمة والوحدة الوطنية

اما العقيد محمد ابو عودة مدير عام الادارة للتوجيه السياسي فقال؛ عندما ننظر الى ما حصل في الطرف الاخر ومخالات ما يسمى بحكومة الوحدة الوطنية فان هذا في مفهومنا التي كنا نرددها باستمرار « وبجهان لعملة واحدة » واضاف ان ما حصل في الحكومة الاسرائيلية من تطورات فالنهج الاول والاخير هو كيفية الانتفاضة على الشعب الفلسطيني، فالهدف اصبح واضحا هو ابادة شعبنا.

واكد ابو عودة انه مطلوب من المزيد من الوحدة الوطنية واللحمة وترميم كل ما هو داخل بيننا الفلسطيني، مشيرا الى انه عندما تكون لدينا المسلكية الثورية الصحيحة تكون الصخرة التي تتحطم عليها كل المؤامرات التي يواجهها بها العدو الاسترائيلي وشدد مؤكدا الكامل فلسطيني شعبية ان تكون فعلا للانسانيات واكبر على احدة الانتفاضة خلف قيادتنا المحلية وعلى ابو عودة.



شؤون عربية

# الدور العربي
# غياب أم تغييب

\* سميح شبيب

نجحت الانتفاضة الفلسطينية المجيدة، في ان تعيد لمفهوم التضامن العربي، واطاراته السياسية والادارية، بعضاً من اعتباراته السابقة.

تحرك الشارع العربي، وعلى نحو لم تشهده عواصم العرب، منذ ما يزيد عن عشرين سنة خلت، وارتفع صوت الجماهير الهادرة، مطالبة بازالة الحدود، وفتح الفضاءات كافة نحو فلسطين.

جاء هذا التحرك الهادر، بعد ان اعتقدت اسرائيل، ومخططو السياسات الاستراتيجية الاميركية، ان ثمة شرخاً عميقاً، قد حصل، ما بين فلسطين والفلسطينيين وقياداتهم، وبين العالم العربي وعواصمه وشعوبه.

لكن ما حصل ميدانياً، اسقط تلك الاوهام، وأزال الضباب امام حقيقة ناصعة، وهي ان فلسطين، هي لب وجوهر القضية العربية، وهي العنصر الاقوى والاهم في الوحدة العربية.

تداعى زعماء ورؤساء وملوك العرب وامراؤهم، لعقد قمة عربية، كانت هي الاولى، بعد حرب الخليج، وما حملته تلك الحرب من شروخ عميقة، أدت الى تهميش جامعة الدول العربية، كإطار سياسي واداري للتضامن العربي، ونجحت الدعوة لعقدها، وبحضور الجميع، رغم حدة الخلافات فيما بين بعضهم، ما جمعهم حقيقة، هو طبيعة الحدث الساخن في فلسطين، عبر الانتفاضة

المجيدة، وما جمعهم حقيقة ايضاً، هو وصول الشارع العربي الى درجة لا يكن تجاهلها اطلاقاً.

تداعت العواصم العربية الى اجتماع قمة، ورغم الملاحظات حول بياناها الختامي، وخلوه من الاشارة تجاه الولايات المتحدة الاميركية ودورها المنحاز لاسرائيل ايضاً من الرد على التحديات الاسرائيلية، فقد كان الفلسطينيون، على امل تعميق نتائجه، واعتبار عقد الاتجاه الصحيح، ستتلوها خطوات اخرى، ستعلي الصمود والتصدي الفلسطيني، ازاء العدوان الاسرائيلي، بدلاً من تعزيز الخطى في الاتجاه الصحيح، جاءت الانظمة استغلال عقد القمة وما تلاها، لتغييب الدور السياسي، ومحاولة زرع الشكوك والاوهام، وتصوير وكأن هنالك سلطة فلسطينية وانتفاضة، وما بينهما خيار، ذلك ان منطق المفاوضات يتناقض ومنطق المواجهة. لكن الشكوك والاوهام سرعان ما سقطت وتلاشت، فحاولوا الالتفاف على الامور، والمطالبة بدعم الشعب دون السلطة!! الامر الذي يعني عملياً وميدانياً، الامتناع عن دعم الانتفاضة.

يمكن القول، وبشيء من الارتياح، ان الشارع العربي الفلسطيني بات واعياً، لمحاولات ذر الرماد في العيون، وان



الاذعان والخضوع للمشيئة الاميركية – الاسرائيلية.

لا تزال القدرات الفلسطينية الكامنة والمخزونة، على أتم الاستعداد لمواجهة المخطط الاسرائيلي – الاميركي، ولا تزال قادرة على تحريك الشارع السياسي العربي، لاستعادة دوره الغيب والمقهور. وقماً كما سقطت اوهام ومراهنات سابقة، حول الشرخ ما بين الفلسطينيين واخوانهم العرب، من المحيط الى الخليج، فان ثمة اوهاماً كثيرة تنتظر السقوط المروع، ولن يحدث ذلك، الأ على صخرة الانتفاضة الباسلة، وتواصل العطاء الفلسطيني.

سيجد المراوغون انفسهم امام لحظة الحقيقة، وامام لحظة الفصل، فاما موقف عربي واضح الى جانب النضال الوطني الفلسطيني، ولو ادى ذلك لمواجهات عربية – اسرائيلية واميركية، واما موقف التخلي عن الموقف القومي والوطني برمته.

نؤكد ذلك ونحن في مرحلة تتطلب الوضوح والصراحة والمزيد من التكاتف، من اجل اسقاط سياسات شارون الرامية الى تركيع الفلسطينيين، وانهاء الصراع العربي – الاسرائيلي بالعنف والاكراه، دون اية اعتبارات لمبادئ وقواعد الشرعية الدولية، وما تستلزمه التوازنات الاقليمية.

هناك ضده من مؤامرات تستهدف تقويض الوطنية، كما وبات واضحاً للجميع طبيعة الصراع الفلسطينيين جميعاً، سلطة وشعباً، وبين التوجهات الاميركية وما يلتف حولها من مواقف.

للجميع، بان عدم وصول المساعدات المقررة، والتي تبلغ مليار دولار، اضافة للمساعدات رواتب الموظفين، تقف وراءها الولايات المتحدة، تأييداً اميركياً واضحاً، ولكافة العواصم الانتفاضة، وتجويل الاموال والمساعدات، الأ اتفاق فلسطيني – اسرائيلي، بمعنى أدق، المتحدة الاميركية، مزاولة الضغوطات كافة، العربية، على المفاوض الفلسطيني، لحمله عن خطوطه الحمراء المعلنة.

متواصلة، وهنالك من القدرات الكامنة الشعبي الفلسطيني، وبالوقت الذي لا تنمى العنف على مصراعيها، والأ نضطر للعودة فاننا لا نزال قادرين على الاستمرار، ورفض

P 1: 1045

مقال

# جرائم العار

[illegible]

بقلم: د. عبدالبديع عراق

[illegible] على أرضنا جريمة، قيام دولتهم الغريبة على [illegible] جريمة، سياساتهم سلسلة جرائم لا اول لها [illegible] الكاذبة جرائم، تلميحاتهم جرائم، [illegible] الأفاعي جرائم.. ولكن اللغات كلها [illegible] ما يقومون به وما تقترفه ايديهم ولا [illegible] كلمة جريمة، التي اصطلح العالم على ذكرها [illegible] يقومون به هم وامثالهم، واضاف اليها تعبير [illegible]

[illegible] كلمة العار، وهي لفظة يستشعر معناها [illegible] عن هؤلاء المخلوقين، ولا يوجد في [illegible]، ولا يستطيعون ان يفقهوا دلالاتها [illegible] نوجه حديثنا لاصحاب الشرف

[illegible] الشهيد شاكر محمد فيصل الحسيني [illegible] حركة التحرير الوطني الفلسطيني [illegible] برصاصات غادرة في الصدر [illegible] كتف احد جنديان جبانان كل بيد [illegible] على وجهه عشرات الامتار في [illegible] هنا وهناك في الارض، ووجهه [illegible] التراب يتدلى بين كتفيه فينزلانه عمداً [illegible] التراب ليرسم عليه خطاً طويلاً، [illegible] المدججين بالسلاح جبناء امثالهم [illegible] من الخلف فيرفعه مرة ويسقطه [illegible]، ويمسك آخران برجلي [illegible] جبان اعتقد كل الاعتقاد [illegible] في كل تلفزيونات العالم صب [illegible] من سجلات بني الانسان [illegible] على سائر مخلوقاته، فجاء [illegible] جريمتهم الجبانة ثم قاموا [illegible] دون اي احساس او شعور

[illegible] الجديد يتضح ان هؤلاء [illegible] بالشهيد البطل ويجرجرونه [illegible] ليصلوا به الى حيث يعيش المستوطنون القتلة واخذ الجميع يضحكون ويصفقون على هذا الصيد الثمين الذي احضر لهم، انه غزال فتح، غزال فلسطين المحنى بدمه، الشهيد البطل شاكر الحسيني تتحلق حوله الوحوش الضارية، المتعطشة للدماء، لتلتف حول جثمانه الطاهر معفر الجبين لتبدأ دقّ الطبول واقامة مراسم الرقص والغناء في دوائر شيطانية مجرمة.

حدث هذا يوم ٢٠٠١/١/١٢ ليدخل هذا التاريخ رقماً جديداً في أرقام وتواريخ جرائم الصهيونية البشعة وافعالهم التي يندى لها جبين الانسانية.

ومرة أخرى لم تتوقف الجريمة عند هذا الحد، فقد احتفظ القتلة بجثة الشهيد اكثر من اربع وعشرين ساعة في اوكارهم القذرة، ورفضوا تسليمها لذويه ليواروه التراب كما تفعل كل الشعوب، وتدعو كل الديانات.. ولكن ابناء الجريمة، وسلالة العار والخزي يأبون الا ان يؤكدوا اصولهم ويثبتوا صفاتهم التي حفرت على الجلود والعقول والنفوس، ولم تشيع جنازة الشهيد البطل شاكر الحسيني الا يوم الاحد ٢٠٠١/١/١٤ ربما بعد اتصالات كثيرة.

والآن، ماذا تقول لنا جرائم العار هذه؟!

اولاً: لقد أبعد بعض المشاهدين وجوههم عن شاشة التلفزيون واخذ كثير منهم وخاصة النساء بالبكاء.. ولكنني وجدت نفسي اصرخ فيهم: حدقوا انظروا جيداً حتى تشاهدوا الجرائم جيداً وتحفظوها في العقول وفي الصدور لكي يتفجر الحقد والثأر الحق باولاد الافاعي هؤلاء القتلة القذرين، احفظوا المشهد جيداً ولا تنسوا منه شاردة ولا واردة فسيأتي يوم يتفجر فيه الغضب الماحق اكثر واكثر.

ثانياً: كيف سيقام سلام مع هؤلاء القتلة القذرين؟ وكيف يتخيل عاقل ان تصفو النفوس ونحن نشاهد كل يوم هذه الجرائم البشعة المكللة بالعار والخسة والنذالة؟!

ثالثاً: لا بد ان يحتفظ بصور هؤلاء الجنود في ملفات خاصة، وعلى أجهزة تسجيل الفيديو كاسيت وكل وسائل الحفظ حتى يأتي اليوم الذي يحاكمون فيه كمجرمي حرب ضد الانسانية ويكونوا عبرة لمن يعتبر، والا يظن واحد منهم انه يمكن ان يفلت بجريمته حتى لو هاجر من هذا الكيان الدخيل وذهب الى آخر بقعة في الارض او حتى الى كوكب آخر.

رابعاً: يكاد الانسان منا لا يمسك نفسه من الابتسام استغراباً من الوقاحة التي تتجلى وهو يسمعهم يتحدثون عن هتلر وجرائمه، ويكذبون في اضافة الارقام من قتلاهم، ويحتفلون بما يسمونه «ذكرى المحرقة والبطولة» ويزداد استغراباً وهم يقترفون ابشع الجرائم واحطها في حق شعبنا المكافح وابنائه الصامدين رغم كل ما يعانيه على ايديهم.

ونقولها صريحة مدوية انهم يستغلون الدعاية الكاذبة والاعلام الخادع ليدافعوا عن باطلهم.. فأين اعلامنا العربي ليدافع عن حقنا الواضح كوضوح الشمس في كبد السماء؟!

أين فضائياتنا المليئة بمسلسلات لا نريد أن نقول عنها الا انه ليس هذا وقتها ونحن نقدم الشهداء والجرحى كل طلعة شمس ونكتب بدمائنا الزكية تاريخ هذا الشعب وهذه الامة؟!

أين هي؟!

أما أنت يا غزال فتح ويا غزال فلسطين، ويا غزال العرب المحنى بالدماء الزكية، فلم يقدروا عليك الا وانت جثة هامدة، غربل الرصاص صدرها الكريم، وعفر وجهها التراب من أرض الخليل الحرة الابية أنت فوقهم وهم يجرجرون جثتك.. حذاؤك أعلى من كل رؤوسهم ورؤوس قادتهم وهو يرسم الخطوط المستقيمة والمتعرجة في شوارع مدينتك الحبيبة خليل الرحمن ابراهيم عليه السلام. انت الاعلى والأبقى، وهم زائلون ملعونون في كل لغات العالم وبكل لغات العالم. وقديماً قالت جدتك الابية المؤمنة الصابرة ذات النطاقين لابنها عبدالله ابن الزبير: «لا يهم الشاة سلخها بعد ذبحها».

وهنيئاً لك ما قدمت فداء لمحبوبتك فلسطين، فداء لعيون القدس الغالية. هنيئاً لك ولكل اخوتك الشهداء والجرحى والاسرى. فهذا وطن يستحق التضحية، ويستأهل الفداء.



بيئة

# «اسـرائيل» والحرب الجرثومية

البرية والذئاب في المزارع الفلسطينية خلال الانتفاضة الكبرى بقصد إثارة الرعب وإلحاق الضرر بالمواطن الفلسطيني.

وليس غربا ما سمعناه حول نفق اكثر من ١٥٠٠ دجاجة في مزرعة لاحد المواطنين في منطقة رام الله بعد اطلاق كميات من غاز غريب على مزرعته ادى الى اصابة الدواجن بمرض معد ادى الى نفوقها ليبقى السؤال اين المؤسسات ذات العلاقة؟

ان مثل هذه الظاهرة لها مخاطر كبيرة على التوازن البيئي من جهة وعلى صحة الانسان من جهة اخرى،فالاحتلال يتعامل بوحشية مع الحياة الفلسطينية بجميع صورها بدءا بالنباتات وانتهاء بالانسان.

لقد زارت منظمات الرفق بالحيوان بزيارة للمناطق المحتلة واوصت بعدم استخدام الحيوان كوسيلة او شعار لمناهضة الاحتلال او كدرع واق، واغفلت ما هو اخطر من ذلك باستخدام الحيوان كوسيلة لقتل الانسان الفلسطيني.

ومع سلامة الفكرة ،فاننا نقول ان في ذلك حق اريد به باطل ،فنحن اكثر ادراكا لقيمة الحيوان من مجتمعات اخرى ولكن شراسة الاحتلال وعدوانيته هي التي حرمت الحيوان من حقه واستغلته ابشع استغلال حتى في العمليات العسكرية كما حدث في قرية عصيرة الشمالية عندما حاولوا اغتيال احد المناضلين.

والغريب في الامر ان اسرائيل انشأت سلطة المحميات الطبيعية لحماية الطبيعة والحفاظ على الحيوان ،فهل غاب عن ذهنها وسمعها وبصرها استخدام المؤسسة العسكرية الاسرائيلية الحيوانات لنقل الامراض ونشر الجراثيم؟ الا يخشون انقلاب السحر على الساحر ..؟

الهيئات العالمية لحقوق الانسان وقفت عاجزة عن كشف وبيان الحقائق الواقع على الشعب الفلسطيني ،نتيجة المضايقات والعراقيل التي وضعتها اسرائيل امامها للحيلولة دون تمكينها من التقنيات والاحصائيات اللازمة لتنفيذ مهمتها كما خططت لها، كان آخرها اطلاق النار على وفد لجنة التحقيق التابعة للامم المتحدة.

السؤال الذي يطرح نفسه هل تستطيع المنظمات الانسانية العالمية التي تعنى بالحيوانات والبيئة الخروج من دائرة الضغط المفروضة عليها او حتى وقف الاعتداء ،ليس فقط على الانسان بل ايضا على الحيوانات والبيئة الفلسطينية؟

في الآونة الاخيرة ظهرت مجموعة من الحيوانات الغريبة مثل القطط وغيرها المتميزة بكبر حجمها وعدوانية طباعها في القرى الفلسطينية مصابة بامراض معدية ،يجعل منها خطرا على البيئة في فلسطين، ويهدد العديد من اصنافها بامراض خطيرة في المخططات او تزاوجت تلك الحيوانات مع بعضها البعض.

هذه الظاهرة تستدعي البحث والمتابعة من قبل الهيئات المختصة المحلية والدولية المعنية بالشأن الصحي والبيئي في فلسطين، لتوفير الحماية للحيوانات المهددة وفضح اساليب الاحتلال والممارسات التي اصبحت تطال كل ما هو فلسطيني من بشر وحيوان وشجر وحجر.

اذا رجعنا قليلا الى الوراء فاننا نجد تاريخا اسودا للاحتلال في هذا المجال، التي اصبح مصدرا لتصدير الآفات والنفايات السامة والفاسدة والمزورة ،ونذكر جيدا كيف صدر الاحتلال النفايات النووية الى الاردن ، وساهم في نشر الايدز في مصر واطلق الخنازير

P 1: 1047