# PLACEHOLDER FOR EXHIBIT 239

## SEE ENCLOSED DVD

| Time | Hebrew | English |
|---|---|---|
| 00:00 – 00:12 | מייד אנחנו לראיון עם יאסר ערפאת שעשה היום עודד גרנות כתבנו ברמאללה. קודם כל אני רוצה להגיד ערב טוב לשר החוץ שמעון פרץ שמצטרף אלינו באולפן בתל אביב. שלום אדוני. ערב טוב. | Right now we'll go to an interview with Yasser Arafat, done today by Oded Granot, our reporter in Ramallah. First I want to say good evening to Minister of Foreign Affairs Shimon Peres, who is joining us in the studio in Tel Aviv. Hello sir. Good evening. |
| 00:12 – 00:13 | ערב טוב ומבורך | Good evening. |
| 00:13 – 00:18 | אנחנו כמובן נשמח לשוחח איתך אחרי שתוכל לצפות יחד איתנו בראיון הזה | We will of course be happy to talk to you after you watch this interview with us. |
| 00:19 – 00:21 | עודד, לא היה קשה לעצבן את ערפאת היום | Oded, it wasn't hard to annoy Arafat today. |
| 00:22 – 00:46 | לא. קודם כל הימים הם ימי רמדאן. הוא צם. זה היה לפני התפילה. בית, הוא אמר, הרסו לי את המסוקים. כלומר פגיעה בתדמית. ובסך הכל, כשאני מביא לו נתונים של סקר שמתפרסמים הבוקר במעריב, ש-56% מהציבור הישראלי תומך בהדחתו ו-51 מוכנים להרוס את הרשות הפלסטינית, זה... זה מאד מרגיז אותו. הוא כמובן מייחס את זה להסברה הישראלית המתוחכמת, לא לתחושה של הציבור, למרות שאני מנסה להעביר לו את זה אבל זה די מרגיז אותו. | No. First of all it is the Ramadan period. He is fasting. It was before prayers. Second, he said, they destroyed the helicopters. In other words, a blow to his image. All in all, when I give him the statistics of a survey published this morning in Ma'ariv, that 56% of the Israeli public supports removing him from office and 51 are prepared to destroy the Palestinian Authority, it… it makes him really angry. He of course relates it to the sophisticated Israeli propaganda, and not to the public sentiment, even though I try to get it through to him, but it annoys him significantly. |
| 00:47 – 00:55 | בשורה התחתונה, האיש שפגשת שם היום, או נאמר מהראיון שנראה עכשיו ניבט לעיניך ערפאת מיואש יותר, ערפאת לחוץ יותר, ערפאת נחוש יותר ? | Bottom line is, the man you met there today, or we could say from the interview we'll see now, the Arafat who appears before you is more discouraged, a more pressured Arafat, a more determined Arafat? |
| 00:56 – 01:25 | ערפאת לחוץ. נמצא ברגע האמת על פי תחושתי. ואני אסביר לך גם למה, בשורה אחת. מפני שבניגוד ל-96, ששם הוא היה יכול להציג איזושהי.... איזשהו אופק מדיני כדי להסביר מדוע הוא נכנס | A pressured Arafat. He's at the moment of truth, I feel. And I'll also explain to you why, in one sentence. Because as opposed to '96, where he could have |

| | | |
|---|---|---|
| | בחמאס, פה מצד אחת מתגבהת מולו חומה אדירה – ישראלית, אמריקאית, אירופית. גם מובראק, גם העולם הערבי. כולם דורשים ממנו לעשות מעשים ומצד שני הוא לא יכול להצדיק פעולות נגד החמאס, שהוא חייב לעשות. והוא מבין שהוא חייב לעשות את זה. המצוקה הזאת מתגלה היטב בערפאת כשאת מדברת איתו. | presented some kind of... some kind of political prospect in order to explain why he was attacking Hamas, here, on the one hand an enormous wall is rising up in front of him – Israeli, American, European. Mubarak as well, the Arab world as well. Everyone is asking him to take action, and on the other hand, he can't justify actions against Hamas, which he has to do. And he understands that he has to do it. Arafat clearly reveals this distress when you speak to him. |
| 01:26 – 01:34 | ועכשיו נראה לי שהגיע הזמן לראות את הראיון הזה. היום, בשעות הצהריים, ברמאללה, בלשכתו של יושב ראש הרשות הפלסטינית, יאסר ערפאת. הנה הראיון שהעניק לעודד גרנות. | And now, I think it's time to see this interview. Today, in the afternoon, in Ramallah, in the office of the chairman of the Palestinian Authority, Yasser Arafat. Here is the interview that Oded Granot provided us. |
| 01:35-01-46 | هل يمكن اليوم أمام الكاميرات أن تقول للشعب الإسرائيلي no more انتحارية no more عمليات داخل إسرائيلno more | Is it possible for you today, in front of the camera, to say to the Israeli people "no more" suicides, "no more" operations inside Israel, "no more"? |
| 01:47-02:08 | مش no more مش no more خليني أقول لك شيء نعم نتعاون سويا ومعا وسويا لأن هؤلاء الانتحاريين ليسوا ضدكم إنما هم ضد الشعب الفلسطيني وأيضا كما قلنا عدة مرات وكما أنزلنا في بياناتنا واعتبرناهم خارجين عن القانون. | Not "no more", not "no more". Let me tell you something. Yes, we cooperate with each other, because those who carry out suicide operations are not against you. Rather, they are against the Palestinian people. And also as we have said several times, and as we have stated in our communiqués, we consider them to be in violation of the law. |
| 02:09-02:20 | ولكنهم لا يفكرون في هذا المنهاج ويستخلصون من عدم معاملتهم بصورة صارمة أنهم في ضوء أخضر من سيادتك لعمليات زي كده هم يفكرون هم يفكرون | But they don't think in this way. They conclude that since they are not treated in a strict way they have a green light from your Excellency to carry out operations. This is how they think, how they think. |
| 02:21-03:00 | ولذلك أنا بدي أقول شيء اللي قتلوا رحبعام زيڤي أنا ما طلعتش إثبتات لان احنا الاثنين طلعان والأسمر هربانين منكم أنتم مسكتوا الأربعة مسكتوا اثنين واثنين هربوا ملقناهمش مسكنا اثنين أخواته | And this why I want to say something. Those who killed Rehavam Ze'evi, didn't I produce evidence that the two, Talaan and Al- |

| | | |
|---|---|---|
| | تحبوا تروح تشوفهم في السجن علشان يقولولك مع مين بيتعاونوا هؤلاء | Asmar, are fugitives who were in your custody? You captured four, you had two and the other two managed to escape. We didn't find them. We captured two of their comrades. Would you like to go and see them in jail so they can tell you who they were cooperating with? |
| 03:01-03:15 | لماذا لا تعلنون اليوم انتهاء الانتفاضة انتهاء عمليات العنف خلاص وبصوتك سيدي بصوتك للشعب الفلسطيني مابديش أشوف طلقة واحدة | Why don't you declare today the end of the *intifada*, the end of violent activities? Finished. In your voice sir, in your own voice to the Palestinian people, say, "I don't want to see a single bullet". |
| 03:16-03:17 | يعني ليش بتظلمني أقولك ليش | Come on, why are you unfair to me. I am telling you why… |
| 03:17-03:18 | لا | No |
| 03:18-03:19 | أقولك ليش أنت بتظلمني كثير | Let me ask you, why are you so unfair to me? |
| 03:19-03:20 | أحترم سيادتك كثير | I respect your Excellency very much |
| 03:20-04:01 | أنت بتظلمني كثير قوي أنا أول مرة كم مرة أوقفت وأعلنت إيقاف القتال وأعلنت إيقاف وضروري وقف إطلاق النار كم مرة وأخرها ما حصل بعد جرائم الجريمة اللي أداناها جابولي الإدانة اللي أداناها واللي حدثت في القدس واللي حدثت في حيفا أدانا هذه الجرائم وقبليها أدانا الجريمة التي حدثت | You are very unfair to me. The first time I, how many times have I stopped and declared the cessation of fighting… declared the cessation… and that we need to have a ceasefire? How many times? The last time was after what had happened… after the crimes… the crime that we condemned. They brought me the condemnation that we had issued, the crime that occurred in Jerusalem… in Haifa. We condemned those crimes, and before that we condemned those crimes that occurred… |
| 04:02-04:04 | ربما لا تكفي الإدانة ربما الإدانة لا تكفي | Maybe it is not enough to condemn. Maybe it is not enough to condemn. |
| 04:05-04:16 | احنا مش اعتقلنا عدد كبير من الجبهة الشعبية بما فيهم قيادات سياسية وعسكرية وأنتم بتعرفوا | Didn't we arrest a large number of Popular Front members, including political and military commanders. You know that. |
| 04:17-04:19 | [Incomprehensible words because Oded and Arafat talk over one another] | [Incomprehensible words because Oded and Arafat talk over one another] |
| 04:20-04:21 | معلش خليني أكمل بس | Never mind, just let me continue. |
| 04:22-04:23 | أوكي | OK |

| | | |
|---|---|---|
| 04:24-04:40 | اللي اعترضتهم انهاردة من يوم ما اعتبرنا عملياتهم في خطر وهم خارجين عن القانون أديش اعتقلنا منهم من قيادات سياسية وعسكرية وميدانية | Those people we stopped today because we consider their operations to be dangerous and because they are in violation of the law. Didn't we arrest many political and military leaders as well as field commanders? |
| 04:41-04:43 | -الأمريكان يقولوا كله مشاهد تلفزيونية لأنهم لا يوجد أحد | The Americans say that what you're saying is simply for TV purposes because there is no… |
| 04:44-04:58 | يا سلام أنا مالي ومال الأمريكان الأمريكان ما بقي واقفين معاكم وبيبعت لكم كل شيء مين بيبعت لكم الطيران الأمريكان مين بيبعت لكم الدبابات الأمريكان مين بيبعت لكم الفلوس الأمريكان | Come on, what do you mean! Why talk about the Americans? Isn't it enough that the Americans are supporting you and providing you with everything? Who sends airplanes to you? The Americans. Who sends tanks to you? The Americans. Who sends money to you? The Americans. |
| 04:59:05:01 | -بس الأمريكان كانوا يحاولوا | But the Americans have been trying… |
| 05:02-05:09 | ماتقوليش الأمريكان. حماس الجهات الثانية دربوهم الإيرانيين | Don't talk to me about the Americans. Hamas and the other parties have been trained by the Iranians. |
| 05:10-05:15 | -مسؤولية مين إيقافهم مسؤولية مين إقافهم هم في داخل السلطة الفلسطينية | Whose responsibility is it to stop them? Whose responsibility is it to stop them? They are inside the Palestinian Authority. |
| 05:16-05:17 | لا مش داخل السلطة الفلسطينية | No, not inside the Palestinian Authority. |
| 05:17-05:18 | -ويخرجون من يعارضون | And they release those who oppose… |
| 05:19-05:24 | مش داخل السلطلة الفلسطينية الجهاد مش داخل السلطة الفلسطينية إحنا | Not inside the Palestinian Authority. The Jihad [Palestinian Islamic Jihad] is not inside the Palestinian Authority. We… |
| 05:26-05:32 | -سيدي في مخيم اللاجئين في جنين هو هو يخرجون مئات من الانتحاريين | Sir, inside the refugee camp, in Jenin where they… where they recruit hundreds of suicide bombers. |
| 05:33-06:24 | اسمح لي وأنت عرفت إن إحنا وادينا قوات ونزلنا التنظيم واعتقلنا 14 واحد 14 واحد وطالبين منكم ومن الأمريكان أن ننقل الـ 14 واحد وإيش رأيك أنت بنفسك تروح تجيب الـ 14 واحد إللي اعتقلناهم في مخيم جنين وبس تجيبهم لي هنا وامبارح من الجنرال زيني كررت هذا الطلب مرة أخرى قلت له أرجوك تعطيني حماية أمريكية عشان أنقل هؤلاء الذين اعتقلتهم في جنين وخاصة من مخيم جنين 14 واحد | Wait a second. You know that we sent forces, we sent Tanzeem [Fatah] and arrested 14 individuals, 14 individuals. We asked you and asked the Americans as well to help us move the 14 individuals. Why don't you go yourself and bring the 14 individuals we arrested in the Jenin camp. Bring them to me here. Yesterday I repeated the request to General Zinni again. I told him, |

| | | | |
|---|---|---|---|
| | | | "please give me American protection so that I can transfer the individuals we arrested in Jenin," especially from Jenin camp… 14 individuals. |
| 06:25-06:29 | | كيف تحولتم من شريك لعلمية السلام إلى عدو لدولة إسرائيل؟- | What made you change from a partner in the peace process to an enemy of the state of Israel? |
| 06:30-06:46 | | لأن الإعلام الإسرائيلي الذي يحرك العالم أجمع ما شاء الله لكم تأثير على إعلام ووسائط إعلام أوروبية | Because of the Israeli media that influences the whole world. My God you have influence over the media… and over the European media outlets. |
| 06:46-06:49 | | سيدي ده الشعب الإسرائيلي مش أوروبا- | Sir, this is the Israeli people, not Europe |
| 06:50-06:56 | | الشعب الإسرائيلي هو جزء من الشعب اليهودي في العالم | The Israeli people are part of the Jewish people. |
| 06:56-07:03 | | فقدتم ثقة اليهود والإسرائيليين والأمريكان- | But you have lost the confidence of the Jews, of the Israelis, and of the Americans. |
| 07:04-07:23 | | لأن إعلامكم ما شاء الله مش موقف وقيادتكم مش موقفة التحريض علينا أنا بن لادن؟ والسلطة طالبان؟ أنا بن لادن؟ أنا بن لادن؟ | Because your media, my God, it does not stop, and your leadership is not stopping the incitement against us. Am I Bin Laden? Is the [Palestinian] Authority the Taliban? Am I Bin Laden? Am I Bin Laden? |
| 07:23-07:26 | | هل تشعرون أن زمام الأمور لسة في أيديكم؟- | Do you feel that you are still in control? |
| 07:27-07:28 | | طبعا | Of course |
| 07:8-07:29 | | وفي سيطرة كاملة؟- | Total control? |
| 07:29-07:30 | | طبعا | Of course. |
| 07:31-07:34 | | ومفيش أن حماس يعمل لحسابه- | But doesn't Hamas promote its own agenda? |
| 07:35-07:47 | | ميت مليون حاولوا لما حددت الشيخ ياسين قامت مظاهرات ويوم الجمعية كنا متوقعين مظاهرات | Millions have tried. There were demonstrations when I threatened Sheikh Yasin. We expected demonstrations to take place on Friday. |
| 07:48-07:57 | | لأنه يتكلم عن اتفاق بين السلطة وحماس مش تفاهم مش يعني أوامر من السلطة هذا كله في وسائل الإعلام- | Because they talk about an agreement between the [Palestinian] Authority and Hamas, not an understanding, not instructions coming from the Authority. All of this is in the media. |
| 07:58-08:10 | | في وسائل الإعلام عشان هيك متهمينا بالخيانة لأن احنا اعتقلنا المجاهدين الشهداء الذين يرسموا هذه | In the media. That is why they accuse us of treason, because we |

| | | |
|---|---|---|
| | العملية الإرهابية | arrested the mujahideen, the martyrs who plan these terrorist operations. |
| 08:11-08:24 | فيه ناس مقربين منك يقولون في عدة مرات أنهم يأسوا من طريق الانتفاضة ويودون الرجوع إلى عملية التفاوض | There are people close to you who said several times that they are disheartened by the course that the uprising is taking and that they would like to go back to the process of negotiations. |
| 08:25-08:49 | يا رجل إحنا امبارح في بياننا الرسمي وفي مرأى المؤتمر الصحفي مع أخويا وزير الخارجية المصري وقبليه مع الجنرال زيني قلت هذا الكلام رسميا ليش ما بتسمعوش | Come on, only yesterday in our official communiqué, at the press conference in the presence of the Egyptian Foreign Minister, and before that with General Zinni, I stated this officially. Why don't you listen to it? |
| 08:41-09:00 | لسة ما كملتش سؤالي لو سمحت لي ويقولون أنهم لم يأخذوا منك الأمر الواضح بإنهاء القتال ده إدانة أمر عسكري وسيادتك جنرال سيادتك قائد عسكري لم يأخذوا القرار الواضح | Please, I have not completed my question yet. They also say that they have not received from you a clear order to stop the fighting. This is the condemnation. Issue a military order. You are a general, your Excellency. You are a military commander, your Excellency. They have not received a clear order. |
| 09:01-09:30 | وقف إطلاق النار التزمنا به مش بس أعلناه التزمنا به دوليا دوليا أبوه وإعلان حالة الطوارئ وهي هو: على وقف إطلاق النار وتوضيده وبينها إعلان حالة الطوارئ في المناطق الخاضعة للسلطة الوطنية ومعاقبة كل من يخالف قرار وقف إطلاق النار وذلك | We have committed ourselves to the ceasefire. We have not simply declared that, we have committed ourselves internationally, internationally, internationally. Yes we did. We also have declared a state of emergency. Here it is [Arafat reads from sections in a communiqué]: "…for a ceasefire and the reinforcement of the ceasefire and the imposition of a state of emergency in the areas under the control of the Palestinian Authority… and to take punitive measures against anyone who violates the ceasefire resolution…" |
| 09:31-09:40 | ولكنهم الرجال المؤيدين لسيادتك يقولون أنهم لم يأخذوا قرار عسكري | But the men who support your Excellency say that they have not received a military order. |
| 09:41-09:44 | جيب لي من هو هذا عشان أحطه في السجن | Who is that? Bring him to me so I can put him in jail. |
| 09:45-09:54 | كل مواطني إسرائيلي يشعر بخيبة آمل وبخوف من أن مفيش حملة اعتقالات جدية وصارمة ومحاكمات | Every Israeli citizen is disappointed, and scared, because there is no serious, strict campaign of arrests and trials. |

| | | |
|---|---|---|
| 09:55-10:03 | لأن دائما وأبدا تقولوا هذا الكلام " revolving door" تقولوا علينا | Because you always, always talk about the "revolving door" with us. |
| 10:04-10:06 | مش هي "revolving door" هل فيه حد | Isn't this a "revolving door", is there anyone… |
| 10:07-10:23 | امبارح ضربتم السجن ضربتم سجن الشرطة 3 الصبح أنا مانمتش 3 الصبح ضربتم أنت عارف هذا كان الإف 16 ضربت الشرطة | Yesterday, you bombed the prison. You bombed the police prison at 3:00 in the morning. I could not sleep. You bombed the prison at 3:00 in the morning. You know this? The F-16 bombed the police. |
| 10:24-10:25 | لأن قذائف الهاون تتكرر وتتكرر | This is because mortar shells have been fired time and again. |
| 10:26-10:27 | يا سلام | Oh God! |
| 10:27-10:29 | سيادتك أمرت 3 مرات | Your Excellency, three times you ordered … |
| 10:29-1109 | قذائف الهاون إذا هذا الكلام وأنا وأنا ألقيت القبض من خلال أجهزتي الشرطة والمخابرات على المصانع اللي بتعمل الهاونات واتفضل أنا بعزمك أنت وكل الإعلام الإسرائيلي تروحوا اليوم تزوروا هذه المصانع التي صادرناها وأوقفنا فيها هذا الكلام ويمكن فيها بعض | Mortar shells, if this talk… Through the police and intelligence agencies, I have shut down the factories that make mortar shells… I invite you and invite all the Israeli media to go visit these factories today, we impounded and stopped what they had been doing. Maybe there are some… |
| 11:10-11:14 | وحتى بعد الإصدار تكررت عمليات الهاون | Mortar shells were fired even after the order. |
| 11:15-11:22 | اسمح لي خليني أكون صريح معاك يمكن لسة لا زال فيه مصنع أو اثنين يمكن ولكن إحنا وراها | Please, let me be frank with you. There may be one or two factories, maybe, but we are after them. |
| 11:23-11:35 | سيادتكم قائد لفتح وتنظيمه والتنظيم يقول مش مهم زيارة شارون ومش مهم تنت عايزين مروان برغوتي | Your Excellency, you are the commander of Fatah and of the [Fatah] Tanzeem. And the Tanzeem says that the Sharon visit is not important, and that Tenet is not important… they want Marwan Barghouti. |
| 11:35-11:36 | مين هو مروان برغوتي؟ | Who is Marwan Barghouti? |
| 11:37-11:42 | عايزين إزالة الاحتلال كأن ما فيه اتفاقيات | They want an end to the occupation. As if there are no agreements. |
| 11:38-11:43 | نعم إزالة الاحتلال | Yes, an end to occupation. |
| 11:43-11:44 | بالقوة وبالعنف | By force and with violence? |
| 11:45-11:46 | لأ مش بالقوة والعنف | No, not by force and violence. |
| 11:47-11:50 | قائمة مائة وعشرة قدمت لحضراتكم | A list with 110 names was submitted to you. |

| | | |
|---|---|---|
| 11:51-13:06 | أنا لم تقدم لي اي قائمة إلا قائمة قدمها لي الجنرال زيني فيها 33 اسم أنا معتقل منهم أنا معتقل منهم لما قرأتها بالصدفة لقينا 7 لكن جانب السبعة قد ايه عشرات غيرهم ثم بعد ما أعطينا كملنا الاعتقال وصل عدد المعتقلين من 33 اللي بتقول عليهم لما أعطاهاني الجنرال زيني أول أمس ولا أول أمس أعطاها لنا الجنرال زيني اعتقلنا من 33 عشرة ثانيين وتحب تروح تشوفهم أتفضل دلوقتي بوريك عشرة منهم 13 منهم هنا هنا | The only list that was submitted to me was that of General Zinni. It has 33 names. Of these I have arrested… Of these I have arrested… When I read it I happened to find 7… but next to the seven there were what, tens more. After we were given the list and after we were done with the arrests the number of detainees out of the 33 you're talking about… Yesterday… the day before yesterday, when General Zinni gave it to us, we arrested another 10 from among the 33. If you'd like to see them, you are welcome to do so now. I will introduce you to 10 of them. Thirteen of them are here … |
| 13:05-13:09 | والباقي من الـ 33 الباقي | And what about the rest of the 33? |
| 13:10-13:11 | وراهم | Their turn is coming. |
| 13:12-13:40 | ومع ذلك أنا بقول لك إيه أنا بامد إيدي بالسلام للشعب الإسرائيلي من أجل أطفالنا وأطفالكم وأنا جاهز لتنفيذ ما تم الاتفاق عليه دوليا وأنا جاهز لتنفيذ ما تم الاتفاق عليه بيني وبين كل القيادات الإسرائيلية | Despite all of that, let me tell you this. I extend a hand of peace to the Israeli people for the sake of our children and your children. I am ready to implement what was agreed upon internationally. I am ready to implement the agreements made with all Israeli leaders. |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br><br>　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 885.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 885.

Dated: February 28, 2014

_____
Clark Hayes

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 885.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 1 885.

Dated: February 18, 2014

                                                      Rina Ne'eman

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

```
HIRUT J MKRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D. # 2332704
```