
PLAINTIFF'S EXHIBIT 241

Sunday, March 17, 2013
Search / Archive          Heb / Eng      Homepage / About Wafa / Contact us / E-mail
[logo] WAFA: Palestinian News and Information Agency
March 17, 2013 – 6:03 p.m. Jerusalem Time

**Qaraqe' Denies Rumors of Converting Prisoners' Wages to Welfare Payments**
- + Adjust font

Ramallah, December 27, 2012 Wafa – The Minister of Detainees and Ex-Detainees Affairs, Issa Qaraqe', denied on Thursday the news reports and rumors about converting the prisoners' wages to welfare payments.

In a statement to the press, Qaraqe' indicated that the prisoners receive their financial allowances in accordance with the rules and the law, and that their rights are protected and cannot be violated.

He also stated that the government, headed by Prime Minister Salam Fayyad, considers the case of the prisoners to be a fundamental case, and that it has approved rules and regulations to support and protect them in appreciation for their sacrifices and their struggle.

He added that the past few years have witnessed significant support from the government for all the rules and laws that protect the rights of the prisoners and their families, as well as the rights of the militant martyrs.

Qaraqe' asked the public to be vigilant when dealing with rumors and not to use the prisoners for narrow personal goals, as this has created confusion among the prisoners.

S. K. / Kh. Kh.
[Left column]
Latest News           More


5:52 p.m. – March 17, 2013 – The basketball federation is scheduling regular tournaments for those born in 95

5:35 p.m. – March 17, 2013 – Celebration of the National Culture Day in Qalqilya

5:21 p.m. – March 17, 2013 – Agriculture Aid launches a project for bolstering the economic role of rural women

5:14 p.m. – March 17, 2013 – Signing of a plan to implement the cooperation agreement between Agriculture and the Italian province of Trento

[Stamp] **P 1: 976**

5:11 p.m. – March 17, 2013 – Renewal of the ban preventing the "Damir" [Conscience] Prime Minister from entering the West Bank for the fourth time

5:05 p.m. – March 17, 2013 – Prisoner Club: Al-Sharawna agrees to be deported to Gaza for 10 years

http://www.wafa.ps/arabic/index.php?action=detail&id=145442

[Stamp] **P 1: 976** [continued]

4:50 p.m. – March 17, 2013 – Al-Atily launches the International Water Day events

4:45 p.m. – March 17, 2013 – Announcement of schedule for some of the 16th tournament rounds for the trophy championship and the 21st week for the first rounds

4:28 p.m. – March 17, 2013 – Al-Taybi: Netanyahu's government is racist towards all Palestinians

4:24 p.m. – March 17, 2013 – Disclosure of new Judaization plans at Maman Allah [God's Sanctuary] cemetery in Jerusalem

4:23 p.m. – March 17, 2013 – The Palestinian Advisory Agency and the French Consulate sign a cooperation agreement

3:52 p.m. – March 17, 2013 – 12 Palestinian refugees martyred and 25 injured at Sbeina Camp near Damascus

3:34 p.m. – March 17, 2013 – The European evaluation delegation examines the work of the Control Bureau

3:30 p.m. – March 17, 2013 – Gaza: A political forum calls for ending the division and for getting the young people involved

3:21 p.m. – March 17, 2013 – Jenin Education takes first place in science in the international TIMSS study

3:09 p.m. – March 17, 2013 – Al-Khalil Agriculture completes the construction and rehabilitation of 233 agriculture wells

2:50 p.m. – March 17, 2013 – Tourist Police: More than 88,000 tourists toured the country last week

2:34 p.m. – March 17, 2013 – Anti-Corruption signs an agreement with the Auditors Association

2:31 p.m. – March 17, 2013 – Women's sit-in in front of the Red Cross in Hebron in solidarity with the prisoners

2:30 p.m. – March 17, 2013 – Majdalani informs the International Labor Organization delegation about work conditions

President
Prime Minister
The Legislative Council

http://www.wafa.ps/arabic/index.php?action=detail&id=145442

[Stamp] **P 1: 977**

Liberation Organization
The Judiciary

Sections:
President / Prime Minister / Legislative / Judiciary / Liberation Organization / Editorial / Economy / Sports / Culture / Local / Arab and International / Solidarity / Israeli Affairs / Reports / Political Analysis / Women's Affairs / Prisoners / Miscellaneous / Communities / Studies and Research / Legal Analysis / Politics / Palestinian Stock Exchange

All Rights Reserved to Wafa.ps

http://www.wafa.ps/arabic/index.php?action=detail&id=145442

[Stamp] **P 1: 978**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 1 976-78.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1 976-78.

Dated: February 28, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

*Lanore C. Smith*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

Sunday, March 17, 2013

الرئيسية | عن وفا | اتصل بنا | البريد

Heb | Eng

الأرشيف | إبحث

WAFA Images

WAFA Info

WAFA Multimedia

للاشتراك أرسل "سجل وفا" أو "wafa"
برسالة قصيرة إلى الرقم المختصر
37714

جوال

WAFA
وكالة الأنباء والمعلومات الفلسطينية
Palestinian News & Info Agency

17 آذار 2013 الساعة 18:03 بتوقيت القدس

# قراقع ينفي إشاعات حول تحويل رواتب الأسرى إلى إعانات اجتماعية

Tweet 128 Like 0 تعديل حجم الخط

رام الله **27-12-2012** وفا- نفى وزير شؤون الأسرى والمحررين عيسى قراقع اليوم الخميس، ما توارد من أنباء وإشاعات حول تحويل رواتب الأسرى إلى إعانات اجتماعية.

وأوضح قراقع في تصريح صحفي، أن الأسرى يتقاضون مخصصاتهم المالية وفق النظام والقانون، وحقوقهم محفوظة ولا يمكن المساس بها.

وأشار إلى أن الحكومة برئاسة رئيس الوزراء سلام فياض تعتبر قضية الأسرى قضية أساسية، و وأقرت أنظمة لدعمهم وحمايتهم تقديراً لتضحياتهم ونضالهم.

وأضاف أن الأعوام الأخيرة شهدت دعما كبيرا من الحكومة لكافة الأنظمة والقوانين التي تحمي حقوق الأسرى وعائلاتهم وكذلك حقوق الشهداء المناضلين.

ودعا قراقع إلى توخي الحذر في التعامل مع الإشاعات وعدم استخدام الأسرى لأغراض شخصية وضيقة، أدت إلى خلق بلبلة في صفوف الأسرى.

---

س.ك/ خ.خ

أحدث الأخبار المزيد

17:52 17-3-2013 اتحاد السلة يجدول مباريات دوري مواليد 95

17:35 17-3-2013 الاحتفال باليوم الوطني للثقافة في قلقيلية

17:21 17-3-2013 الإغاثة الزراعية تطلق مشروع تعزيز الدور الاقتصادي للنساء الريفيات

17:14 17-3-2013 توقيع خطة لتفعيل اتفاقية تعاون بين الزراعة ومقاطعة ترينتو الإيطالية

17:11 17-3-2013 تجديد حظر دخول رئيس مجلس 'الضمير' للضفة للمرة الرابعة

17:05 17-3-2013 نادي الأسير: الشراونة يوافق على إبعاده إلى غزة 10 سنوات

http://www.wafa.ps/arabic/index.php?action=detail&id=145442

Sunday, March 17, 2013

| | |
|---|---|
| 16:50 17-3-2013 | العتيلي يطلق فعاليات يوم المياه العالمي |
| 16:45 17-3-2013 | الإعلان عن جدول بعض مباريات دور الـ16 لبطولة الكأس والأسبوع 21 لدوري الأولى |
| 16:28 17-3-2013 | الطيبي: حكومة نتنياهو تمارس العنصرية ضد الفلسطينيين كافة |
| 16:24 17-3-2013 | الكشف عن مشاريع تهويدية جديدة في مقبرة 'مأمن الله' في القدس |
| 16:23 17-3-2013 | الهيئة الاستشارية الفلسطينية والقنصلية الفرنسية توقعان اتفاقية تعاون |
| 15:52 17-3-2013 | استشهاد 12 لاجئا فلسطينيا وجرح 25 في مخيم سبينة قرب دمشق |
| 15:34 17-3-2013 | وفد التقييم الأوروبي يطلع على عمل ديوان الرقابة |
| 15:30 17-3-2013 | غزة: ندوة سياسية تدعو لإنهاء الانقسام وإعطاء الشباب دورهم |
| 15:21 17-3-2013 | تربية جنين تتصدر المركز الأول في العلوم في الدراسة الدولية 'TIMSS' |
| 15:09 17-3-2013 | زراعة الخليل تنهي إنشاء وتأهيل 233 بئرا زراعية |
| 14:50 17-3-2013 | شرطة السياحة: أكثر من 88 ألف سائح جابوا البلاد الأسبوع الماضي |
| 14:34 17-3-2013 | مكافحة الفساد توقع اتفاقية مع جمعية مدققي الحسابات القانونيين |
| 14:31 17-3-2013 | اعتصام نسوي أمام الصليب الأحمر بالخليل تضامنا مع الأسرى |
| 14:30 17-3-2013 | مجدلاني يطلع بعثة منظمة العمل الدولية على أوضاع العمال |

رئاسة

رئاسة الوزراء

المجلس التشريعي

http://www.wafa.ps/arabic/index.php?action=detail&id=145442



Sunday, March 17, 2013

http://www.wafa.ps/arabic/index.php?action=detail&id=145442

P 1: 978