# PLACEHOLDER FOR EXHIBIT 242

## SEE ENCLOSED DVD

| Time | Hebrew | English |
|---|---|---|
| 00:00 – 00:43 | שלום לכם. שש שעות וחצי אחרי הפיצוץ, זה מה שנותר מן הקפיטריה בלב הקמפוס של האוניברסיטה העברית בהר הצופים בירושלים. שבעה בני אדם נהרגו, עשרות רבות נפצעו. יש קושי גדול לזהות את ההרוגים. מטען החבלה הונח בתוך תיק. איש מצוות האבטחה של האוניברסיטה לא הבחין בתיק הזה. הקפיטריה הייתה עמוסה באנשים בשעת הפיצוץ. מרצים, סטודנטים יהודים, סטודנטים ערבים, תלמידים מחוץ לארץ. במהלך יום לימודים או מבחן הם ביקשו רק לנוח בקפיטריה כמה דקות. על הפיגוע מדווחים כתבינו חיים ריבלין, אדם שוב ומשה נוסבאום. | Hello, everyone. Six and a half hours after the explosion, this is what is left of the cafeteria in the heart of the campus of the Hebrew University on Mt. Scopus in Jerusalem. Seven people were killed, many dozens were wounded. It is very difficult to identify those who were killed. An explosive device was placed inside a bag. None of the university security staff noticed this bag. The cafeteria was full of people at the time of the explosion. Lecturers, Jewish students, Arab students, foreign students. In the middle of a day of studies or a test, they just wanted to take a break in the cafeteria for a few minutes. Our reporters Chaim Rivlin, Adam Shuv and Moshe Nussbaum report on the attack. |
| 00:44 – 00:50 | אמבולנסים החוצה… פצועה אחת קשה אצלי… | Ambulances outside… I have one severely wounded woman… |
| 00:52 – 01:30 | ירושלים, רק יממה אחרי הפיגוע הקשה ברחוב הנביאים, שוב דוהרים האמבולנסים, אלא שהפעם הם עמוסים בנפגעים. …פיצוץ ענקי…. כל מי שקשור לאוניברסיטה העברית, סטודנטים, מרצים, עובדים ומאבטחים, כולם מתקשים לעכל את זה שהיום נשבר משהו שהם כל כך האמינו בו: שלכאן זה לא יגיע. וזה קרה בסביבות אחת וחצי בצהריים, בקפיטריה של בניין פרנק סינטרה, שעת השיא של ארוחת הצהריים. עשרות סטודנטים ומרצים שוהים בקפיטריה. איש לא חושד בתיק שהונח על אחד השולחנות במרכז האולם. | Jerusalem, just one day after the severe attack on Ha'Nevi'im Street, the ambulances are racing again, but this time they are filled with wounded people. …A giant explosion… Everyone who is connected to the Hebrew University, students, lecturers, employees, and guards, everyone is having a hard time digesting the fact that today something they strongly believed in broke down: that it wouldn't reach this place. And it happened at around 1:30 in the afternoon, in the cafeteria of the Frank Sinatra building, the peak lunchtime hour. Dozens of students and lecturers are in the cafeteria. No one suspected the bag that was placed on one of the tables in the center of the hall. |
| 01:32 – 01:37 | …בזמן ארוחה ופתאום היה פיצוץ גדולה…מייד היו פצועים וצעקות… ואנשים שכבו… | …During mealtime, and suddenly there was a huge explosion… Immediately, there were wounded people, and shouting… and people were laying down… |
| 01:38 – 01:50 | מדובר כפי שאמרתי כפי הנראה במטען חבלה בקנה מידה גדול. אנחנו בודקים את ההרכב, וצריך לקחת בחשבון שמדובר כמובן בחדר סגור, ויש לזה משמעותיות אחרות מאשר לפיגוע באזור פתוח. | We are talking about, as I said, apparently a large scale explosive device. We are checking the composition, and we have to take into account that of course we are talking about a closed room, and this has different meanings than an attack in an open area. |

| | | |
|---|---|---|
| 01:51 – 01:58 | כמעט כל מי שהיה בתוך הקפיטריה נפגע. האפקט של מטען חבלה גדול שמתפוצץ בתוך מקום סגור היה מקסימלי. | Almost everyone who was inside the cafeteria was hurt. The effect of a large explosive device that explodes inside a closed place was the maximum. |
| 01:59 – 02:13 | הבניין רעד, הרצפה זזה. מצד אחד כשהסתכלנו אחרינו, מצד ימין על הכביש היה עשן. ואחרי זה היו.... נשברו זכוכיות בכלל מצד שמאל של המבנה. וגם למעלה במבנה. לא ידענו מאיפה, מאיזה כיוון. היה בלגן נוראי. | The building shook, the floor moved. On one side when we looked behind us, there was smoke on the right on the street. And after that there were… glass totally shattered on the left side of the building. And up high as well, in the building. We did not know where from, from which direction. It was a horrific mess. |
| 02:14 – 02:15 | כנסו בקשה פנימה, סליחה, כנסו בקשה פנימה, תודה. | Get inside please, excuse me, get inside please, thank you. |
| 02:16 – 02:33 | סטודנטים רבים שלא נפגעו סייעו לחלץ את חבריהם הפצועים. ורק בחלוף שעה ארוכה, לאחר שהסתיים הפינוי, רק אז, התפנו הסטודנטים לספר על מה שבעיניהם נראה ליקויי אבטחה שאולי איפשרו למחבל להיכנס לקמפוס ולקפיטריה. | Many students who were not hurt helped to rescue their wounded friends. Only after a long hour had passed, after the evacuation was finished, only then were the students available to talk about what to them seemed like security lapses, which perhaps permitted the terrorist to enter the campus and the cafeteria. |
| 02:35 – 02:46 | יש פה מערך אבטחה יעיל, מערך אבטחה שפרוש. אבל האוניברסיטה היא כמו עוד כמה מקומות רבים במדינת ישראל שלא ניתן להבטיח אותם במאה אחוז. | There is an efficient security system here, a security system that is deployed. But the university is like many other places in the State of Israel that cannot be fully and totally secured. |
| 02:47 – 03:19 | עשרות פלסטינים מעובדי האוניברסיטה, וכאלה ששהו באזור בעת הפיגוע, עוכבו לחקירה. ההערכה היא שהמחבל הכיר היטב את האזור. המקום והשעה לא נבחרו באקראי, סבורים החוקרים. אלא שבמקרה הזה, קשת החשודים האפשריים גדולה במיוחד, שכן בסופו של דבר, האוניברסיטה חרטה על דגלה את הפלורליזם ומתן ההזדמנויות השוות לכולם. מי שחיפש את ההוכחה לכך מצא אותה בבתי החולים שטיפלו היום בעשרות נפגעים יהודים, ערבים עולים חדשים... | Dozens of Palestinians who are university employees, and who were in the area at the time of the attack, have been detained for questioning. The assumption is that the terrorist was well acquainted with the area. The place and time were not chosen randomly, the investigators think. But in this case, the range of possible suspects is particularly broad, because after all, the university raised the banner of pluralism and granting equal opportunity to all. Those who searched for proof of this found it in the hospitals, which today cared for dozens of wounded, Jews, Arabs [and] new immigrants… |

P10 – 2.VOB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 10: 2.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 10: 2.

Dated: February 20, 2014

_____
Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D. # 1032704