


Date: 6 Tishri, 5763
September 12, 2002

File Number: 3739/02

**Military Court, Beit El**
**Transcript of Hearing before Single Judge**

**Before the Deputy President: Major Nathaniel Benichou**

**Prosecutor: Captain Michael Kotlik - Present**
**Defense Attorney: Not present**

**Defendant: Nasser Jamal Mousa Shawish Identity No. 993006188/ Israel Prison Service – Present**

**Interpreter: Private Wajdi Khatar**
**Recorder: Corporal Inbal Hess**

---

**The President of the Court opens the hearing and identifies the Defendant.**

## HEARING

Prosecutor: I move to remand the Defendant until the end of legal proceedings against him, the Defendant has confessed to most of what has been attributed to him, and similarly he has been incriminated by additional prosecution witnesses. We are dealing with a large number of horrific terrorist attacks in Israel, as well as shooting attacks and the preparation of explosive devices in the Area.

Defendant: It's not a charge that I committed a number of terrorist attacks. I was the organizer of five suicide terrorist attacks, and it is an honor for me to defend my people. To prove to the Israel Defense Forces that we in the al-Aqsa Brigades can get to the cities in Israel, just like the Israel Defense Forces can destroy our villages. I do not regret my actions. I don't recognize the authority of the Court, I was kidnapped from the areas of the [Palestinian] Authority. I was in the Palestinian Intelligence.

## DECISION

After having examined the evidentiary material, I am satisfied that there is prima facie evidence to prove the guilt of the Defendant, at this stage, in the form of his admission to the offenses attributed to him, both under interrogation and before me.

[Stamp] P 11-3: 229

These are most serious crimes, which undoubtedly establish the grounds of danger.

Therefore, I order the Defendant to be remanded until the end of legal proceedings against him.

The defense attorney, when appointed, will be entitled to file a motion for review.

**Given and notified this day, September 12, 2002, in public and in the presence of the parties.**

[Rectangular Stamp]
Military Court
Beit El

[Signature]

Deputy President



[Stamp] P 11-3: 229 [continued]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P11-3 229.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P11-3 229.

Dated: March 6, 2014

[signature]
Rina Ne'eman

ss.: New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6 day of March, 2014

Leonor Troyano
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires [illegible]

תאריך : ו' תשרי, תשס"ג
12 ספטמבר, 2002

מס' תיק: 3739/02

**בית המשפט הצבאי בית אל**

**פרוטוקול הדיון בישיבת דן יחיד**

**בפני המשנה לנשיא:רס"ן נתנאל בנישו**

**תובע:סרן מיכאל קוטליק -נוכח**
**סנגור: ללא ייצוג**

**נאשם:נאצר ג'מאל מוסא שויש ת.ז. 993006188 /שב"ס - נוכח**

**מתורגמן:טור' וג'די חטאר**
**רשמת: רב"ט ענבל הס**

---

**אבה"ד פותח את הדיון ומזהה את הנאשם.**

**<u>מהלך הדיון</u>**

תובע: אבקש לעצור את הנאשם עד לתום ההליכים המשפטיים נגדו, הנאשם הודה ברוב המיוחס לו, וכמו כן הופלל ע"י עדי תביעה נוספים. מדובר במספר רב של פיגועי תופת בישראל וכן פיגועי ירי והכנת מטענים באזור.

נאשם: זה לא אשמה שאני עשיתי כמה פיגועים. אני הייתי המארגן של חמישה פיגועי התאבדות, וזה כבוד לי שאני מגן על העם שלי. כדי להוכיח לצה"ל שאנו בגדודי אל אקצא יכולים כמו שצה"ל יכול להרוס את הכפרים שלנו, להגיע לערים בישראל. אני לא מתחרט על מעשיי. אני לא מכיר בסמכותו של ביהמ"ש, אני נחטפתי מאזורי הרשות. אני הייתי במודיעין הפלסטיני.

**<u>ה ח ל ט ה</u>**

לאחר שעיינתי בחומר הראיות, נחה דעתי כי יש בו ראיות לכאורה להוכחת אשמתו של הנאשם, בשלב זה, בדמות הודאתו בעבירות המיוחסות לו גם בחקירה וגם בפניי.

המדובר בעבירות חמורות ביותר, אשר אין ספק כי הן מקימות את עילת המסוכנות.

אשר על כן, אני מורה על הארכת מעצרו של הנאשם עד לתום ההליכים המשפטיים נגדו.
הסניגור לכשימונה, יהיה זכאי להגיש בקשה לעיון חוזר.

**ניתן והודע היום, 12/09/02, בפומבי ובמעמד הצדדים.**

**המשנה לנשיא**