

PLAINTIFF'S
EXHIBIT
252

Date:  8 Shevat 5768
   January 15, 2008

Case No.: 2305/04

### The Judea Military Court

**Before Honorable President of the Court:** Major Yair Tirosh
            **Judge:** Major Dalia Kaufman
            **Judge:** Major Amir Dahan

**The military prosecution**
(by Captain Sagiv Lichtman)

- v. -

**Ahmed Mohamed Ahmed Saad, Identity No. 911744878 / IPS**
(by Counsel Adv. Osama Ouda)

---

### Arguments for Sentencing



1









*I made a mistake and I regret that I did it, but the part I did, I admit it,* my actions were violent and bad actions against humanity,









































## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

         vs.                                              No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.      The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P2: 133-144.

2.      I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P2: 133-144.

_____
Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


_____
Notary Public

```
┌─────────────────────────────────────────┐
│        HIRUT J MHRETE                     │
│        NOTARY PUBLIC                      │
│        STATE OF NEW JERSEY                │
│  MY COMMISSION EXPIRES SEPT. 7, 2015      │
│          I.D.# 2332704                    │
└─────────────────────────────────────────┘
```

תיק מס' : 2305/04

תאריך : ח' בשבט תשס"ח
15 ינואר, 2008

ב י ת ה מ ש פ ט ה צ ב א י י ה ו ד ה

בפני כב' האב"ד : סא"ל יאיר תירוש
השופטת : רס"ן דליה קאופמן
השופט : רס"ן אמיר דהאן

התביעה הצבאית
(באמצעות סרן שגיב ליכטמן)

נגד

הנאשם : אחמד מוחמד אחמד סעד ת.ז 911744878 / שב"ס
(באמצעות ב"כ עו"ד אוסאמה עודה)

_____

<u>נימוקי גזר דין</u>



P 2: 133





וְעָשִׂיתִי

טעות ואני מתחרט על זה שעשיתי את זה אולם החלק שעשיתי, אני
מודה בו אבל את מה שעשיתי הוא חלק שביצעתי אותו בלי לחשוב על
התוצאות ואני מקווה שיהיה ברור לכולם שאני בזמן שהגעתי לגיל בגרות
חשבתי על מעשיי וראיתי שהמעשים שעשיתי אותם הם מעשים
אלימים ולא טובים גם האנושות





