PLAINTIFF'S EXHIBIT 260

Date: 2 Av 5766
July 27, 2006

Case No.: 2270/04

## The Judea Military Court

**Before the Honorable Presiding Judge:**  Major Ronen Atzmon
                               **Judge:**  Major Adrian Agasi
                               **Judge:**  Major Menachem Lieberman

**The Military Prosecution**
(Represented by Lieutenant Tomer Horovitz)

- v. -

**The Defendant: Ahmed Salah Ahmed Salah, Identity No. 901739656 / Israel Prison Service**
          – present
(Represented by Counsel, Adv. Osama Ouda – present)

**Stenographer:** Corporal Liat Wieg
**Interpreter:** Corporal Majd Katish

---

The Presiding Judge opens the session and identifies the Defendant.

## Course of the Hearing

Defendant: Adv. Osama Ouda is representing me.

Defense counsel: We intended to conclude this case today, but the Defendant has seen that his colleague was taken out of the courtroom before the sentencing and now he does not want to hold the hearing.

Defendant: When I saw that ▇▇▇ was taken out of the courtroom, this affected my mood. His family is here and it has marred its honor. Therefore I do not want to make any deal today.

Defense counsel: I ask to defer the hearing.

Prosecutor: I ask that the verdict be heard.

## Decision

The draft verdict is almost ready. It is expected that it will be completed by next Sunday. Therefore, we defer giving the verdict to Sunday, July 30, 2006.

[Stamp] P 2: 145

The parties must present by 9:30 a.m.

Because the parties are present, no additional summons will be given.

Handed down and announced this day, July 27, 2006, in public and in the presence of the parties.

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | Presiding Judge | Judge |

After a recess.

Defense counsel: After rethinking the matter, the Defendant is interested in the arrangement being reached today similar to the arrangement that was reached with his colleague.

**At this stage, a transcript is being copied from Case 2271/04.**

Defense Counsel: The defense was supposed to give a summation today. It is the position of the Defendant that he does not want me to give a summation and his position is that all of the facts in the indictment are correct and it is his position that he murdered and injured all the people who were mentioned in the indictment, but he did it within the framework of his struggle against the occupation. It is the right of the Defendant to do so and therefore, although he has murdered, he does not think that he is pleading guilty.

[Stamp] P 2: 145 [continued]

Date: 2 Av 5766
July 27, 2006

Case No.: 2270/04

Defendant: I confirm that the facts of the indictment are correct, as my defense counsel said. I do not plead guilty; the Court can decide whether I am guilty or not.

Prosecutor: The Prosecution has filed summations. In view of the Defendant's admission to the indictment, I ask that he be convicted of that which has been attributed to him.

## Verdict

Based on the Defendant's admission of the facts of the indictment, we have examined the counts of the indictment and we are convinced that the admission of the facts is enough to substantiate the guilt of the Defendant for all counts of the indictment.

We must point out that within the arbitrary contention of the defense counsel that the Defendant committed the acts while thinking that by doing so he was resisting the "occupation actions" and therefore he does not plead guilty, we have found no basis for any legal defense.

Therefore, we determine that there is no qualification to the criminal liability of the Defendant for the acts that he has admitted.

We therefore convict the Defendant of all of the offenses appearing in the indictment, as follows:

A.  Shooting at a person, pursuant to Regulation 58 (A) of the Defense Regulations.

B.  Three counts of attempting to cause intentional death, an offense pursuant to Section 51 of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970, and pursuant to Section 19, 20 of the Rules of Liability for an Offense Order (Judea and Samaria) (No. 225), 5728-1968.

C.  Nineteen counts of causing intentional death, an offense under Section 51 of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970.

D. ✓ Membership and activity in an illegal organization, an offense pursuant to Regulation 85 (1) (A) of the Defense Regulations, (Time of Emergency) 1945.

E. ✓ Manufacturing a bomb, pursuant to Section 53 (A) (3) of the Security Provisions Order.

[Stamp] P 2: 146

Handed down and announced this day, July 27, 2006, in public and in the presence of the parties.

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | Presiding Judge | Judge |

Prosecutor: ]

Defense cou.                             ing.

[Stamp] P 2: 146 [continued]

Date: 2 Av 5766
July 27, 2006

Case No.: 2270/04

[Stamp] P 2: 147

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P2: 145-148.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P2: 145-148.

_____
Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

KIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2032704

| | |
|---|---|
| תיק מס׳: 2270/04 | תאריך: ב׳ אב, תשס״ו<br>27 יולי 2006 |

בית המשפט הצבאי יהודה

בפני כב׳ האב״ד: רס״ן רונן עצמון
השופט: רס״ן אדריאן אגסי
השופט: רס״ן מנחם ליברמן

התביעה הצבאית
(באמצעות סגן תומר הורוביץ)

נגד

הנאשם: אחמד צלאח אחמד צלאח ת.ז 901739656/ שב״ס - נוכח
(באמצעות ב״כ עו״ד אוסאמה עודה- נוכח)

רשמת: רב״ט ליאת וייג
מתורגמן: רב״ט מג׳ד קטיש

אב״ד פותח את הישיבה ומזהה את הנאשם.

## מהלך הדיון

נאשם: מייצג אותי עו״ד אוסאמה עודה.

סנגור: התבווננו לסיים את התיק היום, אולם הנאשם ראה שחברו הוצא מן האולם לפני גזר הדין וכעת הוא לא רוצה לקיים את הדיון עכשיו.

נאשם: כשראיתי שהוציאו את ▇ מהאולם, זה פגע במצב רוח שלי. משפחתו פה וזה פגע בכבודה. לכן אני לא רוצה לקיים היום שום הסדר.

סנגור: אני מבקש לדחות את הדיון.

תובע: אני מבקש שתישמע הכרעת הדין.

## החלטה

טיוטת הכרעת הדין כמעט מוכנה. יש לצפות שהיא תושלם עד ליום א׳ הקרוב. לפיכך, אנו דוחים את מתן הכרעת הדין ליום א׳, 30/07/06.

על הצדדים להתייצב עד השעה 09:30.
כיוון שהצדדים נוכחים לא ייצא זימון נוסף.

ניתן והודע היום, 27/07/06, בפומבי ובמעמד הצדדים.



שופט    אב״ד    שופט

לאחר הפסקה.

סנגור: לאחר מחשבה נוספת, הנאשם מעוניין לקיים את ההסדר היום בדומה להסדר שנעשה עם חברו.

בשלב זה מועתק פרוטוקול מתיק 2271/04.

סנגור: הסנגוריה אמורה הייתה לסכם היום. עמדת הנאשם היא שהוא לא רוצה שאני אסכם ועמדתו היא שכל העובדות בכתב האישום הן נכונות וכן עמדתו שהוא רצח ופצע את כל האנשים שנזכרו בכתב האישום, אבל הוא עשה את זה במסגרת מאבקו נגד חכיבוש. זכותו של הנאשם לעשות כך ולפיכך, ולמרות שהוא רצח, הוא לא חשב שהוא מודה.

-1-

תאריך : ב' אב, תשס"ו  
27 יולי 2006

תיק מס' : 2270/04

1 
2 נאשם : אני מאשר שעובדות כתב האישום נכונות, כפי שאמר סנגורי. אני לא מודה, ביהמ"ש יכול
3 להחליט אם אני אשם או לא.
4
5 תובע : התביעה הגישה סיכומים. לאור הודאתו של הנאשם בכתב האישום אבקש להרשיעו בכל
6 המיוחס לו.
7
8 ## ה כ ר ע ת - ד י ן
9
10 על יסוד הודאתו של הנאשם בעובדות כתב האישום, בחנו את פרטי האישום ושוכנענו כי די
11 בהודאה בעובדות כדי לבסס את אשמתו של הנאשם בכל פרטי האישום.
12
13 נציין, כי בטענתו הסתמית של הסנגור, כי הנאשם עשה את המעשים מתוך מחשבה שבכך הוא
14 מתנגד ל"פעולות הכיבוש" ועל כן הוא אין מודה באשמתו, לא מצאנו בסיס להגנה משפטית
15 כלשהי.
16
17 לפיכך, אנו קובעים כי לא קיים סייג לאחריות הפלילית של הנאשם למעשים שבהם הודה.
18
19 אנו מרשיעים, אפוא, את הנאשם בכל העבירות המופיעות בכתב האישום, דהיינו :
20
21 א. ירי לעבר אדם, לפי תקנה 58(א) לתקנות ההגנה.
22 ב. 3 פרטים של ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראות ביטחון (יהודה
23 ושומרון) (מס' 378), התש"ל 1970. ולפי סעיף 19,20 לצו בדבר כללי האחריות לעבירה (יהודה
24 והשומרון) (מס' 225), תשכ"ח 1968.
25 ג. 19 פרטים של גרימת מוות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראון ביטחון (יהודה
26 ושומרון) (מס' 378), התש"ל- 1970.
27 ד. חברות ופעילות בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(א) לפי תקנות ההגנה, (שעת
28 חירום) 1945.
29 ה. ייצור פצצה, לפי סעיף 53(א)(3) לצו בדבר הוראות ביטחון.
30
31 ניתן והודע היום, 27/07/06, בפומבי ובמעמד הצדדים.
32
33
34  שופט          אב"ד          שופט
35
36 תובע : אין ראיות לעונש.
37
38 סנגור : אין ראיות לעונש.
39
40 תובע מסכם : אני מפנה לדברים שאמרתי בתיק מס' 2271/04 : הנאשם הורשע על סמך הודאתו
41 בחלקו בשני פיגועים אשר גרמו סך הכול למותם של 19 אזרחים חפים מפשע ולפציעה של עשרות
42 נוספים. אני לא חושב שיש מקום להכביר מילים בחומרתם של המעשים, רצח בדם קר של חפים
43 מפשע. הנאשם אף לא הביע כל חרטה על מעשיו, וגם היום כשהוא ניצב כאן ונותן את דינו, הוא
44 עדיין תומך במעשים. התביעה הצבאית תבקש מכבי ביהמ"ש לגזור על הנאשם עונשי מאסר עולם
45 מצטברים בגין כל אחד ואחד מהרוגים. כמו כן, אנו נבקש לגזור על הנאשם במצטבר שני מאסרי
46 עולם נוספים בגין הפציעות אשר גרמו בכל אחד משני הפיגועים בהם נטל הנאשם חלק, וכן עונש
47 הולם בגין יתר העבירות המיוחסות לו בכתב האישום. אני רוצה להפנות את כבי ביהמ"ש לע'
48 אי"ש 2793/04 מונדר נור, שם הורשע הנאשם בחלקו בפיגוע בירושלים בו נהרג אזרח וכן נפצעו
49 אזרחים רבים נוספים. ביהמ"ש גזר על הנאשם עונש של שני מאסרי עולם מצטברים- אחד בגין
50 גרימת מותו של אותו אדם שמצא את מותו בפיגוע, והשני בגין הניסיון לגרום למותם של אזרחים
51 נוספים, שרבים מהם נפצעו באותו פיגוע, וכן מאסר הולם בגין יתר העבירות. אני חושב שיש לגזור
52 בגין אותם ניסיונות שונים מאסרי עולם נוספים נפרדים ולכן ביקשתי שני מאסרי עולם נוספים.
53 אני חושב שהעונש יבטא את עיקרון קדושת החיים.
54
55 סנגור מסכם : אני לא יכול לפרט את עמדתו של הנאשם כמו שהוא יעשה. לפיכך, הסיכומים שלי
56 יהיו דברו האחרון של הנאשם.
57

-2-

תאריך: ב' אב, תשס"ו         תיק מס': 2270/04
27 יולי 2006

1. הנאשם בדברו האחרון: לפני שאני מתחיל בקשר לפעילות אשר ביצעתי, אני לא אדבר על אנשים
2. אחרים אני אדבר עלי ספציפית. כאשר ביצעתי את העבירות אשר מייחסים לי, זו הייתה תגובה
3. טבעית לאשר התרחש חאן יונס, באותו יום נהרגו 18 אזרחים ביניהם תינוקות. כאשר דנו וניסינו
4. להבין מה הסיבה לכך, בתקשורת הישראלית דווח כי רדפו אחר מבוקש מסוים ובמהלך אותו
5. מרדף נהרגו אותם אזרחים. הם טענו שהמטרה הייתה אותו המבוקש למרות ש 17 אחרים נהרגו,
6. המטרה הושגה. אני הגבתי על הדברים הללו, ערכתי רשימה של מבוקשים ישראלים. המטרה
7. הראשונה הייתה להגיע לטייס אשר מפציץ את אזור עזה או לאותו נהג אשר מפגיז את אותו
8. האזור, את אותם תינוקות חפים מפשע, אשר נהרגו, אותו נהג טנק כתב על הפגז שזו היא מתנה
9. לאותם הילדים, אתם מחנכים את הילדים מגיל 5 לטרור. על סמך דברים אלו, מהתחלה למדתי
10. את אותו נושא ושמתי לי מטרה קצינים מכל מיני יחידות. הייתה להם סיבה שהם רודפים אחרי
11. מבוקשים ולכן פלשו לאותו אזור ואני חיפשתי את אותם מבוקשים שאני מעוניין בהם והמטרה
12. הראשונה שהייתה לי הייתה אוטובוס שבתוכו נמצאו 4 חיילים מכח הנדסה. כמו אותו טנק מכוון
13. את הפגז לעבר מטרה מסוימת אני כיוונתי את הפגז לעבר ארבעת החיילים. בקשר לפיגוע השני,
14. אפשר להביט ולראות כי ישנן שמות של חיילים מאותו אוטובוס. המטרה שלי הייתה אותם
15. החיילים אשר הורגים את הילדים באזור עזה. אם אתם טוענים שאני הורג אזרחים אני לא הורג
16. אזרחים אלא חיילים. המטרה של הישראלים היא להשיג מבוקש אחד למרות שנהרגים איתו 20
17. אנשים חפים מפשע ואנחנו נוהגים באותו המטבע. בסופו של דבר, כולנו בני אדם הגענו ממקום
18. אחד אשר אנו מכירים. אדם הוא אדם קטן ובסופו של דבר אנחנו כולנו נלך לעבור שער אחד גדול.
19. אם אתם מעוניינים להגיע לשלום ולהפסיק את הכיבוש אנו מוכנים.
20.

-3-