12

**פרט עשרים ושלושה:** (פ"א 17869/04 תחנת מוריה)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תשכ"ל – 1970; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה:** הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם של אחרים בכוונה, דהיינו:

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום למותם של אזרחים ישראליים ושהנאשם הוביל אותו לביצוע פיגוע ההתאבדות, כאמור בפרט האישום הששה עשר – נגרם מותו של **מר נתנאל חבשוש ז"ל**.

**פרט עשרים וארבעה:** (פ"א 17869/04 תחנת מוריה)

**מהות העבירה:** ניסיון גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תשכ"ל – 1970; וסעיפים 19-20, 14 ו- 2 לצו בדבר כללי האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה:** הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לניסיון גרימת מותם של אחרים בכוונה, דהיינו:

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום למותם של אזרחים ישראליים ושהנאשם הוביל אותו לביצוע פיגוע ההתאבדות, כאמור בפרט האישום הששה עשר – נפצעו יותר מ-50 אזרחים בדרגות פציעה קשות וקלות; וכן מת המחבל המתאבד.

נאג'י עאמר, סרן
תובע   צבאי

**רשימת עדי התביעה:**

1. 95311-7 רס"ר משה לוי (גובה הודאת הנאשם מיום 30/3/04).
2. 44862 רס"ב נסים ארגמן (גובה הודאת הנאשם מיום 15/4/04).
3. 410066625 ע"יא-רחמאן (זאהר) יוסף ע"יא-רחמאן מקדאד (עצור בת.ת. 1238/04).
4. 901415984 חילמי ע"יא-כרים מוחמד המאש (עצור בת.ת. 1300/04).

P 2: 277

13

5. 906194063 עז-אלדין ח'אלד חסין חמאמרה (עצור בת.ת. 1246.04).
6. 920629276 עלי מוחמד חמאד אבו-הלאייל (עצור בת.ת. 1216/04).
7. 901739656 אחמד צאלח אחמד צאלח (עצור בת.ת. 1247/04).

<u>פ"א 09891/04 מת"מ ירושלים</u>: (פיגוע התאבדות בתוך אוטובוס קו 19)

8. 43438654 ניר אזולאי (פרטים בתביעה).
9. 80408453 עדנאן סעידה (פרטים בתביעה).
10. רישה קריז (פרטים בתביעה).
11. סבטלנה מילניקר (פרטים בתביעה).
12. אולנה סקריפה (פרטים בתביעה).
13. 055661458 דוריה שליו (פרטים בתביעה).
14. 07788383 יוסף חדד (פרטים בתביעה).
15. 0300679925 משה בניטה (פרטים בתביעה).
16. 038583837 כרמל שרייר (פרטים בתביעה).
17. 053927372 עליזה אליהו (פרטים בתביעה).
18. 0307353110 לילה שריגה (פרטים בתביעה).
19. 307207332 ארינה פוטיומקין (פרטים בתביעה).
20. 058123977 גד ליסטנברג (פרטים בתביעה).
21. 002379493 מרים דרעי (פרטים בתביעה).
22. 056521644 ורד לוזון (פרטים בתביעה).
23. 035816180 דוד בר-סלע (פרטים בתביעה).
24. 034325944 יעל רובינשטיין (פרטים בתביעה).
25. 071666614 נעים ברזאוי (פרטים בתביעה).
26. 001909134 שרה קיסר (פרטים בתביעה).
27. 321135395 לידייה ווינר (פרטים בתביעה).
28. 054584362 בהירה סעדו (פרטים בתביעה).
29. מ.ר. 73774 ד"ר קומבר (מסמכים רפואיים הנוגעים למר נעים ברזאוי).
30. מ.ר. 24151 ד"ר מיכלבסקי (מסמכים רפואיים הנוגעים לגב' שרה קיסר).
31. מ.ר. 25068 ד"ר יוטקין (מסמכים רפואיים הנוגעים לגב' בהירה סעדו).
32. ד"ר א. וולף (מסמכים רפואיים הנוגעים לגב' בהירה סעדו).
33. חוו"ד מעבדת חבלה (תועבר בהמשך).
34. מסמכים רפואיים.
35. רשימות נפגעים (רשומה מוסדית).

<u>פ"א 17869/04 תחנת מוריה)</u>: (פיגוע התאבדות בתוך אוטובוס קו 14)

P 2: 278

14

36. 7449502 אמוץ נילי (פרטים בתביעה).
37. 9797523 אברהם דוד (פרטים בתביעה).
38. 31464167 בנימין בן לולו (פרטים בתביעה).
39. 7633634 אזולאי שושנה (פרטים בתביעה).
40. 03083175 דויד בן חמו (פרטים בתביעה).
41. 024942724 יניב לוי (פרטים בתביעה).
42. 303717631 בוריס פיסקרה (פרטים בתביעה).
43. 0304050040 ויקטוריה טטריק (פרטים בתביעה).
44. 311825574 מאיה מליניצר (פרטים בתביעה).
45. 003416716 דוב גולדפלם (פרטים בתביעה).
46. 040182115 אסף כהן (פרטים בתביעה).
47. ד״ר א. דויטש (מסמכים רפואיים).
48. 324605005 אלה לזרנקו (פרטים בתביעה).
49. ד״ר פלור (מסמכים רפואיים).
50. 321868663 נטליה סורפין (פרטים בתביעה).
51. ד״ר פלור שרון (מסמכים רפואיים).
52. 065322471 אברהם פור (פרטים בתביעה).
53. 0801523812 עיסא עביד (פרטים בתביעה).
54. 039276126 אליהו מזרחי (פרטים בתביעה).
55. 075775239 מאיר אהרון (פרטים בתביעה).
56. 039195862 אפרת סיוון סימון (פרטים בתביעה).
57. 200713410 גל-אור שמש (פרטים בתביעה).
58. 34985 ד״ר חמרה גירבי (מסמכים רפואיים).
59. 009797523 דוד אברהם (פרטים בתביעה).
60. 21503 ד״ר שלום פרידמן (מסמכים רפואיים).
61. 043553338 לירן בן סימן-טוב (פרטים בתביעה).
62. 22674 ד״ר פרסון בנימין (מסמכים רפואיים).
63. 066079948 יוסף סלבוסקי (פרטים בתביעה).
64. 024942724 יניב לוי (פרטים בתביעה).
65. 009797523 דויד אברהם (פרטים בתביעה).
66. 034441659 נועה דיאטלוביצקי (פרטים בתביעה).
67. 34991 ד״ר מיקי אביטל (מסמכים רפואיים).
68. 030803175 דוד בן חמו (פרטים בתביעה).
69. 054973698 שמעון שושן (פרטים בתביעה).

15

70. 0300302668 מאי שיריזלי (פרטים בתביעה).
71. 35035 ד"ר גולדמן (מסמכים רפואיים).
72. 025300955 יהודה מלול (פרטים בתביעה).
73. 031503105 עודד חבשוש (פרטים בתביעה).
74. מסמכים רפואיים (רשומה מוסדית).
75. 307048298 לימור בטרייאב (דו"ח תפיסה).
76. 969480516 עיסא זעול (דגימות גנטיות).
77. 969480524 בדיעה זעול (דגימות גנטיות).
78. סמי"ר שאדי רבאח (זכ"ד).
79. 4668654 אלי מלכה (מזכר).
80. חוו"ד מעבדת חבלה (תועבר בהמשך).
81. 73160-4 פקד איגור פקרמן (דו"ח תפיסה וסימון).
82. פרופ' י.היס (חוו"ד פתולוגית).
83. ד"ר ו. קרסין.
84. ד"ר קנט פרנק גרסטון (חוו"ד פתולוגית).
85. ד"ר צ' כהנא.
86. ד"ר ר.נחמן (חוו"ד פתולוגית).
87. ד"ר ק' זייצב.
88. ד"ר חן קוגל (חוו"ד המכון הלאומי לרפואה משפטית).
89. ד"ר בירטולון לוי (חוו"ד פתולוגית).
90. ד"ר קנט פרנק גרסטון (חוו"ד פתולוגית).
91. תעודות פטירה.