PLAINTIFF'S EXHIBIT 342C

[Line numbering in Hebrew original]

Date: 8 Iyar 5764  
April 29, 2004

File Number: 3544/02

# VERDICT

On the basis of her confession, we convict the Defendant of the offenses attributed to her in the amended indictment.

**Given and notified this day, April 29, 2004, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | Presiding Judge | Judge |

Both Parties: We move to adjourn for arguments as to penalty.

# DECISION

The case is adjourned for arguments as to penalty to May 13, 2004.

**Given and notified this day, April 29, 2004, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | Presiding Judge | Judge |

-2-

[Stamp] P 5: 120

10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

              Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P5: 116-120.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P5: 116-120.

                                                        _____
                                                          Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

*[signature]*
Notary Public

```
TIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704
```

תאריך: ח' אייר, תשס"ד  תיק מס': 3544/02
29 אפריל, 2004

## הכרעת - דין

1
2
על יסוד הודאתה באשמה, אנו מרשיעים את הנאשמת בעבירות המיוחסות לו בכתב 3
האישום המתוקן. 4
5
**ניתן והודע היום, 29/04/2004, בפומבי ובמעמד הצדדים.** 6
7
8
9
_____שופט_____   _____אב"ד_____   _____שופט_____ 10
11
12
הצדדים: נבקש לדחות לטיעונים לעונש. 13
14
## החלטה
15
16
התיק נדחה לטיעונים לעונש לתאריך 13/05/04. 17
18
**ניתן והודע היום, 29/04/2004, בפומבי ובמעמד הצדדים.** 19
20
21
22
_____שופט_____   _____אב"ד_____   _____שופט_____ 23

-2-