**<u>פרט ארבעים ושניים:</u>** **(פ.א. 2069/02 מת"ם י-ם)**

**<u>מהות העבירה:</u>** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**<u>פרטי העבירה:</u>** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 21.03.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלושים ותשעה, במעשיו המתוארים בפרט האישום השלושים ותשעה, ניסה לגרום למותם של אזרחים רבים ככל הניתן.
כתוצאה מפיצוץ מטען החבלה שהופעל על-ידי מחמד חשאיקה, כפי שתואר בפרט האישום השלושים ותשעה, נפצעו **81 בני-אדם**.

**<u>פרט ארבעים ושלושה:</u>** **(פ.א. 2069/02 מת"ם י-ם)**

**<u>מהות העבירה:</u>** היזק בזדון לרכוש, עבירה לפי סעיף 53ג לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**<u>פרטי העבירה:</u>** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 21.03.02 או במועד הסמוך לכך, הרס רכוש או פגע בו במזיד ושלא כדין, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלושים ותשעה, במעשיו המתוארים בפרט האישום השלושים ותשעה, גרם נזק כבד לבניינים ובתי-עסק הסמוכים למוקם האמור וכן לכלי רכב רבים, אשר היו בסמוך למקום המתואר בפרט האישום השלושים ותשעה, אשר בו הפעיל מחמד חשאיקה את מטען החבלה, כפי שתואר בפרט האישום השלושים ותשעה.

**<u>פרט ארבעים וארבעה:</u>**

**<u>מהות העבירה:</u>** ייצור פצצה, עבירה לפי סעיף 53(א)(3) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**<u>פרטי העבירה:</u>** הנאשם הנ"ל, באיזור, באמצע חודש מרץ 2002 או בסמוך לכך, ייצר כלי-יריה, תחמושת, פצצה, חפץ נפיץ או מבעיר, ללא תעודת היתר שהוענקה בידי מפקד צבאי או מטעמו, דהיינו:
הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, נפגש עם עמאר מרדי, אשר הכיר לנאשם את לואי עודה. עמאר מרדי מסר לנאשם כי ביכולתו של לואי עודה להביא לנאשם חומרים כימיים על מנת שהנאשם ייצר מהם מטעני חבלה. לואי עודה ביקש כי הנאשם ייצר עבורו מטעני חבלה על מנת שהאחרון יבצע באמצעותם פיגוע נגד ג'יפ של צה"ל. הנאשם הסכים לבקשה האמורה.
לאחר יומיים, ברמאללה או בסמוך לכך, הנאשם ייצר מטען חבלה מצינור ברזל וחומרים כימיים שהביא לואי עודה. לואי עודה הסביר לנאשם כי באמצעות מטען החבלה האמור הוא יבצע פיגוע נגד ג'יפ של צה"ל בכביש עוקף רמאללה.

**פרט ארבעים וחמישה:**

**מהות העבירה:** קשירת קשר לעבור עבירה שדינה מעל לשלוש שנות מאסר, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968 וסעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, באמצע חודש מרץ 2002 או בסמוך לכך, קשר עם אדם אחר לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, נפגש עם מחמד ערדה, פעיל בארגון הג'יהאד האסלאמי הפלסטיני. מחמד ערדה הציע לבצע פיגוע התאבדות תוך שיתוף פעולה בין "גדודי חללי אלאקצא", הזרוע הצבאית של "התנזים" של הפת"ח, לבין הזרוע הצבאית של הג'יהאד האסלאמי הפלסטיני. הנאשם הסכים להצעה האמורה. הנאשם ומחמד ערדה סיכמו כי יפעלו במשותף על מנת להוציא לפועל פיגוע התאבדות שבו ישתתפו שני מחבלים מתאבדים - אחד מטעם "גדודי חללי אלאקצא" והשני מטעם הגא"פ. הנאשם הסכים להצעה האמורה, אך ביקש כי מחמד ערדה ידאג להבאת כלי נשק וחומרי נפץ.
הנאשם אף קיבל ממחמד ערדה הלוואה בסך 1,000 דינר ירדני לצורך רכישת כלי הנשק.
התכנית האמורה לא יצאה אל הפועל עקב מעצרו של הנאשם על-ידי כוחות הביטחון הישראליים ביום 30.03.02.

**פרט ארבעים ושישה:**

**מהות העבירה:** קשירת קשר לעבור עבירה שדינה מעל לשלוש שנות מאסר, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968 וסעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש מרץ 2002 או בסמוך לכך, קשר עם אדם אחר לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, נפגש עם מחמד קבלאווי. הנאשם הציע למחמד קבלאווי לבצע פיגוע ירי והאחרון הסכים. מחמד קבלאווי הבהיר לנאשם כי הוא יודע להשתמש באקדח. מחמד קבלאווי סיפר לנאשם כי ישנו קצין יהודי בכיר אשר נוהג להגיע למכולת בעזריה כשהוא חמוש במיני-עוזי, וכן ישנם שוטרי מג"ב המגיעים לאותה מכולת בעזריה. הנאשם סיכם עם מחמד קבלאווי כי הנאשם יעביר לידי האחרון אקדח ומחמד קבלאווי ירצח באמצעות האקדח האמור את הקצין הנ"ל ובמידת האפשר ירצח גם את שוטרי מג"ב בעת שיגיעו לעזריה. מחמד קבלאווי הסכים להצעת הנאשם. באותו היום הנאשם קיבל מידי אחמד טאלב מוצטפא ברגותי אקדח 14 . לאחר יומיים הנאשם העביר את האקדח הנ"ל לידי מחמד קבלאווי לצורך ביצוע הפיגוע המתוכנן. הנאשם הורה למחמד קבלאווי לבצע את הפיגוע המתוכנן עוד באותו הערב.
באותו הערב מחמד קבלאווי יצר קשר עם הנאשם דרך חדר דבעיה ומסר כי לא ביצע את הפיגוע המתוכנן. הנאשם אמר לחדר דבעיה למסור למחמד קבלאווי שיבצע את הפיגוע המתוכנן בעוד יום-יומיים.
מספר ימים לאחר מכן, הנאשם נעצר על-ידי כוחות הביטחון הישראליים.

**עדי התביעה:**

1. רס"ר משה לוי, מ.א. 953117, לח"ק יהודה. [גובה אמרות הנאשם מיום 31.03.02, 28.04.02, 29.04.02, 08.05.02 ומגיש כתבי-ידו של הנאשם בערבית + זכ"די תפיסה וסימון + שרטוטים בכתב-ידו של הנאשם]
2. רס"ר דוד מזרחי, מ.א. 94857, לח"ק יהודה. [גובה אמרת הנאשם מיום 04.04.02 ומגיש כתב-ידו של הנאשם בערבית]
3. רס"ר דוד זריהן, מ.א. 588798, מג"ב בית-שמש. [גובה אמרת הנאשם מיום 15.05.02]
4. רס"ב שלמה כהן, מ.א. 53377, מפלג מיעוטים, י-ם. [גובה שתי אמרות הנאשם מיום 28.05.02]
5. מוסא סרי חסונה, ת.ז. 040951592. (עצור)
6. תאפז ע/פתח מקבל, ת.ז. 040976136. (עצור)
7. נאצר ג'מאל מוסא שוויש, ת.ז. 993006188. (עצור) (ת.ת. 733/02)
8. ע'סאן מחמוד נאייף סטיטה, ת.ז. 941165466. (עצור) (ת.ת. 320/02)
9. נאצר מחמד יוסף נאג'י (אבו-חמיד), ת"ז 923918882. (אסיר)
10. זיד יונס אחמד יונס, ת.ז. 966647653. (עצור)
11. נאצר מחמוד עוויס, ת.ז. 900358664. (עצור)
12. לילא מחמד צאלח בוכארי, ת.ז. 900128737. (עצורה) (ת.ת. 595/02)
13. מתקאל נצר ע/ראזק גאלוצי, ת.ז. 975080854. (עצור)
14. איאד נדיר ערסאן עומר, ת.ז. 907360739. (עצור)
15. ואאל אחמד סאלם ג'ילאמנה (נורסי), ת.ז. 941176695. (עצור)
16. אחמד חוסין מחמד אבו-ג'לדה, ת.ז. 905697389. (עצור)
17. עומר שריף אסעד ח'נפר, ת.ז. 900102369. (עצור)
18. מג'די סעוד סלים אבו-אלווּפא, ת.ז. 901078188. (עצור)
19. תאאר באסם מוצטפא ג'בארין (טהא), ת.ז. 910675867. (עצור)
20. ג'אסר חליל אסמאעיל עאצי, ת.ז. 988353215. (עצור)
21. מואיד עלי מחמד ג'ראדאת, ת.ז. 941690224. (עצור)
22. חסאן ראתב יונס עוויס, ת.ז. 938150026. (עצור)
23. קאהירה סעיד סעדי, ת.ז. 903946960. (עצורה) (ת.ת. 451/02)
24. אחמד טאלב מוצטפא ברגותי, ת.ז. 994466860. (עצור) (ת.ת. 444/02)
25. סנאא מחמד שחאדה, ת.ז. 081021198. (עצורה) (ת.ת. 484/02)
26. עיסא מחמד מחמוד ג'ברין, ת.ז. 906446521. (עצור) (ת.ת. 427/02)
27. עובײדה ע/רחמאן מחמד ג'אבר, ת.ז. 989498118. (עצורה)
28. רביע רפיק שריף אבו-רוב, ת.ז. 901815191. (עצור)

**פ.א.4753/01 עפולה**

29. רס"ר יורם בן, מ.א. 969466, תחנת עפולה. [מגיש דו"ח פעולה + לוחות תצלומים]
30. רודין נפסו, מ.א. 418137, מז"פ - תחנת עפולה. [מגיש לוח תצלומים]
31. רס"מ שי כץ, מ.א. 572941, תחנת עפולה. [מגיש דו"ח פעולה]
32. רס"מ יעקב מזרחי, תחנת עפולה. [מגיש דו"ח פעולה]
33. רס"ל נור שוקרון, תחנת עפולה. [מגיש דו"ח פעולה]
34. רס"ב אריה בנאסולי, תחנת עפולה. [מגיש דו"ח זכ"ד]
35. רס"מ סמיר הינו, מ.א. 968222, תחנת עפולה. [מגיש טופס לוואי למוצגים]
36. רס"ל יובל קמחי, מ.א. 755322, תחנת עפולה. [מגיש זכ"ד]
37. רס"ר שלומי אדרי, מ.א. 948984, תחנת עפולה. [מגיש דו"ח תפיסה וסימון]
38. רס"ר חיים פינגבוים, מ.א. 949842, תחנת עפולה. [מגיש דו"ח פעולה]
39. פקד מוטי חריב, מ.א. 93400, תחנת עפולה. [מגיש דו"ח תפיסה וסימון + ת.ז. שנתפסה בשטח]
40. תעודות רפואיות של הפצועים.
41. הודעת פטירה ע"ש מיכל מור ז"ל.
42. הודעת פטירה ע"ש נועם גוזובסקי ז"ל.
43. פרופ' יהודה היס, המכון הלאומי לרפואה משפטית. [מגיש חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד]

<u>רשימת עדים נוספת בנוגע לפצועים והרוגים בפיגוע בתחנה המרכזית בעפולה ביום 27.11.01 תימסר במהלך המשפט</u>

**פ.א. 412/02 בנימין**

44. שאול כהן, מ.א. 759407, תחנת בנימין. [עדות]
45. דוד כהן, ת.ז. 028999910, תחנת בנימין. [עדות]
46. מרדכי טל, ת.ז. 29501590, תחנת בנימין. [נפצע קשה בפיגוע]
47. אלי טבע, ת.ז. 025716218. (פרטים בתביעה) [חייל מילואים היה במחסום בעת הפיגוע - ראה את המחבלת המתאבדת]
48. ליאור שטיינדס, ת.ז. 025044421. (פרטים בתביעה) [מפקד כוח מילואים במחסום בעת הפיגוע, שוחח עם המחבלת המתאבדת לפני הפיצוץ]
49. אילן פקטור, ת.ז. 308900141. (פרטים בתביעה) [חיל מילואים במחסום בעת הפיגוע - בדק את הרכב שבו נסעה המחבלת המתאבדת]
50. חנניה שנייד, ת.ז. 032781072. (פרטים בתביעה) [הגיע למקום מיד לאחר הפיגוע]
51. רס"ל שי אלגרבלי, מ.א. 1010065, תחנת מודיעין. [מגיש דו"ח פעולה]
52. רס"ל אלי חג'ג, מ.א. 1054782, תחנת מודיעין. [מגיש דו"ח פעולה]
53. מפקח ארנון שושני, מטא"ר, אגף השיטור והביטחון, מדור מעבדות חבלה, שלוחת תל-אביב. [מגיש חוו"ד מומחה ראשונית וחוו"ד מומחה מתיק זב/23 - 0821/2002 + תצלומים + טופס לוואי למוצגים] (יזומן לפי הדרישה המפורשת של הסניגוריה בלבד)
54. שרה אברמוביץ-בר, מז"פ - המעבדה האנליטית, מטא"ר - ירושלים. [מגישה חוו"ד מומחה מתיק ז"ב/33 - 54484/02] (תזומן לפי בקשה מפורשת של הסניגוריה בלבד)

**פ.א. 580/02 שפט**

55. יגאל מאיר, ת.ז. 040202418, מג"ב סיוון, פלוגה מ"ב. (פרטים בתביעה) [עדות]
56. פקד משה חידרה, ת.ז. 037537412, מג"ב לביא. (פרטים בתביעה) [עדות]
57. פקד לאוניד רבינוביץ, מ.א. 71055859, מג"ב לביא. (פרטים בתביעה) [עדות]
58. מפקחת אסף זגורי, מ.א. 1049196, מג"ב לביא. (פרטים בתביעה) [עדות]
59. רס"ר עודד מאירי, מ.א. 1065937, מת"ם, ימ"ר - י-ם. [מגיש דו"ח פעולה/תפיסה וסימון + טופס לוואי למוצגים]
60. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש לוחות תצלומים]
61. פואד כהן, מ.א. 1048701, מת"ם, ימ"ר - י-ם. [מגיש זכ"ד + תמונות פולרואיד]

**2069/02 מת"ם י-ם**

62. רס"מ אריאל יערי, מעבדת חבלה, מטא"ר - ירושלים. [מגיש דו"ח תפיסה וסימון + חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
63. שרה אברמוביץ-בר, המעבדה האנליטית, מטא"ר - ירושלים. [מגישה חוו"ד מומחה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
64. דרור כהן, מז"פ תחנת ציון - ירושלים. [מגיש תמונות מזירת הפיגוע]
65. יגאל שמש, ת.ז. 028077964. (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
66. יניב יוסף, ת.ז. 027454958. (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
67. חגי פנחס, ת.ז. 028766723. (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
68. יחיא בן חמו, ת.ז. 038342986. (פרטים בתביעה) [זיהוי גופתה של ציפורה שמש ז"ל]
69. ליאור מיקא, ת.ז. 036386753. (פרטים בתביעה) [ראה את המחבל מתפוצץ, נפצע בפיגוע]
70. אילן באואר, מס' דרכון ארה"ב 700767376. (פרטים בתביעה) [היה יחד עם בנו הקטין סמוך למחבל בעת הפיצוץ, שניהם נפצעו]
71. שירן דרוויש, ת.ז. 039888862. (פרטים בתביעה) [היתה בסמוך למחבל בעת הפיצוץ, נפגעה]
72. חזקיה לננשטיין, מסי דרכון הולנדי 115402413. (פרטים בתביעה) [נפצע בפיגוע, ראה את המחבל בעת הפיצוץ]
73. מריון קמפלר, ת.ז. 016432148. (פרטים בתביעה) [נפגעה בפיגוע]
74. אסי ארמוזה, ת.ז. 051910735. (פרטים בתביעה) [נפצעה בפיגוע]
75. לורנס סלם, ת.ז.312738537. (פרטים בתביעה) [נפגע קל בפיגוע]
76. טל כהן, ת.ז. 029506270. (פרטים בתביעה) [נפצע בפיגוע]
77. פייזולה חיים יעקוביאן, ת.ז. 011573441. (פרטים בתביעה) [נפצעה בפיגוע, נגרם נזק לחנותה]
78. אלי לוי, ת.ז. 033643438. (פרטים בתביעה) [נפגע קל בפיגוע]
79. נתנאל גדעון, ת.ז. 012176707. (פרטים בתביעה) [נפגע קל, חנותו נפגעה]
80. אסטריד (רבקה) גורנו, ת.ז. 301921169. (פרטים בתביעה) [נפצעה בפיגוע]
81. מזל חכמוב, ת.ז. 304119407. (פרטים בתביעה) [נפצעה בפיגוע]
82. בשמת כהן, ת.ז. 061273413. (פרטים בתביעה) [נפצעה בפיגוע]
83. משה פיך, ת.ז. 015776636. (פרטים בתביעה) [נפגע קל בפיגוע]
84. יפה לוי, ת.ז. 055466924. (פרטים בתביעה) [נפגעה קל בפיגוע]

85. רובי אסרף ,ת.ז. 021398011. (פרטים בתביעה) [ראה את המחבל בעת הפיצוץ]
86. אורה פאיזקוב, ת.ז. 039526371. (פרטים בתביעה) [היתה סמוך למקום הפיצוץ]
87. הלל אדם, ת.ז. 302040969. (פרטים בתביעה)צ [עד ראיה, טיפל בפצועים]
88. רחמים הבלר, ת.ז. 059732735. (פרטים בתביעה) [נגרם נזק לחנותו]
89. ד״ר חן קוגל, המכון הלאומי לרפואה משפטית. [מגישה חוו״ד מומחה] (תזומן לפי דרישה מפורשת של התביעה בלבד)
90. פרופ׳ יהודה היס, המכון הלאומי לרפואה משפטית. [מגיש חוו״ד מומחה] (יזומן לפי דרישה מפורשת של התביעה בלבד)
91. תעודת פטירה - יצחק כהן ז״ל.
92. רשימת נפגעים מהפיגוע של עיריית ירושלים - מוקד 106. (רשומה מוסדית)
93. תעודות רפואיות.

<u>רשימת עדים נוספת בנוגע לפצועים והרוגים בפיגוע ברחוב המלך ג׳ורג׳ בירושלים ביום 21.03.02 תימסר במהלך המשפט</u>

מיכאל קוטליק, סרן
תובע צבאי

תאריך : 14.01.2003
סימוכין : 02-422 מתוקן