**Fifty third count:**

**Nature of the offense:** Trading in war materiel, an offense pursuant to Section 2 of the Prohibition of Trading in War Materiel Order (Judea and Samaria) (No. 243), 5728-1968.

**Details of the offense:** The above Defendant, in the Area, in January 2002 or thereabouts, traded in or otherwise handled war materiel, without a permit signed by or on behalf of the commander of the Area, as follows:

At the time set forth, in Ramallah or thereabouts, Nizar Shukri Amin Shahin approached the above mentioned Defendant. Nizar Shahin asked the Defendant for three pistols in order to deliver them to a military operative in the "Al Aqsa Martyrs Brigade", the military arm of the "Tanzim" of the Fatah, Zafir Abed Jawad Abed Rahman Rimawi, for the purpose of carrying out a shooting attack at the Surda checkpoint of the IDF.

The Defendant agreed to the request of Nizar Shahin and provided the latter with 3 pistols: a 9 mm Belgian pistol, a 9 mm Star pistol and a pistol of a type that is not known to the prosecution, and a box of cartridges for these pistols, containing 50 cartridges for a 9 mm caliber pistol.

On that day, at the headquarters of the Preventive Security of the Palestinian Authority in Bitunia or thereabouts, Nizar Shahin transferred the above mentioned three pistols and cartridges to Zafir Abed Jawad Abed Rahman Rimawi.

The planned attack was not carried out using these pistols, because on the night before the time at which the above mentioned attack was supposed to be carried out, another shooting attack was carried out at the Surda checkpoint.

After about three days, in Ramallah or thereabouts, Nizar Shahin returned the above mentioned pistols with the above mentioned box of cartridges to the Defendant.

The Defendant carried out that which has been attributed to him in this count of the indictment without a permit signed by or on behalf of the commander of the Area.

**Witnesses for the prosecution:**

[Stamp] P 5: 203

Prosecution Case 444/02 Amended

1. Master Sergeant David Mizrachi, Badge No. 94857, Judea Investigations Office [taker of the statement of the Defendant on April 14, 2002 and on May 3, 2002, and submitter of the handwriting of the Defendant in Arabic + identity line-up report, photographs + photograph table]

2. Master Sergeant Yitzhak Yaakovof, Badge No. 1008358, Judea Investigations Office. [taker of the statements of the Defendant on April 21, 2002 and May 13, 2002 and submitter of the two handwriting specimens of the Defendant in Arabic]

3. Moshe Moshe, Badge No. 993725, Aman Lakhish Questioning. [taker of the statement of the Defendant on September 5, 2002].

4. Ashraf Khader Ali Jaber, Identity No. 901183764. (detained).

5. Hussam Akel Rajb Shahada, Identity No. 975564733. (detained) (Prosecution Case 243/02).

6. Mohamed Abed Rahman Salam Mousleh, Identity No. 902845643. (detained) (Prosecution Case 242/02).

7. Mohamed Sami Ibrahim Abdullah, Identity No. 979469954. (detained) (Prosecution Case 241/02)

8. Haitham Almutfak Hamdan, Identity No. 906934823. (detained) (Prosecution Case 265/02).

9. Abed Karim Rateb Yunes Aweis, Identity No. 980136675. (detained)

10. Nasser Mohamed Yusef Naji (Abu-Hamid), Identity No. 923918882. (detained)

11. Nasser (Halum) Mohamed Yusef Naji (Abu Hamid), Identity No. 923918890. (detained) (Prosecution Case 339/02).

12. Sharif Mohamed Yusef Naji (Abu Hamid), Identity No. 959770843. (detained) (Prosecution Case 355/02)

13. Louis Mohamed Ahmed Ouda, Identity No. 035775055. (detained) (Prosecution Case 311/02)

[Stamp] P 5: 203 [continued]

Prosecution Case 444/02 Amended

14. Zafir Abed Jawad Abed Rahman Rimawi, Identity No. 900070020. (detained) (Prosecution Case 345/02)

15. Amir Hassan Sa'id Abu Radaha, Identity No. 954263042. (detained) (Prosecution Case 356/02).

16. Majd Mahmoud Ahmad Ziada, Identity No. 914081757. (detained) (Prosecution Case 318/02).

17. Nasser Mahmoud Aweis, Identity No. 900358664. (detained)

18. Bilal Yaakub Ahmed Barghouti, Identity No. 902826262. (detained)

19. Ziad Hamuda Yaakub Hamuda, Identity No. 902924117. (detained) (Prosecution Case 353/02)

20. Rami Mohamed Mahmoud Nur, Identity No. 960791075. (detained) (Prosecution Case 221/02)

21. Mazen Mahmoud Omar Alkadi, Identity No. 907898134. (detained) (Prosecution Case 212/02)

22. Murad Nazmi Rizak Ajluni, Identity No. 081099095 (detained).

23. Mamoun Bassam Abdullah Abu-Shama, Identity No. 906138490. (detained) (Prosecution Case 639/01)

24. Alaa Mohamed Ali Hassan (Abed Aziz), Identity No. 907276406. (detained) (Prosecution Case 174/02).

25. Saadi Jihad Mohamed-Ali Makboul, Identity No. 920101466. (detained) (Prosecution Case 173/02).

26. William Sameh Fares el Khatib (Rimawi), Identity No. 904383452. (detained) (Prosecution Case 322/02)

27. Nizar Shukri Amin Shahin, Identity No. 902004928. (detained) (Prosecution case 775/02).

[Stamp] P 5: 203 [continued]

Prosecution Case 444/02 Amended

**Detailed Incident 234/01 Jerusalem Special Duties Department.**

28. Herman Spak, Serial No. 6961290, Israel Defense Forces. (details in the prosecution) [statement]

29. Arie Rakah, Identity No. 032271918. (details in the prosecution) [statement]

30. Yuval Lev, Identity No. 05405709. (details in the prosecution) [statement]

31. Superintendent Lior Nedivi, Badge No. 952127, Forensic Identification – Zion Station. [submitter of seizure and marking report]

32. Superintendent Ofer Chelouche, Badge No. 916718, the Mobile Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of vehicle inspection report]

33. Master Sergeant Avi Beckerman, Badge No. 972762, Investigations – Zion Station. [submitter of exhibit cover form]

34. Sergeant First Class Daniel Turgeman, Badge No. 1013796, the Exhibits Office – Forensic Identification, National Headquarters – Jerusalem. [submitter of civil servant certificate – receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

35. Superintendent Uri Ben Tuvin, Firearms Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 – 555/01] (will be summoned upon explicit demand of the defense only)

36. David Hazan, M.D., License No. 29086, IDF. [statement – pronouncement of the death of the late Elazar Akiva Fashkos]

37. David Moral, M.D., License No. 29052, Clalit Healthcare Service – Jerusalem. [statement + submitter of death notice]

**Detailed Incident 457/01**

[Stamp] P 5: 204

Prosecution Case 444/02 Amended

38. First Sergeant Eli Suto, Serial No. 588038, Binyamin Station. [submitter of action report]

39. First Sergeant Moshe Lavi, Badge No. 903260, Binyamin Station. [submitter of memorandum – GMC vehicle + drawing of incident scene + seizure and marking report + exhibit cover form]

40. First Sergeant Shabi Ovadia, Badge No. 560441, Yehuda Forensic Identification. [submitter of photograph tables + memorandum].

41. Superintendent Nissim Mizrachi, Badge No. 926998, the Mobile Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of photograph tables + vehicle inspection report]

42. Yosef Cohen, Identity No. 069397198. (details in the prosecution) [wounded in the shooting attack]

43. Avi Ben-Shimol, Identity No. 031310677. (details in the prosecution) [arrived first at the scene of the attack]

44. Isabella Schwartz, M.D., License No. 28684, Hadassah Hospital – Mount Scopus, Jerusalem. [submitter of physician certificate – interim summary] (will be summoned upon explicit demand of the defense only)

---

**Detailed Incident 2159/01 Binyamin**

45. Master Sergeant Ronen Amar, Badge No. 956813, Binyamin Station. [submitter of action report]

46. First Sergeant Class Shabi Ovadia, Badge No. 560441, Binyamin Station. [submitter of photograph tables + seizure and marking report].

47. Superintendent Ofer Chelouche, Badge No. 916718, the Mobile Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of initial incident scene visit report – seizure of cartridge cases and bullet fragments]

48. Master Sergeant Chaim Toledano, Badge No. 1004332, Binyamin Station. [submitter of memorandum – exhibit chain + exhibit cover form + crime scene visit report]

[Stamp] P 5: 204 [continued]

Prosecution Case 444/02 Amended

49. Sergeant First Class Daniel Turgeman, Badge No. 1013796, the Exhibits Office – Forensic Identification, National Headquarters – Jerusalem. [submitter of civil servant certificate – receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

50. Superintendent Avi Kofman, Firearms Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 – 4238/01] (will be summoned upon explicit demand of the defense only)

51. Vladimir Goler, M.D., License No. 26163, Magen David Adom ambulance service – Lod station. [submitter of medical reports from scene + death notice + statement]

52. Nir Alon, M.D., Identity No. 031849201, Israel Defense Forces. [statement]

53. Ricardo Nachman, M.D., the National Institution of Forensic Medicine. [submitter of two expert opinions] (will be summoned upon explicit demand of the defense only)

54. Zion Swiri, Identity No. 000048850 (details in the prosecution) [identification of victims]

---

**Detailed Incident 7915/01**

55. Master Sergeant Zion Sasson, Badge No. 957068, Zion Station. [submitter of action report]

56. Superintendent Lior Nedivi, Badge No. 952127, Forensic Identification – Zion Station. [submitter of initial scene visit report + photograph tables]

57. Superintendent Yoram Saar, Zion Station. [finder of cartridge cases at the incident scene – chain of evidence]

58. Superintendent Ami Leifer, Badge No. 959841, the Mobile Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of vehicle inspection report – seizure of bullet fragments]

[Stamp] P 5: 204 [continued]

Prosecution Case 444/02 Amended

59. Cadet Adva Malka, Badge No. 1049089, Zion Station Special Duties Department. [submitter of exhibit cover form]

60. Sergeant Major Ziva Hoter, Badge No. 512699, Exhibits Office – Forensic Identification, National Headquarters – Jerusalem. [submitter of civil servant certificate – receipt exhibits for examination] (will be summoned upon explicit demand of the defense only)

[Stamp] P 5: 204 [continued]

Prosecution Case 444/02 Amended

61. Superintendent Avi Kofman, Firearms Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 – 4239/01] (will be summoned upon explicit demand of the defense only)

62. Eyal Yitzhakiak, M.D., License No. 31004, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of discharge certificate of Moshe Weiss] (will be summoned upon explicit demand of the defense only)

63. Yaakov Globerman, M.D., Hadassah Ein Kerem Hospital, Jerusalem. [submitter of death certificate of the late Meir Weisshaus] (will be summoned upon explicit demand of the defense only)

64. Moshe Weiss, Identity No. 024001505. (details in the prosecution) (severely injured in the attack)

65. Yaffa Vaknin, Identity No. 058857863. (details in the prosecution) (eyewitness)

**Detailed Incident 481/01 Zion**

66. Tonie Amiel, Identity No. 032441040. (details in the prosecution) (driver of the Honda vehicle)

67. Pini Maimon, Identity No. 025759762. (details in the prosecution) (passenger in the Honda vehicle)

68. Pazit Maimon, Identity No. 040128084. (details in the prosecution) (passenger in the Honda vehicle)

**Detailed Incident 8379/01 Zion**

69. Superintendent Lior Nedivi, Badge No. 952127, Forensic Identification – Zion Station. [submitter of initial scene visit report + seizure and marking report]

[Stamp] P 5: 205

Prosecution Case 444/02 Amended

70. Master Sergeant Gavriel Abed, Identity No. 958736, Special Duties Department – Zion Station. [submitter of exhibit cover report]

71. Superintendent Ami Leifer, Badge No. 959841, the Mobile Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of vehicle inspection report – seizure of bullet fragments]

72. Cadet Dror Avram, Badge No. 1039080, Special Duties Department – Zion Station. [submitter of exhibit cover report]

73. Zion Sadeh, Identity No. 029505724, Exhibits Office – Forensic Identification, National Headquarters – Jerusalem. [submitter of civil servant certificate – receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

74. Sergeant Major Yossi Ben Israel, Badge No. 44771, Exhibits Office – Forensic Identification, National Headquarters – Jerusalem. [submitter of civil servant certificate – receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

75. Superintendent Avi Kofman, Firearms Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of expert opinion from Forensic Identification Case BI/07 – 4723/01] (will be summoned upon explicit demand of the defense only)

76. Sigal Shazu, Zion Station. [finding of cartridge cases in the field – evidence chain]

77. Malka Cohen, Identity No. 038791386. (details in the prosecution) (injured in the attack)

78. Pinchas Cohen, Identity No. 038348256. (details in the prosecution) (injured in the attack)

79. Ohav Ami Yechiel, Identity No. 059214320. (details in the prosecution) (eyewitness – cared for casualties)

80. Yair Eden, M.D., License No. 33272, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of discharge certificate of Pinchas Cohen] (will be summoned upon explicit demand of the defense only)

[Stamp] P 5: 205 [continued]

Prosecution Case 444/02 Amended

81. Menachem Gross, M.D., License No. 30146, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of discharge certificate of Malka Cohen] (will be summoned upon explicit demand of the defense only)

---

**Detailed Incident 39/02 Binyamin**

82. Inspector Michael Malka, Badge No. 104032, Patrol Unit – Binyamin Station. [submitter of action report]

83. First Sergeant Kobi Sabag, Badge No. 56494, Binyamin Station. [submitter of investigation memorandum / seizure and marking]

84. Sergeant Major Eli Kojman, Badge No. 46951, Yehuda Forensic Identification. [submitter of photograph tables + collected cartridge cases from the incident scene]

85. Superintendent Ami Leifer, Badge No. 959841, the Mobile Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of photograph tables + vehicle inspection report]

86. Master Sergeant Meir Vaanunu, Badge No. 1018332, Binyamin Station. [submitter of exhibit cover report]

87. Sergeant Major Ziva Hoter, Badge No. 512699, Exhibits Office – Forensic Identification, National Headquarters – Jerusalem. [submitter of civil servant certificate – receipt exhibits for examination] (will be summoned upon explicit demand of the defense only)

88. Lieutenant Nir Eilon, M.D., License No. 33216, Israel Defense Forces (details in the prosecution) [statement – pronouncement of the death of the late Yoela Chen + care for the casualty]

89. Shaul Beit, M.D., License No. 33027, Hadassah Ein Kerem Hospital, Jerusalem. [submitter of physician certificate – illness summary of Rachel Eini] (will be summoned upon explicit demand of the defense only)

90. Rachel Eini, Identity No. 075966614. (details in the prosecution) (injured in the attack)

[Stamp] P 5: 205 [continued]

91. Sami Vaknin, Identity No. 027798040. (details in the prosecution) [statement + sketch] (eyewitness)

9.2 Nachshon Barashi, Identity No. 05033235 (details in the prosecution) (identification of the victim)

**Detailed Incident 502/02 Zion**

93. Chief Inspector Dror Asraf, Badge No. 942276, Special Duties Department – Zion Station [submitter of memorandum, seizure and marking report]

94. Sergeant Major Yigal Daniel Special Duties Department – Zion Station [submitter of seizure and marking report]

95. Cadet Zvika Reisner, Special Duties Department – Zion Station [submitter of memorandum, seizure and marking report + photographs]

[Stamp] P 5: 205 [continued]

Prosecution Case 444/02 Amended

85

96. Sergeant First Class Zion Tabadi, Badge No. 1043413, Special Duties Department – Zion Station [submitter of action report – finding of magazine coupler]

97. Sergeant Major Asher Levi, Badge No. 47720, Questioning – Zion Station [submitter of seizure and marking report]

98. Benny Azriel, Identity No. 303647598. (details in the prosecution) (eyewitness – pursued the terrorist)

99. Amed Anidat, Badge No. 739037, Jerusalem Border Guard. (eyewitness – pursued and shot at the terrorist)

100. Shai Cohen, Badge No. 1042043, Patrol Unit 2 – Zion Station. (eyewitness – shot at the terrorist)

101. Noam Gabai, Identity No. 033121070, Jerusalem Subdistrict Unit. (eyewitness – pursued and shot at the terrorist)

102. Chanan Benaim, Badge No. 1049188, Motorcycle Special Patrol Unit – Shalem Station. (eyewitness – pursued the terrorist, disarmed the terrorist after the terrorist was killed)

103. Genadi (Guy) Melnik, Identity No. 309130540. (details in the prosecution). (eyewitness – a security guard who was at the site – opened fire and shot the terrorist)

104 Alon Halfon, Badge No. 761775, Detectives – Jerusalem Central Unit. (eyewitness – pursued and shot at the terrorist)

105. Avi Ben-Ami, Badge No. 996140, Detectives – Jerusalem Central Unit. (eyewitness – shot at the terrorist)

106. Chaim Salah, Identity No. 033401019. (details in the prosecution) (eyewitness – driver of "Egged" bus who was at the site of the attack)

107. Boris Abtisian, Identity No. 309086171. (details in the prosecution) (eyewitness)

108. Yekutiel-Israel Alouche, Identity No. 310101647. (details in the prosecution) (eyewitness)

109. Moshe Maman, Identity No. 60246911. (details in the prosecution) (eyewitness)

[Stamp] P 5: 206

Prosecution Case 444/02 Amended

110. Tova Yitzhaki, Identity No. 051270353. (details in the prosecution) (eyewitness)

111. Mazal Yitzhaki, Identity No. 04330150. (details in the prosecution) (eyewitness)

112. Yaron Avrahami, Identity No. 640712770. (details in the prosecution) (eyewitness)

113. Pinchas Bentura, Identity No. 055611230. (details in the prosecution) (eyewitness)

114. Kfir Kedem, Identity No. 039381249. (details in the prosecution) (eyewitness – saw the terrorist arriving at the attack site on foot)

115. Yaakov Sandlar, Identity No. 307750984. (details in the prosecution) (identification of the body of the late Ora (Svetlana) Sandlar)

116. Dafna Wilner, M.D., License No. 29234, Hadassah Ein Kerem Hospital, Jerusalem. (submitter of death notice of the late Ora (Svetlana) Sandlar) (will be summoned upon explicit demand of the defense only)

117. Elena Vaslov, M.D., Hadassah Ein Kerem Hospital, Jerusalem. (submitter of death notice of the late Sarah Hamburger) (will be summoned upon explicit demand of the defense only)

An additional list of witnesses concerning the casualties in the attack on Jaffa Street on January 22, 2002 and medical certificates related to their injury will be delivered during the trial

**Detailed Incident 483/02 Shafat**

118. Sergeant First Class Avi Pinchasi, Special Duties Department, Jerusalem Central Unit. [submitter of seizure and marking report]

119. Master Sergeant Oded Meiri, Badge No. 1065937, Special Duties Department, Jerusalem Central Unit. [submitter of photograph table + two exhibit cover forms]

120. Superintendent Lior Nedivi, Badge No. 952127, Forensic Identification – Zion Station. [submitter of seizure and marking report + crime scene visit report + transfer of exhibits to Forensic Identification – National Headquarters]

[Stamp] P 5: 206 [continued]

121. Dan Uzana, Patrol Unit 4, Zion Station. [submitter of seizure and marking report]

Prosecution Case 444/02 Amended

122. Superintendent Avi Kaufman, Firearms Laboratory, Forensic Identification, National Headquarters – Jerusalem. [submitter of expert opinion] (will be summoned upon explicit demand of the defense only)

123. Aviram Nissan, M.D., Hadassah Mt. Scopus Hospital, Jerusalem. [submitter of death certificate] (will be summoned upon explicit demand of the defense only)

124. Meir Dahan, Badge No. 081086407. (details in the prosecution) [overpowered the terrorist, wounded in the attack]

125. Dan Mor, Identity No. 086019812. (details in the prosecution) [overpowered the terrorist]

126. Nir Ben Simchon, Identity No. 037670213. (details in the prosecution) [overpowered the terrorist]

127. Afif Halwani, Identity No. 023307358. (details in the prosecution) [eyewitness]

128. Yosef Karadi, Identity No. 0099752. (details in the prosecution) [eyewitness]

129. Stas Krisensky, Identity No. 304389240. (details in the prosecution) [wounded in the attack]

130. Lior Skizada, Identity No. 032087587. (details in the prosecution) [wounded in the attack]

131. Keren Kadmi, Identity No. 032777716. (details in the prosecution) [wounded in the attack]

132. Adam Garfield, Identity No. 011935426. (details in the prosecution) [wounded in the attack]

133. Eli Ochana, Identity No. 033404773. (details in the prosecution) [wounded in the attack]

134. Amichai Dahan, Identity No. 039243944. (details in the prosecution) [wounded in the attack]

[Stamp] P 5: 206 [continued]

Prosecution Case 444/02 Amended

135. Tamara Lifschitz Fisch, Identity No. 306706318. (details in the prosecution) [wounded in the attack]

---

**Detailed Incident 4258/02**

136. Avshalom Friedman, Identity No. 055594097, volunteer in Yarkon Patrol Unit (details in the prosecution) [two statements, was with the late Salim Birkat]

137. Efi Yamin, Yarkon Identification, Israel Police.

138. Superintendent Mirod Daniel, Yarkon Investigations Branch Officer.

139. Shimon Rachamim, Yarkon Special Investigations Team.

140. Yaakov Abed, Identity No. 025714502. (details in the prosecution) [eyewitness – was inside the restaurant]

141. Igor Kotbitzky, Identity No. 321940751. (details in the prosecution) [security guard at the restaurant, injured in the attack]

142. Adi Moriz, Identity No. 304615230. (details in the prosecution) [security guard at the restaurant]

143. Yoni Chayal, Identity No. 049170392. (details in the prosecution) [eyewitness]

144. Irit Rachamim, Identity No. 027293034. (details in the prosecution) [eyewitness]

145. Limor Forma, Identity No. 025377029. (details in the prosecution) [eyewitness]

146. Shlomo David, Identity No. 00022280. (details in the prosecution) [severely injured in the attack by stab wound]

147. Sharon Yifrach, Identity No. 9802115980. (details in the prosecution) [eyewitness, injured in the attack]

148. Yiftach Kariti, Identity No. 029022902. (details in the prosecution) [eyewitness, injured in the attack]

[Stamp] P 5: 207

Prosecution Case 444/02 Amended

149. Eliyahu Tzaka, Identity No. 028804599. (details in the prosecution) [eyewitness, injured in the attack]

150. Ivana Richtman, Identity No. 309998540. (details in the prosecution) [eyewitness, injured in the attack]

151. Yaakov Horovitz, Identity No. 054188644. (details in the prosecution) [eyewitness, saw the vehicle in which the terrorist arrived]

152. Ravit Avishag-Yosefi, Identity No. 024315632. (details in the prosecution) [eyewitness]

153. William Hazan, Identity No. 069828374. (details in the prosecution) [eyewitness, injured in the attack]

154. Ala Mahmoud, Identity No. 061247623. (details in the prosecution) [eyewitness – statement + drawing of the incident scene]

155. Bassam Abu Laham, Identity No. 035704568. (details in the prosecution) [eyewitness]

156. Baha Abu Laham, Identity No. 049824865. (details in the prosecution) [eyewitness]

157. Ala Mahamid, Identity No. 061247623. (details in the prosecution) [eyewitness]

158. Yomi Kontanta, Identity No. 033876954. (details in the prosecution) [eyewitness]

159. Avinoam Yosef, Identity No. 056230584. (details in the prosecution) [eyewitness]

160. Igor Postinensky, Identity No. 311660328. (details in the prosecution) [eyewitness]

161. Daniel Kradi, Identity No. 02234597. (details in the prosecution) [eyewitness – two statements – saw the terrorist stabbing people]

162. Meir Habi, Identity No. 5452229. (details in the prosecution) [identification of the body of the late Yosef Habi]

163. Noam Asafi, Identity No. 031877665. (details in the prosecution) [injured in the attack]

164. Yossi Azuz, Identity No. 029416740. (details in the prosecution) [severely injured in the attack]

[Stamp] P 5: 207 [continued]

Prosecution Case 444/02 Amended

165. Michael Gruber, Identity No. 043401140. (details in the prosecution) [injured in the attack]

166. Prof. Yehuda Hiss, the National Institution of Forensic Medicine, Tel Aviv. [submitter of expert opinion] (will be summoned upon explicit demand of the defense only)

167. Hospital records – institutional record

An additional list of witnesses concerning the casualties and victims in the attack at the "Seafood Market" Restaurant in Tel Aviv on March 5, 2002 will be delivered during the trial

---

**Detailed Incident 568/02 Shafat**

168. Nissim Cohen, Badge No. 70755855, Border Guard. (details in the prosecution) [statement and submitter of action report]

169. Dekel Ozer, Badge No. 7015187, Border Guard [details in the prosecution].

170. Shlomi Aton, Badge No. 70192463, Border Guard [details in the prosecution].

171. Dror Cohen, Badge No. 1034842, Identification – Zion Station [submitter of 2 seizure and marking reports + exhibits from exhibit entry card No. 294/02].

172. First Sergeant Zehava Ful, Badge No. 57989, Zion Station – Bomb Disposal [submitter of action report]

173. Superintendent Marco Elmaliach, Badge No. 942979, Forensic Identification – Bomb Disposal Laboratory, National Headquarters, Jerusalem. [submitter of expert opinion and exhibit cover reports] (will be summoned upon explicit demand of the defense only)

174. Sergeant First Class Daniel Turgeman, Badge No. 1013796, the Exhibits Office – Forensic Identification, National Headquarters – Jerusalem. [submitter of civil servant certificate – receipt of exhibits for examination] (will be summoned upon explicit demand of the defense only)

[Stamp] P 5: 207 [continued]

175. Prof. Yehuda Hiss, the National Institution of Forensic Medicine, Tel Aviv. [submitter of expert opinion] (will be summoned upon explicit demand of the defense only)

---

**Detailed Incident 783/02 Binyamin**

176. Sergeant First Class Yitzhak Rokach, Badge No. 1011626, Binyamin Station. [submitter of action report]

[Stamp] P 5: 207 [continued]

Prosecution Case 444/02 Amended