9. הנאשם הורה לטארק א-נוף להוביל את אברהים חסונה אל תוך מדינת ישראל על מנת שהאחרון יבצע שם את פיגוע ההתאבדות המתוכנן. הנאשם הורה לטארק א-נוף להביא נשק לאברהים חסונה לצורך ביצוע הפיגוע המתוכנן.

10. חבריו הנ"ל של הנאשם החלו לחפש אדם אשר יכניס את אברהים חסונה אל תוך מדינת ישראל על מנת שהאחרון יבצע שם את פיגוע ההתאבדות המתוכנן ויגרום למותם של אזרחים ישראליים רבים ככל האפשר.

11. שריף נאג'י (אבו-חמיד) פנה אל מוראד נזמי ריזק עג'לוני, בעל תעודת זהות ישראלית המתגורר בירושלים, וביקש מהאחרון להגיע בדחיפות לרמאללה.

12. שריף נאג'י (אבו-חמיד) נפגש עם מוראד עג'לוני הנ"ל בבית קפה ברמאללה וביקש ממנו להסיע מחבל מתאבד אל תוך מדינת ישראל. מוראד עג'לוני הסכים להצעה זו, אך ביקש כי שריף נאג'י (אבו-חמיד) ידאג לספק למטרה זו רכב לא גנוב בעל לוחיות רישוי ישראליות.

13. שריף נאג'י (אבו-חמיד), זידאן רמדאן ומוראד עג'לוני פגשו ברמאללה את מחמד מחמד יוסף נאג'י (אבו-חמיד), אשר היה ביחד עם מאזן מחמוד עומר אלקאדי. מאזן אלקאדי נהג ברכב פורד טרנזיט עם לוחיות רישוי ישראליות, מ.ר. 7014515 (להלן: הרכב). האנשים הנ"ל ביקשו ממאזן אלקאדי את רכב ואת הרשיונות של הרכב לצורך הסעת מחבל מתאבד אל תוך שטחה של מדינת ישראל על מנת שהמחבל המתאבד יבצע שם פיגוע התאבדות. מאזן אלקאדי מסר את הרכב לידי שריף נאג'י (אבו-חמיד) וזידאן רמדאן, אך ביקש כי הוא עצמו ינהג בו.

14. בשלב הזה, טארק א-נוף ואברהים חסונה הלכו לדירה. שם, אברהים חסונה התקלח ולבש את הבגדים החדשים, אשר נקנו עבורו על-פי הוראת הנאשם כאמור לעיל.

15. בסביבות השעה 20:00, שריף נאג'י (אבו-חמיד), זידאן רמדאן ומאזן אלקאדי, שנסעו ברכב, נפגשו בכיכר השעון ברמאללה עם טארק א-נוף ואברהים חסונה. טארק א-נוף ואברהים חסונה, אשר היו חמושים ברוסי"ר M-16, 6 מחסניות מלאות בכדורים ושני רימוני-יד, עלו לרכב. למקום הגיע גם נסר (חלום) מחמד יוסף נאג'י (אבו-חמיד), אשר מסר לאברהים חסונה סכין קומנדו באורך של כ-25 ס"מ. נסר אבו-חמיד אמר לאברהים חסונה לדקור אזרחים ישראליים על מנת לגרום למותם לאחר שתיגמר לו התחמושת.

16. כל האנשים הנ"ל נסעו ברכב לכיכר רפידין ברמאללה, מכיוון שבמקום האמור אין הרבה עוברי אורח.

17. בכיכר רפידין הנ"ל, נסר (חלום) נאג'י (אבו-חמיד), טארק א-נוף ואברהים חסונה פירקו את רוסי"ר M-16 הנ"ל והכניסו אותו אל תוך הדלת הצדדית של הרכב.

18. שריף נאג'י (אבו-חמיד), טארק א-נוף וזידאן רמדאן, נישקו את אברהים חסונה ואיחלו לו הצלחה.

19. מוראד עג'לוני הודיע לחבריו כי הוא עובד בתל-אביב ולכן מכיר מקום בתל-אביב, אשר בו ניתן לבצע את פיגוע ההתאבדות המתוכנן.

20. הוחלט כי לאחר שמוראד עג'לוני ומאזן אלקאדי יורידו את אברהים חסונה בתל-אביב במקום הומה אדם, אברהים חסונה ימתין מספר דקות על מנת שחבריו הנ"ל יספיקו להימלט מהמקום ולאחר מכן יפתח באש אוטומטית ברוסי"ר M-16 הנ"ל לעבר אזרחים ישראליים שיהיו במקום, בכוונה לגרום למותם של אזרחים ישראליים רבים ככל האפשר וימשיך לירות עד שייהרג מאש כוחות הביטחון הישראליים שיגיעו למקום.

21. אברהים חסונה עלה לרכב, אשר בו נהג מאזן אלקאדי ולידו ישב מוראד עג'לוני, והשלושה נסעו לכיוון תל-אביב על מנת לבצע שם את פיגוע ההתאבדות המתוכנן.

22. במהלך נסיעתם של מוראד עג'לוני, מאזן אלקאדי ואברהים חסונה לתל-אביב, שריף נאג'י (אבו-חמיד) שוחח עמם באמצעות טלפון סלולרי.

23. באותו הלילה, לאחר שמאזן אלקאדי, מוראד עג'לוני ואברהים חסונה הגיעו לתל-אביב, בסמוך לגשר מעריב שבדרך פתח-תקווה, מוראד עג'לוני הראה לאברהים חסונה מקום הומה אדם והניחה אותו לבצע שם את הפיגוע המתוכנן.

24. אברהים חסונה הוציא את רוסי"ר M-16, מחסניות ורימוני-יד הנ"ל, שהיו מוסתרים בדלת של הרכב כאמור לעיל.

25. בסמוך לשעה 02:15, ביום 05.03.02 או במועד הסמוך לכך, מאזן אלקאדי ומוראד עג'לוני הורידו את אברהים חסונה מן הרכב, כשהוא חמוש ברוסי"ר M-16, רימוני-יד וסכין קומנדו הנ"ל, בסמוך למסעדה "סי-פוד מרקט" הנמצאת בדרך פתח-תקווה בתל-אביב (להלן: המסעדה) על מנת שיבצע שם את הפיגוע המתוכנן.

26. מוראד עג'לוני ומאזן אלקאדי נסעו ברכב מהמקום לכיוון ירושלים.

27. אברהים חסונה התקרב אל המסעדה "סי-פוד מרקט" ופתח באש אוטומטית ברוסי"ר M-16 לעבר יושבי המסעדה ועוברי האורח בדרך פתח-תקווה בכוונה לגרום למותם.

28. לאחר מכן, אברהים חסונה השליך את שני רימוני-יד הנ"ל לעבר המסעדה בכוונה לגרום למותם של יושבי המסעדה ועוברי אורח, אך רימוני-יד לא התפוצצו.

29. לאחר שרוסי"ר M-16, אשר בו החזיק אברהים חסונה הפסיק לירות עקב מעצור, אברהים חסונה הוציא את סכין הקומנדו הנ"ל והחל לדקור אזרחים ישראלים שהיו במקום בכוונה לגרום למותם.

30. למקום האמור, הגיע השוטר רס"ר סלים ברכאת ז"ל. רס"ר סלים ברכאת ז"ל הסתער לעבר אברהים חסונה והשתלט עליו. רס"ר סלים ברכאת ז"ל הספיק להודיע למפקדיו על השתלטותו על המחבל.

31. בשלב הזה, אברהים חסונה דקר באמצעות סכין הקומנדו הנ"ל את רס"ר סלים ברכאת ז"ל בצווארו בכוונה לגרום למותו. כתוצאה מהדקירה הנ"ל, רס"ר סלים ברכאת ז"ל נפטר במקום.

32. במעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותו של **רס"ר סלים ברכאת ז"ל**.

33. לאחר שלשריף נאג'י (אבו-חמיד) נודע משידורי הטלוויזיה על כך שהפיגוע המתוכנן בוצע כאמור לעיל, הוא יצר קשר עם הנאשם ועדכן את האחרון בדבר ביצוע הפיגוע האמור.

34. מיד לאחר מכן, הנאשם הודיע למרואן ברגותי, ראש "התנזים" של הפת"ח באיזור, ולנאצר מחמד יוסף נאג'י (אבו-חמיד), ראש "גדודי חללי אלאקצא", הזרוע הצבאית של "התנזים" של הפת"ח, על הפיגוע שבוצע. כמו כן, הנאשם יצר קשר עם סוכנות הידיעות "רויטרס" והודיע על הפיגוע שבוצע כאמור לעיל.

**פרט שלושים ושמונה:** (פ.א. 4258/02 ירקון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 05.03.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלושים ושבעה, במעשיו המתוארים בפרט האישום השלושים ושבעה, גרם בכוונה למותו של **יוסף חבי ז"ל**, אשר נדקר על-ידי אברהים חסונה בבית חזה ובחלקים נוספים בגופו ונפטר כתוצאה מכך.

**פרט שלושים ותשעה:** (פ.א. 4258/02 ירקון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בבין איזור ובין מחוצה לו, ביום 05.03.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלושים ושבעה, במעשיו המתוארים בפרט האישום השלושים ושבעה, גרם בכוונה למותו של **אליהו דהן ז"ל**, אשר נדקר על-ידי אברהים חסונה בבית חזה, בבטנו ובגבו ונפטר כתוצאה מכך.

**פרט ארבעים:** (פ.א. 4258/02 ירקון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחולה לו, ביום 05.03.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השלושים ושבעה, במעשיו המתוארים בפרט האישום השלושים ושבעה, ניסה לגרום למותם של אזרחים רבים ככל האפשר. כתוצאה מהיריות שנורו על-ידי אברהים חסונה נפצעו עשרות אזרחים ישראליים.

23

ת.ת. 444/02 מתוקן

**פרט ארבעים ואחד:** (פ.א. 4258/02 ירקון)

**מהות העבירה:** היזק בזדון לרכוש, עבירה לפי סעיף 53ג לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תש"ל-1970 וסעיף 14(א) לצו בדבר ככלי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 05.03.02 או במועד הסמוך לכך, הרס רכוש או פגע בו במזיד ושלא כדין, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האישום השלושים ושבעה, במעשיו המתוארים בפרט האישום השלושים ושבעה, גרם במזיד ושלא כדין נזק רב למסעדה "סי-פוד מרקט", למסעדה "מפגש הסטייק" וכן לבניינים הסמוכים וכלי הרכב שהיו באיזור, אשר נפגעו כתוצאה מהיריות שנורו על-ידי אברהים חסונה.

**פרט ארבעים ושניים:** (פ.א. 568/02 שפט)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות בטחון (יהודה והשומרון) (מסי 378), תש"ל-1970, וסעיפים 14(א) ו-19 לצו בדבר ככלי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 08.03.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, במועד האמור, שוחח באמצעות טלפון עם נאצר מחמוד עוויס, פעיל צבאי בכיר ב"תנזים" של הפת"ח, שהוא התאחדות בלתי מותרת, בשכם.
2. נאצר עוויס ביקש מהנאשם להיפגש ברמאללה עם לואי מחמד אחמד עודה, אשר שוחרר לפני זמן קצר מהכלא של הביטחון המסכל של הרשות הפלסטינית.
3. הנאשם נפגש ברמאללה עם לואי עודה. במהלך השיחה בין השניים לואי עודה מסר לנאשם כי יש לו מחבל מתאבד וכי הוא צריך חגורת נפץ על מנת שהמחבל המתאבד יוכל לבצע באמצעותה פיגוע התאבדות בתוך שטחה של מדינת ישראל ובכך יגרום למותם של אזרחים ישראליים רבים ככל הניתן. הנאשם הסכים למסור ללואי עודה את חגורת הנפץ המבוקשת לצורך ביצוע פיגוע ההתאבדות המתוכנן. כמו כן, הסכים הנאשם לבקשתו של לואי עודה לארגן מקום לינה ברמאללה עבור המחבל המתאבד.
4. קודם לכן, לואי עודה הנ"ל שוחח עם נאצר עוויס הנ"ל. נאצר עוויס הנ"ל הודיע כי איתר אדם אשר מוכן לבצע פיגוע התאבדות בירושלים, והוא מחמוד צלאח, תושב השומרון. נאצר עוויס ביקש מלואי עודה להעביר את מחמוד צלאח לירושלים על מנת לבצע פיגוע התאבדות בכוונה לגרום למותם של אזרחים ישראליים. לואי עודה הסכים לכך. לואי עודה פגש את מחמוד סעיד ע/רחים צלאח. מחמוד צלאח סיפר ללואי עודה, כי בכוונתו לבצע פיגוע התאבדות, וזאת לאחר שארוסתו, דארין, ביצעה גם היא פיגוע התאבדות.
5. לואי עודה התקשר לחיאלד שווקי חביב חלבי, תושב בית חנינא, **פעיל הארגון "החזית העממית לשחרור פלסטין"**, והודיע לו, כי בכוונתו לבצע פיגוע בירושלים וזאת על ידי שיגור מחבל מתאבד שברשותו. לואי עודה ביקש מחיאלד חלבי לאתר אנשים, אשר יכניסו את המחבל המתאבד לירושלים. חיאלד חלבי הסכים לבצע את המבוקש ממנו.
6. חיאלד חלבי התקשר לחבריו עיאנדי עיסא עודה, תושב בית חנינא, פעיל הארגון "החזית העממית לשחרור פלסטין", וזה נפגש עמו ביום 06.03.02 ברמאללה. לואי עודה הגיע לפגישה זו ונפגש עם חיאלד חלבי ועיאנדי עודה בסמוך לבית קפה "ערבסקי". לואי עודה וחיאלד חלבי הציעו לעיאנדי עודה להכניס את המחבל המתאבד מרמאללה לירושלים לצורך ביצוע פיגוע. לואי עודה הדריך את עיאנדי עודה להוביל את המחבל המתאבד לגבעה הצרפתית בירושלים, בדרכים עוקפות מחסומים, על מנת שיבצע שם פיגוע ויגרום בכך למותם של אזרחים ישראליים. לואי עודה וחיאלד חלבי הציעו לעיאנדי עודה חלופות למקום ביצוע הפיגוע: סופרמרקט בסמוך לתחנת הדלק בשכונת רמת אשכול, מסעדת "פיצה דומינויס" בגבעה הצרפתית או אחת מתחנות האוטובוסים שבצומת הגבעה הצרפתית.
7. לצורך קבלת חגורת הנפץ עבור המחבל המתאבד, הנאשם הפגיש את לואי עודה עם חיאלד שוויש, פעיל כוח 17 של הרשות הפלסטינית, אשר הבטיח להעביר לידי לואי עודה וליידי המחבל המתאבד חגורת נפץ שברשותו ולהעמיד לרשותו של לואי עודה פעיל כוח 17 של הרשות הפלסטינית בשם מזיד, אשר ילביש את חגורת הנפץ על המחבל המתאבד.
8. הנאשם הוביל את המחבל המתאבד אל הדירה ברמאללה תחתא, אשר אותה שכר הנאשם (להלן: הדירה).

24    ת.ת. 444/02 מתוקן

P 5: 198

9. ביום 08.03.02 הגיע עיאנדי עודה, לקריאתו של ח'אלד חלבי, לרמאללה. ברמאללה המתינו לעיאנדי עודה לואי עודה, אשר הגיע למקום המפגש ברכבו, וח'אלד חלבי. לואי עודה וח'אלד חלבי מסרו לעיאנדי עודה כי עליו להוביל את המחבל המתאבד לתחנת האוטובוסים, שבכיוון הנסיעה לים המלח, בצומת הגבעה הצרפתית בירושלים. לואי עודה וידאו כי עיאנדי עודה מכיר את הדרכים העוקפות למקום, ועיאנדי עודה סיפר להם, כי בכוונתו להוביל את המחבל המתאבד תוך עקיפת מחסום קלנדיה בדרך המחצבות, ומשם להמשיך ולהוביל את המחבל למקום ביצוע הפיגוע דרך בית חנינא ושועפט, תוך עקיפת מחסום דחיית אל-בריד.

10. לאחר מכן, לואי עודה נסע לדירה, שם נפגש עם הנאשם ועם מזיד, אשר הביא עמו יחד חגורת נפץ. מזיד הלבוש את חגורת הנפץ על מחמוד צלאח והסביר למחמוד צלאח כיצד להפעיל את חגורת הנפץ. כמו כן, מחמוד צלאח גילח את זקנו.

11. לאחר מכן, עצרו הנאשם וחבריו הנ"ל מונית, והמחבל המתאבד, מחמוד צלאח, לבוש בחגורת הנפץ, עלה למונית בדרכו לביצוע פיגוע התאבדות בירושלים בכוונה לגרום למותם של אזרחים ישראליים. ח'אלד חלבי ליווה את מחמוד צלאח למקום המפגש עם עיאנדי עודה.

12. עיאנדי עודה והמחבל המתאבד, מחמוד צלאח, המשיכו לנסוע במונית, וירדו מן המונית בדרך עפר בסמוך למחצבות בקלנדיה. משם הוביל עיאנדי עודה את המחבל המתאבד ברגל בדרכם לביצוע הפיגוע המתוכנן.

13. בשיכוני נוסייבה בבית חנינא בירושלים, נעצרו עיאנדי עודה ומחמוד צלאח, בסמוך לשעה 16:00, על ידי שוטרי משמר הגבול. כאשר ניסה מחמוד צלאח להפעיל את חגורת הנפץ אותה לבש, נורה על ידי אנשי כוחות הביטחון ונהרג.

√ **פרט ארבעים ושלושה:**    (פ.א. 783/02 בנימין)

**מהות העבירה:** ניסיון לגרימת מות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תש"ל-1970, וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 17.03.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, כדלקמן:

1. ביום 05.03.02 נהרג ברמאללה פעיל צבאי בכיר ב"גדודי חללי אלאקצא" (הזרוע הצבאית של "התנזים" של הפתייח) - מהנד אבו חלאווה.

2. כעשרה ימים לאחר מכן, מג'יד מחמוד אחמד זיאדה החליט לנקום את מותו של מהנד אבו חלאווה על דרך ביצוע פיגוע קטלני.

3. לואי יוסף מנסי וראפאת צלאח הסכימו להצטרף אל מג'יד זיאדה לביצוע פיגוע הנקמה הנ"ל.

4. לואי מנסי יצר קשר עם הנאשם, וקיבל את אישורו לביצוע הפיגוע המתוכנן.

5. בעקבות האישור שניתן על-ידי הנאשם, מג'יד זיאדה ולואי מנסי הגיעו לביתו של הנאשם.

6. הנאשם מסר לידי השניים רובה מסוג "ברטה" ורוסי"ר קלציניקוב עם מחסניות לצורך ביצוע הפיגוע המתוכנן.

7. למחרת, ביום 17.03.02, מג'יד זיאדה נסע עם לואי מנסי וראפאת צלאח, ברכבו מסוג "מזדה" לכביש בית-אל-פסגות, כאשר מג'יד זיאדה נוהג ברכב, לואי מנסי מחזיק בידיו את הרובה מסוג "ברטה", וראפאת צלאח מחזיק בידיו רוסי"ר קלציניקוב.

8. האנשים הנ"ל הגיעו למקום הפיגוע המתוכנן סמוך לשעה 6:30 בבוקר. לואי מנסי וראפאת צלאח ירדו מן הרכב, בעוד שמג'יד זיאדה נשאר להמתין להם ברכב לצורך מילוטם בסיום ביצוע הפיגוע.

9. כרבע שעה לאחר מכן הגיע למקום רכב פולקסווגן פאסאט לבן, מ.ר. 7741115, אשר בו נהג סמיר קרש.

10. לואי מנסי וראפאת צלאח ירו לעבר נהג הרכב בצרורות באמצעות כלי הנשק, אשר סיפק להם למטרה זו הנאשם, בכוונה לגרום למותו של נהג רכב הפולקסווגן הנ"ל.

11. כתוצאה מן הירי, נפצע סמיר קרש בכתפו, בדרך שבירת הומרוס המקורב משמאל עם ריסוק וריסוסי מתכת לאורך מסלול הקליע, ונזקק לאשפוז וניתוח. כמו כן, פגעו שלושה מן הכדורים שנורו על ידי לואי מנסי וראפאת צלאח ברכב האמור וגרמו לו נזק.

12. לאחר סיום ביצוע הפיגוע, חזרו לואי מנסי וראפאת צלאח לרכבו של מג'יד זיאדה והשלושה נמלטו ממקום הפיגוע לרמאללה.

13. לאחר מכן, לואי מנסי התקשר אל הנאשם ודיווח לו על ביצועו המוצלח של הפיגוע.

**פרט ארבעים וארבעה:**

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מסי 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בתחילת שנת 2002 או בסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, הזיק, הפרעה או סכנה לביטחון האיזור או לביטחון כוחות צה"ל וחייליו או לפעולתם, שימושם או ביטחונם של כל אחד מאלה: אניה, אוירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, קטר, כלי רכב, כלי משא או כל אמצעי אחר של הובלה ציבורית, או תקשורת ציבורית, או כל מפעל, מוסד, או ציוד המשמש או מסוגל לשמש לייצורם, הספקתם, החסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צה"ל, דהיינו:

הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, נפגש עם נזאר שאהין, שומר ראשו של גבריל רגייב, ראש הביטחון המסכל של הרשות הפלסטינית באיזור. נזאר שאהין הודיע לנאשם כי ברצונו לבצע פיגוע ירי נגד חיילי צה"ל הנמצאים במחסום סורדא ולגרום למותם. הנאשם מסר לנזאר שאהין 2 אקדחים, רוסי"ר M-16 מקוצר עם כוונת טלסקופית וכן קופסא של כדורים לצורך ביצוע הפיגוע האמור.

לאחר זמן קצר בוצע פיגוע ירי במחסום סורדא ובמהלכו נהרג חייל צה"ל. הנאשם מיהר ליצור קשר עם נזאר שאהין, אך האחרון מסר כי זה לא הוא שביצע את הפיגוע האמור. לאחר מכן, נזאר שאהין החזיר לנאשם את כלי הנשק, אשר אותם מסר לו הנאשם קודם לכן לצורך ביצוע הפיגוע האמור.

**פרט ארבעים וחמישה:**

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מסי 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש מרץ 2002 או בסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, הזיק, הפרעה או סכנה לביטחון האיזור או לביטחון כוחות צה"ל וחייליו או לפעולתם, שימושם או ביטחונם של כל אחד מאלה: אניה, אוירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, קטר, כלי רכב, כלי משא או כל אמצעי אחר של הובלה ציבורית, או תקשורת ציבורית, או כל מפעל, מוסד, או ציוד המשמש או מסוגל לשמש לייצורם, הספקתם, החסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צה"ל, דהיינו:

הנאשם הנ"ל, במועד האמור, שוחח באמצעות טלפון עם מחמוד אלטיטי, פעיל בכיר בי"אגדודי חללי אלאקצא", הזרוע הצבאית של "התנזים" של הפתח", שהוא התאחדות בלתי מותרת. מחמוד אלטיטי מסר לנאשם כי יש לו מחבל מתאבד המוכן לבצע פיגוע התאבדות בתוך מדינת ישראל. הנאשם הסכים לשלוח את המחבל המתאבד אל תוך שטחה של מדינת ישראל על מנת שיגרום למוס של אזרחים ישראליים רבים ככל הניתן.

למחרת היום, הגיע אל הנאשם אדם בשם פאיז משכם. פאיז מסר לנאשם כי נשלח על-ידי מחמוד אלטיטי לצורך ביצוע פיגוע התאבדות בתוך ישראל.

הנאשם שוחח עם פאיז וגילה כי פאיז לא יודע לירות טוב. בעקבות כך הנאשם שוב יצר קשר עם מחמוד אלטיטי. הנאשם מסר למחמוד אלטיטי כי פאיז יוכל לבצע את פיגוע ההתאבדות באמצעות חגורת נפץ שיישא על גופו. מחמוד אלטיטי הסכים להצעת הנאשם והבטיח לדאוג לשלוח אל הנאשם חגורת נפץ לצורך ביצוע פיגוע ההתאבדות מתוכנן.

אל-פי הוראתו של הנאשם, טארק מלחי א-נוף, רכש עבור פאיז בגדים חדשים ולאחר מכן ליווה את פאיז לדירה ברמאללה תחתא, שבה התגוררו טארק א-נוף, זידאן רמדאן והנאשם (להלן: הדירה).

הפיגוע המתוכנן לא יצא אל הפועל לאור העובדה שמטעני החבלה לא נשלחו לנאשם וכן מכיוון שפאיז נעצר על-ידי כוחות הביטחון הישראלים.

לאחר מעצרו של פאיז, הנאשם שוחח עם נאצר עוויס הנ"ל אודות מה שקרה. נאצר עוויס הבטיח לנאשם לשלוח אליו מחבלים מתאבדים נוספים על מנת שהנאשם ישלח אותם אל תוך שטחה של מדינת ישראל לצורך ביצוע פיגועי התאבדות. נאצר עוויס לא הספיק לשלוח אל הנאשם מחבלים מתאבדים נוספים, מכיוון שהן הנאשם הן נאצר עוויס נעצרו על-ידי כוחות צה"ל במהלך המבצע "חומת מגן".

26

ת.ת. 444/02 מתוקן

**פרט ארבעים ושישה:**

**מהות העבירה:** ייצור חפץ נפיץ, עבירה לפי סעיף 53(א)(3) לצו בדבר הוראות הביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, באמצע חודש מרץ 2002 או בסמוך לכך, ייצר כלי יריה, תחמושת פצצה, רימון יד, חפץ נפיץ או מבעיר, ללא תעודת היתר שהוענקה לו על-ידי מפקד צבאי או מטעמו, דהיינו :
הנאשם הנ"ל, במועד האמור, ברמאללה נפגש עם לואי מחמד אחמד עודה, אשר ביקש מהנאשם לקבל כסף עבור פעילות צבאית. לאור האמור, הנאשם העביר ללואי עודה סכום של 8,000 ש"ח, אשר אותו קיבל עלי פרגי ברגותי.
לואי עודה ביחד עם שריף מחמד יוסף נאג'י (אבו-חמיד) רכשו בכסף הנ"ל חומרים כימיים שונים. ע/כרים ראתב יונס עוויס ייצר מהחומרים הכימיים הנ"ל מטען חבלה גדול.

**פרט ארבעים ושבעה:**

**מהות העבירה:** סחר בציוד מלחמתי, עביר לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מס' 243), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש מרץ 2002 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי, ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו :
הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, מסר לידי ע/כרים ראתב יונס עוויס, ראש "גדודי חללי אלאקצא" - הזרוע הצבאית של "התנזים" של הפת"ח באיזור ג'נין, אשר שהה אותה עת ברמאללה, אקדח 14, וזאת ללא היתר חתום על-ידי מפקד האיזור או מטעמו.

**פרט ארבעים ושמונה:**

**מהות העבירה:** סחר בציוד מלחמתי, עביר לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מס' 243), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש מרץ 2002 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי, ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו :
הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, רכש מידי נסר (חלום) מחמד יוסף נאג'י (אבו-חמיד) רוס"ר M-16 ארוך תמורת 4,000 דינר ירדני, וזאת ללא היתר חתום על-ידי מפקד האיזור או מטעמו.

**פרט ארבעים ותשעה:**

**מהות העבירה:** סחר בציוד מלחמתי, עביר לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מס' 243), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, במחצית הראשונה של שנת 2001 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי, ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו :
הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, נפגש עם אשרף ח'דר עלי ג'אבר (יאסיני) וקיבל מהאחרון 1,500 כדורים לרוס"ר M-16. הנאשם שילם לאשרף ג'אבר הנ"ל 3,000 ש"ח עבור הכדורים הנ"ל. הנאשם ביצע את המיוחס לו בפרט האישום הזה לפי הוראתו של מרואן ברגותי - ראש "התנזים" של הפת"ח באיזור.

ת.ת. 444/02 מתוקן

**פרט חמישים:**

**מהות העבירה:** סחר בציוד מלחמתי, עבירה לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מס׳ 243), תשכ״ח-1968.

**פרטי העבירה:** הנאשם הנ״ל, באיזור, בחודש מאי 2001 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי, ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו:
הנאשם הנ״ל, במועד האמור, ברמאללה, על-פי בקשתו של אשרף חדר עלי גיאבר, מסר לידי האחרון רוס״ר קלצ׳ניקוב עם מחסנית ו-28 כדורים. הנאשם ביצע את המיוחס לו בפרט האישום הזה לאחר שקיבל אישור לעשות כן ממרואן ברגותי, ראש ״התנזים״ של הפת״ח באיזור. אשרף גיאבר השתתף בתהלוכה ברמאללה, כשהוא מחזיק ברוס״ר קלצ׳ניקוב הנ״ל. במהלך התהלוכה הנ״ל אשרף גיאבר היה רעול פנים וירה ברוס״ר קלצ׳ניקוב הנ״ל באוויר. לאחר מכן, אשרף גיאבר, על-פי הוראותיו של הנאשם, העביר את רוס״ר קלצ׳ניקוב הנ״ל לידי זיאד אבו עין.

**פרט חמישים ואחד:**

**מהות העבירה:** מתן מקלט, עבירה לפי סעיף 57 לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס׳ 378), תש״ל-1970.

**פרטי העבירה:** הנאשם הנ״ל, באיזור, בסוף שנת 2001 או בסמוך לכך, עזר או נתן מקלט לכל אדם שעבר עבירה על תחיקת הביטחון או עסק או שהיה עוסק בכל פעולה שמטרתה לפגוע בשלום הציבור, שלום כוחות צה״ל וחייליו וקיום הסדר הציבורי או שיש יסוד סביר לחשוד כי עשה כן, בין על-ידי מתן ידיעות, מחסה, מזון, משקה, כסף, בגדים, נשק, תחמושת, אספקה, מספוא, אמצעי תובלה, נפט או דלק מסוג כל שהוא ובין בדרך אחרת, דהיינו:
הנאשם הנ״ל, במועד האמור, ביחד עם מרואן ברגותי, העביר את בלאל יעקוב אחמד ברגותי ואת עבדאללה ברגותי מהכלא של הביטחון המסכל של הרשות הפלסטינית לביתוניא לדירה, אשר אותה שכר הנאשם ברמאללה תחתאה. בלאל ברגותי ועבדאללה ברגותי הנ״ל הם פעילים בכירים בארגון החמאס, שהוא התאחדות בלתי מותרת, ואחראיים לביצוע מספר פיגועים נגד אזרחים ישראליים, ביניהם פיגוע תופת במסעדה ״סבארו״ בירושלים ביום 09.08.01. הנאשם ומרואן ברגותי הלינו את בלאל ברגותי ואת עבדאללה ברגותי בדירה הנ״ל במשך מספר ימים. לפני שבלאל ברגותי ועבדאללה ברגותי עזבו את דירתו הנ״ל של הנאשם, הנאשם מסר לכל אחד מהם אקדח 14.

**פרט חמישים ושניים:**

**מהות העבירה:** סחר בציוד מלחמתי, עבירה לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מס׳ 243), תשכ״ח-1968.

**פרטי העבירה:** הנאשם הנ״ל, באיזור, בסוף שנת 2001 - תחילת שנת 2002 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי, ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו:
הנאשם הנ״ל, במועד האמור, שוחח באמצעות טלפון עם נאצר מחמוד עוויס, פעיל צבאי בכיר ב״יתנזים״ של הפת״ח, שהוא התאחדות בלתי מותרת, בשכם. נאצר עוויס אמר לנאשם כי הוא צריך 1,000 כדורים לרוס״ר M-16. הנאשם הבטיח להביא לנאצר עוויס את הכדורים המבוקשים. לאחר מספר ימים הגיע אל הנאשם, ברמאללה, אדם בשמו של נאצר עוויס. הנאשם מסר לאחרון 1,000 כדורים לרוס״ר M-16 על מנת שיעביר אותם לשכם לנאצר עוויס. תמורת 1,000 כדורים הנ״ל נאצר עוויס העביר לחשבון הבנק של הנאשם סכום של 3,000 ש״ח.
הנאשם ביצע את המיוחס לו בפרט האישום הזה ללא היתר חתום על-ידי מפקד האיזור או מטעמו.

ת.ת. 444/02 מתוקן

**פרט חמישים ושלושה:**

**מהות העבירה:** סחר בציוד מלחמתי, עבירה לפי סעיף 2 לצו בדבר איסור סחר בציוד מלחמתי (יהודה והשומרון) (מס' 243), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש ינואר 2002 או בסמוך לכך, סחר או עסק בצורה אחרת בציוד מלחמתי ללא היתר חתום על-ידי מפקד האיזור או מטעמו, דהיינו:
אל הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, פנה נזאר שוכרי שאהין. נזאר שאהין ביקש מהנאשם לקבל שלושה אקדחים על מנת למוסרם לידי פעיל צבאי חללי אלאקצא", הזרוע הצבאית של "התנזים" של הפתי"ח, זאפר ע/ג'ואד ע/רחמאן רימאווי לצורך ביצוע פיגוע ירי במחסום סורדא של צה"ל.
הנאשם תשכים לבקשתו של נזאר שאהין ומסר לידי האחרון 3 אקדחים: אקדח בלגי 9 מ"מ, אקדח סטאר 9 מ"מ ואקדח שסוגו אינו ידוע לתביעה, וכן קופסת כדורים לאקדחים הנ"ל, המכילה 50 כדורים לאקדח בקוטר 9 מ"מ.
באותו היום, במפקדה של הביטחון המסכל של הרשות הפלסטינית בביתוניא או בסמוך לכך, נזאר שאהין העביר את שלושת האקדחים והכדורים הנ"ל לידי זאפר ע/ג'יאד ע/רחמאן רימאווי.
הפיגוע המתוכנן לא בוצע באמצעות האקדחים הנ"ל, מכיוון שלילה לפני המועד שבו היה אמור להתבצע הפיגוע הנ"ל, בוצע פיגוע ירי אחר במחסום סורדא.
לאחר כשלושה ימים, ברמאללה או בסמוך לכך, נזאר שאהין החזיר את האקדחים הנ"ל ביחד עם קופסת הכדורים הנ"ל לידי הנאשם.
הנאשם ביצע את המיוחס לו בפרט אישום זה ללא היתר חתום על-ידי מפקד האיזור או מטעמו.

**עדי התביעה:**

1. רס"ר דוד מזרחי, מ.א. 94857, לח"ק יהודה. [גובה אמרות הנאשם מיום 16.04.02 ומיום 03.05.02 ומגיש כתב-ידו של הנאשם בערבית + דו"ח מסדר זיהוי תצלומים + לוח תצלומים]
2. רס"ר יצחק יעקובוף, מ.א. 1008358, לח"ק יהודה. [גובה אמרות הנאשם מיום 21.04.02 ומיום 13.05.02 ומגיש שני כתבי-ידו של הנאשם בערבית]
3. משה משה, מ.א. 993725, תשאול אמן לכיש. [גובה אמרת הנאשם מיום 05.09.02]
4. אשרף חדר עלי ג'אבר, ת.ז. 901183764. (עצור)
5. חוסאם עקל רג'ב שחאדה, ת.ז. 975564733. (עצור) (ת.ת. 243/02)
6. מחמד ע/רחמאן סאלם מצלח, ת.ז. 902845643. (עצור) (ת.ת. 242/02)
7. מחמד סאמי אבראהים עבדאללה, ת.ז. 979469954. (עצור) (ת.ת. 241/02)
8. הייתם אלמותפפק חמדאן, ת.ז. 906934823. (עצור) (ת.ת. 265/02)
9. ע/כרים ראתב יונס עוויס, ת.ז. 980136675. (עצור)
10. נאצר מחמד יוסף נאג'י (אבו-חמיד), ת.ז. 923918882. (עצור)
11. נצר (חלום) מחמד יוסף נאג'י (אבו חמיד), ת.ז. 923918890. (עצור) (ת.ת. 339/02)
12. שריף מחמד יוסף נאג'י (אבו חמיד), ת.ז. 959770843. (עצור) (ת.ת. 355/02)
13. לואי מחמד אחמד עודה, ת.ז. 035775055. (עצור) (ת.ת. 311/02)
14. זאפר ע/ג'יואד ע/רחמאן רימאווי, ת.ז. 900070020. (עצור) (ת.ת. 345/02)
15. אמיר חסן סעיד אבו רדאחה, ת.ז. 954263042. (עצור) (ת.ת. 356/02)
16. מג'ד מחמוד אחמד זיאדה, ת.ז. 914081757. (עצור) (ת.ת. 318/02)
17. נאצר מחמוד עוויס, ת.ז. 900358664. (עצור)
18. בלאל יעקוב אחמד ברגותי, ת.ז. 902826262. (עצור)
19. זיאד חמודה יעקוב חמודה, ת.ז. 902924117. (עצור) (ת.ת. 353/02)
20. ראמי מחמד מחמוד נור, ת.ז. 960971075. (עצור) (ת.ת. 221/02)
21. מאזן מחמוד עומר אלקאדי, ת.ז. 907898134. (עצור) (ת.ת. 212/02)
22. מוראד נזמי רזק עג'לוני, ת.ז. 081099095. (עצור)
23. מאמון בסאם עבדאללה אבו-שמה, ת.ז. 906138409. (עצור) (ת.ת. 639/01)
24. עלאא מחמד עלי חסן (ע/עזיז), ת.ז. 907276406. (עצור) (ת.ת. 174/02)
25. סעדי ג'יהאד מחמד-עלי מקבול, ת.ז. 920101466. (עצור) (ת.ת. 173/02)
26. ויליאם סאמח פארס אלחטיב (רימאווי), ת.ז. 904383452. (עצור) (ת.ת. 322/02)
27. נזאר שוכרי אמין שאהין, ת.ז. 902004928. (עצור) (ת.ת. 775/02)

ת.ת. 444/02 מתוקן                              29                               P 5: 203

## פ.א. 234/01 מת"מ י-ם

28. הרמן ספאק, מ.א. 6961290, צה"ל. (פרטים בתביעה) [עדות]
29. אריה רקח, ת.ז. 032271918. (פרטים בתביעה) [עדות]
30. יובל לב, ת.ז. 05405709. (פרטים בתביעה) [עדות]
31. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
32. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב]
33. רס"ר אבי ברקמן, מ.א. 972762, חקירות - תחנת ציון. [מגיש טופס לווא׳ למוצגים]
34. רס"ל דניאל תורגמן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
35. רפ"ק אורי בן-טובים, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 555/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
36. ד"ר דוד חזן, מ.ר. 29086, צה"ל. [עדות - קביעת מותו של אלעזר עקיבא פשקוס ז"ל]
37. ד"ר דוד מורל, מ.ר. 20952, קופ"ח כללית - ירושלים. [עדות + מגיש הודעת פטירה]

## פ.א. 457/01

38. רס"מ אלי סוטר, מ.א. 588038, תחנת בנימין. [מגיש דו"ח פעולה]
39. רס"מ משה לביא, מ.א. 903260, תחנת בנימין. [מגיש זכ"ד-רכב GMC + שרטוט זירת האירוע + דו"ח תפיסה וסימון + טופס לווא׳ למוצגים + מזכר]
40. רס"מ שבי עובדיה, מ.א. 560441, מז"פ יהודה. [מגיש לוחות תצלומים + מזכר]
41. רפ"ק ניסים מזרחי, מ.א. 926998, המעבדה הניידת, מז"פ - מטא"ר, ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
42. יוסף כהן, ת.ז. 069397198. (פרטים בתביעה) [נפצע בפיגוע הירי]
43. אבי בן-שימול, ת.ז. 031310677. (פרטים בתביעה) [הגיע ראשון לזירת הפיגוע]
44. ד"ר איזבלה שוורץ, מ.ר. 28684, ביה"ח הדסה - הר-הצופים, ירושלים. [מגישה תעודת רופא - סכום ביניים] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

## פ.א. 2159/01 בנימין

45. רס"ר רון עאמר, מ.א. 956813, תחנת בנימין. [מגיש דו"ח פעולה]
46. רס"מ שבי עובדיה, מ.א. 560441, מז"פ, תחנת בנימין. [מגיש לוחות תצלומים + דו"ח תפיסה וסימון]
47. רפ"ק עופר שלוש, מ.א. 916718, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח ביקור ראשוני בזירת האירוע - תפיסת תרמילים ושרידי קליעים]
48. רס"ר חיים טולדנו, מ.א. 1004332, תחנת בנימין. [מגיש זכ"ד - שרשרת מוצג + טופס לווא׳ למוצגים + דו"ח ביקור בזירת העבירה]
49. רס"ל דניאל תורגמן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
50. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4238/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
51. ד"ר ולדימיר גולר, מ.ר. 26163, מד"א - תחנת לוד. [מגיש דו"חות רפואיים מהשטח + הודעות פטירה + עדות]
52. ד"ר ניר אלון, ת.ז. 031849201, צה"ל. [עדות]
53. ד"ר ריקרדו נחמן, המכון הלאומי לרפואה משפטית. [מגיש שתי חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
54. ציון סווירי, ת.ז. 000048850. (פרטים בתביעה) [זיהוי הרוגים]

## פ.א. 7915/01 ציון

55. רס"ר ציון ששון, מ.א. 957068, תחנת ציון. [מגיש דו"ח פעולה]
56. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
57. רפ"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
58. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
59. צוערת אדוה מלכה, מ.א. 1049089, מת"מ - תחנת ציון. [מגישה טופס לווא׳ למוצגים]
60. רס"ב זיווה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תעו"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

61. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4539/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
62. ד"ר אייל יצחיאק, מ.ר. 31004, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
63. ד"ר יעקב גלוברמן, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר וייסבויז ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
64. משה וייס, ת.ז. 024001505. (פרטים בתביעה) (נפצע קשה בפיגוע)
65. יפה וקנין, ת.ז. 058857863. (פרטים בתביעה) (עדת ראיה)

**פ.א. 481/01 ציון**
66. טוני עמיאל, ת.ז. 032441040. (פרטים בתביעה) (נהגת רכב ההונדה)
67. פיני מימון, ת.ז. 025759762. (פרטים בתביעה) (נוסע רכב ההונדה)
68. פזית מימון, ת.ז. 040128084. (פרטים בתביעה) (נוסעת רכב ההונדה)

**פ.א. 8379/01 ציון**
69. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
70. רס"ר גבריאל עבד, מ.א. 958736, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
71. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
72. צוער דרור אברם, מ.א. 1039080, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
73. ציון שדה, ת.ז. 029505724, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
74. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
75. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 4723/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
76. סיגל שאזו, תחנת ציון. [מציאת תרמילים בשטח - שרשרת ראיות]
77. מלכה כהן, ת.ז. 038791386. (פרטים בתביעה) (נפגעה בפיגוע)
78. פנחס כהן, ת.ז. 038348256. (פרטים בתביעה) (נפגעה בפיגוע)
79. אוהב עמי יחיאל, ת.ז. 059214320. (פרטים בתביעה) (עד ראיה - טיפל בפצועים)
80. ד"ר יאיר עדן, מ.ר. 33272, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
81. ד"ר מנחם גרוס, מ.ר. 30416, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

**פ.א. 39/02 בנימין**
82. מפקח מיכאל מלכה, מ.א. 1040320, סיור - תחנת בנימין. [מגיש דו"ח פעולה]
83. רס"מ קובי סבג, מ.א. 56494, תחנת בנימין. [מגיש זכ"ד תחקור/תפיסה וסימון]
84. רס"ב אלי קוגמן, מ.א. 46951, מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
85. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
86. רס"ר מאיר וענונו, מ.א. 1018332, תחנת בנימין. [מגיש טופס לוואי למוצגים]
87. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
88. סגן ד"ר ניר אילון, מ.ר. 33216, צה"ל. (פרטים בתביעה) [עדות - קביעת מותה של יואלה חן ז"ל + טיפול בפצועה]
89. ד"ר שאול בייט, מ.ר. 33027, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
90. רחל (רשל) עיני, ת.ז. 075966614. (פרטים בתביעה) (נפצעה בפיגוע)
91. סמי וענקנין, ת.ז. 027798040. (פרטים בתביעה) (עדות + סקיצה) (עד ראיה)
92. נחשון בראשי, ת.ז. 05033235. (פרטים בתביעה) (זיהוי ההרוגה)

**פ.א. 502/02 ציון**
93. פקד דרור אסרף, מ.א. 942276, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
94. רס"ר יגאל דניאל, מת"מ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
95. צוער צביקה רייזנר, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + תצלומים]

96. רס"ל ציון טבדי, מ.א. 1043413, מת"מ - תחנת ציון. [מגיש דו"ח פעולה - מציאת צולבת]
97. רס"ב אשר לוי, מ.א. 47720, תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
98. בני עזריאל, ת.ז. 303647598. (פרטים בתביעה) (עד ראיה - רדף אחרי המחבל)
99. עמאד ענידת, מ.א. 739037, מג"ב ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
100. שי כהן, מ.א. 1042043, יח"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
101. נועם גבאי, ת.ז. 033121070, ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
102. חנן בנעים, מ.א. 1049188, יס"מ אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל, הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
103. גנאדי (גיא) מלניק, ת.ז. 309130540. (פרטים בתביעה) (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
104. אלון חלפון, מ.א. 761775, בילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
105. אבי בן-עמי, מ.א. 996140, בילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
106. חיים צאלח, ת.ז. 033401019. (פרטים בתביעה) (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
107. בוריס אבטיסיאן, ת.ז. 309086171. (פרטים בתביעה) (עד ראיה)
108. יקותיאל-ישראל עלוש, ת.ז. 310101647. (פרטים בתביעה) (עד ראיה)
109. משה ממן, ת.ז. 06246911. (פרטים בתביעה) (עד ראיה)
110. טובה יצחקי, ת.ז. 051270353. (פרטים בתביעה) (עד ראיה)
111. מזל יצחקי, ת.ז. 04330150. (פרטים בתביעה) (עדת ראיה)
112. ירון אברהמי, ת.ז. 640712770. (פרטים בתביעה) (עד ראיה)
113. פנחס בנטורה, ת.ז. 055611230. (פרטים בתביעה) (עד ראיה)
114. כפיר קדם, ת.ז. 039381249. (פרטים בתביעה) (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
115. יעקב סנדלר, ת.ז. 307750984. (פרטים בתביעה) (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
116. ד"ר דפנה וילנר, מ.ר. 29234, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
117. ד"ר ילנה וסלוב, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

<u>רשימת עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות הקשורות לפציעתם תימסר במהלך המשפט</u>

**פ.א. 483/02 שפט**

118. רס"ל אבי פנחסי, מת"מ ימ"ר ירושלים. [מגיש דו"ח תפיסה וסימון]
119. רס"ר עודד מאירי, מ.א. 1065937, מת"מ ימ"ר ירושלים. [מגיש לוח תצלומים + שני טפסי לווי למוצגים]
120. רפ"ק ליאור נדיבי, מ.א. 952127, זיהוי ציון. [מגיש דו"ח תפיסה וסימון + דו"ח ביקור בזירת העבירה + העברת המוצגים למז"פ - מטא"ר]
121. דן אוזנה, יחידת סיור 4, תחנת ציון. [מגיש דו"ח תפיסה וסימון]
122. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
123. ד"ר אבירם ניסן, ביה"ח הדסה הר-הצופים, ירושלים. [מגיש הודעת פטירה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
124. מאיר דהן, מ.א. 081086407. (פרטים בתביעה) [השתלט על המחבל, נפצע בפיגוע]
125. דן מור, ת.ז. 086019812. (פרטים בתביעה) [השתלט על המחבל]
126. ניר בן שמחון, ת.ז. 037670213. (פרטים בתביעה) [השתלט על המחבל]
127. עפיף חלואני, ת.ז. 023307358. (פרטים בתביעה) [עד ראיה]
128. יוסף קרדי, ת.ז. 0099752. (פרטים בתביעה) [עד ראיה]
129. סטס קריסנסקי, ת.ז. 304389240. (פרטים בתביעה) [נפצע בפיגוע]
130. ליאור סקיזדה, ת.ז. 032087587. (פרטים בתביעה) [נפצע בפיגוע]
131. קרן קדמי, ת.ז. 032777716. (פרטים בתביעה) [נפצעה בפיגוע]
132. אדם גרפילד, ת.ז. 011935426. (פרטים בתביעה) [נפצע בפיגוע]
133. אלי אוחנה, ת.ז. 033404773. (פרטים בתביעה) [נפצע בפיגוע]
134. עמיחי דהאן, ת.ז. 039243944. (פרטים בתביעה) [נפצע בפיגוע]

ת.ת. 444/02 מתוקן

32

135. תמרה ליפשיץ פיש, ת.ז. 306706318. (פרטים בתביעה) [נפצעה בפיגוע]

**פ.א. 4258/02**

136. אבשלום פרידמן, ת.ז. 055594097, מתנדב ביחידת סייור ירקון. (פרטים בתביעה) [שתי עדויות, היה בידח עם סלים ברכאת ז"ל]
137. אפי ימין, זיהוי ירקון, משטרת ישראל.
138. פקד מירוד דניאל, קצין אח"ק ירקון.
139. שמעון רחמים, צח"מ ירקון.
140. יעקב עבד, ת.ז. 025714502. (פרטים בתביעה) [עד ראיה - היה בתוך המסעדה]
141. איגור קוטביצקי, ת.ז. 321940751. (פרטים בתביעה) [מאבטח במסעדה, נפצע בפיגוע]
142. עדי מוריז, ת.ז. 304615230. (פרטים בתביעה) [מאבטח במסעדה]
143. יוני חייל, ת.ז. 049170392. (פרטים בתביעה) [עד ראיה]
144. אירית רחמים, ת.ז. 027293034. (פרטים בתביעה) [עדות ראיה]
145. לימור פורמה, ת.ז. 025377029. (פרטים בתביעה) [עדות ראיה]
146. שלמה דוד, ת.ז. 00022280. (פרטים בתביעה) [נפצע קשה בפיגוע מדקירת סכין]
147. שרון יפרח, ת.ז. 9802115980. (פרטים בתביעה) [עדות ראיה, נפצעה בפיגוע]
148. יפתח קריותי, ת.ז. 029022902. (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
149. אליהו צדקה, ת.ז. 028804599. (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
150. איוונה ריכטמן, ת.ז. 309998540. (פרטים בתביעה) [נפצעה בפיגוע]
151. יעקב הורוביץ, ת.ז. 054188644. (פרטים בתביעה) [ראה את הרכב שבו הגיע המחבל]
152. רוית אבישג-יוספי, ת.ז. 024315632. (פרטים בתביעה) [עדות ראיה]
153. וויליאם חזן, ת.ז. 069828374. (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
154. עלא מחמוד, ת.ז. 061247623. (פרטים בתביעה) [עד ראיה - עדות + שרטוט זירת האירוע]
155. באסם אבו לחאם, ת.ז. 035704568. (פרטים בתביעה) [עד ראיה]
156. בהאא אבו לחאם, ת.ז. 049824865. (פרטים בתביעה) [עד ראיה]
157. עלא מחאמיד, ת.ז. 061247623. (פרטים בתביעה) [עד ראיה]
158. יומי קונטנטה, ת.ז. 033876954. (פרטים בתביעה) [עד ראיה]
159. אבינועם יוסף, ת.ז. 056230584. (פרטים בתביעה) [עד ראיה]
160. איגור פוסטיננסקי, ת.ז. 311660328. (פרטים בתביעה) [עד ראיה]
161. דניאל קראדי, ת.ז. 02234597. (פרטים בתביעה) [עד ראיה - שתי עדויות - ראה את המחבל דוקר אנשים]
162. מאיר הבי, ת.ז. 5452229. (פרטים בתביעה) [זיהוי גופתו של יוסף הבי ז"ל]
163. נעם אספי, ת.ז. 031877665. (פרטים בתביעה) [נפצע בפיגוע]
164. יוסי אזוז, ת.ז. 029416740. (פרטים בתביעה) [נפצע קשה בפיגוע]
165. מיכל גרובר, ת.ז. 043401140. (פרטים בתביעה) [נפצעה בפיגוע]
166. פרופ' יהודה היס, המכון הלאומי לרפואה משפטית, תל אביב. [מגיש חוו"ד מומחה] (יזומן לפי בקשה מפורשת של הסניגוריה בלבד).
167. רשומות בתי חולים - רשומה מוסדית.

רשימת עדים נוספת בנוגע לפצועים והרוגים בפיגוע במסעדה "סי-פוד מרקט" בתל-אביב ביום 05.03.02 תימסר במהלך המשפט

**פ.א. 568/02 שפט**

168. ניסים כהן, מ.א. 70755855, מג"ב. (פרטים בתביעה) [עדות ומגיש דו"ח פעולה]
169. דקל עוזר, מ.א. 7015187, מג"ב [הפרטים בתביעה].
170. שלומי אטון, מ.א. 70192463, מג"ב [הפרטים בתביעה].
171. דרור כהן, מ.א. 1034842, זיהוי - תחנת ציון. [מגיש 2 דו"חות תפיסה וסימון + מוצגים מכרטיס לרישום מוצגים מסי 294/02].
172. רס"מ זהבה פול, מ.א. 57989, תחנת ציון - חבלה. [מגישה דו"ח פעולה]
173. רפ"ק מרקו אלמליח, מ.א. 942979, מז"פ - מעבדת חבלה, מטא"ר, ירושלים. [מגיש חוו"ד מומחה בצירוף טפסי לוואי למוצגים] (יזומן לפי בקשה מפורשת של הסניגוריה בלבד)
174. רס"ל דניאל תורנימן, מ.א. 1013796, משרד מוצגים - מז"פ, מטא"ר, ירושלים. [מגיש תעו"צ - קבלת מוצגים לבדיקה] (יזומן לפי בקשה מפורשת של הסניגוריה בלבד)
175. פרופ' יהודה היס, המכון הלאומי לרפואה משפטית, תל אביב. [מגיש חוו"ד מומחה] (יזומן לפי בקשה מפורשת של הסניגוריה בלבד).

**פ.א. 783/02 בנימין**

176. רס"ל יצחק רוקח, מ.א. 1011626, תחנת בנימין. [מגיש דו"ח פעולה]

33

ת.ת. 444/02 מתוקן

P 5: 207