177. רס"ב אלי קוגימן, מ.א. 46951, זיהוי יהודה. [מגיש דו"ח ביקור בזירת עבירה + לוח תצלומים]
178. רס"מ אבי מנחם, מ.א. 57556, תחנת בנימין. [מגיש טופס לוואי למוצגים + זכ"ד + מוצגים מכרטיס מס' 106/02]
179. סמיר קרש, ת.ז. 080062771. (פרטים בתביעה) [נפצע בפיגוע הירי]
180. ד"ר שאול בייט, מ.ר. 33027, בי"ח הדסה עין-כרם, ירושלים. [מגיש דו"ח רפואי] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
181. שאילתא לאיתור והקרנת פרטי רכב ובעליו [רשומה מוסדית].

מיכאל קו... סרן
תובע   צבאי

תאריך: 29.09.2002
סימוכין: 444-02 מתוקן

34

ת.ת. 444/02 מתוקן