ת.א. 234/01 מת"מ י-ם

28. ███████ צה"ל. (פרטים בתביעה) [עדות]
29. ███████ (פרטים בתביעה) [עדות]
30. ███████ (פרטים בתביעה) [עדות]
31. ███████ מז"פ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
32. ███████ המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקות רכב]
33. ███████ חקירות - תחנת ציון. [מגיש טופס לוואי למוצגים]
34. ███████ משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
35. ███████ , מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ ██████] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
36. ███████ , צה"ל. [עדות - קביעת מותו של אלעזר עקיבא פשקוס ז"ל]
37. ███████ , קופ"ח כללית - ירושלים. [עדות + מגיש חודעת פטירה]

ת.א. 457/01

38. ███████ , תחנת בנימין. [מגיש דו"ח פעולה]
39. ███████ , תחנת בנימין. [מגיש זכ"ד-רכב GMC + שרטוט זירת האירוע + דו"ח תפיסה וסימון + טופס לוואי למוצגים]
40. ███████ , מז"פ יהודה. [מגיש לוחות תצלומים + מזכר]
41. ███████ , המעבדה הניידת, מז"פ - מטא"ר, ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקות רכב]
42. ███████ , (פרטים בתביעה) [נפצע בפיגוע חירי]
43. ███████ , (פרטים בתביעה) [הגיע ראשון לזירת הפיגוע]
44. ███████ , ביה"ח הדסה - הר-הצופים, ירושלים. [מגישה תעודת רופא - סכום ביניים] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)

ת.א. 2159/01 בנימין

45. ███████ , תחנת בנימין. [מגיש דו"ח פעולה]
46. ███████ , מז"פ, תחנת בנימין. [מגיש לוחות תצלומים + דו"ח תפיסה וסימון]
47. ███████ , המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח ביקור ראשוני בזירת האירוע - תפיסת תרמילים ושרידי קליעים]
48. ███████ , נחמן בנימין. [מגיש זכ"ד - שרשרת מוצג + טופס לוואי למוצגים + דו"ח ביקור בזירת העבירה]
49. ███████ , משרד מוצגים, - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
50. ███████ , מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4238/01] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
51. ███████ , מז"יא - תחנת לוד. [מגיש דו"חות רפואיים מתשטח + הודעות פטירה + עדות]
52. ███████ צה"ל. [עדות]
53. ███████ , המכון הלאומי לרפואה משפטית. [מגיש שתי חוו"ד מומחה] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)
54. ███████ (פרטים בתביעה) [זיהוי הרוגים]

ת.א. 7915/01 ציון

55. ███████ תחנת ציון. [מגיש דו"ח פעולה]
56. ███████ , מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
57. ███████ , תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
58. ███████ , המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
59. ███████ , מת"מ - תחנת ציון. [מגישה טופס לוואי למוצגים]
60. ███████ , משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (יוזמן לפי דרישה מפורשת של הסניגוריה בלבד)

61. ███████, מעבדת נשק, מז"פ, מטא"יר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ מז"פ זב/07 - 4539/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
62. ███████, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
63. ███████, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר ויסבריז ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
64. משה וייס, ת.ז. 024001505. (פרטים בתביעה) (נפגע קשה בפיגוע)
65. ███████. (פרטים בתביעה) (עדת ראיה)

**פ.א. 481/01 ציון**
66. טוני עמיאל, ת.ז. 032441040. (פרטים בתביעה) (נהגת רכב מהונדה)
67. פיני מימון, ת.ז. 025759762. (פרטים בתביעה) (נוסע רכב ההונדה)
68. פזית מימון, ת.ז. 040128084. (פרטים בתביעה) (נוסעת רכב ההונדה)

**פ.א. 8379/01 ציון**
69. ███████, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
70. ███████, מת"מ - תחנת ציון. [מגיש טופס לווי למוצגים]
71. ███████, המעבדה הניידת, מז"פ מטא"יר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרוך קליע]
72. ███████, מת"מ - תחנת ציון. [מגיש טופס לווי למוצגים]
73. ███████, משרד מוצגים - מז"פ, מטא"יר - ירושלים. [מגיש תעייץ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
74. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ, מטא"יר - ירושלים. [מגיש תעייץ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
75. ███████, מעבדת נשק, מז"פ, מטא"יר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 4723/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
76. ███████ [מוצגים ותרמילים בשטח - שרשרת ראיות]
77. מלכה כהן, ת.ז. 038791386. (פרטים בתביעה) (נפגעה בפיגוע)
78. פנחס כהן, ת.ז. 038348256. (פרטים בתביעה) (נפגעה בפיגוע)
79. ███████ (פרטים בתביעה) (עד ראיה - טיפל בפצועים)
80. ███████, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] (יזומן לפי דרישת מפורשת של הסניגוריה בלבד)
81. ███████, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

**פ.א. 39/02 בנימין**
82. ███████, סיור - תחנת בנימין. [מגיש דו"ח פעולה]
83. ███████, תחנת בנימין. [מגיש זכ"ד תחקור תפיסה וסימון]
84. ███████, מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
85. ███████, המעבדה הניידת, מז"פ, מטא"יר - ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
86. ███████, תחנת בנימין. [מגיש טופס לווי למוצגים]
87. ███████, משרד מוצגים - מז"פ, מטא"יר - ירושלים. [מגישה תעייץ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
88. ███████, צה"ל. (פרטים בתביעה) (עדות - קביעת מותה של יואלה יואלה ז"ל + טיפול בפצועה)
89. ███████, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
90. רחל (רשל) עיני, ת.ז. 075966614. (פרטים בתביעה) (נפצעה בפיגוע)
91. ███████ (פרטים בתביעה) [עדות + סקיצה] (עד ראיה)
92. ███████ (פרטים בתביעה) (זיהוי ההרוגה)

**פ.א. 502/02 ציון**
93. ███████, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
94. ███████, מת"מ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
95. ███████, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + תצלומים]



ת.ת. 02/444 מתוקן

31



96. ▮▮▮▮▮, מתי"ם - תחנת ציון. [מגיש דו"ח פעולה - מציאת צולמת]
97. ▮▮▮▮▮, תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
98. ▮▮▮▮▮. (פרטים בתביעה) (עד ראיה - דף אחרי המחבל)
99. ▮▮▮▮▮, מג"ב ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
100. ▮▮▮▮▮, יחי"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
101. ▮▮▮▮▮, ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
102. ▮▮▮▮▮, ייס"מ אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל, הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
103. ▮▮▮▮▮ (פרטים בתביעה) (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
104. ▮▮▮▮▮, גילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
105. ▮▮▮▮▮, גילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
106. ▮▮▮▮▮ (פרטים בתביעה) (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
107. ▮▮▮▮▮. (פרטים בתביעה) (עד ראיה)
108. ▮▮▮▮▮ (פרטים בתביעה) (עד ראיה)
109. ▮▮▮▮▮. (פרטים בתביעה) (עד ראיה)
110. ▮▮▮▮▮. (פרטים בתביעה) (עד ראיה)
111. ▮▮▮▮▮ (פרטים בתביעה) (עדת ראיה)
112. ▮▮▮▮▮. (פרטים בתביעה) (עד ראיה)
113. ▮▮▮▮▮. (פרטים בתביעה) (עד ראיה)
114. ▮▮▮▮▮. (פרטים בתביעה) (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
115. ▮▮▮▮▮ (פרטים בתביעה) (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
116. ▮▮▮▮▮, ביה"ח הדסה עין-כרם, ירושלים. (מגישה הודעה פטירה של אורה (סבטלנה) סנדלר ז"ל) (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
117. ▮▮▮▮▮ ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ל) (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

<u>רשימות עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואית הקשורות לפציעתם תימסר במהלך המשפט</u>

**ת.א 453/02 שפט**

118. ▮▮▮▮▮ מתי"ם ימ"ר ירושלים. [מגיש דו"ח תפיסה וסימון]
119. ▮▮▮▮▮ מתי"ם ימ"ר ירושלים. [מגיש לוח תצלומים + שני טפסי לוואי למוצגים]
120. ▮▮▮▮▮ זיהוי ציון. [מגיש דו"ח תפיסה וסימון + דו"ח ביקור בזירת העבירה + העברת המוצגים למז"פ - מטא"יר]
121. ▮▮▮▮▮ יחז"ס סיור 4, תחנת ציון. [מגיש דו"ח תפיסה וסימון]
122. ▮▮▮▮▮, מעבדת נשק, מז"פ, מטא"יר - ירושלים. [מגיש חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
123. ▮▮▮▮▮ ביה"ח הדסה הר-הצופים, ירושלים. [מגיש הודעת פטירה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
124. ▮▮▮▮▮ (פרטים בתביעה) (השתלט על המחבל, נפצע בפיגוע)
125. ▮▮▮▮▮ (פרטים בתביעה) [השתלט על המחבל]
126. ▮▮▮▮▮ (פרטים בתביעה) [השתלט על המחבל]
127. ▮▮▮▮▮ (פרטים בתביעה) (עד ראיה)
128. ▮▮▮▮▮ (פרטים בתביעה) (עד ראיה)
129. סטט קריסטנסקי, ת.ז. 304389240. (פרטים בתביעה) (נפצע בפיגוע)
130. ליאור סקיזדה, ת.ז. 032087587. (פרטים בתביעה) (נפצע בפיגוע)
131. קרן קדמי, ת.ז. 032777716. (פרטים בתביעה) (נפצעה בפיגוע)
132. אדים גרפילד, ת.ז. 011935426. (פרטים בתביעה) (נפצע בפיגוע)
133. אלי אוחנה, ת.ז. 033404773. (פרטים בתביעה) (נפצע בפיגוע)
134. עמיחי דהאן, ת.ז. 039243944. (פרטים בתביעה) (נפצע בפיגוע)

ת.ת 444/02 מתוקן

32

135. תמרה ליפשיץ פיש, ת.ז. 306706318. (פרטים בתביעה) [נפצעה בפיגוע]

**ת.א. 4258/02**

136. ████████, מתנדב ביחידת סיור ירקון. (פרטים בתביעה) [שתי עדויות, היה בידח עם סלים ברלאות ז"ל]
137. ████████ זיהוי ירקון, משטרת ישראל.
138. ████████ קצין אח"ק ירקון.
139. ████████, צח"מ ירקון.
140. ████████. (פרטים בתביעה) [עד ראייה - היה בתוך המסעדה]
141. ████████ (פרטים בתביעה) (מאבטח במסעדה, נפצע בפיגוע)
142. ████████ (פרטים בתביעה) [מאבטח במסעדה]
143. ████████ (פרטים בתביעה) [עד ראיה]
144. ████████ (פרטים בתביעה) [עדות ראיה]
145. ████████. (פרטים בתביעה) [עדות ראיה]
146. שלמה דוד, ת.ז. 000222280. (פרטים בתביעה) [נפצע קשה בפיגוע מדקירת סכין]
147. ████████ (פרטים בתביעה) [עדות ראיה, נפצעה בפיגוע]
148. ████████ (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
149. ████████. (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
150. איוונה ריכטמן, ת.ז. 309998540. (פרטים בתביעה) [נפצעה בפיגוע]
151. ████████ (פרטים בתביעה) [ראה את הרכב שבו הגיע המחבל]
152. ████████ (פרטים בתביעה) [עדות ראיה]
153. ████████ (פרטים בתביעה) [עד ראיה, נפצע בפיגוע]
154. ████████. (פרטים בתביעה) [עד ראיה - עדות + שרטוט זירת האירוע]
155. ████████ (פרטים בתביעה) [עד ראיה]
156. ████████. (פרטים בתביעה) [עד ראיה]
157. ████████ (פרטים בתביעה) [עד ראיה]
158. ████████. (פרטים בתביעה) [עד ראיה]
159. ████████. (פרטים בתביעה) [עד ראיה]
160. ████████. (פרטים בתביעה) [עד ראיה]
161. ████████. (פרטים בתביעה) [עד ראיה - שתי עדויות - ראה את המחבל דוקר אנשים]
162. ████████ (פרטים בתביעה) [זיהוי גופתו של יוסף חבי ז"ל]
163. נעם אספיר, ת.ז. 031877665. (פרטים בתביעה) [נפצע בפיגוע]
164. יוסי אזון, ת.ז. 029416740. (פרטים בתביעה) [נפצע קשה בפיגוע]
165. מיכל גרונוך, ת.ז. 043401140. (פרטים בתביעה) [נפצעה בפיגוע]
166. ████████ המכון הלאומי לרפואה משפטית, תל אביב. [מגיש חוו"ד מומחה] [יוזמן לפי בקשה מפורשת של הסניגוריה בלבד].
167. רשומות בתי חולים - רשומה מוסדית.

<u>רשימות עדים נוספת בנוגע לפצועים והרוגים בפיגוע במסעדה "סי-פוד מרקט" בתל-אביב ביום 05.03.02 ונמסר במחלקת המשפט</u>

**ת.א. 568/02 שפט**

168. ████████ מג"יב. (פרטים בתביעה) [עדות ומגיש דוו"ח פעולה]
169. ████████ מג"ב [הפרטים בתביעה].
170. ████████ מג"יב [הפרטים בתביעה].
171. ████████ זיהוי - תחנת ציון. [מגיש 2 דו"חות ותפיסה וסימון + מוצגים מכרטיס לרישום מוצגים מס' 294/02].
172. ████████, תחנת ציון - חבלה. [מגישה דוו"ח פעולה]
173. ████████, מז"פ - מעבדת חבלה, מטא"ר, ירושלים. [מגיש חוו"ד מומחה בצירוף טפסי לווי למוצגים] (יוזמן לפי בקשה מפורשת של הסניגוריה בלבד)
174. ████████ משרד מוצגים - מז"פ, מטא"יר, ירושלים. [מגיש תע"יץ - קבלת מוצגים לבדיקה] (יוזמן לפי בקשה מפורשת של הסניגוריה בלבד).
175. ████████ המכון הלאומי לרפואה משפטית, תל אביב. [מגיש חוו"ד מומחה] (יוזמן לפי בקשה מפורשת של הסניגוריה בלבד).

**ת.א. 783/02 בנימין**

176. ████████, תחנת בנימין. [מגיש דו"ח פעולה]

33

ת.פ. 444/02 מוטקן

177. ███████, זיהוי יהודי. (מגיש דו"ח ביקור בזירת עבירה + לוח תצלומים)
178. ███████, תחת בנימין, (מגיש טופס לוואי למוצגים + זכ"ד + מוצגים מכרטיס מס' 106/02)
179. סמיר קרש, ת.ז. 080062771. (פרטים בתכייה) (נפגע בפיגוע הירי)
180. ███████, בי"ח הדסה עין-כרם, ירושלים. (מגיש דו"ח רפואי) (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
181. שאילתא לאיתור והקרנת פרטי רכב ובעליו (ורשומה מוסדית).

מיכאל קו███ה   סרן
תובע   צבאי

תאריך: 29.09.2002
סימוכין: 02-444 מתוקן

34

ת.ד. 444/02 מתוקן

P 5: 208