

PLAINTIFF'S EXHIBIT 358

Date: 13 Iyar 5763
May 15, 2003

File No.: 3459/02

## The Military Court

### Beit El

### - Transcript -

| | |
|---|---|
| Court hearing dated: May 15, 2003 | Before the President of the Court: LTC Nathaniel Benichou |
| | Judge: Captain Menachem Lieberman |
| Prosecutor: Captain Michael Kotlik | Judge: Captain Shlomo Katz |
| Defense counsel: Adv. Ahmed Safia – Present | |

**Defendant: Ahmed Taleb Moustafa Barghouti, Identity No.: 994466860 / Israel Prison Service – Present**

Stenographer: Private Sivan Kedmi

Interpreter: Corporal Karim Salameh

**The President of the Court opens the meeting and identifies the Defendant**

### Course of Hearing

<u>Defense counsel</u>: We ask to withdraw the denial and plead guilty in the amended indictment that was filed on October 1, 2002.

<u>Defendant</u>: I confirm the words of my defense counsel.

<u>Prosecutor</u>: I request to convict the Defendant according to his confession.

### Verdict

Based on his confession to the charge, we convict the Defendant of the offenses attributed to him in the amended indictment.

[Stamp] P 5: 209

1

Given and notified this day, May 15, 2003, in public and in the presence of the parties.

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| Judge | President of the Court | Judge |

<u>The parties</u>: We ask for a deferral for the arguments for sentencing.

<u>Defense counsel</u>: I request to summon within the framework of the evidence for the sentencing ████████████████████████████████████ who is in Ramla Prison.

[Stamp] P 5: 209 [continued]

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 5:209.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 5:209.

Dated: March 6, 2014

Rina Ne'eman

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

*[signature]*
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/8/2014



תאריך: כ"ג אייר, תשס"ג
15 מאי, 2003

תיק מס': 3459/02

## בית המשפט הצבאי
## בית - אל
## - פרוטוקול -

דיון בית משפט מיום: 15/05/03

בפני האב"ד: סא"ל נתנאל בנישו
שופט: סרן מנחם ליברמן
שופט: סרן שלמה כץ

תובע: סרן מיכאל קוטליק
סניגור: עו"ד אחמד צפיח - נוכח

נאשם: אחמד טאלב מוצטפא ברגותי    ת.ז.: 994466860 / שב"ס - נוכח

רשמת: טורי סיוון קדמי
מתורגמן: רב"ט כרים סלאמה

אב"ד פותח את הישיבה ומזהה את הנאשם.

## מהלך דיון

<u>סניגור</u>: אנחנו מבקשים לחזור בנו מהכפירה ולהודות בכתב האישום המתוקן שהוגש ביום 01/10/02.

<u>נאשם</u>: אני מאשר את דברי סניגורי.

<u>תובע</u>: אבקש להרשיע את הנאשם ע"פ הודאתו.

## הכרעת דין

על יסוד הודאתו באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב האישום המתוקן.

ניתן והודע היום, 15/05/03, בפומבי ובמעמד הצדדים.

_____    _____    _____
שופט         אב"ד         שופט

<u>הצדדים</u>: נבקש לדחות לטיעונים לעונש.

<u>סניגור</u>: אני מבקש לזמן במסגרת הראיות לעונש את מרואן חסיב חסין ברגותי ת.ז 959251745 המצוי בכלא רמלה.

1