

PLAINTIFF'S
EXHIBIT
359

Date: 1 Av 5763                                              Case No.: 3459/02
      July 30, 2003

### The Military Court

#### - Yehuda -

#### - Transcript -

Court hearing dated: July 30, 2003      Before the Presiding Judge: LTC Netanel Benishu
                                              Judge: Captain Menachem Lieberman
                                                Judge: Captain Shlomo Katz

The military prosecution: Captain Michael Kotlik and Captain Raid Shanan
Defense counsel: Adv. Ahmed Safia – Present

**Defendant: Ahmed Taleb Moustafa Barghouti  Identity No.: 994466860 / Israel Prison Service – Present**

Interpreter: Staff Sergeant Mohamed Nasraladin

Stenographer: Corporal Sivan Shemesh

**The Presiding Judge opens the meeting and identifies the Defendant**

#### Course of Hearing



3





The Defendant in his last address: ██████████████████████████████
I have no regrets.

Date: 1 Av 5763                                          Case No.: 3459/02
      July 30, 2003

**The Military Court**

**Yehuda**

**- Transcript -**

Court hearing dated: July 30, 2003          Before the Presiding Judge: LTC Netanel Benishu
                                            Judge: Captain Menachem Lieberman
                                            Judge: Captain Shlomo Katz

**Defendant: Ahmed Taleb Moustafa Barghouti  Identity No.: 994466860 / Israel Prison
Service – Present**

**<u>Sentence</u>**























## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

        vs.                                         No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

### DECLARATION OF RINA NE'EMAN

        Rina Ne'eman hereby certifies as follows:

1.      The attached translation from Hebrew to English is an accurate representation of the
document received by Rina Ne'eman Hebrew Language Services, to the best of my
knowledge and belief.  The document is designated as P 5:210-17.

2.      I am a professional translator with a B.A. in International Relations from the Hebrew
University of Jerusalem (Israel) and 30 years of translation experience.  I am fluent in
Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full and
accurate translation of the Hebrew-language document designated bearing the bates
number P 5:210-17.

Dated: March 6, 2014

                                            _____
                                            Rina Ne'eman

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

_Leonor Troyano_
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/8/2014

12-AUG-2009 10:26 From:HANA EZRA COHEN     036131323          To:029999838          P.5/12

תאריך: א' אב, תשס"ג
30 יולי, 2003

מספר התיק: 3459/02

בית המשפט הצבאי

- י ה ו ד ה -
פ ר ו ט ו ק ו ל

1
2
3
4
5
דיון בימ"ש מיום: 30/07/2003                                      6
7
בפני אב"ד: סא"ל נתנאל בנישו                                      8
שופט: סרן מנחם ליברמן                                           9
שופט: סרן שלמה כץ                                               10
התביעה הצבאית: סרן מיכאל קוטליק וסרן ראיד שנאן                 11
סניגוריה: עו"ד אחמד צפיה - נוכח                                 12
13
נאשם: אחמד טאלב מוצטפא ברגותי   ת.ז: 9994466860 / שב"ס - נוכח  14
15
מתורגמן: סמ"ר מוחמד נסראלדין                                    16
רשמת: רב"ט סיון שמש                                             17
18
19
אבה"ד פותח את הישיבה ומזהה את הנאשם.                            20
21
מהלך הדיון                                                      22



הנאשם בדברו האחרון: 20
אני לא מתחרט. 21

2

תאריך: א' אב, תשס"ג
30 יולי, 2003

תיק מס': 3459/02

**בית המשפט הצבאי**
**י ה ו ד ה**
**- פ ר ו ט ו ק ו ל -**

דיון בית משפט מיום: 30/07/2003

בפני אב"ד: סא"ל נתנאל בנישו
שופט: סרן מנחם ליברמן
שופט: סרן שלמה כ"ץ

נאשם: אחמד טאלב מוצטפא ברגותי    ת.ז.: 9994466860 / שב"ס - נוכח

**ג ז ר - ד י ן**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15





