ובהודעה ת\40בי ״בתחילת חודש 10 שנת 2001 נפגשתי אני ומחמוד אלטיטי עם נאצר עוויס ... ושם
הציע לנו נאצר ללמד אותנו על אופן הכנת מטעני חבלה לצורך ביצוע פיגועים ולספק מטעניים אחרים
בתנאים פת״ח ולאחר הסכמתנו והסכמת מחמוד בא אלינו נאצר עוויס לדירה שבה מתגוררים אני ומחמוד
אלטיטי ברפידיה והיה בדירה נאצר עוויס חומר נפץ בתוך חמש שקיות של כל שק עשרה ק״ג והיה ברשותו
בערך 10 בלוני גז בגדלים שונים וחוטי חשמל וסוללות ובדירה נאצר עוויס לימד אותנו על אופן הכנת מטען
חבלה ודרך הפעלתם כמו כן לימד אותנו נאצר על אופן הכנת חומר נפץ מהחומרים 1. דשן חקלאי אשלגני
2. גופרית 3. פחם...נאצר עוויס מספק לנו את החומרים הדרושים להכנת המטעניים... הדירה ברפידיה
שימשה להכנת חומר נפץ והמטענים... המטענים שהכנו היינו מוסרים לאנשים מתגזים לצורך ביצוע
פיגועים צבאיים נגד מטרות ישראליות בגדה המערבית...״

בהודעה ת\40גי : ״ש. בהודעתך הראשונה מסרת שנאצר עוויס הוא זה שהיה מתכנן ביצוע הפיגועים
והיה אחראי על תגזים פת״ח בשכם האם היית מודיע לנאצר עוויס אודות ביצוע הפיגועים שבהם
השתתפת והפיגועים שבוצעו על ידי אחרים שלך היה קשר איתם במסגרת תנזים פת״ח
ת. כן אני ומחמוד אלטיטי היינו מודיעים לנאצר עוויס אודות כל פיגוע שביצענו ועל פיגועים שבוצעו על
ידי נוספים היינו בקשר איתם ...
ש. האם היה לך קשר עם מרואן ברגותי
ת. לא היה לי כל קשר עם עימו היה לנאצר עוויס קשר עימו עם מרואן ברגותי והיה מודיע אודות ביצוע
הפיגועים שבוצעו נגד מטרות ישראליות ...״

ובהודעה ת\40די ״ לאחר הפיגוע בהתנחלות גדעונים כחודש הגיע אלי כמאל אבואר וביקש ממני הרובה
M16 אשר לקחתי אותו מהשומר שרצחתי בגידעונים ואני נתתי את הנשק לכמאל אבואר להשתמש בו
בפיגוע והוא החזיר לי את הנשק לאחר יום ולא סיפר לי מה עשה בנשק ורוצה להוסיף כי נאצר עוויס לקח
ממני את נשק M16 פעמיים בכדי שישתמשו בו בפיגוע נאצר עוויס לקח ממני נאצר עוויס את
הנשק בשל הנחת מטען...שביצע אותה אבושאבה פעיל הכ ...17 בחודש 10\01 לקח ממני נאצר עוויס את
הנשק בשל ירי ...נקודה צבאית ...״

העד אחמד ברגותי מספר בהודעתו ת\43אי  ״ש. למה התקשרת לנאצר עוויס  ת. כי הוא האחראי על
שוהדא אלאקצה והוא עושה כאלה דברים אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי
מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע ונאצר אמר לי שישלח לי
מישהו...

בהודעה ת\43גי ״אני אחרי שהתקשרתי לנאצר עוויס ואמרתי לו על הפיגוע (המדובר בפיגוע המתואר
באישום הראשון אשר ארע במסעדת ״סי פוד מרקט״) כי נאצר עוויס הוא אחראי כתאב שוהדא
אלאקצה... ש. ספר לי מהיכן הכסף לפעילות  ת. אני נתתי לנאצר עוויס את מס׳ חשבון בנק שלי והוא
הכניס לחשבון שלי כ- 7000 שקל...
ש. ספר לי על קשריך עם נאצר עוויס
ת. היה לי את המספר פלא פון של נאצר עוויס ואנחנו היינו מדברים בטלפון על הפעילות ומרואן ברגותי
ידע על הקשר הזה שנאמנו מדברים ואיזה יום אמר לי נאצר שישלח לי את פאיז שאני אבין איתו ואשלח
אותו לעשות פיגוע התאבדות... ואז עלי אמר לי שמרואן אמר לו לא לתת לי באותו זמן כסף וכשך אני
אמרתי זאת לנאצר עוויס ונאצר אמר לי שזה בסדר שמנשיך וכי הוא יביא לי ירק וכסף וכסף אני זוכר שנאצר
עוויס אמר לי שיש לו עוד אנשים שרוצים לעשות פיגועי התאבדות והוא ישלח לי אותם...״

נבו הוצאה לאור בע״מ  nevo.co.il  המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ובהודעה 43\ד' " באותו לילה שהיה הפיגוע באולם השמחות בחדרה...אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שגדודי שוהדא אלאקצה עשו את הפיגוע הזה סיכמתי עם נאצר עוויס שלמחרת הוא ייתן לי כרוז שבו הוא לוקח אחריות על הפיגוע למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו ברמאללה..."

בהודעה ת\43ה' "אני אחמד ברגותי הכינוי שלי פרנס הייתי אחראי ביחד עם נאצר עוויס על גדודי שוהדא אלאקצה ..."

העד יאסר אבו בכר בהודעתו ת\47א' מספר "נאצר עוויס הוא האחראי על גדודי שוהדא אלאקצה ומבוקש לישראל בחודש ספטמבר 2001 נאצר עוויס התקשר אלי וביקש ממני להכין לו כרוז ליום השנה הראשון לאינתיפאדת אל אקצא... הכנתי כרוז כזה ונתתי אותו לנאצר בביתו בבלאטה כמו כן לאחר מותו של ראאד אל כרמי נאצר עוויס היה מתקשר אלי לאחר פיגועים והיה מבקש ממני לכתוב כרוזים שבהם גדודי שוהדא אלאקצה לוקחים אחריות על הפיגועים ואני הסכמתי...לאחר שהיה פיגוע נאצר עוויס היה מתקשר אלי ומספר לי היכן היה הפיגוע ומי היה הבחור שעשה את פיגוע ההתאבדות ואני הייתי מכין את הכרוזים וכותב שגדודי שוהדא אלאקצה לוקחים אחריות על הפיגוע אחר כך הייתי מעביר את הכרוז לנאצר עוויס ונאצר היה שולח את הכרוז בפקס לעיתונאים ש. סיפרת לי קודם שנאצר עוויס אחראי על גדודי שוהדא אלאקצה בבלאטה ומבוקש לישראל אתה יכול לומר לי מי חבריו של נאצר עוויס לחוליה הצבאית ת. הם חוליה של גדודי שוהדא אלאקצה נאצר עוויס הוא האחראי על החוליה

ובת\47ב' " בערך לפני כשלושה שבועות נאצר עוויס התקשר אלי ואמר לי להשיג לו בדחיפות שתי חגורות נפץ עבור פיגוע ההתאבדות. נאצר עוויס אמר לי להביא חגורות נפץ מאדם אחר ולא ממחמוד טיטי כי הפיצוץ מחגורת הנפץ שהכין מחמוד טיטי היה חלש הם ניסו את חגורת הנפץ הזאת והפיצוץ היה חלש...אני פניתי לחאלד אל אסמאר כי יש לו חבר שיודע לייצר חגורות נפץ...לאחר יומיים חאלד אל אסמאר אמר לי שרביע אבו רוב הכין לנו חגורת נפץ אחת...והעברתי אותה לאחמד אבו חדר..."

בת\47ג' " בתחילת שנת 2001 הייתי בביתו של נאצר עוויס במחנה הפליטים בלאטה ואז נאצר עוויס הציע לי גיוס לפעילות צבאית בגדודי חללי אל אקצא ואני הסכמתי. ש. האם נאצר עוויס אמר לכם מה הפעילות שתעשו ת. כן הוא אמר שנעשה פיגועים נגד מטרות ישראליות ואז הציע לנו לעשות פיגוע מטען וירי על רכב צבאי..."

בת\47ד' " לפני כחודש וחצי בערך התקשרתי לפלאפון של נאצר עוויס אחראי התנזים כתאב אל שוהדא בשכם... והצעתי לנאצר את בית החולים תל השומר בישראל כמקום טוב לבצע פיגוע אני שמעתי שיש חיילים ישראלים בבית החולים תל השומר ולכן הצעתי לבצע פיגוע במקום הזה הנאצר אמר לי עכשיו לשכוח מנושא זה וביקש שאדבר בנושא זה עם אחמד אבו חדר בשנות העשרים לחייו פעיל בכיר בתנזים עוזרו של נאצר עוויס... לפני כחודשיים בערב פנה אלי נאצר עוויס סיפרתי לך עליו וביקש ממני לפנות לפעילי גאפ ולבדוק איתם עזרה בביצוע פעילות צבאית ופיגועים אמרתי לנאצר שאני מכיר פעיל גאפ...נאצר אישר לי ללכת אליו נפגשתי עם ...וסיפרתי לו שאני פועל עם נאצר עוויס..."

ובהודעה ת\47ה' "...ג'יליל סיפר לי שיש לו בחור שמוכן לבצע פיגוע התאבדות אז אני אחרי מס' דקות התקשרתי לנאצר עוויס ואמרתי לו שיש מפגע מתאבד שמוכן לבצע פיגוע התאבדות ואז נאצר עוויס הנחה

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 259

אותי שהבחור ירד לרמאללה ...אחרי שבוע חמישה ימים בערך שמעתי בחדשות שהיה מפגע מתאבד בשם ראמי נור משכם שביצע פיגוע ירי באזור דתית אל ... בירושלים ומהפגועים נהרגו שני יהודים ויש פצועים וראמי נור נפצע קשה כי נורה על ידי החיילים. אחרי החדשות באותו היום של הפיגוע התקשר אלי נאצר עוויס ומסר לי שהמפגע הוא ראמי נור פעיל תנזים והנחה אותי להכין כרוז בשם כתאב שוהדא אל אקצה שבו הארגון לוקח אחריות..."

על פי סעיף 1 לפקודת מניעת טרור התש"ח 1948, ""ארגון טרוריסטי" פירושו חבר אנשים המשתמש בפעולותיו במעשי – אלימות העלולים לגרום למותו של אדם או לחבלתו , או באיומים במעשי – אלימות כאלה, " חבר בארגון טרוריסטי" פירושו אדם הנמנה עליו , וכולל אדם המשתתף בפעולותיו, המפרסם דברי-תעמולה לטובת ארגון טרוריסטי , או פעולותיו."

על פי סעיף 2    לפקודה זו    יחשב אדם הממלא בין השאר תפקיד    בהנהלה או בהדרכה של ארגון טרוריסטי או משותף בדיוניו או בקבלת החלטותיו של ארגון טרוריסטי, פעיל בארגון כזה.

הציטוטים שהבאנו לעיל הם דוגמא מהיריעה הרחבה והמפורטת אשר נפרשה לנו מתוך הודעות הנאשם והודעות שותפיו עליהן הסתמכנו, יריעה עובדתית המבססת כהלכה את המסקנה המשפטית  שיסודות העבירות בניגוד לסעיפים 3 1 2 לפקודה הוכחו כדבעי כמו גם את המסקנה שהארגונים אליו השתייכו הנאשם ושותפיו הם ארגונים טרוריסטים.

מלבד עבירות על פקודת הטרור אותן מייחסת המדינה לנאשם בכל האישומים שפורטו בכתב האישום היא מייחסת לו בכל האישומים עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977 .

עיקרה של עבירת הקשר טמון בהסכמה בין שניים או יותר לבצע מעשה בלתי חוקי. ההתקשרות צריכה להיות לשם השגתה של מטרה משותפת וצריך שההתקשרות תלווה בכוונה שהמטרה המשותפת תוגשם. המדובר כאמור במטרה שהנה מטרה פסולה בעיני החוק.

היריעה העובדתית שהוזכרה לעיל מבססת אף את המסקנה שהנאשם עבר עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977 .

הודאתו של הנאשם על תפקידו מעמדו ופעילותו במסגרת הארגון אליו השתייך, פעילות שמטרתה ביצוע פעולות טרור שאף הניבו תוצאות רצחניות וחבלניות כפי שעוד יתואר להלן, נתמכת במלואה בדבר מה נוסף מהותי הנובע ממקורות נפרדים ועצמאיים, אימרות כל אחד ואחד מן השותפים, המסבכות – כל אחת על פי דרכה – את הנאשם בעבירות המיוחסות לו תוך התייחסות לנקודות ממשית השנויה במחלוקת. על התוספת המחזקת את עדויות השותפים כבר עמדנו לעיל.

המדינה הוכיחה את המעשים האלה המיוחסים לנאשם.

<u>האישום הראשון</u> :

בתאריך ה- 5.3.02 הגיע המחבל אברהים חסונה (להלן חסונה) למסעדת "סי פוד מרקט" בתל אביב כשהוא חמוש ברובה M16, רימוני יד וסכין בכוונה לבצע פיגוע רצחני.

בעת שחסונה הגיע למקום היתה המסעדה מלאה בעשרות רבות של אנשים. חסונה החל לירות לעבר האנשים במסעדה מגשר "בית מעריב" , השליך לתוכה רימוני יד שבדרך נס לא התפוצצו ומיד לאחר מכן התקרב למסעדה ודקר אנשים מיושביה הכל במטרה לגרום בכוונה תחילה למותם של אנשים רבים שהתארחו במסעדה.

באירוע זה נדקרו למוות מסכינו של חסונה רס"ר סלים בריכאת ז"ל, בן 33, שהיה אחד השוטרים הראשונים שהגיע לזירת הפיגוע והסתער על חסונה במטרה לעצרו, יוסף הבי ז"ל, בן 52, ואליהו דהן ז"ל, בן 53. עשרות אנשים נוספים נפצעו ולחלק מהם נגרמו חבלות חמורות. לאחר שכוחות הביטחון הגיעו למקום הפיגוע נורה חסונה למוות. (עיין עדויות; ע"ת מס' 3 נצ"מ חגי דותן; ע"ת מס' 4 תנ"צ אורי ברלב (מצגת ת\4); ע"ת מס' 8 אוריאל אליהו; ע"ת מס' 9 סמ"ר שי כהן; ע"ת מס' 11 ליאון גורנשטיין; ע"ת מס' 13 עדי מעוז; ע"ת מס' 17 אפי ימין; ת/32 (דו"ח פעולה על הנצחת הזירה ותפיסת מוצגים); ת/33 (רובה M-16); ת/34 (סכין מגואלת בדם); ת/35 (לוח תצלומים); ת\24(דוח פעולה);ת\25 (דוח פעולה); ת\52 עד ת\57 (חו"ד מומחים)).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם פעילים אחרים בארגון ובינהם מחמוד טיטי ואחמד ברגותי (ע"ת מס' 23) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו שהנאשם עמד בראשה חסונה גויס צויד והוסע לתל אביב אל מקום המסעדה. הנאשם הורה בין השאר למחמוד טיטי לצלם את חסונה לפני יציאתו לביצוע הפיגוע כמחבל מתאבד זאת על מנת שלאחר מכן ניתן יהיה לשלוח את הקלטת בה הוא מצולם לתחנות הטלויזיה השונות. ואכן, לאחר הפיגוע במסעדה התקשר אמנם הנאשם לתחנות הטלויזיה השונות ולאמצעי תקשורת אחרים והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע ואף ביצע אותו.

הודיית הנאשם:

"ש. האם היה לך קשר לפיגועי התאבדות בת"א

ת. כן מחמוד טיטי מסר לי בתחילת חודש מרץ 2002 כשהגיע לביתי במחנה בלאטה על כך שאחמד ברגותי ביקש ממני אדם שיבצע פיגוע התאבדות (איסתשהאד) בת"א והודיע לי שהוא עומד לפנות לאדם בשם אברהים חסונה במקור מעזה שמשרת בכוח הימי בשכם ומחמוד מסר לאברהים נשק מסוג M16 ורימוני יד ומחמוד פנה אלי בעניין זה מאחר ואנחנו חוליה צבאית ואני הבעתי את הסכמתי לפיגוע זה והוא שלח את אברהים ברכב ציבורי לרמאללה וסיכמנו עם אחמד ברגותי שיפגוש את אברהים חסונה ברמאללה וכן סוכם שמחמוד יצלם את אברהים לפני ביצוע הפיגוע ואחרי זה נשלח את הקלטת לתחנות הטלוויזיה, אכן לאחר מכן הגיע אברהים לרמאללה ולפי הידוע לי אחמד הכניס אותו לישראל ואברהים הגיע לת"א ושמעתי בחדשות שירה לכיוון הישראלים למסעדה ונהרג ואז התקשרתי לתחנות הטלוויזיה והתקשרתי ומסרתי שהפיגוע בוצע על ידי כתאב שוהדא אלאקצה

ש. כמה אנשים נהרגו בפיגוע ת"א על פי הידוע לך

ת. על פי הידוע לי נהרגו שניים או שלושה אנשים ונפצעו יותר מעשרים אנשים

ש. לאיזה תחנות טלויזיה התקשרת והודעת להם שהפיגוע בוצע על ידכם

ת. אלג'זירה, אבודבי – ישראל – אלמנאר – ולתקשורת המקומית

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

ש. האם יש לך מה להוסיף בקשר לפיגוע בתל-אביב

ת. לא, אך באותה תקופה פנה אלי אחמד אבו ח'אדר מכתאב שוהדאא אלאקצה ואמר לי שישנם שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי לאחמד ברינ'יתי אודות עניין זה ושאלתי אותו באם יוכל להכניס אותם וסוכם עם אחמד אבו ח'ד'ר שעלאם אבו מוצטפא ואימם בדר יעבירו את שני האנשים המוסתהשהידים לרמאללה ואחר כך התקשרתי לאחמד ברינ'יתי ומסרתי לו שהאנשים בדרך אליו יש לציין שאחמד אבו ח'ד'ר פנה אלי כי אני אחראי כתאב שוהדאא אלאקצה".

(ראה ת\ת6)

דבר מה נוסף:

העד אחמד ברגותי,

"... התקשר אלי נאצר עויס ואמר לי שיש עוד בחור שרוצה לעשות פיגוע התאבדות כי הוא שולח לי אותו ואני אמרתי בסדר ואחרי כן התקשר אלי בחור שאמר לי כי הגיע בשמו של נאצר עויס ואני שלחתי את א-נוף שיביא אותו ונתתי לא-נוף 1000 שקל ואמרתי לא-נוף שיקנה לבחור הזה בגדים חדשים ושייקח אותו להסתפר ואמרתי לא-נוף שיביא אותו אחרי כן לדירה השכורה ברמאללה ליד הבנק הערבי שבה היה לפני כן רמתי נור ולאחר מכן כשהגעתי לדירה השכורה ראיתי את הבחור שאמר לי כי שמו אברהים חסונה שהוא בן 21 והוא אמר שהוא מעזה ואני לאחר מכן אמרתי לא-נוף שייקח את אברהים חסונה לישראל שיעשה שם פיגוע ואמרתי לא-נוף כי אביא לו גם נשק שיעשה פיגוע ואחרי כן הביא א-נוף רובה M16 ונתן אותו לאברהים חסונה ואחרי כן לקח א-נוף את אברהים חסונה למ.פ. אמערי לחלום אבו חמיד והם נשארו שם 3 ימים ובסופם התקשר אלי א-נוף ואמר לי שהוא יצא ולאחר מכן שמעתי שאותו אברהים חסונה עשה פיגוע בתל אביב במסעדה וכי נסע לשם עם מורא'ד עגלוני ומאגן אלקאדי שתפסו אותם... לאחר כמה ימים התקשר אלי מחמוד אלתיתי שהוא פעיל שוהדאא אלאקצה ופועל יחד עם נאצר עויס ... ומחמוד אמר לי שיש לו מישהו שרוצה לעשות פיגוע התאבדות וכי ישלח לי אותו לרמאללה ואני אמרתי לו בסדר..." (ראה ת\43א')

העד אחמד ברגותי בת/43ג' : "ש. ספר לנו על פעילותך בעניין הפיגוע בתל אביב במסעדת סי פוד

ת. מי שעשה את הפיגוע הוא אברהים חסונה שהגיע מאזור שכם מנאצר עויס... לאחר מכן אני התקשרתי לפלא פון של מרואן ברגותי שאיתו אני הייתי בקשר ואני הייתי אומר לו שהפיגוע יצא לביצוע. מרואן ברגותי אמר לי שאינו רוצה שהפיגוע יהיה בפנים בתוך ישראל ואני אמרתי לו שיהיה בסדר ואחרי כן זה היה בשעה שלוש בלילה התקשר אלי טארק אנוף ואמר לי שעשה את הפיגוע והוא אמר לי להסתכל בטלויזיה ואני אז התקשרתי אל מרואן ברגותי ואמרתי לו שבוצע הפיגוע שיסתכל בטלויזיה ומרואן אמר לי שהוא רואה בטלויזיה. מרואן לא אמר לי כלום שהוא שמע שעשו את הפיגוע בתוך ישראל ולא כמו שהוא אמר שיהיה באיזור הגדמע. אני אחרי כן התקשרתי אל נאצר עויס ואמרתי לו על הפיגוע כי נאצר עויס הוא אחראי כתאב שוהדא אלאקצה".

**אישום שני**

-

נבו הוצאה לאור בע"מ  nevo.co.il  המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

1137/02 (ת"א)    מדינת ישראל נ' נאסר מחמוד אחמד עוויס    פח (ת"א)

בתאריך 17.1.02 הגיע המחבל עבד אל סלאם חסונה( להלן עבד אל סאלם)   לאולם אירועים "ארמון דוד" בחדרה כשהוא חמוש ברובה M16, רימון יד ועל גופו אפוד ובתוכו מחסניות בכוונה לבצע פיגוע רצחני.

באולם התקיימה מסיבת בת מצווה של הנערה נינה קרדשוב והשתתפו בה עשרות רבות של אורחים. עבד אל סאלם התפרץ לאולם וירה לכל עבר  ובטרם השתלטו עליו כמה מן האורחים הצליח לגרום בכוונה תחילה למותם של שישה מן האורחים והם אנטולי בקשייב ז"יל בן 63, אדוארד בקשייב ז"יל בן 48, בוריס מליחוב ז"יל בן 56, דינה בינייב ז"יל בת 48, אליוס בן ישראל (אהרון) ז"יל בת 32, אבי יוזדי ז"יל בן 25 ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות (עיין עדויות  ; ע"ת מס' 1 תנ"צ משה ולדמן ; ע"ת מס' 24 שמעון לוגסי; ע"ת מס' 12 קונסטנטין קרדשוב; ע"ת מס' 20 רפי"ק יהודה פרץ; ת\1 (מצגת) ; ת\27 (מסמכים רפואיים) ; ת\36 (רובה M 16 ) ; ת\44 (קליטות); ת\58 (חו"ד מומחה); ת\59 (הודעת פטירה אנטולי בקשייב ז"יל); ת\60 (הודעת פטירה יוזדי אבי ז"יל); ת\61 (הודעת פטירה מליחוב בוריס ז"יל) ; ת\62 (הודעת פטירה בינייב דינה ז"יל) ; ת\63 עד ת\66- (חו"ד מומחה)).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם אחמד אבו חדר (ע"ת 6) ופעילים נוספים להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת ההתארגנות הזו שהנאשם עמד בראשה גויס עבד אל סאלם אומן בירי ברובה M16 צוייד בנשק ומחסניות לצורך אימונו הירי ולצורך ביצוע המעשה והוסע למקום הפיגוע בחדרה. טרם הפיגוע צולם עבד אל סאלם עפ לפי הוראת הנאשם כשהוא קורא צואה שנכתבה עבורו על ידי הנאשם וכשהוא מחזיק בידו רובה M16 השייך לנאשם כדי שלאחר הפיגוע ניתן יהיה לשלוח הצילומים לאמצעי התקשורת ולאחר הפיגוע אף הורה הנאשם לאסר אבו בכר (ע"ת 25 ) להכין כרוזים שהופצו בהם נמסר כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת/5:

"12. סיפקתי לעבד אלסלאם חסונה נשק לביצוע פיגוע התאבדות בתוך חדרה".

ת/6:

"ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ומואייד גימיל ומחמוד אלטיטי ובאיד אבו מוצטפא בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות הנחת מטעני נפץ בקרת זואתה ובפ[ה]יגועים הללו השתתפתי ומואייד ומחמוד – ידכ ומחמוד אטיטי ואחמד אבו ח'דר ודיווחתי לו גם כן אודות פיגוע ההתאבדות בירושלים ובחדרה שבצענו

ש. איזה פיגוע התאבדות בחדרה

ת. הפיגוע שבוצע ע"י עבד אלסלאם חסונה".

"האם אתה יכול להסביר איך בוצע פיגוע חדרה וירושלים

ת. כן עבד אלסלאם חסונה תושב בית אמרין פנה – לאחמד אבו ח'ד'ר (ע"ת מס' 6) ואמר לי שרוצה להתאבד (אלסאלם שהאד) ואחמד פנה אליי והודיע לי ואחרי פטירת ואאד אלכרמי החלטנו לבצע פיגוע ואחמד צילם את ע. אלסלאם חסונה במחנה בלאטה ואני מסרתי לו נשק מסוג M16 ורימון יד ומסרנו לעבד

27

אלסלאם 400 שקלים ונסע לטולכרם ברכב ציבורי ושם נפגש עם מחמוד אלטיטי אצל מנצור שרם תושב
טולכרם ושם ע"פ הפגיעה היה מחמוד אחראי לשליחתו לחדרה והפיגוע בוצע באולם ועל פי הידוע לי נהרגו
מספר אנשים בפיגוע הזה".

דבר מה נוסף :

אחמד אבו חדר, ת/17, עמ' 3 :

"אני מודה גם שאני זה שצילמתי את עבד אלסלאם חסונה מבית אמרין לפני שיצא לבצע פיגוע
ההתאבדות בחדרה לפני כחצי שנה בערך".

ת/18, עמ' 14 : "את האמת אני אשר גייסתי את עבד אלסלאם חסונה תושב א.. עבד אלסלאם
הוא חבר שלי ועבדנו יחד בשכם בביטחון הלאומי עבד אלסלאם ביקש ממני לפני כחצי שנה לסדר לו שיבצע
פיגוע התאבדות... לאחר שביקש ממני עבד אלסלאם לסדר לו יציאה לבצע פיגוע התאבדות בישראל אני
פניתי לנאצר עוויס וסיפרתי לו על עבד אלסלאם, ... ואז החלטנו להוציא אותו לפיגוע התאבדות כנקמה
למותו של ראאד אלכרמי. נאצר ביקש ממני לאמן אותו על נשק כדי שיהיה מוכן לבצע את הפיגוע
בהצלחה. ואני עשיתי זאת אמנתי אותו על נשק מסוג M16 ... את הנשק ושמונה מחסניות לקחתי מנאצר
עוויס. יום לאחר מכן הבאתי את עבד אלסלאם לבית של נאצר במחנה בלאטה ובביתו של נאצר ובנוכחותו
צלמתי את עבד אלסלאם שהוא קורה (כך במקור) את ההצוואה שכתב נאצר שהוא מחזיק בנשק M16 של
נאצר כשהוא עשה תנועה של השהאדה באצבע, צלמנו אותו במצלמת וידיו ומצלמת רגילה את הקלטת
והתמונות לקח נאצר מסרנו לעבד אלסלאם נשק M16 ושש מחסניות ושני רימוני יד אשר הביא נאצר.
לאחר הצילום בערך בשעה שמונה בערב אני יצאתי לחפש מונית ואכן מצאתי את אימן נהג מונית תושב
בלאטה כבן 26 וביקשתי ממנו סיוע בהעברת בחור לטוכ' מבלי לספר לו שמדובר במתאבד והוא הסכים
לכך והסיע את עבד אל סאלם לטוכ'. את הרובה M16 והמחסניות ורימונוי היד לקח בתיק לאחר שפירק את
ה- M16 לשניים. כאשר עבד אל סאלם נסע לטוכ' במונית של אימן . נאצר התקשר למחמוד טיטי ועדכן
אותו שהבחור בדרך אליו, לציין שנאצר דיבר עם מחמוד טיטי לפני כן בעדי שיכון את עצמו לקבלת עבד
אלסלאם ובכדי לתת לו סיוע לשם כניסתו לישראל את זה ידעתי מנאצר אני לא היה מעורב בשיחות
ביניהם. נודע לי לאחר מכן שמחמוד טיטי קיבל את עבד אלסאלם בטוכ' וכשהוא הגיע לחדרה הוא ביצע
פיגוע באולם השמחות ושהוא נהרג והרג מספר ישראלים אני חושב שישה במספר...".

אחמד ברגותי, ת/43ד' :

"באותו לילה שהיה הפיגוע באול השמחות בחדרה אני הייתי יחד עם מרואן ברגותי, עם כרים עוויס
ו"אבו רבעיה" במסעדת האורתודוקסים ברמאללה פתאום הודיעו בטלויזיה על הפיגוע באולם השמחות
בחדרה. אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שאנשי גדודי
שוהדא אל אקצא עשו את הפיגוע הזה סיכמתי עם נאצר עוויס שלמחרת הוא יתן לי כרוז שבו הוא לוקח
אחריות על הפיגוע. למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו
ברמאללה".

אישום שלישי :

בתאריך 22.1.02 הגיע המחבל סעיד רמדאן אל רחוב יפו פינת רחוב לונץ' במרכז ירושלים כשהוא חמוש
ברובה M16 ושתי מחסניות וזאת בכוונה לבצע פיגוע רצחני. רמדאן ירה לעבר אזרחים שעברו במקום
באותה עת וגרם בכוונה תחילה למותם של שרה המבורגר ז"ל בת 79 ואורה (סבטלנה)סנדלר ז"ל בת 56,
אשר הלכו לתומן ברחוב ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות.
רמדאן נורה למוות על ידי שוטרים שהגיעו למקום. (עיין עדויות ; ע"ת מס' 22 אבי בן עמי ; ע"ת מס' 26
אסף אזולאי ; ע"ת מס' 3 נצ"מ חג'י דותן ; ע"ת מס' 14 בן נעים חנן;ע"ת מס' 15 נועם
גבאי;ת\30(מוצגת);ת\48 (M-16) ; ת\48א' (דוח תפיסת מוצגים);ת\77(תצלומים מזירת האירוע) ; ת\78
(הודעת פטירה של המבורגר שרה ז"ל) ; ת\79 (הודעת פטירה של סנדלר אורה ז"ל)).


לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר עם מחמוד טיטי
ופעילים אחרים לבצע פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים לשם
קידומו של הקשר והוצאתו אל הפועל בהנהגתו של הנאשם גויס רמדאן צויד, צולם כמחבל מתאבד על
פי הדפוס האופייני לארגון כפי שתועד באישומים קודמים והוסע למקום הפיגוע. לאחר הפיגוע הופץ
הצילום של המחבל לאמצעי התקשורת.


הודיית הנאשם :

ת\5/

11". סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים".


ת\6/

"ש. איזה פיגוע בירושלים

ת. הפיגוע שבוצע על ידי סעיד רמדאן בחודש 9/2001".


"... ופיגוע ירושלים בוצע בכך שסעיד רמדאן פנה אל מחמוד אלטיטי ואמר שהוא חבר של ראאד כרמי
וברצונו לנקום את הריגתו וממקומת הודיע לי ואז נפגשתי עם סעיד והבנתי שהוא רוצה לבצע את הפיגוע
והתקשרתי לאחמד ברגותי ברמאללה וביקשתי אותו שיביל אותו לירושלים ואחמד הסכים לכך וסעיד נסע
ברכב ציבורי לרמאללה ושם נפגש עם אחמד ברגותי ולמחרת נסע סעיד לירושלים וירה לעבר קבוצת
שוטרים ואזרחים ובפיגוע הזה נהרגו שני אנשים וסעיד".


דבר מה נוסף :

אחמד ברגותי, ת\43א' :

"אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח
אותו לירושלים שיעשה שם פיגוע. ונאצר אמר לי כי ישלח לי מישהו לי מישהו ולאחר כמה זמן הגיע אלי סעיד רמדאן
מכפר תל שכם שהוא כבן 25 ואמר שיעשה את הפיגוע אני פגשתי אותו ליד הקולנוע ברמאללה והתקשרתי
למחמד אבו סתחא שיבוא גם כן ויהיה איתנו ומשם הלכנו לסלון שסעיד הסתפר ואז התקשרנו לפראס
חטאי ושאלנו אותו אם יוכל להכניס את הבחור הזה לתוך ירושלים שרוצה לעשות פיגוע התאבדות לירושלים ופראס
אמר שהוא יכול לעשות זאת ואז הלך פראס חטאוי במכוניתו לראות את הדרך מה קורה. ואני עם אחמד

29

אבו סטרה לקחו את סעיד שיפלל ויאכל וקניתי לו מכספי בגדים ונעליים חדשים ב- 1,200 ₪ ואחרי כן אני
אמרתי למחמד אבו סטרה שיביא סטרה רובה M16 ו- 3 מחסניות עם כדורים שיתן אותם לסעיד והוא הביא
ואז הגיעו למקום פראס חטואי ומחמד סאמי במכונית האיסוזו של פראס וזה היה בצהרים שהם נסעו עם
סעיד לירושלים. ואנחנו איחלנו להם בהצלחה והם נסעו עם סעיד. אני לא אמרתי להם לאן שיסעו, לאן
שרצו הם היו יכולים לקחת אותו.

ש-ת. אנחנו לא צילמנו את סעיד בודאינו לפני הפיגוע כי נאצר עוויס עשה זאת לפני כן.

שאלה: בתחילת העדות אמרת לי שאינם מכיר את פראס חטואי מחמד סאמי וכל השאר ועכשיו אני
רואה שפגשת בהם. איך זה.

תשובה: אני הכרתי אותם באוהל האבלים של ראאד כרמי ושם ראיתי אותם. בערך בארבע וחצי
בצהרים שמעתי בחדשות שהיה פגוע ירי ברחוב יפו בירושלים ואני ידעתי שזה הפגוע של סעיד. ואז
התקשרתי אל פראס חטואי ושאלתי אותו אם זה הם ... שלקחו את סעיד לרחוב יפו ופראס אמר שהם
הורידו אותו ברחוב יפו ושמעו את היריות שירה לאחר שירד מהאוטו. למחרת היום לקחתי מעלי פרגי
ברגזות 1000 דולר ואמרתי לו שיצאו האנשים לבצע פיגוע וכי אבד הנשק בפגוע. ונתתי לפראס חטואי
מחמד אבו סטרה ומחמד סאמי כל אחד 100 דולר על הפגוע הזה. לאחר מכן הגיעו אלי פראס חטואי
מחמד סאמי וא-נוף ועוד בחור שמו חוסאם שחאדה מקטנדוה ושאלו אותי למה לא שילמתי להם על
הפגועים שעשו ואמרתי להם שאבדוק זאת.".

**אישום רביעי :**

בתאריך 9.3.02 הגיעו המחבלים שאהדי אלנג'מי וסעיד בטא לאזור מלון "ג'רמי" ברח' גד מכנס בנתניה
כשהם חמושים ברובי M16 וברימוני רסס. השניים ירו בצרורות לעבר אולם הכניסה של המלון וכן השליכו
שני רימוני רסס.   השניים הצליחו לגרום בכוונה תחילה למותם של תשעה אנשים מלכה ז"ל בת שנה
במהלך השתלטות כוחות הביטחון על השניים נורה גם ויחא ישראל ז"ל בן 29  אשר שהה בקרבת מקום.
כתוצאה ממעשה השניים אף נפצעו עשרות אנשים נוספים ולחלקם נגרמו חבלות חמורות (עיין עדויות;
ע"ת מספר 2 תנ"צ פרנקו אהרון ; מגנת 2\1 ; ע"ת מספר 10 ג.מ ; ע"ת מספר 16 רסי"ר מלכה ; (הדו"ח ת28\
ת26\ (מסמכים רפואיים של ע"ת מס' 11 ; ת29\-ת30\ (רובי סער); ת31\(תצלומים) ; ת67\ (חו"ד מומחה) ;
ת68\(הודעת פטירה של מלכה אביה ז"ל) ; ת69\-ת71 (חו"ד מומחה)).

לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם טיטי וחדר (ע"ת
מספר 6) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת
התארגנות זו שבצעצע בהנחתהו של הנאשם ולשם הוצאאת אל הפועל גויוס שהאדי והאדי צוידו ברובה
M16 שתים עשר מחסניות ושני רימוני יד צולמו קוראים את צוואתם כשהם מחזיקים רובה M16 והוסעו
למקום הפיגוע. לאחר הפיגוע ועל פי הדפוס האופייני התקשר הנאשם לכלי התקשורת והודיע להם כי
הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת5/ :

"6. מסרתי נשקים לביצוע פיגוע בנתניה".

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

פ״ח (ת״א) 1137/02                                    מדינת ישראל נ׳ נאסר מחמוד אחמד עוויס

ת/7:

״ש. האם יש לך קשר לפיגוע ירי בנתניה

ת. כן היה לי קשר בפיגוע ירי בנתניה שבוצע על ידי מתאבדים שלא ידועים לי שמותיהם ולפני הפיגוע הזה כיומיים התקשר אלי אחמד אבו חד״ר ואמר לי שביכולתו להכניס שניים לישראל על מנת שיבצעו פיגוע התאבדות ואני פניתי למחמוד טיטי ושאלתי אותו באם הוא יכול להכניס מתאבדים והשיב לי בחיוב ואני מסרתי לאחמד שני רימונים ומחמוד טיטי מסר להם שני נשקים מסוג M16 ואחמד אבו חדר צילם אותם והסביר להם על הפיגוע ונסע עימם לבאקה אלשרקיה ושם עזב אותם והלכו בדרך עפר לישראל ומשם לנתניה ואחמד חזר לשם ואחרי מספר שעות שמענו בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים ושוטרים נפגעו בפיגוע ונרצחו שניים ושניים אחרים נהרגו על ידי המשטרה. התקשרתי לכלי התקשורת ולקחתי אחריות על הפיגוע

ש. האם יש לך מה להוסיף בקשר לפיגוע נתניה

ת. לא״י.

דבר מה נוסף:

אחמד אבו חדר (ע״ת 6 ) בת\13

״אני מודה שלפני כחודש סיפר לי נאצר עוויס כי הוא מתכוון לשלוח שני מתאבדים לעיר נתניה לביצוע פיגוע התאבדות ובקש שאני אסייע להוביל את המתאבדים משכם לכפר ראעי וכמובן אני הסכמתי.

שאלה: מי הם שני המתאבדים האלה.

תשובה: המתאבד הראשון הוא שאדי אל נג׳מי תושב מחנה עין בית אלמא והשני שמו סעיד בטא תושב מחנה עסקר ..... שניהם נפצעו בפיגוע. באותו יום נאצר עוויס סיפר לי כי שאדי נג׳מי עבד בנתניה מכיר את האזור טוב. שאלה: נאצר עוויס סיפר לי כי מכדי מכהר תושב אלעין שהוא בן 28 שנים נשוי עובד במשטרה הימית בשכם והוא פעיל בכתאבב שוהדאא אל אקצא. מכדי הוא שותפו של נאצר ושלי בתכנון ושליחת המתאבדים לנתניה, ונאצר ביקש שאני אוביל את שני המתאבדים לפונטיאק בעלת לוחיות זיהוי ישראליות משכם לכפר ראעי ואני הסכמתי, באותו יום של הפיגוע יצאתי בסביבות השעה שלוש בצהריים במונית לאזור גבל שמאלי בשכם ושם חיכו לי מכדי מכהר ועמו שני המתאבדים בפונטיאק. שני לבש מכנסי ג׳ינס כחולים וחולצה שחורה וסעיד לבש מכנסיים ירוקים ושם מכדי נפרד מהם ואני הובלתי אותם עד לכפר ראעי בפונטיאק. שאלה איזה נשקים היו למתאבדים הנ״ל. תשובה: ברשות כל אחד מהם היה רובה M-16 וראיתי את שאדי מחזיק שקית ניילון שחורה שבתוכה היה מטען נפץ ואחרי שהגענו לכפר ראעי התקשרתי לנאצר עוויס והודעתי לו כי הגענו ונאצר ביקש לשוחח עם שאדי, ושמעתי את שאדי אומר לנאצר כי הוא בדרך משם, ואז שאדי נתן לי את הפלאפון ונאצר הורה לי לחזור לשכם במונית ואכן זה מה שעשיתי כאשר חזרתי לשכם שמעתי בחדשות אודות הפיגוע בנתניה שבו נהרגו שני המתאבדים ואני זוכר שדיברו על פיגוע בבית מלון בנתניה״.

ת/18:

״שאלה: אתה בעדותך השניה אשר מסרת דיברת על פיגוע התאבדות בנתניה חודש לפני מסירתך העדות ואתה טענת שתפקידך היה להוביל את שני המתאבדים משכם לכפר ראעי , מהיכן לקחת אותם בדיוק והאם ידוע לך האם צולמו לפני יציאתם לבצע את הפיגוע?

31

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

<u>תשובה</u>: בנוסף לכך שהובלתי את שני המתאבדים שאדי וסעיד אני מודה שיום לפני הפיגוע התקשר אלי נאצר עוויס וביקש ממני להגיע לכיכר בשכם ולאסוף את שאדי וסעיד ולאחר מכן להגיע אליו לביתו במחנה בכדי שיתן לי צוואה שהכין עבור שני המתאבדים וביקש ממני לקחת את שני המתאבדים אף הביתה לצלם אותם ולהמתין להוראות.

וזה מה שעשיתי, אספתי אותם, לקחתי את הצוואה מנאצר גם מצלמת וידאו וכשהגעתי הביתה אני צלמתי את שניהם שאדי קורא את הצוואה ושהם מחזיק בידיהם M-16 כל אחד.

<u>שאלה</u>: ממי קיבלו את הנשקים?

<u>תשובה</u>: אני לקחתי את הצוואה ואת המצלמה מנאצר. הוא נתן לי שני נשקים M-16 ושתים עשרה מחסניות מלאות בכדורים ורימון יד אחד ואני מסרתי להם אותם".

**אישום חמישי**:

בתאריך 30.3.02 המחבלים מג'די חנפר ופתחי עמירי (להלן: מג'די ופתחי) היו בדרכם לביצוע פיגוע בישראל, כשהם חמושים ברובה M-16, ברימוני יד ובמטען חומר נפץ. מג'די ופתחי נתקלו בכוח של שוטרי מג"ב בסמוך לבאקה אל גרביה ופתחו בירי לעבר השוטרים וכן השליכו רימון רסס.

השניים הצליחו לגרום בכוונה תחילה למותם של שוטר מג"ב רס"ל קונסטנטין דנילוב ז"ל ולפציעתו של השוטר רס"ב אמל איברהים (עיין עדויות, ע"ת מס' 27 עמיר שר; ע"ת מס' 18 סני"צ גנים פריד; ע"ת מס' 19 פקד טל ורמוט; ת\49 (דו"ח תפיסת מוצגים); ת\72 – ת\73 (חו"ד מומחה); ת\74 – ת\75 (תצלומים); ת\76 (חו"ד מומחה)).

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי, קשר קשר עם טיטי וחדר (ע"ת מס' 6) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת התארגנות זו, שבוצעה בהנהגתו של הנאשם ולשם הוצאתה אל הפועל, גייסו מג'די ופתחי, צוידו ברובה -M 16, ברימוני יד ובחגורת נפץ. הנאשם אף הורה לדאוג להגעתם של השניים לישראל, העביר סכום כסף בסך 3,500 ₪ שנועדו לרכישת רכב גנוב ששימש להעברתם, וכן הורה לחדר ללוות השניים חלק מהדרך. לאחר הפיגוע התקשר הנאשם לכלי התקשורת והודיע כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם:

ת/5:

32

"10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה (הערת חוקר התאבדות) שהיתה אמורה להתבצע
בחדרה אך הפיגוע לא הצליח ואנשים נהרגו בקרבת באקא אלגרביה"".

ת/6 :

"ת. כן אני ואיסר עבדנו יחד לשלוח מתאבדים עם מחמוד אלטיטי ואחמד אבו חדר מסילת

אלד'יהר ובמידה והיינו נזקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו נעזרים באיסר
ולפני כניסת הצבא לשכם כשבועיים ביקשתי מיאסר שינסה להשיג חגורת נפץ למתאבד על מנת לבצע פיגוע
בתוך ישראל ויאסר אכן הביא חגורת נפץ ומסרנו אותה למתאבד שנשא עם אדם אחר לביצוע פיגוע
בישראל וכשהגיע לבאקה אלגרביה ירו חיילים לעברו ושניהם נהרגו ובזמן חילופי הירי נהרג שוטר משמר
הגבול בבאקה

ש. היכן היה אמור להיות מבוצע הפיגוע שאתה מזכיר

ת. בחדרה ולא הגדרנו מטרה ועל פי התכנון היה אמור אחד המתאבדים לירות והשני יפוצץ עצמו...

ש. מה סוג הרכב שנסעו בו המתאבדים

ת. לא ידוע לי אך מסרתי לאחמד 3,500 ₪ במספר על מנת שיקנה רכב גנוב להעברת המתאבדים ואחמד
נסע עמם לטול כרם והראה להם את הדרך וחזר לשכם ברכב ציבורי"".

ת/7 :

"אחרי מעצר הארבעה בדרכם לרמאללה פנה אלי מחמוד אלטיטי והודיע לי שברצונו לבצע פיגוע
התאבדות ליד חיילים ישראליים וביקש ממני נשק מסוג M16 והיה ברשותי חגורת נפץ ואני אכן מסרתי לו
M16 וסיכמנו שהפיגוע יבוצע בתוך ישראל ליד חיילים ואחרי שהמתאבד התפוצץ אחר יבצע ירי ועל פי
דברי מחמוד אלטיטי הצליח לאתר שני אנשים שיבצעו את הפיגוע אדם אחד בשכם והשני מגיוס

ש. איך הכיר מחמוד אלטיטי שני אנשים שהיו אמורים לבצע את הפיגוע ליד החיילים

ת. על פי מה שספר לי שאחמד אבו חד'ר הוא זה שהכיר לו את האדם משכם ומחמוד אלטיטי הכיר
את תושב ג'ייוס

ש. מי הכניס את המתאבדים לישראל

ת. אדם בשם מנסור שרים מטול כרם

ש. איך נכנסו ואיך בוצע הפיגוע בישראל

ת. נכנסו ברכב גנוב על ידי מנסור שרים ואחרי שנכנסו לישראל והיו בדרכם לחדרה על מנת לבצע את
הפיגוע, אחרי מספר שעות שמענו ברדיו שהמשטרה הישראלית חשדה ברכב והיו חילופי ירי עם
המתאבדים ונהרגו ונפגעו שניים מהמשטרה למיטב ידיעתי

ש. איך בוצע חילופי האש עם המשטרה

ת. בדרך לחדרה רכב משטרתי חשד שהרכב גנוב וביקשו מהם לעצור אך הם התחילו לירות ואחר כך
הצליחו אנשי המשטרה להרוג אותם ואחרי ששמעתי ברדיו שנהרגו התקשרתי לכלי התקשורת והודעתי
להם שהפיגוע בוצע על ידי כתאב אלאקצה"".

דבר מה נוסף :

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc