ת/13 (ע״ת 6), אחמד אבו חדר:

״...ובאותו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר בקש לפגוש את המתאבד הזה. ולמחרת לקחתי את מג׳די לסטודיו בשכם להצטלם ומשם לביתו של נאצר עוויס והשארתי אותו שם וכעבור יומיים נאצר ביקש ממני לרכוש רכב עם לוחית זיהוי ישראלית ואכן קניתי רכב מיצובישי שחור גנוב תמורת 3,500 ₪ מתושב טובאס, את הכסף עבור הרכב קיבלתי מנאצר עוויס ואחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם נפגשתי עם נאצר ועם מג׳די עם ג׳ואד חנפר והופתעתי שישנו אדם נוסף בשם פתחי עמירי תושב שכם כבן 20 שנים וזו פעם ראשונה שאני רואה את הצעיר הזה ואז נאצר עוויס סיפר לי כי שני הנ״ל מג׳די חנפר ופתחי עמירי עומדים לצאת לפיגוע התאבדות בישראל ואז נאצר מסר למג׳די נשק מסוג M-16 ולפתחי מסר שני רימוני יד, ובתכנית היתה ששניהם יכנסו לישראל לכל מקום שאליו יוכלו להגיע ושם יבצעו פיגוע התאבדות תוך כדי ירי ב-M-16 וזריקת רימונים ואחרי שהכנו אותם הסעתי אותם עד כפר ראעי ושם מסרתי אותם לזיאד אצאעצה . אותו זיאד שהוביל את המתאבד שספרתי עליו קודם ובאותו יום הגעתי לכפר ראעי בסביבות השעה 11:00. ... וכעבור שעה זיאד התקשר וספר כי שמע ששניהם נהרגו בבאקה לאחר שפגעו בשוטר של משמר הגבול״.

**אישום שישי:**

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, היו שני מחבלים שזהותם אינה ידועה בדרכם לביצוע פיגוע בירושלים, כשהם חמושים ברובי קלצ׳ניקוב וברימוני יד. המחבלים נתפסו במחסום צה״ל על ידי כוחות הביטחון ובכך נמנע בדרך נס פיגוע הרג המוני אליו יצאו השניים במטרה לגרום בכוונה תחילה למותם של אזרחים ישראלים רבים.

לטענת המדינה הנאשם שכאמור היה אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם אחמד אבו חדר ואחמד ברגותי ופעילים נוספים להוציא לפועל פיגוע שמטרתו יגרום למותם בכוונה תחילה של אזרחים ישראלים רבים. במסגרת ההתארגנות שהנאשם עמד בראשה גויסו המחבלים, צוידו ברובי קלצ׳ניקוב ורימוני יד ואף הוסעו בדרך למקום הפיגוע.

הודית הנאשם:

ת\7:

״ ...באותה תקופה פנה אלי אחמד אבו ח׳דר מכתאב שוהדאא אל אקצה ואמר לי שישנם שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי לאחמד בר׳גות׳י אודות עניין זה ושאלתי אותו באם יוכל להכניס אותם וסוכם עם אחמד אבו ח׳ד׳ר שעלאא אבו מוצטפא ואימן בדר יעבירו את שני האנשים המוסתשהידים לרמאללה ואחר כך התקשרתי לאחמד בר׳גות׳י ומסרתי לו שהאנשים בדרך אליו , יש לציין שאחמד אבו ח׳ד׳ר פנה אליי כי אני אחראי כתאב שוהדאא אל אקצה

ש. האם ידע אימן בדר ועלאא אבו מוצטפא אודות הפיגוע

ת. אימן עובד נהג רכב ציבורי ועלאא חבר של אחמד אבו ח׳דר ולא ידוע לי באם היו יודעים אודות הפיגוע

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ש. היכן סוכם שיפגשו ברמאללה

ת. ע"פ הסיכום אחמד אבו ח'דיר היה אמור להיות בקשר עם הארבעה ובהגיעם לאיזור רמאללה יתקשר אליי ואני אתקשר עם אחמד ברגותי ואודיע לו על מקומם על מנת שיפגוש אותם

ש. איזה נשק לקחו עמם ואיך היה אמור לבצע את הפיגוע

ת. פיגוע ירי וזריקת רימונים ואחמד אבו ח'דר מסר למתאבדים שני רימוני יד וע"פ הסיכום אחמד ברגותי היה אמור לתת להם שני רובים מסוג קלצ'ניקוב

ש. היכן היה אמור לבצע את הפיגוע

ת. בירושלים המערבית

ש. האם הפיגוע בוצע

ת. הארבעה נעצרו במחסום בדרכם לרמאללה

דבר מה נוסף :

ת/17, עד תביעה 6, אחמד אבו חדר :

"כמו כן תכננו לבצע פיגוע התאבדות בתוך ירושלים ושלחנו את המתאבדים לרמאללה לשם קבלת חגורת נפץ אך בדרך הם נעצרו והשניים שרצו לבצע את הפיגוע התאבדות הם (1) סעדי מקבול משכם, כבן 20 רווק ומובטל (2) עלאא חלאפווד תושב שכם כבן 20 רווק ועובד כמכונאי רכבים אסווד זה שם כינוי וזה היה לפני ארבעה חמשה חודשים בערך. יחד אתי תכנן פיגוע זה נאצר עוויס ... שנבצע פיגוע במשרד הבטחון בת"א. אני שוחחתי על כך עם נאצר עוויס ומחמוד טיטי והחלטנו לחפש פעילים מאומנים שיבצעו פיגוע שכזה ובסופו של דבר לא חיפשנו פעילים ולא ביצענו זאת. בקשר לשני המתאבדים סעדי מקבול ועלאא אל אסווד אשר היו בדרכם לרמאללה לקבלת חגורות נפץ בכדי שימשיכו לירושלים לבצע פיגוע התאבדות ועל זה סיפרתי בעדותי השניה. ברצוני להוסיף מספר נקודות שלא הזכרתי ... כאמור צלמתי אותם במצלמת וידאו כשהם קוראים את הצוואה וברקע הנחתי דגל כתאאב שוהדאא אלאקצה ובזמן הצילום נופף בנשק מסוג ברטה שאני מסרתי לו את הקלטת מסרתי ונאצר עוויס לאחר מכן, באותו לילה ישנו שלושתנו בדירה ולמחרת בבוקר התקשרתי לאימן נהג מונית, אני מתקן התקשרתי לחברי בשם עולה מוצטפא ובקשתי ממנו שישלח לי מונית לדירה שבה אני הייתי עם הצעירים והוא שלח לי נהג מונית בשם אימן, ושהגיע בשעה 10 בבוקר שני הצעירים עלו במונית ואני בקשתי מהם שברגע שהם מגיעים לרמאללה הם מתקשרים אלי ואני לפי התוכנית מתקשר לנאצר עוויס והוא דואג לשלוח להם את אלו שאמורים לספק להם חגורות נפץ, שכחתי לציין שאני מסרתי להם רימון יד שקיבלתי מנאצר עוויס בכדי שישתמשו בו. הכוונה להשליך את הרימון לפני פיצוץ חגורות הנפץ. שני הצעירים לא הגיעו לרמאללה והם נעצרו בדרך. אני ברגע ששני הצעירים עלו למונית אני הודעתי זאת לנצר עוויס".

**אישום שביעי:**

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, נעצר מחבל שזהותו אינה ידועה בדרכו לביצוע פיגוע התאבדות בירושלים כשהוא חמוש במטרה לגרום בכוונה תחילה למותם של אזרחים רבים. בהיותו בדרכו למקום הפיגוע, ליד בית חנינה, נעצר המחבל הזה על-ידי שוטרים ונורה למוות.

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 271

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם טיטי להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת התארגנות זו, שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפועל גויס המחבל וצויד באמל"ח.

הודיית הנאשם :

ת/6 " שאלה : האם אתה מכיר אדם בשם לואי עודה

תשובה : כן הכרתי אותו באוניברסיטת אלנג'אח והוא השתייך לחזית העממית ואני גייסתי אותו לכתאאב שוהדאא אלאקצה לפני כחודשים לערך והמטרה בגיוסו לשוהדא-אלאקצה על מנת שיסייע לנו בפיגועים באיזור ירושלים ושיכניס מתאבדים(מוסתשהידים) לירושלים ואני גם כן ביקשתי מלואי שילמד אותנו ייצור חומר נפץ יותר חזק מהחנ"מ שהשתמשנו בו ולואי הסביר לי בטלפון כיצד מייצרים חומר (אום אלעבד) והשבתי לו שאנחנו יודע לייצר אום אלעבד. ולפני חודש וחצי לערך ביקשתי מלואי שיבדוק דרך להכנסת מתאבד לירושלים ואמר לי שיבדוק את העניין וע"פ התכנון מחמוד אלטיטי הוא זה שאיתר מתאבד ותפקידי היה לתאם בין מחמוד ולואי על מנת להכניס את המתאבד לירושלים והפיגוע הזה בוצע אך ללא הצלחה מאחר והשוטרים ירו לעבר המתאבד לפני הביצוע ונהרג בכניסה לירושלים מכיוון רמאללה ולא ידוע לי שמו של המתאבד".

דבר מה :

להודיה באישום זה לא נמצא דבר מה ישיר ונפרד.

אלא, שהעובדות שהוכחו - על היות הנאשם מנהיג בארגון טרוריסטי שמטרתו לבצע מעשי אלימות המכוונים לגרום למותם של בני אדם ולחבלתם, ובהיות הנאשם בעל מניע ברור להוציא אל הפועל מעשים כאלה ובעל הזדמנות לבצעם ואף הגשים חלק גדול מהם, כפי שהוכח בכל אחד מהאישומים האחרים - מבססות מסקנה כי ניתן לראות בדבר המה המצטבר שנמצא לגבי כל אחת מההודיות באישומים האחרים, דבר מה כנדרש לאישום זה. יש לראות בנסיבות העניין ולצורך זה את סדרת העבירות בהן קשור הנאשם כמסכת אחת.

**אישום שמיני :**

לטענת המדינה באישום השמיני :

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

״א. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה״ל, שהייתה מאוישת בחיילים ישראלים, בסמוך לקבר יוסף בשכם.

במועדים בלתי ידועים, במהלך התקופה שלאחר מכן, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי לעבר עמדת צה״ל שהיתה ממוקמת בסמוך לקבר יוסף.

ב. עובר לחודש מאי 2001, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגוע ירי לעבר עמדת שמירה של צה״ל, שהייתה מאוישת בחיילים ישראלים, בהר גריזים, וכן לעבר עמדות נוספות של צה״ל באיזורים סמוכים.

לצורך קידום מטרות הקשר, סיפק הנאשם לפעילים הנוספים שחברו לקשר, רובי M-16.

במהלך חודש מאי 2001, במספר הזדמנויות, במועדים בלתי ידועים, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי.

פיגועי הירי בוצעו, כשהנאשם והפעילים הנוספים מצוידים ברובי M-16, לעבר העמדה הצבאית בהר גריזים, לעבר מחנה עין-בית ולעבר סיורים של הצבא שסיירו באיזור מחנה באלטה וכן לעבר מטרות צבאיות באיזור מחנה חוארה.

ג. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועים כנגד אזרחים ישראלים וחיילי צה״ל.

במסגרת ביצוע הקשר ולשם קידומו, סיפק הנאשם נשק לפעילים בארגון הטרוריסטי לצורך ביצוע הפיגועים.

הפעילים בארגון הטרוריסטי, שחברו לביצוע הקשר עשו שימוש בנשק, אותו סיפק להם הנאשם, בפיגועים שיפורטו להלן:

1. פיגוע הירי על התנחלות חומש.
2. הנחת מטען חבלה בכביש עוקף זועתא-עצירה.
3. פיגוע ירי ברובה M-16 כנגד סיור צבאי בדיר-שארף.
4. הנחת מטען בצרה״.

ממשיכה המדינה וטוענת, כי במעשים אלו ניסה הנאשם שלא כדין לגרום למותם של אנשים רבים ומעשיו אלה הם בין השאר בגדר קשירת קשר לבצע פשע, ניסיון לרצח ונשיאת נשק שלא כדין.

הודיית הנאשם:

ת/5א׳ ״2. ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם

3. ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

4. ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי בקרבת זואתה...״.

״13. סיפקתי לעבד אל רחמן עבדאללה שני מטענים + קלצ׳ניקוב שהניח אותם בקרבת כפר צרה שכם

14. סיפקתי למג׳די חלוס מטען נפץ שהניח אותה בדרך לדיר שרן לעבר סיור ישראלי״.

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

ת/6א': "ת. כן השתתף עמי פעם אחת בירי לעבר עמדה צבאית ישראלית בהר גריזים...".

"ש. על איזה פיגועים שוחחת עם מוניר מקדח

ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ומואייד ג'מיל ומחמוד אלטיטי וקאהיד אבו מוצטפה בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות הנחת מטעני נפץ בקרבת זואתה ובפיגועים הללו השתתפתי אני ומואייד ג'מיל ומחמד ידכ ומחמוד אלטיטי ואחמד אבו ח'דיר...".

"ש. האם זכורים לך כל הפיגועים שהשתתפת בהם באופן ישיר

ת. אני זוכר 1. פיגוע ירי לעבר עמדה צבאית בהר גריזים 2. פיגוע ירי לעבר רכב צבאי באזור המחנה בחוארה 3. פיגוע ירי לעבר כוחות הצבא בקבר יוסף 4. פיגוע דיר שרן 5. פיגוע ירי לעבר רכבים צבאיים... 7. ירי לעבר רכבים

ש. האם אתה יכול לפרט אודות פיגוע ירי לעבר העמדה הצבאית בהר גריזים

ת. כן לפני כשבעה חודשים השתתפתי עם מג'ד אל מצרי בזיז ויאסר אל באמי בירי כשלוש פעמים לעבר עמדה צבאית בהר גריזים...".

"ש. האם יש לך פרטים נוספים אודות פיגוע ירי לעבר רכב צבאי באזור מחנה חוארה

ת. לפני כחצי שנה לערך השתתפתי עם יאסר אלבדו בפיגוע ירי לעבר ג'יפ במחנה חוארה וכל אחד ירה חצי מחסנית לערך והחיילים השיבו באש לעברנו

ש. האם אתה יכול לפרט פיגוע ירי לעבר מכונית כפי שציינת לעיל

ת. כן השתתפתי בפיגוע ירי עם יאסר אלבדו ומואייד ג'מיל וכאיד אבו מוצטפא וירינו לעבר טנק באזור חוארה (המחנה) וירינו מכפר קליל ובאותו יום הפיגוע בוצע בשעה ארבע אחה"צ לערך וכל אחד ירה מחסנית לעבר הטנק".

"... וכן לקחתי מאבו שראר שני טילי טנק ישנים על מנת להוציא מהם את חומר הנפץ ואשתמש בחומר למטעני נפץ ובמטענים השתמשתי על הכביש העוקף בזואתה – עצירה כנגד רכבים צבאיים

ש. כמה מטענים יצרת מהטילים שנתן לך אבו שרר ואיך השתמשת בהם

ת. אחרי שלקחתי את הטילים מאבו שרר מסרתי אותם למחמוד אלטיטי ממחנה בלאטה ומחמוד ייצר מהם מטען והוא זה שהניח את המטען בכביש העוקף

ש. האם זכור לך מתי הניח את המטען ואם נפגעו אנשים מפיצוץ המטען

ת. המטען הונח במהלך אינתיפאדת אלאקצה ולא זכור לי תאריך ולפי המידע שקיבלתי הצבא פוצץ את המטען לפני שהתפוצץ".

"שלחתי את מהדי מרקה שיסיע את מחמד קאסם ומואייד ג'מיל וקאיד אבו מוצטפא שיניחו מטען על הכביש בקרבת כפר צרה מערבית לשכם אך לבסוף לא הניחו את המטען מפאת המרחק והחזירו את המטען והשתמשו בו באזור זואתה נגד רכב צבאי ולא ידוע לי באם נפגעו אנשים בפיגוע הזה".

"ש. האם היה לך קשר עם מג'די חלוס

ת. כן לפני כעשרה חודשים לערך לקחנו מהם מטען והניח אותו על הכביש בדיר שרן ופוצץ את המטען לעבר סיור צבאי".

"...ומסרתי לו נשק מסוג M16 ויאסר ביצע פיגוע ירי מהנשק שמסרתי לו, הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם וע"פ דברי יאסר לא פגעו ברכב".

"ש. האם אתה יכול להסביר לי אודות פיגוע דיר שרן כפי שציינת לעיל

ת. כן לפני שמונה חודשים לערך פנה אלי מג'די סמיר חולוס ממחנה בלאטה שמתגורר בדיר שרן וביקש ממני מטען נפץ לביצוע פיגוע ואני מסרתי לו מטען שמשקלו 15 ק"ג שקיבלתי ממואייד ג'מיל והפעלה באמצעות חוטים ועל פי מה שידוע לי מג'די הניח את המטען על הכביש הראשי בדיר שרן ופוצץ את המטען לעבר סיור צבא ונגרם נזק לג'יפ ולא ידוע לי באם נפגעו אנשים".

"ת. כן לפני מספר חודשים הציע לי עבד אל רחמן עבדאללה תושב צרה בעת שלמד באוניברסיטת אלנג'אח שנבצע פיגוע באזור צרה והוא הסכים לכך ומסרתי לו שני מטענים וקלצ'ניקוב וכשמסרתי לו את המטענים והנשק היה עמו אדם שקוראים לו לוטפי עבדאללה תושב צרה והם פוצצו את המטענים לעבר טנק באזור חוארה והתפוצץ מטען אחד ואחרי זה ירו לעבר הטנק ואחרי הפיגוע החזירו לי את הנשק".

ת/8 "... והיה עמו אדם אחר מדיר שרן ומג'די ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי ממואייד ג'מיל סנסור וע"פ המידע שברשותי מג'די ביצע את הפיגוע נגד סיור צבאי באזור דיר שרן".

"ת. כן לפני חמישה חודשים לערך מואייד ג'מיל הכיר לי אדם בשם איאד שיודע להכין חומר נפץ ומטענים ולקחתי ממנו חמש מטענים ומחמוד אלטיטי ומואייד ג'מיל הניחו את המטענים ליד זואתה ופעם נסעתי אני ומואייד להניח מטען החיילים זיהו אותנו ונמלטנו והיה יחד עמנו כאיד אבו מוצטפא ואת המטען עזבנו כשנמלטנו".

דבר מה נוסף:

ת/12, עד תביעה 6, אחמד אבו חדר:

"<u>תשובה</u>: אני מודה שבמהלך חודש מאי בשנת 2001 יצאתי עם כל הנ"ל לבצע פיגוע ירי לעבר עמדת צבא שנמצאת על הר גריזים, באותו יום נאצר עוויס נתן לי נשק מסוג M-16 וכולנו יצאנו לכיוון העמדה, התמקמנו באזור דאחיה בשכם ומשם בצענו ירי לעבר עמדת הצבע לעבר הר גריזים. אני אישית יריתי כעזרים כדורים ושאר האנשים ירו כל אחד מהנשק שהיה ברשותו לעבר העמדה וזה היה בסביבות השעה עשר בלילה ואז הצבא התחיל לירות לעברנו וברחנו מהמקום. <u>שאלה</u>: האם השתתפת בפיגועי ירי נוספים לעבר העמדה הזו או לעבר עמדות נוספות.

<u>תשובה</u>: אני מודה שהשתתפתי עוד כשש פעמים בירי לעבר אותה עמדה בהר גריזים עם אותם אנשים ובנוסף השתתפתי בירי לעבר עמדת צה"ל כארבע פעמים שנמצאת בג'בל שמאלי מעל מחנה עין בית אלמא וכמובן השתתפתי בפיגועי ירי לעבר סיורים של הצבא שסיירו באזור מחנה בלאטה, בכל הפעמים האלה נהגתי לירות באמצעות ה-M-16 שנתן לי נאצר עוויס".

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 275

ת/13:

"...ובאותו יום עאמר הודיע לי שבכוונתו לבצע פיגוע ולכן ביקש ממני לארגן לו שני מטענים לטובת הפיגוע ואני הודעתי לעאמר שאני יודע לייצר מטענים ולכן לקחתי אותו לנאצר עוויס במחנה בלאטה וביקשתי מנאצר שיסדר לו שני מטעמים ואז נאצר התקשר למחמוד טיטי ובקש ממנו שני מטענים, וכעבור שעה מחמוד טיטי הגיע והביא עמו שני מטעמים שמורכבים מצינור באורך 30 ס"מ קוטר 40 ס"מ כל צינור סגור משני צדדיו ומצד אחד יוצאים חשמל לבנים ואחרי זה עאמר קיבל את המטענים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מעאמר שבוצע פיגוע נגד ג'יפ צבאי בסילת אל דכר בשעות הלילה והפעילו את המטענים כנגד הג'יפ אך לא קרה לו דבר".

ת/18:

"<u>תשובה</u>: אני בעדותי השניה הודיתי שאני יחד עם החברים שלי פאדי אבו עלי ויאסר רחאל ביצענו שני פיגועי ירי לעבר הישוב חומש וזה ... הכל האמיתי ששלושתינו ביצעו בארבעה חמשה פעמים ירי לעבר הישוב חומש והירי כוון לעבר מגדל השמירה שנמצא בקצה של חומש מצד סילת הלדהה ולעבר הבתים בישוב וזה היה במהלך השלושה החודשים הראשונים בתחילת אנתיפאדת אלאקצה, בכל המקרים היינו מגיעים בשעות הלילה המאוחרות אחרי השעה עשר וזכור לי שבכל המקרים החיילים השיבו אש ממגדל השמירה. אני מודה שאני זה שסיפקתי להם אמל"ח בכל הפיגועים הזכורים לעיל אני יריתי ב-M-16 ולפאדי מסרתי קלצ'ניקוב וליאסר מסרתי גלוק את הנשקים הייתי מביא מנאצר עוויס לפני כל יציאה לפיגוע.

<u>שאלה</u>: מאיזה מרחק יריתם לעבר הישוב חומש?

<u>תשובה</u>: מרחק של כק"מ.

<u>שאלה</u>: איזה פיגועי ירי נוספים בהם השתתפת?

<u>תשובה</u>: בערך בתחילת שנת 2001 אני ופאדי אבו עלי ויאסר רחאל ירינו לעבר ג'יפ אבטחה בתוך הישוב חומש במרחק של כ-500 מטר וזה היה בשעות הלילה המאוחרות אחרי השעה 10, אני יריתי מנשק 16M, פאדי ירה בקלצ'ניקוב ויאסר ירה בקרלו אותם נשקים שהשתמשנו בהם בירי הקודם לעבר חומש אותם נשקים שאני לקחתי מנאצר עוויס, לאחר הירי שלנו החיילים השיבו באש ואנחנו ברחנו מהמקום ...
<u>תשובה</u>: אני והוא לא עשינו דבר חוץ ממה שהזכרתי לעיל אך ברצוני לציין שחכם גיזארי בקש ממני לפני שלושה חודשים נשק וטען שהוא רוצה לבצע פיגועי ירי לעבר חיילי צה"ל ואני נעניתי לבקשתו ומסרתי לו נשק מסוג קלצ'ניקוב שאותו לקחתי מנאצר עוויס וכעבור שבוע חכם החזיר לי את הנשק ואיני יודע אם עשה שימוש בנשק".

ת/47ב, עד תביעה 25, יאסר אבו בכר:

"מחמוד פארס כבן 25 תושב שכם ואסעד אסמעיל כבן 27 תושב בית איבא עשינו פיגוע מטען חבלה וירי בכביש העוקף ליד בית איבא. כאשר הגענו לכניסה לבית איבא אני התקשרתי לנאצר עוויס והוא אמר לי שהוא שולח לנו אנשים ואמל"ח עבור הפיגוע. לאחר חצי שעה הגיעו למקום מחמוד טיטי ואחמד אבו חדר הם הגיעו ברכב בצבע לבן. כל אחד מהם היה עם רובה M-16 וכמו כן ברכב היה מקלע 250 ומטען חבלה בתוך מטף כיבוי (אטפאייה). בערך בשעה 23:30 יצאנו כולנו ברכב הלבן כדי לעשות את הפיגוע בכביש העוקף ליד בית איבא. אסעד אסמעיל ועאהד מחמוד פארס הניחו את מטען החבלה על הכביש וחיברו חוט

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

למטען החבלה כי זה היה מטען שמופעל ע״י חוטים ובטריה. איך שהם חיברו את החוטים ופתאום חיילי צה״ל שהיו במארב פתחו עליהם באש. עאהד נהרג ואסעד נפצע ברגלו. מחמוד טיטי ומחמד אבו חאדר ירו לעבר חיילי צה״ל אחר כך אני יחד עם מחמוד טיטי ומחמד אבו חאדר ברחנו מהמקום״.

ת/40א, עד תביעה 21, מחמד ידך:

״תשובה: בתחילת אינתיפאדת אלאקצא, השתתפי בפעילות זריקת אבנים לעבר קבר יוסף בשכם, ועל כוחות הצבע בשכם, בחודש 6 שנת 02 פנה אלי מחמוד אלטיטי ואמר לי שהוא מתכוון להקים חוליה צבאית שייכת לתנזים פת״ח, והציע לי להתגייס לחוליה הצבאית, ואמר לי מחמוד שמטרת הקמת החוליה הוא לבצע פיגועים נגד הצבא הישראלי באזור שכם, אני הסכמתי לכך, ובמסגרת החוליה הצבאית השתתפתי בעשרה פיגועי ירי לעבר הצבא באזור שכם, והשתתף אתי בפיגועי הירי (1) מחמוד אלטיטי (2) אחמד אבו חדר לעיל (3) נאצר עוויס כבן 35 שנה ממחנה בלאטה והוא אחראי התנזים בשכם ...

שאלה: מי היה מתכנן ומכין לביצוע הפיגועים שבהם אתה השתתפת.

תשובה: נאצר עוויס הוא זה שהיה מתכנן לביצוע הפיגועים, והוא זה שהיה מספק לנו כלי נשק. שאלה: לאיזה עמדות צבאיות ישראליות ביצעתם את הירי.

תשובה: בצענו ירי לעבר עמדה צבאית הנמצאת בהר אלטנה, כמו כן ירינו לעבר ההתנחלות אלון מורה וירינו גם לעבר מחסום צקן סמוך לחווארה ...

הפיגוע השני, במהלך חודש 8 לשנת 2001, פנה אלי מחמוד טיטי, נאצר עוויס ואמר לנו שצעירים מתנזים רוצים להניח מטען חבלה בכביש העוקף באזור בית אירה ובקש ממני ומן מחמוד אלטיטי להשתתף עם הצעירים בפיגוע הנחת המטען. ... הפיגוע העשירי היה פיגוע ירי לעבר ההלוויה ... ההלוויה עברה מחווארה ליצהר וכאשר הגיעו לכניסה למחנה חווארה אני ונאצר עוויס ויאסר אלכדוי ומחמוד אלטיטי ביצענו ירי לעבר משתתפים בהלוויה. הצבא השיב אש ואני ונאצר ומחמוד ויאסר ברחנו מהמקום ופנינו למחנה...״.

עובדות האישום הוכחו.

-

**<u>עבירות הרצח, ניסיון לרצח, גרימת חבלה חמורה וניסיון לגרימת חבלה חמורה</u>**

המדינה מיחסת לנאשם עבירות של רצח בכוונה תחילה בחמשת האישומים הראשונים.

עבירות של ניסיון לרצח בכל האישומים.

עבירות של גרימת חבלה בכוונה מחמירה בחמשת האישומים הראשונים.

עבירות של ניסיון לגרימת חבלה חמורה באישום השישי והשביעי.

בהקשר לעבירות אלה מתעוררת השאלה מהו מעמדו של הנאשם.

סעיף 29(א) לחוק העונשין תשל״ז-1977 משמיענו כי כמבצע עבירה יחשב גם מבצעה בצוותא או באמצעות אחר.

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

הוכח לנו שיחסו הנפשי של הנאשם לעבירות הללו אינו מוטל בספק , הנאשם רצה וחפץ בתוצאות המעשים הנפשעים בכל מאודו והיה ראש להגשמת תכנית משותפת המבוצעת בצוותא לגרום בכוונה תחילה למותם ולחבלתם של קורבנותיו כפי שהוכח.

אין לנו ספק ספיקא על דבר היותו מבצע העבירות (עיין ע"פ 4389/93 מרדכי ועבודי נ' מדינת ישראל, פ"ד נ(3) 239 ופסקי הדין המוזכרים שם וכן ע"פ 2796/95 פלוני נ' מדינת ישראל, פ"ד נא(3) 388).

התשתית העובדתית שנגלתה לנו מעידה על כך שמעשי הרצח בוצעו מראשית עד אחרית, בזדון במטרה והחלטה לגרום למוות, מתוך מחשבה קרה התנהגות נשלטת ויישוב הדעת ולאחר הכנה קפדנית ומדוקדקת.

אין לנו ספק ספיקא כי יסודות עבירות הרצח בכוונה תחילה מולאו כי העבירות הוכחו וכי כפי שפורט לעיל הנאשם ביצע אותן.

פשיטא שגם יסודות העבירות של ניסיון לרצח הוכחו כדבעי.

תוכניתו של הנאשם לגרום בכוונה תחילה למותם של אזרחים רבים והוצאתה אל הפועל כמתואר לעיל כפי שהוכחה, מבססת מקל וחומר את יסודות העבירות של גרימת חבלה בכוונה מחמירה וניסיון לגרימת חבלה בכוונה מחמירה, גם עבירות אלה הוכחו כהלכה.

<u>נשיאת נשק שלא כדין</u>

המדינה מייחסת לנאשם גם עבירות של נשיאת נשק שלא כדין באישומים השני השלישי והשמיני.

הוכח שהנאשם נשא ללא רשות על פי דין רובי M-16 תחמושת ורימוני יד שהם בבחינת "נשק" כהגדרתו בסעיף 144(ג) לחוק העונשין תשל"ז-1977. הנאשם הודה בכך כפי שכבר פורט ואף הודה בכך שעשה בנשק שימוש. די אם נציין את הנטען בהודעותיו כדלקמן ;

" סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים...סיפקתי לעבד אל סאלם חסונה נשק לביצוע פיגוע התאבדות בתוך חדרה" (ראה ת\5)

וכן את הודאתו בפיגועי הירי המפורטים באישום השלישי כפי שפורט לעיל.

מכיוון שהמחבלים סעיד רמדאן ועבד אל סאלם עשו שימוש בכלי הנשק בתוך ישראל כפי שכבר הוכח ומאחר ואף הוכחו עובדות האישום השמיני נראה שיסודות העבירות של החזקת נשק הוכחו גם הם כדרוש.

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

-

-

-

**סיכום**

-

לאחר שמצאנו כי המדינה הוכיחה את כל המעשים המיוחסים לנאשם בכתב האישום על פי הנטל המוטל עליה לעשות כן מעל ומעבר לכל ספק סביר אנו מרשיעים את הנאשם בעבירות להלן :

חברות ופעילות בארגון טרוריסטי בניגוד לסעיפים 2 ו- 3 לפקודת מניעת טרור התש״ח- 1948

קשר לבצע פשע בניגוד לסעיף 499 לחוק העונשין תשל״ז-1977

רצח בכוונה תחילה בניגוד לסעיף 300(א)(2) לחוק העונשין תשל״ז-1977

ניסיון לרצח , עבירה בניגוד לסעיף 305(1) לחוק העונשין תשל״ז-1977

גרימת חבלה בכוונה מחמירה בניגוד לסעיף 329(1) לחוק העונשין תשל״ז-1977

ניסיון לגרימת חבלה חמורה, עבירה בניגוד לסעיפים 329(1) ו- 25לחוק העונשין תשל״ז-1977נשיאת נשק שלא כדין, עבירה בניגוד לסעיף 144 לחוק העונשין תשל״ז-1977

**ע׳ סלומון צ׳רניאק,**

**שופטת**

**<u>השופט ש׳ טימן, אב״ד , והשופט נ׳ אחיטוב:</u>**

קראנו את חוות דעתה המפורטת והמנומקת של חברתנו כבוד השופטת צ׳רניאק ואנו מסכימים לתוצאה אליה הגיעה.

**ש׳ טימן, שופט**

**אב״ד**

**נ׳_ אחיטוב,**

**שופטת**

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

**לפיכך, הוחלט להרשיע את הנאשם בכל העבירות המיוחסות לו בכתב-האישום כאמור בחוות-דעתה של כב׳ השופטת צ׳רניאק.**

| | | |
|---|---|---|
| **ש. טימן, שופט- אב״ד** | **נ. אחיטוב, שופטת** | **ע. צ׳רניאק, שופטת** |

**ניתן והודע היום, כ״ט בניסן תשס״ג, 01 במאי 2003, במעמד ב״כ הצדדים והנאשם.**

נוסח זה כפוף לשינויי עריכה וניסוח

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc