להציעתי אך בגמצאי אליו שני חברוו ██████ ██████ אז פניו לאאציר והודעתי לו את בקשתו

של ██ ונאצר הורה לי לבדוק אם השלושה רציניים בכונותיהם לבצע פיגועי התאבדות... לאחר שאימתי

אותם ביריו ב M16 צילמתי בוידיאו בכיתני את ██ ואת ██ ביחד כשכל אחד מהם מחזיק M16

ומאחוריהם דגל פלשתין ודגל שוהדאא אלאקצה ו██ קרא את הצוואה שנאצר עוויס שלח אותה... ובאותו

יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר ביקש לפגוש את המתאבד הזה ולמהרות לקחתי את

מגדי לסטודיו בשכם להצטלם ומשם לביתו של נאצר עוויס והשארתי אותו שם וכעבור יומיים נאצר ביקש

ממני לרכוש רכב על לוחית זיהוי ישראלית ואכן קניתי רכב מיצובישי שחור גונב תמורת 3500 שקל ... את

הכסף עבור הרכב קיבלתי מנאצר עוויס אחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם

נפגשתי עם נאצר ועם ██████ ... הופתעתי שישנו אדם נוסף בשם ██████ ... ואז נאצר עוויס סיפר לי כי

שני הנייל ██ M16 ולפתחתי מסר שני רימונו יד...לפני שנה בערך ביקש ממני נאצר עוויס לקנות לו שני שקים של נשק

מסוג M16 ולפתחתי מסר שני רימונו יד...לפני שנה בערך ביקש ממני נאצר עוויס לקנות לו שני שקים של

דשן כימי לצורך ייצור מטענים... וקניתי... ומסרתי אותם לנאצר עוויס לצורך הכנת מטעני חבלה...לפני

כשנה קניתי שני רובים מסוג M16...את הכסף עבור הנשקים האלה קיבלתי מנאצר עוויס...

ש. מהיכן הייתה מקבל את הכספים עבור הוצאות לפעילות הצבאית

ת. נאצר עוויס שימש האחראי עלי מטעם שוהדאא אלאקצה"

ובהודעתו ת18/ "יחה תכנון של מבצעי הפיגוע התאבדות בתוך תתחנה המרכזית בחדרה בכך שאני

ו██ ... ונאצר עוויס העלינו רעיון שנשלח מתאבד אד שנים שיבצעו פיגוע משולב של שני...לאחר מכן פיצוץ

המטען שיהיה על גופם ובכך התוצאה הינה גדולה ותגרום למות המונים ונאצר עוויס לקח על עצמו גיוס

המתאבד ואני לקחתי על עצמי למצוא ישראלי שייסע בהכנסת המתאבד לישראל...ובסופו של דבר לא

הצלחנו להוציא פיגוע זה אל הפועל... ██ סיפר לי ...שהוא חברתן במסי דתמים שמתרכזים בבית

כנסת ביס בקה אלגרביה לחדירה והציע לי שנארגן פיגוע התאבדות במקום. אני הסכמתי והודעתי זאת

לנאצר עוויס האחראי עלי והוא אמר לי הולך ניקח את זה בחשבון אך בסופו של דבר זה לא יצא לפועל.

בנוסף לזה אני ו██████ ונאצר עוויס שוחחנו האפשרות לבצע פיגוע בתחנת הדלק הראשית בישראל

בכך שנמסתיר להתמנן מיכלית דלק שמגיע לחלק דלק בשכם ולהניח מטעני חבלה במיכלית בלי שהנהג ירגיש

מטען שמחובר לפלא פו ובשלב יותר מאוחר ובצע שחמכיכלית תודרת לתחתנת דאם הם מפעילים את המטען

בכך שמתקשרים לפלא פון שמחובר למטען זה היה רק תכנון ולא יצא לפועל... חשבתה שיבצע פיגוע במשרד

הביטחון בתל אביב אני שוחחתיו על כך עם נאצר עוויס ו██████ והחלטנו לחפש פעילים מאומנים

שיבצעו פיגוע שכזה...את הנשקים היותי מביא מנאצר עוויס לפני כל יציאה לפיגוע... "

ובהודעה ת20/ "... אני בטוח ש██████ ידע שהרובים מיועדים למתאבדים שיוצאים לבצע

פיגועים בתוך ██ 'ישראל' כי יאסר הוא איש סודו של נאצר עוויס וכי ██ הוא כותב הכרוזים של נאצר עוויס

כרוזי נטילת אחריות על פיגועים שתוכננו על ידי נאצר עוויס... "

העד ██████ מסמר בהודעתו ת40/ אי 'יפנה אלי ██████ ואמר לי שהוא מתכנן להקים

חוליה צבאית שיךת לתנגום פתי"ח והציע לי להתגייס לחוליה הצבאית ואמר ██ שמטרת חקמת

החוליה היא לבצע פיגועים נגד הצבא הישראלי באיזור שכם. אני הסכמתי לקח ██ ובמסגרת החוליה הצבאית

אני השתתפתי בעשרה פיגועים ירי לעבר הזקון באיזור שכם. והשתתף איתי בפיגועי הירי ... נאצר עוויס כבן

35 שנה ממהנה בלאטה והוא אחראי התנגום בשכם...

ש. מי היה מתכנן ומכן לביצוע הפיגועים שבהם אתה השתתפת

ת. נאצר עוויס הוא מי שהיה זה מתכנן לביצוע הפיגועים והוא זה שהיה מספק לנו את כלי הנשק ...''

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\io bates stamp\Nasser Aweis Conviction.doc

P 6: 257

ובהודעה ת0/40ב' "בתחילת חודש 10 שנת 2001 נפגשתי אני ו[■■■] עם נאצר עוויס ... ושם הציע לנו נאצר ללמד אותנו על אופן הכנת מטעני חבלה לצורך ביצוע פיגועים ולספק מטענים לאחרים בתנועים פתיח ולאחר הסכמתי והסכמת [■■■] בא אלינו נאצר עוויס לדירה שבה מתגוררים אני ו[■■■] ברפידיה והיה ברשות נאצר עוויס חומר נפץ בתוך חמש שקיות כל שק כעשרה קייג והיה ברשותו בערך 10 בלוני גז בגדלים שונים וחוטי חשמל וסוללות ובדירה זו לימד נאצר עוויס לימד אותנו על אופן הכנת מטעני חבלה ודרך הפעלתם כמו כן לימד אותנו נאצר על אופן הכנת חומר נפץ מהחומרים 1. דשן חקלאי אשלגני 2. גופרית 3. פחם...נאצר עוויס מספק לנו את החומרים הדרושים להכנת המטעונים... הדירה ברפידיה שימשה להכנת חומר נפץ והמטעונים... המטעונים שהכנו היינו מוסרים לאנשים מתנועים לצורך ביצוע פיגועים צבאיים נגד מטרות ישראליות בגדה המערבית..."

בהודעה ת0/40ג' : "ש. בהודעתך הראשונה מסרת שנאצר עוויס הוא זה שהיה מתכנן ביצוע חפגועים וחיה אחראי על תנוים פתיח בשכם האם אתה היית מודיע לנאצר עוויס אודות ביצוע הפגיעונים שבהם השתתפת וחפגיעונים שבוצעו על ידי אחרים שלך היה קשר איתם במסגרת תנוים פתיח

ת. כן אני [■■■] היינו מודיעים לנאצר עוויס אודות כל פיגוע שביצענו ועל פיגועים שבוצעו על ידי נוספים היינו בקשר איתם ...

ש. האם היה לך קשר עם [■■■]

ת. לא היה לי כל קשר עימו היה לנאצר עוויס קשר עימו עם ה[■■■] היה מודיע אודות ביצוע הפיגועים שבוצעו נגד מטרות ישראליות ...."

ובהודעה ת0/40ד' " לאחר הפגיעוע בהתנחלות גדעונים כחודש הגיע אלי [■■■] וביקש ממני הרובה M16 אשר לקחתי אותו מהשומר שרצחתי בנידעונים ואני נתתי את הנשק ל[■■■] להשתמש בו בפיגוע והוא החזיר לי את הנשק לאחר יום ולא סיפר לי מה עשה בנשק ורוצה לחוסיף כי נאצר עוויס לקח ממני את נשק M16 פעמיים בכדי שישתמשו בו פעילי התנוים ובחודש 9/2001 לקח ממני נאצר עוויס את הנשק בשל הנות מסוין...שביצע אותה [■■■] פעיל כוח 17 ...בחודש 10/01 לקח ממני נאצר עוויס את הנשק בשל ירי ...נקודת צבאית ..."

העד [■■■] מסמר בהודעתו ת0/43א' "ש. למת התקשרת לנאצר עוויס ת. כי הוא האחראי על שוהדא אלאקצה והוא עשתה דברים כאלה אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע ונאצר אמר לי שישלח לי מישהו..."

בהודעה ת0/43ג' "אני אחרי שהתקשרתי לנאצר עוויס ואמרתי לו על הפיגוע (המדובר בפיגוע המתואר באישום הראשונ) אני ו[■■■] ארץ במסעדה "סי פוד מרקט") כי נאצר עוויס הוא אחראי שוהדא אלאקצה... ש. ספר לי מהיכן הכסף לפעילות. ת. אני נתתי לנאצר עוויס את מס' חשבון בנק שלי והוא הכנים לחשבון שלי כ-7000 שקל...

ש. ספר לי על קשרין עם נאצר עוויס

ת. היה לי את המספר פלא פון של נאצר עוויס ואנחנו היינו מדברים בטלפון על הפעילות ו[■■■] ידע על הקשר הזה שנמנו מדברים ואיזה יום אמר לי נאצר שישלח לי את[■■■] שאני אקח אותו ואשלח אותו לעשות פיגוע התאבדות... ואז עלי אמר לי ש[■■■] אמר לו לא לתת לי באותו זמן כסף ונשק אני אמרתי זאת לנאצר עוויס ונאצר אמר לי שזה בסדר שנמשיך וכי הוא יביא לי נשק וכסף אני זוכר שנאצר עוויס אמר לי שיש לי עוד אנשים שרוצים לעשות פיגוע התאבדות והוא ישלח לי אותם..."

22

P 5: 258

ובהודעה ת43/ד' " באותו לילה שהיה הפיגוע באולם חתשמחות בחזרה...אני התקשרתי לנאצר עוויס והוא
אמר לי שהוא אחראי על הפיגוע הזה כלומר שגדודי שוהדא אלאקצה עשו את הפיגוע הזה סיכמתי עם
נאצר עוויס שלמחרת הוא ייתן לי כרוז שבו הוא לוקח אחריות על הפיגוע למחרת נאצר שלח לי בפקס את
הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו ברמאללה..."

בהודעה ת43/ה' "אני ██████ הכינוי שלי ██ הייתי אחראי ביחד עם נאצר עוויס על גדודי
שוהדא אלאקצה ..."

העד ██████ בהודעתו ת47/א' מספר "נאצר עוויס הוא האחראי על גדודי שוהדא אלאקצה
ומבוקש לישראל בחודש ספטמבר 2001 נאצר עוויס התקשר אלי וביקש ממני להכין לו כרוז ליום השנה
הראשון לאינתיפאדת אל אקצא... הבנתי כרוז זה כוח ונתתי אותו לנאצר בגינו בבלאטה כמו כן לאחר מותו
של ██ נאצר עוויס היה מתקשר אלי לאחר פיגועים והיה מבקש ממני לכתוב כרוזים שבהם
גדודי שוהדא אלאקצה לוקחים אחריות על הפיגועים ואני הסכמתי...לאחר שהיה פיגוע נאצר עוויס היה
מתקשר אלי ומספר לי היכן היה הפיגוע ומי היה הבחור שעשה את הפיגוע ואחר כך הייתי מעביר את הכרוז
לנאצר עוויס ונאצר היה שולח את הכרוז בפקס לעיתונאים  ש. ספרת לי קודם שנאצר עוויס אחראי על
גדודי שוהדא אלאקצה בבלאטה ומבוקש לישראל   אתה יכול לומר לי מי חבריו של נאצר עוויס לחוליה
הצבאית ת. הם חוליית של גדודי שוהדא אלאקצה נאצר עוויס הוא האחראי על החוליה

ובת47/ב י" בערך לפני כשלושה שבועות נאצר עוויס התקשר אלי ואמר לי להשיג לו בדחיפות שתי
תגורות נפץ עבור פיגוע התאבדות. נאצר עוויס אמר לי לתביא חגורות נפץ מאמד אחר ולא ██
██████ היה חלש הם ניסו את תגורת הנפץ הזאת והפיצוץ היה כי הפיצוץ מתגורת הנפץ שהכין
חלש...אני פגוני ל██ כי יש לו חבר שיודע לייצר תגורות נפץ...לאחר יומיים ██████
██████ אמר לי ██ הכין לנו תגורת נפץ אחת...והעברתי אותה ל██..."

בת47/ג י" בתחילת שנת 2001 הייתי בביתו של נאצר עוויס במחנה הפליטים בלאטה ואז נאצר עוויס
הציע לי גיום לפעילות צבאית בגדודי חללי אל אקצא ואני הסכמתי.  ש. האם נאצר עוויס אמר לכם מה
הפעילות שתעשו  ת. כן הוא אמר שנעשה פיגועים נגד מטרות ישראליות ואז הציע לנו לעשות פיגוע מטען
וירי על רכב צבאי..."

בת47/ד י" " לפני כחודש וחצי בערך התקשרתי לפלאפון של נאצר עוויס אחראי התנזים כתאב  אל
שוהדא בשכם... והצעתי לנאצר את בית החולים תל השומר בישראל כמקום טוב לבצע פיגוע אני שמעתי
שיש חיילים ישראלים בבית החולים תל השומר ולכן הצעתי לבצע פיגוע במקום הזה הנאצר אמר לי עכשיו
לשמוע מנושא זה ו ביקש שאדבר בנושא זה עם ██████ בשנת העשרים לחיזי פעל בכיר בתנזים
עזור של נאצר עוויס... לפני כחודשיים בערך פנה אלי נאצר עוויס סיפרתי לך עליו וביקש ממני לפנות
לפעילי גאף ולבדוק אתם עזרה בביצוע פעילות צבאית ופינועים אמרתי לנאצר שאני מכיר פעיל
גאף...נאצר אישר לי ללכת אליו ונפגשתי עם ...וסיפרתי לו שאני פועל עם נאצר עוויס..."

ובהודעה ת47/ה י" ". ██ סיפר לי שיש לו בחור שמוכן לבצע פיגוע התאבדות אז אני אחרי מסי דקות
תתקשרתי לנאצר עוויס ואמרתי לו שיש מפגע מתאבד שמוכן לבצע פיגוע התאבדות ואז נאצר עוויס חנחה

23

אותי שהבחור ירד לרמאללה ...אחרי שבוע חמישה ימים בערך שמעתי בחדשות שהיה מפגע מתאבד בשם
███████ משכם שביצע פיגוע ירי באזור דתניית אל ... בירושלים ומהפגוע נהרגו שני יהודים ויש פצועים
ה███████ נפצע קשה כי נורה על ידי החיילים. אחרי החדשות באותו היום של הפיגוע התקשר אלי נאצר
עוויס ומסר לי שהמפגע הוא ███████ פעיל תנזים והנחה אותי להכין כרוו בשם כתאב שוחדא אל אקצה
שבו הארגון לוקח אחריות..."

על פי סעיף 1 לפקודת מניעת טרור התש"ח 1948, ""ארגון טרוריסטי" פירושו חבר אנשים המשתמש
בפעולותיו במעשי – אלימות העלולים לגרום למותו של אדם או לחבלתו , או באיומים במעשי – אלימות
כאלה, " חבר בארגון טרוריסטי" פירושו אדם הנמנה עליו , וכולל אדם המשתתף בפעולותיו, המפרסם
דברי-תעמולה לטובת ארגון טרוריסטי , או פעולותיו."

על פי סעיף 2 לפקודה זו  יחשב אדם כממלא בין השאר תפקיד  בתנהלה או בהדרכה של ארגון
טרוריסטי או משתתף בדיוניו או בקבלת החלטותיו או ארגון טרוריסטי, פעיל בארגון כזה.

הציטוטים שהבאנו לעיל הם דוגמא מהיריעה הרחבה והמפורטת אשר נפרשה לנו מתוך תודעות הנאשם
והודעות שותפיו עליהן הסתמכנו, יריעה עובדתית המבססת כהלכה את המסקנה המשפטית  שיסודות
העבירות בניגוד לסעיפים 3 2 1 לפקודה חוכחו כדבעי כמו גם את המסקנה שהארגונים אליו השתייכו
הנאשם ושותפיו הם ארגונים טרוריסטים.

מלבד עבירות על פקודת הטרור אותן מייחסת המדינה לנאשם בכל האישומים שפורטו בכתב האישום
היא מייחסת לו בכל האישומים עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977 .

עיקרה של עבירת הקשר טמון בהסכמה בין שניים או יותר לבצע מעשה בלתי חוקי. ההתקשרות צריכה
להיות לשם השגת מטרה משותפת וצריך שהתתקשרות תלווה בכוונה שהמשטרה המשותפת תוגשם.
המדובר כאמור במטרה שהיינה מטרה פסולה בעיני החוק.

היריעה העובדתית שהוזכרה לעיל מבססת כהלכה אף את המסקנה שהנאשם עבר עבירות בניגוד לסעיף
499 לחוק העונשין תשל"ז-1977 .

הודאתו של הנאשם על תפקידו מעמדו ופעילותו במסגרת הארגון אליו השתייך, פעילות שמטרתה
ביצוע פעולות טרור שאף הניבו תוצאות רצחניות וחבלניות כפי שעוד יתואר להלן, נתמכת במלואה בדבר
מה נוסף מתוחר הנובע ממקורות נפרדים ועצמאיים, אימרות כל אחד ואחד מן השותפים, המסבכות –כל
אחת על פי דרכה – את הנאשם בעבירות המיוחסות לו תוך תתייחסות לנקודה ממשית השנויה במחלוקת.
על התוספת המחזקת את עדויות השותפים כבר עמדנו לעיל.

המדינה הוכיחה את המעשים האלה המיוחסים לנאשם.

<u>האישום הראשון</u> :

24

פח (ת"א) 1137/02    מדינת ישראל נ׳ נאסר מחמוד אחמד עוויס

בתאריך ה- 5.3.02 הגיע המחבל ▓▓▓ (לחלן ▓▓▓) למסעדת "סי פוד מרקט" בתל אביב כשהוא חמוש ברובה M16, רימוני יד וסכין בכוונה לבצע פיגוע רצחני.

בעת ש▓▓▓הגיע למקום היתה המסעדה מלאה בעשרות רבות של אנשים. ▓▓▓ החל לירות לעבר האנשים במסעדה מנשק מערייבו "בית מערייבו", השליד לתוכה רימוני יד שבדרך נס לא התפוצצו ומיד לאחר מכן התקרב למסעדה ודקר אנשים מיושבנה הכל במטרה לגרום בכוונה תחילה למותם של אנשים רבים שהתארחו במסעדה.

באירוע זה נדקרו למותם מסכינו של ▓▓▓ רסי״ר סלים בריכאת ז״ל, בן 33, שהיה אחד השוטרים הראשונים שנהגו לגירות הפגוע וחסתער ע▓▓▓ במשטרה לעצרו, יוסף תבי ז״ל, בן 52, ואליהו דהן ז״ל, בן 53. עשרות אנשים נוספים נפצעו ולחלק מהם נגרמו חבלות חמורות. לאחר שכותחו הביטחון הגיען למקום הפגוע נורה חסונה למותו. (עיני עדויות; עיית מסי 3 ▓▓▓; עיית מסי 4 ▓▓▓ (מצגת ת4); עיית מסי 8 ▓▓▓; עיית מסי 9 ▓▓▓; עיית מסי 11 ▓▓▓; עיית מסי 13 ▓▓▓; עיית מסי 17 ▓▓▓; ת/32 (דו״ח פעולה על הנצחת הזירה ותפיסת מוצגים); ת/33 (רובה M-16); ת/34 (סכין מגואלת בדם); ת/35 (לוח תצלומים); ת/24א(דו״ח פעולה); ת/25ת (דו״ח פעולה); ת/52 עד ת/57 (חומר מומחים)).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר עם פעילים אחרים בארגון ובינהם פ▓▓▓ (עיית מסי 23) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו שהנאשם עמד בראשה ▓▓▓ גייס ציוד והוסע לתל אביב את מקום המסעדה. הנאשם הורה בין השאר ל▓▓▓ לצלם את ▓▓▓ לפני יציאתו לביצוע הפיגוע כמחבל מתאבד זאת על מנת שלאחר מכן נוכן ובה הוא מצולם לתתנוה הטלוויזיה השונות. ואכן, לאחר הפיגוע במסעדה התקשר הנאשם אמנם הנאשם לתתנות הטלוויזיה השונות ולאמצעי תקשורת אחרים והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע ואף ביצע אותו.

הודיית הנאשם:

"ש. האם היה לך קשר לפיגועי ההתאבדות בתייא

ת. כן ▓▓▓ מסר לי בתחילת חודש מרץ 2002 כשהגיע לביתי במחנה בלאטה על כך ש▓▓▓ ▓▓▓ ביקש ממני אדם שיבצע פיגוע התאבדות (אסטשהאד) בתייא והודיע לי שהוא עומד לפנות לאדם בשם ▓▓▓ במקומי מעזה שמשרת בכוח הימי בשכום ו▓▓▓ במקור לי נשק מסוג M16 ורימוני יד ▓▓▓ פנה אלי בעניין זה מאחר ואנחנו חולים צבאית ואני תבעתי את הסכמתו לפיגוע זה והוא שלח את ▓▓▓ ברכב ציבורי לרמאללה וסיכמנו עם ▓▓▓ שיפגשו את ▓▓▓ ברמאללה וכן סוכם ש▓▓▓ יצלם את ▓▓▓ לפני ביצוע הפיגוע ואחרי זה נשלח את תקלטת לתתנות הטלוויזיה, אכן לאחר מכן הגיע ▓▓▓ לרמאללה ולפי הידוע לי ▓▓▓ הכניס אותו לישראל ו▓▓▓ הגיע לתייא ושמעתי בודיעות שירה לכיוון הישראלים למסעדה ונהרג ואז התקשרתי לתתנות הטלוויזיה והתקשרתי ומסרתי שהפיגוע בוצע על ידי כתאב שוהדא אלאקצה

ש. כמה אנשים נהרגו בפיגוע תייא על פי הידוע לך

ת. על פי הידוע לי נהרגו שניים או שלושה אנשים ונפצעו יותר מעשרים אנשים

ש. לאיזה תחנות טלוויזיה התקשרת והודעת להם שהפיגוע בוצע על ידכם

ת. אלגיזירה, אבודיבי – ישראל – אלמנאר – ולתקשורת המקומית

- 25 -

נבו הוצאה לאור בע"מ    nevo.co.il    המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 261

ש. האם יש לך מה להוסיף בקשר לפיגוע בתל-אביב.

ת. לא, אך באותה תקופה פנה אליי ███████ מכתאב שוהדאא אלאקצה ואמר לי שישנם שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי ל███████ אודות עניין זה ושאלתי אותו באם יוכל להכניס אותם וסוכם עם ███████ ש███████ ███████ יעביר את שני האנשים המומחשתשחידים לרמאללה ואחר כך התקשרתי ל███████ ומסרתי לו שהאנשים בדרך אליו יש לציין ש███████ ███████ פנה אליי כי אני אחראי כתאב שוהדאא אלאקצה אחיי".

(ראה ת7)

**דבר מה נוסף:**

העד ███████

"... התקשר אליי נאצר עוויס ואמר לי שיש עוד בחור שרוצה לעשות פיגוע התאבדות כי הוא שולח לי אותו ואני אמרתי בסדר ואחרי כן התקשר אליי בחור ואמר שאמר לי כי הגיע בשמו של נאצר עוויס ואני שלחתי את ███████ שיביא אותו ונתתי ל███████ 1000 שקל ואמרתי ל███████ שיקנה לבחור זה בגדים חדשים ושייקח אותו להסתפר ואמרתי ל███████ שיביא אותו אחרי כן לדירה השכורה ברמאללה ליד הבנק הערבי שבה היה לפני כן ███████ ולאחר מכן כשהגיעו לדירה השכורה ראיתי את הבחור שאמר לי כי שמו ███████ שהוא בן 21 וזהו אמר שהוא מעזה ואני לאחר מכן אמרתי ל███████ שייקח את ███████ לישראל שיעשה שם פיגוע ואמרתי ל███████ כי אביא לו גם נשק שיעשה פיגוע ואחרי כן הביא ███████ רובה M16 ונתן אותו ל███████ ███████ ואחרי כן לקח ███████ את ███████ למ.פ. אמריי ███████ ███████ ואותם נשארו שם 3 ימים ובסופם התקשר אליי ███████ ואמר לי שהוא יצא ולאחר מכן שמעתי שאותו ███████ עשה פיגוע בתל אביב במסעדה וכי נסע לשם עם ███████ שתפסו אותם... לאחר כמה ימים התקשר אליי ███████ ███████ שהוא פעיל שוהדאא אלאקצה ופעל יחד עם נאצר עוויס ... ואמר לי שיש לו מישהו שרוצה לעשות שרות פיגוע התאבדות וכי ישלח לי אותו לרמאללה ואני אמרתי לו בסדר..." (ראה ת43א1)

העד ███████ בת/43גי: "יש. ספר לנו על פעילותך בעניין הפיגוע בתל אביב במסעדת סי פוד

ת. מי שעשה את הפיגוע הוא ███████ שהגיע מאזור שכם מנאצר עוויס... לאחר מכן אני התקשרתי לפלא פון של ███████ שאיתו אני הייתי בקשר ואני הייתי אומר לו שהפיגוע יצא לביצוע. ███████ אמר לי שאנו רוצה שהפיגוע יהיה בפנים בתוך ישראל ואני אמרתי לו שיהיה בסדר ואחרי כן זה היה בשעה שלוש בלילה התקשר אליי ███████ ואמר לי שעשה את הפיגוע והוא אמר לי להסתכל בטלויזיה ואני או התקשרתי אל ███████ ואמרתי לו שבוצע הפיגוע שיסתכל בטלויזיה ו███████ אמר לי שהוא רואה בטלויזיה. ███████ לא אמר לי כלום שהוא שמע שעשו את הפיגוע בתוך ישראל ולא כמו שהוא אמר שיהיה באיזור הגדוע. אני אחרי כן התקשרתי אל נאצר עוויס ואמרתי לו שהפיגוע כי נאצר עוויס הוא אחראי כתאב שוהדאא אלאקצה אלאקצהיי".

**אישום שני**

נבו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nassar Aweis Conviction.doc

פח (ת"א) 1137/02                          מדינת ישראל נ' נאסר מחמוד אחמד עוויס

בתאריך 17.1.02 הגיע המחבל ████████ ( לחלן ████████ ) לאולם אירועים "ארמון דוד" בחדרה כשהוא חמוש ברובה M16, רימוני יד ועל גופו אפוד ובתוכו מחסניות בכוונה לבצע פיגוע רצחני.

באולם התקיימה מסיבת בת מצווה של הנערה נינה קרדשוא והשתתפו בה עשרות רבות של אורחים. ████████ הפרץ לאולם וירה לכל עבר ובטרם השתלטו עליו כמה מן האורחים הצליח לגרום בכוונה תחילה למותם של שישה מן האורחים והם אטולינו בקשייב ז"ל בן 63, אדוארד בקשייב ז"ל בן 48, בוריס מליחוב ז"ל בת 56, דינה בינגייב ז"ל בת 48, אליס בן ישראל (אהרון) ז"ל בת 32, אבי יזדי ז"ל בן 25 ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות ועיון עדינות ; עיית מסי 1 ; עיית מסי 20 ████████ ; עיית מסי 24 ████████ ; עיית מסי 12 ████████ ; ת1ו (מצגת), ת27ו (מסמכים רפואיים); ת36ו (רובה M 16 ); ת44ו (קלטות); ת58ו (חוו"ד מומחה); ת49ו(הודעת פטירה אטולינו בקשייב ז"ל), ת60ו(הודעת פטירה יזדי אבי ז"ל), ת61ו(הודעת פטירה מליחוב בורים ז"ל); ת62ו(הודעת פטירה בינגייב דינה ז"ל), ת63ו עד ת66ו- (חוו"ד מומחה)].

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם ████████ (עיית 6) ופעילים נוספים להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אורחים ישראלים רבים ובמסגרת ההתארגנות הזו שהנאשם עמד בראשה גויס ████████ אומן בירי ברובה M16 צויד בנשק ובמחסניות לצורך אימוני הירי ולצורך ביצוע המעשה והוסע למקום הפיגוע בחדרה. טרם הפיגוע צולם ████████ לפי הוראת הנאשם כשהוא קורא צוואה שנכתבה עבורו על ידי הנאשם וכשהוא מחזיק בידו רובה M16 השייך לנאשם כדי שלאחר הפיגוע ניתן יהיה לשלוח הצילומים לאמצעי התקשורת ולאתר הפיגוע אף חזרה הנאשם ל████████ (עיית 25 ) להכין כרוזים שהופצו בהם נמסר כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת5/ו

"12. סיפקתי ל████████ נשק לביצוע פיגוע התאבדות בתוך חדרה".

ת6/ו :

"ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ו█████ בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות ████████ הנחת מטעני נפץ בקרת זואתת ובפיגועים הללו השתתפתי ו█████ ████████ ורדיווחתי לו גם כן אודות פיגוע התאבדות בירושלים ובחדרה שבוצעו

ש. איזה פיגוע התאבדות בחדרה

ת. הפיגוע שבוצע ע"י ████████ ."

"האם אתה יכול להסביר איך בוצע פיגוע חדרה וירושלים

ת. כן ████████ה תושב בית אמרין פנה – ל█████ (עיית מסי 6) ואמר לי שרוצה להתאבד (אללאסת שהאד) ו█████ פנה אליי והודיע לי ואחרי פטירת ████████ החלטום לבצע פיגוע ו████████ במחתנה בלאכתה ואני מסרתי לו נשק מסוג M16 ורימון יד ומסרנו ל█████
27

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\No bales stamp\Nasser Aweis Conviction.doc

P 5: 263

פ"ח (ת"א) 1137/02          מדינת ישראל נ' נאסר מחמוד אחמד עוויס

400 שקלים ונסע לטולכרם ברכב ציבורי ושם נפגש עם ▇▇▇▇▇ ▇▇▇▇ אצל ▇▇▇▇▇ תושב
טולכרם ושם ע"פ הפיגוע היה ▇▇▇▇ אחראי לשליחתו לחדרה והפיגוע בוצע באולם ועל פי הידוע לי נהרגו
מספר אנשים בפיגוע הזה".

דבר מה נוסף:

▇▇▇▇▇▇, ת/17, עמ' 3:

"אני מודה גם שאני זה שצילמתי את ▇▇▇▇ מבית אמרין לפני שיצא לבצע פיגוע
ההתאבדות בחדרה לפני כחצי שנה בערך".

ת/18, עמ' 14: "את האמת אני אשר גייסתי את ▇▇▇▇▇ תושב בית אמרון,
הוא חבר שלי ועבדנו יחד בשכם בבטחון הלאומי ▇▇▇▇▇▇▇▇ ביקש ממני לפני כחצי שנה לבצע לו שיבצע
פיגוע התאבדות... לאחר שביקש ממני ▇▇▇▇▇▇▇▇ לסדר לו יציאה לבצע פיגוע התאבדות בישראל אני
פניתי לנאצר עוויס וסיפרתי לו על כך ▇▇▇▇▇▇▇▇▇, ... ואז החלטנו להוציא אותו לפיגוע התאבדות בנקמה
למותו של ▇▇▇▇▇▇▇▇. נאצר ביקש ממני לאמן אותו על נשק וכדי שיהיה מוכן לבצע את הפיגוע
בהצלחה. ואני עשיתי זאת אמנתי אותו על נשק מסוג M16 ... את הנשק ושמונה מחסניות לקחתי מנאצר
עוויס. יום לאחר מכן הבאתי את ▇▇▇▇▇ לבית של נאצר במחנה בלאטה ובניתו של נאצר ובנוכחותו
צלמתי את ▇▇▇▇▇ שהוא קורח (כך במקור) את הצוואה שכתב נאצר שהוא מחזיק בנשק M16 של
נאצר כשהוא עושה תנועה של השהאדה באצבע, צלמנו אותו במצלמה וידיו ומצלמה רגילה את הקלטות
והתמונות לקח נאצר מסרנו ל▇▇▇▇▇ נשק M16 ושש מחסניות ושני רימוני יד אשר הביא נאצר.
לאחר הצילום בערך בשעה שמונה בערב אני יצאתי לחפש מונית ואכן מצאתי את ▇▇ נהג מונית תושב
בלאטה כבן 26 וביקשתי ממנו סיוע בהעברת בחור לטוב־ מבלי לספר לו שמדובר במתאבד והוא הסכים
לכך והסיע את ▇▇▇▇▇ לטובכ־. את הרכוב M16 והמחסניות ורימוני היד נתקו בתיק לאחר שפרקו את
ה- M16 לשניים. כאשר ▇▇▇▇ נסע לטובכ־ במונית של ▇▇▇▇. נאצר התקשר ל ▇▇▇▇ ועדכן
אותו שהם בדרך אליו, לציין שנאצר דיבר עם ▇▇▇▇▇ לפני כן בכדי שיכין את עצמו לקבלת ▇▇▇
▇▇▇▇▇▇ ובכדי לתת לו סיוע לשם כניסתו לישראל את זה ידעתי מנאצר אני לא היה מעורב בשיחות
ביניהם. נודע לי לאחר מכן ש▇▇▇▇ ▇▇▇▇▇▇ קיבל את ▇▇▇▇ בטובכ־ וכשהוא הגיע לחדרה הוא ביצע
פיגוע באולם השמחות ושהוא נהרג והרג מספר ישראלים אני חושב שישה במספר..."

ת/43/ד':

"בבואו לילה שהיה הפיגוע באול השמחות בחדרה אני הייתי יחד עם ▇ ▇▇▇▇▇▇
ו▇▇ ▇▇▇▇ במסעדת האורתודוכסים ברמאללה פתאום הודיעו בטלוויזיה על הפיגוע באולם השמחות
בחדרה. אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שאנשי גדוד
שוחדא אל אקצא עשו את הפיגוע הזה סיכמתי עם נאצר עוויס שלמחרת הוא יתן לי כרוז שבו הוא לוקח
אחריות על הפיגוע. למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו
ברמאללה".

אישום שלישי:

28

פ"ח (ת"א) 1137/02     מדינת ישראל נ' נאסר מחמוד אחמד עוויס

בתאריך 22.1.02 הגיע המחבל סעיד רמדאן אל רחוב יפו פינת רחוב לונץ במרכז ירושלים כשהוא חמוש ברובה M16 ושתי מחסניות וזאת בכוונה לבצע פיגוע רצחני. רמדאן ירה לעבר אזרחים שעברו במקום באותה עת וגרם בכוונה תחילה למותם של שרה המבורגר ז"יל בת 79 ואורה (סבטלנה)סנדלר ז"יל בת 56, אשר חלכו לתומן ברחוב ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות. רמדאן נורה למותו על ידי שוטרים שהגיעו למקום. (ועיין עדויות ; עית מסי 22       ; עית מסי 26       ; עית מסי 3       ; עית מסי 14       ; עית מסי 15       ; ת30(מוצגת)ת48 (M-16) ; ת48אי (דו"ח תפיסת מוצגים);ת77(תצלומים מזירת האירוע); ת78 (הודעת פטירה של המבורגר שרה ז"יל) ; ת79? (הודעת פטירה של סנדלר אורה ז"יל)).

לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר עם       ופעילים אחרים לבצע       פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים לשם קידומו של הקשר והוצאתו אל הפועל בהתנהגו של הנאשם גויס רמדאן צויד, צולם כמתואד מתאבד הכל על פי הדפוס האופייני לארגון כפי שתוארו באישומים קודמים והוסע למקום הפיגוע. לאחר הפיגוע הופץ הצילום של המחבל לאמצעי התקשורת.

הודיות הנאשם:

ת/5:

"11. סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים".

ת/6:

"ש. איזה פיגוע בירושלים
ת. הפיגוע שבוצע על ידי סעיד רמדאן בחודש 9/2001".

"... ופיגוע ירושלים בוצע בכך שסעיד רמדאן פנה אל       ואמר שהוא חבר שק       וברצונו לנקום את חריגתו ו       הודיע לי ואי נפגשתי עם סעיד והבנתי שהוא רוצה לבצע את הפיגוע והתקשרתי ל       ברמאללה וביקשתי שיוביל אותו לירושלים ו       הסכים לכך וסעיד נסע ברכב ציבורי לרמאללה ושם נפגש עם       ולמחרת נסע סעיד לירושלים וירה לעבר קבוצת שוטרים ואזרחים ובפיגוע הזה נהרגו שני אנשים וסעיד".

דבר מה נוסף:

ת/43אי:      

"אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע. ונאצר אמר לי כי ישלח לי מישהו ולאחר כמה זמן הגיע אלי       מכפר תל שמם שהוא כבן 25 ואמר שיעשה את הפיגוע אני פגשתי אותו ליד הקולנוע ברמאללה והתקשרתי ל       שיבוא גם כן ויהיה איתנו ומשם הלכנו לסלון שסעיד הסתפר ואז התקשרנו ל       ושאלנו אותו אם יוכל להכניס את הבחור הזה שרוצה לעשות פיגוע התאבדות לירושלים ו       אמר שהוא יכול לעשות זאת ואז הלך       במכוניתו לראות את הדרך מה קורה. ואני עם      

29

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 265

לקחנו את סעיד שיפלל ואוכל וקניתי לו מכספי בגדים ונעליים חדשים ב-1,200 ש"ח ואחרי כן אני
אמרתי ל████████ שיביא רובה M16 ו- 3 מחסניות עם כדורים וישיתן אותם לסעיד]והוא הביא
ואז הגיעו למקום ████████ במכונית האייווזו של ████████ וזה היה בצהרים שהם נסעו עם
סעיד לירושלים. ואנחנו איחלנו להם בהצלחה והם נסעו עם ████. אני לא אמרתי להם לאן שיסעו, לאן
שרצו הם היו יכולים לקחת אותו.

ש-ת. אנחנו צילמנו את סעיד בוידאו לפני הפיגוע כי נאצר עוויס עשה זאת לפני כן.

שאלה: בתחילת העדות אמרת לי שאינם מכיר את ████████████ וכל השאר ועכשיו אני
רואה שפגשת בהם. איך זה.

תשובה: אני הכרתי אותם באוהל האבלים של ████████ ושם ראיתי אותם. בערך בארבע וחצי
בצהרים שמעתי בחדשות שהיה פגוע ירי ברחוב יפו בירושלים ואני ידעתי שזה הפגוע של סעיד. ואז
התקשרתי אל ████████ ושאלתי אותו אם זה הם ... שלקחו את סעיד לרחוב יפו ו█████אמר שהם
הורידו אותו ברחוב יפו ושמעתי את הירוית שירד לאחר שעד מהאוטו. למחרת היום לקחתי מ█████
█████ 1000 דולר ואמרתי לו שיצאו חאנשים לבצע פיגוע וכי אבד חנשק בפגוע. ונתתי ל█████
█████████ כל אחד 100 דולר על הפגוע חזה. לאחר מכן הגיעו אלי
████████ ועוד בחור ששמו ████████ מקטנדוה ושאלתי אותו למח לא שילמתי להם על
הפגועים שעשו ואמרתי להם שאבדוק זאתיי.


**אישום רביעי :**

בתאריך 9.3.02 הגיעו המחבלים ████████████ לאזור מלון "ירמ"י ברחי גד מכנס בנתניה
כשחם חמושים ברובי M16 וברימוני רסס. השניים ירו בצרורות לעבר אולם הכניסה של המלון וכן השליכו
שני רימוני רסס. השניים הצליחו לגרום בכוונה תחילה למותה של ████████ אזרח מלכת זי"ל בת שנה
במהלך השתלטות כוחות הביטחון על השניים נורה גם ויחיא ישראל זי"ל בן 29   אשר שהה בקרבת מקום.
כתוצאה ממעשה השניים אף נפצעו עשרות אנשים נוספים ולחלקם נגרמו חבלות חמורות (עניין עדזיות,
עי"ת מספר 2 ████████ ; מצגת ת2; עי"ת מספר 10 ג.מ.; עי"ת מספר 16 ████████ ;חדרוית ת28;
ת26 (מסמכים רפואיים של עי"ת מספר 16 ; ת29-ת30(רובי סער); ת31(צלבלומים); ת67ו(חוד' מומחה);
ת68(הודעת פטירה של מלכה אביה זי"ל) ; ת69-ת(חוד' מומחה)).


לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם   (עי"ת
מספר 6) להוציא לפועל פיגוע שמטרתו לגרום למותם כתונה כהונה של אורחים ישראלים רבים ובמסגרת
התארגנות זו שבוצעה בתכתגתו של הנאשם ולשם הוצאתו אל הפועל גויסו ████ ו-סעיד   צויד ברובה
M16 שתים עשר מחסניות ושני רימוני רסס ע"י צלמו קוראים את צוואתם כשהם מחזיקים רובה M16 והוסע
למקום הפיגוע. לאחר הפיגוע ועל פי הדפוס האופייני התקשר הנאשם עם ████ והודיע להם כי
הארגון הטרוריסטי אחראי לפינוע וביצע אותו.


**הודיית הנאשם :**

ת5/ :

"6. מסרתי נשקים לביצוע פיגוע בנתניהיי."

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 266

ת/7:

"ש. האם יש לך קשר לפיגוע ירי בנתניה

ת. כן היה לי קשר בפיגוע ירי בנתניה שבוצע על ידי מתאבדים שלא ידוע לי שמותיהם ולפני הפיגוע הזה כימונים התקינו אלי ████ ואמר לי שביכולתנו להכניס שניים לישראל על מנת שיבצעו פיגוע התאבדות ואני פניתי ל████ ושאלתי אותו אם הוא יכול להכניס מתאבדים והשיב לי בחיוב ואני מסרתי ל████ שני רימונים (████) מסר להם שני נשקים מסוג M16 ו████ צילם אותם והסביר להם על הפיגוע ונסע עימם לבאקה אלשרקיה ושם עוב אותם והלכו בדרך עפר לישראל ומשם לנתניה ו████ חזר לשכם ואחרי מספר שעות שמענו בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים ושוטרים נפגעו בפיגוע וירצחו שניים ושניים אחרים נהרגו על ידי המשטרה. התקשורת לכלל התקשורת ולקחתי אחריות על הפיגוע.

ש. האם יש לך מה להוסיף בקשר לפיגוע בנתניה

ת. לא".

דבר מה נוסף :

████████ (ע"ת 6 ) בת/13

"אני מודה שלפני שנאצר עוויס כי נאצר עוויס כי הוא מתכוון לשלוח שני מתאבדים לעיר נתניה לביצוע פיגוע התאבדות ובקש שאני אסייע להוביל את המתאבדים משכם לכפר ראעי וכמובן אני הסכמתי.

שאלה: מי הם שני המתאבדים ואלה.

תשובה: המתאבד הראשון הוא ████ תושב מחנה עין בית אלמא והשני שמו ████ תושב מחנה עסהר ..... שניהם נפגעו בפיגוע. באותו יום נאצר עוויס סיפר לי כי ████ עובד בנתניה מכיר את האזור טוב. שאלה: נאצר עוויס סיפר לי כי מכדי מכהר תושב אלעין שחוא בן 28 שנים נשוי עובד במשטרה חימת בשכם והוא פעיל בכתהאב שוהתהאא אל אקצא. מכדי הוא שותפו של נאצר ושלי בתכנון ושליחת המתאבדים לנתניה, ונאצר ביקש שאני אוביל את שני המתאבדים בפונטיאק הגנובה בעלת לוחיות זיהוי ישראליות משכם לכפר ראעי ואני הסכמתי, באותו יום של הפיגוע יצאתי בסביבות השעה שלוש בצהריים במכונית לאזור בגל שמאלי בשכם ושם חיכו לי ████ ועמו שני המתאבדים בפונטיאק. לבש מכנסי ג'ינס כחולים ותולצה שחורה וסעד לבש מכנסיים ירוקים ושם מכדי נפרד מהם ואני הובלתי אותם עד לכפר ראעי בפונטיאק. שאלה: איזה נשקים היו למתאבדים הנ"ל. תשובה: ברשות כל אחד מהם היה רובה M-16 וראיתי את ████ מחזיק שקת מילוי גילוח שחורה שבתוכה היה מטען נפץ ואחרי שהעניע לכפר ראעי התקשרתי לנאצר עוויס והודעתי לו כי הגענו ונאצר ביקש לשוחח עם ████ ושמעתי את ████ אומר לנאצר כי הוא מכיר את הדרך משם, ואז ████ נתן לי את הפלאפון ונאצר חזרה חורה לי לחזור לשכם במכונית ואכן זה מה שעשיתי וכאשר חזרתי לשכם שמעתי בחדשות אודות התרחשות הפיגוע שבו נהרגו שני המתאבדים ואני זוכר שדיברנו על פיגוע בבית מלון בנתניה".

ת/18:

"שאלה: אתה בעדותך השניה אשר מסרת דיברת על פיגוע התאבדות בנתניה חזרת לפני מסירת העדות ואתה טוען שתפקידך היה להוביל את שני המתאבדים משכם לכפר ראעי , מהיכן לקחת אותם בדיוק והם ידוע לך האם צולמו לפני יציאתם לבצע את הפיגוע?

31

<u>תשובה</u>: בנוסף לכך שהוכחתי את שני המתאבדים █████ וסעדתי אני מודה שיום לפני הפיגוע התקשר אלי
נאצר עוויס וביקש ממני להגיע לכיכר בשכם ולאסוף את █████ וסעיד ולאחר מכן להגיע אליו לביתו במחנה
בכדי שיתן לי צוואה שנכון עבור שני המתאבדים וביקש ממני לקחת את שני המתאבדים אף הביתה לצלם
אותם ולהמתין להוראות.

וזה מה שעשיתי, אספתי אותם, לקחתי את הצוואה מנאצר גם מצלמת וידאו וכשהגעתי הביתה אני
צלמתי את שניהם █████ קורא את הצוואה ושהם מחזיק בידיהם M-16 כל אחד.

<u>שאלה</u>: ממי קיבלו את הנשקים?

<u>תשובה</u>: אני לקחתי את הצוואה ואת המצלמה מנאצר. הוא נתן לי שני נשקים M-16 ושתים עשרה
מחסניות מלאות בכדורים ורימון יד אחד ואני מסרתי להם אותם".

**אישום חמישי :**

בתאריך 30.3.02 המתאבלים █████ █████ (לחלוק : █████ ) חיו בדרכם לביצוע פיגוע
בישראל, כשהם חמושים ברובה M-16, ברימוני יד ובמטען חומר נפץ. █████ נתקלו בכוח של שוטרי
מגייב בסמוך לבאקה אל גרביה ופתחו בירי לעבר השוטרים וכן חשליכו רימון רסס.

השנניים הצליחו לגרום בכוונה תחילה למותו של שוטר מגייב רסייל קונסטנטין דינלוב זייל ולפציעתו של
השוטר רסייב אמל איברהים (עניין עדזיות) ; עיית מסי 27 █████ ; עיית מסי 18 █████ ; עיית מסי
19 █████ ; תו49 (דוח תפיסת מוצגים) ; ת2/72 – ת3/73 (חויד מומחה) ; ת4/74 – ת5/75 (תצלומים) ; ת6/76
(חויד מומחה)).

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי, קשר קשר עם █████ (עיית
מסי 6) לחוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת
התארגנות זו, שבעקבות בהתנתגו של הנאשם ולשם הוצאתם אל הפועל, גוייסו █████ צוידו ברובה M-
16, ברימוני יד ובמטוורת נפץ. הנאשם אף הורה לדאוג להגעתם של השניים לישראל, העביר סכום כסף בסך
3,500 שם שנועדו לרכישת רכב גנוב ששימש להעברתם, וכן הורה לחדר ללוות השניים חלק מהדרך. לאחר
הפיגוע התקשר הנאשם לכלי התקשורת והודיע כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת/5 :

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Awels Conviction.doc

P 5: 268

פ"ח (ת"א) 1137/02    מדינת ישראל נ' נאסר מחמוד אחמד עוויס

"10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה (הערת חוקר התאבדות) שהיתה אמורה להתבצע בחזרה אך הפיגוע לא הצליח ואנשים נהרגו בקרבת באקא אלגרביה".

ת/6 :

"ת. כן אני ו▮▮▮▮▮עבדנו יחד לשלוח מתאבדים עם ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ מסילת

אלדיהר ובמידה והיינו נוקקים לדבר מה כמו צילום המתאבדים או הפעת כרוזים היינו נעזרים ב▮▮▮▮
ולפני כניסתה הצבא לשכם כשכנעינו ביקשנו מ▮▮▮ שינסה להשיג חגורת נפץ למתאבד על מנת לבצע פיגוע
בתוך ישראל ו▮▮▮▮ אכן הביא חגורת נפץ ומסרנו אותה למתאבד שנסע עם אדם אחר לביצוע פיגוע
בישראל וכשהגיעו לבאקא אלגרביה ירו חיילים לעברנו ושניהם נהרגו ובזמן חילופי הירי נהרג שוטר משמר
הגבול בבאקא

ש. היכן היה אמור להיות מבוצע הפיגוע שאתה מזכיר

ת. בחזרה ולא הגדרנו מטרה ועל פי התכנון היה אמור אחד המתאבדים לירות והשני יפוצץ עצמו...

ש. מה סוג הרכב שנסעו בו המתאבדים

ת. לא ידוע לי אך מסרתי ל▮▮▮▮▮ 3,500 ₪ במספר על מנת שיקנה רכב גנוב לחברת המתאבדים ▮
נסע עמם לטול כרם והראה להם את הדרך וחזר לשכם ברכב ציבורי".

ת/7 :

"לאחרי מעצר הארבעה בדרכם לרמאללה פנה אלי ▮▮▮▮▮ ▮▮▮▮ והודיע לי שברצונו לבצע פיגוע
התאבדות ליד חיילים ישראלים וביקש ממני נשק מסוג M16 והיה ברשותי חגורת נפץ ואני אכן מסרתי לו
M16 וסיכמנו שהפיגוע יבוצע בתוך ישראל ליד חיילים ואחרי שהמתאבד התפוצץ אתר יבצע ירי ועל פי
דברי ▮▮▮▮▮ הצלחה לאתר אנשים שיבצעו את הפיגוע אדם אחד בשכם וחשני מגיוס

ש. איך הכיר ▮▮▮▮▮▮▮ שני אנשים שהיו אמורים לבצע את הפיגוע ליד החיילים

ת. על פי מה שסיפר לי ש▮▮▮▮▮ ▮▮▮▮▮ הוא זה שהכיר לו את האדם משכם ו▮ הכיר
את תושב גיוס

ש. מי הכניס את המתאבדים לישראל

ת. אדם בשם ▮▮▮▮▮▮ מטול כרם

ש. איך נכנסו ואיך בוצע הפיגוע בישראל

ת. נכנסו ברכב גנוב על ידי ▮▮▮▮▮ ואחרי שנכנסנו לישראל והיו בדרכם לחזרה על מנת לבצע את
הפיגוע, אחרי מסר מסר שעות שמענו ברדיו שהמשטרה הישראלית חשדה ברכב והיו חילופי ירי עם
המתאבדים ונהרגו ונפגעו שניים מהמשטרה למיטב ידיעתי

ש. איך בוצע חילופי האש עם המשטרה

ת. בדרך לחזרה רכב משטרתי חשד שהרכב גנוב וביקשו מהם לעצור אך הם התחילו לירות ואתר כך
הצליחו אנשי המשטרה להרוג אותם ואחרי ששמעתי ברדיו שנהרגו התקשרתי לכלל התקשורת והודעתי
להם שהפיגוע בוצע על ידי כתאב אלאקצאי".

דבר מה נוסף:

33

P 5: 269

ת13נ (עייח 6), ████ :

"...ובבואנו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואו נאצר בקש לפגוש את המתאבד הזה. ולמחרת לקחתי את ████ לסטודיו בשכם להצטלם ומשם לביתו של נאצר עוויס והשארתי אותו שם וכעבור יומיים נאצר ביקש ממני לרכוש רכב עם לוחות זיהוי ישראליות ואכן קניתי רכב מ'בו'נישי שחור גונ תמורת 3,500 ₪ מתושב טובאס, את הכסף עבור הרכב קיבלתי מנאצר עוויס ואחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם נפגשתי עם נאצר עם ████ (וחזמתעתי שישנו אדם נוסף בשם ████ תושב שכם כבן 20 שנים וזו פעם ראשונה שאני רואה את הצעיר הזה ואו נאצר עוויס ספור לי כי שני הנ"ל ████ שומדים לצאת לפגיעת התאבדות בישראל ואו נאצר מסר ל████ נשק מסוג 16-M ולפתחור מסר שני רימוני יד, ובתכנית היתה שששניהם יכנסו לישראל לכל מקום שאלינו יוכל לרגיע ושם יבצעו פגיעת התאבדות תוך כדי ירי ב-16-M וזריקת רימונים ואחרי שהכנו אותם הסעתיו אותם עד כפר ראעי ושם מסרתי אותם ל████ . אותו ████ שהוביל את המתאבד שפזרתי עליו קודם ובאותו יום הגעתו לכפר ראעי בסביבות השעה 11.00 ... וכעבור שעה ████ התקשר וספר כי שמע ששניהם נתרגו באבקח לאחר שפגעו בשוטר של משמר הגבולי."

אישום שישי:

במחלך אינתיפאדת אל אקצה, במועד בלתי ידוע, היו שני מתבכלים שזהותם אינה ידועה בדרכם לביצוע פיגוע בירושלים, כשהם חמושים ברובי קלצ'ניקוב וברימוני יד. המחבלים נתפסו במחסום ע"י כוחות הביטחון ובכך נמנע נסמע בדרך גס פיגוע הרג המוני אליו יצאו השניים במטרה לגרום בכוונה תחילה למותם של אזרחים ישראלים רבים.

לטענת המדינה הנאשם שכאמור היה אחד ממפקדיו הבכירים של הארגון חטרורייסטי קשר קשר עם ████ ומעילים נוספים להוצאה לפועל פיגוע שמטרתו יגרום למותם בכוונה תחילה של אזרחים ישראלים רבים. במסגרת ההתתארגנות שהנאשם עמד בראשה גויסו המחבלים, צוידו ברובי קלצ'ניקוב ורימוני יד ואף הוטעו בדרך למקום הפיגוע.

הודית הנאשם:

ת6:

" ...באותה תקופה פנה אלי ████ מכתאב שוחדתאא אל אקצה ואמר לי שישנם שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי ל████ אודות עניין זה ושאלתי אותו באם אם יוכל להכניס אותם וסוכם עם ████ ש████ יעבירו את שני האנשים המותשתחודיים לרמאללה ואחר כך התקשרתי ל████ ומסרתי לו שהאנשים בדרך אליו, יש לציין ש████ פנה אליו כי אני אחראי כתאב שוחדתאא אל אקצה

ש. האם ידע ████ אודות הפיגוע

ת. ████ עובד נהג רכב ציבורי ו████ חבר של ████ לא ידוע לי באם היו ידועים אודות הפיגוע

34

ש. היכן סוכם שיפגשו ברמאללה

ת. עי"פ הסיכום ███████ היה אמור להיות בקשר עם הארבעה ובהגיעם לאיזור רמאללה יתקשר אליי ואני אתקשר עם א███ ואודיע לו על מקומם על מנת שיפגוש אותם

ש. איזה נשק לקחו עמם ואיך היה אמור לבצע את הפיגוע

ת. פיגוע ירי זורקית רימונים █████ מסר למתאבדים שני רימוני יד ועי"פ הסיכום ███████ היה אמור לתת להם שני רובים מסוג קלצ'ניקוב

ש. היכן היה אמור לבצע את הפיגוע

ת. בירושלים המערבית

ש. האם הפיגוע בוצע

ת. הארבעה נעצרו במחסום בדרכם לרמאללה

דבר מה נוסף :

ת/17, עד תביעה 6, █████

"כמו כן תכננו לבצע פיגוע בתוך ירושלים ושלחנו את המתאבדים לרמאללה לשם קבלת תגורת נפ בידי הנעצרים והשניים שרצו לבצע את הפיגוע התאבדות הם (1)████████ משכם, כבן 20 רווק (ומובסל) (2) ████████ – תושב שכם כבן 20 רווק ועובד כמכונאי רכבים ███ זה שם כינוי וזה היה לפני ארבעה חמשה חודשים בערך. יחד אתי תכנן פיגוע זה נאצר עוויס ... שנבצע פיגוע במשרד הבטחון בתי"א. אני שוחחתי על כך עם נאצר עוויס ו████████ והחלטנו לחפש פעילים מאומנים שיבצעו פיגוע שכזה ובסופו של דבר לא חיפשנו פעילים ולא ביצענו זאת. בקשר לשני המתאבדים ███ אשר היו בדרכם לרמאללה לקבלת תגורות נפ בידי שימשכינו לירושלים לבצע פיגוע התאבדות ועל זה סיפרתי בעדותי השניה. ברצוני להוסיף מספר נקודות שלא הזכרתי ... כאמור צלמתי אותם במצלמת וידאו כשהם קוראים את הצוואה וברקע הנחתי דגל כתבאב שוהדאא אלאקצא ובזמן הצילום נופ בנשק מסוג ברטה שאני מסרתי לו את הקלטת מסרתי ונאצר עוויס לאחר מכן, באותו לילה ישנו שלושתנו בדירה ולמחרת בבוקר התקשרתי ל███ נהג מונית, אני מתקן התקשרתי לחברי בשם ███ ובקשתי ממנו שישלח לי מונית לדירה שבה אני חיניתי עם הצעירים וחוא שלח לי נהג מונית בשם ███, ושתגיע בשעה 10 בבוקר שני הצעירים עלו למונית ואני בקשתי מהם שברגע שהם מגיעים לרמאללה הם מתקשרים אלי ואני לפי התוכנית מתקשר לנאצר עוויס והוא דואג לשלוח להם את אלו שאמורים לספק להם תגורות נפ, שבתתי לציין שאני מסרתי להם רימון יד שקיבלתי מנאצר עוויס בכדי שישתמשו בו. הכוונה להשליך את הרימון לפני פיצוץ חגורות הנפ. שני הצעירים לא הגיעו לרמאללה והם נעצרו בדרך. אני ברגע ששני הצעירים עלו למונית אני הודעתי זאת לנאצר עוויס".

**אישום שביעי :**

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, נעצר מחבל שזהותו אינה ידועה בדרכו לביצוע פיגוע התאבדות בירושלים כשהוא חמוש בחמש במטרה לגרום בכוונה תחילה למותם של אזרחים רבים. בחיותו בדרכו למקום הפיגוע, ליד בית חנינה, נעצר המחבל הזה על-ידי שוטרים ונורה למוות.

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\io bales stamp\Nasser Aweis Conviction.doc

P 5; 271

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם ▮▮▮ להוציא
לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת התארגנות זו,
שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפועל גויס המחבל צוויד באמלייה.

## הודיית הנאשם :

ת/6 ‎ " **שאלת** : האם אתה מכיר אדם בשם ▮▮▮▮▮

**תשובת** : כן הכרתי אותו באוניברסיטת אלנגיאת והוא השתייך לחזית העממית ואני גייסתי אותו
לכתאאב שוהדאא אלאקצה לפני כחודשים לערך והמטרה בגיוסו לשוהדא-אלאקצה על מנת שיסייע לנו
בפיגועים באיזור ירושלים ושיכניס ושיכנס מתאבדים(מוסתשהידים) לירושלים ואני גם כן ביקשתי מ▮▮▮ שילמד
אותו ליצור חומר נפץ יותר חזק מהתחיים שהשתמשנו בו ו▮▮ הסביר לי בטלפון כיצד מיוצרים חומר (אום
אלעבד) והשבתי לו שנשאנו יודע ליצור אום אלעבד. ולפני חודש וחצי לערך ביקשתי מ▮▮ שיכנס דרך
להכנסת מתאבד לירושלים ואמר לי שיבדוק את העניין ועייפ התכנון ▮▮▮▮▮▮ הוא זה שאיתר
מתאבד ותפקידי היה לתאם בין▮▮▮▮▮ ו▮▮ על מנת להכניס את המתאבד לירושלים והפיגוע הזה בוצע
אך ללא הצלחה מאחר והשוטרים ירו לעבר המתאבד לפני הביצוע ונהרג בכניסה לירושלים מכיוון
רמאללה ולא ידוע לי שמו של המתאבדיי".

## דבר מה :

להודיית בנאשם זה לא נמצא דבר מה ישיר ונפרד.

אלא, שהעובדות שהוכחו - על היות הנאשם מנהיג בארגון טרוריסטי שמטרתו לבצע מעשי אלימות
המכוונים לגרום למותם של בני אדם ולתובלתם, ובהיות הנאשם בעל מניע ברור להוציא אל הפועל מעשים
כאלה ובעל הזדמנות לבצעם ואף הגשים חלק מזם מ gross, כפי שהוכח בכל אחד מהאישומים האחרים -
מבססות מסקנה כי ניתן לראות בדבר המה המצטבר שנמצא לגבי כל אחת מהוחודיות באישומים האחרים,
דבר מה כנדרש לאישום זה. יש לראות בנסיבות העניין ולצורך זה את את סדרת העבירות בהן קשור הנאשם
כמסכת אחת.

## אישום שמיני :

לטענת המדינה באישום השמיני :

נבו הוצאה לאור בע"מ nevo.co.il ‎ המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 272

י"א. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים ישראלים, בסמוך לקבר יוסף בשכם.

במועדים בלתי ידועים, במהלך התקופה שלאחר מכן, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי לעבר עמדת צה"ל שהייתה ממוקמת בסמוך לקבר יוסף.

ב. עובר לחודש מאי 2001, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגוע ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים ישראלים, בהר גריזים, וכן לעבר עמדות נוספות של צה"ל באיזורים סמוכים.

לצורך קידום מטרות הקשר, סיפק הנאשם לפעילים הנוספים שחברו לקשר, רובי M-16.

במהלך חודש מאי 2001, במספר הזדמנויות, במועדים בלתי ידועים, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי.

פיגועי הירי בוצעו, כשהנאשם והפעילים הנוספים מצוידים ברובי M-16, לעבר העמדה הצבאית בהר גריזים, לעבר מחנה עין-בית ולעבר סיורים של הצבא שסיירו באיזור מחנה באלטה וכן לעבר מטרות צבאיות באיזור מחנה חוארה.

ג. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועים כנגד אזרחים ישראלים וחיילי צה"ל.

במסגרת ביצוע הקשר ולשם קידומו, סיפק הנאשם נשק לפעילים בארגון הטרוריסטי לצורך ביצוע הפיגועים.

הפעילים בארגון הטרוריסטי, שחברו לביצוע הקשר עשו שימוש בנשק, אותו סיפק להם הנאשם, בפיגועים שיפורטו לחלן :

1.   פיגוע הירי על התנחלות חומש.

2.   הנחת מטען חבלה בכביש עוקף זועתא-עצירה.

3.   פיגוע ירי ברובה M-16 כנגד סיור צבאי בדיר-שארף.

4.   הנחת מטען בצרהי".

ממשיכה המדינה וטוענת, כי במעשים אלו ניסה הנאשם שלא כדין לגרום למותם של אנשים רבים ומעשיו אלה חם בין השאר בגדר קשירת קשר לבצע פשע, ניסיון לרצח ונשיאת נשק שלא כדין.

הודיית הנאשם :

ת/5א' "2. ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם

3. ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

4. ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי בקרבת זואתה...".

"13. סיפקתי ל▮▮▮▮▮▮ שני מטענים + קלצ'ניקוב שהניח אותם בקרבת כפר צרה שכם

14. סיפקתי ל▮▮▮▮▮ מטען נפץ שהניח אותה בדרך לדיר שרף לעבר סיור ישראלי".

C:\Users\Owen\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ת/6א': "ת. כן השתתף עמי פעם אחת בירי לעבר עמדה צבאית ישראלית בהר גריזים...".

"יש. על איזה פיגועים שוחחת עם ███████

ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ו██████ ██████ בקרבת מחנה חווארה לעבר רכב צבאי וכן שוחחתי עמו אודות הנחת מטעני נפץ בקרבת זוואתה ובפיגועים הללו השתתפתי אני ו██████ ו██████...".

"יש. האם זכורים לך כל הפיגועים שהשתתפת בהם באופן ישיר

ת. אני זוכר 1. פיגוע ירי לעבר עמדה צבאית בהר גריזים 2. פיגוע ירי לעבר רכב צבאי באזור המחנה בחווארה 3. פיגוע ירי לעבר כוחות הצבא בקבר יוסף 4. פיגוע דיר שרף 5. פיגוע ירי לעבר רכבים צבאיים... 7. ירי לעבר רכבים

ש. האם אתה יכול לפרט אודות פיגוע ירי לעבר העמדה הצבאית בהר גריזים

ת. כן לפני כשבעה חודשים השתתפתי עם ██████ ██████ בירי כשלוש פעמים לעבר עמדה צבאית בהר גריזים...".

"יש. האם יש לך פרטים נוספים אודות פיגוע ירי לעבר רכב צבאי באזור מחנה חווארה

ת. לפני כחצי שנה לערך השתתפתי עם ██████ בפיגוע ירי לעבר ג'יפ במחנה חווארה וכל אחד ירה חצי מחסנית לערך והחיילים השיבו באש לעברנו

ש. האם אתה יכול לפרט לערך פיגוע ירי לעבר מכונית כפי שציינת לעיל

ת. כן השתתפתי בפיגוע ירי עם ██████ וירינו לעבר טנק באזור חווארה (חמתנה) וירינו מכפר קליל ובאותו יום הפיגוע בוצע בשעה ארבע אחה"צ לערך וכל אחד ירה מחסנית לעבר הטנק".

"... וכן לקחתי מ██████ שני טילי טנק ישנים על מנת להוציא מהם את חומר הנפץ ואשתמש בחומר למטעני נפץ ובמטענים השתמשנו על הכביש העוקף בזוואתה – עצירה כנגד רכבים צבאיים

ש. כמה מטענים יצרת מחטילים שנתן לך אבו שרך ואיך השתמשת בהם

ת. אחרי שלקחתי את הטילים מאבו שרך מסרתי אותם ל██████ ██████ ממחנה בלאטה ו██████ ייצר מהם מטען והוא הניח את המטען בכביש העוקף

ש. האם זכור לך מתי הניח את המטען ואם נפגעו אנשים מפיצוץ המטען

ת. המטען הונח במהלך אינתיפאדת אלאקצה ולא זכור לי תאריך ולפי המידע שקיבלתי הצבא פוצץ את המטען לפני שהתפוצץ".

"ישלחתי את ██████ ██████ שיסיעו את ██████ שנייניהו מטען על הכביש בקרבת כפר צרה מערבית לשכם אך לבסוף לא הניחו את המטען מפאת המרחק והחזירו את המטען והשתמשו בו באזור זוואתה נגד רכב צבאי ולא ידוע לי באם נפגעו אנשים בפיגוע הזה".

"יש. האם היה לך קשר עם ██████

ת. כן לפני כשבוע חודשים לערך לקחתי מהם מטען והנחתי אותו על הכביש בדיר שרן ופוצץ את המטען לעבר סיור צבאי".

"...ומסרתי לו נשק מסוג M16 ואסר ביצע פיגועי ירי מהנשק שמסרתי לו, הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם ועי"פ דברי ▆▆▆ לא נפגע ברכבי".

"ש. האם אתה יכול להסביר לי אודות פיגוע דיר שרן כפי שציינת לעיל

ת. כן לפני שמונה חודשים לערך פנה אלי ▆▆▆▆▆▆▆▆▆ ממתחנה בלאטה שמתגורר בדיר שרן ובקש ממני מטען נפץ לביצוע פיגוע ואני מסרתי לו מטען שמשקלו 15 ק"ג שקיבלתי מ▆▆▆▆▆▆▆ והפעלת באמצעות חוטים ועל פי מה שידוע לי ▆▆▆ הניח את המטען על הכביש הראשי בדיר שרן ופוצץ את המטען לעבר סיור צבא ונגרם נזק לגיפ ולא ידוע לי באם נפגעו אנשים".

"ית. כן לפני מספר חודשים הציע לי ▆▆▆▆▆▆▆ תושב צרח בעת שלמד באוניברסיטת אלנג'אח שנבצע פיגוע באזור צרה והוא הסכים לכך ומסרתי לו שני מטענים וקלצ'ניקוב וכשמסרתי לו את הממטענים והנשק היה עמו אדם ▆▆▆▆▆▆ תושב צרה אותו והם פוצצו את המטענים לעבר טנק באזור תואר והתפוצצו מטען אחד ואחרי זה ירו לעבר הטנק ואחרי הפיגוע החזירו לי את הנשק".

ת/8 "... והיה עמו אדם אחר מדיר שרן ו▆▆ ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי מ▆▆▆▆▆▆▆ ועי"פ המידע שברשותי ▆▆▆ ביצע את הפיגוע נגד סיור צבאי באזור דיר שרף".

"ית. כן לפני חמישה חודשים לערך ▆▆▆▆▆ הכיר לי אדם בשם ▆▆▆שידע להכין חומר נפץ ומטענים לקחתי ממנו חמש מטענים ו▆▆▆▆▆▆ הניחו את המטענים ליד זואתה ופעם נסעתי אני ו▆▆▆▆ להניח מטען החיילים זיהו אותנו ומלטנו והיה יחד עמנו ▆▆▆▆▆ ואת המטען עובנו כשמולטנו".

דבר מה נוסף:

ת/12, עד תביעה 6, ▆▆▆▆▆:

"תשובה: אני מודה שבמהלך חודש מאי בשנת 2001 יצאתי עם כל הנ"ל לבצע פיגוע ירי לעבר עמדת צבא שממצאת על הר גריזים, באותו יום נמסר עווש נתן לי נשק מסוג M-16 וכולנו יצאנו לכיוון העמדה, התמקמנו באזור דאתית בשכם ומשם בצענו ירי לעבר עמדת הצבא מעבר הר גריזים. אני אישית יריתי כעורים כדורים ואשר האנשים ירו כל אחד מהנשק שחיה ברשותו לעבר העמדה וזה היה בסביבות השעה עשר בלילה ואז הצבא התחיל לירות לעברנו וברחנו מהמקום. שאלה: האם השתתפת בפיגועי ירי נוספים לעבר העמדה הזו או לעבר עמדות נוספות.

תשובה: אני מודה שהשתתפתי עוד כשש פעמים בירי לעבר אותה עמדה בהר גריזים עם אותם אנשים ובנוסף השתתפתי בירי לעבר עמדת צה"ל כארבע פעמים שנמצאת בגיבל שמאלי מעל מחנה עין בית אלמא וכמו כן השתתפתי בפיגועי ירי לעבר סיורים של הצבא שסיירו באזור מחנה בלאטה, בכל הפעמים האלה נהגתי לירות באמצעות ה-M-16 שנתן לי נאצר עוויסי.

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 275

פ"ח (ת"א) 1137/02    מדינת ישראל נ' נאסר מחמוד אחמד עוויס

**ת/13:**

"...ובאותו יום ███ הודיע לי שבכוונתו לבצע פיגוע ולכן ביקש ממני לארגן לו שני מטענים לטובת הפיגוע ואני הודעתי ל ███ שאני יודע לייצר מטענים ולכן לקחתי אותו לנאצר עוויס במחנה בלאטה וביקשתי מנאצר שיסדר לו שני מטענים ואז נאצר תתקשר ל ███ ובקש ממנו שני מטענים, וכעבור שעה ███ הגיע והביא עמו שני מטענים שמורכבים מציינור באורך 30 ס"ם קוטר 40 ס"ם וכל צינור סגור משני צדדיו ומצד אחד יוצאים חשמל לכניים ואחרי זה ███ קיבל את המטענים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מאמאמר שבוצע פיגוע נגד גיפ צבאי בסילת אל דאר בשעות הלילה והפעילו את המטענים כנגד הג'יפ אך לא קרה לו דברי."

**ת/18:**

"**תשובה:** אני בעדותי השנייה הודיתי שאני יחד עם החברים שלי ███ ביצענו שני פיגועי ירי לעבר הישוב חומש וזה ... הכל האמינתי ששלושתינו ביצעו בארבעה חמשה פעמים ירי לעבר הישוב חומש והירי כוון לעבר מגדל השמירה וחירי זה לעבר המאמצא בקצה של חומש מצד סילת הלדחה ולעבר הבתים בישוב וזה היה במהלך השלושה החודשים הראשונים בתחילת אנתיפאדת אלאקצא, בכל המקרים היינו מגיעים בשעות הלילה המאוחרות אחרי השעה עשר וזוכר לי שבכל המקרים החיילים השיבו אש ממגדל השמירה. אני מודה שאני זה שסיפקתי להם אמל"ח בכל הפיגועים הזכורים לעיל אני ירייתי ב-M-16 ולפאדי מסרתי קלצ'ניקוב ול ███ מסרתי גלוק את הנשקים הייתי מביא מנאצר עוויס לפני כל יציאה לפיגוע.

**שאלה:** מאיזה מרחק יריתם לעבר הישוב חומש?

**תשובה:** מרחק של כק"ם.

**שאלה:** איזה פיגועי ירי נוספים בהם השתתפת?

**תשובה:** בערך בתחילת שנת 2001 אני ו ███ יריונו לעבר ג'יפ אבטחה בתוך הישוב חומש במרחק של כ-500 מטר וזה היה בשעות הלילה המאוחרות אחרי השעה 10, אני יריתי מנשק M16, ███ ירה בקלצ'ניקוב ו ███ ירה בקרלו אותם נשקים שהשתמשנו בהם בירי הקודם לעבר חומש אותם נשקים שאני לקחתי מנאצר עוויס, לאחר הירי שלנו החיילים השיבו באש ואנחנו ברחנו מהמקום ...

**תשובה:** אני והוא לא עשינו דבר חוץ ממה שהזכרתי לעיל אך ברצוני לציין ש ███ בקש ממני לפני שלושה חודשים נשק וטען שהוא רוצה לבצע פיגוע ירי לעבר חיילי צה"ל ואני נעניתי לבקשתו ומסרתי לו נשק מסוג קלצ'ניקוב שאותו לקחתי מנאצר עוויס וכעבור שבוע חכם החזיר לי את הנשק ואיני יודע אם עשה שימוש בנשקי."

**ת/47ב, עד תביעה 25, ███ :**

"███ כבן 25 תושב שכם ו ███ כבן 27 תושב בית איבא עשינו פיגוע מטען חבלה וירי בכביש העוקף ליד בית איבא. כאשר נעצע לכניסה לבית איבא אני התקשרתי לנאצר עוויס והוא אמר לי שהוא שולח לנו אנשים ואמל"ח עבור הפיגוע. לאחר חצי שעה הגיע למקום ███ הם הגיעו ברכב בצבע לבן. כל אחד מהם היה עם רובה M-16 וכמו כן ברכב היה מקלע 250 מטען חבלה בתוך מצף כיבוי (אפטאיים). בערך בשעה 23:30 יצאנו כולנו ברכב הלכנ כדי לעשות את הפיגוע בכביש העוקף ליד בית איבא. ███ הניחו את מטען החבלה על הכביש וחיברו חוט

40

למטען התחבלה כי זה היה מטען שמופעל ע"יי חוטים ובטריה. איך שתם חיברו את החוטים ופתאום חיילי
צה"ל שהיו במארב פתחו עליהם באש. ████ נהרג ו████ נפצע ברגלו. ████ ירו
לעבר חיילי צה"ל אחר כך אני יחד עם ████ ████ ברחנו מהמקום".

ת/40א, עד תביעה 21, ████:

"תשובה: בתחילת אינתיפאדת אלאקצא, השתתפתי בפעילות זריקת אבנים לעבר קבר יוסף בשכם, ועל
כוחות הצבע בשכם, בחודש 6 שנת 02 פנה אלי ████ ████ ואמר לי שהוא מתכוון להקים חולייה
צבאית שיינכ לתנגים פתיח, והציע לי להתגייס לחוליה הצבאית, ואמר לי ████ שמטרת הקמת החוליה
הוא לבצע פיגונים נגד הצבא הישראלי באזור שכם, אני הסכמתי לכך, ובמסגרת החוליה הצבאית
(2) השתתפתי בעשרה פיגועי ירי לעבר הצבא באזור שכם, והשתתף אתי בפיגועי הירי (1) ████
... נאצר עוויס כבן 35 שנה ממתנה בלאמת והוא אחראי התנגים בשכם ████ (3) ████

שאלה: מי היה מתכנן ומכין לביצוע הפיגועים שבהם אתה השתתפת.

תשובה: נאצר עוויס הוא זה שהיה מתכנן לביצוע הפיגועים, והוא זה שהיה מספק לנו כלי נשק. שאלה:
לאיזה עמדות צבאיות ישראליות ביצעתם את הירי.

תשובה: בצענו ירי לעבר עמדות צבאית הנמצאת בתר אלטנה, כמו כן ירענו לעבר ההתנחלות אלון מורה
וירינו גם לעבר מחסום צקן סמוך לחווארה ...

הפיגוע השני, במהלך חודש 8 לשנת 2001, פנה אלי ████ נאצר עוויס ואמר לנו שצעירים
מתנגים רוצים להניח מטען חבלה בכביש העוקף באזור בית אירה ונבקש ממני ומן ████
להשתתף עם הצעירים בפיגוע הנחת המטע. ... הפיגוע העשירי היה פיגוע ירי לעבר החלונים ... החלוויה
עברה מחווארה לעברה וכאשר הגיע לכניסה למחנה חוואמרה אני ונאצר עוויס ████
████ ביצענו ירי לעבר משתתפים בהלוויה. הצבא קשיב אש ואני ונאצר ומחמוד ויאסר ברחנו מהמקום
ופנינו למתנה...".

עובדות האישום הוכחן.


**עבירות הרצח, ניסיון לרצח, גרימת חבלה חמורה וניסיון לגרימת חבלה חמורה**

המדינה מיחסת לנאשם עבירות של רצח בכוונה תחילה בחמשת האישומים הראשונים.
עבירות של ניסיון לרצח בכל האישומים.
עבירות של גרימת חבלה בכוונה מחמירה בחמשת האישומים הראשונים.
עבירות של ניסיון לגרימת חבלה חמורה באישום הששי והשביעי.

בתקשר לעבירות אלה מתעוררת השאלה מהו מעמדו של הנאשם.

סעיף 29(א) לחוק העונשין תשל"ז-1977 משמעינו כי כמבצע עבירה יחשב גם מבצעה בצוותא או
באמצעות אחר.

41

הוכח לנו שיחסו הנפשי של הנאשם לעבירות הללו אינו מוטל בספק , הנאשם רצה וחפץ בתוצאות המעשים הנפשעים בכל מאודו והיה ראש לחגשמת תכנית משותפת המבוצעת בצוותא־לגרום בכוונה תחילה למותם ולחבלתם של קורבנותיו כפי שהוכח.

אין לנו ספק ספקים על דבר היותו מבצע העבירות (עיין ע"פ 4389/93 מרדכי ועובדי נ' מדינת ישראל, פ"ד נ(3) 239 ופסקי הדין המוזכרים שם וכן ע"פ 2796/95 פלונו נ' מדינת ישראל, פ"ד נא(3) 388).

התשתית העובדתית שנגלתה לנו מעידה על כך שמעשי הרצח בוצעו מראשית עד אחרית, בזדון במטרה והחלטה לגרום למוות, מתוך מחשבה קרה התנהגות נשלטת וייושב הדעת ולאחר הכנה קפדנית ומדוקדקת.

אין לנו ספק ספקים כי יסודות עבירות הרצח בכוונה תחילה מולאו כי העבירות הוכחו וכי כפי שפורט לעיל הנאשם ביצע אותן.

פשיטא שגם יסודות העבירות של ניסיון לרצח הוכחו כדבעי.

תוכניתו של הנאשם לגרום בכוונה תחילה למותם של אזרחים רבים והוצאתה אל הפועל כמתואר לעיל כפי שהוכחה, מבססת מקל וחומר את יסודות העבירות של גרימת חבלה בכוונה מחמירה וניסיון לגרימת חבלה בכוונה מחמירה, גם עבירות אלה הוכחו כהלכה.

<u>נשיאת נשק שלא כדין</u>

המדינה מייחסת לנאשם גם עבירות של נשיאת נשק שלא כדין באישומים השני השלישי והשמיני.

הוכח שהנאשם נשא ללא רשות על פי דין רובי M-16 תחמושת ורימוני יד שהם בבחינת "ינשק" כהגדרתו בסעיף 144(א) לחוק העונשין תשל"ז-1977. הנאשם הודה בכך כפי שכבר פורט ואף הודה בכך שעשה בנשק שימוש. די אם נציין את הנטען בהודעותיו כדלקמן ;

" סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים...סיפקתי ל██████████ נשק לביצוע פיגוע התאבדות בתוך חדרה" (ראה ת"6)

וכן את הודאתו בפיגועי הירי המפורטים באישום השלישי כפי שפורט לעיל.

מכיוון שהמחבלים סעיד רמדאן ██████████ עשו שימוש בכלי הנשק בתוך ישראל כפי שכבר הוכח ומאתר ואף הוכחו עובדות האישום השמיני נראה שיסודות העבירות של החזקת נשק הוכחו גם הם כדרוש.

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 278

<u>סיכום</u>

לאחר שמצאנו כי המדינה הוכיחה את כל המעשים המיוחסים לנאשם בכתב האישום על פי הנטל המוטל עליה לעשות כן מעל ומעבר לכל ספק סביר אנו מרשיעים את הנאשם בעבירות להלן :

חברות ופעילות בארגון טרוריסטי בניגוד לסעיפים 2 ו- 3 לפקודת מניעת טרור התש"ח- 1948

קשר לבצע פשע בניגוד  לסעיף 499 לחוק העונשין תשל"ז-1977

רצח בכוונה תחילה בניגוד לסעיף 300(א)(2) לחוק העונשין תשל"ז-1977

נסיון לרצח , עבירה בניגוד לסעיף 305(1) לחוק העונשין תשל"ז-1977

גרימת חבלה בכוונה מחמירה בניגוד לסעיף 329(1) לחוק העונשין תשל"ז-1977

נסיון לגרימת חבלה חמורה, עבירה בניגוד לסעיפים 329(1) ו- 25לחוק העונשין תשל"ז-1977נשיאת נשק שלא כדין, עבירה בניגוד לסעיף 144 לחוק העונשין תשל"ז-1977

_____

ע' סלומון צ'רניאק,

שופטת

<u>השופט ש' טימן, אב"ד , והשופט נ' אחיטוב:</u>

קראנו את חוות דעתה המפורטת והמנומקת של חברתנו כבוד השופטת צ'רניאק ואנו מסכימים לתוצאה אליה הגיעה.

_____           _____

נ'   אחיטוב,        ש' טימן, שופט

שופטת            אב"ד

43

C:\Users\Owner\Desktop\le bates stamp\Nasser Aweis Conviction.doc

מדינת ישראל ני נאסר מחמוד אחמד עוויס                                        פח (תי״א) 1137/02

לפיכך, הוחלט להרשיע את הנאשם בכל העבירות המיוחסות לו בכתב-האישום כאמור     בחוות-
דעתה של כב׳ השופטת צ׳רניאק.

_____         _____         _____         _____
ע. צ׳רניאק, שופטת              ג. אחיטוב, שופטת              ש. טימן, שופט- אב״ד

ניתן והודע היום, כ״ט בניסן תשס״ג, 01 במאי 2003, במעמד ב״כ הצדדים והנאשם.

נוסח זה כפוף לשינויי עריכה וניסוח

44
נבו הוצאה לאור בע״מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\io bates stamp\Nasser Aweis Conviction.doc

P 5: 280