לההצעתי אך בטענו שהצטרפו אליו שני חבריו ███████ ███ אז פניתי לנאצר והודעתי לו את בקשתו של ███ ונאצר הורה לי לבדוק באם השלושה רציניים בכוונותיהם לבצע פיגוע התאבדות... לאחר שאימנתי אותם ביריו ב ███ צילמתי בוידיאו בביתי את ███ ואת ███ ביחד כשכל אחד מהם מחזיק M16 ומאחוריהם דגל פלשתין ודגל שהודא אלאקצה ו███ קרא את הצוואה שנאסר עוויס שלח אותה... ובאותו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר ביקש לפגוש את המתאבד הזה ולמחרת לקחתי את מג'די לסטודיו בשכם להצטלם ומשם לביתו של נאצר עוויס והשארתי אותו שם וכעבור יומיים נאצר ביקש ממני לרכוש רכב לצו לוחית עם לוחית ישראלית ואכן קניתי רכב מיצובישי שחור נגב במחיר 3500 שקל ... את הכסף עבור הרכב קיבלתי מנאצר עוויס אחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם נגשתי עם נאצר ועם ███ ... הופעתני שישנו אדם נוסף בשם ███████ ... ואז נאצר עוויס סיפר לי כי שני הנייל ███ ולפתחתי מסר שני רימוני יד...לפני שנה בערך ביקש ממני נאצר עוויס לקנות לו שני שקים של נשק מסוג M16 מסוב לצור ייצור מטעונים... וקניתי... ומסרתי אותם לנאצר עוויס לצורך הכנת מטעוני חבלה...לפני כשנה קניתי שני רובים מסוג M16 ...את הכסף עבור הנשקים האלה קיבלתי מנאצר עוויס...

ש. מהיכן הייית מקבל את הכספים עבור הוצאות לפעילות הצבאית

ת. מנאצר עוויס שישימש האחראי על מטעם שוהדא אלאקצה"

ובהודעה 18ת "יחד תכנון של מבצעי הפיגוע התאבדות בתוך התחנה המרכזית בחדרה בכך שאני ███ ... ונאצר עוויס העלינו רעיון שנשלח מתאבד או שנים שיבצעו פיגוע משולב של ירי ולאחר מכן פיצוץ הממטען שהיהיה על גופם ובכך התוצאה הינה גדולה ותגרום למות המונים הבניו ונאצר עוויס לקח על עצמו גיוס המתאבד ואני לקחתי על עצמי למצוא ישראלי שייסע בהכנסת המתאבד לישראל...ובסופו של דבר לא הצלחנו להוציא פיגוע זה אל הפועל... כ סיפר לי ...שהוא חבחין במסי דמים במרכזים בבית כנסת בים בקח אלגרביה לחזרה והציע לי שנארוני פיגוע התאבדות במקום. אני הסכמתי והודעתי זאת לנאצר עוויס האחראי עלי והוא אמר לי הולך ניקח את זה בחשבון אך בסוסו של דבר זה לא יצא לפועל. בנוסף לזה אני ה ███ ונאצר עוויס שוחחנו האפשרות לבצע פיגוע בתחנת דלק הראשונית בישראל בכך שנמצע להתעב מיכלית דלק שמגניע לחלק דלק בשכם ולהניח מטען חבלה במיכלית בלי שהנהג ירגיש מטען שמחובר לפלא פון ובשלב יותר מאוחר בעת שהמיכלית חוזרת לתחנת האם או מפעילים את המטען בכך שמתקשרים לפלא פון שמחובר למטען זה היה רק תכנון ולא יצא לפועל... חשבתי שנבצע פיגוע במשרד הבטחון בתל אביב אני שוחחתי על כך עם נאצר עוויס ██████████ והחלטנו לחסף פעילים מאומנים שיבצעו פיגוע שכזה...את הנשקים חייתי מביא לנאצר עוויס לפני כל יציאה לפיגוע... "

ובהודעה 20ת "... אני בטוח ש ███████ ידע שהרונים מיועדים למתאבדים שיוצאים לבצע פיגועים בתוך ישראל כי יאסר הוא איש סודו של נאצר עוויס וכי ███ הוא כותב הכרוזים של נאצר עוויס כרוזי נטילת אחריות על פיגועים שתובננו על ידי נאצר עוויס... "

ה עד ███████ מספר בהודעתו 40ת אי " פנה אלי ███ ואמר לי שהוא מתכנן להקים חוליה צבאית שייכת לתנזים פתיינ והציע לי להתגייס לחוליה הצבאית ואמר ███ שמטרת הקמת החוליה היא לבצע פיגועים נגד הצבא הישראלי באיזור שכם. אני הסכמתי לקח ובמסגרת החוליה הצבאית אני השתתפתי בעשרה פיגועי ירי לעבר הצקן באיזור שכם. והשתתף איתי בפיגועי הירי ... נאצר עוויס כבן 35 שנה ממחנה בלאטה והוא אחראי אחרינו התנזים בשכם...

ש. מי היה מתכנן ומכין לביצועם הפיגועים שבהם אתה השתתפת

ת. נאצר עוויס הוא זה שהיה מתכנן לביצועם הפיגועים והוא זה שהיה מספק לנו את כלי הנשק ...י"

21

פ"ח (ת"א) 1137/02    מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ובהודעה ת/40ג'י "בתחילת חודש 10 שנת 2001 נפגשתי אני ו███ עם נאצר עוויס ... ושם הציע לנו נאצר ללמד אותנו על אופן הכנת מטעני חבלה לצורך ביצוע פיגועים ולספק מטענים לאחרים בתנועה פתיח ולאחר הסכמתי והסכמת ███ בא אלינו נאצר עוויס לדירה שבה התגוררנו אני ו███ ברפידיה והיה נוכח ברשותו נאצר עוויס תומר נפץ בתוך חמש שקיות כל שק עשרה קיג ברשותו בערך 10 בלוני גז בגדלים שונים וחוטי חשמל וסוללות לבדירה נאצר עוויס לימד אותנו על אופן הכנת מטען חבלה ודרך הפעלתם כמו כן לימד אותנו נאצר על אופן הכנת חומר נפץ מהחומרים 1. דשן חקלאי אשלגני 2. גופרית 3. פחם...נאצר עוויס מספק לנו את החומרים הדרושים להכנת המטענים... המטענים שהכנו היינו מוסרים לאנשים מתנועים לצורך ביצוע פיגועים צבאיים נגד מטרות ישראליות בגדה המערבית..."

בהודעה ת/40ג'י : "ש. בהודעתך הראשונה מסרת שנאצר עוויס הוא זה שהיה מתכנן ביצוע הפיגועים והיה אחראי על תנוים פתיח בשכם האם אתה היית מודיע לנאצר עוויס אודות ביצוע הפיגועים שבהם השתתפת והפגועים שבוצעו על ידי אחרים שלך היה קשר איתם במסגרת תנוים פתיח

ת. כן אני ו███ היינו מודיעים לנאצר עוויס אודות כל פיגוע שביצענו ועל פיגועים שבוצעו על ידי נוספים היינו בקשר איתם ...

ש. האם היה לך קשר עם ███

ת. לא היה לי כל קשר עם ███ עימו היה לנאצר עוויס קשר עימו ███ היה מודיע אודות ביצוע הפיגועים שבוצעו נגד מטרות ישראליות ..."

ובהודעה ת/40ד'י " "לאחר הפיגוע בהתנבלות גדעונים כחודש הגיע אלי ███ וביקש ממני הרובה M16 אשר לקחתי אותו מהשומר שרצחתי בנידעונים ואני נתתי את הנשק ל███ להשתמש בו בפיגוע והוא החזיר לי את הנשק לאחר יום ולא סיפר לי מה עשה בנשק ורצה להוסיף כי נאצר עוויס לקח ממני את נשק M16 פעמיים בכדי שישתמשו בו פעולי התנוים ובחודש 9\2001 לקח ממני נאצר עוויס את הנשק בשל הנות מטען...שבוצע אותה ███ פעולי כוח 17 ...בחודש 10\01 לקח ממני נאצר עוויס את הנשק בשל ירי ...נקודה צבאיות ..."

העד ███ מספר בהודעתו ת/43א'י "ש. למה התקשרת לנאצר עוויס ת. כי הוא האחראי על שוחדא אלאקצה והוא עושה דברים כאלה אני שאלתי את נאצר עוויס אם היה יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע ונאצר אמר לי שישלח לי מישהו..."

בהודעה ת/43ב'י "אני אחרי שהתקשרתי לנאצר עוויס ואמרתי לו על הפיגוע (המדובר בפיגוע המתואר באישום הראשון) אשר ארע במסעדת "סי פוד מרקט") כי נאצר עוויס הוא אחראי כתאב שוחדא אלאקצה... ש. ספר לי מהיכן הכסף לפעילות ת. אני נתתי לנאצר עוויס את מס' חשבון בנק שלי והוא הכנים לחשבון שלי כ-7000 שקל...

ש. ספר לי על קשריך עם נאצר עוויס

ת. היה לי את המספר פלא של נאצר עוויס ואנחנו היינו מדברים בטלפון על הפעילות ו███ ידע על הקשר הזה שאנתנו מדברים ויהיה יום אמר לי נאצר עוויס שישלח לי את███ שאני אכין אותו ואשלח אותו לעשות פיגוע התאבדות... ואז עלי אמר לי ש███ אמר לו לא לתת לי באותו זמן כסף ונשק אני אמרתי זאת לנאצר עוויס ונאצר אמר לי שזה בסדר שנמשיך וכי הוא יביא לי נשק וכסף אני זוכר שנאצר עוויס אמר לי שיש לו עוד אנשים שרוצים לעשות פיגועי התאבדות והוא ישלח לי אותם..."

22

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 258

ובהודעה ת43הי " באותו לילה שהיה הפיגוע באולם השמחות בחדרה...אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שגדודי שוהדא אלאקצה עשו את הפיגוע הזה סיכמתי עם נאצר עוויס שלמחרת הוא ייתן לי כרוז שבו הוא לוקח אחריות על הפיגוע למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו ברמאללה..."

בהודעה ת43הי "אני ▮▮▮▮ הכינוי שלי ▮▮ הייתי אחראי ביחד עם נאצר עוויס על גדוד שוהדא אלאקצה ..."

העד ▮▮▮▮ בהודעתו ת47אי מספר "נאצר עוויס הוא האחראי על גדוד שוהדא אלאקצה ומבוקש לישראל בחודש ספטמבר 2001 נאצר עוויס התקשר אלי ובקש ממני להכין לו כרוז לזום השנה הראשון לאינטיפאדתד אל אקצא... הכנתי כרוז כזה ונתתי אותו לנאצר בביתו בבלאטה כמו כן לאחר מותו של ▮ נאצר עוויס היה מתקשר אלי לאחר פיגועים והיה מבקש ממני לכתוב כרוזים שבהם ▮▮▮▮ גדודי שוהדא אלאקצה לוקחים אחריות על הפיגוע ואני הסכמתי...לאחר שהיה פיגוע נאצר עוויס היה מתקשר אלי ומספר לי היכן היה הפיגוע ומי היה חברתו שעשה את פיגוע ההתאבדות ואני הייתי מכין את הכרוזים וכותב שגדודי שוהדא אלאקצה לוקחים אחריות על הפיגוע אחר כך הייתי מעביר את הכרוז לנאצר עוויס ונאצר היה שולח את הכרוז בפקס לעיתונאים  ש. סיפרת לי קודם שנאצר עוויס אחראי על גדודי שוהדא אלאקצה ומבוקש בבלאטה ומבוקש לישראל  אתה יכול לומר לי מי חבריו של נאצר עוויס לחוליה הצבאית ת. הם חוליה ת גדודי שוהדא אלאקצה נאצר עוויס הוא האחראי על החוליה

ובת47בי " בערך לפני כשלושה שבועות נאצר עוויס התקשר אלי ואמר לי להשיג לו בדחיפות שתי חגורות נפץ עבור פיגוע התאבדות. נאצר עוויס אמר לי להביא את החגורות נפץ בערך מאדם אחר ולא מ▮ כי הפיגוע מתגורת הנפץ שהכין ▮▮▮▮ חיה חלש הם ניסו את תגורת הנפץ זאת והפיצוץ היה חלש...אני פניתי ל▮ ▮▮▮▮ כי יש לו חבר שיודע לייצר חגורות נפץ...לאחר יומיים ▮▮▮▮ אמר לי ש ▮▮▮▮ הכין לנו תגורות נפץ אחת...והעברתי אותה ל▮▮▮▮ ..."

בת47גי " בתחילת שנת 2001 הייתי בביתו של נאצר עוויס במחנה הפליטים בלאטין ואז נאצר עוויס הציע לי גיוס לפעילות צבאית בגדודי חללי אל אקצא ואני הסכמתי. ש. האם נאצר עוויס אמר לכם מה הפעילות שתעשו  ת. כן הוא אמר שנעשה פיגועים נגד מטרות ישראליות ואז הציע לנו לעשות פיגוע מטען וירי על רכב צבאי..."

בת47די " לפני כחודש וחצי בערך התקשרתי לפלאפון של נאצר עוויס אחראי התנזים כתאב  אל שוהדא בשכם... והצעתי לנאצר את בית החולים תל השומר בישראל כמקום טוב לבצע פיגוע אני שמעתי שיש חיילים ישראלים בבית החולים תל השומר ולכן הצעתי לבצע פיגוע במקום הזה הנאצר אמר לי עכשיו לשכוח מנושא זה ובקש שאדבר בנושא זה עם ▮▮▮▮ בשנות העשרים שלהם פעיל בכיר בתנזים עוזרו של נאצר עוויס... לפני כחודשיים בערך פנה אלי נאצר עוויס סיפרתי לך עליו ובקש ממני לפנות לפעילי גאף ולבדוק איתם עזרה בביצוע פעילות צבאית ופיגועים אמרתי לנאצר שאני מכיר פעיל גאף...נאצר אישר לי ללכת אליו ונפגשתי עם ...וסיפרתי לו שאני פועל עם נאצר עוויס..."

ובהודעה ת47הי "י.. ▮▮▮ סיפר לי שיש לו בחור שמוכן לבצע פיגוע התאבדות אז אני אחרי מסי דקות התקשרתי לנאצר עוויס ואמרתי לו שיש מפגע מתאבד שמוכן לבצע פיגוע התאבדות ואז נאצר עוויס תנחה

23

נבו הוצאה לאור בע"מ  nevo.co.il  המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

אותי שהבחור ירד לרמאללה ...אחרי שבע חמישה ימים בערך שמעתי בחדשות שהיה מפגע מתאבד בשם
_____ מסאב שביצע פיגוע בירי באזור דתיית אל ... בירושלים ומהפיגוע נהרגו שני יהודים ויש פצועים
_____ נפצע קשה כי נורה על ידי החיילים. אחרי החדשות באותו היום של הפיגוע התקשר אלי נאצר
עוויס ומסר לי שהמפגע הוא _____ פעיל תנזים והנחה אותי להכין כרוז בשם כתאב שוהדא אל אקצה
שבו הארגון לוקח אחריות..."

על פי סעיף 1 לפקודת מניעת טרור התש"ח 1948, ""ארגון טרוריסטי" פירושו חבר אנשים המשתמש
בפעולותיו במעשי – אלימות העלולים לגרום למותו של אדם או לחבלתו , או באיומים במעשי – אלימות
כאלה, " חבר בארגון טרוריסטי" פירושו אדם הנמנה עליו , וכולל אדם המשתתף בפעולותיו, המפרסם
דברי-תעמולה לטובת ארגון טרוריסטי, או פעולותיו."

על פי סעיף 2 לפקודת זו  ישב אדם חממלא בין השאר תפקיד  בתהנלה או בתדרכה של ארגון
טרוריסטי או משותף בדיוניו או בקבלת החלטותיו של ארגון טרוריסטי, פעיל בארגון כזה.

הציטוטים שהבאנו לעיל הם דוגמא מהיריעה הרחבה והמפורטת אשר נפרשה לנו מתוך הודעות הנאשם
והודעות שותפיו עליהן הסתמכנו, יריעה עובדתית המבססת כהלכה את המסקנה המשפטית  שיסודות
העבירות בניגוד לסעיפים 2 ו 3 לפקודת הוכחו כדבעי כמו גם את המסקנה שהארגונים אליהם השתייכו
הנאשם ושותפיו הם ארגונים טרוריסטיים.

מלבד עבירות על פקודת הטרור אותן מייחסת המדינה לנאשם בכל האישומים שפורטו בכתב האישום
היא מיוחסת לו בכל האישומים עבירות בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977 .

עיקרה של עבירת קשר טמון בהסכמה בחשכמה בין שנניים או יותר לבצע מעשה בלתי חוקי. ההתקשרות צריכה
לחיות לשם השגתו של מטרה משותפת וצריך שהתתקשרות תלווה בכוונה שהמטרה המשותפת תוגשם.
המדובר כאמור במטרה שהינה מטרה פסולה בעיני החוק.

היריעה העובדתית שהוזכרה לעיל מבססת אף את המסקנה שהנאשם עבר עבירות בניגוד לסעיף
499 לחוק העונשין תשל"ז-1977.

הוכחתו את הנאשם על תפקידו מעמדו ופעילותו במסגרת הארגון אליו השתייך, פעילות שמטרתה
ביצוע פעולות טרור שאף הניבו תוצאות רצחניות והבלניות כפי שעד יתואר להלן, נתמכת במלואה בדבר
מה נוסף מהותי הנובע ממקורות נפרדים ועצמאיים,  אימרות כל אחד ואחד מן השותפים, המסבכות – כל
אחת על פי דרכה – את הנאשם בעבירות המיוחסות לו תוך התייחסות לנקודת ממשיע השנויה במחלוקת.
על התוספת המחזקת את עדויות השותפים כבר עמדנו לעיל.

המדינה הוכיחה את המעשים האלה המיוחסים לנאשם.

**האישום הראשון** :

נבו הוצאה לאור בע"מ    nevo.co.il    המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

פח (ת"א) 1137/02    מדינת ישראל נ' נאסר מחמוד אחמד עוויס



בתאריך ה- 5.3.02 הגיע המחבל ███████ (לחלו) ███████ למסעדת "סי פוד מרקט" בתל אביב כשהוא חמוש ברובה M16, רימוני יד וסכין בכוונה לבצע פיגוע רצחני.

בעת ש███████ הגיע למקום היתה המסעדה מלאה בעשרות רבות של אנשים. ███████ החל לירות לעבר האנשים במסעדה מנשק ה███████ מערבי", תשליך לתוכה רימוני יד שבדרך נס לא התפוצצו ומיד לאחר מכן התקרב למסעדה ודקר אנשים מיושבים הכל במסתרה לגרום בכוונה תחילה למותם של אנשים רבים שהתארחו במסעדה.

באירוע זה נדקרו למוות מסכינו של ███████ רס"ר סלים בריכאת זייל, בן 33, שהוא אחד השוטרים הראשונים שנגעו לזירת הפיגוע וחסתער על ███████ במסרה לעצרו, יוסף הבי זייל, בן 52, ואליהו דהן זייל, בן 53. עשרות אנשים נוספים נפצעו ולחלק מהם נגרמו חבלות חמורות. לאחר שכחות הביטחון הגיעו למקום הפיגוע נורה חסונו למוות. (עיון עדיות; עיית מסי 3 ███████; עיית מסי 4 ה███████ (מוצגת ת/91); עיית מסי 8 ███████; עיית מסי 9 ███████; עיית מסי 11 ███████; עיית מסי 13 ███████; עיית מסי 17 ███████; ת/32 (דו"ח פעולה על הנצחת הזירה ותפיסת מוצגים); ת/33 (רובה M-16); ת/34 (סכין מגואלת בדם); ת/35 (לוח תצלומים); ת/24(דו"ח פעולה); ת/25א (דו"ח פעולה); ת/52 עד ת/57 (תעודות מומחה).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם פעילים אחרים בארגון ובינהם ███████ (עיית מסי 23) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אורחים ישראלים רבים ובמסגרת התארגנות זו שהנאשם עמד בראשה גיום צוד והוסע לתל אביב אל מקום המסעדה. הנאשם הורה בין השאר ל███████ לצלם את ███████ לפני יציאתו לביצוע הפיגוע כמבצע מתאבד זאת על מנת שלאחר מכן ניתן יהיה לשלוח את הקלטת בה הוא מצולם לתחנות הטלויזיה השונות. ואכן, לאחר הפיגוע במסעדה התקשר הנאשם אמנם הנאשם לתחנות הטלויזיות השונות ולאמצעי תקשורת אחרים והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע ואף ביצע אותו.

הודיית הנאשם :

"ש. האם היה לך קשר לפיגועי התאבדות בת"א

ת. כן ███████ מסר לי בתחילת חודש מרץ 2002 כשהגיע לביתי במחנה בלאטה על כך ש███████ ביקש ממני אדם שיבצע פיגוע התאבדות (איסתשהאד) בת"א והודיע לי שהוא עומד לפנות לאדם בשם ███████ במקום מעונה שמשרת בכוח חימר בשכם ו███████ מסר ל███████ נשק מסוג M16 ורימוני יד ו███████ פנה אלי בעניין זה מאחר ואנחנו חולית צבאית ואני הבעתי את הסכמתי לפיגוע זה והוא שלח את ███████ ברכב ציבורי לרמאללה וסיכמנו עם ███████ שיפעוש את ███████ ברמאללה וכן סוכם ש███████ יצלם את ███████ לפני ביצוע הפיגוע ואחרי זה נשלח את הקלטת לתחנות הטלויזיות, אכן לאחר מכן הגיע ███████ לרמאללה ולפני ביצוע הפיגוע הכניסו אותו לישראל ו███████ הגיע לת"א ושמעתי בחדשות שירות לכיוון הישראלים למסעדה ונהרג ואז התקשרתי לתחנות הטלויזיות והתקשרתי ומסרתי שהפיגוע בוצע על ידי כתבאה שוחדא אלאקצה

ש. כמה אנשים נהרגו בפיגוע ת"א על פי הידוע לך

ת. על פי הידוע לי נהרגו שניים או שלושה אנשים ונפצעו יותר מעשרים אנשים

ש. לאיזה תחנות טלויזיות התקשרת והודעת להם שהפיגוע בוצע על ידכם

ת. אלג'זירה, אבודיבי – ישראל – אלמנאר – ולתקשרות המקומית

25

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 261

מדינת ישראל נ' נאסר מחמוד אחמד עוויס                      פ"ח (ת"א) 1137/02

ש. האם יש לך מה להוסיף בקשר לפיגוע בתל-אביב

ת. לא, אך באותה תקופה פנה אלי █████ מכתאב שוהדאא אלאקצה ואמר לי שישנם שני
אנשים ברצונם לבצע פיגוע בישראל ואני תבעתי הסכמתו לכך והודעתי ל█████ אודות עניין זה
ושאלתי אותו אם יוכל להכניס אותם וסוכם עם ████ ש█████ ████ █████ יעבירו
את שני האנשים המוסתשהידים לרמאללה ואחר כך התקשרתי ל█████ ומסרתי לו שהאנשים
בדרך אליו יש לציין ש█████ █████ פנה אלי כי אני אחראי כתאב שוהדאא אלאקצה".
(ראה ת/6)

דבר מה נוסף:

העד █████

"... התקשר אלי נאצר עוויס ואמר לי שיש עוד בחור שרוצה לעשות פיגוע התאבדות כי הוא שולח לי
אותו ואני אמרתי בסדר ואחר כך התקשר אלי █████ בחור שמר לי כי הגיע בשמו של נאצר עוויס ואני שלחתי
את █████ שיביא אותו ונתתי ל█████ 1000 שקל ואמרתי ל█████ שיקנה לבחור הזה בגדים חדשים ושיקח
אותו להסתפר ואמרתי ל█████ שיביא אותו אחרי כן לדירה השכורה ברמאללה ליד הבנק הערבי שבה היה
לפני כן █████ ולאחר מכן כשהגיעתני לדירת השכורה ראיתי את הבחור ואמר לי כי שמו █████ לישראל
שהוא בן 21 והוא אמר שהוא מעונן ואני לאחר מכן אמרתי ל█████ שייקח את █████ █████
שיעשה שם פיגוע ואמרתי ל█████ כי אביא לו גם נשק שיעשה הפיגוע ואחרי כן הביא█████ רובה M16 ונתן
אותו ל█████ █████ ואחרי כן לקח█████ את █████ למ.פ. אמרתי ל█████ █████ וחם נשארו
שם 3 ימים ובסופם התקשר אלי █████ ואמר לי שהוא יצא ולאחר מכן שמעתי שאותו █████ עשה
פיגוע בתל אביב במסעדה וכי נסע לשם עם █████ שתפסו אותם... לאחר כמה ימים
התקשר אלי █████ שהוא פעיל שוהדאא אלאקצה ופעל יחד עם נאצר עוויס ... ו█████ אמר לי
שיש לו מישהו שרוצה לעשות פיגוע התאבדות וכי ישלח לי אותו לרמאללה ואני אמרתי לו בסדר...". (ראה
ת/43א/י)

העד █████ בת/43/י: "יש. ספר לנו על פעילותך בעניין הפיגוע בתל אביב במסעדת סי פוד

ת. מי שעשה את הפיגוע הוא █████ שתגיע מאזור שכם מטאצר עוויס... לאחר מכן אני
התקשרתי לפאם פון של █████ שאיתו אני הייתי בקשר ואני הייתי אומר לו שהפעילות יצא לביצוע.
█████ אמר לי שאינו רוצה שהפיגוע יהיה בפנים בתוך ישראל ואני אמרתי לו שיחיה בסדר ואחרי
כן זה היה בשעה שלוש בלילה התקשר אלי █████ ואמר לי שעשו את הפיגוע והוא אמר לי להסתכל
בטלוויזיה ואני אחרי כן התקשרתי אל █████ ואמרתי לו שבוצע הפיגוע שיסתכל בטלוויזיה ו█████ אמר
לי שהוא רואה בטלוויזיה. █████ לא אמר לי כלום שהוא שעשו את הפיגוע בתוך ישראל ולא כמו
שהוא אמר שיהיה באיזור הגדוער. אני אחרי כן התקשרתי אל נאצר עוויס ואמרתי לו על הפיגוע כי נאצר
עוויס הוא אחראי כתאב שוהדא אלאקצה".

אישום שני

26

בנו הוצאה לאור בע"מ nevo.co.il המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\no bates stamp\Nasser Aweis Conviction.doc

פ"ח (ת"א) 1137/02      מדינת ישראל נ' נאסר מחמוד אחמד עויס

בתאריך 17.1.02 חגינו המחבל ███████ ( לחלן ███████ ) לאולם אירועים "ארמון דוד" בחדרה כשהוא חמוש ברובה M16, רימוני יד ועל גופו אפוד ובתוכו מחסניות בכוונה לבצע פיגוע רצחני.

באולם התקיימה מסיבת בת מצווה של הנערה נינה קרדושוב והשתתפו בה עשרות רבות של אורחים. ███████ התפרץ לאולם וירה לכל עבר ובטרם השתלטו עליו כמה מן האורחים הצליח להרוג לגרום בכוונה תחילה למותם של שישה מן האורחים והם אנטולי בקשייב ז"יל בן 63, אדוארד בקשייב ז"ל בן 48, בוריס מליחוב ז"ל בן 56, דינה בנייב ז"ל בת 48, אליס בן ישראל (אהרון) ז"ל בת 32, אבי יזדי ז"ל בן 25 ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות (עיין עדויות : עיית מסי 1 ███████ ; עיית מסי 24 ███████ ; עיית מסי 12 ███████ ; עיית מסי 20 ███████ ; ת/1ו (מצגת), ת/27ו (מסמכים רפואיים); ת/38ו (רובה M 16 ); ת/44ו (קליעות); ת/58ו (חוד מומחה); ת/59ו(הודעת פטירה אנטולי בקשייב ז"ל); ת/60ו(הודעת פטירה יזדי אבי ז"ל); ת/61ו(הודעת פטירה מליחוב בורים ז"ל); ת/62ו(הודעת פטירה בנייב דינה ז"ל); ת/63ו עד ת/66ו- (חוד מומחה)).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר עם ███████ (עיית 6 ) ופעילים נוספים להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת ההתארגנות הזו שהנאשם עמד בראשה גייס ███████ אומן בירי ברובה M16 צויד בנשק ומחסניות לצורך אימוני חירי ולצורך ביצוע המעשה והוסע למקום הפיגוע בחדרה. טרם הפיגוע צולם ███████ לפי הוראת הנאשם כשהוא קורא קריאה צוואה שנכתבה עבורו על ידי הנאשם וכשהוא מחזיק בידו רובה M16 השייך לנאשם כדי שלאחר הפיגוע ניתן יהיה לשלוח הצילומים לאמצעי תקשורת ולאחר הפיגוע אף הורה הנאשם ל███████ (עיית 25 ) לחנכן כרוזים שהופצו בהם נמסר כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת/5:

"12. סיפקתי ל███████ נשק לביצוע פיגוע התאבדות בתוך חדרה".

ת/6:

"ית. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ו███ בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות הנחת מטעני נפץ בקרב זואתה ובפיגועים הללו השתתפתי ו███ ███████ ודיווחתי לו גם כן אודות פיגוע ההתאבדות בירושלים ובחדרה שבצענו

ש. איזה פיגוע התאבדות בחדרה

ת. הפיגוע שבוצע ע"י ███████".

"והאם אתה יכול להסביר איך בוצע פיגוע חדרה וירושלים

ת. כן, ███ תושב בית אמרין פנה – ל███ (עיית מסי 6) ואמר לי שרוצה להתאבד (אללאסט שהאד") ███ פנה אליי והודיע לי ואחרי פטירת ███████ החלטנו לבצע פיגוע ו███ צילם את ███ במחנה בלאסוו אני מסרתי לו נשק מסוג M16 ורימוני יד ומסרנו ל███

27

נבו הוצאה לאור בע"מ nevo.co.il    המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\o bates stamp\Nasser Awels Conviction.doc

מדינת ישראל נ׳ נאסר מחמוד אחמד עוויס                1137/02 פח (ת״א)

400 שקלים ונסע לטולכרם ברכב ציבורי ושם נפגש עם ████████ אצל ████████ תושב טולכרם ושם ע״פ הפגוע היתה ████████ אחראי לשליחותו לחדרה והפיגוע בוצע באולם ועל פי הידוע לי נהרגו מספר אנשים בפיגוע בהזיי.

דבר מה נוסף :

████████, ת/17, עמ׳ 3 :

"אני מודה גם שאני זה שצלמתי את ████████ מבית אמרין לפני שיצא לבצע פיגוע ההתאבדות בחדרה לפני כחצי שנה בערדי".

ת/18, עמ׳ 14 : "את האמת אני אשר גייסתי את ████████ ████████ תושב בית אמרין, הוא חבר שלי ועבדנו יחד בשכם בבטחון הלאומי ████████ ביקש ממני לפני כחצי שנה לסדר לו שיבצע פיגוע התאבדות... לאחר שביקש ████████ לסדר לו יציאה לבצע פיגוע התאבדות בישראל אני פניתי לנאצר עוויס וסיפרתי לו על ████████, ... ואז התלהט להוציא אותו לפיגוע התאבדות בכמות למותו של ████████. נאצר ביקש ממני לאמן אותו על נשק בכדי שיהיה מוכן לבצע את הפיגוע בהצלחה. ואני עשיתי זאת אמנתי אותו על נשק מסוג M16 ... את הנשק ושמונה מחסניות לקחתי מנאצר עוויס. יום לאחר מכן הבאתי את ████████ לביתו של נאצר במחנה בלאטה ובביתו של נאצר ובנוכחותו צלמתי את ████████ שהוא קורה (כך במקור) את הצוואה שכתב נאצר שהוא מחזיק בנשק M16 של נאצר כשהוא עושה תנועה של השהאדה באצבע, צלמנו אותו במצלמת וידיו ומצלמת רגילה את הקלטת והתמונות לקח נאצר מסרנו ל████████ נשק M16 ושש מחסניות ושני רימוני יד אשר הביא נאצר. לאחר הצילום בערך בשעה שמונה בערב אני יצאתי לחטוף מונית ואכן מצאתי את ████████ נהג מונית תושב בלאטה כבן 26 וביקשתי ממנו סיוע בהעברת בחור לטוב׳ מבלי לספר לו שמדובר במתאבד והוא הסכים לכך וניסע את ████████ לטוב׳. את הרובה M16 והמחסניות ורימוני החד לקח בתיק לאחר שפירק את ה- M16 לשניים. כאשר ████████ נסע לטוב׳ במוניתו של ████████. נאצר התקשר ל████████ ועדכן אותו שהתבחרו בדרך אליו, לציין שנאצר דיבר עם ████████ לפני כן בכדי שיכין את עצמו לקבלת ████████ ובכדי לתת לו סיוע לשם כניסתו לישראל את זה ידעתי מנאצר אני לא היה מעורב בשיחות ביניהם. נודע לי לאחר מכן ש████████ קיבל את ████████ בתוכ׳ וכשהוא הגיע לחדרה הוא ביצע פיגוע באולם השמחות ושהוא נהרג והרג מספר ישראלים אני חושב שישה במספר..."

ת/43 :

"ויבאותו לילה שהיה הפיגוע באול השמחות בחדרה אני הייתי יחד עם ████████ ██ וי████████ במטעדת האותודוכסים ברמאללה פתאום הודיעו הטלוויזיה על הפיגוע באולם השמחות בחדרה. אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שאנשי גדודי שוהדא אל אקצא עשו את הפיגוע הזה פיגוע חדרה סיכמתי עם נאצר עוויס שלמחרת הוא יתן לי כרוז שבו הוא לוקח אחריות על הפיגוע. למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו ברמאללה".

אישום שלישי :

28

בתאריך 22.1.02 הגיע המחבל סעיד רמדאן אל רחוב יפו פינת רחוב לונץ במרכז ירושלים כשהוא חמוש ברובה M16 ושתי מחסניות ואזאת בכוונה לבצע פיגוע רצחני. רמדאן ירה לעבר אזרחים שעברו במקום באותה עת וגרם בכוונה תחילה למותן של שרה המבורגר ז"ל בת 79 ואורה ז"ל בת 56, אשר הלכו לתומן ברחוב ולפצעיתם של עשרות אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות. רמזאן נורה נורה למוות על ידי שוטרים שהגיעו למקום. (עיון עדויות,; עיית מסי 22    ; עיית מסי 26    ; עיית מסי 3    ; עיית מסי 14    ; עיית מסי 15    ;ת30א(מוצגת)ת48 (M-16 ) ; ת18א (לו"ח תפיסת מוצגות)ת77(תצלומים מזירת האירוע), ת78 (הודעת פטירה של המבורגר שרה ז"ל) ; ת79 (הודעת פטירה של סנדלר אורה ז"ל)).

לטעמת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם    ופעילים אחרים לבצע  פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים בים קידומו של הקשר והוצאתו אל הפועל בהתגשמתו של הנאשם גויי המחבל סעיד רמדאן צויד, צולם כמתבצד מתאבד הכל על פי הדפוס האופייני לארגון כפי שתואר באישומים קודמים והוסע למקום הפיגוע. לאחר הפיגוע הופץ הצילום של המחבל לאמצעי התקשורת.

הודיית הנאשם :

ת/5:

"11. סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים".

ת/6:

"ש. איזה פיגוע בירושלים

ת. הפיגוע שבוצע על ידי סעיד רמדאן בחודש 9/2001".

"... ופיגוע ירושלים בוצע בכך שסעיד רמדאן פנה אל    ואמר שהוא חבר של    וברצונו לקנות את הרינגו ו    הודיע לי ואז נפגשתי עם סעיד (הנבנני שהוא רוצה לבצע את הפיגוע והתקשרתי ל    ברמאללה ובקשתי ובקשתי שיביל אותו לירושלים ו    הסכים לכך וסעיד נסע ברכב ציבורי לרמאללה ושם נפגש עם    ולמחרת נסע סעיד לירושלים וירה לעבר קבוצת שוטרים ואזרחים ובפיגוע הזה נהרגו שני אנשים וסעיד".

דבר מה נוסף

ת/43א":

"אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע. ונאצר אמר לי כי ישלח לי מישהו ולאחר כמה זמן הגיע אלי    מכפר תל שכם שהוא כבן 25 ואמר שיעשה את הפיגוע אני פגשתי אותו ליד הקולנוע ברמאללה והתקשרתי ל    שיבוא גם כן ויהיה איתנו ומשם הלכנו לסלון שסעיד הסתפר ואז התקשרנו ל    ושאלנו אותו אם נוכל להכניס את החבורה הזה שרוצה לעשות פיגוע התאבדות לירושלים ו    אמר שהוא יכול לעשות זאת ואז הלך    במכוניתו לראות את הדרך מה קורה. ואני עם

29

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

█████ לקחנו את סעד שיפגל ויאכל וקנינו לו מכספי בגדים ונעליים חדשים ב- 1,200 ₪ ואחרי כן אני
אמרתי ל█████ שיביא רובה M16 ו- 3 מחסניות עם כדורים ושינתן אותם לסעד והוא הביא
ואז הגיע למקום █████ במכונית האיסוזו של █████. זה היה בצהרים שהם נסעו עם
סעד לירושלים. ואנחנו איחלנו להם בהצלחה והם נסעו עם █████. אני לא אמרתי להם לאן שיסע, לאן
שרצו הם היו יכולים לקחת אותו.

ש.ת. אנחנו לא צילמנו את סעד בוידאו לפני הפיגוע כי נאצר עוויס עשה זאת לפני כן.

שאלה: בתחילת העדות אמרת לי שאינם מכיר את █████ וכל השאר ועכשיו אני
רואה שפגשת בהם. איך זה.

תשובה: אני █████ הכרתיו אותם באותו האבלים של █████ שם ראיתי אותם. בערך בארבע וחצי
בצהרים שמעתי בחדשות שהיה פיגוע ירי ברחוב יפו בירושלים ואני יודעי שזה הפגוע של סעד. ואז
התקשרתי אל █████ ושאלתי אותו אם זה הם ... שלקחו את סעד לרחוב יפו ו█████ אמר שהם
הורידו אותו ברחוב יפו ושמעו את הירית שירה לאחר שירד מהאוטו. למחרת היום לקחתי מ█████
█████ 1000 דולר ואמרתי כי שיאשאו האנשים לבצע פיגוע כי אבד חשק בגונע. ונתתי ל█████
█████ כל אחד 100 דולר על הפגוע הזה. לאחר מכן הגיע אלי
█████ ועוד בחור שממו █████ מקטנדוזה ושאלו אותי למה לא שילמתי להם על
הפגועים שעשו ואמרתי להם שאבדוק זאתי.


## אישום רביעי :

בתאריך 9.3.02 הגיעו המחבלים █████ לאזור מלון "ירמ"י" ברח' גד מכנס בנתניה
כשהם חמושים ברובה M16 וברימוני רסס. השניים ירו בצרורות לעבר אולם הכניסה של המלון וכן השליכו
שני רימוני רסס. השניים הצליחו לגרום בכוונה תחילה למותם של התקועקת אביה מלכה ז"ל וכן בת שנה
במהלך השתלטות כוחות הביטחון על השניים נורה גם ניחוא ישראל ז"ל בן 29 אשר שהח בקרבת מקום.
כתוצאה ממעשה השניים אף נפצעו עשרות אנשים נוספים ולחלקם נגרמו חבלות חמורות (עניין עדויות;
עית מספר 2 █████ ; מצגת ת2/ ; עית מספר 10 ג.מ. ; עית מספר 16 █████; חדרית ת28/;
ת26/ (מסמכים רפואיים של ע"ית מסי 11 ; ת29-ת30/ (רובי סער); ת31/(צלומים) ; ת67/ (חוד מומחה);
ת68/(הודעה פטירה של מלכה אביה ז"ל) ; ת69- ת71/ (חו"ד מומחה)).


לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר עם █████ (עית
מספר 6) להוציא לפעול פיגוע ושמטרתו לגרום למותם ובכוונה תחילה של אזרחים ישראלים רבים ובמסגרת
התארגנות זו שבועצע בתכונתו של הנאשם ולשם הוצאתו אל הפועל גייסו █████ וסעד צוידו ברובה
M16 שתים עשר מחסניות ושני רימונים על ידי צלמו קוראים את צוואתם כשהם מחזיקים רובה M16 והוסעו
למקום הפיגוע. לאחר הפיגוע ועל פי הדפוס האופייני התקשר הנאשם לכלי התקשורת והודיע להם כי
הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.


הודיית הנאשם :
ת/5 :
6."מסרתי נשקים לביצוע פיגוע בנתניה."

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ת/7:

"יש. האם יש לך קשר לפיגוע ירי בנתניה

ת. כן היה לי קשר לפיגוע ירי בנתניה שבוצע על ידי מתאבדים שלא ידועים לי שמותיהם ולפני הפיגוע הזה כיומיים התקשר אלי ████ ואמר לי שבידכולתו להכניס שניים לישראל על מנת שיבצעו פיגוע התאבדות ואני פניתי ל████ ושאלתי אותו באם הוא יכול להכניס מתאבדים והשיב לי בחיוב ואני מסרתי ל████ שני רימונים (█████ מסר להם שני נשקים מסוג M16 ו████████ צילם אותם והסביר להם על הפיגוע ונסע עימם לבאקקה אלשרקיה ושם אותם והלכו בדרך עפר לישראל ומשם לנתניה ו████ חזר לשם ואחרי מספר שעות שמעתי בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים ושוטרים נפגעו בפיגוע ונרצחו שניים ושניים אחרים נהרגו על ידי המשטרה. התקשרתי לכלי תקשורת ולקחתי אחריות על הפיגוע

ש. האם יש לך מה להוסיף בקשר לפיגוע לפיגוע נתניה

ת. לאיי.

דבר מה נוסף :

█████ (עיית 6 ) בת/13

"אני מודה שלפני כחודש כחודש סיפר לי נאצר עוויס כי הוא מתכוון לשלוח שני מתאבדים לעיר נתניה לביצוע פיגוע התאבדות ובקש שאני אסייע לההביל את המתאבדים משכב לכפר ראעי ובמונב אני הסכמתי.

שאלה: מי הם שני המתאבדים האלה.

תשובה: המתאבד הראשון הוא ████ תושב מחנה עין בית אלמא והשני שמו ████ תושב מחנה עסהר ..... שניהם נפגעו בפיגוע. באותו יום נאצר עוויס סיפר לי כי ████ עבד בנתניה מכיר את האזור טוב. שאלה: נאצר עוויס סיפר לי כי מכדי מכדי תושב אלענע שהוא בן 28 שנים נשוי עובד במשטרה הימית בשכם והוא פעיל בכתהאב שוהדאא אל אקצא. מכדי הוא שותפו של נאצר ושלי בתכנון ושליחות המתאבדים לנתניה, ונאצר ביקש שאני אוביל את שני המתאבדים בפונטיאק הגנובה בעלת לוחיות זיהוי ישראליות משכב לכפר ראעי ואני הסכמתי, באותו יום של הפיגוע יצאתי בסביבות השעה שלוש בצהריים במונית לאזור גבל שמאלי בשכם ושם חיכו לי ████ ועמו שני המתאבדים בפונטיאק. ████ לבש מכנסי גינ'ס כחולים וחולצה ותולצה שחורה וסעד לבש מכנסיים ירוקים ומכדי הוא מכדי נפרד מהם ואני הובלתי אותם עד לכפר ראעי בפונטיאק. שאלה: איזה נשקים היו למתאבדים הנ"ל. תשובה: ברשות כל אחד מהם היה רובה M-16 ████ וראיתי את ████ מחזיק שקית נילון שחורה שבתוכה היה מטען נפץ ואחרי שהגענו לכפר ראעי התקשרתי לנאצר עוויס והודעתי לו כי הגענו ונאצר ביקש לשוחח עם ████ ושמעתי את ████ אומר לנאצר כי הוא מכיר את ████ חדרג' משם, ואז ████ נתן לי את הפלאפון ונאצר נתן לי הורה לי לחזור לשכם במכונית ואכן זה מה שעשיתי וכאשר חזרתי לשכם שמעתי בחדשות אודות הפיגוע בנתניה שבו נהרגו שני המתאבדים ואני זוכר שדיברנו על פיגוע בבית מלון בנתניה".

ת/18:

"שאלה: אתה בעדותך השנויה אשר מסרת דיברת על פיגוע התאבדות בנתניה חודש לפני מסירתך העדות ואתה טענת שתפקידך היה לההביל את שני המתאבדים משכב לכפר ראעי , מהיכן לקחת אותם בדיוק והאם ידוע לך האם הם צולמו לפני יציאתם לבצע את הפיגוע!

31

**תשובה:** בנוסף לכך שהובלתי את שני המתאבדים ███████ וסעיד אני מודה שום לפני הפיגוע התקשר אלי נאצר עוויס וביקש ממני להגיע לכיכר בשכם ולאסוף את ███████ וסעיד ולאחר מכן להגיע אליו לביתו במחנה בדר שינתן לי צוותא שהכין עבור שני המתאבדים וביקש ממני לקחת את שני המתאבדים אף הבוקר לצלם אותם ולהמתין להוראות.

וזה מה שעשיתי, אספתי אותם, לקחתי את הצוותא מנאצר גם מצלמה וידאו וכשהגעתי הביתה אני צלמתי את שניהם ███████ קורא את הצוותא ושהם מחזיק בידיהם M-16 כל אחד.

**שאלה:** ממי קיבלו את הנשקים?

**תשובה:** אני לקחתי את הצוותא ואת המצלמה מנאצר. הוא נתן לי שני נשקים M-16 ושתים עשרה מחסניות מלאות בכדורים ורימוני יד אחד ואני מסרתי להם אותם".

**אישום חמישי:**

בתאריך 30.3.02 המתאבלים ███████ (לחלן: ███████) חיו בדרכם לביצוע פיגוע בישראל, כשהם חמושים ברובה M-16, ברימוני יד ובמטען חומר נפץ. ███████ נתקלה בכוח של שוטרי מג"ב בסמוך לבאקקה אל גרבייה ופתחו בירי לעבר השוטרים וכן השליכו רימון רסס.

השניים הצליחו לגרום בכוונה תחילה למותו של שוטר מג"ב רס"ל קונסטנטין דנגלוב ז"ל ולפציעתם של חשובי רס"ב אמל איברהים (עניין עדויות, ע"ת מסי 27 ; ███████ ; ע"ת מסי 18 ; ███████ ; ע"ת מסי 19 ; ███████ , ת/49ו (דוח תפיסת מוצגים) ; ת/72 - ת/73 (חוד מומחה) ; ת/74 - ת/75 (תצלומים) ; ת/76 (חוד מומחה)).

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי, קשר קשר עם ███████ (ע"ית מסי 6) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו, שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפועל, גייסו את ███████ צוידו ברובה M-16, ברימוני יד ובתחורת נפץ. הנאשם אף הורה לדאוג להצעתם של השניים לישראל, העביר סכום כסף בסך 3,500 ₪ שנועדו לרכישת רכב גנוב שישמש להעברתם, וכן הורה לחדר ללונות השניים חלק מהדרך. לאחר הפיגוע התקשר הנאשם לכלי התקשורת והודיע כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם:

ת/5:

נבו הוצאה לאור בע"מ    nevo.co.il    המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Awels Conviction.doc

P 5: 268

"10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה (הערת חוקר התעבדות) שהיתה אמורה להתבצע בחדרה אך הפיגוע לא הצליח ואנשים נהרגו בקרבת באקא אלגרביהי.

ת/6:

"ת. כן אני ו[████]עבדנו יחד לשלוח מתאבדים עם [████] מסילת

אלדיהד ובמזרחה והיינו נזקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו נעזרים ב[████] ולפני כניסת החבצא לשכם כשבועיים ביקשתי מ[████] שינסה להשיע תגורת נפשי למתאבד על מנת לבצע פיגוע בתוך ישראל ו[████] אכן הביא תגורת נפש ומסרנו אותה למתאבד שנסע עם אדם אחר לביצוע פיגוע בישראל וכשהגיע לבאקה אלגרביה ירו חיילים לעברו ושניהם נהרגו ובזמן חילופי הירי נהרג שוטר משמר הגבול בבאקה

ש. היכן היה אמור להיות מבוצע הפיגוע שאתה מזכיר

ת. בחדרה ולא הגדרנו מטרה ועל פי התכנון היה אמור אחד המתאבדים לירות והשני יפוצץ עצמו...

ש. מה סוג הרכב שנסעו בו המתאבדים

ת. לא ידוע לי אך מסרתי ל[████] 3,500 ₪ במספר על מנת שיקנה רכב גנוב להעברת המתאבדים ו[████] נסע עמם לטול כרם והראה להם את הדרך וחזר לשכם ברכב ציבוריי.

ת/7:

"אחרי מעצר הארבעה בדרכם לרמאללה פנה אלי [████] [████]והודיע לי שברצונו לבצע פיגוע התאבדות ליד חיילים ישראלים וביקש ממני נשק מסוג M16 והיה ברשותי תגורת נפש ואני אכן מסרתי לו M16 וסיכמנו שהפיגוע יבוצע בתוך ישראל ליד חיילים ואחרי שהמתאבד התפוצץ אחד אדם אחד נפצע ועל פי דברי [████] הצליח לאחר שני אנשים שיבצעו את הפיגוע אדם אחד באתר הפיגוע ושני מגויס

ש. איך הכיר [████]שני אנשים שהיו אמורים לבצע את הפיגוע ליד החיילים

ת. על פי מה שסיפר לי ש[████] הוא זה שהכיר לו את האדם משכם ו[████]הכיר את תושב גיוס

ש. מי הכניס את המתאבדים לישראל

ת. אדם בשם [████] מטול כרם

ש. איך נכנסו ואיך בוצע הפיגוע בישראל

ת. נכנסו ברכב גנוב על יד[████] ואחרי שנכנסו לישראל והיו בדרכם לחדרה על מנת לבצע את הפיגוע, אחרי מספר שעות שמענו ברדיו שמהמשטרה הישראלית חדשה ברכב גנוב והיו חילופי ירי עם המתאבדים ונהרגו ונפצעו שניים מהמשטרה למיטב ידיעתי

ש. איך בוצע חילופי האש עם המשטרה

ת. בדרך לחדרה רכב המשטרתי חשד שהרכב גנוב וביקשו מהם לעצור אך הם התחילו לירות ואחר כך הצליחו אנשי המשטרה להרוג אותם ואחרי ששמעתי ברדיו שנהרגו התקשרתי לכלי התקשורת והודעתי להם שהפיגוע בוצע על ידי כתאב אלאקצהי".

דבר מה נוסף:

נם הוצאה לאור בע"מ  nevo.co.il  המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\no bates stamp\Nasser Aweis Conviction.doc

פח (ת"א) 1137/02                מדינת ישראל נ' האסר מחמוד אחמד עוויס

ת/13 (עית' 6), ███████ :

"...ובאותו יום דיווחתי לאצר שברשותי מתאבד ואז נאצר בקש לפגוש את המתאבד הזה. ולמחרת לקחתי את ███ לסטודיו בשם להצטלם ממש לביתו של נאצר עוויס והשארתי אותו שם וכעבור יומיים נאצר ביקש ממני לרכוש רכב עם לוחית זיהוי ישראלית ואכן קניתי רכב מיצובישי שחור גנוב תמורת 3,500 ₪ ממושב טובאס, את הכסף עבור הרכב קיבלתי מנאצר עוויס ואחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב שם ונפגשתי עם נאצר ועם ███ ███ והופתעתי שיש" אדם נוסף בשם ███████ ███ תושב שכם כבן 20 שנים וזו פעם ראשונה שאני רואה את הצעיר הזה ואז נאצר עוויס סיפר לי כי שני הנ'יל ███ עומדים לצאת לפיגוע התאבדות ואז נאצר מסר ל███████ נשק מסוג M-16 ולפתחי מסר שני רימוני יד, ובתכנית היתה ששניהם יכנסו לישראל לכל מקום שאלוו יוכלו להגיע ושם יבצעו פיגוע התאבדות תוך כדי ירי ב-M-16 וזריקת רימונים ואחרי שהכנ אותם הסעתי אותם עד כפר ראעי ושם מסרתי אותם ל███ . אותו ███ שהוביל את המתאבד שספרפתי עליו קודם ובאותו יום הגעתי לכפר ראעי בסביבות השעה 11:00. ... וכעבור שעה ███ התקשר וסיפר כי שמע ששניהם נהרגו בבאקה לאחר שפגעו בשוטר של משמר הגבולי".

### אישום שישי :

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, היו שני מחבלים שזהותם אינה ידועה לביצוע פיגוע בירושלים, כשהם חמושים ברובי קלצ'ניקוב וברימוני יד. המחבלים נתפסו במחסום צה"ל על ידי כוחות הביטחון ובכך נמנע בדרך נס פיגוע חרב המוני אליו יצאו השניים במטרה לגרום בכוונה תחילה למותם של אזרחים ישראלים רבים.

לטענת המדינה הנאשם היה אחד ממפקדיו הבכירים של הארגון חטרוריסטי קשר עם ███████ ██ ופעילים נוספים להוציא לפועל פיגוע שמטרתו יגרום למותם בכוונה תחילה של אזרחים ישראלים רבים. במסגרת ההתארגנות שהנאשם עמד בראשה גויסו המחבלים, צוידו ברובי קלצ'ניקוב ורימוני יד ואף הוסעו בדרך למקום הפיגוע.

### הודית הנאשם :

ת/6 :

" ...באותה תקופה פנה אלי ███████ מכתאב שוחדאא אל אקצה ואמר לי שישנם שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי ל███████ אודות עניני זה ושאלתי אותו באם נוכל להכניס אותם וסוכם עם ███ ש███████ יעבירו את שני האנשים המוסעתשהידים לרמאללה ואחר כך התקשרתי ל███████ ומסרתי לו שהאנשים בדרך אליו , יש לציין ש███████ פנה אליו כי אני אחראי כתאב שוחדאא אל אקצה
ש. האם ידע ███████ אודות הפיגוע
ת. ███ עובד נהג רכב ציבורי ו███ חבר של ███████ לא ידוע לי באם היו יודעים אודות הפיגוע

34

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 270

ש. היכן סוכם שיפגשו ברמאללה

ת. עיף הסיכום ▬▬▬ היה אמור להיות בקשר עם הארבעה ובהגיעם לאיזור רמאללה
יתקשר אליי ואני אתקשר עם א▬▬▬▬ ואודיע לו על מקומם על מנת שיפגשו אותם

ש. איזה נשק לקחו עמם ואיך היה אמור לבצע את הפיגוע

ת. פיגוע ירי וזריקת רימונים ▬▬▬▬ מסר למתאבדים שני רימוני יד ועי"פ תסיכום▬
היה אמור לתת להם שני רובים מסוג קלצ'ניקוב

ש. היכן היה אמור לבצע את הפיגוע

ת. בירושלים המערבית

ש. האם הפיגוע בוצע

ת. הארבעה נעצרו במחסום בדרכם לרמאללה

דבר מה נוסף :

▬▬▬▬ ת/17, עד תביעה 6,

"כמו כן תכננו לבצע פיגוע התאבדות בתוך ירושלים ושלחנו את המתאבדים לרמאללה לשם קבלת
חגורת נפץ אך בדרך הם נעצרו לבצע את הפיגוע התאבדות הם (1)▬▬▬▬▬▬▬ משכם, כבן
20 רוק ן (ומובטל (2) ▬▬▬▬ תושב שכם כבן 20 רוק ן ועובד כמכונאי רכבים ▬▬▬ זה שם כינוי וזה
היה לפני ארבעה חמשה חודשים בערך. יחד אתי תכנן פיגוע זה נאצר עוויס ... שנבצע פיגוע במשרד הבטחון
בת"א. אני שוחחתי על כך עם נאצר עוויס ו▬▬▬▬▬▬▬ והחלטנו לחפש פעילים מאומנים שיבצעו פיגוע
שכזה ובסופו של דבר לא חיפשנו פעילים ולא ביצענו זאת. בקשר לשני המתאבדים▬▬▬▬▬
▬▬▬ אשר חיו בדרכם לרמאללה לקבלת חגורות נפץ בכדי שימשיכו לירושלים לבצע פיגוע התאבדות ועל
זה סיפרתי בעדותי השניה. ברצוני להוסיף מסמר נקודות שלא הזכרתי ... כאמור צלמתי אותם במצלמת
וידאו כשהם קוראים את הצוואה וברקע הנחתי דגל כתאבאג שוהדאא אלאקצה ובזמן הצילום נופף בנשק
מסוג ברטה שאני מסרתי לו את הקלקות מסרתי ונאצר עוויס לאחר מכן, באותו לילה ישנו שלושתנו בדירה
ולמחרת בבוקר התקשרתי ל▬▬▬ נהג מונית, אני מתקן התקשרתי לחברי בשם ▬▬▬▬ ובקשתי
ממנו שישלח לי מונית לדירה שבה אני חוייני עם הצעירים והוא שלח לי נהג מונית בשם ▬▬▬, ושהגיע
בשעה 10 בבוקר שני הצעירים עלו במונית ואני בקשתי מהם שברגע שהם מגיעים לרמאללה הם מתקשרים
אליי ואני לפי התוכנית מתקשר לנאצר עוויס והוא דואג לשלוח להם את אלו שאמורים לספק להם חגורות
נפץ, שכתמו לציוני שאני מסרתי להם רימון יד שקיבלתי מנאצר עוויס בכדי שישתמשו בו. הכוונה להשליך
את הרימון לפני פיצוץ חגורות הנפץ. שני הצעירים לא הגיעו לרמאללה והם נעצרו בדרך. אני ברגע ששני
הצעירים עלו למונית אני הודעתי זאת לנצר עוויס".

אישום שביעי :

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, נעצר מחבל שזהותו אינה ידועה בדרכו לביצוע פיגוע
התאבדות בירושלים כשהוא חמוש במטרה לגרום בכוונה תחילה למותם של אזרחים רבים. בהגיעו בדרכו
למקום הפיגוע, ליד בית חנינה, נעצר המחבל הזה על-ידי שוטרים וגרה למוות.

נבו הוצאה לאור בע"מ nevo.co.il    המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\lo bates stamp\Nasser Aweis Conviction.doc

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם ████ להוציא
לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת התארגנות זו,
שבוצעה בהנחייתו של הנאשם ולשם הוצאתו אל הפועל גייס הנאשם מחבל וצייד אותו באמל"ח.

הודיית הנאשם :

ת/6 " שאלה : האם אתה מכיר אדם בשם ████████

תשובה : כן הכרתי אותו באוניברסיטת אלנג'אח והוא השתניך לחזות העממית ואני גייסתי אותו
לכתאאב שוהדאא אלאקצה לפני כחודשים לערך והמטרה בגיוסו לשוהדא-אלאקצה על מנת שיסייע לנו
בפיגועים באיזור ירושלים ושיכניס מתאבדים(מסתתשהדיים) לירושלים ואני גם כן ביקשתי מ████ שילמד
אותנו ייצור חומר נפץ יותר חזק מהחמ"מ שהשתמשנו בו ו████ תסביר לי בטלפון כיצד מייצרים חומר (אום
אלעבד) והשבתי לו שאנחנו יודע לייצר אום אלעבד. ולפני חודש וחצי ביקשתי מ ████ שיבדוק דרך
להכניס מתאבד לירושלים ואמר לי שיבדוק את העניין וע"פ התכנון ████████ הוא זה שאיתר
מתאבד ותפקידי היה לתאם בינ████████ ו ████ על מנת להכניס את המתאבד לירושלים והפיגוע הזה בוצע
אך ללא הצלחה מאחר והשוטרים ירו לעבר המתאבד לפני הביצוע ונהרג בכניסה לירושלים מכיוון
רמאללה ולא ידוע לי שמו של המתאבד״.

דבר מה :

להודיה באישום זה לא מצא דבר מה ישיר ונפרד.

אלא, שהעובדות שהוכחו - על היות הנאשם מנהיג בארגון טרוריסטי שמטרתו לבצע מעשי אלימות
המכוונים לגרום למותם של בני אדם ולתכלתם, ובהיות הנאשם בעל מניע ברור להוציא אל הפועל מעשים
כאלה ובעל הזדמנות לבצעם ואף הגשים חלק גדול מהם, כפי שהוכח בכל אחד מהאישומים האחרים -
מבססות מסקנה כי ניתן לראות בדבר המה המצביר שנמצא לגבי כל אחת מהתחיידות באישומים האחרים,
דבר מה כנדרש לאישום זה. יש לראות בנסיבות העניין ולצורך זה את סדרת העבירות בהן קשור הנאשם
כמסכת אחת.

אישום שמיני :

לטענת המדינה באישום השמיני :

36

C:\Users\Owner\Desktop\in bates stamp\Nasser Aweis Conviction.doc

P 5: 272

י"א. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאויישת בחיילים ישראלים, בסמוך לקבר יוסף בשכם.

במועדים בלתי ידועים, במהלך התקופה שלאחר מכן, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי לעבר עמדת צה"ל שהייתה ממוקמת בסמוך לקבר יוסף.

ב. עובר לחודש מאי 2001, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאויישת בחיילים ישראלים, בהר גריזים, וכן לעבר עמדות נוספות של צה"ל באיזורים סמוכים.

לצורך קידום מטרות הקשר, סיפק הנאשם לפעילים הנוספים שחברו לקשר, רובי M-16.

במהלך חודש מאי 2001, במספר הזדמנויות, במועדים בלתי ידועים, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי.

פיגועי הירי בוצעו, כשהנאשם והפעילים הנוספים מצוידים ברובי M-16, לעבר העמדה הצבאית בהר גריזים, לעבר מחנה עין-בית ולעבר סיורים של הצבא שסיירו באיזור מחנה באלטה וכן לעבר מטרות צבאיות באיזור מחנה חוארה.

ג. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועים נגד אזרחים ישראלים וחיילי צה"ל.

במסגרת ביצוע הקשר ולשם קידומו, סיפק הנאשם נשק לפעילים בארגון הטרוריסטי לצורך ביצוע הפיגועים.

הפעילים בארגון הטרוריסטי, שחברו לביצוע הקשר עשו שימוש בנשק, אותו סיפק להם הנאשם, בפיגועים שיפורטו להלן:

1.    פיגוע הירי על התנחלות חומש.
2.    הנחת מטען חבלה בכביש עוקף זועתא-עצירה.
3.    פיגוע ירי ברובה M-16, כנגד סיור צבאי בדיר-שארף.
4.    הנחת מטען בצרה"י.

ממשיכה המדינה וטוענת, כי במעשים אלו ניסה הנאשם שלא כדין לגרום למותם של אנשים רבים ומעשיו אלה הם בין השאר בגדר קשירת קשר לבצע פשע, ניסיון לרצח ונשיאת נשק שלא כדין.

הודיית הנאשם:

ת/5אי "י 2. ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם

3. ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

4. ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי בקרבת זואתא...".

"13. סיפקתי ל▮▮▮▮ שני מטענים + קלצ'ניקוב שהניח אותם בקרבת כפר צרח שכם

14. סיפקתי ל▮▮▮▮ מטען נפץ שהניח אותה בדרך לדיר שרן לעבר סיור ישראלי".

נבו הוצאה לאור בע"מ nevo.co.il    המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\no bates stamp\Nasser Aweis Conviction.doc

P 5: 273

ת/6א': "ת, כן השתתף עמי פעם אחת בירי לעבר עמדה צבאית ישראלית בהר גריזים...".

"ש. על איזה פיגועים שוחחת עם ▮▮▮▮▮▮

ת. שוחחתי עמו אודות הרבה פיגועים וזכר לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ו ▮▮▮▮▮▮
▮▮▮▮▮▮  בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות
הנחת מטעני נפץ בקרבת זוואתה ובפיגועים הללו השתתפתי אני ו ▮▮▮▮▮▮
ו ▮▮▮▮▮▮...".

"ש. האם זכורים לך כל הפיגועים שהשתתפת בהם באופן ישיר.

ת. אני זוכר 1. פיגוע ירי לעבר עמדה צבאית בהר גריזים 2. פיגוע ירי לעבר רכב צבאי באזור המחנה
בחוארה 3. פיגוע ירי לעבר כוחות הצבא בקבר יוסף 4. פיגוע דיר שרף 5. פיגוע ירי לעבר רכבים צבאיים... 7.
ירי לעבר רכבים

ש. האם אתה יכול לפרט אודות פיגוע ירי לעבר העמדה הצבאית בהר גריזים

ת. כן כשבעה חודשים השתתפתי עם ▮▮▮▮▮▮  בירי כשלוש פעמים לעבר
עמדה צבאית בהר גריזים...".

"ש. האם יש לך פרטים נוספים אודות פיגוע ירי לעבר רכב צבאי באזור מחנה חוארה

ת. לפני כחצי שנה לערך השתתפתי עם ▮▮▮▮▮▮  בפיגוע ירי לעבר ג'יפ במחנה חוארה וכל אחד ירה
חצי מחסנית לערך והחיילים השיבו באש לעברנו

ש. האם אתה יכול לפרט לערך פיגוע ירי לעבר מכונית כפי שציינת לעיל

ת. כן השתתפתי בפיגוע ירי לעבר טנק באזור  ▮▮▮▮▮▮  וירינו לעבר טנק באזור
חוארה (הממונה) וירינו מכפר קליל ובאותו יום הפיגוע בוצע בשעה ארבע אחה"צ לערך וכל אחד ירה
מחסנית לעבר הטנק".

"... וכן לקחתי מ ▮▮▮▮▮▮  שני טילי טנק ישנים על מנת לחוציא מהם את חומר הנפץ ואשתמש בחומר
למטעני נפץ ובמטענים השתמשתי על הכביש העוקף בוואתה – עצירה כנגד רכבים צבאיים

ש. כמה מטענים יצרת מהחטילים שנתן לך אבו שרף ואיך השתמשת בהם

ת. אחרי שלקחתי את חטילים מאבו שרף מסרתי אותם ל ▮▮▮▮▮▮  ממחנה בלאטה ו ▮▮▮▮▮▮  יצר
מהם מטען והוא זה שהניח את המטען בכביש העוקף

ש. האם זכור לך מתי הניח את המטען ואם נפגעו אנשים מפיצוץ המטען

ת. המטען הונח במולקדן אינתיפאדת אלאקצא ולא זכור לי תאריך ולפי המידע שקיבלתי הצבא פוצץ את
המטען לפני שהתפוצץ".

"שלחתי את ▮▮▮▮▮▮  שיסיעו את ▮▮▮▮▮▮  שינויהו מטען על
הכביש בקרבת כפר צרה מערבית לשכם אך לבסוף לא הניחו את המטען מפאת המרחק והחזירו את המטען
והשתמשו בו באזור זוואתה נגד רכב צבאי ולא ידוע לי אם נפגעו אנשים בפיגוע הזה".

"ש. האם היה לך קשר עם ▮▮▮▮▮▮

38

נבו הוצאה לאור בע"מ  nevo.co.il  המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\jo bales stamp\Nasser Aweis Conviction.doc

P 5: 274

פ"ח (ת"א) 1137/02    מדינת ישראל ני נאצר מחמוד אחמד עוויס

ת. כן לפני כשלושה חודשים לערך לקחנו מהם מטען והנחנו אותו על הכביש בדיר שרן ופוצץ את המטען
לעבר סיור צבאיי".

"...מסרתי לו נשק מסוג M16 ואסר ביצוע פיגוע ירי מהנשק שמסרתי לו, הפיגוע היה לעבר רכב
ישראלי בכביש העוקף מזרחית לשכם ועי"פ דברי ████ לא נפגע ברכבי".

"ש. האם אתה יכול להסביר לי אודות פיגוע דיר שרן כפי שציינת לעיל

ת. כן לפני שמונה חודשים לערך פנה אלי ████ ████ ממתנה בלאטה שמתגורר בדיר שרן ובקש
ממני מטען נפץ לביצוע פיגוע ואני מסרתי לו מטען שמשקלו 15 ק"ג שקיבלתי מ████ ████ והפעלה
באמצעות חוטים ועל פי מה שידוע לי ████ הניח את המטען על הכביש הראשי בדיר שרן ופוצץ את המטען
לעבר סיור צבא וגרם נזק לג'יפ ולא ידוע לי באם נפגעו אנשים".

"ת. כן לפני מספר חודשים הציע לי ████ ████ תושב צרה בעת שלמד באוניברסיטת
אלנג'אח שנבצע פיגוע באזור צרה והוא הסכים לכך ומסרתי לו שני מטענים וקלצ'ניקוב וכשמסרתי לו את
המטענים והנשק היה עמו עוד אדם שקוראים לו ████ תושב צרה והם פוצצו את המטענים לעבר
טנק באזור חוארה והתפוצץ מטען אחד ואחרי זה ירו לעבר הטנק ואחרי הפיגוע החזירו לי את הנשקי".

"ת/8 ...והיה עמו אדם אחר מדיר שרן ו████ ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי
ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי מ████ ████ ועי"פ המידע שברשותי
ביצע את הפיגוע נגד סיור צבאי באזור דיר שרן".

"ת. כן לפני חמישה חודשים לערך ████ ████ הכיר לי אדם בשם ████ שיודע להכין חומר נפץ
ומטענים ולקחתי ממנו חמש מטענים ו████ ████ הניחו את המטענים ליד זוואתה ופעם
נסעתי אני ו████ ████ להניח מטען החיילים זיהו אותנו ונמלטנו והיה יחד עמו ████ ████ ואת
המטען עזבו כשנמלטנו".

דבר מה נוסף:

ת/12, עד תביעה 6, ████ :

"תשובה: אני מודה שבמהלך חודש מאי בשנת 2001 יצאתי עם כל הנ"ל לבצע פיגוע ירי לעבר עמדת
צבא שממוקמת על הר גריזים, ובאותו יום נוצר עוויס נתן לי נשק מסוג M-16 וכולנו יצאנו לכיוון העמדה,
התמקמנו באזור דאחית בשכם ומשם בצענו ירי לעבר עמדת הצבא לעבר הר גריזים. אני אישית יריתי
כעורים כדורים ושאר האנשים ירו כל אחד מהנשק שהיה ברשותו לעבר העמדה וזה היה בסביבות השעה
עשר בלילה ואז הצבא התחיל לירות לעברנו וברחנו מהמקום. שאלה: האם השתתפת בפיגועי ירי נוספים
לעבר העמדה הזו או לעבר עמדות נוספות.

תשובה: אני מודה שהשתתפתי עוד כשש פעמים בירי לעבר אותה עמדה בהר גריזים עם אותם אנשים
ובנוסף השתתפתי בירי לעבר עמדת צה"ל כארבע פעמים שממצאת בגובל שמאלי מעל מחנה עין באר אלמא
וכמובן השתתפתי בפיגועי ירי לעבר סיורים של הצבא שסיירו באזור מחנה בלאטה, בכל הפעמים האלה
נהגתי לירות באמצעות ה-M-16 שנתן לי נאצר עוויסי".

39

פ"ח (ת"א) 1137/02    מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ת/13 :

"...ובאותו יום ██ הודיע לי שבכוונתו לבצע פיגוע ולכן ביקש ממני לארגן לו שני מטענים לטובת הפיגוע ואני הודעתי ל██ שאני יודע לייצר מטענים ולכן לקחתי אותו לאתר לאכור עוויס במחתנ בלאטה וביקשתי ממאסר שיסדר לי שני מטענים ואז נאצר תתקשר ל██ ובקש ממנו שני מטענים, וכעבור שעה ██ הגיע והביא עמו שני מטעמים שמורכבים מצינור באורך 30 ס"מ וקוטר 40 ס"מ כל צינור סגור משני צדדיו (מצד אחד יוצאים שני חוטים לשמל לבנים ואחרי זה ██ קיבל את המטעונים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מעאמר שבוצע פיגוע נגד ג'יפ צבאי באיזור סילת אל דבר בשעות הלילה והפעילו את המטעונים כנגד תנייפ אך לא קרה לו דברי".

ת/18 :

"תשובה : אני בעדותי השניה הודיתי שאני יחד עם החברים שלי ██ ביצענו שני פיגועי ירי לעבר הישוב חומש חומש זה ... חכל האמנתי ששלושתינו ביצענ בארבעה חמשה פעמים ירי לעבר הישוב חומש והירי כוון לעבר מגדל השמירה שנמצא בקצה של חומש מצד סילת הלדרה ולעבר הבתים בישוב וזה היה במהלך השלושה התודשים הראשונים בתחילת אנתיפאדת אלאקצה, בכל המקרים היינו מגיעים בשעות הלילה המאוחרות אחרי השעה עשר וזוכר לי שבכל המקרים החיילים השיבו אש ממגדל השמירה. אני מודה שאני זה שסיפקתי להם אמליח בכל הפיגועים הזכורים לעיל אני ירית ב-M-16 ולפאדי מסרתי קלצ'ניקוב ו██ מסרתי ג'לוק את הנשקים הייתי מביא מאנצר עוויס לפני כל יציאה לפיגוע.

שאלה : מאיזה מרחק יריתם לעבר הישוב חומש?

תשובה : מרחק של כק"מ.

שאלה : איזה פיגועי ירי נוספים בהם השתתפת?

תשובה : בערך בתחילת שנת 2001 אני ו██ ירינו לעבר ג'יפ אבטחה בתוך הישוב חומש במרחק של כ-500 מטר וזה היה בשעות הלילה המאוחרות אחרי השעה 10, אני ירית ממשק 16M, ██ ירה בקלצ'ניקוב ו██ ירה בקרלו אותם נשקים שהשתמשנו בהם בירי הקודם לעבר חומש אותם נשקים שאני לקחתי מאנצר עוויס, לאחר הירי שלנו החיילים השיבו אש ואנחנו ברחנו מהמקום ...

תשובה : אני והוא לא עשו לנו דבר חוץ ממה שהזכרתי לעיל אך ברצוני לציין ש██ בקש ממני לפני שלושה חודשים נשק וטען שהוא רוצה לבצע פיגועי ירי לעבר חיילי צה"ל ואני נעניתי לבקשתו ומסרתי לו נשק מסוג קלצ'ניקוב שאותו לקחתי מאנצר עוויס וכעבור שבוע חכם החזיר לי את הנשק ואיני יודע אם עשה שימוש בנשק".

ת/47ב, עד תביעה 25, ██████ :

"██████ כבן 25 תושב שכם ו██████ כבן 27 תושב בית איבא עשינו פיגוע מטעו חבלה וירי בכביש העוקף ליד בית איבא. כאשר הגענו לכניסה לבית איבא אני התקשרתי לנאכר עוויס ואמר לי שהוא שולח לנו אנשים ואמלייח עבור הפיגוע. לאחר חצי שעה הגיע למקום ██████ הם הגיעו ברכב בצבע לבן. כל אחד מהם היה עם רובה M-16 וכומו בן ברכב היה מקלע 250 ומטעו חבלה בתוך מטף מטוף כיבוי (אטספאייה). בערך בשעה 23:30 יצאנו כולנו ברכב הלבן כדי לעשות את הפיגוע בכביש העוקף ליד בית איבא. ██ הניחו את מטעו החבלה על הכביש והפוגוע וחיברו חוט

40

למטען חבלה כי זה היה מטען שמופעל ע"י חוטים ובטריה. איך שהם חיברו את החוטים ופתאום חיילי
צה"ל שהיו במארב פתחו עליהם באש. ▮▮▮▮ נהרג ▮ נפצע ברגלו. ▮▮▮▮▮▮▮▮ ירו
לעבר חיילי צה"ל אחר כך אני יחד עם ▮▮▮▮ ברחנו מהמקום".

ת/40א, עד תביעה 21, ▮▮▮▮▮ :

"תשובה : בתחילת אינתיפאדת אלאקצא, השתתפי בפעילות זריקת אבנים לעבר קבר יוסף בשכם, ועל
כוחות הצבע בשכם, בתודך 6 שנת 02 פנה אלי ▮▮▮▮▮▮▮ ואמר לי שהוא מתכוון להקים חוליה
צבאית שייכת לתנזים פתיח, והציע לי להתגייס לחוליה הצבאית, ואמר לי שמטרת הקמת החוליה
הוא לבצע פיגועים נגד הצבא הישראלי באזור שכם, ובמסגרת החוליה הצבאית
השתתפתי בעשרה פיגועי ירי לעבר הצבא באזור שכם, והשתתף אתי בפיגוע הירי (1) ▮▮▮▮▮▮▮ (2)
▮▮▮▮▮▮▮ (3) נאצר עוויס כבן 35 שנה ממתנה בלאטה והוא אחראי התנזים בשכם ...

שאלה : מי היה מתכנן ומכין לביצוע הפיגועים שבהם אתה השתתפת.

תשובה : נאצר עוויס הוא זה שהיה מתכנן לביצוע הפיגועים, והוא זה שהיה מספק לנו כלי נשק. שאלה :
לאיזה עמדות צבאיות ישראליות ביצעתם את הירי.

תשובה : בצענו ירי לעבר עמדה צבאית הנמצאת בחר אלטנא, כמו כן ירינו לעבר ההתנחלות אלון מורה
וירינו גם לעבר מחסום צקו סמוך לחווארה ...

הפיגוע השני, במהלך חודש 8 לשנת 2001, פנה אלי ▮▮▮▮ נאצר עוויס ואמר לנו שצעירים
מתנזים רוצים להתנת מטעני חבלה בכביש העוקף באזור בית איריק ובקש ▮▮▮▮ ממני ומן
▮▮▮▮▮▮▮▮ להשתתף עם הצעירים בפיגוע הנחת המטען. ... הפיגוע העשירי היה פיגוע ירי לעבר החלוויה ... החלוויה
עברה מחוואר ליצרת וכאשר הגיעו לכניסה למחנה חוואארה אני ונאצר עוויס ▮
▮▮▮▮▮▮▮ ביצענו ירי לעבר משתתפים בהלווייה. הצבא השיב אש ואני ונאצר ומחמוד ויאסר ברחנו מהמקום
ופנינו למתנה...".

עובדות האישום הוכחו.

**עבירות הרצח, ניסיון לרצח, גרימת חבלה חמורה וניסיון לגרימת חבלה חמורה**

המדינה מייחסת לנאשם עבירות של רצח בכוונה תחילה בחמשת האישומים הראשונים.

עבירות של ניסיון לרצוח בכל האישומים.

עבירות של גרימת חבלה בכוונה מחמירה בחמשת האישומים הראשונים.

עבירות של ניסיון לגרימת חבלה חמורה באישום השישי והשביעי.

בהקשר לעבירות אלה מתעוררת השאלה מהו מעמדו של הנאשם.

סעיף 29(א) לחוק העונשין תשל"ז-1977 משמיענו כי כמבצע עבירה יחשב גם מבצעה בצוותא או
באמצעות אחר.

41

הוכח לנו שיחסו הנפשי של הנאשם לעבירות הללו אינו מוטל בספק , הנאשם רצה וחפץ בתוצאות המעשים הנפשעים בכל מאודו והיה ראש להגשמת תכנית משותפת המבוצעת בצוותא לגרום בכוונה תחילה למותם ולתוצאותיו של קורבנותיו כפי שהוכח.

אין לנו ספק ספיקא על דבר היותו מבצע העבירות (עיין ע"פ 4389/93 מרדכי ועובדי נ' מדינת ישראל, פ"ד נ(3) 239 ופסקי הדין המוזכרים שם וכן ע"פ 2796/95 פלוני נ' מדינת ישראל, פ"ד נא(3) 388).

התשתית העובדתית שנגלתה לנו מעידה על כך שמעשי הרצח בוצעו מראשית עד אחרית, בזדון ובמטרה והתלוה לגרום למוות, מתוך מחשבה קרה התנהגות נשלטת ויישוב הדעת ולאחר הכנה קפדנית ומדוקדקת.

אין לנו ספק ספיקא כי יסודות עבירות הרצח בכוונה תחילה מולאו בכוונה כי העבירות הוכחו וכי כפי שפורט לעיל הנאשם ביצע אותן.

פשיטא שגם יסודות העבירות של ניסיון לרצח הוכחו כדבעי.

תוכניתתו של הנאשם לגרום בכוונה תחילה למותם של אזרחים רבים והוצאתה אל הפועל כמתואר לעיל כפי שהוכחה, מבססת מקל וחומר את יסודות העבירות של גרימת חבלה בכוונה מחמירה וניסיון לגרימת חבלה בכוונה מחמירה, גם עבירות אלה הוכחו כהלכה.

<u>נשיאת נשק שלא כדין</u>

המדינה מייחסת לנאשם גם עבירות של נשיאת נשק שלא כדין באישומים השני השלישי והשמיני.

הוכח שהנאשם נשא ללא רשות על פי דין רובי M-16 תחמושת ורימוני יד שהם בבחינת "נשק" כהגדרתו בסעיף 144(א) לחוק העונשין תשל"ז-1977. הנאשם הודה בכך כפי שכבר פורט ואף הודה בכך שעשה בנשק שימוש. די אם נציין את הנטען בהודעותיו כדלקמן ;

" סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים...סיפקתי ל ▪▪▪▪ נשק לביצוע פיגוע התאבדות בתוך חדרה" (ראה ת/6)

וכן את הודעתו בפיגועי היירי המפורטים באישום השלישי כפי שפורט לעיל.

מכיוון שהמתחבלים סעיד רמדאן ▪▪▪▪ עשו שימוש בכלי הנשק בתוך ישראל כפי שכבר הוכח ומאחר ואף הוכחו עובדות האישום השמיני נראה שיסודות העבירות של החזקת נשק הוכחו גם הם כדרוש.

נבו הוצאה לאור בע"מ    nevo.co.il    המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

<u>סיכום</u>

לאחר שמצאנו כי המדינה הוכיחה את כל המעשים המיוחסים לנאשם בכתב האישום על פי הנטל המוטל עליה לעשות כן מעל ומעבר לכל ספק סביר אנו מרשיעים את הנאשם בעבירות להלן :

חברות ופעילות בארגון טרוריסטי בניגוד לסעיפים 2 ו- 3 לפקודת מניעת טרור התש"ח- 1948

קשר לבצע פשע בניגוד  לסעיף 499 לחוק העונשין תשל"ז-1977

רצח בכוונה תחילה בניגוד לסעיף 300(א)(2) לחוק העונשין תשל"ז-1977

ניסיון לרצח , עבירה בניגוד לסעיף 305(1) לחוק העונשין תשל"ז-1977

גרימת חבלה בכוונה מחמירה בניגוד לסעיף 329(1) לחוק העונשין תשל"ז-1977

ניסיון לגרימת חבלה חבלה חמורה, עבירה בניגוד לסעיפים 329(1) ו- 25לחוק העונשין תשל"ז-1977נשיאת נשק שלא כדין, עבירה בניגוד לסעיף 144 לחוק העונשין תשל"ז-1977

_____

ע' סלומון צ'רניאק,

שופטת

<u>השופט ש' טימן, אב"ד , והשופט נ' אחיטוב:</u>

קראנו את חוות דעתה המפורטת והמנומקת של חברתנו כבוד  השופטת צירניאק ואנו מסכימים לתוצאה אליה הגיעה.

_____                    _____

נ' אחיטוב,                    ש' טימן, שופט

שופטת                    אב"ד

נבו הוצאה לאור בע"מ nevo.co.il    המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Wasser Aweis Conviction.doc

מדינת ישראל ני נאסר מחמוד אחמד עוויס

לפיכך, הוחלט להרשיע את הנאשם בכל העבירות המיוחסות לו בכתב-האישום כאמור    בחוות-
דעתה של כב' השופטת צ'רניאק.

ע. צ'רניאק, שופטת          נ. אחיטוב, שופטת          ש. טימן, שופט- אב"ד

ניתן והודע היום, כ"ט בניסן תשס"ג, 01 במאי 2003, במעמד ב"כ הצדדים והנאשם.

נוסח זה כפוף לשינויי עריכה וניסוח

44

נבו הוצאה לאור בע"מ    nevo.co.il    המאגר המשפטי הישראלי
C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 280