Felony Case (Tel Aviv) 1137/02          State of Israel v. Nasser Mahmoud Ahmad Aweis

On March 5, 2002, the terrorist ▮▮▮▮ (hereinafter: ▮▮▮▮") came to the Seafood Market restaurant in Tel Aviv, armed with an M-16 rifle, hand grenades, and a knife, with the intention of carrying out a murderous terrorist attack.

When ▮▮▮▮ arrived on the scene, the restaurant was full of scores of people. ▮▮▮▮ started firing at the people in the restaurant from the Maariv House Bridge, threw hand grenades - which miraculously did not explode - into the restaurant, and immediately thereafter, entered the restaurant and stabbed people sitting inside, all in order to intentionally cause the death of many persons who were in the restaurant at the time.

In that incident, Sergeant Major Salim Barikat of blessed memory, age 33, who was one of the first policemen to reach the scene of the attack and tackled ▮▮▮▮ with the intention of arresting him, Yosef Habi of blessed memory, age 52, and Eliyahu Dahan of blessed memory, age 53, were stabbed to death by ▮▮▮▮'s knife. Scores of other persons were wounded, some of them seriously. After the security forces arrived on the scene of the terrorist attack, ▮▮▮▮ was shot to death. (See testimony: Witness No. 3 for the prosecution, ▮▮▮▮ Witness No. 4 for the prosecution, ▮▮▮▮ (presentation P/4); Witness No. 8 for the prosecution, ▮▮▮▮ Witness No. 9 for the prosecution, ▮▮▮▮ ▮▮▮▮ Witness No. 11 for the prosecution, ▮▮▮▮ Witness No. 13 for the prosecution, ▮▮▮▮ Witness No. 17 for the prosecution, ▮▮▮▮ P/32 (activity reports on the preservation of the scene of the crime and the seizure of exhibits); P/33 (an M-16 rifle); P/34 (a bloody knife); P/35 (a board of photographs); P/24 (an activity report); P/25 (an activity report); P/52 through P/57 (expert opinions).

According to an argument that was set forth by the State, the Defendant - who, as set forth above, was one of the senior commanders of the Terrorist Organization - entered into a conspiracy with other activists in the organization, including ▮▮▮▮ and ▮▮▮▮ ▮▮▮▮ (Witness No. 23 for the prosecution), for the purpose of perpetrating a terrorist attack which was intended to intentionally cause the death of many Israeli civilians. Within the framework of this organization, which was headed by the Defendant, ▮▮▮▮ was recruited, supplied with equipment and transported to Tel Aviv, to the site of the restaurant. Among other things, the Defendant instructed ▮▮▮▮ to film ▮▮▮▮ before he set out to perpetrate the terrorist attack, as a suicide attack, so that afterward it would be possible to send the [video] cassette, with ▮▮▮▮ on film, to various television stations. In fact, after the terrorist attack on the restaurant, the Defendant did call the various television stations and other media and informed them that the Terrorist Organization was responsible for the terrorist attack and had even carried it out.

The admission by the Defendant is as follows:

"Q.   Did you have any involvement with suicide attacks in Tel Aviv?

[Stamp] P 5: 261

48

<u>Felony Case (Tel Aviv) 1137/02</u>         State of Israel v. Nasser Mahmoud Ahmad Aweis

     A.    Yes, ▮▮▮▮▮ told me, early in March 2002, when he came to my home in Balata camp, that ▮▮▮▮▮ was asking me to provide a person who would carry out a suicide attach (*istishhad*) in Tel Aviv, and informed me that he was about to contact a person named ▮▮▮▮▮ originally from Gaza, who was serving in the naval force [sic] in Nablus, and ▮▮▮▮▮ gave ▮▮▮▮▮ an M-16 weapon and hand grenades. ▮▮▮▮▮ contacted me in that matter because we are a military squad, and I expressed my consent for that terrorist attack. He sent ▮▮▮▮▮ to Ramallah by public transportation, and we agreed with ▮▮▮▮▮ ▮▮▮▮▮ that he would meet ▮▮▮▮▮ in Ramallah. It was further agreed that ▮▮▮▮▮ would film ▮▮▮▮▮ before the terrorist attack was carried out, and that afterward, we would send the [video] cassette to the television stations. In fact, after that, ▮▮▮▮▮ came to Ramallah, and as far as I know, ▮▮▮▮▮ brought him into Israel and ▮▮▮▮▮ came to Tel Aviv, and I Stipulated Award on the news that he had fired at the Israelis in the restaurant and had been killed. Then I called the television stations, and I called [sic] and told them that the terrorist attach had been carried out by *Kitaab Shuhadaa al-Aqsa*.

     Q.    As far as you know, how many people were killed in the terrorist attack in Tel Aviv?

     A.    As far as I know, two or three people were killed and more than 20 people were wounded.

     Q.    Which television stations did you call to tell them that the terrorist attack had been carried out by [your organization]?

     A.    Al-Jazeera, Abu Dhabi, Israel, al-Manar, and the local press.

[Stamp] P 5: 261 [continued]

Felony Case (Tel Aviv) 1137/02          State of Israel v. Nasser Mahmoud Ahmad Aweis

Q. Do you have anything to add about the terrorist attack in Tel Aviv?

A. No, but at about that time, ███ from *Kitaab Shuhadaa al-Aqsa* contacted me and said that there were two people who wanted to carry out a terrorist attack in Israel, and I agreed to that. I informed ███ of the matter and asked him if he would be able to bring them in, and it was agreed with ███ that ███ and ███ would take the two *mustashhids* to Ramallah. After that, I called ███ and told him that the people were on their way to him. I should note that ███ contacted me because I am responsible for *Kitaab Shuhadaa al-Aqsa*."

(See P/7)

The "additional item" is as follows:

The witness ███ [stated as follows]:

"… Nasser Aweis called me and told me that he had another young man who wanted to carry out a suicide attack, that he was sending him to me, and I said OK. After that, a young man called me and told me that he was coming to me on behalf of Nasser Aweis. I sent ███ to bring him, and I gave ███ NIS 1000 and I told ███ to buy the young man new clothes and to take him to have a haircut. I also told ███ that, after that, he should bring the man to the rented apartment in Ramallah near the Arab Bank, where ███ had been before that. After that, when I arrived at the rented apartment, I saw the young man, who told me that his name was ███ that he was 21 years old, and he said he came from Gaza. After that, I told al-Nuf that he should take ███ to Israel, so that he could carry out a terrorist attack there, and I told ███ that I would also bring him a weapon, for him to carry out a terrorist attack. After that ███ bought an M-16 rifle and gave it to ███ and after that, ███ took ███ to the Amari refugee camp, to ███ and they stayed there three days. After the three days, ███ called me and told me that he was going out, and after that, I heard that this ███ had carried out a terrorist attack in Tel Aviv, in a restaurant, and that he had gone there with ███ and ███ and that both had been caught … and after several days, ███ who is an activist in *[Kitaab] Shuhadaa al-Aqsa* and works with Nasser Aweis, called me … and ███ told me that he had someone who wanted to carry out a suicide attack, and that he would send him to me, to Ramallah, and I said OK …" (See P/43A)

The witness ███ in P/43C: "Q. Tell me about your activity with regard to the terrorist attack in Tel Aviv at the Seafood [Market] restaurant.

A. The one who carried out that terrorist attack was ███ who came from the Nablus area, from Nasser Aweis … After that, I called ███ on his mobile phone – I was in contact with him at the time – and I would tell [sic] him that the terrorist attack

[Stamp] P 5: 262

50

Felony Case (Tel Aviv) 1137/02          State of Israel v. Nasser Mahmoud Ahmad Aweis

had gone out for execution. ▓▓▓▓▓▓▓▓ told me that he did not want the terrorist attack to take place inside Israel, and I told him that it would be all right. After that – this was about 3:00 a.m. – ▓▓▓▓▓▓▓▓ called me and told me that the terrorist attack had been carried out, and he told me to watch it on television. At that point, I called ▓▓▓▓▓▓▓▓ and I told him that the terrorist attack had been carried out, and that he should watch it on television, and ▓▓▓▓ told me that he was watching it on television. ▓▓▓▓ did not say anything to me about having heard that the terrorist attack had been carried out within Israel, and not in the West Bank, as he said it should be. After that, I called Nasser Aweis and I told him about the terrorist attack, because Nasser Aweis is responsible for *Kitaab Shuhadaa al-Aqsa*."

**Count No. 2:**

[Stamp] P 5: 262 [continued]

Nevo Publishing Ltd.    nevo.co.il    The Israeli Legal Database

Felony Case (Tel Aviv) 1137/02                State of Israel v. Nasser Mahmoud Ahmad Aweis

On January 17, 2001, the terrorist ▓▓▓▓▓▓▓▓▓▓ (hereinafter: '▓▓▓▓▓▓▓') came to the Armon David event hall in Hadera, armed with an M-16 rifle and hand grenades and wearing a vest with ammunition clips, with the intention of carrying out a murderous terrorist attack.

The Bat Mitzvah celebration of a young girl, Nina Kardashov, was taking place in the hall at the time, with scores of guests. ▓▓▓▓▓▓▓ burst into the hall, shooting in all directions, and before being overcome by some of the guests, succeeded in intentionally causing the death of six of the guests: Anatoly Bakshayev of blessed memory, age 63, Edward Bakshayev of blessed memory, age 48, Boris Malikhov of blessed memory, age 56, Dina Binayev of blessed memory, age 48, Alice Ben Israel (Aharon) of blessed memory, age 32, Avi Yazdi of blessed memory, age 25, and wounding scores of other persons, some of them seriously (see the testimony of Witness No. 1 for the prosecution, ▓▓▓▓▓▓▓ Witness No. 24 for the prosecution, ▓▓▓▓▓▓▓ Witness No. 12 for the prosecution, ▓▓▓▓▓▓▓ Witness No. 20 for the prosecution, ▓▓▓▓▓▓▓ P/1 (presentation), P/27 (medical documents), P/36 (M-16 rifle), P/44 (cassettes), P/58 (expert opinion), P/59 (death certificate of Anatoly Bakshayev of blessed memory), P/60 (death certificate of Avi Yazdi of blessed memory), P/61 (death certificate of Boris Malikhov of blessed memory), P/62 death certificate of Dina Binayev of blessed memory), P/63 through P/66 (expert opinions).

According to an argument that was set forth by the State, the Defendant – who, as set forth above, was one of the senior commanders of the Terrorist Organization – conspired with ▓▓▓▓▓▓▓ (Witness No. 6 for the prosecution) and additional activists to perpetrate a terrorist attack, which was intended to deliberately cause the death of many Israeli civilians. Within the framework of this organization, which was headed by the Defendant, ▓▓▓▓▓▓▓ was recruited, trained in firing an M-16 rifle, supplied with weaponry and ammunition clips for the purpose of the training and the perpetration of the deed, and transported to the site of the terrorist attack in Hadera. Prior to the terrorist attack, ▓▓▓▓▓▓▓ was photographed on the instructions of the Defendant, reading a will which had been written for him by the Defendant and holding an M-16 rifle which belonged to the Defendant in his hand, so that afterward it would be possible to send the photographs to the media. In fact, after the terrorist attack, the Defendant did instruct ▓▓▓▓▓▓▓ (Witness No. 25 for the prosecution) to prepare posters which were distributed, and which stated that the Terrorist Organization was responsible for the terrorist attack and had carried it out.

The admission by the Defendant is as follows:

P/5:

"12. I supplied ▓▓▓▓▓▓▓ with weapons for carrying out the suicide attack in Hadera."

[Stamp] P 5: 263

Felony Case (Tel Aviv) 1137/02          State of Israel v. Nasser Mahmoud Ahmad Aweis

P/6:

"A.    I spoke with him about many terrorist attacks, and I remember that I spoke with him about a shooting attack which I had carried out along with ▮▮▮▮▮▮ and ▮▮▮▮▮▮ and ▮▮▮▮▮▮ near the Hawara refugee camp, directed against a military vehicle. I also spoke with him about placing explosive charges in the vicinity of Zuata; I had participated in those terrorist attacks along with ▮▮▮▮▮▮ and ▮▮▮▮▮▮ and ▮▮▮▮▮▮ and ▮▮▮▮▮▮ and I reported to him about the suicide attack in Jerusalem and in Hadera, which we had performed.

Q.    Which suicide attack in Hadera?

A.    The one carried out by ▮▮▮▮▮▮

"[Q.]    Can you explain how the terrorist attack was carried out in Hadera and Jerusalem?

A.    Yes. ▮▮▮▮▮▮ a resident of Beit Amrin, contacted ▮▮▮▮▮▮ (Witness No. 6 for the Prosecution) and told me [sic] that he wanted to commit suicide [al-laset shahad] and ▮▮▮▮▮▮ contacted me and told me. And after ▮▮▮▮▮▮ died, we decided to carry out a terrorist attack, and ▮▮▮▮▮▮ photographed ▮▮▮▮▮▮ in the Balata refugee camp, and I gave him weapons: an M-16 and a hand grenade, and we gave ▮▮▮▮▮▮



[Stamp] P 5: 263 [continued]

Felony Case (Tel Aviv) 1137/02        State of Israel v. Nasser Mahmoud Ahmad Aweis

▓▓▓ NIS 400. He went to Tulkarm by public transportation, where he met with ▓▓▓ in the home of ▓▓▓ a resident of Tulkarm. From there, according to the [plan for the] terrorist attack, ▓▓▓ was responsible for sending him to Hadera, and the terrorist attack was carried out in the hall, and as far as I know, a number of people were killed in that attack."

The "additional item" is as follows:

The witness ▓▓▓ P/17, p.3:

"I also confess that I was the one who photographed ▓▓▓ of Beit Amrin before he set out to carry out the suicide attack in Hadera, about six months ago."

P/18, p.14: "To tell the truth, I was the one who recruited ▓▓▓ a resident of Beit Amrun [sic]. ▓▓▓ is a friend of mine and we worked together in Nablus in the National Security. ▓▓▓ asked me, about six months ago, to arrange for him to carry out a suicide attack ... After ▓▓▓ asked me to arrange for him to perpetrate a suicide attack in Israel, I contacted Nasser Aweis and told him about ▓▓▓ ... and then we decided to send him out for a suicide attack in revenge for the death of ▓▓▓ Nasser asked me to train him in the use of weapons, so that he would be prepared to carry out the terrorist attack successfully. That is what I did; I trained him to use an M-16 rifle ... I took the weapon and eight clips of bullets from Nasser Aweis. The day fater that, I brought ▓▓▓ to Nasser Aweis's house in the Balata refugee camp, and, in Nasser Aweis's house and in his presence, I filmed ▓▓▓ reading the will written by Nasser and holding an M-16 weapon belonging to Nasser, and making the hand gesture of the *shahadaa*. We filmed him with a video camera and photographed him with an ordinary camera. Nasser took the cassette and the pictures. We gave ▓▓▓ an M-16 rifle and six clips of bullets and two hand grenades, which Nasser had brought. After the photography session, at about 8:00 p.m., I went out to look for a taxi, and I found ▓▓▓ a taxi driver who lives in Balata, about 26 years old, and I asked him to help us transfer a young man to Tulkarm, without telling him that he was a suicide attacker. He agreed to do that, and took ▓▓▓ to Tulkarm. He took the M-16 rifle, the clips of bullets and the hand grenades in a bag, after having disassembled the M-16 into two pieces. When ▓▓▓ had gone to Tulkarm in ▓▓▓ s Taxi, ▓▓▓ called ▓▓▓ and informed him that the man was on his way to him. I should note that Nasser had spoken with ▓▓▓ before that and had told him to prepare himself to meet ▓▓▓ in order to help him enter Israel. I knew that from Nasser. I was not involved in the conversations between them. I was later told that ▓▓▓ had received ▓▓▓ in Tulkarm, and that, when ▓▓▓ reached Hadera, he prepared a terrorist attack in an event hall, and that he was killed, and that he killed a number of Israelis, I think six in all ..."

▓▓▓ P/43D:

[Stamp] P 5: 264

54

Felony Case (Tel Aviv) 1137/02          State of Israel v. Nasser Mahmoud Ahmad Aweis

"The night of the terrorist attack in the event hall in Hadera, I was with ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ in the Orthodox restaurant in Ramallah. Suddenly, they announced on television that the terrorist attack had taken place in the event hall in Hadera. I called Nasser Aweis and he told me that he was responsible for that terrorist attack – that is, that members of the *Shuhadaa al-Aqsa* Brigades had carried out that terrorist attack. I agreed with Nasser Aweis that, the next day, he would give me a poster stating that he was taking responsibility for the terrorist attack. The next day, Nasser sent me the poster by fax and I photocopied it 1,000 times and distributed it in Ramallah."

**Count No. 3:**

[Stamp] P 5: 264 [continued]

Felony Case (Tel Aviv) 1137/02                State of Israel v. Nasser Mahmoud Ahmad Aweis

On January 22, 2002, the terrorist Said Ramadan came to the corner of Jaffa Road and Lunz Street in downtown Jerusalem, armed with an M-16 rifle and two clips of bullets, with the intention of perpetrating a murderous terrorist attack. Ramadan shot at civilians who were passing there at the time, and intentionally caused the death of Sarah Hamburger of blessed memory, age 79, and Ora (Svetlana) Sandler of blessed memory, age 56, who were innocently walking down the street, and wounded scores of persons, some of them seriously. Ramadan was shot to death by policemen who reached the scene. (See the testimony of Witness No. 22 for the prosecution, ▇▇▇ Witness No. 26 for the prosecution, ▇▇▇ Witness No. 3 for the prosecution, ▇▇▇ Witness No. 14 for the prosecution, ▇▇▇ Witness No. 15 for the prosecution, ▇▇▇ P/30 (presentation), P/48 (M-16), P/48A (report on the seizure of exhibits), P/77 (photographs from the scene of the incident), P/78 (death certificate of Sarah Hamburger of blessed memory), P/79 (death certificate of Ora Sandler of blessed memory).

According to an argument that was set forth by the State, the Defendant – who, as set forth above, was one of the senior commanders of the Terrorist Organization – entered into a conspiracy with ▇▇▇ and other activists, for the purpose of perpetrating a terrorist attack which was intended to intentionally cause the death of many Israeli civilians. In order to promote and implement the conspiracy, which was headed by the Defendant, Ramadan was recruited, supplied with equipment, photographed as a suicide attacker – all according to the pattern typical of the Organization, as described in the previous accounts – and transported to the scene of a terrorist attack, Following the terrorist attack, the terrorist's photograph was distributed to the media.

The admission by the Defendant is as follows:

P/5:

"11.    I supplied Said Ramadan with weapons for carrying out the suicide attack in Jerusalem."

P/6:

"Q.    Which terrorist attack in Jerusalem?

A.    The terrorist attack carried out by Said Ramadan in September 2001."

"… And the terrorist attack in Jerusalem was carried out in such a way that Said Ramadan contacted ▇▇▇ and said that he had been a friend of ▇▇▇ and that he wanted to avenge his killing, and ▇▇▇ told me. I then met with Said and I understood that he wanted to carry out the terrorist attack, and I called ▇▇▇ in Ramallah and I asked him to take him to Jerusalem, and ▇▇▇ agreed. Said went to Ramallah by public transportation, where me met with ▇▇▇ The next day, Said went to Jerusalem and

[Stamp] P 5: 265

Felony Case (Tel Aviv) 1137/02         State of Israel v. Nasser Mahmoud Ahmad Aweis

shot at a group of policemen and civilians, and in that terrorist attack, two people were killed, and so was Said."

The "additional item" is as follows:

▮▮▮▮▮▮▮▮▮ P/43A:

"I asked Nasser Aweis if he could help me by bringing me someone who wanted to carry out a terrorist attack, and I would send him to Jerusalem to carry out the attack there. Nasser told me that he would send me someone, and after some time, Said Ramadan, from the village of Tel Shekhem, about 25 years old, came to me and said that he would carry out the terrorist attack. I met him next to the movie theater in Ramallah and I called ▮▮▮▮▮▮▮▮▮ and told him to come too, and from there, we went to the barber shop where ▮▮▮ got a haircut. Then we called ▮▮▮▮▮▮ and asked him if he could bring the man into Jerusalem, because he wanted to carry out a suicide attack, and ▮▮▮ said that he could do it, and then ▮▮▮ went out in his car to look at the road and see what was happening. Meanwhile, ▮▮▮▮▮▮▮▮ [sic] and I

[Stamp] P 5: 265 [continued]

57

Felony Case (Tel Aviv) 1137/02          State of Israel v. Nasser Mahmoud Ahmad Aweis

took Said to [illegible, probably "pray'] and eat, and I bought him new clothes and shoes with my own money, for NIS 1,200. After that, I told ▮▮▮▮▮▮▮▮▮▮▮▮ [sic] to bring an M-16 rifle and three clips of bullets and give them to Said, and he did. Then ▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ arrived in an Isuzu which belonged to ▮▮▮ and it was in the afternoon when they went with ▮▮▮ to Jerusalem. We wished them success and they drove off with Said. I did not tell them where to go; they could take him wherever they wanted to.

     Q.-A.   We did not film Said on video before the terrorist attack, because Nasser Aweis had already done so.

     Q.   At the beginning of your testimony, you told me that you do not know ▮▮▮ ▮▮▮▮▮▮▮▮▮ and all the rest, and now I see that you did meet them. How is that?

     A.   I met them in Raad Karami's mourning tent, and that was when I saw them. At about 4:30 p.m., I heard on the news that there had been a shooting attack in Jaffa Road in Jerusalem, and I knew that was Said's terrorist attack. So I called ▮▮▮▮▮▮ and asked him if they had been the ones … who had taken Said to Jaffa Road, and ▮▮▮ said that they had dropped him off in Jaffa Road, and that they had heard the shots he fired after he got out of the car. The next day, I took $1,000 from ▮▮▮▮▮▮▮▮▮ and I told him that the people had gone out to perpetrate a terrorist attack, and that the weapons had been lost in the terrorist attack. I gave ▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ [sic] and ▮▮▮▮▮▮▮ each $100 for that terrorist attack. After that, ▮▮▮▮▮▮▮▮, ▮▮▮▮ and another man named ▮▮▮▮▮▮▮ from Qatanduha came to me and asked me why I had not paid them for the terrorist attacks that they carried out, and I said that I would look into it."

**<u>Count No. 4</u>:**

     On March 9, 2002, the terrorists ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ arrived in the area of Jeremy Hotel on Gad Machnes Street in Netanya, armed with M-16 rifles and fragmentation grenades. The two fired bursts into the lobby of the hotel and threw two fragmentation grenades. The two succeeded in intentionally causing the death of a one year old baby, Avia Malka of blessed memory. As the security forces were overcoming the two, Yihya Israel of blessed memory, age 29, who happened to be nearby, was also shot. As a result of the act committed by the two, scores of additional persons were wounded, some of them seriously. (See the testimony of Witness No. 2 for the prosecution, ▮▮▮▮▮▮▮▮▮▮▮ Witness No. 10 for the prosecution, ▮▮ witness No. 16 for the prosecution, ▮▮▮▮▮▮▮▮ P/28 (report), P/26 (medical documents of Witness No. 11 for the prosecution), P/29-P/30 (assault rifles), P/31 (photographs), P/67 (expert opinion), P/68 (death certificate of Avia Malka of blessed memory), P/69-P/71 (expert opinions).

     According to an argument that was set forth by the State, the Defendant – who, as set forth above, was one of the senior commanders of the Terrorist Organization – entered into a conspiracy with ▮▮▮▮▮▮ and ▮▮▮ Witness No. for the prosecution), for the purpose of

[Stamp] P 5: 266

Felony Case (Tel Aviv) 1137/02           State of Israel v. Nasser Mahmoud Ahmad Aweis

perpetrating a terrorist attack which was intended to intentionally cause the death of many Israeli civilians. Within the framework of this organization, which was headed by the Defendant, and in order to carry out [the terrorist attack], ▮▮▮▮▮▮ and Said were recruited, equipped with an M-16 rifle, 12 clips of bullets and two hand grenades, photographed reading their wills and holding an M-16 rifle, and transported to the scene of the terrorist attack. After the terrorist attack and in accordance with the typical pattern, the Defendant called the media and informed them that the Terrorist Organization was responsible for the terrorist attack and had carried it out.

The admission by the Defendant is as follows:

P/5:

"6.    I delivered weapons for the perpetration of a terrorist attack in Netanya."

[Stamp] P 5: 266 [continued]

Nevo Publishing Ltd.          nevo.co.il          The Israeli Legal Database

Felony Case (Tel Aviv) 1137/02          State of Israel v. Nasser Mahmoud Ahmad Aweis

P/7:

"Q.  Did you have any involvement with a shooting attack in Netanya?

A.  Yes, I was involved with a shooting attack in Netanya, which was carried out by terrorists whose names I do not know.  About two days before that terrorist attack, ▮▮▮▮ called me and told me that he would be able to bring two people into Israel, in order for them to carry out a suicide attack, and I contacted ▮▮▮▮ and asked him if he could bring in suicide attackers, and he answered in the affirmative.  Then I gave ▮▮▮▮ two grenades and ▮▮▮▮ gave them two M-16 weapons, and ▮▮▮▮ photographed them and explained to them about the terrorist attack.  Then ▮▮▮▮ went with them as far as Baqa al-Sharqiya and left them, and they walked along a dirt road into Israel and went from there to Netanya, and ▮▮▮▮ went back to Nablus.  After a few hours, we heard on television that there had been an exchange of fire between the suicide attackers and police forces near a hotel in Netanya, and that civilians and policemen had been wounded in the terrorist attack, and that two people had been murdered and two others had been killed by the police.  I called the media and took responsibility for the attack.

Q.  Do you have anything to add about the terrorist attack in Netanya?

A.  No."

The "additional item" is as follows:

▮▮▮▮ (Witness No. 6 for the prosecution), in P/13:

"I confess that, about a month ago, Nasser Aweis told me that he intended to send two suicide attackers to the city of Netanya, in order to carry out a suicide attack, and asked me to help transport the suicide attackers from Nablus to Kafr Rai, and of course, I agreed.

Q.  Who are those two suicide attackers?

A.  The first suicide attacker is ▮▮▮▮ a resident of the Ein Beit Alma camp, and the second one's name is ▮▮▮▮ a resident of the Ashar camp ... and both of them were wounded in a terrorist attack.  That day, Nasser Aweis told me that ▮▮▮▮ [sic] had worked in Netanya and was familiar with the area.  Q. [A.] Nasser Aweis told me that ▮▮▮▮ a resident of al-Ain, 28 years old and married, was working for the naval police [sic] in Nablus, and that he was an activist in *Kitaab Shuhadaa al-Aqsa*.  ▮▮▮▮ is ▮▮▮▮'s and my accomplice in planning and sending the suicide attackers to Netanya, and Nasser asked me to take the two suicide attackers in the stolen Pontiac with Israeli license plates from Nablus to Kafr Rai, and I agree.  On the day of the terrorist attack, I went out at about 3:00 p.m., in a taxi, to the area of Jabal Shamali in Nablus, and there, ▮▮▮▮ and the two

[Stamp] P 5: 267

60

Felony Case (Tel Aviv) 1137/02        State of Israel v. Nasser Mahmoud Ahmad Aweis

suicide attackers were waiting for me in the Pontiac. ▮ was wearing blue jeans and a black shirt, and Said was wearing green pants. There, ▮ said goodbye to them and I took them to ▮ in the Pontiac. Q. What weapons did the suicide attackers have? A. Each one of them had an M-16 rifle. I saw ▮ holding a black plastic bag with an explosive charge in it, and after we got to ▮ I called Nasser Aweis and told him that we had arrived. Nasser asked to speak to ▮ and I heard ▮ telling Nasser that he knew the way from there. Then ▮ gave the mobile phone to me, and Nasser instructed me to go back to Nablus in the taxi, and that is what I did. When I got back to Nablus, I heard on the news about the terrorist attack in Netanya, in which the two suicide attackers had been killed, and I remember they talked about a terrorist attack in a hotel in Netanya."

P/18:

"Q. In the second testimony which you gave, you talked about a suicide attack in Netanya, which took place a month before you gave the testimony, and you claimed that your job was to take the two suicide attackers from Nablus to Kafr Rai. Exactly where did you take them from, and do you know whether they were photographed before they went out to perpetrate the terrorist attack?

[Stamp] P 5: 267 [continued]