מדינת ישראל נ' נאסר מחמוד אחמד עוויס                                    פח (תי"א) 1137/02

הארבעה היו עדים במשפט וניתנה לצדדים ההזדמנות לחקרם על כן נתקיים התנאי הקבוע בסעיף
10א(א)(2) לפקודת הראיות (עיין דני"פ 4390/91 מדינת ישראל נ' חאגי יחיא, פ"ד מז (3) 679).


על הנסיבות בהן נגבו עדויות הארבעה העידו השוטרים גובי ההודעות.


ההודעות ת/12 ות/13 נגבו מהעד  על ידי ע"ת מס' 28, על פי עדות האחרון הוא
חקר את  בשפה הערבית תוך שהוא כותב את הדברים בערבית ולאחר שהזהיר את
 כדין והסביר לו את מהות החשדות נגדו. על פי עדות  הוא הציג ל לרשום בעצמו את הודעתו
בערבית אך זה הסביר לו כי זה הסביר לו כי אינו טוב בקריאה ובכתיבה ואין הוא מתנגד שהודעתו תרשם בעברית. על פי עדות
 הודעתו של אבו חאדר ניתנה מרצון טוב וחופשי.


ההודעות ת/14 ות/15 נגבו מהעד  על ידי ע"ת מס' 34  הוא הציג
עצמו בפני  כאיש משטרה גם הוא כמו העד  חקר את הנ"ד בערבית ותרגם את העדות
לעברית באופן סימולטני ולאחר שהזהיר את  והסביר לו מהות העבירות המיוחסות לו ניתנו
הודעותיו של האחרון מרצון טוב וחופשי.


גובה ההודעה ת/16 לא נמנה על עדי התביעה נתייחס לכך בהמשך.


ההודעות ת/17 ת/18 ות/19 נגבו מ ע"י ע"ת מס' 29  גם עד זה הציג עצמו בפני
 כאיש משטרה הסביר לו את זכויותיו ואת מהות החשדות נגדו הזהירו כדין והודיע לו על זכותו
לרשום בעצמו את ההודעה בערבית. גם עד זה העיד כ הצהיר שאינו יודע לכתוב ערבית וכי אין
לו בעיה שהעדות תכתב בשפה העברית.


את ההודעה ת/20 גבה מ ע"ת מס' 33 ,  הסביר כי העדות נגבתה לאחר
"שהאשים" את  בחשדות המיוחסים לו,הזהירו,תרגם לו את תוכן האזהרה, הודיע לו כי הוא
זכאי לרשמה בכתב ידו בערבית אך מאחר ו טען שאינו יודע לכתוב הוא גבה את העדות בערבית
ושב ותרגם את שכתב לערבית.


מאחר ו טען על פי העדויות שאינו יודע לקרוא ולכתוב בשפה הערבית העובדה שההודעות
נרשמו בערבית אינה מעלה ואינה מורידה משום שגם לו היו נרשמות בערבית היה  חותם עליהן
בהסתמך על דברי גובי ההודעות.


אנו נותנים אמון בעדויות השוטרים גובי ההודעות ת/12 עד ת/20 כולל וקובעים כי נגבו מהעד
 כדת וכדין תוך שמירה על זכויותיו וכי  מסר הודעותיו מרצון טוב וחופשי.


ודוק,  עצמו אינו טוען כי נפל פגם במהלך חקירתו. תשובתו לתובעת על שאלתה "אני אגיד לך
על כל הפעילות שפעלת עם נאסר עוויס על פי הוראות של עוויס במסגרת האינתיפדה" לאמור "כל הדברים
שאת אומרת אלה דברים מזויפים" נדמית על רקע כלל התנהגותו והתבטאויותיו לפנינו כהתרסה בעלמא

7

נבו הוצאה לאור בע"מ nevo.co.il  המאגר המשפטי הישראלי

העומדת בנגוד קוטבי להודאתו המלאה בכל פרטי האישום שיוחסו לו בכתב האישום המתוקן מיום 7.8.02 בפני שלושת שופטי ההרכב של בית המשפט הצבאי (ראה ת/11).

לכך נוסיף את הימנעות הנאשם מחקירתם הנגדית של עדים אלה הימנעות המחזקת את משקל עדותם.

אנו קובעים כי מתן האמירות הכלליות בהודעות הללו הוכח כנדרש על פי סעיף 10א(א)(1) לפקודת הראיות.

משנתקיימו כל התנאים הנדרשים בסעיף 10א(א) לפקודת הראיות, אנו קובעים כי אימרותיו של ████ ████ הן ראיות קבילות.

נסיבות גביית ההודעה ת/16 לא הוכחו. גובה ההודעה לא נמנה על עדי התביעה. למרות זאת, בצעד לא מובן לנו לא נמצאה ב״כ המדינה מלכלול אותה בין ההודעות הקבילות לטענתה (עיין ע׳ 80-81 ל״ סיכומי התביעה-ראשי פרקים״ שנמסרו לנו בכתב). אנו מתעלמים מראיה זו (ת/16) אשר קבילותה לא הוכחה ומוצאים אנו אותה מכלל הראיות שנלקחו על ידנו בחשבון.

רשאים אנו להניח במידת ודאות גבוהה שהודאתו המלאה של ████ ████ בעבירות שיוחסו לו בפני ההרכב של שלושה שופטים מבססת את אמיתות אימרותיו במשטרה, כפי שהצביעה על קבילותן של האימרות מבחינת נסיבות גבייתן.

במהלך עדותו בבית המשפט ועד כמה שניסה להרחיק עצמו מאימרותיו בכתב בדרכים שונות לא היתה משתנתו של ████ ████ עקבית. מדי פעם לרגע קט הבליחה האמת, כך למשל מיד עם תחילת העדות ענה בתשובה לשאלת התובעת ״הדברים שאני עשיתי אותם ומה שדחף אותי לעשות אותם אלה בגלל פושעי המלחמה שרון ומופז״ ולאחר מכן ״אנחנו רצינו לעצור את הפעולות הצבאיות והם רצחו את המנהיג ████ ████ ורצחו ילדים פלשתינאים וזה שדחף אותי לעשות את הדבר הזה״ ואח״כ ״כל הדברים שאת אומרת אלה דברים מוזיפים, תלכי תשאלי את הסיבות לדברים האלה״ וכן ״עד רגע זה העם היחידי שהוא תחת כיבוש זה העם הפלשתינים וכל החוקים הבינלאומיים מרשים לי להתנגב בכיבוש, אל תעייפי את עצמך אל תשאלי אותי שום שאלה״ וכן ״את ████ אני מכיר אותו הוא חבר שלי ושירת איתי ברשות והכיבוש הוא שדחף או ████ לעשות מה שעשה״.

גם הצדעתו של ████ ████ לנאשם עם הכניסה לאולם והצהרתו כי הוא מכיר את הנאשם ושם אותו מעל לראשו למעלה, סימנים הם לאמיתות אימרותיו של הנאשם על הקשר ההיררכי ביניהם כמתבאר בין השאר בת/12 ״נאצר עוויס הינו תושב מחנה בלאטה... המכונה אל חג׳ רווק והוא אחד האחראים בכתאאב שוהדא אל אקצא ושימש כאחראי שלי בארגון ונאצר עובד בבטחון הלאומי בשכם ומשתייך לתנזים פתח...״.

אנו מעדיפים אימרותיו של ████ ████ אשר ניתנו בכתב מחוץ לכתלי ביהמ״ש הכלליות בהודעותיו דלעיל על פני עדותו במשפט.

מדינת ישראל נ׳ נאסר מחמוד אחמד עוויס                                      פח (תי״א) 1137/02

הודעות העד ▮ ת/40אי ב׳ ג׳ נגבו על ידי ע״ת מס׳ 7 ▮. על פי עדותו של ▮ ההודעות
נגבו ונרשמו בערבית לאחר שהסביר ל▮ את החשדות המיוחסים לו והזהירו כדין. לדבריו, העד מסר את
הדברים ברצון טוב וחופשי וחתם בפניו בסוף כל עמוד של כל אחת מהההודעות. על פי עדותו של ▮ את
ההודעות תורגמו לעברית אך ▮ נתבקש לחתום וחתם על המקור בלבד.

את ת/40די גבה מ▮ ע״ת מס׳ 35 ▮ גם עד זה העיד כי גבה את ההודעה באותה דרך
בה עשה זאת ▮.

אנו מאמינים לשניים כי גבו את הודעות ▮ בדרך נאותה וכי האימרות הכלולות בהן נמסרו מרצונו
הטוב והחופשי של ▮.

לפנינו לא העלה ▮ טענה כי הדרך בה נגבו הודעותיו פסולה.  על השאלה אם מזהה הוא את חתימתו
לא רצה לענות, לא רצה להסתכל אך לא הכחיש ומענה בשלילה לשאלה אם הזהירו אותו כדין אינו
משכנע. גם כאן הימנעות הנאשם מחקירת גובי ההודעות מחזקת את עדותם ואנו קובעים כי מתן האימרות
הוכח במשפט כנדרש בסעיף 10א(א)(1) לפקודת הראיות.

אימרותיו של ▮ שניתנו מחוץ לכותלי בית המשפט קבילות כראיה בהליך דנן משנתקיימו תנאי סעיף
10א(א) לפקודת הראיות במלואם.

אנו מעדיפים את אימרותיו של ▮ כפי שקיבלו ביטוי בהודעותיו ת/40אי עד ד׳ על פני עדותו בבית
המשפט. מתשובותיו של ▮ לשאלות שנשאל ניתן להבחין על נקלה כי התנהגותו בבית המשפט משקפת
את החלטתו שלא להראות כמשתף פעולה וברובן מרמזות הן עצמן על כך  שאימרותיו במשטרה אמיתיות.

לא למותר לשוב ולצטטן:

"ש. מתי הכרת את נאסר עוויס

ת. זה דבר פרטי שלי ולא מעניינו של בית המשפט

ש. באיזו פעילות צבאית השתתפת יחד עם נאסר עוויס

ת. זה דבר פרטי שלי ולא מעניינו של ביהמ״ש

ש. מי היה חבר בחוליה הצבאים שבה היית חבר גם?...

ת. זה לא מעניינו של ביהמ״ש

ש. היית חבר מתחילת האינתיפדה בחוליה שעשתה פיגועים, ובין היתר מי שהיה אחראי על החוליה
הזאת זה הנאשם פה נאסר עוויס

ת. מה הטענת בדברים האלה? מה אסור בדברים האלה

ש. סיפרת במשטרה שנאסר עוויס הוא זה שהיה מתכנן את בצוע הפיגועים והוא זה שהיה מספק לכל
חברי החוליה את הנשק

ת. אין לי תשובה

ש. סיפרת במשטרה שהשתתפת בלפחות עשרה פיגועי ירי לעבר הצבא באזור שכם

ת. זו זכותי

ש. אותם עשרה פיגועי ירי שסיפרת עליהם היו בתכנונו של נאסר עוויס והוא זה שסיפק את הנשק לירי

9

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 245

פח (ת"א) 1137/02          מדינת ישראל נ׳ נאסר מחמוד אחמד עוויס

ת. אני לא רוצה לענות

ש. סיפרת גם לאן בדיוק היו פיגועי היריד לעבר התנחלות אלון מורה לעבר מחסום צהל לחאוערה

ת. אני מסרב לעמוד לדין בבימש זה. אין לי על מה לעמוד לדין. אם עשיתי או לא עשיתי. אפילו אם עשיתי את הדברים האלה, אין בזה שום פגם.

ש. אתה לא עומד פה לדין. את כאן מעיד וצריך לענות תשובות

ת. אני מסרב שנאסר יעמוד לדין על הדברים האלה.

ש. על איזה דברים

ת. על מאבקנו נגד הכבוש

ש. אתה בהוראות נאסר עוויס תכננתם לעשות פגוע של מטען חבלה במשטחים ליד שכן

ת. זה לא מעניין אף אחד

ש. סיפרת במשטרה שהיית עוזר לנאסר עוויס להעביר כלי נשק מפעיל כזה לפעיל כזה

ת. אני לא אמרתי את הדברים האלה כדי לעמוד לדין עליהם.

ש. לאיזה צורך אמרת אותם

ת. ככה שאלו אותי ואני סיפרתי

ש. כל הנשקים הרובים ה- M16 שהעבירו שמשו לפגועי ירי כנגד אזרחים וחיילים

ת. אני לא רוצה לדבר ואל תמשיכי...״



הודעותיו של ע"ת 23     ת/43א ות/43 ג׳ נגבו ע"י ע"ת מס׳ 32

על פי עדותו של ████ הוא הזהרה בפני ברגותי כשוטר, הזהירו ווידא שהלה הבין את תוכן האזהרה. ת/43א נגבתה בדרך של שאלות ותשובות ונרשמה (כמו גם ת/43ג׳) בעברית משום שהעד ████ אינו כותב ערבית. ████ סרב לחתום על ת/43א׳ מבלי לתת לכך הסבר ואילו על ת/43ג׳ חתם. ████ הסביר כי במהלך גביית שתי ההודעות לא היו כל אירועים חריגים הוא לא הבחין ש████ פצוע חולה או עייף כי אם כך היה הדבר הוא היה מציין עובדות אלה. אם היה משהו חריג מאוד העדות לא היתה נגבית והיה על כך מזכר. במהלך גביית ת/43ג׳ הציג ████ בפני ████ כתב יד בן שמונה עמודים בערבית והאחרון אישר שזה היה ידו לאחר שעיין במסמך.



ההודעות ת/43ב׳ ת/43ד׳ נגבו מ████ ע"י ע"ת מס׳ 31 ████ עפ"י עדות ████ השניים דיברו ערבית אך העדות נרשמה בערבית ████ הוזהר כדין אך סרב לחתום על האזהרה או על ההודעה ת/43ב׳ אך על ת/43ד׳ חתם. על פי עדות ████ במהלך גביית שתי ההודעות הוצעו ל████ כתבי יד אותם זיהה ככתבי יד שלו, כתבי היד הגיעו ל████ מאחד מחוקרי השב"כ. ████ מסר את הדברים מרצונו הטוב והחופשי ולגבי כתב היד שהוצג לו עם גבית ת/43 ד׳ אף השיב ״כן, זה כתב היד שלי וכתבתי את מה שסיפרתי לך עכשיו בעדותי״.



ההודעה ת/43אה׳ נגבתה מ████ על ידי ע"ת מס׳ 36

עפ"י עדות האחרון הוא הזהרה בפני ████ כאיש משטרה הסביר כי הוא עומד לחקור אותו ובמה הוא חשוד. ████ מסר את הדברים בצורה מסודרת ואחר כך חתם על העדות לאחר שהדברים תורגמו לו. על פי עדותו של ████ הוא חקר את ████ כשלפנינו רקע כללי בדמות זכרון דברים מהשיב"כ אך בעדות מסר לו ████ פרטים רבים שלא יכול היה לדעת מזכרון הדברים ובלשונו ״אם זה בנושא נסיבות הקשר

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

מדינת ישראל נ׳ נאסר מחמוד אחמד עוויס                                פ״ח (ת״א) 1137/02

איך הדברים התנהלו וזרו, אלה דברים שנתן בעדות שלו. אם הם הלכו לחנות גלידה ומה היה הקוד ומי קבע זה לא מופיע בזכ״יד׳י.

מהימנים עלינו דברי העדים ████████ ████████ על אופן ניהול החקירה ונסיבות גביית אימרותיו של ████████ אשר מצדו איננו טוען שאלה נגבו בדרך פסולה. גם כאן הימנעות הנאשם מחקירה נגדית מחזקת את הדברים שנשמעו מפי גובי ההודעות ומתן האימרות הוכח במשפט כדבעי.

משנתקיימו תנאי סעיף 10א(א) לפקודת הראיות אנו קובעים כי האימרות בכתב שנתן ████████ והכלולות בהודעותיו ת/43א עד ה׳ ה׳ קבילות כראיה בהליך דנן.

אנו מעדיפים אימרותיו של ████████ על פני עדותו במשפט. מרבית תשובותיו כוונו להעברת המסר שאין הוא מכיר בסמכותו של בית המשפט (״אני לא מכיר בביהמ״ש, אתם לא מבינים?... אני לא מכיר בביהמ״ש ולא בישראל... איננו מכיר בביהמ״ש״) ולא בהכחשת אימרותיו.

בכל זאת, מדי פעם פרצו ונתגלו הסימנים המעידים על כך שהאימרות אמיתיות:

״ש. מתי התחלת את הפעולות הצבאית שלך

ת. זה לא עניך...

ש. ████████ קרוב משפחה שלך

ת. זה לא עניך למה את שואלת אותי שאלות אישיות

ש. אתה היית הנהג ושומר הראשי של ████████ משנת 96 ועד היום שנעצרת

ת. נו, מה את רוצה

ש. האם זה נכון

ת. איך את שואלת שאלות כאלה? אני לא מכיר בך

ש. אלה דברים שאתה סיפרת

ת. הדבר הזה הוא לא שלי

ש. אתה סיפרת גם שנעצרת יחד עם ████████

ת. אין לי תשובות בכלל יותר טוב שלא תשאלי...

ש. אתה דאגת להכין את סעיד לפני הפגוע דאגת לזה שיהיה מי שיסיע אותו לירושלים למקום קניתם לו בגדים ונעליים לקחתם אותו להסתתר ואתה בהנחייתו נאסר עוויס שהיה מתכנן והמארגן אתה גם דאגת להשיג לסעיד רמאדן נשק רובה M16 ומחסניות עם כדורים

ת. (העד שותק ואיננו משיב)

ש. אתה סיפרת בעצמך את כל הפרטים האלה בהודעה שלך

ת. אני אומר מה שאני רוצה מה שבא לי אני אומר

ש. זה מה שאו בא לך להגיד

ת. זה לא ממני זה לא הכתב שלי. אם באמת נאסר עשה את כל הדברים האלה הוא רק רצה לשחרר לנו את פלסטין זה דבר מרומם את הראש...

ש. לא רק שסיפרת בהודעות שלך על הרבה מקרים של פיגועי ירי התאבדות ובהתייחס לכל הפיגועים שעשית אתה מצטער על מה שעשית

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 247

מדינת ישראל נ' נאסר מחמוד אחמד עוויס                                    1137/02 (ת"א) פח

ת. אם שרון מצטער על מה שהוא עשה אז אני מצטער על מה שעשיתי.

ש. אתה לא מצטער על ששלחת מחבלים להתפוצץ פה בארץ ולהרוג?

ת. אני רוצה לשחרר את ארצי זו שאתם כובשים...

ש. מציגה לך את ההודעה מס' 5 מ 5.9 גם בהודעה זו אני מראה לך את האזהרה את החתימה על האזהרה והחתימה על כל עמ' בהודעה ואת החתימה בסוף ההודעה

ת. מה שאני רוצה אני עושה. אין אף אחד שימנע בעדי, אני אכתוב ואגיד מה שאני רוצה..."

אמת ניתנה להאמר שהתשובה "אני רוצה לשחרר את ארצי זו שאתם כובשים" היא בגדר ראשית הודייה.

יפים לענייננו הדברים שנאמרו בע"פ 735/80 אברהם כהן נ' מ"י, פ"ד לה(3) 94, "משקובע עתה סעיף 10א שבית המשפט יכול להעדיף את האימרה על העדות בבית המשפט, יכול היה הסנגור לנסות ולחזק מצידו את גירסת העד בחקירתו הראשית, על ידי חקירה נגדית שמטרתה להסביר שהאימרה למשטרה היתה אימרה כוזבת, אך הסנגור לא חקר את העד כלל".

הודעות העד █████ ת/47'י עד ג' נגבו על ידי עד התביעה מס' 31 █████. העד לא זכר את מעמד גביית העדויות ורענן זכרונו מהאימרות. על פי עדותו הוא הודה בהזדהה בפני █████ כשוטר, ניהל את השיחה עם █████ בערבית ותרגם לו את הדברים. על פי עדותו █████ כאשר תרגם לערבית את שכתב בהודעה יכול היה █████ להשיב או כך לתקן או לסרב לחתום. על פי עדותו הוא רשם רק את מה ש█████ אמר לו ו█████ אישר בפניו את כתב היד שנעשה בפני חוקרי שב"כ בכתב ידו. על פי עדותו לו היו נסיבות חריגות היה מציין זאת ולו נשמעו תלונות היה רושם אותן כמו שהיה מציין אם היה רואה סימנים ויזואלים. █████ הבהיר שכאשר חשוד מגיע לחקירה משטרתית הוא אדם חופשי "יזו ההזדמנות שלו למסור או לא למסור את גירסתו ואת מבלי למה שקדם לכך בשב"כ. אם היתה איזה שהיא בעיה הייתי רושם כי זו חובתי כל כך שרשום בעדות זו נאמר מפי החשוד". █████ הבהיר כי "גם בעדויות הקודמות וגם בעדות הזאת, הצגתי עצמי כשוטר, זה הדבר הראשון שנאמר לו, הכוונה לנחקרים מסוגו של העד ) עושים את האבנתם מי שוטר ומי חוקר שב"כ, הם נתקלים איתנו בהארכות המעצר והם לא יכולים לטעות בעניין הזה...".

ההודעה ת/47ד'י נגבתה מ█████ על ידי עד תביעה מס' 30 █████ לדבריו גבה ההודעה לאחר שהחשוד הוזהר כדין העדות נכתבה בערבית אך החקירה התנהלה בערבית. בתום ההודעה הוא קרא בפני █████ את הדברים וזה חתם בפניו. על פי עדותו של █████ שלא זכר ספציפית את המקרה הרי אם היה █████ מתלונן בפניו הדבר היה נרשם. עוד הבהיר █████ כי אין לו צורך להוכיח אם הזדהה כשוטר משום שזו חובתו והוא עושה את זה עם כל חשוד. בהתייחס לקשר שבין חקירתו שלו כשוטר לזיכרונות הדברים המושגים לו מהשב"כ הסביר כי חקירתו עצמאית והוא מתייחס לזכ"יד "רק כעקרון דברים ואם חשוד אומר שלא היו דברים מעולם זה מה שירשם בסופו של דבר כלומר מה שהוא אמר זה מה שירשם".

ההודעות ת/47ה'י ות/47ו'י נגבו ע"י עד מס' 36 █████. היות ש█████ טען לפנינו בין השאר כי הודעותיו נגבו בלחץ אנשי השב"כ █████ דבריו █████ הרחיב █████ (לאחר שהתובעת המלומדת ואף אנו הפנינו תשומת לבו לטעונותיו של █████) לא רק על הדרך בה גבה ההודעות אלא גם על אופן חקירתו את █████ אל נוכח חקירה קודמת שנערכה לו ונערכה גם לאחרים על ידי השב"כ. חקירה הנעשית לצורך סיכול וכדבריו "כשאני מקבל לידי זכ"יד חקירה שמגיע מאנשי שב"כ אני בודק את הנקודות שעולות בו מה החשדות שיש נגד אותו חשוד ולאחר מכן אנחנו כותבים את תוכן האזהרה תוכן החשדות ומסבירים ודואגים

12

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

לראות שאכן מבין את תוכן האזהרה ויודע על מה הוא נחקר וזה בשפה הערבית, אני דובר את השפה הערבית על בוריה, אינני כותב ואינני קורא אבל דובר את השפה הערבית, חלק מההליך שבו אנו מקריאים, אני מודיע לו שאני איש משטרה, והוא מודע לכך שאני איש משטרה והוא עומד לתת עדות משטרתית. לאחר שאני בודק באיזה נקודות התייחסות היתה אליו בשב״כ, ועל מה דיבר אני בונה את החשדות נגדו, אם זה השתייכות לארגון או החזקת אמל״ח או לחלופין סיוע למבוקשים או כל עבירה אחרת, ובהתאם לכך אני נערך גם מבחינת החקירה עצמה.

השב״כ חוקר את נושא הסיכול, הוא עוסק בתחום שעליו לסקל את הדבר העתידי, כלומר את הפוגע העתידי. תפקידי כחוקר משטרה הוא לעסוק רק בנושא החקירה המתייחסת לאיסוף הראיות כנגד החשוד דאז, זאת אומרת שאם אני חוקר אדם אני חייב לעבוד על פי דיני הראיות ולהבין את החוק...".

כאשר עימות התובעת את █████ עם העובדה שההודעה נגבו ממנו על ידי שוטר ולא על ידי אנשי השב״כ ענה "לא ראיתי שוטר שאני אדבר איתו כולם שב״כ".

התרשמותנו היא שהשוטר █████ אכן הזדהה בפני █████ כשוטר כפי שנהגו השוטרים האחרים והדברים שנמסרו בהודעת שגבו █████ (█████) נאמרו להם מפיו של █████ מרצונו הטוב והחופשי ואין הן תוצאת התנהגותם של חוקרי השב״כ כלפיו.

הנאשם ובא כוחו לא חקרו את השוטרים בחקירה נגדית גם לא ביקשו לזמן את אנשי השב״כ עורכי זכרונות הדברים לחקירה. הנאשם ובא כוחו לא חקרו את העד █████ במטרה לחזק גירסתו כי ההודעות נגבו ממנו באמצעים פסולים.

המניעה זו אמנם אינה יוצרת חזקה חלוטה לפיה גירסת השוטרים היא הנכונה אולם היא מוסיפה ומחזקת את התרשמותנו בדבר מהימנות עדותם של █████. בנסיבות דנן, קרי המניעות מכוונות ומגמתית של הנאשם ובא כוחו - רקע שהדייישו בפנינו לא אחת - מחקירה נגדית או מזימונם של עדים רלבנטיים, אשר לא ניתן לשקלם על רקע עדויות סותרות אחרות שממילא לא הובאו. אנו מעדיפים עדותם של הדרך בה ניתנו אימרות החוץ של █████ על פני גירסתם של האחרון (עיין ע״פ 38/61 משה בן דוד יצחק נ. היוהמ״ש פד טז 514 וע״פ 639/79 אסלן נ מ״י פד לד(3) 561 ע״פ 2603/90 אלפאר נ. מ״י פד מה(3) 799).

בכל מקרה כמו שנקבע בע״פ 242/85 חזן נ׳ מדינת ישראל, פ״ד מא(1), עצם העובדה כי אימרת נאשם במשטרה אינה קבילה במשפטו שלו אין בה כדי להביא לידי כך שאותה אימרה לא תהא קבילה במשפט אחר בו נדון עניינו של שותף על פי הוראת סעיף 10 (ודוק, לא קבענו שנתעוררו אפשרות כזו.).

אמרותיו של █████ שניתנו במסגרת ההודעות ת/47א עד ו׳ הוכחו במשפט ומשנתקיימו כל תנאי הסעיף 10א(א) לפקודה אנו מקבלים אותן כראיות קבילות.

אנו מעדיפים את אימרותיו של █████ על פני עדותו בבית משפט. בהתייחס למרבית השאלות המפורטות את מעשיו של אבו בכר יחד עם הנאשם הפנה █████ את התובעת הנכבדה לנאשם היושב מולו, נאשם אשר בחר כאמור שלא לחקור בחקירה נגדית את █████ או כל עד אחר. וכך

"ש. מפנה להוצאת מסי 3... שם שאלו אותך מתי התחלת את הפעילות הצבאים שלך ומי גייס אותך לפעילות הצבאים ואמרת שבתחילת שנת 2001 הייתה ביתו של נאסר עוויס במחנה הפליטים בלטה ואז נאסר עוויס הציע לך להתגייס לגדודי חללי אל אקצא לפעילות צבאית והסכמת.

13

מדינת ישראל נ' נאסר מחמוד אחמד עוויס    פ"ח (ת"א) 1137/02

ת. הדברים האלה לא נכונים ואתם יכולים לשאול אותו הנה הוא פה...

ש. מפנה להודעה מס' 4... אתה הצעת לנאסר עוויס במהלך הפעילות שלכם לעשות פגוע בבית חולים תל השומר בישראל

ת. אין דבר כזה תשאלי אותו

ש. תכננתם את כל הפרטים ואפילו השיגו מפה של האזור, ובסופו של דבר נאסר אמר שצריך לחכות קצת, שזה עוד לא הזמן המתאים

ת. אין דבר כזה. את יכולה לשאול אותו

ש. מפנה לעמוד ב... עוד אחד מהתפקידים שלך היה לסייע לנאסר עוויס לגייס עוד פעילים מחבלים לפעילות הצבאית שיעזרו להוציא אל הפועל פיגועים

ת. לא היו דברי כאלה הנה הוא תשאלי אותו...

ש. היית מדווח לנאסר עוויס כל פעם על מחבל שנודע לך שרוצה לעשות פגוע

ת. פעם ראשונה אני שומע את הדברים האלה בנוסף לכך הדברים האלה הם של השבכ נאסר נמצא פה תשאלו אותו".

אל מול השאלות האלה שהופנתה התובעת ל◼◼ וזה הפנה אותן מצידו לנאשם, לא הציב הנאשם גירסת מטעמו ונותרו על אותן הודעות אשר בהודעתיו ומול הודעתי ומ[...] לענין הפקוחה של

שופץ המעשמים שראוי לחזור עליה כאן "אני מאשר כאמיתיות ונכונות האימרות והתודעות שמסרתי בחקירתי בערבית קראתי אותם וחתמתי עליהם. נכון שהייתי מעורב בכל המעשים והפגועים שהודיתי עליהם "כל אחד" והתפקיד שלו" אינני מתנגד להארכת המצער המבוקשתי".

נציין כי הנאשם עצמו מספר ביחס כ◼◼◼◼◼ בין השאר את הדברים הבאים (עיין הודעת הנאשם ת/6) "אחרי פרוץ אינתיפדת אלאקצה התגייס ◼◼◼◼◼ת לכתאב שוהדאא אל אקצה וביקשתי מ◼◼◼◼ שישתתף עימנו בפיגועים ו◼◼◼ הסכים לתצאנו ומסרתי לו נשק מסוג M-16 ◼ ו◼◼◼ ביצע פיגוע ירי מהנשק שמסרתי לו הפגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם ועל פי דברי ◼◼◼◼ לא פגע ברכב" ובתשובה לשאלה באיזה פיגועים נוספים היה ◼◼◼ מעורב בשם כתאאב שוהדאא אלאקצה "פיגוע חדרה שבוצע על ידי סעיד רמדאן...פיגועים שבוצעו באיזור שכם...".

עובדות אלה לכשעצמן סימן מובהק לאמיתות האימרות שניתנו במשטרה ולכך שיש להעניק להן משקל ניכר.

סימן נוסף לאמיתות אימרותיו מצאנו בגירסאות הסותרות של העד ◼◼◼ שנמסרו בבית המשפט לגבי אימרה אחרת אשר על פי אימרותיו נעשתה בכתב ידו.

המדובר בכתב יד בערבית לגבי נשאל ◼◼◼◼ בהודעתו ת/47 א' גיליון מס' 4 את השאלה "אני מציג בפניך כתב יד בערבית (סה"כ עשרה עמודים בצבע צהוב אותם קיבלתי מהמכונה "בסאס") האם זה כתב ידך?

ת. כן זה כתב ידי ואני כתבתי את מה שספרתי לך עכשיו בעדותי"

בעדר לשאלה שנשאל ע"י התובעת "ש. אני מציגה לך הודעה שצמודה להודעה מ 15.4 שזו הודעה בכתב ידך 10 עמודים". ענה "הם מכתיבים לאנשים לכתוב בעל כורחם. תעמידו אותם לדין לא אותנו" הרי

14

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 250

לשאלה יש. זה לא כתב היד שלך"י ענה "זה הכתב של קציני השב"כ הם כתבו את הדברים האלה" ובדרך אף ענה על שאלות דומות יש. אלה דברים שאתה כתבת בעצמך ת. כשנשפך עליך תה זו כשאתה ארבעה חמישים ימים ללא אוכל וללא שינה אז אתה אומר את הדברים כדי להתפטר, ש. אתה את הדברים האלה כתבת ת. יש לי עו"ד אתם צריכים לראות איך השב"כ נוהג עם אנשים ש. אתה מזהה את כתב היד ת. אני לא רוצה לענות לך את מתנהגת כמוהם וצועקת עלי (עונה גם בעברית וגם באנגלית)"

### סיכום ביניים

חזרנו ובררנו שכל הכללים החייבים להתקיים בטרם יוכשרו כראיה אימרות ארבעת שותפי הנאשם מחוץ לכותלי ביהמ"ש במסגרתו של סעיף 10א לפקודת הראיות נתקיימו (ובכללם הוכחת האימרות במשפט מתן ההזדמנות לנאשם לחקור את העדים, השאלה אם העדויות בבית המשפט שונות באופן מהותי מהדברים שנרשמו בהודעות)

שקלנו בדבר בזהירות המתחייבת ואנו מעדיפים את אימרותיהם של ארבעת העדים שותפיו של הנאשם המצויות בהודעותיהם במשטרה על פני עדותם במשפט.

עדות הטעונה תוספת כלשהי תוכל לשמש כשלעצמה תוספת מכל סוג שהוא לעדותו אחרת הטעונה תוספת. על כן, אימרות ארבעת השותפים יכולות להוות "דבר מה" נוסף להודיית הנאשם מחוץ לכותלי בית המשפט.

(עיין, קדמי על ראיות חלק ראשון וכן ע"פ 6147/92 מ"י נ' יוסף כהן, פ"ד מח(1) 62 ; ע"פ 6214/94 מ"י נ' פלוני דינים עליון כרך לח 665 ; ע"פ 5249/98 מ"י נ' מירילאשווילי, פ"ד נג(3) 550).

על כל אחת מהאימרות ובכללן אימרות שניתנו על ידי חלק מהארבעה בכתב יד – עליהן יש להשקיף כחלק אינטגרלי מאותן הודעות בהתאם (עיין ע"פ 6411/98 מנבר נ' מדינת ישראל, פ"ד נה(2) 150) – ניתן להסתמך כראיה תומכת בדמות ה"דבר מה" נוסף לראיות אחרות שהובאו כנגד הנאשם בדמות הודיותיו הוא.

כשותפים לנאשם ובהתאם להוראות סעיף 54א(א) לפקודת הראיות נדרשנו למצוא "דבר לחיזוקה" של עדותם.

נדרש לנו דבר לחיזוק אף בהתאם להוראת סעיף 10א(ד) לפקודת הראיות המורה לנו כי לא יורשע אדם על סמך אימרה שנתקבלה לפי סעיף 10א לפקודת הראיות "אלא אם יש בחומר הראיות דבר לחיזוקה".

מבחינת אופיה של דרישת הדבר לחיזוק (כמשוע זהה בהקשר לשני הסעיפים דלעיל) מדובר בתוספת ראיה מאמתת להבדיל מראיות מסבכת. הדבר לחיזוק אינו חייב להיות ראיה עצמאית ויכול הוא לעלות מן העדות הטעונה חיזוק.

דבר לחיזוק זה נמצא לנו מעל ומעבר לדרוש בראיות מסבכות שבאו ממקור עצמאי ונפרד והן :

הודאתנו המלאה של הנאשם בפני שופט המעצרים

אימרות כל אחד מארבעת השותפים בהתייחס לאימרותיהם רעהו ובהתאם.

15

שתיקת הנאשם והימנעותו מלהעיד במשפט  שבאה על רקע האמור לעיל ועל רקע קו ההגנה שבחר הנאשם (עליו עמדנו בפתח הדברים) שהיא כשמעצמה ראיה המגיעה לכדי ראית סיוע על פי סעיף 162 לחוק סדר הדין הפלילי תשמ"ב-1982 המשמיעני כי "הימנעות הנאשם מלהעיד עשויה לשמש חיזוק למשקל הראיות של התביעה וכן סיוע לראיות התביעה במקום שדרוש להן סיוע".



מאחר ונמצא לנו קורפוס דליקטי (ראה עדויות עד"ת מס' 1    , עד"ת מס' 2    , עד"ת מס' 3    , עד"ת מס' #, עד"ת מס' 8    , עד"ת מס' 9    , עד"ת מס' 10 ג.מ, עד"ת מס' 11    , עד"ת מס' 12    , עד"ת מס' 13    , עד"ת מס' 14    , עד"ת מס' 15    , עד"ת מס' 16    , עד"ת מס' 17    , עד"ת מס' 18    , עד"ת מס' 19    , עד"ת מס' 20    , עד"ת מס' 22    , עד"ת מס' 24    , עד"ת מס' 26    , עד"ת מס' 27     והמוצגים ת\1 עד ת\8 כולל, ת\21,ת\21A, ת\24 עד ת\37 כולל, ת\48,ת\49, ת\52 עד ת\79 כולל), מאחר והנאשם לא הכחיש את עצם מסירת ההודיות בפני גובי הודעותיו או בפני שופט המעצרים הנכבד , מאחר והנאשם אף חזר והודה בפה מלא ובנפש חפצה חפשה בפני שופט המעצרים בכל המעשים שיוחסו לו תוך הבנת מעשהו זה ומאחר ומצאנו כי משקלן הפנימי של הודיאותיו גבוה,קטן בהתאם המשקל הנדרש לי"דבר מה" הנוסף לשם אימותן.

והנה, גם בעניין דבר המה הנוסף (אשר מבחינת מטרתו לא בא אלא להראות שהנאשם לא בדה דברים מלבו ועל כן הוא נדרש לא להיות בגדר ראיה מסייעת המסבכת את הנאשם דוקא ודי בראיה מאשרת), מצאנו כי הוא בעל משקל של ממש ועונה בנקל לדרישה מוגברת ומחמירה בהיותו מסבך את הנאשם בביצוע העבירות המיוחסות לו, בא ממקור נפרד ועצמאי ומתייחס ומתייחד ממשית השנויה במחלוקת.

## עבירות בניגוד לפקודת מניעת טרור וקשירת קשר

בהתאם להכרזה לפי סעיף 8 לפקודת מניעת טרור, התש"ח-1948, נקבע כי התנזים הוא "ארגון טרוריסטי" כהגדרת סעיף 1 לפקודת (ילקוט הפרסומים (תשס"ב), עמ' 800 מ-06.12.2001.

עפ"י חוות דעת מומחים אשר הוגשו ללא התנגדות הנאשם וסנגורו (ת/50 ת/51) הרי (בין השאר) "למן ראשית הארועים האלימים ב"שטחים" שהחלו בספטמבר 2000 נטל ה"תנזים" תפקיד מרכזי ומוביל בביצוע פעילות טרור. פעילי הארגון ביצעו פיגועים במתחנים שונים לרבות פיגועי הרג המוני בשטח ישראל ובאיי"ש... התארגנויות הטרור של התנזים ברצועת עזה ואיי"ש (שלעתים חברו אליהם גורמים נוספים בשטח) החלו להשתמש (נובמבר 2000) בכינוי "גדודי חללי אל אקצא ("כתאאב שהדאא אלאקצא") במיוחד לצורך קבלת אחריות על פיגועים בידעות ישראליים.

במהלך העימותים האלימים קיבלו "הגדודים" אחריות על פיגועים רבים שבוצעו במתכוים שונים ב"שטחים" ובתחומי ח"הקו הירוק" בכללם פיגועים קטלניים. התארגנויות הטרור של ה"גדודים" אחראיות לאלפי פיגועי ירי ומטען בצירים העוקפים באיי"ש ולעשרות פיגועי הרג המוני בשטח ישראל בהם נהרגו עשרות ישראלים... המאפיינים המרכזיים של פיגועי ההרג ההמוני כוללים התמקדות המפגעים במקומות הומי אדם (מרכזי ערים ומתחמים ציבוריים המוהוים מקור משיכה לציבור הרחב דוגמת בתי קפה ומסעדות, תחנות אוטובוס ומרכזים מסחריים וכו') והוצאת לפועל של פיגועי התאבדות (באמצעות חגורת נפץ, או מטען שנושאות המפגעים עם הגיעם ליעד) ופיגועי הקרבה (פיגועי ממנו סיכויי המפגע להמלט קלושים במרבית הפגומים במתכוים זה עושים מבצעיו שימוש ברו"סרים מסוגים שונים) בהם נהרגו עשרות רבות של ישראלים...".

16

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 252

פח (ת"א) 1137/02                                    מדינת ישראל ני נאסר מחמוד אחמד עוויס

הנאשם סיפר בהודעותיו כי "אחרי פרוץ אינתיפאדת אלאקצא התחלתי בביצוע פיגועים נגד מטרות
ישראליות מפאת הכיבוש לאדמה הפלסטינאית... לאחר מכן החלטתי לבצע פיגועי ירי ופיגועים נוספים נגד
מטרות ישראליות בגדה ובתוך הקו הירוק, הפיגועים שביצעתי אותם הם כדלקמן: -

"1.  ביצעתי פיגועי ירי לעבר עמדת שמירה על הצבא הישראלי ליד קבר יוסף בשכם וזה היה לפני יציאת
    הצבא מהמקבר בשבועיים לערך

2.  ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם...

3.  ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

4.  ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי  בקרבת זוואתה

5.  מסרתי לשני אנשים רימוני יד על מנת לבצע פיגוע בירושלים

6.  מסרתי נשקים לביצוע פיגוע בנתניה...

9.  אני מסרתי נשק לביצוע פיגוע בחדרה

10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה שהיתה אמורה להתבצע בחדרה אך הפיגוע לא
    הצליח והאנשים נהרגו בקרבת באקה אלגרביה

11. סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים

12. סיפקתי ל █████████ נשק לביצוע פיגוע התאבדות בתוך חדרה

13. סיפקתי ל █████████ שני מטעינים + קלצ'ניקוב...

14. סיפקתי ל █████ מטען נפץ שהנחה אותה בדרך... לעבר סיור ישראלי".


הנאשם ענה לשאלות הבאות כדלקמן :

"ש. בשם מי היית מבצע את הפגועים שצויינת לעיל

ת. בשם כתאאב שוהדאא אלאקצה שהוא משתייך לפתייח.

ש. מי אחראי על תנועת הפתח

ת. יאסר ערפאת האחראי וייור תנועת פתח

ש. מי אחראי על תנזים פתח

ת. מזכיר תנועת פתח בגדה המערבית ███ ...

ש. למי משתייכים שוהדאא אל אקצא

ת. שוהדאא אל אקצא משתייכים לתנועת פתח ולתנזים פתח

ש. מה הקשר שלך למזכיר תנועת פתח בגדה המערבית

ת. הקשר שלי █ █████ מזכיר תנועת פתח התחיל בשנת 1992 כשהתגוררנו באותה שכונה באמאן
בעת שגורשנו על ידי השלטונות הישראלים ו███ חזר לגדה בשנת 1994 לערך ואני חזרתי בשנת 1995
וכשחזרתי לגדה התחדשו הקשרים עם ███ ███והייתי נפגש עם ███ במשרד תנזים בשכם. וכן הייתי נפגש
עמו במשרד ברמאללה ואחרי פרוץ האינתיפאדה אלאקצא המשכתי להיות בקשר עם ███ והיינו
מארגנים הפגונות בשם תנזים פתח והכרוזים היינו מפיצים בשם ועדת התיאום (הארגונית) (אלפסאלי)
והאחראים בועדה ███ ███ מטעם פתח ו███ מטעם חמאס ואחרי מותו ███ קיבל את התפקיד אדם
אחר וייור הועדה היה ███ ו█████ חבר בועדת התיאום העליונה ומהועדה העליונה היו מנחים
ועדת התיאום הארגונית (אלפסאלי)...

17

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 253

פח (ת"א) 1137/02         מדינת ישראל נ' נאסר מחמוד אחמד עויס

ש. מי היה ממומן את הכסף לביצוע פיגועים נגד מטרות ישראליות

ת. היה ממומן אותי בכסף אנשים מתנזים פתח בגדה ובלבנון

ש. מי הם האנשים שמימנו אותך בכסף לקניית נשק על מנת לבצע פיגועים נגד מטרות ישראליות

ת. לקחתי מ ████████ 12,000 שקלים וכן לקחתי מ █████ 8000 שקלים כהוצאות וקבלתי מ █████ בלבנון קיבלתי 50,000 דולר

ש. במה עוסק

ת. קצין במשטרה הפלסטינאית בשכם וחבר בפתח

ש. במה עוסק

ת. אחראי תנועת פתח בשכם ומשתייך ל ████████

ש. במה עוסק

ת. אחראי פתח בלבנון ומשתייך ליאסר ערפאת

ש. האם היה קשר בינך לבין █████

ת. הייתי בקשר עם █████ כל הזמן

ש. האם █████████ היה יודע שאתה לבצע פיגועים נגד מטרות ישראליות

ת. כן ידע ושמע אף פורסם בעתונות ובטלביזיה וברדיו והייתי משוחח עימו מידי פעם וכשהמצב הפוליטי היה מדרדר רע לנו היה מבקש שנמשיך שנמשפע שמעון פרס ועומדר שרון עם מנהיגים ברשות התקשר אליי █████ וביקש שנעצור את הפיגועים ואני השבתי לו שאעשה זאת ובאותה תקופה היה █████ באיזור ה █████ אמר לי שעדיין מאחר ו █████ נפגש עם מנהיגים ברשות שלא נבצע פיגועים בשם שוהדאא אלאקצה ויש לציין כשהתקדמו בשיחות לא בוצעו פיגועים

ש. מי היה ממומן את █████████ שהיה ממומן אותך בכסף לקניית נשק

ת. ████ היה לוקח כסף מתנועת פתח מהתקציב שהיה מאשר יור תנועת פתח יאסר ערפאת

ש. מי היה ממומן את █████ שהיה ממומן אותך לקניית נשק על מנת לבצע פיגועים נגד מטרות ישראליות

ת. █████████ סיפר לי שהוא לוקח כסף █████ ו █████ היה מודע לכך והשתתף עמי במספר פיגועי ירי נגד מטרות ישראליות...

ש. האם █████ ממומן אותך בכסף באופן ישיר

ת. כן ממומן אותי █████ פעמים באופן ישיר בפעם הראשונה העביר לי באמצעות הפקדה בבנק 3,000 ₪ ובפעם השניה העביר לי דרך הפקדה בבנק 5,000 ₪

ש. האם █████ ידעי שאתה מבצע פיגועים נגד מטרות ישראליות

ת. כן ידע וכפי שציינתי לעיל שמי אף פורסם בעיתונות והשלטונות הישראלים מסרו לרשות הפלסטינאית שאני מבוקש בגין פיגועים ושמי גם פורסם בעיתונות העברית ובעיתונות המקומית בגדה וברצועה

ש. האם █████ סייע לך במימון כסף פרט למה שהזכרת לעיל

ת. כן פעם קיבלתי ממנו שיק על סך 2,300 ₪ מאושר על ידי היור ערפאת...". (עיין הודעה הנאשם ת/5).

עוד ענה לשאלות (עיין הודעה ת/6) כדלקמן :

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc



"כן היה לי מספר כינויים במהלך ביצוע הפיגועים כמו ██████ ... וכן לקחתי... שני
טילי טנק ישנים על מנת להוציא מהם את החומר את התומר למטעני נפץ ובמטעניהם השתמשתי
על כביש העוקף בזואתה... ואני גייסתי אותו (הכוונה לאדם בשם ██████) (כתבאב שוהדאא אל אקצא
לפני כדורשיים לערך והמטרה מגויסו לשוהדא את אל אקצא על מנת שיסייע לנו בפיגועים באזור ירושלים
ושיכניס מתאבדים (מוסתשהידים) לירושלים ואני גם כן ביקשתי מ██████ שלמד אותנו ייצור חומר נפץ
יותר חזק מהחומר שהשתמשנו בו ו██████ הסביר לי בטלפון כיצד מייצרים חומר (אומאלעבד) והשבתי לו
שאנאמ יודע לייצר אומאלעבד. ולפני חודש וחצי לערך ביקשתי מ██████ שיבדוק דרך להכניס מתאבד
לירושלים... ותפקידי היה לתאם בין ██████ ו██████ על מנת להכניס את המתאבד לירושלים והפיגוע הזה
בוצע אף ללא הצלחה מאחר ושוטרים ירו לעבר המתאבד לפני הביצוע... ██████ ביקש ממני
שאסכים לקבל שיחה מאוד ואחרי מספר ימים התקשר אלי ██████ המכונה ██████ וביקש
שנמשיך בביצוע פיגועים והציע לי מימון כספי ואני הבעתי את הסכמתי ומסרתי לו ██████ מספר חשבון
הבנק שלי בבנק ערבי בשכם על מנת שיעביר לי כסף ואכן ██████ העביר לי כסף שש פעמים לערך
והפקיד 3,000 ו 5,000 דולר...

ש. מה עשית בכסף שהעביר לך ██████

ת. לשם ביצוע פיגועים... על פי הסיכום עמו היה ממומן אותנו בכסף לביצוע פיגועים ואני הייתי מדווח
לו אודות הפיגועים במהלך השיחות שניהלתי עמו באמצעות הטלפון והאינטרנט... שוחחתי עמו אודות
הרבה פיגועים... ודיווחתי לו גם כן אודות פיגוע התאבדות בירושלים ובחדרה שביצענו...

ש. איזה קשר צבאי היה בינך לבין ██████

ת. אחרי פרוץ אינתיפאדת אל אקצא שוהדאא אל אקצא אני קשרתי מ██████ לכתבאב שתגייס
שישתתף עמנו בפיגועים ו██████ הסכים להצעה ומסרתי לו נשק מסוג M16 ויאסר ביצע פיגוע ירי מהנשק
שמסרתי לו. הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם ועל פי דברי ██████ לא פגע
ברכב...

ש. האם היה קשר ל██████ עם מתאבדים

ת. כן אני ו██████ עבדנו יחד לשלוח מתאבדים עם ██████ ... ובמידה והיינו
נזקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו נעזרים ב██████ ולפני כניסת הצבא לשכם
כשבועיים ביקשתי מ██████ שינסה להשיג חגורת נפץ למתאבד על מנת לבצע פיגוע בתוך ישראל ו██████ אכן
הביא חגורת נפץ ומסרנו אותה למתאבד שנסע עם אדם אחר לביצוע פיגוע בישראל וכשהגיעו לבאקה אל
גרביה ירו חיילים לעבר המתאבד וניהרגו נהרגו... מה סוג הרכב שנסעו בו המתאבדים

ת. לא ידוע לי אך מסרתי ל██████ 3,500 ₪ על מנת שיקנה רכב גנוב להעברת המתאבדים ו█ נסע
עמם לטול כרם והראה להם את הדרך וחזר ברכב ציבורי..."

ובהודעתו ת/7 בתשובה לשאלות:

"... ו██████ פנה אלי בעניין זה מאחר ואנחנו חוליה צבאית ואני הבעתי את הסכמתי לפיגוע זה... יש
לציין ש██████ פנה אלי כי כי אני אחראי כתבאב שוהדאא אל אקצה... ואחרי ששמעתי ברדיו שנהרגו
התקשרתי לכלל תקשורת והודעתי להם שהפיגוע בוצע על ידי כתבאב אל אקצה... אך כשהודעתי שאנחנו
לוקחים אחריות על הפיגוע ██████ אמר לי את השמות... כי היה לי קשר בפיגוע הירי בנתניה שבוצע על ידי
מתאבדים שלא ידעתי לי שמותיהם ולפני הפיגוע הזה בימיים התקשר אלי ██████ ואמר לי
שביכולתכם להכניס שניים לישראל על מנת שיבצעו פיגוע התאבדות ואני פניתי ל██████ ושאלתי אותו
באם הוא יכול להכניס מתאבדים והשיב לי בחיוב ואני מסרתי ל██████ שני רימונים ו██████ מסר
להם שני נשקים מסוג M16 ו██████ צילם אותם והסביר להם על הפיגוע... ואחרי מספר שעות
שמענו בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

פ"ח (ת"י/02) 1137/02          מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ושוטרים נפגעו בפיגוע ונרצחו שניים ושניים אחרים נהרגו על ידי המשטרה והתאשרתי לכלי התקשורת ולקחתי אחריות על הפיגוע...".

ובהודעה 8/ת

"ש. האם היה לך קשר עם ███████

ת. כן... ואני יצרתי איתו קשר וביקשתי ממנו לבצע פעולות צבאיות...

ש. מה עשה ███ במטעונים שמסרת לו

ת. לפיגועים ולא זכור לי היכן בוצעו הפיגועים.

ש. האם אתה מכיר אדם בשם ████████

ת. אני מכיר אותו ....ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי...

ש. האם אתה מכיר אדם בשם ███████

ת. ...ואני לקחתי מתאתם באמצעות ███ כעשרים אקדחים וכעשרים רובה קלצ'ניקוב....ו – 1 M16 ותמורת האמל"ח היתי משלם מכספי....".

במסגרת הודעתו של הנאשם לפני שופט המעצרים וכעולה מהעבירות המיוחסות לו בבקשה להארכת פקודת המעצר (23/ת) הודה הנאשם בחברות בארגון עויין "כתאב שוהדא אלאקצא" השייך לתנזים פת"ח, בהשתתפות בפיגועי ירי לעבר מטרות ישראליות באזור שומרון, במעורבות בגיוס מתאבדים ושליחתם לתוך ישראל, מתאבדים שביצעו פיגועי רצח כמו כן הודה בגיוס פעילים נוספים לביצוע פיגועים וביצור חומר נפץ ומטענים.

עד התביעה ███████ מספר בהודעתו 12/ת "אני מודה שבמהלך חודש אפריל משנת 2001 הוצע לי ע"י ███ נאצר עוויס להתגייס לכתאב שוהדא אלאקצה והסכמתי להצעה זו ומאז אני חבר פעיל בארגון שוהדא אלאקצה השייך לתנזים פת"ח ועד היום הזה ולאחר שהצטרפתי לארגון הנ"ל נאצר עוויס ביקש ממני להפיץ כרוזים בשם שוהדא אלאקצה וכן עשיתי את זה...ואחרי זה התחלתי להיות מעורב בפעילות צבאית השתתפתי בפיגועי ירי לעבר הצבא והשתתפתי בהנחת מטעני חבלה והשתתפותי גם בהכנת מס' מתאבדים ושליחתם לתוך ישראל לביצוע פיגועי התאבדות... נאצר עוויס הינו תושב מחנה בלאטה כבן 29 שנים ומכונה אל תאבי' רוזק והוא אחד האחראים בכתאב שוהדא אלאקצה ושימש כאחראי שלי בארגון ונאצר עובד בביטחון הלאומי בשכם ומשתייך לתנזים פת"ח...חברי הקבוצה שאליה הצטרפתי בשוהדאא אלאקצה הם 1. נאצר עוויס- שימש כאחראי על כתאב שוהדא אלאקצא...".

בהודעה 13/ת מספר ███████ "אני מודה שבמהלך חודש מרץ לפני כחודש ביקש ממני נאצר עוויס להוביל מתאבד משכם... ברכב מסוג פונטיאק גונב שקיבלתי אותו ממאצר... אני הודעתי ל███ שאיני יודע לייצר מטעונים ולכן לקחתי אותו לנאצר עוויס למחנה בלאטה וביקשתי ממאצר שיסדר לו שני מטעונים ואז נאצר התקשר ל███... וכעבור שעה ███████ הגיע והביא עימו שני מטעונים... ואחרי זה ███ קיבל את המטעונים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מ███ שביצעו פיגוע נגד ג'יפ צבאי ... ומאחר ו███ פנה מס' פעמים לכן הודעתי לנאצר עוויס שאישר לי להמשיך ולתכנן פיגועי התאבדות עבור ולכן פגשתי את ███ והצעתי לו לבצע פיגוע משולב...וכעבור שבוע חזר ███ ואמר לי שהוא מסכים

20

להציעתי אך בתנאי שהצטרפו אליו שני חבריו ████ פניתי לנאצר והודעתי לו את בקשתו
של ████ ונאצר הורה לי לבדוק באם השלושה רציניים בכוונתיהם לבצע פיגוע התאבדות... לאחר שאימנתי
אותם בירי ב M16 צילמתי בוידיאו בביתו את ████ ואת ████ ביחד כשכל אחד מהם מחזיק M16
ומאחוריהם דגל פלשתין ודגל שוהדאו אלאקצה ████ קרא את הצוואה שנאצר עוויס שלח אותה... ובאותו
יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר ביקש לפגוש את המתאבד הזה ולמחרת לקחתי את
מג׳די לסטודיו בשכם להצטלם ומשם לביתו של נאצר... השארתי אותו שם ועבדר זמויים ונאצר ביקש
ממני לרכוש רכב על לוחית זיהוי ישראלית ואכן קניתי רכב מיצובישי שחור גנוב תמורת 3500 שקל ... את
הכסף עבור הרכב קיבלתי מנאצר עוויס  אחרי שקניתי את הרכב הלכתי לביתו של נאצר את הרכב ושם
נפגשתי עם נאצר ועם ████ ... הופעתני שישעו אדם נוסף בשם ████ ... ואז נאצר עוויס סיפר לי כי
שני הנ״ל ████ עומדים לצאת לפיגוע התאבדות בישראל ואז נאצר מסר ל████ נשק
מסוג M16 ולפתחתי מסר שני רימוני יד...לפני שבוע בערך ביקש ממני נאצר עוויס לקנות לו שני שקים של
דשן כימי לצורך ייצור מטעונים... וקניתי... ומסרתי אותם לנאצר עוויס לצורך הכנת מטעני חבלה...לפני
כשנה קניתי שני רובים מסוג M16 ...את הכסף עבור הנשקים האלה קיבלתי מנאצר עוויס...

ש. מהיכן היית מקבל את הכספים עבור הוצאות לפעילות הצבאית

ת. מנאצר עוויס שישימש האחראי עלי מטעם שוהדאו אלאקצה״

ובהודעה ת18\ ״היה תכנון של מבצעי הפיגוע התאבדות בתוך התחנה המרכזית בחדרה בכך שאני
ו...████ ונאצר עוויס העלינו רעיון שנשלח מתאבד או שנים שיבצעו פיגוע משולב של ירי ולאחר מכן פיצוץ
המטען שיהיה על גופם ובכך התוצאה הינה גדולה ותגרום למוות המוני ונאצר עוויס לקח על עצמו גיוס
המתאבד ואני לקחתי על עצמי למצוא ישראלי שיכנס המתאבד לישראל...ובסופו של דבר לא
הצלחנו להוציא פיגוע זה אל הפועל... ████ סיפר לי ...שהוא הבחין במס׳ דתיים שמתרכזים בבית
כנסת ביס בקה אלגרביה לחדרה והצע לי שנארגן פיגוע התאבדות במקום. אני הסכמתי והודעתי זאת
לנאצר עוויס האחראי עלי והוא אמר לי הולך ניקח את זה בחשבון אך בסופו של דבר זה לא יצא לפעול.
בנוסף לזה אני ו████ ונאצר עוויס שוחחנו האפשרות לבצע פיגוע בתחנת הדלק הראשית בישראל
בכך שנמלית להגעת מיכלית דלק שמגיע לחלק דלק בשכם ולהניח מטען חבלה במיכלית בלי שהנהג ירגיש
מטען שמחובר לפלא פון שמחובר למטען זה היה רק תכנון ולא יצא לפועל... חשבתי שנבצע פיגוע במשרד
הביטחון בתל אביב אני שוחחתי על כך עם נאצר עוויס ו██████████ והחלטנו לחפש פעילים מאומנים
שיבצעו פיגוע שכזה...את הנשקים היתי מביא מנאצר עוויס לפני כל יציאה לפיגוע... ״

ובהודעה ת20\ ״... אני בטוח ש ████ ידע שהרובים מיועדים למתאבדים שיוצאים לבצע
פיגועים בתוך ישראל כי יאסר הוא איש סודו של נאצר עוויס וכי ████ הוא כותב הכרוזים של נאצר עוויס
כרוזי נטילת אחריות על פיגועים שתוכננו על ידי נאצר עוויס. ״

העד ████ מספר בהודעתו ת40\ א׳  ״פנה אלי ████  ואמר לי שהוא מתכנן להקים
חוליה צבאית שייכת לתנזים פת״ח והצע לי להתגייס לחוליה הצבאית ואמר ████ שמטרת הקמת
החוליה היא לבצע פיגועים נגד הצבא הישראלי באיזור שכם. אני הסכמתי לקח ובמסגרת החוליה הצבאית
אני השתתפתי בעשרה פיגועי ירי לעבר הצבא ו██████ והשתתף איתי בפיגועי הירי ... נאצר עוויס כבן
35 שנה ממחנה בלאטה והוא אחראי התנזים בשכם...

ש. מי היה מתכנן ומכין לביצוע הפיגועים שבהם אתה השתתפת

ת. נאצר עוויס הוא זה שהיה מתכנן לביצוע הפיגועים והוא זה שהיה מספק לנו את כלי הנשק ...״

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

ובהודעה ת\40בי "בתחילת חודש 10 שנת 2001 נפגשתי אני ו▇▇▇ עם נאצר עוויס ... ושם
הציע לנו נאצר ללמד אותנו על אופן הכנת מטעני חבלה לצורך ביצוע פיגועים ולסלק מטעניים לאחרים
בתנוים פת"ח ולאחר הסכמתי והסכמת ▇▇▇ בא אלינו נאצר עוויס לדירה שבה מתגוררים אני ו▇▇▇
▇▇▇ ברפידיה והיה נאצר ברשותו נאצר עוויס חומר נפץ בתוך חמש שקיות כל שק עשרה ק"ג והיה ברשותו
בערך 10 בלוני גז בגדלים שונים וחוטי חשמל וסוללות ובדירה לימד נאצר עוויס על אופן הכנת מטען
חבלה ודרך הפעלתם כמו כן לימד אותנו נאצר על אופן הכנת חומר נפץ מחומרים 1. דשן חקלאי אשלגני
2. גופרית 3. פחם...נאצר עוויס מספק לנו את החומרים הדרושים להכנת המטעניים... הדירה ברפידיה
שימשה להכנת חומר נפץ והמטעניים... המטעניים שהכנו היינו מוסרים לאנשים מתניים לצורך ביצוע
פיגועים צבאיים נגד מטרות ישראליות בגדה המערבית..."

בהודעה ת\40גי: "ש. בהודעתך הראשונה מסרת שנאצר עוויס הוא זה שהיה מתכנן ביצוע הפיגועים
והיה אחראי על תנזים פת"ח בשכם האם אתה היית מודיע לנאצר עוויס אודות ביצוע הפיגועים שבהם
השתתפת והפיגועים שבוצעו על ידי אחרים שלך היה קשר איתם במסגרת תנזים פת"ח
ת. כן אני ▇▇▇ היינו מודיעים לנאצר עוויס אודות כל פיגוע שביצענו ועל פיגועים שבוצעו על
ידי נוספים היינו בקשר איתם ...
ש. האם היה לך קשר עם ▇▇▇
ת. לא היה לי כל קשר עימו היה לנאצר עוויס קשר עימו עם ▇▇▇ היה מודיע לנאצר אודות ביצוע
הפיגועים שבוצעו נגד מטרות ישראליות ..."

ובהודעה ת\40די " לאחר הפגיעה בהתנחלות גדעונים כחודש הגיע אלי ▇▇▇ וביקש ממני הרובה
M16 אשר לקחתי אותו מהשומר שרצחתי בגדעונים ואני נתתי את הנשק ל▇▇▇ להשתמש בו
בפיגוע והוא החזיר לי את הנשק לאחר יום ולא סיפר לי מה עשה בנשק ורוצה להוסיף כי נאצר עוויס לקח
ממני את נשק M16 פעמיים בכדי שישתמשו בו בפיגוע התנזים ובחודש 9\2001 לקח ממני נאצר עוויס את
הנשק בשל הנחת מטען...שביצע אותה ▇▇▇ פעיל כוח 17 ...בחודש 10\01 לקח ממני נאצר עוויס את
הנשק בשל ירי ...נקודה צבאית..."

העד ▇▇▇ מספר בהודעתו ת\43אי "ש. למה התקשרת לנאצר עוויס ת. כי הוא האחראי על
שוההדא אלאקצה והוא עושה דברים כאלה אני שאלתי את נאצר עוויס אם הוא יכול לעזור לי בכך שיביא לי
מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע ונאצר אמר לי שישלח לי
מישהו...

בהודעה ת\43גי "אני אחרי שהתקשרתי לנאצר עוויס ואמרתי לו על הפיגוע (המדובר בפיגוע המתואר
באישום הראשון אשר ארע במסעדת "סי פוד מרקט") כי נאצר עוויס הוא אחראי כתאב שוהדא
אלאקצה... ש. ספר לי מהיכן הכסף לפעילות ת. אני נתתי לנאצר עוויס את מסי חשבון בנק שלי והוא
הכניס לחשבון שלי כ- 7000 שקל...

ש. ספר לי על קשריך עם נאצר עוויס

ת. היה לי את המספר פלא פון של נאצר עוויס ואנחנו היינו מדברים בטלפון על הפעילות ו▇▇▇
ידע על הקשר הזה שנמנתו מדברים ואזיה יום אמר לי נאצר שישלח לי את▇▇▇ שאני אקח אותו ואשלח
אותו לעשות פיגוע התאבדות... ואז עלי אמר לי ש▇▇▇ אמר לו לא לתת לי באותו זמן כסף ונשק אני
אמרתי זאת לנאצר עוויס ונאצר אמר לי שזה בסדר שנמשיך וכי הוא יביא לי נשק וכסף אני זוכר שנאצר
עוויס אמר לי שיש לי עוד אנשים שרוצים לעשות פיגוע התאבדות והוא ישלח לי אותם..."

22

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 258

ובהודעה ת\43 ד׳ ״ באותו לילה שהיה הפיגוע באולם השמחות בחדרה...אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שגדודי שוהדא אלאקצה עשו את הפיגוע הזה סיכמתי עם נאצר עוויס שלמחרת הוא ייתן לי כרוז שבו הוא לוקח אחריות על הפיגוע למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו ברמאללה...״

בהודעה ת\43 ה׳ ״אני ▆▆ הכינוי שלי ▆▆ הייתי אחראי ביחד עם נאצר עוויס על גדודי שוהדא אלאקצה ...״

העד ▆▆▆▆▆▆ בהודעתו ת\47 א׳ מספר ״נאצר עוויס הוא האחראי על גדודי שוהדא אלאקצה ומבקש לישראל בחודש ספטמבר 2001 נאצר עוויס התקשר אלי וביקש ממני להכין לו כרוז ליום השנה הראשון לאינתיפאדת אל אקצא... הכנתי כרוז זה ונתתי אותו לנאצר בביתו בבלאסטה כמו כן לאחר מותו של ▆ נאצר עוויס היה מתקשר אלי לאחר פיגועים והיה מבקש ממני לכתוב כרוזים שבהם גדודי שוהדא אלאקצה לוקחים אחריות על הפיגועים ואני הסכמתי...לאחר שהיה פיגוע נאצר עוויס היה מתקשר אלי ומספר לי היכן היה הפיגוע ומי היה הבחור שעשה את הפיגוע וההתאבדות ואני הייתי מכין את הכרוזים וכותב שגדודי שוהדא אלאקצה לוקחים אחריות על הפיגוע אחר כך הייתי מעביר את הכרוז לנאצר עוויס ונאצר היה שולח את הכרוז בפקס לעיתונאים ש. סיפרת לי קודם שנאצר עוויס אחראי על גדודי שוהדא אלאקצה ומבקש לישראל אתה יכול לומר לי מי חבריו של נאצר עוויס לחוליה הצבאית ת. הם חוליה של גדודי שוהדא אלאקצה נאצר עוויס הוא האחראי על החוליה

ובת\47 ב׳ ״ בערך לפני כשלושה שבועות נאצר עוויס התקשר אלי ואמר לי להשיג לו בדחיפות שתי חגורות נפץ עבור פיגוע התאבדות. נאצר עוויס אמר לי להביא חגורות נפץ מאדם אחר ולא מ ▆ כי הפיגוע מחגורת הנפץ שהכין ▆▆▆▆▆ זה חלש חלש הם ניסו את חגורת הנפץ הזאת והפיצוץ היה חלש...אני פניתי ל ▆▆▆▆▆ כי יש לו חבר שיודע לייצר חגורות נפץ...לאחר יומיים ▆▆▆▆ אמר לי ש ▆▆▆▆▆ הכין לנו חגורת נפץ אחת...והעברתי אותה ל ▆...״

בת\47 ג׳ ״ בתחילת שנת 2001 הייתי בביתו של נאצר עוויס במחנה הפליטים בלאטה ואז נאצר עוויס הציע לי גיוס לפעילות צבאית בגדודי חללי אל אקצא ואני הסכמתי. ש. האם נאצר עוויס אמר לכם מה הפעילות שתעשו ת. כן הוא אמר שנעשה פיגועים נגד מטרות ישראליות ואז הציע לנו לעשות פיגוע מטען וירי על רכב צבאי...״

בת\47 ד׳ ״ לפני כחודש וחצי בערך התקשרתי לפלאפון של נאצר עוויס אחראי התנזים כתאב אל שוהדא בשכם... והצעתי לנאצר את בית החולים תל השומר בישראל כמקום טוב לבצע פיגוע אני שמעתי שיש חיילים ישראלים בבית החולים תל השומר ולכן הצעתי לבצע פיגוע במקום הזה הנאצר אמר לי שעשיו לשכוח מנושא זה וביקש שאדבר בנושא זה עם ▆▆▆▆▆ בשנות העשרים לחייו פעיל בכיר בתנזים עוזרו של נאצר עוויס... לפני כחודשיים בערך פנה אלי נאצר עוויס סיפרתי לך עליו וביקש ממני לפנות לפעילי גאף ולבדוק איתם עזרה בביצוע פעילויות צבאיות ופיגועים אמרתי לנאצר שאני מכיר פעיל גאף...נאצר אישר לי ללכת אליו נפגשתי עם ...וסיפרתי לו שאני פועל עם נאצר עוויס...״

ובהודעה ת\47 ה׳ ״.. ▆▆ סיפר לי שיש לו בחור שמוכן לבצע פיגוע התאבדות אז אני אחרי מס׳ דקות התקשרתי לנאצר עוויס ואמרתי לו שיש מפגע שמוכן לבצע פיגוע התאבדות ואז נאצר עוויס הנחה

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 259

אותי שהבחור ירד לרמאללה ...אחרי שבוע חמישה ימים בערך שמעתי בחדשות שהיה מפגע מתאבד בשם
████ משאב שביצע פיגוע ירי באזור דחנייה אל ... בירושלים ומהפגיעה נהרגו שני יהודים ויש פצועים
ו████ נפצע קשה כי נורה על ידי החיילים. אחרי החדשות באותו היום של הפיגוע התקשר אלי נאצר
עוויס ומסר לי שהמפגע הוא ████ פעיל תנזים והנחה אותי להכין כרוז בשם כתאב שוהדא אל אקצה
שבו הארגון לוקח אחריות...״

-

על פי סעיף 1 לפקודת מניעת טרור התש״ח 1948, ״״ארגון טרוריסטי״ פירושו חבר אנשים המשתמש
בפעולותיו במעשי – אלימות העלולים לגרום למותו של אדם או לחבלתו , או באיומים במעשי – אלימות
כאלה, ״ חבר בארגון טרוריסטי״ פירושו אדם הנמנה עליו , וכול אדם המשתתף בפעולותיו, המפרסם
דברי-תעמולה לטובת ארגון טרוריסטי , או פעולותיו.״״

על פי סעיף 2   לפקודה זו  יחשב אדם הממלא בין השאר תפקיד  בהנהלה או בהדרכה של ארגון
טרוריסטי או משותף בדיוניו או בקבלת החלטותיו של ארגון טרוריסטי, פעיל בארגון כזה.

הציטוטים שהבאנו לעיל הם דוגמא מהיריעה הרחבה והמפורטת אשר נפרשה לנו מתוך הודעות הנאשם
והודעות שותפיו עליהן הסתמכנו, יריעה עובדתית המבססת את המסקנה המשפטית  שיסודות
העבירות בניגוד לסעיפים 2 1 3  לפקודה הוכחו כדבעי כמו גם את המסקנה שהארגונים אליו השתייכו
הנאשם ושותפיו הם ארגונים טרוריסטים.

מלבד עבירות על פקודת הטרור אותן מייחסת המדינה לנאשם בכל האישומים שפורטו בכתב האישום
היא מייחסת לו בכל האישומים עבירות בניגוד לסעיף 499 לחוק העונשין תשל״ז-1977 .

עיקרה של עבירת הקשר טמון בהסכמה בין שניים או יותר לבצע מעשה בלתי חוקי. ההתקשרות צריכה
להיות לשם השגתה של מטרה משותפת וצריך שההתקשרות תלווה בכוונה שהמטרה המשותפת תוגשם.
המדובר כאמור במטרה שהיא מטרה פסולה בעיני החוק.

היריעה העובדתית שהוזכרה לעיל מבססת גם את המסקנה שהנאשם עבר עבירות בניגוד לסעיף
499 לחוק העונשין תשל״ז-1977 .

הודעתו של הנאשם על תפקידיו מעמדו ופעילותו במסגרת הארגון אליו השתייך, פעילות שמטרתה
ביצוע פעולות טרור שאף הניבו תוצאות רצחניות וחבלניות כפי שעוד יתואר להלן, נתמכת במלואה בדבר
מה נוסף מהותי הנובע ממקורות נפרדים ועצמאיים, אימרות כל אחד ואחד מן השותפים, המסבכות – כל
אחת על פי דרכה – את הנאשם בעבירות המיוחסות לו תוך התייחסות לנקודות ממשית השנויה במחלוקת.
על התוספת המחזקת את עדויות השותפים כבר עמדנו לעיל.

המדינה הוכיחה את המעשים האלה המיוחסים לנאשם.


<u>האישום הראשון</u> :

נבו הוצאה לאור בע"מ  nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

בתאריך ה- 5.3.02 הגיע המחבל ███ (להלן ███) למסעדת "סי פוד מרקט" בתל אביב כשהוא חמוש ברובה M16, רימוני יד וסכין בכוונה לבצע פיגוע רצחני.

בעת ש███ הגיע למקום היתה המסעדה מלאה בעשרות רבות של אנשים. ███ החל לירות לעבר האנשים במסעדה מגשר מערבי" "בית מערבי", השליך לתוכה רימוני יד שבדרך נס לא התפוצצו ומיד לאחר מכן התקרב למסעדה ודקר אנשים מיושבים הכל במטרה לגרום בכוונה תחילה למותם של אנשים רבים שהתארחו במסעדה.

באירוע זה נדקרו למותם מסכינו של רסי"ר סלים בריכאת ז"ל, בן 33, שהיה אחד השוטרים הראשונים שהגיע לזירת הפיגוע והסתוער על ███ במטרה לעצרו, יוסף חבי ז"ל, בן 52, ואליהו דהן ז"ל, בן 53. עשרות אנשים נוספים נפצעו ולחלק מהם נגרמו חבלות חמורות. לאחר שכתמים הביטחון הגיעו למקום הפיגוע נורה חסונה למות. (עיון עדויות ; ע"ת מסי 3 ███; ע"ת מסי 4 ███ (מוצגת ת\1א) ; ע"ת מסי 8 ███ ; ע"ת מסי 9 ███ ; ע"ת מסי 11 ███ ; ע"ת מסי 13 ███ ; ע"ת מסי 17 ███ ; ת\32 (דו"ח פעולה על הנצחת הזירה ותפיסת מוצגים); ת\33 (רובה -M 16) ; ת\34 (סכין מגואלת בדם) ; ת\35 (לוח תצלומים) ; ת\24(דו"ח פעולה) ;ת\25 (דו"ח פעולה) ; ת\52 עד ת\57 (חו"ד מומחים)).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם פעילים אחרים בארגון ובינתם ███ (ע"ת מסי 23) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו שהנאשם עמד בראשה גויס צוד והוסע לתל אביב אל מקום המסעדה. הנאשם הורה בין השאר ל███ לצלם את ███ לפני יציאתו לביצוע הפיגוע כמחבל מתאבד זאת על מנת שלאחר מכן ניתן יהיה לשלוח את הקלטת בה הוא מצולם לתחנות הטלוויזיה השונות. ואכן, לאחר הפיגוע במסעדה התקשר הנאשם אמנם לתחנות הטלוויזיה השונות ולאמצעי תקשורת אחרים והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע ואף ביצע אותו.

הודיית הנאשם :

"ש. האם היה לך קשר לפיגועי התאבדות בתי"א

ת. כן ███ מסר לי בתחילת חודש מרץ 2002 כשהגיע לביתי במחנה בלאטה על כך ש███ ב███ ביקש ממני אדם שיבצע פיגוע התאבדות (איסתשהאדא) בתי"א והודיע לי שהוא עומד לפנות לאדם בשם ███ במקרוב מעזה שיתאבד בכוח הימי בשכם ו███ מסר ל███ נשק מסוג M16 ורימוני יד ו███ פנה אלי בעניין זה מאחר ואנחנו חולייה צבאית ואני הבעתי את הסכמתי לפיגוע זה והוא שלח את ███ ברכב ציבורי לרמאללה וסיכמנו עם ███ שיפגוש את ███ ברמאללה וכן סוכם ש███ יצלם את ███ לפני ביצוע הפיגוע ואחרי זה נשלח את הקלטת לתחנות הטלוויזיה, אבן לאחר מכן הגיע ███ לרמאללה ולפי הידוע לי ███ הכניס אותו לישראל ו███ הגיע לתי"א ושמעתי בחדשות שירד לכיוון הישראלים למסעדה ונהרג ואז התקשרתי לתחנות הטלוויזיה והתקשרתי ומסרתי שהפיגוע בוצע על ידי כתאב שוהדא אלאקצה

ש. כמה אנשים נהרגו בפיגוע תי"א על פי הידוע לך

ת. על פי הידוע לי נהרגו שניים או שלושה אנשים ונפצעו יותר מעשרים אנשים

ש. לאיזה תחנת טלוויזיה התקשרת והודעת להם שהפיגוע בוצע על ידכם

ת. אלג'זיירה, אבודי'בי – ישראל – אלמנאר – ולתקשורת המקומית

נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 261

פח (ת"א) 1137/02     מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ש. האם יש לך מה להוסיף בקשר לפיגוע בתל-אביב.

ת. לא, אך באותה תקופה פנה אלי █████████ מכתבאב שוהדאא אלאקצה ואמר לי שישים שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי ל █████ אודות עניין זה ושאלתי אותו באם הם יוכל להכניס אותם וסוכם עם █████████ שי █████ יעבירו את שני האנשים המסתתרים שהידים לרמאללה ואחר כך התקשרתי ל █████ ומסרתי לו שהאנשים בדרך אליו לציון ש █████ פנה אלי כי אני אחראי כתאב שוהדאא אלאקצה". (ראה ת\7)

דבר מה נוסף:

העד █████████

"... התקשר אלי נאצר עוויס ואמר לי שיש עוד בחור שרוצה לעשות פיגוע התאבדות כי הוא שולח לי אותו ואני אמרתי בסדר ואחרי כן התקשר אלי בחור שאמר לי כי הגיע בשמו של נאצר עוויס ואני שלחתי את █████ שיביא אותו ונתתי ל █████ 1000 שקל ואמרתי ל █████ שיקנה לבחור הזה בגדים חדשים ושייקח אותו להסתפר ואמרתי ש █████ שיביא אותו אחרי כן לדירה השכורה ברמאלה ליד הבנק הערבי שבה היה לפני כן █████ ולאחר מכן כשהגעתי לדירה השכורה ראיתי את הבחור שאמר לי כי שמו █████ שהוא בן 21 והוא אמר שהוא מעזה ואני לאחר מכן אמרתי ל █████ שייקח את █████████ לישראל שיעשה שם פיגוע ואמרתי ל █████ כי אביא לו גם נשק שיעשה פיגוע ואחרי כן הבא ██████ רובה M16 ונתן אותו ל █████ ואחרי כן לקח █████ את █████ למ.פ. אמערי ל █████ והם נשארו שם 3 ימים ובסופם התקשר אלי █████ ואמר לי שהוא יצא ולאחר מכן שמעתי שאותו █████ עשה פיגוע בתל אביב במסעדה וכי נסע לשם עם █████████ שתפסו אותם... לאחר כמה ימים התקשר אלי █████ שהוא פעיל שוהדאא אלאקצה ופועל יחד עם נאצר עוויס ... ו █████ אמר לי שיש לו מישהו שרוצה לעשות פיגוע התאבדות וכי ישלח לי אותו לרמאללה ואני אמרתי לו בסדר..." (ראה ת\43א')

העד █████████ בת\43ג': "ש. ספר לנו על פעילותך בעניין הפיגוע בתל אביב במסעדת סי פוד

ת. מי שעשה את הפיגוע הוא █████████ שהגיע מאיזור שכם מנאצר עוויס... לאחר מכן אני התקשרתי לפלא פון של █████ שאיתו אני הייתי בקשר ואני הייתי אומר לו שהפיגוע יצא לביצוע. █████ אמר לי שאינו רוצה שהפיגוע יהיה בפנים בתוך ישראל ואני אמרתי לו שיהיה בסדר ואחרי כן זה היה בשעה שלוש בלילה התקשר אלי █████ ואמר לי שעשו את הפיגוע והוא אמר לי להסתכל בטלוויזיה ואני אני התקשרתי אל █████ ואמרתי לו שבוצע הפיגוע שיסתכל בטלוויזיה ו █████ אמר לי שהוא רואה בטלוויזיה. █████ לא אמר לי כלום שהוא שמע שעשו את הפיגוע בתוך ישראל ולא כמו שהוא אמר שיהיה באיזור הגדמע. אני אחרי כן התקשרתי אל נאצר עוויס ואמרתי לו על הפיגוע כי על נאצר עוויס הוא אחראי כתאב שוהדא אלאקצה".

**אישום שני**

-

26

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 262

פ"ח (ת"א) 1137/02                  מדינת ישראל נ' נאסר מחמוד אחמד עוויס

בתאריך 17.1.02 הגיע המחבל ‎(        להלן ‎)        לאולם אירועים "ארמון דוד" בחדרה כשהוא חמוש ברובה M16, רימוני יד ועל גופו אפוד ובתוכו מחסניות בכוונה לבצע פיגוע רצחני.

באולם התקיימה מסיבת בת מצווה של הנערה נינה קרדושב והשתתפו בה עשרות רבות של אורחים. ‎        התפרץ לאולם וירה לכל עבר  ובטרם השתלטו עליו כמה מן האורחים הצליח לגרום בכוונה תחילה למותם של שישה מן האורחים והם אנטולי בקשייב ז"ל בן 63, אדוארד בקשייב ז"ל בן 48, בוריס מליחוב ז"ל בן 56, דינה בינייב ז"ל בת 48, אליס בן ישראל (אהרון) ז"ל בת 32, אבי יזדי ז"ל בן 25 ולפציעתם של אנשים נוספים אשר לחלק מהם נגרמו חבלות חמורות (עיין עדויות ; ע"ת מס' 1 ‎        ; ע"ת מס' 24        ‎; ע"ת מס' 12        ‎; ע"ת מס' 20 ‎        ; ת\1 (מצגת), ת\27 (מסמכים רפואיים); ת\36ו (רובה M 16 ); ת\44 (קליטון), ת\58ו (חיד' מומחה); ת\59ו(הודעת פטירה אנטולי בקשייב ז"ל); ת\60ו(הודעת פטירה יזדי אבי ז"ל); ת\61ו(הודעת פטירה מליחוב בוריס ז"ל); ת\62ו(הודעת פטירה בינייב דינה ז"ל); ת\63ו עד ת\66ו- (חיד' מומחה)).

לטענת המדינה הנאשם שהיה כאמור אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר עם ‎        (ע"ת 6) ופעילים נוספים להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת ההתארגנות הזו שהנאשם עמד בראשות גייס ‎        אומן בירי ברובה M16 צוייד בנשק ומחסניות לצורך אימונו הירי ולצורך ביצוע המעשה והוסע למקום הפיגוע בחדרה. טרם הפיגוע צולם ‎        לפי הוראת הנאשם כשהוא קורא צוואה שנכתבה עבורו על ידי הנאשם וכשהוא מחזיק בידו רובה M16 השייך לנאשם כדי שלאחר הפיגוע ניתן יהיה לשלוח הצילומים לאמצעי התקשורת ולאחר הפיגוע אף הורה הנאשם ל‎        " (ע"ת 25 ) להכין כרוזים שהופצו בהם נמסר כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת/5:

"12. סיפקתי ל‎        נשק לביצוע פיגוע התאבדות בתוך חדרה".

ת/6:

"ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ו‎        בקרבת מחנה חווארה לעבר רכב צבאי וכן שוחחתי עמו אודות ‎        הנחת מטעני נפץ בקרת זואתה ובפיגועים הללו השתתפתי ו‎        ‎        ודיווחתי לו גם כן אודות פיגוע ההתאבדות בירושלים ובחדרה שבוצענו

ש. איזה פיגוע התאבדות בחדרה

ת. הפיגוע שבוצע ע"י ‎        ".

"האם אתה יכול להסביר איך בוצע פיגוע חדרה וירושלים

ת. כן ‎        ה תושב בית אמרין פנה – ל‎        (ע"ת מס' 6) ואמר לי שרוצה להתאבד (אללאסט שהאד) ו‎        פנה אליי והודיע לי ואחרי פטירת ‎        לבצע פיגוע ו‎        צילם את ‎        במחנה בלאטה ואני מסרתי לו נשק מסוג M16 רימון יד ומסרנו ל‎

27

נבו הוצאה לאור בע"מ  nevo.co.il  המאגר המשפטי הישראלי