פ"ח (ת"א) 1137/02     מדינת ישראל נ' נאסר מחמוד אחמד עוויס

400 שקלים ונסע לטולכרם ברכב ציבורי ושם נפגש עם ▇ אצל ▇ תושב טולכרם ושם ע"פ הפיגוע היה ▇ אחראי לשליחתו לחדרה והפיגוע בוצע באולם ועל פי הידוע לי נהרגו מספר אנשים בפיגוע הזה".

דבר מה נוסף:

ת/17, עמ' 3: ▇,

"אני מודה גם שאני זה שצילמתי את ▇ מבית ▇ אמרין לפני שיצא לבצע פיגוע ההתאבדות בחדרה לפני כחצי שנה בערך".

ת/18, עמ' 14: "את האמת אני אשר גייסתי את ▇ תושב בית אמרון, הוא חבר שלי ועבדנו יחד בשכם בבטחון הלאומי ▇ ביקש ממני לפני כחצי שנה לסדר לו שיבצע פיגוע התאבדות... לאחר שביקש ממני ▇ לסדר לו יציאה לבצע פיגוע התאבדות בישראל אני פניתי לנאצר עוויס וסיפרתי לו על ▇, ... ואז החלטנו להוציא אותו לפיגוע התאבדות כנקמה למותו של ▇. נאצר ביקש ממני לאמן אותו על נשק וכדי שיהיה מוכן לבצע את הפיגוע בהצלחה. ואני עשיתי זאת אמנתי אותו על נשק מסוג M16 ... את הנשק ושמונה מחסניות לקחתי מנאצר עוויס. יום לאחר מכן הבאתי את ▇ לבית של נאצר במחנה בלאטה ובביתו של נאצר ובנוכחותו צלמתי את ▇ שהוא קורה (כך במקור) את הצוואה שכתב נאצר שהוא מחזיק בנשק M16 של נאצר כשהוא עושה תנועה של השהאדה באצבע, צלמנו אותו במצלמת וידיו ומצלמה רגילה את הקלטת והתמונות לקח נאצר מסרנו ל▇ נשק M16 ושש מחסניות ושני רימוני יד אשר הביא נאצר. לאחר הצילום בערך בשעה שמונה בערב אני יצאתי לחפש מונית ואכן מצאתי את ▇ נהג מונית תושב בלאטה כבן 26 וביקשתי ממנו סיוע בהעברת בחור לטוכ׳ מבלי לספר לו שמדובר במתאבד והוא הסכים לכך והסיע את ▇ לטוכ'. את הרובה M16 והמחסניות ורימוני היד לקח בתיק לאחר שפירק את ה-M16 לשניים. כאשר ▇ נסע לתוכ' במונית של ▇. נאצר התקשר ל▇ ועדכן אותו שהבחור בדרך אליו, לציין שנאצר דיבר עם ▇ לפני כן בכדי שיכין את עצמו לקבלת ▇ ובכדי לתת לו סיוע לשם כניסתו לישראל מנאצר ידעתי אני לא היה מעורב בשיחות ביניהם. נודע לי לאחר מכן ש▇ קיבל את ▇ בתוכ' וכשהוא הגיע לחדרה הוא ביצע פיגוע באולם השמחות ושהוא נהרג והרג מספר ישראלים אני חושב שישה במספר..."

ת/43ד': ▇

"באותו לילה שהיה הפיגוע באול השמחות בחדרה אני הייתי יחד עם ▇ ▇ עם ▇ ו▇ ' במסעדת הארתודוכסים ברמאללה פתאום הודיעו בטלויזיה על הפיגוע באולם השמחות בחדרה. אני התקשרתי לנאצר עוויס והוא אמר לי שהוא אחראי על הפיגוע הזה כלומר שאנשי גדודי שוהדא אל אקצא עשו את הפיגוע הזה סיכמתי עם נאצר עוויס שלמחרת הוא יתן לי כרוז שבו הוא לוקח אחריות על הפיגוע. למחרת נאצר שלח לי בפקס את הכרוז ואני צילמתי אותו באלף עותקים והפצתי אותו ברמאללה״.

אישום שלישי:

פ"ח (ת"א) 1137/02     מדינת ישראל נ' נאסר מחמוד אחמד עוויס

בתאריך 22.1.02 הגיע המחבל סעיד רמדאן אל רחוב יפו פינת רחוב לונץ במרכז ירושלים כשהוא חמוש ברובה M16 ושתי מחסניות וזאת בכוונה לבצע פיגוע רצחני. רמדאן ירה לעבר אזרחים שעברו במקום באותה עת וגרם בכוונה תחילה למותן של שרה המבורגר ז"ל בת 79 ואורה (סבטלנה)סנדלר ז"ל בת 56, אשר הלכו לתומן ברחוב ולפציעתם של עשרות אנשים נוספים אשר לחלק מהם גרמו חבלות חמורות. רמאדן נורה למוות על ידי שוטרים שהגיעו למקום. (עיין עדויות; ע"ת מס' 22 ▇▇▇ ; ע"ת מס' 26 ▇▇▇ ; ע"ת מס' 3 ▇▇▇ ; ▇▇▇ 14 ע"ת מס' ; ▇▇▇ ;ע"ת מס' 15 ▇▇▇ ;▇▇▇ ת\30(מצגת);ת\48 (M-16 ); ת\48א' (דוח תפיסת מוצגים);ת\77(תצלומים מזירת האירוע) ; ת\78 (הודעת פטירה של המבורגר שרה ז"ל) ; ת\79 (הודעת פטירה של סנדלר אורה ז"ל)).

לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם ▇▇▇ ופעילים אחרים לבצע פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים לשם קידומו של הקשר והוצאתו אל הפועל בהנהגתו של הנאשם גויס רמדאן צויד, צולם כמחבל מתאבד הכל על פי הדפוס האופייני לארגון כפי שתואר באישומים קודמים והוסע למקום הפיגוע. לאחר הפיגוע הופץ הצילום של המחבל לאמצעי התקשורת.

הודיית הנאשם :

ת/5 :

"11. סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים".

ת/6 :

"ש. איזה פיגוע בירושלים

ת. הפיגוע שבוצע על ידי סעיד רמדאן בחודש 9/2001".

"... ופיגוע ירושלים בוצע בכך שסעיד רמדאן פנה אל ▇▇▇ ואמר שהוא חבר של ▇▇▇ וברצונו לנקום את הריגתו ו▇▇▇ הודיע לי ואז נפגשתי עם סעיד והבנתי שהוא רוצה לבצע את הפיגוע והתקשרתי ל▇▇▇ ברמאללה וביקשתי שיוביל אותו לירושלים ו▇▇▇ הסכים לכך וסעיד נסע ברכב ציבורי לרמאללה ושם נפגש עם ▇▇▇ ולמחרת נסע סעיד לירושלים וירה לעבר קבוצת שוטרים ואזרחים ובפיגוע הזה נהרגו שני אנשים וסעיד".

דבר מה נוסף :

▇▇▇ ת/43א' :

"אני שאלתי את נאצר עוויס אם יוכל לעזור לי בכך שיביא לי מישהו שרוצה לעשות פיגוע ואני אשלח אותו לירושלים שיעשה שם פיגוע. ונאצר אמר לי כי ישלח לי מישהו ולאחר כמה זמן הגיע אלי ▇▇▇ מכפר תל שכם שהוא כבן 25 ואמר שיעשה את הפיגוע אני פגשתי אותו ליד הקולנוע ברמאללה והתקשרתי ל▇▇▇ שיבוא גם כן ויהיה איתנו וממש הלכנו לסלון שסעיד הסתפר ואז התקשרנו ▇ ושאלנו אותו אם יוכל להכניס את הבחור הזה שרוצה לעשות פיגוע התאבדות לירושלים ו▇▇▇ אמר שהוא יכול לעשות זאת ואז הלך ▇▇▇ במכוניתו לראות את הדרך מה קורה. ואני עם ▇▇▇

29

פ"ח (ת"א) 1137/02                                                                                    מדינת ישראל נ' נאסר מחמוד אחמד עוויס

לקחנו את סעיד שיפלל ויאכל וקניתי לו מכספי בגדים ונעליים חדשים ב- 1,200 ₪ ואחרי כן אני אמרתי ל▮▮▮ שיביא רובה M16 ו- 3 מחסניות עם כדורים ושייתן אותם לסעיד והוא הביא ואז הגיעו למקום ▮▮▮ במכונית האיסוזו של ▮▮▮ וזה היה בצהריים שהם נסעו עם סעיד לירושלים. ואנחנו איחלנו להם בהצלחה והם נסעו עם ▮▮▮. אני לא אמרתי להם לאן שיסעו, לאן שרצו הם היו יכולים לקחת אותו.

ש-ת. אנחנו לא צילמנו את סעיד בוידאו לפני הפיגוע כי נאצר עוויס עשה זאת לפני כן.

שאלה: בתחילת העדות אמרת לי שאינם מכיר את ▮▮▮ וכל השאר ועכשיו אני רואה שפגשת בהם. איך זה.

תשובה: אני הכרתי אותם באוהל האבלים של ▮▮▮ ושם ראיתי אותם. בערך בארבע וחצי בצהריים שמעתי בחדשות שהיה ירי ברחוב יפו בירושלים ואני ידעתי שזה הפוגע של סעיד. ואז התקשרתי אל ▮▮▮ ושאלתי אותו אם זה הם ... שלקחו את סעיד לרחוב יפו ו▮▮▮ אמר שהם הורידו אותו ברחוב יפו ושמעו את היריות שירה לאחר שירד מהאוטו. למחרת היום לקחתי מ▮▮▮ 1000 דולר ואמרתי לו שיצאו האנשים לבצע פיגוע וכי אבד הנשק בפיגוע. ונתתי ל▮▮▮ כל אחד 100 דולר על הפגוע הזה. לאחר מכן הגיעו אלי ▮▮▮ ועוד בחור ששמו ▮▮▮ מקטנדוה ושאלו אותי למה לא שילמתי להם על הפגועים שעשו ואמרתי להם שאבדוק זאת".

**אישום רביעי:**

בתאריך 9.3.02 הגיעו המחבלים ▮▮▮ לאזור מלון "גירמי" ברח' גד מכנס בנתניה כשהם חמושים ברובי M16 וברימוני רסס. השניים ירו בצרורות לעבר אולם הכניסה של המלון וכן השליכו שני רימוני רסס. השניים הצליחו לגרום בכוונה תחילה למותה של התינוקת אביה מלכה ז"ל בת שנה במהלך השתלטות כוחות הביטחון על השניים נורה גם יחיא ישראל ז"ל בן 29 אשר שהה בקרבת מקום. כתוצאה ממעשה השניים אף נפצעו עשרות אנשים נוספים ולחלקם נגרמו חבלות חמורות (עיין עדויות; ע"ת מספר 2 ▮▮▮; מצגת ת/2; ע"ת מספר 10 ג.מ; ע"ת מספר 16 ▮▮▮; הדו"ח ת/28; ת/26(מסמכים רפואיים של ע"ת מס' 11; ת/9-29-ת/30 (רובי סער); ת/31(תצלומים); ת/67 (חו"ד מומחה); ת/68(הודעת פטירה של מלכה אביה ז"ל); ת/69- ת/71 (חו"ד מומחה)).

לטענת המדינה הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר קשר עם ▮▮▮ (ע"ת מספר 6) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראלים רבים ובמסגרת התארגנות זו שבוצעה בהנחתו של הנאשם ולשם הוצאתו אל הפועל גויסו ▮▮▮ וסעיד צוידו ברובה M16 שתים עשר מחסניות ושני רימוני יד צולמו קוראים את צוואתם כשהם מחזיקים רובה M16 והוסעו למקום הפיגוע. לאחר הפיגוע ועל פי הדפוס האופייני התקשר הנאשם לכלי התקשורת והודיע להם כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם:

ת/5:

"6. מסרתי נשקים לביצוע פיגוע בנתנייה".

30

פ"ח (ת"א) 1137/02  מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ת/7:

"ש. האם יש לך קשר לפיגוע ירי בנתניה

ת. כן היה לי קשר בפיגוע ירי בנתניה שבוצע על ידי מתאבדים שלא ידועים לי שמותיהם ולפני הפיגוע הזה כיומיים התקשר אלי ▇▇▇ ואמר לי שביכולתו להכניס שניים לישראל על מנת שיבצעו פיגוע התאבדות ואני פניתי ל▇▇▇ ושאלתי אותו באם הוא יכול להכניס מתאבדים והשיב לי בחיוב ואני מסרתי ל▇▇▇ שני רימונים ו▇▇▇ מסר להם שני נשקים מסוג M16 ו▇▇▇ צילם אותם והסביר להם על הפיגוע ונסע עימם לבאקה אלשרקיה ושם עזב אותם והלכו בדרך עפר לישראל ומשם לנתניה ו▇▇▇ חזר לשכם ואחרי מספר שעות שמענו בטלוויזיה שהיו חילופי אש בין המתאבדים וכוחות משטרה ליד בית מלון בנתניה ואזרחים ושוטרים נפגעו בפיגוע ונרצחו שניים ושניים אחרים נהרגו על ידי המשטרה. התקשרתי לכלי התקשורת ולקחתי אחריות על הפיגוע.

ש. האם יש לך מה להוסיף בקשר לפיגוע נתניה

ת. לא״.

דבר מה נוסף:

▇▇▇ (ע"ת 6 ) בת\13

"אני מודה שלפני כחודש סיפר לי נאצר עוויס כי הוא מתכוון לשלוח שני מתאבדים לעיר נתניה לביצוע פיגוע התאבדות ובקש שאני אסייע להוביל את המתאבדים משכם לכפר ראעי וכמובן אני הסכמתי.

שאלה: מי הם שני המתאבדים האלה.

תשובה: המתאבד הראשון הוא ▇▇▇ תושב מחנה עין בית אלמא והשני שמו ▇▇▇ תושב מחנה עסהר ..... שניהם נפגעו בפיגוע. באותו יום נאצר עוויס סיפר לי כי ▇▇▇ עבד בנתניה מכיר את האזור טוב. שאלה: נאצר עוויס סיפר לי כי מכדי מכהר תושב אלעין שהוא בן 28 שנים נשוי עובד במשטרה הימית בשכם והוא פעיל בכתאאב שוהדאא אל אקצא. מכדי הוא שותפו של נאצר ושלי בתכנון ושליחת המתאבדים לנתניה, ונאצר ביקש שאני אוביל את שני המתאבדים בפונטיאק הגנובה בעלת לוחיות זיהוי ישראליות משכם לכפר ראעי ואני הסכמתי, באותו יום של הפיגוע יצאתי בסביבות השעה שלוש בצהריים במונית לאזור גבל שמאלי בשכם ושם חיכו לי ▇▇▇ ועמו שני המתאבדים בפונטיאק. לבש מכנסי ג'ינס כחולים וחולצה שחורה וסעיד לבש מכנסיים ירוקים ושם מכדי נפרד מהם ואני הובלתי אותם עד לכפר ראעי בפונטיאק. שאלה איזה נשקים היו למתאבדים הנ"ל. תשובה: ברשות כל אחד מהם היה רובה M-16 וראיתי את ▇▇▇ מחזיק שקית ניילון שחורה שבתוכה היה מטען נפץ ואחרי שהגענו לכפר ראעי התקשרתי לנאצר עוויס והודעתי לו כי הגענו ונאצר ביקש לשוחח עם ▇▇▇ ושמעתי את ▇▇▇ אומר לנאצר כי הוא מכיר את הדרך משם, ואז ▇▇▇ נתן לי את הפלאפון ונאצר הורה לי לחזור לשכם במונית ואכן זה מה שעשיתי וכאשר חזרתי לשכם שמעתי בחדשות אודות הפיגוע בנתניה שבו נהרגו שני המתאבדים ואני זוכר שדיברו על פיגוע בבית מלון בנתניה״.

ת/18:

"שאלה: אתה בעדותך השניה אשר מסרת דיברת על פיגוע התאבדות בנתניה חודש לפני מסירתך העדות ואתה טוענת שתפקידך היה להוביל את שני המתאבדים משכם לכפר ראעי , מהיכן לקחת אותם בדיוק והאם ידוע לך האם צולמו לפני יציאתם לבצע את הפיגוע?

31

פ"ח (ת"א) 1137/02            מדינת ישראל נ' נאסר מחמוד אחמד עוויס

<u>תשובה</u> : בנוסף לכך שהובלתי את שני המתאבדים ■ וסעיד אני מודה שיום לפני הפיגוע התקשר אלי נאצר עוויס וביקש ממני להגיע לכיכר בשכם ולאסוף את ■ וסעיד ולאחר מכן להגיע אליו לביתו במחנה בכדי שיתן לי צוואה שהכין עבור שני התאבדים וביקש ממני לקחת את שני המתאבדים אף הביתה לצלם אותם ולהמתין להוראות.

וזה מה שעשיתי, אספתי אותם, לקחתי את הצוואה מנאצר גם מצלמת וידאו וכשהגעתי הביתה אני צלמתי את שניהם ■ קורא את הצוואה ושהם מחזיק בידיהם M-16 כל אחד.

<u>שאלה</u> : ממי קיבלו את הנשקים?

<u>תשובה</u> : אני לקחתי את הצוואה ואת המצלמה מנאצר. הוא נתן לי שני נשקים M-16 ושתים עשרה מחסניות מלאות בכדורים ורימון יד אחד ואני מסרתי להם אותם".

<u>אישום חמישי</u> :

בתאריך 30.3.02 המחבלים ■■■■■■■ (להלן : ■ ■ ) היו בדרכם לביצוע פיגוע בישראל, כשהם חמושים ברובה M-16, ברימוני יד ובמטען חומר נפץ. ■ נתקלו בכוח של שוטרי מג"ב בסמוך לבאקה אל גרביה ופתחו ביריי לעבר השוטרים וכן השליכו רימון רסס.

השניים הצליחו לגרום בכוונה תחילה למותו של שוטר מג"ב רס"ל קונסטנטין דנילוב ז"ל ולפציעתו של השוטר רס"ב אמל איברהים (עיין עדויות ; ע"ת מס' 27 ■■■ ; ע"ת מסי 18 ס ■■■ ; ע"ת מס' 19 ■■■ ; ת\49 (דוח תפיסת מוצגים) ; ת\72 - ת\73 (חו"ד מומחה) ; ת\74 - ת\75 (תצלומים) ; ת\76 (חו"ד מומחה)).

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי, קשר קשר עם ס ■ (ע"ת מס' 6) להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת התארגנות זו, שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפועל, גוייסו ■ צוידו ברובה -M 16, ברימוני יד ובחגורת נפץ. הנאשם אף הורה לדאוג להגעתם של השניים לישראל, העביר סכום כסף בסך 3,500 ₪ שנועדו לרכישת רכב גנוב שישימש להעברתם, וכן הורה לחדר ללוות השניים חלק מהדרך. לאחר הפיגוע התקשר הנאשם לכלי התקשורת והודיע כי הארגון הטרוריסטי אחראי לפיגוע וביצע אותו.

הודיית הנאשם :

ת/5 :

32

פח (ת"א) 1137/02 מדינת ישראל נ' נאסר מחמוד אחמד עוויס

"10. אני מסרתי נשק לביצוע פיגוע ירי פיגוע הקרבה (הערת חוקר התאבדות) שהייתה אמורה להתבצע בחדרה אך הפיגוע לא הצליח ואנשים נהרגו בקרבת באקא אלגרבייה".

ת/6:

"ת. כן אני ו███ עבדנו יחד לשלוח מתאבדים עם ███ מסילת אלד'הר ובמידה והיינו נזקקים לדבר מה כמו צילום המתאבדים או הפצת כרוזים היינו נעזרים ב███ ולפני כניסת הצבא לשכם כשבועיים ביקשתי מ███ שינסה להשיג חגורת נפץ למתאבד על מנת לבצע פיגוע בתוך ישראל ו███ אכן הביא חגורת נפץ ומסרנו אותה למתאבד שנסע עם אדם אחר לביצוע פיגוע בישראל וכשהגיע לבאקה אלגרביה ירו חיילים לעברו ושניהם נהרגו ובזמן חילופי הירי נהרג שוטר משמר הגבול בבאקה.

ש. היכן היה אמור להיות מבוצע הפיגוע שאתה מזכיר

ת. בחדרה ולא הגדרנו מטרה ועל פי התכנון היה אמור אחד המתאבדים לירות והשני יפוצץ עצמו...

ש. מה סוג הרכב שנסעו בו המתאבדים

ת. לא ידוע לי אך מסרתי ל███ 3,500 ₪ במספר על מנת שיקנה רכב גנוב להעברת המתאבדים ו███ נסע עמם לטול כרם והראה להם את הדרך וחזר לשכם ברכב ציבורי'".

ת/7:

"אחרי מעצר הארבעה בדרכם לרמאללה פנה אלי ███ והודיע לי שברצונו לבצע פיגוע התאבדות ליד חיילים ישראלים וביקש ממני נשק מסוג M16 והיה ברשותי חגורת נפץ ואני אכן מסרתי לו M16 וסיכמנו שהפיגוע יבוצע בתוך ישראל ליד חיילים ואחרי שהמתאבד התפוצץ אחר יבצע ירי ועל פי דברי ███ הצליח לאתר שני אנשים שיבצעו את הפיגוע אדם אחד בשכם והשני מגייוס

ש. איך הכיר ███ שני אנשים שהיו אמורים לבצע את הפיגוע ליד החיילים

ת. על פי מה שסיפר לי ש███ הוא זה שהכיר לו את האדם משכם ו███ הכיר את תושב ג'יוס

ש. מי הכניס את המתאבדים לישראל

ת. אדם בשם ███ מטול כרם

ש. איך נכנסו ואיך בוצע הפיגוע בישראל

ת. נכנסו ברכב גנוב על יד ███ ואחרי שנכנסו לישראל והיו בדרכם לחדרה על מנת לבצע את הפיגוע, אחרי מספר שעות שמענו ברדיו שהמשטרה הישראלית חשדה ברכב והיו חילופי ירי עם המתאבדים ונהרגו ונפגעו שניים מהמשטרה למיטב ידיעתי

ש. איך בוצע חילופי האש עם המשטרה

ת. בדרך לחדרה רכב משטרתי חשד שהרכב גנוב וביקשו מהם לעצור אך הם התחילו לירות ואחר כך הצליחו אנשי המשטרה להרוג אותם ואחרי ששמעתי ברדיו שנהרגו התקשרתי לכלי התקשורת והודעתי להם שהפיגוע בוצע על ידי כתאב אלאקצה".

דבר מה נוסף:

33

פ"ח (ת"א) 1137/02      מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ת/13 (ע"ת 6), ▬▬▬ :

"...ובאותו יום דיווחתי לנאצר עוויס שברשותי מתאבד ואז נאצר ביקש לפגוש את המתאבד הזה. ולמחרת לקחתי את ▬▬▬ לסטודיו בשכם ומשם לביתו של נאצר עוויס והשארתי אותו שם וכעבור יומיים נאצר ביקש ממני לרכוש רכב עם לוחית זיהוי ישראלית ואכן קניתי רכב מיצובישי שחור גנוב תמורת 3,500 ₪ מתושב טובאס, את הכסף עבור הרכב קיבלתי מנאצר עוויס ואחרי שקניתי את הרכב הלכתי לביתו של נאצר עם הרכב ושם נפגשתי עם נאצר ועם ▬▬▬ עם ▬▬▬ והופתעתי שישנו אדם נוסף בשם ▬▬▬ תושב שכם כבן 20 שנים וזו פעם ראשונה שאני רואה את הצעיר הזה ואז נאצר עוויס סיפר לי כי שני הנ"ל ▬▬▬ עומדים לצאת לפיגוע התאבדות בישראל ואז נאצר מסר ל▬▬▬ נשק מסוג M-16 ולפתחי מסר שני רימוני יד, ובתכנית היתה ששניהם יכנסו לישראל לכל מקום שאליו יוכלו להגיע ושם יבצעו פיגוע התאבדות תוך כדי ירי ב-M-16 וזריקת רימונים ואחרי שהכנו אותם הסעתי אותם עד כפר ראעי ושם מסרתי אותם ל▬▬▬. אותו ▬▬▬ שהוביל את המתאבד שספרתי עליו קודם ובאותו יום הגעתי לכפר ראעי בסביבות השעה 11:00. ... וכעבור שעה ▬▬▬ התקשר וספר כי שמע ששניהם נהרגו בבאקה לאחר שפגעו בשוטר של משמר הגבול".

אישום שישי:

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, היו שני מחבלים שזהותם אינה ידועה בדרכם לביצוע פיגוע בירושלים, כשהם חמושים ברובי קלצ'ניקוב וברימוני יד. המחבלים נתפסו במחסום צה"ל על ידי כוחות הביטחון ובכך נמנע בדרך נס פיגוע הרג המוני אליו יצאו השניים במטרה לגרום בכוונה תחילה למותם של אזרחים ישראלים רבים.

לטענת המדינה הנאשם שכאמור היה אחד ממפקדיו הבכירים של הארגון הטרוריסטי קשר קשר עם ▬▬▬ ופעילים נוספים להוציא לפועל פיגוע שמטרתו יגרום למותם בכוונה תחילה של אזרחים ישראלים רבים. במסגרת ההתארגנות שהנאשם עמד בראשה גויסו המחבלים, צוידו ברובי קלצ'ניקוב ורימוני יד ואף הוסעו בדרך למקום הפיגוע.

הודית הנאשם :

ת\7 :

"...באותה תקופה פנה אלי ▬▬▬ מכתאב שוהדאא אל אקצה ואמר לי שישנם שני אנשים ברצונם לבצע פיגוע בישראל ואני הבעתי הסכמתי לכך והודעתי ל▬▬▬ אודות עניין זה ושאלתי אותו באם יוכל להכניס אותם וסוכם עם ▬▬▬ ש ▬▬▬ יעבירו את שני האנשים המוסתשהידים לרמאללה ואחר כך התקשרתי ל▬▬▬ ומסרתי לו שהאנשים בדרך אליו , יש לציין ש ▬▬▬ פנה אליי כי אני אחראי כתאב שוהדאא אל אקצה

ש. האם ידע ▬▬▬ אודות הפיגוע

ת. ▬▬▬ עובד נהג רכב ציבורי ו▬▬▬ חבר של ▬▬▬ לא ידוע לי באם היו יודעים אודות הפיגוע

34



נבו הוצאה לאור בע"מ   nevo.co.il   המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 270

פח (ת"א) 1137/02        מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ש. היכן סוכם שיפגשו ברמאללה

ת. עפ"י הסיכום ████ היה אמור להיות בקשר עם הארבעה ובהגיעם לאיזור רמאללה יתקשר אליי ואני אתקשר עם א████ ואודיע לו על מקום על מנת שיפגוש אותם

ש. איזה נשק לקחו עמם ואיך היה אמור לבצע את הפיגוע

ת. פיגוע ירי וזריקת רימונים ████ מסר למתאבדים שני רימוני יד ועפ"י הסיכום ████ היה אמור לתת להם שני רובים מסוג קלצ'ניקוב

ש. היכן היה אמור לבצע את הפיגוע

ת. בירושלים המערבית

ש. האם הפיגוע בוצע

ת. הארבעה נעצרו במחסום בדרכם לרמאללה

דבר מה נוסף :

ת/17, עד תביעה 6, ████████ :

"כמו כן תכננו לבצע פיגוע התאבדות בתוך ירושלים ושלחנו את המתאבדים לרמאללה לשם קבלת חגורת נפץ אך בדרך הם נעצרו והשניים שרצו לבצע את הפיגוע התאבדות הם (1) ████████ משכם, כבן 20 רווק ומובטל (2) ████████ תושב שכם כבן 20 רווק ועובד כמכונאי רכבים ████ זה שם כינוי וזה היה לפני ארבעה חמשה חודשים בערך. יחד אתי תכנן פיגוע זה נאצר עוויס ... שנבצע פיגוע במשרד הבטחון בת"א. אני שוחחתי על כך עם נאצר עוויס ו████████ והחלטנו לחפש פעילים מאומנים שיבצעו פיגוע שכזה ובסופו של דבר לא חיפשנו פעילים ולא ביצענו זאת. בקשר לשני המתאבדים ████████ אשר היו בדרכם לרמאללה לקבלת חגורות נפץ בכדי שימשיכו לירושלים לבצע פיגוע התאבדות ועל זה סיפרתי בעדותי השניה. ברצוני להוסיף מספר נקודות שלא הזכרתי ... כאמור צלמתי אותם במצלמת וידאו כשהם קוראים את הצוואה וברקע הנחתי דגל כתאאב אלאקצה שוהדאא ובזמן הצילום נופף בנשק מסוג ברטה שאני מסרתי לו את הקלטת מסרתי ונאצר עוויס לאחר מכן, באותו לילה ישנו שלושתנו בדירה ולמחרת בבוקר התקשרתי ל████ נהג מונית, אני מתקן התקשרתי לחברי בשם ████████ ובקשתי ממנו שישלח לי מונית לדירה שבה אני הייתי עם הצעירים והוא שלח לי נהג מונית בשם ████, ושהגיע בשעה 10 בבוקר שני הצעירים עלו במונית ואני בקשתי מהם שברגע שהם מגיעים לרמאללה הם מתקשרים אלי ואני לפי התוכנית מתקשר לנאצר עוויס והוא דואג לשלוח להם את אלו שאמורים לספק להם חגורות נפץ, שכחתי לציין שאני מסרתי להם רימון יד שקיבלתי מנאצר עוויס בכדי שישתמשו בו. הכוונה להשליך את הרימון לפני פיצוץ חגורות הנפץ. שני הצעירים לא הגיעו לרמאללה והם נעצרו בדרך. אני ברגע ששני הצעירים עלו למונית אני הודעתי זאת לנצר עוויס"."

אישום שביעי :

במהלך אינתיפאדת אל אקצה, במועד בלתי ידוע, נעצר מחבל שזהותו אינה ידועה בדרכו לביצוע פיגוע התאבדות בירושלים כשהוא חמוש במטרה לגרום בכוונה תחילה למותם של אזרחים רבים. בהיותו בדרכו למקום הפיגוע, ליד בית חנינה, נעצר המחבל הזה על-ידי שוטרים ונורה למוות.

פ"ח (ת"א) 1137/02    מדינת ישראל נ' נאסר מחמוד אחמד עוויס

לטענת המדינה, הנאשם שהיה כאמור מפקד בכיר בארגון הטרוריסטי קשר עם ▬ להוציא לפועל פיגוע שמטרתו לגרום למותם בכוונה תחילה של אזרחים ישראליים רבים ובמסגרת התארגנות זו, שבוצעה בהנהגתו של הנאשם ולשם הוצאתו אל הפועל גייס המחבל וצויד באמל"ח.

הודיית הנאשם :

ת/6 " שאלה : האם אתה מכיר אדם בשם ▬

תשובה : כן הכרתי אותו באוניברסיטת אלנג'אח והוא השתייך לחזית העממית ואני גייסתי אותו לכתאאב שוהדאא אלאקצה לפני כחודשים לערך והמטרה לשוהדא-אלאקצה על מנת שיסייע לנו בפיגועים באיזור ירושלים ושיכניס מתאבדים(מוסתשהידים) לירושלים ואני גם כן ביקשתי מ▬ שילמד אותנו ייצור חומר נפץ יותר חזק מהחנ"מ שהשתמשנו בו ו▬ הסביר לי בטלפון כיצד מייצרים חומר (אום אלעבד) והשבתי לו שאנחנו יודע לייצר אום אלעבד. ולפני חודש וחצי לערך ביקשתי מ▬ שיבדוק דרך להכנסת מתאבד לירושלים ואמר לי שיבדוק את העניין וע"י התכנון ▬ הוא זה שאיתר מתאבד ותפקידי היה לתאם בין ▬▬ ו▬ על מנת להכניס את המתאבד לירושלים והפיגוע הזה בוצע אך ללא הצלחה מאחר והשוטרים ירו לעבר המתאבד לפני הביצוע ונהרג בכניסה לירושלים מכיוון רמאללה ולא ידוע לי שמו של המתאבד".

דבר מה :

להודיה באישום זה לא נמצא דבר מה ישיר ונפרד.

אלא, שהעובדות שהוכחו - על היות הנאשם מנהיג בארגון טרוריסטי שמטרתו לבצע מעשי אלימות המכוונים לגרום למותם של בני אדם ולחבלתם, ובהיות הנאשם בעל מניע ברור להוציא אל הפועל מעשים כאלה ובעל הזדמנות לבצעם ואף הגשים חלק גדול מהם,  כפי שהוכח בכל אחד מהאישומים האחרים - מבססות מסקנה כי ניתן לראות בדבר המה המצטבר שנמצא לגבי כל אחת מהההודיות באישומים האחרים, דבר מה כנדרש לאישום זה. יש לראות בנסיבות העניין ולצורך זה את סדרת העבירות בהן קשור הנאשם כמסכת אחת.

אישום שמיני :

לטענת המדינה באישום השמיני :

36

פ"ח (ת"א) 1137/02                    מדינת ישראל נ' נאסר מחמוד אחמד עוויס

"יא. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים ישראלים, בסמוך לקבר יוסף בשכם.

במועדים בלתי ידועים, במהלך התקופה שלאחר מכן, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי לעבר עמדת צה"ל שהייתה ממוקמת בסמוך לקבר יוסף.

ב. עובר לחודש מאי 2001, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועי ירי לעבר עמדת שמירה של צה"ל, שהייתה מאוישת בחיילים ישראלים, בהר גריזים, וכן לעבר עמדות נוספות של צה"ל באיזורים סמוכים.

לצורך קידום מטרות הקשר, סיפק הנאשם לפעילים הנוספים שחברו לקשר, רובי M-16.

במהלך חודש מאי 2001, במספר הזדמנויות, במועדים בלתי ידועים, ביצע הנאשם בצוותא עם פעילים נוספים בארגון הטרוריסטי, פיגועי ירי.

פיגועי הירי בוצעו, כשהנאשם והפעילים הנוספים מצוידים ברובי M-16, לעבר העמדה הצבאית בהר גריזים, לעבר מחנה עין-בית ולעבר סיורים של הצבא שסיירו באיזור מחנה באלטה וכן לעבר מטרות צבאיות באיזור מחנה חוארה.

ג. במועד בלתי ידוע, אחרי פרוץ אינתיפאדת אל-אקצא, קשר הנאשם קשר עם פעילים נוספים בארגון הטרוריסטי, לבצע פיגועים כנגד אזרחים ישראלים וחיילי צה"ל.

במסגרת ביצוע הקשר ולשם קידומו, סיפק הנאשם נשק לפעילים בארגון הטרוריסטי לצורך ביצוע הפיגועים.

הפעילים בארגון הטרוריסטי, שחברו לביצוע הקשר עשו שימוש בנשק, אותו סיפק להם הנאשם, בפיגועים שיפורטו להלן :

1. פיגוע הירי על התנחלות חומש.
2. הנחת מטען חבלה בכביש עוקף זועתא-עצירה.
3. פיגוע ירי ברובה M-16 כנגד סיור צבאי בדיר-שאר"ף.
4. הנחת מטען בצרה".

ממשיכה המדינה וטוענת, כי במעשים אלו ניסה הנאשם שלא כדין לגרום למותם של אנשים רבים ומעשיו אלה הם בין השאר בגדר קשירת קשר לבצע פשע, ניסיון לרצח ונשיאת נשק שלא כדין.

הודיית הנאשם :

ת/5א' "2. ביצעתי ירי לעבר עמדה צבאית בהר גריזים בשכם

3. ביצעתי ירי לעבר רכבים צבאיים בקרבת מחנה חוארה ליד שכם

4. ביצעתי ירי לעבר רכבים צבאיים בקרבת שכם מהצד המערבי בקרבת זואתה...".

"13. סיפקתי ל▓▓▓▓▓ שני מטענים + קלצ'ניקוב שהניח אותם בקרבת כפר צרה שכם

14. סיפקתי ל▓▓▓▓▓ מטען נפץ שהניח אותה בדרך לדיר שרן לעבר סיור ישראלי".

37

פ"ח (ת"א) 1137/02     מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ת/6א': "ת. כן השתתף עמי פעם אחת בירי לעבר עמדה צבאית ישראלית בהר גריזים...".

"ש. על איזה פיגועים שוחחת עם ▇▇▇

ת. שוחחתי עמו אודות הרבה פיגועים וזכור לי ששוחחתי עמו אודות פיגוע ירי שביצעתי אני ו▇▇▇▇▇▇▇▇▇ בקרבת מחנה חוארה לעבר רכב צבאי וכן שוחחתי עמו אודות הנחת מטעני נפץ בקרבת זואתה ובפיגועים הללו השתתפתי אני ו▇▇▇...".

ש. האם זכורים לך כל הפיגועים שהשתתפת בהם באופן ישיר

ת. אני זוכר 1. פיגוע ירי לעבר עמדה צבאית בהר גריזים 2. פיגוע ירי לעבר רכב צבאי באזור המחנה בחוארה 3. פיגוע ירי לעבר כוחות הצבא בקבר יוסף 4. פיגוע דיר שרף 5. פיגוע ירי לעבר רכבים צבאיים... 7. ירי לעבר רכבים

ש. האם אתה יכול לפרט אודות פיגוע ירי לעבר העמדה הצבאית בהר גריזים

ת. כן לפני כשבעה חודשים השתתפתי עם ▇▇▇▇▇▇ בירי כשלוש פעמים לעבר עמדה צבאית בהר גריזים...".

ש. האם יש לך פרטים נוספים אודות פיגוע ירי לעבר רכב צבאי באזור מחנה חוארה

ת. לפני כחצי שנה לערך השתתפתי עם ▇▇▇▇ בפיגוע ירי לעבר ג'יפ במחנה חוארה וכל אחד ירה חצי מחסנית לערך והחיילים השיבו באש לעברנו

ש. האם אתה יכול לפרט פיגוע ירי לעבר מכונית כפי שציינת לעיל

ת. כן השתתפתי בפיגוע ירי עם ▇▇▇▇▇▇ וירינו לעבר טנק באזור חוארה (המחנה) וירינו מכפר קליל ובאותו יום הפיגוע בוצע בשעה ארבע אחה"צ לערך וכל אחד ירה מחסנית לעבר הטנק".

"... וכן לקחתי מ▇▇▇ שני טילי טנק ישנים על מנת להוציא מהם את חומר הנפץ ואשתמש בחומר למטעני נפץ ובמטענים השתמשתי על הכביש העוקף בזואתה – עצירה כנגד רכבים צבאיים

ש. כמה מטענים יצרת מהטילים שנתן לך אבו שרר ואיך השתמשת בהם

ת. אחרי שלקחתי את הטילים מאבו שרר מסרתי אותם ל▇▇▇▇▇ ממחנה בלאטה ו▇ ייצר מהם מטען והוא זה שהניח את המטען בכביש העוקף

ש. האם זכור לך מתי הניח את המטען ואם נפגעו אנשים מפיצוץ המטען

ת. המטען הונח במהלך אינתיפאדת אלאקצה ולא זכור לי תאריך ולפי המידע שקיבלתי הצבא פוצץ את המטען לפני שהתפוצץ".

"שלחתי את ▇▇▇▇ שיסיע את ▇▇▇▇▇▇ שיניחו מטען על הכביש בקרבת כפר צרה מערבית לשכם אך לבסוף לא הניחו את המטען מפאת המרחק והחזירו את המטען והשתמשו בו באזור זואתה נגד רכב צבאי ולא ידוע לי באם נפגעו אנשים בפיגוע הזה".

"ש. האם היה לך קשר עם ▇▇▇▇

38

נבו הוצאה לאור בע"מ    nevo.co.il    המאגר המשפטי הישראלי

C:\Users\Owner\Desktop\to bates stamp\Nasser Aweis Conviction.doc

P 5: 274

פח (ת"א) 1137/02                                              מדינת ישראל נ' נאסר מחמוד אחמד עוויס

ת. כן לפני כעשרה חודשים לערך לקחנו מהם מטען והנחנו אותו על הכביש בדיר שרן ופוצץ את המטען לעבר סיור צבאי".

"...ומסרתי לו נשק מסוג M16 ויאסר ביצע פיגוע ירי מהנשק שמסרתי לו, הפיגוע היה לעבר רכב ישראלי בכביש העוקף מזרחית לשכם וע"פ דברי ▮ לא פגעו ברכב".

"ש. האם אתה יכול להסביר לי אודות פיגוע דיר שרן כפי שציינת לעיל

ת. כן לפני שמונה חודשים לערך פנה אלי ▮ ▮ ממחנה בלאטה שמתגורר בדיר שרן וביקש ממני מטען נפץ לביצוע פיגוע ואני מסרתי לו מטען שמשקלו 15 ק"ג שקיבלתי מ▮ והפעלה באמצעות חוטים ועל פי מה שידוע לי ▮ הניח את המטען על הכביש הראשי בדיר שרן ופוצץ את המטען לעבר סיור צבא ונגרם נזק לג'יפ ולא ידוע לי באם נפגעו אנשים".

"ת. כן לפני מספר חודשים הציע לי ▮ ▮ תושב צרה בעת שלמד באוניברסיטת אלנג'יאח שנבצע פיגוע באזור צרה והוא הסכים לכך ומסרתי לו שני מטענים וקלצ'ניקוב וכשמסרתי לו את המטענים והנשק היה עמו אדם שקוראים לו ▮ תושב צרה והם פוצצו את המטענים לעבר טנק באזור חוארה והתפוצץ מטען אחד ואחרי זה ירו לעבר הטנק ואחרי הפיגוע החזירו לי את הנשק".

ת/8 "... והיה עמו אדם אחר מדיר שרן ו▮ ביקש ממני מטען נפץ על מנת לבצע פיגוע נגד סיור צבאי ישראלי ואני הסכמתי לכך ומסרתי לו מטען שקיבלתי מ▮ ▮ וע"פ המידע שברשותי ביצע את הפיגוע נגד סיור צבאי באזור דיר שרן".

"ת. כן לפני חמישה חודשים לערך ▮ הכיר לי אדם בשם ▮ שיודע להכין חומר נפץ ומטענים ולקחתי ממנו חמש מטענים ו▮ ▮ הניחו את המטענים ליד זואתה ופעם נסעתי אני ו▮ להניח מטען החיילים זיהו אותנו ונמלטנו והיה איתנו ▮ ואת המטען עזבו כשנמלטנו".

דבר מה נוסף:

ת/12, עד תביעה 6, ▮ :

"תשובה: אני מודה שבמהלך חודש מאי בשנת 2001 יצאתי עם כל הנ"ל לבצע פיגוע ירי לעבר עמדת צבא שנמצאת על הר גריזים, באותו יום נאצר עוויס נתן לי נשק מסוג M-16 וכולנו יצאנו לכיוון העמדה, התמקמנו באזור דאחיה בשכם ומשם בצענו ירי לעבר עמדת הצבא לעבר הר גריזים. אני אישית יריתי כעזרים כדורים ושאר האנשים ירו כל אחד מהנשק שהיה ברשותו לעבר העמדה וזה היה בסביבות השעה עשר בלילה ואז הצבא התחיל לירות לעברנו וברחנו מהמקום. שאלה: האם השתתפת בפיגועי ירי נוספים לעבר העמדה הזו או לעבר עמדות נוספות.

תשובה: אני מודה שהשתתפתי עוד כשש פעמים בירי לעבר אותה עמדה בהר גריזים עם אותם אנשים ובנוסף השתתפתי בירי לעבר עמדת צה"ל כארבע פעמים שנמצאת בג'בל שמאלי מעל מחנה עין בית אלמא וכמובן השתתפתי בפיגועי ירי לעבר סיורים של הצבא שסיירו באזור מחנה בלאטה, בכל הפעמים האלה נהגתי לירות באמצעות ה-M-16 שנתן לי נאצר עוויס".

מדינת ישראל נ' נאסר מחמוד אחמד עוויס   פח (ת"א) 1137/02

ת/13:

"...ובאותו יום ▇ הודיע לי שבכוונתו לבצע פיגוע ולכן ביקש ממני לארגן לו שני מטענים לטובת הפיגוע ואני הודעתי ל▇ שאני יודע לייצר מטענים ולכן לקחתי אותו לנאצר עוויס במחנה בלאטה וביקשתי מנאצר שיסדר לו שני מטעמים ואז נאצר התקשר ל▇ וביקש ממנו שני מטענים, וכעבור שעה ▇ הגיע והביא עמו שני מטעמים שמורכבים מציונור באורך 30 ס"מ קוטר 40 ס"מ כל צינור סגור משני צדדיו ומצד אחד יוצאים חשמל לבנים ואחרי זה ▇ קיבל את המטענים וכל אחד הלך לביתו וכעבור שלושה ימים שמעתי מאמר שבוצע פיגוע נגד ג'יפ צבאי בסילת אל דכר בשעות הלילה והפעילו את המטענים כנגד הג'יפ אך לא קרה לו דבר".

ת/18:

"תשובה: אני בעדותי השניה הודיתי שאני יחד עם החברים שלי ▇ ביצענו שני פיגועי ירי לעבר הישוב חומש וזה ... הכל האמיתי ששלושתינו ביצעו בארבעה חמישה פעמים ירי לעבר הישוב חומש והירי היה כוון לעבר מגדל השמירה שנמצא בקצה של חומש מצד סילת הלדהה ולעבר הבתים בישוב וזה היה במהלך השלושה החודשים הראשונים בתחילת האנתיפאדאת אלאקצה, בכל המקרים היינו מגיעים בשעות הלילה המאוחרות אחרי השעה עשר וזכור לי שבכל המקרים החיילים השיבו אש ממגדל השמירה. אני מודה שאני זה שסיפקתי להם אמל"ח בכל הפיגועים הזכורים לעיל אני יריתי ב-M-16 ולפאדי מסרתי קלצ'ניקוב ול▇ מסרתי גלוק את הנשקים הייתי מביא מנאצר עוויס לפני כל יציאה לפיגוע.

שאלה: מאיזה מרחק יריתם לעבר הישוב חומש?

תשובה: מרחק של כק"מ.

שאלה: איזה פיגועי ירי נוספים בהם השתתפת?

תשובה: בערך בתחילת שנת 2001 אני ו▇ ▇ ירינו לעבר ג'יפ אבטחה בתוך הישוב חומש במרחק של כ-500 מטר וזה היה בשעות הלילה המאוחרות אחרי השעה 10, אני יריתי מנשק M16, ▇ ירה בקלצ'ניקוב ו▇ ירה בקלצ'ניקוב אותם נשקים שהשתמשנו בהם בירי הקודם לעבר חומש אותם נשקים שאני לקחתי מנאצר עוויס, לאחר הירי שלנו החיילים השיבו באש ואנחנו ברחנו מהמקום ...

תשובה: אני והוא לא עשינו דבר חוץ ממה שהזכרתי לעיל אך ברצוני לציין ש▇ ביקש ממני לפני שלושה חודשים נשק וטען שהוא רוצה לבצע פיגועי ירי לעבר חיילי צה"ל ואני נעניתי לבקשתו ומסרתי לו נשק מסוג קלצ'ניקוב שאותו לקחתי מנאצר עוויס וכעבור שבוע חכם החזיר לי את הנשק ואיני יודע אם עשה שימוש בנשקי".

ת/47ב, עד תביעה 25, ▇:



"▇ כבן 25 תושב שכם ו▇ ▇ כבן 27 תושב בית איבא עשינו פיגוע מטען חבלה וירי בכביש העוקף ליד בית איבא. כאשר הגענו לכניסה לבית איבא אני התקשרתי לנאצר עוויס והוא אמר לי שהוא שולח לנו אנשים ואמל"ח עבור הפיגוע. לאחר חצי שעה הגיעו למקום ▇ הם הגיעו ברכב בצבע לבן. כל אחד מהם היה עם רובה M-16 וכמו כן ברכב היה מקלע 250 ומטען חבלה בתוך מטף כיבוי (אטפאייה). בערך בשעה 23:30 יצאנו כולנו ברכב הלבן כדי לעשות את הפיגוע בכביש העוקף ליד בית איבא. ▇ הניחו את מטען החבלה על הכביש וחיברו חוט

40

פח (ת"א) 1137/02                                                         מדינת ישראל נ' נאסר מחמוד אחמד עוויס

למטען החבלה כי זה היה מטען שמופעל ע"י חוטים ובטריה. איך שהם חיברו את החוטים ופתאום חיילי
צה"ל שהיו במארב פתחו עליהם באש. ▇▇▇ נהרג ו▇▇▇ נפצע ברגלו. ▇▇▇▇▇▇▇▇▇ ירו
לעבר חיילי צה"ל אחר כך אני יחד עם ▇▇▇▇▇▇ ברחנו מהמקום".

ת/40א, עד תביעה 21, ▇▇▇▇▇:

"תשובה: בתחילת אינתיפאדת אלאקצא, השתתפי בפעילות זריקת אבנים לעבר קבר יוסף בשכם, ועל
כוחות הצבא בשכם, בחודש 6 שנת 02 פנה אלי ▇▇▇▇▇▇ ואמר לי שהוא מתכוון להקים חוליה
צבאית שייכת לתנזים פת"ח, והציע לי להתגייס לחוליה הצבאית, ואמר לי ▇▇▇ שמטרת הקמת החוליה
הוא לבצע פיגועים נגד הצבא הישראלי באזור שכם, אני הסכמתי לכך, ובמסגרת החוליה הצבאית
השתתפתי בעשרה פיגועי ירי לעבר הצבא באזור שכם, והשתתף אתי בפיגועי הירי ▇▇▇▇▇ (1) ▇▇▇▇ (2)
▇▇▇▇▇▇▇ (3) נאצר עוויס כבן 35 שנה ממחנה בלאטה והוא אחראי התנזים בשכם ..."

שאלה: מי היה מתכנן ומכין לביצוע הפיגועים שבהם אתה השתתפת.

תשובה: נאצר עוויס הוא זה שהיה מתכנן לביצוע הפיגועים, והוא זה שהיה מספק לנו כלי נשק. שאלה:
לאיזה עמדות צבאיות ישראליות ביצעתם את הירי.

תשובה: בצענו ירי לעבר עמדה צבאית הנמצאת בהר אלטנה, כמו כן ירינו לעבר ההתנחלות אלון מורה
וירינו גם לעבר מחסום צקן סמוך לחווארה ...

הפיגוע השני, במהלך חודש 8 לשנת 2001, פנה אלי ▇▇▇▇ נאצר עוויס ואמר לנו שצעירים
מתנזים רוצים להניח מטען חבלה בכביש העוקף באזור בית איבה ובקש ממני ומן ▇▇▇▇▇▇▇▇
להשתתף עם הצעירים בפיגוע הנחת המטען. ... הפיגוע העשירי היה פיגוע ירי לעבר ההלוויה ... ההלוויה
עברה מחווארה ליצהר וכאשר הגיעו לכניסה למחנה חווארה אני ונאצר עוויס ו▇▇
▇▇▇▇▇▇ ביצענו ירי לעבר משתתפים בהלוויה. הצבא השיב אש ואני ונאצר ומחמוד ויאסר ברחנו מהמקום
ופנינו למחנה...".

עובדות האישום הוכחו.

---

### עבירות הרצח, ניסיון לרצח, גרימת חבלה חמורה וניסיון לגרימת חבלה חמורה

המדינה מיחסת לנאשם עבירות של רצח בכוונה תחילה בחמשת האישומים הראשונים.

עבירות של ניסיון לרצח בכל האישומים.

עבירות של גרימת חבלה בכוונה מחמירה בחמשת האישומים הראשונים.

עבירות של ניסיון לגרימת חבלה חמורה באישום השישי והשביעי.

בהקשר לעבירות אלה מתעוררת השאלה מהו מעמדו של הנאשם.

סעיף 29(א) לחוק העונשין תשל"ז-1977 משמיענו כי כמבצע עבירה יחשב גם מבצעה בצוותא או
באמצעות אחר.

41

פח (ת"א) 1137/02 מדינת ישראל נ' נאסר מחמוד אחמד עוויס

הוכח לנו שיחסו הנפשי של הנאשם לעבירות הללו אינו מוטל בספק , הנאשם רצה וחפץ בתוצאות המעשים הנפשעים בכל מאודו והיה ראש להגשמת תכנית משותפת המבוצעת בצוותא לגרום בכוונה תחילה למותם ולחבלתם של קורבנותיו כפי שהוכח.

אין לנו ספק ספיקא על דבר היותו מבצע העבירות (עיין ע"פ 4389/93 מרדכי ועבודי נ' מדינת ישראל, פ"ד נ(3) 239 ופסקי הדין המוזכרים שם וכן ע"פ 2796/95 פלוני נ' מדינת ישראל, פ"ד נא(3) 388).

התשתית העובדתית שנגלתה לנו מעידה על כך שמעשי הרצח בוצעו מראשית עד אחרית, בזדון ובמטרה והחלטה לגרום למוות, מתוך מחשבה קרה התנהגות נשלטת ויישוב הדעת ולאחר הכנה קפדנית ומדוקדקת.

אין לנו ספק ספיקא כי יסודות עבירות הרצח בכוונה תחילה מולאו כי העבירות הוכחו וכי כפי שפורט לעיל הנאשם ביצע אותן.

פשיטא שגם יסודות העבירות של ניסיון לרצח הוכחו כדבעי.

תוכניתו של הנאשם לגרום בכוונה תחילה למותם של אזרחים רבים והוצאתה אל הפועל כמתואר לעיל כפי שהוכחה, מבססת מקל וחומר את יסודות העבירות של גרימת חבלה בכוונה מחמירה וניסיון לגרימת חבלה בכוונה מחמירה, גם עבירות אלה הוכחו כהלכה.

<u>נשיאת נשק שלא כדין</u>

המדינה מייחסת לנאשם גם עבירות של נשיאת נשק שלא כדין באישומים השני השלישי והשמיני.

הוכח שהנאשם נשא ללא רשות על פי דין רובי M-16 תחמושת ורימוני יד שהם בבחינת "נשק" כהגדרתו בסעיף 144(ג) לחוק העונשין תשל"ז-1977. הנאשם הודה בכך כפי שכבר פורט ואף הודה בכך שעשה בנשק שימוש. די אם נציין את הנטען בהודעותיו כדלקמן ;

" סיפקתי לסעיד רמדאן נשק לביצוע פיגוע התאבדות בתוך ירושלים...סיפקתי ל ▮▮▮▮▮ נשק לביצוע פיגוע התאבדות בתוך חדרה" (ראה ת\5)

וכן את הודאתו בפיגועי הירי המפורטים באישום השלישי כפי שפורט לעיל.

מכיוון שהמחבלים סעיד רמדאן ▮▮▮▮▮ עשו שימוש בכלי הנשק בתוך ישראל כפי שכבר הוכח ומאחר ואף הוכחו עובדות האישום השמיני נראה שיסודות העבירות של החזקת נשק הוכחו גם הם כדרוש.

פח (ת"א) 1137/02                                                     מדינת ישראל נ' נאסר מחמוד אחמד עוויס

## סיכום

לאחר שמצאנו כי המדינה הוכיחה את כל המעשים המיוחסים לנאשם בכתב האישום על פי הנטל המוטל עליה לעשות כן מעל ומעבר לכל ספק סביר אנו מרשיעים את הנאשם בעבירות להלן :

חברות ופעילות בארגון טרוריסטי בניגוד לסעיפים 2 ו- 3 לפקודת מניעת טרור התש"ח- 1948

קשר לבצע פשע בניגוד לסעיף 499 לחוק העונשין תשל"ז-1977

רצח בכוונה תחילה בניגוד לסעיף 300(א)(2) לחוק העונשין תשל"ז-1977

ניסיון לרצח , עבירה בניגוד לסעיף 305(1) לחוק העונשין תשל"ז-1977

גרימת חבלה בכוונה מחמירה בניגוד לסעיף 329(1) לחוק העונשין תשל"ז-1977

ניסיון לגרימת חבלה חמורה, עבירה בניגוד לסעיפים 329(1) ו- 25 לחוק העונשין תשל"ז-1977 נשיאת נשק שלא כדין, עבירה בניגוד לסעיף 144 לחוק העונשין תשל"ז-1977

ע' סלומון צ'רניאק,

שופטת

### השופט ש' טימן, אב"ד , והשופט נ' אחיטוב:

קראנו את חוות דעתה המפורטת והמנומקת של חברתנו כבוד השופטת צ'רניאק ואנו מסכימים לתוצאה אליה הגיעה.

ש' טימן, שופט                                               נ' אחיטוב,
אב"ד                                                          שופטת

43

פ"ח (ת"א) 1137/02                     מדינת ישראל נ' נאסר מחמוד אחמד עוויס

לפיכך, הוחלט להרשיע את הנאשם בכל העבירות המיוחסות לו בכתב-האישום כאמור בחוות-דעתה של כב' השופטת צ'רניאק.

ש. טימן, שופט- אב"ד         נ. אחיטוב, שופטת         ע. צ'רניאק, שופטת

ניתן והודע היום, כ"ט בניסן תשס"ג, 01 במאי 2003, במעמד ב"כ הצדדים והנאשם.

נוסח זה כפוף לשינויי עריכה וניסוח