The said plans did not come to fruition because the connection between the Defendant and Mohamed Abu Tabih was cut off after the Defendant returned to Nablus.


**Thirty-Seventh Count:**

**Nature of the Offense:** Conspiring to commit an offense for which the penalty exceeds three years' imprisonment, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968, and Section 67a(d) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** The above named Defendant, in the Region, in May 2002 or thereabouts, conspired with another person to compel a person by force or by threats, or to entice him by means of deceit, to leave the place he was in , so as to extort or threaten, specifically:

The above named Defendant, at the said time, met in Ramallah with Hassin a-Sheikh, Secretary-General of the Fatah organization in the region. Hassin a-Sheikh asked the Defendant to set up a cell of 3-4 members, which would carry out shooting terrorist attacks against Israeli targets, as well as kidnapping Israel Defense Forces soldiers for the purpose of bargaining for the release of Palestinian prisoners held in prison in Israel. Hassin a-Sheikh promised to fund the Defendant's activities, once the Chairman of the Palestinian Authority, Yassir Arafat, orders the transfer of the funds for the above mentioned activity.

As a result of the above mentioned request, the Defendant met in Nablus with Salah Mohamed Hussein Buchri, and spoke with him about kidnapping Israel Defense Forces soldiers. He asked whether the latter knew of a method for kidnapping Israel Defense Forces soldiers. Salah Buchri informed the Defendant that he knew two Jews, for whom he worked. Salah Buchri suggested to the Defendant to induce the above mentioned Jews to come to the checkpoint near Taibe, and to kidnap them from there, with the aid of residents of Tira, whom Salah knew.

Ultimately the said plan was not executed, since Hassin a-Sheikh did not transfer the promised money to the Defendant, and due to the entry of Israel Defense Forces units into Nablus.

15

Prosecution File 733/02

[Stamp] P 5: 307 [continued]

**Thirty-Eighth Count**:

**Nature of the Offense:** Performing service for an unlawful association, an offense pursuant to Regulation 85(1)(c) of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The above named Defendant, in the Region, in May 2002 or thereabouts, performed some work or carried out some service for which is [sic, last two words unnecessary] an unlawful association, specifically:

The above named Defendant, at the said time, spoke with Abu Shaqer, the brother of Majed al-Kuni, known as "Abu Sharar," who had been killed. Abu Shaqer informed the Defendant that he had taken his brother's place, and commanded a cell of terrorists numbering 18 members. Abu Shaqer asked that the Defendant assist him in his activities. Abu Shaqer also informed the Defendant that he had a young man who was prepared to carry out a suicide terrorist attack within the State of Israel.

As a result of the said request, the Defendant gave Abu Shaqer the telephone number of the Secretary-General of Fatah in the region, Hassin a-Sheikh, this being after the Defendant himself spoke with the said Hassin a-Sheikh and asked the latter to assist Abu Shaqer with whatever he asked.

**Thirty-Ninth Count**:

**Nature of the Offense:** Possession of an explosive object, an offense pursuant to Section 53(a)(1) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** The above named Defendant, in the Region, from the end of May 2001 and up to the date of his arrest, had in his possession a firearm, ammunition, bomb, hand grenade, an explosive or incendiary device, instrument or device or item designed or capable of causing death or serious injury, without a permit granted by or on behalf of the military commander, specifically:

The above named Defendant, during the said period, at the Alaa a-Din wedding hall in Nablus, or its vicinity, kept an explosive belt [and] two explosive devices in metal containers, and 5 mortar rounds of various calibers, this being without a permit granted by or on behalf of the military commander. The Defendant received the above mentioned items from Salah al-Kaneh.

[Stamp] P 5: 308

**Fortieth Count:**

**Nature of the Offense:** Manufacture of a bomb, an offense pursuant to Section 53(a)(3) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** The above named Defendant, in the Region, during the period stated in the previous count of the indictment, manufactured a firearm, ammunition, bomb, explosive or incendiary device, without a permit granted by or on behalf of the military commander, specifically:

The above named Defendant, during the said period, at the Alaa a-Din wedding hall in Nablus or in its vicinity, produced operating mechanisms for the explosive devices described in the previous count of the indictment, this being without a permit granted by or on behalf of the military commander.

The above mentioned hall was also visited by an operative of the Palestinian Islamic Jihad, Fatah Badran, known as "Abu Jamal," who asked to work together with the Defendant in production of explosive devices. The Defendant agreed to cooperate with the above named "Abu Jamal" in the manufacture of the explosive devices at the said locations, which he had become familiar with through his fiancée – Obeidah Jaber (Abu-Ayisha).

16

Prosecution File 733/02

[Stamp] P 5: 308 [continued]

**Forty-First Count:**

**Nature of the Offense:** Conspiring to commit an offense for which the penalty exceeds three years' imprisonment, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968, and Section 53(a)(3) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** the above named Defendant, in the Region, at the end of May 2002 or thereabouts, conspired with another person to produce a firearm, ammunition, bomb, explosive or incendiary device, without a permit granted by or on behalf of the military commander, specifically:

The above named Defendant, at the said time, in Nablus or its vicinity, conspired with Salah Mohamed Hussein Buchri, to set up a laboratory for the manufacture of explosives in the area of Tira within the State of Israel.

**Forty-Second Count:**

**Nature of the Offense:** Damaging the security of the region, an offense pursuant to Section 53(a)(4) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** The above named Defendant, in the Region, at the end of May – beginning of June 2002 or thereabouts, carried out an act or omission calculated to destroy, damage, interfere with or endanger the security of the area or of the Israel Defense Forces and its soldiers or their activities, or the safe operation, use and security of each of the following: ship, airplane, port, quay, pier, mooring, airport, railway, waterway, road, track, railway engine, carriage, truck or any other means of public transport or public communication or any works, institution or equipment used for or designed for the manufacturing, supply, storage, transporting, transmission or distribution of water, fuel, gas or electricity, or any property of the State of Israel or of the Israel Defense Forces, specifically:

The above named Defendant, at the said time, in Nablus or its vicinity, met with Jamal Tirawi, who informed the Defendant that he had two terrorists who were prepared to carry out a suicide terrorist attack. Jamal Tirawi asked that the Defendant photograph the above mentioned suicide terrorists prior to their carrying out the planned suicide terrorist attack, and that he prepare them and equip them with everything necessary for carrying out a suicide terrorist attack. The Defendant agreed to the said proposal.

[Stamp] P 5: 309

About three days prior to his arrest, the Defendant met with Jamal Tirawi at the Alaa a-Din wedding hall in Nablus. Jamal Tirawi brought with him 8 kilograms of explosive, but the Defendant claimed that the explosives were not sufficient. Jamal Tirawi provided to bring, as soon as possible, a further amount of explosives.

The Defendant did not manage to assemble the explosive devices for the two above mentioned suicide terrorists, due to the entry of Israel Defense Forces units into Nablus and due to the Defendant's arrest.

**Forty-Third Count**:

**Nature of the Offense**: Damaging the security of the region, an offense pursuant to Section 53(a)(4) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense**: The above named Defendant, in the Region, during May – early June 2002 or thereabouts, carried out an act or omission calculated to destroy, damage, interfere with or endanger the security of the area or of the Israel Defense Forces and its soldiers or their activities, or the safe operation, use and security of each of the following: ship, airplane, port, quay, pier, mooring, airport, railway, waterway, road, track, railway engine, carriage, truck or any other means of public transport or public communication or any works, institution or equipment used for or designed for the manufacturing, supply, storage, transporting, transmission or distribution of water, fuel, gas or electricity, or any property of the State of Israel or of the Israel Defense Forces, specifically:

The above named Defendant, during the said period, was in telephone contact with a young woman named Inam, a student at Haifa University, whose details he received from al-Aqsa Martyrs Brigades operative Mouzid al-Masri. The Defendant would speak with Inam about the situation in the region. The above named Inam knew that the Defendant was a senior military operative in the al-Aqsa Martyrs Brigades, and that he was wanted by the Israeli security forces. At the beginning of June 2002, the Defendant asked Inam to come to Jenin and meet with him, and she agreed to do so. At that time, the Defendant was approached by Fatah Badran, known as "Abu Jamal," who asked if the Defendant knew residents of the State of Israel who were prepared to assist in carrying out terrorist attacks within the State of Israel. The Defendant told Fatah Badran about the above named Inam, and informed him that it was his intention to meet

[Stamp] P 5: 309 [continued]

with her in Jenin and to asked her to find a place in the State of Israel where it was possible to produce explosives, to find places suitable for carrying out mass terrorist attacks, and also to recruit her for the purpose of assisting suicide terrorists in transferring them from the region to within the territory of the State of Israel.

The Defendant's above mentioned plan was not carried out, due to his arrest by the Israeli security forces on June 3, 2002.

17

Prosecution File 733/02

[Stamp] P 5: 309 [continued]

**Prosecution Witnesses**

1.  Advanced Staff Sergeant Major Metans Hadad, Badge No. 927384, Investigations Bureau, Samaria. [Took the Defendant's statements of June 3, 2002, and June 18, 2002]
2.  Staff Sergeant Major Aatef Awida, Badge No. 1000496, Investigations Bureau, Samaria. [Took the Defendant's statements of June 10, 2002, and June 27, 2002]
3.  Advanced Staff Sergeant Major Roni Amar, Badge No. 739060, Investigations Bureau, Samaria. [Submitting report on photographic identity lineup and photo board]
4.  Transcript of Defendant's remand hearing dated July 17, 2002.
5.  Person known as "Ariel," Israel Security Agency. [Submitting report of transportation and indication + photographs]
6.  Musa Sari Hasune, Identity No. 040951592. [Under arrest]
7.  Hafez Abdel Fatah Maqbal, Identity No. 040976136. [Under arrest]
8.  Obeidah Abdel Rahman Mohamed Jaber, Identity No. 989498118. [Under arrest]
9.  Leila Mohamed Salah Bukhari, Identity No. 900128737. [Under arrest] (Prosecution File 595/02)
10. Kahira Sa'id Sa'adi, Identity No. 903946960. [Under arrest] (Prosecution File 451/02)
11. Sanah Mohamed Shehadeh, Identity No. 081021198. [Under arrest] (Prosecution File 484/02)
12. Fatah Wahid Asad Badran, Identity No. 948298849. [Under arrest]
13. Abdel Karim Ratheb Younis Aweis, Identity No. 980136675. [Under arrest] (Prosecution File 442/02)
14. Issa Mohamed Mahmoud Jabrin, Identity No. 906446521. [Under arrest] (Prosecution File 427/02)
15. Ziad Younis Ahmed Younis, Identity No. 966647653. [Under arrest]
16. Juad (Bahaa) Ziad Abdel Mouati Shalhati, Identity No. 941474827. [Under arrest]
17. Ismail Abdel Latif Abu Ayisha, Identity No. 901227124. [Under arrest]
18. Rabi Rafiq Sharif Abu-Rub, Identity No. 901815191. [Under arrest]

**Detailed Incident File 1359/02 Yiftach**

19. Sergeant 1st Class Ronen Sharabi, Badge No. 1037241, Yiftach Station. [Submitting action report + action report/memorandum]
20. Shahar Kahlon, Badge No. 1071562, Special Investigations Team, Yiftach. [Submitting Memorandum]
21. Senior Staff Sergeant Major David Sharon, Badge No. 534818, Yiftach Station. [Submitting report on visit to the scene]

[Stamp] P 5: 310

22. Advanced Staff Sergeant Major Chen Levin, Badge No. 747485, Bomb Laboratory Tel Aviv [Submitting Form Accompanying Exhibits]

23. Senior Staff Sergeant Major David Sharon, Badge No. 53481, Identification – Yiftach Station. [Submitting photo boards]

24. Staff Sergeant Major Mumi Dayan, Badge No. 1011153, Identification – Yiftach Station. [Submitting photo boards]

25. Zion Sadeh, Identity No. 029505724, Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitting Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

26. Inspector Eran Rosen, Badge No. 980862, Latent Fingerprint Development Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitting examination report]

27. David Attias, Fingerprint Identification Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitting expert opinion] (To be summoned only upon the express request of the Defense)

28. Maria Franco, Philippines Passport No. D10087782. (Details held by the Prosecution) [Eyewitness]

29. Yitzhak Shifra, Identity No. 309605866. (Details held by the Prosecution) [Wounded in the terrorist attack]

30. Haim Gueta, Identity No. 054918941. (Details held by the Prosecution) [Wounded in the terrorist attack]

31. Osnat Gueta, Identity No. 022130140. (Details held by the Prosecution) [Wounded in the terrorist attack]

32. Eli Davidov, Identity No. 016685893. (Details held by the Prosecution) [Son wounded in the terrorist attack]

33. Farhan Albi, Identity No. 035137009. (Details held by the Prosecution) [Sounded in the terrorist attack]

34. Ron Meir, Identity No. 014502983. (Details held by the Prosecution) [Sounded in the terrorist attack]

35. Moshe Hayun, Identity No. 050948553. (Details held by the Prosecution) [Eyewitness, treated the wounded]

36. Eran Davidi, Identity No. 035968866. (Details held by the Prosecution) [Eyewitness, treated the wounded]

37. Jack Cohen, Identity No. 012447496. (Details held by the Prosecution) [Eyewitness, treated the wounded]

`[Stamp] P 5: 310 [continued]

38. Inna Rockawitzin, Identity No. 321153611. (Details held by the Prosecution) [wounded in the terrorist attack]
39. Gela Chachiashvili, Identity No. 312782550. (Details held by the Prosecution) [wounded in the terrorist attack]
40. Aharon Yisraeli, Identity No. 027789106. (Details held by the Prosecution) [wounded in the terrorist attack]

18

Prosecution File 733/02

[Stamp] P 5: 310 [continued]

41.  Yitzhak Kazarshvili, Identity No. 011378510. (Details held by the Prosecution) [Wounded in the terrorist attack]

42.  Larisa Gavrilov, Identity No. 303801419. (Details held by the Prosecution) [Wounded in the terrorist attack]

43.  Markiel Gavrilov, Identity No. 305907008. (Details held by the Prosecution) [His restaurant was destroyed in the terrorist attack]

44.  Yitzhak Shimshilashvili, Identity No. 311985915. (Details held by the Prosecution) [His business was destroyed in the terrorist attack]

45.  Prof. Yehuda His, National Institute for Forensic Medicine. [Submitting an expert opinion] (To be summoned only at the express request of the Defense)

46.  List of the wounded from the terrorist attack.

47.  Medical documents.

**Detailed Incident File 412/02 Binyamin**

48.  Shaul Cohen, Badge No. 759407, Binyamin Station. [Testimony]

49.  David Cohen, Identity No. 028999910, Binyamin Station. [Testimony]

50.  Mordechi Tal, Identity No. 29501590, Binyamin Station. [Seriously wounded in the terrorist attack]

51.  Eli Teva, Identity No. 025716218. (Details held by the Prosecution) [Reserves soldier, was at the checkpoint at the time of the terrorist attack – saw the suicide terrorist]

52.  Lior Steindem, Identity No. 025044421. (Details held by the Prosecution) [Commander of the Reserves force at the checkpoint at the time of the terrorist attack, spoke with the suicide terrorist before the explosion]

53.  Ilan Factor, Identity No. 308900141. (Details held by the Prosecution) [Reserves soldier at the checkpoint at the time of the terrorist attack – inspected the vehicle in which the suicide terrorist traveled]

54.  Chananiah Shneier, Identity No. 032781072. (Details held by the Prosecution) [Arrived on the scene immediately following the terrorist attack]

55.  Sergeant 1st Class Shai Algerably, Badge No. 1010065, Modiin Station. [Submitting an action report]

56.  Sergeant 1st Class Eli Hajaj, Badge No. 1054782, Modiin Station. [Submitting an action report]

57.  Inspector Arnon Shoshani, Police National Headquarters, Patrol and Security Branch, Bomb Laboratories Division, Tel Aviv Extension Branch. [Submitting Initial Expert Opinion + Expert Opinion from File 0821-23/2002/ZB + Photographs + Form Accompanying Exhibits] (To be summoned only at the express request of the Defense)

[Stamp] P 5: 311

58.  Sarah Abramowitz-Bar, Analysis Laboratory, Police National Headquarters – Jerusalem. [Submitting an expert opinion from File 54484/02-33/ZB] (To be summoned only at the express request of the Defense)

**Detailed Incident File 580/02 Shafet**

59.  Yigal Meir, Identity No. 040202418, Border Guard Sivan, Company 42. (Details held by the Prosecution) [Testimony]

60.  Chief Inspector Moshe Hidra, Identity No. 037537412, Border Guard Lavi. (Details held by the Prosecution) [testimony]

61.  Chief Inspector Leonid Rabinovitch, Badge No. 71055859, Border Guard Lavi. (Details held by the Prosecution) [testimony]

62.  Inspector Asaf Zaguri, Badge No. 1049196, Border Guard Lavi. (Details held by the Prosecution) [testimony]

63.  Staff Sergeant Major Oded Meiri, Badge No. 1065937, Special Duties Department, Central Unit – Jerusalem. [Submitting an Action/Seizure and Marking Report + Form Accompanying Exhibits]

64.  Superintendent Lior Nedivi, Badge No. 952127, Criminal Identification Department – Zion Station. [Submitting Photo Boards]

65.  Fuad Cohen, Badge No. 1048701, Special Duties Department, Central Unit – Jerusalem. [Submitting a Memorandum + Polaroid pictures]

**Detailed Incident File 2069/02 Special Duties Department Jerusalem**

66.  Advanced Staff Sergeant Major Ariel Ya'ari, Bomb Laboratory – Police National Headquarters, Jerusalem. [Submitting a Seizure and Marking Report + Expert opinion] (To be summoned only at the express request of the Defense)

67.  Sarah Abramowitz-Bar, Analysis Laboratory, Police National Headquarters – Jerusalem. [Submitting an expert opinion] (To be summoned only at the express request of the Defense)

68.  Dror Cohen, Criminal Identification Department, Zion Station – Jerusalem. [Submitting photographs from the scene of the incident]

69.  Yigal Shemesh, Identity No. 028077964. (Details held by the Prosecution) [Identification of the body of the late Gadi Shemesh]

70.  Yaniv Yosef, Identity No. 027454958. (Details held by the Prosecution) [Identification of the body of the late Gadi Shemesh]

71.  Hagai Pinhas, Identity No. 028766723. (Details held by the Prosecution) [Identification of the body of the late Gadi Shemesh]

[Stamp] P 5: 311 [continued]

72. Yehya Ben Hamu, Identity No. 038342986. (Details held by the Prosecution) [Identification of the body of the late Tzipora Shemesh]

73. Lior Mika, Identity No. 036386753. (Details held by the Prosecution) [Saw the terrorist blow up, wounded in the terrorist attack]

74. Ilan Bauer, United States Passport No. 700767376. (Details held by the Prosecution) [Was together with his son, a minor, near the terrorist at the time of the explosion, both were wounded]

19

Prosecution File 733/02

[Stamp] P 5: 311 [continued]

75.  Shiran Darwish, Identity No. 039888862. (Details held by the Prosecution) [Was near the terrorist at the time of the explosion, wounded]

76.  Chizkiya Langstein, Dutch Passport No. 115402413. (Details held by the Prosecution) [Wounded in the terrorist attack, saw the terrorist at the time of the explosion]

77.  Marion Kampfler, Identity No. 016432148. (Details held by the Prosecution) [Wounded in the terrorist attack]

78.  Assi Armoza, Identity No. 051910735. (Details held by the Prosecution) [Wounded in the terrorist attack]

79.  Lawrence Salem, Identity No. 312738537. (Details held by the Prosecution) [Slightly wounded in the terrorist attack]

80.  Tal Cohen, Identity No. 029506270. (Details held by the Prosecution) [Wounded in the terrorist attack]

81.  Faizolah Haim Yakobian, Identity No. 011573441. (Details held by the Prosecution) [Wounded in the terrorist attack, damage was caused to her shop]

82.  Eli Levy, Identity No. 033643438. (Details held by the Prosecution) [Slightly wounded in the terrorist attack]

83.  Netanel Gidon, Identity No. 012176707. (Details held by the Prosecution) [Slightly wounded, his shop was damaged]

84.  Astrid (Rivka) Gorno, Identity No. 301921169. (Details held by the Prosecution) [Wounded in the terrorist attack]

85.  Mazal Hachamov, Identity No. 304119407. (Details held by the Prosecution) [Slightly wounded, his shop was damaged]

86.  Bosmat Cohen, Identity No. 061273413. (Details held by the Prosecution) [Slightly wounded, his shop was damaged]

87.  Moshe Poch, Identity No. 015776636. (Details held by the Prosecution) [Slightly wounded in the terrorist attack]

88.  Yaffa Levy, Identity No. 055466924. (Details held by the Prosecution) [Slightly wounded in the terrorist attack]

89.  Robbie Asseraf, Identity No. 021398011. (Details held by the Prosecution) [Saw the terrorist at the time of the explosion]

90.  Ora Faizakov, Identity No. 039526371. (Details held by the Prosecution) [Was near the location of the explosion]

91.  Hillel Adam, Identity No. 302040969. (Details held by the Prosecution) [Eyewitness, treated the wounded]

92.  Rahamim Havler, Identity No. 059732735. (Details held by the Prosecution) [Damage caused to his shop]

[Stamp] P 5: 312

93. Dr. Chen Kugel, National Institute for Forensic Medicine. [Submitting an expert opinion] (To be summoned only at the express request of the Prosecution)
94. Prof. Yehuda His, National Institute for Forensic Medicine. [Submitting an expert opinion] (To be summoned only at the express request of the Prosecution)
95. Death Certificate – the late Yitzhak Cohen.
96. A list of those wounded in the terrorist attack from the Municipality of Jerusalem – Call Center 106. (Institutional record)
97. Medical documentation.

An additional list of witnesses relating to those wounded in the terrorist attack on King George Street in Jerusalem on March 21, 2002, will be provided during the course of the trial.

[Signature] *Olga / for*
Michael Kotlik, Captain
Military Prosecutor

Date: September 12, 2002
Reference: 733-02

20

Prosecution File 733/02

[Stamp] P 5: 312 [continued]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

        vs.                                              No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

### DECLARATION OF RINA NE'EMAN

    Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P5: 293-312.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P5: 293-312.

_____
Rina Ne'eman

ss.: New Jersey

On the 28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


Notary Public

```
NIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704
```

צבא                              הגנה-                    לישראל

בבית    המשפט    הצבאי                    וניק ביחיימ : 3739/02
בבית    .אל                              וניק תביעה : 733/02
בפני    הרכב                            וניק פ.א. : 4934-43/02 שומרון
                                        1359/02 יפתח
                                        412/02 בנימין
                                        580/02 שפט
                                        2069/02 מתי"ס ר-ס

### במשפט שבין התובע הצבאי - המאשים

### - נ ג ד -

נאצר נמאל מוסא שוויש
ת.ז. 993006188, יליד 25.05.75, תושב שכם/רמאללה
עצור מיום 03.06.02

### - הנאשם -

# כתב - אישום

### הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:

#### פרט ראשון:

**מהות העבירה:** מתן מקלט, עבירה לפי סעיף 57 לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשי"ל1970-:

**פרטי העבירה:** הנאשם הנ"ל, באזור, במהלך סוף שנת 2000 - תחילת שנת 2001 או בסמוך לכך, עזר או נתן מקלט לאדם שעבר עבירה על תחיקת ביטחון או אשר עסק או היה עוסק בכל פעולה שמטרתה לפגוע בשלום הציבור, שלום כוחות צה"ל וחייליו וקיום הסדר הציבורי או שיש יסוד סביר לחשוד כי עשה כן, בין על ידי מתן ידיעות, מחסה, מ:זן, משקה, כסף, בגדים, נשק, תחמושת, אספקה, מספוא, אמצעי תובלה, נפט או דלק מכל סוג שה:א ובין בדרך אחרת, דהיינו: הנאשם הנ"ל, במהלך תתקופה האמורה, במסגר הזד:נגויות שונות, העביר אנשים אשר היו מבוקשים לכוחות הביטחון הישראליים בגין ביצוע פיגועים קטלניים נגד אזרחים ישראליים וחיילי צה"ל. בין חיתר, הנאשם העביר את אחיו - חאלד שוויש, מותנד אבו חלאווה, תאבת מרדאוני, חכמת אבו אלחבל.