פרט שלושים וששה:

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, במחצית השנייה של חודש מאי 2002 או בסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, היזק, חפרעה או סכנה לביטחון האיזור או לביטחון כוחות צה"ל וחיילו או לפעולתם, שימושנם או ביטחונם של כל אחד מאלה: אנייה, אווירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של הובלה ציבורית, או תקשורת ציבורית או כל מפעל מוסד, או ציוד המשמש מסוגל לשמש לייצורם, הספקתם, תחסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צה"ל, דהיינו:

הנאשם הנ"ל, במועד האמור, נפגש בעניין עם מחמד אבו טביח, אשר הציג את עצמו כפעיל ג'יהאד אסלאמי פלסטיני, וביקש להצטרף אל הנאשם בפעילותו נגד המטרות הישראליות.

הנאשם נפגש בגינין עם חברו שיחי בסאם, שהוא אמאם במסגד במתנ"ח חפליטים ג'נין, וערך בירור לגבי מחמד אבו טביח חנ"ל. שיחי בסאם אישר כי מחמד אבו טביח חינו פעיל בג'יהאד אסלאמי פלסטיני. בעקבות האמור, הנאשם נפגש שוב עם מחמד אבו טביח. מחמד אבו טביח מסר לנאשם כי יש לו צעיר המוכן לבצע פיגוע התאבדות וכן כי יש ברשותו וברשות חבריו חומרי נפץ ומטעני חבלה. מחמד אבו טביח ביקש להתייעץ עם הנאשם איך ניתן להוציא לפועל פיגוע התאבדות בתוך מדינת ישראל.

הנאשם הבטיח למחמד אבו טביח לבדוק את הנושא.

כמו כן, במהלך חשיחה הנ"ל, הנאשם מסר למחמד אבו טביח כי בשכם יש מחסור בחומרי נפץ. מחמד אבו טביח מסר כי אין זו בעיה והוא יכול לספק לנאשם חומרי נפץ בכמות שהנאשם יבקש. בסוף השיחה חנאשם ומחמד אבו טביח תחליפו בינהם מספרי טלפונים סלולריים.

לאחר מכן, חנאשם נפגש עם מחמד אבו רוב, אשר הסכים להעביר עבור הנאשם חומרי נפץ מגינין, ממחמד אבו טביח, לידי הנאשם בשכם.

התכניות האמורות לא יצאו אל הפועל מכיוון שהקשר בין הנאשם לבין מחמד אבו טביח נותק לאחר שהנאשם חזר לשכם.

פרט שלושים ושבעה:

**מהות העבירה:** קשירת קשר לעבור עבירה שדינה מעל לשלוש שנות מאסר, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968- וסעיף 67(א)(ד) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי חעבירה:** הנאשם הנ"ל, באיזור, בחודש מאי 2002 או בסמוך לכך, קשר עם אדם אחר לכפות אדם בכוח או באיומים או פיתהו באמצעות תרמית ללכת מן המקום שהוא נמצא בו, וזאת כדי לסחוט או לאיים, דהיינו:

הנאשם הנ"ל, במועד האמור, נפגש ברמאללה עם חסין א-שיח, מזכ"ל ארגון הפת"ח באיזור. חסין א-שיח ביקש מהנאשם להקים חוליה בת 3-4 חברים, אשר תבצע פיגועי ירי נגד המטרות הישראליות וכן תחטוף חיילי צה"ל לצורך מיקוח על שחרור אסירים פלסטינים המוחזקים בבתי הכלא בישראל. חסין א-שיח הבטיח למנן את פעילותו של חנאשם וזאת לאחר שיו"ר חרשות הפלסטינית יאסר ערפאת יורה על העברת הכספים לצורך הפעילות הנ"ל.

בעקבות הבקשה הנ"ל, הנאשם נפגש בשכם עם צלאח מחמד חוסין בוכארי ושוחח עמו על חטיפת חיילי צה"ל וביקש לדעת אם הארון מכיר שיטות לחטיפת חיילי צה"ל. צלאח בוכארי מסר לנאשם כי חוא מכיר שני יהודים, אשר אצלם עבד. צלאח בוכארי חציע לנאשם לפתות את היהודים חנ"ל לחגיע למחסום ליד טייבה ולחטוף אותם משם בסיוע של תושבי טירה, אשר אותם צלאח הכיר.

בסופו של הדבר התכנית האמורה לא יצאה אל הפועל מכיוון שחסין א-שיח לא העביר לידי הנאשם את הכסף, אשר אותו הבטיח, וכן עקב כניסתם של כוחות צה"ל לשכם.

15

ת.ת. 733/02

**פרט שלושים ושמונה:**

**מהות העבירה:** ביצוע שירות עבור התאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(ג) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש מאי 2002 או בסמוך לכך, עשה עבודה כל שהיא או ביצע שירות כל שהוא בשביל שהוא התאחדות בלתי מותרת, דהיינו:
הנאשם הנ"ל, במועד האמור, שוחח עם אבו שאקר, אחיו של מאג'יד אלקוני המכונה "אבו שראר", אשר נהרג. אבו שאקר הודיע לנאשם כי הוא תפס את מקום אחיו הנ"ל ומפקד על חוליית מחבלים המונה 18 איש. אבו שאקר ביקש כי הנאשם יסייע לו בפעילותו. אבו שאקר אף מסר לנאשם כי לו אדם צעיר שחוא מוכן לבצע פיגוע התאבדות בתוך מדינת ישראל.
בעקבות הבקשה הנ"ל, הנאשם מסר לאבו שאקר את מספר הטלפון של מזכ"ל הפת"ח באיזור, חסין א-שיח, וזאת לאחר שהנאשם עצמו שוחח עם חסין א-שיח הנ"ל וביקש מהאחרון לסייע לאבו שאקר בכל מה שיבקש.

**פרט שלושים ותשעה:**

**מהות העבירה:** החזקת חפץ נפיץ, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מסוף חודש מאי 2002 ועד ליום מעצרו, החזיק ברשותו כלי-ירייה, תחמושת, פצצה, רימון יד או חפץ נפיץ או מבעיר, כלי או חפץ או דבר המתוכנן או מסוגל לגרום מוות או חבלה חמורה, ללא תעודת היתר שהוענקה על ידי מפקד צבאי או מטעמו, דהיינו:
הנאשם הנ"ל, במהלך התקופה האמורה, באולם שמחות "עלאא א-דין" בשכם או בסמוך לכך, החזיק בחגורת נפץ, שני מטעני חבלה בתוך מיכלי מתכת וכן 5 פצצות מרגמה בקוטרים שונים, וזאת ללא תעודת היתר שהוענקה על ידי מפקד צבאי או מטעמו. את התפצים האמורים לעיל הנאשם קיבל מידי צאלח אלקנח.

**פרט ארבעים:**

**מהות העבירה:** ייצור פצצה, עבירה לפי סעיף 53(א)(3) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, במהלך התקופה האמורה בפרט האישום הקודם, ייצר כלי-ירייה, תחמושת, פצצה, חפץ נפיץ או מבעיר, ללא תעודת היתר שהוענקה בידי מפקד צבאי או מטעמו, דהיינו:
הנאשם הנ"ל, במהלך התקופה האמורה, באולם שמחות "עלאא א-דין" בשכם או בסמוך לכך, ייצר מנגנוני הפעלה עבור מטעני החבלה, המתוארים בפרט האישום הקודם, וזאת ללא תעודת היתר שהוענקה בידי מפקד צבאי או מטעמו.
באולם הנ"ל ביקר גם פעיל ג'יחאד אסלאמי פלסטיני, פתח בדראן חמכונה "אבו ג'מאל", אשר ביקש לעבוד ביחד עם הנאשם בייצור מטעני החבלה. הנאשם הסכים לשתף פעולה בייצור מטעני החבלה במקום האמור עם "אבו ג'מאלי" הנ"ל, אשר אותו הכיר דרך ארוסתו - עוביידה ג'אבר (אבו-עיישה).

16                                      ת.פ. 733/02

**פרט ארבעים ואחד:**

**מהות העבירה:** קשירת קשר לעבור עבירה שדינה מעל לשלוש שנות מאסר, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968- וסעיף 53(א)(3) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970-.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש מאי 2002 או בסמוך לכך, קשר עם אדם אחר לייצר כלי-יריה, תחמושת, פצצה, חפץ נפיץ או מבעיר, ללא תעודת היתר שהוענקה בידי מפקד צבאי או מטעמו, דהיינו:

הנאשם הנ"ל, במועד האמור, בשכם או בסמוך לכך, קשר עם צלאח מתמד חוסין בוכארי, להקים מעבדה לייצור חומרי נפץ באיזור טירה בתוך מדינת ישראל.

**פרט ארבעים ושניים:**

**מהות העבירה:** פגיעה בבטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970-.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש מאי - תחילת חודש יוני 2002 או בסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, היזק, הפרעה או סכנה לבטחון האיזור או לבטחון כוחות צה"ל וחיילו או לפעולתם, שימושם או בטחונם של כל אחד מאלה: אניה, אוירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של הובלה ציבורית, או תקשורת ציבורית או כל מפעל מוסד, או ציוד המשמש מסוגל לשמש לייצורם, הספקתם, החסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צה"ל, דהיינו:

הנאשם הנ"ל, במועד האמור, בשכם או בסמוך לכך, נפגש עם ג'מאל טיראווי, אשר מסר לנאשם כי יש לו שני מתאבדים המוכנים לבצע פיגוע התאבדות. ג'מאל טיראווי ביקש כי הנאשם יצלם את המתאבדים תמאבדים הנ"ל לקראת ביצוע פיגוע ההתאבדות המתוכנן וכן כי יכין אותם ויצייד אותם בכל הדרוש לצורך ביצוע פיגוע התאבדות. הנאשם הסכים להצעה האמורה.

כשלושה ימים לפני מעצרו, הנאשם נפגש עם ג'מאל טיראווני באולם שמחות "עלאא א-דין" בשכם. ג'מאל טיראווי הביא עמו 8 ק"ג של חומר נפץ, אך הנאשם טען כי חומר נפץ זה אינו מספיק. ג'מאל טיראווי הבטיח לחביא בהקדם כמות נוספת של חומר הנפץ.

הנאשם לא הספיק להרכיב את מטעני החבלה עבור שני המתאבדים חמתאבדים הנ"ל עקב כניסתם של כוחות צה"ל לשכם ועקב מעצרו של הנאשם.

**פרט ארבעים ושלושה:**

**מהות העבירה:** פגיעה בבטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה.והשומרון) (מס' 378), תש"ל-1970-.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, במהלך חודש מאי - תחילת חודש יוני 2002 או בסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, היזק, הפרעה או סכנה לבטחון האיזור או לבטחון כוחות צה"ל וחיילו או לפעולתם, שימושם או בטחונם של כל אחד מאלה, אניה, אוירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של הובלה.ציבורית,'או תקשורת ציבורית או כל מפעל מוסד, או ציוד המשמש מסוגל לשמש לייצורם, הספקתם, החסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צה"ל, דהיינו:

הנאשם הנ"ל, במהלך התקופה האמורה, היה בקשר טלפוני עם בחורה בשם אנעאם, סטודנטית באוניברסיטת חיפה, אשר את פרטיה הנאשם קיבל מפעיל ב"גדודי חללי אלאקצא" מוזכר אלמצרי. הנאשם נהג לשוחח עם אנעאם על המצב באיזור. אנעאם הנ"ל ידעה כי הנאשם הינו פעיל צבאי בכיר ב"גדודי חללי אלאקצא" וכי חינו מבוקש לכוחות הביטחון הישראליים. בראשית חודש יוני 2002 הנאשם ביקש מאנעאם להגיע לעניין להיפגש עמו והיא הסכימה. באותה העת פנה אל הנאשם פאתח בדראן, המכונה "אבו ג'מאלי", ושאל אם הנאשם מכיר תושבי מדינת ישראל המוכנים לסייע בביצוע פיגועים בתוך מדינת ישראל. הנאשם סיפר לפאתח בדראן אודות אנעאם הנ"ל ומסר כי בכוונתו להיפגש עמה בעניין ולבקש ממנה לאתר מקום במדינת ישראל שבו ניתן לייצר חומרי נפץ, לאתר מקומות המתאימים לביצוע פיגועים המוניים, וכן לגייס אותה לצורך סיוע למחבלים מותאבדים במעברם מהאיזור אל תוך שטחה של מדינת ישראל.

תכניתו הנ"ל של הנאשם לא יצאה אל הפועל עקב מעצרו על-ידי כוחות הביטחון הישראליים ביום 03.06.02.

17    ת.פ. 733/02

עדי התביעה:

1. רס"מ מטאנס חדאד, מ.א. 927384, לח"ק שומרון. [גובה אמרות חנאשס מיום 03.06.02 ומיום 18.06.02]
2. רס"יר עאטף עווידה, מ.א. 1000496, לח"ק שומרון. [גובה אמרות חנאשם מיום 10.06.02 ומיום 27.06.02]
3. רס"מ רוני עאמר, מ.א. 739060, לח"ק שומרון. [מגיש דו"ח מסדר זיהוי תצלומים ולוח תצלומים]
4. פרוטוקול הארכת המעצר של הנאשם מיום 17.07.02.
5. חמכונח "אריאלי", שירות הביטחון הכללי. [מגיש דו"ח הובלה והצבעה + תצלומים]
6. מוסא סרי חסונה, ת.ז. 040951592. (עצור)
7. תאפז ע/פתח מקבל, ת.ז. 040976136. (עצור)
8. עובידה ע/רחמאן מחמד ג'אבר, ת.ז. 989498118. (עצורה)
9. לילא מחמד צאלח בוכארי, ת.ז. 900128737. (עצורה) (ת.ת. 595/02)
10. קאהירח סעיד סעדי, ת.ז. 903946960. (עצורה) (ת.ת. 451/02)
11. סטאא מחמד שחאדה, ת.ז. 081021198. (עצורה) (ת.ת. 484/02)
12. פאתח וחיד אסעד בדראן, ת.ז. 948298849. (עצור)
13. ע/כרים ראתב יונס עוויס, ת.ז. 980136675. (עצור) (ת.ת. 442/02)
14. עיסא מחמד מחמוד גיברין, ת.ז. 906446521. (עצור) (ת.ת. 427/02)
15. זיד יונס אחמד יונס, ת.ז. 966647633. (עצור)
16. ג'ואד (בהאא) זיאד ע/מועטי שלחתי, ת.ז. 941474827. (עצור)
17. אסמעייל ע/לטיף אבו עיישה, ת.ז. 901227124. (עצור)
18. רביע רפיק שריף אבו-רוב, ת.ז. 901815191. (עצור)

ת.א. 1359/02 יפתח

19. רס"ל רוני שרעבי, מ.א. 1037241, תחנת יפתח. [מגיש דו"ח פעולה + דו"ח פעולה/זכ"יד]
20. שחר כחלון, מ.א. 1071562, צח"מ יפתח. [מגיש זכ"יד]
21. רס"יב דוד שרון, מ.א. 534818, תחנת יפתח. [מגיש דו"ח ביקור בזירח]
22. רס"מ חן לוין, מ.א. 747485, מעבדת תבלח תל-אביב. [מגיש טופס לוואי למוצגים]
23. רס"יב דוד שרון, מ.א. 53481, זיהוי - תחנת יפתח. [מגיש לוחות תצלומים]
24. רס"יר מומי דיין, מ.א. 1011153, זיהוי - תחנת יפתח. [מגיש לוחות תצלומים]
25. ציון שדח, ת.ז. 029505724, משרד מוצגים, מז"פ, מטא"יר - ירושלים. [מגיש תע"יצ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
26. מפקח ערן רוזן, מ.א. 980862, חמעבדה לפיתוח ט.א. סמויות, מז"פ, מטא"יר -מ ירושלים. [מגיש דו"ח בדיקה]
27. דוד אטיאס, המעבדה לזיחוי טביעות אצבע, מז"פ, מטא"יר - ירושלים. [מגיש חוו"ד מומחה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
28. מריח פרנקו, מס' דרכון פיליפינים D10087782. (פרטים בתביעה) [עדת ראיה]
29. יצחק שיפרא, ת.ז. 309605866. (פרטים בתביעה) [נפצע בפיגוע]
30. חיים גואטה, ת.ז. 054918941. (פרטים בתביעה) [נפצע בפיגוע]
31. אסנת גואטה, ת.ז. 022130140. (פרטים בתביעה) [נפצעה בפיגוע]
32. אלי דודוב, ת.ז. 016685893. (פרטים בתביעה) [בנו נפצע בפיגוע]
33. פרחאן אלבז, ת.ז. 035137009. (פרטים בתביעה) [נפצע בפיגוע]
34. רון מאיר, ת.ז. 014502983. (פרטים בתביעה) [נפגע בפיגוע]
35. משה חיון, ת.ז. 050948553. (פרטים בתביעה) [עד ראיה, טיפל בפצועים]
36. ערן דודי, ת.ז. 035968866. (פרטים בתביעה) [עד ראיה, טיפל בפצועים]
37. ג'יק כחן, ת.ז. 012447496. (פרטים בתביעה) [עד ראיה, טיפל בפצועים]
38. אינת רוקביצין, ת.ז. 321153611. (פרטים בתביעה) [נפצעה בפיגוע]
39. גלה חחיאשווילי, ת.ז. 312782550. (פרטים בתביעה) [נפצעה בפיגוע]
40. אהרן ישראלי, ת.ז. 027789106. (פרטים בתביעה) [נפצע בפיגוע]

41. יצחק קזרשווילי, ת.ז. 011378510. (פרטים בתביעה) [נפצע בפיגוע]
42. לריסה גברילוב, ת.ז. 303801419. (פרטים בתביעה) [נפצעה בפיגוע]
43. מרקיאל גברילוב, ת.ז. 305907008. (פרטים בתביעה) [המסעדה שלו נהרסה בפיגוע]
44. יצחק שימשילשווילי, ת.ז. 311985915. (פרטים בתביעה) [עסקו נהרס בפיגוע]
45. פרופ' יהודה היס, המכון הלאומי לרפואה משפטית. [מגיש חוו"ד מומחה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
46. רשימת הפצועים מהפיגוע.
47. תעודות רפואיות.

פ.א. 412/02 בנימין

48. שאול כהן, מ.א. 759407, תחנת בנימין. [עדות]
49. דוד כהן, ת.ז. 028999910, תחנת בנימין. [עדות]
50. מרדכי טל, ת.ז. 29501590, תחנת בנימין. [נפצע קשה בפיגוע]
51. אלי טבע, ת.ז. 025716218. (פרטים בתביעה) [חייל מילואים היה במחסום בעת הפיגוע - ראה את חמחבלת המתאבדת]
52. ליאור שטיינדס, ת.ז. 025044421. (פרטים בתביעה) [מפקד כוח מילואים במחסום בעת הפיגוע, שוחח עם המחבלת המתאבדת לפני הפיצוץ]
53. אילן פקטור, ת.ז. 308900141. (פרטים בתביעה) [חיל מילואים במחסום בעת הפיגוע - בדק את הרכב שבו נסעה חמחבלת המתאבדת]
54. חנניה שנייד, ת.ז. 032781072. (פרטים בתביעה) [הגיע למקום מיד לאחר הפיגוע]
55. רס"ל שי אלגרבלי, מ.א. 1010065, תחנת מודיעין. [מגיש דו"ח פעולה]
56. רס"ל אלי חג'ג, מ.א. 1054782, תחנת מודיעין. [מגיש דו"ח פעולה]
57. מפקח ארנון שושני, מטא"ר, אגף חשיטור והבטחון, מדור מעבדות חבלה, שלוחת תל-אביב. [מגיש חוו"ד מומחה דאשונית וחוו"ד מומחה מתיק זב"מ/233/- 0821/2002 + תצלומים + טופס לוואי למוצגים] [יזומן לפי הדרישה המפורשת של הסניגוריה בלבד]
58. שרה אברמוביץ-בר, מז"פ - המעבדה האנליטית, מטא"ר - ירושלים. [מגישה חוו"ד מומחה מתיק ז"ב/333/-02/54484] [תזומן לפי בקשה מפורשת של הסניגוריה בלבד]

פ.א. 880/02 שפט

59. ינאל מאיר, ת.ז. 040202418, מג"ב סיוון, פלוגת מ"ב. (פרטים בתביעה) [עדות]
60. פקד משה חידרה, ת.ז. 037537412, מג"ב לביא. (פרטים בתביעה) [עדות]
61. פקד לאונרד רבינוביץ, מ.א. 71055859, מג"ב לביא. (פרטים בתביעה) [עדות]
62. מפקח אסף זגורי, מ.א. 1049196, מג"ב לביא. (פרטים בתביעה) [עדות]
63. רס"ר עודד מאירי, מ.א. 1065937, מתי"ס, ימ"ר - י-ס. [מגיש דו"ח פעולה/תפיסת וסימון + טופס לוואי למוצגים]
64. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש לוחות תצלומים]
65. פואד כהן, מ.א. 1048701, מתי"ס, ימ"ר - י-ס. [מגיש זכ"ד + תמונות פולרואיד]

מת"ס י-ם 2069/02

66. רס"מ אריאל יערי, מעבדת חבלה, מטא"ר - ירושלים. [מגיש דו"ח תפיסה וסימון + חוו"ד מומחתה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
67. שרה אברמוביץ-בר, המעבדה האנליטית, מטא"ר - ירושלים. [מגישה חוו"ד מומחה] [תזומן לפי דרישה מפורשת של הסניגוריה בלבד]
68. דרור כהן, מז"פ תחנת ציון - ירושלים. [מגיש תמונות מזירת הפיגוע]
69. ינאל שמש, ת.ז. 028077964. (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
70. יניב יוסף, ת.ז. 027454958. (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
71. תגי פנחס, ת.ז. 028766723. (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
72. יחיא בן חמו, ת.ז. 038342986. (פרטים בתביעה) [זיהוי גופתה של ציפורת שמש ז"ל]
73. ליאור מיקא, ת.ז. 036386753. (פרטים בתביעה) [ראה את המחבל מתפוצץ, נפצע בפיגוע]
74. אילן באוארן, מסי דרכון ארה"ב 700767376. (פרטים בתביעה) [היה יחד עם בנו הקטין סמוך למחבל בעת הפיצוץ, שניהם נפצעו]

75. שירן דרוויש, ת.ז. 039888862. (פרטים בתביעה) [היתוז בסמוך למחבל בעת הפיצוץ, נפגעה]
76. חזקיה לנגשטיין, מס' דרכון הולנדי 115402413. (פרטים בתביעה) [נפצע בפיגוע, ראה את המחבל בעת הפיצוץ]
77. מרינן קמפלר, ת.ז. 016432148. (פרטים בתביעה) [נפגעה בפיגוע]
78. אסי ארמוזה, ת.ז. 051910735. (פרטים בתביעה) [נפצעה בפיגוע]
79. לורנס סלס, ת.ז. 312738537. (פרטים בתביעה) [נפגע קל בפיגוע]
80. טל כהן, ת.ז. 029506270. (פרטים בתביעה) [נפצע בפיגוע]
81. פייזולה חיים יעקוביאן, ת.ז. 011573441. (פרטים בתביעה) [נפצעה בפיגוע, נגרם נזק לחנותה]
82. אלי לוי, ת.ז. 033643438. (פרטים בתביעה) [נפגע קל בפיגוע]
83. נתנאל גדעון, ת.ז. 012176707. (פרטים בתביעה) [נפגע קל, חנותו נפגעה]
84. אסתריד (רבקה) גורנו, ת.ז. 301921169. (פרטים בתביעה) [נפצעה בפיגוע]
85. מזל חכמוב, ת.ז. 304119407. (פרטים בתביעה) [נפצעה בפיגוע]
86. בשמת כהן, ת.ז. 061273413. (פרטים בתביעה) [נפצעה בפיגוע]
87. משה פרך, ת.ז. 015776636. (פרטים בתביעה) [נפגע קל בפיגוע]
88. יפה לוי, ת.ז. 055466924. (פרטים בתביעה) [נפגעה קל בפיגוע]
89. רובי אסרף, ת.ז. 021398011. (פרטים בתביעה) [ראה את המחבל בעת הפיצוץ]
90. אורה פאיזקוב, ת.ז. 039526371. (פרטים בתביעה) [היתה סמוך למקום הפיצוץ]
91. הלל אדם, ת.ז. 302040969. (פרטים בתביעה)[צ עד ראיה, טיפל בפצועים]
92. רחמים הבלר, ת.ז. 059732735. (פרטים בתביעה) [נגרם נזק לחנותו]
93. ד"ר חן קוגל, המכון הלאומי לרפואה משפטית. [מגישה חוו"ד מומחה] [תזומן לפי דרישה מפורשת של התביעה בלבד]
94. פרופ' יחזדה היס, חמכון הלאומי לרפואה משפטית. [מגיש חוו"ד מומחה] [יזומן לפי דרישה מפורשת של התביעה בלבד]
95. תעודת פטירה - יצחק כהן ז"ל.
96. רשימת נפגעים מהפיגוע של עיריית ירושלים - מוקד 106. (רשומה מוסדית)
97. תעודות רפואיות.

<u>רשימת עדים נוספת בנוגע לפצועים וחרוגים בפיגוע ברחוב גיורגי המלך בירושלים ביום 21.03.02 תימסר במהלך המשפט</u>

מיכאל קוטלק, סרן
תובע צבאי

תאריך: 12.09.2002
סימוכין: 02-733

20                                                     ת.ת. 733/02