**פרט שלושים ושישה:**

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, במהלך השנים של חודש מאי 2002, או בסמוך לכך, עשה מעשה או מחדל שיש בהם בכדי פגיעה, חיזוק, חפרעה או סכנה לביטחון האיזור או לביטחונן כוחות צה"ל והיו/או לפעולתם, שימוש או ביטחונום או ביטחונום של כל אחד מאלה: אניה, אווירון, נמל, רציף, מזח, מעגן, שדה-תעופה, מסילת ברזל, עניב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של הובלת ציבורית, או תקשורת ציבורית או כל מפעל מוסד, או ציוד המשמש מסוגל לשמש לייצור, חספקתם, התסנתם, העברתם, מסירתם או חפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צה"ל, דהיינו:

הנאשם הנ"ל, במועד האמור, נפגש בעניין עם ▇▇▇▇, אשר הציג את עצמו כפעיל גיחאד אסלאמי פלסטיני, וביקש להצטרף אל הנאשם בפעילותו נגד המטרות הישראליות.

הנאשם נפגש בעניין עם חבריו ▇▇▇▇, שהוא אמאם במסגד במחנה חפליטים גינין, וערך בירור לגבי ▇▇▇▇. הינו פעיל בגיחאד אסלאמי ▇▇▇▇ אשר כי ▇▇▇▇. מסר לנאשם פלסטיני. בעקבות האמור, חנאשם נפגש שוב עם ▇▇▇▇ כי יש לו צעיר חמוק לבצע פיגוע התאבדות וכן כי יש ברשותו וברשות חבריו חומרי נפץ ומטעני חבלה. ▇▇▇▇ ביקש להתייעץ עם חנאשם איך ניתן להוציא לפועל פיגוע התאבדות בתוך מדינת ישראל.

הנאשם הבטיח ▇▇▇▇ לבדוק את הנושא.

כמו כן, במהלך השיחה הנ"ל, הנאשם מסר ▇▇▇▇ כי בשכם יש מחסור בחומרי נפץ. ▇▇▇▇ מסר כי אין זו בעיה והוא יכול לספק לנאשם חומרי-נפץ בכמות שהנאשם יבקש.

בסוף השיחה הנאשם ו ▇▇▇▇ חחליפו ביניהם מספרי טלפונים סלולריים.

לאחר מכן, הנאשם נפגש עם ▇▇▇▇, אשר חסכים להעביר עבור הנאשם חומרי נפץ מגינין, מ ▇▇▇▇, לידי הנאשם בשכם.

תחבנניות האמורות לא יצאו אל הפועל מכיוון שהקשר בין הנאשם לבין ▇▇▇▇ נותק לאחר שהנאשם חזר לשכם.

**פרט שלושים ושבעה:**

**מהות העבירה:** קשירת קשר לעבור עבירה שדינה מעל לשלוש שנות מאסר, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968) וסעיף 67א(ד) לצו בדבר הוראות בשחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש מאי 2002, או בסמוך לכך, קשר עם אדם או אדם אחר לפמות אדם בות או באיומים או פיתהום באמצעות תרמית ללכת מן המקום שהוא נמצא בו, וזאת כדי לשחרו או לאיים, דהיינו:

הנאשם הנ"ל, במועד האמור, נפגש ברמאללה עם ▇▇▇▇, מזכ"ל ארגון חפתיים באיזור. ▇▇▇▇ ביקש מחנאשם להקים חוליה בת 3-4 חברים, אשר תבצע פיגוע ירי נגד המטרות הישראליות וכן תחטוף חיילי צה"ל לצורך מיקוח על שחרור אסירים פלסטיניים המוחזקים בבתי הכלא בישראל. ▇▇▇▇ הבטיח למתן את פעילותו של הנאשם ואת לאחר שיוייר חרשות הפלסטינית ואסף עשרת תורה על הענברה הכספים לצורך הפעילות הנ"ל.

בעקבות הבקשה חנ"ל, הנאשם נפגש בשכם עם ▇▇▇▇ ושוחח עמו על חטיפת חיילי צה"ל ובינקש לדעת אם האחרון מכיר שיטה לחטיפת חיילי צה"ל. ▇▇▇▇ מסר לנאשם כי חוא מכיר שני יחודים, אשר אבאלם עבד. ▇▇▇▇ הציע לנאשם לפתות את היהודים חנ"ל להגיע למחסום ליד טיבה ולחטוף אותם משם בסיוע של תושבי טירה, אשר אותם צלאח הכיר.

בסופו של הדבר תחבניות האמורות לא יצאו אל הפועל מכיוון ש ▇▇▇▇ לא העביר לידי הנאשם את הכסף, אשר אותו הבטיח, וכן עקב כניסתם של כוחות צה"ל לשכם.

15

<u>**פרט שלושים ושמונה:**</u>

<u>**מהות העבירה:**</u> ביצוע שירות עבור התאחדות בלתי מוּתרת, עבירה לפי תקנה 85(1)(ב) לתקנות חתגנה (שעת חירום), 1945.

<u>**פרטי העבירה:**</u> הנאשם הנ"ל, באיזור, בחודש מאי 2002 או בסמוך לכך, עשה עבודה כל שהיא או ביצע שירות כל שהוא בשביל שהוא התאחדות בלתי מוּתרת, דהיינו: ▮▮▮▮▮▮▮▮▮▮▮ חמכונה "▮▮▮▮▮▮", תאשם הנ"ל, במועד האמור, שוחח עם ▮▮▮▮▮▮▮▮ אחיו של ▮▮▮▮▮▮▮▮▮▮▮ אשר נהרג, ▮▮▮▮▮▮▮▮ הודיע לנאשם כי הוא תפס את מקום אחיו הנ"ל ומפקד על חוליית מחבלים המונה 18 איש. ▮▮▮▮▮▮▮▮▮▮ ביקש כי הנאשם יסייע לו בפעולתו. ▮▮▮▮▮▮▮▮▮▮▮▮▮ אף מסר לנאשם כי לו אדם צעיר שחוא מוכן לבצע פיגוע התאבדות בתוך מדינת ישראל.
בעקבות הבקשה חנ"ל, הנאשם מסר ל▮▮▮▮▮▮▮▮▮▮ את מסר הטלפון של מזכ"ל הפת"ח באיזור, ▮▮▮▮▮▮▮▮, וזאת לאחר שהנאשם עצמו שוחח עם ▮▮▮▮▮▮▮ חנ"ל וביקש מהאחרון לסייע ל▮▮▮▮▮▮▮▮▮ בכל אשר שיבקש.

<u>**פרט שלושים ותשעה:**</u>

<u>**מהות העבירה:**</u> החזקת חפץ נפיץ, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות בטחון (יהודה והשומרון) (מסי 378), תש"ל-1970-.

<u>**פרטי העבירה:**</u> הנאשם הנ"ל, באיזור, החל מסוף חודש מאי 2002 ועד ליום מעצרו, החזיק ברשותו כלי-ירייה, תחמושת, פצצה, רימון יד או חפץ נפיץ או מבעירה, כלי או דבר חמתוכן או מסוגל לגרום מוות או חבלה חמורה, ללא תעודת היתר שהוענקה על ידי מפקד צבאי או מטעמו, דהיינו:
הנאשם הנ"ל, במהלך התקופה האמורה, באולם שמחות "עלאא א-דין" בשכם או בסמוך לכך, החזיק בחגורת נפץ, שני מטעני חבלה בתוך מיכלי מתכת וכן 5 פצצות מרגמה בקוטרים שונים, וזאת ללא תעודת היתר שחוענקה על ידי מפקד צבאי או מטעמו. את החפצים האמורים לעיל תאשם קיבל מידי צאלח אלקנה.

<u>**פרט ארבעים:**</u>

<u>**מהות העבירה:**</u> ייצור פצצה, עבירה לפי סעיף 53(א)(3) לצו בדבר הוראות בטחון (יהודה והשומרון) (מסי 378), תש"ל-1970-.

<u>**פרטי העבירה:**</u> תנאשם חנ"ל, באיזור, במהלך התקופה האמורה בפרט האישום הקודם, ייצר כלי-ירייה, תחמושת, פצצה, חפץ נפיץ או מבעיר, ללא תעודת היתר שהוענקה בידי מפקד צבאי או מטעמו, דהיינו:
תנאשם הנ"ל, במהלך התקופה האמורה, באולם שמחות "עלאא א-דין" בשכם או בסמוך לכך, ייצר מנגנוני חפעלות עבור מטעני החבלה, המתוארים בפרט האישום הקודם, וזאת ללא תעודת חיתר שחוענקה בידי מפקד צבאי או מטעמו.
באולם חנ"ל ביקר חנ"ל פעיל ג'יחאד אסלאמי פלסטיני, אשר ▮▮▮▮▮▮▮▮▮ חמכונה "▮▮▮▮▮▮▮", אשר ביקש לעבוד ביחד עם הנאשם בייצור מטעני חבלה. תנאשם הסכים לשתף פעולה בייצור מטעני חבלה במקום האמור עם ▮▮▮▮▮▮▮▮▮ חנ"ל, אשר אותו חכיר דרך ארוסתו - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16

P 5: 308

**פרט ארבעים ואחד:**

**מהות העבירה:** קשירת קשר לעבור עבירה שדינה מעל לשלוש שנות מאסר, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח1968- וסעיף 53(א)(3) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל1970-.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש מאי 2002 או בסמוך לכך, קשר עם אדם אחר לירצ כלי-ירות, תחמושת, פצצה, חפץ נפץ או מבעיר, ללא תעודת היתר שהוענעקה בידי מפקד צבאי או מטעמו, דהיינו:

הנאשם הנ"ל, במועד האמור, בשכם או בסמוך לכך, קשר עם ███████, לחקים מעבדה ליצוצר חומרי נפץ באיזור טירה בתוך מדינת ישראל.

**פרט ארבעים ושניים:**

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל1970-.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש מאי - תחילת חודש יוני 2002 או בסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, חיזוק, הפרעה או סכנה לביטחון האיזור או לביטחונן כוחות צחי"ל וחייליו או לפעולתם, שימושם או ביטחונם של כל אחד מאלה: אניה, אוירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של תובלה ציבורית, או תקשורת ציבורית או כל מפעל מוסד, או ציוד חמשמש מסוגל לשמש ליצורם, הספקתם, חחסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צחי"ל, דהיינו:

הנאשם הנ"ל, במועד האמור, בשכם או בסמוך לכך, נפגש עם ███████ אשר מסר לנאשם כי יש לו שני מתבלים המעונכים לבצע פיגוע התאבדות. ███████ ביקש כי הנאשם יצלם את המתבלים הנ"ל לקראת ביצוע פיגוע התאבדות ███████ וכן כי יכין אותם ויצייד אותם בכל הדרוש לצורך ביצוע פיגוע התאבדות. הנאשם הסכים להצעת האמורה.

כשלשוח ימים לפני מעצרו, הנאשם נפגש עם ███████ באולם שמחות ███████ "שלא-א-דין" בשכם. ███████ הביא עמו 8 ק"ג של חומר נפץ, אך הנאשם טען כי חומר נפץ זה אינו מספיק. הבטיח לחביא בהקדם כמות נוספת של חומר הנפץ.

הנאשם לא הספיק להרכיב את מטעני החבלה עבור שני המתבלים המתאבדים מאחל עקב כניסתם של כוחות צחי"ל לשכם עקב מעצרו של הנאשם.

**פרט ארבעים ושלושה:**

**מהות העבירה:** פגיעה בביטחון האיזור, עבירה לפי סעיף 53(א)(4) לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), תש"ל1970-.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, במהלך חודש מאי - תחילת חודש יוני 2002 או בסמוך לכך, עשה מעשה או מחדל שיש בהם פגיעה, חיזוק, הפרעה או סכנה לביטחון האיזור או לביטחונן כוחות צחי"ל וחייליו או לפעולתם, שימושם או ביטחונם של כל אחד מאלה: אניה, אוירון, נמל, רציף, מזח, מעגן, שדה תעופה, מסילת ברזל, נתיב מים, דרך, דרך-עפר, כלי רכב, כלי משא או כל אמצעי אחר של תובלה ציבורית, או תקשורת ציבורית או כל מפעל מוסד, או ציוד חמשמש מסוגל לשמש ליצורם, הספקתם, חחסנתם, העברתם, מסירתם או הפצתם של מים, דלק, גז או חשמל או כל רכוש של מדינת ישראל או של צחי"ל, דהיינו:

הנאשם הנ"ל, במהלך התקופת האמורה, היה בקשר טלפוני עם ███████ בחורה בשם ███, סטודנטית באוניברסיטת חיפה, אשר את פרטיה הנאשם קיבל מפעילי ב"יחדדי חללי אלאקצא" הנאשם נהג לשוחח עם ███████ על מצבצ באיזור. ███████ הנ"ל ידעה כי הנאשם הינו פעיל צבאי בכיר ב"יחדדי חללי אלאקצא" וכי הינו מבוקש לכוחות הביטחון הישראליים. בראשית חודש יוני 2002 הנאשם ביקש ███████ לתנוע לגנין להיפגש עמו והיא הסכימה. באוחת העת פנה אל הנאשם ███████ ממכונה "███", ושאל אם הנאשם מכיר תושבי מדינת ישראל המוכנים לסיוע בביצוע פיגועים בתוך מדינת ישראל. הנאשם סיפר ל███████ אודות ███████ הנ"ל ומסר כי בכוונתו להיפגש עמה בנגין ולבקש ממנה לאתר מקום במדינת ישראל שבו ניתן ליצור חומרי נפץ, לאתר מקומות המתאימים לביצוע פיגועים המוניים, וכן לגניס אותה לצורך סיוע למחבלים מתאבדים במעברם מהאיזור אל תוך שטחה של מדינת ישראל.

תכניתו הנ"ל של הנאשם לא יצאה אל הפועל עקב מעצרו על-ידי כוחות הביטחון הישראליים ביום 03.06.02.

17

ת.ת. 733/02



__עדי התביעה:__

1. ▇▇▇▇▇, לחיי"ק שומרון. [גובה אמרות חשאם מיום 03.06.02 ומיום 18.06.02]

2. ▇▇▇▇▇ לחיי"ק שומרון. [גובה אמרות חשאם מיום 10.06.02 ומיום 27.06.02]

3. ▇▇▇▇▇, לחיי"ק שומרון. [מגיש דו"ח מסדר זיהוי תצלומים ולוח תצלומים]

4. פרוטוקול הארכת המעצר של הנאשם מיום 17.07.02.

5. חמכונה "▇▇▇▇, שירות הביטחון הכללי. [מגיש דו"ח הובלה והצבעה + תצלומים]

6. ▇▇▇▇▇ (עצור)

7. ▇▇▇▇▇ (עצור)

8. ▇▇▇▇▇ (עצורה)

9. ▇▇▇▇▇ (עצורה) (ת.ת.

10. ▇▇▇▇▇ (עצורה) (ת.ת.

11. ▇▇▇▇▇ (עצורה) (ת.ת.

12. ▇▇▇▇▇ (עצור)

13. ▇▇▇▇▇ (עצור) (ת.ת.

14. ▇▇▇▇▇ (עצור) (ת.ת.

15. ▇▇▇▇▇ (עצור)

16. ▇▇▇▇▇ (עצור)

17. ▇▇▇▇▇ (עצור)

18. ▇▇▇▇▇ (עצור)

__פ.א. 1359/02 יפתח__

19. ▇▇▇▇▇ תחנת יפתח. [מגיש דו"ח פעולה + דו"ח פעולה/זכ"יד]

20. ▇▇▇▇▇ צח"ם יפתח. [מגיש וזכ"יד]

21. ▇▇▇▇▇, תחנת יפתח. [מגיש דו"ח ביקור בזירה]

22. מעבדת תבלומ תל-אביב. [מגיש טופס לוואי למוצגים]

23. ▇▇▇▇▇ זיהוי - תתנת יפתח. [מגיש לוחות תצלומים]

24. ▇▇▇▇▇ זיהוי - תחנת יפתח. [מגיש לוחות תצלומים]

25. ▇▇▇▇▇ משרד מוצגים, מז"ף, מטא"יר - ירושלים. [מגיש תע"יצ - קבלת מוצגים לבדיקה] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]

26. ▇▇▇▇▇ חמעבדת לפיתוח ט.א. סמלות, מז"ף, מטא"יר ~מ ירושלים. [מגיש דו"ח בדיקה]

27. ▇▇▇▇▇, המעבדה לזיהוי טביעות אצבע, מז"ף, מטא"יר - ירושלים. [מגיש חוו"ד מומחה] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]

28. ▇▇▇▇▇ (פרטים בתביעה) [עדת ראיה]

29. יצחק שיפרא, ת.ז. 309605866. (פרטים בתביעה) [נפצע בפיגוע]

30. חיים גואטה, ת.ז. 054918941. (פרטים בתביעה) [נפצע בפיגוע]

31. אסנת גואטה, ת.ז. 022130140. (פרטים בתביעה) [נפצעה בפיגוע]

32. אלי דוידוב, ת.ז. 016685893. (פרטים בתביעה) [בנו נפצע בפיגוע]

33. פרחאן אלבר, ת.ז. 035137009. (פרטים בתביעה) [נפצע בפיגוע]

34. רון מאיר, ת.ז. 014502983. (פרטים בתביעה) [נפגע בפיגוע]

35. ▇▇▇▇▇ (פרטים בתביעה) [עד ראיה, טיפל בפצועים]

36. ▇▇▇▇▇ (פרטים בתביעה) [עד ראיה, טיפל בפצועים]

37. ▇▇▇▇▇, (פרטים בתביעה) [עד ראיה, טיפל בפצועים]

38. אינת דוקביצין, ת.ז. 321153611. (פרטים בתביעה) [נפצעה בפיגוע]

39. גלה חחיאשוילי, ת.ז. 12782550. (פרטים בתביעה) [נפצעה בפיגוע]

40. אהרן ישראלי, ת.ז. 027789106. (פרטים בתביעה) [נפצע בפיגוע]

41. יצחק קורשנירולי, ת.ז. 011378510. (פרטים בתביעה) [נפצע בפיגוע]
42. לריסה גברילוב, ת.ז. 303801419. (פרטים בתביעה) [נפצעה בפיגוע]
43. (פרטים בתביעה) [המסעדה שלו נהרסה בפיגוע].
44. (פרטים בתביעה) [העסקו נהרס בפיגוע]
45. המכון הלאומי לרפואה משפטית. (מגיש חווייד מומחה) [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
46. רשימת הפצועים מהפיגוע.
47. תעודות רפואיות.

**פ.א. 412/02 בנימין.**

48. _____ תחנת בנימין. (עדות)
49. _____ תחנת בנימין. (עדות)
50. _____ תחנת בנימין. [נפצע קשה בפיגוע]
51. _____ (פרטים בתביעה) [חייל מילואים היה במחסום בעת הפיגוע - ראה את חמבלת המתאבדת]
52. _____ (פרטים בתביעה) [מפקד כוח מילואים במחסום בעת הפיגוע, שוחח עם חמבלת המתאבדת לפני הפיצוץ]
53. _____ (פרטים בתביעה) [חייל מילואים במחסום בעת הפיגוע - בדק את הרכב שבו נסעה חמבלת המתאבדת]
54. _____ (פרטים בתביעה) [הגיע למקום מיד לאחר הפיגוע]
55. _____ תחנת מודיעין. [מגיש דו"ח פעולה]
56. _____ תחנת מודיעין. [מגיש דו"ח פעולה]
57. _____ מטאו"ר, אגף חשיבות והביטחון, מזר"ד מעבדות חבלה, שלוחת תל-אביב. (מגיש חווי"ד מומחה ראשונית וחווי"ד מומחה מותח ז335- /0821 2002 - תצלומים + טופס לוואי למוצגים) [יזומן לפי חדרישה המפורשת של הסניגוריה בלבד]
58. _____ מז"פ- המעבדה הזאולוגית, מטאו"ר - ירושלים. (מגישה חווי"ד מומחה מותח ז733-/02-54484) [תזומן לפי בקשה מפורשת של הסניגוריה בלבד]

**פ.א. 580/02 שפט.**

59. _____ מג"ב סיוון, פלוגת מ"ב. (פרטים בתביעה) [עדות]
60. _____ מג"ב לביא. (פרטים בתביעה) [עדות]
61. _____ מג"ב לביא. (פרטים בתביעה) [עדות]
62. _____ מג"ב לביא. (פרטים בתביעה) [עדות]
63. _____ מת"ס, ימ"ר - י.ס. [מגיש דו"ח פעולה/תפיסת וסימון + טופס לווי למוצגים]
64. _____ מז"פ - תחנת ציון. [מגיש לוחות תצלומים]
65. _____ מת"ס, ימ"ר - י.ס. [מגיש זכ"ד + תמונות פולוראוד]

**פ.א. 2069/02 מת"ז י-ם.**

66. _____ מעבדת חבלה, מטאו"ר - ירושלים. [מגיש דו"ח תפיסה וסימון + חווי"ד מומחה] [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
67. _____ חמעבדה האנליטית, מטאו"ר - ירושלים. [מגישה חווי"ד מומחה] [תזומן לפי דרישה מפורשת של הסניגוריה בלבד]
68. _____ מז"פ תחנת ציון - ירושלים. [מגיש תמונות מזירת הפיגוע]
69. _____ (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
70. _____ (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
71. _____ (פרטים בתביעה) [זיהוי גופתו של גדי שמש ז"ל]
72. _____ (פרטים בתביעה) [זיהוי גופתה של ציפורית שמש ז"ל]
73. לנאור מיקאן, ת.ז. 036386753. (פרטים בתביעה) [ראה את המחבל מתפוצץ, נפצע בפיגוע]
74. איילן באואר, מסי דרכון ארה"ב 700767376. (פרטים בתביעה) [חיה יחד עם בנו חקטין סמוך למחבל בעת הפיגוע, שניהם נפצעו]

19

75. שירן דרווישַ, ת.ז. 039888862. (פרטים בתביעה) [היתה בסמוך למחבל בעת הפיצוץ, נפגעה]
76. חוקיה לנגשטיין, מסי דרכון חולנדי 115402413. (פרטים בתביעה) [נפצע בפגיעה, ראה את המחבל בעת הפיצוץ]
77. מריון קומפלר, ת.ז. 016432148. (פרטים בתביעה) [נפגעה בפגיעה]
78. אסי ארמוזה, ת.ז. 051910735. (פרטים בתביעה) [נפצעה בפגיעה]
79. לורנס סלס, ת.ז. 312738537. (פרטים בתביעה) [נפגע קל בפגיעה]
80. טל כהן, ת.ז. 029506270. (פרטים בתביעה) [נפגע בפגיעה]
81. פיזולה חיים יעקובניאן, ת.ז. 011573441. (פרטים בתביעה) [נפצעה בפגיעה, נגרם נזק לחנותה]
82. אלי לוי, ת.ז. 033643438. (פרטים בתביעה) [נפגע קל בפגיעה]
83. נתנאל גדעון, ת.ז. 012176707. (פרטים בתביעה) [נפגע קל, חנותו נפגעה]
84. אסטריד (רבקה) גורנו, ת.ז. 301921169. (פרטים בתביעה) [נפצעה בפגיעה]
85. מזל חכמוב, ת.ז. 304119407. (פרטים בתביעה) [נפצעה בפיגוע]
86. בשמת כהן, ת.ז. 061273413. (פרטים בתביעה) [נפצעה בפגיעה]
87. משה פרך, ת.ז. 015776636. (פרטים בתביעה) [נפגע קל בפגיעה]
88. יפה לוי, ת.ז. 055466924. (פרטים בתביעה) [נפגעה קל בפגיעה]
89. ▮▮▮▮▮ (פרטים בתביעה) [ראה את המחבל בעת הפיצוץ]
90. ▮▮▮▮▮ (פרטים בתביעה) [היתה סמוך למקום הפיצוץ]
91. ▮▮▮▮▮ (פרטים בתביעה) [צ נגד ראיה, טיפל בפצועים]
92. ▮▮▮▮▮ (פרטים בתביעה) [נגרם נזק לחנותו]
93. ▮▮▮▮▮ המכון הלאומי לרפואה משפטית. (מגישה חווי"ד מומחה) [תוזמן לפי דרישה מפורשת של התביעה בלבד]
94. ▮▮▮▮▮ המכון הלאומי לרפואה משפטית. (מגיש חווי"ד מומחה) [יוזמן לפי דרישה מפורשת של התביעה בלבד]
95. העדות פטורה - יצחק כהן דייל.
96. רשימת נפגעים מהפיצוע של עיריית ירושלים - מוקד 106. (רשומה מוסדית)
97. העדות רפואיות.

<u>רשימת עדים נוספת בנוגע לפצועים וחרוגים בפיגוע ברחוב המלך גירבי בירושלים ביום 21.03.02
תימסר במהלך המשפט</u>

מיכאל קוטלַרסָּ,                        סרן
תובע                                    צבאי

תאריך: 12.09.2002
סימוכין: 733-02

20                                      ת.ז. 733/02