# PLACEHOLDER FOR EXHIBIT 372

## SEE ENCLOSED DVD

| 00:08 | 00:10 | Q: Do you still want to be a *shahida* [female martyr]? |
|-------|-------|---------|
| 00:10 | 00:11 | A: This also is a thing that I would like to keep to myself. |
| 00:15 | 00:25 | A: What the future is… First of all, we cannot predict what will happen in the future. I cannot predict what will happen in the future. |
| 00:37 | 00:45 | Q: How was your family's reaction to what you intended to do? Were they happy with this? Did they agree with it? |
| 00:46 | 01:21 | A: I mean, my family – It is a natural thing that the family is sad, but I think that maybe my imprisonment was a natural thing for my family because I have three brothers who were sentenced to three life terms before me. They have been imprisoned for 13 years. So maybe this was natural for them – my imprisonment. It is possible - it is certain that they were upset because I was imprisoned, but not because I took that path. They were not upset because I took that path, but rather because I was imprisoned. I mean, it is a natural thing. |
| 01:46 | 01:56 | Q: If all the members of the family were *shuhada* [martyrs] then practically the whole family would have been happy with this. |
| 01:56 | 02:01 | A: I really do not know. You can pose this question to them. |
| 02:04 | 02:42 | A: I do not know what any of them thinks. This question must be posed to the family members themselves - whether they are happy or not. I told you that my imprisonment was natural for them because imprisonment in our family is a very natural thing. My brothers have been imprisoned for 13 years, so it was a natural thing for them. Even my brothers in prison, when they heard that Huda was in prison, it was a natural thing for them. Normal. But whether they were happy about my wish to become a *shahida* [female martyr; suicide bomber] or not - I cannot tell, as these are their own inner thoughts. |
| 03:16 | 03:27 | Q: Is there anybody close to you – a brother or a relative - who was killed by the Israeli forces during the war, or who blew himself up? |
| 03:28 | 03:41 | A: There are many *shuhada* [martyrs] among my relatives, but not a brother – not any of my brothers. There were no *istishadiyin* [perpetrators of suicide attacks] but there are many of *shuhada* [martyrs] among my relatives. |
| 04:16 | 04:31 | Q: I would like to go back in time to the day in which you were supposed to carry out the *istishhadi* [suicide] attack. Can you describe to us the way you felt and what you did that day, knowing that it was your last day on earth? |
| 04:35 | 04:59 | A: The date of the attack was not set in advance because when I was preparing for the attack there were a number of obstacles that delayed it. For example, after the *istishhad* [death as a martyr] of Ahmed Yassin and then the *istishhad* of Rantissi, the roads were shut and this was an obstacle that delayed the attack. There was no specific date. |
| 05:31 | 05:38 | Q: Did you reach the stage where you carried the explosives – the explosive belt that you were supposed to detonate? |
| 05:38 | 05:39 | A: No, of course not. |
| 05:39 | | Q: Did you have it? |
| 05:40 | 05:50 | A: No, of course not. I did not have it because as I have told you, the date on which I was |

| | | |
|---|---|---|
| | | supposed to carry out the attack was postponed as a result of the circumstances. |
| 05:58 | 06:01 | Q: How were you practically arrested? How was it found out and how were you arrested? |
| 06:02 | 06:28 | A: I do not know how it was discovered, of course, but maybe through the Israeli intelligence. Maybe I was under surveillance, or something like that because I coordinated with an important fugitive – I coordinated the attack. Maybe I was watched while he was being watched and then it was discovered that I was about to carry out an attack. They arrested me while I was at home. I was arrested before the day I was supposed to carry out [the attack]. |
| 07:08 | 07:14 | Q: I am going to ask you a tough question, and it is completely up to you whether to answer it or not. |
| 07:42 | 08:07 | Q: When you were supposed to carry out an *istishhadi* [suicide] operation, you were supposed to arrive at a restaurant or a station – a specific place. Most probably, there would have been children and women there, and you were supposed to detonate yourself at that moment and blow up these women and children along with you. Do you think that you would have been able to do such a thing? |
| 08:09 | 08:44 | [Unintelligible] Glorious is Allah! I mean, are their children, their women and their old men - are they humans and we are not? I mean, they bombed the building in Gaza, and they assassinated Salah Shehadeh while there were 15 persons in the building, including old men and young children. They killed Iman Hijju, wasn't Iman Hijju a child? They killed Balqis al-Arda, wasn't Balqis al-Arda a child? They killed many children, wasn't Mohammed al-Durra a child when they killed him? Are their children real, while we are not – aren't our children real? They are humans and we are not humans! |
| 09:31 | 09:45 | Q: He finished asking his questions. If you have anything that you would like to say to the people who are going to watch you – anything that he has forgotten or that you would like to mention, then this is your chance. |
| 09:52 | | A: I do not know. |
| 09:54 | | Q: You can think of something. Take your time. |
| 10:06 | 10:27 | A: I would like to say to my family that I am very happy about what I have done, and I, of course, hope that they are proud of me. I also turn to my brothers Ahmed,  Mahmoud and Raddad al-Arda in the occupation prisons- |
| 10:27 | 10:28 | Q: What is the name of the third one? |
| 10:28 | 10:45 | A: Raddad - … in the occupation prisons and ask them to always be proud of me, and, Allah willing, I will always remain as they knew me to be. |
| 11:17 | | Thank you. |
| 11:18 | 11:19 | You are welcome. Thank you! |
| 11:51 | 11:53 | Q: Are you from here? From *the Dakhil* [literally: the inside. Usually meaning the West Bank |

| | | and the Gaza Strip, but used here to mean Israel]? |
|---|---|---|
| 11:53 | 11:55 | A: Yes, from Haifa. |
| 11:55 | 11:57 | Nice to meet you. |
| 12:10 | 12:19 | Q: He asks you generally: Do you think about the future sometimes and wish to form a family – to have children of your own? |
| 12:20 | 12:32 | A: Me? Specifically this topic, I do not think about it at all. Maybe in the past I used to, but now I do not think about it at all, but… |
| 12:32 | 12:34 | [Qahira] No, I want you to marry my brother. |
| 12:50 | 12:51 | [Qahira] She will change her mind. |
| 12:58 | 12:59 | [Amal] He says that it is a good idea. |
| 13:00 | 13:01 | [Huda] Maybe, it can be. |
| 13:07 | 13:11 | [Amal] Where is the room? Shall we go to the room now? |
| 13:23 | 13:25 | [Amal] Shall we go to Qahira's room? |
| 13:49 | 13:58 | [Huda] Lina, harry up! Can I come in? Can I come in? Harry up! I want to do my prayers. |
| 13:58 | 14:00 | [Female voice] Do you want to do your prayers? Pray out there. |
| 14:00 | 14:03 | [Huda] Where? No! This is not OK. |
| 14:13 | 14:27 | [Huda] Rima! Rima! Put on your prayer clothes. Hey, Rima! Put on your prayer clothes. Quick! Come on! Quick! Quick! |
| 14:32 | | [female voice asking Huda:] Are you done? |
| 14:33 | | [Huda] Yes. |
| 14:52 | 15:01 | [Amal] We will film Qahira, take a break, and then return. If you are kind enough we will interview another one. |
| 15:01 | | [Female voice] Who? |
| 15:07 | | [Amal] He basically wants [to talk with] girls who attempted to perpetrate *istishhadi* [suicide] attacks. |
| 15:07 | 15:13 | [Female voice] Don't you want to interview girls, who drove a *shahid* [martyr]? |
| 15:13 | 15:20 | [Amal] They want to interview two. We will interview Qahira and Sanaa. Besides, he wants another one in addition to Huda. |
| 15:20 | 15:21 | [Female voice] *Istishhadyia* [female perpetrator of a suicide attack]? |
| 15:21 | 15:22 | [Amal] Yes. |
| 15:23 | 15:25 | [Female voice] Ok, I will see when you come back. |
| 15:49 | 15:51 | [Qahira] I will be first and then you. |
| 15:51 | 15:53 | [Male voice] Where are you going? |
| 20:49 | 20:51 | [Qahira] Amal, an explosion happened in Lebanon. |
| 20:51 | | [Amal] What? |
| 20:51 | 20:56 | [Qahira] An explosion happened now. Oh, I will not be concentrated now. |
| 21:21 | 21:22 | [Amal] We are at work. |
| 22:00 | 22:27 | In the Name of Allah, the Most Compassionate, the Most Merciful. My name is Qahira al-Sa'di |

| | | |
|---|---|---|
| | | from Jenin Camp. I am 29 years-old. A mother of four children. I was arrested on May 7th, 2002 and was sentenced to three life terms, plus thirty years. I was accused of driving *istishadiyin* [perpetrators of suicide attacks] inside Israel and assisting *mujahedeen* [holy warriors] and fugitives. That's it. |
| 22:59 | | On King George, right? [Question in English, which was not translated to Arabic] |
| 23:00 | 23:02 | [Qahira] Yes. He seems to know everything. He prepared himself before… |
| 23:07 | 23:09 | [Amal] He does his homework. |
| 23:13 | 23:15 | [Amal] You do not look twenty-nine. |
| 23:15 | 23:22 | [Qahira] I married while still very young. I was 14 and gave birth to my first daughter when I was 15. |
| 23:32 | 23:33 | [Amal] You look twenty. Or nineteen. |
| 23:34 | 23:40 | Oh, thanks. This is a compliment. I am already old. Thank you. |
| 24:00 | 24:02 | [Qahira] Why did I take the *shahid* [martyr] with me? Why I drove him? |
| 24:02 | 24:05 | [Amal] Explain more. Tell us the reason why you assisted and drove him. |
| 24:09 | 24:39 | [Qahira] I helped him because I wanted to do everything for my people, my land, my family, for Palestine, for Islam. I wanted to do everything for the sake of my homeland. He asked me to drive him and, praise be to Allah, I drove the *shahid* [martyr]. His name is Mohammed Hashayka and he is from a village in Nablus. He carried out the attack and, praise be to Allah, it was successful. Three Israelis were killed and 85 were injured as a result of the attack. |
| 25:25 | 25:28 | [Amal] How were you able to enter Israel? Did you have a special permit? |
| 25:30 | 25:50 | [Qahira] No, but the situation was better than now, I mean, with regard to the closures that they impose, and I had no problem to enter Jerusalem. I originally lived in Jerusalem. I mean, before I got married. I used to drive back and forth into Jerusalem, and Allah helped us and made things easier for us, enabling us to arrive there and enter. |
| 26:48 | 27:18 | [Amal] You were born in Jerusalem and this means that you had some contact with Israelis and of course you had closer relationship with some of them. Many who carry out *istishhadi* [suicide] operations do not have any former contact of this kind. They have different backgrounds and different motivations - some of which are Islamic or religious. Despite your contact with them, what was your… |
| 27:19 | 27:45 | [Qahira] You are talking about contact, I have never had any contact with Israelis. On the contrary, I live in my homeland and land. Jerusalem is an Arab, Muslim city. It is ours. I live with my family and people in it and not with the Jews. I have never had any contact with the Jews, but I was able to get into the place where they live. This does not mean that I know them or have any contact with them. No! I have no relationship with Israelis. |
| 27:48 | 27:50 | [Amal] Look at him when you speak. |
| 28:33 | 28:50 | [Amal] You said before we started the interview that when journalists interview you they do not ask you about the things that you wish to talk about. Before he goes on with his questions, he wants to give you the opportunity to say what you want. |
| 28:50 | 28:55 | [Qahira] I said this because they always try to show that we, the Palestinians, are terrorists. "The |

| | | Palestinians are terrorists". |
|---|---|---|

| 00:00 | 00:46 | [Qahira] [They say that the Palestinians] like killing, like to die, like to kill. They do not give a real, clear picture – according to which we never liked to kill. This is not our hobby and our souls are not cheap. No! They are wrong! We did so in order to defend our land, our homeland, our lives, our dignity. We defend our rights. This is our land and they are occupying us and killing our children. They are destroying our homes. They do not let us lead a steady, joyous life. They have destroyed everything that we had. Therefore, it is our right – as long as they are fighting us we will fight back. As long as we do not have security and stability they shall never enjoy security and stability because Palestine is ours. It is our land. Let them go and look for their homelands and lands there, in America – the countries that support them. Palestine is the land of Palestinians and of Islam only. They should not be here. |
|---|---|---|
| 01:48 | 01:55 | [Qahira] We have rights and we are the owners of the land. We will continue our jihad and our struggle until we restore our land and win it back, Allah willing. |
| 02:18 | 02:25 | [Amal] When you say Palestine, do you mean the West Bank and Gaza or do you mean the whole of Palestine? |
| 02:25 | 02:33 | [Qahira] All of it. All of it. Palestine, Gaza, Israel. This is all ours. This is the land of the Palestinians and they came and occupied it. They seized these territories. |
| 02:50 | 02:52 | [Amal] You do not think that any Jews should be here in this land. |
| 02:52 | 02:56 | [Qahira] No, because this is a holy land. This land is for Islam only. Not for them. |
| 02:59 | 03:01 | [Qahira] Let them go and look for... Let them go back to where they came from. |
| 03:16 | 03:17 | [Amal] Has the idea of becoming a *shahida* [female martyr; perpetrator of suicide attack] ever crossed your mind? |
| 03:17 | 03:37 | [Qahira] If the need arises and I have to, then why not? It is not a waste [to commit a suicide attack] for the sake of my homeland and my God. On the contrary, this is an honor for me, of course. Not everyone can have the honor of *shahada* [death as a martyr]. I envy those who yearn for *shahada* [death as a martyr] and get it. I wish to be a *shahida* [female martyr]. If I am going to die, then I want to die as a *shahida* [martyr]. There is nothing as sweet as *shahada* [death as a martyr]. |
| 04:00 | 04:02 | [Amal] If you become a *shahida*, what will become of your children? |
| 04:02 | 04:05 | [Qahira] The Lord of the worlds exists. He shall protect them. |
| 04:07 | 04:22 | [Qahira] I lived without a mother and without a father. My mother and father died young and, praise be to Allah, I grew up, came of age, got married, and gave birth. Praise be to Allah, nothing happened to me. I lived without a father and without a mother. I will leave them to the Lord of the worlds. He shall protect them. |
| 04:42 | 04:49 | [Qahira addressing a man] Labib, I get confused when you are standing here. I do not like it. I get confused, Labib. Do not worry, I am just telling the truth and... |
| 04:56 | 04:57 | [Amal] In five minutes. |
| 04:57 | 05:00 | [Qahira] He is here to watch. |

| 05:06 |  | [Qahira] Fine, he is gone. |
|---|---|---|
| 05:30 | 05:33 | [Amal] If you had the opportunity now, would you like to be a *shahida* [female martyr; perpetrator of suicide attack]? |
| 05:33 | 05:57 | [Qahira] Not if I had the opportunity – actually, yes. If I had the opportunity, but, praise be to Allah, I was asked to do another thing and I did it. My role was to assist them, to drive *istishadiyin* [perpetrators of suicide attacks] and to do other things. Praise be to Allah, I did what I was asked to do. Just a moment, cancel the… I am confused. |
| 06:02 | 06:09 | [Qahira comments about a fly] This is nothing – the flies. We have roaches, mice, we have all animals here. This is nothing. |
| 06:09 | 06:10 | [Amal] Now you are frightening me. |
| 06:10 | 06:20 | [Qahira] In a few moments you will see them crawling here. In a really exceptional way. They live with us here. In prison. |
| 06:23 | 06:44 | [Qahira] Enough, I do not want him to ask me more questions because my role was to drive and I do not want to go into details. I mean, if things reached a point that I am forced to, I have to be an *istishhadyia* [female perpetrator of a suicide attack] then why not? For the sake of Allah I can do anything. |
| 07:03 | 07:08 | [Amal] What is the reward of the *shahida* [martyr]? A female martyr? |
| 07:10 | 07:36 | [Qahira] You have just interviewed a girl who wanted to be an *istishhadyia* [female perpetrator of suicide attack] and she told you. The *shahid* [martyr] or the *shahida* [female martyr] will go to Paradise. A *shahid* [martyr] is rewarded with 70 *houris* [young virgin maidens]. The *shahida* [female martyr] goes to Paradise and seventy of her relatives and of the people she loves are forgiven their sins. It is enough that she goes to Paradise. She enters Paradise, and our Lord is happy with her. She shall be rewarded for all that she has done. |
| 08:10 | 08:31 | [Qahira] When a *shahid* [martyr] dies it is a very nice feeling. It is written in the Quran that he does not feel anything even when he blows himself up. Even if they fire at him he does not feel anything. On the contrary, he wishes to go back and fight them again and fall as a *shahid* [martyr] again. He wishes to have *shahada* [death as a martyr] again because he finds *shahada* so sweet. |
| 08:43 | 08:44 | [Qahira] He does not feel any pain. |
| 08:57 | 09:19 | [Qahira] In the name of Allah, the Most Gracious, the Most Merciful. There is a verse that says: "Among the Believers are men who have been true to their covenant with Allah. Of them some have completed their vow (to the extreme), and some (still) wait: but they have never changed (their determination) in the least". This means that if they are truthful in their jihad [holy war] they get *shahada* [death as a martyr]. If they ask for it, they get it. Some ask for it but are still waiting because it is not their turn yet. They wait for it. Praise be to Allah, *shahada* [death as a martyr] is so sweet. |
| 09:22 | 09:23 | [Amal] From which *sura* [chapter] is this… |
| 09:23 | 09:26 | [Qahira] From *Al-Ankabout*, verse number 33. |
| 09:46 | 09:53 | I am not familiar with it. What is *al-Ahzab*? Is it a Hadith? [Question in English, which was |

| | | |
|---|---|---|
| | | not translated to Arabic] |
| 09:33 | | [Qahira correcting her mistake] *Al-Ahzab*. Surat al-Ahzab, 33. |
| 09:54 | 10:14 | [Qahira] No, no. This is a *sura* [chapter] of the Quran. And there is another verse in *Al-Ankabout*. "And those who strive in Our (cause), - We will certainly guide them to our Paths: For verily Allah is with those who do right". Allah almighty has said the truth. Our Lord tells us in the Quran what jihad [holy war] is, what we should do so that our Lord will be pleased with us, and also about the reward that we are going to get, Allah willing. |
| 10:19 | 10:20 | [Amal] Which verse? |
| 10:21 | 10:24 | [Qahira] 69. *Surat al-Ankabout*, verse number 69. |
| 10:48 | 10:51 | But you have a husband and you have children. You love your children, right? [Question in English, which was not translated to Arabic] |
| 10:52 | 11:32 | [Qahira] Very much! I love my children so much. I mean, my children are the most important thing for me in this life. I did this – I wanted to do something for their sake, in order to protect them, in order to make them live a life of dignity, a steady life. I wanted to protect them and defend them from the Jews and what they do to us. Praise be to Allah, I am from a warrior family, a family that sacrificed for the sake of the land and the homeland. There are many *shuhada* [martyrs] among us. My husband was in prison, my brothers-in-law were detained.  I have two brothers-in-law, the brothers of my husband, who died as *shuhada* [martyrs]. My brothers, Mohammed and Rajeh Qablawi, are in prison now with me. Praise be to Allah, we are a family that sacrificed for the sake of the land and the homeland, and fought for the sake of Allah. |
| 12:28 | 12:37 | [Amal] Is there a training period? Do they prepare you for driving somebody? Is there any kind of training? |
| 12:37 | 13:05 | [Qahira] Of course, planning and preparation for the operation are done in order to guarantee its success. Things do not happen just like that. No. They are well studied and thought about. Even the *shahid* [martyr] spends a period of time praying for the Lord of worlds. Our role is… We have time and we should plan the attack well in order to guarantee its success, Allah willing. |
| 13:50 | 14:02 | [Amal] What does your husband think of your imprisonment and of what you did? Does he have another wife? Is he married? How does he feel about you being in prison? |
| 14:03 | 14:48 | [Qahira] On the contrary, he is very proud of me. I told you from the beginning that we are… that I am from a family that fought, struggled and sacrificed. I did not do a bad thing. On the contrary, it was for the sake of our homeland that we defend. He is proud of me and my children are proud of me, praise be to Allah. My husband got married not long ago. I asked him to marry for the sake of my children. My children need a mother to take care of them at home. Praise be to Allah, they are very content and happy. They love me very much and visit me. I see them and I am assured about their situation. I asked Allah to take care of them and He never disappoints. |
| 15:28 | | [Amal] We have only two more minutes. |

| 15:30 | 16:36 | [Qahira] I just want to say that you should not forget the massacre. I said that I am from Jenin Camp. The thing that motivated me most was the massacre that happened in Jenin Camp. The children who were killed by Israel. The women and houses. 500 houses were destroyed, including my house, before I did anything. The innocent children who were displaced and killed. You saw all the weapons that Israel had: tanks, planes, and all kinds of weapons that are forbidden by all peoples. They fought us with them and we did not have anything except for very simple weapons. Nobody cared. Everything was seen on the TV screens and people watched as if they were watching a movie. The pictures were real and realistic and this was what really motivated me and made me try to do something – to do something for the sake of my people, my family, and for Jenin Camp. Praise be to Allah, I was able to make the Camp proud of what I did. I am very proud of myself and I am proud of being from Jenin Camp. |
| 17:57 | 18:14 | [Amal] Do you distinguish between the Jews and other peoples or religions? Or do you only classify people into Muslims and non-Muslims? |
| 18:15 | 18:17 | [Qahira] I do not understand what you mean. |
| 18:33 | 18:46 | [Amal] I am trying to understand if you have something personal against the Jews or is it because of the occupation? Is there a religious motivation? |
| 18:46 | 18:52 | [Qahira] No, both. Against the occupation and because they are the enemies of religion and enemies of the homeland. |
| 19:07 | 19:11 | [Amal] Why do you think that the Jews are the enemies of God when they pray |
| 19:10 | 19:15 | [Qahira] Because they too… Pray? They do not pray to our Lord. I mean, they do not pray to Allah. They are fighting Islam, too. |
| 19:23 | | [Amal] Then to whom… |
| 19:24 | 19:54 | [Qahira to the guard] Labib, what is this? The next thing you will do is to come in. The officer is listening to us. His ear is like this. I am not saying anything wrong. The Jews are the enemies of God and the homeland and we should fight them. We did this thing because they occupy our land, and we will continue. There will be a conflict with them until they leave our land. This is an ongoing war. As long as they are in Palestine and in our land and as long as we are not living in security and stability, they too will never enjoy security and stability. This is our path. |
| 20:11 | 20:50 | [Qahira] They also think that… for example, they sentenced me for three life terms and thirty years. A life time is about 25 years here. How long will I live? I mean, even their punishments are funny and nonsensical. One cannot know what will happen in the future. For how long will I live? Secondly, we will not be in prison forever. We will, with Allah's help, get out. On the contrary, they will not weaken our determination. We are living our lives. We live in prison and accept everything, living our lives. We will be released. We believe that with Allah's help all these gates will be opened and we will get out because we have just rights and causes. |
| | | [Amal] Is there anything else you want to add? |

| 21:22 | 22:08 | [Qahira] Yes, I want to say about my children that I love them so much. On the contrary, my children are very happy and proud of what I did. When they come they always say to me: Mom, you are a heroine! They know what I did and why I am in prison although they are young. They live now… The situation is still the same in Palestine and they see what the Jews do, what they do to children. I love them so much. I tell them that I miss them and that I will go back and live with them, that things will be different, that our land will be liberated, that the Jews will leave our country and the whole of Palestine, that Jerusalem is ours and that we shall live in security and stability, Allah willing. |
|---|---|---|
| 22:34 | 22:45 | [Qahira] I do not regret being in prison at all and I do not regret what I did at all. I am so happy because I was able to hurt Israel and the enemies of Allah and religion twice as much. |
| 23:02 | 23:12 | What about… What about… What does she think of the bombings in London, in Amman, in New York… [Question in English, which was not translated to Arabic] |
| 23:12 | 23:45 | [Qahira] I understand… What happened in London… to the contrary, I was very glad. I was not in prison then when the bombings in London happened and we handed out large quantities of sweets because they, too, are enemies. They are the enemies of Islam. They fight Islam. As to what happened in Jordan, I am against it because it happened in an Arab country, a Muslim country. I was not happy for this attack, but what happened in London… It is a foreign country, a country that is against Islam, that fought Islam and is still fighting Islam. I was very glad about the attack that happened in London. |
| 23:49 | 23:57 | [Qahira] The attack was successful and made us happy. We always want good attacks like this one against the enemies of religion and the homeland. |
| 24:32 | 24:44 | [Qahira] I know that some of them do not like what I am saying, but look at what they are doing to us! Look at what they are doing to Muslims and then decide and judge. Look at what is happening to us Muslims. |
| 24:54 | 24:56 | [Amal] They are just doing their job. |
| 25:22 | 25:30 | [Amal] The English are not occupying this land, they do not occupy the Palestinians. He can understand the Israeli conflict. |
| 25:30 | 25:39 | [Qahira] The USA… Who supports Israel? Who provides it with weapons and who is assisting it except for the USA? |
| 25:51 | 25:57 | [Amal] The English, too? The British support it? Maybe the Americans yes, but the British? |
| 25:57 | 25:58 | [Qahira] The Americans. |
| 26:03 | 26:16 | [Qahira] I just want him to understand one thing but this is not for the camera. I want to tell him that my mother who raised me is from France. The one who raised me. I became an orphan when I was small. |
| 26:16 | 26:17 | [Amal] Were you in an orphanage? |
| 26:17 | 26:35 | [Qahira] Yes, I was in an orphanage and a French woman raised me. I call her "mom" until now. She is alive and living in Jerusalem. I am very proud of her. She is a great, true person and she feels for us. She loves us and loves the Palestinians very much. She does not want to |

| | | |
|---|---|---|
| | | go back to France. She still lives in Jerusalem. |
| 26:40 | 26:41 | [Qahira] Her name is Maryline. |
| 26:58 | 27:04 | [Qahira] You as a journalist, you live here in Palestine. You live here, what do you think? Isn't it true? |
| 27:04 | 27:12 | [Amal] He is saying that the French people generally support the Palestinian cause. |
| 27:14 | 27:20 | [Qahira] Not all of them. I am talking about my mother who raised me. I do not know about the rest. |
| 27:28 | 27:29 | [Amal] Do you want to interview him? |
| 27:29 | 27:31 | [Qahira] You are asking us, don't I have the right to… |
| 27:32 | 27:38 | [Qahira] You live here. Do you think that we are as they say? That we are terrorists? Do we just like to kill? |
| 27:42 | 27:43 | [Qahira] Is this what you think of us? |
| 27:53 | 27:58 | [Qahira] Are we the ones occupying their country and destroying their homes? Are we the ones killing them? |
| 28:05 | | Well, listen. My point of view is that there should be two countries. One country for the Jews and one country for the Palestinians. And everybody living in peace. This is my point of view. Israel is one thing and a Palestinian in Gaza and the West Bank is OK like in the Oslo process. That is my point of view. People should like… should be able to live together because in… You see? Look [pointing at the cameraman] He is a Jew, you are an Arab and nobody wants to kill each other. We are all human beings, right? [Question in English, which was not translated to Arabic] |
| 28:31 | 28:32 | [Qahira] Yes. |
| 28:34 | 28:51 | [Qahira] They pulled out of Gaza, okay? They pulled out of Gaza, but are the people of Gaza living in peace now? These are just words, they pulled out. The assassinations, the bombing, the killing of children in Gaza continue. There is no stable life. There is no security, but they say that they pulled out of Gaza. |
| 29:03 | | [Qahira] Israel is always innocent! It is always innocent! Unfortunately, the Arab leaders and the other leaders, they all just want positions. |