| | | |
|---|---|---|
| 00:00 | 00:12 | [Qahira] And our lives became simply something you watch on TV – the life of the Palestinian people. But, praise be to Allah, we do not want anything from anyone. We only ask our Lord to always be with us, Allah willing. With Allah's help we shall be victorious. |
| 00:22 | 00:27 | [Amal] But in France they do not think of the Israelis as innocent. |
| 00:29 | 00:30 | [Qahira] Is he from France? |
| 00:33 | 00:34 | [Qahira] By the way, I have been to France. |
| 00:38 | 00:41 | [Qahira] When I was young. She took me there. I was there when I was young. |
| 00:52 | 00:58 | [Qahira] I do not remember exactly. Somewhere, maybe. I do not know. I was small. |
| 01:01 | 01:10 | [Qahira] Our mother used to take us abroad. She took many children. She took the ones who did well at school to visit some countries. Holland, too. |
| 01:13 | 01:14 | [Qahira] But I did not go to Holland. |
| 01:32 | 01:36 | [Amal] When the war is over and you get out of prison you can go and visit him and his family in Paris. |
| 01:36 | 01:39 | [Qahira] Allah willing. Allah willing. |
| 01:40 | 01:45 | [Amal] He has the phone number of your husband so he can keep in touch with you. |
| 01:45 | | [Qahira] Allah willing. |
| 01:47 | 01:48 | [Amal] Do you speak French? |
| 01:50 | 01:52 | [Qahira] I knew some words, but I forgot them. |
| 01:58 | 02:00 | [Amal] When he asks you, look at him, not at me. Okay? |
| 02:01 | 02:02 | My name is Amal. |
| 02:02 | 02:03 | [Sanaa] Nice to meet you. |
| 02:03 | 02:04 | [Amal] Nice to meet you, too. |
| 02:20 | 02:21 | [Amal] There is a screen there. |
| 02:38 | 02:41 | [Sanaa] I should look at him all the time, right? Okay. |
| 02:52 | 03:00 | [Amal] He asks you about your name, age and the reason you are in prison. |
| 03:02 | 03:15 | [Sanaa] My name is Sanaa Shehadeh. Do you need my full name? Sanaa Shehadeh. I am from Qalandiya Camp. I drove an *istishhadi* [perpetrator of suicide attack] and now I am in prison. |
| 03:18 | 03:19 | [Amal] How old are you? |
| 03:19 | 03:20 | [Sanaa] 30. |
| 03:21 | 03:22 | [Amal] Say: I am 30 years-old. |
| 03:23 | 03:24 | [Sanaa] I am 30 years-old. |
| 03:34 | 03:35 | [Sanaa] I drove an *istishhadi* [perpetrator of suicide attack]. |
| 03:55 | 04:03 | [Amal] We have interviewed Shahira [=Qahira] earlier and she told us that she drove the *shahid* [martyr]. Then you two were with the same person |
| 04:04 | 04:05 | [Sanaa] With whom? |

| 04:05 | 04:06 | [Amal] that she drove… |
|---|---|---|
| 04:06 | 04:07 | [Sanaa] Qahira. |
| 04:07 | 04:08 | [Amal] Yes. |
| 04:08 | 04:08 | [Sanaa] Yes. |
| 04:09 | 04:10 | [Amal] I mean, did you drive the same person to the… |
| 04:10 | 04:13 | [Sanaa] Yes, the same *shahid* [martyr]. We were both together, she and I. |
| 04:13 | 04:15 | [Amal] But why both of you? |
| 04:33 | 04:34 | [Amal] You were in the same car. |
| 04:35 | 04:38 | [Sanaa] Yes, we were in the same car. She and I accompanied the same *shahid* [martyr]. |
| 04:46 | 04:47 | [Amal] What did the *shahid* [martyr] himself do? |
| 04:48 | 05:00 | [Sanaa] What do you mean by what did he do? You mean when he died as a *shahid* [martyr]? As usual, he was wearing a belt, and when we arrived to the Israeli [part of] Jerusalem he detonated himself. In Western Jerusalem. |
| 05:16 | 05:17 | [Amal] And killed four people? |
| 05:17 | 05:18 | [Sanaa] Yes. |
| 05:35 | 05:39 | [Amal] What was the motivation that made you do this? |
| 05:39 | 06:31 | [Sanaa] Look, it is enough that we are occupied. The occupation itself pushed me into this action. There are *istishhadiyin* [perpetrators of suicide attacks], assassinations, and land leveling all the time. All these things push one into wanting to do something, to free oneself. We are asking for a land, for a homeland, and for a life in dignity like the rest of the countries. As people live in dignified countries, right? We want an Islamic country and to live in it in dignity and freedom like other people. This is our right. Our children also have the right to live like other children in other countries. All of these motivations: the *istishhadiyin* [perpetrators of suicide attacks] [who carry out attacks] every day, the assassinations [that happen] every day, and the houses that are destroyed every day – all of them push one into doing something. |
| 07:05 | 07:14 | [Amal] When you say "occupation" do you limit it to the areas of Gaza and the West Bank or do you mean the entire land? |
| 07:14 | 07:29 | [Sanaa] No, of course. [I mean] the occupation of the entire land. We are not asking only for Gaza, Jericho, or any other city, or Jerusalem. No, all of it. We want it to be a Palestinian free land. An Islamic, Arab, Palestinian country and not only in Gaza or Jericho. This land is all ours. |
| 07:55 | 07:58 | [Amal] What about Tel-Aviv? What shall you do about Tel-Aviv? |
| 07:58 | 08:17 | [Sanaa] This was originally an Islamic, Palestinian land. Not Tel-Aviv. The colonization divided it, the colonization changed its names, and the colonization separated it from the rest of the land. It is all a Palestinian, Islamic land. I mean, all this land is ours. There is no Tel-Aviv or another part for Israel, it is one united land. |
| 08:46 | 08:51 | [Amal] On a more personal level, are you married? Do you have children? |

| | | |
|---|---|---|
| 08:51 | 09:24 | [Sanaa] No, I am not married. I led a normal life outside [the prison]. I was studying and working. I had a happy life. I, of course, lived with my family: my parents and my brothers and sisters, but all these things pushed me into doing what I did – to contribute a humble effort in order to help regain our homeland. I wanted to do something for our sake, in order to live in dignity. |
| 09:50 | 09:58 | [Amal] If you lived a happy life then why did you do what you did? What better life do you want? |
| 10:00 | 10:51 | [Sanaa] I told you. How can I live when I see people being killed every day? Regardless of whether a *shahid* [martyr], a house that is being destroyed, or a land that is being seized belong to my relatives or not – we are all one people. I also feel. We feel. We do not live separately from other people. We have relatives who died as *shuhada* [martyrs], we have relatives whose houses were destroyed, our neighbors… All these motivations make me want to do something. I live in this homeland and see things with my eyes - how children die, how they are imprisoned, and how they die as *shuhada* [martyrs]. These are all motivations. I cannot shut my eyes and ignore what is going on around me to my people. This is my people. |
| 11:21 | 11:52 | [Sanaa] I would like to tell you something about myself. I was really happy. I even studied in an Israeli college – the college that belongs to Sakhnin College. The ORT College. I studied there. I have a Jerusalemite ID and could pass easily. I had these things, but this does not mean that I can live like this without caring for the others who could not do anything – the ones who had nothing and died as *shuhada* [martyrs]. We too are affected by this. |
| 12:24 | | [Sanaa] Two of my cousins died as *shuhada* [martyrs]. Two of my cousins died as *shuhada* [martyrs]. |
| 12:42 | 12:43 | [Sanaa answers a question in English:] ORT… |
| 12:48 | 12:52 | [Sanaa] In Jerusalem. It is in Jerusalem and it is a part [an extension] of Sakhnin. |
| 13:02 | 13:03 | [Amal] In Western or Eastern Jerusalem? |
| 13:03 | 13:07 | [Sanaa] In Jerusalem itself. In Arab Jerusalem. In Jerusalem. |
| 13:08 | 13:09 | [Amal] In Arab Jerusalem? |
| 13:09 | 13:24 | [Sanaa] Yes, in Arab Jerusalem, not down there. It is in Jerusalem, but it is a part of the main university in Sakhnin. This is a small college and we study in it, but have our examination in Sakhnin, at the main college. This is a smaller college. |
| 13:37 | 13:44 | [Sanaa] There is also an ORT [college] in Sheikh Jarrah, the ORT School, if you know it. |
| 13:44 | 13:45 | [Amal] It is a Jewish institution. |
| 13:45 | 14:02 | [Sanaa] A Jewish institution. You know how things worked there: They rented the building that we study in, but our examinations were in Sakhnin – the town itself, the Sakhnin College that is in Israel. The final examinations [were held there]. |
| 14:18 | 14:22 | [Sanaa] It is also an evening [college]. We used to study there in the evenings. |

| | | |
|---|---|---|
| 14:32 | 14:34 | [Amal] This means that you had contacts with the Israelis and with the Jews. |
| 14:35 | 14:43 | [Sanaa] No, I had no contact with them. It is true that the college belongs to them, but the students who study in it are Arabs, female and male Arab students. |
| 14:53 | 14:56 | [Amal] So practically speaking, you were never close or had contact with the Jews? |
| 14:56 | 15:08 | [Sanaa] No, but sometimes during driving lessons and things like that we had contact with them, but not a personal relationship. We only had contact with Israeli official institutions. |
| 15:32 | 15:43 | [Amal] When you had to interact with one of the officials and administrative workers or go to governmental offices you interacted with them and hated them, right? |
| 15:43 | 16:24 | [Sanaa] Why hate them? I have nothing to do with them. I have something to do there and they do it for me in a respectful way as long as I do not insult them. I do not fight these people, I fight those who fight us. Regardless of… I cannot say that I hate this or that. All the Jews do not like the Palestinians. Do they like all the Palestinians? No. The Israelis hate even our children, don't they? I mean, if somebody tells you that they like them then they are deceiving you… Or that they like us. There is an internal thing regarding love and hate, but I have to interact with them. I have some things that I need them to do for me, and so I have to interact with them regardless of whether I like them or not. That is it. |
| 17:04 | 17:09 | [Amal] Would you want to be *shahida* [female martyr] if you have the opportunity? |
| 17:11 | 17:35 | [Sanaa] Look, I did not think of becoming a *shahida*. I just thought of helping my homeland somehow. I did not think of becoming a *shahida* one day. As I told you, I worked and studied. I wanted to finish my studies and work. I was very happy in my life. I could move freely… Everything. I was not denied anything. I did not think of becoming a *shahida*, but there was something that I could help with and I did. I did it. |
| 18:00 | 18:25 | [Sanaa] In addition, if I become a *shahida* [female martyr] this is not the end of the world and this is not the only thing that I can do. There are other things that one can do. Being a *shahida* or dying as a *shahida* while carrying out an attack are not the only things that one can do. No, there are other methods, and there are other things that I can help with and I do them. That is it. Jihad [holy war] is not limited to becoming a *shahid* [martyr]. There are other things that jihad requires us to do. |
| 19:07 | 19:18 | [Amal] Can you describe to us the last hours when you traveled in the car, you, your friend and the *shahid* [martyr] himself? How were his last hours? And what were his last words? |
| 19:20 | 19:47 | [Sanaa] Look, he was very happy because he was going to die as a *shahid* [martyr] - this was a something he was happy about. He knew that he was going to Paradise, and that he would have *houris* [young virgin maidens]. He was determined. He did not regret it and he was very happy. He wanted time to pass and wanted to die as a *shahid* [martyr]. Something from inside pushed him into becoming a *shahid*. |
| 20:07 | 20:24 | [Sanaa] He was expecting another life. This did not mean that his life would come to an end; he expected another life in Paradise. He would have another life. He was like a groom going to the *houris* [young virgin maidens] to live another life. His life did not come to an |

|  |  |  | end when he died as a *shahid* [martyr]. No, it is like I described. |
|---|---|---|---|
| 20:33 | 20:35 |  | [Amal] How many *houris* [young virgin maidens]? |
| 20:36 | 20:37 |  | [Sanaa] 72 *houris*. |
| 20:52 | 20:58 |  | [Amal] If you became a *shahida* [female martyr], what would be your reward after death as a *shahida*? |
| 20:59 | 21:49 |  | [Sanaa] I, of course, would be rewarded. Allah would be pleased with me, and He would forgive the sins of 70 of my family and relatives in the Day of Judgment. Of course, there is another life there and it is the immortal life. It is different from this life and we are awaiting it. Our Lord also wants us to have it. There is everything we wish to have in Paradise. That is the ultimate life - we should do everything in this life in order to get to that life. This is… When you work in this life… when you work very hard you get a reward at the end of the month. As for us, we work hard in this life and get our reward in the Day of Judgment. Our reward, after all what we do in this life, is Paradise. Whether we do good or bad things, we are judged by our Lord. |
| 22:36 | 22:43 |  | [Amal] If the occupation is banished from this land, do you think that resistance against the Jews should continue? |
| 22:43 | 23:15 |  | [Sanaa] If the occupation is gone? I mean, we resist because there is occupation. If we have an Islamic country, an Islamic Palestinian country with freedom and security then we will not resist, if there is no occupation. However, we do things that make us closer to our Lord like praying, fasting, and other things that our Lord asked us to do. Where shall the occupation go to? What do you mean by "the occupation is gone"? Do you mean that it is completely gone? |
| 23:46 | 24:34 |  | [Sanaa] I want to say something. We are not only fighting against the occupation which fights us. We have a goal in life which is to spread Islam. If anyone fights or attacks Islam, or attacks our country, we shall fight back. Not only the occupation. Anyone. This should be an Islamic, Palestinian country. That is it. Our principles and ethics should all be Islamic. Not only the occupation. If anyone attacks us in our country in any way, then we shall resist. Not only if there is occupation that occupies our land. Occupying our principles, occupying our Islam, our religion… These are the things that we want to remove from the land through jihad. |

| 00:17 | 00:33 | [Amal] When the occupation is banished - and let's suppose for example that an Islamic country is established - the people who are like me, I am a Muslim but I am more open and not religious, what will their status be in such a case? |
|---|---|---|
| 0:34 | 01:25 | [Sanaa] To be a non-Muslim and to live here? Look, Islam has never fought people... I told you that our goal is to defend our country and to defend Islam. We practice *jihad* [holy war] to defend our homes, our lives, and our money. This is all *jihad*. There is no difference between *jihad* that aims to defend the land and *jihad* that aims to defend religion. I mean, we defend our religion and our land. That is it. You for example, our Islam does not ask us to kill innocent people. There is respect, I mean. Even in the time of the Prophet, when they were engaged in battle, he used to tell them not to uproot trees, and not to kill old men or women and children. These are the principles of Islam. We should not kill these people. This is our Islam. |
| 02:14 | 02:30 | [Amal] When a *shahid* [martyr] or one who wants to die as a *shahid* kills small children in a discotheque, in a nightclub or in a restaurant, don't you think that these people are innocent? They are not responsible for the behavior of the army. |
| 02:31 | 02:58 | [Sanaa] The same thing happens when they come to assassinate someone, fugitives for example. When they assassinate them, there are usually children everywhere. Do they think of the children? Sometimes there are unarmed women, do they think of them? No! There are also old men who did not do anything wrong. They just come and do it without thinking of anything. Our children are innocent, too. So why do they not think of them? Why do they not say: "there are children and women here?" It is the same thing. Their children are not better than our children after all. |
| 03:22 | 03:40 | [Sanaa] For example, Iman Hijju was a small child. What was her fault? What did she do? What did she do to justify being killed by them? What did Mohammed al-Dura, whose picture was seen by the whole world while being killed, did? Was he doing anything wrong? Was he carrying anything? He did not carry even a stone. They killed him in front of the whole world. And Mohammed is not the only one. |
| 04:08 | 04:18 | [Amal] What was your reaction when you knew or heard about the attacks in New York in the trade centers and in London - the explosions that happened in London? |
| 04:28 | 05:03 | [Sanaa] Normal, I heard like other people that something happened. Maybe they resisted in their own way. I mean, everybody has a ...What did he say exactly? Is he asking about my feelings or whether I was glad about that explosion, for example? |
| 05:14 | 05:19 | [Amal] It is not my task to answer, I am asking you. If you were happy then [say that] you were happy. |
| 05:19 | 05:30 | [Sanaa] No, is he asking me whether I was very happy when I heard these news, for example? Is he asking whether I was happy or what my reaction was, for example whether I condemned it? Is this what he is asking? If I were happy... |
| 05:47 | 05:55 | [Amal] What was your reaction? Was it neutral, happy, or did you condemn what |

| | | |
|---|---|---|
| | | happened? What was your reaction, really? |
| 06:25 | 06:37 | [Amal] He simply asks you this: the people who did the attacks were also Muslims. They perpetrated them out of jihadist motivations that they had. What is your reaction and what do you think about this? |
| 06:37 | 07:08 | [Sanaa] Look, as I told you: our ultimate goal is to… anybody who fights Islam… it is permitted to kill anybody who is an enemy of Islam and of Muslims. Such a person who fights Islam and Muslims must be resisted. If these people, as they think and as we and the whole world think, fight against Muslims and are enemies of the Muslims then this is an act of jihad for the sake of Allah. |
| 07:41 | 07:43 | [Amal] Is there anything that you would like to say? We will finish… |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>                          Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>                          Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the video, or a portion thereof, received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The video is designated as P 5: 325.

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true and accurate translation of the Arabic-language video, or a portion thereof, bearing the bates number P 5: 325.

Dated: March 5, 2014

_____
Clark Hayes

ss.: ~~New Jersey~~ New York

On the 5th day of March, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
5th day of March, 2014

*[signature]*
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 20 15