

Date: January 22, 2003                                                 Case No.: 3478/02

## The Military Court
### Beit El
#### (in its session in Beit El)

Hearing of the Court on: January 22, 2003

Before the President of the Court: Major Eli Bar-On
Judge: Captain Shimon Uri
Judge: Captain Arik Buktman

Prosecutor: Captain Michael Kotlik – present.
Defense counsel: Adv. Samra – present.

**Defendant: Abed Kariem Ratab Yunis Aweis, Identity No. 980136675/ Israel Prison Service – present.**

Stenographer: Corporal Sivan Harel
Interpreter: Private Kariem Salameh

The President of the Court opens the session and identifies the Defendant.

## Course of the Hearing

Defense counsel: Some problem that is related to their extrinsic circumstances has arisen. I ask to defer the case to an additional session.

Prosecutor: I agree that some problem arose with respect to the consent related to the affairs of other people. We are filing an amended indictment in the case.

Defense counsel: I ask to defer the hearing to an additional arraignment session.

Prosecutor: I request a break

**After a break**

Prosecutor: We have reached an arrangement in the case whereby the Defendant will plead guilty to the amended indictment and the prosecution undertakes not to make use of the statement of the Defendant today before the Court in other cases.

[Stamp] P 5: 40

1

Defense counsel: I confirm the statements of my colleague. I have explained the amended indictment to my client, he understands it and pleads guilty to it.

Defendant: My counsel has explained the amended indictment to me, I understand and plead guilty to it. I request with regard to count 19, if explicitly or implicitly I incriminate my brother Hassan, I do not admit this. I admit that I sent with my brother Mustafar Saria and Abed Kariem Abu Naasan, but my brother did not know that they were being sent to carry out an attack, and I asked for my brother to take them as he is a taxi driver, without him knowing of the intentions to carry out an attack.

[Stamp] P 5: 40 [continued]

Date: January 22, 2003                                                                 Case No.: 3478/02

Prosecutor: We accept the statements of the Defendant in all matters relating to the case of the Defendant. In any case, the indictment in the case of the Defendant does not relate to the brother of the Defendant as one who knew about the attack.

### Verdict

Based on the guilty plea, we convict the Defendant of the offenses that are attributed to him in the amended indictment.

**Handed down and announced today, January 22, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| **Judge** | **President of the Court** | **Judge** |

The parties: we asked to plea for sentencing on March 12, 2003, and we ask to summon prosecution witness 11 from the amended indictment as a witness concerning the sentencing for the defense.

### Decision

The hearing of the case is deferred for hearing the pleas of the parties for sentencing to March 12, 2003.

The secretariat of the Court will summon prosecution witness No. 11 for this date.

**Handed down and announced today, January 22, 2003, in public and in the presence of the parties.**

| [Signature] | [Signature] | [Signature] |
|---|---|---|
| **Judge** | **President of the Court** | **Judge** |

[Stamp] P 5: 41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

               Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P5: 40-41.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P5: 40-41.

_Rina Ne'eman_

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

```
HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2032704
```

תאריך: 22/01/03                                         תיק מס': 3478/02

## בית המשפט הצבאי
## ב י ת - א ל
### (במושבו בבית אל)

דיון בית משפט מיום: 22/01/03              בפני האב"ד: רס"ן אלי בר-און
                                           שופט: סרן שמעון אורי
                                           שופט: סרן אריק בוקטמן

תובע: סרן מיכאל קוטליק - נוכח
סניגור: עו"ד סמרה - נוכח

נאשם: ע/כריס ראתב יונס עוויס      ת.ז.: 980136675 / שב"ס - נוכח

רשמת: רב"ט סיון הראל
מתורגמן: טור' כריס סאלמה

אב"ד פותח את הישיבה ומזהה את הנאשם.

## מהלך דיון

סניגור: התעוררה בעיה כשלהי הקשורה לנסיבות חיצוניות כלשהן. אני מבקש לדחות את התיק לישיבה נוספת.

תובע: אני מסכים כי התעוררה בעיה כלשהי לגבי ההסכמה הנוגעת לעניינם של אנשים אחרים. אנו מגישים כתב אישום מתוקן בתיק.

סניגור: אבקש לדחות את הדיון לישיבת הקראה נוספת.

תובע: אני מבקש הפסקה.

### לאחר הפסקה

תובע: הגענו להסדר בתיק, לפיו הנאשם יודה בכתב האישום המתוקן והתביעה מתחייבת שלא לעשות שימוש בהודעה של הנאשם היום בפני ביהמ"ש בתיקים אחרים.

סניגור: אני מאשר את דברי חברי. הסברתי למרשי את כתב האישום המתוקן, הוא מבין אותו ומודה בו.

נאשם: סנגורי הסביר לי את כתב האישום המתוקן, אני מבין אותו ומודה בו. אני מבקש, בכל הקשור לפרט אישום 19, באם באופן מפורש או באופן משתמע אני מפליל את אחי חסאן, אני לא מודה בכך. אני מודה כי שלחתי עם אחי את מוצטפא סריה וע/כריס אבו נעסן, אולם אחי לא ידע כי הם נשלחים לביצוע פיגוע, וביקשתי שאחי יוביל אותם בהיותו נהג מונית, מבלי שידע על הכוונות לבצע פיגוע.

1

תאריך: 22/01/03                               תיק מס׳: 3478/02

1  תובע: דברי הנאשם מקובלים עלינו, בכל הקשור לתיקו של הנאשם. ממילא כתב
2  האישום בעניינו של הנאשם, לא מתייחס לאחיו של הנאשם כמי שידע על הפיגוע.
3
4                          **ה כ ר ע ת - ד י ן**
5
6  על יסוד ההודאה באשמה, אנו מרשיעים את הנאשם בעבירות המיוחסות לו בכתב
7  האישום המתוקן.
8
9  **ניתן והודע היום, 22/01/03, בפומבי ובמעמד הצדדים.**
10
11
12
13  _____שופט_____        _____אב״ד_____        _____שופט_____
14
15
16  הצדדים: אנו מבקשים לטעון לעונש בתאריך 12/03/03, ואנו מבקשים לזמן את עד
17  התביעה 11 מכתב האישום המתוקן כעד לעניין העונש מטעם ההגנה.
18
19                          **ה ח ל ט ה**
20
21  הדיון בתיק נדחה לשמיעת טיעוני הצדדים לעונש לתאריך 12/03/03.
22
23  למועד זה תזמן מזכירות ביהמ״ש את עד התביעה מס׳ 11.
24
25  **ניתן והודע היום, 22/01/03, בפומבי ובמעמד הצדדים.**
26
27
28
29  _____שופט_____        _____אב״ד_____        _____שופט_____
30
31

2

P 5: 41