תאריך: 28/06/05          15          תיק מס׳ 5398/03:

1 ולשם כך התקשר אל הנאשם. הנאשם מסר את הסכמתו לתוכנית ואף נענה לבקשת נאיפה
2 להמציא לידיו כלי נשק, ובני החבורה אף יצאו לשכם לפגשו ולקחת מידיו את הנשק, אולם נעצרו
3 קודם לכן.
4
5 אודות החיזוקים הרבים לאמרותיו של נאיפה בשורת עניינים - עמדנו זה מכבר. אין ספק כי
6 הקשר הנדון, הוא חלק מתוך "מסכת עובדתית" אחת, הנוגעת לפיגועי טרור שבוצעו ע״י נאיפה
7 והנאשם במסגרת הארגון ובאמצעות סירחאן, ועל כן רואים בהם כחיזוקים גם לענין הפללתו את
8 הנאשם לענין אישום זה.
9
10 גם באשר לדפוס הפעולה והקשר בין הנאשם ונאיפה, עמדנו זה מכבר ואין ספק כי אישורו של
11 הנאשם את התוכנית הרצחנית והתחייבותו להמציא כלי נשק, הופכים אותו לשותף בקשירת
12 הקשר.
13
14
15
16 **סוף דבר, מרשיעים אנו את הנאשם בכל המיוחס לו, למעט פרט האישום הרביעי, ממנו**
17 **חזרה התביעה.**
18
19
20
21 **זכות ערעור כחוק**
22 ניתן והודע,28/06/05, בלשכה. המזכירות תמציא עותק לידי הצדדים.
23
24
25 שופט          אב״ד          שופט
26
27
28