תאריך: ז' אב, תשס"ד  
25 יולי, 2004  
תיק מס': 3262/02

1. הנביאים, כפי שעולה מ-ת/6 עמ' 8 שורה 1 ואילך. דברים אלה מוצאים חיזוק ב-ת/8
2. עמ' 7 שורה 6 ואילך.
3.
4. **פרטי אישום 30,31**
5.
6. מוסר ב-ת/6 עמ' 9 שורה 13 ואילך אודות המתואר בפרטי אישום ▓▓▓▓
7. אלה.
8.
9. משהתחיל הנאשם להוציא מן הכוח אל הפועל את כוונתו לגרום למותם של אחרים
10. באמצעות אותו מחבל מתאבד הוביל, כשברשותו של הנאשם והמחבל
11. המתאבד עמדו האמצעים המתאימים לביצוע העבירה, הרי שיש לראות אותו
12. אחראי לעבירה של ניסיון לגרימת מוות בכוונה ושל החזקת אמצעי לחימה,
13. כמתואר בכתב האישום [באשר ליסודות עבירת הניסיון לגרימת מוות בכוונה, ראה
14. בהרחבה ב-ע' איו"ש 318/03+311 ובתיק יהודה 42947/01].
15.
16. **פרט אישום 32**
17.
18. לפרט אישום זה נמצאו ראיות בדבריהם של ▓▓▓▓ [ת/4
19. עמ' 8 שורות 13-23, ת/5 עמ' 1 שורה 21].
20.
21. **סוף דבר**
22.
23. נוכח מסקנותינו דלעיל ומשנמצאו כל פרטי האישום שיוחסו לנאשם מבוססים
24. כדבעי בראיות התביעה, אנו מרשיעים בהם את הנאשם.
25.
26.
27. ניתן והודע היום, 25/07/2004, בפומבי ובמעמד הצדדים.
28.
29.
30.
31.
32. שופט          אב"ד          שופט
33.
34.
35.

-11-