צבא הגנה לישראל

בבית המשפט הצבאי
בבית אל
בפני הרכב

תיק ביהמ"ש: 3251/02
תיק תביעה: 241/02
תיק פ.א.: 39/02 בנימין
7915/01 ציון
481/01 ציון
8379/01 ציון
502/02 ציון

**במשפט שבין התובע הצבאי - המאשים**

**- נ ג ד -**

מחמד סאמי אברהים עבדאללה
ת.ז. 979469954, יליד 04.05.74, תושב ביר נבאללה
עצור מיום 20.02.02

נאמן למקור

**- ה נ א ש ם -**

# כתב-אישום מתוקן

**הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:**

**פרט ראשון:**

**מהות העבירה:** חברות בהתאחדות בלתי מותרת, עבירה לפי תקנות 84(1)(א) ו-85(1)(א) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מאמצע שנת 2001 ועד ליום מעצרו, היה חבר או פעל כחבר בהתאחדות בלתי מותרת, דהיינו:
הנאשם הנ"ל, במהלך התקופה האמורה, היה חבר בחוליה צבאית, אשר שמה לה למטרה ביצוע פיגועים נגד אזרחים ישראליים הן באיזור, הן מחוצה לו. הנאשם פעל בחוליה הצבאית האמורה ביחד עם מחמד ע/רחמאן סאלם מצלח (המכונה "אבו סטחה"), חוסאם עקל רג'ב שחאדה, פראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"), הייתם אלמותפק חמדאן, זידאן אל בדווי, ניזאר והדאן ועלי עליאן.
הנאשם פעל בחוליה הצבאית האמורה כפי שיתואר בפרטי האישום הבאים.

**<u>פרט שני:</u>** (פ.א. 7915/01 ציון)

**<u>מהות העבירה:</u>** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**<u>פרטי העבירה:</u>** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, במועד האמור, ברמאללה, נפגש עם חוסאם עקל רג'ב שחאדה, פראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"), הייתם אלמותפק חמדאן ועלי עליאן. חוסאם שחאדה הגיע לפגישה הנ"ל כשהוא חמוש בתמ"ק MP-5, אשר אותו קיבל ביחד עם פראס ע'אנם מידי מחמד ע/רחמאן סאלם מצלח (המכונה "אבו סטחה") לצורך ביצוע פיגוע ירי, ואילו הייתם חמדאן הגיע כשהוא חמוש באקדח טופי.
2. הנאשם וחבריו הנ"ל החליטו לצאת לירושלים ולבצע שם פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים.
3. בסביבות השעה 22:00, ביום 15.09.01, הנאשם וכל חבריו הנ"ל נסעו מרמאללה לירושלים ברכב איסוזו טנדר של פראס ע'אנם.
4. פראס ע'אנם נהג ברכב האיסוזו הנ"ל ונסע ביחד עם הנאשם וחבריו על מנת להראות להם מקום שבו יבצעו את פיגוע הירי המתוכנן וכן על מנת להראות לנאשם וחבריו איך להימלט לאחר ביצוע הפיגוע האמור. פראס ע'אנם הסיע את הנאשם וחבריו לכביש מס' 9 המחבר בין שכונת רמות לבין שכונת הגבעה הצרפתית בירושלים. פראס ע'אנם הראה לנאשם וחבריו איפה לבצע את הפיגוע המתוכנן ואיך להימלט לאחר מכן. בסיום הסיור האמור, הנאשם וחבריו הנ"ל חזרו לרמאללה.
5. סביבות השעה 22:30, באותו היום, הנאשם ביחד עם חוסאם שחאדה והייתם חמדאן נסע ברכב גנוב בצבע אפור עם לוחיות רישוי ישראליות, אשר אותו סיפק להם עלי עליאן לצורך ביצוע הפיגוע המתוכנן (להלן: הרכב). לפני הנאשם נסע פראס ע'אנם ברכב האיסוזו הנ"ל וזאת על מנת להודיע באמצעות טלפון סלולרי לנאשם וחבריו על מחסומי משטרה וצה"ל.
6. הנאשם נהג ברכב הנ"ל, לידו ישב חוסאם שחאדה, החמוש בתמ"ק MP-5, ובמושב האחורי ישב הייתם חמדאן, החמוש באקדח טופי.
7. הנאשם וחבריו הנ"ל נעצרו בכביש מס' 9 בסמוך לצומת המוביל לשכונת רמת שלמה והמתינו לרכב ישראלי בודד שיגיע למקום במטרה לבצע לעברו פיגוע ירי ולגרום למותם של נוסעי הרכב.
8. לאחר מספר דקות, בסמוך לשעה 23:10, הגיע למקום רכב רנו אקספרס לבן, מ.ר. 2273706, (להלן: הרנו) אשר נסע מכיוון שכונת רמת שלמה ופנה לכביש מס' 9 לכיוון שכונת רמות.
9. הנאשם החל לנסוע אחרי הרנו ועקף אותו.
10. כשהרכב, שבו נהג הנאשם, נסע במקביל לרנו, חוסאם שחאדה והייתם חמדאן פתחו באש בתמ"ק MP-5 ובאקדח טופי לעבר נוסעי הרנו במטרה לגרום למותם.
11. מספר קליעים שנורו על-ידי חוסאם שחאדה והייתם חמדאן פגעו ברנו ובשני נוסעי הרנו - משה וייס ומאיר וייסבויז ז"ל. הנאשם שמע את אחד מנוסעי הרנו צועק "איי איי".
12. לאחר מכן, הנאשם המשיך לנסוע לכיוון שכונת רמות ובסמוך למקום שבו בונים גשר חדש פנה ימינה לדרך עפר המובילה לביר נבאללה.
13. לפני הכניסה לביר נבאללה, הנאשם וחבריו שהיו עמו ברכב נפגשו עם פראס ע'אנם שהמתין להם במקום ברכב האיסוזו. משם הנאשם וחבריו הנ"ל, ביחד עם פראס ע'אנם, המשיכו בנסיעה לביר נבאללה ולאחר מכן נמלטו לרמאללה.
14. במעשיו המתוארים לעיל, הנאשם גרם בכוונה למותו של **מאיר וייסבויז ז"ל**, אשר נפטר בבית החולים מאוחר יותר באותו היום כתוצאה מפגיעות הקליעים שנורו על-ידי חברי הנאשם.

נאמן למקור

<u>פרט שלישי:</u> (פ.א. 7915/01 ציון)

<u>**מהות העבירה:**</u> ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

<u>**פרטי העבירה:**</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, בסמוך לשעה 23:10, במקום המתואר בפרט האישום הקודם, במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותו של משה וייס, אשר נהג ברכב רנו אקספרס לבן, מ.ר. 2273706, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי חברי הנאשם, כפי שתואר בפרט האישום הקודם, פגע בראשו של משה וייס ופצע אותו.

נאמן למקור

<u>פרט רביעי:</u> (פ.א. 481/01 ציון)

<u>**מהות העבירה:**</u> ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

<u>**פרטי העבירה:**</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, בראשית חודש אוקטובר 2001, ברמאללה או בסמוך לכך, ביחד עם מחמד ע/רחמאן סאלם מצלח (מכונה "אבו סטחה"), חוסאם עקל רג'ב שחאדה ופראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"), החליט לבצע פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים.
2. לצורך ביצוע פיגוע הירי המתוכנן, הנאשם קיבל מידי טארק מאלחי א-נוף רכב מזדה 323 גנוב בצבע אפור עם לוחיות רישוי ישראליות. לצורך ביצוע פיגוע הירי המתוכנן, מחמד מצלח קיבל מאחמד ברגותי, שומר ראשו של מרוואן ברגותי, ראש "התנזים" של הפת"ח באיזור, שהוא התאחדות בלתי מותרת, תמ"ק MP-5.
3. ביום 03.10.01, הנאשם יצא מרמאללה לכיוון ירושלים במטרה לבצע שם את פיגוע הירי המתוכנן כשהוא נוהג ברכב המזדה הנ"ל. מחמד מצלח נסע ביחד עם הנאשם, כשהוא חמוש בתמ"ק MP-5 הנ"ל.
4. פראס ע'אנם וחוסאם שחאדה נסעו ברכב איסוזו טנדר של פראס ע'אנם לפני רכב המזדה שבו נסע הנאשם וזאת במטרה להודיע על מחסומי המשטרה וצה"ל בדרך. הנאשם וכל חבריו הנ"ל הגיעו לבית חנינא החדשה שבירושלים. שם הנאשם החנה את רכב המזדה, וביחד עם מחמד מצלח הסתיר בתוך הרכב את תמ"ק MP-5 הנ"ל. הנאשם ומחמד מצלח עלו לרכב האיסוזו ומשם המשיכו ברכב האיסוזו ביחד עם פראס ע'אנם וחוסאם שחאדה לכיוון כביש בגין.
5. הנאשם וחבריו הנ"ל הגיעו לכביש בגין. שם, פראס ע'אנם הראה לנאשם ושאר חבריו איפה לבצע את פיגוע הירי המתוכנן ואיך להימלט לאחר ביצוע פיגוע הירי. הנאשם וחבריו הנ"ל החליטו לבצע את פיגוע הירי המתוכנן במנהרה הראשונה של כביש בגין מכיוון רמות וזאת על מנת שלא ישמעו את קולות הירי. לאחר מכן, הנאשם וכל חבריו הנ"ל חזרו לבית חנינא, למקום שבו הושאר רכב המזדה.
6. הנאשם עלה לרכב המזדה, לידו התיישב מחמד מצלח החמוש בתמ"ק MP-5. משם הנאשם נהג ברכב המזדה לכביש בגין במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למותם של אזרחים ישראליים.
7. הנאשם ומחמד מצלח נסעו בכביש בגין הלוך ושוב מספר פעמים כשהם מחפשים רכב ישראלי בודד במטרה לבצע לעברו את פיגוע הירי המתוכנן במטרה לגרום למותם של נוסעי הרכב.
8. בסמוך לשעה 23:35, כשהם נוסעים לכיוון צפון, במנהרה האחרונה בכיוון נסיעתם, הנאשם ומחמד מצלח הבחינו ברכב הונדה אקורד, מ.ר. 1103217, הנוסע בכביש בגין לכיוון צפון. ברכב ההונדה נסעו טוני עמיאל, פיני מימון ופזית מימון.
9. הנאשם עקף את רכב ההונדה הנ"ל. בעת שהנאשם נסע במקביל לרכב ההונדה הנ"ל, מחמד מצלח ירה כדור אחד בתמ"ק MP-5, אשר בו החזיק, לעבר נוסעי רכב ההונדה, במטרה לגרום למותם. הקליע שנורה על-ידי מחמד מצלח לא פגע ברכב ההונדה הנ"ל.
10. לאחר ביצוע פיגוע הירי האמור, הנאשם ומחמד מצלח המשיכו בנסיעתם לכיוון כביש מס' 9 המחבר בין שכונת רמות לשכונת הגבעה הצרפתית.

P 6: 66

נאמן למקור

**פרט חמישי:** (פ.א. 8379/01 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. לאחר שהנאשם, ביחד עם מחמד ע/רחמאן סאלם מצלח (המכונה "אבו סטחה"), ביצע את פיגוע הירי כפי שתואר בפרט האישום הקודם, השניים המשיכו בנסיעה ברכב המזדה, המתואר בפרט האישום הקודם, לכיוון כביש מס' 9, המחבר בין שכונת רמות לשכונת הגבעה הצרפתית במטרה להגיע משם לבית חנינא ובהמשך לרמאללה.
2. במהלך הנסיעה הנ"ל, מחמד מצלח, על-פי בקשת הנאשם, בדק את תקינותו של תמ"ק MP-5, אשר בו החזיק, ואף ירה מספר כדורים באוויר.
3. במהלך הנסיעה בכביש מס' 9 הנ"ל, בסמוך לשעה 23:45, הנאשם ומחמד מצלח הבחינו ברכב סקודה, מ.ר. 6567709, אשר נסע בכביש מס' 9 לכיוון הגבעה הצרפתית. ברכב הסקודה הנ"ל נסעו מלכה כהן ופנחס כהן.
4. הנאשם ומחמד מצלח החליטו לבצע פיגוע ירי לעבר רכב הסקודה הנ"ל ולגרום למותם של הנוסעים בו.
5. הנאשם, אשר, כאמור, נהג ברכב המזדה, עקף את רכב הסקודה.
6. בעת שהנאשם נסע במקביל לרכב הסקודה הנ"ל, מחמד מצלח ירה בתמ"ק MP-5 מספר יריות לעבר רכב הסקודה הנ"ל במטרה לגרום למותם של נוסעי רכב הסקודה.
7. מספר קליעים שנורו על-ידי מחמד מצלח פגעו ברכב הסקודה. שני קליעים שנורו על-ידי מחמד מצלח פגעו בפנחס כהן וקליע נוסף פגע במלכה כהן.
8. פנחס כהן נפצע באורח בינוני מפגיעת שני קליעים בבטנו, ואילו מלכה כהן, שהיתה בשבוע ה-28 להריון, נפצעה באורח בינוני מפגיעת קליע בראשה.
9. לאחר ביצוע פיגוע הירי האמור, הנאשם ומחמד מצלח המשיכו בנסיעה לכיוון הגבעה הצרפתית ומשם הגיעו לבית חנינא החדשה. שם, הנאשם ומחמד מצלח החנו את רכבם ויצרו קשר טלפוני עם חוסאם עקל רג'ב שחאדה ופראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"), אשר הגיעו למקום ברכב האיסוזו של פראס ע'אנם על מנת לאסוף את הנאשם ומחמד מצלח, וזאת לפי התכנון האמור בפרט האישום הקודם.
10. הנאשם ומחמד מצלח הסתירו את תמ"ק MP-5 הנ"ל ברכב האיסוזו ועלו לרכב האיסוזו.
11. הנאשם ושלושת חבריו הנ"ל ניסו לחזור מירושלים לרמאללה, אך לא הצליחו לעשות כן בגלל מחסומי צה"ל והמשטרה. הנאשם וחבריו הנ"ל נשארו ללון אצל יאסר אבו אלחטיב, חברו של חוסאם שחאדה, בבית חנינא החדשה בירושלים.
12. יום למחרת, 04.10.01, הנאשם חזר ברכב המזדה הנ"ל לרמאללה והחזיר את הרכב לידי טארק א-נוף.

**פרט שישי:** (פ.א. 39/02 בנימין)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. ביום 14.01.02 נהרג ראאד כרמי אשר היה פעיל צבאי בכיר ב"תנזים" של ארגון הפת"ח, שהוא התאחדות בלתי מותרת. בעקבות מותו של ראאד כרמי הנ"ל, ראש "התנזים" של הפת"ח באיזור - מרואן ברגותי פתח אוהל אבלים באלבירה.
2. ביום 15.01.02, הנאשם הגיע לאוהל האבלים הנ"ל ונפגש שם עם מחמד ע/רחמאן סאלם מצלח (המכונה "אבו סטחה"), פראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"), טארק מאלחי א-נוף, זידאן אל בדווי ואחמד ברגותי (המכונה "אל פראנסי") שהוא שומר ראשו של מרוואן ברגותי הנ"ל. אחמד ברגותי הנ"ל מסר לנאשם ולחבריו הנ"ל כי מרוואן ברגותי, ראש "התנזים" של הפת"ח באיזור, מבקש כי הנאשם וחבריו יבצעו באופן מיידי פיגוע נקמה על מותו של ראאד כרמי הנ"ל ויגרמו למותם של אזרחים ישראליים.

3. הנאשם וחבריו הנ"ל, באוהל האבלים הנ"ל, החליטו לבצע עוד באותו הערב פיגוע בתחנת הדלק גבעונים הנמצאת בכביש 443 בסמוך לכניסה לגבעת זאב ולגרום למותם של אזרחים ישראליים.
4. בשעות הערב באותו היום, 15.01.02, הנאשם יצא מאוהל האבלים הנ"ל ביחד עם פראס ע'אנם. הנאשם ופראס ע'אנם נסעו ברכב איסוזו טנדר של פראס ע'אנם לתחנת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן. אחרי רכב האיסוזו הנ"ל נסעו זידאן, החמוש באקדח 16, מחמד מצלח, החמוש באקדח נוסף, וטארק א-נוף, החמוש בתמ"ק MP-5. השלושה נסעו ברכב מזדה בצבע חום בהיר לעבר תחנת הדלק הנ"ל במטרה לבצע שם את הפיגוע המתוכנן.
5. הנאשם וכל חבריו הנ"ל הגיעו עד ערמת עפר החוסמת את היציאה מכפרים ביר נבאללה ואלג'יב לכביש 443 במרחק של כ-100 מטר מתחנת הדלק הגבעונים. הנאשם וחבריו החנו את כלי הרכב שלהם, איסוזו ומזדה, עם הפנים לכיוון הכפר ביר נבאללה על מנת שיוכלו להימלט מהמקום מיד לאחר ביצוע הפיגוע המתוכנן.
6. מחמד מצלח, החמוש באקדח 14 שלו, זידאן, החמוש באקדח 16, וטארק א-נוף, החמוש ב-MP-5, ירדו מכלי הרכב והלכו לתחנת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למותם של אזרחים ישראליים.
7. הנאשם ופראס ע'אנם נשארו בכלי הרכב הנ"ל על מנת לשמור שלא יגיע למקום סיור של צה"ל או אנשים אחרים. הנאשם ישב בכיסא הנהג ברכב המזדה על מנת שיוכל למלט באופן מיידי את שלושת חבריו שיצאו לבצע את הפיגוע המתוכנן מייד לאחד ביצוע הפיגוע.
8. טארק א-נוף ומחמד מצלח נעמדו בכניסה לתחנת הדלק הנ"ל. לאחר מספר דקות, בסמוך לשעה 19:45, מחמד מצלח וטארק א-נוף הבחינו ברכב פיאט אונו לבן, מ.ר. 6424905, שנכנס לתחנת הדלק הנ"ל ואשר בו נהגה יואלה חן ז"ל ולידה ישבה רשל (רחל) עיני. טארק א-נוף ומחמד מצלח ניגשו אל רכב הפיאט במטרה לבצע לעברו פיגוע ירי ולגרום למותן של נוסעות הרכב. נוסעות רכב הפיאט הבחינו באקדח שבו החזיק מחמד מצלח והחלו לצעוק ולצפור. מחמד מצלח הכניס את האקדח למכנסיו ואמר לנוסעות הרכב שלא יפחדו. בשלב זה, טארק א-נוף פתח באש אוטומטית בתמ"ק MP-5 לעבר נוסעות רכב הפיאט במטרה לגרום למותן. אז גם מחמד מצלח שוב הוציא את אקדחו והחל לירות לעבר נוסעות הרכב במטרה לגרום למותן.
9. מחמד מצלח וטארק א-נוף ירו מטווח קצר מאוד מספר רב של כדורים לעבר יואלה חן ז"ל ולעבר רשל (רחל) עיני שהיו ברכב הפיאט הנ"ל.
10. כ-28 קליעים, שנורו על-ידי טארק א-נוף ומחמד מצלח, פגעו בשמשה הקדמית של הרכב, מספר קליעים פגעו בצד הרכב ובשמשת חלון דלת הנהג.
11. במהלך ביצוע פיגוע הירי המתואר, זידאן, אשר עמד במרחק קצר מאחורי מחמד מצלח וטארק א-נוף, שימש כשומר ומתריע.
12. פראס ע'אנם, מיד לאחר ששמע את קולות הירי, נסע מהמקום ברכב האיסוזו שלו על מנת להודיע לנאשם וחבריו אם יש מחסומים בדרך לרמאללה.
13. טארק א-נוף, זידאן ומחמד מצלח, לאחר שביצעו את פיגוע הירי כאמור לעיל, חזרו בריצה אל רכב המזדה שבו המתין הנאשם. לאחר שהשלושה הנ"ל עלו לרכב הנאשם הסיע אותם לרמאללה. ברמאללה, הנאשם, טארק א-נוף, מחמד מצלח וזידאן נפגשו עם פראס ע'אנם.
14. במעשיו המתוארים לעיל, הנאשם גרם בכוונה למותה של **יואלה חן ז"ל**, אשר נפטרה במקום כתוצאה מפגיעות הקליעים שנורו על-ידי טארק א-נוף ומחמד מצלח.

נאמן למקור

**פרט שביעי:** (פ.א. 39/02 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, בסמוך לשעה 19:45, במקום המתואר בפרט האישום הקודם, במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותה של רשל (רחל) עיני, אשר נסעה ברכב פיאט אונו לבן, מ.ר. 6424905, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי חברי הנאשם, כפי שתואר בפרט האישום הקודם, פגע בראשה של רשל (רחל עיני) ושני קליעים נוספים פגעו בכתפה השמאלי ופצעו אותה באורח בינוני.

P 6: 68

**פרט שמיני:** (פ.א. 502/02 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס׳ 378), תש״ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ״ח-1968.

**פרטי העבירה:** הנאשם הנ״ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. באמצע חודש ינואר 2002, התקשר אל הנאשם פראס צאדק מחמד ע׳אנם (המכונה ״אל חיטאווי״). פראס ע׳אנם מסר לנאשם כי אחמד ברגותי (המכונה ״אל פראנסי״), שומר ראשו של מרוואן ברגותי - ראש ״התנזים״ של ארגון הפת״ח, שהוא התאחדות בלתי מותרת, מבקש להכניס לירושלים מחבל, אשר יבצע בירושלים פיגוע התאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים להשתתף בהסעת המחבל המתאבד הנ״ל לירושלים.
2. ביום 22.01.02, פראס ע׳אנם התקשר אל הנאשם והודיע לו כי אחמד ברגותי שוחח עמו והודיע כי המחבל המתאבד לצורך ביצוע הפיגוע המתוכנן מוכן וצריך להכניס אותו לירושלים. הנאשם שוב הביע את הסכמתו להשתתף בהוצאה לפועל של הפיגוע המתוכנן.
3. מאוחר יותר, באותו היום, הנאשם ופראס ע׳אנם נפגשו ברמאללה. פראס ע׳אנם הגיע לפגישה ברכבו איסוזו טנדר עם לוחיות רישוי ישראליות.
4. הנאשם ופראס ע׳אנם נסעו ברכב האיסוזו הנ״ל מרמאללה לירושלים על מנת למצוא דרך שאין בה מחסומי משטרה וצה״ל וזאת במטרה להסיע יותר מאוחר באותה הדרך את המחבל המתאבד שיבצע את הפיגוע המתוכנן בירושלים.
5. הנאשם ופראס ע׳אנם נסעו מרמאללה דרך ראפאת והגיעו לאיזור התעשיה עטרות, שם השניים חזרו לכביש הראשי ירושלים-רמאללה ונסעו שמאלה עד לצומת המוביל למחנה רמה, שם הם פנו ימינה ונסעו עד לצומת אדם. בצומת אדם הנאשם וחברו פנו ימינה ונסעו עד לצומת חיזמא, שם הם פנו ימינה ונכנסו לענתא. דרך ענתא, הנאשם וחברו, הגיעו לצומת הגבעה הצרפתית, שם השניים פנו ימינה וחזרו לרמאללה. הנאשם ופראס ע׳אנם ראו כי בדרך שבה נסעו ניתן להוביל את המחבל המתאבד לירושלים מבלי להיעצר במחסומי משטרה וצה״ל.
6. בהגיעם לרמאללה, הנאשם ופראס ע׳אנם נסעו למלון ״סיטי אין״, הנמצא בסמוך לצומת איו״ש. באיזור המלון ״סיטי אין״, הנאשם ופראס ע׳אנם נפגשו עם אחמד ברגותי הנ״ל, אשר הכיר לנאשם ולפראס ע׳אנם את סעיד רמדאן, תושב כפר תל באיזור שכם, אשר היה חמוש ברוס״ר M-16 ושתי מחסניות לרוס״ר M-16 המחוברות בצולבת.
7. אחמד ברגותי מסר לנאשם ולפראס ע׳אנם כי סעיד רמדאן הנ״ל הוא המחבל המתאבד, אשר אותו הם צריכים להוביל לירושלים על מנת שיבצע שם פיגוע התאבדות כשיירה לעבר אזרחים ישראליים במטרה לגרום למותם של אזרחים רבים ככל הניתן.
8. הנאשם ופראס ע׳אנם הסתירו את רוס״ר M-16 והמחסניות הנ״ל ברכב האיסוזו הנ״ל.
9. פראס ע׳אנם נהג ברכב האיסוזו, סעיד רמדאן ישב בכיסא שליד כיסא הנהג ואילו הנאשם התיישב במושב האחורי.
10. הנאשם ופראס ע׳אנם הסיעו את סעיד רמדאן לירושלים בדרך, אשר אותה בדקו מוקדם יותר באותו היום כפי שתואר לעיל.
11. בירושלים, הנאשם ופראס ע׳אנם נסעו לרחוב שיח׳ ג׳ראח. שם הם הוציאו את רוס״ר M-16 והמחסניות שהיו מוסתרים בתוך הרכב ומסרו אותם לידי סעיד רמדאן. הנאשם עבר לשבת בכיסא שליד כיסא הנהג ואילו סעיד רמדאן עבר למושב האחורי, כשהוא מחזיק בידיו את רוס״ר M-16 ואת המחסניות.
12. הנאשם ופראס ע׳אנם הסיעו את סעיד רמדאן לרחוב הנביאים.
13. במהלך הנסיעה, סעיד רמדאן התלונן בפני הנאשם ופראס ע׳אנם כי קנו לו נעליים חדשות עבור הפיגוע, אך הן קטנות ולוחצות לו. הנאשם הוריד את נעליו ״ריבוק״ ומסר אותם לסעיד רמדאן באומרו ״תעלה לגן עדן עם נעלי ״ריבוק״״.
14. בהגיעם לצומת הרחובות שטראוס והנביאים, הנאשם ופראס ע׳אנם עצרו את רכב האיסוזו.
15. הנאשם ופראס ע׳אנם אמרו לסעיד רמדאן לרדת ברגל לרחוב יפו ולהתחיל לירות במקום שיראה בו הרבה אנשים.
16. לאחר שסעיד רמדאן ירד מהרכב עם רוס״ר M-16 והתחמושת, הנאשם ופראס ע׳אנם נסעו מהמקום ברכב האיסוזו, יצאו דרך שכונת מוסררה לכביש מספר 1, ומשם נסעו דרך הכביש הראשי לרמאללה.
17. סעיד רמדאן, מספר דקות לאחר שירד מהרכב של הנאשם ופראס ע׳אנם, הגיע לרחוב יפו.

בית המשפט הצבאי לעדיים * * באיו״ש

נאמן למקור

ת.ת. 241/02 מתוקן

P 6: 69

18. בסביבות השעה 16:20, כשהוא עומד מול בית מס' 47 ברחוב יפו או בסמוך לכך, סעיד רמדאן טען את רוס"ר M-16 שבו החזיק, צעק "אללה הוא אכבר" ופתח בירי אוטומטי לכל עבר, לעבר האנשים שהיו ברחוב יפו, בתחנת האוטובוס הנמצאת במקום, בתוך אוטובוס "אגד" קו 27 שהיה באותה עת בתחנה הנ"ל וכן לעבר האנשים שהיו בתוך החנויות הסמוכות במטרה לגרום למותם של אנשים רבים ככל הניתן. סעיד רמדאן, כשהוא ממשיך לירות, נמלט מהמקום לעבר החניון הנמצא ברחוב הרב קוק. שם סעיד רמדאן החליף מחסניות והמשיך לירות לעבר האזרחים במטרה לגרום למותם. סעיד רמדאן ירה ברוס"ר M-16, שבו החזיק, מעל 38 כדורים. סעיד רמדאן המשיך לירות לעבר האזרחים עד שנהרג על-ידי האזרחים והשוטרים שהגיעו למקום.

19. במעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותה של **אורה (סבטלנה) סנדלר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן.

בית המשפט הצבאי לערעורים * בארי"ש

**<u>פרט תשיעי:</u> (פ.א. 502/02 ציון)**

<u>**מהות העבירה:**</u> גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

<u>**פרטי העבירה:**</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום הקודם, במעשיו המתוארים בפרט האישום הקודם, גרם בכוונה למותה של **שרה המבורגר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ופראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי").

נאמן למקור

**<u>פרט עשירי:</u> (פ.א. 502/02 ציון)**

<u>**מהות העבירה:**</u> ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

<u>**פרטי העבירה:**</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השמיני, במעשיו המתוארים בפרט האישום השמיני, ניסה לגרום בכוונה למותם של אזרחים רבים ככל הניתן אשר היו באותה עת ברחוב יפו ובקרבתו. כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ופראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"), **נפצעו מעל 45 אזרחים**.

<u>**פרט אחד-עשר:**</u>

<u>**מהות העבירה:**</u> ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

<u>**פרטי העבירה:**</u> הנאשם הנ"ל, באיזור, בסוף חודש ינואר - תחילת חודש פברואר 2002 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. במועד האמור, התקשר אל הנאשם פראס צאדק מחמד ע'אנם (המכונה "אל חיטאווי"). פראס ע'אנם מסר לנאשם כי אחמד ברגותי (המכונה "אל פראנסי"), שומר ראשו של מרוואן ברגותי - ראש "התנזים" של ארגון הפת"ח, שהוא התאחדות בלתי מותרת, מבקש להכניס לירושלים מחבל נוסף, אשר יבצע בירושלים פיגוע התאבדות, דוגמת הפיגוע המתואר בפרט האישום השמיני, במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים להשתתף בהסעת המחבל המתאבד הנ"ל לירושלים.
2. הנאשם ופראס ע'אנם סיכמו כי יסיעו את המחבל המתאבד לירושלים ברכב סובארו, אשר אותו יבקשו מאחמד ברגותי.

3. באותו היום, הנאשם ופראס ע׳אנם נסעו לרמאללה ושם נפגשו עם אחמד ברגותי. הנאשם ופראס ע׳אנם ביקשו מאחמד לקבל רכב לצורך הסעת המחבל המתאבד לירושלים. אחמד ברגותי מסר לידי הנאשם רכב סובארו אפור, השייך למשפחתו של אחמד ברגותי. הנאשם חזר עם רכב הסובארו לביתו בביר נבאללה, ואילו פראס ע׳אנם נסע עם רכב איסוזו טנדר שלו לביתו בכפר עקב.
4. יום למחרת, פראס ברגותי התקשר אל הנאשם ואל פראס ע׳אנם והורה להם להגיע לתחנת הדלק הנמצאת ברמאללה תחתא ולאסוף משם את המחבל המתאבד ולהסיע אותו לירושלים על מנת שיבצע שם את פיגוע ההתאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים.
5. הנאשם נסע ברכב הסובארו עד למחסום קלנדיה, שם הוא החנה את הרכב ועלה לרכב האיסוזו של פראס ע׳אנם שהגיע למקום. משם המשיכו השניים למקום המפגש האמור.
6. ברמאללה, בתחנת הדלק הנ״ל, הנאשם ופראס ע׳אנם נפגשו עם אחמד ברגותי, אשר הציג בפניהם את המחבל המתאבד שהיה עמו. אחמד ברגותי מסר לידי המחבל המתאבד רוס״ר M-16 ושלוש מחסניות מלאות בכדורים לרוס״ר M-16.
7. הנאשם ופראס ע׳אנם הסתירו את רוס״ר M-16 והמחסניות בתוך רכב האיסוזו.
8. הנאשם ופראס ע׳אנם נסעו ביחד עם המחבל המתאבד לירושלים במטרה שהאחרון יבצע שם פיגוע ירי ויגרום למותם של אזרחים רבים ככל הניתן.
9. הנאשם, פראס ע׳אנם והמחבל המתאבד הגיעו למחסום קלנדיה ועקפו אותו. לאחר מכן הנאשם עבר לרכב הסובארו, שהשאיר במקום קודם לכן ונסע לצומת א-ראם. הנאשם עבר ברכב הסובארו את מחסום א-ראם והמתין במקום לפראס ע׳אנם והמחבל המתאבד שעקפו את מחסום א-ראם ברגל. לאחר מכן, פראס ע׳אנם חזר, עלה לרכב האיסוזו, שבו היה מוסתר הנשק, ועבר את מחסום א-ראם כשהוא נוסע לבד ברכב האיסוזו עם הנשק.
10. הנאשם הסיע את המחבל המתאבד עד למסגד בשועפאט. לשם הגיע גם פראס ע׳אנם ברכב האיסוזו עם הנשק והתחמושת.
11. שם, המחבל המתאבד ביקש להיכנס למסגד ולהתפלל לפני שיבצע את פיגוע ההתאבדות. הנאשם ופראס ע׳אנם הסכימו לבקשת המחבל המתאבד.
12. בזמן שהמחבל המתאבד התפלל במסגד האמור, הנאשם ופראס ע׳אנם נסעו ברכב הסובארו לגבעת שאול שבירושלים במטרה לבדוק אם יש בדרך מחסומי צה״ל או משטרה. הנאשם ופראס ע׳אנם תכננו להסיע את המחבל המתאבד לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן וזאת מכיוון שיש במקום האמור אזרחים רבים.
13. כאשר הנאשם ופראס ע׳אנם חזרו למסגד בשועפאט על מנת לאסוף משם את המחבל המתאבד ולהסיע אותו לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן, השניים לא מצאו את המחבל המתאבד במסגד.
14. הנאשם ופראס ע׳אנם התקשרו אל אחמד ברגותי ודיווחו לו כי המחבל המתאבד ברח להם. אחמד ברגותי הורה לנאשם ופראס ע׳אנם לחזור לרמאללה.
15. הנאשם ופראס ע׳אנם חזרו לרמאללה, נפגשו שם עם אחמד ברגותי ומסרו לידי האחרון את רכב הסובארו, את רוס״ר M-16 ואת המחסניות.

נאמן למקור

P 6: 71

נאמן למקור

**עדי התביעה:**

1. רס"מ יעקב ברזני, מ.א. 99106, לח"ק יהודה. [גובה אמרת הנאשם מיום 11.03.02 ומגיש כתב-ידו של הנאשם בערבית + דו"ח תפיסה וסימון]
2. רס"ר יצחק יעקובוף, מ.א. 1008358, לח"ק יהודה. [גובה אמרת הנאשם מיום 01.04.02 ומגיש כתב-ידו של הנאשם בערבית]
3. מחמד ע/רחמאן סאלם מצלח, ת.ז. 902845643. (עצור) (ת.ת. 242/01)
4. חוסאם עקל רג'ב שחאדה, ת.ז. 975564733. (עצור) (ת.ת. 243/02)
5. הייתם אלמותפק חמדאן. (עצור)

**פ.א. 7915/01 ציון**

6. רס"ר ציון ששון, מ.א. 957068, תחנת ציון. [מגיש דו"ח פעולה]
7. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
8. רפ"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
9. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
10. צוערת אדוה מלכה, מ.א. 1049089, מת"מ - תחנת ציון. [מגישה טופס לוואי למוצגים]
11. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
12. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07 - 4539/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
13. ד"ר אייל יצחיאק, מ.ר. 31004, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
14. ד"ר יעקב גלוברמן, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר וייסבויז ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
15. משה וייס, ת.ז. 024001505. (פרטים בתביעה) (נפצע קשה בפיגוע)
16. יפה וקנין, ת.ז. 058857863. (פרטים בתביעה) (עדת ראיה)

**פ.א. 481/01 ציון**

17. טוני עמיאל, ת.ז. 032441040. (פרטים בתביעה) (נהגת רכב ההונדה)
18. פיני מימון, ת.ז. 025759762. (פרטים בתביעה) (נוסע רכב ההונדה)
19. פזית מימון, ת.ז. 040128084. (פרטים בתביעה) (נוסעת רכב ההונדה)

**פ.א. 8379/01 ציון**

20. רפ"ק ליאור נדיבי, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
21. רס"ר גבריאל עבד, מ.א. 958736, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
22. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
23. צוער דרור אברם, מ.א. 1039080, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
24. ציון שדה, ת.ז. 029505724, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
25. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
26. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 4723/01] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
27. סיגל שאזו, תחנת ציון. [מציאת תרמילים בשטח - שרשרת ראיות]
28. מלכה כהן, ת.ז. 038791386. (פרטים בתביעה) (נפגעה בפיגוע)
29. פנחס כהן, ת.ז. 038348256. (פרטים בתביעה) (נפגעה בפיגוע)
30. אוהב עמי יחיאל, ת.ז. 059214320. (פרטים בתביעה) (עד ראיה - טיפל בפצועים)
31. ד"ר יאיר עדן, מ.ר. 33272, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
32. ד"ר מנחם גרוס, מ.ר. 30416, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

**פ.א. 39/02 בנימין**

33. מפקח מיכאל מלכה, מ.א. 1040320, סיור - תחנת בנימין. [מגיש דו"ח פעולה]

נאמן למקור

34. רס"מ קובי סבג, מ.א. 56494, תחנת בנימין. [מגיש זכ"ד תחקור/תפיסה וסימון]
35. רס"ב אלי קוג'מן, מ.א. 46951, מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
36. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
37. רס"ר מאיר וענונו, מ.א. 1018332, תחנת בנימין. [מגיש טופס לוואי למוצגים]
38. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
39. סגן ד"ר ניר אילון, מ.ר. 33216, צה"ל. (פרטים בתביעה) [עדות - קביעת מותה של יואלה חן ז"ל + טיפול בפצועה]
40. ד"ר שאול בייט, מ.ר. 33027, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
41. רחל (רשל) עיני, ת.ז. 075966614. (פרטים בתביעה) (נפצעה בפיגוע)
42. סמי ועקנין, ת.ז. 027798040. (פרטים בתביעה) [עדות + סקיצה] (עד ראיה)
43. נחשון בראשי, ת.ז. 05033235. (פרטים בתביעה) (זיהוי ההרוגה)

**פ.א. 502/02 ציון**

44. פקד דרור אסרף, מ.א. 942276, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
45. רס"ב יגאל דניאל, מת"מ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
46. צוער צביקה רייזנר, מת"מ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + תצלומים]
47. רס"ל ציון טבדי, מ.א. 1043413, מת"מ - תחנת ציון. [מגיש דו"ח פעולה - מציאת צולבת]
48. רס"ב אשר לוי, מ.א. 47720, תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
49. בני עזריאל, ת.ז. 303647598. (פרטים בתביעה) (עד ראיה - רדף אחרי המחבל)
50. עמאד ענידת, מ.א. 739037, מג"ב ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
51. שי כהן, מ.א. 1042043, יח"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
52. נועם גבאי, ת.ז. 033121070, ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
53. חנן בנעים, מ.א. 1049188, יס"מ אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל, הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
54. גנאדי (גיא) מלניק, ת.ז. 309130540. (פרטים בתביעה) (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
55. אלון חלפון, מ.א. 761775, בילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
56. אבי בן-עמי, מ.א. 996140, בילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
57. חיים צאלח, ת.ז. 033401019. (פרטים בתביעה) (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
58. בוריס אבטיסיאן, ת.ז. 309086171. (פרטים בתביעה) (עד ראיה)
59. יקותיאל-ישראל עלוש, ת.ז. 310101647. (פרטים בתביעה) (עד ראיה)
60. משה ממן, ת.ז. 06246911. (פרטים בתביעה) (עד ראיה)
61. טובה יצחקי , ת.ז. 051270353. (פרטים בתביעה) (עד ראיה)
62. מזל יצחקי, ת.ז. 04330150. (פרטים בתביעה) (עדת ראיה)
63. ירון אברהמי, ת.ז. 640712770. (פרטים בתביעה) (עד ראיה)
64. פנחס בנטורה, ת.ז. 055611230. (פרטים בתביעה) (עד ראיה)
65. כפיר קדם, ת.ז. 039381249. (פרטים בתביעה) (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
66. יעקב סנדלר, ת.ז. 307750984. (פרטים בתביעה) (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
67. ד"ר דפנה וילנר, מ.ר. 29234, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל) (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
68. ד"ר ילנה וסלוב, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ל) (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

<u>רשימת עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות הקשורות לפציעתם תימסר במהלך המשפט</u>

מיכאל קוטליק, סרן
תובע צבאי

תאריך: 12.01.2003
סימוכין: 02-241 מתוקן