18. בסביבות השעה 16:20, כשהוא עומד מול בית מס' 47 ברחוב יפו או בסמוך לכך, סעיד רמדאן טען את רוסי"ר M-16 שבו החזיק, צעק "אללה הוא אכבר" ופתח בירי אוטומטי לכל עבר, לעבר האנשים שהיו ברחוב יפו, בתחנת האוטובוס הנמצאת במקום, בתוך אוטובוס "אגד" קו 27 שהיה באותה עת בתחנה הנ"ל וכן לעבר האנשים שהיו בתוך החנויות הסמוכות במטרה לגרום למותם של אנשים רבים ככל הניתן. סעיד רמדאן, כשהוא ממשיך לירות, נמלט מהמקום לעבר החניון הנמצא ברחוב הרב קוק. שם סעיד רמדאן החליף מחסניות והמשיך לירות לעבר האזרחים במטרה לגרום למותם. סעיד רמדאן ירה ברוסי"ר M-16, שבו החזיק, מעל 38 כדורים. סעיד רמדאן המשיך לירות לעבר האזרחים עד שנהרג על-ידי האזרחים והשוטרים שהגיעו למקום.

19. במעשיו המתוארים לעיל, הנאשם הנ"ל גרם בכוונה למותה של **אורה (סבטלנה) סנדלר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן.

### פרט תשיעי:   (פ.א. 502/02 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום הקודם, במעשיו המתוארים בפרט האישום הקודם, גרם בכוונה למותה של **שרה המבורגר ז"ל**, אשר נפטרה כתוצאה מפגיעות הקליעים שנורו על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ו█████████ (המכונה "█████").

### פרט עשירי:   (פ.א. 502/02 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור בפרט האישום השמיני, במעשיו המתוארים בפרט האישום השמיני, ניסה לגרום למותם של אזרחים רבים ככל הניתן אשר היו באותה עת ברחוב יפו ובקרבתו. כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן, אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ו█████ ████ (המכונה "█████"), נפצעו מעל 45 אזרחים.

### פרט אחד-עשר:

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בסוף חודש ינואר - תחילת חודש פברואר 2002 או בסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. במועד האמור, התקשר אל הנאשם █████████ (המכונה "█████") מסר לנאשם כי █████ (המכונה "█████"), שומר ראשו של █████ - ראש "התנזים" של ארגון הפת"ח, שהוא התאחדות בלתי מותרת, מבקש להכניס לירושלים מחבל נוסף, אשר יבצע בירושלים פיגוע התאבדות, דוגמת הפיגוע המתואר בפרט האישום השמיני, במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים להשתתף בהסעת המחבל המתאבד הנ"ל לירושלים.

2. הנאשם ו █████ סיכמו כי יסיעו את המחבל המתאבד לירושלים ברכב סובארו, אשר אותו יבקשו מ █████

ת.ת. 241/02 מתוקן

7

P 6: 70

3. באותו היום, הנאשם ו▮▮▮ נסעו לרמאללה ושם נפגשו עם ▮▮▮. הנאשם ו▮▮▮ ביקשו מ▮▮▮ לקבל רכב לצורך הסעת המחבל המתאבד לירושלים. ▮▮▮ מסר לידי הנאשם רכב סובארו אפור, השייך למשפחתו של ▮▮▮. הנאשם חזר עם רכב הסובארו לביתו בביר נבאללה, ואילו ▮▮▮ נסע עם רכב איסוזו טנדר שלו לביתו בכפר עקב.

4. יום למחרת, ▮▮▮ התקשר אל הנאשם ואל ▮▮▮ והורה להם להגיע לתחנת הדלק הנמצאת ברמאללה תחתא ולאסוף משם את המחבל המתאבד ולהסיע אותו לירושלים על מנת שיבצע שם את פיגוע ההתאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים.

5. הנאשם נסע ברכב הסובארו עד למחסום קלנדיה, שם הוא החנה את הרכב ועלה לרכב האיסוזו של ▮▮▮ שהגיע למקום. משם המשיכו השניים למקום המפגש האמור.

6. ברמאללה, בתחנת הדלק הנ"ל, הנאשם ו▮▮▮ נפגשו עם ▮▮▮, אשר הציג בפניהם את המחבל המתאבד שהיה עמו. ▮▮▮ מסר לידי המחבל המתאבד רובי M-16 ושלוש מחסניות מלאות בכדורים לרובי M-16.

7. הנאשם ו▮▮▮ הסתירו את רובי M-16 והמחסניות בתוך רכב האיסוזו.

8. הנאשם ו▮▮▮ נסעו ביחד עם המחבל המתאבד לירושלים במטרה שהאחרון יבצע שם פיגוע ירי ויגרום למותם של אזרחים רבים ככל הניתן.

9. הנאשם, ▮▮▮ והמחבל המתאבד הגיעו למחסום קלנדיה ועקפו אותו. לאחר מכן הנאשם עבר ברכב הסובארו, שהשאיר במקום קודם לכן ונסע לצומת א-ראם. הנאשם עבר ברכב הסובארו את מחסום א-ראם והמתין במקום ל▮▮▮ והמחבל המתאבד שעקפו את מחסום א-ראם ברגל. לאחר מכן, ▮▮▮ חזר, עלה לרכב האיסוזו, שבו היה מוסתר הנשק, ועבר את מחסום א-ראם כשהוא נוסע לבד ברכב האיסוזו עם הנשק.

10. הנאשם הסיע את המחבל המתאבד עד למסגד בשועפאט. לשם הגיע גם ▮▮▮ ברכב האיסוזו עם הנשק והתחמושת.

11. שם, המחבל המתאבד ביקש להיכנס למסגד ולהתפלל לפני שיבצע את פיגוע ההתאבדות. הנאשם ו▮▮▮ הסכימו לבקשת המחבל המתאבד.

12. בזמן שהמחבל המתאבד התפלל במסגד האמור, הנאשם ו▮▮▮ נסעו ברכב הסובארו לגבעת שאול שבירושלים במטרה לבדוק אם יש בדרך מחסומי צה"ל או משטרה. הנאשם ו▮▮▮ תכננו להסיע את המחבל המתאבד לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן וזאת מכיוון שיש במקום האמור אזרחים רבים.

13. כאשר הנאשם ו▮▮▮ חזרו למסגד בשועפאט על מנת לאסוף משם את המחבל המתאבד ולהסיע אותו לגבעת שאול במטרה שיבצע שם את פיגוע הירי המתוכנן, השניים לא מצאו את המחבל המתאבד במסגד.

14. הנאשם ו▮▮▮ התקשרו אל ▮▮▮ ודיווחו לו כי המחבל המתאבד ברח להם. ▮▮▮ הורה לנאשם ו▮▮▮ לחזור לרמאללה.

15. הנאשם ו▮▮▮ חזרו לרמאללה, נפגשו שם עם ▮▮▮ ומסרו לידי האחרון את רכב הסובארו, את רובי M-16 ואת המחסניות.




8

ת.פ. 741/02 מתוקן

P 6: 71



עדי התביעה:

1. ▇▇▇, לח"ק יהודה. [גובה אמרת הנאשם מיום 11.03.02 ומגיש כתב-ידו של הנאשם בערבית + דו"ח תפיסה וסימון]
2. ▇▇▇, לח"ק יהודה. [גובה אמרת הנאשם מיום 01.04.02 ומגיש כתב-ידו של הנאשם בערבית]
3. ▇▇▇ (עצור) (ת.ת. 242/01)
4. ▇▇▇ (עצור) (ת.ת. 243/02)
5. ▇▇▇ (עצור)

פ.א. 7915/01 ציון

6. ▇▇▇, תחנת ציון. [מגיש דו"ח פעולה]
7. ▇▇▇, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
8. ▇▇▇, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
9. ▇▇▇, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
10. ▇▇▇, מת"מ - תחנת ציון. [מגישה טופס לוואי למוצגים]
11. ▇▇▇, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
12. ▇▇▇, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
13. ▇▇▇, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
14. ▇▇▇, ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר וייסבויז ז"ל] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
15. משה וייס, ת.ז. 024001505. (פרטים בתביעה) (נפצע קשה בפיגוע)
16. ▇▇▇ (פרטים בתביעה) (עדת ראיה)

פ.א. 481/01 ציון

17. טוני עמיאל, ת.ז. 032441040. (פרטים בתביעה) (נהגת רכב ההונדה)
18. פיני מימון, ת.ז. 025759762. (פרטים בתביעה) (נוסע רכב ההונדה)
19. פזית מימון, ת.ז. 040128084. (פרטים בתביעה) (נוסעת רכב ההונדה)

פ.א. 8379/01 ציון

20. ▇▇▇, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + דו"ח תפיסה וסימון]
21. ▇▇▇, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
22. ▇▇▇, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
23. ▇▇▇, מת"מ - תחנת ציון. [מגיש טופס לוואי למוצגים]
24. ▇▇▇, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
25. ▇▇▇, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
26. ▇▇▇, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
27. ▇▇▇, תחנת ציון. [מציאת תרמילים בשטח - שרשרת ראיות]
28. מלכה כהן, ת.ז. 038791386. (פרטים בתביעה) (נפגעה בפיגוע)
29. פנחס כהן, ת.ז. 038348256. (פרטים בתביעה) (נפגעה בפיגוע)
30. ▇▇▇ (פרטים בתביעה) (עד ראיה - טיפל בפצועים)
31. ▇▇▇, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
32. ▇▇▇, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של מלכה כהן] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד)

פ.א. 39/02 בנימין

33. ▇▇▇, סיור - תחנת בנימין. [מגיש דו"ח פעולה]



9

ת.פ. 741/02 מתוקן

נאמן למקור

34. ▇▇▇, תחנת בנימין. [מגיש זכ"ד תחקור/תפיסה וסימון]
35. ▇▇▇ מז"פ יהודה. [מגיש לוחות תצלומים + אסף תרמילים בזירת האירוע]
36. ▇▇▇ המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
37. ▇▇▇, תחנת בנימין. [מגיש טופס לוואי למוצגים]
38. ▇▇▇ משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תע"צ - קבלת מוצגים לבדיקה] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
39. ▇▇▇, צה"ל. (פרטים בתביעה) [עדות - קביעת מותה של יואלה חן ז"ל + טיפול בפצועה]
40. ▇▇▇, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישת מפורשת של הסניגוריה בלבד)
41. רחל (רשל) עיני, ת.ז. 075966614. (פרטים בתביעה) [נפצעה בפיגוע]
42. ▇▇▇ (פרטים בתביעה) [עדות + סקירה] (עד ראיה)
43. ▇▇▇ (פרטים בתביעה) [זיהוי ההרוגה]

**פ.א. 502/02 ציון**

44. ▇▇▇, מת"ימ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון]
45. ▇▇▇, מת"ימ - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
46. ▇▇▇, מת"ימ - תחנת ציון. [מגיש דו"ח זכ"ד, תפיסה וסימון + תצלומים]
47. ▇▇▇, מת"ימ - תחנת ציון. [מגיש דו"ח פעולה - מציאת צולבת]
48. ▇▇▇ תשאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
49. ▇▇▇. (פרטים בתביעה) (עד ראיה - רדף אחרי המחבל)
50. ▇▇▇ מג"ב ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
51. ▇▇▇ יח"ס 2 - תחנת ציון. (עד ראיה - ירה לעבר המחבל)
52. ▇▇▇ ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל וירה לעבר המחבל)
53. ▇▇▇ יס"מ אופנועים - תחנת שלם. (עד ראיה - רדף אחרי המחבל הרחיק את נשקו של המחבל לאחר שהמחבל נהרג)
54. ▇▇▇ (פרטים בתביעה) (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו)
55. ▇▇▇ בילוש - ימ"ר ירושלים. (עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל)
56. ▇▇▇ בילוש - ימ"ר ירושלים. (עד ראיה - ירה לעבר המחבל)
57. ▇▇▇ (פרטים בתביעה) (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע)
58. ▇▇▇ (פרטים בתביעה) (עד ראיה)
59. ▇▇▇ (פרטים בתביעה) (עד ראיה)
60. ▇▇▇ (פרטים בתביעה) (עד ראיה)
61. ▇▇▇ (פרטים בתביעה) (עד ראיה)
62. ▇▇▇ (פרטים בתביעה) (עדת ראיה)
63. ▇▇▇ (פרטים בתביעה) (עד ראיה)
64. ▇▇▇ (פרטים בתביעה) (עד ראיה)
65. ▇▇▇ (פרטים בתביעה) (עד ראיה - ראה את המחבל מגיע למקום הפיגוע ברגל)
66. ▇▇▇ (פרטים בתביעה) (זיהוי גופתה של אורה (סבטלנה) סנדלר ז"ל)
67. ▇▇▇ ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)
68. ▇▇▇, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר ז"ל] (תזומן לפי דרישה מפורשת של הסניגוריה בלבד)

רשימת עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות הקשורות לפציעתם תימסר במהלך המשפט

מיכאל קוטליק, סרן
תובע צבאי

תאריך: 12.01.2003
סימוכין: 02-241 מתוקן

10

ת.ת. 241/02 מתוקן