PLAINTIFF'S EXHIBIT 427

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge [Stamp] Authentic Copy
[Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 1 | |
|---|---|---|---|---|
| Identity No. fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
| Prior Name Passport:- E-891198 | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex Male | Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth Kuwait | Home Phone 059-878131 | Office Phone | |
| Address of Residence Beit Rima | | Name and Address of Workplace Satellite dish assembly | | |
| Mobile telephone no. | Father's Name Ghaleb/ grandfather Abdullah | Parents' Address Jordan | | |

| Mar 12, 2003 | 10:50 a.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff
2  Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military
3  organization, military training without a permit, possession of war materiel, manufacturing explosives and
4  explosive devices, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted
5  murder. You do not have to say anything unless you want to, but whatever you will say will be written down by
6  me and may be used as proof against you in the court.
7  [Arabic signature] Yitzhak Ya'akoboff
8  After I read and translated to the above mentioned individual the content of the text above, he said to me as follows:
9  Question - Have you understood the suspicions against you?
10 Answer - Yes, I have understood.
11 Question - Before we begin the statement, do you have any problem that you wish to tell me about?
12 Answer - No, everything is okay, they woke me up, but all is well.
13 Question - What is your full name as written in your passport?
14 Answer - Abdullah Ghaleb Abdullah Mohamed Al Gamal; that is what it says in my passport.
15 Question - Do you have another last name?
16 Answer - Yes, Barghouti, that is the last name of the large clan and therefore people know me by the name of
17 Abdullah Barghouti.
18 Question - Where were you born and where have you lived?
19 Answer - I was born in Kuwait in 1972 and I was there until 1990, at which time I traveled with my family to
20 Jordan and to this day my family lives in Amman. In 1994 I traveled to South Korea and I was there until 1996,
21 and then I returned to Jordan until 1999. In early 1999 I arrived in the West Bank and I have been here since. I
22 think that in 1997 I came to visit the West Bank, but I am not sure of the date.
23 Question - Tell me about the military training that you had in Kuwait.
24 Answer - In 1989, after the Iraqi forces entered Kuwait, I participated in military training of the Arab Liberation
25 Front. This training lasted about a week and we learned to field strip and assemble a Kalashnikov and after that
26 we fired a Kalashnikov.
27 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement
[Stamp] P 7: 116

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by          Israel Police          Statement No. 1 Sheet No. 2

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ _____Continued_____ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 11:10 a.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  The trainers were Palestinians from Iraq. After the Gulf War ended, I wanted to go out to study in Jordan and I
2  submitted an application, and then they arrested me and interrogated me about the military training that I had
3  had, and I was detained for about a month, and then I departed to Jordan. In Jordan I also participated in training
4  on weapons, but that was within the school.
5  Question - When did you start your military activity in the Hamas?
6  Answer - I do not remember exactly, but I think that it was in May 2001, about half a year after the Al Aqsa
7  Intifada started. I talked with a relative, Bilal Ya'akub Ahmed Barghouti, aged about 25, a resident of Beit Rima,
8  and said to him that I wanted to engage in military activity in the Hamas, and I asked him to introduce me to
9  military activists of the Hamas so that I could work with them in military activity.
10 Question - Why did you talk with Bilal Barghouti about military activity in the Hamas?
11 Answer - Because he himself is a military operative in the Hamas and he is familiar with the military operatives.
12 Question - Did you talk with anybody else concerning the military activity in the Hamas?
13 
14 Answer - Yes. Before I talked to Bilal Barghouti about the military activity in the Hamas, I talked with Akram
15 Salah Barghouti, aged about 35, a resident of Beit Rima, a military operative in the Al Aqsa Martyrs. In that
16 period he had in his home wanted men of the military Tanzim. I asked Akram Barghouti to introduce to me
17 military operatives, and after a few days, Akram Barghouti told me to come to his home. I went to his home and
18 he showed me a pipe bomb and asked me whether I in explosive devices [sic]. This explosive device was sealed
19 on both sides with cement. I took the device to my home and on the following day I took the device to my
20 supermarket, and there I disassembled the explosive device and took out some of the material that was inside the
21 explosive device. After that I lit the material and the material burned well. After that I tried to make electric
22 circuits with an alarm clock and I conducted an experiment with the rest of the explosives that I took out of the
23 explosive device that I took from Akram Barghouti, but I was unsuccessful.
24 (Comment– it is now 11:30 a.m. and the suspect goes out for a toilet break at his request. It is now 11:35 a.m.
25 The suspect is returned to the interviewing room and the statement continues).
26 Question - What did Bilal Barghouti say to you concerning the military activity in the Hamas?
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 117

[Stamp] Authentic Copy  [Stamp] Military Appellate Court in Judea and Samaria

Statement by     Israel Police     Statement No. 1   Sheet No. 3

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____  Continued | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 11:43 a.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  Answer - Bilal Barghouti asked me what I was able to do and I answered him that I could manufacture explosive
2  devices. I took the material from the explosive device that Akram Barghouti had given to me and I also took the
3  clock and I departed with Bilal Barghouti to conduct a trial with the material, but the material did not explode.
4  After that, Bilal Barghouti told me that he wanted to introduce to me a person from Nablus, and that person
5  would decide whether I could work in the manufacturing of explosive devices and explosives.
6  Question - Who is that man from Nablus who was an expert in explosives and explosive devices?
7  Answer - Aiman Halawa, aged about 35, a resident of Nablus, who was killed just more than a year ago.
8  Question - How did you get to know Aiman Halawa?
9  Answer - About three weeks after I asked Bilal Barghouti to introduce me to military operatives of the Hamas, I
10 traveled with Bilal Barghouti to Nablus, where I met an unidentified person called Alsheikh. We met him next to
11 a restaurant in the city hall square in Nablus. We boarded a taxi and the unknown person told the taxi driver to
12 driver to Street No. 10. About four hours before the mosque, I did not see the way that we took because they told
13 me to keep my head down and not look at the road. We arrived at a building in which there were two floors and
14 we descended to the ground floor. I was given a balaclava to wear and they put me in the room. Bilal Barghouti
15 and the identified person stayed in another room. After that, Aiman Halawa entered the room. On that day he
16 was masked, and said to me that his alias was Alsheikh, and only after that did I know that it was Aiman Halawa.
17 Aiman Halawa said that we would meet once a week and he would teach me to manufacture an explosive that
18 was called Um Al Abed, and after that he would teach me to manufacture explosive devices. I told Aiman
19 Halawa that I agreed and that was why I had come to him.
20 Question - What did Aiman Halawa teach you the first time you met him?
21 Answer - He taught me to manufacture an explosive that was called Um Al Abed and about stopwatches.
22 Question - What did you learn in the meetings that you had afterward with Aiman Halawa?
23 Answer - I met him three more times. I would come to a restaurant in Nablus
24 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 118

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by    Israel Police    Statement No. 1 Sheet No. 4

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ <br> **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 12:08 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  where I would meet the unidentified man known as Alsheikh and he would take me to meetings with Aiman
2  Halawa.
3  (Note – the suspect tells me that he has a problem with rheumatism and that he prefers to sit on the floor and not
4  on the chair. I said to the suspect that as far as I was concerned, there was no problem, and he moved to sit on the
5  floor. I said to him that whenever he wanted to, he could sit on the chair again).
6  In my meetings with Aiman Halawa, he taught me to manufacture explosive devices that are activated by
7  connecting a mobile phone to a charge, manufacturing of charges that are activated by the alarm of a vehicle
8  with remote activation, manufacturing of explosive devices that are hidden in a wooden box on which one
10 applies cement with paint to make it look like a stone and inside the wooden box one puts the explosive that is
11 called Um Al Abed. In my next meeting with Aiman Halawa, he taught me to manufacture hand grenades,
12 explosive belts, how to manufacture an explosive device with a drink can. The next time I met Aiman Halawa,
13 he taught me about how we would keep in contact. In addition he also taught me to make poison from potatoes.
14 This is a poison that is put into the explosive device with the explosives, and this substance, i.e. the drug, mixes
15 with the screws that the explosive device contains and this substance also kills the people who are injured after
16 the explosion if a screw laced with the drug enters the body. At the end of each meeting with Aiman Halawa, he
17 would give me a piece of paper with instructions on how to manufacture the explosive devices that he taught me
18 about. In addition, Aiman Halawa told the Sheikh to buy me a Joule mobile phone, and the Sheikh bought me a
19 Joule mobile phone and all of my contact with Aiman Halawa was with this mobile phone. I do not remember
20 the number of the mobile phone.
21 (Comment – the suspect sits back on the chair)
22 Question - Tell me about the explosives and the pistol that Aiman Halawa gave you.
23 Answer - At the end of my second meeting with Aiman Halawa, I with Aiman Halawa and the unknown person
24 Alsheikh took two plastic drums of olives. Into each drum we put in about 13 kg of Um Al Abed explosives.
25 Above the explosives we put in a bag with olives. That is what we did with two drums. In addition, Aiman
26 Halawa gave me a 9 mm pistol
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 119

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by    Israel Police    Statement No. 1 Sheet No. 5

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ _____Continued_____ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 12:47 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  with a magazine containing 14 cartridges. He put the pistol inside a bag in one of the drums. Aiman Halawa told
2  me that we would transfer these two drums with the explosives and the pistol to Beit Rima.
3  Question - How did you transfer the drums with the explosives and the pistol to Beit Rima?
4  Answer - The Sheikh purchased a cupboard from Nablus. Inside the cupboard he put the two drums containing
5  the explosives in the pistol. He gave the cupboard containing the explosives and the pistol to a transport vehicle
6  owner and told him to transfer the cupboard to the Al Amal supermarket in Beit Rima. That is the supermarket
7  that was mine. The Sheikh told the transport driver that the proprietor of the site, i.e. I, was waiting for him at the
8  site. I traveled from Nablus to Salfit and from there to Beit Rima in my vehicle. I traveled to my supermarket,
9  and after about half an hour, the driver arrived with the cupboard containing the drums with the explosives and
10 the pistol. I traveled with the transport driver to my home. There, we took down the cupboard containing the
11 drums with the explosives and the pistol and the driver received money from me and drove off. After about a
12 week, Aiman Halawa sent me with a special delivery driver a gallon [sic] containing 20 liters of $H_2O_2$ (the
13 suspect said this in English). The driver came to me with the substance to Salfit, and there I took the substance to
14 my home.
15 Question - What did you need the substance $H_2O_2$ for?
16 Answer - That is the substance that is used to make the explosives Um Al Abed.
17 (It is now 1:02 p.m. The statement taking is stopped and the suspect and I depart for a noon break.)
18 (It is now 1:36 p.m. The suspect is returned to the interview room and the interview continues.)
19 Note – I explain to the suspect that he is still under warning and that he does not have to say anything unless he
20 wants to and that everything that he would say would be written down by me and might be used as proof against
21 him in court. [Arabic signature] Yitzhak Ya'akoboff
22 
23 Question - Where exactly did you take the two drums with the explosives and the gallon with the $H_2O_2$ substance
24 to?
25 Answer - When I worked in satellite dishes I rented a storeroom from a man called Mustafa Barghouti. He lived
26 in Venezuela. I rented the storeroom through Abdullah Za'al Jamal Barghouti, aged about 33, a resident of Beit
27 Rima, he is my cousin.
28 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 120

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by  Israel Police  Statement No. 1 Sheet No. 6

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ Continued | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 1:44 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  This storeroom is in Beit Rima. I made a laboratory in this storeroom and to there I transferred the explosives
2  and the $H_2O_2$. In addition, I transferred to the laboratory the mechanisms of the remote control that Aiman
3  Halawa sent me with a taxi driver to Salfit. In this laboratory I manufactured the explosives and the explosive
4  devices:
5  Question - What were the first explosive devices that you manufactured in this laboratory in Beit Rima?
6  Answer - Two stone charges. I told you how one makes these explosive devices. The wooden box in these
7  explosive devices measured 25X20X40, into them I inserted the Um Al Abed explosives from the top, I added
8  gypsum with paint so that it would look like a stone.
9  Question - What did you do with these explosive devices?
10  Answer - I informed Aiman Halawa that I had manufactured the explosive devices and he told me to put one of
11  the explosive devices into the trunk of my vehicle and drive to Salfit and leave the automobile next to the girls'
12  school in Salfit, leaving the trunk open, and return after half an hour to take the vehicle. Aiman said that during
13  that time a person would arrive to take the explosive device. I did what Aiman told me to do and left the vehicle
14  with the explosive device in Salfit, and when I returned to the vehicle, I saw that they had taken the explosive
15  device. I know that the person who took the explosive device has the alias Salfit, aged about 25, a resident of
16  Salfit. I do not know his real name. I wish to add that together with the explosive device I put pictures of the
17  explosive device and I wrote on them instructions on how to activate the explosive device so that person would
18  know how to activate the explosive device.
19  
20  Question - What did you do with the second stone explosive device that you made?
21  Answer - I gave it to Bilal Barghouti and after a few days he was arrested by the Preventive Intelligence, and
22  they came to his home and took the explosive device.
23  About a week after I transferred the explosive device to Salfit, as Aiman said to me, he, Aiman, called me and
24  told me that there was a resident of Salfit with whom there was a problem and he asked me for that person to hid
25  in my home for a day or two, and after that I would take him to Salfit and he would return to Nablus. I agreed
26  and met that person in Salfit.
27  [Arabic signature] Yitzhak Ya'akoboff
28  

Time of completion of taking of statement

[Stamp] P 7: 121

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by    Israel Police    Statement No. 1 Sheet No. 7

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ Continued | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 2:11 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  I do not remember the alias of that person. I took that person in my vehicle from Salfit to my home in Beit Rima.
2  He slept over at my place for one night and on the following day I returned him in my vehicle to Salfit and he
3  returned to Nablus.
4  Question - What did you talk about with that person in Salfit when he visited your home?
5  Answer - He told me that he was the one who took the stone explosive device from my vehicle in Salfit and hid
6  it in an abandoned house in Salfit, and there children found it and ruined the explosive device.
7  Question - Did that person tell you where he wanted to place the explosive device?
8  Answer - He said that he wanted to place the explosive device at a bus stop next to Ariel Junction and told me
9  that he wanted me to connect a mobile phone to this explosive device so that he could activate the explosive
10 device remotely. I told him that I would send him two mobile phones so that he could connect one of them to the
11 explosive device, while he was to keep the other to use it to call the mobile phone that was connected to the
12 explosive device and activate the explosive device. But in the end I did not send him the mobile phones and I do
13 not know what he did with that explosive device. I wish to add that then that unidentified person from Salfit was
14 in my home, he gave me a 7 mm [sic] pistol and I gave him the 9 mm pistol that I had received from Aiman
15 Halwa along with 150 cartridges. I swapped pistols with that man because Aiman Halawa told me to do so. As I
16 told you, in the following morning I took him in my vehicle to Salfit and he returned to Nablus.
17 Question - Why did he come to your home and did not travel two days earlier to Nablus?
18 Answer - Because there were checkpoints on the way and he was afraid of being arrest.
19 (Comment – At this stage the suspect moves again to sit on the floor at his request)
20 After two days, Aiman Halawa called me and told me to come to him in Nablus. When I came to him, he gave
21 me 100 dollars and I met with that same unknown person from Salfit in Nablus, and I gave him the hundred
22 dollars that Aiman Halawa had given me. In addition, according to the instruction of Aiman, I gave that
23 unknown person my mobile phone number.
24 Question - What is your connection with the attack that occurred in the supermarket in Jerusalem with the beer
25 can?
26 Answer - During my first meetings with Aiman Halawa, when he taught me to prepare explosives and explosive
27 devices, he told me that there was a young man
28 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 122

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by          Israel Police               Statement No. 1  Sheet No. 8

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **_Continued_** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 2:39 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  who wanted to carry out a suicide attack. Aiman told me to ask Bilal Barghouti whether he had somebody who
2  could bring the suicide bomber into Israel. When I returned to Beit Rima I called Bilal Barghouti and asked him
3  whether he knew a person who would be able to bring a suicide bomber into Israel. Bilal Barghouti told me that
4  he knew somebody but he needed to check the matter out. I talked to Bilal Barghouti when I was on the way to
5  Beit Rima and when I arrived in Beit Rima he told me that there was an attempt to eliminate Hamas operatives in
6  Nablus. On the Al Jazira television they said that the elimination attempt was in Street 10 in Nablus, so we
7  understood that they had tried to eliminate Aiman Halawa. We, i.e. I and Bilal, tried to call Aiman's mobile
8  phone but he did not answer. After about three weeks, Aiman Halawa called me on my mobile phone and told
9  me to come to him in Nablus. I went to him and saw that his hands were burned. I told Aiman that Bilal
10 Barghouti had found somebody who could bring the suicide bomber to Israel. Aiman told me that before that
11 person would take the suicide bomber, we would give him a test and give him a small explosive device to bring
12 into Israel, to see whether that person could be trusted. I agreed and Aiman told me that on the following day he
13 would send me a small explosive device to Ramallah. Aiman said that it would be an explosive device that
14 would explode an hour after its activation. Aiman told me that I would decide where to put the explosive device,
15 i.e. inside a can of juice or something else. In addition, Aiman told me that in the future he would send the
16 suicide bomber to me to Al Bireh and I would meet the suicide bomber at the Gamal Abed-Al Nasser Mosque,
17 and he also gave me code words for the meeting with the suicide bomber (note – the suspect sits again on the
18 chair)
19
20 That night, I returned to Ramallah and I slept in the home in Ramallah. In the morning, Aiman called me and
21 told me that he had sent me the explosive device to Ramallah through a passenger transport driver. I went to the
22 public transport stop and took the package that Aiman had sent me. In side it there was the explosive device.
23 After that I traveled to Beit Rima. I called Bilal Barghouti and asked him what to put the explosive device in.
24 Bilal told me that he wanted to ask the person who would be taking the explosive device. After that, Bilal
25 Barghouti called me and told me to put the explosive device inside a juice can. I said to Bilal that he would buy
26 me three long cans of beer. Bilal bought three long cans of bear and returned to Beit Rima. We opened the beer
27 cans.
28 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 123

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by          Israel Police          Statement No. 1 Sheet No. 9

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence  _____  **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 2:58 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1. I put inside one of the cans the explosive device. Before that of course I poured out the beer that was in the can.
2. After I put the explosive device into the beer can, I put in toilet paper or cotton wool, I do not remember exactly,
3. into the beer can, so that the device would not play inside the can. After that I sealed the can with its cap. I used
4. super glue to connect the cap. On the bottom of the beer can I made a hole and connected an On/Off switch (the
5. suspect says this in English) to it. The switch is connected to the explosive device with electric wires and I did
6. this before I sealed the can. After I prepared the explosive device in the beer can, I gave the explosive device to
7. Bilal Barghouti and he traveled to Ramallah and gave the explosive device to a man who would take it to
8. Jerusalem. After that I talked with Bilal Barghouti by mobile phone and he told me that the explosive device
9. should explode at noontime, at about 1:30 p.m. I heard in the news that they had announced that there was an
10. explosion in a supermarket in Jerusalem and that the explosive device was inside a can of beer. I knew right
11. away that this was the explosive device that I had prepared, but nobody was killed or injured by this explosive
12. device, because it was just like a test for that person before he brought the suicide bomber in.
13. 
14. After a few hours, I heard from residents of Beit Rima that there were checkpoints between Ramallah and Beit
15. Rima and that residents of Beit Rima were being stopped and their mobile phones were being checked, because
16. residents of Beit Rima were the ones who carried out the attack with the beer bomb in the supermarket in
17. Jerusalem. I and Bilal Barghouti understood that they had heard us talking on the mobile phone about the attack
18. and from that day we knew that we were wanted by Israel. On the following day I traveled with my vehicle from
19. Beit Rima to Salfit. I left the vehicle in Salfit and I traveled by passenger transport vehicle to Nablus and from
20. there I traveled by passenger transport vehicle to Ramallah.
21. Question - Why did you not travel from Beit Rima directly to Ramallah?
22. Answer - Because there were checkpoints between Beit Rima and Ramallah.
23. Question - Where exactly did you flee to in Ramallah?
24. Answer - On the day on which I arrived in Ramallah I slept in a hotel and on the following day I went to Bilal
25. Barghouti's home in Ein Um Sharait. At Bilal's home I saw the two drums with the Um Al Abed explosives that
26. Aiman Halawa had sent me, the activation mechanisms of the explosive devices
27. [Arabic signature] Yitzhak Ya'akoboff
28. 

Time of completion of taking of statement

[Stamp] P 7: 124