[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 1 Sheet No. 10

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence ______________ *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 | 3:26 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

and the stone explosive device that I had given him as I told you earlier. That is the explosive device that was taken by the Preventive Security. On the following day I rented a house in Ein Um Sharait next to Bilal Barghouti's home. On the day on which I rented the home, Aiman Halawa called me and I asked him to send me the large explosive device, i.e. the device for the suicide bombing that I told you about earlier in the same was as he had sent me the small explosive device that I put into the beer can, i.e. he was to send me the explosive device by passenger transport vehicle, and only after I would prepare the explosive device would he send me the suicide bomber.

Question - What was your connection to the suicide attack that occurred in the Sbarro Restaurant in Jerusalem?

Answer - That was the suicide attack we talked about, I and Aiman Halawa. As I told you, I asked Aiman to send me the large explosive device for the suicide attack with the passenger transport vehicle, and really after about a week Aiman sent me the large explosive device inside a plant pot in which there was a plastic plant. I went to the passenger transport stop, took the plant pot in which the large explosive device was hidden and I traveled to my home in Ain Um Sharait, where I took the explosive device out of the plant pot.

Question - Describe this explosive device to me.

Answer - It was an explosive device that consisted of two shampoo bottles containing Um Al Abed explosives, two batteries and electrical wires and an activation switch.

Question - What did you do with this explosive device?

Answer - Bilal Barghouti purchased a guitar. That was a natural wood colored guitar. Bilal brought the guitar to my home. I put the explosive device that Aiman Halawa had sent me into the guitar, and I also put in two plastic bags filled with Um Al Abed explosives and also stuck screws with super glue to the wood of the guitar on the inside. I sealed the hole of the guitar with glass so that nobody could see what was inside it. On the other side of the guitar I made a small hole through which I connected the wires to the explosive device and on the other end of the wires I connected the activation switch.

(It is now 3:54 p.m. The statement taking is stopped. The suspect is taken out of the room for dinner and a toilet break. It is now 4:33 p.m. The suspected is returned to the interview room and the statement taking is continued).

Note: I explained to the suspect that he was still giving a statement under warning concerning the suspicions that were attributed to him.

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 125

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 1 Sheet No. 11

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex / Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence *Continued* | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Date | Time | Place | | Ser. No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|
| Mar 12, 2003 | 4:35 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |

I put the guitar containing the explosive device into the guitar's case (the guitar's housing), which was a black cloth case. I made a hole in the guitar case through which I extracted the wires with the switch and I put the switch into a pouch that was on the case of the guitar from above. After that I and Bilal Barghouti called Aiman Halawa and told him that we had finished preparing the explosive device and I concluded with him that he should send on the following day after the noontime prayers the suicide bomber to the Gamal Abed-Al Nasser Mosque in Al Bireh. After that, Bilal Barghouti took the guitar containing the explosive device and took it to his home. I said to Bilal Barghouti that he was to go on the following day after the noontime prayers to the Abed-Al Nasser Mosque and take the suicide bomber from there, and he agreed. Two days after I had prepared the guitar with the explosive device, I met Bilal Barghouti at 10:00 a.m. in the morning in the vegetable market in Ramallah, and he told me that the day before he took the suicide bomber from the Jamal Abed-Al Nasser Mosque and had lodged him in his home, and on the following day in the morning, i.e. that day, when I met Bilal in the market in Ramallah, people came and took the suicide bomber with the guitar containing the explosive device to Jerusalem. After about an hour, i.e. at about 11:00 a.m., I and Bilal Barghouti were arrested for questioning by the Preventive Security in Ramallah. Before they started to interview us, we heard that there had been an attack in the Sbarro Restaurant in Jerusalem and many people had been killed and many people had been injured. Bilal Barghouti told me immediately that it was our attack because he knew that they were going to carry out the attack in a restaurant in Jerusalem and on that evening, after they announced the name of the suicide bomber, Al Masri, Bilal told me that it was definitely our attack because he knew the suicide bomber.

Question - What did they question you about at the Preventive Security?

Answer - It was not an ordinary interview, but only questions. They asked me whether I knew where there were explosive devices and explosives, and I sent them to my apartment in Ein Um Sharait and to my storeroom in Beit Rima and they took from my home in Ein Um Sharait the two drums of olives containing the Um Al Abed explosives in them. Bilal Barghouti transferred to my home these drums when we planned the attack with the guitar. In addition, they took from my home electricity wires, super glue, a soldering iron, from my storeroom in Beit Rima.

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 126

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 1 Sheet No. 12

| Identity No. Fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Office Phone | |
| Address of Residence ________ ***Continued*** | | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | | |

| Mar 12, 2003 | 5:01 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

They took only Um Al Abed explosives. The gallon with 20 liters of $H_2O_2$, they left in the storeroom. I do not know what happened to Bilal with his questioning, but they took from Bilal's home the stone explosive device and the 7 mm [sic] pistol that I had given to Bilal Barghouti on the night before we were arrested.

Question - What did they do with you after the interview?

Answer - We were detained in the Preventive Security prison in Ramallah from that day until the day on which Abu Ali Mustafa was eliminated. After his elimination they released us from the prison.

Question - To where exactly did they release you?

Answer - Jibril Rajoub delivered me and Bilal Barghouti to Marwan Barghouti and we stayed in Marwan Barghouti's home for about three weeks. Marwan Barghouti's home is in Ramallah, it is next to the Arab Bank.

(Note – at this stage, at his request, the suspect moves to sit on the floor)

Question - Who were the people who came to visit you in the period in which you were detained by the Preventive Security?

Answer - (1) Marwan Barghouti. This was the first time I met him. I and Bilal Barghouti asked Marwan Barghouti for clothes and I also said to him that I wanted to see my wife Faida and Marwan brought us clothes and also brought my wife Faida who visited me in the prison of the Preventive Security in Ramallah.

Question - How exactly did your wife come to visit you in the prison?

Answer - My cousin Mohamed Taher Barghouti, aged about 25, a resident of Beit Rima, took my wife Faida to Ahmed Faransi and he, Ahmed Faransi, brought my wife Faida to visit me in prison.

(2) Sheikh Hassan Yusef, known as Abu Musab, and I gave him my bank account number and that of Bilal Barghouti, and also the bank account number of my parents in Amman.

(3) Ahmed Faransi came a few times to visit us with Marwan Barghouti.

(4) Bilal Barghouti's mother.

Question - Tell me about the $H_2O_2$ material that Mohamed Taher Barghouti transferred to you while you were hiding, you and Bilal Barghouti, in Marwan Barghouti's home.

Answer - I told Ahmed Faransi that my storeroom in Beit Rima

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 127

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 1 Sheet No. 13

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 | 5:22 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

had $H_2O_2$, from which one prepares the Um Al Abed explosive, in it. I told Ahmed Alfaransi that Mohamed Taher Barghouti knew where this material was kept and that he should ask him to transfer this material to me. Ahmed Alfaransi met Mohamed Taher Barghouti. Mohamed Taher Barghouti gave Ahmed Alfaransi the gallon containing 20 liters of $H_2O_2$. Ahmed Alfaransi arrived to Marwan Barghouti's home with this gallon, and I traveled in Ahmed Alfaransi's vehicle and transferred the gallon with the $H_2O_2$ material to the home of Bilal Barghouti in the Ein Misbah neighborhood. In addition, on that day, Ahmed Alfaransi bought me a Joule mobile phone, whose number I do not remember.

Question - What explosive devices did you miniature with the $H_2O_2$ material that Mohamed Taher Barghouti transferred to you through Ahmed Alfaransi?

Answer - First of all I made the Um Al Abed explosives in Bilal Barghouti's home. After that I used these explosives for manufacturing four stone explosive devices, three explosive devices in orange juice cartons, these are liter cartons like those of milk. In addition, I used this material for the computer explosive device, an explosive belt and a black cloth bag. The computer explosive device, the explosive belt and the bag of bad cloth in which I put explosives were used by the two suicide bombers who carried out the suicide attack in Jerusalem. They exploded with the explosive belt and the computer and the bag exploded inside a car shortly after they exploded. I do not remember how many people were killed or injured in that attack, but there had not yet been such an attack with two people having committed suicide together immediately followed by the explosion of a vehicle that had an explosive device inside it.

Question - Tell me about the weapon that you bought from Ahmed Alfaransi for Mohamed Taher Barghouti.

Answer - I bought from Ahmed Alfaransi a Kalashnikov and a Belgian 14 pistol, and I gave the war materiel to Mohamed Taher Barghouti. Mohamed Taher Barghouti is the one who asked me to buy him a weapon. I do not know what he wanted the war materiel for.

Question - Tell me about the explosive devices that you manufactured for Marwan Barghouti.

Answer - In the period in which we were hiding, I and Bilal Barghouti, in the home of Marwan Barghouti, he, Marwan, asked me to prepare explosive devices

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 128

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 1 Sheet No. 14

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 | 5:52 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

in order for him to use these explosive devices in case IDF forces would enter Ramallah. About a month after I moved to a house in the Al Iksal neighborhood in Ramallah I manufactured two stone explosive devices for Marwan Barghouti. After that I called Marwan Barghouti and told him that I had prepared two explosive devices for him. In that evening I met Marwan Barghouti in the street in downtown Ramallah. He entered my vehicle and I told him that the explosive devices that I had prepared for him were in the trunk of the vehicle. Marwan Barghouti talked to a few people using his mobile phone and then told me that IDF forces would not be entering Ramallah in the near future and therefore he told me to keep the explosive devices. I returned the explosive devices to the laboratory in Al Iksal Street and after the IDF entered Ramallah I fled from that house, and a person called Salah told me that he had taken all of the things that were in the laboratory, i.e. four stone explosive devices and three juice explosive devices and had given them to another person who was also called Salah, but the first is Salah 2 and the second is Salah 1.

Question - Who is Salah 1?

Answer - My interrogator has shown me a picture and I have identified Ibrahim Hamad, he was the one who was known as Salah 1.

Question - In other words, all of the explosive devices that were taken from the laboratory in Al Iksal Street were transferred to Ibrahim Hamad?

Answer - Yes.

Question - Tell me about your activity with Ibrahim Hamad.

Answer - About ten days after we fled to Marwan Barghouti's home, Bilal Barghouti left Marwan's home. After two days I met Bilal Barghouti, and he told me that he was in an apartment in Ein Misbah and told me to come to an apartment in Ein Misbah, because there was a person there who wanted to see me. Two days after that, I came to Ein Misbah Street, where I met Bilal Barghouti, and he took me to an apartment where I met Ibrahim Hamad, who was known as Salah 1. During the meeting with Ibrahim Hamad, I was masked, although Bilal had told me my full name, I did not want him to see my face.

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 129

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by Israel Police Statement No. 1 Sheet No. 15

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 | 6:12 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

I stayed with Ibrahim Hamad alone in the room and he suggested that I leave Marwan Barghouti's home and come to life with them in their home. I said to Ibrahim Hamad that I wanted to live at home alone and not with Bilal. After that I returned to Marwan Barghouti's home and after two days Ibrahim Hamad told me that they had found an apartment for me. I slept in that apartment one night but I was not happy and I left the apartment. I told Bilal Barghouti of that and I told him that they were to look for another house for me and I returned to Marwan Barghouti's home. After two days, I arrived at Bilal Barghouti's home in the Ein Musbah neighborhood, where I met Ibrahim Hamad again, and he suggested that we work together, and he would be responsible for me for me on the part of the Az A-Din Alqassam Brigades of the Hamas. In addition, he asked me to stop my activity with the Hamas operatives from Nablus and told me that we would carry out attacks with explosive devices that I would manufacture, and also asked me to teach other people how to manufacture explosives and explosive devices. I agreed to everything that Ibrahim Hamad said and then he told me that my alias would be Kamal and that I was to work only with him irrespective of Bilal Barghouti, and that there would be a contact person called Salah 2 who would be the coordinator between us and him. As I said to you, I agreed to everything that Ibrahim Hamad told me.

Question - Why should he be your supervisor?

Answer - Because Ibrahim Hamad was responsible for all of the activity of the military arm of the Hamas in the Ramallah area.

Comment – I explained to the suspect that it was late and therefore we would stop the testimony taking at this stage and continue it tomorrow, God permitting

This is my statement, which was read out before me and translated into Arabic and confirmed as correct with my handwriting.

[Arabic signature] Yitzhak Ya'akoboff Badge No. 100835-8 Master Sergeant [Signature]

Time of completion of taking of statement

[Stamp] P 7: 130

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7: 116-30.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 7: 116-30.

Dated: March 6, 2014

Rina Ne'eman

ss.: New Jersey

On the 6 day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
6 day of March, 2014

Leonor Troyano
Notary Public

LEONOR TROYANO
ID # 2365580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires [illegible]

הודעתו של

030300028

E-891/98

15.10.72

059-878131

12.3.03

נאמן למקור

הודעתו של: / إفادة
משטרת ישראל
גליון מס' 1 / ورقة رقم 2

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לועזיות / الاسم في حروف انكليزية |
|---|---|---|---|
| 8[illegible] | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| E-891/98 | נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل ☐ | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| מען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / عنوان الاب |
|---|---|---|
| | [illegible] / [illegible] | |

בית המשפט הצבאי לערעורים * באיו"ש *

מוצג לזיהוי

| תאריך / التاريخ | שעה / الساعة | מקום / مكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 12.3.03 | 11:10 | [illegible] | 1008528 | [illegible] | [illegible] | [illegible] |

[illegible]

שאלה – [illegible] ?

תשובה – [illegible]

שאלה – [illegible] ?

תשובה – [illegible]

שאלה – [illegible] ?

תשובה – [illegible]

[illegible]

שאלה – [illegible] ?

[illegible]

נאמן למקור









