[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by            Israel Police                         Statement No. 1 Sheet No. 9

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 2:58 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  I put inside one of the cans the explosive device. Before that of course I poured out the beer that was in the can.
2  After I put the explosive device into the beer can, I put in toilet paper or cotton wool, I do not remember exactly,
3  into the beer can, so that the device would not play inside the can. After that I sealed the can with its cap. I used
4  super glue to connect the cap. On the bottom of the beer can I made a hole and connected an On/Off switch (the
5  suspect says this in English) to it. The switch is connected to the explosive device with electric wires and I did
6  this before I sealed the can. After I prepared the explosive device in the beer can, I gave the explosive device to
7  ██████████ and he traveled to Ramallah and gave the explosive device to a man who would take it to
8  Jerusalem. After that I talked with ██████████ by mobile phone and he told me that the explosive device
9  should explode at noontime, at about 1:30 p.m. I heard in the news that they had announced that there was an
10 explosion in a supermarket in Jerusalem and that the explosive device was inside a can of beer. I knew right
11 away that this was the explosive device that I had prepared, but nobody was killed or injured by this explosive
12 device, because it was just like a test for that person before he brought the suicide bomber in.
13 After a few hours, I heard from residents of Beit Rima that there were checkpoints between Ramallah and Beit
14 Rima and that residents of Beit Rima were being stopped and their mobile phones were being checked, because
15 residents of Beit Rima were the ones who carried out the attack with the beer bomb in the supermarket in
16 Jerusalem. I and ██████████ understood that they had heard us talking on the mobile phone about the attack
17 and from that day we knew that we were wanted by Israel. On the following day I traveled with my vehicle from
18 Beit Rima to Salfit. I left the vehicle in Salfit and I traveled by passenger transport vehicle to Nablus and from
19 there I traveled by passenger transport vehicle to Ramallah.
20 Question - Why did you not travel from Beit Rima directly to Ramallah?
21 Answer - Because there were checkpoints between Beit Rima and Ramallah.
22 Question - Where exactly did you flee to in Ramallah?
23 Answer - On the day on which I arrived in Ramallah I slept in a hotel and on the following day I went to ██████
24 ██████ home in Ein Um Sharait. At ██████ home I saw the two drums with the Um Al Abed explosives that
25 ██████ had sent me, the activation mechanisms of the explosive devices
26 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 124

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by         Israel Police         Statement No. 1   Sheet No. 10

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ <br> Continued | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 3:26 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  and the stone explosive device that I had given him as I told you earlier. That is the explosive device that was
2  taken by the Preventive Security. On the following day I rented a house in Ein Um Sharait next to ▆▆▆
3  ▆▆▆▆ home. On the day on which I rented the home, ▆▆▆▆▆▆ called me and I asked him to send me
4  the large explosive device, i.e. the device for the suicide bombing that I told you about earlier in the same was as
5  he had sent me the small explosive device that I put into the beer can, i.e. he was to send me the explosive device
6  by passenger transport vehicle, and only after I would prepare the explosive device would he send me the suicide
7  bomber.
8  Question - What was your connection to the suicide attack that occurred in the Sbarro Restaurant in Jerusalem?
9  Answer - That was the suicide attack we talked about, I and ▆▆▆▆▆▆. As I told you, I asked ▆▆▆ to send
10 me the large explosive device for the suicide attack with the passenger transport vehicle, and really after about a
11 week ▆▆▆ sent me the large explosive device inside a plant pot in which there was a plastic plant. I went to the
12 passenger transport stop, took the plant pot in which the large explosive device was hidden and I traveled to my
13 home in Ain Um Sharait, where I took the explosive device out of the plant pot.
14
15 Question - Describe this explosive device to me.
16 Answer - It was an explosive device that consisted of two shampoo bottles containing Um Al Abed explosives,
17 two batteries and electrical wires and an activation switch.
18 Question - What did you do with this explosive device?
19 Answer - ▆▆▆▆▆▆ purchased a guitar. That was a natural wood colored guitar. ▆▆▆ brought the guitar to
20 my home. I put the explosive device that ▆▆▆▆▆▆ had sent me into the guitar, and I also put in two plastic
21 bags filled with Um Al Abed explosives and also stuck screws with super glue to the wood of the guitar on the
22 inside. I sealed the hole of the guitar with glass so that nobody could see what was inside it. On the other side of
23 the guitar I made a small hole through which I connected the wires to the explosive device and on the other end
24 of the wires I connected the activation switch.
25 (It is now 3:54 p.m. The statement taking is stopped. The suspect is taken out of the room for dinner and a toilet
26 break. It is now 4:33 p.m. The suspected is returned to the interview room and the statement taking is continued).
27 Note: I explained to the suspect that he was still giving a statement under warning concerning the suspicions that
28 were attributed to him.

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 125

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 11 | |
|---|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 4:35 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  I put the guitar containing the explosive device into the guitar's case (the guitar's housing), which was a black
2  cloth case. I made a hole in the guitar case through which I extracted the wires with the switch and I put the
3  switch into a pouch that was on the case of the guitar from above. After that I and ▓▓▓▓▓▓▓ called ▓▓▓▓▓
4  ▓▓▓▓ and told him that we had finished preparing the explosive device and I concluded with him that he
5  should send on the following day after the noontime prayers the suicide bomber to the Gamal Abed-Al Nasser
6  Mosque in Al Bireh. After that, ▓▓▓▓▓▓▓▓▓ took the guitar containing the explosive device and took it to his
7  home. I said to ▓▓▓▓▓▓▓▓ that he was to go on the following day after the noontime prayers to the Abed-Al
8  Nasser Mosque and take the suicide bomber from there, and he agreed. Two days after I had prepared the guitar
9  with the explosive device, I met ▓▓▓▓▓▓▓ at 10:00 a.m. in the morning in the vegetable market in
10 Ramallah, and he told me that the day before he took the suicide bomber from the Jamal Abed-Al Nasser
11 Mosque and had lodged him in his home, and on the following day in the morning, i.e. that day, when I met ▓▓
12 in the market in Ramallah, people came and took the suicide bomber with the guitar containing the explosive
13 device to Jerusalem. After about an hour, i.e. at about 11:00 a.m., I and ▓▓▓▓▓▓▓▓▓ were arrested for
14 questioning by the Preventive Security in Ramallah. Before they started to interview us, we heard that there had
15 been an attack in the Sbarro Restaurant in Jerusalem and many people had been killed and many people had been
16 injured. ▓▓▓▓▓▓▓ told me immediately that it was our attack because he knew that they were going to
17 carry out the attack in a restaurant in Jerusalem and on that evening, after they announced the name of the
18 suicide bomber, ▓▓▓▓▓▓ told me that it was definitely our attack because he knew the suicide bomber.
19 Question - What did they question you about at the Preventive Security?
20 Answer - It was not an ordinary interview, but only questions. They asked me whether I knew where there were
21 explosive devices and explosives, and I sent them to my apartment in Ein Um Sharait and to my storeroom in
22 Beit Rima and they took from my home in Ein Um Sharait the two drums of olives containing the Um Al Abed
23 explosives in them. ▓▓▓▓▓▓▓▓ transferred to my home these drums when we planned the attack with the
24 guitar. In addition, they took from my home electricity wires, super glue, a soldering iron, from my storeroom in
25 Beit Rima.
26 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 126

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by        Israel Police            Statement No. 1 Sheet No. 12

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ Continued _____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 12, 2003 Date | 5:01 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  They took only Um Al Abed explosives. The gallon with 20 liters of $H_2O_2$, they left in the storeroom. I do not
2  know what happened to ▓▓ with his questioning, but they took from ▓▓ home the stone explosive device
3  and the 7 mm [sic] pistol that I had given to ▓▓ on the night before we were arrested.
4  Question - What did they do with you after the interrogation?
5  Answer - We were detained in the Preventive Security prison in Ramallah from that day until the day on which
6  Abu Ali Mustafa was eliminated. After his elimination ▓▓ released us from the prison.
7  Question - To where exactly did they release you?
8  Answer - ▓▓ delivered me and ▓▓ to ▓▓ and we stayed in ▓▓
9  ▓▓ home for about three weeks. ▓▓ 's home is in Ramallah, it is next to the Arab Bank.
10 (Note – at this stage, at his request, the suspect moves to sit on the floor)
11 Question - Who were the people who came to visit you in the period in which you were detained by the
12 Preventive Security?
13 Answer - (1) ▓▓ This was the first time I met him. I and ▓▓ asked ▓▓
14 ▓▓ for clothes and I also said to him that I wanted to see my wife ▓▓ and ▓▓ brought us clothes
15 and also brought my wife ▓▓ who visited me in the prison of the Preventive Security in Ramallah.
16 Question - How exactly did your wife come to visit you in the prison?
17 Answer - My cousin ▓▓, aged about 25, a resident of Beit Rima, took my wife ▓▓ to
18 ▓▓ and he, ▓▓, brought my wife ▓▓ to visit me in prison.
19 (2) ▓▓, known as ▓▓, and I gave him my bank account number and that of ▓▓
20 ▓▓, and also the bank account number of my parents in Amman.
21 (3) ▓▓ came a few times to visit us with ▓▓.
22 (4) ▓▓ 's mother.
23 Question - Tell me about the $H_2O_2$ material that ▓▓ transferred to you while you were
24 hiding, you and ▓▓, in ▓▓ 's home.
25 Answer - I told ▓▓ that my storeroom in Beit Rima
26 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 127

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 13 | |
|---|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence  _____  **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 | 5:22 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  had $H_2O_2$, from which one prepares the Um Al Abed explosive, in it. I told ▮▮▮▮ that ▮▮▮▮
2  ▮▮▮▮ knew where this material was kept and that he should ask him to transfer this material to me.
3  ▮▮▮▮ met ▮▮▮▮ ▮▮▮▮ gave ▮▮▮▮ the gallon
4  containing 20 liters of $H_2O_2$. ▮▮▮▮ arrived to ▮▮▮▮ home with this gallon, and I
5  traveled in ▮▮▮▮ vehicle and transferred the gallon with the $H_2O_2$ material to the home of ▮▮
6  ▮▮▮▮ in the Ein Misbah neighborhood. In addition, on that day, ▮▮▮▮ bought me a Joule mobile
7  phone, whose number I do not remember.
8  Question - What explosive devices did you miniature with the $H_2O_2$ material that ▮▮▮▮
9  transferred to you through ▮▮▮▮
10  Answer - First of all I made the Um Al Abed explosives in ▮▮▮▮ home. After that I used these
11  explosives for manufacturing four stone explosive devices, three explosive devices in orange juice cartons, these
12  are liter cartons like those of milk. In addition, I used this material for the computer explosive device, an
13  explosive belt and a black cloth bag. The computer explosive device, the explosive belt and the bag of bad cloth
14  in which I put explosives were used by the two suicide bombers who carried out the suicide attack in Jerusalem.
15  They exploded with the explosive belt and the computer and the bag exploded inside a car shortly after they
16  exploded. I do not remember how many people were killed or injured in that attack, but there had not yet been
17  such an attack with two people having committed suicide together immediately followed by the explosion of a
18  vehicle that had an explosive device inside it.
19  Question - Tell me about the weapon that you bought from ▮▮▮▮ for ▮▮▮▮ .
20  Answer - I bought from ▮▮▮▮ a Kalashnikov and a Belgian 14 pistol, and I gave the war materiel to
21  ▮▮▮▮ . ▮▮▮▮ is the one who asked me to buy him a weapon. I do not
22  know what he wanted the war materiel for.
23  Question - Tell me about the explosive devices that you manufactured for ▮▮▮▮
24  Answer - In the period in which we were hiding, I and ▮▮▮▮ in the home of ▮▮▮▮ he,
25  ▮▮▮▮ , asked me to prepare explosive devices
26  [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 128

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by                 Israel Police                Statement No. 1 Sheet No. 14

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____  **Continued** | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 5:52 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  in order for him to use these explosive devices in case IDF forces would enter Ramallah. About a month after I
2  moved to a house in the Al Iksal neighborhood in Ramallah I manufactured two stone explosive devices for
3  ▮▮▮▮▮▮▮▮. After that I called ▮▮▮▮▮▮▮▮ and told him that I had prepared two explosive devices
4  for him. In that evening I met ▮▮▮▮▮▮▮▮ in the street in downtown Ramallah. He entered my vehicle and
5  I told him that the explosive devices that I had prepared for him were in the trunk of the vehicle. ▮▮▮▮▮▮
6  ▮▮▮▮ talked to a few people using his mobile phone and then told me that IDF forces would not be entering
7  Ramallah in the near future and therefore he told me to keep the explosive devices. I returned the explosive
8  devices to the laboratory in Al Iksal Street and after the IDF entered Ramallah I fled from that house, and a
9  person called Salah told me that he had taken all of the things that were in the laboratory, i.e. four stone
10 explosive devices and three juice explosive devices and had given them to another person who was also called
11 Salah, but the first is Salah 2 and the second is Salah 1.
12 Question - Who is Salah 1?
13 Answer - My interrogator has shown me a picture and I have identified ▮▮▮▮▮▮▮▮, he was the one who was
14 known as Salah 1.
15 Question - In other words, all of the explosive devices that were taken from the laboratory in Al Iksal Street were
16 transferred to ▮▮▮▮▮▮▮▮
17 Answer - Yes.
18 Question - Tell me about your activity with ▮▮▮▮▮▮▮▮
19 Answer - About ten days after we fled to ▮▮▮▮▮▮▮▮'s home, ▮▮▮▮▮▮▮▮ left ▮▮▮▮▮'s home. After
20 two days I met ▮▮▮▮▮▮▮▮, and he told me that he was in an apartment in Ein Misbah and told me to come to
21 an apartment in Ein Misbah, because there was a person there who wanted to see me. Two days after that, I came
22 to Ein Misbah Street, where I met ▮▮▮▮▮▮▮▮ and he took me to an apartment where I met ▮▮▮▮▮▮
23 who was known as Salah 1. During the meeting with ▮▮▮▮▮▮▮▮ I was masked, although ▮▮ had told me
24 my full name, I did not want him to see my face.
25 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 129

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by          Israel Police          Statement No. 1  Sheet No. 15

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ Continued | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 6:12 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1  I stayed with ▮▮▮▮ alone in the room and he suggested that I leave ▮▮▮▮▮'s home and
2  come to life with them in their home. I said to ▮▮▮▮ that I wanted to live at home alone and not with
3  ▮▮▮ After that I returned to ▮▮▮▮▮▮s home and after two days ▮▮▮▮ told me that they
4  had found an apartment for me. I slept in that apartment one night but I was not happy and I left the apartment. I
5  told ▮▮▮▮▮ of that and I told him that they were to look for another house for me and I returned to
6  ▮▮▮▮▮s home. After two days, I arrived at ▮▮▮▮▮s home in the Ein Musbah
7  neighborhood, where I met ▮▮▮▮ again, and he suggested that we work together, and he would be
8  responsible for me for me on the part of the Az A-Din Alqassam Brigades of the Hamas. In addition, he asked
9  me to stop my activity with the Hamas operatives from Nablus and told me that we would carry out attacks with
10 explosive devices that I would manufacture, and also asked me to teach other people how to manufacture
11 explosives and explosive devices. I agreed to everything that ▮▮▮▮ said and then he told me that my
12 alias would be Kamal and that I was to work only with him irrespective of ▮▮▮▮, and that there would
13 be a contact person called Salah 2 who would be the coordinator between us and him. As I said to you, I agreed
14 to everything that ▮▮▮▮▮ told me.
15
16 Question - Why should he be your supervisor?
17 Answer - Because ▮▮▮▮ was responsible for all of the activity of the military arm of the Hamas in the
18 Ramallah area.
19 Comment – I explained to the suspect that it was late and therefore we would stop the testimony taking at this
20 stage and continue it tomorrow, God permitting
21 This is my statement, which was read out before me and translated into Arabic and confirmed as correct with my
22 handwriting.
23
24 [Arabic signature] Yitzhak Ya'akoboff Badge No. 100835-8 Master Sergeant [Signature]

Time of completion of taking of statement

[Stamp] P 7: 130

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

          Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7: 116-30.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 7: 116-30.

Dated: March 6, 2014

                                                                         Rina Ne'eman

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

_Leonor Troyano_
Notary Public

LEONOR TROYANO
ID # 2385580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/13/2014









