

PLAINTIFF'S
EXHIBIT
427

[Stamp] 2193605 Major Hanan Rubinstein / Military Judge [Stamp] Authentic Copy
[Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | | Statement No. 1 Sheet No. 1 |
|---|---|---|---|
| Identity No. fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport:- E-891198 | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex Male / Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth Kuwait | Home Phone 059-878131 | Office Phone |
| Address of Residence Beit Rima | | Name and Address of Workplace Satellite dish assembly | |
| Mobile telephone no. | Father's Name Ghaleb/ grandfather Abdullah | Parents' Address Jordan | |

| Mar 12, 2003 Date | 10:50 a.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff
2  Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military
3  organization, military training without a permit, possession of war materiel, manufacturing explosives and
4  explosive devices, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted
5  murder. You do not have to say anything unless you want to, but whatever you will say will be written down by
6  me and may be used as proof against you in the court.
   [Arabic signature] Yitzhak Ya'akoboff
9  After I read and translated to the above mentioned individual the content of the text above, he said to me as follows:
10 Question - Have you understood the suspicions against you?
11 Answer - Yes, I have understood.
12 Question - Before we begin the statement, do you have any problem that you wish to tell me about?
13 Answer - No, everything is okay, they woke me up, but all is well.
14 Question - What is your full name as written in your passport?
15 Answer - Abdullah Ghaleb Abdullah Mohamed Al Gamal; that is what it says in my passport.
16 Question - Do you have another last name?
17 Answer - Yes, Barghouti, that is the last name of the large clan and therefore people know me by the name of
18 Abdullah Barghouti.
19 Question - Where were you born and where have you lived?
20 Answer - I was born in Kuwait in 1972 and I was there until 1990, at which time I traveled with my family to
21 Jordan and to this day my family lives in Amman. In 1994 I traveled to South Korea and I was there until 1996,
22 and then I returned to Jordan until 1999. In early 1999 I arrived in the West Bank and I have been here since. I
23 think that in 1997 I came to visit the West Bank, but I am not sure of the date.
24 Question - Tell me about the military training that you had in Kuwait.
25 Answer - In 1989, after the Iraqi forces entered Kuwait, I participated in military training of the Arab Liberation
26 Front. This training lasted about a week and we learned to field strip and assemble a Kalashnikov and after that
27 we fired a Kalashnikov.
28 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement
[Stamp] P 7: 116

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | Israel Police | Statement No. 1 Sheet No. 2 |
|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____  **_Continued_** _____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| <u>Mar 12, 2003</u> Date | <u>11:10 a.m.</u> Time | <u>Jerusalem Police</u> Place | Investigator | <u>100835-8</u> Ser. No. | <u>M. Sgt.</u> Rank | <u>Yitzhak</u> First name | <u>Ya'akoboff</u> Last name |
|---|---|---|---|---|---|---|---|

1  The trainers were Palestinians from Iraq. After the Gulf War ended, I wanted to go out to study in Jordan and I
2  submitted an application, and then they arrested me and interrogated me about the military training that I had
3  had, and I was detained for about a month, and then I departed to Jordan. In Jordan I also participated in training
4  on weapons, but that was within the school.
5  Question - When did you start your military activity in the Hamas?
6  Answer - I do not remember exactly, but I think that it was in May 2001, about half a year after the Al Aqsa
7  Intifada started. I talked with a relative, ███████████████, aged about 25, a resident of Beit Rima,
8  and said to him that I wanted to engage in military activity in the Hamas, and I asked him to introduce me to
9  military activists of the Hamas so that I could work with them in military activity.
10  Question - Why did you talk with ███████████ about military activity in the Hamas?
11  Answer - Because he himself is a military operative in the Hamas and he is familiar with the military operatives.
12  Question - Did you talk with anybody else concerning the military activity in the Hamas?
13  Answer - Yes. Before I talked to ███████████ about the military activity in the Hamas, I talked with ███
14  ███████████ aged about 35, a resident of Beit Rima, a military operative in the Al Aqsa Martyrs. In that
15  period he had in his home wanted men of the military Tanzim. I asked ███████████ to introduce to me
16  military operatives, and after a few days, ███████████ told me to come to his home. I went to his home and
17  he showed me a pipe bomb and asked me whether I in explosive devices [sic]. This explosive device was sealed
18  on both sides with cement. I took the device to my home and on the following day I took the device to my
19  supermarket, and there I disassembled the explosive device and took out some of the material that was inside the
20  explosive device. After that I lit the material and the material burned well. After that I tried to make electric
21  circuits with an alarm clock and I conducted an experiment with the rest of the explosives that I took out of the
22  explosive device that I took from ███████████, but I was unsuccessful.
23  (Comment– it is now 11:30 a.m. and the suspect goes out for a toilet break at his request. It is now 11:35 a.m.
24  The suspect is returned to the interviewing room and the statement continues).
25  Question - What did ███████████ say to you concerning the military activity in the Hamas?
26  [Arabic signature] Yitzhak Ya'akoboff
27
28

Time of completion of taking of statement

[Stamp] P 7: 117

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 3 | |
|---|---|---|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ *Continued* _____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 12, 2003 | 11:43 a.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1 Answer - ▮▮▮▮▮ asked me what I was able to do and I answered him that I could manufacture explosive
2 devices. I took the material from the explosive device that ▮▮▮▮▮ had given to me and I also took the
3 clock and I departed with ▮▮▮▮▮ to conduct a trial with the material, but the material did not explode.
4 After that, ▮▮▮▮▮ told me that he wanted to introduce to me a person from Nablus, and that person
5 would decide whether I could work in the manufacturing of explosive devices and explosives.
6 Question - Who is that man from Nablus who was an expert in explosives and explosive devices?
7
8 Answer - ▮▮▮▮▮ aged about 35, a resident of Nablus, who was killed just more than a year ago.
Question - How did you get to know ▮▮▮▮▮
10 Answer - About three weeks after I asked ▮▮▮▮▮ to introduce me to military operatives of the Hamas, I
11 traveled with ▮▮▮▮▮ to Nablus, where I met an unidentified person called ▮▮▮▮▮ We met him next to
12 a restaurant in the city hall square in Nablus. We boarded a taxi and the unknown person told the taxi driver to
13 driver to Street No. 10. About four hours before the mosque, I did not see the way that we took because they told
14 me to keep my head down and not look at the road. We arrived at a building in which there were two floors and
15 we descended to the ground floor. I was given a balaclava to wear and they put me in the room. ▮▮▮▮▮
16 and the identified person stayed in another room. After that, ▮▮▮▮▮ entered the room. On that day he
17 was masked, and said to me that his alias was ▮▮▮▮▮ and only after that did I know that it was ▮
18 ▮▮▮▮▮ said that we would meet once a week and he would teach me to manufacture an explosive that
19 was called Um Al Abed, and after that he would teach me to manufacture explosive devices. I told ▮▮▮▮
20 ▮▮▮▮▮ that I agreed and that was why I had come to him.
21 Question - What did ▮▮▮▮▮ teach you the first time you met him?
22 Answer - He taught me to manufacture an explosive that was called Um Al Abed and about stopwatches.
23 Question - What did you learn in the meetings that you had afterward with ▮▮▮▮▮?
24 Answer - I met him three more times. I would come to a restaurant in Nablus
25 [Arabic signature] Yitzhak Ya'akoboff
26
27
28

Time of completion of taking of statement

[Stamp] P 7: 118

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by                    Israel Police                    Statement No. 1 Sheet No. 4

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ **Continued** | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| <u>Mar 12, 2003</u> Date | <u>12:08 p.m.</u> Time | <u>Jerusalem Police</u> Place | Investigator | <u>100835-8</u> Ser. No. | <u>M. Sgt.</u> Rank | <u>Yitzhak</u> First name | <u>Ya'akoboff</u> Last name |
|---|---|---|---|---|---|---|---|

1  where I would meet the unidentified man known as ▮▮▮▮ and he would take me to meetings with ▮▮▮▮
2
3  (Note – the suspect tells me that he has a problem with rheumatism and that he prefers to sit on the floor and not
4  on the chair. I said to the suspect that as far as I was concerned, there was no problem, and he moved to sit on the
5  floor. I said to him that whenever he wanted to, he could sit on the chair again).
6  In my meetings with ▮▮▮▮ he taught me to manufacture explosive devices that are activated by
7  connecting a mobile phone to a charge, manufacturing of charges that are activated by the alarm of a vehicle
8  with remote activation, manufacturing of explosive devices that are hidden in a wooden box on which one
9  applies cement with paint to make it look like a stone and inside the wooden box one puts the explosive that is
10  called Um Al Abed. In my next meeting with ▮▮▮▮ he taught me to manufacture hand grenades,
11  explosive belts, how to manufacture an explosive device with a drink can. The next time I met ▮▮▮▮
12  he taught me about how we would keep in contact. In addition he also taught me to make poison from potatoes.
13  This is a poison that is put into the explosive device with the explosives, and this substance, i.e. the drug, mixes
14  with the screws that the explosive device contains and this substance also kills the people who are injured after
15  the explosion if a screw laced with the drug enters the body. At the end of each meeting with ▮▮▮▮, he
16  would give me a piece of paper with instructions on how to manufacture the explosive devices that he taught me
17  about. In addition, ▮▮▮▮ told the ▮▮▮▮ to buy me a Joule mobile phone, and the ▮▮▮▮ bought me a
18  Joule mobile phone and all of my contact with ▮▮▮▮ was with this mobile phone. I do not remember
19  the number of the mobile phone.
20  (Comment – the suspect sits back on the chair)
21  Question - Tell me about the explosives and the pistol that ▮▮▮▮ gave you.
22  Answer - At the end of my second meeting with ▮▮▮▮ I with ▮▮▮▮ and the unknown person
23  took two plastic drums of olives. Into each drum we put in about 13 kg of Um Al Abed explosives.
24  Above the explosives we put in a bag with olives. That is what we did with two drums. In addition, ▮▮▮▮
25  ▮▮▮▮ gave me a 9 mm pistol
26  [Arabic signature] Yitzhak Ya'akoboff
27
28

Time of completion of taking of statement

[Stamp] P 7: 119

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by           Israel Police         Statement No. 1 Sheet No. 5

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| --- | --- | --- | --- |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex     Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ **_Continued_** | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| <u>Mar 12, 2003</u> Date | <u>12:47 p.m.</u> Time | <u>Jerusalem Police</u> Place | Investigator | <u>100835-8</u> Ser. No. | <u>M. Sgt.</u> Rank | <u>Yitzhak</u> First name | <u>Ya'akoboff</u> Last name |
| --- | --- | --- | --- | --- | --- | --- | --- |

1  with a magazine containing 14 cartridges. He put the pistol inside a bag in one of the drums. ██████ told
2  me that we would transfer these two drums with the explosives and the pistol to Beit Rima.
3  Question - How did you transfer the drums with the explosives and the pistol to Beit Rima?
4  Answer - The ██████ purchased a cupboard from Nablus. Inside the cupboard he put the two drums containing
5  the explosives in the pistol. He gave the cupboard containing the explosives and the pistol to a transport vehicle
6  owner and told him to transfer the cupboard to the Al Amal supermarket in Beit Rima. That is the supermarket
7  that was mine. The ██████ told the transport driver that the proprietor of the site, i.e. I, was waiting for him at the
8  site. I traveled from Nablus to Salfit and from there to Beit Rima in my vehicle. I traveled to my supermarket,
9  and after about half an hour, the driver arrived with the cupboard containing the drums with the explosives and
10  the pistol. I traveled with the transport driver to my home. There, we took down the cupboard containing the
11  drums with the explosives and the pistol and the driver received money from me and drove off. After about a
12  week, ██████ sent me with a special delivery driver a gallon [sic] containing 20 liters of $H_2O_2$ (the
13  suspect said this in English). The driver came to me with the substance to Salfit, and there I took the substance to
14  my home.
15  Question - What did you need the substance $H_2O_2$ for?
16  Answer - That is the substance that is used to make the explosives Um Al Abed.
17  (It is now 1:02 p.m. The statement taking is stopped and the suspect and I depart for a noon break.)
18  (It is now 1:36 p.m. The suspect is returned to the interview room and the interview continues.)
19  Note – I explain to the suspect that he is still under warning and that he does not have to say anything unless he
20  wants to and that everything that he would say would be written down by me and might be used as proof against
21  him in court. [Arabic signature] Yitzhak Ya'akoboff
22  Question - Where exactly did you take the two drums with the explosives and the gallon with the $H_2O_2$ substance
23  to?
24  Answer - When I worked in satellite dishes I rented a storeroom from a man called ██████ He lived
25  in Venezuela. I rented the storeroom through ██████ aged about 33, a resident of Beit
26  Rima, he is my cousin.
27  [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 120

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by                    Israel Police                    Statement No. 1 Sheet No. 6

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ _**Continued**_ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| <u>Mar 12, 2003</u> Date | <u>1:44 p.m.</u> Time | <u>Jerusalem Police</u> Place | Investigator | <u>100835-8</u> Ser. No. | <u>M. Sgt.</u> Rank | <u>Yitzhak</u> First name | <u>Ya'akoboff</u> Last name |

1  This storeroom is in Beit Rima. I made a laboratory in this storeroom and to there I transferred the explosives
2  and the $H_2O_2$. In addition, I transferred to the laboratory the mechanisms of the remote control that ████
3  ████ sent me with a taxi driver to Salfit. In this laboratory I manufactured the explosives and the explosive
4  devices:
5  Question - What were the first explosive devices that you manufactured in this laboratory in Beit Rima?
6  Answer - Two stone charges. I told you how one makes these explosive devices. The wooden box in these
7  explosive devices measured 25X20X40, into them I inserted the Um Al Abed explosives from the top, I added
8  gypsum with paint so that it would look like a stone.
9  Question - What did you do with these explosive devices?
10  Answer - I informed ████ that I had manufactured the explosive devices and he told me to put one of
11  the explosive devices into the trunk of my vehicle and drive to Salfit and leave the automobile next to the girls'
12  school in Salfit, leaving the trunk open, and return after half an hour to take the vehicle. ████ said that during
13  that time a person would arrive to take the explosive device. I did what ████ told me to do and left the vehicle
14  with the explosive device in Salfit, and when I returned to the vehicle, I saw that they had taken the explosive
15  device. I know that the person who took the explosive device has the alias ████ aged about 25, a resident of
16  Salfit. I do not know his real name. I wish to add that together with the explosive device I put pictures of the
17  explosive device and I wrote on them instructions on how to activate the explosive device so that person would
18  know how to activate the explosive device.
19  Question - What did you do with the second stone explosive device that you made?
20  Answer - I gave it to ████ and after a few days he was arrested by the Preventive Intelligence, and
21  they came to his home and took the explosive device.
22  About a week after I transferred the explosive device to ████, as ████ said to me, he, ████ called me and
23  told me that there was a resident of Salfit with whom there was a problem and he asked me for that person to hid
24  in my home for a day or two, and after that I would take him to Salfit and he would return to Nablus. I agreed
25  and met that person in Salfit.
26  [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 121

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by                Israel Police                Statement No. 1 Sheet No. 7

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ _____Continued_____ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 | 2:11 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  I do not remember the alias of that person. I took that person in my vehicle from Salfit to my home in Beit Rima.
2  He slept over at my place for one night and on the following day I returned him in my vehicle to Salfit and he
3  returned to Nablus.
4  Question - What did you talk about with that person in Salfit when he visited your home?
5  Answer - He told me that he was the one who took the stone explosive device from my vehicle in Salfit and hid
6  it in an abandoned house in Salfit, and there children found it and ruined the explosive device.
7  Question - Did that person tell you where he wanted to place the explosive device?
8  Answer - He said that he wanted to place the explosive device at a bus stop next to Ariel Junction and told me
10 that he wanted me to connect a mobile phone to this explosive device so that he could activate the explosive
11 device remotely. I told him that I would send him two mobile phones so that he could connect one of them to the
12 explosive device, while he was to keep the other to use it to call the mobile phone that was connected to the
13 explosive device and activate the explosive device. But in the end I did not send him the mobile phones and I do
14 not know what he did with that explosive device. I wish to add that then that unidentified person from Salfit was
15 in my home, he gave me a 7 mm [sic] pistol and I gave him the 9 mm pistol that I had received from ▇▇▇▇
16 along with 150 cartridges. I swapped pistols with that man because ▇▇▇▇▇▇▇ told me to do so. As I
17 told you, in the following morning I took him in my vehicle to Salfit and he returned to Nablus.
18 Question - Why did he come to your home and did not travel two days earlier to Nablus?
19 Answer - Because there were checkpoints on the way and he was afraid of being arrest.
20 (Comment – At this stage the suspect moves again to sit on the floor at his request)
21 After two days, ▇▇▇▇▇▇▇▇ called me and told me to come to him in Nablus. When I came to him, he gave
22 me 100 dollars and I met with that same unknown person from Salfit in Nablus, and I gave him the hundred
23 dollars that ▇▇▇▇▇▇ had given me. In addition, according to the instruction of ▇▇▇▇ I gave that
24 unknown person my mobile phone number.
25 Question - What is your connection with the attack that occurred in the supermarket in Jerusalem with the beer
26 can?
27 Answer - During my first meetings with ▇▇▇▇▇▇, when he taught me to prepare explosives and explosive
28 devices, he told me that there was a young man
[Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 122

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 8 | | |
|---|---|---|---|---|---|---|
| Identity No. Fictitious 030300028 | | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
| Prior Name | | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | | Place of Birth | | Home Phone | Office Phone | |
| Address of Residence _____ *Continued* _____ | | | | Name and Address of Workplace | | |
| Mobile telephone no. | | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | | |

| Mar 12, 2003 | 2:39 p.m. | Jerusalem Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  who wanted to carry out a suicide attack. ▉▉▉ told me to ask ▉▉▉ whether he had somebody who
2  could bring the suicide bomber into Israel. When I returned to Beit Rima I called ▉▉▉ and asked him
3  whether he knew a person who would be able to bring a suicide bomber into Israel. ▉▉▉ told me that
4  he knew somebody but he needed to check the matter out. I talked to ▉▉▉ when I was on the way to
5  Beit Rima and when I arrived in Beit Rima he told me that there was an attempt to eliminate Hamas operatives in
6  Nablus. On the Al Jazira television they said that the elimination attempt was in Street 10 in Nablus, so we
7  understood that they had tried to eliminate ▉▉▉ We, i.e. I and ▉▉ tried to call ▉▉▉ mobile
8  phone but he did not answer. After about three weeks, ▉▉▉ called me on my mobile phone and told
10  me to come to him in Nablus. I went to him and saw that his hands were burned. I told ▉▉ that ▉▉
11  ▉▉▉ had found somebody who could bring the suicide bomber to Israel. ▉▉ told me that before that
12  person would take the suicide bomber, we would give him a test and give him a small explosive device to bring
13  into Israel, to see whether that person could be trusted. I agreed and ▉▉ told me that on the following day he
14  would send me a small explosive device to Ramallah. ▉▉▉ said that it would be an explosive device that
15  would explode an hour after its activation. ▉▉▉ told me that I would decide where to put the explosive device,
16  i.e. inside a can of juice or something else. In addition, ▉▉▉ told me that in the future he would send the
17  suicide bomber to me to Al Bireh and I would meet the suicide bomber at the Gamal Abed-Al Nasser Mosque,
18  and he also gave me code words for the meeting with the suicide bomber (note – the suspect sits again on the
19  chair)
20  That night, I returned to Ramallah and I slept in the home in Ramallah. In the morning, ▉▉▉ called me and
21  told me that he had sent me the explosive device to Ramallah through a passenger transport driver. I went to the
22  public transport stop and took the package that ▉▉▉ had sent me. In side it there was the explosive device.
23  After that I traveled to Beit Rima. I called ▉▉▉ and asked him what to put the explosive device in.
24  ▉▉▉ told me that he wanted to ask the person who would be taking the explosive device. After that, ▉▉
25  ▉▉▉ called me and told me to put the explosive device inside a juice can. I said to ▉▉ that he would buy
26  me three long cans of beer. ▉▉▉ bought three long cans of bear and returned to Beit Rima. We opened the beer
27  cans.
28  [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 123

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by                    Israel Police                    Statement No. 1 Sheet No. 9

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ *Continued* | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 12, 2003 Date | 2:58 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |

1 I put inside one of the cans the explosive device. Before that of course I poured out the beer that was in the can.
2 After I put the explosive device into the beer can, I put in toilet paper or cotton wool, I do not remember exactly,
3 into the beer can, so that the device would not play inside the can. After that I sealed the can with its cap. I used
4 super glue to connect the cap. On the bottom of the beer can I made a hole and connected an On/Off switch (the
5 suspect says this in English) to it. The switch is connected to the explosive device with electric wires and I did
6 this before I sealed the can. After I prepared the explosive device in the beer can, I gave the explosive device to
7 ▓▓▓▓▓▓▓ and he traveled to Ramallah and gave the explosive device to a man who would take it to
8 Jerusalem. After that I talked with ▓▓▓▓▓▓▓ by mobile phone and he told me that the explosive device
10 should explode at noontime, at about 1:30 p.m. I heard in the news that they had announced that there was an
11 explosion in a supermarket in Jerusalem and that the explosive device was inside a can of beer. I knew right
12 away that this was the explosive device that I had prepared, but nobody was killed or injured by this explosive
13 device, because it was just like a test for that person before he brought the suicide bomber in.
14 After a few hours, I heard from residents of Beit Rima that there were checkpoints between Ramallah and Beit
15 Rima and that residents of Beit Rima were being stopped and their mobile phones were being checked, because
16 residents of Beit Rima were the ones who carried out the attack with the beer bomb in the supermarket in
17 Jerusalem. I and ▓▓▓▓▓▓▓ understood that they had heard us talking on the mobile phone about the attack
18 and from that day we knew that we were wanted by Israel. On the following day I traveled with my vehicle from
19 Beit Rima to Salfit. I left the vehicle in Salfit and I traveled by passenger transport vehicle to Nablus and from
20 there I traveled by passenger transport vehicle to Ramallah.
21 Question - Why did you not travel from Beit Rima directly to Ramallah?
22 Answer - Because there were checkpoints between Beit Rima and Ramallah.
23 Question - Where exactly did you flee to in Ramallah?
24 Answer - On the day on which I arrived in Ramallah I slept in a hotel and on the following day I went to ▓▓▓
25 ▓▓▓▓▓ home in Ein Um Sharait. At ▓▓▓ home I saw the two drums with the Um Al Abed explosives that
26 ▓▓▓▓▓▓▓ had sent me, the activation mechanisms of the explosive devices
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 124

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by                Israel Police                    Statement No. 1 Sheet No. 10

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____<br><br>_____*Continued*_____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 12, 2003 Date | 3:26 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  and the stone explosive device that I had given him as I told you earlier. That is the explosive device that was
2  taken by the Preventive Security. On the following day I rented a house in Ein Um Sharait next to ▮▮▮
3  ▮▮▮ home. On the day on which I rented the home, ▮▮▮ called me and I asked him to send me
4  the large explosive device, i.e. the device for the suicide bombing that I told you about earlier in the same was as
5  he had sent me the small explosive device that I put into the beer can, i.e. he was to send me the explosive device
6  by passenger transport vehicle, and only after I would prepare the explosive device would he send me the suicide
7  bomber.
8  Question - What was your connection to the suicide attack that occurred in the Sbarro Restaurant in Jerusalem?
9  Answer - That was the suicide attack we talked about, I and ▮▮▮. As I told you, I asked ▮▮▮ to send
10  me the large explosive device for the suicide attack with the passenger transport vehicle, and really after about a
11  week ▮▮▮ sent me the large explosive device inside a plant pot in which there was a plastic plant. I went to the
12  passenger transport stop, took the plant pot in which the large explosive device was hidden and I traveled to my
13  home in Ain Um Sharait, where I took the explosive device out of the plant pot.
14  Question - Describe this explosive device to me.
15  Answer - It was an explosive device that consisted of two shampoo bottles containing Um Al Abed explosives,
16  two batteries and electrical wires and an activation switch.
17  Question - What did you do with this explosive device?
18  Answer - ▮▮▮ purchased a guitar. That was a natural wood colored guitar. ▮▮▮ brought the guitar to
19  my home. I put the explosive device that ▮▮▮ had sent me into the guitar, and I also put in two plastic
20  bags filled with Um Al Abed explosives and also stuck screws with super glue to the wood of the guitar on the
21  inside. I sealed the hole of the guitar with glass so that nobody could see what was inside it. On the other side of
22  the guitar I made a small hole through which I connected the wires to the explosive device and on the other end
23  of the wires I connected the activation switch.
24  (It is now 3:54 p.m. The statement taking is stopped. The suspect is taken out of the room for dinner and a toilet
25  break. It is now 4:33 p.m. The suspected is returned to the interview room and the statement taking is continued).
26  Note: I explained to the suspect that he was still giving a statement under warning concerning the suspicions that
27  were attributed to him.
28  [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 125

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 11 | |
|---|---|---|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** _____ | | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | | |

| Mar 12, 2003 Date | 4:35 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1 I put the guitar containing the explosive device into the guitar's case (the guitar's housing), which was a black
2 cloth case. I made a hole in the guitar case through which I extracted the wires with the switch and I put the
3 switch into a pouch that was on the case of the guitar from above. After that I and ▮▮▮▮▮▮▮▮▮ called
4 ▮▮▮▮▮ and told him that we had finished preparing the explosive device and I concluded with him that he
5 should send on the following day after the noontime prayers the suicide bomber to the Gamal Abed-Al Nasser
6 Mosque in Al Bireh. After that, ▮▮▮▮▮▮▮▮▮ took the guitar containing the explosive device and took it to his
7 home. I said to ▮▮▮▮▮▮▮▮▮ that he was to go on the following day after the noontime prayers to the Abed-Al
8 Nasser Mosque and take the suicide bomber from there, and he agreed. Two days after I had prepared the guitar
9 with the explosive device, I met ▮▮▮▮▮▮▮▮▮ at 10:00 a.m. in the morning in the vegetable market in
10 Ramallah, and he told me that the day before he took the suicide bomber from the Jamal Abed-Al Nasser
11 Mosque and had lodged him in his home, and on the following day in the morning, i.e. that day, when I met ▮▮▮▮
12 in the market in Ramallah, people came and took the suicide bomber with the guitar containing the explosive
13 device to Jerusalem. After about an hour, i.e. at about 11:00 a.m., I and ▮▮▮▮▮▮▮▮▮ were arrested for
14 questioning by the Preventive Security in Ramallah. Before they started to interview us, we heard that there had
15 been an attack at the Sbarro Restaurant in Jerusalem and many people had been killed and many people had been
16 injured. ▮▮▮▮▮▮▮ told me immediately that it was our attack because he knew that they were going to
17 carry out the attack in a restaurant in Jerusalem and on that evening, after they announced the name of the
18 suicide bomber, ▮▮▮▮▮▮▮ told me that it was definitely our attack because he knew the suicide bomber.
19 Question - What did they question you about at the Preventive Security?
20 Answer - It was not an ordinary interview, but only questions. They asked me whether I knew where there were
21 explosive devices and explosives, and I sent them to my apartment in Ein Um Sharait and to my storeroom in
22 Beit Rima and they took from my home in Ein Um Sharait the two drums of olives containing the Um Al Abed
23 explosives in them. ▮▮▮▮▮▮▮ transferred to my home these drums when we planned the attack with the
24 guitar. In addition, they took from my home electricity wires, super glue, a soldering iron, from my storeroom in
25 Beit Rima.
26 [Arabic signature] Yitzhak Ya'akoboff
27
28

Time of completion of taking of statement

[Stamp] P 7: 126

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by                          Israel Police                    Statement No. 1 Sheet No. 12

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ *Continued* _____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| <u>Mar 12, 2003</u> | <u>5:01 p.m.</u> | <u>Jerusalem Police</u> | Investigator | <u>100835-8</u> | <u>M. Sgt.</u> | <u>Yitzhak</u> | <u>Ya'akoboff</u> |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1 ▮▮▮ took only Um Al Abed explosives. ▮▮▮ I do not
2 know what happened to ▮▮▮ with his questioning, but they took from ▮▮▮ home the stone explosive device
3 and the 7 mm [sic] pistol that I had given to ▮▮▮ on the night before we were arrested.
4 Question - What did they do with you after the interrogation?
5 Answer - We were detained in the Preventive Security prison in Ramallah from that day until the day on which
6 Abu Ali Mustafa was eliminated. After his elimination they released us from the prison.
7
8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9
10 (Note – at this stage, at his request, the suspect moves to sit on the floor)
11 Question - Who were the people who came to visit you in the period in which you were detained by the
12 Preventive Security?
13 Answer - (1) ▮▮▮ This was the first time I met him. I and ▮▮▮ asked
14 ▮▮▮ for clothes and I also said to him that I wanted to see my wife ▮▮▮ and ▮▮▮ brought us clothes
15 and also brought my wife ▮▮▮ who visited me in the prison of the Preventive Security in Ramallah.
16 Question - How exactly did your wife come to visit you in the prison?
17 Answer - My cousin ▮▮▮ aged about 25, a resident of Beit Rima, took my wife ▮▮▮ to
18 ▮▮▮ and he, ▮▮▮ brought my wife ▮▮▮ to visit me in prison.
19 (2) ▮▮▮ known as ▮▮▮, and I gave him my bank account number and that of ▮▮▮
20 ▮▮▮ and also the bank account number of my parents in Amman.
21 (3) ▮▮▮ came a few times to visit us with ▮▮▮
22 (4) ▮▮▮ mother.
23 Question - Tell me about the H₂O₂ material that ▮▮▮ transferred to you while you were
24 hiding, you and ▮▮▮ in ▮▮▮ home.
25 Answer - I told ▮▮▮ that my storeroom in Beit Rima
26 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 127

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria
Statement by                    Israel Police                    Statement No. 1 Sheet No. 13

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ **Continued** _____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 12, 2003 Date | 5:22 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  had H$_2$O$_2$, from which one prepares the Um Al Abed explosive, in it. I told ███████ that ███████
2  ███████ knew where this material was kept and that he should ask him to transfer this material to me.
3  ███████ met ███████████ gave ███████ the gallon
4  containing 20 liters of H$_2$O$_2$. ███████ arrived to ███████ home with this gallon, and I
5  traveled in ███████ vehicle and transferred the gallon with the H$_2$O$_2$ material to the home of
6  ███████ in the Ein Misbah neighborhood. In addition, on that day, ███████ bought me a Joule mobile
7  phone, whose number I do not remember.
8  Question - What explosive devices did you miniature with the H$_2$O$_2$ material that ███████
9  transferred to you through ███████
10 Answer - First of all I made the Um Al Abed explosives in ███████ home. After that I used these
11 explosives for manufacturing four stone explosive devices, three explosive devices in orange juice cartons, these
12 are liter cartons like those of milk. In addition, I used this material for the computer explosive device, an
13 explosive belt and a black cloth bag. The computer explosive device, the explosive belt and the bag of bad cloth
14 in which I put explosives were used by the two suicide bombers who carried out the suicide attack in Jerusalem.
15 They exploded with the explosive belt and the computer and the bag exploded inside a car shortly after they
16 exploded. I do not remember how many people were killed or injured in that attack, but there had not yet been
17 such an attack with two people having committed suicide together immediately followed by the explosion of a
18 vehicle that had an explosive device inside it.
19
20 Question - Tell me about the weapon that you bought from ███████ for ███████
21 Answer - I bought from ███████ a Kalashnikov and a Belgian 14 pistol, and I gave the war materiel to
22 ███████ ███████ is the one who asked me to buy him a weapon. I do not
23 know what he wanted the war materiel for.
24 Question - Tell me about the explosive devices that you manufactured for ███████
25 Answer - In the period in which we were hiding, I and ███████ in the home of ███████ he,
26 ███████, asked me to prepare explosive devices
27 [Arabic signature] Yitzhak Ya'akoboff
28

Time of completion of taking of statement

[Stamp] P 7: 128

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by           Israel Police           Statement No. 1 Sheet No. 14

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ **Continued** _____ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 12, 2003 Date | 5:52 p.m. Time | Jerusalem Police Place | Investigator | 100835-8 Ser. No. | M. Sgt. Rank | Yitzhak First name | Ya'akoboff Last name |
|---|---|---|---|---|---|---|---|

1  in order for him to use these explosive devices in case IDF forces would enter Ramallah. About a month after I
2  moved to a house in the Al Iksal neighborhood in Ramallah I manufactured two stone explosive devices for
3  ████████████. After that I called ████████████ and told him that I had prepared two explosive devices
4  for him. In that evening I met ████████████ in the street in downtown Ramallah. He entered my vehicle and
5  I told him that the explosive devices that I had prepared for him were in the trunk of the vehicle. ████████
6  ████████ talked to a few people using his mobile phone and then told me that IDF forces would not be entering
7  Ramallah in the near future and therefore he told me to keep the explosive devices. I returned the explosive
8  devices to the laboratory in Al Iksal Street and after the IDF entered Ramallah I fled from that house, and a
9  person called ████████ told me that he had taken all of the things that were in the laboratory, i.e. four stone
10 explosive devices and three juice explosive devices and had given them to another person who was also called
11 ████, but the first is ████████ and the second is ████████.
12 Question - Who is
13 Answer - My interrogator has shown me a picture and I have identified ████████████, he was the one who was
14 known as ████████
15 Question - In other words, all of the explosive devices that were taken from the laboratory in Al Iksal Street were
16 transferred to ████████████
17 Answer - Yes.
18 Question - Tell me about your activity with ████████████
19 Answer - About ten days after we fled to ████████s home, ████████ left ████████s home. After
20 two days I met ████████████████, and he told me that he was in an apartment in Ein Misbah and told me to come to
21 an apartment in Ein Misbah, because there was a person there who wanted to see me. Two days after that, I came
22 to Ein Misbah Street, where I met ████████████ and he took me to an apartment where I met ████████████
23 who was known as ████████. During the meeting with ████████████ I was masked, although ████ had told me
24 my full name, I did not want him to see my face.
25 [Arabic signature] Yitzhak Ya'akoboff

Time of completion of taking of statement

[Stamp] P 7: 129

[Stamp] Authentic Copy [Stamp] Military Appellate Court in Judea and Samaria

Statement by                    Israel Police              Statement No. 1 Sheet No. 15

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ **_Continued_** _____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 12, 2003 | 6:12 p.m. | Jerusalem | Police | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
| Date | Time | Place | | | Ser. No. | Rank | First name | Last name |

1  I stayed with ███████████ alone in the room and he suggested that I leave ███████████'s home and
2  come to life with them in their home. I said to ███████ that I wanted to live at home alone and not with
3  ███ After that I returned to ███████ s home and after two days ███████ told me that they
4  had found an apartment for me. I slept in that apartment one night but I was not happy and I left the apartment. I
5  told ███████ of that and I told him that they were to look for another house for me and I returned to
6  ███████ s home. After two days, I arrived at ███████ s home in the Ein Musbah
7  neighborhood, where I met ███████ again, and he suggested that we work together, and he would be
8  responsible for me for me on the part of the Az A-Din Alqassam Brigades of the Hamas. In addition, he asked
10 me to stop my activity with the Hamas operatives from Nablus and told me that we would carry out attacks with
11 explosive devices that I would manufacture, and also asked me to teach other people how to manufacture
12 explosives and explosive devices. I agreed to everything that ███████ said and then he told me that my
13 alias would be Kamal and that I was to work only with him irrespective of ███████, and that there would
14 be a contact person called ███ who would be the coordinator between us and him. As I said to you, I agreed
15 to everything that ███████ told me.
16 Question - Why should he be your supervisor?
17 Answer - Because ███████ was responsible for all of the activity of the military arm of the Hamas in the
18 Ramallah area.
19 Comment – I explained to the suspect that it was late and therefore we would stop the testimony taking at this
20 stage and continue it tomorrow, God permitting
21 This is my statement, which was read out before me and translated into Arabic and confirmed as correct with my
22 handwriting.
23
24 [Arabic signature] Yitzhak Ya'akoboff Badge No. 100835-8 Master Sergeant [Signature]
25
26
27
28

Time of completion of taking of statement

[Stamp] P 7: 130

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 7: 116-30.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document designated bearing the bates number P 7: 116-30.

Dated: March 6, 2014

                                          _____
                                          Rina Ne'eman

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014


Leonor Troyano
Notary Public

LEONOR TROYANO
ID # 2365580
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 5/1/2014





























