
PLAINTIFF'S EXHIBIT 428

June 1, 2003   [Stamp] 2193663 Major Hanan Rubinstein / Military Judge
[Stamp] Authentic Copy   [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by   Israel Police   Statement No. 2 Sheet No. 1

| Identity No. fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name Passport- E-891198 | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex Male / Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth Kuwait | Home Phone 059-878131 | Office Phone |
| Address of Residence Beit Rima | | Name and Address of Workplace Satellite dish assembly | |
| Mobile telephone no. | Father's Name Ghaleb/ grandfather Abdullah | Parents' Address Jordan | |

| Mar 13, 2003 | 10:13 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military organization, military training without a permit, possession of war materiel, manufacturing explosive devices and explosives, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted murder. You do not have to say anything unless you want to, but whatever you will say will be written down by me and may be used as proof against you in the court.
[Arabic signature] Yitzhak Ya'akoboff
After I read and translated to the above mentioned individual the content of the text above, he said to me as follows:
Question - Have you understood the suspicions against you?
Answer - Yes, I have understood.
Question - What have you been doing since we finished taking the statement yesterday until now?
Answer - I ate, drank and slept. That is what I have been doing.
Question - Tell me about the forged identity card that you asked from Mohamed Taher Barghouti.
Answer - After I gave Mohamed Taher Barghouti the war materiel that I purchased from him from Ahmed Alfaransi, I asked Mohamed Taher Barghouti to bring me an identity card so that I could forge it. After about two days Mohamed Taher Barghouti came to me with two identity cards, one of his brother, Arafat Taher Barghouti, and the other of Ashraf Alahmed. I gave these two identity cards to known as Salah 2, who is the contact man between me and Ibrahim Hamad, and on that evening, Salah 2 returned to me with the two identity cards containing my photograph, i.e. I had two forged identity cards, one with the name of Arafat Taher Barghouti and the other with the name Ashraf Alahmed. I returned the original identity cards to Mohamed Taher Barghouti.

[Stamp] P 7: 131

> Question - What do you need an identity card with the name of another person for?
> Answer - What do you mean what for? I told you that I was wanted by Israel since the days of the attack with the beer can so I needed a forged identity card.
> Question - You had two forged identity cards. Which one did you go around with?
> Answer - With the identity card to the name of Ashraf Taher Barghouti.
> [Arabic signature]　　　　　　　　　　　　Yitzhak Ya'akoboff

　　　　　　　　　　　　　　　　　　　　　Time of completion of statement

[Stamp] P 7: 131 [continued]

| [Stamp] Authentic Copy Statement by | | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature] Statement No. 2 Sheet No. 2 | |
|---|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _Continued_ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 10:29 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Question - Did you use this identity card?
Answer - Yes. I told you; all the time I went around with this identity card. There were two instances in which I was stopped for checking by Israel Defense Forces soldiers, I showed them the identity card and they let me go.
Question - Tell me about the war materiel that you purchased from Mohanad Abu Halawa.
Answer - Ibrahim Hamad asked me to buy him an Uzi. I talked to Ahmed Alfaransi and asked him for an Uzi. After two days, Ahmed Alfaransi came to me with Mohanad Abu Halawa and I purchased from Mohanad Abu Halawa the Uzi for 3000 dinars. I gave the Uzi to "Salah 2" and he gave the Uzi to Ibrahim Hamad, alias "Salah 1". In addition, I asked Ahmed Alfaransi for an MP-5 rifle [sic] for me and then Ahmed Alfaransi came to me with Mohanad Abu Halawa and I purchased from Mohanad the MP-5.
Question - What happened after the meeting with Ibrahim Hamad after you decided to work together and carry out attacks with the explosive devices that you would manufacture?
Answer - On the following day, I arrived in the home of Bilal Barghouti in the Ein Musbah neighborhood, and there he gave me a sheet of paper that had my means of contacting "Salah 2" written on it. Bilal received the page from Ibrahim Hamad. In addition, Bilal told me that I had to meet Salah 2 and gave me the place and the date. I met Salah 2 and we went together to the home of Bilal Barghouti. I asked Salah 2 to find me a home and he promised that within two days he would find me a home. In addition, I gave Salah 2 a piece of paper and he wrote which materials I asked him to buy.
Question - What materials did you ask him to buy?
Answer - Materials that are used to manufacture explosives and explosive devices.

[Stamp] P 7: 132

| |
|---|
| After two days, Salah 2 bought me everything that I asked him for and brought me everything to Bilal Barghouti's home. On the following day, Salah 2 took me with his vehicle, a white pickup with three doors, a 1995 model, to see the apartment that he had rented for me in Al Iksal Street in a building that had four floors, and my apartment was on the second floor |
| [Arabic signature]   Yitzhak Ya'akoboff |

_____
Time of completion of statement

[Stamp] P 7: 132 [continued]

| [Stamp] Authentic Copy Statement by | | [Stamp] Military Appellate Court in Judea and Samaria [Signature] | |
|---|---|---|---|
| | Israel Police | Statement No. 2 Sheet No. 3 | |
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _Continued_ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 10:53 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

above a greengrocer's store. The building is next to the Mukata'a. I saw the apartment and I liked it. After that I traveled with Salah 2 and we purchased chloroform, distilled water and thinner.

Question - What do you do with these substances?

Answer - The explosives that are called Um Al Abed.

We took all of the substances that we had purchased to Bilal Barghouti's home, and there I manufactured the explosives "Um Al Abed". After the home that I had rented in Al Iksal Street was ready, i.e. after Salah 2 transferred the furniture to the house, we transferred to my apartment in Al Iksal Street all of the explosives that I had manufactured and also all of the things and the materials that Salah 2 had purchased for me – a soldering iron, electrical wires, batteries, the Uzi and the MP-5 that I had purchased.

Question - But earlier you said that you had purchased the Uzi for Ibrahim Hamad.

Answer - Correct, but I kept the Uzi for about two weeks and only after that did I give it to Ibrahim Hamad.

Question - Did you teach Salah 2 to prepare explosives and explosive devices?

Answer - Yes, I taught him but he is not a great expert.

After I entered my apartment in Al Iksal Street, my connection with Bilal Barghouti was broken off because he would always go from place to place and I did not want any contact with him because I was afraid that he would be arrested, so our connection was broken off.

Question - Did your wife Faida come to visit you in the apartment in Al Iksal Street?

[Stamp] P 7: 133

> Answer - Yes. About three weeks after I entered the apartment in Alarsat Street, I called Mohamed Taher Barghouti, alias "Hamouda" and I met him next to the supermarket in the Alarsat neighborhood, and asked him to bring my wife and the children to the apartment that is opposite Bilal's home in Ein Musbaha Street. After two days, Mohamed Taher Barghouti brought my wife and the children to where I told him to. He called me and said that he had brought them, and then I went to there and I took my wife and the children to my apartment in Alarsat Street. They stayed with me in the apartment for two days and after that returned by taxi to Beit Rima. Two days after they returned to Beit Rima
> [Arabic signature]                               Yitzhak Ya'akoboff

                                      Time of completion of statement

[Stamp] P 7: 133 [continued]

| [Stamp] Authentic Copy Statement by | | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature] Statement No. 2 Sheet No. 4 | |
|---|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence _____ Continued _____ | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 11:20 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Mohamed Taher Barghouti came to visit me in my apartment in Al Iksal Street and then he saw the Uzi and the MP-5 at my place. He would come on many occasions to visit me but he did not sleep over at my place, maybe just once or twice did he sleep in my apartment. About a month after Mohamed Taher Barghouti brought my wife and children to me, I asked him to bring them to me again. I told him to leave them next to the supermarket in Aksal and go. Mohamed Taher Barghouti brought my wife and the children to the supermarket in Aksal Street as I told him and then Salah 2 brought them to my apartment in the Alatimad building. That was not the apartment in Al Iksal building but another apartment that I had moved to.

About two months after I rented the house in Al Iksal Street, Mohamed Taher Barghouti came to my home and told me that he was sleeping at night with Akram Salah Barghouti in Bitunia. That was the same Akram that I told you about yesterday at the beginning of the statement, from whom I took the pipe bomb. He is a resident of Beit Rima and he was in the home of his relative in Bitunia and there Mohamed Taher Barghouti slept at night. I told Mohamed Barghouti that he should take me to meet Akram Barghouti because I wanted to ask Akram about two operatives whom Salah 2 had talked to me about, I do not remember their names, but I wanted Akram to check for me whether they were okay and whether they could be trusted before I introduced them to military activity in the Hamas. I traveled with Mohamed Taher Barghouti in Salah 2's vehicle to Bitunia, where I met Akram Barghouti. I asked him to check these two people for me and I also gave Akram Barghouti NIS 1000 as help for his family, that was money that I had received from the Hamas through Salah 2, and all of the money that I had paid for the rental and for the materials from which I had manufactured explosives and explosive devices I received from the Hamas. I said to Akram that he was to give me a reply concerning these two through Mohamed Taher Barghouti. After about ten days, Salah 2 gave me a note that these two operatives had written, in which they wrote that Akram Barghouti had asked about them and asked me to check whether Akram was okay. After that I transferred a note to Akram Barghouti

[Arabic signature]                                          Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 134

| [Stamp] Authentic Copy Statement by | | [Stamp] Military Appellate Court in Judea and Samaria [Signature] | |
|---|---|---|---|
| | Israel Police | Statement No. 2 Sheet No. 5 | |
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ Continued | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 11:45 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

through Mohamed Taher Barghouti. And I wrote to him that these two had asked about him and that they were okay, and that he should offer them military activity in the Hamas, but after a short period, Israel Defense Forces entered Ramallah and I fled from my home in Al Iksal street, because it was close to the Mukata'a and my connection with Mohamed Taher Barghouti, Akram Barghouti and the two operatives was broken off.

(Note – the suspect, at his request, moves to sit on the floor)

Question - Tell me about the people whom you trained in the manufacturing of explosives and explosive devices in your home in Al Iksal Street.

Answer - Ibrahim Hamad asked me to teach people how to manufacture explosives and explosive devices. About a month and a half after I entered the apartment in Al Iksal Street, it was in the 2001 Ramadan period, Salah 2 told me that he wanted to bring to me a person so that I would train him and I agreed. I said to Salah 2 that he was to buy a bag and that he was to buy all of the materials, i.e. a soldering iron, solder, electrical wires, clocks, batteries, a mobile phone, a silicone gun, silicone. I told him that he was to put all of these materials in a bag and come to me with the bag, when he would bring the man whom I was to teach. That night, Salah 2 came to me with that person. I and that person were masked and I taught him to manufacture explosives and explosive devices, and after that I gave him a photocopy of the page with the instructions on how to manufacture anything. These were the instructions that I had received from Aiman Halawa. After about two days, Salah 2 brought two more people to the apartment and I taught them how to manufacture explosives and explosive devices too. Salah 2 bought for them a bag with all of the materials too and I also gave them a photocopy of the page with the instructions on how to manufacture the explosive devices. I also taught these three people how to manufacture the explosive Um Al Abed and I explained to them how exactly one made the material. Each of these people took with him at the end of the training the bag with all of the materials.

Answer - When did you move to the Alatimad building?

[Stamp] P 7: 135

| |
|---|
| Answer - At the end of the month of Ramadan, IDF forces entered the Mukata'a area and I was afraid. And I immediately fled form the apartment in Al Iksal Street to an apartment in the Alatimad building |
| [Arabic signature]    Yitzhak Ya'akoboff |

_____
Time of completion of statement

[Stamp] P 7: 135 [continued]

[Stamp] Authentic Copy                    [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by          Israel Police          Statement No. 2  Sheet No. 6

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| --- | --- | --- | --- |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _Continued_ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

Mar 13, 2003    12:08 p.m.    Jerusalem Prison    Investigator    100835-8    M. Sgt.    Yitzhak    Ya'akoboff
Date            Time          Location                           Badge no.   Rank       First name  Last name

in the industrial zone of Al Bireh. I had rented that apartment about a month earlier, so that I would have somewhere to flee to. In the apartment in Al Iksal Street I left four stone explosive devices that I had manufactured and three explosive devices that were inside orange juice cartons, which I had also manufactured. In addition, all of the materials, the explosives, and all of the things used to manufacture explosives and explosive devices were left in the apartment.
Question - What happened with the explosive devices and all of the things that stayed in the apartment in Al Iksal Street?
Answer - All of the explosives and other materials and things Salah 2 brought to my apartment in the Alatimad building. Concerning the explosive devices that stayed in the apartment, the stone explosive devices Salah 2 gave to Ibrahim Hamad, who is Salah 1. Concerning the explosive devices that were in the juice cartons, either Mohamed Taher Barghouti took them because he had the key to the apartment, or Salah 2 gave them to Ibrahim Hamad. I did not ask Salah 2 concerning these explosive devices and therefore I do not know what exactly happened.
About three weeks after I entered the apartment in the Alatimad building, Salah 2 brought my wife and children to the apartment. I have already told you about this.
(Note – it is now 12:20 and the suspect is taken out of the interview room for lunch.
It is now 1:00 p.m. The suspect is returned to the interview room and the statement taking continues).
Note – I inform the suspect that he is still under warning and that he does not have to say anything unless he wants to, and everything that he says will be written down by me and may be used as proof against him in court. [Arabic signature] Yitzhak Ya'akoboff
Question - How long did your wife and children stay with you in the apartment in the Alatimad building?

[Stamp] P 7: 136

> Answer - Immediately when I went into the apartment in the Alatimad building I rented an additional apartment in the Shurfa neighborhood from a lawyer called "Abu Khaled". His son Khaled is also a lawyer. I rented the apartment in Shurfa so that I would have somewhere to flee to. About a week after my wife Faida and the children came to me in the apartment in the Alatimad building, we moved to live in the apartment in Shurfa because it was a better house for my wife and children. I lived with my wife and children in the apartment in Shurfa for about a year and three months and the apartment in the Alatimad building served as a laboratory, in which I manufactured the explosives and the explosive devices. During the last month of Ramadan, IDF soldiers set up an observation post
>
> [Arabic signature] Yitzhak Ya'akoboff

                                                                    Time of completion of statement

[Stamp] P 7: 136 [continued]

[Stamp] Authentic Copy  [Stamp] Military Appellate Court in Judea and Samaria [Signature]

| Statement by | Israel Police | Statement No. 2 Sheet No. 7 |
|---|---|---|

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ _Continued_ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 1:28 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

on the rooftop of the house in which I lived in Shurfa. They checked my identity card and I gave them the identity card to the name of Ashraf Alahmed, in which there was my photograph. In addition I also rented the house under this name, and the landlord "Abu Khaled" knew me by that name, i.e. Ashraf.

Question - Tell me about the young man who you trained in the apartment in the Alatimad building.

Answer - About two months after I moved to live in Shurfa, Salah 2 brought to the apartment in the Alatimad building a young man so that I would train him in the preparation of explosives and explosive devices. Salah 2 purchased all of the things like in the past. Salah 2 brought that young man to the apartment in the Alatimad building. Both of us, i.e. I and that young man, were masked. Salah 2 was also masked and I taught that young man how to manufacture explosives and explosive devices. At the end of the training, I gave him the bag with all of the materials and also a photocopy of the page with the manufacturing instructions of the explosive devices. In addition, I gave this young man the alias "Abu Abdullah 5", because he was the fifth person whom I had taught to prepare explosives and explosive devices.

Question - Did you give aliases to the other people whom you trained too?

Answer - To the first I gave the alias "Abu Alia" and after that there were two who came together. To one of them I gave the alias "Abu Masab" and to the other I gave the alias "Abu Ma'ad".

In November 2002, I rented an apartment in Al-Bireh opposite Inash Al Usra (the family welfare association). I moved with my wife and children to this apartment, where they live to this day, and I transferred my laboratory from the apartment in the Alatimad building to the apartment in Shurfa where I lived until that time. Salah 2 is the one who transferred all of the things from the laboratory in the Alatimad building to the apartment in Shurfa, which is now the laboratory for manufacturing explosives and explosive devices. Of course I left the apartment in the Alatimad building.

[Stamp] P 7: 137

> Question - Tell me about the house that you bought in the Alkarama building in Surda.
> Answer - In mid-October 2002 I decided to buy an apartment and not rent any more apartments so that I would not have any problems with landlords and not be asked too many questions. I went to the office of Hassan Abu Latifa, aged about 60, I do not
> [Arabic signature] Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 137 [continued]

| [Stamp] Authentic Copy<br>Statement by | | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature]<br>Statement No. 2 Sheet No. 8 | |
|---|---|---|---|---|
| Identity No. Fictitious<br>030300028 | First Name<br>Abdullah | | Last Name<br>Barghouti | Name in Latin letters |
| Prior Name<br>E-891198 | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Office Phone |
| Address of Residence<br>_____<br>__Continued__ | | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb<br>Grandfather Abdullah | | Parents' Address | |

| Mar 13, 2003 | 1:54 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

know where he lived but I went to his office in Ein Um Sharait. Hassan Abu Latifa owns the Alkarama building in Surda and therefore I went to his office and asked to buy an apartment in the Alkarama building from him. He took me to the Alkarama building in Surda, which is opposite the "Best Eastern" hotel (the suspect said this in English) and showed me the apartment and told me that the price of the apartment was 60,000 dollars. After that I met Salah 2 and told him that I had found an apartment and that I urgently needed 60,000 dollars and he told me that he would check out the matter. After about a week, Salah 2 returned to me and said that he had talked to Ibrahim Khaled, alias Salah 1, and that there was no problem with the money. I went to the office of Hassan Abu Latifa. At the time his secretary, Nasser Jibril, was also in his office, and we made out the contract for the apartment, and during the two months after that, Salah 2 would bring me the money and I would give the money to Hassan Abu Latifa. In two months I paid off the bill of the house.
Question - Where did Salah 2 bring you the money from?
Answer - I told you, Salah 1 gave him the money. All the money came from the Hamas.
Question - When you made the contract with Hassan Abu Latifa, under whose title did you buy the house?
Answer - Under the title Aida Salah Barghouti, aged about 24, a resident of Beit Rima, married to my wife's brother. My wife kept her identity card throughout the time after she had come to me in the house in the Alatimad building, and when my wife and I went to see the apartment, she had that identity card, and therefore, when I made the contract, I had that identity card and I bought the apartment in the name of Aida Salah Barghouti, because Hassan Abu Latifa thought that she was my wife. Aida Barghouti does not even know that I have bought a house under her name.

[Stamp] P 7: 138

Salah 2 did not know where the house that I had bought was and also did not know about the apartment in Al Bireh opposite the Inash Al Usra, so that if they would arrest him, he would not be able to tell where I lived.
Question - Since when has your wife been wanted by Israel?
[Arabic signature]     Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 138 [continued]