רס"ן חגי רובינשטיין 2193663 שופט צבאי 1/6/03

**הודעתו של:** / اعلان تبع

**משטרת ישראל**

הודעה מס' / اعلان رقم: 2

גליון מס' / تسفار رقم: 1

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| פיקטיבי 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / دين |
|---|---|---|---|
| כינוי - E-891/98 | נשוי / متزوج ☒ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل ☐ | זכר | מוסלמי |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| 5.10.72 | כווית | 059-878131 | |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| בית ריմא | הנדסה [illegible] |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الأب | כתובת ההורים / عنوان الأب |
|---|---|---|
| | עאלב \ עבדאללה | ירדן |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 10:50 | מ. ירושלים | 1008358 | רס"ר | צחק | יעקובוב |

ראיתי את הנ"ל בפני ואמרתי לו: אני איש משטרה צחק יעקובוב מ.א. 1008358 מודיע לך כי אתה חשוד בחברות בארגון החמאס הצבאי, אימון צבאי, ייצור נשק, החזקת אמל"ח, ייצור מטעני חבלה והחזקת נפץ (?) הכנת פיגועים נגד ישראלים, פיגועים נגד ישראלים, רצח ונסיון רצח. אינך חייב לומר דבר אלא אם רצונך בכך אולם כל אשר תאמר ירשם [illegible] לשמש הוכחה נגדך בבית המשפט

عبد الله غالب عبد الله البرغوثي (عبد الله) צחק יעקובוב

לאחר שהקראתי ותרגמתי לנ"ל את תוכן האזהרה לנ"ל אמר לי שהבין

שאלה- האם הבנת את החשדות נגדך?

תשובה- כן הבנתי הכל.

שאלה- מה עשית מאז [illegible] את העדות [illegible]?

תשובה- [illegible] [illegible] כמו שעשיתי.

שאלה- ספר לי על [illegible] [illegible] [illegible] מאחמד [illegible]?

תשובה- לאחר [illegible] [illegible] [illegible] את [illegible] [illegible] לי [illegible] [illegible] אני [illegible] [illegible] [illegible] [illegible] [illegible] לי [illegible] [illegible] כדי [illegible] [illegible] [illegible]. לאחר [illegible] [illegible] [illegible] [illegible] [illegible] עם [illegible] [illegible] [illegible] אחת של אחיו [illegible] [illegible] [illegible] [illegible] אשרף [illegible] את [illegible] [illegible] [illegible] [illegible] אני [illegible] [illegible] "[illegible]" [illegible] [illegible] [illegible] אני [illegible] [illegible] [illegible] [illegible] "[illegible]" [illegible] [illegible] עם [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] על שם [illegible] [illegible] [illegible] [illegible] על שם אשרף [illegible], [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

שאלה- [illegible] מה [illegible] [illegible] [illegible] [illegible] על שם [illegible] [illegible]?

תשובה- [illegible] [illegible] [illegible]. אמרתי לך [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] עם [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

שאלה- [illegible] [illegible] [illegible] [illegible] [illegible] עם [illegible] [illegible] [illegible]?

תשובה- [illegible] [illegible] [illegible] על שם אשרף [illegible] [illegible]

שעת סיום גביית ההודעה

عبد الله غالب عبد الله البرغوثي (عبد الله) צחק יעקובוב

משטרת ישראל

הודעתו של: / اعلان تبع — הודעה מס' / اعلان رقم: 2 — גליון מס' / نسخة رقم: 2

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 030300228 | עבדאללה | ברגותי | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| E-891/98 | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| [illegible] | [illegible] | | |

מען מגורים العنوان: [illegible] — שם ומען מקום העבודה اسم وعنوان مكان العمل:

מס' טלפון נייד رقم الهاتف اللاسلكي: — שם האב اسم الاب: עבדאללה / עבדאללה — כתובת ההורים العنوان الاب:

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 1029 | מ. ירושלים | [illegible] | רס"ר | יצחק | יעקובוב |

שאלה- האם השתתפת בפעולה בכפר הדתי?

תשובה- כן. אמרתי לך כל הזמן [illegible] את הפעולה בכפר הדתי [illegible] [illegible] [illegible] נתן לי [illegible]

שאלה- ספר לי על המלחמה שקנית לנשק אבו חמזה?

תשובה- אברהים חאמד ביקש ממני לקנות לו נשק. אני [illegible] [illegible] [illegible] ממנו [illegible] [illegible] [illegible] [illegible] עם [illegible] אבו חמזה [illegible] [illegible] ב- 3000 דינר [illegible] "חמאס 2" [illegible] לאברהים חאמד המכונה "[illegible] 1". כמו כן אני [illegible] [illegible] MP-5 [illegible] [illegible] [illegible] [illegible] את ה- MP-5

שאלה- מה קרה לאחר הפגישה עם אברהים חאמד לאחר [illegible] [illegible] [illegible] עם [illegible] [illegible]?

תשובה- [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

שאלה- [illegible] חומרים [illegible] ממנו לקנות?

תשובה- חומרים [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

שעת סיום גביית ההודעה

יצחק יעקובוב — عبد الله غالب البرغوثي

P 7: 132

הודעתו של: / علان تبع | משטרת ישראל | הודעה מס' 2 / اعلان رقم | גליון מס' 3 / نسخة رقم

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| פ.ל.ש. 0303000258 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| -1973 E-89//98 | נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل ☐ | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | כווית | | |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | עבדאללה / [illegible] | |

| התאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 10:53 | ל. ירושלים | 1008358 | רס"ר | [illegible] | [illegible] |

מאז תנור ירקות. הבניין נמצא ליד [illegible]. ראיתי את הדירה והיא נמצאת [illegible]. אחר כך [illegible] נסעתי [illegible] 3 [illegible] 2 וקנינו [illegible], [illegible] (מאי- נגר) [illegible]

שאלה- מה עושים מהחומרים האלה?

תשובה- את חומר הנפץ [illegible] את [illegible] החומרים שקנינו לקחנו לבית [illegible] ושם "[illegible]" את חומר הנפץ "[illegible]". לאחר [illegible] היה מוכן [illegible] לאחר [illegible] 2 [illegible] (אקסוס) [illegible] [illegible] [illegible] את [illegible] חומר הנפץ [illegible] [illegible] [illegible] 2 [illegible] [illegible] MP-3 [illegible]

שאלה- [illegible] אמר לי [illegible]?

תשובה- נכון [illegible] [illegible] [illegible]

שאלה- האם [illegible] 2 להכין חומר נפץ [illegible]?

תשובה- כן [illegible] אותו [illegible] לא [illegible] לאחר [illegible] לדירה [illegible] [illegible] כי [illegible] [illegible] כי [illegible] [illegible] [illegible]

שאלה- האם [illegible] בדירה [illegible]?

תשובה- כן. [illegible] לדירה [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] לדירה [illegible] הם נשארו אצלי בדירה [illegible] ימים ואחר כך הלכו [illegible] ימים [illegible] [illegible]

שעת סיום גביית ההודעה

(3.2002) 6000X50X2

[illegible] [illegible] [illegible] (signature in Arabic)

משטרת ישראל

הודעתו של: / افادة:

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 4

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم بحروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| E-891198 | נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

מען מגורים / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الأب: עבדאללה / עבד אללה

כתובת ההורים / العنوان الاب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13.3.03 | 11:20 | מ. ירושלים | | 1008[illegible] | רס"ר | [illegible] | [illegible] |

שעת סיום גביית ההודעה

הודעתו של: / اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 5

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| [illegible] | E-89/198 ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

מען מגורים / العنوان:

שם ומען מקום העבודה / اسم وعنوان مكان العمل:

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | [illegible] | מ. ירושלים | 1008[illegible] | [illegible] | [illegible] | [illegible] |

דרך [illegible] אחר [illegible] [illegible] את [illegible] האלה [illegible] [illegible] [illegible] במסגד [illegible] [illegible] [illegible] [illegible] [illegible] אחר [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] כי זה היה [illegible] [illegible] [illegible] של [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

(הערה- החשוד על פי בקשתו עבר לספר על [illegible])

שאלה- ספר לי על האנשים אחרים [illegible] [illegible] [illegible] [illegible] [illegible] בעיר [illegible] ברחוב [illegible]?

תשובה- [illegible] האלה [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ברחוב [illegible] זה היה בתקופה [illegible] של שנה 2001 בערך [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] האנשים [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] האנשים [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

שאלה- [illegible] [illegible] [illegible] [illegible] [illegible]?

תשובה- [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ברחוב [illegible] [illegible] [illegible] [illegible]

[illegible signature] [illegible signature]

שעת סיום גביית ההודעה









**משטרת ישראל**

**הודעתו של:** / اعلان تبع

הודעה מס' / اعلان رقم: 2 | גליון מס' / نسخة رقم: 6

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| [illegible] E-891/98 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| 1973 | [illegible] | | |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | עבדאללה / [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 12:50 | מ. ירושלים | 1008588 | רס"ב | יצחק | [illegible] |

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] 12:50 [illegible]

[illegible] 13:50 [illegible]

[illegible]

[illegible]

[illegible] عبدالله البرغوثي (עבדאללה) [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה

عبدالله [illegible] البرغوثي (עבדאללה) יצחק [illegible]

(3.2002) [illegible]

P 7: 136

משטרת ישראל

הודעתו של: / اعلان تبع:

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 7

| מספר זהות רקם الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | | | |

שם קודם الاسم السابق / מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل / מין الجنس / דת الدين

E- 89/198

תאריך לידה تاريخ الولادة / מקום לידה مكان الولادة / טל' בבית التلفون في البيت / טל' בעבודה التلفون بمكان العمل

מען מגורים العنوان / שם ומען מקום העבודה اسم وعنوان مكان العمل

מס' טלפון נייד رقم الهاتف اللاسلكي / שם האב اسم الاب / כתובת ההורים العنوان الاب

תאריך التاريخ: 13.3.03 / שעה الساعة: 13:28 / מקום المكان / החוקר المحقق / מס' אישי الرقم الشخصي / דרגה الرتبة / שם פרטי الاسم الشخصي / שם משפחה اسم العائلة

שעת סיום גביית ההודעה

הודעתו של: / إفادة

משטרת ישראל

הודעה מס׳ 2 / גיליון מס׳ 8

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف لاتينية |
| --- | --- | --- | --- |
| 030300028 | | | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| E-891/98 | ☐ נשוי ☐ רווק ☐ גרוש ☐ אלמן | | |

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל׳ בבית / التلفون في البيت — טל׳ בעבודה / التلفون بمكان العمل

מען המגורים / العنوان — שם ומען מקום העבודה / اسم وعنوان مكان العمل

טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الأب — כתובת ההורים / عنوان الأب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס׳ אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | 13:54 | | 1008358 | | | |

שעת סיום גביית ההודעה

P 7: 138

הודעתי שלי! / اعلان تبع

משטרת ישראל

הודעה מס' 2 / اعلان رقم

גיליון מס' 9 / نسخة رقم

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | | | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| E-89198 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל' בבית / التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

מען מגורים / المسكن — שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب — כתובת ההורים / العنوان الاب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | 14:6 | | | 1008358 | | | |

שעת סיום גביית ההודעה

**הודעתו של:** / اعلان تبع — **משטרת ישראל** — הודעה מס' / اعلان رقم: 2 — גליון מס' / نسخة رقم: 10

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف لنكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| ברגותי E-89198 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' מעביד / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

מען מגורים / العنوان:

שם ומען מקום העבודה / اسم وعنوان مكان العمل:

מס' טלפון נייד / رقم الهاتف اللاسلكي:

שם האב / اسم الاب: עבדאללה / אבדאללה — כתובת ההורים / العنوان الاب:

| תאריך / التاريخ | שעה / ساعة الساعة | מקום / مكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 14:42 | מ. ירושלים | 1008358 | רס"ר | יצחק | יששכר |

בה קרלון 2 ליטר מלא [illegible] 2 לקח את הבלון הזה ונתן אותו כדי שימלא [illegible] פיגוע אם הוא סובר לי שהבלון לא עבד

שאלה- מה הקשר שלך לפיגוע הרב-אבדות שהיה בקפה מומנט בירושלים?

תשובה- אני ייצרתי את הצורת הנפץ איתו עשה [illegible] את פיגוע הרב-אבדות בקפה מומנט בירושלים

שאלה- מי ביקש ממך לייצר את הצורת הנפץ הזאת?

תשובה- [illegible] שהיינו בדירה בבנין [illegible] בלאל 2 הגיע לדירה אמר לי שהחברים [illegible] את בלאל 1 רוצה שאני אכין צורת נפץ עבור [illegible] לפיגוע. אני ייצרתי את צורת הנפץ [illegible] ובלאל 2 לקח את צורת הנפץ הזאת ונתן אותו לאחראים האלה בלי שאני ידעתי. שייצרתי את צורת הנפץ הזאת היה הפיגוע קפה מומנט-

שאלה- תספר לי איך ייצרת את צורת הנפץ הזאת?

תשובה- לקחתי על [illegible] ([illegible]) ([illegible]) שמצבר בחומר כדי [illegible] בגודל של 60X30 [illegible] ואחר כך [illegible] הבדקתי [illegible] אחר כך [illegible] סגרתי את הצדדים עם [illegible] ([illegible]). אחר כך הדבקתי [illegible] [illegible] [illegible] לא הדבקתי [illegible] [illegible] [illegible] בקבוק [illegible] [illegible] [illegible] [illegible] [illegible] ש [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] המחוברים [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

שאלה- מה ידוע [illegible] [illegible] [illegible] את פיגוע [illegible] קפה מומנט עם צורת הנפץ שאתה ייצרת עבורו?

תשובה- יומיים [illegible] הפיגוע בקפה מומנט בלאל 2 [illegible]

שעת סיום גביית ההודעה:

עבדאללה غالب عبدالله البرغوثي (عبدالله) — יצחק יששכר

P 7: 140

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 11

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | | | |

שם קודם / الاسم السابق — מצב משפחתי / الحالة الاجتماعية: רווק / اعزب, נשוי / متزوج, גרוש / مطلق, אלמן / ارمل — מין / الجنس — דת / الدين

E-891/98

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל' בבית / التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

מען מגורים / العنوان — שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب — כתובת ההורים / العنوان الاب

תאריך / التاريخ: 13.3.03 — שעה / الساعة — מקום / المكان — החוקר / المحقق — מס' אישי / الرقم الشخصي — דרגה / الرتبة — שם פרטי / الاسم الشخصي — שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

הודעתו של: / اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 12

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | [illegible] | [illegible] | |

שם קודם / الاسم السابق: E-891198

מצב משפחתי / الحالة الاجتماعية: ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل

מין / الجنس | דת / الدين

תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل

המען / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب

תאריך / التاريخ: 13.3.03 | שעה / الساعة: 1656 | מקום / المكان: [illegible]

החוקר / المحقق: מס' אישי / الرقم الشخصي: 00835-8 | דרגה / الرتبة: [illegible] | שם פרטי / الاسم الشخصي: [illegible] | שם משפחה / اسم العائلة: [illegible]

הערה- [illegible] לחשוד כי [illegible] אינו חייב לומר דבר [illegible] כל אשר יאמר [illegible] על ידי [illegible] בבית המשפט-

عبدالله غالب عبدالله البرغوثي (عبدالله) [illegible]

שאלה- ספר לי [illegible] איפה [illegible] ?

תשובה- [illegible]

שאלה- איך ייצרת את המטען הזה ?

תשובה- [illegible]

[illegible]

[illegible]

[illegible]

שאלה- איפה הטלפון היה מחובר למטען הזה ?

תשובה- [illegible]

שאלה- מה הקשר [illegible] ?

תשובה- אני ייצרתי את המטען [illegible]

שאלה- מי הביא את המטען הזה ?

תשובה- [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה

[signature] عبدالله غالب عبدالله البرغوثي (عبدالله) [signature]

(1.02) 2600×50×2

מ"ט 3007

הודעתו של: / علان تبع:

משטרת ישראל

הודעה מס' 2 / اعلان رقم — גליון מס' 13 / نسخة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| פס"ד 030300028 | עבדאללה | ברגותי | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| ברגותי | E-89/98 ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

שם ומען מקום העבודה اسم وعنوان مكان العمل:

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | גאלב עבדאללה | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 17:27 | מ. ירושלים | 1008358 | רס"ר | [illegible] | [illegible] |

שאלה: [illegible] מוחמד [illegible] עם עלא עבאסי, [illegible] שהיה [illegible] מקום בתוך [illegible] הכנס עוד חומר נפץ. [illegible] שייצרת את המטען הזה [illegible] את הפיגוע באוניברסיטה העברית בירושלים. כאשר [illegible] 2 אמר לי שאם [illegible] שאני "יצרתי" עשו את הפיגוע באוניברסיטה אני [illegible] כי לא רציתי שיעשו פיגוע [illegible] באוניברסיטה [illegible] [illegible] לא יעשו פיגוע באוניברסיטה כאלה.

שאלה- מה הקשר שלך לפיגוע שהיה במשאית הדלק במסוף [illegible] ?

תשובה- כשבועיים לפני הפיגוע באוניברסיטה העברית [illegible] 2 ביקש ממני לייצר מטען [illegible] אמר שאני אייצר [illegible] [illegible] במוצאי [illegible] כחוק אני ייצרתי [illegible] [illegible] את המטען [illegible] כאשר המשאית הייתה במסוף בראשון לציון. אני לא יודע מה הם [illegible] עם המטען השני שייצרתי [illegible] בחוק.

שאלה- האם נשאר לייצר [illegible] נוספים?

תשובה- ניסיתי לייצר [illegible] לפי ההוראות [illegible] לי [illegible] מה [illegible] לי [illegible] לייצר [illegible]. כך [illegible] 2 [illegible] לי [illegible] עם [illegible] [illegible] המטען [illegible] 3 [illegible] 2 [illegible] לי [illegible] [illegible]

שאלה- לפי מה [illegible] מה [illegible] ?

(הערה - [illegible])

תשובה- [illegible]

שעת סיום גביית ההודעה

(1.02) 2600×50×2

[signature]

عبدالله غالب عبدالله البرغوثي (عبدالله الجبل)