הודעתו של: / اعلان تبع — משטרת ישראל — הודעה מס' / اعلان رقم: 2 — גליון מס' / نسخة رقم: 1

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| ברגותי E-891/98 | ☐ נשוי / متزوج ☐ רווק / أعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| כתובת / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الأب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | עבדאללה / עבדאללה | |

| תאריך / التاريخ | שעה / الساعة | מקום / مكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | [illegible] | מ. ירושלים | 8-[illegible] | רס"ר | יצחק | יאלובו[?] |

[illegible handwritten statement, lines 1–28; legible fragments include: "1000 דולר", "500 דולר", "40,000", "2000 דולר", "60,000 דולר"]

שעת סיום גביית ההודעה

(1.02) 2600×50×2

[signatures] עבדאללה ע'אלב עבדאללה אלברע'ותי (عبدالله غالب عبدالله البرغوثي) — יצחק יאלובו[?]

משטרת ישראל

הודעתו של: / إفادة:

הודעה מס': 2 / اعلان رقم    גליון מס': 15 / نسخة رقم

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| ברגותי E-891198 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| העונה / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | עבדאללה / גאלב | |

תאריך / التاريخ: 13.3.03   שעה / الساعة: 18:00   מקום / المكان: מ. ירושלים   החוקר / المحقق: מס' אישי / الرقم الشخصي: 1008358   דרגה / الرتبة: רס"ר   שם פרטי / الاسم الشخصي: יצחק   שם משפחה / اسم العائلة: יעקובי

המקום שהיינו בבנין אלמנאר נהגו לבוא 3 פעם ביום ולהביא הכסף את הכסף [illegible] של ההורים של בעלי אלחסן בירדן

שאלה- האם קיבלת הוראה מאברהים חאמד להכין את הבגדים שלך?

תשובה- כן. בתחילת חודש ספטמבר 2002 [illegible] הביאו לי [illegible] מאברהים חאמד אבל הוא ביקש להכין את [illegible] ולא להביא [illegible] ולא להגיד למישהו כי יש [illegible] כי הוא אמר שזה חייב [illegible] שבועיים אחר כך באו [illegible] הביאו לי [illegible] שלוש בקבוקים שמן מלאים בחומר נפץ אם [illegible] כי להכין [illegible] כי יש [illegible] [illegible] אני [illegible] בבנין אלמנאר [illegible] את שלוש הבקבוקים [illegible] [illegible] [illegible] 3 [illegible] [illegible] אני [illegible] הוא לקח את הבקבוקים [illegible] [illegible] [illegible] [illegible]

שאלה- מדוע לא [illegible] את [illegible] הנפץ [illegible]?

תשובה- [illegible] [illegible]

שאלה- האם [illegible] נתן לך הוראה להכין [illegible]?

תשובה- לא. [illegible] הוראה להכין [illegible] [illegible] הביא לי [illegible] [illegible] [illegible] כמו כן הוא הביא לי הוראה להכין [illegible] [illegible] [illegible] לא יכול [illegible]

כאשר הייתי [illegible] [illegible] מאברהים חאמד [illegible] [illegible] [illegible] הוראה להכין [illegible] אני [illegible] [illegible] את הבנין [illegible] [illegible]

שאלה- אני [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

תשובה- [illegible] [illegible] אני [illegible] את [illegible] [illegible] אני [illegible] את [illegible]

(הסברתי את ה[illegible] [illegible] [illegible] [illegible] 13.3.03)

נאמן למקור

שעת סיום גביית ההודעה

(1.02) 2600×50×2

יצחק יעקובי    (عبد الله غالب البرغوثي)

מ"ד 3007

הודעתו של: / اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 16

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| פק"פ 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| ברגותי - E-89/198 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| המען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | עבדאללה / גאלב | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 18:34 | מ. ירושלים | 1008358 | רס"ר | [illegible] | [illegible] |

שאלה – אני חושב שסיימנו את [illegible] היום יש לך מה להוסיף?

תשובה – כמו מה למשל?

שאלה – האם אתה מצטער או מתחרט שהיית שותף [illegible] [illegible] [illegible] [illegible] [illegible]?

תשובה – אני לא מתחרט ולא מצטער כי מלחמה ואני עושה את המלחמה שלי. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] המלחמה שלי נשארת

כי הדברים שהוקראו לי [illegible] [illegible] [illegible] [illegible]

[illegible] عبد الله غالب البرغوثي [illegible] רס"ר 1008358

[signature]

[stamp: בית משפט צבאי [illegible]]

[stamp: נאמן למקור]

שעת סיום גביית ההודעה

(1.02) 2600×50×2

3007"ם