**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 131-146.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 131-146.

Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

Notary Public

HALA Y GOBRIAL
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990

Case 1:04-cv-00397-GBD-RLE    Document 908-90    Filed 05/13/15    Page 3 of 19

1/6/03

רס"ן חגי רובינשטיין 2193663 שופט צבאי

הודעתו של: اعلان تبع | משטרת ישראל | הודעה מס' 2 اعلان رقم | גליון מס' 1 نسمة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| פיקע"ב 030300078 | עבדאללה | ברגותי | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| תיק - E-891/98 | ☒ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | זכר | מוסלמי |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| 5.10.72 | כווית | 059-878131 | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| בית רימא | [illegible] |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب | כתובת ההורים العنوان الأب |
|---|---|---|
| | עבדאללה / עזיזה | ירדן |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 10:30 | מ. ירושלים | 1008358 | רס"ר | יצחק | יעקובוב |

ראיתי את הנ"ל מולי ואמרתי לו: אני איש משטרה יצחק יעקובוב מ.א. 1008358 מזהיר אותך כי אתה חשוד בחברות בארגון עוין החמאס הצבאי, אימון [illegible] הנשק, החזקת [illegible] [illegible] ביצוע פיגועים נגד ישראלים, פיגועים נגד ישראלים, רצח ונסיון לרצח. אינך חייב לומר דבר אלא אם רצונך בכך אולם כל אשר תאמר ירשם על ידי ועשוי לשמש הוכחה נגדך בבית המשפט.

عبد الله غالب البرغوثي (عبد الله) יצחק יעקובוב

לאחר שהקראתי והסברתי לו את תוכן האזהרה לעיל אמר לי שהבין.

שאלה- הבנת את החשדות נגדך?

תשובה- כן אני הבנתי.

שאלה- מה עשית אחרי שסיימנו את העדות אתמול ומה עשית?

תשובה- אכלתי [illegible] ישנתי. זה מה שעשיתי.

שאלה- ספר לי על האדונים הנכונים [illegible] שביקשת מ[redacted]?

תשובה- לאחר שנכנסו [illegible] [redacted] [redacted] את המטענים [illegible] לי [redacted] אני ביקשתי מ[redacted] [illegible] לי [illegible] כדי שאני אוכל [illegible] [redacted] [illegible] עם שני [illegible] אחד של אחיו [redacted] [redacted] את שני [illegible] האלה אני נתתי [illegible] [illegible] [redacted] [illegible] [illegible] שני [illegible] [illegible] [redacted] [illegible] על שם [redacted] את [illegible] [illegible] [redacted]

שאלה- בשביל מה אתה צריך [illegible] על שם אדם אחר?

תשובה- מה זה בשביל מה. אמרתי לך שהייתי מבוקש לישראל [illegible] [illegible] [illegible] עם [illegible] [illegible] [illegible] [illegible] [illegible]

שאלה- היו לך שני [illegible] [illegible] [illegible] [illegible] [illegible]?

תשובה- את [illegible] [illegible] על שם [redacted]

שעת סיום גביית ההודעה

عبد الله غالب عبد الله البرغوثي (عبد الله) יצחק יעקובוב

הודעתו של: / اعلان تبع

משטרת ישראל

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 2

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | | | |

תאריך / التاريخ: 13.3.03 — שעה / الساعة: 10:29 — מקום / مكان

נאמן למקור

הודעתו של: / علان تبع

משטרת ישראל

הודעה מס' / اعلان رقم: 2 — גיליון מס' / نسخة رقم: 3

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| פק"ם 030300028 | עבדאללה | ברג'ותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| כרכ' E-891/98 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | כווית | | |

מען / العنوان: — שם ומען מקום העבודה / اسم وعنوان مكان العمل:

| טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | גמאל / עבדאללה | |

| התאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 10:52 | מ.י. ירושלים | 1008338 | רס"ר | יצחק | [illegible] |

מול חוקר ירקוני. הנ"ל נמצא ליד השולחן. ראיתי את הדירה והיא מוצאת חן בעיני. אחר כך נסעתי עם 3 או 2 וקנינו כלורופורם, מים מזוקקים (מי-נור) וכיו"ב

שאלה- מה עושים בחומרים האלה?

תשובה- את חומר הנפץ שנקרא אום אלעבד [illegible] את כל החומרים שקנינו לקחנו לדירה ב[redacted] ושם "צבתי" את חומר הנפץ [illegible]. אחרי שהכנתי [illegible] היה מוכן [illegible] 2 [illegible] (אצטון) [illegible] את חומר הנפץ [illegible] הדברים [illegible] 2 [illegible] M-16 [illegible]

שאלה- [illegible] [redacted]?

תשובה- [illegible] [redacted]

שאלה- האם [illegible] 3 או 2 [illegible]?

תשובה- [illegible] [redacted] [illegible]

שאלה- [illegible] [redacted] [illegible]

תשובה- [illegible] [redacted] [illegible] [redacted] [illegible] [redacted] [illegible] [redacted] [illegible] [redacted] [illegible]

[stamp: illegible]

שעת סיום גביית ההודעה

[signatures: illegible] عبدالله غالب عبدالله البرغوثي

משטרת ישראל

הודעתו של: / إعلان تبع

הודעה מס' / اعلان رقم: 2

גיליון מס' / نسخة رقم: 4

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | עבדאללה | ברגותי | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| E-891198 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
| --- | --- | --- | --- |
| | [illegible] | | |

מען מגורים / العنوان:

שם ומען מקום העבודה / اسم وعنوان مكان العمل:

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
| --- | --- | --- |
| | עבדאללה [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | 11:20 | [illegible] | 1008[illegible] | רס"ר | [illegible] | [illegible] |

[redacted] הגיע לבקר אותי בדירה שלי ברחוב אלמרסאל ואז הוא ראה אצלי את הנשק את ה-MP. הוא היה [illegible] הרבה [illegible] לבקר אותי. [illegible] לי שיש אצלי את [illegible] הוא ישן אצלי בדירה. בערך חודש לאחר [redacted] אלי את אשתי והילדים אני ביקשתי ממנו להביא אותם [illegible] לו שישאיר אותם ליד הסופרמרקט [illegible] [redacted] הביא את אשתי והילדים לסופרמרקט ברחוב אלמרסאל כמו שאמרתי לו ואז בשעה 2 הבאתי אותם אלי לדירה בבנין [illegible] כי לא [illegible] ברחוב אלמרסאל [illegible] אחרי [illegible]

בערך חודשיים לאחר ששכרתי את הדירה ברחוב אלמרסאל [redacted] הגיע אלי לדירה וסיפר לי שהוא ישן בלילה אצל [redacted] [illegible] בבירזית [illegible] אותו [redacted] שאלתי אותו [illegible] [illegible] הזה שלקחתי ממנו את [illegible] הוא [illegible] בער [illegible] והוא היה [illegible] קרוב למסגד [illegible] [redacted] ישן בלילה. אמרתי [redacted] [illegible] [redacted] כי [illegible] [redacted] [illegible] עלינו [illegible] בשעה 2 [illegible] [redacted] [illegible] לי עם [illegible] [illegible] [redacted] [illegible] [redacted] [illegible] בשעה 2 [illegible] [redacted] ביקשתי ממנו שיבדוק לי את שני האנשים האלה [illegible] [redacted] 1000 ש"ח [illegible] המשפחה [illegible] [illegible] בשעה 2 [illegible] [illegible] [redacted] [illegible] [redacted] [illegible] בשעה 2 [illegible] שני [illegible] [redacted] [illegible] [redacted]

שעת סיום גביית ההודעה

[illegible signature] عبدالله [illegible]

P 7: 134

משטרת ישראל

הודעתו של: / إعلان تبع

הודעה מס' / إعلان رقم: 2

העתק מס' / نسخة رقم: 5

מספר זהות / رقم الهوية: 030300028

שם משפחה / اسم العائلة | שם פרטי / الاسم الشخصي | שם באותיות לטיניות / الاسم في حروف انكليزية

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل ☐

מין / الجنس | דת / الدين

תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل

מען מגורים / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب

E-89/198

תאריך / التاريخ: 13.3.03 | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي: 1008558 | דרגה / الرتبة: רפ"ק | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

הודעתו של: / اعلان تبع

משטרת ישראל

הודעה מס' / اعلان رقم 2

גליון מס' / نسخة رقم 6

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | | | |

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج, רווק / اعزب, גרוש / مطلق, אלמן / ارمل

מין / الجنس

דת / الدين

E-89/198

תאריך לידה / تاريخ الولادة

מקום לידה / مكان الولادة

טל' בבית / التلفون في البيت

טל' בעבודה / التلفون بمكان العمل

מען / عنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الاب

כתובת ההורים / العنوان الاب

תאריך / التاريخ: 13.3.03

שעה / الساعة: 12

מקום / المكان

החוקר / المحقق

מס' אישי / الرقم الشخصي

דרגה / الرتبة

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שעת סיום גבית ההודעה

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' اعلان رقم: 2 | גליון מס' نسخة رقم: 7

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | עבדאללה | ברגותי | |

שם קודם الاسم السابق: [illegible] — E-89/198

מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين

תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل

מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل

מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب: עבדאללה | כתובת ההורים العنوان الاب

תאריך التاريخ: 13.3.03 | שעה الساعة: 13:28 | מקום المكان: [illegible] | החוקר المحقق: מס' אישי الرقم الشخصي [illegible] | דרגה الرتبة [illegible] | שם פרטי الاسم الشخصي [illegible] | שם משפחה اسم العائلة [illegible]

[illegible handwritten statement, lines 1–28, containing questions (שאלה) and answers (תשובה); portions redacted]

שעת סיום גביית ההודעה

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم 2 — גבה מס' / نسخة رقم 8

מספר זהות / رقم الهوية: 030300028

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: רווק / اعزب; נשוי / متزوج; גרוש / مطلق; אלמן / ارمل

מין / الجنس — דת / الدين

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة

טל' בבית / رقم التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מען מגורים / العنوان

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب — כתובת ההורים / العنوان للاب

תאריך / التاريخ: 13.3.03 — שעה / الساعة: 1354 — מקום / المكان

החוקר / المحقق: מס' אישי / الرقم الشخصي 1008358 — דרגה / الرتبة — שם פרטי / الاسم الشخصي — שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

P 7: 138

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم: 2

גיון מס' / نسخة رقم: 9

מספר זהות / رقم الهوية: 030300028

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שם באותיות לטיניות / الاسم في حروف انكليزية

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج, רווק / اعزب, גרוש / مطلق, אלמן / ارمل

מין / الجنس

דת / الدين

תאריך לידה / تاريخ الولادة

מקום לידה / مكان الولادة

טל' בבית / التلفون في البيت

טל' בעבודה / التلفون بمكان العمل

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מען מגורים / العنوان

מס' טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الأب

כתובת ההורים / العنوان الأب

תאריך / التاريخ: 13.3.03

שעה / الساعة

מקום / المكان

החוקר / المحقق: מס' אישי / الرقم الشخصي: 1008358, דרגה / الرتبة, שם פרטי / الاسم الشخصي, שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

משטרת ישראל

הודעתו של: / اعلان تبيع

הודעה מס' / اعلان رقم: 2 — גליון מס' / نسخة رقم: 10

מספר זהות / رقم الهوية: 030300028

שם פרטי / الاسم الشخصي: עבדאללה — שם משפחה / اسم العائلة: ברגותי

שם קודם / الاسم السابق: [illegible] — E-89198

מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج — רווק / اعزب — גרוש / مطلق — אלמן / ارمل

מין / الجنس — דת / الدين

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל' בבית / التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

מען מגורים / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب: עבדאללה / [illegible] — כתובת ההורים / العنوان الاب

תאריך / التاريخ: 13.3.03 — שעה / الساعة: 14:42 — מקום / مكان: [illegible] — החוקר / المحقق: מס' אישי / الرقم الشخصي: 1008332 — דרגה / الرتبة: רס"ר — שם פרטי / الاسم الشخصي: יצחק — שם משפחה / اسم العائلة: יעקובי

[illegible]

שאלה- מה הקשר שלך לפיגוע ההתאבדות שהיה בקפה מומנט בירושלים?

תשובה- אני ייצרתי את חגורת הנפץ איתה עשה ████ את הפיגוע ההתאבדות בקפה מומנט בירושלים

שאלה- מי ביקש ממך לייצר את חגורת הנפץ הזאת?

תשובה- [illegible] ████ [illegible] ████ [illegible]

שאלה- תסביר לי איך ייצרת את חגורת הנפץ הזאת?

תשובה- [illegible]

שאלה- [illegible] ████ [illegible] את הפיגוע ההתאבדות בקפה מומנט עם חגורת הנפץ שאתה ייצרת עבורו?

תשובה- [illegible] הפיגוע בקפה מומנט [illegible]

עבדالله غالب عبدالله البرغوثي

יצחק יעקובי

P 7: 140

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס׳ / اعلان رقم: 2

גליון מס׳ / نسخة رقم: 11

מספר זהות / رقم الهوية: 030300028

שם משפחה / اسم العائلة

שם פרטי / الاسم الشخصي

שם באותיות לטיניות / الاسم في حروف انكليزية

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج, רווק / اعزب, גרוש / مطلق, אלמן / ارمل

E-891/98

מין / الجنس

דת / الدين

תאריך לידה / تاريخ الولادة

מקום לידה / مكان الولادة

טל׳ בבית / رقم التلفون في البيت

טל׳ בעבודה / التلفون بمكان العمل

מען מגורים / العنوان

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס׳ טלפון נייד / رقم الهاتف اللاسلكي

שם האב / اسم الاب

כתובת ההורים / العنوان الاب

תאריך / التاريخ: 13.3.03

שעה / الساعة: 20

מקום / مكان

החוקר / المحقق

מס׳ אישי / الرقم الشخصي

דרגה / الرتبة

שם פרטי / الاسم الشخصي

שם משפחה / اسم العائلة

שעת סיום גביית ההודעה

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم: 2
גליון מס' / نسخة رقم: 12

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| [illegible] | E-89/98 | | |

נשוי / متزوج · רווק / اعزب · גרוש / مطلق · אלמן / ارمل

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| המען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / مكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 13.3.03 | 16:36 | [illegible] | [illegible] | [illegible] | יצחק | [illegible] |

הערה - הוסבר לחשוד כי [illegible] אינו חייב לומר דבר [illegible] וכל אשר יאמר ירשם על ידי [illegible] נגדו בבית המשפט -

عبدالله غالب عبدالله البرغوثي (عبدالله) יצחק [illegible]

שאלה - ספר לי שוב איפה [illegible] ?

תשובה - [illegible]

שאלה - איך ייצרת את המטען הזה ?

תשובה - [illegible]

שאלה - איפה הטלפון היה מחובר למטען הזה ?

תשובה - [illegible]

שאלה - [illegible] ?

תשובה - אני ייצרתי את המטען [illegible]

שאלה - מי [illegible] את המטען הזה ?

תשובה - [illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה

عبدالله غالب عبدالله البرغوثي (عبدالله) [illegible] [illegible]

(1.02) 2600×50×2

הודעתו של: / علان تبع:

משטרת ישראל

הודעה מס׳ / اعلان رقم: 2 — גליון מס׳ / نسخة رقم: 13

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 030300028 | | | |

שם קודם / الاسم السابق — מצב משפחתי / الحالة الاجتماعية: נשוי / متزوج, רווק / اعزب, גרוש / مطلق, אלמן / ارمل — מין / الجنس — דת / الدين

E-89/98

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל׳ בבית / التلفون في البيت — טל׳ בעבודה / التلفون بمكان العمل

שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס׳ טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب — כתובת ההורים / العنوان الاب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס׳ אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13.3.03 | 17:22 | | | 1008353 | | | |

שעת סיום גביית ההודעה

(1.02) 2600×50×2

משטרת ישראל

הודעתו של: / إفادة

הודעה מס' / إعلان رقم: 2

גליון מס' / نسخة رقم: 1

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| [illegible] E-891/98 | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
| --- | --- | --- | --- |
| | | | |

שם ומען מקום העבודה / اسم وعنوان مكان العمل:

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת הדורים / العنوان الاب |
| --- | --- | --- |
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | [illegible] | [illegible] | | [illegible] | רס"ר? | [illegible] | [illegible] |

[illegible]

שעת סיום גביית ההודעה

(1.02) 2600×50×2

[illegible]

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم: 2 — גליון מס' / نسخة رقم: 15

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 030300028 | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| E-891198 | נשוי / متزوج · רווק / اعزب · גרוש / مطلق · אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
| --- | --- | --- | --- |
| | | | |

| המען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
| --- | --- | --- |
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق: מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | 18[00] | [illegible] | [illegible] | רס"ר | [illegible] | [illegible] |

[illegible handwritten statement text]

(13.3.03)

שעת סיום גביית ההודעה

(1.02) 2600×80×2

הודעתו של: / اعلان تبع

משטרת ישראל

הודעה מס' / اعلان رقم: 2

גליון מס' / نسخة رقم: 16

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| פק"פ [?] 030302228 | עבדאללה [?] | ברגותי [?] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| E-89/198 - [illegible] | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
| --- | --- | --- | --- |
| | כווית [?] | | |

| המען / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
| --- | --- | --- |
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 13.3.03 | 1834 | מ. ירושלים [?] | 1008358 | רס"ר [?] | [illegible] | [illegible] |

שאלה - אני חושב שסיימנו את החקירה היום [?] יש לך מה להוסיף?

תשובה - כמו מה למשל?

שאלה - האם אתה מכיר או מחמד מכיר [?] אנשים [illegible] מחבלים [?] שהיו יכולים לבצע פיגועים אחרים בעתיד [?]

תשובה - אני לא מכיר ולא מחמד מכיר כי [illegible] ואני [illegible] את המלחמה שלי. אם אני [illegible] [illegible] [illegible] [illegible] [illegible]

כל הדברים שהוקראו בפני [illegible] [illegible] [illegible] [illegible]

[illegible] 1008358 [illegible]

[signature]

[stamp]

שעת סיום גביית ההודעה

(1.02) 2600×50×2 3007'ס

נאמן למקור