PLAINTIFF'S
EXHIBIT
428

*June 1, 2003*    [Stamp] 2193663 Major Hanan Rubinstein / Military Judge
[Stamp] Authentic Copy    [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by    Israel Police    Statement No. 2 Sheet No. 1

| Identity No. fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name Passport- E-891198 | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex Male | Religion Muslim |
| Date of Birth October 15, 1972 | Place of Birth Kuwait | Home Phone 059-878131 | Office Phone | |
| Address of Residence Beit Rima | | Name and Address of Workplace Satellite dish assembly | | |
| Mobile telephone no. | Father's Name Ghaleb/ grandfather Abdullah | Parents' Address Jordan | | |

| Mar 13, 2003 | 10:13 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

I have seen the above mentioned individual before me, and I said to him: I, a police officer, Yitzhak Ya'akoboff Badge No. 100835-8, inform you that you are suspected of membership and activity in the Hamas military organization, military training without a permit, possession of war materiel, manufacturing explosive devices and explosives, planning of attacks against Israeli targets, attacks against Israeli targets, murder and attempted murder. You do not have to say anything unless you want to, but whatever you will say will be written down by me and may be used as proof against you in the court.

[Arabic signature] Yitzhak Ya'akoboff

After I read and translated to the above mentioned individual the content of the text above, he said to me as follows:

Question - Have you understood the suspicions against you?

Answer - Yes, I have understood.

Question - What have you been doing since we finished taking the statement yesterday until now?

Answer - I ate, drank and slept. That is what I have been doing.

Question - Tell me about the forged identity card that you asked from ▮▮▮▮▮

Answer - After I gave ▮▮▮▮▮▮▮ the war materiel that I purchased from him from ▮▮▮▮▮▮ I asked ▮▮▮▮▮▮ to bring me an identity card so that I could forge it. After about two days ▮▮▮▮▮▮ came to me with two identity cards, one of his brother, ▮▮▮▮▮ and the other of ▮ ▮▮▮▮▮ I gave these two identity cards to known as Salah 2, who is the contact man between me and ▮▮▮▮▮ and on that evening, Salah 2 returned to me with the two identity cards containing my photograph, i.e. I had two forged identity cards, one with the name of ▮▮▮▮▮▮▮ and the other with the name ▮▮▮▮▮ I returned the original identity cards to ▮▮▮▮▮▮

[Stamp] P 7: 131

Question - What do you need an identity card with the name of another person for?
Answer - What do you mean what for? I told you that I was wanted by Israel since the days of the attack with the beer can so I needed a forged identity card.
Question - You had two forged identity cards. Which one did you go around with?
Answer - With the identity card to the name of ███████████
[Arabic signature]                                    Yitzhak Ya'akoboff

Time of completion of statement

[Stamp] Authentic Copy
Statement by       Israel Police

[Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement No. 2 Sheet No. 2

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 10:29 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya`akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Question - Did you use this identity card?
Answer - Yes. I told you; all the time I went around with this identity card. There were two instances in which I was stopped for checking by Israel Defense Forces soldiers, I showed them the identity card and they let me go.
Question - Tell me about the war materiel that you purchased from ▆▆▆▆▆▆▆▆
Answer - ▆▆▆▆▆▆▆ asked me to buy him an Uzi. I talked to ▆▆▆▆▆▆▆▆ and asked him for an Uzi. After two days, ▆▆▆▆▆▆▆▆▆▆▆ came to me with ▆▆▆▆ ▆▆▆▆ and I purchased from ▆▆▆▆▆▆▆▆▆ the Uzi for 3000 dinars. I gave the Uzi to "Salah 2" and he gave the Uzi to ▆▆▆▆▆▆▆▆ alias "Salah 1". In addition, I asked ▆▆▆▆▆▆▆ for an MP-5 rifle [sic] for me and then ▆▆▆▆▆▆▆ came to me with ▆▆▆▆ and I purchased from ▆▆▆▆ the MP-5.
Question - What happened after the meeting with ▆▆▆▆▆▆ after you decided to work together and carry out attacks with the explosive devices that you would manufacture?
Answer - On the following day, I arrived in the home of ▆▆▆▆▆▆▆ in the Ein Musbah neighborhood, and there he gave me a sheet of paper that had my means of contacting "Salah 2" written on it. ▆▆▆ received the page from ▆▆▆▆▆▆▆ In addition, ▆▆▆ told me that I had to meet Salah 2 and gave me the place and the date. I met Salah 2 and we went together to the home of ▆▆▆▆▆▆▆ I asked Salah 2 to find me a home and he promised that within two days he would find me a home. In addition, I gave Salah 2 a piece of paper and he wrote which materials I asked him to buy.
Question - What materials did you ask him to buy?
Answer - Materials that are used to manufacture explosives and explosive devices.

[Stamp] P 7: 132

After two days, Salah 2 bought me everything that I asked him for and brought me everything to ███████████ home. On the following day, Salah 2 took me with his vehicle, a white pickup with three doors, a 1995 model, to see the apartment that he had rented for me in Al Iksal Street in a building that had four floors, and my apartment was on the second floor

[Arabic signature]      Yitzhak Ya'akoboff

_____

Time of completion of statement

[Stamp] P 7: 132 [continued]

[Stamp] Authentic Copy      [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by     Israel Police       Statement No. <u>2</u> Sheet No. <u>3</u>

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

<u>Mar 13, 2003</u>  <u>10:53 a.m.</u>  <u>Jerusalem Prison</u>   Investigator  <u>100835-8</u>  <u>M. Sgt.</u>  <u>Yitzhak</u>  <u>Ya'akoboff</u>

Date      Time      Location                 Badge no.   Rank   First name   Last name

above a greengrocer's store. The building is next to the Mukata'a. I saw the apartment and I liked it. After that I traveled with Salah 2 and we purchased chloroform, distilled water and thinner.

Question - What do you do with these substances?

Answer - The explosives that are called Um Al Abed.

We took all of the substances that we had purchased to ███████████ home, and there I manufactured the explosives "Um Al Abed". After the home that I had rented in Al Iksal Street was ready, i.e. after Salah 2 transferred the furniture to the house, we transferred to my apartment in Al Iksal Street all of the explosives that I had manufactured and also all of the things and the materials that Salah 2 had purchased for me – a soldering iron, electrical wires, batteries, the Uzi and the MP-5 that I had purchased.

Question - But earlier you said that you had purchased the Uzi for ███████████.

Answer - Correct, but I kept the Uzi for about two weeks and only after that did I give it to ███████████

Question - Did you teach Salah 2 to prepare explosives and explosive devices?

Answer - Yes, I taught him but he is not a great expert.

After I entered my apartment in Al Iksal Street, my connection with ███████████ was broken off because he would always go from place to place and I did not want any contact with him because I was afraid that he would be arrested, so our connection was broken off.

Question - Did your wife ██████ come to visit you in the apartment in Al Iksal Street?

[Stamp] P 7: 133

Answer - Yes. About three weeks after I entered the apartment in Alarsat Street, I called ███████████████████, alias ██████ and I met him next to the supermarket in the Alarsat neighborhood, and asked him to bring my wife and the children to the apartment that is opposite ██████s home in Ein Musbaha Street. After two days, ████████████████████ brought my wife and the children to where I told him to. He called me and said that he had brought them, and then I went to there and I took my wife and the children to my apartment in Alarsat Street. They stayed with me in the apartment for two days and after that returned by taxi to Beit Rima. Two days after they returned to Beit Rima

[Arabic signature]                                          Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] Authentic Copy   [Stamp] Military Appellate Court in Judea and Samaria [Signature]

| Statement by | Israel Police | | | Statement No. 2 Sheet No. 4 | |
|---|---|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | | Last Name Barghouti | Name in Latin letters | |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone | Office Phone | |
| Address of Residence | *Continued* | | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | | Parents' Address | | |

| Mar 13, 2003 | 11:20 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

�altered ████████████came to visit me in my apartment in Al Iksal Street and then he saw the Uzi and the MP-5 at my place. He would come on many occasions to visit me but he did not sleep over at my place, maybe just once or twice did he sleep in my apartment. About a month after ████████████ brought my wife and children to me, I asked him to bring them to me again. I told him to leave them next to the supermarket in Aksal and go. ████████████ brought my wife and the children to the supermarket in Aksal Street as I told him and then Salah 2 brought them to my apartment in the Alatimad building. That was not the apartment in Al Iksal building but another apartment that I had moved to.

About two months after I rented the house in Al Iksal Street, ████████ came to my home and told me that he was sleeping at night with ████████████ in Bitunia. That was the same ██████ that I told you about yesterday at the beginning of the statement, from whom I took the pipe bomb. He is a resident of Beit Rima and he was in the home of his relative in Bitunia and there ████████████ slept at night. I told ████████████ that he should take me to meet ████████████ because I wanted to ask ██████ about two operatives whom Salah 2 had talked to me about, I do not remember their names, but I wanted ██████ to check for me whether they were okay and whether they could be trusted before I introduced them to military activity in the Hamas. I traveled with ████████████ in Salah 2's vehicle to Bitunia, where I met ████████████. I asked him to check these two people for me and I also gave████████████ NIS 1000 as help for his family, that was money that I had received from the Hamas through Salah 2, and all of the money that I had paid for the rental and for the materials from which I had manufactured explosives and explosive devices I received from the Hamas. I said to ████████ that he was to give me a reply concerning these two through ████████████ After about ten days, Salah 2 gave me a note that these two operatives had written, in which they wrote that ████████████ had asked about them and asked me to check whether ██████was okay. After that I transferred a note to ████████████

[Arabic signature]                                    Yitzhak Ya'akoboff

Time of completion of statement

[Stamp] P 7: 134

[Stamp] Authentic Copy                    [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by           Israel Police           Statement No. 2 Sheet No. 5

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence _____ *Continued* _____ | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 11:45 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

through ███████████████ And I wrote to him that these two had asked about him and that they were okay, and that he should offer them military activity in the Hamas, but after a short period, Israel Defense Forces entered Ramallah and I fled from my home in Al Iksal street, because it was close to the Mukata'a and my connection with ████████ ████████████████ and the two operatives was broken off.

(Note – the suspect, at his request, moves to sit on the floor)

Question - Tell me about the people whom you trained in the manufacturing of explosives and explosive devices in your home in Al Iksal Street.

Answer - ████████████asked me to teach people how to manufacture explosives and explosive devices. About a month and a half after I entered the apartment in Al Iksal Street, it was in the 2001 Ramadan period, Salah 2 told me that he wanted to bring to me a person so that I would train him and I agreed. I said to Salah 2 that he was to buy a bag and that he was to buy all of the materials, i.e. a soldering iron, solder, electrical wires, clocks, batteries, a mobile phone, a silicone gun, silicone. I told him that he was to put all of these materials in a bag and come to me with the bag, when he would bring the man whom I was to teach. That night, Salah 2 came to me with that person. I and that person were masked and I taught him to manufacture explosives and explosive devices, and after that I gave him a photocopy of the page with the instructions on how to manufacture anything. These were the instructions that I had received from ████████████ After about two days, Salah 2 brought two more people to the apartment and I taught them how to manufacture explosives and explosive devices too. Salah 2 bought for them a bag with all of the materials too and I also gave them a photocopy of the page with the instructions on how to manufacture the explosive devices. I also taught these three people how to manufacture the explosive Um Al Abed and I explained to them how exactly one made the material. Each of these people took with him at the end of the training the bag with all of the materials.

Answer - When did you move to the Alatimad building?

[Stamp] P 7: 135

Answer - At the end of the month of Ramadan, IDF forces entered the Mukata'a area and I was afraid. And I immediately fled form the apartment in Al Iksal Street to an apartment in the Alatimad building

[Arabic signature]     Yitzhak Ya'akoboff

Time of completion of statement

[Stamp] P 7: 135  [continued]

[Stamp] Authentic Copy       [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by      Israel Police      Statement No. 2 Sheet No. 6

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence *Continued* | | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 12:08 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

in the industrial zone of Al Bireh. I had rented that apartment about a month earlier, so that I would have somewhere to flee to. In the apartment in Al Iksal Street I left four stone explosive devices that I had manufactured and three explosive devices that were inside orange juice cartons, which I had also manufactured. In addition, all of the materials, the explosives, and all of the things used to manufacture explosives and explosive devices were left in the apartment.

Question - What happened with the explosive devices and all of the things that stayed in the apartment in Al Iksal Street?

Answer - All of the explosives and other materials and things Salah 2 brought to my apartment in the Alatimad building. Concerning the explosive devices that stayed in the apartment, the stone explosive devices Salah 2 gave to ▇▇▇▇▇▇ who is Salah 1. Concerning the explosive devices that were in the juice cartons, either ▇▇▇▇▇ ▇▇▇▇▇ took them because he had the key to the apartment, or Salah 2 gave them to ▇▇▇▇▇ I did not ask Salah 2 concerning these explosive devices and therefore I do not know what exactly happened.

About three weeks after I entered the apartment in the Alatimad building, Salah 2 brought my wife and children to the apartment. I have already told you about this.

(Note – it is now 12:20 and the suspect is taken out of the interview room for lunch.

It is now 1:00 p.m. The suspect is returned to the interview room and the statement taking continues).

Note – I inform the suspect that he is still under warning and that he does not have to say anything unless he wants to, and everything that he says will be written down by me and may be used as proof against him in court. [Arabic signature] Yitzhak Ya'akoboff

Question - How long did your wife and children stay with you in the apartment in the Alatimad building?

Answer - Immediately when I went into the apartment in the Alatimad building I rented an additional apartment in the Shurfa neighborhood from a lawyer called ███████████. His son Khaled is also a lawyer. I rented the apartment in Shurfa so that I would have somewhere to flee to. About a week after my wife ████ and the children came to me in the apartment in the Alatimad building, we moved to live in the apartment in Shurfa because it was a better house for my wife and children. I lived with my wife and children in the apartment in Shurfa for about a year and three months and the apartment in the Alatimad building served as a laboratory, in which I manufactured the explosives and the explosive devices. During the last month of Ramadan, IDF soldiers set up an observation post

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of statement

[Stamp] P 7: 136 [continued]

[Stamp] Authentic Copy                    [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by                Israel Police              Statement No. 2 Sheet No. 7

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 1:28 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

on the rooftop of the house in which I lived in Shurfa. They checked my identity card and I gave them the identity card to the name of Ashraf Alahmed, in which there was my photograph. In addition I also rented the house under this name, and the landlord "Abu Khaled" knew me by that name, i.e. Ashraf.

Question - Tell me about the young man who you trained in the apartment in the Alatimad building.

Answer - About two months after I moved to live in Shurfa, Salah 2 brought to the apartment in the Alatimad building a young man so that I would train him in the preparation of explosives and explosive devices. Salah 2 purchased all of the things like in the past. Salah 2 brought that young man to the apartment in the Alatimad building. Both of us, i.e. I and that young man, were masked. Salah 2 was also masked and I taught that young man how to manufacture explosives and explosive devices. At the end of the training, I gave him the bag with all of the materials and also a photocopy of the page with the manufacturing instructions of the explosive devices. In addition, I gave this young man the alias "Abu Abdullah 5", because he was the fifth person whom I had taught to prepare explosives and explosive devices.

Question - Did you give aliases to the other people whom you trained too?

Answer - To the first I gave the alias '████████" and after that there were two who came together. To one of them I gave the alias ████████ and to the other I gave the alias ████████.

In November 2002, I rented an apartment in Al-Bireh opposite Inash Al Usra (the family welfare association). I moved with my wife and children to this apartment, where they live to this day, and I transferred my laboratory from the apartment in the Alatimad building to the apartment in Shurfa where I lived until that time. Salah 2 is the one who transferred all of the things from the laboratory in the Alatimad building to the apartment in Shurfa, which is now the laboratory for manufacturing explosives and explosive devices. Of course I left the apartment in the Alatimad building.

[Stamp] P 7: 137

Salah 2 did not know where the house that I had bought was and also did not know about the apartment in Al Bireh opposite the Inash Al Usra, so that if they would arrest him, he would not be able to tell where I lived.

Question - Since when has your wife been wanted by Israel?

[Arabic signature]     Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 138 [continued]

[Stamp] Authentic Copy                [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by              Israel Police            Statement No. 2 Sheet No. 9

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 2:16 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Answer - Since she came to live with me in the Alatimad building, and therefore she was with the identity card of ▮▮▮▮▮▮▮▮

Question - Tell me about the stone explosive device that you repaired.

Answer - I told you that when I was in the apartment in Al Iksal Street, I manufactured with Salah 2 four stone explosive devices. About a month after we manufactured the explosive devices, Salah 2 took one of the explosive devices and gave it for carrying out an attack. I do not know to whom he gave it. After about a week, Salah 2 took me to an apartment in order to explain to people how to activate this explosive device, because he said that there was a problem with the explosive device and they did not know how to activate it. He took me to an apartment, I do not know to where he took me, because my face was covered and inside the apartment all the people were masked, I changed the batteries in the explosive device and I explained to them how to activate it, and after that I and Salah 2 returned to the apartment in Al Iksal Street. I do not know what attack they carried out with that explosive device.

Question - You manufacture the explosive devices and you do not know what attacks are carried out with them?

Answer - Listen, I have no problem, I made the explosive devices for them to carry out attacks with them, but I do not know for what attacks they used these explosive devices. What I do know I am telling you. I have nothing to hide.

Question - Did you use poison when you manufactured the explosive devices?

[Stamp] P 7: 139

Answer - In the statement that I gave to you yesterday I told you that ███████████ ██████████ transferred to me H$_2$O$_2$ through ██████████████ and I made Um Al Abed explosives and after that I prepared an explosive belt, an explosive device that was inside a black cloth bag and an explosive device that was inside a computer. In these explosive devices, i.e. the explosive belt, the black cloth bag and the computer, I added rat poison. In the other explosive devices that I manufactured I did not use poison. I told you yesterday that with the explosive belt and the black cloth bag and the computer they carried out an attack in Jerusalem. The two suicide bombers exploded with the explosive belt and the bag and after that the computer that was inside a vehicle exploded.

Question - What other explosive devices did you manufacture?

Answer - In the apartment in the Altimad building I manufactured an explosive device inside an orange juice carton.

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of statement

[Stamp] Authentic Copy    [Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by          Israel Police                    Statement No. 2 Sheet No. 10

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | _Continued_ | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 2:42 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

This is a two liter orange colored carton. Salah 2 took this explosive device and gave it in order for an attack to be carried out using it and he told me that the explosive device did not work.

Question - What is the connection of [sic] to the suicide attack that occurred in the Moment Café in Jerusalem?

Answer - I manufactured the explosive belt that ▮▮▮▮▮▮▮used to carry out the suicide attack in the Moment Café in Jerusalem.

Question - Who asked you to manufacture this explosive belt?

Answer - In the period in which we were in the apartment in the Alatimad building, Salah 2 came to the apartment and told me that ▮▮▮▮▮▮▮, alias Salah 1, wanted me to prepare an explosive belt for a suicide bomber. I manufactured the explosive belt and Salah 2 took this explosive belt and gave it to ▮▮▮▮▮▮▮. About a week after I manufactured that explosive belt, the attack at the Moment Café took place.

Question - Describe to me how you manufactured that explosive belt?

Answer - I took synthetic leather (note – the suspect explains to me that this is a material like the tongue of the shoe that he is wearing) measuring 60x30. On the leather piece I put many screws and after that I poured super glue and on the top I affixed a piece of leather of the same size. After that, I closed the sides with a stapler. After that I affixed four large pouches and one small pouch. I did not affix them with glue but with a stapler. Into each of the large pouches I inserted a shampoo bottle filled with the Um Al Abed explosives. Into the small pocket I put the two 9 volt batteries. Inside each of the shampoo bottles there is a small light in which there is a little bit of Um Al Abed material. All of the shampoo bottles are interconnected with electrical wires and are connected to a battery and to a switch. When the switch is activated, the light inside the shampoo bottle turns on and as a result of the heat that is formed, the small amount of explosives inside the light explodes and then all of the explosives in the shampoo bottle explodes and in effect the whole device does with it, in other words, the whole explosive belt explodes.

[Stamp] P 7: 140

Question - When did you know that ███████ was the one who carried out the suicide attack at the Moment Face with the explosive belt that you manufactured for him?
Answer - Two days after the attack at the Moment Café, Salah 2 arrived
[Arabic signature]     Yitzhak Ya'akoboff

_____
Time of completion of statement

[Stamp] P 7: 140 [continued]

[Stamp] Authentic Copy

[Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by            Israel Police                Statement No. 2 Sheet No. 11

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | *Continued* | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 10:53 a.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

at the apartment in the Alatimad building with a video camera containing a small cassette, using which the suicide bomber ███████ was filmed while reading his will before going out on the suicide bombing in the Moment Café. Salah 2 asked me to transfer the recording from the small cassette to the large cassette. I agreed, and while I was transferring the cassette I heard and saw the cassette, and then I heard the suicide bomber saying that his name was ████████ Salah 2 told me that ████████ had given the explosive belt that I had manufactured to ████

Question - What is your connection to the suicide attack that occurred in the club in Rishon le Zion?

Answer - I manufactured the explosive belt and the bag that the suicide bomber used in the attack in Rishon le Zion. Salah 2 came to me in the apartment in the Alatimad building and told me that they, i.e. ████████, needed an explosive belt and an explosive bag for a suicide attack. I agreed and manufactured the explosive belt exactly as I had made the explosive belt for the attack in the Moment Café. In addition, I prepared the explosive bag. It was a black bag, but not plastic but made of cloth. Inside the bag I put screws and shampoo bottles filled with Um Al Abed explosives. This bag had to explode using a stopwatch, but when the suicide bomber activated the explosive belt, the bag also exploded. I remember that the stopwatch that was inside the bag was a Seiko one.

When they announced on the television that there had been an attack with an explosive belt and a bag, I was sure that it was the belt and bag that I had manufactured. And after that when the Hamas took responsibility for the attack, I was even more sure.

Question - What is your connection to the attack against the fuel truck at Pi Glilot?

Answer - I manufactured that explosive device. This is an explosive device that is activated by mobile phone, i.e. you call the mobile phone that is connected to the explosive device and then the explosive device explodes.

Question - Who asked you to manufacture that explosive device?

Answer - Salah 2 told me that they needed an explosive device that would stick to iron

[Stamp] P 7: 141

(It is now 3:50 p.m. The statement taking is stopped for the dinner of the suspect and dealing with other matters. It is now 4:50 p.m. The suspect is returned to the interview room and the statement taking is resumed.)

[Arabic signature]                                    Yitzhak Ya'akoboff

_____

Time of completion of statement

[Stamp] Authentic Copy

| Statement by | Israel Police | [Stamp] Military Appellate Court in Judea and Samaria [Signature] Statement No. 2 Sheet No. 12 | |
|---|---|---|---|
| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | *Continued* | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 4:56 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Note – I explained the suspect that he is still under warning and that he does not have to say anything unless he wants to, and everything that he says will be written down by me and may be used as proof against him in court.

[Arabic signature] Yitzhak Ya'akoboff

Question - Tell me again what explosive device Salah 2 asked you for.

Answer - An explosive device that sticks to iron and is activated by mobile phone.

Question - How did you manufacture this explosive device?

Answer - I took a biscuit carton. In the bottom of the box I put to pieces of magnet so that the box would stick to iron. After that I put in one shampoo container filled with Um Al Abed explosives and I connected a mobile phone to it, and then when one calls the mobile phone that is connected to the explosive device, the explosive device explodes and the explosive device did actually explode.

Question - What mobile phone was connected to this explosive device?

Answer - A Motorola mobile phone of Orange, that is to say, Orange's line.

Question - What is your connection to the attack that occurred at the Hebrew University in Jerusalem?

Answer - I manufactured the explosive device that exploded at the Hebrew University in Jerusalem.

Question - Who asked for that explosive device?

[Stamp] P 7: 142

Answer - Salah 2 told me that they needed a bag containing an explosive device in order to carry out an attack. He did not tell me in what way he wanted the device to be activated. Salah 2 brought me a black bag, like a briefcase, but made of strong cloth rather than plastic. Inside the bag I put a lot of nuts and on them I poured super glue. After that I put in a large container of shampoo filled with Um Al Abed explosives. Salah 2 took this bag and after about a week he returned and told me that he wanted the explosive device to explode using a mobile phone that was connected to it. Salah 2 bought me two Motorola mobile phones of the Orange company, i.e. the line and service (the suspected said the word service in English) are of Orange. I connected one of the mobile phones to the shampoo container containing the explosives. On the following day, Salah 2 took the bag and another three shampoo bottles filled with Um Al Abed explosives. I was not in the laboratory in the Alatimad building when Salah 2 took the bag and the shampoo containers. On the following day, Salah told me that he had put in three

[Arabic signature] Yitzhak Ya'akoboff

_____

Time of completion of statement

[Stamp] P 7: 142 [continued]

[Stamp] Authentic Copy
[Stamp] Military Appellate Court in Judea and Samaria [Signature]

Statement by          Israel Police               Statement No. 2 Sheet No. 13

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name Passport E-8 91198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | *Continued* | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 5:27 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

more shampoo containers into the bag, of course the containers were filled with Um Al Abed explosives. He said that there was a lot of room inside the bag and therefore he put in more explosives. About two days after I manufactured that explosive device inside the bag, they carried out the attack at the Hebrew University in Jerusalem. When Salah 2 told me that they had carried out the attack in the university using the bag that I had made, I was angry because I did not want them to carry out an attack at schools or religious places. After a few days, Salah 2 returned to me and told me that ███████████ promised that they would not carry out any more attacks in such places.

Question - What is your connection to the attack that occurred in the fuel truck at the garage in Rishon le Zion?

Answer - About two weeks after the attack at the Hebrew University, Salah 2 asked me to manufacture an explosive device inside a biscuit carton. He asked me to manufacture two such explosive devices, but asked for one of them to be activated using a mobile phone and the other using a remote control. I manufactured two such explosive devices as Salah 2 asked. They affixed the explosive device that was activated by mobile phone to the fuel truck and the explosive device exploded when the truck was in a garage in Rishon le Zion. I do not know what they did with the other explosive device that I manufactured, i.e. the device that was activated by remote control.

Question - Did you try to make additional explosive devices?

Answer - I tried to make hand grenades according to the instructions that ███████████ gave me and according to what he explained to me, but I was not able to manufacture hand grenades. In addition, I asked Salah 2 to buy me a child's remote controlled car, I wanted to connect a shampoo bottle with Um Al Abed explosives to this car and activate this explosive device against an IDF jeep by remote control. Salah 2 bought me such a car, and I dismantled it but I did not put the explosives into it because IDF forces entered Ramallah and I fled to the apartment in the Alatimad building.

Question - Based on what you know, what materials are there today in your apartment or laboratory in Shurfa?

[Stamp] P 7: 143

(Note – the suspect, at his request, moves to sit on the floor)
Answer - Nine bottles of shampoo filled with Um Al Abed explosives.
[Arabic signature] Yitzhak Ya'akoboff

_____

Time of completion of statement

[Stamp] P 7: 143 [continued]

[Stamp] Authentic Copy                    [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by              Israel Police                    Statement No. 2 Sheet No. 14

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | *Continued* | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 5:51 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

The shampoo bottles are ~~(in the shower [with typo])~~ in the shower and in the cupboard that is above the entrance door to the shower. A bag of laundry powder contains four kilograms of Um Al Abed explosives. The bag is in the shower. A pistol that is in a cupboard above the entrance door to the shower, which is the pistol that Salah 2 gave me. An MP-5 rifle [sic] inside the television on the patio. Instructions for preparing explosive devices are also in the television on the patio. In addition inside the television there are handcuffs, Hamas flags.

Question - You told me that Salah 2 did not know about your house in Al Bireh or about the new house that you had bought in Surda. Where would you meet him?

Answer - Each Sunday, he would come to the laboratory in Shurfa or I would meet him at a drop off point and he would give me notes from ▮▮▮▮▮▮▮ or money. In addition, Salah 2 had the keys to my car had he would put things inside my car.

Question - Tell me about all the money that you received from the Hamas from the day you started your activity in the Hamas?

Answer - ▮▮▮▮▮▮▮ gave me 1000 dollars. That was in the period in which he trained me in the preparation of explosives and explosive devices, after I left the Preventive Security prison. ▮▮▮▮▮▮▮ gave me 500 dollars. When I met ▮▮▮▮▮▮▮ also known as Salah 1, in the home of ▮▮▮▮▮▮▮ he gave me 1000 dollars. After a period, ▮▮▮▮▮▮▮ deposited in my bank account at the Arab Bank in Ramallah NIS 40,000. After I rented the house in Al Iksal Street, Salah 2 gave me 5000 dollars in cash. Once, ▮▮▮▮▮▮▮ arrived to my apartment in Shurfa and gave me 5000 dollars in cash. When I was in the apartment in the Alatimad building, Salah 2 gave me 5000 dollars in cash. In addition, Salah 2 would bring me all of the money for the apartments that I rented. I have already told you that I received from ▮▮▮▮▮▮▮ through Salah 2 60,000 dollars for the apartment that I purchased in Surda. About a year ago Salah 2 put in 1000 for me at a drop off point next to "Alrazi" Eye Hospital.

[Arabic signature]                              Yitzhak Ya'akoboff

                                                        _____
                                                        Time of completion of statement

[Stamp] P 7: 144

[Stamp] Authentic Copy                                    [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by                    Israel Police                    Statement No. 2 Sheet No. 15

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | *Continued* | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

<u>Mar 13, 2003</u>   <u>6:11 p.m.</u>   <u>Jerusalem Prison</u>   Investigator   <u>100835-8</u>   <u>M. Sgt.</u>   <u>Yitzhak</u>   <u>Ya'akoboff</u>
Date          Time          Location                    Badge no.    Rank    First name   Last name

In the period in which we were in the Alatimad building, I gave Salah 2 500 dinars and he put the money into the bank account of my parents at the Al Iskan Bank in Jordan.

Question - Did you receive an instruction from ▉▉▉▉▉ to stop your activity?

Answer - Yes. In early September 2002, Salah 2 brought me a note from ▉▉▉▉▉ in which it was written that I should stop activity and not leave my house or come to the laboratory because there were problems. It was after the arrest of the Silwan cell. Two weeks after that, Salah 2 came to my home in Shurfa [with] eight shampoo bottles filled with Um Al Abed explosives in order to prepare explosive belts because he had suicide bombers ready and he urgently needed explosive belts for them. I went to the laboratory in the Alatimad building and I prepared the eight shampoo bottles, meaning that I filled them with Um Al Abed explosives. After that, Salah 2 came to the laboratory and took me home in his vehicle, and after that he took the shampoo bottles from the laboratory. He did not take everything together but each time four bottles.

Question - Why did you not manufacture these explosive belts?

Answer - Salah 2 said that he wanted to manufacture them by himself.

Question - Did Salah 2 give you instructions for making Qassam rockets?

Answer - About a year ago I asked him to bring me instructions for making Qassam rockets, and he brought me them and I saw that I could not make such rockets. In addition he brought me instructions to make explosive devices against tanks, but I could not manufacture these explosive devices either.

When I was in the apartment in the Al Iksal neighborhood, I asked ▉▉▉▉▉ to bring me from the Hamas headquarters overseas instructions for making poison that I was to put into the explosive devices. He said that he would check the matter out but in the end I did not receive from him what I requested.

Question - I am showing you a piece of white paper on which there is a diagram in red pen. Can you tell me what it is?

[Stamp] P 7: 145

Answer - This is a diagram for making a hand grenade. I made this diagram when ███████ ███████ trained me in Nablus, I made out this diagram next to him.

(I seized the diagram and marked it with the letters Y.Y. and the date March 13, 2003).

[Arabic signature] Yitzhak Ya'akoboff

_____

Time of completion of statement

[Stamp] P 7: 145 [continued]

[Stamp] Authentic Copy                    [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by              Israel Police              Statement No. 2 Sheet No. 15

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name Passport E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone | |
| Address of Residence | *Continued* | Name and Address of Workplace | | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | | |

| Mar 13, 2003 | 6:12 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

Question - I think that we have finished the statement. Do you have anything to add?
Answer - Like what, for instance?
Answer - [sic] Do you regret or have any remorse over more than sixty people having been killed by the explosive devices that you manufactured and many more who were injured?
Answer - I do not regret it and I am not sorry. This is war and I made my war. But I want to tell you that once I was arrested it was game over (the suspect says this in English) and my war was over.

That is my statement, which has been read out before me and translated into Arabic and confirmed as correct by my signature.

[Arabic signature] Yitzhak Ya'akoboff, Badge No. 1008358 Master Sergeant [Signature]

Time of completion of statement

[Stamp] P 7: 146

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

               Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

               Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.    The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 131-146.

2.    I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 131-146.

                                              Rina Ne'eman

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_____
Notary Public

```
HALA Y GOBRIAL
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990
```





Question - Tell me about the house that you bought in the Alkarama building in Surda.

Answer - In mid-October 2002 I decided to buy an apartment and not rent any more apartments so that I would not have any problems with landlords and not be asked too many questions. I went to the office of Hassan Abu Latifa, aged about 60, I do not

[Arabic signature] Yitzhak Ya'akoboff

Time of completion of statement

[Stamp] P 7: 137 [continued]

[Stamp] Authentic Copy.                    [Stamp] Military Appellate Court in Judea and Samaria [Signature]
Statement by                Israel Police              Statement No. 2 Sheet No. 8

| Identity No. Fictitious 030300028 | First Name Abdullah | Last Name Barghouti | Name in Latin letters |
|---|---|---|---|
| Prior Name E-891198 | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Office Phone |
| Address of Residence | *Continued* | Name and Address of Workplace | |
| Mobile telephone no. | Father's Name Ghaleb Grandfather Abdullah | Parents' Address | |

| Mar 13, 2003 | 1:54 p.m. | Jerusalem Prison | Investigator | 100835-8 | M. Sgt. | Yitzhak | Ya'akoboff |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge no. | Rank | First name | Last name |

know where he lived but I went to his office in Ein Um Sharait. Hassan Abu Latifa owns the Alkarama building in Surda and therefore I went to his office and asked to buy an apartment in the Alkarama building from him. He took me to the Alkarama building in Surda, which is opposite the "Best Eastern" hotel (the suspect said this in English) and showed me the apartment and told me that the price of the apartment was 60,000 dollars. After that I met Salah 2 and told him that I had found an apartment and that I urgently needed 60,000 dollars and he told me that he would check out the matter. After about a week, Salah 2 returned to me and said that he had talked to ▇▇▇▇▇▇▇ alias Salah 1, and that there was no problem with the money. I went to the office of Hassan Abu Latifa. At the time his secretary, Nasser Jibril, was also in his office, and we made out the contract for the apartment, and during the two months after that, Salah 2 would bring me the money and I would give the money to Hassan Abu Latifa. In two months I paid off the bill of the house.

Question - Where did Salah 2 bring you the money from?

Answer - I told you, Salah 1 gave him the money. All the money came from the Hamas.

Question - When you made the contract with Hassan Abu Latifa, under whose title did you buy the house?

Answer - Under the title ▇▇▇▇▇▇▇ aged about 24, a resident of Beit Rima, married to my wife's brother. My wife kept her identity card throughout the time after she had come to me in the house in the Alatimad building, and when my wife and I went to see the apartment, she had that identity card, and therefore, when I made the contract, I had that identity card and I bought the apartment in the name of ▇▇▇▇▇▇▇ because Hassan Abu Latifa thought that she was my wife. ▇▇▇▇▇▇▇ does not even know that I have bought a house under her name.

[Stamp] P 7: 138

משטרת ישראל

הודעתו של:

| | הודעה מס׳ 2 | דף מס׳ 3 |

מספר תעודת הזהות: 030300258

E-89/198

תאריך 13.3.03  שעה 10:55

[הטופס כולל פרטים אישיים בעברית ובערבית]

[גוף ההודעה כתוב בכתב יד בעברית — 28 שורות, חלקן מושחרות/מחוקות]

P 7: 133

משטרת ישראל

הודעתו של:

P 7: 134





משטרת ישראל

הודעתו של: / اعلان تبع

| נليون מס' 7 | הדיעה מס' 2 |
| --- | --- |

מספר תעודת זהות / رقم خرم الاسم الشخصي    030300028

E-89/198

التاريخ / تاريخ الولادة    55.3.13    1328

...











משטרת ישראל

הודעתו של:

| שם נאמית כתיבת האסם בל... | שם משפחה اسم العائلة | שם פרטי הاسم الشخصي | מספר זיהוי رقم الهوية |
|---|---|---|---|
| | חלבי حلبي | אמאל أمال | 030303025 |



משטרה ישראל

الشرطة

| | | | | |
|---|---|---|---|---|
| الاسم الشخصي | اسم الأب | الاسم العائلي | | |

נزار - 891198-E

משטרת ישראל ⭐

הודעתו של: / اعلان تبخ:

| | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באנגלית לכתיבת האסם באותיות אנגליות |
|---|---|---|---|

E-89/198 – 33511

מס' תעודה מס'. / גליון מס' 2 / שטפח رقم 16

שעת סיום גביית ההודעה
(1.01) 2620×50×1