PLAINTIFF'S
EXHIBIT
435
tabbies

**The Military Court**
**Judea**
**-Transcript-**

Court hearing dated: November 9, 2003 Before the Presiding Judge: Lieutenant Colonel Natanel Benishu
Judge: Lieutenant Colonel Hanan Rubinstein
Judge: Major Eli Bar-On

Prosecutor: Captain Ra'id Shanan
Defense Counsel: Adv. Basoul Tawfik – Present

**Defendant: Abdullah Ghaleb Abdullah Barghouti Identity No.: 30300028 / Russian Compound – Present**

Stenographer: Corporal Sivan Kadmi
Interpreter: Corporal Karim Salameh and Sergeant Naaman Madi

**The Presiding Judge opens the session and identifies the Defendant.**

## Course of the Hearing










Ra'id Shanan v. Abdullah Ghaleb Abdullah Barghouti

I do not regret any of the acts that I have carried out,





[Stamp] P 7: 20

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P7: 17-20.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P7: 17-20.

Rina Ne'eman

ss.: New Jersey

On the [28th] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

[signature]
Notary Public

**HALA Y GOBRIAL**
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990

ראיד שנאן נ' עבדאללה ע'אלב עבדאללה ברגותי

<div dir="rtl">

## בית המשפט הצבאי
## יהודה
## - פרוטוקול -

| | |
|---|---|
| דיון בית משפט מיום: 03/11/09 | בפני אב"ד: סא"ל נתנאל בנישו |
| | שופט: סא"ל חנן רובינשטיין |
| | שופט: רס"ן אלי בר – און |

תובע: סרן ראיד שנאן
סניגור: עו"ד בסול תאופיק – נוכח

**נאשם**: עבדאללה ע'אלב עבדאללה ברגותי ת.ז.: 30300028 / מגרש הרוסים – נוכח

רשמת: רב"ט סיון קדמי
מתורגמן: רב"ט כרים סלאמה וסמל נעמן מאדי

אב"ד פותח את הישיבה ומזהה את הנאשם

## מהלך הדיון

</div>



P 7: 17

P 7: 18

Case 1:04-cv-00397-GBD-RLE Document 908-93 Filed 05/13/15 Page 13 of 14

ראיד שנאן נ' עבדאללה עיאלב עבדאללה ברגותי



אני לא מתחרט אפילו על אחד מהמעשים שביצעתי וביהמ"ש

P 7: 19



P 7: 20