היה מעורב עויס - לעיתים באופן ישיר, ולעיתים באמצעות מאג'ד אלמצרי - ביודעו שעויס מבצע פיגועים נגד מטרות ישראליות. במקרה אחד העביר הנאשם לעויס שיק מאושר על ידי היו"ר ערפאת (עמ' 7-6). עוד אמר עויס בחקירתו כי היה בקשר עם הנאשם לכל אורך הזמן; הוא נשאל אם הנאשם ידע על כך שהוא מבצע פיגועים כנגד מטרות ישראליות, והשיב (עמ' 5-4):

**"כן ידע ושמי אף פורסם בעיתונות ובטלוויזיה וברדיו והייתי משוחח עמו מידי פעם וכשהמצב הפוליטי היה מתדרדר ורע לנו היה מבקש שנמשיך בפיגועים וכשנפגש שמעון פרס ועמרי שרון עם מנהיגים ברשות התקשר אליי מרואן ברגותי וביקש שנעצור את הפיגועים... באותה תקופה היה זיני באזור ומרואן אמר לי שעדיף מאחר והגנרל זיני נפגש עם מנהיגים ברשות שלא נבצע פיגועים בשם חללי אלאקצא ויש לציין שהתקדמו בשיחות לא בוצעו פיגועים".**

הנאשם הביע כעס בפני המדובב "פלוני 1" על כך שעויס הודה בחקירתו כיצד נהג הנאשם בעת ביקורו של הגנרל זיני באזור (ת/113א סעיפים 9-8, ת/114א סעיף 8, שהוגשו ואושרו על ידי החוקר "רוברט" בעמ' 154, ותמליל חקירת הנאשם ת/98ח עמ' 3).

**22.** אשר לקשריו עם הנאשם, אמר עויס בחקירתו בשב"כ כי הגיש לנאשם בקשת סיוע עבור שורה של פעילי שטח, וכי הוא עצמו קיבל שלוש פעמים כסף מהנאשם (זכ"ד ת/178א סעיף 10). הנאשם היה הממונה עליו בתנזים, והעביר לו ולפעילים אחרים סיוע כספי, לאחר קבלת אישור מהיו"ר ערפאת (ת/178ב סעיף 10). בדרך כלל קיבל עויס את הכספים מהנאשם באמצעות המתווך מאג'ד אלמצרי, אך לעיתים היה הנאשם שולח לו כספים בצורה ישירה; עויס לא נהג לומר לנאשם מה מטרת הכסף, אך ברחבי הגדה ידעו היטב מה טיב הפעילות של עויס (ת/178ד סעיף 5יא).

עויס אמר בחקירתו כי הפיגועים של התנזים בוצעו בידיעת מנהיגי התנזים ובסיועם. לאחר הפיגוע באולם השמחות בחדרה, וכל זמן שהתנהלו שיחות עם ישראל, הם היו מורים על הפסקת הפיגועים; ואולם כאשר השיחות לא התקדמו, שבו הפעילים לבצע פיגועים, עד שניתנה להם הוראה חדשה על ידי המנהיגים להפסיקם. במסגרת זו נתן הנאשם הוראה להפסיק את הפיגועים בעת ביקורם של הגנרל זיני ומנהיגים מרוסיה ומאירופה בארץ (ת/178ד סעיף 5י).

**23.** דבריו של עויס בחקירתו בכל הנוגע לקשריו עם הנאשם נתמכים בדברים שאמר הנאשם בחקירתו בשב"כ. כאשר הופגשו הנאשם ועויס במהלך החקירה (ת/79ב), ועויס החל לקרוא את הודעתו במשטרה, ציווה עליו הנאשם לומר כי מדובר בזיוף, ועויס אכן מיהר לומר כך (החוקר "צדוק" בעמ' 84). ואולם הנאשם עצמו אישר בחקירה כי עויס היה הפעיל הצבאי הבכיר ביותר של תנזים פת"ח בשכם, ואחראי על גדודי חללי אלאקצא בשכם (זכ"ד ת/90 ס' 7, שהוגש ואושר על ידי החוקר "סטיב" בעמ' 53). הנאשם הודה כי ידע שעויס מבצע "פעילות צבאית" ענפה, וכאשר רצה להבטיח הפסקה של הפיגועים היה פונה גם לעויס ומורה לו על הפסקת הפיגועים (זכ"ד ת/24 ס' 6, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85, ותמליל שיחה ת/98ט עמ' 3-2).

הנאשם הודה כי מסר לידי עויס באמצעות מאג'ד אלמצרי ואחמד ברגותי סכום של כ- 20,000 ₪, ואולי אף 50,000 - 70,000 ₪, למימון פעילותו, וכי קיבל אישור לכך מהיו"ר ערפאת, בלא שציין את מטרת הסיוע הכספי (זכ"ד ת/19 ס' 16, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58; זכ"ד ת/38 ס' 4, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85; זכ"דים ת/40 ס' 8 ו- ת/41 ס' 9, שהוגשו ואושרו על ידי החוקר "מופז" בעמ' 58; תמליל חקירה ת/98ט עמ' 4-3). הנאשם אף הודה

כי חלק מהכספים שהעביר לידי עויס נועדו לרכישת 1000 כדורים לרובה **M-16** ולרובה מסוג "גלילי", ואף הצהיר כי הוא "**מקבל אחריות על כל הכסף שנאצר (עויס) קיבל עבור מימון פיגועים בשטחים הכבושים, עבור רכישת כלי נשק ותחמושת**" (ת/41 ס' 6-9).

עוד אישר הנאשם בחקירתו כי עויס הפעיל חוליות שהיו מאורגנות תחת פיקודו של הנאשם (זכ"ד ת/29 ס' 1, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85). אך הנאשם הדגיש כי הוא עצמו לא הורה לעויס לבצע פיגועים (זכ"ד ת/31 ס' 6). לעומת זאת, המדובב "פלוני 1" העיד כי הנאשם אמר לו כי נתן לעויס הוראות לבצע פיגועים (עמ' 104).
הנאשם הודה גם כי לאחר הפיגוע בנווה יעקב או בגשר עטרה (הנאשם לא זכר איזה מהם) שלח אליו עויס את הכרוז הנוטל אחריות, והנאשם אישר זאת בשיחה עם עויס (זכ"ד ת/49 סעיף 7, שהוגש ואושר על ידי החוקר "אמיל" בעמ' 54, וזכ"ד ת/52 שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).

(2) __נאצר נאג'י אבו חמיד__

**.24** נאצר נאג'י אבו חמיד (להלן: "**אבו חמיד**") היה אחד ממנהיגי התנזים וגדודי חללי אלאקצא באיזור ירושלים ורמאללה, ואף הוא היה כפוף לנאשם וקיבל ממנו סיוע לצורך ביצוע פיגועים כנגד ישראל. בגין פעילותו זו נדון אבו חמיד, על סמך הודאתו, לשבעה מאסרי עולם ועוד 50 שנות מאסר במצטבר (ת/148א-ב). בעדותו סרב אבו חמיד להשיב על שאלות כלשהן, הוכרז כעד עויין והודעותיו משטרה הוגשו לפי סעיף 10א. לפקודת הראיות (עמ' 40-41). הודעות אלו (ת/149א-ד) הוגשו באמצעות חוקרי המשטרה אברהים אלקרעאן, יעקב ברזני ומשה לוי (עמ' 194-195, 207, 211), אשר העידו כי אבו חמיד מסרן מרצונו החופשי וחתם עליהן. ההודעות נמסרו בעברית לפי בקשתו של אבו חמיד, אשר לדברי החוקרים דובר עברית היטב.

**.25** בהודעותיו פרט אבו חמיד את פיגועי הרצח כנגד ישראלים בהם היה מעורב, וסיפר כי פנה אל הנאשם לקבלת סיוע כספי לרכישת תחמושת, והנאשם הפנה אותו אל קרובו אחמד ברגותי המכונה "אלפרנסי"; הלה אכן מסר כמה פעמים לאבו חמיד כסף לרכישת נשק ותחמושת (ת/149א, עמ' 9, ת/149ג עמ' 5-6). גם חברים אחרים בחוליה של אבו חמיד פנו לנאשם לקבלת כספים לצורך רכישת נשק (ת/149 עמ' 6). בשלב מסוים פנה אבו חמיד לנאשם לשם מימון רכישת מקלע, ובסופו של דבר הכסף למטרה זו ניתן לו על ידי אחמד ברגותי (ת/149ג עמ' 7). אבו חמיד אף סיפר כי הנאשם נפגש עם סוחר נשק בעניין רכישת רימוני יד, שהיו לבסוף רק רימוני הלם (עמ' 7-8).

אבו חמיד אמר כי הוא הקים את גדודי חללי אלאקצא לאחר תחילת האינתיפאדה בחודש דצמבר 2000 (עמ' 4). הוא הסביר כי הוצע לו לצרף את החוליה שבראשה עמד למנגנוני הביטחון של הרשות הפלשתינאית בראשות תאופיק טיראוי, אך הוא העדיף את הצעתו של הנאשם להיות כפוף לו, ולקבל ממנו משכורת לו ולאנשיו, כיוון שראה בנאשם "מנהיג פוליטי שלא ישקר" (ת/149א עמ' 15-16).

לאחר מכן גייס אבו חמיד פעילים נוספים לתמיכה בנאשם, הקים את גדודי חללי אלאקצא, והחל לבצע פיגועים כנגד מחסומי צה"ל והמתנחלים (עמ' 17). הוא אמר לגבי הנאשם כי ראה בו "מנהיג פוליטי", אם כי הוא עצמו השתייך לפלג הצבאי של הארגון (עמ' 17). כאשר נהרג מפקד החוליה, הכיר אבו חמיד את יורשו לנאשם (ת/149 עמ' 7).

באחת מהודעותיו סיפר אבו חמיד על אירוע בו נכח יחד עם חברי חוליה אחרים, ואחד מהם סיפר לנאשם על כוונתו לבצע פיגוע באזור שכם, וביקש מהנאשם סיוע ברכישת נשק ומכונית, וכן ביקש מהנאשם ליצור קשר עם עויס על מנת שיעזור בביצוע הפיגוע. אבו חמיד אמר כי הנאשם התקשר עם עויס, שאכן סייע לחולייה לבצע פיגוע; לאחר הפיגוע הוא דיווח לנאשם כי בהיתקלות עם חיילי צה"ל איבדו חברי החוליה את הנשק, והנאשם הבטיח לטפל בנושא (ת/149ג עמ' 9).

P 7: 000384

לקראת סוף שנת 2001, כאשר החל ירי מרגמות לעבר ישובים ישראליים, שוחח אבו חמיד עם הנאשם על הצורך להשיג מרגמות בעלות טווח ירי גדול יותר. אבו חמיד פנה אל הנאשם לשם מימון רכישת פצצות המרגמה, והנאשם השיב לו כי מחירן גבוה מדי, וכי "יש לו הפתעה" בעניין זה, כפי שיסביר לו אחמד ברגותי; האחרון הסביר לאבו חמיד כי יש כבר בידיהם מרגמה ופצצות (ת/149ג עמ' 10). אבו חמיד אף דיווח לנאשם על ביצוע ירי מרגמה לעבר הישוב פסגות, והנאשם ביקש שלא לספר על כך לאיש, באומרו כי אם ערפאת ידע על כך הוא יכניס אותו לכלא (עמ' 11).

**26.** מהודעותיו של אבו חמיד ניתן להתרשם שהוא השתדל למנוע מן הנאשם מעורבות ישירה בפיגועים, ואף אמר לפעילים האחרים שלא לסבך את הנאשם במעשיהם, שכן הנאשם צריך להישאר "מנהיג פוליטי" (ת/149ג עמ' 8-9, 12). במסגרת ניסיונו של אבו חמיד לחפות על מעורבותו של הנאשם בפיגועים, הוא ניסה לגמד גם את חלקו של אחמד ברגותי, שהיה מקורבו ועוזרו של הנאשם; אבו חמיד הודה כי ניסה תחילה להעלים את חלקו של אחמד ברגותי ברצח טליה ובנימין כהנא ז"ל, אשר בוצע באמצעות נשק שמסר אחמד ברגותי למפגע (ת/149ד עמ' 5, וראה פרטי האירוע בפרק ה(1) להלן).

**27.** הנאשם הודה בחקירתו כי הנחה את עלי עאידיה (איש הכספים שלו) לרכוש אמל"ח עבור הפעילות של התנזים, ולהעביר את האמל"ח לאבו חמיד. הנאשם אף מתייחס בחקירתו לאירוע המתואר בהודעתו של אבו חמיד, הנוגע לרכישת רימונים מקולקלים (זכ"ד ת/43 ס' 2-5, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 62). הנאשם הודה כי החוליות של אבו חמיד זכו לסיוע מצדו בסכום של כ- 40,000 ₪ (זכ"ד ת/63 ס' 20, שהוגש ואושר על ידי החוקר "נאור" בעמ' 82). הנאשם אמר כי כאשר קיבל החלטה אסטרטגית לבצע פיגועים הוא הקים חוליה, כאשר את הפיגועים הוביל, בין היתר, אבו חמיד (זכ"ד ת/35 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). כאשר נשאל הנאשם בחקירתו מי מאנשי חוליות הפיגועים היו תחת שליטתו, הוא אמר על אבו חמיד: **"הוא נחשב עלי"** (תמליל שיחה ת/98יא עמ' 34, שבו בטעות נרשם בעברית "אחמד" במקום אבו חמיד).

**(3)** **<u>אחמד ברגותי</u>**

**28.** אחמד ברגותי (המכונה "אלפרנסי") הוא קרוב משפחה של הנאשם, אשר היה עוזרו הקרוב, בנוסף על היותו נהג ושומר ראשו של הנאשם (ראה דבריו בהודעתו ת/165א עמ' 1, וזכ"ד ת/165ו שהוגש ואושר על ידי החוקרים "אדם" ו"דני" בעמ' 200-201).

אחמד ברגותי אמר בחקירתו כי היה נתון למרותו המלאה והישירה של הנאשם (זכ"ד ת/165י שהוגש ואושר על ידי החוקר "אדם" בעמ' 201). אין זה מקרה שאחמד ברגותי נעצר יחד עם הנאשם, שכן שמו עולה בחומר הראיות בהקשרים רבים הנוגעים לפיגועים שביצעו פעילי השטח של התנזים וגדודי חללי אלאקצא.

אחמד ברגותי סירב להשיב על שאלות כלשהן בעת עדותו (עמ' 161-163), ולאחר שהוכרז כעד עוין הוגשו הודעותיו במשטרה לפי סעיף 10א. לפקודת הראיות (ת/165א-ה).

הודעות אלו הוגשו ואושרו על ידי השוטרים דוד מזרחי, יצחק יעקובוב ומשה משה (בעמ' 184, 171 ו- 206-207). החוקרים העידו כי תחקרו את אחמד ברגותי בערבית, אך רשמו את עדותו בעברית (שלא על פי המקובל והנדרש). כל החוקרים העידו כי ההודעות נמסרו מרצונו החופשי של הנחקר.

כמו כן הוגש מסמך שכתב אחמד ברגותי בכתב ידו בערבית ותורגם (ת/165(ג)(1-2)), והוא הודה בחקירתו כי כתב מסמך זה בכתב ידו (מזרחי בעמ' 185). בנוסף, הוגשו על ידי חוקרי השב"כ זכ"דים שנרשמו במהלך חקירתו של אחמד ברגותי (ת/165ו-טו, שהוגשו ואושרו כדלקמן: ת/165ו על ידי "אדם" בעמ' 201 ו"דני" בעמ' 200; ת/165י על ידי "אדם" בעמ' 201; ת/165יג על ידי

"אדם" בעמ' 201; ת/165יד על ידי "דני" בעמ' 200). הזכ"דים ת/165ז-ח, ת/165יא-יב ו- ת/165טו לא זכו להתייחסות כלשהי בעדויותיהם של חוקרי השב"כ "מיקי", "ארבלי", "אדם" ו"דקלי", ולכן יש להתעלם מהם.

**29.** אחמד ברגותי סיפר בחקירתו כי הוא ועויס היו האחראים על גדודי חללי אלאקצא בשנה שקדמה למעצרו (הודעה ת/165ה). הוא סיפר בהודעותיו על מעורבותו הישירה והעקיפה בפיגועים שבוצעו כנגד ישראל, ועל כלי הנשק והרכב שסיפק לפעילי השטח שיצאו לבצע פיגועים שונים באזור יהודה ושומרון ובתוך ישראל, כולל פיגועי התאבדות.

באשר לפיגוע במסעדת "**סי פוד מרקט**" בתל-אביב, סיפר אחמד ברגותי כי כאשר קיבל הודעה שהמפגע אברהים חסונה עומד לצאת ולבצע את הפיגוע, וגם כאשר דווח לו כי הלה כבר יצא לדרכו עם מוביליו, הוא התקשר לנאשם והודיעו על כך; הנאשם אישר את הפיגוע **לפני** ביצועו, אך הורה שלא יבוצע בתוך ישראל אלא בשטחים; אחמד ברגותי אמר לו: "יהיה בסדר" (זכ"ד ת/165י"ג שהוגש ואושר על ידי החוקר "אדם" בעמ' 201 וזכ"ד ת/165י"ד שהוגש ואושר על ידי החוקר "דני" בעמ' 200). מייד לאחר ביצוע הפיגוע ב"סי פוד מרקט", שאחמד ברגותי עצמו היה מעורב בהוצאתו לפועל, הוא התקשר אל הנאשם בשעה 03:15 לפנות בוקר ודיווח לו על ביצוע הפיגוע; הנאשם נשמע מרוגז (הודעה ת/165ג עמ' 1, זכ"ד ת/165יד). לדברי אחמד ברגותי, אמר לו הנאשם להודיע לעויס שלא ליטול אחריות על פיגוע זה קודם שידבר עם הנאשם, שכן הנאשם היה מעוניין לנסח את הכרוז (ת/165ד עמ' 1, וזכ"ד ת/165יד). אחמד ברגותי נשאל מדוע דיווח על הפיגוע לנאשם, והוא השיב: **"למרואן ברגותי הודעתי באופן רגיל"**.

**30.** אחמד ברגותי סיפר בחקירתו גם על הפיגוע ב**תחנת הדלק בגבעת זאב**, שנעשה כנקמה על חיסולו של ראיד כרמי. לדבריו, הוא ביקש מהמבצע אבו סטחה שלא להודיע על כך מראש לנאשם. אך אבו סטחה שוחח עם הנאשם על כך, והנאשם אמר לו שלא לבצע את הפיגוע, כנראה משום שחשש לחייו של אבו סטחה שהיה שומר ראשו (זכ"ד ת/165ג עמ' 2 וזכ"ד ת/165יג שהוגש ואושר על ידי החוקר "אדם" בעמ' 201). זו אחת הדוגמאות לניסיונו של אחמד ברגותי במהלך כל החקירה לחפות על מעשי הנאשם, שכן הנאשם עצמו נטל בחקירתו אחריות לפיגוע זה, וברור מדבריו שהוא הורה על ביצועו (ראה סעיפים 66(5) ופרק ה(7) להלן).

במקרה אחר, עליו סיפר אחמד ברגותי בחקירתו, דחה הנאשם את בקשתה של צעירה בת 15 לבצע פיגוע התאבדות, באומרו **"שהיא עוד צעירה לעשות זאת"**, והורה לאחמד ברגותי להודיע לה זאת (ת/165ג עמ' 4, וזכ"ד ת/165יג ס' 2י, שהוגש ואושר על ידי החוקר "אדם" בעמ' 201). גרסה דומה עולה מדברי הנאשם בחקירתו (זכ"ד ת/25 ס' 6-7, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85, ותמליל חקירה ת/98י עמ' 8-9).

במקרה נוסף עליו סיפר אחמד ברגותי, התקשר ג'יהאד ג'וערה לנאשם בבקשה לבצע פיגוע, והנאשם אמר לו שלא לעשות זאת בתוך ישראל או בירושלים; ואולם ג'ערה השאיר מכונית תופת שהתפוצצה למחרת ליד קניון מלחה בירושלים, חרף דברי הנאשם (ת/165 עמ' 18). דברים אלו אושרו על ידי הנאשם בחקירתו (ראה סעיף 66(ה) ופרק ה(20) להלן).

**31.** לאורך כל חקירתו, ניכרת אצל אחמד ברגותי מגמה ברורה לגמד ולהעלים את מעורבותו של הנאשם בפיגועים השונים. כאשר היה מזכיר את שמו של הנאשם, היה זה בדרך כלל על מנת לציין שהנאשם התנגד לביצוע הפיגוע. עם זאת, אחמד ברגותי אישר בהודעה שנכתבה בכתב ידו כי שורה של פעילי שטח בחוליות קיבלו כספים ממשרדו של הנאשם ובידיעתו, וכי הכספים שקיבל מהנאשם שימשו אותו לצורך ביצוע פיגועים שלו ושל אחרים (הודעה ת/165ג(1) עמ' 6, הודעה ת/

165ג עמ' 2 וזכ"ד ת/165יג ס' 2ג ו- 2ז שהוגש ואושר על ידי החוקר "אדם" בעמ' 201).
כמו כן ברור מדברי אחמד ברגותי כי הנאשם היה מורה לו מדי פעם להפסיק או לדחות את ביצוע הפיגועים (זכ"ד ת/165יג ס' 2ח, שהוגש ואושר על ידי החוקר "אדם" בעמ' 201). מכאן עולה כי במקרים אחרים הם בוצעו באישורו של הנאשם, גם אם לא ידע מראש על כל פיגוע ופיגוע.

**32.** בתחילת חקירתו ניסה הנאשם לגונן על קרוב משפחתו אחמד ברגותי, וטען כי נעצר עמו משום "שעבר במקרה במקום" (זכ"ד ת/9 ס' 10 שהוגש ואושר על ידי החוקר "רוברט" בעמ' 62). הנאשם טען כי אחמד ברגותי הפסיק לעבוד אצלו כנהג כשמונה חודשים לפני מעצרו, ואין שום קשר ביניהם בנוגע לביצוע פיגועים (זכ"ד ת/10 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90, וזכ"ד ת/21 ס' 23, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 63). בחקירתו במשטרה טען הנאשם כי אחמד ברגותי לא היה מזכיר או או שומר ראש שלו (ת/104 עמ' 4). בפגישה שהיתה בין הנאשם לאחמד ברגותי בעת מעצרם, ושהוקלטה ללא ידיעתם, תיאמו השניים עמדות לגבי החקירה, ואחמד ברגותי אמר לנאשם כי טען בחקירה שהוא איננו קשור לנאשם, אלא רק שימש כנהגו; הנאשם אמר כי גם הוא אמר כך (תמליל שיחה ת/127ג עמ' 3-2). אחמד ברגותי סיפר לנאשם באותה פגישה מה בדיוק אמר בחקירותיו לגבי הנאשם, כשהם מתייחסים לפיגועים השונים אליהם התייחס אחמד ברגותי בחקירתו (עמ' 4).

ואולם, בהמשך בחקירתו בשב"כ אישר הנאשם כי ידע שאחמד ברגותי קשור למספר חוליות ולביצוע פיגועים רבים כנגד ישראל, וכי כאשר ביקש להפסיק את הפיגועים היה מודיע זאת גם לאחמד ברגותי. לדבריו, אמר לאחמד ברגותי שהוא "לא מרשה" לבצע פיגועים בתוך ישראל (תמליל ת/98יא עמ' 20-18). הנאשם אמר כי היה תיאום בינו לבין אחמד ברגותי, שכלל דיווח ומתן כספים, וכי מבחינתו אחמד ברגותי היה אחראי על הפעילות הצבאית באזור רמאללה ביחד עם אבו חמיד, וכי השניים היו מבצעים פיגועים באמצעות מספר חוליות (זכ"ד ת/27 ס' 3-2 שהוגש ואושר על ידי החוקר "סמית" עמ' 85).
הנאשם הודה כי היה נותן כסף לאחמד ברגותי, ותמך בפעולותיו, אף כי טען שאחמד ברגותי לא היה מדווח לו **לפני** ביצוע פיגועים (תמליל ת/98ח עמ' 3, 17, 24-20, וזכ"ד ת/24 ס' 4, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).
הנאשם הודה כי אחמד ברגותי היה מדווח לו **לאחר** ביצוע פיגועים (תמליל ת/98ז עמ' 25-19, 40, ותמליל ת/98יא עמ' 9). בשיחתו עם המדובב "פלוני 1", אמר הנאשם כי אחמד ברגותי שילח ארבעה פיגועי התאבדות באישורו (עדות המדובב בעמ' 106). דברים אלו תואמים דברים שאמר הנאשם בחקירתו, כאשר נטל אחריות על כמה פיגועים אותם אישר אישית (ראה סעיף 66 להלן).

הנאשם לא הסתיר כי מסר לאחמד ברגותי עשרות אלפי דולרים לרכישת כלי נשק שונים, כגון רובי סער ואקדחים, עבור אנשי החוליות שביצעו פיגועים כנגד ישראל. אחמד ברגותי היה האחראי מטעם הנאשם על רכישת הנשק. הוא פעל תחת פיקודו של הנאשם, והיה אחראי על "הפעילות הצבאית" באזור רמאללה. הנאשם הודה כי ידע שאחמד ברגותי קשור לפיגועים כנגד ישראל, וביניהם פיגועים בירושלים וב"סי-פוד מרקט" בתל אביב (לכל אלה ראה: זכ"ד ת/23 ס' 5-4 שהוגש ואושר על ידי החוקר "דני" בעמ' 90; זכ"ד ת/25 ס' 11-10 שהוגש ואושר על ידי החוקר "מופז" בעמ' 58; ת/27 ס' 2, 4 ו- ת29 ס' 1 שהוגשו ואושרו על ידי החוקר "סמית" בעמ' 85; ת/28 ס' 4 שהוגש ואושר על ידי החוקר "אבו ואדי" בעמ' 96; ת/65 ס' 4 ו- ת/70 ס' 9 שהוגשו ואושרו על ידי החוקר "סטיב" בעמ' 53; וכן ראה דברי הנאשם בתמלילים ת/98ז עמ' 6-2, ת/98ח עמ' -20 24, ת/98י עמ' 11-10 ו-
ת/98יא עמ' 8).

**לסיכום קשרי הנאשם עם אחמד ברגותי**, ניתן לומר כי הקשר של הנאשם עם פעילי הטרור היה באמצעות קרובו ומקורבו אחמד ברגותי. כפי שאמר הנאשם בחקירתו על אחמד: **"הוא יוצר קשר עם החוליות האלה. באופן ישיר איתם ישירות. יעני בלעדיו לא היתה לי התקשרות ישירה עם אף**

**חוליה"** (תמליל ת/98יא עמ' 8). כאשר נשאל הנאשם בחקירתו מי הם ראשי חוליות הפיגועים שפעלו תחת שליטתו, השיב הנאשם כי אחמד ברגותי היה **"חלקית תחת שליטתי וחלקית עבד עם נאצר (עויס)"** (תמליל שיחה ת/98יא עמ' 34).

**(4) <u>מוחמד מצלח (אבו סטחה)</u>**

**.33** מוחמד מצלח המכונה "אבו סטחה" (להלן: **"אבו סטחה"**) היה פעיל שטח נוסף, שעמד בראש חוליה אשר ביצעה פיגועי רצח. הוא גם היה שומר ראשו של הנאשם בתקופה מסוימת, ומקורב אליו. בגין פעילותו זו הורשע אבו סטחה על פי הודאתו ונדון לעונש של 9 מאסרי עולם במצטבר (ת/155א-ג). בעדותו פתח אבו סטחה בהצהרה כי לא היה לו שום קשר עם הנאשם, וכי הנאשם הוא **"אדם פוליטי"** שאין לו קשר עם ה"פעולות הצבאיות". מעבר לכך לא היה מוכן אבו סטחה להשיב על שאלה כלשהי, ולפיכך הוכרז כעד עוין והוגשו הודעותיו במשטרה ת/156א-ג לפי סעיף 10א. לפקודת הראיות (עמ' 66-68).
ההודעה ת/156א לא הוגשה באמצעות מי שגבה אותה (השוטר יעקב ברזאני), ולפיכך יש להתעלם ממנה. ההודעות ת/156ב-ג הוגשו ואושרו על ידי השוטרים מרקו דהאן ומשה לוי (בעמ' 198, 210), אשר העידו כי ההודעות נמסרו מרצונו החופשי של אבו סטחה. החקירה התנהלה בשפה הערבית אך ההודעות נרשמו בעברית (שלא על פי המקובל והנדרש).

בהודעותיו מפרט אבו סטחה את הפיגועים שביצע, ומדבריו עולה שאחמד ברגותי, עוזרו הקרוב של הנאשם, היה מעורב ברבים מהם בצורה ממשית.

**.34** הנאשם אישר בחקירתו כי אבו סטחה עבד במשרדו ופעל תחת אחריותו, באמצעות אחמד ברגותי, וכי הוא ידע שאבו סטחה ביצע פיגועים שונים כנגד אזרחים בגבעת זאב ובפסגת זאב (זכ"ד ת/30 ס' 3-2, שהוגש ואושר על ידי החוקר "אמיל" בעמ' 54, תמליל ת/98יא עמ' 35). כאשר נשאל הנאשם מי הם ראשי חוליות הפיגועים שפעלו תחת שליטתו, הוא כלל בהם את אבו סטחה, באומרו: **"אני לא בורח מזה"** (תמליל ת/98יא עמ' 34).

**(5) <u>ג'מאל אחויל</u>**

**.35** ג'מאל אחויל (להלן: **"אחויל"**) היה פעיל שטח נוסף שקיבל סיוע מהנאשם, והיה איש הקשר שלו במחנה הפליטים בג'נין.

אחויל סירב להשיב על שאלות בעת עדותו, הוכרז כעד עוין והוגשה הודעתו במשטרה ת/166 לפי סעיף 10א. לפקודת הראיות (עמ' 165-164), באמצעות השוטר מטאנס חדאד שגבה אותה (עמ' 169). אחויל כתב את הודעתו בכתב ידו, וחדאד תרגם אותה לעברית.

אחויל פעל במסגרת גדודי חללי אלאקצא, ואמר בחקירתו כי קיבל סיוע כספי, בין היתר, מהנאשם, והיה מחלק כסף זה לפעילים אחרים, וביניהם מבוקשים על ידי צה"ל; חלק מהכסף שימש לרכישת נשק (ת/166 עמ' 1). אחויל היה בקשר רצוף עם הנאשם, והיה מדווח לו על פעילות גדודי חללי אלאקצא, ועל המתרחש במחנה ג'נין; לעיתים היו הפעילים בגדודים אלו מדווחים לנאשם באופן ישיר, כפי שהיה עושה עויס (ת/166 עמ' 5).

הנאשם הכחיש בחקירתו במשטרה כי הכיר את אחויל (ת/106 עמ' 6). אך בחקירתו בשב"כ אמר הנאשם כי אחויל היה מנהיג מחנה הפליטים בג'נין, וחבר בגדודי חללי אלאקצא, אשר השתייך לחוליות של עויס. הנאשם הכיר היטב את אחויל, אך טען שמעולם לא מסר לידיו נשק או כסף, אם

כי אחויל פנה אליו בבקשות סיוע; הנאשם הסביר כי היה פועל מול עויס, ועויס היה זה שהיה ממלא את בקשותיו של אחויל (זכ״ד ת/31 ס׳ 9-7, שהוגש ואושר על ידי החוקר ״מופז״ בעמ׳ 58). כמו כן אישר הנאשם כי העביר לערפאת את בקשותיו של אחויל לקבלת סיוע (זכ״ד ת/67 ס׳ 4 שהוגש ואושר על ידי החוקר ״אמילי״ בעמ׳ 54).

**(6) <u>נאצר א-שויש</u>**

**.36** נאצר א-שויש (להלן: **״שויש״**) היה אף הוא פעיל בפיגועים שביצעו גדודי חללי אלאקצא. בגין פעילות זו הורשע על פי הודאתו, ונדון ל- 4 מאסרי עולם במצטבר (ת/157א-ד). שויש סירב לענות על שאלות בעדותו, אך טען כי הנאשם הוא מנהיג פוליטי שאין לו קשר ל״עניינים צבאיים״. הוא הוכרז כעד עוין, הכחיש את הדברים שאמר בחקירתו, ואף טען כי לא הודה בכלום (עמ׳ 69-71). הודעותיו של שויש ת/158א-ב הוגשו לפי סעיף 10א. לפקודת הראיות, באמצעות השוטרים מטאנס חדאד ועוואד עטאף (עמ׳ 165, 168).

גובי ההודעות העידו כי ההודעות נרשמו בערבית בכתב ידו של הנחקר מרצונו החופשי, ותורגמו לעברית על ידי החוקרים. השוטר חדאד העיד כי נכח במשפטו של שויש, והלה אישר שם את הודעתו בטרם הורשע, שכן לא היה לו סניגור.

**.37** בחקירתו (הודעה ת/158א, עמ׳ 6 והודעה ת/158ב, עמ׳ 4-2) סיפר שויש כי קיבל חגורת נפץ במשקל של כ- 18 ק״ג במפקדת המודיעין המסכל ברמאללה על מנת לשמור אותה ברכבו. לאחר מכן פגש את הנאשם בבית החולים בו טופלה אשתו, והנאשם ביקש לשוחח אתו בנפרד. בשיחתם שאל אותו הנאשם האם הוא מכיר אנשים אשר יודעים כיצד להכין חגורת נפץ, או כאלה שיש להם חגורת נפץ. באותו מעמד התקשר שויש לאדם שמסר לו את חגורת הנפץ (מוזיד אלמצרי), וקיבל את הסכמתו למסור אותה לנאשם, והנאשם הודיע לו שאחמד ברגותי ישוחח איתו בעניין. למחרת התקשר אחמד ברגותי אל שויש, והאחרון מסר לו את חגורת הנפץ. שויש שמע באותו יום כי האדם שהחזיק את החגורה נתפס בירושלים בדרכו לביצוע פיגוע התאבדות.

שויש נשאל בחקירתו האם הנאשם ידע על פיגועי התאבדות ופעילות צבאית, והשיב כי יום לפני ביצוע פיגוע ההתאבדות על ידי מוחמד חשאיכה נפגש שויש עם הנאשם, וסיפר לו כי אדם בשם עבד אלכרים אמור לשלוח מתאבד לישראל; הנאשם אמר לשויש להתקשר אליו אם יזקקו לדבר מה בקשר לפיגוע, נתן לו סכום של 600 דולר, וביקש לעדכן אותו בפרטי הפיגוע (עמ׳ 7-6). הפיגוע בוצע בירושלים, ואז התקשר הנאשם אל שויש, אשר אמר לו כי הפיגוע בוצע על ידי גדודי חללי אלאקצא. הנאשם ביקש ממנו להביא לו את הקלטת המצולמת של המתאבד חשאיכה (עמ׳ 7-6 להודעה ת/158א). בהודעתו השניה ת/158ב סיפר שויש על הסיוע הכספי שקיבל מהנאשם (עמ׳ 5).

**.38** הנאשם הכחיש בחקירתו במשטרה כי הכיר את שויש, וכן הכחיש בהודעתו את דבריו של שויש (ת/106 עמ׳ 9-7). לא הובאו בפנינו ראיות נוספות על האירועים הנ״ל אליהם התייחס שויש בחקירתו, ולכן אין כל חיזוק לדבריו אלו, ולא ניתן לסמוך ממצאים עליהם.

**(7) <u>עלי עיאדיה</u>**

**.39** עלי עיאדיה (להלן: **״עיאדיה״**) היה פעיל בתנזים שעסק בעיקר בהדרכת צעירים בשימוש בנשק, ובעניין זה פעל בהנחיית הנאשם. כמו כן השתתף בביצוע פיגועי ירי לעבר חיילים. בעדותו סרב להשיב על שאלות שנשאל, וטען כי הנאשם הוא ״איש שלום״ (עמ׳ 171-169). לפיכך הוכרז עד עוין, והודעתו ת/168 הוגשה לפי סעיף 10א לפקודת הראיות, באמצעות השוטר יעקב ברזני, שגבה אותה בשפה הערבית ותרגמה לעברית (עמ׳ 208).

**40.** עיאדיה סיפר בחקירתו על מעורבותו של הנאשם בקורס הירי לצעירים (ת/168, עמ' 2-1), ועל הפיגועים שהוא עצמו ביצע. כמו כן אמר עיאדיה: "**ראש התנזים מרואן ברגותי היה יודע מכל אירועי הירי אותם ביצעו פעילי התנזים עוד לפני שעשו אותם והוא הסכים להם**" (עמ' 5). הוא ציין כי כמה חודשים לפני מעצרו ביקש ממנו הנאשם "לקנות נשק מכל סוג", ולהעבירו דרך אבו חמיד (עמ' 5).

הנאשם הכחיש בחקירתו במשטרה את הדברים שאמר עיאדיה בחקירתו (ת/106 עמ' 7). ואולם באחת מחקירותיו הודה הנאשם כי הורה לעיאדיה לרכוש אמל"ח ולמסרם לאבו חמיד (זכ"ד ת/43 ס' 3, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 92), דבר שמחזק את דברי עיאדיה בחקירתו.

**(8)** **<u>איסמעיל רדאידה, מוהנד אבו חלאוה וכמאל אבו ער</u>**

**41.** איסמעיל רדאידה (להלן: "**רדאידה**") ביקש לבצע פיגוע, ופנה בעניין זה לנאשם. הוא ביצע את את פיגוע הירי במעלה אדומים שבו נרצח הנזיר היווני גרמנוס ציפוקטקיס ז"ל (ראה פרק ה(3) להלן). בגין פעילותו החבלנית הורשע רדאידה על פי הודאתו, ונדון למאסר עולם ועוד 20 שנות מאסר במצטבר. בעדותו בתיק זה (עמ' 44-42) סירב רדאידה להשיב על שאלות, הוכרז כעד עוין והודעותיו במשטרה הוגשו מכוח סעיף 10א. לפקודת הראיות (הודעות ת/151א-ת/151ג, הודעה בכתב יד ת/151ד שנקרעה, שוחזרה ותורגמה, וקלטת בה שיחזר רדאידה את רצח הנזיר ותומללה - ת/151א).
הודעותיו של רדאידה הוגשו על ידי החוקרים מרקו דהאן ויצחק יעקובוב, שגבו את ההודעות בערבית, אך רשמו אותן בעברית (בניגוד למקובל ולנדרש), והעידו כי הן נמסרו מרצונו החופשי של רדאידה. הודעתו של רדאידה ת/151ד נרשמה בכתב ידו בנוכחות יעקובוב (עמ' 171, 198). עורך השיחזור (מרקו דהאן) לא התייחס לכך בעדותו, ועל כן יש להתעלם מקלטת השיחזור, בהיותה אמרת חוץ של עד שלא הוגשה כדין.

**42.** בהודעתו הראשונה (ת/151א) סיפר רדאידה כי החליט לבצע פיגוע כאשר ראה בטלויזיה שתינוקת פלסטינאית נהרגה, ועל כן ניגש למשרדו של הנאשם. השיחה ביניהם התנהלה ביחידות, ורדאידה אמר לנאשם כי הוא רוצה לבצע פיגוע ודרוש לו נשק לשם כך. הנאשם הפנה את רדאידה אל אדם בשם מוהנד (אבו חלאוה) שכינויו "עלאא" (להלן: "**מוהנד**"), והורה למהנד להשיג נשק לרדאידה. בהודעתו השניה (ת/151ב) הוסיף רדאידה כי הוא הבהיר לנאשם שהנשק דרוש לו על מנת לבצע פיגועים נגד מטרות ישראליות, ואז הפנה אותו הנאשם אל מוהנד. מוהנד אמר לרדאידה כי ישיג לו שני רובי קלצ'ניקוב, וכי מעתה ואילך הקשר שלו יהיה עם מוהנד ולא עם הנאשם. כעבור כשבועיים התקשר מוהנד אל רדאידה, אשר בינתיים צירף אדם נוסף לפיגוע, והודיע כי הנשקים מוכנים. רדאידה קיבל את הנשקים והתחמושת ממוהנד, אשר תדרך את רדאידה ואת חברו כיצד להפעילם.

לאחר כמה ימים בהם הכינו רדאידה וחברו יאסר את הפיגוע, ותיצפתו לעבר כביש מעלה אדומים, הם ביצעו את הפיגוע, כאשר פתחו בירי לעבר הרכב שבו נסע הנזיר ונמלטו. למחרת התברר לרדאידה בחדשות כי הרג נזיר יווני, ומוהנד התקשר אליו ובא אליו בטענות על כך; רדאידה הסביר כי חשב שמדובר במתנחל. רדאידה נשאל בחקירתו מדוע פנה לנאשם כאשר החליט לבצע פיגוע, והשיב כי ראה את הנאשם כמה פעמים בטלוויזיה והבין "**שהוא האדם היחיד שיכול לעזור לי בהשגת הנשק**" (עמ' 5).

בהודעתו השלישית (ת/151ג), גילה רדאידה כי כוונתו המקורית היתה לעשות פיגוע התאבדות, אך הנאשם אמר לו: "**פיגועי התאבדות זה העבודה של החמאס והג'יהאד האיסלמי ושהתנזים עושה פיגועים נגד הצבא והמתנחלים**".

**רדאידה** הוסיף ואמר: **"מרואן ברגותי אמר שהוא מוכן לתת לי אמל"ח כדי שאני אעשה פיגועים נגד חיילים ונגד מתנחלים"** (עמ' 1). גרסתו הנ"ל של רדאידה עולה גם מן המסמך שכתב בכתב ידו (ת/151ד), אם כי בצורה מתומצתת יותר.

**43.** דבריו של רדאידה נתמכים בדברי הנאשם בחקירתו (תמליל ת/98יא עמ' 37-38, ותמליל ת/98ד עמ' 2-4, 11-12 שבהם נרשם בטעות השם איסמעיל אלדבע במקום איסמעיל רדאידה). בחקירתו במשטרה הכחיש הנאשם כי מוהנד עבד במשרדו או היה סגנו, ואמר כי מוהנד לא קשור לתנזים (הודעה ת/102 עמ' 3, ת/103 עמ' 5, ת/105 עמ' 2, ת/106 עמ' 1). גם בתחילת חקירתו בשב"כ הכחיש הנאשם כי הכיר את רדאידה, וכי מוהנד עבד במשרדו (זכ"ד ת/9 ס' 8-9 וזכ"ד ת/21 ס' 22 שהוגשו ואושרו ע"י החוקר "רוברט" בעמ' 62-63).

ואולם בהמשך חקירתו הודה הנאשם כי רדאידה בא אליו בהצעה לבצע פיגוע התאבדות, והנאשם אמר לו: **"אנחנו לא עובדים בפיגועי התאבדות"**. הנאשם הפנה אותו אל מוהנד, ואמר למהנד שרדאידה **"צריך אימון...תמצא לו מישהו"**. כמו כן אמר הנאשם: **"סיכם איתו מוהנד וניסו לעשות פיגוע פה במעלה אדומים או במקום אחר, אני ידעתי יותר מאוחר... אז הם ירו על הרכב ונפצע מישהו אלחורי... נהרג יעני"** ("אלחורי" משמעותו "כומר" בערבית - ע.ב.). הודאה דומה של הנאשם בגיוסו של רדאידה לשם ביצוע פיגועים באמצעות מוהנד עולה מדברים שאמר בחקירותיו (ראה: זכ"ד ת/22 ס' 12-16 וזכ"ד ת/40 ס' 9 שהוגשו ואושרו על ידי החוקר "מופז" בעמ' 58, זכ"ד ת/23 ס' 6 שהוגש ואושר על ידי החוקר "דני" בעמ' 90, ותמליל חקירתו של הנאשם ת/98ד' עמ' 21-26, ות/98ז' עמ' 8).

עוד הודה הנאשם בחקירתו כי נפגש עם מוהנד, והעביר לו כספים לצורך ביצוע פיגועים, לאחר שמוהנד סיפר לו כי החוליה שלו ביצעה מספר פיגועים, כולל רצח בני הזוג כהנא ז"ל. הנאשם אמר כי נתן למוהנד סך של כ- 3,000 דולר ואף נשק (זכ"ד ת/43 ס' 14-16 שהוגש ואושר על ידי החוקר "רוברט" בעמ' 62; זכ"ד ת/59 ס' 10 שהוגש ואושר על ידי החוקר "ואדי" בעמ' 56; זכ"ד ת/67 ס' 6 שהוגש ואושר על ידי החוקר "אמיל" בעמ' 54; זכ"ד ת/68 שהוגש ואושר על ידי החוקר "סטיב" בע' 53).

בתמליל חקירתו של הנאשם (ת/98ד עמ' 21-23), הוא מספר על כך שמוהנד הודיע לו שהחוליה שלו נתפסה, והסביר שמוהנד התייחס **"לאלה שאנחנו סידרנו להם נשק"**.

**44.** קשריו של הנאשם עם מוהנד עולים גם מדברים שאמר בהודעתו כמאל אבו וער (להלן: **"וער"**), לפיהם הוא היה מקבל כסף ממוהנד בידיעתו ובהוראתו של הנאשם. בדרך זו הוא קיבל מהנאשם, באמצעות מוהנד, סכום של כ- 25,000 ₪, שרובו יועד לייצור מרגמה וקניית אקדחים. בשלב מסוים החל הנאשם להתקשר ישירות אל וער, ולברר מהם צרכיו. כמו כן אמר וער בחקירתו כי הנאשם היה מעביר לו כספים גם דרך ג'מאל אחויל, וכי לאחר ביצוע הפיגוע במירב התקשר אליו הנאשם כדי לברר שמות האנשים שהשתתפו בפיגוע, על מנת להעביר להם כספים (ת/181ב עמ' 4-5, וזכ"ד ת/181ד סע' 6). וער אמר בחקירתו כי הוא ומהנד היו מחליטים ביניהם למה הוא זקוק, ואז הנאשם היה שולח להם את הכסף; הנאשם נהג להתקשר לוער ולברר שהכסף ששלח לו עם מוהנד אכן הגיע (זכ"ד ת/181ד סע' 6.1). בשלב מסוים ניתק הקשר בין וער לבין מוהנד, והנאשם אמר לוער כי יש לו בעיות כלכליות, ואין לו כסף לקנות כדורים; בשלב זה הפנה הנאשם את וער לג'מאל אחויל לצורך קבלת כספים (זכ"דים ת/181ג סע' 15 ו- ת/181ד סע' 6.1).

**45.** וער ביצע מספר פיגועי ירי במסגרת פעילותם של גדודי חללי אלאקצא, והוא פרט את הפיגועים בהם השתתף בהודעותיו במשטרה ובחקירתו בשב"כ. בעדותו סרב להשיב על שאלות (עמ' 188-189), ולפיכך הוגשה הודעתו במשטרה (ת/181א-ב) לפי סעיף 10א. לפקודת הראיות, באמצעות החוקר גדיר סאלח, שהעיד כי היא נמסרה מרצונו החופשי של וער בשפה הערבית, אך

נרשמה בעברית (עמ' 209). כמו כן הוגשו שני זכ"דים מחקירתו של וער בשב"כ (ת/181ג-ד, שהוגשו באמצעות החוקר "נווה" בעמ' 205). אמרות החוץ של וער אמנם אינן נתמכות בראיות נוספות, אך הובאו ראיות רבות על הסיוע שהגיש הנאשם לאנשי השטח לצורך רכישת נשק לביצוע פיגועים.

**(9) נאסר (חלום) נאג'י אבו חמיד**

**46.** נאסר חלום נאג'י אבו חמיד (להלן: "**חלום**") הוא אחיו של אבו חמיד, והוא ביצע פיגועי ירי מסגרת גדודי חללי אל-אקצא. חלום היה מעורב בפיגוע בו נורתה למוות השוטרת גלית ארביב ז"ל בנווה יעקב ירושלים (ראה פרק ה(10) להלן). הוא גם השתתף בהכנת הפיגוע הקטלני במסעדת "סי פוד מרקט" בתל אביב (ראה פרק ה(12) להלן). הוא הורשע על פי הודאתו ונדון לעונש של חמישה מאסרי עולם מצטברים (ת/161א'-ב').

בעדותו סרב חלום להשיב על שאלות (עמ' 73-76), וטען כי הנאשם הוא מנהיג פוליטי שאין לו קשר עם "עניינים צבאיים". לפיכך הוגשו הודעותיו במשטרה (ת/162א'-ג' על ידי השוטרים מזרחי ואלקרעאן בעמ' 184, 194). הקשר של חלום היה עם אחמד ברגותי, שהיה עוזרו הקרוב של הנאשם.

**(10) זיאד חמודה**

**47.** זיאד חמודה (להלן: "**חמודה**") היה פעיל בתנזים. בעדותו סרב חמודה להשיב על שאלות, ולאחר שהוגשה הודעתו לפי סעיף 10א. לפקודת הראיות, כאשר הוכרז כעד עוין, הוא טען כי חתם על הודעתו על מנת שיעשו לו ניתוח אפנדציט (עמ' 166-197). הוא הכחיש את הדברים שאמר בהודעתו ת/167ב', וטען כי הנאשם הוא "איש שלום". הודעתו של חמודה נגבתה על ידי השוטר אבי עקיבא, אשר לא הובא לעדות, ולפיכך היא לא הוגשה כדין ויש להתעלם ממנה.

חמודה הורשע על פי הודאתו בשורה ארוכה של עבירות ביטחוניות (ת/167א). בכתב האישום בו הודה חמודה, נטען כי הוא גויס לתנזים על ידי הנאשם, לצורך הכשרה צבאית, והובטח לו כי הנאשם ידאג לו לסיוע כספי. כמו כן נטען בכתב האישום בו הודה חמודה כי הוא פנה אל הנאשם לקבלת נשק לצורך ביצוע פיגוע ירי לעבר הישוב פסגות, והנאשם הפנה אותו אל מוהנד לצורך קבלת נשק (פרט חמישי ופרט שביעי לכתב האישום). בחקירתו בשב"כ אישר הנאשם כי חמודה ביקש ממנו נשק, ולמיטב זכרונו לא קיבל זאת (זכ"ד ת/34 ס' 5 שהוגש ואושר על ידי החוקר "איתי" בעמ' 52).

במקום אחר בחקירתו אמר הנאשם כי ייתכן שחמודה קיבל ממנו רובה MP-5 (תמליל חקירה ת/98ה' עמ' 67). אין בחומר הראיות דבר המפליל את הנאשם זולת הודאתו של חמודה בעובדות כתב האישום לפיו הורשע, ולא ניתן לבסס ממצאי כלשהו על סמך הודאה שכזו (ראה סעיף 132(ג) להלן). אך הובאו ראיות רבות אחרות בדבר הסיוע שהגיש הנאשם לאנשי השטח לצורך רכישת נשק לביצוע פיגועים.

**(11) ריאד עמור**

**48.** ריאד עמור (להלן: "**עמור**") היה פעיל שטח נוסף של התנזים, שפרט בחקירתו את הפיגועים בהם נטל חלק. בעדותו סרב להשיב על שאלות (עמ' 172-174), וטען כי לא היה לו קשר עם הנאשם. הוא הוכרז כעד עויין, והודעותיו ת/169א'-ב' הוגשו באמצעות השוטרים דוד מזרחי ויעקב ברזאני, שהעידו כי עמור מסר אותן וחתם עליהם מרצונו החופשי (עמ' 186,208). ההודעות נגבו בערבית אך נרשמו בעברית (שלא על פי המקובל והדרוש). עמור הורשע עפ"י הודאתו בביצוע פיגועים רבים (ת/169ג'-ד').

P 7: 000392

**.49** עמור סיפר בחקירתו כי פגש את הנאשם כחצי שנה לפני מעצרו, והנאשם אמר לו כי הוא מרוצה מהפעילות של עמור וחבריו בבית לחם, וכי עדיף שיעשו פיגועים כנגד הצבא ולא כנגד מטרות אזרחיות, כי "**זה עושה בעיות**", ו"**גורם כאב ראש ליו"ר**" (ת/169א' עמ' 3, ת/169ב' עמ' 11). הנאשם טען בחקירתו במשטרה כי איננו מכיר כלל את ריאד עמור

(ת/104 עמ' 9), ואין כל ראיה לסתור טענה זו זולת אמרת החוץ של עמור הטעונה חיזוק, שלא נמצא לה. אך הובאו ראיות רבות אחרות בדבר עמדתו הכללית של הנאשם בעד ביצוע פיגועים כנגד חיילים ומתנחלים.

**(12) <u>נאצר חאג'</u>**

**.50** נאצר חאג' (להלן: "**חאג'**") פעל אף הוא במסגרת הפת"ח, ופרט בהודעתו ת/170א' את הפיגועים בהם נטל חלק. בעדותו סרב תחילה להשיב על שאלות, ולאחר מכן הכחיש את כל מה שאמר בחקירתו (עמ' 175-176).

לפיכך הוגשה הודעתו לפי סע' 10א. לפקודת הראיות, באמצעות החוקר משה לוי, שהעיד כי חאג' מסר את ההודעה מרצונו החופשי לאחר שהוזהר בדבר זכויותיו (עמ' 211-212).

בהודעתו הנ"ל אמר חאג' כי פנה יחד עם פעילים אחרים למשרדו של הנאשם בבקשה לקבל כספים ונשק. הנאשם אמר להם לחפש נשק, וכי הוא יממן את רכישתו. מאוחר יותר נתן לו הנאשם 1,200 דולר לצורך רכישת נשק (עמ' 4-5). אין בחומר הראיות דבר לחיזוק אמרת החוץ הנ"ל של חאג' הטעונה חיזוק, אך הובאו ראיות רבות לסיוע שהגיש הנאשם לאנשי השטח ברכישת נשק לצורך ביצוע פיגועים.

**(13) <u>תחריר ברגותי</u>**

**.51** תחריר ברגותי (להלן: "**תחריר**"), שהוא קרוב משפחה של הנאשם, ביצע על פי מה שמסר בחקירתו פיגועי ירי רבים. הוא סרב להשיב על שאלות בבית משפט (עמ' 177-178), ולפיכך הוגשו הודעותיו במשטרה לפי סע' 10א. לפקודת הראיות (ת/171א'-ד'), באמצעות השוטר יעקב ברזאני שגבה אותן, והעיד כי ההודעות נמסרו מרצונו החופשי של תחריר בשפה הערבית, ותורגמו לעברית לאחר מכן (עמ' 207).

**.52** תחריר אמר בחקירתו כי פנה אל הנאשם בבקשה לסייע לו להקים חוליה. הנאשם הבטיח לעזור לתחריר בכסף ובתחמושת, ולסייע לאנשיו אם יעצרו. הנאשם אף הציע לתחריר להיות אחראי על החוליה, ולהתרחק מפעילות בעצמו. תחריר הסביר בחקירתו כי פנה אל הנאשם על מנת לקבל נשק לחוליה שהקים (ת/171ד' עמ' 3). לאחר מכן נמשך הקשר באמצעות מוהנד, שרמז לו כי הנאשם אינו מעונין שהוא יקח חלק בפעילות; הנאשם עצמו הסביר לתחריר כי עמדתו זו נובעת מכך שחברי החוליה שלו הם נוכלים (ת/171 עמ' 4).

הנאשם הכחיש בחקירתו במשטרה את כל דבריו של תחריר (ת/104 עמ' 9-10). ואולם בחקירתו בשב"כ הודה הנאשם כי תחריר פנה אליו על מנת לבצע פיגועים, וביקש נשק לצורך כך.

אלא שלטענת הנאשם הוא לא נענה לבקשה (זכ"ד ת/30 ס' 1, שהוגש ואושר על ידי החוקר "אמילי" בעמ' 54). אין בחומר הראיות דבר זולת אמרת החוץ של תחריר, הטעונה חיזוק שלא נמצא, לסתירת טענתו של הנאשם. אך הובאו ראיות רבות לכך שהנאשם סייע לאנשי חוליות הטרור לרכוש נשק לצורך ביצוע פיגועים.

**(14) <u>אחמד מוצפר</u>**

P 7: 000393