**53.** אחמד מוצפר היה סוחר נשק שסיפק כלי נשק לאנשי התנזים ולגדודי חללי אלאקצא. בעדותו (עמ׳ 188-186) סרב להשיב על שאלות, והתכחש לכל מה שאמר בחקירתו. מוצפר הוכרז כעד עוין והודעתו במשטרה הוגשה לפי סעיף 10א. לפקודת הראיות (ת/179), באמצעות החוקר יעקב ברזאני, שהעיד כי ההודעה נמסרה לאחר שמוצפר קיבל אזהרה לגבי זכויותיו, וחתם על ההודעה שנגבתה בערבית, אך נרשמה בעברית (עמ׳ 208).

בהודעתו סיפר מוצפר על פגישה שלו ושל חבריו במשרדו של הנאשם, יומיים לפני הריגתו של ראיד כרמי. הנאשם אמר להם כי הם צריכים להמשיך בפעילות בכפר מגוריהם, ולא ברמאללה, והבטיח לעזור להם. לאחר מותו של כרמי קיבל מוצפר הוראה לבצע פיגוע נקמה; ההוראה הגיעה ממחמוד ג׳אבר, שעבד במשרדו של הנאשם, ולכן הבין מוצפר שמדובר בהנחיה של הנאשם (ת/179 עמ׳ 7-6). הנאשם הכחיש בחקירתו במשטרה את דבריו של מוצפר (ת/104 עמ׳ 3), ואין ראיה לחיזוק אמרת החוץ של מוצפר, זולת הראיות הרבות שהובאו בדבר קריאתו של הנאשם לנקום בדרך פיגוע את מותו של כרמי.

**(15) <u>שריף נאג׳י</u>**

**54.** שריף נאג׳י (להלן: ״**שריף**״), היה חבר בחוליה של אחיו אבו חמיד, שביצעה פיגועים כנגד אזרחים ישראלים, והוא גם היה שומר ראשו של הנאשם. שריף היה זה שליווה את המתאבד אברהים חסונה, אשר ביצע את הפיגוע ב״סי פוד מרקט״ בתל-אביב, הוא פירט בהודעתו את כל מעלליו.
שריף, כמו יתר חבריו, סרב בעדותו להשיב על שאלות, פרט לכך שטען כי הכיר את הנאשם רק מהטלויזיה. הוא הוכרז כעד עוין והודעתו ת/182, אליה צורף כתב ידו המתורגם בערבית ת/182א, הוגשה באמצעות החוקר אבי בן לולו, שהעיד כי ההודעה נמסרה מרצונו החופשי של שריף (עמ׳ 210).

**55.** בהודעתו ת/182 מספר שריף על פיגועי הירי שביצע לעבר חיילים ומתנחלים במסגרת ארגון התנזים של פת״ח. הוא הסביר כי ביצע את הפיגועים על מנת שהאינתיפאדה תימשך דווקא משום שהוא מעונין בשלום, והוסיף: ״**כך היו אומרים לנו ערפאת ומרואן ברגותי וחוסין אשיך היו אומרים בטלויזיה הפלשתינאית ובאלג׳זירה... הם היו אומרים שאם האינתיפאדה תימשך אז אנחנו נקבל יותר שטחים ויותר דברים מישראל**״ (עמ׳ 4). הנאשם הכחיש בחקירתו במשטרה אמירת דברים אלו (ת/103 עמ׳ 5).

לאחר שהחוליה של שריף התפרקה בשל מותו של מוחמד עומסי, החל שריף לשמש כשומר ראשו של הנאשם במשך כחצי שנה עד למעצרו. הוא אמר בחקירתו על הנאשם: ״**הייתי שומע אותו אומר לאנשים שלו שימשיכו בפיגועים והיה אומר זאת בטלויזיה הישראלית והערבית באופן חופשי**״ (עמ׳ 5). בחלקה השני של הודעתו סיפר שריף על חלקו בפיגוע במסעדת ״סי פוד מרקט״ בתל-אביב, ועל מעורבותו של אחמד ברגותי בפיגוע (עמ׳ 11-5). הנאשם הכחיש בחקירתו כי היה לו קשר כלשהו עם שריף, אם כי הכיר אותו (זכ״ד ת/34 ס׳ 4, שהוגש ואושר על ידי החוקר ״איתי״ בעמ׳ 52). ואולם הדברים שאמר שריף נתמכים בראיות רבות שהובאו על כך שהנאשם היה קורא באמצעי התקשורת לבצע פיגועים כנגד ישראל, וכך אף הורה לאנשיו לעשות.

**(16) <u>אמיד אבו רדאחה</u>**

**56.** אמיד אבו רדאחה (להלן: ״**אבו רדאחה**״) היה פעיל נוסף בתנזים שביצע פיגועי ירי לעבר חיילים ומתנחלים, כפי שסיפר בחקירתו. בעדותו טען שלא היה לו שום קשר עם הנאשם ועם אחמד ברגותי, וכי לא קיבל נשק מהנאשם אלא מהרשות הפלשתינאית.

הוא טען שהחוקרים כתבו בהודעתו דברים שלא אמר, והכחיש את הדברים המופיעים בהודעתו (עמ' 192-194). הודעתו של אבו רדאחה (ת/183) הוגשה באמצעות החוקר מאיר כהן, אשר העיד כי ההודעה נמסרה מרצונו החופשי של אבו רדאחה, נגבתה בערבית אך נרשמה בעברית (שלא על פי המקובל והנדרש), והנחקר חתם עליה (עמ' 209).

**57.** אבו רדאחה סיפר בהודעתו כי את הנשק והתחמושת לביצוע פיגועים קיבל מהנאשם ומאחמד ברגותי, שאף נתנו לאנשי החוליה כסף להוצאות שוטפות (עמ' 2, 6). הנאשם הכחיש בחקירתו במשטרה את דבריו של אבו רדאחה (ת/104 עמ' 3). ואולם הובאו ראיות רבות על כך שהנאשם עסק באספקת כספים ונשק לאנשי השטח של התנזים לצורך ביצוע פיגועים כנגד ישראל.

**(17) <u>אשרף ג'אבר</u>**

**58.** אשרף ג'אבר (להלן: **"ג'אבר"**) היה אף הוא פעיל שטח בתנזים, שביצע פיגועים כנגד מטרות ישראליות יחד עם אחרים, וביניהם אבו רדאחה. ג'אבר סרב להשיב על שאלות בעדותו (עמ' 195-197), ולפיכך הוגשה הודעתו בצרוף שרטוט שערך (ת/184א-ב) באמצעות החוקר משה לוי, אשר העיד כי ההודעה נמסרה מרצונו הטוב של הנחקר, נגבתה בערבית ותורגמה לעברית (עמ' 212).

**59.** בהודעתו ת/184א סיפר ג'אבר על הפיגועים שביצע, וציין כי פנה עם חבריו למשרדו של הנאשם בבקשה לקבל תחמושת וכספים לחברי החוליה; הנאשם הבטיח כי הוא ישלם עבור התחמושת, ואכן עשה כן באמצעות אחמד ברגותי, שהכדורים נמסרו לו תמורת סך של 3,000 ₪. ג'אבר הסביר כי מסר את הכדורים לנאשם, משום שהוא ראש התנזים והוא מחלק את הכדורים לפעילי התנזים (עמ' 3-4).

הנאשם הודה בחקירתו כי ג'אבר ביקש ממנו סיוע כספי ונשק, אך אמר שאיננו זוכר מה בדיוק נתן לו (זכ"ד ת/48 ס' 2-3, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 62).

**ד. <u>דברי הנאשם בחקירתו וראיות נוספות בדבר תפקידו ומעורבותו בפיגועים נגד ישראל</u>**

**(1) <u>אחריותו הכוללת של הנאשם לפעילות חוליות הטרור ומידת שליטתו בהן</u>**

**60.** הנאשם, כאמור לעיל, לא הכחיש בחקירתו בשב"כ כי היה מפקדם ומנהיגם של פעילי השטח של הפת"ח בגדה, היה מפקד הפת"ח והתנזים בגדה, הקים את גדודי חללי אלאקצא והיה אחראי על פעילותם. הוא גם אישר כי היה אחראי על אספקת כספים ואמל"ח לחוליות השטח, וכן היה אחראי על פעילותן הצבאית (ראה סעיף 17 לעיל). הנאשם הסביר בחקירתו כי מצא עצמו מעורב יותר ויותר בקשר עם "החוליות הצבאיות", אשר היו פונות אליו בבקשות סיוע שונות, שכן אנשים כמו ראיד כרמי ונאצר עויס ראו בו את מפקדם. הוא גם אמר כי הקשר שלו עם אנשי החוליות בוצע באמצעות עוזרו ונהגו האישי אחמד ברגותי. הנאשם עשה אבחנה בין פיגועים בתוך ישראל, שעליהם סרב לקחת אחריות, לבין פיגועים שביצע הפת"ח בגדה המערבית, עליהם הוא לוקח בחקירתו אחריות מלאה (זכ"ד ת/25 ס' 20, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58). הנאשם הדגיש כי הוא אחראי לפעילות של הפת"ח בגדה, אך איננו בקיא בפרטים, כגון סוג הנשק, אופן רכישתו, תכנון הפיגועים וביצועם (זכ"ד ת/27 ס' 1, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).

בחלק מחקירותיו טען הנאשם כי הוא איננו אחראי באופן ישיר מבחינה פיקודית לפעילותן של חוליות השטח (זכ"ד ת/42 ס' 7, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). ואולם בשלבים

אחרים של חקירתו הודה הנאשם כי הוא אחראי לפעילותן של החוליות שפעלו עם אחמד ברגותי ואבו סטחה, משום שאלה היו קרובים אליו והוא מימן את פעילותם; ביתר פירוט הוא ציין כי הוא רואה עצמו אחראי לשלושה פיגועים, בגבעת זאב, בגבעה הצרפתית, ובגשר עטרה (המבוא לזכ"ד ת/38 שהוגש ואושר על ידי החוקר "סמית" בעמ' 85). הנאשם לא ראה עצמו אחראי, בדבריו אלה, לפיגועים שביצעו החוליות של עויס, מנצור שרם ואחרים שציין, ולא ראה עצמו כמפקדם. הנאשם אמר על יחסיו עם עויס: "**אני יש לי שליטת כבוד על נאצר, לא שליטה בפועל**" (תמליל שיחה ת/98יא עמ' 17). הנאשם הסביר בחקירתו, בהתייחסו לחוליות השטח שביצעו פיגועים כנגד ישראל (תמליל שיחה ת/98יא עמ' 4):

**"החוליות האלה מצאה לעצמה יותר מכתובת אחת. מה זאת אומרת כתובת. כתובת שהיא פונה אליו ומבקשת מימון. לתאם איתו את העבודה שלה, אני אחד מהכתובות האלה, אני כתובת מכמה כתובות. ראשי מנגנוני הביטחון הם גם כתובות".**

מכאן נובע כי לדברי הנאשם לפחות חלק מהחוליות תיאמו עמו את הפיגועים, וראו בו כתובת למימונם, כפי שאכן עולה מראיות רבות שהובאו בפנינו. הנאשם אמר בעניין זה כי הקשר שלו עם החוליות לא היה ישיר, משום שהוא לא רצה להיכנס לתחום הצבאי, ולא רצה לעסוק "בהרס" (תמליל שיחה ת/98יא עמ' 6). אכן, בעיקרו של דבר, הקשר של הנאשם עם חוליות הפיגוע התקיים באמצעות אנשי קשר שהיו מקורבים אל הנאשם, ובעיקר אחמד ברגותי. כפי שאמר הנאשם על אחמד ברגותי: "**הוא יוצר קשר עם החוליות האלה. באופן ישיר איתם ישירות. יעני בלעדיו לא היתה לי התקשרות ישירה עם שום חוליה**" (תמליל שיחה ת/98יא עמ' 8).

הנאשם טען אמנם כי חוליות השטח היו מבצעות פיגועים גם אלמלא תמיכתו בהן, וגם אלמלא הסיוע הכספי והארגוני שהעניק להן (זכ"ד ת/63 ס' 18-20 שהוגש ואושר על ידי החוקר "נאור" בעמ' 82). טענה זו איננה מפחיתה במאומה מאחריותו של הנאשם לפיגועים שביצעו חוליות אלו.

**61.** בתחילת חקירתו בשב"כ הכחיש הנאשם כי היה אחראי למתן כספים ונשק לשם ביצוע פיגועים (זכ"ד ת/14 ס' 4 שהוגש ואושר על ידי החוקר "גבי" בעמ' 93, זכ"ד ת/10 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). ואולם בהמשך חקירתו הודה הנאשם (זכ"ד ת/29 ס' 1ג-ד שהוגש ואושר על ידי החוקר "סמית" בעמ' 85):

**"במסגרת תפקידי כמזכיר הפת"ח אני אחראי לכל הנעשה כגון אספקת כספים לחוליות, רכישות נשק וביצוע פיגועים. יש חוליות רבות בשטח, חלקן מאורגנות תחת פיקודי באמצעות מס' אנשים כגון אחמד ברגותי, נאצר עויס, ויש בשטח גם חוליות לא מאורגנות מטעם הפת"ח שאליהן ועימן אין לי קשר".**

הנאשם לא התכחש ליכולת ההשפעה שלו על חוליות הטרור שלהן סייע בכסף ובמתן נשק, ואמר בהתייחסו לחוליה שכזו (תמליל בחקירתו ת/98ד עמ' 32): "**אם אתה קנית לה נשק, אם אתה נותן לה את הנשק, אם אתה מממן אותה ואתה מתכנן בשבילה. על זו אתה יכול להשפיע**". ואולם הנאשם הוסיף: "**משפיע, אתה לא יכול לשלוט**" (שם, עמ' 37).

**62.** הנאשם סיפר בחקירתו כי כאשר קיבל החלטה אסטרטגית לבצע פיגועים כנגד ישראל על מנת להתנגד לכיבוש, הוא הקים חוליה, וסיפק לה באופן לא ישיר כספים ואמל"ח לצורך ביצוע פיגועים. הוא ציין כי את הפיגועים הובילו בעיקר אבו חמיד, אחמד ברגותי ועויס (זכ"ד ת/35 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). מבחינתנו, מי שהיה מטפל בפעילות הצבאית באזור רמאללה היו אחמד ברגותי ואבו חמיד, שהפעילו כמה חוליות (זכ"ד ת/27 ס' 2, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).

הנאשם הודה כי תמך באחמד ברגותי וסייע לו בכספים, וכי ידע שהוא אחראי לביצוע פיגועים שונים (תמליל ת/98ח עמ׳ 20-24). כמו כן, הודה הנאשם כי היה מעודד את ראיד כרמי לבצע ״פעילות כנגד הכיבוש״, וסייע לו מבחינה כספית, כאשר בקשות הסיוע הועברו לערפאת שאישר אותם (זכ״ד ת/67 ס׳ 8, שהוגש ואושר על ידי החוקר ״אמילי״ בעמ׳ 54). בחקירתו במשטרה, לעומת זאת, הכחיש הנאשם כל קשר עם ראיד כרמי (ת/104 עמ׳ 8), ובתחילת חקירתו בשב״כ טען כי העביר לו כספים בלא שידע לאיזו מטרה נועדו (זכ״ד ת/18 ס׳ 5, שהוגש ואושר על ידי החוקר ״נדב״ בעמ׳ 78).

**63.** קשריו של הנאשם עם פעילי הטרור של הפת״ח, והסיוע השוטף שהגיש להם, עולים בבירור מן המסמכים שנתפסו על ידי צה״ל במבצע ״חומת מגן״ במשרדי הארגונים, כולל משרדו של הנאשם (קלסר ת/5).

התביעה הגישה חוות דעת של מומחה מז״פ המוכיחה כי הנאשם חתום על חלק מהמסמכים, ולגבי חלקם האחר ניתן להסיק מסקנות מתחייבות מעצם העובדה שהם נשלחו אל הנאשם, או נמצאו במשרדו. רס״ן ל׳, סגן מפקד היחידה העוסקת באיסוף מסמכי שלל, העיד על תפיסת המסמכים, סימונם ומיונם (בעמ׳ 46-48). המסמכים שנתפסו הועברו לחוקר השב״כ ״עוגן״ (ראה עדותו בעמ׳ 48), אשר זיהה בעדותו את המסמכים שצורפו לזכד״ים מחקירתו של הנאשם (עמ׳ 48-50). הנאשם אמר בשיחתו עם אחמד ברגותי, שהוקלטה בלא ידיעתם של שניים, כי מדובר במסמכים שנתפסו במשרדו, והשניים היו מוטרדים מאוד מכך שתפסו את ״כל הארכיון״ של הנאשם; הנאשם אמר ״**כל הארכיון המשרד, כאן**״ (ת/127ג עמ׳ 61-62).

חוות דעת מז״פ לגבי כתב ידו של הנאשם (ת/5), ניתנה על ידי יאיר בן שמש, והיא התבססה על שלושה כתבי יד של הנאשם, שלגביהם הוא אישר בחקירתו כי הם נכתבו בכתב ידו (שלושת המסמכים בת/5 הם 12, 94-96 ו- 35, והנאשם מתייחס אליהם בזכד״ים ת/28, ת/28ב, ת/47, ת/85 ות/85א, שהוגשו ואושרו על ידי חוקרי השב״כ ״ואדי״ בעמ׳ 96 ו״אופיר״ בעמ׳ 87). חוקר מז״פ חילק את המסמכים לארבעה קטגוריות: אלה שנכתבו על ידי הנאשם ללא ספק של ממש; אלה שקיימת אפשרות סבירה שנכתבו על ידו; אלה שסביר מאוד שנכתבו על ידו; ואלה שהנאשם זיהה בחקירתו כי הם נכתבו על ידו. בחקירתו במשטרה הכחיש הנאשם לגבי כל מסמך שהוצג לו כי כתב ידו מופיע עליו (ת/109-108).

**64.** מסמך ת/5 (3-5) הוא דו״ח שנשלח לנאשם ביום 8.5.01, וסוקר את פעילות גדודי חללי אלאקצא באזור ג׳נין. בדו״ח מופיעים מספר החברים והמבוקשים בקרב גדודי חללי אלאקצא, חלוקתם של הגדודים, פירוט פעילותם ותוצאות הפיגועים שביצעו.
בין הפעולות שביצעו הגדודים לפי מסמך זה מנויים פיגועי ירי בכבישי יהודה ושומרון, הריגתם ופציעתם של מתנחלים, ופיגוע בתוך שטח ישראל (אום אלפאחם), שבו נהרג קצין ישראלי ונפצעה אזרחית. בנוסף כולל המכתב בקשה לסייע לגדודים מבחינה כספית.

**(2)** <u>**מעורבותו האישית של הנאשם בפיגועי הטרור שביצעו חוליות שתחת פיקודו**</u>

**65.** מייד עם מעצרו טען הנאשם כי הוא ״איש פוליטי״, אשר אינו מעורב בפעילות צבאית ובביצוע, תכנון, מימון או הנחיה של פיגועים נגד כוחות הביטחון או כנגד ישראלים (זכ״דים ת/6 ס׳ 3 ות/9 ס׳ 2 שהוגשו ואושרו ע״י החוקר ״רוברט״ בעמ׳ 62, זכ״ד ת/14 ס׳ 4 שהוגש ואושר על ידי החוקר ״גבי״ בעמ׳ 93). ואולם, בהמשך חקירתו בשב״כ הודה הנאשם במעורבות עמוקה בפעילות ״הצבאית״, שהיא שפה נקיה לביצוע פיגועי רצח כנגד אזרחים ישראליים. במקרים מסוימים, כך מסתבר מדברי הנאשם, הוא אף הורה על ביצוע פיגועים באופן ספציפי, או נתן את אישורו

P 7: 000397

המוקדם לביצועם.

הנאשם טען בחקירתו כי הוא עצמו מעולם לא תכנן פיגוע לפרטי פרטיו, וכי החוליות היו מערבות את אחמד ברגותי, ולא אותו, בביצוע הפיגועים שלא תמיד היו על דעתו (זכ"ד ת/72 ס' 3, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). כך למשל הדגיש הנאשם כי הוא דחה את כל ניסיונותיו של אחמד ברגותי להביא אליו אנשים שיבצעו פיגועי התאבדות (זכ"ד ת/53 ס' 11-13, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58). עם זאת, הנאשם הודה כי הוא "**נושא באחריות קולקטיבית על הפעילות של אנשי הפת"ח הצבאיים**" (זכ"ד ת/21 ס' 14, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 63). הנאשם אמר בחקירתו: "**אני לא הוצאתי פקודות לשום חוליה שוואלה באנו ואמרנו וואלה אנו רוצים את הפיגוע פלוני במקום מסויים כזה, את זה אנחנו משאירים בשבילה ובשביל האווירה שלה, ולרצון האישי שלה...**" (תמליל שיחה ת/98יא עמ' 9).

לדברי הנאשם, לאחר הריגתו של ראיד כרמי בחודש ינואר 2001, עברו הפיגועים לתוך שטח ישראל. הוא ניסה להפעיל את השפעתו על החוליות שסרו למרותו על מנת למתן את הפיגועים בתוך ישראל, אך לא תמיד הצליח בכך (זכ"ד ת/70 ס' 17ז, שהוגש ואושר על ידי החוקר "סטיב" בעמ' 53). כך למשל אירע בעניינו של מנצור שרם, שהיה אחראי לפיגוע ההתאבדות בחדרה כנקמה על הריגתו של כרמי.

הנאשם שוחח על כך לאחר הפיגוע עם עויס ומנצור ודיווח על כך לערפאת (זכ"ד ת/45 ס' 6-11, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). יצויין כי מנצור שרם היה מחליפו של ראיד כרמי, ומינוי זה אושר על ידי הנאשם (ראה דברי אחמד ברגותי בהודעתו ת/165יג עמ' 5).

הנאשם אמר בחקירתו כי בדרך כלל היה שומע על הפיגועים לאחר ביצועם מעויס או מאחמד ברגותי, וכי לא היה יורד לפרטים כיצד בוצע הפיגוע ועל ידי איזו חוליה; הוא פירט בחקירתו את הפיגועים שלגביהם קיבל דיווח לאחר ביצועם (זכ"ד ת/70 ס' 9, 12, 17, שהוגש ואושר על ידי החוקר "סטיב" בעמ' 53, וזכ"ד ת/39 ס' 8 שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). הנאשם הדגיש אמנם לכל אורך חקירתו כי פרט למקרה אחד הוא לא היה מעורב בעצמו בנטילת האחריות הפומבית על הפיגועים שביצעו גדודי חללי אלאקצא. מי שהיה מוציא את גילוי הדעת לאחר הפיגוע היה עויס בתיאום עם אחמד ברגותי. ואולם לא זו בלבד שאחמד ברגותי פעל כזרועו הארוכה של הנאשם, אלא שהנאשם עצמו הוסיף על הדברים דלעיל ואמר: "**אני נותן כיסוי לעניין הזה. פוליטי תקשורתי... אני מדבר על העניין הזה... אני קורא למאבק, אני מעריך את הפיגועים האלה במאבק וכו'...**" (תמליל שיחה ת/98יא עמ' 40-46). במילים אחרות: הנאשם היה נוטל אחריות על הפיגועים באמצעי התקשורת, בצורה עקיפה וכוללנית מבלי להתייחס לפיגוע ספציפי, ואילו פקודיו היו נוטלים את האחריות הספציפית לכל פיגוע ופיגוע.

מה שברור מדברי הנאשם הוא שמפקדי חוליות הטרור ראו בו את מנהיגם, וכי הוא תמך בהם וסייע להם באספקת אמל"ח לאורך כל פעילותם, ביודעו שהם מבצעים פיגועי רצח כנגד מטרות צבאיות ומטרות אזרחיות בשטחי יהודה ושומרון ובתוך ישראל, כולל פיגועי התאבדות - שלטענת הנאשם היו למורת רוחו. העובדה שפעילי הטרור חבו חובת דיווח לנאשם, מוכיחה שהם הבינו כי הם כפופים לנאשם וכי הם סרו למרותו. כאשר המשיך הנאשם לתמוך בפעילים אלו ולסייע להם לאחר שדיווחו לו על פיגועים - גם כשהיו אלה פיגועי התאבדות בתוך ישראל - הביע הנאשם בכך את תמיכתו בהמשך פעילותם, כולל פעילות שהוא כביכול לא תמך בה.

הנאשם עצמו סיפר בחקירתו כי יאסר ערפאת נזף בו על הפיגועים שבוצעו בתוך ישראל (זכ"ד ת/141 ס' 10, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 58); מכאן נובע שגם ערפאת ראה בנאשם אחראי לכל הפיגועים שבוצעו על ידי חוליות התנזים וגדודי חללי אלאקצא שתחת פיקודו של הנאשם.

הנאשם נתן אישור, ולו בדיעבד, לפיגועים שביצעו החוליות שסרו למרותו: בחלקם תמך במפורש, ובחלקם האחר תמך בהתנהגות או בהסכמה שבשתיקה. הוא הפעיל את החוליות שתחת פיקודו בצורה עקיפה, באמצעות הכפופים והמקורבים לו, כגון אחמד ברגותי, אבו חמיד, אבו סטחה ועויס, תוך שמירה על ריחוק מן המפגעים עצמם, והימנעות מכוונת מלערב עצמו באופן אישי בתכנון הפיגועים וביצועם. גם נטילת האחריות על הפיגועים נעשתה על ידי הנאשם בצורה "נקיה" ועקיפה - לא באמצעות גילוי דעת של גדודי חללי אלאקצא, אלא בצורה פוליטית, כביכול, ומרומזת בתקשורת.

**66.** מן האמור לעיל עולה כי הנאשם הודה בחקירתו בדברים אשר עולים בבירור גם מעדותיהם של פעילי הטרור, דהיינו, כי מבחינה פיקודית הוא היה אחראי על פעילות התנזים וגדודי חללי אלאקצא בגדה המערבית, שראו בנאשם את מנהיגם; סייע לפעילי הטרור במתן כספים ואמל"ח לצורך ביצוע הפיגועים; הנהיג באופן אישי חלק מחוליות הטרור, באמצעות מקורביו; עודד את חוליות הטרור לבצע פיגועים כנגד ישראל; קיבל דיווחים מן החוליות לאחר ביצוע הפיגועים - וכל זאת ביודעו כי חוליות אלו מבצעות פיגועי רצח והתאבדות גם בתוך ישראל, וגם כנגד אזרחים.

זאת ועוד: הנאשם אף הודה בחקירתו במעורבות **אישית** הנוגעת לפיגועי רצח ספציפיים של החוליות שבהנהגתו, כדלקמן:

## (אא) הפיגוע בתחנת הדלק בגבעת זאב

לאחר הריגתו של ראיד כרמי ביום 14.1.02, קרא הנאשם בטלויזיה של אבו דאבי לגדודי חללי אלאקצא לבצע פיגועי נקמה כנגד ישראל (ת/3 מיום 14.1.02). ואולם הנאשם לא הסתפק בקריאה פומבית זו. הוא הורה לאחמד ברגותי להוציא לפועל פיגוע נקמה על מותו של כרמי. ואכן, ביום 15.1.02 בערב נתן אחמד ברגותי נשק לאבו סטחה על מנת לבצע את הפיגוע כאמור. בערב יום זה ירו חברי החוליה של אבו סטחה לעבר מכוניתה של יואלה חן ז"ל ליד גבעת זאב, רצחו אותה ופצעו את הנוסעת שהיתה עמה (על פיגוע זה ראה פרק ה(7) להלן).

הנאשם הודה בחקירתו כי לאחר מותו של כרמי הוא אמר לאחמד ברגותי כי הוא מעונין בפיגוע נקם, ואחמד וחבריו ביצעו את הפיגוע בגבעת זאב, ודיווחו לו לאחר מכן כי היתה הרוגה אחת בפיגוע (תמליל ת/98יא, עמ' 44-45). הוא אף הודה כי פיגוע זה בוצע על פי הוראתו, ונטל אחריות לביצועו (זכ"ד ת/23 ס' 8-10, שהוגש ואושר על ידי החוקר "דני" בעמ' 90; זכ"ד ת/24 ס' 5 והמבוא לזכ"ד ת/38 שהוגשו ואושרו על ידי החוקר "סמית" בעמ' 85; זכ"ד ת/26 ס' 3-6, שהוגש ואושר על ידי החוקר "נדב" בעמ' 79). הנאשם אמר: **"אני דיברתי בסוכת האבלים, שצריך לנקום ולהשיב על המעשה הזה..."**, אם כי לטענתו לא היה מדובר ב"פקודה" שהוא נתן לאחמד ברגותי. באחד מחקירותיו הודה הנאשם: **"אמרנו לאחמד שיעני יבצע פיגוע"** (תמליל שיחה ת/98ז עמ' 19, וכן עמ' 20-45).

הנאשם הסביר כי חיסולו של כרמי הביא לאובדן השליטה בפת"ח, ולכן **"קרא לתשובה על חיסול של ראיד כרמי בכל אמצעי התקשורת... ובאמת החלו התגובות. ובפעם הראשונה פת"ח חוצה את הקו האדום בביצוע פיגועים בתוך ישראל"** (תמלילי חקירה ת/98י עמ' 30-31, ו- ת/98יא עמ' 9-

10, 12-15, 44-45). הוא ציין בחקירתו כי ההוראה שנתן לבצע פיגוע נקמה בעקבות הריגתו של כרמי נבעה מכך שהוא חש אחריות למותו של כרמי בעיצומה של הפסקת אש, שבה קרא הנאשם לכל הפלגים להפסיק את הפיגועים על סמך התחייבות של ראש השב״כ שלא לבצע פעולות חיסול כנגד אנשי הפת״ח;

היתה זו הפעם היחידה בה הימרה בה את פיו של ערפאת, אשר דרש באותה עת שלא לבצע פיגועים (זכ״ד ת/31 סי 12, שהוגש ואושר על ידי החוקר ״מופז״ בעמי 58, תמליל שיחה ת/98י עמי 29-31, תמליל שיחה ת/98יא׳ עמי 11-13). הודאה זו של הנאשם תואמת את הדברים שאמר בחקירתו אחמד ברגותי (ראה סעיף 30 לעיל), וכן הדברים שאמרו אבו סטחה (הודעה ת/156ב עמי 5) ומוצפר (סעיף 53 לעיל).

## (בב) רצח הנזיר היווני במעלה אדומים

הנאשם אישר כי כאשר הציע לו רדאידה לבצע פיגוע התאבדות, הוא הפנה אותו אל מוהנד על מנת שיכוון אותו לביצוע פיגועים מהסוג שחוליות הפת״ח מבצעות; בעקבות כך בוצע הפיגוע במעלה אדומים בו נרצח נזיר יווני, מתוך מחשבה כי מדובר ביהודי (ראה דברי רדאידה בסעיפים 42-43 להלן, ופרק ה(3) להלן הדן בפיגוע זה).

## (גג) הפיגוע במסעדת ״סי פוד מרקט״ בתל-אביב

הנאשם קשר עצמו בחקירתו בצורה ברורה לפיגוע במסעדת ״סי פוד מרקט״ בתל-אביב, שבו נרצחו שלושה אנשים (על פיגוע זה ראה פרק ה(12) להלן). אמנם בתחילת חקירתו בשב״כ טען הנאשם כי אין לו קשר לפיגוע זה, שעויס עומד מאחוריו, וכי ערפאת כעס מאוד על ביצוע פיגוע זה (זכ״ד ת/25 סי 12-13, שהוגש ואושר על ידי החוקר ״מופז״ בעמי 58). ואולם, בהמשך חקירתו הודה הנאשם כי ידע מפי מקורבו אחמד ברגותי, שהיה אחד ממתכנני הפיגוע, על הכוונה לבצע את הפיגוע, וזאת כשבוע **לפני** ביצועו; אחמד הודיע לנאשם כי אברהים חסונה - המפגע - מוכן לביצוע הפיגוע. הנאשם הדגיש כי הוא לא ליווה את ביצוע הפיגוע, ואף הנחה את אחמד ברגותי שהפיגוע יבוצע ביהודה ושומרון, בהתנחלות או במחסום צבאי, ולא בתוך ישראל (זכ״דים ת/44 סעיפים 3-7 ו- ת/53 סי 3, שהוגשו ואושרו על ידי החוקר ״מופז״ בעמי 58; זכ״ד ת/50 סי 1, שהוגש ואושר על ידי החוקר ״ואדי״ בעמי 96; זכ״ד ת/52 שהוגש ואושר על ידי החוקר ״סמית״ בעמי 85).

דבריו אלו של הנאשם תואמים את גרסתו בחקירה של אחמד ברגותי, פרט לכך שהאחרון אמר בחקירתו כי דיווח לנאשם לא רק זמן מה לפני הפיגוע, אלא גם ממש בשעה שבה יצא המפגע לדרך, וכי הנאשם היה מעורב בניסוח הכרוז הנוטל אחריות לאחר ביצוע הפיגוע (ראה סי 29 לעיל). הנאשם, לעומת זאת, אמר בחקירתו כי לא היה מעורב בניסוח הכרוז שקיבל אחריות על הפיגוע הנ״ל, אם כי הודה שנתן אישור לפרסם כרוז הנוטל אחריות על פיגוע אחר שהתבצע בגשר עטרה (פיגוע מסי 18 בנספח לכתב האישום) (זכ״ד ת/52 הנ״ל וזכ״ד ת/58 סי 3, שהוגש ואושר על ידי החוקר ״מופז״ בעמי 58).

**סיכומו של דבר**: הנאשם הודה, כפי שאף עולה מדברי אחמד ברגותי, כי הוא אישר מראש את ביצוע הפיגוע הנ״ל, אם כי ההוראה היתה להרוג אנשים אחרים במקום אחר.

## (דד) ניסיון לפיגוע ליד קניון מלחה בירושלים

הנאשם סיפר בחקירתו כי העניק סיוע, באמצעות אחמד ברגותי, לפעילים שביצעו פיגועים באזור חברון. באחד הימים דיווח לו אחמד ברגותי כי אחד מפעילים אלה (ג׳יהאד ג׳ועארה) מתכנן פיגוע התאבדות בירושלים. הנאשם אמר כי נתן הנחיה באמצעות אחמד ברגותי שהפיגוע יבוצע בשטחים הכבושים ולא בתוך ישראל (על פיגוע זה ראה פרק ה(20) להלן). למחרת דווח לו כי פיגוע

P 7: 000400

ההתאבדות ליד קניון מלחה בירושלים נכשל (זכ״ד ת/36, שהוגש ואושר על ידי החוקר ״סמית״ בעמ׳ 85). גם כאן אישר הנאשם לבצע פיגוע כנגד ישראל, אם כי במקום אחר.

**(3) <u>אספקת כספים ואמל״ח לשם ביצוע פיגועי טרור</u>**

**.67** בתחילת חקירתו בשב״כ טען הנאשם כי איננו עוסק בטרור, וכי מעולם לא מסר לאף אדם נשק ולא ירה בנשק (זכ״ד ת/10 ס׳ 1, שהוגש ואושר על ידי החוקר ״דני״ בעמ׳ 90). ואולם בהמשך חקירתו הודה הנאשם כי היה אחראי על מתן כספים ואמצעי לחימה לחוליות השטח של התנזים וגדודי חללי אלאקצא, וכי ידע כי אלה משמשים לביצוע פיגועים כנגד ישראל.
כפי שאמר הנאשם: **״במסגרת תפקידי כמזכיר הפת״ח אני אחראי לכל הנעשה כגון אספקת כספים לחוליות, רכישות נשק וביצוע פיגועים״** (ראה הציטוט מזכ״ד ת/29 בס׳ 61 לעיל, וכן ראה זכ״ד ת/59 ס/ 7, שהוגש ואושר על ידי החוקר ״ואדי״ בעמ׳ 96).
הנאשם הסביר כי היה מעביר את בקשות הפעילים לרכישת אמל״ח ליאסר ערפאת תחת הכותרת ״סיוע אישי״, או ״סיוע כלכלי״ (זכד״ים ת/22 ס׳ 6, ו-ת/25 ס׳ 14 שהוגשו ואושרו על ידי החוקר ״מופז״ בעמ׳ 58). הנאשם אף הודה כי בכך שרכש נשק לחוליות, הוא השיג השפעה על פעילותן (ס׳ 61 לעיל). עוד הודה הנאשם כי סייע מבחינה כספית לאחמד ברגותי ולראיד כרמי, ותמך בהם לצורך ביצוע פיגועים (ראה ס׳ 62 לעיל).

מסמך ת/5 (70-73) שנתפס במבצע ״חומת מגן״, הוא מכתב של ראיד כרמי אל הנאשם מיום 20.1.02, בו מבקש כרמי סיוע לרשימה של פעילים, ובהם כאלו שהיו מעורבים בפיגועי טרור על פי הראיות שהובאו בתיק זה; הנאשם הפנה את הבקשה ליאסר ערפאת בכתב ידו (לפי חוות דעת מז״פ ת/5). מכתב נוסף שנתפס הוא ת/5(140), שבו פנה מבוקש בשם סאמח אבו חניש לנאשם בבקשה להחזיר לו נשק שהוחרם; כתב ידו של הנאשם נמצא על המכתב (חוות דעת מז״פ ת/5). במכתב ת/5(103) פנתה אל הנאשם קבוצת פעילים בבקשה לרכישת כלי נשק, וציינו כי הם ביצעו התקפות רבות כנגד הצבא ומתנחלים, והפכו למבוקשים; גם על מכתב זה מצוי כתב ידו של הנאשם (לפי חוות דעת מז״פ ת/5).

**.68** הנאשם הסביר בחקירתו כי הן החוליות, והן בודדים מן החוליות, היו פונים אליו לקבלת כספים לשם מימון רכישת נשק ולמטרות אחרות, והוא היה מעביר בקשות אלו ליאסר ערפאת (זכ״ד ת/19 ס׳ 14, זכ״ד ת/22 ס׳ 6 וזכ״ד ת/25 ס׳ 14, 19, שהוגשו ואושרו על ידי החוקר ״מופז״ בעמ׳ 58; זכ״ד ת/70 ס׳ 10, שהוגש ואושר על ידי החוקר ״סטיב״ בעמ׳ 53; תמלילי חקירתו של הנאשם: ת/98ד בעמ׳ 13-16, 20-21, ת/98יא עמ׳ 7, 17-18, 30, ות/98י עמ׳ 13-14). לדבריו הוא לא היה מציין בפנייתו לערפאת כי הכסף מיועד לרכישת נשק (זכ״ד ת/30 ס׳ 6, שהוגש ואושר על ידי החוקר ״אמיל״ בעמ׳ 54). במסגרת פעילות זו נרכשו כ- 15 כלי נשק ותחמושת בהם בוצעו פיגועים (זכ״ד ת/29 ס׳ ה׳, שהוגש ואושר על ידי החוקר ״סמית״ בעמ׳ 85, זכ״ד ת/60 ס׳ 5, שהוגש ואושר על ידי החוקר ״אמיל״ בעמ׳ 54).
הנאשם הדגיש כי הפעילות הצבאית לא היתה יכולה להתקיים בלא מימון של ערפאת (ת/60 הנ״ל ס׳ 7). הוא אמר בעניין זה: **״יש מישהו שבא ואומר לי אני רוצה אלף שקל, אולי הוא מקבל אלף שקל, אני לא שואל אותו, אולי אחרי שבוע הוא ילך לירות, לא אכפת לי״** (ת/98יא עמ׳ 30). הנאשם לא יכול היה לזכור בחקירתו את פרטי הסיוע הכספי שהגיש לפעילי השטח של הפת״ח, והסביר כי מאות פעילים היו פונים אליו בבקשת סיוע כספי לשם מימון הפעילות הצבאית (זכ״ד ת/49 ס׳ 10, שהוגש ואושר על ידי החוקר ״אמיל״ בעמ׳ 54).

**.69** במסגרת רכישות הנשק עבור פעילי הטרור, הסכים הנאשם לממן רכישת מרגמה בסך של 1,500 דינר, והנאשם פירט בחקירתו את הבעיות המבצעיות שבהפעלתה (זכ״ד ת/29 ס׳ ו׳ וזכ״ד ת/38 ס׳ 2, שהוגשו ואושרו על ידי החוקר ״סמית״ בעמ׳ 85; זכ״ד ת/42 ס׳ 13-15, שהוגש ואושר על ידי החוקר ״ואדי״, בעמ׳ 96; תמליל חקירתו של הנאשם ת/98יא עמ׳ 7-8). הנאשם ציין

בחקירתו כי הוא עצמו התנגד לירי ממרגמה לעבר ישראל, משום שהוכח שהירי איננו גורם נזק לישראלים, אך עלול לגרום נזק רב לפלשתינאים (זכ"ד ת/38 הנ"ל). גרסתו של הנאשם בעניין זה תואמת את גרסתו של אבו-חמיד, אשר הסביר כי הירי במרגמה בוצע לעבר הישוב פסגות, וכי הנאשם ביקש שלא לדבר על כך עם איש (ראה סעיף 25 לעיל).

**(4) סיוע למבוקשים ולמשפחות העצורים והחללים**

**70.** הנאשם מימן בפעילותו לא רק את פעילי הטרור, אלא גם את בני משפחותיהם. הוא הודה בחקירתו כי העביר לערפאת בקשות לסייע למשפחות המתאבדים, ואף הצדיק זאת בכך שאין הבדל בין מתאבד לבין אדם שנהרג; כולם בעיניו "שהידים", קרי: מי שמת מות קדושים (זכ"ד ת/10 שהוגש ואושר על ידי החוקר "דני" בעמ' 90; זכ"ד ת/54 ס' 5, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96; שיחת הנאשם עם המדובב "פלוני 3" ת/124ג עמ' 7, 22-23). כמו כן דאג הנאשם למימון משפחות העצורים והמבוקשים מקרב פעילי הפת"ח (שיחת הנאשם עם "פלוני 3" ת/124ג עמ' 22-23).

בנושא זה נתפסו כמה וכמה מסמכים במבצע "חומת מגן", אשר מהווים בקשות סיוע שהפנו המבוקשים לנאשם לצורך רכישת אמל"ח, ועל מנת להסיר מעליהם את עול הפרנסה (ראה: ת/5 (2-12) שהנאשם אישר בעת חקירתו אשר תועדה בזכ"ד ת/47 שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96; ת/5 (64-65), ת/5 (87), ת/5 (105), ת/5 (117), ת/5 (118)). כמו כן דאג הנאשם להסדיר מינויים או מקומות עבודה למבוקשים (ראה למשל המכתבים ת/5 (78-79), שלפי חוות דעת מז"פ ת/5 סביר מאוד להניח כי נכתבו על ידי הנאשם).

מסמך נוסף הוא ת/5 (133), הכולל פניה לנאשם לסייע לאנשים בתנועת הפת"ח שביצעו פיגועים ונעצרו על ידי ישראל, ולמבוקשים אחרים; הנאשם העיר על מסמך זה: **"יש עדיפות להכללתם בסיוע"**, ולפי חוות דעת מז"פ ת/5 הערה זו נכתבה, במידה שאינה מותירה ספק של ממש, בידי הנאשם.

עימאד אלשקיר הוא פעיל תנזים שרצח ישראלי בסלפית, וכאשר הפך להיות מבוקש פנה לנאשם בבקשה לקבלת עזרה, ואף סיפר לו על מעשה הרצח שביצע. הוא הסביר בעדותו כי פנה אל הנאשם, משום שהיה ידוע שהנאשם מסייע במקרים שכאלו, אך תיאר את הנאשם **"כאיש פוליטי שלא משתתף בדברים צבאיים"** (עמ' 182-184).

**(5) גיוס פעילים לארגוני הטרור והדרכתם**

**71.** הנאשם אישר בחקירתו בשב"כ את הדברים שמסר במשטרה אבו חמיד, לפיהם העניק הנאשם סיוע כספי לשם הקמת מחנה אימונים צבאי לפעילי התנזים, על מנת להכשירם ללוחמת גרילה ושימוש בנשק (הודעת אבו חמיד ת/149ג עמ' 1-2). הנאשם אף אישר כי ראיין בעצמו את הצעירים המתאמנים במשרדו (זכ"ד ת/28 סעיפים 10-11, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96, זכ"ד ת/34 ס' 3, שהוגש ואושר על ידי החוקר "איתי" בעמ' 52, ותמליל חקירת הנאשם ת/98יא עמ' 9). בחקירתו במשטרה הכחיש הנאשם כל קשר לאימונים או הדרכה של פעילי השטח (ת/106 עמ' 3).

אבו חמיד סיפר בהודעתו הנ"ל (עמ' 6-7) כיצד מינה הנאשם את מוהנד כמפקד חוליה לאחר מותו של המפקד הקודם. הנאשם גם אישר בחקירתו את הדברים שאמר במשטרה רדאידה, בנוגע לתהליך גיוסו באמצעות הנאשם (ראה ס' 43 לעיל). מדברי הנאשם ורדאידה עולה כי הנאשם שמע מרדאידה על כוונתו לבצע פיגוע ירי, והפנה אותו למטרה זו אל מוהנד, שהיה מפקד שטח בכיר שביצע פיגועים כנגד מטרות ישראליות. כתוצאה מהפנייה זו בוצע הפיגוע שבו נרצח הנזיר היווני.

P 7: 000402

**(6) <u>קריאותיו הפומביות של הנאשם לבצע פיגועים כנגד ישראל</u>**

**72.** כפי שכבר בואר לעיל, לא הסתיר הנאשם בחקירתו את תמיכתו בביצוע פיגועים כנגד מטרות צבאיות ואזרחיות בגדה המערבית, קרי: חיילים ומתנחלים (ראה ס' 13-16 לעיל). הנאשם גם הסביר כי מידי פעם היה מורה לחוליות שסרו למרותו להפסיק את הפיגועים, ולאחר מכן היה מודיע על חידושם, וזאת באמצעות הופעות פומביות בטלוויזיה (ראה ס' 16 לעיל). הנאשם היה ער להשפעה שיש לדבריו על מבצעי הפיגועים, ואמר: **"אני משפיע כי אני מדבר באמצעי התקשורת. יעני אני אומר את העמדה באמצעי התקשורת... המילה שלי נשמעת וכאילו אני דובר בשם תנועת הפת"ח"** (תמליל חקירה ת/98ד עמ' 33, וכן ראה עמ' 39-37). הנאשם אף לא הכחיש כי אנשי החוליות היו פונים אליו לקבלת סיוע, משום שהיה מופיע כדובר הפת"ח בתקשורת, ונקט עמדה הקוראת למאבק מזוין (תמליל חקירה ת/98ה עמ' 61). הוא הודה כי עודד בהופעותיו הפומביות את הפעילים לבצע פיגועים בתוך השטחים כנגד הצבא (תמליל חקירה ת/98י עמ' 25, וזכ"ד ת/29 ס' 1ב, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).

**73.** קריאותיו הפומביות של הנאשם לביצוע פיגועים כנגד ישראל תועדו בידי אמ"ן, והוגשו בקלסר ת/3 (כולל הקלטות המקוריות ת/3א-ב) על ידי ראש חטיבת המחקר באמ"ן, תא"ל י. קופרווסר (עמ' 38). בעניין זה יש להתעלם ממסמכים הכלולים בקלסר ת/3, אשר אינם תיעוד של דברים שאמר הנאשם עצמו ברדיו או בטלוויזיה, ושאף הוקלטו. כתבה עיתונאית או ידיעה אחרת המייחסת לנאשם אמירת דברים כאלה או אחרים איננה קבילה לפי דיני הראיות, בהיותה עדות שמיעה.

באופן כללי ניתן לומר כי מעיון בדברים שאמר הנאשם לכלי התקשורת השונים, עולה בבירור כי הוא מדבר בשם גדודי חללי אלאקצא והתנזים, ועומד בראשם. הנאשם קורא לגופים אלה - לעיתים בצורה ברורה ולעיתים בצורה משתמעת - להמשיך ולבצע פיגועים כנגד ישראל. לאחר כל פעולה של ישראל, הוא הודיע בשם תנועת הפת"ח וגדודי חללי אלאקצא כי הנקמה לא תאחר לבוא (ראה למשל ראיונות בטלוויזיה של אבו דאבי בימים 14.1.02, ו- 15.8.01). למרות טענתו של הנאשם כי התנגד לפיגועים בתוך ישראל, הוא נשמע בראיונות השונים תומך בפיגועים שבוצעו בתוך ישראל, ואף משבח את מבצעיהם (ראה הצדקת הפיגוע בנתניה בראיון לטלוויזה של אלגז'ירה ביום 18.5.01, הצדקת הפיגוע בירושלים בטלויזיה של אלג'זירה ביום 9.8.01, ופיגוע נוסף בירושלים אותו הצדיק הנאשם בטלוויזיה "וטן" ביום 31.10.02).

**74.** במהלך הלווייתו של עמאד אלענאתי ביום 2.10.00, אמר הנאשם בטלויזית "וטן" רמאללה: **"חלפו הימים בהם רק אנו מקריבים קורבנות. עלינו לנקום. יש להרוג ישראלים. יש להרוג ישראלים. כן. יש לנו כדורים. יש לנו רובים והם יופנו לעבר הכיבוש"**.

בראיון טלפוני לעיתון "אלשרק אלאוסט" ביום 1.3.01 נשאל הנאשם האם ההתנגדות של הפלסטינאים עלולה להתפתח מאבנים לכלי נשק, והשיב: **"המאבק המזויין הוא חלק מהאינתיפאדה כעת ואין מסתמכים רק על אבנים. מאז החלה האינתיפאדה הצלחנו להרוג מתוכם 66 ופצענו 416 וזוהי תוצאה טובה"**.

ביום 29.10.01 התראיין הנאשם לטלוויזית "וטן" רמאללה, ונשאל מהי תגובתו לשני פיגועים שהתבצעו באותו יום בחדרה ובבאקה אלע'רביה, והשיב: **"זכותו של העם הפלסטיני, ולמעשה חובה על לוחמיו, להגיב על התוקפנות כנקמה על מעשי הטבח שהתבצעו בבית רימא, בית לחם וטול כרם. לפיכך מה שארע היום הינו תגובה טבעית של הלוחמים הפלסטינים למעשי הטבח הישראליים"**.

ביום 4.3.02 התראיין הנאשם לעיתון "אלזמאן" היוצא בלונדון, ולדברי הכתב נצ'אל אלליתי' אמר

הנאשם כי שני פיגועי ההתאבדות (בבית ישראל וליד עפרה) הינם **"מסר המופנה לישראלים כדי שיחדלו מתמיכתם בשרון"**.

לאחר מותו של ראיד כרמי ביום 14.1.02 קרא הנאשם לגדודי חללי אלאקצא לבצע פיגועי נקמה כנגד ישראל, וזאת בטלוויזיה של אבו דאבי (ת/3 - מיום 14.1.02). כך הודה הנאשם בחקירתו (תמליל שיחה ת/98ז עמ' 78).

ביום 19.5.01 שודרה בטלוויזה של "ויטן" רמאללה תהלוכה שבראשה עמדו הנאשם ובכיר בחמאס. במהלך התהלוכה דיבר הנאשם ברמקול אל ההמון, והילל את הרוגי האינתפיאדה, וביניהם מבצע הפיגוע בנתניה. כמו כן הבטיח הנאשם להמשיך ולפגוע במתנחלים, ובירך את הפוגעים במתנחלים.