## ה. הקשר של הנאשם לפיגועים נשוא כתב האישום

**75.** בכתב האישום מיוחסת לנאשם מעורבות ב- 37 פיגועים שפורטו בנספח לכתב האישום, ואשר בוצעו על ידי מפקדי השטח ופעילי הטרור שהיו כפופים לנאשם.

בסיכומיה התייחסה התביעה אך ורק ל- 21 פיגועים מתוך הנספח שצורף לכתב האישום, ולפיכך גם הכרעת הדין תתייחס אך ורק לאותם 21 פיגועים, שבעניינם הובאו ראיות שלטענת התביעה קושרות את הנאשם לבצועם. ההתייחסות לפיגועים אלה תכלול את הראיות שהובאו לגבי התרחשות הפיגוע עצמו, מי היו מתכנניו ומבצעיו ומה היה הקשר של הנאשם לפיגוע או למתכננים או המבצעים.

### (1) רצח טליה ובנימין כהנא ז״ל ליד עפרה

**76.** ביום 31.12.00 בשעה 06.30, בוצע ירי מן המארב בכביש מספר 60 ליד הישוב עפרה, לעבר מכוניתם של בני הזוג טליה ובנימין כהנא ז״ל וחמשת ילדיהם. כתוצאה מן הירי התדרדרה המכונית לתעלה בצד הכביש. בפיגוע נרצחו בני הזוג כהנא (תעודות פטירה ת/128א׳-ב׳), ונפצעו חמשת ילדיהם (ראה דוחו״ת פעולה של אלי קוג׳מן ורפ״ק עפר שלוש ת/128ג׳-ד׳, לוחות התצלומים ת/128ח׳- ט׳ שהוגשו ע״י קוג׳מן ושלוש בעדויותיהם בעמ׳ 121, 127, ותע״צ של רפ״ק עובדיה ת/128ה׳). בבדיקת מז״פ התברר על פי התרמילים של רובה הקלצ׳ניקוב שנתפסו בזירה כי הנשק ששימש בפיגוע זה, שימש גם בפיגוע מספר 6 בנספח לכתב האישום, שבו נרצח אליהו כהן ז״ל ליד גבעת זאב (חוו״ד המומחה האוורד סילברווטר ת/128ו׳-ז׳).

**77.** בחקירתו במשטרה הודה אבו חמיד כי הוא היה זה שסיפק את הנשק והתחמושת למפגע שרצח את בני הזוג כהנא ז״ל, אחמד ע׳נדור (הודעתו של אבו חמיד ת/149(א) עמ׳ 6-4, שנגבתה ע״י רס״ר אברהים אלקורעאן, על פי עדותו בעמ׳ 194). בהודעתו הנ״ל סיפר אבו חמיד כי ע׳נדור ביקש ממנו את הנשק (קלצ׳ניקוב) והתחמושת לצורך ביצוע ירי לעבר רכב ישראלי ליד רמאללה, ולמחרת דיווח לו על ביצוע רצח בני הזוג כהנא ז״ל, כפי שהסתבר לו מן הדיווח ברדיו.

בענין זה רשאים אנו להתייחס אך ורק לעדותו של אבו חמיד, ומצווים אנו להתעלם מן הדברים שאמר לו ע׳נדור לגבי ביצוע הפיגוע, בהיותם עדות שמיעה. לפיכך, אין בפני בית המשפט ראיה קבילה על ביצוע הרצח בנשק שמסר אבו חמיד לע׳נדור. לכן, גם אין ראיה הקושרת את הנאשם לרצח בני הזוג כהנא ז״ל (הנאשם סיפר בחקירתו כי הכיר את ע׳נדור, שנהרג מפליטת כדור - זכ״ד ת/68 ס׳ 2). אמנם הובאו ראיות למכביר בדבר אחריותו הכוללת והעליונה של הנאשם לפיגועים שנעשו על ידי אנשי הפת״ח בגדה המערבית, בהיותו מי שהנהיג פעילות זו, קרא לביצועה וסייע להוצאתה לפועל באספקת כספים ואמל״ח. ואולם אין ראיה קבילה על כך שהפיגוע הנ״ל אכן בוצע בידי אנשי הפת״ח.

הראיה הקבילה היחידה שיש בעניין זה היא שהנאשם סייע לאבו חמיד לרכוש נשק ותחמושת לצורך ביצוע פיגועים, כפי שהודו בחקירתם אבו חמיד והנאשם (ראה פרק ג(2) לעיל), וכי אבו חמיד אכן מסר את הנשק שרכש בסיועו של הנאשם לע׳נדור למטרת ביצוע פיגוע ירי. מעבר לכך אין בפנינו ראיות.

### (2) רצח עקיבא פשקוס ז״ל באזור התעשיה בעטרות

**78.** ביום 25.1.01 בשעה 18:25 בוצע ירי מן המארב לעבר רכבו של אלעזר עקיבא פשקוס ז״ל באזור התעשייה בעטרות. המנוח נסע ברכב .G.M.C, ונורה באקדח קליבר 9 מ״מ (ראה חוו״ד מז״פ ת/129ג). כתוצאה מן הירי נפטר המנוח (תעודת פטירה ת/129א), והוא נמצא במכוניתו ללא רוח חיים כדקה לאחר הירי (ראה עדותו של הרמן ספאק בעמ׳ 150, דו״ח של רפ״ק ליאור נדיבי ת/129ב, ועדותו בעמ׳ 132). הארוע מתואר גם בתמונות שצולמו על ידי אבינועם אליה, שצורפו

לתעודת ציבור שהגיש (ת/129ד).

**79.** אחמד ברגותי הודה בחקירתו כי הוא מסר לאבו סטחה ולאדם אחר רכב לצורך ביצוע פיגוע, ולאחר כמה שעות, השניים דיווחו לו כי ירו על יהודי שנסע ברכב G.M.C באיזור עטרות, וכי הוא נפגע מהירי (הודעה ת/165א׳ עמ׳ 3, שהוגשה ע״י רס״ר דוד מזרחי בעמ׳ 184).

אבו סטחה הודה בחקירתו כי ביצע את הפיגוע באיזור התעשיה בעטרות, וירה באקדח אל עבר נהג שנסע ברכב G.M.C ספארי בצבע אפור (כפי שנראה בתמונות ת/129ד׳ שצולמו לאחר הפיגוע), ולאחר מכן דיווח על כך לאחמד ברגותי, שהוא - כפי שאמר אבו סטחה - **״נהגו ויד ימינו״** של הנאשם (הודעה ת/156ב׳, שהוגשה ע״י השוטר מרקו דהן בעמ׳ 198).

**80.** אין בידי התביעה ראיה כלשהי הקושרת את הנאשם בצורה ישירה לפיגוע הנ״ל. עם זאת, הובאו ראיות כלליות למכביר לפיהן היה אחמד ברגותי עוזרו הקרוב של הנאשם, ופעל בידיעתו ותחת חסותו בארגון וביצוע פיגועים. הנאשם הודה כי מימן פיגועים שאחמד ברגותי היה מעורב בהם ותמך בפעולותיו, וכי אחמד ברגותי היה מדווח לו לאחר ביצוע הפיגועים. הנאשם גם הודה כי מבחינתו אחמד ברגותי היה האחראי על הפעילות הצבאית באיזור רמאללה, וכי הוא פעל בתיאום עם הנאשם. הנאשם אף הבהיר בחקירתו כי הקשר שלו עם חוליות הטרור נעשה באמצעות אחמד ברגותי (ראה פרק ג(3) לעיל).

גם אבו סטחה היה מקורב לנאשם, ובתקופה מסוימת אף שימש כשומר ראשו. הנאשם אישר בחקירתו כי אבו סטחה עבד במשרדו והיה תחת אחריותו, באמצעות אחמד ברגותי, והוא ידע שהשניים מבצעים פיגועים כנגד אזרחים באיזור ירושלים (ראה פרק ג׳(4) לעיל).

גם הנאשם אמר בחקירתו כי הוא רואה עצמו אחראי לפעילותן של החוליות שפעלו עם אחמד ברגותי ואבו סטחה - להבדיל מחוליות אחרות - משום ששניים אלו היו קרובים אליו, והוא מימן את פעילותם (ראה סעיף 60 לעיל). הנאשם אף הכיר בכך שבאמצעות הסיוע והנשק שנתן לחוליות אלו הוא רכש השפעה על פעילותן (ראה סעיף 61 לעיל).

כל אלה באים בנוסף לאחריות העל של הנאשם כמפקדם ומנהיגם של כל פעילי הטרור של הפת״ח בגדה המערבית, כפי שהוא עצמו הודה (ראה סעיף 65 לעיל), ובנוסף לעובדה שהנאשם עודד באופן פומבי ופרטני את פעילי הטרור לבצע פיגועים.

השאלה המשפטית הקשה, האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

### (3) <u>**רצח הנזיר היווני ציפוקטקיס גרמנוס ז״ל במעלה אדומים**</u>

**81.** ביום 12.6.01 בשעה 22.30 בוצע ירי מן המארב בכביש ירושלים מעלה אדומים, לעבר רכבו הפרטי של הנזיר היווני ציפוקטקיס גרמנוס ז״ל מסוג טנדר פג׳ו, שנשא לוחית זיהוי ישראלית. מן הירי נרצח גרמנוס ז״ל (תעודת פטירה ת/132א׳ וחוו״ד פתולוגית של פרופ׳ היס ת/130ב׳). על פיגוע זה העידו רפ״ק ניסים מזרחי (עמ׳ 131), שהגיש את דו״ח הביקור הראשוני בזירה ותצלומים (ת/130ג׳-ד׳), וכן הוגשה תע״צ (ת/130ו׳) על ידי רס״ב אבי לוי ממז״פ. התרמילים שנתפסו בזירה נבדקו במז״פ (ראה חוו״ד מומחה של רפ״ק אבי קופמן, ת/130ז׳-ט׳).

82. רדאידה הודה בחקירתו כי הוא ביצע את הפיגוע הנ"ל, ותאר את נסיבות ביצועו. הוא סיפר כי פנה אל הנאשם על מנת לבצע פיגוע התאבדות. הנאשם הפנה אותו אל מוהנד, והורה למוהנד לתת נשק לרדאידה, וכך היה. הנאשם אמר לרדאידה כי התנזים עושה פיגועים נגד הצבא והמתנחלים, ולא פיגועי התאבדות, וכי הוא נותן לו נשק למטרה זו. ואכן, בנשק (קלצ'ניקוב) שקיבל רדאידה ממוהנד, על פי הוראתו הישירה של הנאשם, הוא ביצע את רצח הנזיר גרמנוס ז"ל כפי שתאר בחקירתו, בהסבירו כי סבר בטעות שמדובר במתנחל (ראה פרק ג(8) לעיל סעי' 41-42).

83. הנאשם עצמו אישר בחקירתו את דבריו של רדאידה, ואמר כי הפנה אותו אל מוהנד לאחר שביקש להתאבד, ולאחר מכן שמע כי הוא הרג בטעות את הנזיר היווני (סעיף 43 לעיל). לאור כל אלה ברורה אחריותו הישירה והאישית של הנאשם לפיגוע זה.

## (4) רצח יניב ושרון בן שלום ז"ל ודורון יוסף סוורי ז"ל בכביש 443

84. ביום 25.8.01 בשעה 22.30 נרצחו בני הזוג יניב ושרון בן שלום ז"ל, וכן יוסף סוורי ז"ל (אחיה של שרון), שנסעו יחד עם שני ילדיהם במכונית מסוג "פאסאט" בעלת לוחית זיהוי ישראלית, וזאת שעה שנסעו בכביש 443 ליד תחנת דלק "דור אנרגיה" (ראה תעודות פטירה וחוו"ד פתולוגיות ת/131אי-ג').

את תוצאות הפיגוע תארו השוטרים חיים טולדנו ורס"מ שבי עובדיה (עמ' 123, 139, ודוח"ות הפעולה שלהם ת/131ד'-ה', בליווי לוח תצלומים ת/131ו'). הקליעים שנתפסו נשלחו לבדיקת מז"פ, ונמצא שהם נורו משני כלי נשק: תת מקלע **MP5** וקלצ'ניקוב (חוו"ד מומחה ת/131ז').

85. אחמד ברגותי סיפר בחקירתו כי מסר את רובה ה- **MP5** שלו לאבו סטחה, לאחר שאבו סטחה ביקש זאת עבור החוליה שלו, וכעבור זמן מה, שמע מאבו סטחה, וגם בחדשות, כי חברי החוליה שלו ביצעו פיגוע בו הרגו 3 יהודים ליד בית עור (הודעה ת/165א' עמ' 2, שהוגשה על ידי רס"ר מזרחי בעמ' 184). גם אבו סטחה סיפר בחקירתו, כי קיבל מאחמד ברגותי את רובה ה- **MP5** ומחסנית מלאה כדורים, ומסר אותם לשניים מהחוליה שלו: חוסאם ופיראס. השניים סיפרו לו כי ביצעו את הפיגוע ליד בית עור, בו נהרגו 3 ישראלים (הודעה ת/156ב' עמ' 3, שהוגשה על ידי החוקר דהן בעמ' 198).

מבצע הפיגוע, חוסאם שחאדה, אישר בחקירתו כי הוא ואחר ביצעו את הפיגוע ליד בית עור בכביש 443, בסמוך לתחנת הדלק "דור", כאשר ירה במכונית לבנה מסוג "פאסאט" (ראה התצלומים). הוא ציין כי את הירי ביצע ברובה ה- **MP5** שקיבל מאחמד ברגותי, ושותפו לפיגוע היה מצוייד בקלצ'ניקוב. למחרת שמע שחאדה בחדשות כי נהרגו 3 ישראלים כתוצאה מהפיגוע, ודיווח על כך לאחמד ברגותי, שהעביר את הדיווח לנאשם (הודעה ת/160א' עמ' 5-4, שהוגשה על ידי דהאן בעמ' 198). שחאדה סירב להשיב על שאלות בעדותו. לפיכך הוכרז כעד עוין והוגשו הודעותיו ת/160אי-ג'. כמו כן הוגשו כתב האישום, הכרעת הדין וגזר הדין שניתנו בעניינו (ת/159א'-ד'). הוא אמר בעדותו אך ורק: **"אני סיפרתי מה שהיה ולא רוצה להגיד כלום"** (עמ' 73). שחאדה הורשע בביצוע פיגוע זה.

86. לא הובאה ראיה הקושרת את הנאשם לפיגוע זה, זולת הקשר העקיף של הנאשם, כאמור לעיל, לפיגועים בהם היו מעורבים מקורביו, אחמד ברגותי ואבו סטחה (ראה סעיף 80 לעיל). הנאשם סיפק כספים ונשק לחברי החוליות, באמצעות אחמד ברגותי, לשם ביצוע פיגועים, והנשק ששימש בפיגוע זה סופק על ידי אחמד ברגותי.

השאלה האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשי הרצח שבוצעו בפיגוע זה, כאשר אין ראיה הקושרת את הנאשם ישירות לפיגוע, תבחן בפרק המסקנות.

## (5) רצח מאיר וייזבוייז ז"ל בכביש מס' 9 בירושלים

P 7: 000407

**87.** ביום 15.9.01 בשעה 23:15 נורה מן המארב רכב שנסע בכביש מס׳ 9 בירושלים, מהגבעה הצרפתית לשדרות גולדה מאיר. ברכב מסוג רנו אקספרס בצבע לבן נהג משה וייס, אשר העיד כי נפגע מכדור הנמצא בגופו עד היום בעמוד השדרה, ואילו בן דודו מאיר וייזבוייז ז״ל נהרג מן הירי (עמ׳ 138, תעודת פטירה ת/132ב, דו״ח פעולה של רפ״ק ליאור נדיבי ת/132ג ועדותו של נדיבי בעמ׳ 132, וכן לוח התצלומים ת/132ג). בזירה נתפסו תרמילי רובה שנשלחו לבדיקת מז״פ, ונקבע כי הם נורו, כפי הנראה, מאקדח ומתת-מקלע **MP- 5**, שממנו נורו גם היריות הקטלניות שרצחו שלושה אנשים באירוע מס׳ 4 הנ״ל (חוו״ד מז״פ ת/132ד).

**88.** חוסאם שחאדה אמר בהודעתו ת/160א עמ׳ 6, שנגבתה על ידי רס״מ מרק דהן (עמ׳ 198 לפרוטוקול), כי קיבל מאחמד ברגותי אקדח ותת-מקלע **MP-5**, ונסע עם שניים אחרים (פיראס והייתם) ברכב עד שהגיע לכביש מס׳ 9 לכיוון רמות והגבעה הצרפתית. כאשר הבחינו ברכב טנדר מסחרי בצבע לבן, הם פתחו באש לעבר נוסעי הרכב ונמלטו לרמאללה. לאחר האירוע ביקש שחאדה מאבו סטחה, שעבד במשרדו של הנאשם, לדווח לנאשם ולאחמד ברגותי על ביצוע הירי. למחרת הוא שמע כי אחד הנוסעים שנפגע מן היריות מת מפצעיו (ראה גם סעיף 85 לעיל בנוגע לעדותו של שחאדה). דבריו של שחאדה נתמכים בדברים שאמרו אחמד ברגותי ואבו סטחה בחקירותיהם (ראה סעיף 85 לעיל).

**89.** הקשר של הנאשם לפיגוע זה, כמו לפיגוע מס׳ 4 הנ״ל שבוצע אף הוא על ידי שחאדה, איננו ישיר, שכן לא הובאו ראיות למעורבותו של הנאשם בפיגוע זה.
הקשר העקיף של הנאשם לפיגוע נובע מכך שהוא הוצא לפועל על ידי מקורביו ועוזריו של הנאשם, אחמד ברגותי ואבו סטחה, שהנאשם אף מימן את פעולותיהם, כולל רכישת כלי נשק.
השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

**(6) <u>רצח אליהו כהן ז״ל בפיגוע ירי בכביש 443 ליד גבעת זאב</u>**

**90.** ביום 21.12.00 בשעה 20:30 נורה מן המארב רכבו של אליהו כהן ז״ל, בנוסעו בכביש 443 כקילומטר וחצי מהישוב גבעת זאב (ראה תעודת פטירה ת/133א, חוו״ד פתולוגית ת/133ב, ודו״ח מעבדה ניידת מז״פ ת/133ג שעליו העיד רפ״ק שלוש בעמ׳ 127). על פיגוע זה העיד בריאן מלקולם שפירא, שהיה עד ראיה לפיגוע (עמ׳ 149). בבדיקת התרמילים שנתפסו בזירה נמצא כי כלי הנשק ששימש לפיגוע היה כפי הנראה רובה קלצ׳ניקוב, ששימש גם לביצוע רצח בני הזוג כהנא ז״ל (ראה חוו״ד ת/133ד ו- ת/128ו).

**91.** אבו חמיד סיפר בחקירתו על פעילותה של חולית אחמד ע׳נדור, שביצעה פיגוע זה (הודעה ת/149א עמ׳ 10-12, שנגבתה על ידי אלקורעאן : עדותו בעמ׳ 194). אבו חמיד אמר בחקירתו כי סיפק לע׳נדור רובה קלצ׳ניקוב ותחמושת שקיבל למטרה זו מאחמד ברגותי, וכי אישר לע׳נדור לבצע את הירי בכביש 443 שבו נהרג אליהו כהן ז״ל. עוד סיפר אבו חמיד כי את הפיגוע ביצעו מוהנד ושוויש, וזאת על פי מה שסיפר לו מוהנד לאחר ביצוע הפיגוע. מוהנד לא היה עד במשפט, ואילו חקירתו של שוויש, שגם העיד בפנינו, איננה מתייחסת לאירוע זה, והפיגוע הנ״ל לא נכלל בכתב האישום שהוגש כנגד שוויש (ת/157א).

לאור האמור לעיל, יש בידינו אך ורק את עדותו של אבו חמיד, לפיה אישר לבצע פיגוע ירי כנגד רכב ישראלי בסוף שנת 2000 בכביש 443 וסיפק נשק לביצועו. אין בפנינו ראיה קבילה לגבי זהות מבצע הפיגוע, ולכן גם אין ראיה קבילה הקושרת את הנאשם לפיגוע באמצעות אבו חמיד.

כל שיש בפנינו הן ראיות לפיהן הנאשם סייע לאבו חמיד לרכוש נשק ותחמושת לצורך ביצוע פיגועים, וכי אבו חמיד מסר את הנשק שרכש בסיוע הנאשם לע'ינדור למטרת ביצוע פיגועי ירי (זה המצב גם לגבי רצח בני הזוג כהנא ז״ל, שבוצע באותו כלי נשק: ראה פרק ה(1) לעיל).

**(7) <u>רצח יואלה חן ז״ל ליד תחנת דלק גבעונים בכביש 443</u>**

**92.** ביום 15.1.02 בשעה 19:55 הגיעה יואלה חן ז״ל ברכב ״פיאט אונו״ לתחנת הדלק בצומת גבעונים, ולידה ישבה רשל עיני. שני מחבלים התקרבו לעבר רכבה, וירו בשתיים מטווח קצר עשרות כדורים. כתוצאה מן הירי נרצחה יואלה חן ז״ל (תעודת פטירה ת/134א), ורשל עיני נפצעה בראשה ובכתפה. עד ראיה לאירוע, סמי וקנין, העיד כי ראה שני בחורים נמלטים בריצה לעבר הכפר השכן אלג׳יב לאחר ביצוע הירי, והוא סייע בחילוץ הנוסעות (עמ׳ 143). כמו כן תיארו את האירוע רפ״ק עמי לייפר ורס״ב אלי קוג׳מן (בעמ׳ 130 לפרוטוקול ודו״חות ת/134ב-ד1, בנוסף ללוח תצלומים ת/134ב ות- 134/ד2).

**93.** הפיגוע בו נרצחה יואלה חן ז״ל בוצע בהוראתו הישירה של הנאשם, כנקמה על הריגתו של ראיד כרמי יום לפני הפיגוע, ובכך הודה הנאשם בחקירתו. הנאשם סיפר בחקירתו כי הורה למקורבו אחמד ברגותי לבצע פיגוע נקמה זה, וכי אחמד דיווח לו על ביצוע הפיגוע. הנאשם אף נטל אחריות לביצוע פיגוע זה, וציין כי זו היתה הפעם הראשונה בה ביצע הפת״ח פיגוע בתוככי ישראל (ראה סעיף 66(א) לעיל).

דבריו של הנאשם בחקירתו מתיישבים עם הדברים שאמרו בחקירתם אחמד ברגותי, אבו סטחה ומוצפר (ראה סעיפים 30 ו- 53 לעיל, הודעת אבו סטחה ת/156ב עמ׳ 5-6 שעל גבייתה העיד דהן בעמ׳ 198, והודעות אחמד ברגותי ת/165א עמ׳ 3 ות/165ג עמ׳ 1-2 שעל גבייתן העיד מזרחי בעמ׳ 184). הם תיארו את הפיגוע שבוצע בתחנת הדלק באמצעות ירי לעבר מכונית ״פיאט אונו״, שבו נרצחה אישה אחת ונפצעה חברתה. אבו סטחה, שביצע את הירי, טען כי תחילה החליט שלא לירות בשתיים בהיותן נשים, אך לאחר שהחלו לצעוק ירה עליהן יחד עם חברו טארק.
אבו סטחה טען כי ביצע את הפיגוע לפי הוראת אחמד ברגותי, בעוד שהאחרון טען כי אבו סטחה היה יוזם הפיגוע, ולשם כך מסר לו רובה 5 - **MP**. אחמד ברגותי טען בהודעתו כי אבו סטחה אמר לו כי דיווח על כוונתו לבצע את הפיגוע לנאשם לפני הביצוע, וכי הנאשם אמר לו שלא יצא לפיגוע זה.

אחמד ברגותי הסביר כי אבו סטחה היה שומר ראשו ונהגו של הנאשם, ולכן הנאשם חשש לחייו. בשיחה שהתקיימה בין הנאשם לבין אחמד ברגותי במהלך מעצרם, כאשר הוקלטו ללא ידיעתם, תיאמו השניים גרסאות לגבי פיגוע זה, ואחמד ברגותי אמר לנאשם כי הדגיש בחקירתו שהוא הורה על ביצוע הפיגוע מאחורי גבו של הנאשם (תמליל שיחה ת/128ג עמ׳ 14, 17). ואולם הנאשם, כאמור לעיל, הודה כי הורה לבצע את הפיגוע, ומכאן ברור כי מקורבו אחמד ברגותי ניסה לחלצו מן המעורבות הישירה בפיגוע זה, כמו גם בפיגועים אחרים.

**(8) <u>רצח 6 אנשים באולם השמחות ״ארמון דוד״ בחדרה</u>**

**94.** ביום 17.1.02 בשעה 22:45 בוצע פיגוע ירי באולמי ״ארמון דוד״ בחדרה. המחבל עבד אלסאלם חסונה ירה במאבטח בכניסה לאולם, פרץ פנימה ופתח באש מנשק אוטומטי לעבר קהל החוגגים באירוע בת-המצווה של נינה קרדשוב, עד שכמה מהם השתלטו עליו, והוא נורה למוות (חוו״ד פתולוגית ת/135י). כתוצאה מן הירי נרצחו 6 אנשים ועשרות נפצעו, חלקם באורח קשה. הנרצחים הם: בוריס מליחוב ז״ל (תעודת פטירה ת/135ב), דינה בינייב ז״ל (תעודת פטירה ת/135 ג), אנטולי בקשייב ז״ל (תעודת פטירה ת/135ד), אבי יזדי ז״ל (תעודת פטירה ת/135ה), אדוארד

בקשייב ז״ל (חוו״ד פתולוגית ת/135ו) ואהרון בן ישראל אליס ז״ל (חוו״ד פתולוגית ת/135ז). עד הראיה קונסטנטין קרדשוב סיפר בעדותו על התרחשות האירוע (עמ׳ 125), וניתן לראות את האירוע גם במצגת של המשטרה וקלטות שצולמו בעת האירוע (ת/135א, ת/135יא-יב). בזירה נתפס רובה סער אם-16ורימון ששימשו את המחבל (ראה חוו״ד ת/135ח-ט ועדותו של רפ״ק לייפר בעמ׳ 130).

**95.** נאסר עויס היה אחראי על ביצוע הפיגוע הנ״ל, והוא זה שמסר את הנשק לצורך ביצועו למחבל חסונה (הודעתו ת/172ב, שעל גבייתה העיד רס״ן עאמר בעמ׳ 191). כך עולה גם מהודעתו של אחמד ברגותי, שסיפר כי עויס דיווח לו על ביצוע הפיגוע באולם השמחות בחדרה (הודעה ת/165ד שעל גבייתה העיד רס״ר יעקובוף מעמ׳ 171). אחמד ברגותי סיפר כי שמע על ביצוע הפיגוע בטלויזיה בהיותו עם הנאשם, ומיד התקשר לעויס שנטל אחריות על ביצוע הפיגוע.

גם אבו חמיד התייחס בחקירתו לפיגוע זה, והסביר כי אף הוא היה נקמה על חיסולו של ראיד כרמי, ולכן המפגע יצא מטול-כרם, שבה התגורר כרמי (ת/149ב עמ׳ 15-14, שעל גבייתה העיד רס״ר אלקורעאן בעמ׳ 194).

**96.** אין כל ראיה ישירה לכך שהנאשם היה מעורב באופן ישיר בתכנון הפיגוע הנ״ל, או ידע על ביצועו מראש. הנאשם טען כי היה שומע דיווח על הפיגועים מאחמד ברגותי ומעויס רק לאחר ביצועם, ובשיחתו עם המדובב ״פלוני 1״ אמר כי ידע על הפיגוע רק בדיעבד (דו״ח ת/118 ס׳ 4 שהוגש על ידי ״רוברט״). הקשר העקיף של הנאשם לפיגוע בחדרה נובע מכך שסיפק לעויס כספים ואמל״ח לצורך ביצוע הפיגועים, הלה ראה בו מנהיג ומפקד, ולכן גם דיווח לו לאחר כל פיגוע. הנאשם הודה באספקת כספים לעויס לצורך רכישת נשק, ואמר כי כאשר רצה להבטיח הפסקה של הפיגועים היה פונה בעניין זה גם לעויס (ראה סעיף 23 לעיל). עם זאת, הנאשם לא ראה עצמו אחראי לפעולותיו של עויס, בניגוד לפעולותיהם של אחמד ברגותי, אבו סטחה ואבו חמיד (ראה סעיפים 60 ו- 65 לעיל). גם עויס סיפר בחקירתו כי ביצע את הפיגועים שהוציא לפועל במסגרת תנזים פת״ח, שעליו היה אחראי הנאשם, וכי הנאשם סייע לו במימון הפיגועים ואספקת נשק. הוא ציין כי הנאשם היה ממונה עליו (ראה סעיפים 22-21 לעיל).

השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשי הרצח שבוצעו בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

**(9)** <u>**רצח שתי נשים בפיגוע ירי ברחוב יפו פינת לונץ בירושלים**</u>

**97.** ביום 22.1.02 בשעה 16:20 פתח המחבל סעיד רמדאן באש מרובה M-16 לעבר עוברים ושבים ברחוב יפו פינת לונץ בירושלים, עד אשר נורה ונהרג. כתוצאה מן הירי נרצחו שרה המבורגר ז״ל ואורה סנדלר ז״ל (תעודות פטירה ת/136ב-ג), ונפצעו עשרות אזרחים. על האירוע העיד חנן בן נעים, שהרג את המחבל (עמ׳ 121). כמו כן הוגשה מצגת של המשטרה לגבי האירוע, והוגש דו״ח פעולה של רפ״ק נדיבי שהעיד במשפט (ת/136א, ת/136ד והעדות בעמ׳ 132). נשקו של המחבל נתפס ונשלח למז״פ (ת/136ה ועדותם של רס״מ אזולאי ורפ״ק לייפר בעמ׳ 134-130).

**98.** אחמד ברגותי נטל בחקירתו אחריות על הוצאתו לפועל של הפיגוע הנ״ל (ראה הודעה ת/165א עמ׳ 5-4, שעל גבייתה העיד מזרחי בעמ׳ 184). הוא סיפר כי החליט להחדיר מחבל מתאבד לתוך ישראל, ולשם כך נעזר בעויס, אשר שלח אליו את המפגע סעיד רמאדן. השניים הכינו את המפגע לפיגוע, לקחו אותו להתפלל, קנו לו בגדים והשיגו עבורו רובה M-16 וכדורים. באותו יום אחר הצהריים שמע אחמד על ביצוע הפיגוע בירושלים.

אין ראיה ישירה הקושרת את הנאשם לפיגוע הנ"ל, והוא אף סיפר בחקירתו כי הוא וערפאת כעסו על אחמד ברגותי בשל ביצוע הפיגוע (תמליל שיחה ת/98יא עמ' 32). מעורבותו העקיפה של הנאשם בפיגועים שביצעו אחמד ברגותי ועויס, בעצמם או באמצעות אחרים, בוארה לעיל. השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

**(10) <u>פיגוע ירי בשכונת נוה-יעקב בירושלים בו נהרגה השוטרת גלית ארביב ז"ל</u>**

**99.** ביום 25.2.02 בשעה 18:25 בוצע פיגוע ירי על ידי מפגע בודד חמוש ברובה M-16 ורימון יד בכביש הראשי של שכונת נוה-יעקב בירושלים.
מעדותו של עד הראיה, השוטר אדם גרפילד, עולה כי המחבל פתח באש לעבר כלי רכב שנעו בכביש, וכן לעבר אזרחים ושוטרים שהגיעו למקום. בניידת המשטרה של גרפילד ישבה גם השוטרת גלית ארביב ז"ל, אשר הסתערה על המחבל באקדח שלוף. המחבל רצח ביריות את השוטרת ארביב ז"ל (תעודת פטירה ת/137ב), פצע קשות את השוטר גרפילד, שנותר נכה עד היום, ואת השוטר עמיחי דהן. רימון שהשליך המחבל לא התפוצץ (ראה עדותו של גרפילד בעמ' 127, עדותו של רפ"ק ליאור נדיבי בעמ' 132 והדו"חות והצילומים שהגיש ת/137ג, ת/137ז, וכן המצגת ת/137א ולוח התצלומים ת/137ז). נשקו של המחבל, הרימון שלא התפוצץ ותרמילי הכדורים שירה נתפסו והועברו לבדיקת מז"פ (עדות רפ"ק עמי לייפר בעמ' 130, חוו"ד של רפ"ק אבי קאופמן ת/137ד-ה וחוו"ד של פק"ד יניב רון ת/137ו).

**100.** המחבל שנתפס במהלך הפיגוע הוא ראמי נור, כפי שאמר נאסר אבו חמיד בהודעתו ת/149ג בעמ' 11-12 (שהוגשה על ידי רס"מ יעקב בראזני בעמ' 207). אבו חמיד סיפר כי בעת שהוא ואחיו, חלום אבו חמיד, צפו בפיגוע הנ"ל בנוה-יעקב בטלוויזיה, הזכיר לו אחיו כי המפגע ראמי נור היה בביתם יום לפני כן, וחלום אמר כי הוא זה שמסר לראמי נור רובה M-16 וכדורים, ושילח אותו לפיגוע לאחר שצילם קלטת וידיאו שהראה לאחיו נאסר לאחר הפיגוע. חלום אמר לאחיו נאסר כי קיבל את הנשק ואת המפגע ראמי נור מאחמד ברגותי. אבו חמיד הביע בהודעתו הנ"ל כעס על כך, בהסבירו שפיגוע זה עלול לסבך את הנאשם, בשל קרבתו לאחמד ברגותי, כאשר הסתבר שהמפגע נותר בחיים ויחקר בידי השב"כ.

עוד סיפר אבו חמיד בהודעתו הנ"ל, כי יאסר ערפאת הזמין למשרדו את הנאשם ואת אחמד ברגותי בעקבות הפיגוע; אחמד ברגותי ברח, והודיע לאבו חמיד שיתכן שעומדים לעצור את הנאשם בגלל הפיגוע הנ"ל. הנאשם אמר לאבו חמיד לאחר מכן, כי הסביר לערפאת שבאותו שלב לא היתה הוראה על הפסקת אש, וכי הוא - הנאשם - עומד מאחורי אנשיו כל עוד ערפאת לא יוציא הוראה נשיאותית להפסקת הפיגועים. אבו חמיד גם סיפר בהודעתו כי אחמד ברגותי הודה בפניו כי מסר את הנשק לאחיו של אבו חמיד (חלום), לצורך ביצוע הפיגוע בנוה-יעקב.

**101.** מן הדברים האמורים לעיל עולה כי נאסר אבו חמיד לא נטל חלק בתכנון ובהוצאה לפועל של הפיגוע הנ"ל, ומי שעשו זאת היו אחיו חלום ואחמד ברגותי, שהיו עדים במשפט. חלום אבו חמיד הורשע על פי הודאתו בשורה של מעשי טרור, כולל אחריותו לביצוע הפיגוע הנ"ל בנוה-יעקב (ראה פרט 13 בכתב האישום המתוקן ת/161א, ופסק הדין ת/161ב). חלום סיפר על אחריותו לפיגוע הנ"ל, כמפורט לעיל, בהודעותיו ת/162א-ב, שנגבו על ידי אברהים אלקורעאן (עדותו בעמ' 194) ורס"ר דוד מזרחי (עדותו בעמ' 184).

חלום סיפר בהודעותיו הנ"ל (ת/162א עמ' 6-9, ת/162ב עמ' 2-4) כי הכין את ראמי נור לביצוע הפיגוע, ארגן לו מסיע ומסר לו רימון רסס ורובה M-16 עם כדורים. בעת שהכין את ראמי נור לפיגוע, הגיע אחמד ברגותי ובירר כיצד מתקדמים העניינים בעניין תכנון הפיגוע; אחמד ברגותי רצה שהפיגוע יעשה במקום הומה אדם בירושלים, אך לבסוף סוכם שהוא יבוצע בצפון ירושלים

בשל המחסומים, ואחמד ברגותי אישר זאת.

**102.** אחמד ברגותי אישר בחקירתו את הקשר שלו לפיגוע בנוה-יעקב. בהודעתו ת/165א סיפר כי נאסר עויס שלח אליו את המפגע ראמי נור לצורך ביצוע הפיגוע בנוה-יעקב, ואז הפנה את ראמי נור אל חלום אבו חמיד כדי שיסייע לו להיכנס לירושלים (הודעה ת/165א עמ' 6, שנגבתה על ידי רס"ר מזרחי לפי עדותו בעמ' 184). גם אחמד ברגותי, כמו חברו נאסר אבו חמיד, סיפר בחקירתו על כך שבעקבות הפיגוע זומן יחד עם הנאשם למשרדו של ערפאת; הנאשם שאל אותו אם הוא אחראי לפיגוע, אחמד ברגותי השיב בחיוב, ושמע מהנאשם שערפאת כעס על ביצוע הפיגוע (הודעה ת/165ג עמ' 5 שנגבתה על ידי רס"ר מזרחי לפי עדותו בעמ' 184).

**103.** לאור האמור לעיל מתכנני הפיגוע היו עויס ואחמד ברגותי. בעת פגישתם של אחמד ברגותי והנאשם בחקירה, כאשר הוקלטו ללא ידיעתם, חזר אחמד כמה פעמים והדגיש בפני הנאשם כי סיפר בחקירתו שהנאשם שמע על הפיגוע הנ"ל רק לאחר הביצוע (תמליל שיחה ת/127ג עמ' 4, 11).

אין ראיות הקושרות את הנאשם לפיגוע זה בצורה ישירה, זולת הקשר הנובע ממעורבותו הכוללת והעקיפה בפיגועים שתכננו וביצעו אחמד ברגותי ועויס, כמבואר לעיל (ראה סעיפים 80, 86 ו 96 לעיל). לא לחינם זימן יאסר ערפאת את ברגותי לבירור לאחר ביצוע הפיגוע הנ"ל, שכן גם הוא סבר שהנאשם הוא הכתובת לטענות בענין. השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

**(11) <u>רצח גד רג'ואן ז"ל במפעל בשקביץ בעטרות</u>**

**104.** ביום 27.2.02 בשעה 06:30 נרצח גד רג'ואן ז"ל במפעל "קפה בשקביץ" באיזור התעשיה בעטרות, על ידי עבד אלמגיד מהדי שהועסק בעבר במפעל (תעודת פטירה ת/138א וחוו"ד פתולוגית ת/138ב). זהרן שחאדה שהיה במקום סיפר כי כאשר שמע את היריות ראה אדם נמלט מן המקום, וגד רג'ואן שכב על הרצפה וביקש להזעיק עזרה (עמ' 146).

גד רג'ואן ז"ל נפטר כתוצאה מן הירי, ומותו נקבע במקום (ראה דו"ח פעולה ת/138ג ועדותו של רפ"ק ליאור נדיבי בעמ' 132, וכן דו"ח המעבדה הניידת שרשם רפ"ק ניסים מזרחי ת/138ד ועדותו בעמ' 131). תצלומי זירת האירוע הוגשו כמוצגים ת/138ד ו- 138ו, על ידי מזרחי ונדיבי בעדויותיהם. הרצח בוצע באמצעות אקדח (חוו"ד ת/138ה), שכמה קליעים שנורו ממנו פגעו פגיעות קטלניות בגופו של המנוח (חוו"ד ת/138ב).

**105.** אבו חמיד סיפר בהודעתו ת/149ב (עמ' 25-28) כי פנה אליו עבד אלמגיד שסיפר לו כי עבד במפעל של משפחת רג'ואן, וביקש לבצע פיגוע יחד עם אדם בשם רמזי. השלושה ישבו ותכננו את הפיגוע, ואבו חמיד נתן לכל אחד מן השניים אקדח. כעבור 20 דקות דיווח רמזי לאבו חמיד על ביצוע הפיגוע, ועבד אלמגיד סיפר כיצד ירה למוות ברג'ואן ז"ל.
אבו חמיד התקשר למשטרה ונטל אחריות על ביצוע הפיגוע בשם גדודי חללי אלאקצא (הודעתו של אבו חמיד הוגשה על ידי רס"ר אלקוראען בעמ' 194).

**106.** מן האמור לעיל עולה כי לגבי פיגוע זה אין ראיה ישירה לגבי זהות מבצעו, שכן הדברים שנאמרו לאבו חמיד על ידי עבד אלמגיד שלא העיד בפנינו הם בבחינת עדות שמיעה לא קבילה.

ואולם, ניתן לקבוע על פי ראיות נסיבתיות חד-משמעיות כי הפיגוע בוצע על ידי עבד אלמגיד, בסיועו ובאישורו של אבו חמיד, כפי שסיפר אבו חמיד בעדותו. אבו חמיד סיפר כי עבד אלמגיד הודיע לו שהוא יוצא לבצע פיגוע במפעל של משפחת רג'ואן בו עבד בעבר, ולצורך כך הוא צייד

אותו באקדח; זמן קצר לאחר מכן דיווח לו עבד אלמגיד על כך שירה למוות בגד רג'ואן ז"ל, והוא אכן נרצח ביריות אקדח.

אין ראיות הקושרות את הנאשם לפיגוע זה בצורה ישירה, זולת הקשר הנובע ממעורבותו הכוללת והעקיפה בפיגועים שתכנן וביצע אבו חמיד, כמבואר לעיל (ראה סעיפים 27, 60-65 לעיל). השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

**(12) <u>הפיגוע במסעדת "סי פוד מרקט" בתל אביב</u>**

**107.** ביום 5.3.02 בשעה 02:30 בוצע פיגוע במסעדת "סי פוד מרקט" בתל אביב על ידי המחבל אברהים חסונה, שהגיע למקום חמוש ברובה M-16, רימוני יד וסכין. את האירוע תיארו עדי הראיה ויליס חזן (עמ' 148) וליאון גורנשטיין (עמ' 129) שנכחו במסעדה בעת הפיגוע. המחבל פתח באש עם הרובה שבידו לעבר היושבים במסעדה, עד אשר ארע מעצור בנשק, ורימוני היד שהשליך לא התפוצצו. בשלב זה החל חסונה לדקור אנשים, כולל השוטר רס"ר סלים בריכאת ז"ל שניסה להפסיק את מסע הירי ונדקר למוות בידי המחבל. בפיגוע נרצחו פרט לרס"ר בריכאת גם יוסף הבי ז"ל ואליהו דהן ז"ל (ראה חוו"ד פתולוגיות ת/139ב-עד ת/139ד). רבים אחרים נפצעו. המחבל עצמו נורה ונהרג בפיגוע, והתברר כי מדובר באברהים חסונה (חוו"ד פתולוגית ת/139יא, ובדיקת ד.נ.א. ת/139ז).

תוצאות הפיגוע נראות בלוח התצלומים ת/139ו שהוגש על ידי השוטר אפי ימין (עמ' 151), וכן במצגת שהכינה המשטרה (ת/139א). אפי ימין הגיש גם דו"ח פעולה שרשם במקום, והוא זה שתפס את סכינו של המחבל המגואלת בדם, קליע מרוסק, תרמילים, כדורים ורובה M-16 (ת/139ה). הנשק נתפס והובא לבדיקת מז"פ (ת/139ח, ועדותו של רפ"ק עמי לייפר בעמ' 130).

**108.** הפיגוע ב"סי פוד מרקט" בוצע על ידי אברהים חסונה, והוא תוכנן על ידי אחמד ברגותי, אבו חמיד ועויס, כפי שסיפר אחמד ברגותי בחקירתו (ראה סעיף 29 לעיל). גם אחיו של אבו חמיד (שריף נאג'י) היה מעורב בפיגוע, כפי שסיפר בחקירתו (ראה סעיף 55 לעיל), ואף הוא קושר את אחמד ברגותי לתכנונו. אחמד ברגותי סיפר בחקירתו כי המפגע חסונה נשלח אליו על ידי עויס, והוא נתן לו כסף, קנה לו בגדים ודאג לכך שיהיה מי שיסיע אותו לישראל לצורך ביצוע הפיגוע (טארק מלחי). הוא דיווח לנאשם בטלפון כי הפיגוע יוצא לדרך, והנאשם אמר כי איננו מעוניין שהפיגוע יתבצע בתוך ישראל. עוד סיפר אחמד ברגותי כי לאחר הפיגוע אמר לו הנאשם להודיע לעויס שלא ליטול אחריות על הפיגוע בתקשורת קודם שישוחח על כך עם הנאשם (ראה סעיף 29 לעיל).

במהלך שיחה שהתקיימה בין הנאשם לבין אחמד ברגותי בעת מעצרם, כאשר הם הוקלטו ללא ידיעתם, טרח אחמד להדגיש בפני הנאשם כמה פעמים כי הוא אמר שרק שוחח עם הנאשם בטלפון **לאחר** הפיגוע, והוסיף: **"תזהר, אני לא הייתי איתך, אני לא הייתי איתך, דיברתי איתך בטלפון"** (תמליל שיחה ת/127ג עמ' 4-5, 11). השניים תיאמו עמדות לגבי חקירתם בנקודה זו.

גם אבו חמיד סיפר בחקירתו על מעורבותו בפיגוע (הודעה ת/149ב עמ' 6 שהוגשה על ידי רס"ר אלקוראען בעמ' 194). הוא סיפק לצורך הפיגוע רימוני יד וכדורים לרובה M-16, כאשר ראה את חסונה מצויד ברובה M-16 לפני צאתו לפיגוע. כאשר דווח בלילה על הפיגוע, ועל כך שחסונה דקר למוות שוטר, נזכר אבו חמיד כי נאסר חלום (אחיו של אבו חמיד) נתן למפגע את הסכין, והסביר לו להשתמש בו אם יהיה לו מעצור בנשק.

כך גם אמר בחקירתו חלום אבו חמיד (הודעתו ת/162 עמ' 9, שהוגשה על ידי רס"ר קוראען בעמ'

P 7: 000413

194, והודעה ת/162ב עמ' 4 שהוגשה על ידי רס"ר מזרחי בעמ' 184). חלום סיפר כי הוא אמן את חסונה בשימוש ברובה M-16. שריף נאג'י אבו חמיד (אף הוא אח של אבו חמיד) סיפר בחקירתו על כך שליווה את המפגע לתל אביב, והשיג רכב עבור הפיגוע (הודעתו ת/182, שהוגשה על ידי רס"ר בן לולו בעמ' 182).

**109.** הנאשם קשור בצורה עקיפה לפיגועים שתכננו והוציאו לפועל אחמד ברגותי, אבו חמיד ועויס, כפי שפורט לעיל. ואולם, ככל שמדובר בפיגוע במסעדת "סי פוד מרקט", שתוכנן והוצא לפועל על ידי השלושה, אחראי הנאשם גם באופן אישי לביצועו. נושא אחריותו של הנאשם לפיגוע זה פורטה לעיל (ראה סעיפים 29, 55 ו- 66(ג) לעיל). הנאשם הודה בחקירתו כי אישר לאחמד ברגותי את ביצוע הפיגוע הנ"ל **לפני** הוצאתו לפועל, אם כי נתן הנחיה שהפיגוע יבוצע בשטחי יהודה ושומרון ולא בתוך ישראל. כך גם עולה מן הדברים שאמר אחמד ברגותי בחקירתו.

**(13) <u>פיגוע ירי במלון "ג'רמי" בנתניה</u>**

**110.** ביום 9.3.02 בשעה 20:25 נכנסו שני מחבלים למלון "ג'רמי" בנתניה, כשהם חמושים ברובי M-16 ורימוני יד. השניים השליכו רימוני יד וירו על עוברי אורח ותיירים. את האירוע תיאר עד ראייה שכונה 'ג', שהיה מפקד צוות ביחידת "אלמוג" של מג"ב. כאשר שמע את היריות הוא הגיע למלון בתוך 30 שניות, נתקל בפצועים בשעה שעדיין נמשכו היריות. 'ג' פתח במרדף אחרי המחבלים, ושניהם אותרו במדרגות של קניון הנמצא בסביבה, נורו ונהרגו (ראה חוו"ד פתולוגית של המחבל שאדי נג'מי ת/140ח, וכן חוו"ד של המחבל השני ת/140ט). 'ג' אישר בעדותו כי למרבה הצער חלק מן הנפגעים היו מאש אנשי מג"ב (עמ' 117-118). בפיגוע נרצחו התינוקת אביה מלכה ז"ל וישראל יחיא ז"ל (ראה טופס הודעה על פטירה ת/140ב).

צוער רמי מלכה הגיש דו"ח ביקור טכנאי מז"פ בזירת הפיגוע, המתאר את תוצאותיו ואת הממצאים בזירה (ת/140ו ועדותו בעמ' 118), ותצלומים מהזירה (ת/140ז). חוו"ד של מחלקת החבלה של המשטרה קבעה כי למלון הושלך רימון יד שהתפוצץ (ת/140ה). מהדו"ח של רס"ר מלכה עולה כי במקום נתפסו שני רובי M-16 ששימשו את המחבלים (ראה גם עדותו של רפ"ק לייפר בעמ' 130).

**111.** נאסר עויס סיפר בחקירתו כי הוא הוציא לפועל את פיגוע הירי הנ"ל בנתניה, שבוצע על ידי שני אנשים ששמותיהם לא היו ידועים לו. השניים נשלחו אליו על ידי פעיל טרור אחר (אחמד אבו חד'ר), ועויס ארגן את הסעתם של השניים באמצעות מחמוד טיטי, ואף מסר לאחמד אבו חד'ר שני רימונים ושני רובי M-16. כמה שעות לאחר שהשניים הוסעו לבאקה אל שרקיה, משם נכנסו לישראל ברגל, שמע עויס בטלויזיה על הפיגוע במלון בנתניה. הוא התקשר לכלי התקשורת ונטל אחריות על ביצוע הפיגוע (הודעתו של עויס ת/174ב עמ' 5, שהוגשה על ידי רס"מ רוני עמר בעמ' 191).

גם בפיגוע זה ניתן לקבוע על פי ראיות נסיבתיות חד-משמעיות כי עויס עומד מאחורי הפיגוע הנ"ל, אשר בוצע זמן קצר לאחר שצייד את המחבלים ברובי M-16 ורימונים, והסיעם לנקודה על הקו הירוק הקרובה לנתניה. הפיגוע אכן בוצע על ידי שני מחבלים שהיו מצוידים ברובי M-16 וברימונים, כמה שעות לאחר שעויס ארגן את הסעתם לנתניה, ומכאן ברור שזה הפיגוע עליו דיבר עויס בחקירתו.

אין ראיות הקושרות את הנאשם לפיגוע זה בצורה ישירה, זולת הקשר הנובע ממעורבותו הכוללת והעקיפה בפיגועים שתכנן וביצע עויס (ראה סעיף 96 לעיל). השאלה המשפטית האם די בכל אלה