54). עוד ציין הנאשם כי הבין את תמיכתו של ערפאת בפיגועים גם לאור העובדה שערפאת היה מאשר לו את הבקשות הכספיות שהגיש עבור פעילי השטח של הפת"ח שביצעו פיגועים (זכ"ד ת/70 סי 17חי, שהוגש ואושר על ידי החוקר "סטיבי" בעמי 53). הנאשם תיאר את הקשר שלו עם ערפאת כ**"אישי וישיר"** (תמליל שיחה ת/98ח עמי 55).

גם לנאשם, מסתבר, היתה דרך משלו להודיע לאנשי החוליות על הפסקת הפיגועים ועל חידושם. הוא הסביר בחקירתו כי כאשר רצה בהפסקת אש היה מתקשר לחוליות הגדולות, אם כי קרה שהיו אנשים שלא שמעו להוראתו; כאשר הנאשם היה מעוניין בחידוש האש הוא היה מודיע על כך בטלויזיה, כאשר קרא "למאבק מזויין". כאשר נשאל כיצד היה מודיע על רצונו בחידוש האש, השיב הנאשם:

**"לא רוצה אש, אני מדבר בטלויזיה אם אני רוצה שלום, יעני אני לא מתקשר לפלוני ואומר לו ואללה תבצע בשבילנו פיגוע. ואללה תעשה לנו מה, אין אצלי כזה דבר, אני דובר בשם התנועה בפועל קורא לאינתיפאדה אני קורא למאבק מזויין"** (ת/98ח עמי 3).

חרף דברים אלו של הנאשם, הרי שמעדותו של פעיל הטרור ███ עולה שהנאשם הורה לו לחדול מביצוע פיגועים בעת ביקורו של השליח האמריקאי אנתוני זיני באזור (ראה להלן). מן הדברים שאמר המדובב פלוני 1 בחקירתו, בעקבות שיחותיו עם הנאשם, עולה כי הנאשם הביע כעס רב על כך שעויס מסר פרטים אלו בחקירתו (זכ"ד ת/113א סי 9-8, זכ"ד ת/114א סי 8 שהוגשו ואושרו על ידי החוקר "רוברט" בעמי 154). כמו כן הובאו ראיות על מקרים אחרים בהם הורה הנאשם באופן ישיר לפעילי הטרור המקורבים אליו לבצע פיגועים כנגד ישראלים (ראה להלן).

17.   בתחילת חקירתו בשב"כ הכחיש הנאשם כי היה מנהיג התנזים וגדודי חללי אלאקצא, אך אישר את אחריותו לפעילויות הצבאית של הפת"ח (זכ"ד ת/17 סי 6, שהוגש ואושר על ידי החוקר "ארבלי" בעמי 80, זכ"ד ת/43 סי 6 שהוגש ואושר על ידי החוקר "רוברטי" בעמי 62, ותמליל חקירה ת/98אי עמי 43-44). הנאשם טען כי גדודי חללי אלאקצא אינם אלא חוליות מפוזרות בכל שטח הגדה המערבית, ושאין להן מבנה מאורגן ומסודר ומפקדה מרכזית (תמליל שיחה ת/98ה עמי 60-61). עוד אמר הנאשם בחקירתו כי ערפאת היה, למעשה, מפקדו הישיר והממונה עליו, ואת עצמו הגדיר כ**"אחראי לכל פעילות פת"ח בגדה מעצם היותו מזכ"ל הארגון בגדה"** (ת/24 סי 3ב, 5).

הנאשם אישר כי הוא היה מנהיג "השטח" של הפת"ח, בעוד שיאסר ערפאת עמד בראש הפת"ח (תמליל שיחה ת/98א עמי 67). כך הסביר הנאשם בחקירתו גם את העובדה שאנשי החוליות פנו אליו לקבלת כסף, משום שראו בו **"מפקד"**, וכן **"אחראי של פת"ח בגדה המערבית"**, בשל היותו הדובר הפוליטי של התנועה, ומשום שנקט קו ועמדה התומכים בהמשך המאבק בכיבוש (תמליל ת/98ה עמי 3-4, 61, ת/98ד עמי 33-35). הנאשם הסביר כיצד הוא נראה בעיני אנשי החוליות, באומרו: **"אני המפקד שלהם, הם חושבים אותי לסמל שלהם"**, ואף אישר כי אין אדם אחר שנחשב כמנהיג שלהם (ת/98ט עמי 6-7).

בדברים שהשמיע במהלך משפטו טען הנאשם לא פעם כי הוא היה "מנהיג פוליטי" בפת"ח, בהדגישו את תפקידו כמזכ"ל הפת"ח בגדה, והיותו חבר הפרלמנט הפלסטינאי. כך גם טען בתחילת חקירתו בשב"כ. גם בחקירתו במשטרה הכחיש הנאשם כי היה אחראי על התנזים או על גדודי חללי אלאקצא (ת/106 עמי 3, 6). ואולם במהלך חקירתו בשב"כ הודה הנאשם כי היה מפקד הפת"ח בגדה ומפקד התנזים (זכ"ד ת/18 סי 3 שהוגש ואושר על ידי החוקר "נדב" בעמי 78), וכי הקים את גדודי חללי אלאקצא והיה אחראי על פעילותם; מטעם זה התנגדו לפעילותו מנגנוני הביטחון של הרשות (דברי פלוני 1 בזכ"ד ת/117 סי 15, שהוגש על ידי החוקר "רוברטי" בעמי 154).

הנאשם אמר למדובב "פלוני 3" בשיחתם, כי הוא אכן אחראי על הפת"ח ועל גדודי חללי אלאקצא, אך הוא "לא משוגע לחתום" את שמו על דף נייר בו הדברים ירשמו; כאשר המדובב אמר לנאשם כי הוא בכל זאת אחראי למעשי המפגעים, השיב הנאשם כי הוא אמנם אחראי אך "הוא לא טיפש לומר זאת לחוקרים" (זכ"ד ת/123 עמ' 2, שהוגש על ידי החוקר "אופיר"). במפגש בין הנאשם לבין ▮▮▮▮▮ בעת מעצרם, כאשר הוקלטו ללא ידיעתם, סיפר הנאשם ל▮▮ כי אמר בחקירתו שאין לו כל קשר לגדודי חללי אלאקצא. השניים צחקו, ו▮▮▮ יעץ לנאשם לומר כי רק לו - ל▮▮ יש קשר עם הגדודים; הנאשם השיב לו כי אמר בחקירתו שהיה מפטר את ▮▮ לו ידע שיש לו קשר עם הגדודים, ו▮▮▮ צחק למשמע הדברים (תמליל שיחה ת/127ג עמ' 87).

הנאשם אישר בחקירתו כי לבד מהיותו מנהיג פוליטי, הוא גם שימש כאחראי על העניינים הצבאיים של הפת"ח (זכ"ד ת/59 ס' 6 שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). הנאשם הגדיר עצמו כ"אחראי על כל הפעילות של התנזים בפת"ח באזור שלו" (תמליל ת/98ד עמ' 42). הוא אף הודה כי היה "אחראי לכל הנעשה כגון אספקת כספים לחוליות, רכישות **נשק וביצוע פיגועים**" (זכ"ד ת/29 ס' 1ג שהוגש ואושר על ידי החוקר "סמיתי" בעמ' 85), וכי הוא נחשב כ"**מפקד צבאי**", וכ"**אחראי על העניינים הצבאים של הפת"ח**", בנוסף להיותו מנהיג פוליטי ונבחר ציבור (זכ"ד ת/19 ס' 2 וזכ"ד ת/59 ס' 5- 6, שהוגשו ואושרו על ידי החוקר "מופז" בעמ' 58).

הנאשם אמר כי בשנה שקדמה למעצרו "**החל מוצא עצמו יותר ויותר עוסק בענייני אמל"ח ועניני פעילות צבאית**" (זכ"ד ת/25 ס' 19, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58, וכן ראה תמליל שיחה ת/98ד עמ' 15). הוא הסביר כי היה חייב ליטול חלק "בפעילות הצבאית" על מנת לשלוט ברחוב הפלסטיני ולדחוק את רגלי החמא"ס והג'יהאד האיסלאמי, ועל מנת שיוכל להצביע על עצמו בעתיד כעל מי שפעל הן למען השלום והן במלחמה (זכ"ד ת/52, שהוגש ואושר על ידי החוקר "סמיתי" בעמ' 85).

ג. **עדויותיהם של פעילי הטרור מהפת״ח בדבר קשריהם עם הנאשם ומעורבותו בפיגועים שביצעו והתייחסות הנאשם בחקירתו לעדויות אלו**

18. התביעה איננה טוענת כי הנאשם יזם או נטל חלק ישיר בביצוע הפיגועים נשוא כתב האישום, שכן היא ערה לכך שמחומר הראיות עולה כי למפקדי השטח ולפעילי השטח הוקנו סמכויות רחבות ומרחב תמרון רב בביצוע הפיגועים, והם לא נדרשו לקבל אישור מהנאשם לכל פיגוע. התביעה גם מסכימה כי הנאשם לא ידע מראש על כל פיגוע ופיגוע: הוא היה מודע באופן כללי לפעילותם של מפקדי השטח ופעילי הטרור הכפופים לו, אשר פעלו בהתאם למדיניות הפיגועים שהוא היה שותף לעיצובה; לעיתים עודכן לפני הפיגוע, ולעיתים עודכן בדיעבד (עמ׳ 47 לסיכומי התביעה).

כפי שעולה מהראיות שתפורטנה להלן, היה הנאשם מנהיגם של חוליות הטרור מקרב התנזים וגדודי חללי אלאקצא. לפחות חלק מחברי חוליות אלו סרו למרותו, ופעלו על פי המדיניות שהתווה. בנוסף על כך, עולה בבירור מן הראיות שהנאשם סייע למפקדי החוליות ופעילי הטרור באספקת אמצעי לחימה ומימון כספי. במספר מקרים אישר הנאשם מראש ביצוע פיגועים כנגד ישראל. יש, אפוא, לבחון בפרק זה מי היו פעילי הטרור שפעלו תחת הנהגתו של הנאשם, ומה היו קשריו של הנאשם עם פעילים אלו. בפרק הבא יבחנו הפיגועים שבהם היו מעורבים פעילי טרור אלו, ומידת הקשר של הנאשם אליהם.

(1) ▇

19. ▇ (להלן: "▇") היה אחד מפעילי הטרור הבכירים של התנזים באזור שכם. בגין פעילותו זו הוא נדון בבית משפט זה ל- 14 מאסרי עולם ועוד 50 שנות מאסר בפועל במצטבר (ת/172א-ב). בעדותו (עמ׳ 180-182) סרב עויס להשיב על שאלות, ולאחר שהוכרז כעד עוין הוגשו הודעותיו במשטרה לפי סעיף 10א. לפקודת הראיות (ת/172 – ת/177). הדבר היחיד שהיה מוכן ▇ לומר בעדותו הוא כי כל מה שנרשם בהודעותיו הם שקרים של השב״כ, וגם כתב היד המופיע בהודעותיו הוא של אנשי השב״כ. הוא טען כי עבר אמצעי חקירה מאוד קשים.

ההודעות שמסר ▇ במשטרה נכתבו בכתב ידו ותורגמו לעברית על ידי החוקר שגבה את ההודעות ואישר את גבייתן, ואף העיד כי ההודעות נגבו מרצונו החופשי של ▇ (רס״מ ▇ בעמ׳ 191-192). כמו כן, הוגשו דוחות שרשמו חוקרי השב״כ על דברי ▇ בחקירתו (ת/178א-ד). דברים אלו אושרו על ידי חוקרי השב״כ, שהעידו כי הדברים נאמרו על ידי עויס מרצונו החופשי, אם כי מדובר במסמך שאיננו משקף אלא את תמצית החקירה, ולא את הדברים כפי שנאמרו מילה במילה ("אריאלי" בעמ׳ 203, "עדי" בעמ׳ 204, "יואלי" בעמ׳ 204-205). זכ״ד ת/178ג׳ נרשם בידי החוקר "צדוק", שלא התייחס אליו בעדותו (עמ׳ 83-84), ולא חזר להעיד לאחר עדותו של ▇ ולכן יש להתעלם ממנו.

20. ▇ סיפר בהודעתו ת/172ב (עמ׳ 1-2), שנכתבה בכתב ידו, כי לאחר פרוץ "אינתיפאדת אלאקצא" בחודש ספטמבר 2000, הוא החל לבצע פיגועים כנגד מטרות ישראליות, ובאותה עת עבד במנגנון הביטחון הלאומי הפלסטינאי בשכם בדרגה של סרן (נקיב). הוא ביצע פיגועי ירי ופיגועים נוספים נגד מטרות ישראליות באזור יהודה ושומרון ובתוך ישראל, ופרט בהודעותיו ת/172-ת/174 פיגועים אלו, שכללו ירי לעבר עמדות צבאיות ורכבים צבאיים; מסירת אמצעי לחימה לאחרים לשם ביצוע פיגועי התאבדות בירושלים, בנתניה וחדרה, ועוד.

21. ▇ אמר בהודעותיו כי ביצע את הפיגועים בשם גדודי חללי אלאקצא, בהסבירו כי גוף זה משתייך לתנועת הפת״ח ותנזים הפת״ח, וכי הנאשם היה האחראי על התנזים (ת/172ב עמ׳ 3). ▇ אמר כי המימון לפיגועים בא מאנשי התנזים, וכי הנאשם עצמו מימן את הנשק לפיגועים בהם

היה מעורב ■■■ - לעיתים באופן ישיר, ולעיתים באמצעות ■■■ - בידועו ש■■■ מבצע פיגועים נגד מטרות ישראליות. במקרה אחד העביר הנאשם ל■■■ שיק מאושר על ידי היו"ר ערפאת (עמ' 7-6). עוד אמר ■■■ בחקירתו כי היה בקשר עם הנאשם לכל אורך הזמן; הוא נשאל אם הנאשם ידע על כך שהוא מבצע פיגועים כנגד מטרות ישראליות, והשיב (עמ' 5-4):

> "כן ידע ושמי אף פורסם בעיתונות ובטלוויזיה וברדיו והייתי משוחח עמו מידי פעם וכשהמצב הפוליטי היה מתדרדר ורע לנו היה מבקש שנמשיך בפיגועים וכשנפגש ■■■ ו■■■ עם מנהיגים ברשות התקשר אליי מ■■■ וביקש שנעצור את הפיגועים... באותה תקופה היה זיני באזור ו■■■ אמר לי שעדיף מאחר והגנרל זיני נפגש עם מנהיגים ברשות שלא נבצע פיגועים בשם חללי אלאקצא ויש לציין שהתקדמו בשיחות לא בוצעו פיגועים".

הנאשם הביע כעס בפני המדובב "פלוני 1" על כך ש■■■ הודה בחקירתו כיצד נהג הנאשם בעת ביקורו של הגנרל זיני באזור (ת/113א סעיפים 9-8, ת/114א סעיף 8, שהוגשו ואושרו על ידי החוקר "רוברט" בעמ' 154, ותמליל חקירת הנאשם ת/98ח עמ' 3).

22.  אשר לקשריו עם הנאשם, אמר ■■■ בחקירתו בשב"כ כי הגיש לנאשם בקשת סיוע עבור שורה של פעילי שטח, וכי הוא עצמו קיבל שלוש פעמים כסף מהנאשם (זכ"ד ת/178א סעיף 10). הנאשם היה הממונה עליו בתנזים, והעביר לו ולפעילים אחרים סיוע כספי, לאחר קבלת אישור מהיו"ר ערפאת (ת/178ב סעיף 10). בדרך כלל קיבל ■■■ את הכספים מהנאשם באמצעות המתווך ■■■, אך לעיתים היה הנאשם שולח לו כספים בצורה ישירה; עויס לא נהג לומר לנאשם מה מטרת הכסף, אך ברחבי הגדה ידעו היטב מה טיב הפעילות של ■■■ (ת/178ד סעיף 5יא).

עויס אמר בחקירתו כי הפיגועים של התנזים בוצעו בידיעת מנהיגי התנזים ובסיועם. לאחר הפיגוע באולם השמחות בחדרה, וכל זמן שהתנהלו שיחות עם ישראל, הם היו מורים על הפסקת הפיגועים; ואולם כאשר השיחות לא התקדמו, שבו הפעילים לבצע פיגועים, עד שניתנה להם הוראה חדשה על ידי המנהיגים להפסיקם. במסגרת זו נתן הנאשם הוראה להפסיק את הפיגועים בעת ביקורו של הגנרל זיני ומנהיגים מרוסיה ומאירופה בארץ (ת/178ד סעיף 5יי).

23.  דבריו של ■■■ בחקירתו בכל הנוגע לקשריו עם הנאשם נתמכים בדברים שאמר הנאשם בחקירתו בשב"כ. כאשר הופגשו הנאשם ■■■ במהלך החקירה (ת/79ב), ו■■■ החל לקרוא את הודעתו במשטרה, ציווה עליו הנאשם לומר כי מדובר בזיוף, ו■■■ אכן מיהר לומר כך (החוקר "צדוק" בעמ' 84). ואולם הנאשם עצמו אישר בחקירתו כי ■■■ היה הפעיל הצבאי הבכיר ביותר של תנזים פת"ח בשכם, ואחראי על גדודי חללי אלאקצא בשכם (זכ"ד ת/90 ס' 7, שהוגש ואושר על ידי החוקר "סטיבי" בעמ' 53). הנאשם הודה כי ידע ש■■■ מבצע "פעילות צבאית" ענפה, וכאשר רצה להבטיח הפסקה של הפיגועים היה פונה גם ל■■■ ומורה לו על הפסקת הפיגועים (זכ"ד ת/24 ס' 6, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85, ותמליל שיחה ת/98ט עמ' 3-2).

הנאשם הודה כי מסר לידי ■■■ באמצעות מ■■■ ו■■■ סכום של כ- 20,000 ₪, ואולי אף 50,000 - 70,000 ₪, למימון פעילותו, וכי קיבל אישור לכך מהיו"ר ערפאת, בלא שציין את מטרת הסיוע הכספי (זכ"ד ת/19 ס' 16, שהוגש ואושר על ידי החוקר "מופזי" בעמ' 58; זכ"ד ת/38 ס' 4, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85; זכ"דים ת/40 ס' 8 ו- ת/41 ס' 9, שהוגשו ואושרו על ידי החוקר "מופזי" בעמ' 58; תמליל חקירה ת/98ט עמ' 3-4). הנאשם אף הודה

כי חלק מהכספים שהעביר לידי ███ נועדו לרכישת 1000 כדורים לרובה M-16 ולרובה מסוג "גלילי", ואף הצהיר כי הוא "מקבל אחריות על כל הכסף ש███ קיבל עבור מימון פיגועים בשטחים הכבושים, עבור רכישת כלי נשק ותחמושת" (ת/41 סי 9-6).

עוד אישר הנאשם בחקירתו כי ███ הפעיל חוליות שהיו מאורגנות תחת פיקודו של הנאשם (זכ"ד ת/29 סי 1, שהוגש ואושר על ידי החוקר "סמיתי" בעמי 85). אך הנאשם הדגיש כי הוא עצמו לא הורה ל███ לבצע פיגועים (זכ"ד ת/31 סי 6). לעומת זאת, המדובב "פלוני 1" העיד כי הנאשם אמר לו כי נתן ל███ הוראות לבצע פיגועים (עמי 104).

הנאשם הודה גם כי לאחר הפיגוע בנווה יעקב או בגשר עטרה (הנאשם לא זכר איזה מהם) שלח אליו ███ את הכרוז הנוטל אחריות, והנאשם אישר זאת בשיחה עם ███ (זכ"ד ת/49 סעיף 7, שהוגש ואושר על ידי החוקר "אמילי" בעמי 54, וזכ"ד ת/52 שהוגש ואושר על ידי החוקר "סמיתי" בעמי 85).

(2) ███████████

24. ███████ (להלן: ███████) היה אחד ממנהיגי התנזים וגדודי חללי אלאקצא באיזור ירושלים ורמאללה, ואף הוא היה כפוף לנאשם וקיבל ממנו סיוע לצורך ביצוע פיגועים כנגד ישראל. בגין פעילותו זו נדון ███, על סמך הודאתו, לשבעה מאסרי עולם ועוד 50 שנות מאסר במצטבר (ת/148א-ב). בעדותו סרב ███ להשיב על שאלות כלשהן, הוכרז כעד עויין והודעותיו למשטרה הוגשו לפי סעיף 10א. לפקודת הראיות (עמי 40-41). הודעות אלו (ת/149א-ד) הוגשו באמצעות חוקרי המשטרה ███████████ (עמי 194- 195, 207, 211), אשר העידו כי ███ מסרן מרצונו החופשי וחתם עליהן. ההודעות נמסרו בעברית לפי בקשתו של ███ אשר לדברי החוקרים דובר עברית היטב.

25. בהודעותיו פרט ███ את פיגועי הרצח כנגד ישראלים בהם היה מעורב, וסיפר כי פנה אל הנאשם לקבלת סיוע כספי לרכישת תחמושת, והנאשם הפנה אותו אל קרובו המכונה ███████; הלה אכן מסר כמה פעמים ל███████ כסף לרכישת נשק ותחמושת (ת/149 א, עמי 9, ת/149ג עמי 6-5). גם חברים אחרים בחולייה של ███ פנו לנאשם לקבלת כספים לצורך רכישת נשק (ת/149 עמי 6). בשלב מסויים פנה ███████ לנאשם לשם מימון רכישת מקלע, ובסופו של דבר הכסף למטרה זו ניתן לו על ידי ███████ (ת/149ג עמי 7). אף סיפר ███ כי הנאשם נפגש עם סוחר נשק בעניין רכישת רימוני יד, שהיו לבסוף רק רימוני הלם (עמי 7-8).

███ אמר כי הוא הקים את גדודי חללי אלאקצא לאחר תחילת האינתיפאדה בחודש דצמבר 2000 (עמי 4). הוא הסביר כי הוצע לו לצרף את החולייה שבראשה עמד למנגנוני הביטחון של הרשות הפלשתינאית בראשות ███████, אך הוא העדיף את הצעתו של הנאשם להיות כפוף לו, ולקבל ממנו משכורת לו ולאנשיו, כיוון שראה בנאשם "מנהיג פוליטי שלא ישקרי" (ת/149א עמי 15-16).

לאחר מכן גייס ███ פעילים נוספים לתמיכה בנאשם, הקים את גדודי חללי אלאקצא, והחל לבצע פיגועים כנגד מחסומי צה"ל והמתנחלים (עמי 17). הוא אמר לגבי הנאשם כי ראה בו "מנהיג פוליטי", אם כי הוא עצמו השתייך לפלג הצבאי של הארגון (עמי 17). כאשר נהרג מפקד החולייה, הכיר ███ את יורשו לנאשם (ת/149 עמי 7).

באחת מהודעותיו סיפר ███████ על אירוע בו נכח יחד עם חברי חוליה אחרים, ואחד מהם סיפר לנאשם על כוונתו לבצע פיגוע באיזור שכם, וביקש מהנאשם סיוע ברכישת נשק ומכונית, וכן ביקש מהנאשם ליצור קשר עם ███████ על מנת שיעזור בביצוע הפיגוע. ███ אמר כי הנאשם התקשר עם ███, שאכן סייע לחולייה לבצע פיגוע; לאחר הפיגוע הוא דיווח לנאשם כי בהיתקלות עם חיילי צה"ל איבדו חברי החולייה את הנשק, והנאשם הבטיח לטפל בנושא (ת/149ג עמי 9).

לקראת סוף שנת 2001, כאשר החל ירי מרגמות לעבר ישובים ישראליים, שוחח ▆▆▆ עם הנאשם על הצורך להשיג מרגמות בעלות טווח ירי גדול יותר. ▆▆▆ פנה אל הנאשם לשם מימון רכישת פצצות המרגמה, והנאשם השיב לו כי מחירן גבוה מדי, וכי "יש לו הפתעה" בעניין זה, כפי שיסביר לו ▆▆▆ ; האחרון הסביר ל▆▆▆ כי יש כבר בידיהם מרגמה ופצצות (ת/149ג עמ' 10). ▆▆▆ אף דיווח לנאשם על ביצוע ירי מרגמה לעבר הישוב פסגות, והנאשם ביקש שלא לספר על כך לאיש, באומרו כי אם ערפאת ידע על כך הוא יכניס אותו לכלא (עמ' 11).

26. מהודעותיו של ▆▆▆ ניתן להתרשם שהוא השתדל למנוע מן הנאשם מעורבות ישירה בפיגועים, ואף אמר לפעילים האחרים שלא לסבך את הנאשם במעשיהם, שכן הנאשם צריך להישאר "מנהיג פוליטי" (ת/149ג עמ' 9-8, 12). במסגרת ניסיונו של ▆▆▆ לחפות על מעורבותו של הנאשם בפיגועים, הוא ניסה לגמד גם את חלקו של ▆▆▆ שהיה מקורבו ועוזרו של הנאשם; ▆▆▆ הודה כי ניסה תחילה להעלים את חלקו של ▆▆▆ ברצח טליה ובנימין כהנא ז"ל, אשר בוצע באמצעות נשק שמסר ▆▆▆ למפגע (ת/149ד עמ' 5, וראה פרטי האירוע בפרק ה(1) להלן).

27. הנאשם הודה בחקירתו כי הנחה את ▆▆▆ (איש הכספים שלו) לרכוש אמל"ח עבור הפעילות של התנזים, ולהעביר את האמל"ח ל▆▆▆. הנאשם אף מתייחס בחקירתו לאירוע המתואר בהודעתו של ▆▆▆, הנוגע לרכישת רימונים מקולקלים (זכ"ד ת/43 ס' 5-2, שהוגש ואושר על ידי החוקר "רוברטי" בעמ' 62). הנאשם הודה כי החוליות של ▆▆▆ זכו לסיוע מצדו בסכום של כ- 40,000 ₪ (זכ"ד ת/63 ס' 20, שהוגש ואושר על ידי החוקר "נאורי" בעמ' 82). הנאשם אמר כי כאשר קיבל החלטה אסטרטגית לבצע פיגועים הוא הקים חוליה, כאשר את הפיגועים הוביל, בין היתר, ▆▆▆ (זכ"ד ת/35 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). כאשר נשאל הנאשם בחקירתו מי מאנשי חוליות הפיגועים היו תחת שליטתו, הוא אמר על ▆▆▆: **"הוא נחשב עלי"** (תמליל שיחה ת/98יא עמ' 34, שבו בטעות נרשם בעברית "▆" במקום אבו חמיד).

(3) ▆▆▆

28. ▆▆▆ (המכונה "▆▆▆") הוא קרוב משפחה של הנאשם, אשר היה עוזרו הקרוב, בנוסף על היותו נהג ושומר ראשו של הנאשם (ראה דבריו בהודעתו ת/165א עמ' 1, וזכ"ד ת/165ו שהוגש ואושר על ידי החוקרים "אדם" ו"דני" בעמ' 201-200).

▆▆▆ אמר בחקירתו כי היה נתון למרותו המלאה והישירה של הנאשם (זכ"ד ת/165י שהוגש ואושר על ידי החוקר "אדם" בעמ' 201). אין זה מקרה ש▆▆▆ נעצר יחד עם הנאשם, שכן שמו עולה בחומר הראיות בהקשרים רבים הנוגעים לפיגועים שביצעו פעילי השטח של התנזים וגדודי חללי אלאקצא.

▆▆▆ סירב להשיב על שאלות כלשהן בעת עדותו (עמ' 163-161), ולאחר שהוכרז כעד עוין הוגשו הודעותיו במשטרה לפי סעיף 10א. לפקודת הראיות (ת/165א-ה). הודעות אלו הוגשו ואושרו על ידי השוטרים ▆▆▆ (בעמ' 184, 171 ו- 207-206). החוקרים העידו כי תחקרו את ▆▆▆ בערבית, אך רשמו את עדותו בעברית (שלא על פי המקובל והנדרש). כל החוקרים העידו כי ההודעות נמסרו מרצונו החופשי של הנחקר.

כמו כן הוגש מסמך שכתב ▆▆▆ בכתב ידו בערבית ותורגם (ת/165(ג)(2-1)), והוא הודה בחקירתו כי כתב מסמך זה בכתב ידו (מזרחי בעמ' 185). בנוסף, הוגש על ידי חוקרי השב"כ זכ"דים שנרשמו במהלך חקירתו של ▆▆▆ (ת/165ט-טו, שהוגשו ואושרו כדלקמן :ת/165ו על ידי "אדם" בעמ' 201 ו"דני" בעמ' 200 ; ת/165י על ידי "אדם" בעמ' 201 ; ת/165יג על ידי

"אדם" בעמ' 201; ת/165יד על ידי "דני" בעמ' 200). הזכ"דים ת/165ז-ח, ת/165יא-יב ו- ת/165 טו לא זכו להתייחסות כלשהי בעדויותיהם של חוקרי השב"כ "מיקי", "ארבלי", "אדם" ו"דקלי", ולכן יש להתעלם מהם.

29. ▮▮▮▮ סיפר בחקירתו כי הוא ו▮▮▮ היו האחראים על גדודי חללי אלאקצא בשנה שקדמה למעצרו (הודעה ת/165ה). הוא סיפר בהודעתיו על מעורבותיו הישירה והעקיפה בפיגועים שבוצעו כנגד ישראל, ועל כלי הנשק והרכב שסיפק לפעילי השטח שיצאו לבצע פיגועים שונים באזור יהודה ושומרון ובתוך ישראל, כולל פיגועי התאבדות.

באשר לפיגוע במסעדת **"סי פוד מרקט"** בתל-אביב, סיפר ▮▮▮▮ כי כאשר קיבל הודעה שהמפגע ▮▮▮▮ עומד לצאת ולבצע את הפיגוע, וגם כאשר דווח לו כי הלה כבר יצא לדרכו עם מובילייו, הוא התקשר לנאשם והודיעו על כך; הנאשם אישר את הפיגוע **לפני** ביצועו, אך הורה שלא יבוצע בתוך ישראל אלא בשטחים; ▮▮▮▮ אמר לו: "יהיה בסדרי" (זכ"ד ת/165ג שהוגש ואושר על ידי החוקר "אדם" בעמ' 201 וזכ"ד ת/165יד שהוגש ואושר על ידי החוקר "דני" בעמ' 200). מייד לאחר ביצוע הפיגוע ב"סי פוד מרקט", ש▮▮▮▮ עצמו היה מעורב בהוצאתו לפועל, הוא התקשר אל הנאשם בשעה 03:15 לפנות בוקר ודיווח לו על ביצוע הפיגוע; הנאשם נשמע מרוגז (הודעה ת/165ד עמ' 1, וזכ"ד ת/165יד). לדברי ▮▮▮▮, אמר לו הנאשם להודיע ▮ שלא ליטול אחריות על פיגוע זה קודם שידבר עם הנאשם, שכן הנאשם היה מעוניין לנסח את הכרוז (ת/165ד עמ' 1, וזכ"ד ת/165יד). ▮▮▮▮ נשאל מדוע דיווח על הפיגוע לנאשם, והוא השיב: "ל▮▮▮▮ **הודעתי באופן רגיל"**.

30. ▮▮▮▮ סיפר בחקירתו גם על הפיגוע **בתחנת הדלק בגבעת זאב**, שנעשתה כנקמה על חיסולו של ▮▮▮▮ לדבריו, הוא ביקש מהמבצע ▮▮▮▮ שלא להודיע על כך מראש לנאשם. אך ▮▮▮▮ שוחח עם הנאשם על כך, והנאשם אמר לו שלא לבצע את הפיגוע, כנראה משום שחשש לחייו של ▮▮▮▮ שהיה שומר ראשו (זכ"ד ת/165ג עמ' 2 וזכ"ד ת/165יג שהוגש ואושר על ידי החוקר "אדם" בעמ' 201). זו אחת הדוגמאות לניסיונו של ▮▮▮▮ במהלך כל החקירה לחפות על מעשי הנאשם, שכן הנאשם עצמו נטל בחקירתו אחריות לפיגוע זה, וברור מדבריו שהוא הורה על ביצועו (ראה סעיפים 66(5) ופרק ה(7) להלן).

במקרה אחר, עליו סיפר ▮▮▮▮ בחקירתו, דחה הנאשם את בקשתה של צעירה בת 15 לבצע פיגוע התאבדות, באומרו **"שהיא עוד צעירה לעשות זאת"**, והורה ל▮▮▮▮ להודיע לה זאת (ת/165ג עמ' 4, וזכ"ד ת/165יג ס' 2י, שהוגש ואושר על ידי החוקר "אדם" בעמ' 201). גרסה דומה עולה מדברי הנאשם בחקירתו (זכ"ד ת/25 ס' 7-6, שהוגש ואושר על ידי החוקר "סמיתי" בעמ' 85, ותמליל חקירה ת/98י עמ' 9-8).

במקרה נוסף עליו סיפר ▮▮▮▮, התקשר ▮▮▮▮ לנאשם בבקשה לבצע פיגוע, והנאשם אמר לו שלא לעשות זאת בתוך ישראל או בירושלים; ואולם ▮ השאיר מכונית תופת שהתפוצצה למחרת ליד קניון מלחה בירושלים, חרף דברי הנאשם (ת/165 עמ' 18). דברים אלו אושרו על ידי הנאשם בחקירתו (ראה סעיף 66(ה) ופרק ה(20) להלן).

31. לאורך כל חקירתו, ניכרת אצל ▮▮▮▮ מגמה ברורה לגמד ולהעלים את מעורבותו של הנאשם בפיגועים השונים. כאשר היה מזכיר את שמו של הנאשם, היה זה בדרך כלל על מנת לציין שהנאשם התנגד לביצוע הפיגוע. עם זאת, ▮▮▮▮ אישר בהודעה שנכתבה בכתב ידו כי שורה של פעילי שטח בחוליות קיבלו כספים ממשרדו של הנאשם ובידיעתו, וכי הכספים שקיבל מהנאשם שימשו אותו לצורך ביצוע פיגועיו שלו ושל אחרים (הודעה ת/165ג(1) עמ' 6, הודעה ת/



165ג עמ׳ 2 וזכ״ד ת/165יג ס׳ 2ג ו- 2ז שהוגש ואושר על ידי החוקר "אדם" בעמ׳ 201).
כמו כן ברור מדברי ▓▓▓ כי הנאשם היה מורה לו מדי פעם להפסיק או לדחות את ביצוע
הפיגועים (זכ״ד ת/165יג ס׳ 2ח, שהוגש ואושר על ידי החוקר "אדם" בעמ׳ 201). מכאן עולה כי
במקרים אחרים הם בוצעו באישורו של הנאשם, גם אם לא ידע מראש על כל פיגוע ופיגוע.

32. בתחילת חקירתו ניסה הנאשם לגונן על קרוב משפחתו ▓▓▓ וטען כי נעצר עמו
משום "שעבר במקרה במקום" (זכ״ד ת/9 ס׳ 10 שהוגש ואושר על ידי החוקר "רוברט" בעמ׳ 62).
הנאשם טען כי ▓▓▓ הפסיק לעבוד אצלו כנהג כשמונה חודשים לפני מעצרו, ואין שום
קשר ביניהם בנוגע לביצוע פיגועים (זכ״ד ת/10 ס׳ 1, שהוגש ואושר על ידי החוקר "דני" בעמ׳ 90
וזכ״ד ת/21 ס׳ 23, שהוגש ואושר על ידי החוקר "רוברט" בעמ׳ 63). בחקירתו במשטרה טען
הנאשם כי ▓▓▓ לא היה מזכיר או או שומר ראש שלו (ת/104 עמ׳ 4). בפגישה שהיתה בין
הנאשם ל▓▓▓ בעת מעצרם, ושהוקלטה ללא ידיעתם, תיאמו השניים עמדות לגבי
החקירה, ▓▓▓ אמר לנאשם כי טען בחקירה שהוא איננו קשור לנאשם, אלא רק שימש
כנהגו; הנאשם אמר כי גם הוא אמר כך (תמליל שיחה ת/127ג עמ׳ 2-3). ▓▓▓ סיפר
לנאשם באותה פגישה מה בדיוק אמר בחקירותיו לגבי הנאשם, כשהם מתייחסים לפיגועים
השונים אליהם התייחס ▓▓▓ בחקירתו (עמ׳ 4).

ואולם, בהמשך בחקירתו בשב״כ אישר הנאשם כי ידע ש▓▓▓ קשור למספר חוליות
ולביצוע פיגועים רבים כנגד ישראל, וכי כאשר ביקש להפסיק את הפיגועים היה מודיע זאת גם
ל▓▓▓, לדבריו, אמר ל▓▓▓ שהוא "לא מרשה" לבצע פיגועים בתוך ישראל
(תמליל ת/98יא עמ׳ 18-20). הנאשם אמר כי היה תיאום בינו לבין ▓▓▓, שכלל דיווח
ומתן כספים, וכי מבחינתו ▓▓▓ היה אחראי על הפעילות הצבאית באזור רמאללה ביחד
עם ▓▓▓, וכי השניים היו מבצעים פיגועים באמצעות מספר חוליות (זכ״ד ת/27 ס׳ 2-3 שהוגש
ואושר על ידי החוקר "סמיתי" עמ׳ 85).
הנאשם הודה כי היה נותן כסף ל▓▓▓, ותמך בפעולותיו, אף כי טען ש▓▓▓ לא
היה מדווח לו **לפני** ביצוע פיגועים (תמליל ת/98ח עמ׳ 3, 17, 20-24, וזכ״ד ת/24 ס׳ 4, שהוגש
ואושר על ידי החוקר "סמיתי" בעמ׳ 85).
הנאשם הודה כי ▓▓▓ היה מדווח לו **לאחר** ביצוע פיגועים (תמליל ת/98ז עמ׳ 19-25, 40,
ותמליל ת/98יא עמ׳ 9). בשיחתו עם המדובב "פלוני 1", אמר הנאשם כי ▓▓▓ שילח
ארבעה פיגועי התאבדות באישורו (עדות המדובב בעמ׳ 106). דברים אלו תואמים דברים שאמר
הנאשם בחקירתו, כאשר נטל אחריות על כמה פיגועים אותם אישר אישית (ראה סעיף 66 להלן).

הנאשם לא הסתיר כי מסר ל▓▓▓ עשרות אלפי דולרים לרכישת כלי נשק שונים, כגון רובי
סער ואקדחים, עבור אנשי החוליות שביצעו פיגועים כנגד ישראל. ▓▓▓ היה האחראי
מטעם הנאשם על רכישת הנשק. הוא פעל תחת פיקודו של הנאשם, והיה אחראי על "הפעילות
הצבאית" באזור רמאללה. הנאשם הודה כי ידע שאחמד ברגותי קשור לפיגועים כנגד ישראל,
וביניהם פיגועים בירושלים וב"סי-פוד מרקט" בתל אביב (לכל אלה ראה: זכ״ד ת/23 ס׳ 4-5
שהוגש ואושר על ידי החוקר "דני" בעמ׳ 90; זכ״ד ת/25 ס׳ 10-11 שהוגש ואושר על ידי החוקר
"מופז" בעמ׳ 58; ת/27 ס׳ 2, 4 ו- ת/29 ס׳ 1 שהוגשו ואושרו על ידי החוקר "סמיתי" בעמ׳ 85; ת/28
ס׳ 4 שהוגש ואושר על ידי החוקר ▓▓▓ בעמ׳ 96; ת/65 ס׳ 4 ו- ת/70 ס׳ 9 שהוגשו ואושרו
על ידי החוקר "סטיבי" בעמ׳ 53; וכן ראה דברי הנאשם בתמלילים ת/98ז עמ׳ 2-6, ת/98ח עמ׳ 20-
24, ת/98י עמ׳ 10-11 ו-
ת/98יא עמ׳ 8).

**לסיכום קשרי הנאשם עם** ▓▓▓, ניתן לומר כי הקשר של הנאשם עם פעילי הטרור היה
באמצעות קרובו ומקורבו ▓▓▓ כפי שאמר הנאשם בחקירתו על ▓▓▓: **"הוא יוצר קשר**
**עם החוליות האלה. באופן ישיר איתם ישירות. יעני בלעדיו לא היתה לי התקשרות ישירה עם אף**

**חוליה"** (תמליל ת/98יא עמ' 8). כאשר נשאל הנאשם בחקירתו מי הם ראשי חוליות הפיגועים שפעלו תחת שליטתו, השיב הנאשם כי ███ היה "**חלקית תחת שליטתי וחלקית עבד עם** ███" (תמליל שיחה ת/98יא עמ' 34).

(4) ███

33. ███ המכונה ███ (להלן: ███) היה פעיל שטח נוסף, שעמד בראש חוליה אשר ביצעה פיגועי רצח. הוא גם היה שומר ראשו של הנאשם בתקופה מסוימת, ומקורב אליו. בגין פעילותו זו הורשע ███ על פי הודאתו ונדון לעונש של 9 מאסרי עולם במצטבר (ת/155א-ג). בעדותו פתח ███ בהצהרה כי לא היה לו שום קשר עם הנאשם, וכי הנאשם הוא "**אדם פוליטי**" שאין לו קשר עם ה"פעולות הצבאיות". מעבר לכך לא היה מוכן ███ להשיב על שאלה כלשהי, ולפיכך הוכרז כעד עוין והוגשו הודעותיו במשטרה ת/156א-ג לפי סעיף 10א. לפקודת הראיות (עמ' 66-68).

ההודעה ת/156א לא הוגשה באמצעות מי שגבה אותה (השוטר ███), ולפיכך יש להתעלם ממנה. ההודעות ת/156ב-ג הוגשו ואושרו על ידי השוטרים ███ (בעמ' 198, 210), אשר העידו כי ההודעות נמסרו מרצונו החופשי של ███ החקירה התנהלה בשפה הערבית אך ההודעות נרשמו בעברית (שלא על פי המקובל והנדרש).

בהודעותיו מפרט ███ את הפיגועים שביצע, ומדבריו עולה ש███, עוזרו הקרוב של הנאשם, היה מעורב ברבים מהם בצורה ממשית.

34. הנאשם אישר בחקירתו כי ███ עבד במשרדו ופעל תחת אחריותו, באמצעות ███, וכי הוא ידע ש███ ביצע פיגועים שונים כנגד אזרחים בגבעת זאב ובפסגת זאב (זכ"ד ת/30 ס' 2-3, שהוגש ואושר על ידי החוקר "אמילי" בעמ' 54, תמליל ת/98יא עמ' 35). כאשר נשאל הנאשם מי הם ראשי חוליות הפיגועים שפעלו תחת שליטתו, הוא כלל בהם את ███, באומרו : "**אני לא בורח מזה**" (תמליל ת/98יא עמ' 34).

(5) ███

35. ███ (להלן: ███ ") היה פעיל שטח נוסף שקיבל סיוע מהנאשם, והיה איש הקשר שלו במחנה הפליטים בג'נין.

███ סירב להשיב על שאלות בעת עדותו, הוכרז כעד עוין והוגשה הודעתו במשטרה ת/166 לפי סעיף 10א. לפקודת הראיות (עמ' 164-165), באמצעות השוטר ███ שגבה אותה (עמ' 169). ███ כתב את הודעתו בכתב ידו, ו███ תרגם אותה לעברית.

███ פעל במסגרת גדודי חללי אלאקצא, ואמר בחקירתו כי קיבל סיוע כספי, בין היתר, מהנאשם, והיה מחלק כסף זה לפעילים אחרים, וביניהם מבוקשים על ידי צה"ל; חלק מהכסף שימש לרכישת נשק (ת/166 עמ' 1). ███ היה בקשר רצוף עם הנאשם, והיה מדווח לו על פעילות גדודי חללי אלאקצא, ועל המתרחש במחנה ג'נין; לעיתים היו הפעילים בגדודים אלו מדווחים לנאשם באופן ישיר, כפי שהיה עושה ███ (ת/166 עמ' 5).

הנאשם הכחיש בחקירתו במשטרה כי הכיר את ███ (ת/106 עמ' 6). אך בחקירתו בשב"כ אמר הנאשם כי ███ היה מנהיג מחנה הפליטים בג'נין, וחבר בגדודי חללי אלאקצא, אשר השתייך לחוליות של ███, הנאשם הכיר היטב את ███, אך טען שמעולם לא מסר לידיו נשק או כסף, אם

כי פנה אליו בבקשות סיוע; הנאשם הסביר כי היה פועל מול ▉, ו▉ היה זה שהיה ממלא את בקשותיו של ▉ (זכ״ד ת/31 ס׳ 9-7, שהוגש ואושר על ידי החוקר "מופז" בעמ׳ 58). כמו כן אישר הנאשם כי העביר לערפאת את בקשותיו של ▉ לקבלת סיוע (זכ״ד ת/67 ס׳ 4 שהוגש ואושר על ידי החוקר "אמילי" בעמ׳ 54).

▉ (6)

36. ▉ (להלן: "▉") היה אף הוא פעיל בפיגועים שביצעו גדודי חללי אלאקצא. בגין פעילות זו הורשע על פי הודאתו, ונדון ל- 4 מאסרי עולם במצטבר (ת/157א-ד). ▉ סירב לענות על שאלות בעדותו, אך טען כי הנאשם הוא מנהיג פוליטי שאין לו קשר ל"עניינים צבאיים". הוא הוכרז כעד עוין, הכחיש את הדברים שאמר בחקירתו, ואף טען כי לא הודה בכלום (עמ׳ 69- 71). הודעותיו של ▉ ת/158א-ב הוגשו לפי סעיף 10א. לפקודת הראיות, באמצעות השוטרים ▉ (עמ׳ 165, 168).

גובי ההודעות העידו כי ההודעות נרשמו בערבית בכתב ידו של הנחקר מרצונו החופשי, ותורגמו לעברית על ידי החוקרים. השוטר ▉ העיד כי נכח במשפטו של ▉, והלה אישר שם את הודעתו בטרם הורשע, שכן לא היה לו סניגור.

37. בחקירתו (הודעה ת/158א, עמ׳ 6 והודעה ת/158ב, עמ׳ 4-2) סיפר ▉ כי קיבל חגורת נפץ במשקל של כ- 18 ק״ג במפקדת המודיעין המסכל ברמאללה על מנת לשמור אותה ברכבו. לאחר מכן פגש את הנאשם בבית החולים בו טופלה אשתו, והנאשם ביקש לשוחח אתו בנפרד. בשיחתם שאל אותו הנאשם האם הוא מכיר אנשים אשר יודעים כיצד להכין חגורת נפץ, או כאלה שיש להם חגורת נפץ. באותו מעמד התקשר ▉ לאדם שמסר לו את חגורת הנפץ (▉), וקיבל את הסכמתו למסור אותה לנאשם, והנאשם הודיע לו ש▉ ישוחח איתו בעניין. למחרת התקשר ▉ אל ▉, והאחרון מסר לו את חגורת הנפץ. שויש שמע באותו יום כי האדם שהחזיק את החגורה נתפס בירושלים בדרכו לביצוע פיגוע התאבדות.

▉ נשאל בחקירתו האם הנאשם ידע על פיגועי התאבדות ופעילות צבאית, והשיב כי יום לפני ביצוע פיגוע ההתאבדות על ידי ▉ נפגש ▉ עם הנאשם, וסיפר לו כי אדם בשם ▉ אמור לשלוח מתאבד לישראל; הנאשם אמר ל▉ להתקשר אליו אם יזקקו לדבר מה בקשר לפיגוע, נתן לו סכום של 600 דולר, וביקש לעדכן אותו בפרטי הפיגוע (עמ׳ 7-6). הפיגוע בוצע בירושלים, ואז התקשר הנאשם אל שויש, אשר אמר לו כי הפיגוע בוצע על ידי גדודי חללי אלאקצא. הנאשם ביקש ממנו להביא לו את הקלטת המצולמת של המתאבד ▉ (עמ׳ 7-6 להודעה ת/158א). בהודעתו השניה ת/158ב סיפר ▉ על הסיוע הכספי שקיבל מהנאשם (עמ׳ 5).

38. הנאשם הכחיש בחקירתו במשטרה כי הכיר את ▉, וכן הכחיש בהודעתו את דבריו של ▉ (ת/106 עמ׳ 9-7). לא הובאו בפנינו ראיות נוספות על האירועים הנ״ל אליהם התייחס ▉ בחקירתו, ולכן אין כל חיזוק לדבריו אלו, ולא ניתן לסמוך ממצאים עליהם.

▉ (7)

39. ▉ (להלן: "▉") היה פעיל בתנזים שעסק בעיקר בהדרכת צעירים בשימוש בנשק, ובעניין זה פעל בהנחיית הנאשם. כמו כן השתתף בביצוע פיגועי ירי לעבר חיילים. בעדותו סירב להשיב על שאלות שנשאל, וטען כי הנאשם הוא "איש שלום" (עמ׳ 169-171). לפיכך הוכרז כעד עוין, והודעתו ת/168 הוגשה לפי סעיף 10א לפקודת הראיות, באמצעות השוטר ▉ שגבה אותה בשפה הערבית ותרגמה לעברית (עמ׳ 208).

40. ▓▓▓▓ סיפר בחקירתו על מעורבותו של הנאשם בקורס הירי לצעירים (ת/168, עמ׳ 1-2), ועל הפיגועים שהוא עצמו ביצע. כמו כן אמר ▓▓▓▓: "**ראש התנזים מרואן ברגותי היה יודע מכל אירועי הירי אותם ביצעו פעילי התנזים עוד לפני שעשו אותם והוא הסכים להם**" (עמ׳ 5). הוא ציין כי כמה חודשים לפני מעצרו ביקש ממנו הנאשם "לקנות נשק מכל סוג", ולהעבירו דרך ▓▓▓▓ (עמ׳ 5).

הנאשם הכחיש בחקירתו במשטרה את הדברים שאמר ▓▓▓▓ בחקירתו (ת/106 עמ׳ 7). ואולם באחת מחקירותיו הודה הנאשם כי הורה ל▓▓▓▓ לרכוש אמל"ח ולמסרם ל▓▓▓▓ (זכ"ד ת/43 ס׳ 3, שהוגש ואושר על ידי החוקר "רוברטו" בעמ׳ 92), דבר שמחזק את דברי ▓▓▓▓ בחקירתו.

(8) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

41. ▓▓▓▓ (להלן: "▓▓▓▓") ביקש לבצע פיגוע, ופנה בעניין זה לנאשם. הוא ביצע את פיגוע הירי במעלה האדומים שבו נרצח הנזיר היווני גרמנוס ציפוקטקיס ז"ל (ראה פרק ה(3) להלן). בגין פעילותו החבלנית הורשע ▓▓▓▓ על פי הודאתו, ונדון למאסר עולם ועוד 20 שנות מאסר במצטבר. בעדותו בתיק זה (עמ׳ 42-44) סירב ▓▓▓▓ להשיב על שאלות, הוכרז כעד עוין והודעותיו במשטרה הוגשו מכוח סעיף 10א. לפקודת הראיות (הודעות ת/151א-ת/151ג, הודעה בכתב יד ת/151ד שנקרעה, שוחזרה ותורגמה, וקלטת בה שיחזר ▓▓▓▓ את רצח הנזיר ותומללה - ת/151א).

הודעותיו של ▓▓▓▓ הוגשו על ידי החוקרים ▓▓▓▓▓▓▓▓, שגבו את ההודעות בערבית, אך רשמו אותן בעברית (בניגוד למקובל ולנדרש), והעידו כי הן נמסרו מרצונו החופשי של ▓▓▓▓. הודעתו של ▓▓▓▓ ת/151ד נרשמה בכתב ידו בנוכחות ▓▓▓▓ (עמ׳ 171, 198). עורך השיחזור (▓▓▓▓) לא התייחס לכך בעדותו, ועל כן יש להתעלם מקלטת השיחזור, בהיותה אמרת חוץ של עד שלא הוגשה כדין.

42. בהודעתו הראשונה (ת/151א) סיפר ▓▓▓▓ כי החליט לבצע פיגוע כאשר ראה בטלויזיה שתינוקת פלסטינאית נהרגה, ועל כן ניגש למשרדו של הנאשם. השיחה ביניהם התנהלה ביחידות, ו▓▓▓▓ אמר לנאשם כי הוא רוצה לבצע פיגוע ודרוש לו נשק לשם כך. הנאשם הפנה את ▓▓▓▓ אל אדם בשם ▓▓▓▓ שכינויו ▓▓▓▓ (להלן: ▓▓▓▓), והורה ל▓▓▓▓ להשיג נשק ל▓▓▓▓. בהודעתו השניה (ת/151ב) הוסיף ▓▓▓▓ כי הוא הבהיר לנאשם שהנשק דרוש לו על מנת לבצע פיגועים נגד מטרות ישראליות, ואז הפנה אותו הנאשם אל ▓▓▓▓. ▓▓▓▓ אמר ל▓▓▓▓ כי ישיג לו שני רובי קלצ׳ניקוב, וכי מעתה ואילך הקשר שלו יהיה עם ▓▓▓▓ ולא עם הנאשם. כעבור כשבועיים התקשר ▓▓▓▓ אל ▓▓▓▓, אשר בינתיים צירף אדם נוסף לפיגוע, והודיע כי הנשקים מוכנים. ▓▓▓▓ קיבל את הנשקים והתחמושת מ▓▓▓▓, אשר תדרך את ▓▓▓▓ ואת חברו כיצד להפעילם.

לאחר כמה ימים בהם הכינו ▓▓▓▓ וחברו ▓▓▓▓ את הפיגוע, ותיצפתו לעבר כביש מעלה אדומים, הם ביצעו את הפיגוע, כאשר פתחו בירי לעבר הרכב שבו נסע הנזיר ונמלטו. למחרת התברר ל▓▓▓▓ בחדשות כי הרג נזיר יווני, ו▓▓▓▓ התקשר אליו ובא אליו בטענות על כך; ▓▓▓▓ הסביר כי חשב שמדובר במתנחל. ▓▓▓▓ נשאל בחקירתו מדוע פנה לנאשם כאשר החליט לבצע פיגוע, והשיב כי ראה את הנאשם כמה פעמים בטלוויזיה והבין "**שהוא האדם היחיד שיכול לעזור לי בהשגת הנשק**" (עמ׳ 5).

בהודעתו השלישית (ת/151ג), גילה ▓▓▓▓ כי כוונתו המקורית היתה לעשות פיגוע התאבדות, אך הנאשם אמר לו: "**פיגועי התאבדות זה העבודה של החמאס והג׳האד האיסלמי ושהתנזים עושה פיגועים נגד הצבא והמתנחלים**".

█ הוסיף ואמר: "מרואן ברגותי אמר שהוא מוכן לתת לי אמל"ח כדי שאני אעשה פיגועים **נגד חיילים ונגד מתנחלים**" (עמ' 1). גרסתו הנ"ל של █ עולה גם מן המסמך שכתב בכתב ידו (ת/151ד), אם כי בצורה מתומצתת יותר.

43. דבריו של █ נתמכים בדברי הנאשם בחקירתו (תמליל ת/98יא עמ' 37-38, ותמליל ת/98ד עמ' 4-2, 12-11 שבהם נרשם בטעות השם █ במקום █). בחקירתו במשטרה הכחיש הנאשם כי █ עבד במשרדו או היה סגנו, ואמר כי █ לא קשור לתנזים (הודעה ת/102 עמ' 3, ת/103 עמ' 5, ת/105 עמ' 2, ת/106 עמ' 1). גם בתחילת חקירתו בשב"כ הכחיש הנאשם כי הכיר את ███, וכי █ עבד במשרדו (זכ"ד ת/9 ס' 8-9 וזכ"ד ת/21 ס' 22 שהוגשו ואושרו ע"י החוקר "רוברטי" בעמ' 62-63).

ואולם בהמשך חקירתו הודה הנאשם כי █ בא אליו בהצעה לבצע פיגוע התאבדות, והנאשם אמר לו: **"אנחנו לא עובדים בפיגועי התאבדות"**. הנאשם פנה אותו אל █ ואמר ל█ ש█ **"צריך אימון...תמצא לו מישהו"**. כמו כן אמר הנאשם: **"סיכם איתו █ וניסו לעשות פיגוע פה במעלה אדומים או במקום אחר, אני ידעתי יותר מאוחר... אז הם ירו על הרכב ונפצע מישהו אלחורי... נהרג יעני"** ("אלחורי" משמעותו "כומר" בערבית - ע.ב.). הודאה דומה של הנאשם בגיוסו של █ לשם ביצוע פיגועים באמצעות █ עולה מדברים שאמר בחקירותיו (ראה: זכ"ד ת/22 ס' 16-12 וזכ"ד ת/40 ס' 9 שהוגשו ואושרו על ידי החוקר "מופז" בעמ' 58, זכ"ד ת/23 ס' 6 שהוגש ואושר על ידי החוקר "דני" בעמ' 90, ותמליל חקירתו של הנאשם ת/98ד' עמ' 21-26, ות/98ז' עמ' 8).

עוד הודה הנאשם בחקירתו כי נפגש עם █ והעביר לו כספים לצורך ביצוע פיגועים, לאחר ש█ סיפר לו כי החוליה שלו ביצעה מספר פיגועים, כולל רצח בני הזוג כהנא ז"ל. הנאשם אמר כי נתן ל█ סך של כ- 3,000 דולר ואף נשק (זכ"ד ת/43 ס' 14-16 שהוגש ואושר על ידי החוקר "רוברטי" בעמ' 62; זכ"ד ת/59 ס' 10 שהוגש ואושר על ידי החוקר "ואדי" בעמ' 56; זכ"ד ת/67 ס' 6 שהוגש ואושר על ידי החוקר "אמילי" בעמ' 54; זכ"ד ת/68 שהוגש ואושר על ידי החוקר "סטיבי" בע' 53).

בתמליל חקירתו של הנאשם (ת/98ד עמ' 21-23), הוא מספר על כך ש█ הודיע לו שהחוליה שלו נתפסה, והסביר ש█ התייחס **"לאלה שאנחנו סידרנו להם נשק"**.

44. קשריו של הנאשם עם █ עולים גם מדברים שאמר בהודעתו █ (להלן: "█"), לפיהם הוא היה מקבל כסף מ█ בידיעתו ובהוראתו של הנאשם. בדרך זו הוא קיבל מהנאשם, באמצעות █ סכום של כ- 25,000 ש"ח, שרובו יועד לייצור מרגמה וקניית אקדחים. בשלב מסוים החל הנאשם להתקשר ישירות אל █, ולברר מהם צרכיו. כמו כן אמר█ בחקירתו כי הנאשם היה מעביר לו כספים גם דרך █, וכי לאחר ביצוע הפיגוע במירב התקשר אליו הנאשם כדי לברר שמות האנשים שהשתתפו בפיגוע, על מנת להעביר להם כספים (ת/181ב עמ' 4-5, וזכ"ד ת/181ד סע' 6). ועד אמר בחקירתו כי הוא ו█ היו מחליטים ביניהם למה הוא זקוק, ואז הנאשם היה שולח להם את הכסף; הנאשם נהג להתקשר לועד ולברר שהכסף ששלח לו עם █ אכן הגיע (זכ"ד ת/181ד סע' 6.1). בשלב מסוים ניתק הקשר בין █ לבין █, והנאשם אמר ל█ כי יש לו בעיות כלכליות, ואין לו כסף לקניות כדורים; בשלב זה הפנה הנאשם את █ ל█ לצורך קבלת כספים (זכ"דים ת/181ג סע' 15 ו- ת/181ד סע' 6.1).

45. █ ביצע מספר פיגועי ירי במסגרת פעילותם של גדודי חללי אלאקצא, והוא פרט את הפיגועים בהם השתתף בהודעותיו במשטרה ובחקירתו בשב"כ. בעדותו סרב להשיב על שאלות (עמ' 188-189), ולפיכך הוגשה הודעתו במשטרה (ת/181א-ב) לפי סעיף 10א. לפקודת הראיות, באמצעות החוקר █, שהעיד כי היא נמסרה מרצונו החופשי של ועד בשפה הערבית, אך

נרשמה בעברית (עמ' 209). כמו כן הוגשו שני זכ"דים מחקירתו של ▉ בשב"כ (ת/181ג-ד), שהוגשו באמצעות החוקר "נווה" בעמ' 205). אמרות החוץ של ▉ אמנם אינן נתמכות בראיות נוספות, אך הובאו ראיות רבות על הסיוע שהגיש הנאשם לאנשי השטח לצורך רכישת נשק לביצוע פיגועים.

(9) ▉

46. ▉ (להלן: "▉") הוא אחיו של ▉, והוא ביצע פיגועי ירי מסגרת גדודי חללי אל-אקצא. ▉ היה מעורב בפיגוע בו נורתה למוות השוטרת גלית ארביב ז"ל בנווה יעקב ירושלים (ראה פרק ה(10) להלן). הוא גם השתתף בהכנת הפיגוע הקטלני במסעדת "סי פוד מרקט" בתל אביב (ראה פרק ה(12) להלן). הוא הורשע על פי הודאתו ונדון לעונש של חמישה מאסרי עולם מצטברים (ת/161א'-ב').
בעדותו סרב ▉ להשיב על שאלות (עמ' 73-76), וטען כי הנאשם הוא מנהיג פוליטי שאין לו קשר עם "עניינים צבאיים". לפיכך הוגשו הודעותיו במשטרה (ת/162א'-ג') על ידי השוטרים ▉ בעמ' 184, 194). הקשר של ▉ היה עם ▉, שהיה עוזרו הקרוב של הנאשם.

(10) ▉

47. ▉ (להלן: "▉") היה פעיל בתנזים. בעדותו סרב ▉ להשיב על שאלות, ולאחר שהוגשה הודעתו לפי סעיף 10א. לפקודת הראיות, כאשר הוכרז כעד עוין, הוא טען כי חתם על הודעתו על מנת שיעשו לו ניתוח אפנדציט (עמ' 166-197). הוא הכחיש את הדברים שאמר בהודעתו ת/167ב', וטען כי הנאשם הוא "איש שלום". הודעתו של ▉ נגבתה על ידי השוטר ▉ אשר לא הובא לעדות, ולפיכך היא לא הוגשה כדין ויש להתעלם ממנה.

▉ הורשע על פי הודאתו בשורה ארוכה של עבירות ביטחוניות (ת/167א). בכתב האישום בו הודה ▉, נטען כי הוא גויס לתנזים על ידי הנאשם, לצורך הכשרה צבאית, והובטח לו כי הנאשם ידאג לו לסיועי כספי. כמו כן נטען בכתב האישום בו הודה ▉ כי הוא פנה אל הנאשם לקבלת נשק לצורך ביצוע פיגועי ירי לעבר הישוב פסגות, והנאשם הפנה אותו אל ▉ לצורך קבלת נשק (פרט חמישי ופרט שביעי לכתב האישום). בחקירתו בשב"כ אישר הנאשם כי ביקש ממנו נשק, ולמיטב זכרונו לא קיבל זאת (זכ"ד ת/34 ס' 5 שהוגש ואושר על ידי החוקר "איתי" בעמ' 52).
במקום אחר בחקירתו אמר הנאשם כי ייתכן ש▉ קיבל ממנו רובה MP-5 (תמליל חקירה ת/98 הי' עמ' 67). אין בחומר הראיות דבר המפליל את הנאשם זולת הודאתו של ▉ בעובדות כתב האישום לפיו הורשע, ולא ניתן לבסס ממצא כלשהו על סמך הודאה שכזו (ראה סעיף 132(ג) להלן). אך הובאו ראיות רבות אחרות בדבר הסיוע שהגיש הנאשם לאנשי השטח לצורך רכישת נשק לביצוע פיגועים.

(11) ▉

48. ▉ (להלן: "▉') היה פעיל שטח נוסף של התנזים, שפרט בחקירתו את הפיגועים בהם הם נטל חלק. בעדותו סרב להשיב על שאלות (עמ' 172-174), וטען כי לא היה לו קשר עם הנאשם. הוא הוכרז כעד עוין, והודעותיו ת/169א'-ב' הוגשו באמצעות השוטרים ▉ שהעידו כי עמור מסר אותן וחתם עליהם מרצונו החופשי (עמ' 186,208). ההודעות נגבו בערבית אך נרשמו בעברית (שלא על פי המקובל והדרוש). ▉ הורשע עפ"י הודאתו בביצוע פיגועים רבים (ת/169ג'-ד').

49. ■ סיפר בחקירתו כי פגש את הנאשם כחצי שנה לפני מעצרו, והנאשם אמר לו כי הוא
מרוצה מהפעילות של ■ וחבריו בבית לחם, וכי עדיף שיעשו פיגועים כנגד הצבא ולא כנגד
מטרות אזרחיות, כי **"זה עושה בעיות"**, ו**"גורם כאב ראש ליו"ר"** (ת/169א' עמ' 3, ת/169ב' עמ'
11). הנאשם טען בחקירתו במשטרה כי איננו מכיר כלל את ■
(ת/104 עמ' 9), ואין כל ראיה לסתור טענה זו זולת אמרת החוץ של ■ הטעונה חיזוק, שלא
נמצא לה. אך הובאו ראיות רבות אחרות בדבר עמדתו הכללית של הנאשם בעד ביצוע פיגועים כנגד
חיילים ומתנחלים.

(12) ■

50. ■ (להלן : "■"׳) פעל אף הוא במסגרת הפת"ח, ופרט בהודעתו ת/170א' את
הפיגועים בהם נטל חלק. בעדותו סרב תחילה להשיב על שאלות, ולאחר מכן הכחיש את כל מה
שאמר בחקירתו (עמ' 175-176).
לפיכך הוגשה הודעתו לפי סע' 10א. לפקודת הראיות, באמצעות החוקר ■, שהעיד כי
מסר את ההודעה מרצונו החופשי לאחר שהוזהר בדבר זכויותיו (עמ' 211-212).

בהודעתו הנ"ל אמר ■ כי פנה יחד עם פעילים אחרים למשרדו של הנאשם בבקשה לקבל כספים
ונשק. הנאשם אמר להם לחפש נשק, וכי הוא יממן את רכישתו. מאוחר יותר נתן לו הנאשם 1,200
דולר לצורך רכישת נשק (עמ' 4-5). אין בחומר הראיות דבר לחיזוק אמרת החוץ הנ"ל של ■
הטעונה חיזוק, אך הובאו ראיות רבות לסיוע שהגיש הנאשם לאנשי השטח ברכישת נשק לצורך
ביצוע פיגועים.

(13) ■

51. ■ (להלן : "■"), שהוא קרוב משפחה של הנאשם, ביצע על פי מה שמסר
בחקירתו פיגועי ירי רבים. הוא סרב להשיב על שאלות בבית משפט (עמ' 177-178), ולפיכך הוגשו
הודעותיו במשטרה לפי סע' 10א. לפקודת הראיות (ת/171א׳-ד׳), באמצעות השוטר ■
שגבה אותן, והעיד כי ההודעות נמסרו מרצונו החופשי של ■ בשפה הערבית, ותורגמו לעברית
לאחר מכן (עמ' 207).

52. ■ אמר בחקירתו כי הנאשם פנה אליו בבקשה לסייע לו להקים חוליה. הנאשם הבטיח
לעזור ל■ בכסף ובתחמושת, ולסייע לאנשיו אם יעצרו. הנאשם אף הציע ל■ להיות
אחראי על החוליה, ולהתרחק מפעילות בעצמו. ■ הסביר בחקירתו כי פנה אל הנאשם על מנת
לקבל נשק לחוליה שהקים (ת/171ד' עמ' 3). לאחר מכן נמשך הקשר באמצעות ■, שרמז לו כי
הנאשם אינו מעוניין שהוא יקח חלק בפעילות; הנאשם עצמו הסביר ל■ כי עמדתו זו נובעת
מכך שחברי החוליה שלו הם נוכלים (ת/171 עמ' 4).

הנאשם הכחיש בחקירתו במשטרה את כל דבריו של ■(ת/104 עמ' 9-10). ואולם בחקירתו
בשב"כ הודה הנאשם כי ■ פנה אליו על מנת לבצע פיגועים, וביקש נשק לצורך כך.
אלא שלטענת הנאשם הוא לא נענה לבקשה (זכ"ד ת/30 סי' 1, שהוגש ואושר על ידי החוקר "אמיל"
בעמ' 54). אין בחומר הראיות דבר זולת אמרת החוץ של ■, הטעונה חיזוק שלא נמצא,
לסתירת טענתו של הנאשם. אך הובאו ראיות רבות לכך שהנאשם סייע לאנשי חוליות הטרור
לרכוש נשק לצורך ביצוע פיגועים.

(14) ■

53. ▇▇▇ היה סוחר נשק שסיפק כלי נשק לאנשי התנזים ולגדודי חללי אלאקצא. בעדותו (עמ' 186-188) סרב להשיב על שאלות, והתכחש לכל מה שאמר בחקירתו. ▇▇▇ הוכרז כעד עוין והודעתו במשטרה הוגשה לפי סעיף 10א. לפקודת הראיות (ת/179), באמצעות החוקר ▇▇▇, שהעיד כי ההודעה נמסרה לאחר ש▇▇▇ קיבל אזהרה לגבי זכויותיו, וחתם על ההודעה שנגבתה בערבית, אך נרשמה בעברית (עמ' 208).

בהודעתו סיפר ▇▇▇ על פגישה שלו ושל חבריו במשרדו של הנאשם, יומיים לפני הריגתו של ▇▇▇. הנאשם אמר להם כי הם צריכים להמשיך בפעילות בכפר מגוריהם, ולא ברמאללה, והבטיח לעזור להם. לאחר מותו של ▇▇▇ קיבל ▇▇▇ הוראה לבצע פיגוע נקמה; ההוראה הגיעה מ▇▇▇, שעבד במשרדו של הנאשם, ולכן הבין ▇▇▇ שמדובר בהנחיה של הנאשם (ת/179 עמ' 6-7). הנאשם הכחיש בחקירתו במשטרה את דבריו של מוצפר (ת/104 עמ' 3), ואין ראיה לחיזוק אמרת החוץ של ▇▇▇, זולת הראיות הרבות שהובאו בדבר קריאתו של הנאשם לנקום בדרך פיגוע את מותו של ▇.

(15) ▇▇▇

54. ▇▇▇ (להלן: "▇"), היה חבר בחוליה של אחיו ▇▇▇ שביצעה פיגועים כנגד אזרחים ישראלים, והוא גם היה שומר ראשו של הנאשם. שריף היה זה שליווה את המתאבד ▇▇▇, אשר ביצע את הפיגוע ב"סי פוד מרקט" בתל-אביב, הוא פירט בהודעתו את כל מעלליו.

▇▇▇ כמו יתר חבריו, סרב בעדותו להשיב על שאלות, פרט לכך שטען כי הכיר את הנאשם רק מהטלוויזיה. הוא הוכרז כעד עוין והודעתו ת/182, אליה צורף כתב ידו המתורגם בערבית ת/182א, הוגשה באמצעות החוקר ▇▇▇, שהעיד כי ההודעה נמסרה מרצונו החופשי של ▇ (עמ' 210).

55. בהודעתו ת/182 מספר ▇▇▇ על פיגועי הירי שביצע לעבר חיילים ומתנחלים במסגרת ארגון התנזים של פת"ח. הוא הסביר כי ביצע את הפיגועים על מנת שהאינתיפאדה תימשך דווקא משום שהוא מעונין בשלום, והוסיף: **"כך היו אומרים לנו ▇▇▇ ומרואן ברגותי ו▇▇▇ היו אומרים בטלויזיה הפלשתינאית ובאלג'זירה... הם היו אומרים שאם האינתיפאדה תימשך אז אנחנו נקבל יותר שטחים ויותר דברים מישראל"** (עמ' 4). הנאשם הכחיש בחקירתו במשטרה אמירת דברים אלו (ת/103 עמ' 5).

לאחר שהחוליה של שריף התפרקה בשל מותו של ▇▇▇, החל ▇▇▇ לשמש כשומר ראשו של הנאשם במשך כחצי שנה עד למעצרו. הוא אמר בחקירתו על הנאשם: **"הייתי שומע אותו אומר לאנשים שלו שימשיכו בפיגועים והיה אומר זאת בטלויזיה הישראלית והערבית באופן חופשי"** (עמ' 5). בחלקה השני של הודעתו סיפר ▇▇▇ על חלקו בפיגוע במסעדת "סי פוד מרקט" בתל-אביב, ועל מעורבותו של ▇▇▇ בפיגוע (עמ' 5-11). הנאשם הכחיש בחקירתו כי היה לו קשר כלשהו עם ▇▇▇, אם כי הכיר אותו (זכ"ד ת/34 ס' 4, שהוגש ואושר על ידי החוקר "איתי" בעמ' 52). ואולם הדברים שאמר ▇▇▇ נתמכים בראיות רבות שהובאו על כך שהנאשם היה קורא באמצעי התקשורת לבצע פיגועים כנגד ישראל, וכך אף הורה לאנשיו לעשות.

(16) ▇▇▇

56. ▇▇▇ (להלן: "▇▇▇") היה פעיל נוסף בתנזים שביצע פיגועי ירי לעבר חיילים ומתנחלים, כפי שסיפר בחקירתו. בעדותו טען שלא היה לו שום קשר עם הנאשם ועם אחמד ברגותי, וכי לא קיבל נשק מהנאשם אלא מהרשות הפלשתינאית.

P 7: 000394

הוא טען שהחוקרים כתבו בהודעתו דברים שלא אמר, והכחיש את הדברים המופיעים בהודעתו (עמ' 192-194). הודעתו של ▮▮▮ (ת/183) הוגשה באמצעות החוקר ▮▮▮, אשר העיד כי ההודעה נמסרה מרצונו החופשי של ▮▮▮, נגבתה בערבית אך נרשמה בעברית (שלא על פי המקובל והנדרש), והנחקר חתם עליה (עמ' 209).

57. ▮▮▮ סיפר בהודעתו כי את הנשק והתחמושת לביצוע פיגועים קיבל מהנאשם ומ▮▮▮, שאף נתנו לאנשי החוליה כסף להוצאות שוטפות (עמ' 2, 6). הנאשם הכחיש בחקירתו במשטרה את דבריו של ▮▮▮(ת/104 עמ' 3). ואולם הובאו ראיות רבות על כך שהנאשם עסק באספקת כספים ונשק לאנשי השטח של התנזים לצורך ביצוע פיגועים כנגד ישראל.

(17) ▮▮▮

58. ▮▮▮ (להלן : "▮י") היה אף הוא פעיל שטח בתנזים, שביצע פיגועים כנגד מטרות ישראליות יחד עם אחרים, וביניהם ▮▮▮. סרב להשיב על שאלות בעדותו (עמ' 195-197), ולפיכך הוגשה הודעתו בצרוף שרטוט שערך (ת/184א-ב) באמצעות החוקר ▮▮▮, אשר העיד כי ההודעה נמסרה מרצונו הטוב של הנחקר, נגבתה בערבית ותורגמה לעברית (עמ' 212).

59. בהודעתו ת/184א סיפר ▮▮▮ על הפיגועים שביצע, וציין כי פנה עם חבריו למשרדו של הנאשם בבקשה לקבל תחמושת וכספים לחברי החוליה; הנאשם הבטיח כי הוא ישלם עבור התחמושת, ואכן עשה כן באמצעות ▮▮▮, שהכדורים נמסרו לו תמורת סך של 3,000 ש. ▮▮▮ הסביר כי מסר את הכדורים לנאשם, משום שהוא ראש התנזים והוא מחלק את הכדורים לפעילי התנזים (עמ' 3-4).

הנאשם הודה בחקירתו כי ▮▮▮ ביקש ממנו סיוע כספי ונשק, אך אמר שאיננו זוכר מה בדיוק נתן לו (זכ"ד ת/48 ס' 2-3, שהוגש ואושר על ידי החוקר "רוברט" בעמ' 62).

ד. **דברי הנאשם בחקירתו וראיות נוספות בדבר תפקידו ומעורבותו בפיגועים נגד ישראל**

(1) **אחריותו הכוללת של הנאשם לפעילות חוליות הטרור ומידת שליטתו בהן**

60. הנאשם, כאמור לעיל, לא הכחיש בחקירתו בשב"כ כי היה מפקדם ומנהיגם של פעילי השטח של הפתייח בגדה, היה מפקד הפתייח והתנזים בגדה, הקים את גדודי חללי אלאקצא והיה אחראי על פעילותם. הוא גם אישר כי היה אחראי על אספקת כספים ואמלייח לחוליות השטח, וכן היה אחראי על פעילותן הצבאית (ראה סעיף 17 לעיל). הנאשם הסביר בחקירתו כי מצא עצמו מעורב יותר ויותר בקשר עם "החוליות הצבאיות", אשר היו פונות אליו בבקשות סיוע שונות, שכן אנשים כמו ▮▮▮ ראו בו את מפקדם. הוא גם אמר כי הקשר שלו עם אנשי החוליות בוצע באמצעות עוזרו ונהגו האישי ▮▮▮. הנאשם עשה אבחנה בין פיגועים בתוך ישראל, שעליהם סרב לקחת אחריות, לבין פיגועים שביצע הפתייח בגדה המערבית, עליהם הוא לוקח בחקירתו אחריות מלאה (זכ"ד ת/25 ס' 20, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58). הנאשם הדגיש כי הוא אחראי לפעילות של הפתייח בגדה, אך איננו בקיא בפרטים, כגון סוג הנשק, אופן רכישתו, תכנון הפיגועים וביצועם (זכ"ד ת/27 ס' 1, שהוגש ואושר על ידי החוקר "סמיתי" בעמ' 85).

בחלק מחקירותיו טען הנאשם כי הוא איננו אחראי באופן ישיר מבחינה פיקודית לפעילותן של חוליות השטח (זכ"ד ת/42 ס' 7, שהוגש ואושר על ידי החוקר ▮▮▮ בעמ' 96). ואולם בשלבים

אחרים של חקירתו הודה הנאשם כי הוא אחראי לפעילותן של החוליות שפעלו עם ▇, משום שאלה היו קרובים אליו והוא מימן את פעילותם; ביתר פירוט הוא ציין כי הוא רואה עצמו אחראי לשלושה פיגועים, בגבעת זאב, בגבעה הצרפתית, ובגשר עטרה (המבוא לזכ"ד ת/38 שהוגש ואושר על ידי החוקר "סמית" בעמ' 85). הנאשם לא ראה עצמו אחראי, בדבריו אלה, לפיגועים שביצעו החוליות של ▇, מנצור שרם ואחרים שציין, ולא ראה עצמו כמפקדם. הנאשם אמר על יחסיו עם ▇ : "אני יש לי שליטת כבוד על ▇, לא שליטה בפועל" (תמליל שיחה ת/98יא עמ' 17). הנאשם הסביר בחקירתו, בהתייחסו לחוליות שביצעו פיגועים בשטח כנגד ישראל (תמליל שיחה ת/98יא עמ' 4):

"החוליות האלה מצאה לעצמה יותר מכתובת אחת. מה זאת אומרת כתובת. כתובת שהיא פונה אליו ומבקשת מימון. לתאם איתו את העבודה שלה, אני אחד מהכתובות האלה, אני כתובת מכמה כתובות. ראשי מנגנוני הביטחון הם גם כתובות."

מכאן נובע כי לדברי הנאשם לפחות חלק מהחוליות תיאמו עמו את הפיגועים, וראו בו כתובת למימונם, כפי שאכן עולה מראיות רבות שהובאו בפנינו. הנאשם אמר בעניין זה כי הקשר שלו עם החוליות לא היה ישיר, משום שהוא לא רצה להיכנס לתחום הצבאי, ולא רצה לעסוק "בהרס" (תמליל שיחה ת/98יא עמ' 6). אכן, בעיקרו של דבר, הקשר של הנאשם עם חוליות הפיגוע התקיים באמצעות אנשי קשר שהיו מקורבים אל הנאשם, ובעיקר ▇. כפי שאמר הנאשם על ▇ : "הוא יוצר קשר עם החוליות האלה. באופן ישיר איתם ישירות. יעני בלעדיו לא היתה לי התקשרות ישירה עם שום חוליה" (תמליל שיחה ת/98יא עמ' 8).

הנאשם טען אמנם כי חוליות השטח היו מבצעות פיגועים גם אלמלא תמיכתו בהן, וגם אלמלא הסיוע הכספי והארגוני שהעניק להן (זכ"ד ת/63 ס' 18-20 שהוגש ואושר על ידי החוקר "נאור" בעמ' 82). טענה זו איננה מפחיתה במאומה מאחריותו של הנאשם לפיגועים שביצעו חוליות אלו.

61.    בתחילת חקירתו בשב"כ הכחיש הנאשם כי היה אחראי למתן כספים ונשק לשם ביצוע פיגועים (זכ"ד ת/14 ס' 4 שהוגש ואושר על ידי החוקר "גבי" בעמ' 93, זכ"ד ת/10 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). ואולם בהמשך חקירתו הודה הנאשם (זכ"ד ת/29 ס' 1ג-ד שהוגש ואושר על ידי החוקר "סמית" בעמ' 85):

"במסגרת תפקידי כמזכיר הפת"ח אני אחראי לכל הנעשה כגון אספקת כספים לחוליות, רכישות נשק וביצוע פיגועים. יש חוליות רבות בשטח, חלקן מאורגנות תחת פיקודי באמצעות מס' אנשים כגון ▇, ויש בשטח גם חוליות לא מאורגנות מטעם הפת"ח שאליהן ועימן אין לי קשר."

הנאשם לא התכחש ליכולת ההשפעה שלו על חוליות הטרור שלהן סייע בכסף ובמתן נשק, ואמר בהתייחסו לחוליה שכזו (תמליל בחקירתו ת/98ד עמ' 32) : "אם אתה קנית לה נשק, אם אתה נותן לה את הנשק, אם אתה ממומן אותה ואתה מתכנן בשבילה. על זו אתה יכול להשפיע". ואולם הנאשם הוסיף : "משפיע, אתה לא יכול לשלוט" (שם, עמ' 37).

62.    הנאשם סיפר בחקירתו כי כאשר קיבל החלטה אסטרטגית לבצע פיגועים כנגד ישראל על מנת להתנגד לכיבוש, הוא הקים חוליה, וסיפק לה באופן לא ישיר כספים ואמל"ח לצורך ביצוע פיגועים. הוא ציין כי את הפיגועים הובילו בעיקר ▇ (זכ"ד ת/35 ס' 1, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). מבחינתו, מי שהיה מטפל בפעילות הצבאית באזור רמאללה היו ▇, שהפעילו כמה חוליות (זכ"ד ת/27 ס' 2, שהוגש ואושר על ידי החוקר "סמית" בעמ' 85).