הנאשם הודה כי תמך ב‎■■■■‎ וסייע לו בכספים, וכי ידע שהוא אחראי לביצוע פיגועים
שונים (תמליל ת/98א עמ׳ 20-24). כמו כן, הודה הנאשם כי היה מעודד את ‎■■■■‎ לבצע
"פעילות כנגד הכיבוש", וסייע לו מבחינה כספית, כאשר בקשות הסיוע הועברו לערפאת שאישר
אותם (זכ"ד ת/67 ס׳ 8, שהוגש ואושר על ידי החוקר "אמיל" בעמ׳ 54). בחקירתו במשטרה,
לעומת זאת, הכחיש הנאשם כל קשר עם ‎■■■■‎ (ת/104 עמ׳ 8), ובתחילת חקירתו בשב"כ טען
כי העביר לו כספים בלא שידע לאיזו מטרה נועדו (זכ"ד
ת/18 ס׳ 5, שהוגש ואושר על ידי החוקר "נדב" בעמ׳ 78).

**63.** קשריו של הנאשם עם פעילי הטרור של הפת"ח, והסיוע השוטף שהגיש להם, עולים בבירור
מן המסמכים שנתפסו על ידי צה"ל במבצע "חומת מגן" במשרדי הארגונים, כולל משרדו של
הנאשם (קלסר ת/5).

התביעה הגישה חוות דעת של מומחה מזי"ח המוכיחה כי הנאשם חתום על חלק מהמסמכים, ולגבי
חלקם האחר ניתן להסיק מסקנות מתחייבות מעצם העובדה שהם נשלחו אל הנאשם, או נמצאו
במשרדו. רס"ן לי, סגן מפקד היחידה העוסקת באיסוף מסמכי שלל, העיד על תפיסת המסמכים,
סימונם ומיונם (בעמ׳ 46-48). המסמכים שנתפסו הועברו לחוקר השב"כ "עוגן" (ראה עדותו בעמ׳
48), אשר זיהה בעדותו את המסמכים שצורפו לזכד"ים מחקירתו של הנאשם (עמ׳ 48-50). הנאשם
אמר בשיחתו עם ‎■■■■‎, שהוקלטה בלא ידיעתם של שניים, כי מדובר במסמכים שנתפסו
במשרדו, והשניים היו מוטרדים מאוד מכך שתפסו את "כל הארכיון" של הנאשם; הנאשם אמר
"**כל הארכיון המשרד, כאן**" (ת/127ג עמ׳ 61-62).

חוות דעת מזי"ח לגבי כתב ידו של הנאשם (ת/5), ניתנה על ידי ‎■■■■‎, והיא התבססה על
שלושה כתבי יד של הנאשם, שלגביהם הוא אישר בחקירתו כי הם נכתבו בכתב ידו (שלושת
המסמכים בת/5 הם 12, 96-94 ו- 35, והנאשם מתייחס אליהם בזכד"ים בזכד"ים ת/28, ת/228ג, ת/47, ת/
85 ות/85א, שהוגשו ואושרו על ידי חוקרי השב"כ "עדי" ו"אופיר" בעמ׳ 87). חוקר מזי"ח
חילק את המסמכים לארבעה קטגוריות: אלה שנכתבו על ידי הנאשם ללא ספק של ממש; אלה
שקיימת אפשרות סבירה שנכתבו על ידו; אלה שסביר מאוד שנכתבו על ידו; ואלה שהנאשם זיהה
בחקירתו כי הם נכתבו על ידו. בחקירתו במשטרה הכחיש הנאשם לגבי כל מסמך שהוצג לו כי כתב
ידו מופיע עליו (ת/109-108).

**64.** מסמך ת/5 (3-5) הוא דו"ח שנשלח לנאשם ביום 8.5.01, וסוקר את פעילות גדודי חללי
אלאקצא באזור ג'נין. בדו"ח מופיעים מספר החברים והמבוקשים בקרב גדודי חללי אלאקצא,
חלוקתם של הגדודים, פירוט פעילותם ותוצאות הפיגועים שביצעו.
בין הפעולות שביצעו הגדודים לפי מסמך זה מנויים פיגועי ירי בכביש יהודה ושומרון, הריגתם
ופציעתם של מתנחלים, ופיגוע בתוך שטח ישראל (אום אלפאחם), שבו נהרג קצין ישראלי ונפצעה
אזרחית. בנוסף כולל המכתב בקשה לסייע לגדודים מבחינה כספית.

<u>**(2)** **מעורבותו האישית של הנאשם בפיגועי הטרור שביצעו חוליות שתחת פיקודו**</u>

**65.** מייד עם מעצרו טען הנאשם כי הוא "איש פוליטי", אשר אינו מעורב בפעילות צבאית
ובביצוע, תכנון, מימון או הנחיה של פיגועים נגד כוחות הביטחון או כנגד ישראלים (זכ"דים ת/6 ס׳
3 ות/9 ס׳ 2 שהוגשו ואושרו ע"י החוקר "רוברטי" בעמ׳ 62, זכ"ד ת/14 ס׳ 4 שהוגש ואושר על ידי
החוקר "גבי" בעמ׳ 93). ואולם, בהמשך חקירתו בשב"כ הודה הנאשם במעורבותו העמוקה בפעילות
"הצבאית", שהיא שפה נקיה לביצוע פיגועי רצח כנגד אזרחים ישראליים. במקרים מסוימים, כך
מסתבר מדברי הנאשם, הוא אף הורה על ביצוע פיגועים באופן ספציפי, או נתן את אישורו

המוקדם לביצוע.

הנאשם טען בחקירתו כי הוא עצמו מעולם לא תכנן פיגוע לפרטי פרטיו, וכי החוליות היו מערבות את [redacted], ולא אותו, בביצוע הפיגועים שלא תמיד היו על דעתו (זכ"ד ת/72 ס' 3, שהוגש ואושר על ידי החוקר "דני" בעמ' 90). כך למשל הדגיש הנאשם כי הוא דחה את כל ניסיונותיו של [redacted] להביא אליו אנשים שיבצעו פיגועי התאבדות (זכ"ד ת/53 ס' 11-13, שהוגש ואושר על ידי החוקר "מופז" בעמ' 58). עם זאת, הנאשם הודה כי הוא "**נושא באחריות קולקטיבית על הפעילות של אנשי הפת"ח הצבאיים**" (זכ"ד ת/21 ס' 14, שהוגש ואושר על ידי החוקר "רוברטי" בעמ' 63). הנאשם אמר בחקירתו: "**אני לא הוצאתי פקודות לשום חוליה שוואלה באנו ואמרנו וואלה אנו רוצים את הפיגוע פלוני במקום מסויים כזה, את זה אנחנו משאירים בשבילה ובשביל האווירה שלה, ולרצון האישי שלה...**" (תמליל שיחה ת/98יא עמ' 9).

לדברי הנאשם, לאחר הריגתו של [redacted] בחודש ינואר 2001, עברו הפיגועים לתוך שטח ישראל. הוא ניסה להפעיל את השפעתו על החוליות שסרו למרותו על מנת למתן את הפיגועים בתוך ישראל, אך לא תמיד הצליח בכך (זכ"ד ת/70 ס' 17ז, שהוגש ואושר על ידי החוקר "סטיב" בעמ' 53). כך למשל אירע בעניינו של [redacted], שהיה אחראי לפיגוע ההתאבדות בחדרה כנקמה על הריגתו ש[redacted]

הנאשם שוחח על כך לאחר הפיגוע עם [redacted] ודיווח על כך לערפאת (זכ"ד ת/45 ס' 6-11, שהוגש ואושר על ידי החוקר "ואדי" בעמ' 96). יצויין כי [redacted] היה מחליפו של [redacted] ומינוי זה אושר על ידי הנאשם (ראה דברי [redacted] בהודעתו ת/165יג עמ' 5).

הנאשם אמר בחקירתו כי בדרך כלל היה שומע על הפיגועים לאחר ביצועם מ[redacted] או [redacted], וכי לא היה יורד לפרטים כיצד בוצע הפיגוע ועל ידי איזו חוליה; הוא פירט בחקירתו את הפיגועים שלגביהם קיבל דיווח לאחר ביצועם (זכ"ד ת/70 ס' 9, 12, 17, שהוגש ואושר על ידי החוקר "סטיב" בעמ' 53, וזכ"ד ת/39 ס' 8 שהוגש ואושר על ידי החוקר [redacted]" בעמ' 96). הנאשם הדגיש אמנם לכל אורך חקירתו כי פרט למקרה אחד הוא לא היה מעורב בעצמו בנטילת האחריות הפומבית על הפיגועים שביצעו גדודי חללי אלאקצא. מי שהיה מוציא את גילוי הדעת לאחר הפיגוע היה [redacted] בתיאום עם [redacted]. ואולם לא זו בלבד ש[redacted] פעל כזרועו הארוכה של הנאשם, אלא שהנאשם עצמו הוסיף על הדברים דלעיל ואמר: "**אני נותן כיסוי לעניין הזה. פוליטי תקשורתי... אני מדבר על העניין הזה... אני קורא למאבק, אני מעריך את הפיגועים האלה במאבק וכו'...**" (תמליל שיחה ת/98יא עמ' 40-46). במילים אחרות: הנאשם היה נוטל אחריות על הפיגועים באמצעי התקשורת, בצורה עקיפה וכוללנית מבלי להתייחס לפיגוע ספציפי, ואילו פקודיו היו נוטלים את האחריות הספציפית לכל פיגוע ופיגוע.

מה שברור מדברי הנאשם הוא שמפקדי חוליות הטרור ראו בו את מנהיגם, וכי הוא תמך בהם וסייע להם באספקת אמל"ח לאורך כל פעילותם, ביודעו שהם מבצעים פיגועי רצח כנגד מטרות צבאיות ומטרות אזרחיות בשטחי יהודה ושומרון ובתוך ישראל, כולל פיגועי התאבדות - שלטענת הנאשם היו למורת רוחו. העובדה שפעילי הטרור חבו חובת דיווח לנאשם, מוכיחה שהם הבינו כי הם כפופים לנאשם וכי הם סרו למרותו. כאשר המשיך הנאשם לתמוך בפעילים אלו ולסייע להם לאחר שדיווחו לו על פיגועים - גם כשהיו אלה פיגועי התאבדות בתוך ישראל - הביע הנאשם בכך את תמיכתו בהמשך פעילותם, כולל פעילות שהוא כביכול לא תמך בה.

הנאשם עצמו סיפר בחקירתו כי יאסר ערפאת נזף בו על הפיגועים שבוצעו בתוך ישראל (זכ"ד ת/141 ס' 10, שהוגש ואושר על ידי החוקר "רוברטי" בעמ' 58); מכאן נובע שגם ערפאת ראה בנאשם אחראי לכל הפיגועים שבוצעו על ידי חוליות התנזים וגדודי חללי אלאקצא שתחת פיקודו של הנאשם.

הנאשם נתן אישור, ולו בדיעבד, לפיגועים שביצעו החוליות שסרו למרותו : בחלקם תמך במפורש, ובחלקם האחר תמך בהתנהגותו או בהסכמתו שבשתיקה. הוא הפעיל את החוליות שתחת פיקודו בצורה עקיפה, באמצעות הכפופים והמקורבים לו, כגון ▆▆▆▆▆ ▆▆▆▆, תוך שמירה על ריחוק מן המפגעים עצמם, והמנעות מכוונת מלערב עצמו באופן אישי בתכנון הפיגועים וביצועם. גם נטילת האחריות על הפיגועים נעשתה על ידי הנאשם בצורה "נקיה" ועקיפה - לא באמצעות גילוי דעת של גדודי חללי אלאקצא, אלא בצורה פוליטית, כביכול, ומרומזת בתקשורת.

**.66**     מן האמור לעיל עולה כי הנאשם הודה בחקירתו בדברים אשר עולים בבירור גם מעדותיהם של פעילי הטרור, דהיינו, כי מבחינה פיקודית הוא היה אחראי על פעילות התנזים וגדודי חללי אלאקצא בגדה המערבית, שראו בנאשם את מנהיגם; סייע לפעילי הטרור במתן כספים ואמל"ח לצורך ביצוע הפיגועים; הנהיג באופן אישי חלק מחוליות הטרור, באמצעות מקורביו; עודד את חוליות הטרור לבצע פיגועים נגד ישראל; קיבל דיווחים מן החוליות לאחר ביצוע הפיגועים - וכל זאת ביודעו כי חוליות אלו מבצעות פיגועי רצח והתאבדות גם בתוך ישראל, וגם כנגד אזרחים.

זאת ועוד : הנאשם אף הודה בחקירתו במעורבות **אישית** הנוגעת לפיגועי רצח ספציפיים של החוליות שבהנהגתו, כדלקמן :

# (אא) הפיגוע בתחנת הדלק בגבעת זאב

לאחר הריגתו של ▆▆▆▆▆ ביום 14.1.02, קרא הנאשם בטלויזיה של אבו דאבי לגדודי חללי אלאקצא לבצע פיגוע נקמה נגד ישראל (ת/3 מיום 14.1.02). ואולם הנאשם לא הסתפק בקריאה פומבית זו. הוא הורה ל▆▆▆▆▆ להוציא לפועל פיגוע נקמה על מותו של ▆▆▆. ואכן, ביום 15.1.02 בערב נתן ▆▆▆▆▆ נשק ל▆▆▆▆▆ על מנת לבצע את הפיגוע כאמור. בערב יום זה ירו חברי החוליה שיל▆▆▆ לעבור מכוניתם של יואלה חן ז"ל ליד גבעת זאב, רצחו אותה ופצעו את הנוסעת שהיתה עמה (על פיגוע זה ראה פרק ה(7) להלן).

הנאשם הודה בחקירתו כי לאחר מותו של כרמי הוא אמר ל▆▆▆▆ כי הוא מעוניין בפיגוע נקם, ו▆▆ וחבריו ביצעו את הפיגוע בגבעת זאב, ודיווחו לו לאחר מכן כי היתה הרוגה אחת בפיגוע (תמליל ת/98א, עמ' 44-45). הוא אף הודה כי פיגוע זה בוצע על פי הוראתו, ונטל אחריות לביצועו (זכ"ד ת/23 סי' 10-8, שהוגש ואושר על ידי החוקר "דני" בעמ' 90; זכ"ד ת/24 סי' 5 והמבוא לזכ"ד ת/38 שהוגשו ואושרו על ידי החוקר "סמיתי" בעמ' 85; זכ"ד ת/26 סי' 6-3, שהוגש ואושר על ידי החוקר "נדב" בעמ' 79). הנאשם אמר : **"אני דיברתי בסוכה הבלים, שצריך לנקום ולהשיב על המעשה הזה..."**, אם כי לטענתו לא היה מדובר ב"פקודה" שהוא נתן ל▆▆▆ באחד מחקירותי הודה הנאשם : **"אמרנו ל▆ שיעני יבצע פיגוע"** (תמליל שיחה ת/98 עמ' 19, וכן עמ' 45-20).

הנאשם הסביר כי חיסולו של ▆▆ הביא לאובדן השליטה בפת"ח, ולכן **"קרא לתשובה על חיסול של ▆▆▆▆▆ בכל אמצעי התקשורת... ובאמת החלו התגובות. ובפעם הראשונה פת"ח חוצה את הקו האדום בביצוע פיגועים בתוך ישראל"** (תמלילי חקירה ת/98יי עמי 31-30, ו- ת/98יא עמי 9-

10, 12-15, 44-45. הוא ציין בחקירתו כי ההוראה שנתן לבצע פיגוע נקמה בעקבות הריגתו של ███ נבעה מכך שהוא חש אחריות למותו של ███ בעיצומה של הפסקת אש, שבה קרא הנאשם לכל הפלגים להפסיק את הפיגועים על סמך התחייבות של ראש השב"כ שלא לבצע פעולות חיסול כנגד אנשי הפת"ח;

היתה זו הפעם היחידה בה הימרה את פיו של ערפאת, אשר דרש באותה עת שלא לבצע פיגועים (זכ"ד ת/31 סי 12, שהוגש ואושר על ידי החוקר "מופז" בעמי 58, תמליל שיחה ת/98א עמי 31-29, תמליל שיחה ת/98יאי עמי 11-13). הודאה זו של הנאשם תואמת את הדברים שאמר בחקירתו ███ ███ (ראה סעיף 30 לעיל, וכן הדברים שאמרו אבו ███ (הודעה ת/156ב עמי 5) (סעיף 53 לעיל).

### (בב)  רצח הנזיר היווני במעלה אדומים

הנאשם אישר כי כאשר הציע לו רדאידה לבצע פיגוע התאבדות, הוא הפנה אותו אל ███ על מנת שיכוון אותו לביצוע פיגועים מהסוג שחוללים הפת"ח מבצעות; ובעקבות כך בוצע הפיגוע במעלה אדומים בו נרצח נזיר יווני, מתוך מחשבה כי מדובר ביהודי (ראה דברי ███ בסעיפים 42-43 להלן, ופרק ה(3) להלן הדן בפיגוע זה).

### (גג)  הפיגוע במסעדת "סי פוד מרקט" בתל-אביב

הנאשם קשר עצמו בחקירתו בצורה ברורה לפיגוע במסעדת "סי פוד מרקט" בתל-אביב, שבו נרצחו שלושה אנשים (על פיגוע זה ראה פרק ה(12) להלן). אמנם בתחילת חקירתו בשב"כ טען הנאשם כי אין לו קשר לפיגוע זה, ש███ עומד מאחוריו, וכי ערפאת בעצמו נתן מאוד על ביצוע פיגוע זה (זכ"ד ת/25 סי 12-13, שהוגש ואושר על ידי החוקר "מופז" בעמי 58). ואולם, בהמשך חקירתו הודה הנאשם כי ידע מפי מקורבו ███, שהיה אחד ממתכנני הפיגוע, על הכוונה לבצע את הפיגוע, ואת כשבוע לפני ביצועו; ███ הודיע לנאשם כי ███ - המפגע - מוכן לביצוע הפיגוע. הנאשם הדגיש כי הוא לא ליווה את ביצוע הפיגוע, ואף הנחה את ███ שהפיגוע יבוצע ביהודה ושומרון, בהתנחלות או במחסום צבאי, ולא בתוך ישראל (זכ"דים ת/44 סעיפים 3-7 ו- ת/53 סי 3, שהוגשו ואושרו על ידי החוקר "מופז" בעמי 58; זכ"ד ת/50 סי 1, שהוגש ואושר על ידי החוקר "ואדיי" בעמי 96; זכ"ד ת/52 שהוגש ואושר על ידי החוקר "סמיתי" בעמי 85).

דבריו אלו של הנאשם תואמים את גרסתו בחקירה של ███, פרט לכך שהאחרון אמר בחקירתו כי דיווח לנאשם לא רק זמן מה לפני הפיגוע, אלא גם ממש בשעה שבה יצא המפגע לדרך, וכי הנאשם היה מעורב בניסוח הכרוז הנוטל אחריות לאחר ביצוע הפיגוע (ראה סי 29 לעיל). הנאשם, לעומת זאת, אמר בחקירתו כי לא היה מעורב בניסוח הכרוז נוטל האחריות, אם כי הפיגוע הנ"ל, אם כי הודה שנתן אישור לפרסום כרוז הנוטל אחריות על פיגוע אחר שהתבצע בגשר עטרה (פיגוע מסי 18 בנספח לכתב האישום) (זכ"ד ת/52 הנ"ל וזכ"ד ת/58 סי 3, שהוגש ואושר על ידי החוקר "מופז" בעמי 58).

**סיכומו של דבר**: הנאשם הודה, כפי שאף עולה מדברי ███ ███ כי הוא אישר מראש את ביצוע הפיגוע הנ"ל, אם כי ההוראה היתה להרוג אנשים אחרים במקום אחר.

### (דד)  ניסיון לפיגוע ליד קניון מלחה בירושלים

הנאשם סיפר בחקירתו כי העניק סיוע, באמצעות ███, לפעילים שביצעו פיגועים באזור חברון. באחד הימים דיווח לו ███ כי אחד מפעילים אלה (███) מתכנן פיגוע התאבדות בירושלים. הנאשם אמר כי נתן הנחיה באמצעות ███ שהפיגוע יבוצע בשטחים הכבושים ולא בתוך ישראל (על פיגוע זה ראה פרק ה(20) להלן). למחרת דווח לו כי פיגוע

ההתאבדות ליד קניון מלחה בירושלים נכשל (זכ״ד ת/36, שהוגש ואושר על ידי החוקר ״סמיתי״ בעמ׳ 85). גם כאן אישר הנאשם לבצע פיגוע כנגד ישראל, אם כי במקום אחר.

### (3)   אספקת כספים ואמל״ח לשם ביצוע פיגועי טרור

**67.**   בתחילת חקירתו בשב״כ טען הנאשם כי אינו עוסק בטרור, וכי מעולם לא מסר לאף אדם נשק ולא ירה בנשק (זכ״ד ת/10 סי 1, שהוגש ואושר על ידי החוקר ״דני״ בעמ׳ 90). ואולם בהמשך חקירתו הודה הנאשם כי היה אחראי על מתן כספים ואמצעי לחימה לחוליות השטח של התנזים וגדודי אלאקצא, וכי ידע כי אלה משמשים לביצוע פיגועים כנגד ישראל.
כפי שאמר הנאשם: **״במסגרת תפקידי כמזכיר הפת״ח אני אחראי לכל הנעשה כגון אספקת כספים לחוליות, רכישת נשק וביצוע פיגועים״** (ראה הציטוט מזכ״ד ת/29 בסי 61 לעיל, וכן ראה זכ״ד ת/59 סי 7, שהוגש ואושר על ידי החוקר ״וואדי״ בעמ׳ 96).
הנאשם הסביר כי היה מעביר את בקשות הפעילים לרכישת אמל״ח לאסר ערפאת תחת הכותרת ״סיוע אישי״, או ״סיוע כלכלי״ (זכ״ד ת/22 סי 6, ו-ת/25 סי 14 שהוגשו ואושרו על ידי החוקר ״מופז״ בעמ׳ 58). הנאשם אף הודה כי בכך שרכש נשק לחוליות, הוא השיג השפעה על פעילותו (סי 61 לעיל). עוד הודה הנאשם כי סייע מבחינה כספית ל████████ ותמך בהם לצורך ביצוע פיגועים (ראה סי 62 לעיל).

מסמך ת/5 (70-73) שנתפס במבצע ״חומת מגן״, הוא מכתב של ████████ אל הנאשם מיום 20.1.02, בו מבקש ████ סיוע לרשימה של פעילים, ובהם כאלו שהיו מעורבים בפיגועי טרור על פי הראיות שהובאו בתיק זה; הנאשם הפנה את הבקשה לאסר ערפאת בכתב ידו (לפי חוות דעת מז״יד ת/5). מכתב נוסף שנתפס הוא ת/5(140), שבו פנה מבוקש בשם ████ לנאשם בבקשה להחזיר לו נשק שהוחרם; כתב ידו של הנאשם נמצא על המכתב (חוות דעת מז״יד ת/5). במכתב ת/5(103) פנתה אל הנאשם קבוצת פעילים בבקשה לרכישת כלי נשק, וציינו כי הם ביצעו התקוממות רבות כנגד הצבא ומתנחלים, והפכו למבוקשים; גם על מכתב זה מצוי כתב ידו של הנאשם (לפי חוות דעת מז״יד ת/5).

**68.**   הנאשם הסביר בחקירתו כי הן החוליות, והן בודדים מן החוליות, היו פונים אליו לקבלת כספים לשם מימון רכישת נשק ולמטרות אחרות, והוא היה מעביר בקשות אלו לאסר ערפאת (זכ״ד ת/19 סי 14, זכ״ד ת/22 סי 6 ו-ת/25 סי 14, 19, שהוגשו ואושרו על ידי החוקר ״מופז״ בעמ׳ 58 ; זכ״ד ת/70 סי 10, שהוגש ואושר על ידי החוקר ״סטיבי״ בעמ׳ 53 ; תמליל חקירתו של הנאשם: ת/98 בעמ׳ 13-16, 20-21, ת/98יא עמ׳ 7, 17-18, 30, ת/98יב עמ׳ 13-14). לדבריו הוא לא היה מציין בפניותיו לערפאת כי הכסף מיועד לרכישת נשק (זכ״ד ת/30 סי 6, שהוגש ואושר על ידי החוקר ״אמיל״ בעמ׳ 54). במסגרת פעילות זו נרכשו כ- 15 כלי נשק ותמושש בהם בוצעו פיגועים (זכ״ד ת/29 סי ח׳, שהוגש ואושר על ידי החוקר ״סמיתי״ בעמ׳ 85, זכ״ד ת/60 סי 5, שהוגש ואושר על ידי החוקר ״אמיל״ בעמ׳ 54).
הנאשם הדגיש כי הפעילות הצבאית לא היתה יכולה להתקיים בלא מימון של ערפאת (ת/60 תני״ח סי 7). הוא אמר בעניין זה: **״יש מישהו שבא ואומר לי אני רוצה אלף שקל, אולי הוא מקבל אלף שקל, אני לא שואל אותו, אולי אחרי שבוע הוא ילך לירות, לא אכפת לי״** (ת/98יא עמ׳ 30). הנאשם לא יכול היה לזכור בחקירתו את פרטי הסיוע הכספי שהגיש לפעילי השטח של הפת״ח, והסביר כי מאות פעילים היו פונים אליו בבקשת סיוע כספי לשם מימון הפעילות הצבאית (זכ״ד ת/49 סי 10, שהוגש ואושר על ידי החוקר ״אמיל״ בעמ׳ 54).

**69.**   במסגרת רכישת הנשק עבור פעילי הטרור, הסכים הנאשם לממן לרכישת מרגמה בסך של 1,500 דינר, והנאשם פירט בחקירתו את הבעיות המבצעיות שבהפעלתה (זכ״ד ת/29 סי 1, וזכ״ד ת/38 סי 2, שהוגשו ואושרו על ידי החוקר ״סמיתי״ בעמ׳ 85 ; זכ״ד ת/42 סי 13-15, שהוגש ואושר על ידי החוקר ״וואדי״, בעמ׳ 96 ; תמליל חקירתו של הנאשם ת/98יא עמ׳ 8-7). הנאשם ציין

בחקירתו כי הוא עצמו התנגד לירי ממרגמה לעבר ישראל, משום שהוכח שהירי איננו גורם נזק
לישראלים, אך עלול לגרום נזק רב לפלשתינאים (זכ״ד ת/38 הנ״ל). גרסתו של הנאשם בעניין זה
תואמת את גרסתו של ████████, אשר הסביר כי הירי במרגמה בוצע לעבר הישוב פסגות, וכי
הנאשם ביקש שלא לדבר על כך עם איש (ראה סעיף 25 לעיל).

### (4)   סיוע למבוקשים ולמשפחות העצורים והחללים

**70.**   הנאשם מימן בפעילותו לא רק את פעילי הטרור, אלא גם את בני משפחותיהם. הוא הודה
בחקירתו כי העביר לערפאת למשפחות המתאבדים, ואף הדגיש זאת בכך שאין
הבדל בין מתאבד לבין אדם שנהרג; כולם בעיניו ״שהידים״, קרי: מי שמת מות קדושים (זכ״ד ת/
10 שהוגש ואושר על ידי החוקר ״דני״ בעמ׳ 90; זכ״ד ת/54 ס׳ 5, שהוגש ואושר על ידי החוקר
״ואדי״ בעמ׳ 96; שיחת הנאשם עם המדובב ״פלוני 3״ ת/124ג עמ׳ 7, 23-22). כמו כן דאג הנאשם
למימון משפחות העצורים והמבוקשים מקרב פעילי הפת״ח (שיחת הנאשם עם ״פלוני 3״ ת/124ג
עמ׳ 23-22).

בנושא זה נתפסו כמה וכמה מסמכים במבצע ״חומת מגן״, אשר מהווים בקשות סיוע שהפנו
המבוקשים לנאשם לצורך רכישת אמל״ח, ועל מנת להסיר מעליהם את עול הפרנסה (ראה: ת/5 (
2-12) שהנאשם אישר בעת חקירתו אשר תעודת בזכ״ד ת/47 שהוגש ואושר על ידי החוקר ״ואדי״
בעמ׳ 96; ת/5 (64-65), ת/5 (87), ת/5 (105), ת/5 (117), ת/5 (118)). כמו כן דאג הנאשם
להסדיר מינויים או מקומות עבודה למבוקשים (ראה כמשל המכתבים ת/5 (78-79), שלפי חוות
דעת מז״פ ת/5 סביר מאוד להניח כי נכתבו על ידי הנאשם).

מסמך נוסף הוא ת/4 (133), הכולל פניה לנאשם לסייע לאנשים בתנועת הפת״ח שביצעו פיגועים
ונעצרו על ידי ישראל, ולמבוקשים אחרים; הנאשם העיר על מסמך זה: **״יש עדיפות להכללתם
בסיוע״,** ולפי חוות דעת מז״פ ת/5 הערה זו נכתבה, במידה שאינה מותירה ספק של ממש, בידי
הנאשם.

████████ הוא פעיל תנזים שרצח ישראלי בסלפית, וכאשר הפך להיות מבוקש פנה לנאשם
בבקשה לקבלת עזרה, ואף סיפר לו על מעשה הרצח שביצע. הוא הסביר בעדותו כי פנה אל הנאשם,
משום שהיה ידוע שהנאשם מסייע למבוקשים שכאלו, אך תיאר את הנאשם **כאיש פוליטי שלא
משתתף בדברים צבאיים** (עמ׳ 184-182).

### (5)   גיוס פעילים לאירגוני הטרור והדרכתם

**71.**   הנאשם אישר בחקירתו בשב״כ את הדברים שמסר למשטרה ████████ לפיהם העניק
הנאשם סיוע כספי לשם הקמת מחנה אימונים צבאי לפעילי התנזים, על מנת להכשירם ללוחמת
גרילה ושימוש בנשק (הודעה אבו חמיד ת/149ג עמ׳ 1-2). הנאשם אף אישר כי ראיין בעצמו את
הצעירים המתאמנים במשרדו (זכ״ד ת/28 סעיפים 10-11, שהוגש ואושר על ידי החוקר ״ואדי״
בעמ׳ 96, זכ״ד ת/34 ס׳ 3, שהוגש ואושר על ידי החוקר ״איתי״ בעמ׳ 52, ותמליל חקירת הנאשם
ת/98יא עמ׳ 9). בחקירתו במשטרה הכחיש הנאשם כל קשר לאימונים או הדרכה של פעילי השטח
(ת/106 עמ׳ 3).

████████ סיפר בהודעתו הנ״ל (עמ׳ 6-7) כיצד מינה הנאשם את ██ כמפקד חוליה לאחר מותו
של המפקד הקודם. הנאשם גם אישר בחקירתו את הדברים שאמר למשטרה ████████, בנוגע
לתהליך גיוסו באמצעות הנאשם (ראה ס׳ 43 לעיל). מדברי הנאשם ████████ עולה כי הנאשם שמע
מ████████ על כוונתו לבצע פיגוע ירי, והפנה אותו למטרה זו אל ████████, שהיה מפקד שטח בכיר
שביצע פיגועים כנגד מטרות ישראליות. כתוצאה מהפנייה זו בוצע הפיגוע שבו נרצח הנזיר הינוני.

(6) **קריאותיו הפומביות של הנאשם לבצע פיגועים כנגד ישראל**

72.    כפי שכבר בואר לעיל, לא הסתיר הנאשם בחקירתו את תמיכתו בביצוע פיגועים כנגד מטרות צבאיות ואזרחיות בגדה המערבית, קרי : חיילים ומתנחלים (ראה סי׳ 16-13 לעיל). הנאשם גם הסביר כי מידי פעם היה נוהג לחולליות שורו למרותו להפסיק את הפיגועים, ולאחר מכן היה מודיע על חידושם, וזאת באמצעות הופעות פומביות בטלוויזיה (ראה סי׳ 16 לעיל). הנאשם היה גם להשפעתו שיש לדבריו על מבצעי הפיגועים, ואמר: **״אני משפיע כי אני מדבר באמצעי התקשורת. יעני אני אומר את העמדה באמצעי התקשורת... המילה שלי נשמעת וכאילו אני דובר בשם תנועת הפת״ח״** (תמליל חקירה ת/98ד עמ׳ 33, וכן ראה עמ׳ 37-39). הנאשם אף לא הכחיש כי אנשי החוללים היו פונים אליו לקבלת סיוע, משום שהיה מופיע כדובר הפת״ח בתקשורת, ונקט עמדה הקוראת למאבק מזוין (תמליל חקירה ת/98ד עמ׳ 61). הוא הודה כי עודד בהופעותיו הפומביות את הפעילים לבצע פיגועים בתוך השטחים כנגד הצבא (תמליל חקירה ת/98ד עמ׳ 25, וזכ״ד ת/29 סי׳ 1ב, שהוגש ואושר על ידי החוקר ״סמיתי״ בעמ׳ 85).

73.    קריאותיו הפומביות של הנאשם לביצוע פיגועים כנגד ישראל תועדו בידי אמי״ן, והוגשו בקלסר ת/3 (כולל הקלטות המקוריות ת/3א-ב) על ידי ראש חטיבת המחקר באמ״ן, תא״ל ▆▆▆▆ (עמ׳ 38). בעניין זה יש להתעלם ממסמכים הכלולים בקלסר ת/3, אשר אינם תיעוד של דברים שאמר הנאשם עצמו ברדיו או בטלוויזיה, ושאף הוקלטו. כתבה עיתונאית או ידיעה אחרת המיוחסת לנאשם אמירת דברים כאלה או אחרים איננה קבילה לפי דיני הראיות, בהיותה עדות שמיעה.

באופן כללי ניתן לומר כי מעיון בדברים שאמר הנאשם לכלי התקשורת השונים, עולה בבירור כי הוא מדבר בשם גדודי חללי אלאקצא והתנזים, ועומד בראשם. הנאשם קורא לגופים אלה - לעניים בצורה ברורה ולעיתים בצורה משתמעת - להמשיך ולבצע פיגועים כנגד ישראל. לאחר כל פעולה של ישראל, הוא הודיע בשם תנועת הפת״ח וגדודי חללי אלאקצא כי הנקמה לא תאחר לבוא (ראה למשל ראיונות בטלוויזיה של אבו דאבי מיום 14.1.02, ו- 15.8.01). למרות טענותיו של הנאשם כי התנגד לפיגועים בתוך ישראל, הוא נשמע בראיונות השונים תומך בפיגועים שבוצעו בתוך ישראל, ואף משבח את מבצעיהם (ראה הצדקת הפיגוע בתנזון בראיון לטלוויזיה של אלג׳זי׳ירה ביום 18.5.01, הצדקת הפיגוע בירושלים של אלג׳זירה ביום 9.8.01, ופיגוע נוסף בירושלים אותו הצדיק הנאשם בטלוויזיה ״יוטן״ ביום 31.10.02).

74.    במהלך הלווייתו של ▆▆▆▆ ביום 2.10.00, אמר הנאשם בטלוויזיית ״יוטן״ רמאללה: **״חלפו הימים בהם רק אנו מקריבים קורבנות. עלינו לנקום. יש להרוג ישראלים. יש להרוג ישראלים. כן. יש לנו כדורים. יש לנו רובים והם יופנו לעבר הכיבוש״.**

בראיון טלפוני לעיתון ״אלשרק אלאוסט״ ביום 1.3.01 נשאל הנאשם האם ההתנגדות של הפלסטינאים עלולה להתפתח מאבנים לכלי נשק, והשיב: **״המאבק המזוין הוא חלק מהאינתיפאדה כעת ואין מסתמכים רק על אבנים. מאז החלה האינתיפאדה הצלחנו להרוג מתוכם 66 ופצענו 416 וזוהי תוצאה טובה״.**

ביום 29.10.01 התראיין הנאשם לטלוויזיית ״יוטן״ רמאללה, ונשאל מהי תגובתו לשני פיגועים שהתבצעו באותו יום בחדרה ובבאקה אלערבייה, והשיב: **״זכותו של העם הפלסטיני, ולמעשה חובה על לוחמיו, להגיב על התוקפנות כנקמה על מעשי הטבח שהתבצעו בבית רימא, בית לחם וטול כרם. לפיכך מה שארע היום הינו תגובה טבעית של הלוחמים הפלסטינים למעשי הטבח הישראליים״.**

ביום 4.3.02 התראיין הנאשם לעיתון ״אלזמאן״ היוצא בלונדון, ולדברי הכתב נצ׳אל אלליתי אמר

הנאשם כי שני פיגועי ההתאבדות (בבית ישראל וליד עפרה) הינם **"מסר המופנה לישראלים כדי שיחדלו מתמיכתם בשרון"**.

לאחר מותו של ‎███████ ביום 14.1.02 קרא הנאשם לגדודי חללי אלאקצא לבצע פיגועי נקמה כנגד ישראל, וזאת בטלוויזיה של אבו דאבי (ת/3 - מיום 14.1.02). כך הודה הנאשם בחקירתו (תמליל שיחה ת/98; עמ' 78).

ביום 19.5.01 שודרה בטלוויזיה של "וטן" רמאללה תהלוכה שבראשה עמדו הנאשם ובכיר בחמאס. במהלך התהלוכה דיבר הנאשם ברמקול אל ההמון, והילל את הרוגי האינתפאדה, וביניהם מבצע הפיגוע בנתניה. כמו כן הבטיח הנאשם להמשיך ולפגוע במתנחלים, ובירך את הפוגעים במתנחלים.

ה.    **הקשר של הנאשם לפיגועים נשוא כתב האישום**

‏**.75**    בכתב האישום מיוחסת לנאשם מעורבות ב- 37 פיגועים שפורטו בנספח לכתב האישום,
אשר בוצעו על ידי מקפדי השטח ופעילי הזרוע שהיו כפופים לנאשם.

בסיכומיה התביעה התביעה אך ורק ל- 21 פיגועים מתוך הנספח שצורף לכתב האישום, ולפיכך
גם הכרעת הדין תתייחס אך ורק לאותם 21 פיגועים, שבעניינם הובאו ראיות שלטענת התביעה
קושרות את הנאשם לביצוע. ההתייחסות לפיגועים אלה תכלול את הראיות שהובאו לגבי
התרחשות הפיגוע עצמו, מי היו מתכנניו ומבצעיו ומה היה הקשר של הנאשם לפיגוע או למתכננים
או המבצעים.

‏(1)    **רצח טליה ובנימין כהנא ז"ל ליד עפרה**

‏**.76**    ביום 31.12.00 בשעה 06.30, בוצע ירי מן המארב בכביש מספר 60 ליד הישוב עפרה, לעבר
מכוניתם של בני הזוג טליה ובנימין כהנא ז"ל וחמשת ילדיהם. כתוצאה מן הירי התדרדרה
המכונית לתעלה בצד הכביש. בפיגוע נרצחו בני הזוג כהנא (תעודות פטירה ת/128א'-ב'), ונפצעו
חמשת ילדיהם (ראה דוחו"ת פעולה של ▇▇▇▇▇▇ ת/128ג'-ד', לוחות
התצלומים ת/128ח'- ט' שהוגשו ע"י ▇▇▇▇▇▇ ושלהם בעדויותיהם בעמי 121, 127, ותעי"ק של רפ"ק
▇▇▇▇▇ ת/128ה'). בבדיקת מז"פ התברר על פי התרמילים של רובה הקלצ'ניקוב שנתפסו בזירה כי
הנשק ששימש בפיגוע זה, שימש גם בפיגוע מספר 6 בנספח לכתב האישום, שבו נרצח אליהו כהן
ז"ל ליד גבעת זאב (חוו"ד המומחה האוורד סילברווטר ת/128ו'-ז').

‏**.77**    בחקירתו במשטרה הודה ▇▇▇▇▇ כי הוא היה זה שסיפק את הנשק והתחמושת למפגע
שרצח את בני הזוג כהנא ז"ל, ▇▇▇▇▇▇ (הודעתו של ▇▇▇▇▇ ת/149(א) עמי 6-4, שנגבתה עיי
▇▇▇▇▇, על פי עדותו בעמי 194). בהודעתו הנ"ל סיפר ▇▇▇▇▇ כי ▇▇▇ ביקש
ממנו את הנשק (קלצ'ניקוב) והתחמושת לצורך ביצוע ירי מעבר רכב ישראלי ליד רמאללה, ולמחרת
דיווח לו על ביצוע רצח בני הזוג כהנא ז"ל, כפי שהסתבר לו מן הידיעות ברדיו.

בעניין זה רשאים אנו להתייחס אך ורק לעדויות של אבו ▇▇▇ ומצווים אנו להתעלם מן הדברים
שאמר לו ▇▇▇ לגבי ביצוע הפיגוע, בהיותם עדות שמיעה. לפיכך, אין בפני בית המשפט ראיה
קבילה על ביצוע הרצח בנשק שמסר ▇▇▇▇▇ ל▇▇▇. לכן, גם אין ראיה הקושרת את הנאשם
לרצח בני הזוג כהנא ז"ל (הנאשם סיפר בחקירתו כי הכיר את▇▇▇▇, שנהרג מפליטת כדור - זכ"ד
ת/68 סי' 2). אמנם הובאו ראיות למכביר בדבר אחריותו הכוללת והעקרונית של הנאשם לפיגועים
שנעשו על ידי אנשי הפת"ח בגדה המערבית, בהיותו מי שהנהיג פעילות זו, קרא לביצועה וסייע
להוצאתה לפועל באספקת כספים ואמל"ח. ואולם אין ראיה קבילה על כך שהפיגוע הנ"ל בוצע
בידי אנשי הפת"ח.

הראיה הקבילה היחידה שיש בעניין זה היא שהנאשם סייע ל▇▇▇▇▇ לרכוש נשק ותחמושת
לצורך ביצוע פיגועים, כפי שהודו בחקירתם אבו חמיד והנאשם (ראה פרק ג,2) לעיל), וכי ▇▇▇▇▇
אכן מסר את הנשק שרכש בסיועו של הנאשם ל▇▇▇ למטרת ביצוע פיגוע ירי. מעבר לכך אין
בפנינו ראיות.

‏(2)    **רצח עקיבא פשקוס ז"ל באזור התעשיה בעטרות**

‏**.78**    ביום 25.1.01 בשעה 18:25 בוצע ירי מן המארב לעבר רכבו של אלעזר עקיבא פשקוס ז"ל
באזור התעשייה בעטרות. המנוח נסע ברכב G.M.C., ונורה באקדח קליבר 9 מ"מ (ראה חוו"ד
מז"פ ת/129ג). כתוצאה מן הירי נפטר המנוח (תעודת פטירה ת/129א), והוא נמצא במכוניתו ללא
רוח חיים כדתק לאחר הירי (ראה עדותו של ▇▇▇▇▇ בעמי 150, דוי"ח של ▇▇▇▇▇ ת/
129, ועדותו בעמי 132). האירוע מתואר גם בתמונות שצולמו על ידי ▇▇▇▇▇, שצורפו

לתעודת ציבור שהגיש (ת/129ד).

**79.** ████████ הודה בחקירתו כי הוא מסר ל████ ולאדם אחר רכב לצורך ביצוע פיגוע, ולאחר כמה שעות, השניים דיווחו לו כי ירו על יהודי שנסע ברכב G.M.C באיזור עטרות, וכי הוא נפגע מהירי (הודעה ת/165א' עמ' 3, שהוגשה ע"י ████ בעמ' 184).

████████ הודה בחקירתו כי ביצע את הפיגוע באיזור התעשיה בעטרות, וירה באקדח אל עבר נהג שנסע ברכב G.M.C ספארי בצבע אפור (כפי שנראה בתמונות ת/129ד' שצולמו לאחר הפיגוע), ולאחר מכן דיווח על כך ל████ ████, שהוא - כפי שאמר ████ - **"נהגו ויד ימיני"** של הנאשם (הודעה ת/156ב', שהוגשה ע"י השוטר ████ בעמ' 198).

**80.** אין בידי התביעה ראיה כלשהי הקושרת את הנאשם בצורה ישירה לפיגוע הנ"ל. עם זאת, הובאו ראיות כלליות להכביר לפיהן היה ████ עוזרו הקרוב של הנאשם, ופעל בידיעתו ותחת חסותו בארגון וביצוע פיגועים. הנאשם הודה כי מימן פיגועים ש████ היה מעורב בהם ותמך בפעולותיו, וכי ████ ████ היה מדווח לו לאחר ביצוע הפיגועים. הנאשם גם הודה כי מבחינתו ████ היה האחראי על הפעילות הצבאית באיזור רמאללה, וכי הוא פעל בתיאום עם הנאשם. הנאשם אף הבהיר בחקירתו כי הקשר שלו עם חוליות הטרור נעשה באמצעות ████ (ראה פרק ג(3) לעיל).

גם ████ היה מקורב לנאשם, ובתקופה מסוימת אף שימש כשומר ראשו. הנאשם אישר בחקירתו כי ████ עבד במשרדו והיה תחת אחריותו, באמצעות ████, והוא ידע שהשניים מבצעים פיגועים כנגד אזרחים באיזור ירושלים (ראה פרק ג(4) לעיל).

גם הנאשם אמר בחקירתו כי הוא רואה עצמו אחראי לפעילותם של החוליות שפעלו עם ████ - להבדיל מחוליות אחרות - משום ששניים אלו היו קרובים אליו, והוא מימן את פעילותם (ראה סעיף 60 לעיל). הנאשם אף הכיר בכך שבאמצעות הסיוע והנשק שנתן לחוליות אלו הוא רכש השפעה על פעילותן (ראה סעיף 61 לעיל).

כל אלה באים בנוסף לאחריות העל של הנאשם כמפקדם ומנהיגם של כל פעילי הטרור של הפת"ח בגדה המערבית, כפי שהוא עצמו הודה (ראה סעיף 65 לעיל), ובנוסף לעובדה שהנאשם עודד באופן פומבי ופרטני את פעילי הטרור לבצע פיגועים.

השאלה המשפטית הקשה, האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

**(3)   רצח הנזיר היווני ציפוקטסקיס גרמנוס ז"ל במעלה אדומים**

**81.** ביום 12.6.01 בשעה 22.30 בוצע ירי מן המארב בכביש ירושלים מעלה אדומים, לעבר רכב הפרטי של הנזיר היווני ציפוקטסקיס גרמנוס ז"ל מסוג טנדר פג'ו, שנשא לוחית זיהוי ישראלית. מן הירי נרצח גרמנוס ז"ל (תעודת פטירה ת/132א' וחוו"ד פתולוגית של ████ ת/130ב'). על פיגוע זה העידו ████ (עמ' 131), שהגיש את דו"ח הביקור הראשוני בזירה ותצלומים (ת/130ג'-ד'), וכן הוגשה תעו"צ (ת/130ו') על ידי ████ ████ ממז"פ. התרמילים שנתפסו בזירה נבדקו במז"פ (ראה חוו"ד מומחה של ████ ████, ת/130ז'-ט').

**.82**  ██████ הודה בחקירתו כי הוא ביצע את הפיגוע הנ״ל, ותאר את נסיבות ביצועו. הוא סיפר כי פנה אל הנאשם על מנת לבצע פיגוע התאבדות. הנאשם הפנה אותו אל █████, והורה ל██████ לתת נשק ל██████, וכך היה. הנאשם אמר ל██████ כי התנזים עושה פיגועים נגד הצבא והמתנחלים, ולא גינויי התאבדות, וכי הוא נותן לו נשק למטרה זו. ואכן, בנשק (קלצ׳ניקוב) שקיבל מ██████, על פי הוראתו הישירה של הנאשם, הוא ביצע את רצח הנזיר גרמנוס ז״ל כפי שתואר בחקירתו, בהסבירו כי סבר בטעות שמדובר במתנחל (ראה פרק ג(8) לעיל סעי׳ 42-41).

**.83**  הנאשם עצמו אישר בחקירתו את דבריו של ██████, ואמר כי הפנה אותו אל ██████ לאחר שביקש להתאבד, ולאחר מכן שמע כי הוא הרג בטעות את הנזיר היווני (סעיף 43 לעיל). לאור כל אלה ברורה אחריותו הישירה והאישית של הנאשם לפיגוע זה.

(4)    <u>רצח יניב ושרון בן שלום ז״ל ודורון יוסף סווירי ז״ל בכביש 443</u>

**.84**  ביום 25.8.01 בשעה 22.30 נרצחו בני הזוג יניב ושרון בן שלום ז״ל, וכן יוסף סווירי ז״ל (אחיה של שרון), שנסעו יחד עם שני ילדיהם במכונית מסוג ״פאסאט״ בעלת לוחית רישוי ישראלית, וזאת שעה שנסעו בכביש 443 ליד תחנת דלק ״דור אנרגיה״ (ראה תעודות פטירה וחוו״ד פתולוגיות ת/131א׳-ג׳).

את תוצאות הפיגוע תארו השוטרים ██████ (עמ׳ 123, 139, ודוח״ות הפעולה שלהם ת/131ד׳-ה׳, בליווי לוח תצלומים ת/131ו׳). הקליעים שנתפסו נשלחו לבדיקת מז״פ, ונמצא שהם נורו משני כלי נשק: תת מקלע MP5 וקלצ׳ניקוב (חוו״ד מומחה ת/131ז׳).

**.85**  ██████ סיפר בחקירתו כי מסר את רובה ה- MP5 שלו ל██████, לאחר ש██████ ביקש זאת עבור החוליה שלו, וכעבור זמן מה, שמע מ██████, וגם בחדשות, כי חברי החוליה שלו ביצעו פיגוע בן הרגו 3 יהודים ליד בית עור (הודעה ת/165א׳ עמ׳ 2, שהוגשה על ידי ██████ בעמ׳ 184). גם ██████ סיפר בחקירתו, כי קיבל מ██████ את רובה ה- MP5 ומחסנית מלאה כדורים, ומסר אותם לשניים מחחוליתו שלו: ██████. השניים סיפרו לו כי ביצעו את הפיגוע ליד בית עור, בו נהרגו 3 ישראלים (הודעה ת/156ב׳ עמ׳ 3, שהוגשה על ידי החוקר ██████ בעמ׳ 198).

מבצע הפיגוע, ██████, אישר בחקירתו כי הוא ואחר ביצעו את הפיגוע ליד בית עור בכביש 443, בסמוך לתחנת הדלק ״דור״, כאשר ירה במכונית לבנה מסוג ״פאסאט״ (ראה התצלומים). הוא ציין כי את הירי ביצע ברובה ה- MP5 שקיבל מ██████, ושותפו לפיגוע היה מצוייד בקלצ׳ניקוב. למחרת שמע ██████ בחדשות כי נהרגו 3 ישראלים כתוצאה מהפיגוע, ודיווח על כך ל██████, שהעביר את הדיווח לנאשם (הודעה ת/160א׳ עמ׳ 5-4, שהוגשה על ידי ██████ בעמ׳ 198). ██████ סירב להשיב על שאלות בעדותו. לפיכך הורה כעד עוין והוגשו הודעותיו ת/160א׳-ג׳. כמו כן הוגשו כתב האישום, הכרעת הדין וגזר הדין שניתנו בעניינו (ת/159א׳-ד׳). הוא אמר בעדותו אך ורק: ״**אני סיפרתי מה שהיה ולא רוצה להגיד כלום**״ (עמ׳ 73). ██████ הורשע בביצוע פיגוע זה.

**.86**  לא הובאה ראיה הקושרת את הנאשם לפיגוע זה, זולת הקשר העקיף של הנאשם, כאמור לעיל, לפיגועים בהם היו מעורבים מקורביו, ██████ (ראה סעיף 80 לעיל). הנאשם סיפק כספים ונשק לחברי החוליות, באמצעות ██████ לשם ביצוע פיגועים, והנשק ששימש בפיגוע זה סופק על ידי ██████.

השאלה האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצעו בפיגוע זה, כאשר אין ראיה הקושרת את הנאשם ישירות לפיגוע, תבחן בפרק המסקנות.

(5)    <u>רצח מאיר וייזבוייז ז״ל בכביש מס׳ 9 בירושלים</u>



כל שיש בפנינו הן ראיית לפיהן הנאשם סייע ל█████ לרכוש נשק ותחמושת לצורך ביצוע
פיגועים, וכי █████ מסר את הנשק שרכש בסיוע הנאשם ל█████ למטרת ביצוע פיגועי ירי (זה
המצב גם לגבי רצח בני הזוג כהנא ז"ל, שבוצע באותו כלי נשק : ראה  פרק ה(1) לעיל).

### (7)   רצח יואלה חן ז"ל ליד תחנת דלק גבעונים בכביש 443

**92.**      ביום 15.1.02 בשעה 19:55 הגיעה יואלה חן ז"ל ברכב "פיאט אונו" לתחנת הדלק בצומת
גבעונים, ולידה ישבה רשל עיני. שני מחבלים התקרבו לעבר רכבה, וירו בשתיים מטווח קצר עשרות
כדורים. כתוצאה מן הירי נרצחה יואלה חן ז"ל (תעודת פטירה ת/134א), ורשל עיני נפצעה בראשה
ובכתפה. עד ראיה לאירוע, █████ העיד כי ראה שני בחורים נמלטים בריצה לעבר הכפר השכן
אלג'יב לאחר ביצוע הירי, והוא סייע בחילוץ הנוסעות (עמ' 143). כמו כן תיארו את האירוע רפ"ק
█████ (בעמ' 130 לפרוטוקול ודו"חות ת/134ב-ד1, בנוסף ללוח תצלומים ת/
134 ב ות- 134/ד2).

**93.**      הפיגוע בו נרצחה יואלה חן ז"ל בוצע בהוראתו הישירה של הנאשם, כנקמה על הריגתו של
█████ יום לפני הפיגוע, ובכך הודה הנאשם בחקירתו. הנאשם סיפר בחקירתו כי הורה
למקורבו █████ לבצע פיגוע נקמה על זה, וכי █████ דיווח לו על ביצוע הפיגוע. הנאשם אף נטל
אחריות לביצוע פיגוע זה, וציין כי זו היתה הפעם הראשונה בה ביצע הפת"ח פיגוע בתוככי ישראל
(ראה סעיף 66(א) לעיל).

דבריו של הנאשם בחקירתו מתיישבים עם הדברים שאמרו בחקירתם █████
█████ (ראה סעיפים 30 ו- 53 לעיל, הודעת █████ ת/156ב עמ' 6-5 שעל גביתה העיד
█████ בעמ' 198, והודעת █████ ת/165א עמ' 3 ות/165ג עמ' 2-1 שעל גבייתה העיד █████ בעמ'
184). הם תיארו את הפיגוע שבוצע בתחנת הדלק באמצעות ירי לעבר מכונית "פיאט אונו", שבו
נרצחה אישה אחת ונפצעה חברתה. █████, שביצע את הירי, טען כי תחילה החליט שלא לירות
בשתיים בהיותן נשים, אך לאחר שהחלו לצעוק ירה עליהן יחד עם חברו טארק.
█████ טען כי ביצע את הפיגוע לפי הוראת █████, בעוד שהאחרון טען כי
█████ היה יום הפיגוע, ולשם כך מסר לו רובה 5 - MP. █████ טען בהודעתו כי █████ אמר
לו כי דיווח על כוונתו לבצע את הפיגוע לנאשם לפני הביצוע, וכי הנאשם אמר לו שלא יצא לפיגוע
זה.

█████ הסביר כי █████ היה שומר ראשו ונהגו של הנאשם, ולכן הנאשם חשש לחייו.
בשיחה שהתקיימה בין הנאשם לבין █████ במהלך מעצרם, כאשר הוקלטו ללא ידיעתם,
תיאמו השניים גרסאות לגבי פיגוע זה, ו█████ אמר לנאשם כי הדיווי בחקירתו שהוא הורה
על ביצוע הפיגוע מאחוריו גבו של הנאשם (תמליל שיחה ת/128א עמ' 14, 17). ואולם הנאשם,
כאמור לעיל, הודה כי הורה לבצע את הפיגוע, ומכאן כי ברור הוא כי מקורבו █████ ניסה לחלצו מן
המעורבות הישירה בפיגוע זה, כמו גם בפיגועים אחרים.

### (8)   רצח 6 אנשים באולם השמחות "ארמון דוד" בחדרה

**94.**      █████ ביום 17.1.02 בשעה 22:45 בוצע פיגוע ירי באולמי "ארמון דוד" בחדרה. המחבל
█████ ירה במארב בכניסה בבניין לאולם, פרץ פנימה ופתח באש מנשק אוטומטי לעבר קהל
החוגגים באירוע בת-המצווה של נינה קרדישוב, עד שכמה מהם השתלטו עליו, והוא נורה למוות
(חוו"ד פתולוגית ת/135י). כתוצאה מן הירי נרצחו 6 אנשים ועשרות נפצעו, חלקם באורח קשה.
הנרצחים הם: בורים מליאנוב ז"ל (תעודת פטירה ת/135ו), דינה ביניאב ז"ל (תעודת פטירה ת/135
ג), אנטולי בקשייב ז"ל (תעודת פטירה ת/135ד), אבי יזדי ז"ל (תעודת פטירה ת/135ה), אדוארד

בקשייב ז"ל (חוו"ד פתולוגית ת/135ה) ואהרון בן ישראל אליס ז"ל (חוו"ד פתולוגית ת/135ז). עד
הראיה ████████ סיפר בעדותו על התרחשות האירוע (עמ' 125), וניתן לראות את
האירוע גם במצגת של המשטרה וקלטות שצולמו בעת האירוע (ת/135א, ת/135יא-יב). בזירה
נתפס סער רובה אם-16 ורימון ששימשו את המחבל (ראה חוו"ד ת/135ח-ט ועדותו של רפ"ק ████
בעמ' 130).

95. ████████ היה אחראי על ביצוע הפיגוע הנ"ל, והוא זה שמסר את הנשק לצורך ביצועו
למחבל ████████ (הודעתו ת/172ב, שעל גבייתה העיד ████████ בעמ' 191). כך עולה גם מהודעתו
של ████, שסיפר כי ████ דיווח לו על ביצוע הפיגוע באולם השמחות בחדרה (הודעה ת/
165 שעל גבייתה העיד רס"ר ████████ מעמ' 171). סיפר כי שמע על ביצוע הפיגוע
בטלוויזיה בהיותו עם הנאשם, ומיד התקשר ל████ שנטל אחריות על ביצוע הפיגוע.

גם ████████ התייחס בחקירתו לפיגוע זה, והסביר כי אף הוא היה נקמה על חיסולו של
████████, ולכן המפגע יצא מטול-כרם, שבה התגורר ████ (ת/149ב עמ' 15-14, שעל גבייתה העיד
████ בעמ' 194).

96. אין כל ראיה ישירה לכך שהנאשם היה מעורב באופן ישיר בתכנון הפיגוע הנ"ל, או ידע על
ביצועו מראש. הנאשם טען כי היה שומע דיווח על הפיגועים מ████████ רק לאחר
ביצועם, ובשיחתם עם המדובב "פלוני 1" אמר כי ידע על הפיגוע רק בדיעבד (דו"ח ת/118 ס' 4
שהוגש על ידי "רובינשיי"). הקשר העקיף של הנאשם לפיגוע בחדרה נובע מכך שסיפק ל████ כספים
ואמל"ח לצורך ביצוע הפיגועים, הלה ראה בו מנהיג ומפקד, ולכן גם דיווח לו לאחר כל פיגוע.
הנאשם הודה באספקת כספים ל████ לצורך רכישת נשק, ואמר כי כ"אשר רצה להבטיח הפסקים של
הפיגועים היה פונה בעניין זה גם ל████ (ראה סעיף 23 לעיל). עם זאת, הנאשם לא ראה עצמו
אחראי לפעולותיהם של ████████, בניגוד לפעולותיהם של ████
סעיפים 60 ו- 65 לעיל). גם ████ סיפר בחקירתו כי ביצע את הפיגועים שהוציא לפועל במסגרת
תנזים פתח"ח, שעליה היה אחראי הנאשם, וכי הנאשם סייע לו במימון הפיגועים ואספקת נשק. הוא
ציין כי הנאשם היה ממונה עליו (ראה סעיפים 22-21 לעיל).

השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצעו
בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תיבחן בפרק המסקנות.

<u>(9)    רצח שתי נשים בפיגוע ירי ברחוב יפו פינת לונץ בירושלים</u>

97. ביום 22.1.02 בשעה 16:20 פתח המחבל ████████ באש מרובה M-16 לעבר עוברים
ושבים ברחוב יפו פינת לונץ בירושלים, עד אשר נורה ונהרג. כתוצאה מן הירי נרצחו שרה המבורגר
ז"ל ואורה סנדלר ז"ל (תעודות פטירה ת/136ב-ג), ונפצעו עשרות אזרחים. על האירוע העיד ████
████ שהרג את המחבל (עמ' 121). כמו כן הוגשה מצגת של המשטרה לגבי האירוע, והוגש דו"ח
פעולה של ████ שהעיד במשפט (ת/136א, ת/136ד והעדות בעמ' 132). נשקו של המחבל
נתפס ונשלח למז"פ (ת/136ה ועדותם של ████████ בעמ' 130-134).

98. ████ נטל בחקירתו אחריות על הוצאתו לפועל של הפיגוע הנ"ל (ראה הודעה ת/
165א עמ' 4-5, שעל גבייתה העיד ████████ בעמ' 184). הוא סיפר כי החליט להתאבד מתוך מתאבד
לתוך ישראל, ולשם כך נעזר ב████████, אשר שלח אליו את המפגע ████. השניים הכינו את
המפגע לפיגוע, לקחו אותו להתפלל, קנו לו בגדים והשיגו עבורו רובה M-16 וכדורים. באותו יום
אחר הצהריים שמע אחמד על ביצוע הפיגוע בירושלים.

אין ראיה ישירה הקושרת את הנאשם לפיגוע הנ״ל, והוא אף סיפר בחקירתו כי הוא ₪ וערפאת כעסו
על ██████████ בשל ביצוע הפיגוע (תמליל שיחה ת/98א עמי 32). מעורבותו העקיפה של הנאשם
בפיגועים שביצעו ██████████ בעצמו או באמצעות אחרים, מבוארה לעיל. השאלה
המשפטית האם זי בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה
- כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תבחן בפרק המסקנות.

**(10)    פיגוע ירי בשכונת נוה-יעקב בירושלים בו נהרגה השוטרת גלית ארביב ז״ל**

**99.**    ביום 25.2.02 בשעה 18:25 בוצע פיגוע ירי על ידי מפגע בודד חמוש ברובה M-16 ורימון יד
בכביש הראשי של שכונת נוה-יעקב בירושלים. ██████████
מעדותו של עד הראיה, השוטר ██████████, עולה כי המחבל פתח באש לעבר כלי רכב שנעו בכביש,
וכן לעבר אזרחים ושוטרים שהגיעו למקום. בניידת המשטרה של ██████████ ישבה גם השוטרת גלית
ארביב ז״ל, אשר הסתערה על המחבל באקדח שלוף. המחבל רצח בירית את השוטרת ארביב ז״ל ██████████
(תעודת פטירה ת/137ב), פצע קשות את השוטר ██████████ גרפליד, שנותר נכה עד היום, ואת השוטר ██████████
██. רימון שהשליך המחבל לא התפוצץ (ראה עדותו של גרפילד בעמי 127, עדותו של רפי״ק ██████████
בעמי 132 והדו״חות והצילומים שהגיש ת/137ג, ת/137ז, וכן המצגת ת/137א1 ולוח
התצלומים ת/137ו). נשקו של המחבל, הרימון שלא התפוצץ ותרמיליו הכדורים שירה נתפסו
והועברו לבדיקת מז״פ (עדות רפי״ק עמי לייפר בעמי 130, חוו״ד של ██████████ ת/137ד-ה
וחוו״ד של ██████████ ת/137ו).

**100.**    המחבל שנתפס במהלך הפיגוע הוא ██████████ בהודעתו ת/149ג
בעמי 12-11 (שהוגשה על ידי ██████████ בעמי 207). ██████████ סיפר כי בעת שהוא ואחיו,
██████████, צפו בפיגוע הנ״ל בנוה-יעקב בטלוויזיה, הזכיר לו אחיו כי המפגע ██████████ היה
בביתם יום לפני כן, ██████████ אמר כי הוא זה שמסר ל ██████████ רובה M-16 וכדורים, ושילח אותו
לפיגוע לאחר שצילם קלטת וידיאו שהראה לאחיו ██████████ לאחר הפיגוע. חלום אמר לאחיו ██ כי
קיבל את הנשק ואת המפגע ██████████ מ ██████████. ██ הביע בהודעתו הנ״ל כעס על כך,
בהסבירו שפיגוע זה עלול לסבך את הנאשם, בשל קרבתו ל ██████████, כאשר הסתבר שהמפגע
נותר בחיים ויחקר בידי השב״כ.

עוד סיפר ██████████ בהודעתו הנ״ל, כי יאסר ערפאת הזמין למשרדו את הנאשם ואת
בעקבות הפיגוע; ██████████ ברח, והודיע ל ██████████ שיתכן שעומדים לעצור את הנאשם בגלל
הפיגוע הנ״ל. הנאשם אמר ל ██████████ לאחר מכן, כי הסביר לערפאת שבאותו שלב לא היתה
הוראה על הפסקת אש, וכי הוא - הנאשם - עומד מאחורי אנשיו כל עוד ערפאת לא יוציא הוראה
נשיאותית להפסקת הפיגועים. ██████████ גם סיפר בהודעתו כי ██ הודה בפניו כי מסר
את הנשק לאחיו של ██████████, לצורך ביצוע הפיגוע בנוה-יעקב.

**101.**    מן הדברים האמורים לעיל עולה כי ██████████ לא נטל חלק בתכנון ובהוצאה לפועל
של הפיגוע הנ״ל, ומי שעשו זאת היו אחיו ██████████ ו ██████████, שהיו עדים במשפט.
██████████ הורשע על פי הודאתו בשורה של מעשי טרור, כולל אחריותו לביצוע הפיגוע הנ״ל בנוה-יעקב
(ראה פרט 13 בכתב האישום המתוקן ת/161א, ופסק הדין ת/161ב). ██████████ סיפר על אחריותו
לפיגוע הנ״ל, כמפורט לעיל, בהודעותיו ת/162א-ב, שנגבו על ידי ██████████ (עדותו בעמי
194) ורס״ר ██████████ (עדותו בעמי 184).

██████████ סיפר בהודעותיו הנ״ל (ת/162א עמי 9-6, ת/162ב עמי 2-4) כי הכין את ██████████ לביצוע
הפיגוע, ארגן לו מסיע ומסר לו רימון רסס ורובה M-16 עם כדורים. בעת שהכין את ██████████
לפיגוע, הגיע ██████████ ובירר כיצד מתקדמים העניינים בעניין תכנון הפיגוע; ██████████
רצה שהפיגוע יעשה במקום הומה אדם בירושלים, אך לבסוף סוכם שהוא יבוצע בצפון ירושלים

בשל המחסומים, ו█████ ██ אישר זאת.

**102.** █████ אישר בחקירתו את הקשר שלו לפיגוע בנוה-יעקב. בהודעתו ת/165א סיפר
כי █████ שלח אליו את המפעיל █████ לצורך ביצוע הפיגוע בנוה-יעקב, ואז הפנה את
אל ████ כדי שיסייע לו להכנס לירושלים (הודעה ת/165א עמי 6, שנגבתה על ידי
██ ██ ██ לפי עדותו בעמי 184). גם █████, כמו חברו █████, סיפר בחקירתו
על כך שבעקבות הפיגוע זומן יחד עם הנאשם למשרדו של ערפאת; הנאשם שאל אותו אם הוא
אחראי לפיגוע, █████ השיב בחיוב, ושמע מהנאשם שערפאת כעס על ביצוע הפיגוע (הודעה
ת/165ג עמי 5 שנגבתה על ידי רסי"ח █████ לפי עדותו בעמי 184).

**103.** לאור האמור לעיל מתכנני הפיגוע היו █████████ ██. בעת פגישתם של
והנאשם בחקירה, כאשר הוקלטו ללא ידיעתם, חזר אחמד כמה פעמים והדגיש בפני הנאשם כי
סיפר בחקירתו שהנאשם שמע על הפיגוע הנ"ל רק לאחר הביצוע (תמליל שיחה ת/127א עמי 4, 11).

אין ראיות הקושרות את הנאשם לפיגוע זה בצורה ישירה, זולת הקשר הנובע ממעורבותו הכוללת
והעקיפה בפיגועים שתכננו וביצעו █████ █████, כמבואר לעיל (ראה סעיפים 80, 86 ו 96
לעיל). לא לחינם זימן יאסר ערפאת את █████ לבירורו לאחר ביצוע הפיגוע הנ"ל, שכן גם הוא סבר
שהנאשם הוא הכתובת לטענות בענין. השאלה המשפטית האם די בכל אלה כדי לבסס אחריות
פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם
ישירות לפיגוע - תבחן בפרק המסקנות.

**(11)  רצח גד רג'ואן ז"ל במפעל בשקביץ בעטרות**

**104.** ביום 27.2.02 בשעה 06:30 נרצח גד רג'ואן ז"ל במפעל "קפה בשקביץ" באיזור התעשיה
בעטרות, על ידי █████ שהועסק בעבר במפעל (תעודת פטירה ת/138א וחוו"ד פתולוגית
ת/138ב). █████ שהיה במקום סיפר כי כאשר שמע את היריות ראה אדם נמלט מן המקום,
וגד רג'ואן שכב על הרצפה וביקש להזעיק עזרה (עמי 146).

גד רג'ואן ז"ל נפצע כתוצאה מן הירי, ומותו נקבע במקום (ראה דו"ח פעולה ת/138ג ועדותו של
█████ בעמי 132, וכן דו"ח המעבדת הניידת שרשם █████ ת/138ד ועדותו
בעמי 131). תצלומי זירת האירוע הוגשו כמוצגים ת/138ד ו- 138ו, על ידי █████
בעדוויותיהם. הרצח בוצע באמצעות אקדח (חוו"ד ת/138ה), שכמה קליעים שנורו ממנו פגעו
פגיעות קטלניות בגופו של המנוח (חוו"ד ת/138ב).

**105.** █████ סיפר בהודעתו ת/149ב (עמי 28-25) כי פנה אליו █████ שסיפר לו על עובד
במפעל של משפחת רג'ואן, וביקש לבצע פיגוע יחד עם אדם בשם ██. השלושה ישבו ותכננו את
הפיגוע, ו█████ נתן לכל אחד מן השניים אקדח. כעבור 20 דקות דיווח ██ ל █████ על
ביצוע הפיגוע, ה█████ ██ סיפר כיצד ירה למוות ברג'ואן ז"ל.
█████ התקשר למשטרה ונטל אחריות על ביצוע הפיגוע בשם גדודי חללי אלאקצא (הודעתו של
██ ██ הוגשה על ידי █████ בעמי 194).

**106.** מן האמור לעיל עולה כי לגבי פיגוע זה אין ראיה ישירה לגבי זהות מבצעו, שכן הדברים
שנאמרו ל█████ על ידי █████ ██ שלא העיד בפנינו הם בבחינת עדות שמיעה לא קבילה.

ואולם, ניתן לקבוע על פי ראיות נסיבתיות חד-משמעיות כי הפיגוע בוצע על ידי █
בסיועו ובאישורו של ██, כפי שסיפר אבו חמיד בעדותו. █████ █ סיפר כי
הודיע לו שהוא יוצא לבצע פיגוע במפעל של משפחת רג'ואן בו עבד בעבר, ולצורך כך הוא צייד

Hebrew RTL

אותו באקדח; זמן קצר לאחר מכן דיווח לו ████████ על כך שירה למוות בגד רג'ואן ז"ל, והוא אכן נרצח בירִיות אקדח.

אין ראיות הקושרות את הנאשם לפיגוע זה בצורה ישירה, זולת הקשר הנובע ממעורבותו הכוללת והעקיפה בפיגועים שתכנן וביצע ████████, כמבואר לעיל (ראה סעיפים 27, 60-65 לעיל). השאלה המשפטית האם די בכל אלה כדי לבסס אחריות פלילית של הנאשם למעשה הרצח שבוצע בפיגוע זה - כאשר אין כל ראיה הקושרת את הנאשם ישירות לפיגוע - תיבחן בפרק המסקנות.

**(12)    הפיגוע במסעדת "סי פוד מרקט" בתל אביב**

**107.**    ביום 5.3.02 בשעה 02:30 בוצע פיגוע במסעדת "סי פוד מרקט" בתל אביב על ידי המחבל ████████, שהגיע למקום חמוש ברובה M-16, רימוני יד וסכין. את האירוע תיארו עדי הראיה ████████ (עמ' 148) ו████████ (עמ' 129) שנכחו במסעדה בעת הפיגוע. המחבל פתח באש עם הרובה שבידיו לעבר היושבים במסעדה, עד אשר ארע מעצור בנשק, ורימוני היד שהשליך לא התפוצצו. בשלב זה החל חסונה לדקור אנשים, כולל השוטר רס"ר סלים בריכאת ז"ל שניסה להפסיקו את מסע המחבל. בפיגוע נרצחו פרט לרס"ר בריכאת גם יוסף ז"ל ואליהו דהן ז"ל (ראה חוו"ד פתולוגיות ת/139ב-עד ת/139ד). רבים אחרים נפצעו. המחבל עצמו נורה ונהרג בפיגוע, והתברר כי מדובר ב████████ (חווו"ד פתולוגית ת/139יא, ובדיקת ד.נ.א. ת/139ז).

תוצאות הפיגוע נראות בלוח התצלומים ת/139ו שהוגש על ידי השוטר ████████ (עמ' 151), וכן במצבת שהכינה המשטרה (ת/139א). הגיש גם דו"ח פעולה שרשם במקום, והוא זה שתפס את סכינו של המחבל המגואלת בדם, קליע מרוסק, תרמילים, כדורים ורובה M-16 (ת/139ה). הנשק נתפס והובא לבדיקת מז"פ (ת/139ח, ועדותו של ████████ בעמ' 130).

**108.**    הפיגוע ב"סי פוד מרקט" בוצע על ידי ████████ והוא תוכנן על ידי ████████, כפי שסיפר ████████ בחקירתו (ראה סעיף 29 לעיל). גם אחיו של ████████ היה מעורב בפיגוע, כפי שסיפר בחקירתו (ראה סעיף 55 לעיל), אף הוא קושר את ████████ לתכנונו. ████████ סיפר בחקירתו כי המפגע ████████ נשלח אליו על ידי ████████ והוא נתן לו כסף, קנה לו בגדים ודאג לכך שיהיה מי שיסיע אותו לישראל לצורך ביצוע הפיגוע. הוא דיווח לנאשם בטלפון כי הפיגוע יוצא לדרך, והנאשם אמר כי איננו מעוניין שהפיגוע יתבצע בתוך ישראל. עוד סיפר ████████ כי לאחר הפיגוע אמר לו הנאשם להודיע ל██ שלא ליטול אחריות על הפיגוע בתקשורת קודם שישוחח על כך עם הנאשם (ראה סעיף 29 לעיל).

במהלך שיחה שהתקיימה בין הנאשם לבין ████████ בעת מעצרם, כאשר הם הוקלטו ללא ידיעתם, טרח ████████ להדגיש בפני הנאשם כמה פעמים כי הוא אמר שרק שוחח עם הנאשם בטלפון **לאחר** הפיגוע, והוסיף: **"תזהר, אני לא הייתי איתך, אני לא הייתי איתך, דיברתי איתך בטלפון"** (תמליל שיחה ת/127ג עמ' 4-5, 11). השניים תיאמו עמדותיהם לגבי חקירתם בנקודה זו.

גם ████████ סיפר בחקירתו על מעורבותו בפיגוע (הודעתו ת/149ב עמ' 6 שהוגשה על ידי רס"ר ████████ בעמ' 194). הוא סיפר לצורך הפיגוע רימוני יד וכדורים לרובה M-16, כאשר ראה את ████████ מצויד ברובה M-16 לפני צאתו אותו לפיגוע. כאשר דווח בלילה על הפיגוע, ועל כך ש████████ דקר למוות שוטר, נזכר ████████ כי ████████ (אחיו של ████████) נתן למפגע את הסכין, והסביר לו להשתמש בו אם לא יהיה לו מעצור בנשק.

כך גם אמר בחקירתו ████████ (הודעתו ת/162 עמ' 9, שהוגשה על ידי ████████ בעמ'

194, והודעה ת/162ב עמ' 4 שהוגשה על ידי ███ בעמ' 184). ███ סיפר כי הוא אמן את בשיווק ברובה 16-M. (אף הוא אח של ███) סיפר בחקירתו על כך שליווה את המפגע לתל אביב, והשיג רכב עבור הפיגוע (הודעתו ת/182, שהוגשה על ידי ■■ רס"ר בעמ' 182).

**109.** הנאשם קשור בצורה עקיפה לפיגועים שתכננו והוציאו לפועל ███, כפי שפורט לעיל. ואולם, ככל שמדובר בפיגוע במסעדת "סי פוד מרקט", שתוכנן והוצא לפועל על ידי השלושה, אחראי הנאשם גם באופן אישי לביצועו. נושא אחריותו של הנאשם לפיגוע זה פורטה לעיל (ראה סעיפים 29, 55 ו- 66(ג)(3) לעיל). הנאשם הודה בחקירתו כי אישר ל██ ███ את ביצוע הפיגוע הנ"ל **לפני** הוצאתו לפועל, אם כי נתן הנחיה שהפיגוע יבוצע בשטחי יהודה ושומרון ולא בתוך ישראל. כך גם עולה מן הדברים שאמר ███ ███ בחקירתו.

**(13)** <u>פיגוע ירי במלון "ג'רמי" בנתניה</u>

**110.** ביום 9.3.02 בשעה 20:25 נכנסו שני מחבלים למלון "ג'רמי" בנתניה, כשהם חמושים ברובי 16-M ורימוני יד. השניניים השליכו רימוני יד וירו על עוברי אורח ותיירים. את האירוע תיאר עד ראייה שכונה ██, שהיה מפקד צוות ביחידת "אלמוגי" של מג"ב. כאשר שמע את היריות הוא הגיע למלון בתוך 30 שניות, נתקל בפצועים בשעה שעדיין נמשכו היריות. ██ פתח במרדף אחרי המחבלים, ושניהם אותרו במדרגות של קניון הנמצא בסביבה, נורו ונהרגו (ראה חוו"ד פתולוגיה של המחבל שאדי גנימי ת/140א, וכן חוו"ד של המחבל השני ת/140ג). ██ אישר בעדותו כי למרבה הצער חלק מן הנפגעים היו מאש אנשי מג"ב (עמ' 117-118). בפיגוע נרצחה התינוקת אביה מלכה ז"ל וישראל יחיא ז"ל (ראה טופס הודעה על פטירה ת/140ב).

███ הגיש דו"ח ביקור טכנאי מז"פ בזירת הפיגוע, המתאר את תוצאותיו ואת הממצאים בזירה (ת/140ו ועדותו בעמ' 118), ותצלומים מהזירה (ת/140ז). חוו"ד של מחלקת החבלה של המשטרה קובעת כי למלון הושלך רימון יד שהתפוצץ (ת/140ה). מהדו"ח של רס"ר ███ עולה כי במקום נתפסו שני רובי 16-M ששימשו את המחבלים (ראה גם עדותו של רפ"ק ███ בעמ' 130).

**111.** ███ סיפר בחקירתו כי הוא הוציא לפועל את פיגוע הירי הנ"ל בנתניה, שבוצע על ידי שני אנשים ששמותיהם לא היו ידועים לו. השניים נשלחו אליו על ידי פעיל טרור אחר (███ ███, ה███ ארגן את הסעתם של השניים בשמארצרת ███, ואחר מסר ל███ שני רימונים ושני רובי 16-M. כמה שעות לאחר שהשניים הוסעו לבאקון אל שרקיה, משם נכנסו לישראל ברגל, שמע ███ בטלוויזיה על הפיגוע במלון בנתניה. הוא התקשר לכלי התקשורת ונטל אחריות על ביצוע הפיגוע (הודעתו של עויס ת/174ב עמ' 5, שהוגשה על ידי ███ בעמ' 191).

גם בפיגוע זה ניתן לקבוע על פי ראיות נסיבתיות חד-משמעיות כי ███ עומד מאחורי הפיגוע הנ"ל, אשר בוצע זמן קצר לאחר שצייד את המחבלים ברובי 16-M ורימונים, והסיעם לנקודה על הקו הירוק הקרובה לנתניה. הפיגוע אכן בוצע על ידי שני מחבלים שהיו מצוידים ברובי 16-M וברימונים, כמה שעות לאחר ש███ ███ ארגן את הסעתם לנתניה, ומכאן ברור שזה הפיגוע עליו דיבר ███ בחקירתו.

אין ראיות הקושרות את הנאשם לפיגוע זה בצורה ישירה, זולת הקשר הנובע ממעורבותו הכוללת והעקיפה בפיגועים שתכנן וביצע ███ (ראה סעיף 96 לעיל). השאלה המשפטית האם די בכל אלה