PLAINTIFF'S
EXHIBIT
465

Statement by Israel Police Statement No. 3 Sheet No. 1

| Identity No. 92442607 | First Name Munzar | Last Name Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed | | Sex Male | Religion Muslim |
| Date of Birth November 21, 1977 | Place of Birth Kuwait | Home Phone 059-720290 | Work Phone 02-2406515 | |
| Address of Residence Ramallah, his workplace | | Name and Address of Workplace The Red Crescent (Hilal Ahmar), Ramallah | | |
| Mobile phone No. 059-314801 | Father's Name Mahmoud | Parents' Address [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 2:45 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

On the date and time and in the place indicated above, I saw the above-named individual before me, and I said to him, I, a police officer, whose details are indicated above, inform you that I am about to question you and take your statement further to the statements that you gave during your questioning on April 23, 2002, and April 25, 2002. In addition, I remind you that you are being questioned under caution and that you need not say anything unless you want to; however, anything you say will be taken down by me and may be used as proof. Abstention from responding to questions may strengthen the evidence against you.

[Arabic signature] [Signature]

After I read before the above-named individual the statement above and translated it into the Arabic language for him, which he understands, he confirmed with his signature that he understood the content of the charge and the warning, and said of his good free will:

I want to tell you further to what I said in my statement. In 1993, I went out with the Shabiba movement in Anbata Tulkarm. When I was aged 14-15, I was approached in the neighborhood by Muafak Hassan Abu Ramla, aged about 30, married, known as Abu Hamad, a resident of Anbata, who suggested that I come with him for "activity", without telling me what he meant by activity. Before the activity, Muafak Hassan Abu Ramla asked me to bring a tape recorder with me. And I brought the tape recorder from home and at ten at night I departed with (1) Muafak Hassan Abu Ramla; (2) Samir Najib Noor, today aged about 28-30, a police officer in the Palestinian Authority, living in Anbata, and we went out on foot to the home of the Hasham Abu Zarar, aged about 35, married, working as a painter (Dahayan) and living in Anbata; together with us six-seven masked men came, and then we took Hasham Abu Zarar to a hill in Anbata, and we used force because Hasham Abu Zarar wanted to escape, and we seized and tied his hands (Rabtana) with a cloth. And then we came to the hill in Anbata [illegible; crossed out] and after that

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

Statement by Israel Police Statement No. 3 Sheet No. 2

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 3:10 p.m. | ~~Continued~~ | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

masked men stayed there and Muafak Hassan Abu Ramla and I returned to the village. Before Muafak and I went down, Muafak Abu Ramla took the tape recorder from me and gave it to a masked man. [illegible; crossed out]

And on the following day Muafak Abu Zahar returned the tape recorder to me, and after about 4-5 days I saw Hasham Abu Zarar in good physical condition. In the eighth month of 2001, Wafa Idris recruited me as a source (Mansour) for military intelligence (Isthabarat) and introduced me to Mohamed Katal; each time I had information, I would forward that information to Mohamed Katal. In my first statement I said that his name was Mohamed Katal [illegible; crossed out] and he is Mohamed Mahtasab Abu Ibrahim, but his real name is Kamal a-Din, aged about 40, whose is known as Abu Talal, married and living in Bitunia and he hails from Kafr Laban, and he is tall, mustached, fat and fair complexioned. In that period I worked and brought information of suspicions (Shibha) of vice (alhalkiya) and theft: (1) Ahmed Ramadan, aged about 30, married, known as Abu Yusef, an ambulance driver, a resident of Ramallah; (2) Mohamed Farah Awad, aged about 32, married, a first aid (Asaf) center manager, living in Kafr Akab, who used to live in the U.S.; (3) Faik Hassin, aged about 50, married, a deputy manager of the Red Crescent (Hilal al Ahmar) in Ramallah. A resident of Ramallah, he was suspected of stealing money; (4) Mohamed Adal Hababa, aged about 30, married, Abu Adal, an ambulance driver and a cleaner in Jerusalem, a resident of Beit Iksa. On January 2001, he talked to me about military issues. Abu Talal talked with me about a suicide attack in Israel and that this time a woman was sent, and the talk about the woman and the suicide raised the name of Wafa Idris. Abu Talal asked me what I thought about Wafa. I said to him that I did not know and we should ask her. And then Abu Talal approached Wafa Idris and invited her to his home

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 101**

Statement by Israel Police Statement No. 3 Sheet No. 3

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 3:35 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

In the home of Abu Talal, we sat down, Abu Talal and Wafa Idris and I, and we talked about the subject; I mean a suicide attack. And then initially Wafa Idris agreed and afterward she changed her mind. We said that the attack would be in Jerusalem, we did not say where in Jerusalem. Wafa Idris changed her mind because I told her that I was going down to Jerusalem, meaning that I would be a partner with her in the attack, and because of this Wafa withdrew her consent, and she did not want to be the reason that would endanger (Tathar) me.

And then Wafa Idris said that she would only put the explosive device in Jerusalem and so a suicide bomber would not be needed, and then Abu Talal agreed and said, no problem "Mafish Mushkala". After two days, Wafa Idris traveled to Jerusalem to go around the city and to check whether there were soldiers, checkpoints, and after that she returned to Abu Talal's house, and said that it was worth carrying out the attack in Yaffo Street, because there were many people there, and I was with her in Abu Talal's house. Abu Talal said to her: "Tomorrow I will call you and explain to her what she must do". This means how the explosive device will be activated. The explosive device had a clock connected to it. The day before the attack the three of us, Abu Talal and Wafa Idris and I, met in Abu Talal's house in the industrial area in Bitunia, and Abu Talal said to Wafa that she should come to the Nablus Gate with the explosive device, give the explosive device to a young man who I do not know and return; the young man knows what to do with the explosive device. Wafa Idris agreed to transfer the explosive device to Jerusalem. On the day of the attack, Wafa Idris was late in arriving and taking the explosive device from Abu Talal. Wafa Idris should have been at Mohamed Abu Talal's place at half past nine in the morning, but she was late and arrived at half past ten in the morning. She took the explosive device and traveled to Jerusalem, I do not know with which vehicle. Wifa Idris came to the Nablus Gate and saw the young man

[Arabic signature] [Signature]

Time of completion of taking of statement

Statement by | Israel Police | Statement No. 3 Sheet No. 4

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 4:00 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

and said to him that she [illegible; crossed out] would place the explosive device by herself. The young man telephoned Mohamed Abu Talal and told him that Wafa Idris would place the explosive device by herself. Then Abu Talal said to him: it is not important who places the explosive device. I know this because Abu Talal told me after the attack. At that time I was at work. An alarm clock was connected to the explosive device and Abu Talal knew the time at which the device was supposed to explode. When Abu Talal saw that the time was approaching, he called, from his mobile phone 059-337647, Wafa Idris and told her that there were seven minutes left, and after that he called again and told her that there were three minutes left. Wafa said to him "do not be scared about me" and hung up the mobile phone. Abu Talal and I talked and our estimate (Tahlil) was that Wafa Idris had been discovered with the explosive device and so [illegible; crossed out] she had not placed the explosive device and after a few minutes the explosive device exploded.

Question: You work at the Red Crescent as a medic who is supposed to save life. After that you are an accomplice in an attack in which people are killed.

Answer: I am explaining to you that I am not an accomplice, I just convinced Wafa to carry out the attack.

Question: What happened after the attack?

Answer: Three days after the attack, on January 30, 2002, the Preventive Intelligence came to arrest me. Abu Talal, who was at the site, argued with the Preventive Intelligence and told them that I was under surveillance (Murtab) and that the military intelligence (Isthabarat) had to arrest me and then Abu Talal took me to prison and told the prison warden, Abu Amadi, aged about 35, from Ramallah, that I was not an ordinary detainee (Sajin Aadi) and that he had to guard me ~~and give me~~ and put me in a room alone, without telling him why. After 40 days, Israeli aircraft bombed the Mukataa in Ramallah and I was released. My parents asked me why they had arrested me.

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 103**

Statement by | Israel Police | Statement No. 3 Sheet No. 5

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 4:15 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

I said because of my ties with Wafa Idris and in order to guard me ~~from the security~~ from the Preventive Intelligence and the IDF.

Question: What activity did Wafa Idris carry out that you know about?

Answer: She transferred cartridges from Qalandia checkpoint and transferred leaflets of the Fatah Organization to a-Ram checkpoint, and I know this because Wafa Idris told me.

Question: What is your additional activity? Investigator's comment: the above-named individual wishes to go to the toilet. It is 4:20 p.m. I stop the statement and allow the above-named individual to go to the toilet. It is now 4:30 p.m. I inform you that you are still being questioned under caution and you do not have to say anything unless you want to, but whatever you say will be written down by me and may be used as proof. Abstention from answering questions may strengthen the evidence against you. (Investigator's comment – I read him the question from row 17).

Answer: Abu Talal approached me before Wafa Idris carried out the attack in Jerusalem ~~and asked me~~ and suggested to me to transfer explosive devices in an ambulance. I refused because it would be a mistake to involve the Red Crescent in military activity, but after Wafa Idris carried out the suicide attack, I contacted Abu Talal and proposed that I drive explosive devices in the ambulance, but Abu Talal said to me: forget about it, and asked me to bring him information about checkpoints, forces, soldiers and arms and I gave him information about IDF forces before they went into Ramallah for the first time.

This is his statement, which was given of his good free will, which was read to him and translated into the Arabic language for him, which he understands, and he confirms it as correct by his signature.

[Arabic signature] [Signature] 4:45 p.m.

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 104**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8: 100-04.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 8: 100-04.

Dated: February 28, 2014

Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

KIRUT J MIHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

משטרת ישראל

הודעתו של: / الإفادة:

הודעה מס' / اعلان رقم: 3 — גליון מספר / نسخة رقم: 1

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 92442607 | מונזר | נור | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☒ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس: זכר | דת الدين: מוסלמי |
| תאריך לידה تاريخ الولادة: 21/11/1977 | מקום לידה مكان الولادة: כוביה | טל. בבית التلفون في البيت: 059-720290 | טל. בעבודה التلفون بمكان العمل: 02-2406515 |
| מען מגורים العنوان: רמאללה מחוז [illegible] | | שם ומען מקום העבודה اسم وعنوان مكان العمل: [illegible] | |
| מס' טלפון נייד رقم الهاتف اللاسلكي: 059-314801 | שם האב اسم الاب: מחמוד | כתובת החוזרים العنوان الاب | |

משה משה — מ.א. 99372-5 — חוקר תשאול [illegible]

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 13/05/02 | 11:45 | עופר | | | | | |

הנחקר הוזהר והובהר לו שבגין [illegible] ראיתי את הכל לפני ואמרתי 18 אני איש משטרה [illegible] מודיע כי אני [illegible] עבירות [illegible] אותך [illegible] בעיקר [illegible] האחרונים 23/04/02 ו- 25/04/02 כמו כן עבירות כי הינך נחקר באלה ואין אתה חייב לומר דבר אלא אם כן רצונך בכך אולם כל מה שתאמר ירשם על ידי ויוגש לבית המשפט המוסמך והימנעותך מלהשיב לשאלות עשויה לחזק את הראיות נגדך.

منذر محمود حسن نور

לאחר שהקראתי לפני הנ"ל את ההודעה לעיל ותרגמתי לו לשפה הערבית אותה הוא מבין אישר הנחקר ואמר כי הבין את תוכן האזהרה וההבהרה ואמר [illegible] החופשי: אני רוצה לספר לך בהמשך למה שסיפרתי בעדותי. אני בשנת 1993 אני יצאתי עם תנועת "השחרור" [illegible] אך ורק בשביל כסף אז ואני הייתי בן 14, 15. מואפק חסן אבו כמלה (בן 30 בערך, נשוי, [illegible]) [illegible] תושב עקרבא [illegible] לפעילות [illegible] בפעולות. לפני הפעולות [illegible] מואפק חסן אבו כמלה שאני יביא איתי [illegible] ואני הבאתי מהבית את [illegible] יצאתי [illegible] (1) מואפק חסן אבו כמלה (2) סמיר נג'יב נור [illegible] בן 28 בערך 30 שוטר [illegible] גר בעקרבא והלכנו ברגל לבית של האיש אבו צאבר בן 35 בערך, נשוי, [illegible] גר בעקרבא [illegible] איתנו [illegible] פנים [illegible] את האיש אבו צבאר ליד עקרבא. [illegible] כי האיש את צבאר רצה לברוח ואנחנו תפסנו [illegible] את ידיו עם סמרטוט. ולא [illegible] ליד עקרבא [illegible] ואחרי [illegible]

שעת סיום גביית ההודעה

231290 (6.01) 6200×50×2 ד.מ. דים — 3007ד"מ

منذر محمود حسن نور

משטרת ישראל

| דת הדין | מין / الجنس | גרוש / ☐ אלמן / ☐ נשוי / ☐ נשוי / ☐ | מצב משפחתי / الحالة الاجتماعية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية | גליון מספר / نسخة رقم ٢ | הודעה מס' / العلان رقم ٣ | הודיענו של / العلان رقم |

משה משה
מ.א. 99372-5

| התאריך / التاريخ 13/05/02 | שעת השעה / ساعة الساعة 15:10 | מקום המקום / مكان المكان | החוקר המלח |

משה משה

ת.ד. מ. רש 231290 (6.01) 6200×50×2

شهادة محمود جمال نمر

הודעתו של: / افادة: — משטרת ישראל — הודעה מס' 3 / افادة رقم — גליון מספר 3 / نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | מונדר | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج / רווק اعزب / גרוש مطلق / אלמן ارمل | מין الجنس | דת الدين |
|---|---|---|---|
| | רווק | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החורים العنوان الاب |
|---|---|---|
| | | |

משה משה
מ.א. 99372-5
חוקר תשאול [illegible]

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 15:35 | [illegible] | | | | | |

בבית של אבו טלאל, ישבנו אני, אבו טלאל. וופא אידריס
לשוחח על הנושא: כוונתי לפיגוע התאבדות. ואז
בהתחלה ופא אידריס הסכימה ואחר כך [illegible]
בה. אנחנו דברנו שהפיגוע יהיה בירושלים, איפה
בירושלים לא דברנו. וופא אידריס חזרה בה משום
שאני אמרתי לה שאני [illegible] לירושלים הכוונה שאני יהיה
שותף איתה בפיגוע, ובגלל זה וופא חזרה מהסכמתה.
והיא לא רוצה להיות הסיבה שתסכן (תקחתר) אותי.
ואז וופא אידריס אמרה שהיא רק תוביל את המטען
בירושלים ורק לא צריך להתאבד. ואז אבו טלאל הסכים
ואמר אין בעיה "[illegible]" אחרי יומיים נסעה ופא
אידריס לירושלים כדי להסתובב בעיר וכדי לבדוק אם
יש חיילים, מחסומים ואחר כך חזרה לבית של אבו
טלאל" ואמרה שכדי לבצע את הפיגוע [illegible]
[illegible] אנשים רבים. ואני הייתי איתה בבית של אבו טלאל.
אבו טלאל אמר לה: מחר אני אתקשר אליך ויסדיר לה
מה עליה לעשות הכוונה איך ויפעל המטען. המטען
היה מחובר שעון. יום לפני הפיגוע נפגשנו שלושתנו
אני, אבו טלאל, ווופא אידריס בבית של אבו טלאל
באיזור [illegible] ואבו טלאל אמר לוופא
שתגיע לשער שכם עם המטען. תתן את המטען לבחור
שאני לא מכיר [illegible], הבחור יודע מה לעשות עם
המטען" וואפא אידריס הסכימה להעביר את המטען לירושלים
ביום הפיגוע וופא אידריס איחרה להגיע ולקחת את המטען
מאבו טלאל. ופא אידריס הייתה צריכה להיות אצל [illegible]
אבו טלאל בשעה [illegible] וחצי בבוקר אבל איחרה והגיעה בשעה
תשע וחצי בבוקר. לקחה את המטען ונסעה לירושלים [illegible]
[illegible] רכב. ופא אידריס הגיעה לשער שכם וראתה את הבחור

שעת סיום גביית ההודעה

231290 (6.01) 6200×50×2 ד.מ. ר"ם — מ"ד 3007

[illegible signature]

הודעתו של: / افادة: | משטרת ישראל | הודעה מס' / افادة رقم 3 | גליון מספר / نسخة رقم 4

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| | מונדר | נור | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | | דת الدين |
| --- | --- | --- | --- |
| | ☐ נשוי متزوج ☑ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| | | | |

| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل |
| --- | --- | --- |
| | [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החורים العنوان الاب |
| --- | --- | --- |
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3/05/02 | 16:00 | אשקלון | | | רס"מ | משה משה 99372-5 חוקר תשאול לכיש | |

ואמרה לו שהיא [crossed out] תכין את המטען בעצמה. הבחור התקשר למחמוד אבו שאלל, וסיפר לו שוופא אידריס תכין את המטען בעצמה אז אבו שאלל אמר לו: לא חשוב מי יכין את המטען את זה אני יודע רק אבו שאלל סיפר לי אחרי הפיגוע. באותו הזמן אני הייתי בעבודה. המטען היה מחובר לשעון מעורר אבו שאלל ידע את הזמן שהמטען אמור להתפוצץ כשאבו שאלל ראה שהזמן מתקרב התקשר מהפלפון שלו 059-337647 לוופא אידריס ואמר לה שיש עוד שבע דקות ואחר כך התקשר שוב ואמר לה שנשארו שלוש דקות ווופא אמרה לו "אל תפחד עלי" וסגרה את הפלפון. אני ואבו שאלל [illegible] להערכה (התכוונו) שלנו שוופא אידריס התבלבלה עם המטען ולכן לא הכינה את המטען ואחרי כמה דקות [crossed out] התפוצץ המטען.

שאלה אתה עובד בספר האדום (חוברת שאומר להגן) [illegible] איך אתה שותף לפיגוע בו נהרגים אנשים?

תשובה אני מסביר לך שאני לא שותף אני רק שכנעתי את וופא לפיגוע.

שאלה מה קרה אחרי הפיגוע?

תשובה שלושה ימים אחרי הפיגוע בתאריך 30/01/2002 באו המודיעין המוסד ועצרו אותי. אבו שאלל שהיה במקום בזה התייפח עם המודיעין המוסד ואמר להם שאני הייתי בעיקר (מורכב) ושהמודיעין הצבאי (אסתחבאראת) דורשים לעצור אותי עכשיו אבו שאלל לקח אותי לרמאללה ואמר לגנרל "אבו עמאר" במרחק 35 ברמאללה ושאני לא עצור רגיל (סגן עאזי) ושישמור עלי [crossed out] ושיהיה איתי בחדר לבד "נמל" לספר [illegible] ולמה אחרי כמה ימים כוחות ישראליות הסתובבו את המוקטעה ברמאללה ואני שחררתי הלוי שאלו אותי למה עצרו אותי ו

שעת סיום גביית ההודעה

231290 (6.01) 6200×50×2 ד. מ. י"ם

3007ט"ם

הודעתו של: / افادة:

משטרת ישראל

הודעה מס' 3 / افادة رقم — גליון מספר 5 / نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | מונזר | נור | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☑ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|---|
| | רמאללה | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החורים العنوان الاب |
|---|---|---|
| | | |

משה משה מ.א. 99372-5 חוקר [illegible]

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 16:15 | משגב | | | | | |

אני אמרתי בגלל הדברים שלי עם ווסא אידריס וכדי לשמור על [illegible] המודיעין המפל וכו' — שאלה: אלה פעולות ביצעה ופא אדריס ושאתה יודע עליהן? תשובה: העבירה כדי למחסום קלנדיה [illegible] ברוצים [illegible] פתח למחסום אני יודע את זה כי ופא אידריס סיפרה לי. ———

שאלה: מה הפעולות הנוספות שלך? הערת חוקר: הנ"ל ביקש לצאת לשרותים. השעה 16:20 אני מפסיק את [illegible] ולאפשר לו לצאת לשרותים הערה כלל

16:30 ממשיך [illegible] עדיין [illegible] באלאקצה [illegible] חיים [illegible] דבר אלא את רצונך כדי [illegible] מה שאמר ויחשוב על ידי לעשות לשמש [illegible] מלחמים לשאלות [illegible]

(הערת חוקר. מקריא לו את השאלה מחדש)

תשובה: גם אלאק [illegible] לפני שופא אידריס ביצעה את הפיגוע ביררו שלום [illegible] לבצע לי שאני ועדים מטענים באמבולנס. אני סירבתי כי זה [illegible] שלא [illegible] את הסהר האדום כפעילות [illegible] אבל לאחר שופא אידריס ביצעה את פיגוע ההתאבדות, אני [illegible] אלאק והבאתי לו ליסוע מטענים באמבולנס [illegible] אמר לי: תספר [illegible] ולבקש ממני להביא לו מידעים על מחסומים, כוחות חיילים ונשקים ואני מסרתי לו מידע על כוחות צה"ל לפני שנכנסו [illegible] הרגשתי [illegible]. ———

כאן הודעתי אשר נמסרה מרצוני החופשי לאחר הקראה [illegible] ושפה הערבית אני הוא מבין ומאשר ונכון בחתימת ידו

16:45

שעת סיום גביית ההודעה

منذر محمود [illegible] نور