

PLAINTIFF'S
EXHIBIT
465

Statement by Israel Police Statement No. 3 Sheet No. 1

| Identity No. | First Name | Last Name | Name in Latin letters |
|---|---|---|---|
| 92442607 | Munzar | Noor | |

| Prior Name | Marital Status | Sex | Religion |
|---|---|---|---|
| | ☐ Married ☒ Single ☐ Divorced ☐ Widowed | Male | Muslim |

| Date of Birth | Place of Birth | Home Phone | Work Phone |
|---|---|---|---|
| November 21, 1977 | Kuwait | 059-720290 | 02-2406515 |

| Address of Residence | Name and Address of Workplace |
|---|---|
| Ramallah, his workplace | The Red Crescent (Hilal Ahmar), Ramallah |

| Mobile phone No. | Father's Name | Parents' Address |
|---|---|---|
| 059-314801 | Mahmoud | [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel |

| May 13, 2002 | 2:45 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

On the date and time and in the place indicated above, I saw the above-named individual before me, and I said to him, I, a police officer, whose details are indicated above, inform you that I am about to question you and take your statement further to the statements that you gave during your questioning on April 23, 2002, and April 25, 2002. In addition, I remind you that you are being questioned under caution and that you need not say anything unless you want to; however, anything you say will be taken down by me and may be used as proof. Abstention from responding to questions may strengthen the evidence against you.

[Arabic signature] [Signature]

After I read before the above-named individual the statement above and translated it into the Arabic language for him, which he understands, he confirmed with his signature that he understood the content of the charge and the warning, and said of his good free will:

I want to tell you further to what I said in my statement. In 1993, I went out with the Shabiba movement in Anbata Tulkarm. When I was aged 14-15, I was approached in the neighborhood by [redacted], aged about 30, married, known as [redacted], a resident of Anbata, who suggested that I come with him for "activity", without telling me what he meant by activity. Before the activity, [redacted] asked me to bring a tape recorder with me. And I brought the tape recorder from home and at ten at night I departed with (1) [redacted] (2) [redacted], today aged about 28-30, a [redacted] living in Anbata, and we went out on foot to the home of [redacted], aged about 35, married, working as a painter (Dahayan) and living in Anbata; together with us six-seven masked men came, and then we took [redacted] to a hill in Anbata, and we used force because [redacted] wanted to escape, and we seized and tied his hands (Rabtana) with a cloth. And then we came to the hill in Anbata [illegible; crossed out] and after that

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 100**

Statement by | Israel Police | Statement No. 3 Sheet No. 2

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

May 13, 2002 — 3:10 p.m. — ~~Continued~~
Date — Time — Place — Investigator — Ser. No. — Rank — First name — Last name

masked men stayed there and [redacted] and I returned to the village. Before [redacted] and I went down, [redacted] took the tape recorder from me and gave it to a masked man. [illegible; crossed out]

And on the following day [redacted] returned the tape recorder to me, and after about 4-5 days I saw [redacted] in good physical condition. In the eighth month of 2001, Wafa Idris recruited me as a source (Mansour) for [redacted] [redacted] and introduced me to [redacted]; each time I had information, I would forward that information to [redacted]. In my first statement I said that his name was [redacted] [illegible; crossed out] and he is [redacted], but his real name is [redacted], aged about 40, whose is known as [redacted], married and living in Bitunia [redacted], and he is tall, mustached, fat and fair complexioned. In that period I worked and brought information of suspicions (Shibha) of vice (alhalkiya) and theft: (1) [redacted] aged about 30, married, known as [redacted], an ambulance driver, a resident of Ramallah; (2) [redacted], aged about 32, married, a first aid (Asaf) center manager, living in Kafr Akab, who used to live in the U.S.; (3) [redacted], aged about 50, married, a deputy manager of the Red Crescent (Hilal al Ahmar) in Ramallah. A resident of Ramallah, he was suspected of stealing money; (4) [redacted], aged about 30, married, Abu Adal, an ambulance driver and a cleaner in Jerusalem, a resident of Beit Iksa. On January 2001, he talked to me about military issues. [redacted] talked with me about a suicide attack in Israel and that this time a woman was sent, and the talk about the woman and the suicide raised the name of Wafa Idris. [redacted] asked me what I thought about Wafa. I said to him that I did not know and we should ask her. And then [redacted] approached Wafa Idris and invited her to his home

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 101**

Statement by Israel Police Statement No. 3 Sheet No. 3

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | **Continued** | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 3:35 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

In the home of [redacted], we sat down, [redacted] and Wafa Idris and I, and we talked about the subject; I mean a suicide attack. And then initially Wafa Idris agreed and afterward she changed her mind. We said that the attack would be in Jerusalem, we did not say where in Jerusalem. Wafa Idris changed her mind because I told her that I was going down to Jerusalem, meaning that I would be a partner with her in the attack, and because of this Wafa withdrew her consent, and she did not want to be the reason that would endanger (Tathar) me.

And then Wafa Idris said that she would only put the explosive device in Jerusalem and so a suicide bomber would not be needed, and then [redacted] agreed and said, no problem "Mafish Mushkala". After two days, Wafa Idris traveled to Jerusalem to go around the city and to check whether there were soldiers, checkpoints, and after that she returned to [redacted]'s house, and said that it was worth carrying out the attack in Yaffo Street, because there were many people there, and I was with her in [redacted]'s house. [redacted] said to her: "Tomorrow I will call you and explain to her what she must do". This means how the explosive device will be activated. The explosive device had a clock connected to it. The day before the attack the three of us, [redacted] and Wafa Idris and I, met in [redacted]'s house in the industrial area in Bitunia, and [redacted] said to Wafa that she should come to the Nablus Gate with the explosive device, give the explosive device to a young man who I do not know and return; the young man knows what to do with the explosive device. Wafa Idris agreed to transfer the explosive device to Jerusalem. On the day of the attack, Wafa Idris was late in arriving and taking the explosive device from [redacted]. Wafa Idris should have been at [redacted]'s place at half past nine in the morning, but she was late and arrived at half past ten in the morning. She took the explosive device and traveled to Jerusalem, I do not know with which vehicle. Wifa Idris came to the Nablus Gate and saw the young man

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 102**

Statement by Israel Police Statement No. 3 Sheet No. 4

| Identity No. | First Name Munzar | Last Name Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence | Continued | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address [Stamp] Moshe Moshe Ser. No. 993762-4 / Lachish Intel | | |

| Date | Time | Place | Investigator | Ser. No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|
| May 13, 2002 | 4:00 p.m. | Ashkelon | | | | | |

and said to him that she [illegible; crossed out] would place the explosive device by herself. The young man telephoned [redacted] and told him that Wafa Idris would place the explosive device by herself. Then [redacted] said to him: it is not important who places the explosive device. I know this because [redacted] told me after the attack. At that time I was at work. An alarm clock was connected to the explosive device and [redacted] knew the time at which the device was supposed to explode. When [redacted] saw that the time was approaching, he called, from his mobile phone [redacted], Wafa Idris and told her that there were seven minutes left, and after that he called again and told her that there were three minutes left. Wafa said to him "do not be scared about me" and hung up the mobile phone. [redacted] and I talked and our estimate (Tahlil) was that Wafa Idris had been discovered with the explosive device and so [illegible; crossed out] she had not placed the explosive device and after a few minutes the explosive device exploded.

Question: You work at the Red Crescent as a medic who is supposed to save life. After that you are an accomplice in an attack in which people are killed.

Answer: I am explaining to you that I am not an accomplice, I just convinced Wafa to carry out the attack.

Question: What happened after the attack?

Answer: Three days after the attack, on January 30, 2002, the [redacted] came to arrest me. [redacted] who was at the site, argued with the [redacted] and told them that I was under surveillance (Murtab) and that the [redacted] [redacted] had to arrest me and then [redacted] took me to prison and told the prison warden, [redacted] aged about 35, from Ramallah, that I was not an ordinary detainee (Sajin Aadi) and that he had to guard me ~~and give me~~ and put me in a room alone, without telling him why. After 40 days, Israeli aircraft bombed the Mukataa in Ramallah and I was released. My parents asked me why they had arrested me.

[Arabic signature] [Signature]

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 103**

Statement by | Israel Police | Statement No. 3 Sheet No. 5

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters | |
|---|---|---|---|---|
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | Sex | Religion |
| Date of Birth | Place of Birth | Home Phone | Work Phone | |
| Address of Residence Continued | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | Parents' Address<br>[Stamp] Moshe Moshe<br>Ser. No. 993762-4 / Lachish Intel | | |

| May 13, 2002 | 4:15 p.m. | Ashkelon | Investigator | | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

I said because of my ties with Wafa Idris and in order to guard me ~~from the security~~ from the [redacted] and the IDF.

Question: What activity did Wafa Idris carry out that you know about?

Answer: She transferred cartridges from Qalandia checkpoint and transferred leaflets of the Fatah Organization to a-Ram checkpoint, and I know this because Wafa Idris told me.

Question: What is your additional activity? Investigator's comment: the above-named individual wishes to go to the toilet. It is 4:20 p.m. I stop the statement and allow the above-named individual to go to the toilet. It is now 4:30 p.m. I inform you that you are still being questioned under caution and you do not have to say anything unless you want to, but whatever you say will be written down by me and may be used as proof. Abstention from answering questions may strengthen the evidence against you. (Investigator's comment – I read him the question from row 17).

Answer: [redacted] approached me before Wafa Idris carried out the attack in Jerusalem ~~and asked me~~ and suggested to me to transfer explosive devices in an ambulance. I refused because it would be a mistake to involve the Red Crescent in military activity, but after Wafa Idris carried out the suicide attack, I contacted [redacted] and proposed that I drive explosive devices in the ambulance, but [redacted] said to me: forget about it, and asked me to bring him information about checkpoints, forces, soldiers and arms and I gave him information about IDF forces before they went into Ramallah for the first time.

This is his statement, which was given of his good free will, which was read to him and translated into the Arabic language for him, which he understands, and he confirms it as correct by his signature.

[Arabic signature] [Signature] 4:45 p.m.

Time of completion of taking of statement

M. 3007 D.M. J-lem 6200 x 50 x 2 (6.01) 231290

[Stamp] **P 8: 104**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF RINA NE'EMAN**

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P 8: 100-04.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P 8: 100-04.

Dated: February 28, 2014

Rina Ne'eman

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

KIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

הודעתו של: / افادة: [illegible]

משטרת ישראל

הודעה מס׳ / افادة رقم: 3 גליון מספר / نسخة رقم: 1

| מס׳ זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 92412607 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | נשוי متزوج ☐ רווק اعزب ☒ גרוש مطلق ☐ אלמן ارمل ☐ | [illegible] | [illegible] |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| 21/11/1977 | [illegible] | 059-720290 | 02-2406515 |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | [illegible] |

| מס׳ טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת תחרורים العنوان الاب |
|---|---|---|
| 059-314801 | [illegible] | |

משה משה מ.א. 99372-5

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס׳ אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 11:45 | [illegible] | | | | | |

[illegible handwritten statement, lines 1–28; legible fragments include: "23/04/02 - 25/04/02" (line 4), "1993" (line 14), "15, 14" (line 15), "30" (line 16), "28, 30" (line 22), "35" (line 23)]

[illegible signature]

שעת סיום גביית ההודעה

251290 (6.01) 6200×50×2

[illegible signature]

3067

הודעתו של: / افادة:

משטרת ישראל

הודעת מס' 3 افادة رقم — גליון מספר 2 نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | מונדר | נור | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ רווק أعزب ☐ גרוש مطلق ☐ אלמן أرمل ☐ | מין الجنس | דת الدين |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החוזרים العنوان الاب |
|---|---|---|
| | | |

משה משה
מ.א. 99372-5
חוקר משאל אמן לביש

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 15:10 | [illegible] | | | | | |

כשעלה הפנים נשארו שם יאני ומואפק חסן אבו רעלה הלכנו
לספרה. לפני שירדנו אני ומואפק לקח ממני מואפק
אבו רעלה את רשם היד ונתן אותו לרעד פנים.
למחרת החזיר לי מואפק אבו לפאר את רשם היד
ואחרי 4 ימים לערך ראיתי את האיש אבו לבאד
במזכב גופני אבל: בחודש שמיני 2001 הבא
אנשים עיסה איתי במקום (במעבור) למודיעין הדבאי (אסתחבארת)
והריבה אותי למחמד רתאל הל פעם שהיה לי מדע אני
הייתי מעביר את המידע למחמד רתאל. כעבדתי הראשון
סיפרתי ששמע מחמד רתאל והוא מחמד מתפסב "אבו
אברהים" אלא שמו האמיתי הוא כמאל אל-דין רבן סט
פעמי, כיניי - אבו כמאל, נשוי, גר בתעניק ומאפל
מספר ילדים, והוא גבוה, רזה שפם, שיער וקצר, לאדם
תקופה אני עבדתי והבאתי ידיעות על תצפית (שיבתא)
מוסב באחלאקייה לג'ניבה. (1) אחמד רמאדן - בן 30 לערך
נשוי [illegible] אבו יוסף נהג אמבולנס תושב רמאללה
(2) מחמוד פרח [illegible] בן 32 נשוי, מנהל מכל עזרה
ראשונה (הסהר) גר ברפר עבד בעזרה היה גר
קלאנדיה (3) פאיק חסין בן 50 נשוי, סגן מנהל
הסהר האדום (הילל אל אחמר) ברמאללה תושב רמאללה
היה תושב באג'ירה כסף. (4) מחמד עזאם תכאבה בן
30 כיכי נשוי, "אבו עדל" נהג אמבולנס ועוד [illegible]
בירושלים תושב בית איכסא. בחודש ראשון 2001
דיבר איתי על נושאים צבאיים. אבו כמאל דיבר איתי
על פיגוע התאבדות בישראל ושהפיגוע נעשה על ידי אישה
על אישה ופיגוע התאבדות עלה [illegible] ופא אידריס.
אבו כמאל שאל אותי אם הכרתי את ופא אמרתי לו לא ידעתי אותה
אותה". [illegible] אבו כמאל [illegible] ופא אידריס הרציון [illegible]

שעת סיום גביית ההודעה

231290 (6.01) 4200×50×2 ד.מ. ריס

منذر محمود خليل نور

300ד"מ

הודעה מס' 3 הודעה رقم — גליון מספר 5 نسخة رقم

משטרת ישראל

הודעתו של: افادة:

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي: מונזר | שם משפחה اسم العائلة: [illegible] | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | [illegible] | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החורים العنوان الاب | |

משה משה מ.א. 99372-5 חוקר [illegible]

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 15:35 | אשקלון | | | | | |

בהמשך של אבו טלאל, ידענו אני, אבו טלאל, וופא אידריס לשוחחנו על הנושא; כוונתי פיגוע התאבדות. ואנו בהתחלה וופא אידריס הסכימה ואחר כך חזרה בה. אמרתי לדעתנו שהפיגוע יהיה בירושלים, אבל בירושלים לא דרכנו ווופא אידריס חזרה בה משום שאני אמרתי לה שאני יצא לירושלים הכוונה שאני יהיה שותף איתה בפיגוע, ובגלל זה וופא חזרה מהסכמתה. והיא לא רוצה להיות הסיבה שאפגע (ניפגע) אני. אבל וופא אדריס אמרה שהיא רק תביא את המטען בירושלים ורק לא צריך בשביל זה ואז אבו טלאל הסכים ואמר אין בעיה "מפיש מושקלה" אחרי יומיים נסעה וופא אדריס לירושלים כדי להסתובב בעיר וכדי לבדוק אם יש חיילים, מחסומים ואחר כך חזרה. לבית של אבו טלאל" ואמרה שכדי לבצע את הפיגוע דרוש [illegible] 2 אנשים נכים. ואני הייתי איתם בבית של אבו טלאל אבו טלאל אמר לה: מחר אני יתקשר אליך ויסדיר לה מה עליה לעשות הכוונה איך ויבצע המטען. המטען היה מחובר שעון. יום לפני הפיגוע נפגשנו שלושתנו אנו, אבו טלאל, וופא אידריס בבית של אבו טלאל באזור הישיבה [illegible] ואבו ~~[illegible]~~ טלאל אמר לוופא שתגיע לשער שכם עם המטען. תתן את המטען לבחור שאני לא מכיר ונתנכר. הבחור [illegible] מה לעשות עם המטען" וופא אידריס הסכימה להעביר את המטען לירושלים ביום הפיגוע וופא אידריס איחרה להגיע ולקחת את המטען מאבו טלאל. וופא אדריס הייתה צריכה להיות אצל מחמד אבו טלאל בשעה 7 בבוקר אבל איחרה והגיעה בשעה עשר וחצי בבוקר. לקחה את המטען ונסעה לירושלים [illegible] באוטו רכב. וופא אידריס הגיעה לשער שכם וראתה את הבחור

שעת סיום גביית ההודעה

ד. מ. ירס 231290 (6.01) 6200x20x2 — 3007מ"ד

[signatures]

הודעה מס' / افادة رقم 3    גליון מספר / نسخة رقم 6

משטרת ישראל

הודעת של: / افادة:

| מס' זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | דת / الدين | מין / الجنس |
|---|---|---|---|
| | ☐ נשוי / متزوج ☑ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל. בבית / التلفون في البيت | טל. בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד / رقم الهاتف النقال | שם האב / اسم الأب | כתובת תחרים / العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 3/05/02 | 16:00 | אשקלון | | | | משה משה [stamp] | |

ואמרה לו שהיא ~~[illegible]~~ תניח את המטען בעצמה. הדרך התקשר למחמוד אבו שאלה, וסיפר לו שופא אידריס תניח את המטען בעצמה. אבו שאלה אמר לו: לא חשוב מי יניח את המטען את זה אני יודע [illegible] אבו שאלה סיפר לי אחרי הפיגוע. באותו הזמן אני הייתי בעבודה. המטען היה מחובר לשעון מעורר ואבו שאלה ידע את הזמן שהמטען אמור להתפוצץ כשאבו שאלה ידע שהזמן מתקרב התקשר מהפלפון שלו 059-337647 לשופא אידריס ואמר לה שיש עוד שלוש דקות ואחר כך התקשר שוב ואמר לה שנשארו שלוש דקות. ושופא אמרה לו "אל תלחץ עלי" וסגרה את הפלפון. אני ואבו שאלה דיברנו והערכנו (התחלנו) שאולי שופא אידריס התעסקה עם המטען ולכן לא הניחה את המטען ואחרי כמה דקות ~~[illegible]~~ התפוצץ המטען.

שאלה אתה עובד בסהר האדום (חובש) ואמור להציל חיים איך אתה שולח לפיגוע כדי להרוג אנשים?

תשובה אני מסביר לך שאני לא שלחתי אני רק שנתתי את ופא לפיגוע

שאלה מה קרה אחרי הפיגוע?

תשובה שלושה ימים אחרי הפיגוע בתאריך 30/01/2002 באו המודיעין הפלסטיני ועצרו אותי. אבו שאלה שהיה במקום [illegible] התחבא עם המודיעין [illegible] ואמר להם שאני הייתי בעניין (מעורב) ושהמודיעין הצבאי (אסתחבאראת) [illegible] לעצור אותי ואת אבו שאלה לקחו אותי לרמאללה ואמר [illegible] "אבו עמאר" במשך 35 [illegible] ושאני לא עצור [illegible] (סתם [illegible]) [illegible] ~~[illegible]~~ [illegible] איתי כחבר לבד [illegible] לספר לו ולמה אחרי [illegible] ימים מטוסים ישראלים הפציצו את המוקטעה ברמאללה ואני שוחררתי הוא שאלו אותי למה עצרו אותי

שעת סיום גביית ההודעה

ד.ם. יים 231290 (6.01) 6200×50×2    מ"ס 3007

[signatures]

הודעתו של: / افادة:

משטרת ישראל

הודעה מס' 3 افادة رقم

גליון מספר 5 نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | | דת الدين | מין الجنس |
|---|---|---|---|---|
| | ☐ נשוי متزوج ☐ רווק أعزب ☐ גרוש مطلق ☐ אלמן ارمل | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|---|
| | [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | | |

משה משה
מ.א. 99372-5
חוקר [illegible]

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דרגה الرتبة | מס' אישי الرقم الشخصي | החוקר المحقق | מקום المكان | שעה الساعة | תאריך التاريخ |
|---|---|---|---|---|---|---|---|
| | | | | | [illegible] | 16:15 | 13/05/02 |

[illegible]

16:15
שעת סיום גביית ההודעה

231296 (6.01) 6200×50×2 [illegible]

3007ט

[illegible]

P 8: 104