הודעתו של: / افادة:

משטרת ישראל

הודעה מס' 3 / افادة رقم — גליון מספר 3 / نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | מונזר | נור | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | נשוי متزوج ☐ רווק اعزب ☑ גרוש مطلق ☐ אלמן ارمل ☐ | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| רמאללה | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 15:35 | אשקלון | משה משה מ.א. 99372-5 חוקר תשאול אגף לכיש | | | | |

בביתו של אבו טלאל, ידענו אני, אבו טלאל, וופא אידריס לשוחחנו על הנושא: כוונתי פיגוע התאבדות. ואז בהתחלה וופא אידריס הסכימה ואחר כך חזרה בה. אנחנו דברנו שהפיגוע יהיה בירושלים, איפה בירושלים לא דברנו. וופא אידריס חזרה בה משום שאני אמרתי לה שאני יסע לירושלים הראשונה שאני יהיה שותף איתה בפיגוע, ובגלל זה וופא חזרה מהסכמתה. והיא לא רוצה להיות הסיבה שתסכן (תחסר) אותי. אז וופא אידריס אמרה שהיא רק תוביל את המטען בירושלים ורק לא צריך להתאבד ואז אבו טלאל הסכים ואמר אין בעיה "מפיש מושקלה" אחרי יומיים נסעה וופא אידריס לירושלים כדי להסתובב בעיר וכדי לבדוק אם יש חיילים, מחסומים ואחר כך חזרה לבית של אבו טלאל" ואמרה שכדי לבצע את הפיגוע דרוש יום ני-ב אנשים נכים. ואני הייתי איתה בבית של אבו טלאל. אבו טלאל אמר לה: מחר אני יתקשר אליך ויסדיר לה מה עליה לעשות. הכוונה איך ויפעל המטען. המטען היה מחובר לשעון. יום לפני הפיגוע נפגשנו שלושתנו אני, אבו טלאל, וופא אידריס בבית של אבו טלאל" באזור הנקרא כפוניא ואבו טלאל אמר לוופא שתגיע לשער שכם עם המטען. תתן את המטען לבחור שאני לא מכיר ונתגור, הבחור יודע מה לעשות עם המטען". וופא אידריס הסכימה להעביר את המטען לירושלים ביום הפיגוע וופא אידריס איחרה להגיע ולקחת את המטען מאבו טלאל. וופא אידריס היתה צריכה להיות אצל מחמד אבו טלאל בשעה תשע וחצי בבוקר. אבל איחרה והגיעה בשעה עשר וחצי בבוקר לקחה את המטען ונסעה לירושלים. לא יודע באיזה רכב. וופא אידריס הגיע לשער שכם וראתה את הבחור

שעת סיום גביית ההודעה

ד. מ. י"ם 6200×50×2 (6.01) 231290 — מז"ח 3007

הודעתו של: / إفادة:

משטרת ישראל

הודעה מס' 3 / إفادة رقم — גליון מספר 4 / نسخة رقم

| מס' זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| | מונזר | נור | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| | ☐ נשוי / متزوج ☑ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל. בבית / التلفون في البيت | טל. בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת החורים / العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق | מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|---|
| 3/05/02 | 16:00 | אשקלון | | | רס"ב | משה משה 89372-5 | |

ואמרה לו שהיא [crossed out] קנית את המטען בעצמה. הדבר התקשר למחמוד אבו טאלל וסיפר לו שויפא אידריס קנית את המטען בעצמה אז אבו טאלל אמר לו: לא חשוב מי קנית את המטען את זה אני יודע כי אבו טאלל סיפר לי אחרי הפיגוע. באותו הזמן אני הייתי בעבודה. המטען היה מחובר שעון מעורר ואבו טאלל ידע את הזמן שהמטען אמור להתפוצץ כשאבו טאלל ידע שהזמן מתקרב התקשר מהפלאפון שלו 059-337647 לוופא אידריס ואמר לה שיש עוד שבע דקות ואחר כך התקשר שוב ואמר לה שנשארו שלוש דקות וופא אמרה לו "אל תפחד עלי" וסגרה את הפלאפון. אני ואבו טאלל דיברנו והערכה (התחלנו) שלנו שויפא אידריס התעסקה עם המטען ולכן [crossed out] לא הניחה את המטען ואחרי כמה דקות התפוצץ המטען.

שאלה: אתם עובדים בסהר האדום (חובש) ואמור להציל חיים איך אתם שותפים לפיגוע בו נהרגים אנשים?

תשובה: אני מסביר לך שאני לא שותף אני רק שהסעתי את ופא לפיגוע

שאלה: מה קרה אחרי הפיגוע?

תשובה: שלושה ימים אחרי הפיגוע בתאריך 30/01/2002 באו המודיעין המסחר ועצרו אותי. אבו טאלל שהיה במקום זה התייפח עם המודיעין המסחר ואמר להם שאני הייתי בעיקר (מורכב) ושהמודיעין הצבאי (אסתכבאראת) דיברו לעצור אותי עוד. אבו טאלל לקח אותי לרמאללה ואמר למפקד הרמאללה "אבו עמאר" בין 35 מרמאללה ושאני לא עצור בגלל (סגן טאהר) ושישיר עלי [crossed out] לישיב אותי בחדר לבד "מבלי לספר" למה אחרי כמה ימים כוחות ישראלית הסגירו את המוקטעה ברמאללה ואני שחררתי הוא שאלו אותי למה עצרו אותי.

שעת סיום גביית ההודעה

231290 (6.01) 6200×50×2 ד. מ. י"ם

3007מ"ד

הודעתו של: / افادته:    משטרת ישראל    הודעה מס' 3 / افادة رقم    גליון מספר 5 / نسخة رقم

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | מונזר | נור | |
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ רווק اعزب ☑ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | הלאל | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת החורים العنوان الاب | |

משה משה
מ.א. 99372-5
חוקר ...

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 13/05/02 | 16:15 | משגב | | | | | |

אני אמרתי הדברים שלי עם ווּפא אידריס וכדי לשמור על מהמודיעין המפגע ולדבר ---

שאלה: אלה פעולה כיצד ופא אדריס ושלום יודע עליה ק... משרה העבודה רבים מחסום קלנדיה והגיעה בהרוגים של אחגאן פתוח למחסום אירם. אני יודע את זה כי ופא אידריס סיפרה לי.

שאלה: מה הפעולה הנוספת שלך? הערה: חוקר הגיע ע"ב לבאת לשחרור. השעה 16:20 אני ממשיך היום ולאפשר לך לצאת לשחרורים הגעה כעת 16:30 מודיעין כי אתה עדין נחקר באלפהה בלי אתה תוך זמן זכר אלאל אם הכוון כבר אולם מה שתאמר ויחשב על ידי עשוי לשמש הראה בעניין מלהיים לשאלות עשוי להקל את האות בגדך

הערת חוקר. עמדתי לו את השאלה מחדש

תשובה: גם אלאל היה אז לפני שופא אידריס ביצעה את הפיגוע בירושלים הביא לי שאני ועבירם מעוניים בראמבולנס. אני סדרתי ני כן תמה שלום עזרם את הספר האדום בפעולות דבקות. אבל אחרי שופא אידריס ביצעה את פיגוע ההתאבדות, אני פגשתי עבדו אלאל והצעתי לו להסיע מעונים באמבולנס אבל עבדו אלאל אמר לי: שפרו מהמעיין ולבקש ממני להביא לו מידעים על מחסומים, כוחות חיילים ונשקים ואני מסרתי לו מידע על כוחות צה"ל לפני שנכנסו בפעם הראשונה לרמאללה.

זאת הודעתי אשר נמסרה מרצוני החופשי ואשר הוקראה ותורגמה לי ואשר הקלדה אותה הוא מבין ומאשרה נכונה בחתימת ידי

16:45

שעת סיום גביית ההודעה

منذر محمود خليل نور