| Statement by | | Israel Police | | Statement No. 1 Sheet No. 1 | |
|---|---|---|---|---|---|
| Identity No. 902442607 | First Name Munzar | | Last Name Noor | Name in Latin letters | |
| Prior Name - | Marital Status ☐ Married ☒ Single ☐ Divorced ☐ Widowed | | | Sex M | Religion Muslim |
| Date of Birth November 21, 1977 | Place of Birth | | Home Phone | Work Phone | |
| Address of residence Anbata, Ramallah | | | Name and Address of Workplace Red Crescent, Ramallah | | |
| Mobile phone No. | Father's Name Mahmoud | Grandfather Khalil | Parents' Address | | |

| <u>Apr. 25, 2002</u> | <u>3:28 p.m.</u> | <u>Ashkelon Police</u> | Investigator | <u>99106</u> | <u>1st Sgt.</u> | <u>Yaakov</u> | <u>Barazani</u> |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  I saw the above-named individual before me and I informed him that I, a police officer, Yaakov
2  Barazani 99106, inform you that you are suspected of actions against the security of the Area and of
3  persuading Wafa Idris to carry out a suicide attack on Jaffa Street in Jerusalem. You do not have to
4  say anything but this will strengthen the evidence against you, and anything you say will be written
5  down by me. After he understood the content of the warning and the charge.

6                                                                          Barazani Yaakov 99106.
7                                                                          X [Arabic signature]
8  I understood what you have said to me and I want to give my statement willingly (pen replaced). In
9  June 2001, I got to know Wafa Idris when I was working at the Red Crescent in al-Bireh. She is about
10 28 years old, divorced, and she also worked there with me; when we talked, she said that she was fed
11 up with her life, and had married and she is small and she did not graduate from her studies and that
12 in the first *intifada* [uprising] she also participated by throwing stones in Ramallah, she also said that
13 there were people who behave (aggregate) badly and they had to be fought. After about two weeks
14 she told me that if I wanted to work with her on this, then we would work by keeping an eye on the
15 behavior of the people from the Red Crescent, and she told me that I would meet her supervisor at the
16 Palestinian Authority. I agreed, but I said to her that I agreed only if I would work only with her and
17 would not be registered at the Palestinian Authority.
18 In August 2001, I went with her to the Mukataa for a meeting, and we arrived there at the place of
19 Mohamed Muhsatib, age about 40, working for the Military Intelligence, his mobile phone number is
20 059336747 or 059337647, I don't remember the number exactly, and his alias is "Abu Ibrahim", that
21 is what I heard one of the workers calling him and after we got to know each other I said there to
22 Mohamed that I would work without being registered at the Palestinian Authority.
23 <u>Question</u>: On how many occasions did you meet?
24 <u>Answer</u>: Once a week and sometimes once every two weeks, and he also gave me the mobile phone
25 number that I gave you earlier in order to call him in urgent cases. On Thursday, January 24, 2001, it
26 was three days before Wafa carried out her suicide attack, I called Mohamed at his office and asked to
27 meet him, and we met in the afternoon at the Mukataa. And my hand was bloodstained because I
28 cared for people of the Palestinian Authority who had shot at IDF soldiers in a-Tira.
   Mohamed asked me in order to know about a suicide attack and wanted to know, and I said to him: I
   am against these attacks, because anyone who carries out attacks inside Israel kills innocent people
   (Abria) and Israel does not shoot at civilians and it is possible to carry out attacks against the Israeli
   Army only

| [Arabic signature] | Barazani Yaakov 99106 |
|---|---|

Time of completion of taking of statement

M. 3007                          D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] **P 8: 109**



PLAINTIFF'S EXHIBIT 467

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 2 |
|---|---|---|---|---|

| Identity No. | First Name<br>Munzar | Last Name<br>Noor | Name in Latin letters |
|---|---|---|---|

| Prior Name | Marital Status<br>☐ Married  ☐ Single  ☐ Divorced  ☐ Widowed | | Sex | Religion |
|---|---|---|---|---|

| Date of Birth | Place of Birth | Home Phone<br>Continued | Work Phone |
|---|---|---|---|

| Address of residence | Name and Address of Workplace |
|---|---|

## Continued

| Mobile phone No. | Father's Name | Parents' Address |
|---|---|---|

| Apr. 25, 2002 | 3:46 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1 that shoots at Palestinian military forces. I asked Mohamed if he had somebody who was prepared to
2 carry out a suicide attack, he asked me whether I was prepared to carry out a suicide attack and I
3 refused, and then Mohamed told me that in his opinion Wafa was suitable for carrying out a suicide
4 attack and that the suicide attack would be in a-Tira. Mohamed also asked me to convince Wafa to
5 carry out the attack because we were good friends, and I said to him that it would be hard for me
6 because she was a good friend of mine. Mohamed said on the contrary, because I am her friend, I
7 could convince her better than others. He asked me to talk to her when the two of us would be alone;
8 in the evening I called Wafa and she told me that she wanted to die and that we should stay away
9 from her and leave her  alone. I tried to calm her down (Raika) and Wafa said that she could not tell
10 me. I called Mohamed and told him what had happened with Wafa and I asked him whether he knew
11 why she was like that. Mohamed told me that he had asked her to carry out a suicide attack, and then
12 I called Wafa again and told her that I knew why she felt like that, and she asked who told me about
13 it and asked me what I thought. I told her that if she was happy about the matter, then I would be
14 happy about the matter, too, and if not, then no and what she would want to do. Wafa asked me not
15 to talk to her about the suicide matter and she wanted to think it over. After some time, Wafa called
16 again and said that she had decided to commit suicide, but she did not want me to have anything to
17 do with it. I told her in that call that if she wanted to commit suicide then I wanted to commit suicide
18 too, and if she wanted to live, I also wanted to live, and she said that she did not want me to get into
19 the subject. I called Mohamed and told him that Wafa was prepared to carry out an attack, and
20 Mohamed asked for us to come to his office in the Mukataa on Friday, January 25, 2002. And we
21 came to the office, Wafa and I, and there she told Mohamed that she did not want to carry out the
22 attack, and we were surprised, Mohamed started to talk with her to convince her, and she did not
23 want to hear him, and when I wanted to talk, she interrupted me too and asked me to leave the room,
24 Mohamed and Wafa stayed alone in the room for about a quarter of an hour and talked, and then
25 Mohamed asked me to take Wafa, and asked me while we were leaving the room for me to persuade
26 Wafa. And we went out, Wafa and I, and we sat in the "Rukab" Café in Ramallah, and I asked her
27 why she did not want to carry out an attack, and she said that she did not want to die, but she agreed
28 to lay an explosive device, and then I returned her to her home, and I told Mohamed after that that
   Wafa was prepared to lay an explosive device.

| [Arabic signature] | Barazani Yaakov 99106 |
|---|---|

Time of completion of taking of statement

M. 3007

D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] **P 8: 110**

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 3 | |
|---|---|---|---|---|---|
| Identity No. | First Name<br>Munzar | | Last Name<br>Noor | Name in Latin letters | |
| Prior Name | Marital Status<br>☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone<br>Continued | Work Phone | |
| Address of residence | Continued | | Name and Address of Workplace | | |
| Mobile phone No. | Father's Name | | Parents' Address<br>Continued | | |

| Apr. 25, 2002 | 4:01 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  Mohamed said that he would check the issue of laying an explosive device. On Saturday, January 26,
2  2002, Mohamed called me and asked me to come to Manara in Ramallah. I arrived there and
3  Mohamed asked me to explain to Wafa how to reach Jerusalem from Beit Hanina.
4  Question: To what place in Jerusalem?
5  Answer: To explain to her how to reach Jaffa Street in Jerusalem via Shuafat, so that Wafa would
6  find a place there in Jerusalem where she would lay an explosive device. He asked that after Wafa
7  arrived from the visit to Jerusalem, for me to return her to the Mukataa. I met with Wafa in
8  Jerusalem Street in Ramallah, it is next to the Red Crescent in Ramallah, and I explained to her how
9  to get to Jerusalem, to Jaffa Street. Wafa went to Beit Hanina and from there to Shuafat, and when
10 she was inside Jerusalem, said to me that she was lost and did not know where she was. I explained
11 to her how to get out of Jerusalem and she eventually left for Ramallah, at 4:00 p.m. Wafa called me
12 and told me that she had come to Jerusalem Street in Ramallah, and asked me to come to take her,
13 and I came and took her in my vehicle and she traveled to Mohamed's office in the Mukataa, We sat
14 with him. Wafa said that she could reach Jerusalem via Beit Hanina and Shuafat, but in Jaffa Street
15 she saw many soldiers and that there was no good way of laying an explosive device and leaving the
16 place, but she would try to do it. Mohamed asked me to bring a bag behind the door of his office and
17 bring it.
18 Q/A: The schoolbag is black and it is slung on a shoulder, and the bag is closed with a black string,
19 and the bag has a color on which it said in English, I don't know what it said, there was also a handle
20 at the top. I took the bag in my hand. Mohamed told me to be careful when I bring the bag, and not
21 to open it and to put it next to Wafa on the floor. Mohamed told Wafa to pick up the bag and see
22 what it weighed, and she said that it was not very heavy. Wafa asked how to activate the explosive
23 device, and Mohamed said that he would explain it to her on the following day. We went out, Wafa
24 and I, from the Mukataa and I went home. On Saturday night, I was working the night shift at the
25 Red Crescent until Sunday morning, from midnight on Saturday to 8:00 on Sunday morning. On
26 Sunday morning, January 27, 2002, when I got up, the clerk Diana Hassin, aged 25, living in Silwad
27 and working as a clerk at the Red Crescent, told me that Wafa had asked her for 20 shekels and that
28 she had errands, and she went out on errands early in the morning. She asked Diana to send me her
   regards. I called Wafa and she did not answer, her telephone was off, and then I called

[Arabic signature]                              Barazani Yaakov 99106

                                                Time of completion of taking of statement
M. 3007                           D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] P 8: 111

| Statement by | | Israel Police | | Statement No. 1 Sheet No. 4 |
|---|---|---|---|---|
| Identity No. | First Name Munzar | | Last Name Noor | Name in Latin letters |
| Prior Name | Marital Status ☐ Married ☐ Single ☐ Divorced ☐ Widowed | | | Sex | Religion |
| Date of Birth | Place of Birth | | Home Phone Continued | Work Phone |
| Address of residence | Continued | | Name and Address of Workplace | |
| Mobile phone No. | Father's Name | | Parents' Address Continued | |

| Apr. 25, 2002 | 4:18 p.m. | Ashkelon Police | Investigator | 99106 | 1st Sgt. | Yaakov | Barazani |
|---|---|---|---|---|---|---|---|
| Date | Time | Place | | Ser. No. | Rank | First name | Last name |

1  Mohamed and told him that Wafa was not answering, and we met at 12:00 p.m. in Manara Square.
2  Mohamed met with me and traveled with me in his vehicle and said *"Allah Hu Aalam Wafa*
3  *Istashadat"* [English: "Only God knows, Wafa has martyred herself."]
4  Question: Why did he say that?
5  Answer: Mohamed told me that he had talked with Wafa in the morning, when she came to Jaffa
6  Street in Jerusalem, that is what he told me, and Mohamed told her to lay an explosive device and
7  flee from the site. Mohamed said that he had called Wafa once again and told her to lay the explosive
8  device and run away. Wafa said to him: wait a moment, and hung up. Mohamed told me that he felt
9  that there were people around Wafa and she could not talk, and maybe she had been caught. I asked
10 Mohamed how we would know that she was alive, and Mohamed said that we should wait a little,
11 we went to the place next to the Arab Bank in Ramallah and we saw news on Arabic television, and
12 it said that a young woman had carried out a suicide attack on Jaffa Street in Jerusalem. Mohamed
13 told me that it seemed to him that it was Wafa and I went back to work at the Red Crescent. On
14 Tuesday January 29, 2002, I came to Wafa's home to meet her parents and Khalil, her brother, and
15 Wafa's mother told me that Wafa had gone to her girlfriend who had told her fortune from her coffee
16 grounds and told her that what she had thought about would happen and that was all there was.
17 This is my statement and I am signing that everything that I have stated is the truth, after the
18 testimony was read out loud and translated into Arabic.
19
20
21
22
23
24
25
26
27
28

| [Arabic signature] | Barzani Yaakov | 99106 |
|---|---|---|

Time of completion of taking of statement

M. 3007                            D.M. J-lem 219470 (11.2000) 10.000x50x2

[Stamp] **P 8: 112**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                                  Plaintiffs,

                                                        No. 04 Civ. 00397 (GBD) (RLE)

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                  Defendants.

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.      The attached translation from Hebrew to English is an accurate representation of the
        document received by Rina Ne'eman Hebrew Language Services, to the best of my
        knowledge and belief. The document is designated as P 8: 109-12.

2.      I am a professional translator with a B.A. in International Relations from the Hebrew
        University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in
        Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full and
        accurate translation of the Hebrew-language document bearing the bates number,
        P 8: 109-12.

Dated: February 28, 2014

                                                        Rina Ne'eman

ss.: New Jersey

    On the 28 day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


Notary Public


HAMUT J MIMRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

משטרת ישראל

| שם משפחה אסם العائلة | שם פרטי الاسم الشخصي | מס' זהות رقم الهوية |
| --- | --- | --- |
| | | 303442607 |

הודעתו של:
الاعلان/ة

שם קודם الاسم السابق

מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ גרוש مطلق ☐ רווק أعزب ☐ אלמן أرمل ☐

מין الجنس | דת الدين

תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة

מען מגורים العنوان

מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الأب

כתובת ההורים العنوان الأب

שם וזמן מקום העבודה اسم وعنوان مكان العمل

טל. בעבודה التلفون بمكان العمل | טל. בבית التلفون في البيت

| תאריך התاريخ | שעה הساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 25.4.02 | 1528 | | | 90/06 | | | |

_[Handwritten statement, 28 numbered lines — illegible]_

שעת סיום גביית ההודעה

219470 (11.2000) 10.000×50×2  ה.פ.י"ם

3007-מ

P 8: 109

משטרת ישראל

| שם משפחה<br>اسم العائلة | שם פרטי<br>الاسم الشخصي | דרגה<br>الرتبة | מס' אישי<br>الرقم الشخصي | החוקר<br>المحقق | מקום המקום<br>مكان | שעה השעה<br>الساعة | תאריך התاريخ |
|---|---|---|---|---|---|---|---|

(handwritten content — illegible)

משטרת ישראל

| הודעה מס' / גליון מספר | שם באותיות לטיניות الاسم في حروف انكليزية | שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | מס' זהות رقم الهوية |
|---|---|---|---|---|

| דת الدين | מין الجنس | אלמן أرمل | גרוש / רווק مطلق/أعزب | נשוי / מצב משפחתי متزوج/الحالة الاجتماعية | שם קודם الاسم السابق |

| טל' בעבודה מקום העבודة التلفون بمكان العمل | טל' בבית التلفون في البيت | מקום לידה مكان الولادة | תאריך לידה تاريخ الولادة |

| שם ומען מקום העבודה اسم وعنوان مكان العمل | מען מגורים العنوان |

| כתובת ההורים العنوان الأب | שם האב اسم الأب | מס' טלפון נייד رقم الهاتف اللاسلكي |

החוקר / المحقق

| שם משפחה اسم العائلة | שם פרטי الاسم الشخصي | דרגה الرتبة | מס' אישי الرقم الشخصي | מקום המקان | שעה الساعة | תאריך التاريخ |
|---|---|---|---|---|---|---|

*(handwritten content, lines 1–28, illegible)*

שעת סיום גביית ההודעה
219470 (11.2000) 10.000×50×2    ה.ב.י"ם    3007-ם

משטרת ישראל

| הודעה מס׳ | גליון מספר | 
|---|---|

הודעתנו של:
אעلان تبع

| מס׳ זהות רقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐ | רווק اعزب ☐ | גרוש مطلق ☐ | אלמן ارمل ☐ | מין الجنس | דת الدين |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |

| מס׳ טלפון נייד الهاتف اللاسلكي رقم | שם האב اسم الأب | כתובת ההורים العنوان الاب |

| תאריך التاريخ | שעה הساعة | מקום المكان | החוקר الحقق | מס׳ אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28. 

שעת סיום גביית ההודעה

219470 (11,2000) 10.000×50×2   ר.מ.י״ם

מ׳7003

P 8: 112