הודעתו של: / اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم ____ גליון מספר / نسخة رقم ____

| מס' זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين |
|---|---|---|---|
| | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| מען מגורים العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق: מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 25.4.02 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible handwritten statement, lines 1–28]

שעת סיום גביית ההודעה

219470 (11.2000) 10.000×50×2 ד.מ.י.ם

מ"ז 3007

[illegible signatures]

הודעתו של:
اعلان تبع:

משטרת ישראל

הודעה מס׳ 1 اعلان رقم
גליון מספר 4 نسخة رقم

| מס׳ זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל. בבית التلفون في البيت | טל. בעבודה التلفون بمكان العمل |
| מען מגורים العنوان | | שם ומען מקום העבודה اسم وعنوان مكان العمل | |
| מס׳ טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب | |

| תאריך التاريخ | שעה الساعة | מקום המכון | החוקר المحقق | מס׳ אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 2.4.02 | 16:18 | [illegible] | | 99106 | רס"מ | [illegible] | [illegible] |

[illegible]

שעת סיום גביית ההודעה

219470 (11.2000) 10.000×50×2 ד.מ.י״ם

3007מ״

P 8: 112