5. The Department shall keep a copy of each payment authorization sent.

### Article 35

In the case of widespread transfers in the prisons, the Department of Communications with the Prisons, after conducting the necessary communications, may specify a payment procedure as needed in each individual prison. The same applies in the case of inspection and confiscation of prisoners' possessions in the prison.

### Article 36

In the case of general disorders in the prison, aggression by the prison administration against the prisoners, and confiscation of their possessions, the Minister may, at the earliest opportunity he has, submit an urgent request to provide emergency help to the prisoners, to be distributed based on the need of each prisoner.

### Article 37

A 400 Shekel clothing allowance shall be paid to prisoners twice a year, to the prisoners' agents, in addition to their salary; once in the middle of the year, and once again at the end of the year, through the Ministry of Finance.

### Article 38

A prisoner shall lose his right to a monthly living allowance and a clothing allowance in the following situations:

1. If the prisoner is released from detention.

2. If the prisoner dies while in detention.

3. If the prisoner cuts off relationships with the group of prisoners and prefers to live in solitary [confinement] for reasons connected with his national group.

### Article 39

After agreement with both parties, the Ministry of Finances and the Ministry of Detainees and Ex-Detainees Affairs, the Council of Ministers issues its decision in this regard.

### Article 40

All relevant agencies, each as it applies to them, must implement this decision effective the date it is issued. Such decision shall also be published in the official gazette.

Ahmed Qurei

Chairman of the Council of Ministers

Source: Website of the International Campaign of the Ministry of Detainees and Ex-Detainees Affairs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "Palestinian Law, The Prisoners Law of Detainees and Ex-Detainees (Nov. 19, 2004)."

2. I am a professional translator with advanced ACTFL Certification in Arabic. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Palestinian Law, The Prisoners Law of Detainees and Ex-Detainees (Nov. 19, 2004)."

Dated: February 28, 2014

_____
Clark Hayes

ss.: New Jersey

On the 28th day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28th day of February, 2014

_Lanore C. Smith_
Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified In Kings County
Commission Expires March 12, 20 15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as "Palestinian Government Decision Regarding Payments to Prisoners (2006)."

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Palestinian Government Decision Regarding Payments to Prisoners (2006)."

Dated: February 28, 2014

Adnane Ettayebi

ss.: New Jersey

On the 20 day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
20 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

2013/10/28 01:10:44





الخفش: الإفراجات لم تنزع الأقدمية ولم تشمل أسرى القدس والداخل..

التضامن: محاكم الاحتلال العسكرية تمدد توقيف (9 أسرى)..

الشبكة الأوروبية: ضرار أبو سيسي يعاني من تدهور صحي خطير ويجب الإفراج عنه فورا..

الاحتلال يجدد الاعتقال "الإداري" للنائب عطون 6 أشهر للمرة الثانية..

قانون الأسرى والمحررين والأنظمة واللوائح التابعة له بعد إقراره من قبل مجلس الوزراء الفلسطيني

بيان (112): المركز الفلسطيني للدفاع عن الأسرى يستنكر ويرفض تقديم الزميل ثامر سباعنة لمحكمة الاستئناف ويدعو لجنة الحريات لتحجيم تلك الانتهاكات.........المزيد

بيان (111): المركز الفلسطيني للدفاع عن الأسرى يحذر الجميع من الالتفاف على إضراب الأسرى ويؤكد أن الأسرى يواصلون معركتهم بكل ثقة.........المزيد

قانون الأسرى والمحررين والأنظمة واللوائح التابعة له بعد إقراره من قبل مجلس الوزراء الفلسطيني

قانون الأسرى والمحررين

رقم (19) لسنة 2004م

رئيس السلطة الوطنية الفلسطينية

بعد الاطلاع على القانون الأساسي المعدل

وبناء علي ما اقره المجلس التشريعي بجلسته المنعقدة بتاريخ 2004/12/22م

أصدر القانون التالي :

مادة (1)

يكون للكلمات والعبارات التالية المعاني المخصصة لها أدناه ما لم تدل علي خلاف ذلك :

السلطة الوطنية : السلطة الوطنية الفلسطينية.

مجلس الوزراء : مجلس وزراء السلطة الوطنية.

الوزراء: وزارة شئون الأسرى والمحررين أو الوزارة المختصة بهم.

الأسير: كل من يقبع في سجون الاحتلال علي خلقية مشاركته في النضال ضد الاحتلال .

الأسير المحرر: كل أسير تم تحريره في سجون الاحتلال.

هل تعتقد أن الإعلام الفلسطيني مهتم بقضية الأسرى في سجون الاحتلال على النحو المطلوب؟
- مهم بدرجة عالية
- مهم بدرجة ضعيفة
- غير مهم بالقضية

تصويت

عرض النتائج

استفتاءات سابقة

مادة(2)

الأسرى والأسرى المحررين شريحة مناضلة وجزء لا يتجزأ من نسيج المجتمع العربي الفلسطيني وتكفل أحكام هذا القانون حياة كريمة لهم ولأسرهم.

مادة (3)

لتحقيق أهداف هذا القانون تعمل السلطة الوطنية بكل الوسائل الممكنة علي ما يلي :

1. تحرير الأسرى من سجون الاحتلال .
2. تقديم كل المتطلبات القانونية لمساعدة الأسير .
3. توفير الحقوق المالية للأسير وأسرته طبقا لأحكام هذا القانون وبما يتوافق مع سلم الرواتب المعمول به.
4. توفير فرصة التحصيل العلمي للأسير وأبنائه.
5. تأهيل الأسرى المحررين.
6. تأمين الوظائف للأسرى المحررين وفقا لمعايير تأخذ بعين الاعتبار السنوات التي أمضاها الأسير في السجن وتحصيله العلمي وذلك وفق نظام يصدره مجلس الوزراء.



مادة ( 4 )

لا يجوز للسلطة الوطنية التوقيع أو المشاركة في التوقيع على معاهدة سلام لحل القضية الفلسطينية دون إطلاق سراح جميع الأسرى .

مادة ( 5 )



الأسير معاذ بلال وموقف يسجل بماء الذهب (مقال/ فؤاد الخفش)



1. كل أسير محرر أمضى في سجون الاحتلال مدة لا تقل عن خمس سنوات وكل أسيرة أمضت مدة لا تقل عن ثلاث سنوات يتم إعفاؤهم مما يلي :
- رسوم التعليم الدراسي الجامعي الحكومي
- رسوم التأمين الصحي
- رسوم أي دورة تأهيلية في نطاق البرامج التي تنظمها الجهات الرسمية المتخصصة

2- يحدد مجلس الوزراء حالات الإعفاء المذكورة في الفقرة السابقة وفقا للنظام يصدر بهذا الشأن.

### مادة ( 6 )

تمنح السلطة الوطنية كل أسير ودون تمييز مصروفا شهريا داخل السجن وتصرف له بدل ملابس بمعدل مرتين في العام وفقا لنظام يصدر بهذا الشأن.

### مادة (7)

1- على السلطة أن تصرف لكل اسير راتبا شهريا يحدده النظام ويكون مربوطا بجدول غلاء المعيشة.
2- يصرف لأفراد عائلة الأسير جزء من راتبه طبقا لمعايير النفقة القانونية المعمول بها.
3- يحدد الأسير وكيله في استلام راتبه الشهري أو ما تبقى منه.

### مادة ( 8 )

1- تحسب سنوات الأسر لكل موظف من الأسرى والمحررين وفقا لأحكام المادة (107) من قانون الخدمة المدنية (4) لسنة 1998 واللوائح الصادرة بهذا الشأن .
2- تلتزم السلطة الوطنية بدفع أقساط التأمين والمعاشات للأسير الموظف عن سنوات الأسر.

### مادة (9)

علي الوزارة بالتعاون مع الجهات ذات العلاقة إعداد قاعدة بيانات موثقة عن الأسرى والأسرى المحررين وظروف وأسباب اعتقالهم وجرائم الاحتلال التي مورست بحقهم.

### مادة ( 10 )

يكون للسلطة الوطنية الحق بإقامة الدعاوى المتعلقة بجرائم المحتلين بحق الأسرى والمطالبة بأي تعويضات عن الأضرار التي لحقت بهم نتيجة لذلك ولكل أسير محرر وأسير الحق في إقامة مثل هذه الدعاوى.

### مادة ( 11 )

يصدر مجلس الوزراء الأنظمة اللازمة لتنفيذ أحكام هذا القانون

### مادة ( 12 )

يلغي كل حكم يخالف أحكام هذا القانون

### مادة ( 13 )

على جميع الجهات المختصة – كل فيما يخصه – تنفيذ أحكام هذا القانون ويعمل به بعد ثلاثين يوما من تاريخ نشره في الجريدة الرسمية .

صدر بمدينة غزة بتاريخ : 27/ديسمبر/2004ميلادية
الموافق : 15/ذو القعدة /1425 هجرية
روحي فتوح
رئيس السلطة الوطنية الفلسطينية

### الأنظمة التابعة للقانون

قرار مجلس الوزراء رقم ( ) لسنة 2006م
بأنظمة قانون الأسرى والمحررين

مجلس الوزراء :

بعد الإطلاع على قانون الأسرى والمحررين رقم (19) لسنة 2004م والمقر من قبل المجلس التشريعي بجلسته المنعقدة بتاريخ 2004/12/22م، ومن رئيس السلطة الوطنية الفلسطينية بتاريخ 2004/12/27م، ونشره في الوقائع الفلسطينية في العدد الرابع والخمسون بتاريخ 2005/4/23م، وعلى ضوء ماعرضه وزير شؤون الأسرى والمحررين بجلسة مجلس الوزراء رقم ( 40) والمنعقدة بتاريخ 2005/11/23م، وعلى ماأقره مجلس الوزراء بنفس الجلسة .

قرر ما يلي :

### مادة (1)

تصدر أنظمة قانون الأسرى والمحررين التالية :
1- نظام تأمين الوظائف للأسرى المحررين .
2- نظام صرف راتب شهري للأسير وأسرته .
3- نظام تأمين مصروف وبدل ملابس سنوياً للأسير داخل السجون والمعتقلات الإسرائيلية.
4- نظام إعفاء من رسوم التعليم المدرسي والجامعي ورسوم التأمين الصحي ورسوم الدورات التأهيلية .

### مادة (2)

لغايات تطبيق أحكام هذا القانون يكون للكلمات والعبارات التالية المعاني المخصصة لها أدناه، ما لم تدل القرينة على خلاف ذلك

الوزارة : وزارة شؤون الأسرى والمحررين .
الوزير : وزير شؤون الأسرى والمحررين .
الأسير : كل من يقبع في سجون الإحتلال على خلفية مشاركته في النضال ضد الإحتلال .
الأسير المحرر : كل أسير تم تحريره من سجون الإحتلال .
الإدارة العامة للشؤون الإدارية والمالية : الإدارة العامة للشؤون الإدارية والمالية في الوزارة.
الموظف المختص : الموظف المختص في دائرة الشؤون الإدارية والمالية .
الأوراق الثبوتية : كل ما يلزم من مستندات وشهادات علمية وشهادات إثبات اعتقال وشهادات الحالة الاجتماعية والخبرة .. الخ .
الوكيل : الشخص المخول باستلام الراتب نيابة عن الأسير.
البنك : أحد البنوك المتواجدة في الأراضي الفلسطينية وتعمل وفق تصريح من السلطة الوطنية الفلسطينية.
دائرة الرقابة والتدقيق : دائرة الرقابة والتدقيق بالوزارة .
الإدارة العامة لبرنامج تأهيل الأسرى المحررين : الإدارة العامة لبرنامج تأهيل الأسرى المحررين في وزارة الأسرى .
دائرة التعليم : دائرة التعليم في الإدارة العامة لبرنامج تأهيل الأسرى المحررين في الوزارة .
دائرة التدريب : دائرة التدريب في الإدارة العامة لبرنامج تأهيل الأسرى المحررين في الوزارة .
دائرة التأمين الصحي : دائرة التأمين الصحي في الإدارة العامة لبرنامج تأهيل الأسرى المحررين في الوزارة .
دائرة الاتصال بالسجون : دائرة من دوائر الإدارة العامة لشؤون الأسرى والمحررين .
المقصف : الحاجات التي يتم شراؤها بالمصروف الشهري الذي يصل للأسير.

**أولاً : نظام تأمين الوظائف للأسرى المحررين**

**مادة (3)**

أ- لكل أسير محرر الحق في أن تؤمن له وظيفة في إحدى وزارات أو أجهزة السلطة إذا توفرت فيه الشروط التالية:-
1- أن يكون قد أمضى فترة من خمس سنوات فما فوق داخل الأسر بسبب مقاومته للاحتلال دون استثناء سواء كانت هذه الفترة على مرة واحدة أو بفترات متقطعة.
2- أن تكون هذه الفترة / الفترات مثبتة بأوراق رسمية صادرة عن منظمة الصليب الأحمر أو شهادة من الوزارة المسؤولة تثبت صحة اعتقاله .
3- يمكن للأسرى الذين اعتقلوا قديماً أو اعتقلوا في السجون في السجون العربية على خلفية نضاله للقضية ولا يمتلكون الأوراق الرسمية الصادرة عن الصليب الأحمر، الحصول على ما يثبت صحة اعتقاله ومصدقة من الوزير .
4- أن لا يكون الأسير المحرر يعمل في أي مؤسسة رسمية أو أهلية يتقاضى منها راتب دوري .
5- أن لا يكون له مصدر رزق آخر سواء من تجارة أو إدارة معمل أو مصنع أو مكتب خدمات يدر عليه دخلاً مناسباً.
6-أن لا يمتلك عقارات وأملاك منقولة أو غير منقولة تدر عليه دخلاً دائماً يمكنه من الحياة الكريمة .
7-استثناءا تنطبق نفس الشروط على الأسيرات اللاتي امضين فترة لا تقل عن عامين ونصف داخل الأسر، وينقطع هذا الراتب المقطوع عند حصولها على عمل .

**مادة (4)**

الأسير الذي أمضى ما يزيد عن ثلاث سنوات داخل الأسر، وأصيب أثناء الاعتقال أو بسببه بمرض عضال أقعده عن العمل يمكن النظر في ملفه للاستفادة من الراتب المقطوع بعد توفر الشروط الواردة في المادة (3) إضافة إلى التالي :
1- أن تكون إصابته بالمرض أثناء الاعتقال أو بسبه .
2- أن لا يكون قد تلقى أي تعويضات عن هذه الإصابة .
3- أن يثبت عدم مقدرته على العمل بتقرير طبي صادر عن لجنة طبية حكومية .
4- أن لا يكون مستفيداً من أي مؤسسه أخرى بسبب إعاقته.

**مادة (5)**

أ- تتسلم الإدارة العامة للشؤون الإدارية والمالية عبر الموظف المختص من الأسير المحرر كافة الأوراق الثبوتية اللازمة، وتتأكد من مطابقتها للشروط .
ب- يعد الموظف المختص ملفاً خاصاً لكل أسير محرر يتضمن الأوراق الثبوتية والتوصيات اللازمة.
ج- يرتب الموظف المختص ملفات الأسرى وفقاً لسنوات الاعتقال التي أمضاها داخل الأسر.
د- تعرض كافة الملفات الجاهزة مرفقة بتقرير عنها على الوزير وذلك للمصادقة عليها .
هـ- ترسل الإدارة العامة للشؤون الإدارية نسخة عن الملف لديوان الموظفين العام ونسخة أخرى لوزارة المالية.
و- يتم تبليغ الأسير المحرر برد ديوان الموظفين العام، ووزارة المالية ويتم العمل على استكمال النواقص الموجودة في الملف من خلال وزارة شؤون الأسرى والمحررين .

**مادة (6)**

أ- بعد استكمال الإجراءات الخاصة بتعيين الأسير المحرر يتم توزيع الأسرى المحررين على الشواغر في الوزارات والأجهزة والمؤسسات الحكومية الأخرى وذلك بدلاً من موظف شاغر أو اعتماد مالي حديث وفقاً لقانون الموازنة العامة السنوي .

ب- تحدد درجة الأسير المحرر الوظيفية استناداً إلى عدد السنوات التي أمضاها في الأسر، والشهادات العلمية الحاصل عليها .

ج- في حال عدم وجود شاغر يفرز على (منتدى الثقافة والتنمية ) بعد إنشاءه و يصرف للأسير المحرر راتب مقطوع بشكل شهري.

د- يحصل الأسرى المحررين الذين أمضوا خمس سنوات فما فوق على الدرجات المبينة في الجدول التالي وما يقابلها من راتب يحدد حسب سلم الرواتب للوظائف المعمول به من قبل وزارة المالية لكافة موظفي السلطة الوطنية الفلسطينية وفق قانون الخدمة المدنية .

| عدد سنوات السجن | الدرجة المدنية | الرتبة العسكرية |
|---|---|---|
| 5 سنوات وأقل من 7 سنوات | رئيس قسم | ملازم |
| 7 سنوات وأقل من 8 سنوات | نائب مدير | نقيب |
| 8 سنوات وأقل من 10 سنوات | مدير C | رائد |
| 10 سنة وأقل من 15 سنة | مدير B | مقدم+ أقدمية |
| 15 سنة وأقل من 20 سنة | مدير A | عقيد+ أقدمية |
| 20 سنة وأقل من 23 سنة | مدير عام | عميد |
| 23 سنة وأقل من 25 سنة | وكيل مساعد | عميد |
| 25 سنة وما فوق | وكيل وزارة | عميد بأقدمية |

وفي حالة شغل أي منهم لوظيفة مدنية أو عسكرية يلزم استكمال كافة المستلزمات العلمية المطلوبة لهذه الوظيفة .

هـ- يتم العمل بما يلي :
يمنح الأسرى المحررين درجاتهم المستحقة .
من يملك الإمكانيات للعمل يتم ترشيحه للعمل في المؤسسة المدنية أو العسكرية مع الرتبة التي يتم منحها له.

و- الأسرى الذين أمضوا أقل من خمس سنوات، ولا ينطبق عليهم ما ورد في البند 3/7، والمادة الرابعة من اللائحة التنفيذية لقانون الأسرى والمحررين يستفيدوا من دورة بطالة مدتها ستة شهور .

ز- تقدم للأسرى المحررين حديثاً للمساهمة في بناء مستقبلهم المساعدات المالية الفورية لهم حسب الجدول التالي :

أقل من عام يصرف له     ($500)
أكثر من عام وحتى ثلاث سنوات يصرف له     ($1000)
أكثر من 3 سنوات وحتى 5 سنوات ويصرف له     ($2000)
أكثر من 5 سنوات وحتى 8 سنوات يصرف له     ($3000)
أكثر من 8 سنوات وحتى 11 عام يصرف له     ($4000)
أكثر من 11 عام وحتى 15 عام يصرف له     ($5000)
أكثر من 15 عام وحتى 18 عام يصرف له     ($6000)
أكثر من 18 عام وحتى 21 عام يصرف له     ($7000)
أكثر من 21 عام وحتى 25 عام يصرف له     ($8000)
أكثر من 25 عام يصرف له     ($10000)

ح- الأسرى المحررين الذين لم يتقاضوا راتب شهري عن فترة اعتقالهم يمكنهم الحصول على مستحقاتهم عن هذه الفترة كمتأخرات عبر وزارة شؤون الأسرى والمحررين.

مادة (7)
يعتبر الراتب المقطوع حق شخصي للأسير المحرر أثناء حياته لا يجوز بأي حال من الأحوال تحويله إلى منتفع آخر .

مادة (8)
1- يوقف صرف الراتب المقطوع عن الأسير المحرر في الحالات التالية:-
أ- إذا مارس أو اتضح انه يمارس مهنة أخرى تدر عليه أجراً دورياً.
ب- إذا أعيد اعتقاله من قبل جيش الاحتلال الإسرائيلي، يحول في هذه الحالة إلى متضرر ويعتمد الراتب المصروف من وزارة شؤون الأسرى والمحررين .
ج- إذا مارس وظيفته في حالة وجود شاغر في أحد المؤسسات أو الأجهزة أو الوزارات الحكومية وينتقل بذلك إلى ملاك الجهة المعنية ويحصل على راتب كامل .
د- إذا توفي ينتفع ورثته من الراتب وفقاً للتالي :-
الأسير المتزوج :
1- الزوجة والأبناء القصر ينتفعوا بما قيمته 75% من الراتب .
2- آخر الأبناء القصر أو البنات الغير متزوجات ينتفعوا بما قيمته 50% من الراتب .
الأسير الأعزب :

1- الوالد والوالدة (شرط أن يكون المتوفي هو المعيل لهما أثناء حياته) + الأشقاء القصر ينتفعوا بما نسبته 75% من الراتب .
2- آخر شقيق قاصر أو البنت غير المتزوجة ولا تعمل ينتفعوا بما نسبته 50% من الراتب .
هـ- إذا طلب منه الالتحاق بأحد الجهات الرسمية التي بها شواغر، ورفض الامتثال لهذا الطلب

**ثانياً : نظام صرف راتب شهري للأسير وأسرته**

مادة (9)

لكل أسير فلسطيني أو عربي داخل السجون والمعتقلات الإسرائيلية الحق في أن يتلقى راتباً شهريا يصرف له أو لأسرته إذا توافرت فيه الشروط التالية:-
أ- إذا كان اعتقاله بسبب مقاومته للاحتلال.
ب- إذا لم يكن يتلقى راتباً شهرياً من أي مؤسسة حكومية أو غير حكومية أخرى.

مادة (10)

على ذوي الأسير إحضار الأوراق الثبوتية التالية :
1- شهادة أصلية من الصليب الأحمر تفيد باعتقاله، ويتم تجديد هذه الورقة كل 3 شهور، للأسير الذي مازال قيد التوقيف، وكل عام للأسير المحكوم .
2- لائحة الاتهام الصادرة من النيابة العسكرية الإسرائيلية.
3- صورة البطاقة الشخصية للأسير.
4- صورة عن البطاقة الشخصية لوكيل الأسير.
5- صورة عن شهادة الزواج إذا كان متزوج.
6- صورة عن شهادات ميلاد الأبناء.
7- رقم حساب باسم الوكيل في إحدى البنوك داخل أراضي السلطة الوطنية.
8- قرار الحكم إذا ما صدر عليه حكم من المحاكم الإسرائيلية.

مادة (11)

يتم تسليم كافة الأوراق الثبوتية للموظف المختص في المقر الفرعي لوزارة الأسرى في مكان سكن الأسير، وإن لم يكن من سكان المناطق التي تقع تحت إشراف السلطة الوطنية الفلسطينية، يتم تسليم الأوراق في اقرب مقر فرعي لمكان سكناه.

مادة (12)

إذا كان الأسير متزوج، فزوجته هي الوكيل الشرعي له، وإن كان غير متزوج أحد والديه، ويمكن للأسير أن يوكل شخص آخر لاستلام راتبه بموجب وكالة صادرة من الصليب الأحمر ومذيلة بتوقيعه.

مادة (13)

تعد الإدارة العامة لشؤون الأسرى ملفاً خاصاً يتضمن كافة الأوراق الثبوتية للأسير وملاحظاتها على الملف والمقدار المحدد للراتب المقرر صرفه وفقاً للحالة، وتعرض الملف كاملاً على دائرة الرقابة والتدقيق للتيقن من صحة الأوراق وتطابق الراتب مع محتويات الملف.

مادة (14)

يسري اعتماد الملف للأسير مالياً عند التأكد من عدم تقاضيه راتب من أي مؤسسة حكومية أو خاصة بمجرد اكتمال جميع الأوراق ووجود لائحة اتهام في الملف، وفي حالة عدم وجود لائحة اتهام يتم اعتماده إذا كان اعتقاله إدارياً .

مادة (15)

يتم صرف الراتب من تاريخ اعتماد الملف وليس من تاريخ الاعتقال، والفترة الواقعة بين تاريخ الاعتقال وتاريخ الاعتماد لمن يتم اعتماده تصرف كمتأخرات رواتب بعد الاعتماد .

مادة (16)

إذا كان الأسير متزوج من أكثر من زوجة، تحصل كل منهما على راتب الأسير كاملا لمدة خمسة عشر عاماً، إذا ما بقي الأسير في الأسر، وبعد ذلك يتم دراسة ملف الأسير والبت في الراتب، آخذين بعين الاعتبار كبر أولاد الأسير وتقسيم زيادة الراتب الناتج عن زيادة سنوات الاعتقال مناصفة بين الزوجتين .

مادة (17)

تصرف علاوة خاصة للأسرى من سكان القدس لدعم صمودهم، ونظرا لارتفاع مستوى المعيشة لديهم.

مادة (18)

يصرف الراتب للأبناء حتى سن 18 سنة، وللبنت غير المتزوجة والتي لا تعمل .

مادة (19)

يوقف صرف الراتب في الحالات التالية :
1- إذا تحرر الأسير من الأسر .
2- إذا توفي الأسير داخل الأسر يحول إلى راتب متوفي وفقاً للتالي .
الأسير المتزوج :
1- ينتفع الزوجة والأبناء القصر بما قيمته 75% من الراتب .

2- ينتفع أخر الأبناء القصر أو البنات غير المتزوجات بما قيمته 50% من الراتب .

الأسير الأعزب :

1- ينتفع الوالد والوالدة (شرط أن يكون المتوفي هو المعيل الوحيد لهما أثناء حياته.) والأشقاء القصر بما نسبته 50% من الراتب .

2- أخر شقيق قاصر والشقيقة غير المتزوجة ولاتعمل ينتفعون بما نسبته 50% من الراتب .

مادة (20)

يتم صرف الراتب للأسير إستناداً للسنوات التي أمضاها في الأسر وفقاً للجدول التالي :

| عدد سنوات الأسر | الراتب الأساسي بالشيكل | علاوة الزوجة بالشيكل | علاوة الأبناء حتى سن 18 سنة بالشيكل | علاوة القدس بالشيكل |
|---|---|---|---|---|
| من بدء الأسر وأقل من 5 سنوات | 1000 | 300 | 50 لكل ابن / ابنة | 300 |
| من 5 سنوات وأقل من 10 سنوات | 1300 | 300 | 50 لكل ابن/ ابنة | 300 |
| من 10 سنوات وأقل من 15 سنة | 2000 | 300 | 50 لكل ابن/ ابنة | 300 |
| من 15 سنة وأقل من 17 سنة | 2500 | 300 | 50 لكل ابن/ ابنة | 300 |
| من 17 سنة وأقل من 20 سنة | 3000 | 300 | 50 لكل ابن/ ابنة | 300 |
| من 20 سنة وأقل من 25 سنة | 3500 | 300 | 50 لكل ابن/ ابنة | 300 |
| أكثر من 25 سنة | 4000 | 300 | 50 لكل ابن/ ابنة | 300 |

مادة (21)

تبدأ رواتب الأسرى من الحد الأدنى للأجور في السلطة الوطنية الفلسطينية ويرتبط الراتب الأساسي بجدول غلاء المعيشة .

**ثالثاً : نظام إعفاء الأسرى المحررين من رسوم التعليم المدرسي والجامعي ورسوم الدورات التأهيلية**

مادة (22)

أ- لكل أسير محرر الحق في الإعفاء من رسوم التعليم المدرسي والجامعي ورسوم الدورات التأهيلية في نطاق البرامج التي تنظمها الجهات الرسمية المختصة، إذا توافرت فيه الشروط التالية:

1- أن يكون قد أمضى فترة لا تقل عن خمس سنوات أو الأسيرة التي أمضت فترة لا تقل عن ثلاث سنوات داخل الأسر بسبب مقاومته للاحتلال، سواء على فترة واحدة أو فترات متقطعة، وإن تكون هذه الفترة مثبتة بأوراق رسمية صادرة عن منظمة الصليب الأحمر.

2- الأسير الذي لا يستطيع إحضار الأوراق الرسمية الصادرة عن الصليب الأحمر بسبب قدم فترة الاعتقال يمكنه إحضار ورقة إثبات اعتقال مصادق عليها من الوزير .

ب- تستمر الخدمات التي يقدمها برنامج تأهيل الأسرى المحررين بتقديم خدمة للأسير المحرر بغض النظر عن المدة التي أمضاها داخل الأسر وفقاً للشروط المتفق عليها بين البرنامج والدول المانحة، والسياسة المتبعة من قبل البرنامج.

مادة (23)

أ - الأسير المحرر الذي يستفيد من خدمة التعليم عليه إحضار المستندات التالية:-

1- شهادة إثبات اعتقال ( صليب احمر )
2- آخر شهادة تعليمية حصل عليها .
3- شهادة قيد في الجامعة ( من يرغب في الاستفادة من التعليم الجامعي )
4- صورة بطاقة هوية للأسير.

ب - حتى يستفيد الاسير المحرر من خدمة التامين الصحي عليه إحضار المستندات التالية:

1- شهادة إثبات اعتقال ( صليب احمر).
2- صورتين شخصية + صورة للمستفيدين معه من التامين.
3- صورة عن بطاقة هوية الاسير.

ج - لكي يستفيد الأسير المحرر من خدمة التدريب في الدورات التأهيلية التي تنظمها الجهات المختصة، عليه إحضار المستندات التالية :

1- شهادة إثبات اعتقال ( صليب احمر ).
2- آخر شهادة تعليمية حصل عليها.
3- صورة عن بطاقة هويته.

مادة (24)

1- تتسلم الإدارة العامة لبرنامج تأهيل الأسرى المحررين وعبر موظفيها المختصين من الأسرى المحررين كافة الأوراق الثبوتية اللازمة وتتأكد من صحتها ومطابقتها للشروط.

2- يعد الموظف المختص ملف خاص لكل أسير محرر يتضمن الأوراق الثبوتية والتوصيات اللازمة.

3- كافة المراجعات بخصوص طلبات الاستفادة من الإعفاء تتم عند الموظف المختص .

4- على الاسير الذي يرغب بالاستفادة من الإعفاء من رسوم الدورات التدريبية التوقيع على تعهد بعدم الانقطاع عن الاستفادة من هذه الخدمة .

مادة (25)

الإدارة العامة لبرنامج تأهيل الأسرى المحررين هي الجهة الوحيدة المختصة بمراسلة الجهات التي يرغب الاسير الاستفادة منها، وهي الجهة الوحيدة المخولة بتلقي الردود .

مادة (26)

1- الاستفادة من الإعفاء من الرسوم المدرسية والجامعية، والاستفادة من الإعفاء من الدورات التأهيلية هو حق شخصي للأسير المحرر لا يجوز التنازل عنه لغيره.

2- يتم خصم رسوم التأمين الصحي شهرياً للأسير المحرر الذي يتقاضى راتب مقطوع من راتبه الشهري المقطوع .

مادة (27)

1- الأسير الذي يزيد دخله عن ثلاث آلاف شيكل لا يعفى من رسوم الجامعة إلا إذا كان عنده أكثر من ولد .

2- الأسير الذي عنده أكثر من ولد ودخله يزيد عن خمسة آلاف شيكل لا يعفى من رسوم الجامعة.

مادة (28)

1- للاستمرار في الاستفادة من الإعفاء من رسوم التعليم الجامعي على الاسير المحرر أن يحصل على معدل تراكمي يزيد عن 60% .

2- للاستمرار في الاستفادة من الإعفاء من رسوم التدريب على الأسير الالتزام بعدم الانقطاع عن التدريب .

مادة (29)

تقدم خدمة الإعفاء من رسوم التعليم الجامعي لمرة واحدة.

مادة (30)

استثناءاً يمكن للأسرى الذين امضوا فترة اقل من 5 سنوات والأسيرات اللاتي أمضين فترة أقل من ثلاث سنوات، الاستفادة من خدمة التأمين الصحي لمدة عام واحد .

مادة (31)

يتم التوقف عن تقديم الخدمات للأسير في الحالات التالية:

1- إذا استمر انقطاعه عن الاستفادة من خدمة التدريب.

2- إذا لم يحصل ولفصلين متتاليين على معدل تراكمي 60% وما فوق للمستفيدين من خدمة الإعفاء من رسوم التعليم الجامعي .

3- إذا توفي الاسير لا ينتقل الحق في الاستفادة لورثته.

4- استثناءاً تستمر عائلة الاسير من الاستفادة من الإعفاء من رسوم التامين الصحي في حالة وفاته .

**رابعاً : نظام تأمين مصروف شهري للأسير داخل السجن وبدل ملابس مرتين سنوياً.**

مادة (32)

يحق لكل أسير داخل السجن أعتقل على خلفية مقاومة الاحتلال، ويتواجد بين بقية الأسرى، أو موجود في العزل الانفرادي كإجراء عقابي من إدارة المعتقل، يحق له إن يحصل على مصروف شهري وبدل ملابس بمعدل مرتين في العام بغض النظر عن انتمائه الحزبي والتنظيمي .

مادة (33)

يحصل كل أسير على مصروف شهري داخل الأسر (الكنتينة) المعمول به في الوزارة والمتفق عليه مع وزارة المالية .

مادة (34)

دائرة الاتصال بالسجون في الإدارة العامة لشؤون الأسرى والمحررين هي الجهة الوحيدة المخولة بتوزيع المصروف على الأسرى وفقاً للإجراءات التالية:

1- تحصل الدائرة على الأعداد الصحيحة عن عدد الأسرى في كل سجن استنادا لاتصالاتها مع كل سجن على حدى .

2- تعد الدائرة قوائم خاصة بأسماء الأسرى وأرقام الحسابات الخاصة بهم داخل السجن.

3- تجهز الدائرة أذنات الصرف المطلوبة وفقاً لعدد الأسرى واستناداً للقوائم التي لديها وتوقعها من الوزير لتسيير عملية الصرف .

4- للدائرة الصلاحيات ووفقا لتقديراتها أن ترسل المصروف على رقم كل أسير على حدى، أو أن تقسم المبالغ على مجموعات وفقا للحاجة .

5- على الدائرة أن تحتفظ بصورة عن كل أذن صرف يصدر .

مادة (35)

في حالة حدوث تنقلات واسعة في السجون، لدائرة الاتصال بالسجون ويعد إجرائها اللازمة لاتصالاتها أن تحدد آلية الصرف وفقاً لحاجة كل سجن على حدى، ونفس الشيء يسري في حالة حدوث تفتيش ومصادرة لمقتنيات الأسرى في السجن.

مادة (36)

في حالة حدوث اضطرابات عامة في السجون، واعتداء إدارة السجن على الأسرى ومصادرة مقتنياتهم، يمكن للوزير في اقرب فرصة التقدم بطلب عاجل لتقديم مساعدة طوارئ للأسرى توزع وفقاً لحاجة كل سجن.

مادة (37)

يصرف بدل ملابس للأسير بمعدل مرتين في السنة بقيمة 400 شيكل كل مرة لموكيل الأسير زيادة .على راتبه .مرة في منتصف السنة ،وأخرى في آخر السنة من خلال وزارة المالية .

مادة (38)

يفقد الأسير حقه في تلقي المصروف الشهري وبدل الملابس في الحالات التالية:

1- إذا تحرر الاسير من المعتقل.
2- إذا توفي الاسير داخل المعتقل.
3- إذا قطع الأسير علاقته بمجموع الأسرى وآثر الحياة الانفرادية لأسباب تتعلق مع المجموع الوطني الأسير .

مادة (39)

بعد الاتفاق مع الطرفين وزارة المالية ووزارة شؤون الأسرى والمحررين يصدر قرار مجلس الوزراء بالخصوص .

مادة (40)

على جميع الجهات المختصة، كل فيما يخصه تنفيذ هذا القرار ويعمل به من تاريخ صدوره، وينشر في الجريدة الرسمية .

أحمد قريع

رئيس مجلس الوزراء

المصدر / موقع الحملة الدولية التابع لوزارة شؤون السرى والمحررين



تعليقات سابقة

1  قطع الراتب

| الاسم : سامي مصطفى ابو بكر |
| البلد : الجنيد /نابلس |

بسم الله الرحمان الرحيم انا أسير محرر خرجت من السجن بتاريخ13\6\2010 وعملت وزارة الأسرى على انزال راتبي بعثه لي لمدة 6 شهور وبعد ذلك عملت على قطع الراتب مع العلم انني امضيت 6 سنوات في السجون الصهيونيه ومدة 5 شهور والراتب مقطوع وكلما سئلنا عن السبب قالوا ان الملفت في المالية وان الحج سلام فياض لم يوقع عليها والشهر القادم رح ينزل وهي فات 5 شهور واحنا على هل حال مع العلم انني متزوج ولدي ضفه وانا طالب وادرس في جامعة النجاح ورجتني طالبه في جامعة القدس مع العلم انه وانا داخل السجن لم ينزل لي سو 1300 شقل فقط بعد مضي 5 سنوات ولم يتم انزال زيبات الراتب التي من المفروض ان تنزل لمن تجاوز 5 سنوات وايضا الى الان لم يتم انزال المنحه الممنوحه من الرئيس ابوكم سامي ابو بكر اسير خرج من السجن قبل سنه هذا هو الحال ارجو ان تتقدم لنا المساعدة ان كان بمكنتكم

<<عودة للخلف

683986

2011