(5) encourage joint ventures in the tourism field in all areas of mutual benefit including on the Dead Sea. In this regard Palestinian private projects as well as joint ventures in accordance with the DOP, will be located as agreed on the shore of the Dead Sea.

b. The two sides shall exchange information and promote cooperation on planned tourism development projects and tourism marketing projects, tourist exhibits, exhibitions, conventions and publications. c. The two sides shall facilitate and encourage smooth movement of tourists between their respective areas.

d. The two sides shall also encourage the development of cooperation programs between their competent organizations in this field.

### ARTICLE VI
### Scientific and Technological Cooperation

The two sides shall promote cooperation in scientific research and technological development, and shall devote special attention to the following:

a. establishment of contacts between research and scientific institutions of both sides;

b. organization of joint scientific meetings (seminars and workshops);

c. joint research and development activities aimed at encouraging scientific progress and the transfer of technology and know-how;

d. training activities and mobility programs for researchers, scientists and specialists from both sides, and

e. development of an environment conducive to research, application of new technologies and adequate protection of intellectual property rights for the results of such research.

### ARTICLE VII
### Cultural and Educational Cooperation

1. Cultural Cooperation

The two sides shall promote cultural cooperation and encourage the development of cooperation between their institutions or organizations in the fields of art, music, theater, literature, literary translations, publishing, cinema and film-making.

2. Media and Communication

The two sides shall promote and encourage direct cooperation between news agencies, newspapers, and radio and television stations. In addition, the two sides will cooperate with third countries in order to promote the exposure of the benefits of the peace process to the respective societies.

3. Educational Cooperation

a. The two sides shall promote cooperation by encouraging and facilitating exchanges in the field of education and by providing appropriate conditions for direct contacts between schools and educational institutions of both sides.

b. The two sides shall cooperate with the aim of raising the level of general education and professional training of their respective populations taking into consideration priorities to be determined by each side.

c. The cooperation shall focus, in particular, on the following areas:

(1) cooperation among educational/training institutions;

(2) exchanges of information between universities;

(3) language training; and

(4) other ways of promoting better mutual understanding of their respective cultures.

4. Sports and Youth

a. The two sides shall encourage cooperation in sports and physical culture, especially through the exchange of sports delegations and teams, as well as through the organizing of sports meetings and games.

b. The two sides shall encourage contacts and exchanges between youth organizations and shall promote exchanges of high school and university students.

### ARTICLE VIII
### The People-To-People Program

1. The two sides shall cooperate in enhancing the dialogue and relations between their peoples in accordance with the concepts developed in cooperation with the Kingdom of Norway.

2. The two sides shall cooperate in enhancing dialogue and relations between their peoples, as well as in gaining a wider exposure of the two publics to the peace process, its current situation and predicted results.

3. The two sides shall take steps to foster public debate and involvement, to remove barriers to interaction, and to increase the people to people exchange and interaction within all areas of cooperation described in this Annex and in accordance with the overall objectives and principles set out in this Annex.

### ARTICLE IX
### Drugs

1. In addition to the cooperation provided for in Article II of Annex IV of this Agreement concerning legal assistance in criminal matters, the two sides shall cooperate with a view to, inter alia:

a. improving the effectiveness of policies, including information and public awareness, educational and sociological activities directed at countering the supply of, and illicit trafficking in, narcotic drugs and psychotropic substances and reducing the abuse of these products

b. encouraging a joint approach to reducing demand; and

c. encouraging a joint approach to prevent the use of the Two sides' financial systems to launder capital arising from criminal activities in general and drug trafficking in particular.

2. Cooperation shall take the form of, inter alia, exchanges of information and where appropriate joint activities on establishing social and health institutions and information systems, and implementing projects in these spheres, including training and research projects.

### ARTICLE X
### Methods and Modalities of Cooperation

1. The SCC shall determine methods and modalities for the implementation of cooperation between the two sides.

2. Cooperation shall be implemented in particular by:

a. regular dialogue;

b. regular exchange of information and ideas in every sector of cooperation including meetings of officials and experts;

c. transfer of advice, expertise and training;

d. initiating and conducting joint activities such as seminars and workshops; and

e. technical, administrative and regulatory assistance.

3. The SCC, its subsidiary working groups and bodies or various official agencies that may be asked to promote this cooperation, will develop joint action programs in the various fields of cooperation within six months of the entry into force of this Agreement.

4. Other fields of cooperation may be agreed upon by the two sides.

### ARTICLE XI
**Miscellaneous**

Nothing in this Annex shall derogate from the provisions set out in any other part of this Agreement.

Close

Case 1:04-cv-00397-GBD-RLE    Document 909-103    Filed 05/13/15    Page 4 of 5

# Israel Ministry of Foreign Affairs

## THE ISRAELI-PALESTINIAN INTERIM AGREEMENT-Annex VII

28 Sep 1995

AGREEMENT | ANNEX I | ANNEX II | ANNEX III | ANNEX IV | ANNEX V | ANNEX VI | ANNEX VII | MAPS | MAIN POINTS

### THE ISRAELI-PALESTINIAN INTERIM AGREEMENT ON THE WEST BANK AND THE GAZA STRIP
### Annex VII
### Release of Palestinian Prisoners and Detainees

1. The release of detainees and prisoners, as agreed upon in Article XVI of this Agreement will be carried out in three stages.

2. The following categories of detainees and/or prisoners will be included in the abovementioned releases:

a. all female detainees and prisoners shall be released in the first stage of release;

b. persons who have served more than two thirds of their sentence;

c. detainees and/or prisoners charged with or imprisoned for security offenses not involving fatality or serious injury;

d. detainees and/or prisoners charged with or convicted of non-security criminal offenses; and

e. citizens of Arab countries being held in Israel pending implementation of orders for their deportation.

3. Detainees and prisoners from among the categories detailed in this paragraph, who meet the criteria set out in paragraph 2 above, are being considered by Israel to be eligible for release:

a. prisoners and/or detainees aged 50 years and above;

b. prisoners and/or detainees under 18 years of age;

c. prisoners who have been imprisoned for 10 years or more; and

d. sick and unhealthy prisoners and/or detainees.

4. The third stage of release will take place during the permanent status negotiations and will involve the categories set out above, and may explore further categories.

Close