are some examples:

 a. Extortion and unwarranted arrests of Bethlehem businessmen to gain bribes:

  1) Men of the Bedouin Taamra tribe (a tribe that resides in the Bethlehem area from which includes many violent thugs that terrorize Bethlehem's civilian population) extort money from Christian businessmen.

  2) After the car of the senior Fatah terrorist activist Atef Abayat exploded (in one of the captured documents Arafat allocates for him a sum of money) he had gold rings on his fingers identified as having been robbed from the Christian businessman George Nissan.

 b. Criminal activities by the Fatah/Tanzim:

  1) Fatah activists, who are not satisfied with the financial aid they receive from the PA, extort money from businessmen and property owners in the city (souvenir shops, real estate, petrol stations owners). This criminal activity is carried out in cooperation with the Palestinian security apparatuses, which customarily summon the businessmen for "clarifications", on so-called suspicions of cooperation with Israel, and demand payment in return for closing the "file". Security apparatus personnel also collect money from businessmen as "monetary aid" to cover various expenses.

  2) In mid-March 2001 a Bethlehem woman called Saadah Hamidan (formerly a security prisoner who worked in the prisoners club in Bethlehem) was raped and murdered. Involved in the affair was a senior Tanzim official called Iman Ali Azmi al-Kadi, a close friend of Abdallah al-Nu'ura (Abu Hadid) one of the Tanzim's heads in Bethlehem. Al Kadi was brought before a judge for trial, but after the judge was bribed by Fatah activists in Bethlehem, he was acquitted.

 c. Appropriation of Christian lands. Moslem personnel - PA personnel and private people, sped up their appropriation of the lands of the Greek Orthodox Church in Bethlehem. This was carried out by violent means, the forging of documents and bribes. In some cases this was carried out in cooperation between church elements and PA elements. In one case a plot of land in Bethlehem was appropriated to build a mosque with the involvement of the commander of Force 17 in the area, in the claim that this was being done by Arafat's orders. Requests to Jibril Rajoub and Haj Ismail to intervene and stop the construction works were in vain.

 d. "Protection services" by Fatah/Tanzim for extremist Islamic elements. Protection is imposed not only on the civilian population in Bethlehem. Elements in the Islamic Jihad and the Hamas transferred funds in the sum of 1500-3000 dollars to Tanzim activists and Palestinian intelligence officers in return for intervening on their behalf to prevent their arrest. By this arrangement, Hamas and Islamic Jihad operatives were given early warning by General Intelligence and Preventive Intelligence officers of their imminent arrest. (Such "arrangements" whereby Islamic Jihad and Hamas activists were prewarned of their imminent arrest are noted also in a captured document concerned with the Jenin area)

 e. Failure to provide protection to the Christians by the judicial system of the PA that operates in Bethlehem, which is plagued by irregularities and distortion of justice. Of note in this regard is the failure to provide protection to Christian land-owners, which Moslem migrants from Hebron are taking over. The following is one example. The Comtsieh family (a Christian family) has a plot of land with a building that serves as a business center in the city. Several years ago a Moslem family from Hebron took possession of the building and started to use it without permission. The Comtsieh family filed a claim with the judicial system and after long and arduous court hearings, the court ruled in the claimant's favor. However, the verdict was never enforced by the police and representatives of the family from Hebron later appeared with a new court verdict (signed by the same judge who ruled in the claimants' favor previously), canceling the previous verdict and ratifying the Hebron family's ownership of the property.

**Translation of the Original Document**

Emblem of the Al Aqsa Martyrs Brigades
Stamp: Bethlehem Municipalty
17.11.2001

**In the Name of the All-merciful Allah**

To: Brothers, Bethlehem Mayor and Honorable Municipality Members,

Greetings of the Homeland to you..., greetings of the pure blood that has saturated the soil of our beloved province. Our blessings to you and to the tremendous efforts that you invested in order to develop this province.

Honorable brothers, we intend to put the issue to you, an issue that is of utmost importance for us and will have a deep influence on our moves. The issue is your participation in a small portion (of the expenses) of our daily needs, in the shadow (of expenses) which lie heavily on us, due to the difficult circumstances our people and us especially are in. we wish to draw your attention to the fact and tell you that we pay the LC Public Trade Company, owned by Faez Hazboun a sum which does not exceed 5,000 shekels a month, as fees for the use of communications sets by military arm personnel" *(Note: Faez Hazboun is a businessman from Bethlehem who owns a cellular phone company).*

In addition, (we also pay) for fuel which is a basic and important component in our movements from place to place and this, in accordance with the demands of the national interest.... your participation in this matter will lead to our glorification and of pride in you.

We request your serious reference to this subject.

Please accept our appreciation and the honor which we have for you.

The Palestinian National Liberation Movement
"Fatah"
Al Aqsa Martyrs (and Church) of the Nativity of the city of Bethlehem Brigades
*(Stamp of the Al Aqsa Martyrs Brigades)*

*Note in handwriting of some clerk in the Bethlehem Municipality:*

Sir, Director of the Municipality
(to be raised) in the meeting

19.11.2001

**SEE ALSO ...**
- Additional documents connecting Arafat and the PA to terrorists and terrorist activities
- Operation Defensive Shield: Special Update

Close