fh 5



PLAINTIFF'S EXHIBIT 551

106

```
1                  - Y O U S E F -
2        foundation.
3        A.    If I remember right he was born
4    in Kuwait and lived in different Arab
5    countries and moved back to the Palestinian
6    territories, couple of years before the
7    Palestinian, second Intifada started.
8        Q.    Have you met Abdula Barghouti.
9        A.    Well, I never met him in
10   person, like in a meeting.  But I was at
11   the location where he was arrested.
12       Q.    Where was that?
13       A.    It happened that that was just,
14   the building next to our residence in
15   Ramallah.  We heard the-- some fire,
16   gunfire, and in a couple of minutes we
17   received a phone call and it was Marwan
18   Barghouti, telling my father to meet with
19   him outside because Jaber Perju, the PA
20   were trying to arrest two Hamas people.
21            Now, we didn't know who are the
22   two Hamas people and it happened that it
23   was Abdula Barghouti and Bila Barghouti and
24   that was their second arrest.
25            Now, Marwan Barghouti was
```

```
 1                - Y O U S E F -
 2      trying to force Jaber Perju not to arrest
 3      them, and this why he called my father.
 4               So now, there was a huge
 5      argument between Jaber Perju, Marwan
 6      Barghouti and my father just steps away
 7      from where Bila and Abdula were hiding.
 8               Now, the Palestinian Authority
 9      was afraid that if they get into the place,
10      they get shot.  And they were afraid at the
11      same time to kill Hamas bomb maker.
12               So, I was in that area, in that
13      sensitive situation, hearing all the
14      argument, listening to Abdula saying things
15      and threatening to kill anybody who gets
16      into the apartment.
17               Finally, Marwan Barghouti had
18      kind of deal with Jaber Perju on the side,
19      I didn't know what they said and he talked
20      to Abdula and had actually my father to
21      talk to him, convince him to go with the
22      forces, and they would release him
23      afterwards.  That was the closest time that
24      I got to Abdula.
25               After he was released, I did
```

```
 1                  - Y O U S E F -
 2    not hear anything from him and he was
 3    arrested while I was in prison.
 4              MR. HILL:  Let me object for
 5         the record.  The witness went
 6         obviously well beyond the question, I
 7         think, was, did you ever meet with
 8         him.  I want to object to the lack of
 9         foundation to the testimony and the
10         opinion and the hearsay that the
11         testimony contained.
12              MR. TOLCHIN:  Okay.
13         Q.   Is it fair to say the answer
14    you just gave describes your only
15    encounter, personal encounter with Abdula
16    Barghouti?
17         A.   I did not have a personal
18    encounter with him.
19         Q.   But other than what you just
20    described to us?
21         A.   Yes.
22         Q.   You say that you are, you knew
23    Bila Barghouti well?
24         A.   Yes.
25         Q.   Who is Bila Barghouti?
```