

fh 22

114

```
 1              - Y O U S E F -
 2   assassination attempt was real or was not
 3   real.  They did not understand that.
 4              Marwan thought that he was
 5   targeted by Israel when Mohamed Abdu
 6   Halawa, was targeted.
 7              Now, Abula, thought that Israel
 8   was trying to assassinate Marwan.  But in
 9   fact, I was in that area and was asked to
10   make sure that Marwan is not in the car
11   with Abdul Halawa because Israel did not
12   want to assassinate Marwan and create the
13   violence of the area.  Why they knew about
14   his involvement with Al-Aqsa Martyrs
15   Brigades.  They did not want to assassinate
16   him.
17              My duty was to make sure that
18   Marwan is not in the car with Halawa.
19              Anyway, Abdula Barghouti, tried
20   to make Marwan a favor by making bombs and
21   giving it to Fatah members, to carry
22   suicide bombing attack against Israel, as
23   revenge for the failing attempt of
24   assassinating Marwan.
25              And, for that, Marwan wanted to
```

```
 1                  - Y O U S E F -
 2    return the favor to Abdula Barghouti and
 3    this is why he was trying to prevent his
 4    arrest, and this is why he releases him
 5    finally after two months of trying and give
 6    him $2,000 and asked him to just to go on
 7    his own and do his job.
 8         Q.    When Abdula Barghouti was
 9    arrested, where-- how long was he held
10    before he was released?
11         A.    Two months.
12               MR. HILL:  Objection lack of
13         foundation.
14         Q.    Do you know where he was held?
15               MR. HILL:  Objection, lack of
16         foundation.
17         A.    He was held at the preventive
18    security of the PA, in Batunia prison.
19         Q.    After Abdula Barghouti was
20    released, did he go off quietly or did he
21    remain active to your knowledge?
22               MR. HILL:  Objection, lack of
23         foundation.
24         A.    We were surprised to know that
25    he was released a week before we knew.  In
```