
PLAINTIFF'S EXHIBIT 626

I   D   F
**22 APRIL 2002**



# Arafat's and the PA's Involvement in Terrorism (According to Captured Documents)

# Abstract

**During the IDF *Defensive Wall* operation in the PA areas, numerous documents were captured that point at the direct and indirect involvement of Arafat, the PA and the Palestinian intelligence apparatuses in terrorism against Israel.** This involvement, as evidenced in the documents, has three dimensions: **the ideological dimension**, which means essentially the sanctioning of lethal terrorist attacks (viewed as "quality attacks" that serve the PA's goals) and the use of terrorism as an important instrument in promoting the Palestinians' goals vis-a-vis Israel. **The financial dimension**, continuous financing of the terrorist infrastructure – personally approved by Arafat and carried out by the PA civilian entities, the heads of the PA Security Apparatuses and Arafat's associate (Fuad Shubaki); and **the practical dimension**, involvement of the intelligence apparatuses – led by the General Intelligence – in direct and indirect assistance to the terrorist infrastructures and activities, including for lethal terrorist attacks inside Israel. The legitimacy given to terrorism, alongside the financial and practical support, enabled the Fatah – headed by Arafat – to become the dominant force which is leading the terrorist activity against Israel since the beginning of 2002 (Fatah personnel are mentioned as "Tanzim", "Al Aqsa Martyrs Brigades" and "Battalions of the Return" in the captured documents).

688/0018

"Fatah"

"The Al Aqsa Martyrs Brigades"

"The Al Aqsa Martyrs Brigades"

### "Fatah" and the "Al Aqsa Martyrs Brigades" are One and the Same

Part of a poster that portrays the **"Fatah" emblems (center) and the "Al Aqsa Martyrs Brigades" (sides)**. The poster is in the memory of Firras Sabhi Ja'aber, a senior activist in the "Fatah" and "Tanzim" terrorist infrastructure in Tulkarm. Firras Sabhi Ja'aber, member of the Ra'ed Karmi squad, participated in the murder of two Israeli restaurant owners

4

688/0018

in Tulkarm and numerous shooting attacks. **The US recently declared the "Al Aqsa Martyrs Brigades" to be a terrorist organization.**

## The Main Characteristics of Arafat/PA Involvement in Terrorism
## (According to Captured Documents)

1. During the IDF *"Defensive Wall"* operation, numerous documents were captured, of which only a few were thoroughly examined so far. However, these documents already reveal a direct and indirect involvement of Arafat, the PA and Palestinian intelligence apparatuses in terrorism against Israel.

2. This involvement, according to the documents, is **at all levels and echelons**: starting from **Yasser Arafat's leadership echelon**, through the **"intermediate echelons"** of Arafat's assistants and heads of the apparatuses, and down to the **field echelons**.

3. **The documents reveal that the involvement of Arafat and the apparatuses in aiding and encouraging terrorism has three main dimensions:**

   a. **The ideological dimension – Arafat and the PA sanction the use of terrorism as an important component in the struggle against Israel.** The terrorist attacks, and especially those deep inside Israel, are defined as **"quality attacks"** that "help and support" the PA and its security apparatuses. Thus, Arafat encourages the use of terrorism as a tool for promoting his goals, not just by the **"Fatah"** (in its various names: **"Al Aqsa Martyrs**

5

688/0018

Brigades", "Tanzim", "Battalions of the Return") of which he is head, but also by the Islamic opposition organizations (the "Palestinian Islamic Jihad" [PIJ], and "Hamas"). The legitimacy given by Arafat enabled the Fatah to become the **dominant force** leading the terrorism against Israel since the beginning of 2002.

b. **The financial dimension – financing the terrorist infrastructure**: the ongoing **financial support is crucial** for the regular and systematic operation of the terrorist infrastructures. The PIJ, as noted in the captured documents, receives large sums of money from **external sources** (the PIJ secretary in Damascus) for financing terrorist attacks in Israel (without the PA and its apparatus attempting to prevent it). The "Fatah" / "Al Aqsa Martyrs Brigades" / "Tanzim", however, receive funding **from the Palestinian Authority budgets,** approved by Arafat and carried out by the PA's "Treasury Ministry" (supported by budgets from Arab States and the European Union). According to the captured documents, **Arafat is involved personally** – he personally signs allocations of both small and large sums to "Fatah" / "Al Aqsa Martyrs Brigades" / "Tanzim" infrastructure and activists in the various sectors. To this end, Arafat utilizes the PA's **civilian apparatuses,** his **personal associate** (Fuad Shubaki) and "**middlemen**" and senior Fatah/Tanzim activists in the West Bank (Marwan Barghouti; Hussein al-Sheikh; Kamal Hamed).

c. **The practical dimension – deep involvement of the PA intelligence apparatuses, extensively deployed in the field, in supporting the terrorism**: the documents reveal that the PA

6

688/0018

security apparatuses, directly subordinated to Arafat and **highly influential in the "field", directly and indirectly** assist the terrorist infrastructures and terrorist activity at various levels of involvement. Of particular note in the documents is the role of the **"General Intelligence Apparatus" (GIA) in the West Bank,** headed by Tawfiq Tirawi, a clear associate of Arafat. GIA personnel hold close ties with the "Fatah" / "Al Aqsa Martyrs Brigades" / "Tanzim" terrorist infrastructures and occasionally (in Jenin, for instance) with those of the PIJ and Hamas, and at times lend them practical support (while in parallel, the GIA and other intelligence apparatuses closely watch and keep tabs on those involved in terrorism, **but do not use their abundant information to foil terrorist attacks**).

4. Many examples are noted in the captured documents for the direct and indirect assistance given to the terrorist organizations by the PA intelligence apparatuses. Thus, for example, **a document of the GIA in Jenin demonstrates that the" Fatah" and PA intelligence apparatuses maintain cross-organizational cooperation with the "PIJ" and the "Hamas"**. This was expressed, inter alia, in a **suicide attack** in the Israeli city of **Afula** (27 November 2001) which was financed, according to the document, by funds that came from the "PIJ" secretary in **Damascus** (2 Israeli civilians were killed and 50 wounded in the attack; **the "PIJ" and "Al Aqsa Martyrs Brigades" claimed joint responsibility for the attack).**

7

688/0018

5. **Several expressions** of the direct and indirect support of terrorism provided by the GIA and other PA intelligence apparatuses are listed below, as reflected in the captured documents:

    a.    **Participation in terrorist attacks**: from several documents it can be learned that intelligence personnel were directly involved in planning, preparing and carrying out terrorist attacks, together with the Fatah / Al Aqsa Martyrs Brigades / Tanzim/ "Battalions of the Return" cells.

    b.    **Procurement of arms**: PA intelligence apparatuses personnel were involved in the procurement of arms, their transfer to the terrorist organizations (Fatah, PIJ and Hamas) and in one instance assisting in transferring arms from one area to another (using an ambulance).

    c.    **Refraining from foiling terrorist attacks despite having early warning information**: the documents clearly show that no efforts or attempts were made **to foil terrorist attacks**, not even suicide attacks inside Israel, of which the "GIA" and other apparatuses had **early warning information**. Thus, the intelligence apparatuses allow the terrorist organizations to continue their regular activity with almost no significant interference.

    d.    **Providing early warning information to the terrorists**: according to one of the documents, **the "GIA" warned terrorists** whose names were included in Israel's Most Wanted List that they received; a computer file shows that the "GIA" has systematic

8

688/0018

procedures for warning senior activists when IAF aircraft are noted, including senior activists known to be involved in terrorism.

e. **Refraining from arresting terrorists who found shelter in the PA areas, even ones who carried out lethal attacks and suicide bombers-to-be:** terrorists who carried out lethal attacks inside Israel escape to their homes in the PA areas, **without any attempt** being made by the intelligence apparatuses **to arrest** them or **to prevent** them from additional attacks, not even terrorists known to be potentially preparing to carry out **suicide attacks** (the common procedure is to make a debriefing and file the 'event' in the intelligence files; occasionally, it is attempted to watch them after they are released or recruit them to the intelligence apparatuses).

f. **Assassination of alleged collaborators:** a "GIA" document includes a list titled – "Names included in the Tulkarm assassination list" which has been forwarded to the review of Tawfiq Tirawi. The document implies that the GIA is about to assassinate them, after Tirawi's approval. The document ends stating – "the order is ready and the decision regarding the assassination has been made" By assassinating those defined as so-called "collaborators" with Israel, the GIA indirectly assists the activity of the terrorist organizations, by functioning as their "counter-intelligence" arm.

688/0018

9

6. The **enclosed appendix** includes several examples of the direct and indirect support of terrorism provided by the GIA and the other PA Intelligence apparatuses, as reflected in the captured documents.

# Appendix A

## Examples for Arafat's Financing of Terror Activists

Document no. 1

**The Palestinian Liberation Organization**
**The Palestinian National Authority**
**The President's Bureau**

To the Fighting President
Brother Abu Amar, may the Lord protect you,
Greetings,

I hereby request you to allocate financial aid in the sum of $2500 for the following brethren:
1. Ra'ed el Karmi *(note: Former commander of the Tanzim in Tulkarm).*
2. Ziad Muhammad Da'as *(note: Commander of a group in the Fatah/Tanzim Tulkarm that masterminded the attack on the Bat-Mitzvah party in Hadera).*
3. Amar Qadan *(note: a senior activist of Presidential Security/Force 17 in Ramallah, involved in the activities of its operational cell).*

Thank you,

Your son, Hussein al Sheikh
*(note: senior Fatah activist in the West Bank)*

*(Note: in Yasser Arafat's handwriting:*

Treasury/Ramallah
Allocate $600 to each of them.
Yasser Arafat (*signature*)
(19/9/2001)

688/0018

10

---

**Document no.2**

20 JAN-02 SUN 16:01   FATAH OFFICE   FAX NO. 022985729
Sep 29'84 17:50 P.001

*(Note: this is a fax that was sent twice: the first time from Ra'ed el Karmi to Marwan Barghuti and the second time from Barghuti to Arafat).*

To fighter brother Abu al Kassam
(***Note***: *Marwan Barghuti, head of the Fatah/Tanzim in the West Bank*)

Greetings,
**Subject: Urgent Financial Aid**
1. Jamil Hamad Adwan
2. Majid Yussuf Subhi Jarad
**Mahmud Raleb Mahmud Altahel**
4. Mansour Saleh Sharim
5. Subhi Yussuf Jarad
6. Iyad Abed Al Rahim Jarad
7. Hazem Wael Subhi Hetab
8. Ahmed Sameh Al Adrisi
9. Sami Mahmud Dib Sabeh
10. Iyad Nasser
11. Marad Mustafa Abed Al Rahman Abdu
12. Muhamed Sharif Zidan

(***Note***: *these activists are known Fatah operational activists in Tulkarm, who were involved in lethal attacks.*)

Sincerely,

Your brother,

Ra'ed al Karmi
(***Note:****was head of the Fatah/Tanszim infrastructure in Tulkarm*)

To Brother President Abu Amar, may the Lord protect him,
Greetings,
I request of you to order the allocation of a thousand dollars for each of the fighter brethren.

Sincerely,
Marwan Al Barghuti

(***Note***: *in Yasser Arafat's handwriting:*)
*The Treasury/Ramallah*
*Please allocate $350 to each.*
*Yasser Arafat (signature)*
*7/1/2002*

11

688/0018

# Appendix B

### Examples for the Involvement of PA Apparatuses in Arms Procurement

In a letter directed to Fuad Shubaki (Arafat's crony and confidant) an ambitious plan of the "Alaqsa Martyrs Battalions" (cover name for the Fatah operational arm in the West Bank) to establish a heavy arms production workshop was uncovered. They intend to procure, among other items, a lathe (for which the organization requires $25,000) and a milling machine ($40,000). These machines are required for metal processing in the production of weapons such as artillery rockets and mortars (forbidden by the PA-Israel signed agreements).

**Document no. 1**



Lathe Specifications

Blade (?) 75 cm
Meter length
**Internal and external screws from 1 mm until 1 inch**
Variable speed – Fast-slow)
Engine 5 HP (tri-phasial)
Knives of various shapes and sizes
Drill supports and belt
Main drill cap

Milling Machine Specifications

Vertical and horizontal
Centimeter wide opening in both directions
Blade latch
Various types of knive

Al Aqsa Martyrs Brigades
Palestine
**Construction Materials**

1 Lathe - $25,000
2 milling machines - $40,000
3 aircraft canopies (Hood in original document) - $5000
4 welding machines - $2000
5 oxygen machines - $3000
7 working tool kits - $1500
8 tri-phasial electricity infrastructure - $2000
**Sum total - $80,000**
Salaries          3000
                    700
                    700
                  ====
$4400 – 1
Rent              1800
Monthly supplies
Electricity, materials
+ container trucks
                  ====
$8800 – 2
1 + 2 = 13,200 per month

12

688/0018

### Document no.2
Al Aqsa Martyrs Brigades
Palestine

Financial Report

The debts which we have accumulated until now are estimated to be 38000 shekels. The following are the details:

1. The cost of posters of the Al Aqsa Martyrs Brigades: Azam Mazhar, Usama Jubara, Shadi Afuri, Yasser Badawi, Ahed Fares (addition in handwriting of 2000 shekels).
2. Costs of printed announcements, invitations and mourners shelters for martyrs (addition in handwriting of 1250 shekels).
3. Cost of sticking photos of martyrs on wooden boards and also of the martyrs Thabat Thabet and Mahmud Al Jamil (addition in handwriting of 1000 shekels).
4. Cost of memorial ceremonies for the martyrs. Memorial ceremonies were held for the martyr Azam and the martyr Usama (addition in handwriting of 6000 shekels).
5. Costs of electrical parts and various chemical materials (for manufacture of explosive charges and bombs). This is the greatest expenditure (the cost of one ready explosive charge is 700 shekels at least). We need every week 5-9 explosive charges for squads in the various areas (addition in handwriting of shekel per week x 4 = 20000 shekels per month).
6. The cost of bullets The cost of a Kalashnikov bullet is 7-8 shekels and M-16 bullet 2-2.5 shekels. We need bullets on a daily basis.
7. Note: There are 3000 Kalashnikov bullets at a cost of 2 shekels per bullet. We require that you transfer to us immediately a sum of money to purchase them (addition in handwriting of 22,500 shekels for Kalashnikov bullets and 60,000 shekels for M-16 bullets).

In conclusion, all the glory and pride to those supporting the brave resistance against the oppressive occupation.
From the revolution until victory.
Palestinian Al Aqsa Martyrs Brigades
16 September 2001

Addition in handwriting – 25,100 = 150, 750:6



13

688/0018

# Appendix C

**Examples of Direct and Indirect Assistance to Terrorism by the "General Intelligence" and Additional PA Intelligence Apparatuses on the basis of Captured Documents**

**Document 1**

1. **In a detailed report of the "General Intelligence" Apparatus** (GIA) from 4 February 2002 regarding the activity **in the Jenin** area it was stated that:

   a. **Cooperation** takes place in the Jenin area between the Hamas, the "Palestinian Islamic Jihad" (PIJ) and the Palestinian intelligence apparatuses. "Hamas" and PIJ penetrated the intelligence apparatuses in Jenin by means of payoffs. The document details the names of persons belonging to the GIA and the "Preventive Security Apparatus" (PSA) who operate on behalf of the "PIJ" and "Hamas".

   b. **Jamal Switat**, Deputy Head of the PSA in Jenin, reports on a regular basis to the activist in charge of the **"PIJ" on dates of arrests and names of wanted terrorists.**

   c. **Jamal Switat**, Deputy Head of the PSA, together with an additional PSA officer, are **procuring arms for the "PIJ" and "Hamas",** and they constitute the source for most of the arms possessed by these organizations.

   d. **The suicide terror attack in Afula** on 27 November 2001 was a clear expression of the **operational cooperation** between the intelligence apparatuses and the PIJ. According to the document, one of the suicide bombers who participated in the attack was a GIA member who was recruited by the Deputy Head of the PSA in Jenin (the "PIJ" and "Al Aqsa Martyrs Brigades" took **joint responsibility** for the attack).

688/0018

14

**Document 1 (cont.)**





**The underlined lines:**

"The Hamas movement and the PIJ have penetrated the security apparatuses in Jenin by means of payoffs, including into the GIA."

"Jamal Switat (is) Deputy Head of the Preventive (Intelligence Apparatuses) in Jenin and responsible for the (Islamic) Jihad, he often contacts it and reprts to it on the waves of arrests against them, their dates and the names of wanted men. Additionally, he supplies arms to the Hamas and to the (Islamic) Jihad by trading with it."

[First page of the GIA Report, 4 February 2002]

688/0018

15

## Document 2

1. **A detailed document by the Head of the GIA in the Tulkarm district dated 6 February 2002 addressed to Tawfiq Tirawi** deals with the Fatah and Tanzim terrorist infrastructure in the Tulkarm district. The report states that the Ziad Da'as squad, one of the 3 Fatah/Tanzim squads in the local terrorist infrastructure, planned and coordinated the "Hadera Action" (the lethal attack at the Batmitzvah party, 17 January 2002). The Head of the GIA in the Tulkarm district notes that the activities of this squad are **"qualitative and successful"**. He adds that **"the members (of this squad) are close to us (i.e. *to the GIA*) and maintain ongoing coordination and contacts with us"**. Two additional squads of the Fatah/Tanzim terrorist infrastructure in Tulkarm are in contact with **Marwan Barghouti,** who is involved in the power struggles against the intelligence apparatuses and is trying to deepen his influence on the Tulkarm terrorist infrastructure.

**The underlined lines:**

"The Ziad Da'as squad….

This squad carried out qualitative and successful operations. The last one in this framework was the coordination and planning of the operation in Hadera to avenge the death of the martyr Ra'ed Karmi….Its men are very close to us (i.e. to the GIA) and maintain constant coordination and contact with us."



688/0018                                  16

## Document 3

1.  **A GIA document from the Tulkarm district dated 21 May 2001** addressed to the Head of the GIA in the Ramallah district details the names of **232** terrorists wanted by Israel (nearby two names the word **"intelligence"** has been added by hand, implying that. they are connected to the intelligence apparatuses). The document notes in handwriting **"please inform the brothers whose names are mentioned above to take cautionary measures"** (and this in addition to the holding of a full security investigation about them).

**The underlined lines**

"Attached hereto is a form with the names of men wanted by the Israeli occupation who are with you…

Note: Notify the brothers whose name appears above to take precautionary measures…"