688/0018                         17

## Document 4

1. **A GIA document from 27 February** addressed to the Head of the GIA in the Ramallah district reports on a youth who murdered his Israeli employer where he worked in a coffee plant in the Atarot industrial zone (the murder of Gad Rejwan on 27 February 2002; the "Al Aqsa Martyrs Brigades" claimed responsibility for the attack). The murderer, who **belongs to "Fatah"**, escaped to his home in the Amari refugee camp (near Ramallah). The person in charge of the GIA in the Ramallah - El Bireh area sufficed with the remark that the perpetrator of the murder can be summoned at any given time, and he is not taking any additional action.





**The underlined lines:**

"Re: The Atarot action…(Abd Al Majid, Gad Rejwan's murderer) fled to the Ramallah region after the other (Israeli) side closed off



Abd Al Majid Hashem Yussuf, the late Gad Rejwan's murderer: escaped to his house after the murder. The above photo is attached to the GIA report.

Handwritten comments:

"The report (enclosed) is from the central area. The above can be summoned at any given time".

688/0018                           18

## Document 5

1. **The Head of the GIA in the Tulkarm district reported on 20 March 2002 to Tawfiq Tirawi** on a youth who attempted to perpetrate a **suicide terror attack** in Israel. The youth, Jihad Ahmed Khaled Alian was dispatched by the PIJ to carry out a suicide attack in Israel with an **explosive belt**. The attack did not take place due to a warning received from an Israeli Arab regarding two reinforced Israeli roadblocks which are difficult to pass through. The youth, who undoubtedly constitutes a potential suicide terrorist was arrested by the GIA, questioned, **released** and apparently recruited to the GIA.



**The underlined lines:**

"Re: A detainee arrested by us, is now in Ramallah.

Name: Jihad Ahmed Alian, Nur al Shams refugee camp."



688/0018                                              19

### Document 6

1.  **A computer apparently belonging to the GIA** was captured during the IDF takeover of the Arafat compound in Ramallah (the *Mukata*). **The computer includes a file** with the title **"Men who should be warned when there are aircraft (in the air)"**. The file contains a list of names with their telephone numbers. The list includes **Marwan Al-Barghouti** (Head of the "Fatah"/"Tanzim" in the West Bank who directs the Fatah/Tanzim terrorist infrastructures) and **Tafer Al Rimawi** ("Fatah" operational activist in the Ramallah area who is involved in shooting attacks including one attack near Neve Tsuf).

الأخوة الذين يجب تحذيرهم في حال وجود طيران

| الأسم | رقم هاتف اول | رقم هاتف ثاني | جوال | ميرس |
|---|---|---|---|---|
| مكتب صخر حبش | 2987947 | 2951432 | 059732758 | 8247 |
| العليا | 2954949 | 2954950 | | |
| مروان البرغوثي | 2963131 | | 059205211 | |
| احمد الديك | - | | 059205210 | |
| مرجعية فتح /ابولطفي | 2407690 | | 059219241 | |
| جواد ابو غوش | | | 059839602 | |
| حسين الشيخ | | | 059338899 | |
| ظافر الريماوي | | | 059877640 | |

**The underlined lines:**

"People to be warned when there are aircraft (in the air)."

In the list appear Marwan al Barghouti and Tafer al Rimawi.

688/0018                                          20

### Document 7

1.   **A GIA report from 3 March 2002** mentions preparations of an "Al Aqsa Martyrs Brigades" squad in the Tulkarm area for **a terrorist attack inside Israel**. According to the report, this is the same squad that perpetrated the killing attack in the Batmitzvah party in Hadera. The report noted that **"the man helping them and whose role is to prepare the suicide bomber, is closely connected to us and served in the past as a source"**. Three men are involved in the planning of the attack: one is Ghanem Ghanem **from the "National Security" (in handwriting: *from Force 17*)**, the second is Hani Abi Limoun who **served as a source of the GIA**. The GIA source continues to monitor the planning of the operation and reports on it to the GIA (which is not trying to prevent it).

**The underlined lines:**

"We received information from Tulkarm that the Al Aksa Martyrs Bds, the Fatah military arm, are engaging in preparations for carrying out an attack inside Israel…

..the man who is helping them and whose role is to prepare the suicide fighter, is close to us and served in the past as a source. In the past he helped us in supplying further information. At present he is covering the activities of the Al Aqsa Bds squad in Tulkarm and on which he reported to the brothers in the

688/0018                              21

### Document 8

1. **A GIA report** (undated but attached to another document dated 4 February 2002) addressed to Tawfiq Tirawi states that the "Battalions of the Return" (a designation which refers to the **"Fatah" and military intelligence** cells in Nablus) are preparing in the coming days **a shooting attack in Israel** with automatic weapons. The document states clearly that the **person responsible for military intelligence in Nablus is the one** who is directing and assisting in the implementation of this attack. The person responsible for military intelligence in Nablus made a request through his agents to arms dealers in Qabatiyah in order to purchase a Kalashnikov rifle (which the attack perpetrators require). The report states that **the founders of the "Battalions of the Return"** and their "spiritual father" in Nablus is **Colonel Abu Hamdan** (this is Colonel Ahmed Abu Hamdan, a senior activist in the "National Security" HQ in Nablus and a senior Tanzim activist in Nablus, who is a head of terror squads.

**The underlined lines:**

"Re: The preparations of the Bns of the Return of the Jihad in Nablus toward a suicide attack inside (Israel).

…(It was learned by the source that) the one responsible for Military Intelligence in Nablus is the person who is masterminding and assisting in carrying out this action…

It was also reported that the

688/0018                             22

### Document 9

1.  **A document dated 26 December captured in the PSA officers in Tulkarm** states that a terrorist called Abd Al Hafez Farij, a member of the DFLP who joined the PIJ, attempted to place an explosive charge on a road used by IDF tanks in the Shuweika area (north of Tulkarm). The attack did not take place. Farij was arrested by the PSA, (superficially) interrogated and **released after agreeing to join the PSA.**



The underlined lines:

"Re: Mahmoud Riad Abed al Hafiz Farij/Shuweika.

Muhammad was released on 25 December 2001 for the purpose of sending him to the apparatus (PSA) on Thursday at one o'clock in the afternoon in order to complete the steps necessary."

23

688/0018

**Document 10**

1. **On 27 March 2002**, an IDF roadblock stopped an **ambulance** south of Ramallah. The ambulance was carrying a wanted terrorist and arms including an explosive belt. The ambulance driver **confessed during questioning** that the arms were given to him by **Mahmud Titi** (a **"Tanzim" activist** in Samaria who is close to Marwan Barghouti, he is part of the PSA, in shooting and in explosive charges attacks in the Nablus area). This, in order to transfer them to **"Tanzim"** activists in Ramallah. A document of the **"General Security"** dated 27 March reports on the affair to Tawfiq Tirawi, while raising the assumption that this was an Israeli fabrication. However, **in handwriting on a General Security** document is noted **"the information indicates that behind this matter is Al-Titi from the PSA**, via whom each month 50,000 shekels in grants are paid to PSA squads".

**The underlined lines:**

Handwritten comment: "the information indicates that behind the affair is Al Titi from the PA. through whom 50,000 Sheqels are paid as grants to those PSA squads".

