I D F
18 April 2002
TR2 – 302 – 02



IDF/MI

# Jenin

# The Capital of the Palestinian Suicide Terrorists

Panthers. **The Jenin RC is considered Fatah's fortress in the district.** The Islamic factions (Hamas and the PIJ) noticed that Jenin RC is a center of events of excellent boys, they started to channel all their financial resources into the RC. This is especially true of the PIJ.

We in the Fatah movement in Jenin RC receive nothing that could be called a working budget in comparison to the other factions. (We) receive little, little that does not suffice even for minimum work requirements. **We are the pioneers and we are those who are creating the events.**

By the way, **the Al Aqsa Martyrs Brigades**, whose center is the north (of the West Bank) are located in Jenin RC **(and they) are who consolidated the presence and operational capability of Fatah.** This on the basis of the admission of the Zionist enemy, since Israel has placed on the Al Aqsa Martyrs Brigades and Fatah the responsibility for the killing of 42% of all those killed during the Al Aqsa Intifada. Additionally, during the last siege on Jenin which lasted 9 days, Fatah and the national authority put 80% of the efforts into **the combined force,** while the rest came from the other factions. However, at the same time, we in Fatah are not able to solve a single economic problem for a single Tanzim boy and we cannot supply him with a single rifle. All the arms at Fatah's disposal are private property, obtained by getting into debt or by the participation of several brothers together in purchasing one rifle. There are even those who sold their wives' gold to buy arms. Most of the activity that we carry out, whether inside or outside the RC, is (financed) by means of debts that are piling up on our shoulders.

At the same time the Islamic factions receive all the financial aid they require for working and for purchasing arms. They recruit boys **with motivation in that they supply them with arms, give them a monthly salary and solve all their economic problems.** This constitutes a significant threat for the Fatah movement in Jenin RC and

# Jenin

# The Capital of the Palestinian Suicide Terrorists

1329526.1

## Abstract

In Jenin, and especially in the refugee camp in its outskirts, an extensive infrastructure of various terrorist organizations existed prior to the IDF *Defensive Wall* Operation. These organizations cooperated in "exporting" killing and suicide attacks to Israel. An expression of this can be found in the following excerpt from an internal **Fatah** document:

"(Jenin refugee camp) is characterized by an exceptional presence of fighting men who take the initiative (on behalf of) the national activity. Nothing will beat them and nothing worries them. Therefore, they are ready for **self-sacrifice** with all the means. **And therefore, it is not strange, that Jenin (has been termed) the suiciders capital**" (A'simat Al-Istashidin, in Arabic).

> (From a report of the Fatah movement in Jenin refugee camp **addressed to Marwan Barghouti**, 25 September 2001)

Jenin, "the suiciders capital" "exported during the violent confrontation **28** suicide attacks (most were implemented and some were foiled), and many more terrorist attacks. This terrorism, perpetrated by the Palestinian Islamic Jihad (PIJ), Fatah and Hamas, resulted in the **death of many dozens of Israelis and the wounding of hundreds.**

1329526.1

## "The Suiciders Capital" "Industry"



An explosives laboratory found in Jenin refugee camp which produced improvised explosives charges. Pipe charges, chemical materials for producing the charges and ball bearings for increasing the lethality of the impact can be seen in the photo.

# Jenin - "The Suiciders Capital"

### General Characteristics of the Terror Infrastructure in Jenin

1. The town of Jenin, its refugee camp, and the surrounding villages is an area with a **long history** of violence and terror. In the past, this area already dispatched to Israel murderous terrorist squads (the Fatah "Black Panther" squads during the first Intifada). About 14,000 people live in **Jenin refugee camp**, mostly Arab refugees who fled in 1948 from the Galilee. Amongst this human infrastructure, the various terrorist organizations, and the PIJ leadership in Damascus find youths with high motivation to perpetrate terrorist attacks.



**Jenin Refugee Camp**

1329526.1

2. Previous to the IDF *Defensive Wall* Operation, terror infrastructures of various organizations were concentrated in Jenin, mainly in its refugee camp. Below are general characteristics of the infrastructures of the three leading terrorist organizations:

   a. **Hamas** – In Jenin and the surrounding villages, a Hamas network operated which was responsible for the perpetration of a number of lethal suicide attacks inside Israel (the most recent in Haifa on 31 March 2002 in which 15 Israelis were killed). The Jenin network operated in cooperation with many and diverse operational elements in the Hamas movement, as well as with the leadership abroad. This network was severely damaged following IDF activity in Tubas (on 5 April) in which 6 major operational activists from the Hamas were killed, including **Qis Adwan** (head of the Hamas infrastructure in Jenin who directed suicide attacks in Israel in which dozens of Israelis were killed, and **Sa'ed Awad** (head of the QASSAM-2 rocket project in Samaria, whose death impaired the rocket production infrastructure in Samaria). At the same time, additional senior activists such as **Nasser Jerar** (involved in the planning of spectacular attacks in Israel and the West Bank) and **Jamal Abu Al Hija** (head of Hamas in Jenin who directs terror activities and is involved is the transfer of money for financing such activities), are still at large and are active.

   b. **PIJ** – Until the IDF operation, the PIJ infrastructure in Jenin was the **strongest in the PA territories**, mostly due to the **massive financial aid** it received for its activities from the PIJ leadership in Syria (according to captured documents). The PIJ infrastructure suffered a severe blow with the death of the head of the military infrastructure in Jenin, **Mahmud Tu'albe** (involved in the perpetration of terrorist attacks, including inside Israel), and the arrest of senior operational activists. Amongst the senior activists arrested, the most prominent are **Ali Safuri** (involved in the direction of a large number of terrorist attacks, including suicide and killing attacks inside Israel) and **Thabet Mardawi** (directed a large number of terrorist attacks, including suicide and killing attacks inside Israel).

   c. **Fatah/Al Aqsa Brigades/Tanzim** – The Fatah network in Jenin (with all its names) served as a central terror focus. Local Fatah activists who according to captured

<u>1329526.1</u>

documents were in close contact with **Marwan Barghouti**, perpetrated many shooting and explosive charges attacks in the West Bank and inside Israel, against the IDF and Israeli civilians. The last of these attacks was the suicide attack in a coffee shop in Tel Aviv on 30 March 2002 (One Israeli civilian killed and 45 wounded). Amongst the senior Fatah activists, the most notable are **Jamal Hawil** (responsible for direction of lethal terrorist attacks, arrested by the IDF) and **Ita Abu Ramila** (Fatah and Preventive Security Apparatus activist in Jenin).

3. Expressions of the scope and power of the terror infrastructures in the Jenin refugee camp, in Jenin and in the nearby villages (Qabatiyah and Tubas for example) can be found during Operation *Defensive Wall*: **The intense fighting** in the refugee camps which exacted a heavy price from the IDF, the large quantities of arms and explosives laboratories captured (see Appendix A) and the high number of senior and junior terrorist activists arrested or killed – all these are evidence of the depth of the terror infrastructure in the Jenin region.



**Section of Drawing of the Jenin Area (from a captured document)**

4. During the fighting, **a large number of gunmen** in small squads operated in the Jenin refugee camp from inside civilian buildings. Unlike in other towns, senior PIJ

1329526.1

7

activists remained in the camp, stubbornly fighting against the IDF. The instructions they received were clear: There must be no surrender and you must spill as much as blood as possible from the IDF soldiers. **Contrary** to the Palestinian claims of a massacre ostensibly carried out by IDF soldiers in the camp, in which framework 500-600 innocent civilians were killed, in practice, according to IDF reports (correct for 16 April), 46 bodies were found in the refugee camps, 44 bodies of gunmen/fighters and 2 bodies of civilians).

5. **It is important to emphasize that the terror activists who transformed the refugee camp into their "fortress" made cynical use of the local civilian population:**

   a. **They operated from inside populated houses,** knowing that this would restrict the IDF reaction and with the hidden hope that severe casualties to civilians will damage Israel's image and lead to international pressure on it. (according to a press report, there were 1,500 civilians in Jenin refugee camp during the fighting and they did not leave the camp.

   b. **They activated explosive charges whose detonation caused the destruction of homes and property of civilians. Thabet Mardawi,** a senior PIJ activist from Jenin, admitted during his interrogation that during the battle with IDF soldiers in Jenin refugee camp, **he exploded gas cylinders** which destroyed homes in which civilians lived.

**Characteristics of the Terror Infrastructure in Jenin and its Refugee Camp According to Captured Documents**

1329526.1

6. **The captured documents** unveil the extensive scope of the terror infrastructures of the various organizations and the terrorist attacks originating from the Jenin area, and principally from Jenin refugee camp. Below are the main characteristics of this terror infrastructure according to captured documents examined so far:

   a. **The depth of the human terror infrastructure in Jenin.** In a Fatah report from Jenin refugee camp addressed to **Marwan Barghouti**, it is written that from all the districts, Jenin district is **"overflowing with fighters of tremendous quality and quantity"** who belong to Fatah and the other national and Islamic movements. The report states that Israel defines Jenin as a **"hornet's nest"** and this name is indeed correct since there are many youths in Jenin who are willing to sacrifice themselves, and therefore Jenin has been called the **"Suiciders Capital"** (and indeed many **suicide and killing attacks** which resulted in the deaths of dozens of Israelis and the wounding of hundreds were ""exported" to Israel by the terror infrastructure **in Jenin**. For details see Appendices B and C).

   b. **The mention of terrorist attacks, including killing and suicide attacks which were directed and perpetrated by the terror infrastructure in Jenin in order to weaken Israel.** The captured documents mention attacks carried out against soldiers and civilians which originated in Jenin and the names of the organizations and terrorists who planned them. For example:

   1) **Thabet Azmi Mardawi**, a senior activist in the PIJ military arm, of whom it is written that he **"participated in the preparation of a few suicide acts"** (Mardawi is now **under arrest** in Israel. He is responsible for a large number of terrorist attacks, including suicide attacks inside Israel such as the **suicide attack in Binyamina** [16 July 2001] and the **bus explosion in Wadi Ara** [20 March 2002]).

   2) **Ali Suleyman Al-Safuri**, a senior activist in the PIJ military arm, of whom it is written that he **"has a prominent role in the preparation of explosive belts and charges"** (Al-Safuri is under arrest in Israel. He is responsible, amongst other things, for the suicide attacks in Binyamina [16 July 2001] and Hadera (28 October 2001).

   3) **Muhammad Salah Salim Yassin**, a senior activist in the PIJ military arm, of whom it is written that he **"participated in the perpetration of a few suicide acts"** (Yassin

   <u>1329526.1</u>

was killed by the IDF on 7 March 2002 and was indeed involved in killing attacks inside Israel).

4) **Wa'el Ahmad Jalamnah** from the PIJ (he is known to have driven his partner to the suicide attack in "Paris Square" in Haifa [26 February 2002] and succeeded in escaping to Jenin refugee camp). According to a captured document, the two activists departed from Jenin refugee camp. According to the document, Jalamnah succeeded in fleeing to Jenin (after the attack in Haifa was foiled and his partner was arrested).

5) A captured document mentions the **"murder of a settler" and the wounding of 20 others** during activity of the Al Aqsa Martyrs Brigades originating from Jenin.

6) **A captured document mentions the implementation of the "Umm Al Fahm act" in "Israel's depth" which was perpetrated by the Al Aqsa Martyrs Brigades** (the intention is to the firing carried out on 28 April 2001 at a car in Umm Al Fahm. An Israeli civilian was killed in the attack and another was wounded).

7) An additional captured document mentions a **suicide attack in Afula** in which PA intelligence apparatus activists from Jenin were involved together with the PIJ (the intention is to the killing attack in Afula on 27 November 2001 perpetrated by the PIJ and Al Aqsa Martyrs Brigades).

c. **The existence of a strong terror infrastructure which was built by the PIJ and Hamas, which depends, amongst other things, on intensive use of its financial resources.** According to the documents, the large amounts of money **flowing to Jenin from Damascus** (see below) enable PIJ and Hamas to recruit to their ranks youths with motivation, provide them with a **monthly salary** and solve their financial problems (while posing a **challenge** to Fatah which does not have such large financial resources and whose members, as reported in one document, receive financial aid from PIJ). **The strength of their financial sources** enabled these organizations, inter alia, to penetrate the ranks of the Palestinian intelligence apparatuses, bribe senior commanders of apparatuses in the Jenin area and receive assistance from them in operational activity and in protection against expected PA moves.

d. **The existence in Jenin of a terror infrastructure of the Fatah and Al Aqsa Martyrs Brigades/Tanzim which is in contact with Marwan Barghouti, who provides them with money and budgets, and which competes with PIJ and**

1329526.1

10

Hamas. A captured document states that Jenin "refugee camp" is considered to be a Fatah "fortress" in the (Jenin) district and the Al Aqsa Martyrs Brigades in the camp are those "who consolidated Fatah's presence and operational capabilities". According to a captured document from May 2001, there are 63 Al Aqsa Martyrs Brigades fighters in the Jenin district divided into four military units (it is assumed that their number has since risen). Their activity, it is written **"focuses on the weakening of the Israeli enemy"** and the defense of the refugee camp (in cooperation with other elements). The main constraint which blocked their progress (at least in the first half of 2001) was **the financial constraint,** and the Fatah activists in Jenin expected Marwan Barghouti to assist them in overcoming this problem.

e. **Trans-organizational operational cooperation expressed by joint terrorist attacks in Israel and joint preparations to defend Jenin.** There are a few expressions of this cooperation in the captured documents:

1) The existence of **joint frameworks** for all the terrorist organizations. The documents mention the **"combined force"** which apparently operates in the context of a defense plan for Jenin and whose men belong to all the organizations operating there (it is possible that the units operating in this framework are called "guard units". One document mentions a **joint operations room** in Jenin.

2) **The existence of inter-organizational operational cooperation in the perpetration of terrorist attacks inside Israel.** One document notes that the commander of the Al Aqsa Martyrs Brigades in the Jenin area recruited one of the terrorists who took part in the suicide attack in Afula (on 27 November 2001 in which 2 Israeli civilians were killed and approx. 50 wounded). The responsibility for this attack was indeed **jointly** claimed by the PIJ and Al Aqsa Martyrs Brigades. We are familiar with **additional** cases of inter-organizational cooperation (Fatah and PIJ) in perpetration of terrorist attacks inside Israel which originated in the Jenin area (see Appendices B and C).

3) **Cooperation in various realms between Fatah and local PA intelligence apparatuses and the PIJ and Hamas.** This is expressed not only in joint terrorist attacks but also in warnings of expected activities by the PA which were transferred to the PIJ by the Deputy Chief of the Preventive Security Directorate in Jenin; in early reporting of expected arrests and names of wanted persons by the PA, in the

1329526.1

procurement of arms by Preventive Security officers for the PIJ and Hamas in the Jenin area. One captured document states that the Deputy Head of the Preventive Security Directorate supplied Hamas and PIJ with weapons from "the arms depot in northern Palestine whose contents were stolen" (the intention is to the arms stolen from Kibbutz Manara, some of which, according to a press report was found by the IDF in Jenin).

f. **The direction of the PIJ terror infrastructure in the Jenin area by the organization's headquarters in Damascus.** In this framework, one document states that **Dr. Ramadan Shalach,** the PIJ secretary, transfers large sums of money to PIJ activists in Jenin, for financial aid to the families of martyrs and also for payment of expenses for suicide and killing attacks. According to this document, he transferred a large sum of money for the suicide and killing attacks in Afula (27 November 2001), whose "sundry expenses" was a sum of **$31,000.** In addition, a sum of **$127,000** is mentioned as aid to support the families of martyrs and activists under arrest (these sums of money also constituted a source for corruption and internal strife amongst PIJ members in Jenin.

g. **One captured document indicates ties between senior activists in the Jenin terror infrastructure and Israeli Arabs,** while exploiting the fact that the refugees living in the Jenin area originate from the Galilee. The document notes that **Bassam Ragheb Al Sa'adi**, a senior PIJ activist in Jenin who deals in money transfers, conducts **"extensive ties with people inside the green line (areas)"**. (Bassam Sa'adi is known to be a PIJ senior activist in Jenin who is responsible for the perpetration of a few bomb attacks inside Israel including in Hadera (25 May 2001) and Netanya (30 January 2001).

**Appendices**

7. **4 captured documents and their translation into English.**

a. **Document A** – A report addressed to **Marwan Barghouti** regarding the situation of the Fatah movement in Jenin refugee camp (25 September 2001).

1329526.1

12

b. **Document B** – A report addressed to **Marwan Barghouti** regarding Al Aqsa Martyrs Brigades activity in the Jenin district (8 May 2001).

c. **Document C** – A report of the **Preventive Security HQ** in Jenin regarding the PIJ activists leadership in Jenin (28 November 2001).

d. **Document D** - A report of Force 17 (Fatah) that a terrorist from PIJ who was involved in the killing attack in Haifa succeeded to escape to Jenin (27 February 2002).

8. **3 additional appendices:**

a. **Appendix A** – An IDF report on arms found in Jenin.

b. **Appendix B** – Major terrorist attacks which originated from the terror infrastructure in Jenin.

c. **Appendix C** – Characteristics of two arch-terrorists from the Jenin area captured by the IDF.

## Appendices



132

Photo taken in Jenin of posters in praise of terrorist martyrs alongside a UN protective vest (belonging to a local UNRWA worker/a terrorist?)

1329526.1