Document A

## Translation

**To Brother Marwan al-Barghouti, May God Protect Him**
Secretary of the Supreme Fatah Movement Committee
Intifada and Al Aqsa Greetings,

**Re: Report on the Situation of the Fatah Movement in Jenin Refugee Camp**

We in the Fatah movement in the Jenin refugee camp (RC), the RC of the steadfast stand and confrontation, out of our organizational obligation, and from a starting point of preserving the Fatah movement and hence also the supreme national interest – we see a necessity to update your honor on the events in the Jenin district in general and **in the Jenin RC** in particular. We wish to update (you) on **developments and changes in Tanzim work** as well as on the continuing recruitment by the Islamic factions.

Among all the districts, Jenin district is one that is **overflowing with fighters of tremendous quality and quantity**, belonging to the Fatah movement and to the national and Islamic movements. This is true at the national level, and is especially notable in **Jenin RC. The latter is considered, justifiably, as the center of events and as the focus of HQs of field work of all the factions in the Jenin district**, the hornets nest as it is called by "the other side".

**The RC is characterized by an exceptional presence of fighting men and initiators of national activity. Nothing will beat them and nothing worries them. Therefore, they are ready for self-sacrifice with all means. Therefore, it is not strange that Jenin has been termed "capital**

1329526.1

of the suiciders". Those who started all this were the Al Aqsa Martyrs Brigades. In the first Intifada, Jenin was the bastion of the Black Panthers. **The Jenin RC is considered Fatah's fortress in the district.** The Islamic factions (Hamas and the PIJ) noticed that Jenin RC is a center of events of excellent boys, they started to channel all their financial resources into the RC. This is especially true of the PIJ.

We in the Fatah movement in Jenin RC receive nothing that could be called a working budget in comparison to the other factions. (We) receive little, little that does not suffice even for minimum work requirements. **We are the pioneers and we are those who are creating the events.**

By the way, **the Al Aqsa Martyrs Brigades**, whose center is the north (of the West Bank) are located in Jenin RC **(and they) are who consolidated the presence and operational capability of Fatah**. This on the basis of the admission of the Zionist enemy, since Israel has placed on the Al Aqsa Martyrs Brigades and Fatah the responsibility for the killing of 42% of all those killed during the Al Aqsa Intifada. Additionally, during the last siege on Jenin which lasted 9 days, Fatah and the national authority put 80% of the efforts into **the combined force**, while the rest came from the other factions. However, at the same time, we in Fatah are not able to solve a single economic problem for a single Tanzim boy and we cannot supply him with a single rifle. All the arms at Fatah's disposal are private property, obtained by getting into debt or by the participation of several brothers together in purchasing one rifle. There are even those who sold their wives' gold to buy arms. Most of the activity that we carry out, whether inside or outside the RC, is (financed) by means of debts that are piling up on our shoulders.

At the same time the Islamic factions receive all the financial aid they require for working and for purchasing arms. They recruit boys **with**

1329526.1

16

<u>motivation in that they supply them with arms, give them a monthly salary and solve all their economic problems.</u> This constitutes a significant threat for the Fatah movement in Jenin RC and thereafter in the entire district. It is of note that we explained our difficult predicament to several elements, both in the Tanzim and in the PA… (line erased)… for the purpose of obtaining our national goals that do not change, and not by means of conflicts with other factions, without mentioning names. Therefore, we request you to make our voice heard among the relevant elements **in order to transfer budgets for Tanzim activity,** in such a way as is in line with the importance of the period we are in, and that will stop the various factions from recruiting Fatah activists and boys of Jenin and the RCs. This is having a negative affect and is a great danger for the future of our pioneering and leading movement, and it endangers our national cause, which we believe in and for whose implementation we are working in accordance with the Fatah-Palestinian philosophy. This philosophy is bringing us to achieve our goals: liberty and independence and to the establishment of our independent state with Jerusalem as its capital.

    Oath, May it be willed that you be a pillar and pride to your people and to the Fatah movement.

                                 The Palestinian National Liberation Movement/Fatah

                                 Jenin Refugee Camp

                                 25/9/2001

1329526.1

Copy of Original Document in Arabic

حضرة الاخ / مروان البرغوثي       حفظه الله ورعاه
امين سر اللجنة الحركية العليا لحركة فتح
تحية الانتفاضة والاقصى المبارك

الموضوع : تقرير حول وضع حركة فتح في مخيم جنين

اننا في حركة فتح في مخيم جنين مخيم الصمود والتحدي ، من واجبنا التنظيمي ومن منطلق الحرص على حركة فتح وبالتالي على المصلحة الوطنية العليا ، فاننا نرى انه لزاما علينا ان نضع حضرتكم في صورة ما يحدث في محافظة جنين وبالتحديد في مخيم جنين من تطورات وتغيرات في العمل التنظيمي والاستقطاب المستمر من الفصائل الاسلامية .

ان محافظة جنين من المحافظات التي تزخر بالكم والنوع الهائل من المناضلين المميزين في حركة فتح وكافة الفصائل الوطنية والاسلامية وعلى مستوى الوطن، وبالتحديد في مخيم جنين الذي يعتبر وبكل واقعية مركز الاحداث ومجمع قيادات العمل الميداني لكافة الفصائل ( عش الدبابير –كما يسميه الطرف الاخر ) في محافظة جنين ، حيث يتميز بوجود شباب مميز مناضل مبادر في العمل الوطني ولا يوجد شيء يخسره او يخاف عليه ،وبالتالي عنده الاستعداد للتضحية وبكل الوسائل ، وليس غريبا ان يطلق على جنين القسام عاصمة الاستشهاديين، ومنها كانت انطلاقة كتائب شهداء الاقصى ، والتي كانت في الانتفاضة الاولى معقل الفهود السود وهي ، ويعتبر مخيم جنين قلعة فتح في المحافظة ، وانتبهت الفصائل

1329526.1

الاسلامية ( حماس والجهاد الاسلامي ) الى مخيم جنين باعتباره مركــز الحــدث ولوجود شباب مميز فيه ، وبدأت تضع كل امكاناتها المادية في ساحة المخيــم ، وخاصة حركة الجهاد الاسلامي ، وعلى الرغم اننا في حركة فتح في مخيم جنــين لا نتلقى شيء يذكر كموازنة للعمل مقارنة مع الفصائل الاخرى سوى القليــل الذي لا يفي بالحد الادنى من متطلبات العمل الاساسية ، الا اننا دائما نكــون في المقدمة ونحن من يصنع الحدث ، وعلى سبيل المثال – فان كتائب شهداء الاقصى وعصبها الرئيسي في الشمال في مخيم جنين – التي رسخت وجود وقدرة فتــح على العمل وباعتراف العدو الصهيوني فان اسرائيل تحمل كتائب شهداء الاقصى وحركة فتح مسؤولية قتل 42% من عدد القتلى الاجمالي خلال انتفاضة الاقصى، وفي الحصار الاخير على مخيم جنين والذي استمر تسعة ايام فان حركــة فتــح والسلطة الوطنية بذلت 80% من الجهد متعدد الجوانــب، والبــاقي الفصــائل الاخرى، ومع هذا فاننا في حركة فتح لا نستطيع حل أي اشكالية ماديــة لاي شاب تنظيمي ولا نستطيع توفير حتى قطعة سلاح واحدة ، فابناء فتح كل مــا يملكون من سلاح هو ملك شخصي من خلال الديون او اشتراك اكثر من اخ في شراء قطعة واحدة، وحتى ان بعض الاخوة باعوا ذهب نساءهم من اجل شــراء قطعة سلاح، وكل ما نقوم به من نشاط داخل مخيم جنين او خارجه فان معظمه **من خلال الديون والتي تراكمت علينا وبشكل كبير** .

في الوقت الذي توفر فيه الفصائل الاسلامية كل وسائل الدعم المادي من اجــل العمل وشراء الاسلحة وبالتالي استقطاب الشباب المتحمس من خلال توفير قطعة سلاح لهم واعطاءهم راتب شهري وحل كل اشكالياتهم المادية ، وهذا يشــكل تهديد حقيقي لحركة فتح في مخيم جنين وبالتالي في المحافظة ، وهذه الحالة الصعبــة شرحناها لاكثر من جهة سواء على الصعيد التنظيمي او على صعيــد السلــطة

اجل تحقيق اهدافنا الوطنية الثابتة ، وليس من خلال محاكمات بعض الفصــــائل بغض النظر عن اسمائها، لذا نرجو منكم ايصال صوتنا الى الجهات المعنية مــــن اجل **توفير موازنات للعمل التنظيمي** بما يتناسب مع عظم المرحلة التي نمر فيــها وكبح جماح الفصائل المتعددة في استقطاب ابناء حركة فتـــح وشـــباب جنــــين والمخيم، لما له تاثير سلبي ويشكل خطورة كبيرة على مستقبل حركتنا الر ائــــدة والقائدة ، وعلى مشروعنا الوطني الذي نؤمن به ونعمل على تحقيقه حسب رؤيا فتحاوية فلسطينية تقودنا الى تحقيق اهدافنا في الحرية والاستقلال وقيــــام دولتنــــا المستقلة باذن الله وعاصمتها القدس الشريف .

اللهم انا قد بلغنا فاشهد

ودمتم سندا وذخرا لشعبكم وحركة فتح

حركة التحرير الوطني الفلسطيني / فتح

مخيـــــــم جنــــــــين

2001/9/25

1329526.1

**Document B**

Translation

In God's All-Merciful Name

Al Aqsa Martyrs Brigades
Jenin District

To: Brother **Marwan Barghouti**, May God Protect Him
Secretary of the Supreme Movement Committee
Greetings of Jerusalem and the Intifada

**Re: Comprehensive Report on the Al Aqsa Martyrs Brigades (in the Jenin District)**

The following is a comprehensive report on Al Aqsa Brigades activity in the Jenin district:

The number of brothers wanted and who are official members of the Al Aqsa Brigades is **63**. This in addition to collaborators who engage in clandestine activities.

**The brigades are divided into a number of military units:**
- The Usama Turkeman martyr unit.
- The Fadi and Amjad matryrs unit.
- The Malja al Alamariya martyrs unit.
- The Nur Yassin martyr unit.

**The activity of the brigades and their various units concentrates on attrition of the Israeli enemy.** It also focuses on **prolonged encounters**, including the use of machine guns, hand grenades, explosive materials and

1329526.1

mortar bombs. The activity concentrates on the bypass road, which runs between Yabed and Baqa al Sharqiya, where military activity takes place (and where there are) settlers traffic routes. The Al Aqsa Brigades and wanted activists in Jenin RC have formed many guard units around and inside the camp. These are the units that stood up to and resisted the attempts of the Israeli special units from breaking into the camp and arresting Fatah and Tanzim activists.

Achievements of the Al Aqsa Brigades' encounters in the Jenin district:-

- **136 armed encounters.**
- **The killing of a settler and wounding of twenty** in these encounters and this according to the Zionist enemy's announcement.
- **The execution of the brave Umm al Fahm operation in the Israeli depth,** killing an Israeli officer and wounding another officer (note: this refers to a shooting attack on 28 April 2001 at a car in Umm al Fahm when a soldier was killed and a civilian woman was injured).
- We lost the commander of the quality operations in the brigades, Osama Turkeman in an armed encounter (Note: Turkeman was involved in shooting and explosive charge attacks, he was killed by the IDF on 4 March 2001 on his way to carry out an attack).

At the same time, to this day there is no budget (for us) for all this activity, which entails considerable expenses, both for ammunition, combat equipment and fuel and for aid for brothers to keep their families. All the expenses of this activity were paid from their own pocket (of Al Aqsa Brigades men).

We hope that you will help us as much as you can, especially in view of the fact that there are accumulated debts of the Brigades which approach tens of thousands of dollars. (It is noteworthy that) there are various moves of elements that oppose us (ready) to invest this money.

1329526.1

22

<u>We all hope that just as we committed ourselves in the past (to be loyal), by the same token, you will always help us and supply us with a budget for this activity so that the resistance can continue and its methods and means can be developed, until independence and (until) the establishment of an independent Palestinian state with Jerusalem as its capital.</u>

<u>Greetings of the Revolution until Victory</u>

<u>Al Aqsa Martyrs</u>
<u>8.5.2001</u>

1329526.1

23

## Copy of Original Document in Arabic

MAY-08-01 05:08 PM                                                          P.02

بسم الله الرحمن الرحيم



كتائب شهداء الأقصى

الرقم : _____

التاريخ : ٨/٥/٢٠٠١

محافظة جنين

الأخ / مـــروان البرغـــوثي        حفظه الله
أمـــين سر اللجنة الحـــركية العليــا
تحية القدس والانتفاضة المباركة

الموضوع : تقرير شامل حول كتائب شهداء الاقصى

نرفع اليكم تقريرى شامل حول فعاليات كتائب شهداء الاقصى في اقليم جنين:

• يبلغ عدد الاخوة المطاردين والاعضاء الرسميين في كتائب شهداء الاقصــى ثلاثة وستون اخ ، هذا بالاضافة الى الاخوة المســـاعدين الذيــن يقومـــون بنشاطات سرية .

وتقسم الكتائب الى عدة وحدات عسكرية :

- وحدة الشهيد اسامة تركمان
- وحدة الشهداء فادي وامجد
- وحدة شهداء ملحا العامرية
- وحدة الشهيد نور ياسين

- ويتركز نشاط الكتائب ووحداتها المختلفة في استنزاف العدو الإســـرائيلي والاشتباك المستمر في الأسلحة الرشاشة والقنابل اليدوية والمتفجرات المحلية بالإضافة الى قذائف الهاون، خاصة في الشارع الالتفافي الممتد مـــن مـــن

1329526.1

MAY-08-01 05:08 PM                                                          P.01

بسم الله الرحمن الرحيم



كتائب شهداء الأقصى

محافظة جنين

الرقم : ─────

التاريخ : ١٨/٥/١ - C

ونأمل مساعدتنا قدر استطاعتكم وخاصة ان هناك ديون متراكمة على الكتائب تقارب عشرة الاف دولار ، وهناك تحركات لجهات مرفوضة لنا لاستثمار هذا الجهد ، فكلنا امل بكم كما عهدناكم دائما ان تساعدونا في توفير موازنة لهذا العمل من اجل الاستمرار في المقاومة وتطوير اشكالها واساليبها حتى الاستقلال واقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف .

ودمتم سندا وذخرا للفتح وللوطن

وإنها لثورة حتى النصر

كتائب شهداء الأقصى
C- ١/٥/١٨

1329526.1

## A Poster of the Al Aqsa Martyrs Brigades in memory of a fighter killed in the battle for the Jenin RC on 4 March by an Israeli tank shell



**Document C**

**Translation**

"**The Palestinian National Authority**"

Preventive Security HQ

Jenin Directorate

To: Brothers in Jenin District HQ, Homeland Greetings,

**Re: The important and prominent activists of the Islamic Jihad in the Jenin district**

1. Abd Al Halim Az al Din (**Haja**), Araba, 35 now resides in Jenin. (He) is considered one of the prominent PIJ leaders in the district. He is in direct contact with the military arm, Al Quds Companies. He constitutes a first rate money channel of the **(Islamic)** Jihad. As such he finances all the activities.

2. **Bassam Ragheb Al Sa'adi**, Jenin RC. (an addition with another pen: "the police"). He is considered one of the PIJ leaders in the area; is one of the wealthy residents of the Jenin camp (is considered one of those) very close to Abd Al Halim Az al Din . (Bassam Al Sa'adi) is **directly linked to the bringing of money** and financing of the PIJ and especially its military side. **He has ties with people inside the "Green Line" (Israel).**

3. Thabet Azmi Mardawi, Araba, he now resides in Jenin. He is one of the most prominent activists of the PIJ, **participated in preparing several suicide attacks.**

1329526.1

27

4.  **Ali Suleyman al-Safuri**, Jenin RC, 37. He is one of the most prominent PIJ military arm activists in the region. He participated in preparing several military operations. **He played an important role in preparing explosive belts and explosive charges.**

5.  **Muhammad Faras Bashir Jaradat**, from Al Silat al Harithiya, now resides in Jenin (addition in another pen: "the police"). He is considered one of the most prominent persons of the PIJ. He is active on all planes. He is first rate inciter (against the PA).

6.  **Muhammad Salah Salim Yassin**, from Anin, now resides in Jenin. He is one of the most prominent activists of the military arm in the region. **He participated in preparing several suicide operations.**

7.  **Sharif Taher Mahyi al Din Tah'ayna**, from Al Silat al Harithiya, now resides in Jenin (addition in another pen: "the police"), one of the most prominent PIJ activists in the district. He is prominent in all the conferences of the (Islamic) Jihad as the one representing them. His role consists of providing social, humanitarian and national services.

8.  Situation assessment: all the names mentioned above **consist of the top of the pyramid in PIJ activity on all planes**. They constitute (also) the foundation pillars of incitement against the national authority and its institutions from time to time.

Sincerely,

Head of the Preventive Security Directorate
In Jenin 28.11.2001

Signature
**Copy of Original Document in Arabic**

1329526.1

29



**السلطة الوطنية الفلسطينية**
**Palestinian National Authority**
قيادة الامن الوقائي
Preventive Security H.Q.
مديرية جنين
Jenin Directorate

---

الاخوة في قيادة محافظة جنين .. تحية طيبة وبعد ،،

الموضوع : - أهم وأبرز نشطاء الجهاد الإسلامي .. محافظة جنين ..

1/ عبد الحليم عز ريب - عرابة - 30 عام -

يسكن حالياً في جنين ، ويعتبر من أبرز نشطاء الجهاد الإسلامي في المحافظة ،
وله علاقة متينة مع الجناح العسكري (سرايا القدس) ..
* يعتبر المذكور لغناه المالي بالوكيل للجهاد .. والذي بدوره يقوم بتمويل كافة العمليات م

2/ بسام راغب السعدي .. مخيم جنين .. / الشرط
* يعتبر من قيادات الجهاد الإسلامي في المنطقة .
* من ذوي ثروة ويقوم باستقبال في مخيم جنين .
* من مقربين جداً من عبد الحليم عز ريب .
* له علاقة مباشرة في قضاء الاموال وتمويل الجهاد الإسلامي وجناحه العسكري .
* له علاقات واسعة مع جميع من حولنا من داخل الخط الاخضر ..

3/ ثابت عزمي مرداوي - عرابة - سكان جنين حالياً ..
* المذكور من ابرز نشطاء الجناح العسكري للجهاد الإسلامي .
* شارك في إعداد أكثر من عملية استشهادية .

4/ علي سليمان الصفوري - مخيم جنين    37 عام .
* من ابرز نشطاء الجناح العسكري للجهاد الإسلامي في المحافظة ..
* شارك في إعداد أكثر من عملية استشهادية ..
* له دور بارز في مجال الإعداد للأحزمة الناسفة والعبوات

---



**السلطة الوطنية الفلسطينية**
Palestinian National Authority
قيادة الأمن الوقائي
Preventive Security H.Q.
مديرية جنين
Jenin Directorate

٥/ محمد نايف بشير جرادات .. اسمه كارشيه - كان ينتمي حراباً . بخروطه
* المذكور يعتبر من وجوه لجبهة للوجود الإسلامي.
* ناشط مع كانت المستوريات ..
* معروف من الارهاب المذكور.

٦/ محمد صالح سليم يسير - عانين - كان جنيز حراباً .
* من ابرز نشطاء جناح العسكري في المنطقة.
* شارك في إعداد اكثر من عملية استشهادية.

٧/ شريف طاهر محيي الدين محاسنه / اسمه كارشيه - كان جنيز حراباً دعوا
* من ابرز وجوه الوجود الإسلامي في المنطقة.
* يبرز نشاطه كأحد عناصر الحركة تمثل عنهم.
* دوره يبرز في الخدمات الاجتماعية والدراسية والوطنية.

تقدير موقفنا / أن كافة الأسماء المذكورة تعتبر رأس المهم في
نشاط و تحرك الجناح الإسلامي مع كافة الصعد ... وهم يشكلون
ركيزة التخريف ضد السلطة الوطنية و مساعي سياسته الفنية
والأمنية.

مع الاحترام

مدير مديرية جنين

٢٨/١١/ ح

31

**Document D**

**Translation**

**In the name of the All-Merciful God**

The Palestinian National Authority
Force 17
Presidential Security

Date: 27.2.2002
To Brig. Gen. Faisal Abu Sharakh (Presidential Security Force 17), may God protect him.
Homeland Greetings.

For your perusal here is a report on events in the districts from (time)..... to (time).....

| Time | Event | Source |
|---|---|---|
| 18:35 | Shooting at a settler and his serious wounding | Qalqiliya |
| 18:35 | **Additional information on the detainee who attempted to carry out an operation in Haifa. The joint operations (room) in Jenin** informed us that **Wa'el Ahmed Jalamneh** is with them. His ID card is with him and he never lost it. It transpires that the person who was arrested (by Israel) is Ayad Patuta, 20, **from Jenin RC.** | Nasser Abu Bakr |
| 22:40 | Clashes at the Al Ghuara roadblock in Hebron inside Area A, the (other, Israeli) side is | Nasser Abu Bakr |

1329526.1

|  | returning fire with heavy weapons. |  |
|---|---|---|
| 23:10 | Four explosions on the bypass road east of Jenin. The other side brought to the area four tanks or more. In the area illumination bombs are being fired and searches are underway. | Nasser Abu Bakr |

For your perusal

Head of the Operations (Room) in the Ramallah and Al Bireh area

Lt. Col. Abu Thiar Gith

**Note:** the above refers to the foiling of a suicide attack of a PIJ terrorist in "Paris Square" in Haifa on 26 February 2002. In an investigation of the event it was learned that **Ahmed Jalamneh** from Jenin RC escaped from the area in a white Renault 11 car. It transpires from the captured document that Jalamneh reached **Jenin RC safely, the RC from which he and his partner departed** to perpetrate the lethal attack.

1329526.1

33

## Copy of Original Document in Arabic

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

قـــوات ال ١٧

أمن الرئاسة

الرقم : ـــــــــ
التاريخ : ٢٧/٢/٢٠٠٠
المرفقات : ـــــــــ

حضرة الأخ العميد / فيصل أبو شرخ       حفظه الله :-
تحية الوطن وبعد :
نرفع إليكم تقرير أحداث المحافظات
من سعت       إلى سعت

| الوقت | الحدث | المصدر |
|---|---|---|
| 1835 | اطلاق عيار نار على مستوطنين واصابته بجروح خطيرة | قلقيلية |
| 1835 | معلومات أمنية عن المعتقل الذي هاربا لأنه على محاولة فصيلا حيث تم تبليغنا من قبل العبادات ان شركة خدمات بلدى وائل أحمد حلاونة موجود لديهم وهريتهم معه ولم تكن مفقودة في جيوبهم ال يام وتبين ان المعبرين عليهم الختار هو الذي تم لطخة مسمى حينه بلغ مسائله بعد عادة | ناهر أبو بكر |
| 2240 | اشتباكات على حاجز حاجم تقارب المغرب ح الخليل | ناهر أبو بكر |
| | داخل منطقت م والطرف تقوم باطلاق النار باتجاه جمية الشقلة | |
| 7310 | أربعة انفجارات على الشارع بالتخاذي لشرع جنيسم قام | ناهر أبو بكر |
| | الطرف الاخر خرجنا ارعبت دوريات أمركة وجنات | |
| | تقابل احداعة تم الطلعت وهناك عيارات عشوائية | |

برجاء الاطلاع لطفا       مدير العمليات لمنطقة رام الله والبيرة
                         المقدم / أبو ثائر غيث

1329526.1