## Appendix A

## Combat Means Found in Jenin

1.  During Operation *Defensive Wall* many combat means were uncovered in Jenin and the nearby refugee camp. The equipment discovered in terrorists' homes and in the explosives laboratories include the following items: explosive charges, explosive materials, gas cylinders for preparing charges, arming strips for detonating charges, sacks of fertilizers used as raw material for producing improvised explosive materials and car bombs, mines, small arms (rifles, pistols, mortar bombs, knives, and improvised arms).

2.  The following are **preliminary** data on sites in Jenin where combat means were found. These data should be regarded as a typical example for gaining an **impression** only, where in actuality combat equipment was **found in many more houses.**

| Building No. | Nature of Combat Means Found in Houses |
|---|---|
| 1 | Many explosive charges |
| 2 | 21 charges |
| 3 | Charges |
| 4 | 5 charges |
| 5 | 3 charges |
| 6 | A large charge and 2 improvised mortar bombs |
| 7 | Material for preparing charges and incitement material |
| 8 | 10 pipe charges, 4 incendiary charges, small arms, cartridges, incitement literature |
| 9 | **IDF equipment**: winter clothing, NBC kits, uniforms, binoculars, incitement literature, knives. |
| 10 | A large battery connected to wires leading to a nearby junction where tv   )as cylinders were buried. |

1329526.1

35

| 11 | Improvised HE |
|---|---|
| 12 | 5-10 sacks of a chemical fertilizer for preparing improvised HE. |
| 13 | 2 ammunition crates, ammunition bags |
| 14 | Pipe charge |
| 15 | A large charge |
| 16 | A car bomb near the building |
| Junction | A car bomb near a building |
| 17 | A car bomb at the junction |
| 18 | An explosives lab |
| 19 | An explosives lab |
| 20 | An explosives lab |
| 21 | An explosives lab |
| 22 | Combat means production and repair workshop |
| 23 | Pipe charge production workshop |



A workshop for machining and welding pipe charges discovered in Jenin RC

1329526

37

An explosives lab discovered in Jenin RC

**Appendix B**

1329526.1

## <u>Major Attacks Carried out by the Terrorist Infrastructure in Jenin</u>

### <u>Hamas</u>

1. <u>**9 September 2001 -**  A suicide attack in Nahariya, **3 Israelis killed and 48 wounded**, the attacker was an Israeli Arab from the Galilee.</u>

2. <u>**19 March 2002 -**  A shooting attack in Hamam Al Maliach (Jordan Valley), **an IDF officer was killed and 3 Israelis were wounded.**</u>

3. <u>**31 March 2002 -**  Suicide attack in Haifa, leaving **15 Israeli civilians dead and 33 wounded**. The attacker was from Jenin refugee camp, and had an Israeli ID card.</u>

### <u>PIJ</u>

1. <u>**16 July 2001 -**   A suicide attack at the Binyamina railway station **killing 2 Israelis and wounding 10.**</u>

2. <u>**28 October 2001 -**. A shooting attack in Hadera **killing 4 Israelis and wounding 42.**</u>

3. <u>**29 November 2001 –** A suicide attack at a junction near an army base near Pardes Hanna **killing 3 Israelis and wounding 9.**</u>

4. <u>**25 January 2002 –** A suicide attack at the old Central Bus Station in Tel Aviv leaving **23 wounded (in cooperation with Fatah).**</u>

5. <u>**5 January 2002 –** A suicide attack in Afula, killing one Israeli and wounding 15.</u>

6. <u>**20 March 2002 -**  A suicide attack in a bus in Wadi Ara, **killing 7 Israelis and wounding 28.**</u>

7. <u>**10 April 2002 –** A suicide attack at the Yagur junction, **killing 8 Israelis and wounding 20.**</u>

### <u>Fatah</u>

1. <u>**1 February 2001 –** The murder of Lior Ataya.</u>

1329526.1

2.    **28 April 2001** – Shooting at a car near Umm al Fahm, **killing one Israeli civilian and wounding another (female).**

3.    **1-3 May 2001** – Test firing of mortar bombs produced by Fatah activists.

4.    **28 June 2001** – Shooting at a vehicle near Ganim, **one woman was killed.**

5.    **8 August 2001** -  The laying of a charge at Golani Junction, there were no casualties.

6.    **11 September 2001** – Shooting at "Bezek" workers near Shaked and detonation of a charge at an IDF force that was carrying out searches in the area. **An Israeli civilian and 4 soldiers were wounded.**

7.    **9 March 2001** – Shooting at an Israeli vehicle near Yabed. **An Israeli civilian woman was killed.**

8.    **4 October 2001** – A terrorist disguised as a soldier fired at Israeli civilians in the central bus station in Afula. **3 civilians were killed and 14 wounded.**

9.    **27 October 2001** -  Infiltration to the settlement of Me Ammi and laying of a charge there. There were no casualties.

10.   **27 November 2001** – A joint PIJ and Fatah suicide attack, in which terrorists fired at civilians in the Afula central bus station. **2 Israeli civilians were killed and 50 wounded.**

11.   **8 February 2002** -  Masterminding of a joint PIJ and Fatah suicide attack aimed at Tel Aviv. The attack was prevented when the squad was intercepted in Jenin, when the terrorists detonated the explosive belt in their possession.

12.   **7 March 2002** – A terrorist hurls a charge that was hidden in a birds cage during a chase in Karkur.

13.   **11 March 2002** – Shooting at a truck. An Israeli Arab incurred medium wounds.

14. **12 March 2002 –** Shooting at an Israeli vehicle on the road to the village of Katsir, **one Israeli was severely wounded and 2 lightly wounded.**

15. **21 March 2002 -** A suicide attack in a Jerusalem cafe, **killing 3 Israeli civilians and wounding 71.**

16. **22 March 2002 –** A suicide terrorist blew himself up near an IDF force, near Anin village, **a soldier incurred medium wounds.**

17. **30 March 2002 -** A suicide attack in a Tel Aviv cafe, **killing one Israeli civilian and wounding 45.**

41

## Appendix C

### Characteristics of Two Arch-Terrorists
### from the Jenin Area Captured by the IDF

---

**Thabet Azmi Mardawi: a senior PIJ activist in the Jenin area, an arch-terrorist, who armed and equipped 9 suicide terrorists, sent them to their death and caused the death of 20 Israelis and the wounding of 150 more. He turned himself in to the IDF (11 April)**

1.  In the framework of Operation *Defensive Wall*, Thabet Azmi Mardawi, a senior PIJ activist, turned himself in to the IDF. Mardawi's record is a good example of the **murderous capabilities** of the PIJ infrastructure that operated in the Jenin area.

2.  Thabet Mardawi, 25, resident of Araba village in the Jenin area, began his terrorist activity in 1994. He was arrested by Israel and was imprisoned during the years 1994-98. After his release he joined the PIJ and joined the organization leadership in Jenin. In November '98 he was arrested by the Palestinian Counter Intelligence. He was partially imprisoned in Jenin until his release in May 2000.

3.  After the violence erupted in September 2000, he renewed his ties with PIJ activists. During the confrontation he stood out as an **arch-terrorist**. The terrorist activity that he initiated **caused the death of 20 Israelis and the wounding of 150 more.**

1329526.1

4.   In his interrogation, Mardawi confessed that he masterminded and set in motion the following terrorist attacks:

a.   **The Hadera attacks:**

   1)   Car bomb attack (car bomb attack at the central bus station on 25 May 2001, 45 Israeli civilians wounded).

   2)   A shooting attack on 28 October 2001 at passers-by in the Hadera market killing 4 Israeli civilians and wounding 20 more).

b.   **An attack at the Binyamina railway station** (on 16 July 2001, where a suicide terrorist blew himself up at a bus stop opposite the station killing two Israelis and wounding 8 more).

c.   **Two shooting attacks in the Jordan Valley.**

d.   **An attack in Kibbutz Shluhot** (on 7 October 2001 a suicide terrorist blew himself up at the entrance to the kibbutz, one Israeli civilian was killed.

e.   A suicide terrorist blew himself up (on 12 August 2001) in the Wall Street restaurant **in Kiryat Motzkin**, 14 Israeli civilians were wounded.

f.   **An attack on a bus in the Afula bus station** (on 5 March 2002 a suicide terrorist blew himself up in the 823 "Egged" bus  in Afula, one Israeli civilian was killed and 19 wounded.

g.   On 29 November 2001 a **suicide terrorist exploded in a bus in Wadi Ara**, 3 Israeli civilians were killed and 8 wounded.

h.   On 20 March 2002, a **suicide terrorist  exploded on a 823 Egged bus in Wadi Ara** on the way from Tel Aviv to Nazareth. 7 Israeli civilians were killed and 28 wounded.

i.   **The masterminding of a suicide attack in Haifa** on 26 February 2002 which was foiled. The terrorist was caught by the police.

1329526.1

43

5.    During his entire period of activity, Mardawi was instructed and operated by the PIJ HQ in **Syria**, with which he was in contact (according to one of the captured documents, large sums of money were transferred from the PIJ HQ in Damascus to the PIJ terror infrastructure in Jenin).

6.    Under questioning Mardawi said that during the battle with the IDF in Jenin refugee camp, he made use of the **explosion of gas cylinders** thus causing the destruction of homes of innocent civilians.

**Ali Suleyman Al-Sa'adi (Safuri), 40, originating from Jenin RC, arch-terrorist who was involved in masterminding and setting in motion many murderous attacks in Israel**

7.    Ali Suleyman al Sa'adi (Safuri), 40, from Jenin RC is a senior PIJ activist in the Jenin area who was arrested by the IDF.

8.    Safuri started to emerge as a central activist in the PIJ in the Jenin area in May 2001, when he was member in the squad of Abd Al Karim Awis (senior Tanzim activist in the RC). His assignment included the preparation of explosive charges and mortar bombs for the squad.

9.    Over the past year he stood out as the one who prepared explosive charges for anyone on request and as a mastermind of murderous terrorist attacks. The following are attacks and attack attempts he was involved in masterminding or implementation:

   a.    **25 May 2001** – The blowing up of a car bomb with two terrorists inside at the Hadera central bus station. **45 Israeli civilians were wounded.**

   b.    **20 June 2001** – The explosion of a charge in a trash can in Hadera at the Herbert Samuel St. and Six Days St. junction. There were no casualties.

1329526.1

c.    <u>11 July 2001 – An attack attempt in Afula. The attacker stated under questioning that he intended to carry out a suicide attack in a crowded area and that he received an explosive charge from Tu'albe and **Ali Safuri**, who briefed him how to operate the charge and gave him instructions on where to blow himself up.</u>

d.    <u>16 July 2001 – A suicide terrorist blew himself up at a bus stop opposite the Binyamina railway station **killing two civilians and wounding 8.**</u>

e.    <u>22 July 2001 – Murad Tu'albe, Mahmoud Tu'albe's brother, tried to carry out a suicide attack in Haifa. After his arrest he led the police to the explosive belt that he left in an abandoned house in Haifa. Under questioning Murad stated that he was sent to carry out the attack by his brother Mahmoud and **Ali Safuri.**</u>

f.    <u>2 August 2001 – A terrorist was caught when trying to board an Egged bus near Bet Shean to perpetrate a suicide attack. **Ali Safuri** apparently prepared the charge.</u>

g.    <u>12 August 2001 – A suicide terrorist blew himself up in the Wall Street restaurant in Kiryat Motzkin. **14 civilians were wounded.**</u>

h.    <u>16 August 2001 – A terrorist who was arrested in Umm al Fahm on his way to carry out a suicide attack, confessed under questioning that **Ali Safuri** and Mahmoud Nursi enlisted him to perpetrate the attack.</u>

i.    <u>7 October 2001 – A suicide terrorist blew himself up at the entrance to Kibbutz Shluchot. **One Israeli civilian was killed.**</u>

j.    <u>28 October 2001 – A shooting attack at passers-by near the Hadera market **killing 4 Israeli civilians and wounding 20 more.**</u>

k.    <u>27 November 2001 – A drive-by shooting attack from the Afula central bus station towards the market **killing 2 Israeli civilians and wounding 48 more.**</u>

1329526.1

45

l.    **9 December 2001** – a suicide terrorist blew himself up at a bus stop at the Haifa Check Post junction on the Tel Hanan side. **29 Israeli civilians were wounded.**