
PLAINTIFF'S
EXHIBIT
829

3  MAY  2002
TR1 – 319 – 02

---

# The "Al Aqsa Martyrs Brigades" (on US State Department list of terror organizations) and the Fatah Organization are one and the same, and Yasser Arafat is their leader and commander

2

## Executive Summary

Documents captured by the IDF during Operation *Defensive Shield* prove unequivocally that the Fatah movement and the Al Aqsa Martyrs Brigades **are one and the same**. The documents clearly indicate that not only are the Al Aqsa Martyrs Brigades a pseudonym for taking responsibility for terrorist attacks carried out by Fatah, but they are also a **terrorist apparatus** which up until the IDF *Defensive Shield* operation was in the process of **institutionalization** and **intensification** of its suicide and murderous attacks. The captured documents demonstrate that **Arafat** and other senior PA officials (**Marwan Barghouti is of note**) are the leaders of the Al Aqsa Martyrs Brigades and **finance** its terror activities. According to one of the documents, Arafat is well aware of the negative implications of the terrorist attacks carried out by the Al Aqsa Martyrs Brigades at the time of General Zinni's stay in Israel, when the US State Department included the Al Aqsa Brigades in its list of terrorist organizations. On this background, in an internal meeting Arafat tried to deny the fact that the Fatah and Al Aqsa Martyrs Brigades are identical, and distanced himself from them.

3

## Situation Picture

1. Documents captured by the IDF during Operation *Defensive Shield* prove that the Fatah organization and the Al Aqsa Martyrs Brigades are one and the same.

2. The documents clearly indicate that the Al Aqsa Martyrs Brigades are not just a pseudonym for terrorist attacks carried out by the Fatah, but also a dedicated **apparatus** aimed at perpetrating terror attacks. Until Operation *Defensive Shield*, this apparatus had been in the process of **institutionalization**, which is expressed in the correspondence of the brigades with Fatah senior officials, particularly **Marwan Barghouti**. The Al Aqsa Martyrs Brigades terror activity, their arms requirements, their structure and organization (in the Jenin area, for instance) and their financial requirements can be learned from this correspondence (the **financing** of their activity is **very central** in the correspondence).

3. According to the captured documents, **at the head of the pyramid is Yasser Arafat, the leader of the Fatah**, in all its various pseudonyms and apparatuses (Al Aqsa Martyrs Brigades, Tanzim). One of the documents, which concerns a request to aid detained or wanted terrorists (belonging to the Fatah and the Palestinian security apparatuses) is addressed by the Fatah and the Al Aqsa Martyrs Brigades **to Yasser Arafat personally**.

4. It is of note that the **Al Aqsa Martyrs Brigades** carried out suicide and murder attacks **in growing intensity during the six months prior to** Operation *Defensive Shield*, overshadowing the Hamas and PIJ: after perpetrating two attacks at the end of 2001, they proceeded to carry out **continuous attacks in early 2002**: 4 terror attacks in January (Hadera, Jerusalem, Tel Aviv), 6 in February (Mehola, IDF base, Jerusalem, Maccabim checkpoint), 9 attacks in March (Netanya, Ashdod, Jerusalem, Tel Aviv, Kfar Saba, and Efrat). Most of these terror attacks

4

were directed at civilians in Israeli cities. This was the background for the brigades inclusion in the U.S. terror organizations list (27 March 2002).

5. A captured document concerned with a meeting of the "National and Islamic Forces" (that include distinct terror organizations such as the Hamas) demonstrates well enough the **political problems** with which Arafat was faced due to the terrorist wave in which the Al Aqsa Martyrs Brigades played a key role:

   a. The meeting took place on 21 March 2002, when General Zinni was trying to convince Arafat to agree to a cease fire. At this delicate time, two suicide attacks were carried out inside Israel, one on a bus in Wadi Ara. (20 March 2002, perpetrated by PIJ), and the other in the Jerusalem pedestrian mall (21 March 2002, the Al Aqsa Martyrs Brigades). According to the document, these attacks put Arafat "in a difficult position" vis-a-vis General Zinni. Arafat opened the meeting by saying that **"the two attacks, today and yesterday, came at an inappropriate time because of Zinni's presence"** (i.e. Arafat is not criticizing the very perpetration of suicide attacks directed at civilians, but only the tactical difficulties caused by their timing).

   b. Hassan Yousef, a senior Hamas activist in Ramallah, suggested to Arafat [in irony?] to "calm the Fatah down" and stop its operations. Arafat [on the background of his inconvenience due to the Al Aqsa Martyrs Brigades attack] replies to Hassan Yousef that the brigades are **Fatah personnel who seceded** [like the Abu Musa faction that had seceded before] and not the Fatah [note: this is an outright lie, since all participants in the meeting, including Arafat himself, are aware of the Fatah – Al Aqsa Martyrs Brigades identity]. Later in the document, it is noted that Arafat tried to "prove" that the Jerusalem pedestrian-mall attack was carried out by the PIJ and not the Al Aqsa Martyrs Brigades [note: also a lie].

5

   c.   Later in the meeting, Arafat read out the US Secretary of State's decision to add the Al Aqsa Martyrs Brigades to the US terror organization list, and said: "what is the meaning of Powell's decision? It means that they [the Al Aqsa Martyrs Brigades] are the first Arab organization to be included in the terror list together with the Taliban and the Al Qaida. **May God protect us from what will come next.**

6.   Attached are the following appendices:

   a.   **Appendix A:** Captured documents in Arabic and their English translation, demonstrating that the Fatah and the Al Aqsa Martyrs Brigades are one and the same.

      1)   **Document 1:** a "letter of appreciation" to a fighter (known as a Fatah activist) from the Fatah and the Al Aqsa Martyrs Brigades. The stamp at the bottom of the document is a **joint stamp** of the Fatah and Al Aqsa Martyrs Brigades.

      2)   **Document 2:** Request for financial aid for Fatah terrorists (arrested by Israel and wanted) addressed to **Yasser Arafat.** The request was issued by the Fatah and the "Al Aqsa Martyrs Brigades" and the stamp on the document is a **joint stamp** of Fatah and "Al Aqsa Martyrs Brigades". (Some of the terrorists mentioned in the document are known to belong to the Fatah, the General Intelligence Apparatus, the Police and National Security Apparatus – additional evidence of the **PA security apparatuses' involvement in terrorist attacks**).

      3)   **Document 3:** A request (dated 17 November 2001) to the Bethlehem municipality to provide financial aid for the activities of the military arm. At the bottom of the document is the definition of the requesting entity: the **"Palestinian National Liberation Front" – "Fatah"** and the **"Al Aqsa (Church of the) Nativity Martyrs Brigades".** The "(Church of the) Nativity" addition was designed to accredit the "Al

6

Aqsa Martyrs Brigades" with legitimacy among Bethlehem's Christian population.

4) Document 4: a poster on which appear the "Al Aqsa Martyrs Brigades" emblem (on the left) and the Fatah emblem (on the right). The term: **"The Palestinian National Liberation Movement – Fatah and its military wing, the Al Aqsa Martyrs Brigades in Palestine"** is mentioned in the poster. The poster was issued in memory of the deceased **Magdi Musa Tib Jaradat** (a Fatah and Al Aqsa Brigades activist in Jenin).

5) Document 5: A letter addressed to **"Marwan Barghouti**, Secretary of the **Fatah** Movement", from the Al Aqsa Martyrs Brigades, southern area". In the letter, there is a joint stamp of the "National Liberation Movement-Fatah" and the "Al Aqsa Martyrs Brigades".

6) Document 6: A poster with the emblems of the Fatah (in the center) and the Al Aqsa Martyrs Brigades (on both sides). The poster is in memory of the deceased Faras Sabri Jaber, a senior activist in the Fatah/Tanzim terrorist infrastructure in Tulkarm. Faras·Sabri Jaber participated in the murder of two Israeli restaurant owners in Tulkarm and in numerous firing attacks. The poster includes a photo of Jaber after he was killed with a *kaffia* (Arab headdress) on his head and on it the inscription **"Al Aqsa Martyrs Brigades"**.

7) Document 7: In a PA General Intelligence report on the general situation among Fatah arms-bearers in the Tulkarm district (6 February 2002) the "Mansour Shreim Squad" that carried out many "successful attacks" against Israel is mentioned (Mansour Shreim is a senior Fatah cell activist in Tulkarm, connected to many terrorist attacks). The report states that this squad is closely linked to **Marwan Barghouti**; it is attempting to obtain his approval for appointing

7

Mansour Shreim as responsible for the "Al Aqsa Martyrs Brigades" in the Tulkarm district.

8)    Document 8: A report of the Fatah movement in Jenin refugee camp (25 September 2001), addressed to **Marwan Barghouti**, secretary of the Fatah Movement Supreme Committee, reviews the events in Jenin refugee camp. The report states that the "Al Aqsa Martyrs Brigades" whose center is in the north (northern West Bank) are in Jenin refugee camp and **they are the ones who enhanced the presence and operational capabilities of Fatah.**

9)    **Document 9:** A report (8 May 2001) of the "Al Aqsa Martyrs Brigades" in the Jenin district addressed to **Marwan Barghouti,** Secretary of the Supreme Committee **(of the Fatah Movement).** The report reviews the activity of the "Al Aqsa Martyrs Brigades" in the Jenin area and requests financial aid from Barghouti on the background of accumulated debts of the "Al Aqsa Martyrs Brigades" and the competition between them and competing terrorist organizations (the PIJ and Hamas).

10)  **Documents 10 and 11:** Two documents of the Al Aqsa Martyrs Brigades that were found in Fuad Shubaki's bureau, inside Arafat's compound in Ramallah. Shubaki is a close associate of Arafat and Head of the Financial Directorate of the General Security Apparatus. The documents concern requests for funding the day to day and infrastructure needs of the "Al Aqsa Martyrs Brigades", including requests for funding the procurement of **arms specifically dedicated for terrorist attacks (explosive charges)** and for establishing a **heavy weapons production workshop,** (e.g. rockets and mortars).

8

b. **Appendix B:** A report about a meeting of "the National and Islamic Forces" that took place in Ramallah, in Arafat's headquarters, on 21 March 2002, on the background of terrorist attacks carried out by the Al Aqsa Martyrs Brigades at a timing inconvenient for Arafat (while Gen. Zinni was in the Middle East) and on the background of the Al Aqsa Brigades inclusion in the US terror organizations list. In the meeting, Arafat is trying to distance himself from the Al Aqsa Martyrs Brigades (in our assessment, out of apprehension that his statements may leak and complicate him with the US, that demanded of him at the time to accept a cease fire).

9

## Appendix A

**Document 1 – Translation**

"Al Aqsa Martyrs          (Fatah emblem)          The Palestinian National Liberation
Brigades"                                          Movement "Fatah"

### Letter of Gratitude and Appreciation

The Palestinian National Liberation Movement, **"Fatah" / "Al Aqsa Martyrs Brigades"** in the southern area wishes to express its deep gratitude to the fighting brother, Mahmud Jabari (familiar Fatah activist) for his cooperation with the fighters of this people and for his loyal bond with the homeland and its revolution.

All of us together on the path towards an independent state and its capital the holy Jerusalem.

**Al Aqsa Martyrs Brigades – Southern Area**

**(The stamp of "Fatah" and "Al Aqsa Martyrs Brigades")**

10

Document 1 – Copy of Original



11

Document 2 - Translation

Al Aqsa Martyrs Brigades          Palestinian National Liberation Movement
                                              "Fatah"

**To:** The honorable brother commander **Abu Amar, President of the State of Palestine** – May God protect and preserve him.

**Via:** The fighting brother, Nabil Amru, the Minister for Parliamentary Affairs – May the Almighty protect him.

**Subject: Request for Financial Aid**

The brothers whose names are mentioned below are among the active members of the movement (the Fatah movement) and have played a role during these events. Some of them are wanted and others are held in the prisons of the (Israeli) occupation and they are:

1. The family of the prisoner Nabil Hamad Mustafa al Birawi (Note: served in the **General Intelligence Apparatus.** In his interrogation, he admitted to taking part in a shooting attack against an IDF base in Suseya, the southern part of the Hebron mountains and towards the Suseya bypass road).

2. The family of the prisoner Nasser Hussein Ud Abu Qubeitah (Note: served as a **policeman.** Arrested for shooting at the Israeli settlement of Suseya).

3. Muhammad Mahmud Ali al-Najajrah.

4. Jamal Ismail Mustafa Qisiyah.

5. Juad Jamil Khalil Hushiah (Note: PA **National Security** Apparatus activist. (Suspected of perpetrating the shooting attack in Suseya).

6. Bakhr Khalil Shahadah al-Najar.

With the greatest respect,

Your sons,

**Al Aqsa Martyrs Brigades – Southern Area**
**(The joint stamp of "Fatah" and "Al Aqsa Martyrs Brigades")**

12

Document 2 – Copy of Original



بسم الله الرحمن الرحيم

حركة التحرير الوطني الفلسطيني
فتـــح

كتائب شهداء الأقصى

سيادة الأخ القائد ابو عمار رئيس دولة فلسطين – حفظه الله ورعاه

بواسطة الأخ المناضل نايف صرور وزير الشؤون البرلمانية    حفظه الله

الموضوع :

طلب مساعدة مقدية

ان الاسرة فتاية لستهم من ابناء الحركة لفلسطين ولهم دور خلال هذه الاحداث حيث ان
البعض منهم معتقلين والبعض الآخر داخل سجون الاحتلال وهم:

1. عائلة المعتقل ابيل حماد مصطفى البراوي
2. عائلة المعتقل لاصر حسين عوض ابو قبيطة
3. محمد محمود علي البجاوية
4. جمال اسماعيل مصطفى قبها
5. جواد جبيل خليل حيشية
6. بكرخليل شحدة النجار

وتقبلوا بقبول فائق الاحترام

ابائكم كتائب شهداء الأقصى

14

Document 3 – Copy of Original

بسم الله الرحمن الرحيم

الأخوة رئيس وأعضاء بلدية بيت لحم المحترمين 17 -11- 2002

بتحية الوطن نحيكم.. وتحية الدم الطاهر الذي روى أرض محافظتنا العزيزة نحييكم..
ونحيي جهودكم الجبارة التي بذلتموها من أجل إعمار مدنة المحافظة وتطورها..

الأخوة المحترمين..نحن بصدد طرح موضوع على حضراتكم يمسنا ويؤثر كثيرا
على مسيرتنا إلا وهو موضوع مساهمتكم في جزء بسيط من احتياجاتنا اليومية التي تشكل
كاملا جنبا على صفة الظروف العسيرة التي يمر بها شعبنا ونمر بها نحن خاصة.
ونريد لفت نظركم واعلامكم وإذنا نناسيد حركة LC للتجارة العامة التابعة
لصاحبها فايز حربون مبلغ وقدره ما يفوق ال ٥٠٠٠ شاقل حسريا بحل اشتراك اجهزة
اتصال الخاصة وابناء الجناح العسكري.

بالاضافة أيضا الى المصروفات التي هي عنصر أساسي وهمم تنظيماتنا وحركتنا
وذلك ضمن متطلبات المصلحة الوطنية..ومساهمتكم في هذا المجال هي محطاة لفخرنا
واعتزازنا بكم.

راجين منكم النظر بعين الجدية في هذا الأمر
وتقبلوا فائق تقديرنا واحترامنا لكم

حركة التحرير الوطني الفلسطيني

كتائب شهداء الاقصى والمدد

15

**Document 4 (see poster on the next page)**

Only those who believed in Allah and His emissaries are the righteous who shall rest under their Lord's shadow and will be rewarded with the light of truth. (Koranic verse)

**Fatah emblem**                    **Al Aqsa Martyrs Brigades emblem**

The National Palestinian Liberation Movement, Fatah, **and its military wing, the "Al Aqsa Martyrs Brigades"** in Palestine, is escorting its casualty, the commander hero on his last trip.

Majdi Musa Tayb Jaradat

(Hero of the Special Operations, who carried out the Umm el Fahm operation, whom the treacherous Zionist hand murdered on 6 November 2001).

16

Document 4



17

Document 5 - Translation

In the Name of the All-merciful Allah

"Al Aqsa Martyrs       (Fatah emblem)       The Palestinian National Liberation
Brigades"                                   Movement "Fatah"

The fighting brother **Marwan Barghouti**, secretary of the Fatah movement

We, in the Al Aqsa Martyrs Brigades, Southern Area, request of you to cooperate with
the brother carrying this letter, since we have requested him to establish a
communications channel between us and yourself, so that we can handle several
complicated problems that arose in our sector of the struggle, at this stage of our
national struggle.

Together on the path towards an independent state with Jerusalem as its capital.

Your sons,

In the Al Aqsa Martyrs Brigades – Southern Area

(a stamp of **"the Palestinian National Liberation
Movement - Fatah" and "Al Aqsa Martyrs Brigades"**)

18

Document 5 – Copy of Original

بـــم الله الرحمن الرحيم



حركة التحرير الوطني
الفلسطيني
فتـــــح

كتائب شهداء الأقصى

الأخ المناضل مروان البرغوثي أمين سر حركة فتح
تحية الوطن وبعد

إننا في كتائب شهداء الأقصى منطقة الجنوب نرجوا من حضرتكم التعاون مع الأخ حامل هذا
الكتاب حيث أننا قد التقينا وفتح قناة اتصال بيننا ويمكنكم لمعلية بحث الإشكاليات التي تطرأ
على ساحة عملنا التنظيمي في هذه المرحلة من مراحل نضالنا الوطني .

ومعا وسويا على طريق الدولة المستقلة وعاصمتها القدس الشريف

كتائب شهداء الأقصى منطقة الجنوب



19

Document 6



### "Fatah" and the "Al Aqsa Martyrs Brigades" are One and the Same

Part of a poster that portrays the Fatah emblems (center) and the "Al Aqsa Martyrs Brigades" (sides). The poster is in the memory of Firas Sabhi Ja'aber, a senior activist in the Fatah and Tanzim terrorist infrastructure in Tulkarm. Firas Sabhi Ja'aber, member of the Ra'ed Karmi squad, participated in the murder of two Israeli restaurant owners in Tulkarm and numerous shooting attacks. The poster includes a photo of Ja'aber (bottom left hand corner) after his death wearing a kefiye with the insignia Al Aqsa Martyrs Brigades (Ja'aber was killed on 27 October 2001 when attempting to throw a hand grenade at an IDF tank near Tulkarm).

Document 7 – Copy of Original

20

21

Document 8

الاسلامية ( حماس والجهاد الاسلامي ) الى غيم حنين باعتباره مركــز المـــدث ولوجود شباب، ميز غيم ، وبذلت تضع كل امكاناتها المادية في ساحة المخيــــم ، وخاصة حركة الجهاد الاسلامي ، وعلى الرغم اننا في حركة فتح في غيم حنـين لا نعاني شيء يذكر كسرازتة للعمل مقارنة مع الفصائل الاخرى سوى القليـــل التي لا يفي بأقل الادنى من متطلبات العمل الاساسية ، الا اننا دائما نكـــون في المقدمة وغن من بعض الحدث ، وعلى سبيل المثال – فان كتاب شهداء الاقصى وعصبها الرئيسي في الشمال في غيم حنين - التي رسخت وحرد وقدرة فـــــح على العمل وباعتراف المدو الصهيون فان اسرائيل تحمل كتائب شهداء الاقصى وحركة فتح مسؤولية قتل ٥٠% من عدد التتلى الاجمالي خلال انتفاضة الاقصى، وفي الحصار الاخير على غيم حنين والذي استمر تسعة ايام فان حركـــة فتـح والسلطة الوطنية بذلت ٥٠% من الجهد متعدد الجبهاتـــ، والبـــاقي الفصـــائل الاخرى، ومع هذا فانا في حركة فتح لا نستطيع حل أي اشكالية مادبـــة لاي شاب تنظيمي ولا نستطيع توفر حتى قطعة سلاح واحدة ، فابناء فتح كل مـــا يملكون من سلاح هو ملك شخصي من خلال الديون او اشتراك اكثر من اخ في شراء قطعة واحدة، وحتى ان بعض الاخوة باعوا ذهب نسائهم من اجل شـــراء قطعة سلاح؛ وكل ما تقوم به من نشاط داخل غيم حنين او خارسه فان معظمه من خلال الديون والتي تراكمت علينا بشكل كبير .

في الوقت الذي تتوفر فيه الفصائل الاسلامية كل وسائل الدعم المادي من احـــل العمل وشراء الاسلحة وبالتالي استقطاب الشباب للتحمس من خلال توفير قطعة سلاح لهم واطعامهم راتب شهري، وحل كل اشكاليالتهم المادية ، وهذا يشــكل تهديد حقيقي لحركة فتح في غيم حنين وبالتالي في المحافظة ، وهذه الحالة الصعبـة شرحناها لاكثر من جهة سواء على الصعيد التنظيمي او على صعيــد السلطة

A document addressed to Marwan Barghouti, Secretary of the Fatah Movement Supreme Committee

22

الاسلامية ( حماس والجهاد الاسلامي ) الى عليم حنين باعتباره مركــز الحـــدث ولوجود شباب مميز فيه ، وبدات تضع كل امكاناتها المادية في ساحة المخيـــم ، وخاصة حركة الجهاد الاسلامي ، وعلى الرغم اننا في حركة فتح في عليم حنـــين لا نلتقي شيء يذكر كموازنة للعمل مقارنة مع الفصائل الاخرى سوى القليـــل الذي لا يفي باحد الادنى من متطلبات العمل الاساسية ، الا اننا دائما نكـــون في المقدمة وغن من يصنع الحدث ، وعلى سبيل المثال – فان كتائب شهداء الاقصى وعصبها الرئيسي في الشمال في عليم حنين – التي رسخت وجود وقدرة فتـــح على العمل وباعتراف العدو الصهيوني فان اسرائيل تحمل كتائب شهداء الاقصى وحركة فتح مسؤولية قتل $\alpha$% من عند القتلى الاجمالي خلال انتفاضة الاقصى، وفي الحصار الاخير على عليم حنين والذي استمر تسعة ايام فان حركـــة فتـــح والسلطة الوطنية بذلك ٥٥% من الجهد متعدد اجراءنـــب، والبــاقي الفصـــائل الاخرى، ومع هذا فانا في حركة فتح لا نستطيع حل اي اشكالية مادية لاي شاب تنظيمي ولا نستطيع توفير حتى قطعة سلاح واحدة ، فابناء فتح كل مـــا يملكون من سلاح هو ملك شخصي من خلال النفوذ او اشتراك اكثر من اخ في شراء قطعة واحدة، وحتى ان بعض الاخوة باعوا ذهب نسائهم من اجل شـــراء قطعة سلاح، وكل ما تقوم به من نشاط داخل عليم حنين او خارجه فان معظمه <u>من خلال النفوذ والتي تراكمت علينا ويشكل كبير .</u>

في الوقت الذي تتوفر فيه الفصائل الاسلامية كل وسائل الدعم المادي من اجـــل العمل وشراء الاسلحة وبالتالي استقطاب الشباب المتحمس من خلال توفير قطعة سلاح لهم واعطائهم راتب شهري  وحل كل اشكالياتهم المادية، وهنا يشـــكل عليهم حقيقي لحركة فتح في عليم حنين وبالتالي في المحافظة ، وهذه نقاط الضعف شرحناها لاكثر من جهة سواء على الصعيد التنظيمي او على صعيــد السلطة

The Al Aqsa Brigades whose center is in the north (of the West Bank) are located in Jenin Refugee Camp, and (they) are the ones who enhanced Fatah's presence and operational capabilities.

23

Document 9 - Translation

In the name of Allah the All-Merciful

Al Aqsa Martyrs Brigades
Jenin Province

To: Brother Marwan Barghouti, May God Protect Him
Secretary of the Supreme Movement Committee
Greetings of Jerusalem and the Intifada

Re: <u>Comprehensive Report on the Al Aqsa Martyrs Brigades (in the Jenin Province)</u>

The following is a comprehensive report on Al Aqsa Martyrs Brigades activity in the
Jenin province:

The number of brothers wanted and who are official members of the Al Aqsa Brigades
is 63. This in addition to collaborators who engage in clandestine activities.

The brigades are divided into a number of military units:

- The Usama Turkeman martyr unit.
- The Fadi and Amjad martyrs unit.
- The Malja al Alamariya martyrs unit.
- The Nur Yassin martyr unit.

The activity of the brigades and their various units focuses on attrition of the
Israeli enemy. It also focuses on prolonged encounters, including the use of machine
guns, hand grenades, explosive materials and mortar bombs. The activity concentrates
on the bypass road, which runs between Yabed and Baqa al Sharqiya, where military
activity takes place (and where there are) settlers traffic routes. The Al Aqsa Brigades
and wanted activists in Jenin RC have formed many guard units around and inside the

24

camp. These are the units that stood up to and resisted the attempts of the Israeli special units to break into the camp and arrest Fatah and Tanzim activists.

Achievements of the Al Aqsa Brigades' encounters in the Jenin district:

- **136 armed encounters.**
- **The killing of a settler and wounding of twenty** in these encounters and this according to the Zionist enemy's announcement.
- **The execution of the brave Umm el Fahm operation in the Israeli depth,** killing an Israeli officer and wounding another officer (note: this refers to a shooting attack on 28 April 2001 at a car in Umm el Fahm when an IDF soldier was killed and a civilian woman was injured).
- **We lost the commander of the quality operations in the brigades,** Osama Turkeman in an armed encounter (Note: Turkeman was involved in shooting and explosive charge attacks, he was killed by the IDF on 4 March 2001 on his way to carry out an attack).

At the same time, to this day there is no budget (for us) for all this activity, which entails considerable expenses, both for ammunition, combat equipment and fuel and for aid to brothers and their families. All the expenses of this activity were paid from their own pocket (of Al Aqsa Brigades men).

We hope that you will help us as much as you can, especially in view of the fact that there are accumulated debts of the Al Aqsa Brigades which approach tens of thousands of dollars. (It is noteworthy that) there are various moves of elements that oppose us (ready) to invest this money.

We all hope that just as we committed ourselves in the past (to be loyal), by the same token, you will always help us and supply us with a budget for this activity so that the resistance can continue and its methods and means can be developed, until independence and (until) the establishment of an independent Palestinian state with Jerusalem as its capital.

Greetings of the Revolution until Victory

**Al Aqsa Martyrs Brigades**

8.5.2001

25

Document 9 – Copy of Original

MAY-00-01 03:08 PM                                    P.02

بسم الله الرحمن الرحيم



كتائب شهداء الأقصى

محافظة جنين

الرقم : _____

التاريخ : ٢٠٠١/٥/١

الأخ / سروان الرفــوتي        حفظه الله
أمـــن سر اللجنة المــركزية العليـا
تحية القدس والإنتفاضة المباركة
الموضوع : تقرير شامل حول كتائب شهداء الأقصى
نرفع لكم تقرير شامل حول فعاليات كتائب شهداء الأقصى في اللهم حنين:
• يبلغ عدد الأسرة المطاردين والأعضاء الرسميين في كتائب شهداء الأقصى
  ثلاثة وسترد اخ ، هذا بالإضافة الى الأسرة المـــساعدين القليـــن بموصـــودة
  بنشاطات سرية .
وتقسم الكتائب الى عدة وحدات عسكرية :
- وحدة الشهيد اسامة تركمان
- وحدة الشهداء نادي واعد
- وحدة شهداء معاد العامرية
- وحدة الشهيد نور ياسين

- ويركز نشاط الكتائب ووحداتها المختلفة في استهداف العدو الإســرائيلي
  والاحتكاك المستمر في الأسلحة الرشاشة وقنابل اليدوية والمتفجرات المحلية
  بالإضافة الى قذائف الهاون، خاصة في الشارع الالتفاف الممتد مـــن

بسم الله الرحمن الرحيم

كتائب شهداء الأقصى         الرقم : ـــــــــ

محافظة جنين        التاريخ : ٨/٥/١ : ـج

ونامل مساعدتكم لدى استطاعتكم وخاصة ان هناك ديـــون متراكمـــة علـــى
الكتائب تقارب عشرة الاف دولار ، وهناك تحركات بلهجات مرفوضة لنـــا
لاستثمار هذا الجهد ، لكننا امل بكم بما عهدناكم دائما ان تساعدونا في
توفير موازنة هذا العمل من اجل الاستمرار في المقاومـــة وتطويـــر اشـــكالها
وابصالها حتى الاستقلال واقامة الدولة الفلسطينية المستقلة وعاصمتها القـــدس
الشريف .

ودمتم سندا وذخرا لفتح وللوطن

والها لثورة حتى النصر

كتائب شهداء الأقصى
٨/٥/١ ·ج

28

Document 10 - Translation

Al Aqsa Martyrs Brigades
Palestine

## Financial Report

The debts which we have accumulated until now are estimated to be 38000 shekels.
The following are the details:

1.   The cost of posters for the deceased of Al Aqsa Martyrs Brigades: Azam Mazhar,
     Usama Jubara, Shadi Afuri, Yasser Badawi, Ahed 2000 (Shekels).

2.   Costs of printed announcements, invitations and mourners sheds for the martyrs
     (addition in handwriting of 1250 shekels).

3.   Cost of sticking photos of martyrs on wooden boards and also of the martyrs
     Thabat Thabet and Mahmud Al Jamil (addition in handwriting of 1000
     shekels).

4.   Cost of memorial ceremonies for the martyrs. Memorial ceremonies were held
     for the martyr Azam and the martyr Usama (addition in handwriting of 6000
     shekels).

5.   Costs of electrical parts and various chemical materials (for manufacture of
     explosive charges and bombs). This is the greatest expenditure (the cost of one
     ready explosive charge is 700 shekels at least). We need every week 5-9
     explosive charges [for squads in the various areas] (addition in handwriting
     of 5000 shekel per week x 4 = 20000 shekels per month).

6.   Bullet expenses. The cost of a Kalashnikov bullet is 7-8 shekels and M-16 bullet
     2-2.5 shekels. We need bullets on a daily basis.

7.   Note: There are 3000 Kalashnikov bullets at a cost of 2 shekels per bullet. We
     require that you transfer to us immediately a sum of money to purchase them
     (addition in handwriting of 22,500 shekels for Kalashnikov bullets and
     60,000 shekels for M-16 bullets).

In conclusion, all the glory and pride to those supporting the brave resistance against
the oppressive occupation.

From the revolution until victory.

                              Palestinian Al Aqsa Martyrs Brigades
                              16 September 2001

Addition in handwriting – 25,100 = 150, 750:6

Document 10 – Copy of Original

29

**AL-AQSA Martyres Troops**

Palestine



كتائب شهداء الأقصى

فلسطين

بسم الله الرحمن الرحيم

... (الأرقام غير مقروءة)

١ ـ ...

٢ ـ ...

٣ ـ ...

التاريخ ٢٠٠٦/١/١

30

**Document 11 - Translation**

**Al Aqsa Martyrs Brigades**
**Palestine**

Construction Materials

1. Lathe - $25,000
2. Milling machines - $40,000
3. Aircraft canopies ? (Hood in original document) - $5000
4. Welding machines - $2000
5. Oxygen machines - $3000
7. Working tool kits - $1500
8. Tri-phasial electricity infrastructure - $2000
**Sum total - $80,000**

Salaries     3000
              700
              700
           ═══
          $4400 – 1

Rent        1800
Monthly supplies                        5000
Electricity, materials
+ container trucks                        2000
          ═══
        $8800 – 2

1 + 2 = 13,200 per month

Lathe Specifications

Blade (?) 75 cm
Meter length
Internal and external screws from 1 mm until 1 inch
Variable speed – Fast-slow)
Engine 5 HP (tri-phasial)
Knives of various shapes and sizes
Drill supports and belt
Main drill cap

Milling Machine Specifications

Vertical and horizontal
Centimeter wide opening in both directions
Blade latch
Various types of knives