31

Document 11 – Copy of Original



32

## Appendix B

My dear Abu Hassan
Greetings,

1. On the eve of Thursday 21 March 2002, President Abu Amar called a meeting of the National and Islamic Factions and Forces in his headquarters [in Ramallah]. At that time, Zinni was negotiating between Jerusalem and Ramallah in order to reach a cease fire agreement, in preparation for implementing the "Tenet Mitchell" plan. On the same day, two operations [terrorist attacks] were carried out, one in Umm el Fahm, in Wadi Ara, and the other in a coffee shop in west Jerusalem. **The Fatah's Al Aqsa [Martyrs] Brigades declared their responsibility for the operation in west Jerusalem. This placed Abu Amar in a difficult position vis-a-vis Zinni.** [The US Secretary of State] Colin Powell called Arafat after the attack and informed him firmly that he must make a personal statement in Arabic and English denouncing the attack.

2. The meeting was held on this background. **Abu Amar opened the meeting by saying:** unfortunately, at this time when we are conducting this difficult war, actions originating from among us that wish to undermine the steadfast determination and strength we have built up and to prevent them at the Arab and international levels. I do not know who these occurrences serve. Everyone is on our side: Kofi Annan [the UN General Secretary], Mary Robinson [UN High Commissioner for Human Rights], the European Union, Russia, China, Japan and Africa. It is true that we pay a price. But all of our lives we pay a price, ho brothers! Is the revolution anywhere in the world without price? We are facing the most dangerous plan in the world, the Sykes-Picot plan. We must now face our conscience a little bit. After three times [the Americans] vetoed the Security Council, they are [now] compelled to present the Security Council with their plan which acknowledges the existence of an independent Palestinian state. Is this something light to be brushed aside? Have you forgotten that in Madrid they refused to accept us and we agreed to be part of the Jordanian delegation? Surely you remember the corridor talks... and we go and burn that which we are building. I want

33

to see the acts of heroism in face of the Zionist bombs on the statue of our Lady Virgin Mary in Bethlehem, where are they? We need to make a stand [with clear conscience]. We are at a crossroads. Are we to exist or not? You see today Somalia and Djibouti and Eritrea, that have agreed to the entry of American and European forces to do the job for them. The same thing happened in Yemen. Do you not see the danger? They want to include us [too] in this terrorism. Do you think that Sharon attacked us alone? At least the Italians stopped providing the Israelis with weapons. At the same time come the F-16 aircraft. There are [also] 50 tons of depleted Uranium which Dr. Abu Safiah, the Environment Minister, found buried in Gaza. What can I say? No one is ready to kill himself, no one is ready to betray the blood that was spilled. So far, we have more than 40 thousand dead and wounded. I plead to your conscience. There are three Arab fatalities and fifteen wounded in the bus in the Umm el Fahm operation. **The two operations, today and yesterday [i.e. the attacks in Jerusalem and Wadi Ara] came at an inappropriate time due to Zinni's presence.**

3. At this point [Arafat] stopped. **Dahr Habash** [member of the Fatah Central Committee, perceived as the movement's ideologist] addressed the meeting. He focused on the following points:

    a. [Dahr] Habash praised the President, his determination, and the determination of the Palestinian people. [Habash said] that Zinni's coming [to the Middle East] is the outcome of this determination and that America's hostility to the Palestinian people is evident.

    b. The rest of the participants said that the operations in Umm el Fahm and West Jerusalem serve Sharon and push us to the corner, security-wise. They only serve Sharon and his activities with the goal to give priority to the security aspect and not discuss the political aspect simultaneously with the security aspect. The participants referred to several events. First, the Security Council's decision to recognize an independent Palestinian state, and second King Abdallah's initiative. According to the official in charge of the People's Party, these two events prove that they must be used to our benefit.

34

4. Then spoke **Abu Mahmud Rakad** *[General Secretary of the Arab Liberation Front]*. In the beginning of his words, he praised the steadfast resistance of the Palestinian people and the leadership. This determination created new facts and forced America to submit to the Security Council the proposal for Resolution 1395 which alludes to the establishment of a Palestinian state. Still, the decision left the essence of the state and its borders open for negotiations, which made it useless and inapplicable. Thus, Zinni arrives only to rescue Sharon who is at a dead-end. [Abu Mahmud Rakad] added that one cannot ignore the publications in the Hebrew press as if the US administration sent a message to Sharon, emphasizing that the US does not want Zinni's mission to result in a diplomatic settlement, but to reach a cease-fire in order to assist it [the US] to unite the Arab states and deal a blow to Iraq. The Arab apparatuses [the Arab intelligence services] have informed Cheney that the region cannot cope with two wars at the same time. This reminds us of the promises of Bush Senior to find a solution to the Palestinian problem following the aggression against Iraq in 1991. We can see where we arrived thanks to this plan.

5. **In conclusion,** our war is a long one and we will still have to contend with the aggression many times. Public opinion in the Zionist entity, as well as the Knesset and the Zionist Government, are not directed towards finding a solution. This proves that our war with the enemy (is) continuous and long.

6. Afterwards spoke **Hassan Yousef**, the Hamas leader (in Ramallah). He began his speech by saying: "There is no issue here which we cannot agree upon, we are close to each other and we can agree on everything" He added "Brother Abu Amar, calm down the Fatah movements, that is, that they should cease their activities". Abu Amar replied: "This on the assumption that they are the Fatah? The secessionists *(the intention is apparently to the pro-Syrian Fatah faction headed by Abu Musa)* **were also part of Fatah and were opposed to us after we achieved our greatest victory in 1982. Where are they now?** One of those present replied that they are now in Damascus. Later Hassan Yousef commented that the strong position of our people created a change in the Arab world and that there are demonstrations across the Arab world. In addition (he) emphasized that it is not possible to dismantle Israeli society and that what is happening inside Israel is a result of the resolute policy of our people.

35

The Israeli press states that there are a million Israelis abroad. This is a result of the Palestinian resistance activity.

7. Abu Amar stopped him and said "I remind you that we are in the midst of the destruction. The US plan is not directed against Iran or Sudan or Yemen or Somalia or Djibouti, the aggression is against Iraq and it passes through us, these are its initial signs" (Arafat) now read the decision of (Secretary of State) Colin Powell to include the Al Aqsa Martyrs Brigades in the list of terror organizations. Arafat added: "We will not permit those who disrespect us and those who took away our arms in 1948, to take away our victory. We will not allow anyone to make a mistake and place obstacles in the way of this people. What is the implication of the Powell decision? The intention is that the (Al Aqsa Martyrs Brigades) is the first Arab organization to be on the terror list together with the Taliban and the Al Qaida organization. May God protect us from what will come next".
The meeting ended.

8. We were informed that Abu Amar received a video film of the operation in Jerusalem which proves that it belongs to the Islamic Jihad and not to the Al Aqsa Martyrs Brigades. Or that there is coordination between the Islamic Jihad and some senior Fatah activists, so that the action in Jerusalem was assigned to the Fatah Al Aqsa Brigades or that this was designed to "drive a wedge" in Abu Amar's activities.

Your brother,
Abu Mahmud Rakkad

Ramallah, 24 March 2002

Copy of Document

36

الجريح او زوج المستشهد

17/11 لما دخل المسجد على سلام عليه من الحضور... ولكنه لم يحي احد بالرد السلام. ٢٠٠٢ علامات الاستغراب والدهشة تعلو وجه وكان يقول في نفسه لماذا لم يرد احد علي السلام هل انا غير مرغوب في وجودي بينهم في هذا اليوم المبارك ام ماذا؟؟ سأل... اخبروه ان الحزن قد خيم على اهل المسجد وذلك لاستشهاد ابن لهم من ابناء المسجد وانه يصعب عليهم الرد حتى على السلام.
- ومن هو هذا الشهيد البطل سأل مرة اخرى؟؟
قالوا له انه الشهيد البطل فلان الفلاني... فبكى وقال انا لله وانا اليه راجعون... ثم قال يا اخوان، هل تعلمون ان والد هذا الشهيد البطل توفي منذ فترة قصيرة وانه ترك وراءه زوجة وبنات صغار... انه حقا لمصاب جلل... هيا بنا نزور اهل الشهيد ونعزيهم ونواسيهم ونخفف عنهم... وكلنا أمل ان يصبروا ويحتسبوا ولا يحزنوا فانه قد فاز بالشهادة في سبيل الله.

37

انتم تعتقدوا أن شارون ضربنا لوحده ، على الأقل الإيطاليين وقالوا المصانع الحربية أن تورد لهم " للاسرائيليين " سلاح بينما في نفس الوقت ألف ١٦ تأتي ، اليورانيوم المنضب خمسون طن اكتشفها الدكتور ابو صفية وزير البيئة مدفونة في غزة ماذا أقول ؟ محدش بيئتل نفسه ، محدش بخون الدم الذي سال ، لحد الآن اكثر من ٤٠ الف شهيد وجريح ... أنا بنشد ضماركم ٣٠ شهداء عرب و١٥ جريح على الباص في علية ام الفحم .

العمليتين اليوم ومبارح جاءوا في وقت غير مناسب بوجود زيني ، وتوقف عن الكلام فأعطى صخر حبش الكلام للمجتمعين . الذي ركزوا على النقاط التالية :

١-الإشادة بالرئيس وصموده وصمود الشعب الفلسطيني ، وأن مجيء زيني انما هو نتاج هذا الصمود . وأن عداء اميركا لشعبنا الفلسطيني واضح .

وقد تحدث اخرون عن أن علية ام الفحم وغرب القدس عمليتين تخدمان شارون وتحضرنا في الجانب الامني وتخدم فقط شارون وترجهه في اعطاء الاولوية للجانب الامني وعدم بحث الجانب السياسي بالتوازي مع الجانب الأمني وقد اشار البعض على ان هناك احداث الاول قرر مجلس الامن في قيام دولة فلسطينية ومبادرة الملك عبد الله . وهذان مؤشران ضرورة الاستفادة منهما على حد تعبير مسؤول حزب الشعب .

ثم تحدث الرفيق ابو محمود ركاد .

فأشاد بصمود الشعب الفلسطيني وصمود القيادة وهذا الصمود هو الذي خلق واقع جديدة وفرض على اميركا تقديم المشروع القرار ١٣٩٥ لمجلس الامن الذي ينص على اقامة دولة فلسطينية ولكن القرار ترك ماهية الدولة وحدودها للمفاوضات مما يجعل القرار بدون جدوى وغير ملزم للتطبيق ، كما ان مجيء زيني هو من اجل انقاذ شارون الذي وصل الى طريق مسدود .

واضاف لابد من الاشارة ايضا الى ما ورد في الصحف العربية عن ان هناك رسائل وردت الى شارون من الادارة الاميركية تؤكد ان الولايات المتحدة لا تريد الوصول من مهمة زيني الى تسوية سياسة وانما مجرد الوصول الى وقف لاطلاق النار من اجل مساعدتها في تجميع الدول العربية لتوجيه ضربة للعراق . حيث ان الانظمة العربية

2

38

اخبرت تشيني ان المنطقة لا تحتمل حربين في نفس الوقت ، وهذا يذكرنا بالوعود التي اطلقها بوش الاب في ايجاد حل للقضية الفلسطينية بعد العدوان على العراق عام ١٩٩١ ونحن نرى ما وصلنا اليه من جراء هذه المخططات .

اخيرا ان معركتنا طويلة وسوف تواجه العدوان مرات عديدة فلرأي العالم داخل الكيان الصهيوني لا يتجه من اجل ايجاد حل وكذلك الكنيست والحكومة الصهيونية مما يدلل ان معركتنا مع العدو مستمرة وطويلة .

ثم بعد ذلك تحدث . مسؤول حماس حسن يوسف بدأ حديثه قائلاً ليس هناك قضية لا تستطيع ان نصل الى قناق بشأنها ونحن من انصار ان نبقى قريبين من بعضنا البعض وان نتفاهم على كل شيء . واضاف ' يا أخ ابو عمار خلّي فتح تهدي : ' أي توقف عملياتها ' .

ابو عمار ' هذا اذا كانت فتح ؟ المنشقين كانوا فتح .. وخرجوا علينا بعد اعظم انتصار حققناه في العام ٨٢ أين هم الان -- أحد الحضور مجيبا في دمشق .

ثم تابع حسن يوسف بان مسعود شعبنا اوجد تحولاً في الوطن العربي فهنك مسيرات في مختلف ارجاء الوطن العربي . كما اكد على انه لا يمكن تفكيك المجتمع ' الاسرائيلي ' وما يحصل داخل ' اسرائيل ' هو نتيجة صمود شعبنا والصحف ' الاسرائيلية ' تقول هناك مليون ' اسرائيلي ' في الخارج وقد جاءت نتيجة العمل الفلسطيني المقاوم

ابو عمار مقاطعاً

' ان بذكركم هناك هم شغل : المخطط الاميركي مش رايح على ايران ولا على السودان ولا اليمن ولا الصومال جيبوتي العدوان سيستهدف العراق مرورا بنا وهذه بشائرها الان .

' يقرأ قرار كولن باول بوضع كتائب الاقصى على لائحة الارهاب '

واضاف ابو عمار ان نسمح لمن عيشوا بنا وسحبوا منا ملاحنا عام ١٩٤٨ ان يسحبوا منا انتصاراتنا . لن نسمح لمن يخطأ او يضع الغام في طريق هذا الشعب .

ماذا يعني قرار باول يعني او ل تنظيم عربي على اللائحة ' الارهاب ' مع طالبان ومع القاعدة الله يستر ماذا بعدها .

وتنهى الاجتماع

39

علمنا ان ابو عمار قد حصل على تسجيل فيديو خاص لمنفذ عملية القدس يثبت انه من الجهاد وليس من كتائب الاقصى . أي هناك تنسيق بين حركة الجهاد الاسلامي وبعض مسؤولي فتح وان تجيير عملية القدس لكتائب الاقصى ' فتح ' انما هو من اجل وضع العصي في مسيرة ابو عمار .

اخوكم
ابو محمود ركاد

رام الله ٢٤/٣/٢٠٠٢

4