

PLAINTIFF'S EXHIBIT
831

Palestinian National Authority

**Palestine General Security**
**General Intelligence**
**West Bank Governorates Administration**
**Tulkarm Governorate**

[Emblem of the General Intelligence]

No.: [illegible]/2/5/2002

Date: 2/6/2002

His Excellency, the Brother head of the General Intelligence / Northern Governorates, may Allah protect him.

Greetings and respect,

Subject: General Situation of the Fatah Armed Men in the Governorate

- The number of armed men of the Fatah movement in Tulkarm and its refugee camp is between 15-20 individuals. [illegible handwritten word].
- Most of them carry M-16 rifles, most of which are personally owned by each of them, with the exception of three pieces. The Tanzim has contributed to the purchase of those three rifles; in addition, donations and financial assistance from the President were collected to cover their price.

The armed brothers are divided into two groups:

1. A group that is unwilling to go out and work outside area (A); they number over ten people. Their work is limited to firing from inside area (A) at the DCO and at areas where there is a concentration of occupation forces. Their activity is also limited to firing during national marches, occasions and celebrations.

2. A group that was, and still is active outside area (A), as well as on bypass roads, and even in the depths of Israel, such as what happened recently (the Hadera operation).

- There is no clear address for the armed brothers, nor is there a single responsible individual or leader to whom one can go for solving or following up on any matter that relates to them. In fact, they can be divided into three groups as such:

1. Ziad Daas's group: several people are included in this group: Bilal Abu Amsha, Hatem Jayusi and Tareq al-Zaghal. This group carried out quality, successful activities and operations, the last of which was the coordination and planning of the Hadera operation, which was perpetrated in retaliation for the

murder of the shahid [martyr] Raed al-Karmi. One may say that this group is the most disciplined and knowledgeable of the overall situation. They are very close to us and [we] are in continuous coordination and contact with them.

2. Mansur Sharim's group: this group includes Tareq al-Khandaqji, Majed Jarrad, Nimr Abu Rabia; Iyad Nassar, Sami Subuh, Iyad al-Jarrad (Abu Samed) and others. This group is trying to obtain an approval from Marwan al-Barghouti to appoint brother Mansur Sharim as commander of the al-Aqsa Martyrs' Brigades in the Tulkarm governorate. Their way of pursuing this approval is by repeatedly calling Barghouti, as well as with help from Naser Aweis, from the Balata camp, who has strong ties with the group. This group is considered to be the furthest from the decision-makers in Fatah, the [Palestinian] Authority and the Palestinian Security forces, because of Mansur Sharim's influential maternal uncles (Naef al-Jarrad, Imad Al-Jarrad, and Iyad Al-Jarrad). Sharim's uncles control him and influence his decisions with regards to the group he leads. Naef Al-Jarrad is one of the <u>leaders</u> of the Popular Front; Imad al-Jarrad, is a former military intelligence officer who was dismissed, and is known to dislike the [Palestinian] Authority and its security forces. In addition, Imad Al-Jarrad is working with several Fatah activists to change the Secretariat of the Tanzim, which is currently represented by Brother Abu Faruq. <u>There are many intruders in this group</u>. We would like to emphasize that Mansur Sharim carried out several successful operations with shahid [martyr] Jamil Atwan, shahid [martyr] Raed al-Karmi, and Brother Mohamed Abu Rabia. Sharim is a person <u>who can be controlled and with whom one can come to an understanding</u>, if it were not for the influence of the al-Jarrad family, Marwan al-Barghouti, and Naser Aweis. During calls between Sharim and the latter two, they emphasized that he should fully isolate the Security Forces from the activity of the Tanzim.

3. A group identified with brother Abd Al-Wahhab "Hafs": This group includes Musalameh Thabet, who has become <u>ostracized</u> by many; Muhamed Shahada al-Abd; Izz Al-Attar; Hani Oweida; and Fayez Jaber.

- The failure of brother "Hafs" to fully control the armed brothers and unite them under one <u>entity</u> is a result of his inability to restrain their practices; Some of them opened a communication channel with Marwan al-Barghuti, others with Naser Aweis, and others with Ahmed al-Faransi (Barghuti's escort). Some of them received wire transfers without the knowledge of his

colleagues. Brother "Hafs" was distant from the concerns and needs of the armed men. The most significant issue was the lack of fairness in distributing financial and ammunition allotments. Some of the armed men say that "Hafs" distributes to people who fire only within area (A), while neglecting those who take quality <u>activities</u>. This issue has widened the gap between Brother "Hafs" and the armed men to the extent that they would go out and execute operations without his previous knowledge or awareness. <u>Finally</u>, matters tipped towards altercations when shahid [martyr] Murad Abu al-Asal blew himself up on two Israeli intelligence officers and the al-Aqsa Martyrs' Brigades took responsibility for the operation contrary to the wishes of "Hafs", who had requested from them not to announce their responsibility for the operation.

- Recently, the Preventative Security Service started to deal with the subject of the armed men through Ikrima Thabet, who works in the headquarters of the Preventative Security in Ramallah. Thabet made several arrangements and coordinations between "Hafs" and Colonel Jibril al-Rajub, who recently facilitated sponsorship by a wealthy person to Raed al-Karmi's family (his pregnant wife and his daughter).

- Several conflicts occurred between the armed men and the security services in the governorate. The <u>attitude</u> of the armed men during these conflicts was an <u>attitude</u> of defiance and debauchery. This formed a negative view by several brothers in the security services towards the armed men, to the point that they boycotted them and absolutely refused to cooperate with them. At that time, the view collapsed that Fatah's armed men, first and foremost, constitute a pillar and a support to the Palestinian Authority and its security forces. What is odd in this matter is that the armed men unite with each other to face any problems they have with the security services; in addition, they all resort to Brother "Hafs" to lead in managing such events, and when the problem ends, they all return to their accustomed divisions and factions.

- Many intruders and parasites suddenly appeared in the armed men's ranks. They do not perpetrate any quality activities, except for <u>actively contributing to creating problems with the security services</u>. In addition, bearing arms while strutting around the streets has become their goal, as they attempt to escape their social, organizational, and psychological crises. These people

- have become a financial burden on the Tanzim as they demand financial allotments and other needs such as ammunition, etc.
- From our experience with the armed brothers, we believe that none of them (the three groups) will accept inclusion and obedience under the leadership and responsibility of any of the other individuals. Marwan al-Barghuti had a significant part in bringing them to this situation. He promises whoever contacts him that the leadership of the Brigades in Tulkarm would be his if he would work and prove himself. Thus, the direction of their activity has lately turned towards this direction.
- In the ranks of Fatah's armed men, there are brothers who are exceptional in their work; their loyalty to Fatah; and their appreciation of the political situation and of all that is required in every political stage. These individuals have a positive view of the security services and of those who work at the security services. Even their personal behavior and daily conduct on the street and among the people is distinguished by considerate friendliness, respect, and positivity - away from debauchery and the like.
- Through Brother Abu Faruq, the Secretariat of the Tanzim provides sums of money taken out of the Tanzim budget and the Emergency [budget] as allotments for the armed men. In several occasions, sharp financial arguments took place between Abu Faruq and "Hafs" due to the scarce amount allocated for the armed men by the Tanzim. Abu Faruq emphasized several times that he is concerned only with a few people, who are credited with participation in the struggle and who conduct quality activities - and not with all the armed men.

**Suggestions and recommendations:**

- To choose exceptional individuals from amongst the armed men and gather them under one umbrella and one group, in order to prepare them for activities in the future. These persons should be given special financial, moral, and organizational attention. Some of these exceptional individuals are Ziyad Daas, Bilal Abu Amsha, Tareq Khandaqji, Hisham Kanaan, Tareq al-Zaghel and Mansur Sharim.
- To get rid some of the infiltrators to the ranks of the armed men (and of those who did not shoot a single bullet at Israelis) in order to relieve ourselves from their financial burden and the problems caused by them.

- To communicate to the leaders of the Tanzim that with regards to the handling of the armed men in Tulkarm, they should establish dealing only with one person – not simultaneous contacts and coordination with a number of people from among the armed men.

If the candidate to assume the responsibility for the armed men happens to be Brother "Hafs", he must remove some of the intruders because their bad behavior hurts him. In addition, he must draw closer and closer to the prominent elements amongst the armed men, leaving them with no need to seek other sources for supply, support, and other kinds of coverage, as is taking place in Tulkarm at present.

For your information, with respect.
Head of the Tulkarm Governorate Intelligence
Hamdi Al-Darduk
[Signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

        Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as "Palestinian National Authority, 'General Situation of the Fatah Armed Men in the Governorate' (2/6/2002)."

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Palestinian National Authority, 'General Situation of the Fatah Armed Men in the Governorate' (2/6/2002)."

Dated: March 6, 2014

                                                        _____
                                                        Yaniv Berman

السلطة الوطنية الفلسطينية

المخابرات العامة
مديرية محافظات الشمال

الرقم: ...../...../.....
التاريخ: ...../...../.....

محالة إلى مدير كرم

عطوفة الأخ مدير المخابرات العامة / المحافظات الشمالية... حفظه الله
تحية واحترام،،،

الموضوع: الوضع العام لمسلحي فتح في المحافظة.
- يبلغ عدد مسلحي حركة فتح في طولكرم ومخيمها من ١٥-٢٠ مسلح. دست.
- اغلبهم يحمل قطع M16 وأغلبها ملك شخصي، لكل واحد منهم عدى ثلاث قطع مياه التنظيم في بمن شرائها كما تم جمع بعض التبرعات والمساعدات المالية من سيادة الرئيس لأكمال ثمنها.
- يقسم الإخوة المسلحين إلى قسمين:-
١- قسم لا يوجد لديه أي استعداد للخروج والعمل خارج مناطق ( أ ) وهم يتجاوزون العشرة أشخاص ويقتصر عملهم على إطلاق النار من داخل منطقة ( أ ) على D.C.O ومناطق تمركز قوات الاحتلال، وإطلاق النار في التفجيرات والمناسبات والاحتفالات الوطنية.
٢- قسم عمل ويعمل خارج مناطق ( أ ) وعلى الطرق الالتفافية وحتى في العمق الإسرائيلي كما حصل مؤخراً (عملية الخضيرة).
- لا يوجد للأخوة المسلحين عنوان واضح وشخص واحد مسؤول يمكن التوجه إليه في حل ومتابعة أي موضوع يخصهم، بل يمكن تقسيمهم إلى ثلاث مجموعات على النحو التالي:-
١- مجموعة زياد دعباس: وينخرط فيها كل من "بلال أبو عمشة" و"حاتم جيوسي" و" طارق الزغل" وغيرهم، وهذه المجموعة قامت بنشاطات وعمليات نوعية وناجحة وكان آخرها تنسيق وتخطيط "عملية الخضيرة" انتقاماً للشهيد رائد الكرمي، ويمكن القول أن هذه المجموعة هي الاكثر إنضباطية وفهماً للوضع العام وهم قريبون جداً منا وعلى تنسيق واتصال دائم بهم.

مجموعة منصور شريم: وينخرط فيها كل من " طارق الخندقجي" و"ماجد جراد" و "عمر أبو ربيعة" و " اياد نصار" و "سامي صبح" و " اياد الجراد (أبو صامد) وآخرين، وهذه المجموعة تحاول الحصول من "مروان البرغوثي" على اعتماد الأخ "منصور شريم " مسؤولاً لكتائب شهداء الأقصى في محافظة طولكرم وذلك من خلال الاتصال المتكرر به، كذلك بمساعدة " ناصر عويس" مخيم بلاطة التي تربطه علاقات قوية بهذه المجموعة، وتعتبر هذه المجموعة الاكثر بعداً عن قرارات فتح والسلطة والأجهزة الأمنية

وذلك بسبب أن (نايف الجراد وعماد الجراد وإياد الجراد) وهم أخوال "منصور شريم" يسيطرون عليه ويؤثرون في سلوكه وقراراته حول المجموعة التي يترأسها (علما بأن نايف الجراد هو من قيادي الجبهة الشعبية) و( عماد الجراد كان سابقا في الاستخبارات العسكرية وتم فصله وهو معروف بأنه لا يحب السلطة وأجهزتها الأمنية كذلك يعمل مع البعض من نشطاء فتح لتغيير أمانة سر التنظيم المتمثلة بالأخ أبو فاروق) ويكثر في هذه المجموعة الدخلاء، في نفس الوقت الذي نؤكد فيه أن منصور شريم قام بعدة عمليات ناجحة مع "الشهيد جميل عطوان" و "الشهيد رائد الكرمي" و "الأخ محمد أبو ربيعة"، وهو شخص يمكن السيطرة عليه والتفاهم معه لولا تأثيرات "آل الجراد" عليه ومروان البرغوثي وناصر عويس الذين يؤكدون له فصل الأجهزة الأمنية عن العمل التنظيمي نهائيا في الاتصالات التي تجري بينهم.

٣- المجموعة المحسوبة على الأخ (عبد الوهاب "حفص"): مثل " مسلمه ثابت الذي أصبح محبوذاً من قبل الكثيرين "وفيها أيضا "محمد شحادة الأبد" و "عز العطار" و "هاني عويضة" و "فايز جابر".

* إن فشل الأخ "حفص" في السيطرة التامة على الإخوة المسلحين وجمعهم في جسم واحد يعود إلى عدم قدرته على ضبط ممارساتهم حيث أن البعض فتح قناة اتصال مع "مروان البرغوثي" والبعض الآخر مع " ناصر عويس، نابلس" و آخرين مع " احمد الفرنسي مرافق مروان البرغوثي"، وبعضهم تلقى حوالات مالية بنكية دون علم زملائهم كذلك كان الأخ "حفص" بعيداً عن هموم واحتياجات المسلحين، والموضوع الأهم هو عدم التدخل في توزيع المخصصات المالية والذخيرة والتي يقول بعض المسلحين أن "حفص" يوزع على من لم يقوموا بإطلاق النار سوى في مناطق ( أ ) إما من يقومون بالأعمال النوعية فانه يهملهم، وقد وصل ذلك من الهوة بين الأخ "حفص" وبعض المسلحين حتى انهم كانوا يخرجون ويقومون بتنفيذ عمليات دون علم أو دراية مسبقة من قبل "حفص" وبأخير أخذت الأمور تأخذ جانب المماحكة عندما قام " الشهيد مراد أبو العسل" بتفجير نفسه في ثكنتين من لمخابرات الإسرائيلية فقد أعلنت كتائب شهداء الأقصى مسؤوليتها عن العملية يعكس ما يرغب به الأخ "حفص" الذي كان قد طلب منهم عدم الإعلان عن مسؤوليتهم عن العملية.

- مؤخراً دخل جهاز الأمن الوقائي على موضوع المسلحين من خلال (عكرمة ثابت الذي يعمل في المقر العام للأمن الوقائي في رام الله، حيث أجرى عدة ترتيبات وتنسيقات بين "حفص" والعقيد جبريل الرجوب، الذي قام مؤخراً بتوفير أحد الأغنياء تكفل بالمصاريف لعائلة رائد الكرمي ( زوجته الحامل وابنته).
- لقد حدثت عدة مشاكل بين المسلحين والأجهزة الأمنية في المحافظة، حيث كان منطق المسلحين أثناء تلك المشاكل منطق تحدي وعربدة مما كون لدى الاخوة في بعض الأجهزة الأمنية نظرة سلبية للمسلحين وقد وصل الأمر في بعض منهم إلى القطيعة مع المسلحين وعدم التعامل معهم مطلقاً في الوقت الذي سقطت فيه نظرية أن مسلحي فتح هم أولاً وأخيراً يبقون عماداً وداعماً للسلطة الوطنية وأجهزتها الأمنية، والغريب في الأمر أن المسلحين يتوحدون أمام أي مشكلة مع الأجهزة الأمنية كذلك الكل يلجأ إلى الأخ "حفص" ليجعلوه يتصدر الأحداث وبعد انتهاء المشكلة يعودون إلى ما هم عليه من تقسيمات وكوتات.
- شهد قطاع المسلحين العديد من الدخلاء والمتنفعين الذين ظهروا فجأة في صفوفهم علماً انهم لا يتوسمون بأي أفصال توعية سوى انهم يشاركون بفعالية في أي مشكلة مع الأجهزة الأمنية كذلك أصبح حملهم للسلاح والتجول به في الشوارع هدفاً لهم للخروج من أزماتهم الأجتماعية والتنظيمية والنفسية، وقد اضبح هؤلاء يشكلون عبئاً مالياً على التنظيم حيث يطالبون بمخصصات مالية وما يلزم من ذخيرة وغيرها.
- أننا نرى ومن تجربتنا مع الاخوة المسلحين بأن أحدا منهم (المجموعات الثلاثة) لن يقبل بالانضواء والانصياع لقيادة ومسؤولية أحد الأشخاص بذاته/وبروات البرجوثي له الدور الكبير في أن تصل الأوضاع بهم إلى هذا الحد حيث انه ينفذ من يصل به بأن مسؤولية الكتائب في طولكرم ستكون له إذا عمل ورايت جدارته، فأصبح عملهم في الآونة الأخيرة بهذا الاتجاه.
- ينخرط في صفوف مسلحي فتح أخوة مميزين في عملهم وانتمائهم لفتح وتقدير هم للأوضاع السياسية وما هو مطلوب في كل مرحلة من المراحل السياسية كذلك ينظرون إلى الأجهزة الأمنية والعاملين فيها نظرة إيجابية، وحتى في سلو ٠

الشخصي وتصرفاتهم اليومية في الشارع وبين الأهالي تمتاز بالود والاحترام والإيجابية بعيداً عن العربدة وما شابه ذلك.

- تقوم أمانة سر التنظيم ومن خلال " الأخ أبو فاروق" بتوفير مبالغ مالية مقتطعة من ميزانية التنظيم والطوارئ كمخصصات للأخوة المسلحين، وعدة مرات حدثت خلافات مالية حادة بين " أبو فاروق" و" حفص" بسبب قلة المبلغ المخصص للمسلحين من قبل التنظيم، وقد أكد أبو فاروق عدة مرات أنه معني فقط بعدة أشخاص وحالات مميزة لها رصيدها النضالي وقامت بعمليات نوعية، وليس جميع المسلحين.

- اقتراحات وتوصيات:-

- اختيار الأشخاص المميزين من بين المسلحين وجمعهم في بوتقة ومجموعة واحدة لتهيئتها للعمل في المستقبل وإيلائهم اهتمام خاص مادياً ومعنوياً وتنظيمياً ومن هؤلاء المميزين ( زياد دعاس – بلال أبو عمشة – طارق ختدقجي – هشام كنعان – طارق الزغل – منصور شريم)

- التخلص من بعض التحيلات على موضوع المسلحين (وممن لم يقم بإطلاق أي رصاصة على الاسرائيليين) للتخلص من عبئهم المادي وما يسببونه من مشاكل.

- الحديث مع القيادات التنظيمية بالتعامل بما يخص موضوع المسلحين في طولكرم مع شخص واحد فقط وعدم إقامة اتصالات وتنسيقات مع عدة أشخاص منهم.

- إذا كان المرشح الأولي مسؤولية المسلحين الأخ "حفص" فعليه التخلص من بعض الدخلاء منهم لأنهم أساؤوا إليه في تصرفاتهم كذلك عليه الاقتراب أكثر وأكثر من الحالات المميزة في المسلحين لكي لا يترك لها الحاجة للبحث عن مصادر تمويل ودعم وتغطية أخرى كما يحصل حالياً في طولكرم.

لإطلاعكم،،، لطفاً

مدير مخابرات محافظة طولكرم
حمدي الدركوك