

الشهداء
نشرة شهرية تصدر عن التوجيه السياسي للقوات الحدودية
(لن يكتمل حلمي
إلا بك يا قدس)

# افتتاحية العدد

## وبدأت المعركة

بقلم/ أحمد إبراهيم حلس

نداء ... نداء ... نداء ... من وفدنا المفاوض بقيادة القائد الرمز/ أبو عمار إلى شعبنا الفلسطيني البطل، " استعدوا فقد بدأت معركة القدس"، هذا ما تعنيه عودة الوفد الفلسطيني إلى أرض الوطن قادماً من كامب ديفيد، دون التزحزح عن الثوابت الفلسطينية المعلنة، فلا سلام بدون القدس عاصمة أبدية لدولة فلسطين ولا استقرار ولا أمن في المنطقة كلها إلا باستجابة إسرائيل لمطالب الشرعية الدولية التي تقضي بأن تكون الأرض مقابل السلام حسب قرارات الأمم المتحدة. وإذا كان باراك قد وعد ناخبيه بالتمسك بلاءاته فإنه واهم إذا اعتقد أننا مستعدون للتنازل عن ثوابتنا الوطنية وفي مقدمتها القدس الشريف هذه المدينة المقدسة التي بارك الله فيها وفيما حولها وهو لم يدرك حقيقة أن شعبنا الفلسطيني وإن كان قد اختار سلام الشجعان، فإنه لا يقدم أبداً على التفريط بحقه التاريخي في مدينته المقدسة والتي روتها الدماء والأرواح. ولو استوعب باراك تجربة سابقيه من قادة الصهاينة لتخلص من زيف اعتقاده بضرورة السيطرة على القدس ولكنه في الواقع مازال محكوماً بالفكر الصهيوني التسلطي الاحتلالي، وهذا ما يدل عليه برنامجه الانتخابي الذي على أساسه فاز في الانتخابات الأخيرة وإن ما يدعيه من حبه للسلام لم يكن إلا في إطار هذا الفكر الذي يتعارض تماماً مع حقيقة السلام ومفهوم تعايش الشعوب وظن أن شعبنا سوف يسلم له بما يمليه عليه من شروط المستوطنين مرتكزاً على عنصر القوة العسكرية والاقتصادية التي يملكها وهو بهذا لم يدرك أن شعبنا بإمكانياته القليلة عظيم في إرادته ولا يخضع للإملاءات والابتزاز حتى ولو كانت الولايات المتحدة ظهيرا قوياً لوفد إسرائيل المفاوض. فكانت الوقفة الخارقة للعادة من القائد الرمز أبو عمار وكان التمسك بالثوابت مدعوماً بالموقف الشعبي الصلب الذي عبرت عنه الجماهير الفلسطينية بكافة اتجاهاتها السياسية وتوحد الشعب خلف قائده يبارك صموده ويهتف بالروح بالدم نفديك يا فلسطين وفي عيونهم تصميم على الوقوف بصلابة دفاعاً عن حقوقهم الوطنية وتحد غير محدود للغطرسة الاحتلالية وإرادة لا تلين وكل واحد منهم يشحذ همته ويؤهل نفسه على الدخول في مرحلة جديدة قد تفرضها معطيات الشهور القادمة حيث سيتم إعلان الدولة بعاصمتها القدس الشريف ومعنى ذلك أن المعركة الحاسمة قد بدأت وأن أموراً جساماً قد تحدث إذا لم يتم التعاطي مع حقوقنا المشروعة بما يجب كل هذا والنفوس مفعمة بالفخر والاعتزاز بالصمود الوطني الممثل في موقف وفدنا المفاوض حيث لا تراجع عن الثوابت الوطنية التي أكدها شعبنا من خلال مؤسساته وإذا لم تحدث معجزة تلبي من خلالها مطالبنا الوطنية فالمعركة ستكون قاسية يدفع الشعبان الإسرائيلي والفلسطيني الثمن فيها باهظاً ونحن إذ لا نرجو حدوث صدام إلا أننا لن نفرط في حبة رمل من تراب القدس وسنرى ما تتمخض عنه الأيام القادمة فإعلان تجسيد الدولة الفلسطينية المستقلة قادم لا محالة وشعبنا يتمتع بروح معنوية عالية وجاهزية لمواجهة كافة الاحتمالات فنحن نخوض أقدس معركة، معركة القدس حتى ولو حول طاولة المفاوضات نعاضد وفدنا ، ونؤيد قائدنا ونعلن استعدادنا لنكون مشاريع شهادة وسواعد بناء، بناء الدولة العتيدة وسوف نحقق طموحاتنا بإذن الله وبفضل وحدتنا الوطنية يومئذ يفرح المؤمنون بنصر الله، والله مع الصابرين.

## كلمة العدد

# (لن يكتمل حلمي إلا بك يا قدس)

بقلم/ أحمد إبراهيم حلس
المفوض السياسي لقوات المناطق الحدودية

هكذا قال القائد الرمز أبو عمار ومعه كل الشعب الفلسطيني – المسلمون والمسيحيون لأن القدس هي الروح والقلب والعاصمة الأبدية للدولة الفلسطينية وبدون القدس يبقى الحلم ناقصاً والوطن بلا قلب وبدون القدس لن يكون السلام مهما حاول باراك وغيره فالأمر محسوم بالنسبة لشعبنا واقعاً وتاريخا وارتباطاً وإرادة وعليه فإن أي حل يتخطى القدس لا يمكن أن يكون قابلا للتطبيق وتكون المنطقة مرشحة للانفجار في أي وقت فالسلام من القدس والحرب من القدس ولن ينقذ الوضع إلا التسليم بالحقوق الفلسطينية في القدس وأن من يتصور أن تكون هذه المدينة الفلسطينية المقدسة خارج إطار السيادة الفلسطينية واهم ولا يعرف حقيقة هذا الشعب ولا يفهم طبيعته ولا يدرك مدى صلابته وقدرته على التحمل وما يملك من إرادة وإيمان قوي لا يتزعزع لأن هذه المدينة في وجدان كل فلسطيني وإليها يتطلعون وبدونها يكون الاستقلال كالجسد بلا رأس وبلا قلب وكيف يمكن لشعبنا أن يقبل سلاماً لا يحقق له مظاهر السيادة وأولها عاصمته وكيف يمكن لشعبنا أن يرضى بعاصمة بديلة ويوقع في الوقت ذاته على معاهدة سلام!!! فوفدنا المفاوض بقيادة الأخ أبو عمار أوضح للجانب الأمريكي وكذلك الإسرائيلي أن الخط الأحمر الذي لا يمكن تخطيه أو التفاوض على إمكانية تجاوزه هو القدس والعودة ومن العبث الحديث في أمور لا تلبي هذه الطموحات نعم إنها مرحلة عسرة وصعبة وحرب حول طاولة المفاوضات وفي الغرف المغلقة ولكنها الإرادة التي لا تقهر والصبر الذي لا تلين قناته والموقف السياسي القادر على تطويق كافة التوجهات التي لا تنسجم مع حقوقنا وطموحات شعبنا هذا الشعب المطالب اليوم بالموقف الجاد والموحد خلف قيادته والوفد المفاوض ومطالب أيضاً بالحذر والسعي إلى تحقيق الوحدة الوطنية لتكون سنداً ودعماً معنوياً ومادياً لإخوتنا الذين يخوضون معركة حامية في كامب ديفيد ستؤثر نتائجها على مستقبل المنطقة سواء أكانت سلبية أم إيجابية وها هو شعبنا بكافة فصائله وشرائحه وتوجهاته السياسية يرقب الموقف والأمر بالنسبة إليه لن يخرج عن إحدى الحالتين فإما سلم وإما صدام ودماء وويلات يحترق بنارها كلا الجانبين وبالنسبة إلينا نحن الشعب الفلسطيني ليس لدينا ما نقدمه فقد اخترنا السلام مقابل الأرض حسب قرارات الشرعية الدولية فالسلام مرهون بالسيادة الوطنية على الأرض التي احتلت عام 1967. ولكن باراك يريد السلام بدون الخروج من الأرض الفلسطينية حسب القرارات الدولية التي تنص على عدم جواز احتلال أراضي الغير بالقوة وهذا وهم يمني نفسه بتجسيده واقعاً وهو بهذا لم يستوعب الدرس الذي تعلمه رابين ونتنياهو وبيرس فإرادتنا صلبة وحجارتنا كثيرة وإيماننا بحقنا لا يفتر. إذن– فالموقف السياسي في المنطقة مرهون بالموقف الإسرائيلي وعلى أساسه يتقرر مصير السلام وقد مددنا أيدينا للسلام واثقين من أن شعبنا لن يساوم على حقه وسوف يكون كالبنيان المرصوص صفاً واحداً خلف قيادته للتحرك في كلا الاتجاهين فإن صدعت إسرائيل لنداء السلام فسوف يكون شعبنا جاهزاً للعطاء والبناء بناء الدولة المستقلة وعاصمتها القدس الشريف وإذا كان عكس ذلك فسوف نكون جاهزين للدفاع عن حقوقنا وحمايتها بدمائنا ويكون الرباط الفلسطيني دائماً ومستمراً إلى أن يحق الحق ويبطل الباطل وما موقف الرئيس عرفات في مفاوضات كامب ديفيد إلا التعبير الدقيق عن موقف كل مواطن فلسطيني فنحن جميعا لن يكتمل حلمنا إلا بك يا قدس.

نشرة شهرية تصدر عن التوجيه السياسي لقوات المناطق الحدودية العدد (28) السنة الثالثة يوليو (2000)

P 1: 1060



# خبر .. وتعليق

## نهاية وبداية

بقلم/ رائد محمد جرادة
المفوض السياسي لوحدة المقر

**ما إن وصلت أنباء انتهاء قمة كامب ديفيد إلى الفشل حتى تنفس الفلسطينيون الصعداء فبعد خمسة عشر يوماً من القلق والارتباك والخوف من أن يتقرر مصيرهم في قمة تجتمع فيها وحولها ظروف ضاغطة على الوفد الفلسطيني.**

**الخوف ينبع من تقييم عفوي يكاد يكون جماعياً من أن شروط إنتاج حل للقضية الفلسطينية لا تلبي إمكانية اشتقاق اتفاقية تستجيب للثوابت الوطنية التي تشكل الحد الأدنى المقبول في إطار مساومة تاريخية تنهي الصراع.**

**بانتهاء القمة إلى هذه النهاية تكون المفاوضات قد وصلت إلى نهايتها وتلقائياً يكون الحل السياسي قد دخل في إجازة في انتظار حصول أي شيء ما قادر على وضع حد لهذه الإجازة وغير ذلك لا يمكن أن يكون.**

كامب ديفيد المفاوضات لم تكن حالة عادية في سياق مفاوضات استمرت على مدار ست سنوات وربما أكثر وإنما كانت فوق العادية فهي التي أريد لها أن تكون خاتمة الصراع وقبل ذلك خاتمة الحل السياسي وأيضاً قبل ذلك خاتمة المفاوضات وما أريد لها غير الذي حصل لها فهي لم تؤد إلا إلى اتفاق لإنهاء الصراع ولا إلى اتفاق للحل وفرق بين الاتفاقين كان حاضراً منذ اللحظة التي دخل فيها الطرفان

كامب ديفيد فباراك ذهب إلى هناك وخلفه هدف واحد اتفاق ينهي الصراع بأي حل كان يمكن دفع الفلسطينيين للقبول به بالإكراه والضغط أو الإغراء وعرفات ذهب وخلفه هدف الحل الذي يقود لإنهاء الصراع وبين هذين الهدفين كان التفاوض كل طرف يريد وضع هدفه في المقدمة وكانت النتيجة أن الهدفين ظلا في المؤخرة فلا عرفات وافق على (إنهاء صراع باراك) ولا

الأخير وافق على (حل عرفات) وكان الافتراق.

الأميركيون الذين استرشدوا في تدخلهم التفاوضي باتفاق أوسلو الذي زاوج بين استمرار الاحتلال بكل مظاهره وبين الحل المؤقت فشلوا في عقد مراسم زواج بين انهاء صراع باراك وحل عرفات ذلك أن الزواج السابق كان بمثابة (خطبة) قابله لكل الاحتمالات بينما الزواج الذي أراد الأميركيون عقد قرانه هو (زواج كاثوليكي) التوقيع يعني

التوقيع دون احتمالات فهو خاتمة لقرن من الصراع ولعقد أقل بقليل من التفاوض ولمتغيرات إقليمية ودولية تعود لعشرة أعوام ماضية كانت حاضرة في ذهن الأميركيين إن خاتمة كهذه تفتح الأبواب على نهايتها أمام البحث عن نفسها ولكن الباب الوحيد هو أن قمة كامب ديفيد محاولة من الأطراف الثلاثة للحيلولة دون (فلتان) الأوضاع من بين أيديهم فهم يريدون تجنب الانفجار أو بذل المحاولة الأخيرة قبل الانفجار.

فأحياناً وأمام متغيرات موضوعية على الأرض وفي الناس يجد صاحب القرار نفسه في مأزق اتخاذ القرار بين التجاوب مع هذه المتغيرات وبين الوقوف ضدها ولكلا الاستجابتين نتائجهما السلبية ولذلك يتم البحث عن السلبية الأقل. إن الأمريكيين توصلوا إلى قناعة عبر المعلومات التي تصلهم أن المتغيرات في العلاقة بين الطرفين الفلسطيني والإسرائيلي وصلت إلى نقطة الانفجار مع وقف التنفيذ وهي التي كانت وراء قرار عقد القمة رغم تحفظات الفلسطينيين التي لم يتم الأخذ بها لحسابات (آراء واجتهادات) قد تبدو قريبة من القرار الفلسطيني ولكنها في الواقع بعيدة.

فالأمريكيون في عقد القمة استندوا إليها واعتقدوا أنها – الأساس – الذي سيحكم القرار الفلسطيني في النهاية ولهذا السبب ربما كان إلحاح باراك على عقد القمة الفاشلة لأن حسابات الأمريكيين وقبلهم حسابات الأسرائيليين كانت في واد آخر غير الموقف الفلسطيني الذي تسلح برؤية شمولية وليست جزئية يمكن الدخول منها للتوصل إلى أي اتفاق كان. إن القمة فشلت لسبب وحيد أن الإسرائيليين لم يصلوا لمرحلة الجاهزية والنضوج (بأن عليهم أن يأخذوا احتلال العام 1967 ويغادروا الأرض الفلسطينية مع كل ما لهم من استيطان وقمع وإرهاب) وفقط.

حاولوا عبر باراك في كامب ديفيد الوقوف في منتصف الطريق بين انهاء الاحتلال وإبقائه.

وهذا السبب وراء التحفظ الفلسطيني على قرار القمة الذي تم طبخه على نار حامية فمن الطبيعي أن تكون النهاية غير طبيعية ولكن الأهم من القمة في اللحظة الراهنة هو ما بعد القمة وما بعد القمة غير الذي قبلها رغم (مخرج) الفشل الذي كان عبارة عن رسالة تهدئة بلا مضمون إن القمة في واقعها الذي حصل كانت محاولة من الأطراف الثلاثة للحيلولة دون أخذ التطورات في العلاقة بين الطرفين الفلسطيني والإسرائيلي منحى الصدام والمواجهة وفي السياق الزمني كانت المحاولة الأخيرة.

عند هذه النقطة فإن الفشل في نهاية دراماتيكية للمتغيرات على الأرض وبخاصة في ضوء ما سيكون بين الطرفين الفلسطيني والإسرائيلي وكذلك عند الطرف الأميركي الذي لا يمكن أن ينسحب من مصلحته ومن نفسه كدولة وحيدة وكبرى في العالم. وما سيكون لأول وهلة يبدو أن هناك إشارات من الطرفين نحو عدم التصعيد والوصول إلى مواجهة ربما في انتظار أن يكون شيء ما خلال شهر آب المقبل ولكن إذا كانت

مفاوضات على مستوى ضاع القرار الأوائل من الطرفين فشلت في التوصل إلى أي اتفاق فهل يمكن لمفاوضات ذات مستويات أقل أن تقودنا للنجاح؟!.

الإجابة بالنفي ومعنى الانتظار في هذه الحالة مضيعة للوقت ليس أكثر. إن الحقائق والمعطيات على الأرض وفي السياسة محلياً وإقليمياً ودوليا أفرزت "الفشل" في كامب ديفيد فالإسرائيليون تمترسوا خلف رؤيتهم ومواقفهم وكذلك فعل الفلسطينيون دون أن ينجح الوسيط الأمريكي في كل طروحاته "الوسيطة" من الإقتراب خطوة واحدة نحو التوفيق في المواقف. إن المعلومات الأولية عما جرى في كامب ديفيد تشير إلى أن مجال الاتفاق كان هامشيا ولم يقترب ولو خطوة واحدة من "الجوهر" حول كل القضايا وليس القدس فقط كما كان تركيز الإعلام.

إزاء ذلك فإن الفشل يعلن نهاية الحل السياسي وهي نهاية مفتوحة على خيار المواجهة والصدام وذلك بداية أنها البداية الطبيعية لنهاية الحل السياسي كطريق لتحقيق أهداف الشعب الفلسطيني في التحرر من الاحتلال وأهداف الإسرائيليين في استمرار الإحتلال وإذا كانت مصلحة الدولة العبرية في ابقاء الوضع الراهن كما هو فإن مصلحة الفلسطينيين في تغيير هذا الوضع وبخاصة أن المتغيرات مصادرة الأرض والاستيطان لا تسمح لهم بالانتظار طويلا أو قليلاً وهكذا كان القرار بإعلان تجسيد الدولة الفلسطينية على الأرض في الثالث عشر من أيلول المقبل كممارسة طبيعية لشعب يريد حريته والخلاص من الإحتلال. إن المواجهة ليست خياراً فلسطينياً ولكن للفلسطينيين الحق في الدفاع عن أنفسهم فماذا سيكون؟!

**هناك عودة ثانية.**

## ما هو نص قرار مجلس الأمن 242 الصادر في 1967/11/22م

ينص القرار على حل شامل لكل المشاكل في الشرق الأوسط بغية قيام سلام عادل ووطيد هناك تعيش في ظله كل دولة في هذه المنطقة حياة آمنة ويؤكد القرارعلى عدم جواز كسب الأراضي عن طريق الحرب، وبموجب هذا المبدأ يطالب القرار بسحب القوات المسلحة الإسرائيلية من الأراضي التي احتلتها أثناء النزاع الأخير، وكذلك بالكف عن كل الإدعاءات ووقف حالة الحرب والإعتراف بسيادة وحرمة أراضي كل دولة من دول المنطقة واستقلالها السياسي واحترام حقها في العيش بسلام فيحدود آمنة ومعترف بها دون أن تتعرض لخطر التهديد بالقوة واستخدامها، ويؤكد كذلك القرار على ضرورة تأمين حرية الملاحة في المياه الدولية في هذه المنطقة وإيجاد تسوية عادلة لمشكلة اللاجئين ■