
PLAINTIFF'S EXHIBIT 936



Humat Al-Areen

| Published by the Al-Areen Institute for Studies, Research, and the Arts | Slogan: Al-Areen Institute for Studies, Research, and the Arts | Documentation - Politics - Culture |
|---|---|---|

Live loftily oh Knowledge... For after God we seek shelter in you!
Issue 84 of 2001

Image

- My nation is above all... high, high above
- His Eminence the President, Iconic Leader and Maker of History
- Inner thoughts and secrets... Series of siege and genocide!
- Issues... Opinions... G8 Summit
- Issues of the State... Processions of the Immortal

[SHATSKY-006980] [P 1: 3022]
Gilmore 00296T

# Humat Al-Areen

| Humat Al-Areen<br>Documentation - Politics - Culture<br>Published by the Al-Areen Institute for Studies, Research, and the Arts<br>Issue 84 - March 2001<br>Gaza Port - Omar Mukhtar Street -<br>Telefax 2825009 | | Editor-in-Chief<br>and General Supervisor<br>Colonel Fakhri Abu Al-Fawakhir<br>Director General of Political Guidance<br>and General Inspection<br>for Presidential Security Force 17 |
|---|---|---|
| Contents | Page | Advisory Board |
| Letter from Al-Areen | 2-3 | – Dr. Nazmi Barakeh |
| Editorial | 4-5 | – Dr. Abdulrahman Almuzayyan |
| The Political Position | 6 | – Advisor: Naim Barakat<br>– Advisor: Kamel Abu Duff |
| News of the Presidency – News Digest | 7-24 | Editorial Director<br>Fr. Manuel Musallam |
| Activities of Presidential Security Force 17 | 25-35 | General Secretary<br>Sheikh Husni Ziyara |
| News Digest of the Israeli Policy of Aggression for July 2001 | 36-46 | Editorial Staff<br>- Azhar Mashlah<br>- Itidal Al-Far'<br>- Ghada Abu Sharkh |
| New victory equitable for the Palestinian Cause | 47 | |
| Processions of Martyrs | 48-49 | |
| Inner thoughts and secrets | 50-51 | |
| Spotlight on the Computer Directorate of the Ministry of Interior | 52-53 | |
| International Issues Worthy of Attention | 54 | |
| This Edition's Break | 55 | |
| Literature and Culture | 56-57 | |
| On the Vastness of Faith | 58-59 | |
| Until we meet again | 60 | |

| This Edition's Words of Wisdom | Typesetting and Computer |
|---|---|
| The Nation is a dream... and the State is a dawn on our land... Our hopes and longings will inevitably be realized... The Land of Palestine can rebuild its ruins or build itself on its own... when banners are raised in the distance united under the flag emblazoned that... the Nation is above all! | Ziyad Saleh / Itidal Al-Far'<br>Layout: Alaa Hassouneh<br>Follow-up: Al-Aff Al-Minawi |

| Above all! Will the people gather together then? | |

All remaining topics in the next issue

[SHATSKY-006981] [P 1: 3023]
Gilmore 00297T* Leadership of Presidential Security Force 17:
Our intrepid forces over the extent of the beloved nation:

Image



[Cartoon Text:] (– Skin... – Butcher... – Kill! – Well, well, well I've released the dove of peace before you!)

* Since you bore loyalty in your breast... and blood in your limbs... and sacrifice in every breath... We believe our fate and destiny is that God has fortified us to be the Guardian People [ahl al-ribat] until the Day of Judgment.

* Oh Guardian People... Oh sons of my people and nation...

* You have given this world an honorable dawning image of you putting your heart and soul into the cause. You have ridden on the crafts of steadfastness... and so your funerals have become volcanoes of rage on the streets of your motherland...

* Your eternal funeral processions have been extolled by all the Arab masses.

* Our destiny is to remain the essence of struggle in our motherland...

* And to remain the levy imposed for Arab blood, bringing new life to the nation and its history and to again knock upon the doors of glory...

* If our limbs be cut off by the undulations of the land, by the checkpoints, and by earthen berms... we will continue holding in our ribs what is stronger than a shield!

* All of you possess under each tree... behind every stone... the song of steadfastness...

* I call to you... I grasp your hand... I kiss the ground beneath your feet... We say: we will sacrifice for you!

Take heart, for the morning is coming... The dawn is coming...

In the name of God the Most Compassionate the Ever Merciful

<u>* Faint not nor grieve for ye will overcome them if ye are (indeed) believers.</u>

<u>* God Almighty has spoken the truth.</u>

* Since the first bullet was fired in our great revolution, the sharp, leading opinions of a revolutionary perspective have belonged to the iconic leader brother Abu Ammar at all intervals... and at all times... In every environment and at the end of every day they are the decisive opinions

* Events have proven... that when a decisive leading decision is made... by the launcher of the revolution... and the maker of Palestinian glory... that it is the best one... and it is for the best!!

* The iconic leader has a historic saying that we learned from our first Fatah leaders... and which we have heard on numerous occasions... "When I feel the weight of the plots made against our people... and our nation... I make the decision which I view as appropriate... and decisive!"

* Lead the way towards the horizons of glory... For glory has its scepter... and History its impression...

* If you dove into the world's seas... all seven... we would dive in behind you even if blood formed... the waves against the boat of sacrifice!

Humat Al-Areen 27 [SHATSKY-006982/ SHATSKY-007717] [P 1: 3024]
Gilmore 00298T



The glow of Palestine... Does your blood light the gloomy darkness of humanity in this world... which is no longer seen except for the color blind in this era of dancing girls

Yesterday...
An angel's wedding
for the bride Iman Hajjo
in the land of Hashem's Gaza!!
Today...
An angel's wedding
for the groom Diya Al-Tamizi
in the merciful land of Hebron...

A gift from Humat Al-Areen

[SHATSKY-006983] [P 1: 3025]
Gilmore 00299T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF TIMOTHY FRIESE

Timothy Friese hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document I received, to the best of my knowledge and belief. The document is designated as P 1: 3022-3025.

2. I am a professional translator with a Bachelor of Arts in Linguistics from the University of Chicago and a Masters of Arts in Teaching Arabic as a Foreign Language form the University of Michigan. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number P 1: 3022-3025.

Dated: March 4, 2014

                                                                           TIMOTHY FRIESE



P 1: 3022



# مجلة حماة العرين

وثائقية - سياسية - ثقافية

تصدر عن مؤسسة العرين للدراسات والأبحاث والفنون

العدد " 84 " - يوليو 2001 م

غزة الميناء - شارع عمر المختار - تليفاكس 2825009



## رئيس التحرير والمشرف العام

العقيد / فخري أبو الفواخر
مدير عام التفويض السياسي
والتفتيش العام
لقوات أمن الرئاسة الـ17

## الهيئة الاستشارية

* د. نظمي بركة
* د. عبد الرحمن المزين
* المستشار : نعيم بركات
* المستشار : كامل أبو دف

## مدير عام التحرير

الأب / مانويل مسلم

## السكرتير العام

الشيخ / حسني زيارة

## أسرة التحرير

* أزهار المشلم
* اعتدال الفرع
* غادة أبو شرخ

## الإخراج الفني والكمبيوتر

** اعتدال الفرع + أزهار المشلم **

التصميم : علاء حسونة
المتابعة : العف - الميناوي

| الفهرس | رقم الصفحة |
|---|---|
| رسالة العرين | 2-3 |
| الافتتاحية | 4-5 |
| الموقف السياسي | 6 |
| أخبار الرئاسة وحصاد الأيام | 7-24 |
| فعاليات أمن الرئاسة الـ 17 | 25-35 |
| حصاد سياسة العدوان الاسرائيلي لشهر يوليو 2001م | 36-46 |
| انتصار جديد لعدالة القضية الفلسطينية | 47 |
| مواكب الشهداء | 48-49 |
| سرائر و أسرار | 50-51 |
| أضواء على مديرية الحاسوب بوزارة الداخلية | 52-53 |
| قضايا دولية تستحق الاطلاع | 54 |
| استراحة العدد | 55 |
| الأدب والثقافة | 56-57 |
| في رحاب الإيمان | 58-59 |
| حتى نلتقي | 60 |

## حكمة العدد

إن الوطن الحلم .. والدولة الفجر على أرضنا .. وتحقيق الأماني والآمال سيتم تحقيقها حتما .. ويمكن للأرض الفلسطينية أن تعود حرائب ذاتها أو بناء ذاتها .. حين ترتفع الرايات في الأفق موحدة مصيرها تحت لواء اللافتة المعنونة .. بأن الوطن فوق الجميع ..! وللجميع ..! فليجتمع القوم ..؟!

جميع المواضيع المتبقية في العدد القادم

\* - قيادة قوات أمن الرئاسة الـ 17 :- قواتنا البواسل على امتداد وطننا الحبيب :-



\* - تواصلوا فإن الصبر آت ... والفجر آت ...

بسم الله الرحمن الرحيم

\* - " ولا تهنوا ولا تحزنوا وأنتم الأعلون إن كنتم مؤمنين "

صدق الله العظيم

\* - منذ انطلاقة الرصاصة الأولى لثورتنا العملاقة كانت الرؤيا القيادية الثاقبة في المنظور الثوري البعيد لتقاء الرمز الأخ أبو عمار في جميع الفواصل ... والمفاصل ... عبر كل المحيطات والملابسات والملابسات هي الحاسمة في نهاية كل مطاف ...

\* أثبتت الأحداث ... والأقدار ... حين يتم اتخاذ القرار القيادي الحاسم ... من قبل مفجر الثورة ... وصانع المجد الفلسطيني ... بأنه الأصوب ... نحو الصواب ...!!

\* للقائد الرمز مقولة تاريخية حفظناها من قواعدنا الفتحوية الأولى ... ورددت على مسامعنا بأكثر من مناسبة .. حين أشعر بحجم المؤامرات المحاكة على شعبي ... وأمتي ... سأتخذ القرار الذي أراه ... مناسباً .. وحاسماً ..." !

\* هو بنا ... نحو آفاق المجد ... فالمجد صولاتك ... وللتاريخ ... بصماته ...

\* - ولو غصت بحار الدنيا ... السبعة .. لغطاها من خلفك ... ولو كانت الدماء .. أمواجاً للزورق الفداء ...!!

... هـنـت هـمـلت في صدوركم وفـاءً ... وفي جوارحكم دماءً ... في فتات أرواحكم فـداءً ... ولـمـن نـؤمن بقضائنا وقدرنا ما أمرنا الله به من أننا أهل الرباط الى يوم الدين .

\* - فيا أهل الرباط ... ويا أبناء شعبي ووطني ...

\* - لقد أعطيتم لهذا العالم صورة مشرقة بأنكم على أصوات أرواحكم ، صمـدتم زوارق الصمـود .. فصـارت هاماتكم ... وبراكين غضب في شوارع أمتكم ...

وكانت لمراكب وهـاماتكم العالية كل استغاثات ماثوركم العربية تعتق بصمودكم ...

أقررنا أن تبقى الهوية النضالية المميزة في أمتنا وأن تبقى غريبة الدم العربي للصمود بهذه الأمة تاريخياً لفتح أبواب المجد من جديد ...

فإن قطعتم أرمالنا التضاريس الجغرافية والموانئ والصواعق التراثية ... سيبقى نحمل في دمنا ما هو أقوى من الدروع ...!

إليكم جميعاً .. مواقعكم تحت كل شبرة ... خلف كل صخرة ... أغنية الصمود ...

... أناديكم وأشد على أيديكم ... وأبوس الأرض تحت ... وتقبل أيديكم ...!

حداة العرين 27



P 1: 3025