ـجزءاً إلى واحد وعشرين قطراً
ـ دولة لحل مشاكلها القطرية على
لقضايا المصيرية والجوهرية

ـغم من تلك الأوضاع فقد رفض
لفلسطيني الاستسلام والتخاذل
الكلمة والمظاهرة والانتفاضة -
شرات الآلاف من الشهداء - كل
غطرسة والانتهاكات الإسرائيلية
الاستيطاني مؤكداً عدم تراجعه
ـة بحقوقه التاريخية الثابتة.

## للأمـتـين الـعـربـيـة ـلامية :

ـ (سبحان الذي أسرى بعبده ليلاً
ـد الحرام إلى المسجد الأقصى)
الأقصى أولى القبلتين وثالث
لشريفين مسرى النبي محمد صلى
وسلم ومهد السيد المسيح ، هذه
ـغرافية المقدسة أصبحت تتعرض
ـت دائمة ومستمرة من قبل بعض
ـات الاسرائيلية المتطرفة وفي
جموعة "أمناء جبل الهيكل" وأفراد
ـاخ العنصرية" المحظورة الذين
ـن في الاعلان بكل صراحة عن
ـم المسجد الأقصى المبارك وبناء
المزعوم مكانه بدعم من الحركة
ـة في العالم وحلفائها العنصريين.

وقد عقدت من أجل ذلك العديد من المؤتمرات لتنفيذ مخططاتهم العنصرية حيث تضمنت بطاقة الدعوة للمؤتمر السابع للحركة الصهيونية والذي عقد في أيلول عام ١٩٨٨ رسماً تصويرياً لبناء الهيكل الثالث تدعو اليهود في العالم للقدوم إلى القدس من أجل إقامة الهيكل مكان المسجد الأقصى المبارك.

وهنا لابد أن نشير إلى بعض الانتهاكات التي تنتهجها السلطات الاسرائيلية داخل المسجد الأقصى والتي تتلخص في القضايا التالية :

* توفير الحماية للمتطرفين اليهود خلال تجوالهم في الحرم الشريف على الرغم من التجاوزات التي يقومون بها .

* حمل السلاح داخل ساحات المسجد الأقصى المبارك في بعض الأحيان من قبل المتطرفين.

* التفوه بعبارات لا أخلاقية من قبل بعض المتطرفين اليهود بحق العاملين في المسجد الأقصى المبارك والتعرض لكرامتهم أثناء قيامهم بواجبهم في المحافظة على المسجد الأقصى.

* الجلوس أمام الأبواب الرئيسية للمسجد لإثارة مشاعر المسلمين واستفزازهم .

* توزيع المنشورات التي تدعو إلى طرد العرب من المسجد الأقصى لبناء الهيكل المزعوم مكانة.

* ضبط مشروبات روحية مع أشخاص يهود في ساحات المسجد الأقصى المبارك.

* استمرار حجز الشرطة الاسرائيلية بطاقات الهوية الشخصية للشباب المسلم عند دخولهم المسجد الأقصى وخاصة أيام الجمع لحين الانتهاء من الصلاة.

* يزداد دخول اليهود المتطرفين إلى ساحات المسجد الأقصى المبارك في الفترات التي تصادف أعياداً دينية لهم.

من هذا المنطلق أوجه نداء للأمتين العربية والاسلامية لبلورة خطوة قومية تشارك فيها جميع الدول العربية لدعم الشعب الفلسطيني بمدينة القدس ودعم مؤسساتها الاقتصادية والاجتماعية والصحية حتى يتمكنوا من الصمود والمقاومة لكل أشكال الاضطهاد والقهر الذي يتعرضون له بشكل مستمر ومتواصل.

## تفريغ المدينة من سكانها

لقد أدركت قيادة الحركة الصهيونية الأهمية الدينية والتاريخية البالغة للقدس بالنسبة للديانة اليهودية ورأت أن القدس سوف تكون جوهرية في ضمان شرعية الدولة الإسرائيلية مستقبلاً كذلك أدركت القيادة الصهيونية أن السيطرة على القدس سوف تكون بمثابة تكريس للدولة الاسرائيلية على فلسطين العربية كلها ... لذلك انتهجت الحكومات الاسرائيلية المتعاقبة سياسة استيطانية عنصرية مكثفة بهدف تهويد المدينة المقدسة ولتحقيق ذلك اتخذت وزارة

الداخلية الاسرائيلية مجموعة من الاجراءات بهدف تفريغ المدينة من سكانها، ومن أهم هذه الاجراءات :

* سحب المواطنة الفلسطينية لعدد كبير من أبناء شعبنا الفلسطيني من قبل وزارة الداخلية الاسرائيلية استناداً إلى ثلاثة مقاييس هي :

١- إذا عاش المقيم الدائم خارج البلاد مدة سبع سنوات.

٢- إذا طلب الحصول على الاقامة الدائمة في دولة أخرى.

٣- إذا طلب الحصول على جنسية من دولة أخرى.

وفي ظل هذا الاجراء العنصري أصبح الفلسطينيون المقدسيون يعاملون معاملة الاجانب على أراضيهم بالرغم من أنهم يعيشون عليها على مدى أجيال متعاقبة في الماضي والحاضر وسوف يستمرون الى الأبد في العيش فيها ومقاومة الاحتلال .

* تنظيم حملات مكثفة لاغلاق المؤسسات السياسية والاقتصادية والاجتماعية في القدس وفي مقدمتها "بيت الشرق" الذي يعتبر مقراً سياسياً تمارس من خلاله القيادات الفلسطينية دوراً هاماً وإيجابياً من خلال استقبال الشخصيات الدبلوماسية من كل أقطار العالم.

* فرض ضرائب باهظة على المحلات التجارية بالقدس خاصة "ضريبة الارنونا" التي تفرض على التجار ظلماً سواء كان هناك دخل للبائع يتناسب مع الضريبة أم لا.

* إقامة الحواجز العسكرية في الطرق المؤدية لمدينة القدس الأمر الذي يحول دون وصول حاملي هوية الضفة إليها، وهذه الاجراءات انعكست بصورة سلبية على الحركة التجارية بالمدينة مما أدى بالكثير من التجار إلى مغادرتها والعمل في المدن المجاورة لها مثل رام الله وبيت لحم.

* سياسة هدم المنازل بحجة البناء بدون تراخيص.

كل هذه الاجراءات العنصرية كان لها هدف مركزي واضح يتمثل في تفريغ المدينة من سكانها تمهيداً لتهويدها وتغيير معالمها الاسلامية والعربية.

## معركة حطين ١١٨٧

ستبقى هذه المعركة التاريخية الخالدة محفورة في ذاكرة كل مسلم في العالم لانها وضعت حداً لسيطرة الصليبيين على مدينة القدس لمدة سبعين عاماً، ففي هذه المعركة انتصر البطل المسلم صلاح الدين الأيوبي على الصليبيين وأعاد المدينة المقدسة إلى أحضان المسلمين بعد سنوات طويلة من الاستعداد وإعداد الجيش وتدريبه ورفع معنوياته.

وفي العصر الحديث إن استعادة القدس من أيدي الاحتلال مرهون بتطور القدرات الذاتية والموضوعية للعالمين العربي والاسلامي وتوظيف هذه القدرات [illegible] الجماهير وتعبئتها من أجل القدس و[illegible] المسجد الأقصى الذي يعتبر ملكاً [illegible] المسلمين في العالم وليس ملكاً [illegible] الفلسطيني وحده.

إن حالة التشرذم والتجزئة و[illegible] تعيشها الغالبية العظمى من الدول [illegible] والعربية تجعل الكيان الإسرائيلي [illegible] تفوق دائم يمارس إجراءات العنصر[illegible] بمدينة القدس بصورة تنذر [illegible] مأساوية، لذلك مطلوب أن يكون هناك [illegible] جدي وفعال لانقاذ المدينة المقدسة [illegible] الممارسات الاسرائيلية التي تتعارض [illegible] قرارات الشرعية وفي مقدمتها القرار[illegible] ٢٤٢، ٣٣٨، ١٩٤، ١٨١.

## المصادر والمراجع :

* يوم القدس، بيت المقدس وأكناف [illegible] المقدس، صراع الهوية والأرض، [illegible] الندوة العاشرة التي عقدت في [illegible] ٢-٤ أكتوبر ١٩٩٩م.

* مستقبل القدس يشكل تحدياً [illegible] للمجتمع الدولي، مقال للدكتور عبد [illegible] ابن عثمان التويجري صحيفة [illegible] العدد ٨١، أكتوبر ١٩٩٩م.

* محور عروبة غربي القدس، دراسة تاريخية ، إعداد ناثان كريستال.

* البيادر السياسي، العدد ٧٤٢، ١٩٩٩م.

* * * * * *