





For Immediate Release
Office of the Press Secretary
August 9, 2001

## Statement by the President
Terrorist Bombing in Jerusalem

I deplore and strongly condemn the terrorist bombing in downtown Jerusalem today. My heartfelt sympathies and those of the American people are with the victims of this terrible tragedy and their families.

Nothing is gained through cowardly acts such as this. The deliberate murder of innocent civilians is abhorrent to all, a threat to peace, and inconsistent with the parties' signed agreements to put aside violence. Palestinian Authority Chairman Arafat must condemn this horrific terrorist attack, act now to arrest and bring to justice those responsible, and take immediate, sustained action to prevent future terrorist attacks.

I urge the parties to return immediately to the cease-fire commitments they have previously made and to renew effective security cooperation so this kind of terrorism will not happen again. The United States stands ready to assist the parties in this effort, as it has in the past, but the effort must begin with the parties acting to fulfill their obligations under the Tenet work plan.

The United States remains committed to implementation in all its elements of the Mitchell Committee Report, which provides a path to return to peace negotiations based on United Nations Security Council Resolutions 242, 338, and the Madrid Conference. To get to Mitchell the parties need to resume effective security cooperation and work together to stop terrorism and violence.

I call upon the leaders of the Palestinian Authority and Israel to demonstrate foresight and responsibility by choosing the path toward a better future for their people.

### 

**Return to this article at:**
/news/releases/2001/08/20010809.html

CLICK HERE TO PRINT

P 7: 158