

**PLAINTIFF'S EXHIBIT**
**958**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 04-20225-CIV-SEITZ/O'SULLIVAN**

RECEIVED

NOV 2 3 2009

MOSHE SAPERSTEIN, *et al.*,   )
                              )
                  Plaintiffs, )
                              )
    v.                        )
                              )
THE PALESTINIAN AUTHORITY, *et al.*, )
                              )
                  Defendants. )

**OBJECTIONS AND ANSWER OF DEFENDANTS THE PALESTINE**
**LIBERATION ORGANIZATION AND THE PALESTINIAN**
**AUTHORITY TO PLAINTIFF'S FIRST INTERROGATORY**

Defendants The Palestine Liberation Organization ("PLO") and The Palestinian

Authority ("PA") (collectively "Defendants"), by counsel, and pursuant to Rule 33 of the Federal

Rules of Civil Procedure and the Court's August 21, 2009 Order Adopting Amended Joint

Proposed Schedule With Modifications, hereby serve their Objections and Answer to "Plaintiff's

First Interrogatory to Defendants," dated October 9, 2009, ("Interrogatory") and state as follows:

**PRELIMINARY STATEMENT**

1.    Defendants' investigation and development of all facts and documents relating to

this case is on-going.  The objections and answer by Defendants to the Interrogatory, therefore,

are based only upon such information and documents as are currently known to Defendants.

These objections and answer are made subject to, without prejudice to, and are not in waiver of,

Defendants' right to rely on other facts or documents at trial or to supplement their objections

and answer hereto.

2.    The exact wording of any objections or answer contained herein may be that of

Defendants' counsel and does not necessarily purport to be that of Defendants.

- 1 -

1010381.1

3.      To the extent that the Interrogatory seeks the disclosure of information or documents protected from disclosure by any applicable privilege (including, but not limited to, the attorney-client privilege, the work product doctrine, the joint defense privilege, the common interest doctrine, state secrets, or other statutory or common law privileges), Defendants object to the Interrogatory and will identify the information or documents in the manner and to the extent required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

4.      Any answer by Defendants to the Interrogatory shall not be deemed a waiver of any objection Defendants may wish to interpose at any proceeding, hearing or trial with respect to the matters disclosed thereby or with respect to the relevancy, materiality, or admissibility of the information or documents referenced or contained in the answer(s).

### GENERAL OBJECTIONS

1.      Defendants object to the Interrogatory to the extent that the definitions or instructions set forth therein seek to impose requirements for production beyond those contained in the Federal Rules of Civil Procedure and the Local Rules of this Court.

2.      Defendants object to the Interrogatory to the extent that it seeks information protected from disclosure by the attorney-client privilege, the work-product doctrine, the joint defense privilege, the common interest doctrine, state secrets, or any other applicable statutory or common law privilege.

3.      Defendants object to the Interrogatory to the extent that it seeks information and documents which are not relevant to this action and that are not reasonably calculated to lead to the discovery of admissible evidence.

4.      Defendants object to the Interrogatory to the extent that it is oppressive, overly burdensome, and/or would involve undue financial expense to Defendants. In addition, Defendants objects to Interrogatory No. 1 seeking "all" information or documents when the relevant information may be supplied with fewer than "all" information or documents.

5.      Defendants object to the Interrogatory to the extent it seeks the identification, disclosure, or production of information or documents that are not within Defendants' possession, custody, or control, including, without limitation, to the extent that Interrogatory No. 1 was intended, or could be construed, to impose a requirement and/or burden on Defendants, in excess of the Federal Rules of Civil Procedure, to search for and/or produce documents or information possessed by a separate, non-party entity.

- 2 -

1010381.1

6.     Defendants object to the Interrogatory to the extent that it is vague or ambiguous or fails to describe the information or documents sought with sufficient particularity to allow for a meaningful response by Defendants.

7.     Defendants object to the Interrogatory to the extent that it seeks the disclosure or production of any confidential, proprietary, intelligence, trade secret or other protected information or documents prior to, or in the absence of, an appropriate protective order or confidentiality agreement placing proper limitations and restrictions on the post-production use or disclosure of such information or documents by Plaintiff.

8.     Defendants incorporate by reference every general objection set forth above into the specific response set forth below.  The failure to include any general objection in the specific response does not waive any general objection to the Interrogatory.

### OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS

1.     Defendants object to the Interrogatory to the extent that the definitions or instructions set forth therein seek to impose requirements for production beyond those contained in the Federal Rules of Civil Procedure and the Local Rules of this Court.

2.     By subsequently responding to and/or producing documents in response to the Interrogatory, Defendants are not conceding that they agree with the definition and/or characterization of any terms used by Plaintiffs in propounding this Interrogatory.

### SPECIFIC OBJECTIONS

### INTERROGATORY NO. 1:

Provide the total amount of all funds and monies provided by the PA and PLO to Fatah during the Relevant Period in all currencies (collectively: "Payments") detailing: (a) the amount of the Payments provided by each defendant broken down by currency (for example: "the PA provided to Fatah __ Yen, __ Jordanian dinars, __ Israeli shekels and __ U.S. dollars during the Relevant Period and the PLO provided to Fatah __ Yen, __ Jordanian dinars, __ Israeli shekels and __ U.S. dollars during the Relevant Period"); (b) the amount of the Payments provided by each defendant broken down by the purposes for which the Payments were made (for example: general support to Fatah, covering Fatah's regular or extraordinary expenses, supporting capital acquisitions by Fatah, supporting general or specific Fatah activities or projects, etc.); and (c) all the sources for the information provided in response to this interrogatory.

### OBJECTIONS:

Defendants hereby incorporate by reference, as if fully set forth herein, the foregoing General Objections and Objections to Instructions and Definitions.  In addition, Defendants specifically object to Interrogatory No. 1 on the grounds: (a) that the Interrogatory is overly broad and unduly burdensome; (b) that, as potentially construed, the phrase, "the purposes for which the Payments were made," as well as the example phrases "general support," "regular and

1010381.1

extraordinary expenses" and "supporting capital acquisitions," are vague and ambiguous; (c) that the Interrogatory requests information beyond that reasonably known or reasonably knowable by Defendants; (d) that the Interrogatory seeks disclosure of information that is irrelevant, and the Interrogatory is not reasonably calculated to lead to the discovery of admissible evidence; and (e) that, to the extent the Interrogator is based on or seeks discovery regarding the Plaintiff's claims under 18 U.S.C. § § 2339(B) and 2339(C), the Interrogatory lacks a proper and actionable legal basis, seeks disclosure of information that is irrelevant, and is not reasonably calculated to lead to the discovery of admissible evidence.

Additionally, Defendants object to Interrogatory No. 1 to the extent that it requests any information or documents relating to any payments by the Defendants to Fatah that can be properly characterized as "expenses" on the grounds that Plaintiff's request for such information and records was previously withdrawn and/or conceded by the Plaintiff and is otherwise precluded by the Court's August 25, 2009 rulings and the Court's Order dated September 2, 2009. *See also* Defendants' Objections and Responses to Plaintiff's Sixth Request for Production. Specifically, Plaintiff's counsel expressly conceded and/or withdrew Plaintiff's discovery requests for expense payments related to Fatah, as set forth in Plaintiff's Second Request for Production, during the August 25, 2009 hearing before Magistrate Judge O'Sullivan. *See* 8/25/2009 Hearing Tr. (Dkt. #338) at 13:7-9; 46:12-14. Furthermore, the Court's ruling specifically excludes expense payments from those documents that Defendants must produce. *Id.* at 46:25-47:6 (stating that Defendants must produce certain documents relating to transfers of money "in amounts . . . in the equivalent of $250 and *excluding ordinary salary and expense payments*") (emphasis added). The Court's Order dated September 2, 2009, which reflects the Court's August 25, 2009 ruling, precludes the production of records providing such information as well. *See* 9/2/2009 Court Order (Dkt. #339) at 1 (ordering Defendant PLO to produce certain documents relating to transfers of money and "excluding any transfer to Fatah or any officer or director of Fatah that constituted or represented *ordinary salary or expense payments*") (emphasis added).

Finally, Defendants object to the Interrogatory on the ground that the Plaintiff has proffered no factual or legal basis on which information or documents regarding any payment by either Defendant to Fatah regarding "general support," "regular or extraordinary expenses," "capital acquisitions" and "general or specific Fatah activities or projects" would constitute relevant and admissible evidence in this case or would reasonably lead to the discovery of relevant and admissible evidence in this case.

Defendants are willing to engage in good faith discussions with the Plaintiff regarding the foregoing Objections.

**ANSWER:**

Defendants incorporate herein by reference the foregoing General and Specific

Objections dated October 24, 2009, as if fully set forth herein. Defendants note that, from the

time Defendants served their General and Specific Objections to Interrogatory No. 1 on October

1010381.1

23, 2009 until the present, the Plaintiff has not requested a meet and confer discussion with Defendants regarding Defendants' General and Specific Objections.

Subject to and without waiving the foregoing General and Specific Objections, Defendants state as follows:

**As to Defendant PLO:**

On October 19, 2009, in response to Plaintiff's Second Request for Production of Documents and the Court's Order dated September 2, 2009, the PLO served the Declaration of the Chairman of the Board of Directors of the Palestine National Fund ("PNF"), Mr. Mohammad Zuhdi Nashashibi, and the Declaration of an employee of Talal Abu-Ghazaleh & Co., International, in which the Declarants describe, among other things, the lack of transfers in excess of US$250.00 for non-salary and non-ordinary expense purposes from the PNF to the political movement known as Fatah during the period October 1, 2000 until and including February 18, 2002.

As of the date hereof, the PLO has not identified any transfers to Fatah, during the period October 1, 2000, until and including February 18, 2002, in excess of US$250.00 for non-salary and non-ordinary expense purposes.

**As to Defendant PA:**

On October 19, 2009, in response to Plaintiff's Second Request for Production of Documents and the Court's Order dated September 2, 2009, the PA produced documents to the Plaintiff reflecting, among other things, transfers in excess of US$250.00 for non-salary and non-ordinary expense purposes from the PA to the political movement known as Fatah during the period October 1, 2000 until and including February 18, 2002. Those documents, which were identified among the records of the PA's Ministry of Finance in the Occupied Palestinian

- 5 -

Territory (West Bank), were included within the documents numbered 03:000653-03:000687. The PA hereby exercises its right, pursuant Fed. R. Civ. P. 33(d), to produce those documents in response to this Interrogatory.

At this time, the PA is not aware, and does not know, of any existing documents in its files in the Occupied Palestinian Territory (West Bank) reflecting any other transfers to the political movement known as Fatah during the period October 1, 2000 until and including February 18, 2002 that were in excess of US$250.00 and were for non-salary and non-ordinary expense purposes.

During the period October 1, 2000 until and including February 18, 2002, the location of the PA's main offices was in Gaza, Occupied Palestinian Territory. Given the destruction of the PA's offices in Gaza a by the Israelis over the years, including most recently during the invasion of Gaza by the State of Israel earlier in 2009, and the frequent misappropriation of documents of the PA by the State of Israel, it is possible that information and documents responsive to this Interrogatory that might have existed in Gaza as of, or following, the Hamas takeover of Gaza in 2007 were destroyed or are in the possession of the Government of Israel. Reports of the destruction of PA's offices in Gaza by the State of Israel include the Report by the Independent Fact Finding Committee on Gaza to the League of Arab States, include page 89 of the Report stating that the former PA Ministry of Finance Building in Gaza was destroyed by the Israelis. *See* Report appearing at *www.pchrgaza.org/files/PressR/English/2008/Report%20full.pdf*; *see also* Report appearing at http://www.islamonline.net/servlet/Satellite?c=Article_C&cid=1230490509327&pagename=Zone-English-News%2FNWELayout (indicating that the former PA Ministry of Finance Building in Gaza was destroyed by the State of Israel in 2008).

In any event, given Hamas' current control over Gaza, no search in Gaza for documents or information responsive to this Interrogatory was possible.

1010381.1

Dated:  November 19, 2009          Respectfully submitted,

By: _Gary A. Woodfield by cpm_
Gary A. Woodfield (Fla. Bar No. 563102)
gwoodfield@eapdlaw.com
**Edwards Angell Palmer & Dodge LLP**
One North Clematis Street
Suite 400
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile: (561) 655-8719

Richard A. Hibey
rhibey@milchev.com
Mark J. Rochon
mrochon@milchev.com
Charles F. B. McAleer, Jr.
cmcaleer@milchev.com
Timothy P. O'Toole
totoole@milchev.com
Brian A. Hill
bhill@milchev.com
**Miller & Chevalier Chartered**
655 Fifteenth Street, N.W., Suite 900
Washington, DC  20005-5701
Telephone:  (202) 626-5800
Facsimile:  (202) 626-5801

**Attorneys for Defendants PA/PLO**

1010381.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of November, 2009, a true and correct copy

of the foregoing "Objections and Answer of Defendants The Palestine Liberation Organization

and The Palestinian Authority and to Plaintiff's First Interrogatory" was served by first-class

mail, postage prepaid, and electronic mail on the following:

> Robert J. Tolchin
> THE BERKMAN LAW OFFICE, LLC
> 111 Livingston Street, Suite 1928
> Brooklyn, NY 11201
> Telephone:    (718) 855-3627
> Facsimile:    (718) 855-4696
> Email:        rtolchin@berkmanlaw.com
>
> Isaac M. Jaroslawicz
> JAROSLAWICZ LAW OFFICES
> 1177 Kane Concourse, #222
> Bay Harbor Islands, FL 33154
> Telephone:    (305) 398-7739
> Facsimile:    (786) 206-3575
> Email:        Isaac@MyLawyerIsaac.com

**Attorneys for Plaintiff Moshe Saperstein**

Charles F. B. McAleer, Jr.

1010381.1

## VERIFICATION

     I hereby declare, under the penalty of perjury under the laws of the United States of America, that the factual information contained in the foregoing Answer of The Palestinian Authority dated November 18, 2009, to the Plaintiffs' First Interrogatory to Defendants in the case of *Moshe Saperstein v. The Palestinian Authority, et al.*, C.A. No. 04-20225 (S.D. Fla.), is true and correct based on my personal knowledge, information and belief or on information and documents gathered by, or presently available to, The Palestinian Authority.

THE PALESTINIAN AUTHORITY

Dated:  November 18, 2009      By: _____

- 10 -

## VERIFICATION

I hereby declare, under the penalty of perjury under the laws of the United States of America, that the factual information contained in the foregoing Answer of The Palestine Liberation Organization dated November 18, 2009, to the Plaintiffs' First Interrogatory to Defendants in the case of *Moshe Saperstein v. The Palestinian Authority, et al.*, C.A. No. 04-20225 (S.D. Fla.), is true and correct based on my personal knowledge, information and belief or on information and documents gathered by, or presently available to, The Palestine Liberation Organization.

THE PALESTINE LIBERATION ORGANIZATION


Dated:  November 18, 2009        By: _____

1010381.1

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:06 a                              **Account Statement**                                    Page 1

01/01/01 − 01/12//31/ 116000

01 − 3346 Fatah Movement / Bethlehem

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| [illegible] | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | Transfer by order of the President | 39 | 39,931.04 | 0.00 | | |
| | | Total | 39 | 39,931.04 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

03:000653

Ministry of Finance
Palestine

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | **Authorized Worker: 000000000** | | | | | |
| 09/10/19  10:07 a | | **Account Statement** | | | | | Page 1 |
| | | 01/01/01 – 01/12//31/ 116000 | | | | | |
| | | 30 – 0315 Fatah Movement / Governorate of Jericho | | | | | |
| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
| [illegible] Payment [illegible] | | [illegible] Finance – Fatah Movement - Jericho | [illegible] | [illegible] | [illegible] | | |
| [illegible] Payment [illegible] | | [illegible] Finance to finish construction | [illegible] | [illegible] | [illegible] | | |
| [illegible] Entry | | | | | | | |
| [illegible] Payment [illegible] | | Transfer by order of the President | [illegible] | [illegible] | [illegible] | | |
| | | Total | [illegible] | [illegible] | [illegible] | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000654**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:07 a                                **Account Statement**                                Page 1

01/01/01 – 01/12//31/ 116000 Temporary Loan/ Work/ Order of the President

30 – 605 Fatah Movement / Governorate of Nablus

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | [illegible] | | |
| [illegible] Payment [illegible] | | Closing loan for Fatah Movement - Nablus | | [illegible] | [illegible] | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000655**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:08 a                                    **Account Statement**                                    Page 1

01/01/01 – 01/12//31/ 11600 Temporary Loan/ Work/ Order of the President
30-2105 Authority of the Fatah Movement West Bank

| Date | Document | [illegible] Statement Revolving Balance | Debit | Credit | NIS Balance [illegible] | Value | NIS Balance |
|------|----------|------------------------------------------|-------|--------|--------------------------|-------|-------------|
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 21,000.000 | | |
| [illegible] Payment [illegible] | Monthly Allocation | 21,000.00 | | 42,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 63,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 84,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 105,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 126,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 147,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 168,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 189,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 210,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 231,000.00 | | |
| [illegible] Payment [illegible] | Transfer of Allocation | 21,000.00 | | 252,000.00 | | |
| Entry | Transfer of Revolving Balance | | 273,000.00 | 0.00 | | |
| | Total | 252,000.00 | 273,000.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                              **END**

**03:000656**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/10/19 10:08 a | | | **Account Statement** | | | | Page 1 |

01/01/01 – 01/12//31/ 116000 Loan

50 – 0798 Shoat Camp – Fatah Movement

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|---|---|---|---|---|---|---|---|
| [illegible] | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | Fatah Financial Aid | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

03:000657

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:10 a                    **Account Statement**                                    Page 1

01/01/01 − 01/12//31/ 116000 Loan

60 - 6851 Fatah Committee − Martyr Site

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|------------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | Abu Jihad Site [illegible] | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                         **END**

**03:000658**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:13 a                    **Account Statement**                    Page 1

01/01/01 − 01/12//31/ 116000 Loan

70 - 6694 Fatah Movement – Governorate of Qalqilya

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | Abu Jihad Site [illegible] | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000659**

Ministry of Finance
Palestine

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **Authorized Worker: 000000000** | | | | | | |
| 09/10/19  10:13 a | | **Account Statement** | | | | | | Page 1 |
| | | 01/01/01 – 01/12//31/ 116000 Loan | | | | | | |
| | | 71 - 0092 Fatah Movement – Qibya | | | | | | |
| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance | |
| | | Revolving Balance | | | 0.00 | | | |
| [illegible] Payment [illegible] | | Fatah Movement – Qibya | [illegible] | 7,000 | 0.00 | | | |
| | | Total | [illegible] | 7,000 | | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                                    **END**

**03:000660**

Ministry of Finance
Palestine

09/10/19  10:14 a

**Authorized Worker: 000000000**
**Account Statement**
01/01/01 – 01/12//31/ 116000 Loan
71 - 1628 Fatah Movement – Western Region

Page 1

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | [illegible] Finance to finish construction | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000661**

Ministry of Finance
Palestine

| | | **Authorized Worker: 000000000** | | | | | |
|---|---|---|---|---|---|---|---|
| 09/10/19  10:14 a | | **Account Statement** | | | | | Page 1 |
| | | 01/01/01 − 01/12//31/ 116000 Loan | | | | | |
| | | 71 - 2412 Fatah Movement − Governorate of Jenin | | | | | |
| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
| | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | Fatah Movement –Jenin Aid [illegible] | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000662**

Ministry of Finance
Palestine

|  |  |  | **Authorized Worker: 000000000** |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 09/10/19  10:14 a |  |  | **Account Statement** |  |  |  |  | Page 1 |
|  |  |  | 02/01/01 – 02/12/31/ Temporary Loan / Work / Decision of the President |  |  |  |  |  |
|  |  |  | 30 - 1605 Fatah Movement – Governorate of Nablus |  |  |  |  |  |
| Date | Document | [illegible] Statement Revolving Balance | Debit | Credit | NIS Balance 0.00 | Value | NIS Balance |  |
| [illegible] Payment [illegible] |  | [illegible] Fatah Office, Nablus | [illegible] | [illegible] | [illegible] |  |  |  |
|  |  | Total | [illegible] | [illegible] |  |  |  |  |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000663**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

**Account Statement**

02/01/01 − 02/12/31/ Loan

30 - 2105 Authority of the Fatah Movement − West Bank

09/10/19  10:15 a

Page 1

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | Printing Materials | 30,000.00 | 30,000.00 | 0.00 | | |
| | | Total | 30,000.00 | 30,000.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah          **END**

**03:000664**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**
**Account Statement**

09/10/19  10:08 a

Page 1

02/01/01 – 02/12//31/ Temporary Loan/ Work/ Order of the President
30-2105 Authority of the Fatah Movement West Bank

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|---|---|---|---|---|---|---|---|
| | | Revolving Balance | | | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Allocation | 21,000.00 | | [illegible] | | |
| [illegible] Payment [illegible] | | Monthly Allocation | 21,000.00 | | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Allocation | 21,000.00 | | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Allocation | 21,000.00 | | [illegible] | | |
| Entry | | Closing Loan | | [illegible] | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Allocation | 21,000.00 | | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Allocation | 21,000.00 | | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Monthly Allocation | 21,000.00 | | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Monthly Allocation | 21,000.00 | | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer | [illegible] | | [illegible] | | |
| [illegible] Payment [illegible] | | Transfer of Monthly Allocation | 21,000.00 | | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | [illegible] | | |
| Entry | | Closing Loan – Authority of Fatah | | [illegible] | | | |
| | | Ma'ali | | | | | |
| | | Total | | [illegible] | [illegible] | | |

**END**

03:000665

Copyright 1989, Bishop Corp. Ltd Ramallah

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:07 a                                   **Account Statement**                                      Page 1

01/01/01 – 01/12//31/ 11600 Temporary Loan/ Work/ Order of the President

30-9027 Fatah Movement – Governorate of Bethlehem

| Date | Document | [illegible] Statement Revolving Balance | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|------------------------------------------|-------|--------|-------------|-------|-------------|
| [illegible] Payment [illegible] | Loan to account [illegible] | [illegible] | | [illegible] | | |
| [illegible] Entry | Closing loan of Liberation Movement – Bethlehem | | [illegible] | [illegible] | | |
| | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

03:000666

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:15 a    **Account Statement**    Page 1

01/01/01 – 01/12//31Temporary Loan/ Work/ Order of the President

30-9027 Fatah Movement – Governorate of Jenin

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | Loan for housing [illegible] | 50,000.00 | | 50,000.00 | | |
| [illegible] Payment [illegible] | | Loan for housing [illegible] | 50,000.00 | | 100,000.00 | | |
| [illegible] Entry | | Closing loan of Governorate of Jenin | | 41,410.00 | 58,590.00 | | |
| [illegible] Entry | | Closing loan of Governorate of Jenin | | 58,590.00 | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah    **END**

**03:000667**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:17 a                    **Account Statement**                    Page 1

02/01/01 − 02/12/31/ 1160000 Loan

60 - 4220 Fatah Movement − Governorate of Nablus

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| [illegible] | Payment [illegible] | Fatah Movement − Governorate of Nablus | | | 0.00 | | |
| [illegible] | Payment [illegible] | Printing Materials | 17,500.00 | 17,500.00 | 0.00 | | |
| | | Total | 17,500.00 | 17,500.00 | 0.00 | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000668**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

| 09/10/19 10:17 a | | | **Account Statement** | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| | | | 02/01/01 – 02/12/31/ 1160000 Loan | | | | |
| | | | 71-2412 Fatah Movement – Governorate of Jenin | | | | |

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|---|---|---|---|---|---|---|---|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | Fatah Movement – Ain [illegible] Camp | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

03:000669

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  10:21 a                                **Account Statement**                                Page 1

02/01/01 – 02/12/31/ 1160000 Loan

71-1089 Fatah Movement – al-Obeidieh

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | Fatah Movement – al-Obeidieh Aid | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000670**

Ministry of Finance
Palestine

|  |  | **Authorized Worker: 000000000** |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 09/10/19  10:21 a |  | **Account Statement** |  |  |  |  | Page 1 |
|  |  | 02/01/01 – 02/12/31/ 1160000 Loan |  |  |  |  |  |
|  |  | 73-1718 Fatah Movement – Region of Shuhada' Arabeh |  |  |  |  |  |
| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|  |  | Revolving Balance |  |  | 0.00 |  |  |
| [illegible] Payment [illegible] | Arabeh Movement Financial Aid | [illegible] | [illegible] | 0.00 |  |  |  |
|  |  | Total | [illegible] | [illegible] |  |  |  |

Copyright 1989, Bishop Corp. Ltd Ramallah    **END**

**03:000671**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:08 a                           **Account Statement**                                 Page 1

00/01/01 – 00/12//31Temporary Loan/ Work/ Order of the President

30-1605 Fatah Movement – Governorate of Jenin

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] loan for Governorate Contract | 17,500.00 | | 17,500.00 | | |
| [illegible] Payment [illegible] | | Loan for housing [illegible] | 17,500.00 | | 35,000.00 | | |
| [illegible] Entry | | Closing loan of Governorate of Jenin | | 17,499.00 | 17,501.00 | | |
| [illegible] Entry | | Closing loan of Governorate of Jenin | | 17,501.00 | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                               **END**

**03:000672**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:09 a                              **Account Statement**                                Page 1

00/01/01 – 00/12/31/ Temporary Loan/ Work/ Order of the President

30-1632 Fatah Movement – Governorate of Ramallah

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | [illegible] Election Cost | 35,000.00 | | 35,000.00 | | |
| | | Total | 35,000.00 | 0.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000673**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/10/19  1:09 a | | | **Account Statement** | | | | Page 1 |
| | | | 00/01/01 − 00/12//31 Temporary Loan/ Work/ Order of the President | | | | |
| | | | 30-2032 Fatah Movement − Governorate of Tul Karem | | | | |
| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | Loan by Order of the President | 42,000.00 | | 42,000.00 | | |
| [illegible] Entry | | Revolving Loan | | 42,000.00 | 0.00 | | |
| [illegible] Entry | | Revolving Loan | | 42,000.00 | -42,000.00 | | |
| [illegible] Entry | | Cancelation | | 42,000.00 | 0.00 | | |
| | | Total | 42,000.00 | 42,000.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

03:000674

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:09 a                                    **Account Statement**                                    Page 1

00/01/01 – 00/12//31 Collateral for Loan – Intermediary/ Final
30-2032 Fatah Movement – Governorate of Tul Karem

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Entry | | Proof of Collateral | | 42,000.00 | -42,000.00 | | |
| [illegible] Entry | | Revolving Loan to General Regulations | 42,000.00 | | 0.00 | | |
| [illegible] Entry | | Proof of Collateral | | 42,000.00 | 42,000.00 | | |
| [illegible] Entry | | Cancelation | | 42,000.00 | 0.00 | | |
| [illegible] Entry | | Revolving Balance to General Regulations | 4,007.00 | | [illegible] | | |
| [illegible] Entry | | Revolving to General Regulations | 4,009.00 | | [illegible] | | |
| [illegible] Entry | | Balance Adjustment | | 8,018.00 | 0.00 | | |
| | | Total | 50,016.00 | 50,016.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                                    **END**

**03:000675**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:10 a           **Account Statement**           Page 1

00/01/01 – 00/12//31Temporary Loan/ Work/ Order of the President

30-2058 Authority of the Fatah Movement – West Bank

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | Transfer of November 2000 Monthly Allocation | 21,000.00 | | 21,000.00 | | |
| [illegible] Entry | | Transfer of a Group of Revolving Balances | | 21,000.00 | 0.00 | | |
| | | Total | 21,000.00 | 21,000.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah      **END**

03:000676

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:10 a

**Account Statement**

Page 1

00/01/01 – 00/12/31 1160000 Loan

50-0798 Sha'fat Camp – Fatah Movement

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | Transfer of November 2000 Monthly Allocation | [illegible] | [illegible] | 0.00 | | |
| | | Total | [illegible] | [illegible] | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah

**END**

**03:000677**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:13 a                           **Account Statement**                                    Page 1

00/01/01 – 00/12/31 1160000 Loan

60-4270 Fatah Movement – Governorate of Nablus

| Date | Document | Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|-----------|-------|--------|-------------|-------|-------------|
| | | [illegible] Statement Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Fatah Movement Nablus Financial Aid | 17,500.00 | 17,500.00 | 0.00 | | |
| [illegible] Entry | | Payment cancelation due to entry error | 17,500.00 | 17,500.00 | 0.00 | | |
| | | Total | 35,000.00 | 35,000.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                                    **END**

03:000678

Ministry of Finance
Palestine

**Authorized Worker: 000000000**
**Account Statement**
00/01/01 – 00/12/31 1160000 Loan
70-3079 Fatah Movement – Governorate of Hebron

09/10/19  1:15 a

Page 1

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Fatah Movement Hebron Financial Aid | 12,000.00 | 12,000.00 | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Fatah Movement Hebron Financial Aid | 7,000.00 | 7,000.00 | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Fatah Movement Governorate of Hebron | 24,500.00 | 24,500.00 | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Fatah Office Financial Aid | 20,000.00 | 20,000.00 | 0.00 | | |
| | | Total | 63,500.00 | 63,500.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah          **END**

03:000679

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:15 a                                    **Account Statement**                              Page 1

00/01/01 – 00/12/31 1160000 Loan

70-3127 Fatah Movement – Beit Fajar

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Fatah Beit Fajar Financial Aid | 10,500.00 | 10,500.00 | 0.00 | | |
| | | Total | 10,500.00 | 10,500.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                          **END**

**03:000680**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:16 a          **Account Statement**                    Page 1

00/01/01 – 00/12/31 1160000 Loan

70-3597 Fatah Movement – Karabsha Region

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] | Payment [illegible] | [illegible] Fatah Beit Fajar Financial Aid | 14,000.00 | 14,000.00 | 0.00 | | |
| | | Total | 14,000.00 | 14,000.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah          **END**

**03:000681**

Ministry of Finance
Palestine

**Authorized Worker: 000000000**

09/10/19  1:16 a                                 **Account Statement**                                Page 1

00/01/01 – 00/12/31 1160000 Permanent Loan/ Name of Beneficiary

70-3617 Fatah Movement – Eastern Sawahra Region

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|------|----------|----------------------|-------|--------|-------------|-------|-------------|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Eastern Sawahra Region Financial Aid | 17,820.00 | 17,820.00 | 0.00 | | |
| | | Total | 17,820.00 | 17,820.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah                          **END**

**03:000682**

Ministry of Finance
Palestine

|  | | **Authorized Worker: 000000000** | | | | |
|---|---|---|---|---|---|---|
| 09/10/19  1:17 a | | **Account Statement** | | | | Page 1 |
|  | | 00/01/01 – 00/12/31 1160000 Loan | | | | |
|  | | 70-5595 Fatah Movement – Bir Zeit | | | | |

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|---|---|---|---|---|---|---|---|
|  |  | Revolving Balance |  |  | 0.00 |  |  |
| [illegible] | Payment [illegible] | [illegible] Fatah Movement Bir Zeit Financial Aid | 3,500.00 | 3,500.00 | 0.00 |  |  |
|  |  | Total | 3,500.00 | 3,500.00 |  |  |  |

Copyright 1989, Bishop Corp. Ltd Ramallah                    **END**

**03:000683**

Ministry of Finance
Palestine

| | | Authorized Worker: 000000000 | | | |
|---|---|---|---|---|---|
| 09/10/19  1:18 a | | Account Statement | | | Page 1 |
| | | 00/01/01 – 00/12/31 1160000 Loan | | | |
| | | 70-6152 Fatah Movement – al-Balda al-Qadima Region | | | |

| Date | Document | [illegible] Statement | Debit | Credit | NIS Balance | Value | NIS Balance |
|---|---|---|---|---|---|---|---|
| | | Revolving Balance | | | 0.00 | | |
| [illegible] Payment [illegible] | | [illegible] Fatah Movement al-Balda al-Qadima Region Financial Aid | 10,500.00 | 10,500.00 | 0.00 | | |
| | | Total | 10,500.00 | 10,500.00 | | | |

Copyright 1989, Bishop Corp. Ltd Ramallah        **END**

**03:000684**