| Client | Account | Statement | $$$ | Revolving Balance | Debit | Credit |
|---|---|---|---|---|---|---|
| | | Hakam Bal'aoui | | | | |
| | | Temporary Loan/ Travel/ Decision of President | NIS | | | |
| | | Loan Collateral – Intermediary/ Final | NIS | | | |
| Bal'aoui 4 | | | | | | |
| **Client** | **Account** | **Statement** | **$$$** | **Revolving Balance** | | |
| | | Hakam Bal'aoui | | | | |
| | | Loan 1160000 | NIS | | | |
| | | Al-Quds University/ Banderole* | USD | | | |
| | Bal'aoui 2 | | | | | |
| **Client** | **Account** | **Statement** | **$$$** | **Revolving Balance** | | |
| | | Hakam Bal'aoui | | | | |
| | | Temporary Loan/ Travel/ Decision of President | NIS | | | |
| | | Loan Collateral – Intermediary/ Final | NIS | | | |
| | Bal'aoui 1 | | | | | |
| **Client** | **Account** | **Statement** | **$$$** | **Revolving Balance** | | |
| | | Hakam Bal'aoui | | | | |
| | | Temporary Loan/ Travel/ Decision of President | NIS | | | |
| | | Loan Collateral – Intermediary/ Final | NIS | | | |
| | | | | | | |
| | Mahmoud Abbas | | | | | |
| **Date** | **Document** | **Reference** | | **Account** | **Statement** | |
| | Payment 9 | 30001 | | | Financial Aid – Treatment – President 4133201 | |
| | | | | | B Jordan – | |

| | | | | Expenses/ Dinars 810058/1/3 | | |
| | | | | Treatment – Mahmoud Abbas 5262 | | |
| | | Bal'aoui 7 | | | | |
| | | | | | | |

**REDACTED**                                                                **03:000685**

**TN: Spelling**

| | | Tayeb 1 | | | | |
|---|---|---|---|---|---|---|
| **Client** | **Account** | **Statement** | **$$$** | **Revolving Balance** | **Debit** | **Credit** |
| | | Tayeb Abderrahim/ Office of President | | | | |
| | | Temporary Loan/ Travel/ Decision of President | NIS | | | |
| | | | | | | |
| | | | Qurei' | | | |
| **Client** | **Account** | **Statement** | **$$$** | **Revolving Balance** | | |
| | | Ahmed Qurei' | | | | |
| | | Temporary Loan/ Travel/ Decision of President | NIS | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | 99999999 | | | |
| **Client** | **Account** | **Statement** | **$$$** | **Revolving Balance** | | |
| | | Mahmoud Abbas (Abu Mazen) | | | | |
| | | Temporary Loan/ Work/ Decision of President | NIS | | | |
| | | Travel Loan/ Travel/ Department of Negotiations Affairs | NIS | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**REDACTED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARK I. SOKOLOW, *et al.*, |  |
| Plaintiffs, |  |
|  | No. 04 Civ. 00397 (GBD) (RLE) |
| vs. |  |
| THE PALESTINE LIBERATION ORGANIZATION, *et al.*, |  |
| Defendants. |  |

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1.    The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as D03: 000653-687.

2.    I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida.  I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.    To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D03: 000653-687.

Dated: March *6* , 2014

Adnane Ettayebi

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

Notary Public

TRAVIS D GARCIA
Notary Public
State of New Jersey
My Commission Expires Nov. 17, 2016
I.D.# 2362547

Ministry Of Finance
Palestine

وزارة المـــالـــيـــة

مشتغل مرخص : 000000000

09/10/19 10:06a

صفحة :

كشف حساب
1160000  01/12/31 - 01/01/01 السلف
01-1346  حركة فتح / بيت لحم

تاريخ السند    ساتع اسبيان    مبين    دائن    الرصيد d:0    القيمة    الرصيد PT

رصيد مدور    3.86    33.3

تحويل بقرار الوطني    0.00    37,531.04    39,131.04    صرف ...

المجموع    39,531.04    39,431.04

انتهى

Copyright 1989, Bisan Corp. Ltd, Ramallah

03:000653

Ministry Of Finance
Palestine

وزارة المـــالـــيـة

09/10/19 10:07a

مستشفـى مرخص : 000000000

كشـف حساب

صفحة :

السجـل 1160000    01/12/31 - 01/01/01

30-0315    حركة فتح /أقليم أريحا

| الرصيد NIS | القيمة | الرصيد | NIS | دائن | مدين | بيان البيان | تاريخ التسجيل |
|---|---|---|---|---|---|---|---|
| | | 0.00 | | | | رصيد مدور | |
| | | 0.00 | 8,250.00 | 8,250.00 | | | |
| | | | | | | | |
| | | | 12,000.00 | 12,000.00 | | | |
| | | | | | | | |
| | | | 14,750.00 | | | المجموع | |

Copyright 1989, Bisan Corp. Ltd. Ramallah

انتهى

**03:000654**

Ministry Of Finance
Palestine

وزارة المــــالـيــة

مشتـغـل مبرخـص : 000000000

09/10/19 10:07a

كشـف حسـاب

مفحة 1

01/12/31 - 01/01/01 بلف مؤقتته / عمل /قرار رئيس
30-:605 حركة فتح / اقليم نابلس

| تـاريخ فمسـند | بسانـع الـسبـان | مدين | داخل | الرصيد | القيمة | الوصيد |
|---|---|---|---|---|---|---|
| رصيد مدور | 11,501.60 | | | | | |
| اغلاق ملغه حركة فتح نابلس | 3,131.60 | 15,370.20 | | | | |
| المحمـوع | 15,370.20 | 0.00 | | | | |

الشـهي

Copyright 1989, Bisan Corp. Ltd, Palestine

03:000655

Ministry Of Finance
Palestine

وزارة المالية

مشتغل مرخص : 000000000

09/10/19 10:08a

صفحة 1

كشف حساب

01/12/31 - 01/01/01 سلف مؤقتة / عمل /قرار رئيس

30-2105 مرجعية حركة فتح الضفة الغربية

| الرصيد NIS | القيمة | الرصيد NIS | دائن | مدين | باعث البيان | تاريخ المستند |
|---|---|---|---|---|---|---|
| | | 21,808.00 | | | رصيد مدور | |
| | | 42,400.00 | 21,020.00 | | تحويل مخصص 2 | |
| | | 61,600.00 | 21,050.00 | | مخصص شهر | |
| | | 84,500.00 | 22,900.00 | | تحويل مخصص | |
| | | 105,400.00 | 21,000.00 | | تحويلمخصص | |
| | | 126,400.00 | 21,000.00 | | تحويل مخصص | |
| | | 147,400.00 | 21,000.00 | | تحويل مخصص | |
| | | 168,400.00 | 22,000.00 | | تحويل مخصص | |
| | | 189,500.00 | 21,000.00 | | تحويل مخصص | |
| | | 210,500.00 | 21,050.00 | | تحويل مخصص | |
| | | 231,600.00 | 21,050.00 | | تحويل مخصص | |
| | | 252,600.00 | 21,000.00 | | تحويل مخصص | |
| | | 273,600.00 | 21,000.00 | | تحويل المخصص | |
| | | 0.00 | 273,600.00 | | تحويل رصيد مدور | |

273,600.00   273,600.00   المجموع

Ministry Of Finance
Palestine

وزارة المـــالـيــة

مـشـتـغـل مـرخيص : 000000000
كشف حسـاب
09/10/19 10:08a
الــــــلف 1160000  01/12/31 - 01/01/01
50-0798  مخيم شعناط حركة فتح

| تاريخ المستند | سائع البيـان | مدين | دائن | الرصيد | القيمة | الوصيد |
|---|---|---|---|---|---|---|
| | رصيد مدور | | | 0.00 | | |
| | فتح شحاطم ماليه | 1,250.00 | 6,750.00 | 6,750.00 | | |
| | المجموع | 6,750.00 | 6,750.00 | | | |

اشتبهى

Copyright 1989, Bisan Corp. Ltd. Ramallah

03:000657

Ministry Of Finance
Palestine

وزارة المـــاليـــة

09/10/19 10:10a

مفحة 1

مـــشــتــغــل مـــرخــص : 000000000
كشف حســاب
1160000   01/12/31 – 01/01/01  الـــــــلف
60-6851   لجنه حركه فتح – موقع الشهيد

| N16 الوصيد | القيمة | N1S الوصيد | دائـن | مـدين | بـائـع الـبـيـان | تاريخ المستكد |
|---|---|---|---|---|---|---|
| | | 0.66 | | | رصيد مندور | |
| | | 8.08 | 1,466.66 | 1,466.66 | موقع ابوجهاد اعتفميك | مصرف |
| | | | 466.86 | 2,466.66 | المصمـوع | |

المنتـهى

Copyright 1989, Bsaat Corp, Inc, Honolulu.

03:000658

Ministry Of Finance
Palestine

وزارة المـــالـــيـــة

مـشـتـغـل مـرخـص : 000000000

09/10/19 10:13a    كـشـف حـسـاب    صفحة 1

الـــــــــــلـف 1160000  01/12/31 - 01/01/01

70-6694  حركة فتح-اقليم قلقيلية

| تاريخ المستند | باعث البيان | مدين | دائن | الرصيد | الرصيد | القيمة | الرصيد |
|---|---|---|---|---|---|---|---|

رصيد مجور

01/03  
61/28 منتسوف (1)  11  756 حركة فتح الفلسطينية م بضريب  1,550.00  5,150.00  9.60

التجموع  5,150.00  5,399.00

انتهى

Copyright 1989, Bisan Corp. Ltd, Ramallah

03:000659

Ministry Of Finance
Palestine

وزارة المــالـيــة

مـشـتـغـل مـرخـص : 000000000

كـشـف حـسـاب

صفحة :

1160000   01/12/31 - 01/01/01 الـــــلـف

71-0092   حركة فتح /قبيا

| تاريخ المستند | بيان البيان | مدين | دائن | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|
| | رصيد مدور | | | 0.00 | | |
| | حركة فتح قبيا | 7,000.00 | 7,000.00 | 0.00 | | |
| | المجموع | 7,000.00 | 7,000.00 | | | |

ينتهي

03:000660

Ministry Of Finance
Palestine

وزارة المـــالـــيـــة

مشتغل مرخص : 000000000

09/10/19 10:14a

كشف حساب

صفة 1

1160000   01/12/31 - 01/01/01  الســــلف

71-Jb28   حركة فتح -المنطقة الغربية

| شرح المستند | تاريخ المستند | مدين | دائن | الرصيد S/X | القيمة | الرصيد N/S |
|---|---|---|---|---|---|---|
| | | | | 0.00 | | |
| مستند 105 | رصيد مدور | | | | | |
| | 100 م ماتهم لمنكمال بناء 1 | 8.750,00 | 8.750.00 | 0.00 | | |
| | الجنجمتروع | 8.140.00 | 8.750.00 | | | |

Copyright 1989, Bisan Corp, Ltd, Ramallah

03:000661

Ministry Of Finance
Palestine

وزارة المالية

مشتغل مرخص : 000000000

09/10/19 10:14a

كشف حساب

صفحة 1

السلف = 01/12/31 - 01/01/01   1160000

71-2412   حركه فتح - اقليم جنين

| تاريخ المستند | بيانع المستند | دائن | مدين | الرصيد M/S | القيمة | الرصيد M/S |
|---|---|---|---|---|---|---|
| 01/01 | رصيد مسدور | | | 0.00 | | |
| 05/14 مصروف 1082 | 3453 حركة فتح طليق اعلانة مبلغ | 3,250.00 | 3,250.00 | 0.00 | | |
| | المجموع | 3,250.00 | 3,250.00 | | | |

Copyright 1994, Isaac Corp. Ltd, 6-9-1.net

انتهى

03:000662

Ministry Of Finance
Palestine

وزارة المالية

مشتغل مسرخص : 000000000
كشف حساب
09/10/19 10:14a                                                    صفحة :
ملف مؤقته / عمل /قرار رشيس   02/12/31 – 02/01/01
30-1605   حركة فتح / اقليم نابلس

| تاريخ المستند | بيان البيان | مدين | دائن | الرصيد | N.S | القيمة | الرصيد | N.S |
|---|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | | | |
| ٤٠ مصروف | ٤٠:التثبت بمكتب فتح نابلس | ٢٩.٨٩٠.٨٨ | | ٢٩.٨٩٠.٨٨ | | | | |
| | المجموع | ٢٩.٨٩٠.٨٨ | 0.00 | | | | | |

انتهى

Copyright 1989, Bison Corp. Ltd, Ramallah

03:000663

Ministry Of Finance
Palestine

وزارة المـــالــيـــة

مسـتــشـــغـل مــرخــص : 000000000

09/10/19 10:15a      كشـف حســاب      صفحة 1

1160000   02/12/31 - 02/01/01   الســــلـف

30-2105   مرجعية حركة فتح الـلغة الـغربية

| تايخ المستند | بائع البيان | مدين | دائن | الوصيد | القيمة | الوصيد R.S |
|---|---|---|---|---|---|---|
| | رصيد مدور | | | 0.00 | | |
| . صبــتــوف ••• | ••• اجهزه مطبوعات | 30,000.00 | 30,000.00 | 0.00 | | |
| | المجموع | 30,000.00 | 30,000.00 | | | |

Copyright 1998, Bisan Corp. Ltd, Ramallah.

انتهى

03:000664

Ministry Of Finance
Palestine

وزارة المـالـيـة

09/10/19 10:15a

مشـتـغـل مـرخـص : 000000000
كشـف حسـاب
02/12/31 – 02/01/01   سلف مؤقتة / عمل /قرار رئيس
30-2105   مرجعية حركة فتح الضفة الغربية

| الرصيد 816 | القيمة | الرصيد 816 | دائن | مدين | بيـان الـحـسـاب | بيانع الـبـيـان | تاريخ المستند |
|---|---|---|---|---|---|---|---|
| | | 243,036.66 | | | رصيد متدور | | |
| | | 245,096.66 | | 3,500.00 | تحويل مخصو /١٠ ٢٠٠ | | |
| | | 237,906.00 | | 8,896.00 | تحويل مخصو ٢-5م٢ | | |
| | | 340,906.00 | | 3,500.00 | تحويل مخصى متنادي | | |
| | | 467,906.00 | | 21,506.00 | تحويل مخصى ٢٠٢٤ ١ | | |
| | | 369,611.25 | 7,788.75 | | اغلق سلفة | | |
| | | 370,211.25 | | 31,000.00 | تحويل مخصى ٢٠٠٢-6 | | |
| | | 365,132.87 | 5,078.38 | | اغلق سلفة مرجعية فتح | | |
| | | 363,133.44 | 1,999.43 | | اغلق سلفة مرجعية فتح | | |
| | | 384,133.44 | | 21,000.00 | تحويل مخصى ٢٠٤٢-7 | | |
| | | 391,533.44 | 12,600.00 | | اغلق سلفة مرجعية فتح | | |
| | | 392,533.44 | | 2,900.00 | تحويل مخصى ٢٠٠٢ | | |
| | | 417,533.44 | | 25,000.00 | تحويل مخصى شهر ٢٠٤٢ | | |
| | | 444,533.44 | | 21,900.00 | تحويل مخصى شهر ٢٠٤٢ | | |
| | | 804,533.44 | | 365,000.00 | تحويل | | |
| | | 640,533.44 | | 21,910.00 | تحويل مخصى شهر ٢٠٤٢ | | |
| | | 628,544.25 | 12,944.19 | | اغلق سلفة مرجعية فتح | | |
| | | 880,250.75 | 16,285.50 | | اغلق بلغة مرجعية فتح | | |
| | | 793,150.75 | 9,100.00 | | اغلق سلفة مرجعية فتح | | |
| | | 766,362.13 | 24,783.62 | | اغلق سلفة مرجعية فتح | | |
| | | 748,941.13 | 17,826.00 | | اغلق سلفة مرجعية فتح | | |
| | | 730,701.13 | 18,240.00 | | اغلق سلفة مرجعية فتح | | |
| | | 699,034.75 | 33,666.38 | | اغلق سلفة مرجعية فتح | | |
| | | 322,034.75 | 379,000.00 | | اغلق سلفة مرجعية فتح | | |
| | | 0.00 | 322,034.75 | | اغلق سلفةامن احمقةفتح معاني | | |

المجموع   644,000.00   644,000.00

Copyright 199x, Infnas Corp. Ltd, Ram/lat

انتهى

03:000665

Ministry Of Finance
Palestine

وزارة المـــالـيــــة

مـشـتـغـل مـرخـص : 000000000

09/10/19 10:15a

كـشـف حـسـاب

صفحة 1

02/01/01 – 02/12/31 سلف مؤقته / عمل /قرار رئيس

9027-30 حركة فتح/اقليم بيت لحم

| تاريخ المستند | تابع البيان | مدين | دائن | الرصيد: NIS | القيمة | الرصيد: NIS |
|---|---|---|---|---|---|---|
| | رصيد صفر | | | 0.00 | | |
| | سلفه على حساب الخلافات | 11,590.00 | | 11,500.00 | | |
| | اغلاق سلفة حركة التحرير بيت | | 160.00 | 3,200.00 | | |
| | المجموع | 3,200.00 | 190.00 | | | |

انتهى

Copyright 1989, Bisan Corp. Ltd, Ramallah

Ministry Of Finance
Palestine

وزارة المـــالـــيـــة

مشـتـغـل مـرخـص : 000000000

صفحة :

09/10/19 10:15a

كشـف حسـاب
سلف مؤقتة / عمل /قرار رئيس 02/12/31 - 02/01/01
حركة فتح / اقليم جنين 30-4643

| تاريخ المستند | بضائع المبيان | البيان | مدين | دائن | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|---|
| 01/01 | | رصيد مدور | | | 0.00 | | |
| | 01 | فلفة بيوت الخير | 50,000.00 | | 50,000.00 | | |
| | 01 | فلفة بيوت الخير | 50,000.00 | | 100,000.00 | | |
| | 01 | اغلق سلفة اقليم جنين | | 41,410.00 | 58,590.00 | | |
| | | اغلق سلفة اقليم جنين | | 58,590.00 | 0.00 | | |
| | | المجموع | 100,000.00 | 100,000.00 | | | |

انتهـى

03:000667

Ministry Of Finance
Palestine

وزارة المـــالـيـة

مـخـتـغـل مـرخـص : 000000000

09/10/19 10:17a

صفحة :

كـشـف حـسـاب

السـلــف   1160000   02/12/31 - 02/01/01

حركة فتح - اقليم نابلس   60-4270

| تاريخ المستند | بانع | البيان | مدين | د ائن | الرصيد SIR | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|---|
| 01/01 | | رصيد مخور | | | 0.00 | | |
| 12/31 | 01  178.15 | مصروف 09/32 تحرك فتح -اقليم نابلس | 17,500.00 | 17,500.00 | 0.00 | | |
| 12/31 | 01  17436 | مصروف 11/32 تحرك فتح -اقليم نابلس | 17,500.00 | 17,500.00 | 0.00 | | |
| | | المجموع | 35,000.00 | 35,000.00 | | | |

الشهي

Copyright 1996, Risen Corp. Int., Version 1.0

03:000668

Ministry Of Finance
Palestine

وزارة المالية

مشتغل مرخص : 000000000

09/10/19 10:21a

كشف حساب

صفحة :

1160000  02/12/31 - 02/01/01 السلف

71-2412  حركه فتح – اقليم جنين

| تاريخ المستند | بانـت البيـان | مدين | دائن | الرصيد | N18 | القيمة | الرصيد | N15 |
|---|---|---|---|---|---|---|---|---|
| | رصيد مدور | | | 8.75 | | | | |
| | حركةفتح منهم جنين م هـ | 43,470.94 | 48,036.68 | 8.84 | | | | |
| | المجموع | 48,036.68 | 58,866.68 | | | | | |

Copyright 1989. Blaze Corp. Ltd. 09/04/98

انتهى

03:000669

Ministry Of Finance
Palestine

وزارة المـالـيـة

09/10/19 10:21a

مشـتـغـل مـرخـص : 000000000
كـشـف حـسـاب
الـسـلـف 1160000  02/12/31 – 02·01·01
72–1089  حركه فتح العبيديه

صفحة 1

| الـقـيـمة | الـرصيد NIS | N/A | الـرصيد | دائـن | مـديـن | بـاشـع الـبـيـان | تـاريخ الـمـستند |
|---|---|---|---|---|---|---|---|
| | | | | | | رصيد مدور | |
| | 0.00 | | | | | | |
| | 0.00 | 17,500.00 | 17,500.00 | | | حركة فتح العبيديه اعالة | مصروف |
| | | | 17,500.00 | 17,500.00 | | الـمـجـمـوع | |

Copyright 1999, Sican Corp. Ltd, Ramallah

03:000670

Ministry Of Finance
Palestine

وزارة المــــالـيــة

09/10/19 10:21a

مشـتـغل مـرخـص : 000000000

صفحة 1

كـشـف حسـاب

1160000   02/12/31 - 02/01/01

73-1718   حركة فتح منطقة شهداء غرابة

| البصيد NTS | القيمة | الوصيد BIS | دائن | مدين | بيانــع البيـان | تاريخ المستند |
|---|---|---|---|---|---|---|
| 0.00 | | | | | رصيد محوز | |
| 0.00 | 1,000.00 | 21,400.00 | حركة غرابه مباعةومنك | | | |
| | | 1,000.00 | 21,100.00 | | المجمـوع | |

· Copyright 1989, Bison Corp. Ltd, Ramallah.

انتهى

03:000671

Ministry Of Finance
Palestine

وزارة المالية

مشتغل مرخص : 000000000
كشف حساب
09/10/19  1:08a    ملف مؤقتة / عمل /قرار رئيس    00/12/31 - 00/01/01
30-1605    حركة فتح / اقليم نابلس

صفحة :

| الرصيد NIS | القيمة | الوصيد NIS | د ائن | مدين | بيان البيان | بلاغ المستند | تاريخ المستند |
|---|---|---|---|---|---|---|---|
| | | 0.00 | | | رصيد مدور | | 01/01 |
| | | 17,500.00 | | 17,500.00 | 1475مكتبلعد الاقليم | 02  5836 مصرف | 05/02 |
| | | 35,000.00 | | 17,500.00 | 3527مبلغ | 01 13976 مصرف | 00/01 |
| | | 17,501.00 | 17,499.00 | | اطلق من فتح نابلس مؤتمر أ | 01 120038 قيمة | 12/01 |
| | | 0.00 | 19,581.00 | | شعريل رصيد مدور الاقليم نابل | 01 121034 قيمة | 12/11 |
| | | | 35,000.00 | 35,000.00 | المجموع | | |

Copyright 1989. Bisan Corp. Ltd. Ramallah

المنتهى

03:000672

Ministry Of Finance
Palestine

وزارة المــــالـيــة

مشتغل مسرخص : 000000000

كشف حساب

09/10/19  1:09a

صفحة 1

00/12/31 - 00/01/01  سلف مؤقت / عمل /قرار رئيس

30-1632  حركة فتح /اقليم رام الله

| تاريخ المستند | باسم السبيان | مدين | داشى | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|
| | رصيد مدور | | | 0.00 | | |
| | 02% .ملفة التكلامات صرف الية | 15,000.00 | | 25,000.00 | | |
| | المجموع | 35,000.00 | 0.00 | | | |

النشهى

Copyright 1985, Bisan Corp. Ltd, Ramallah

03:000673

Ministry Of Finance
Palestine

وزارة المــالـيــة

مشتـغـل مـرخـص : 000000000

09/10/19  1:09a

صفحة 1

كشـف حنــاب

00/12/31 - 00/01/01 / سلف مؤقته / عمل /قرار رئيس

30-2032  حركة فتح /اقليم طولكرم

| تاريخ المستند | بائع البيان | مدين | د اثن | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|
| 55/25 | رصيد محوز | | | 2.00 | | |
| 11/24  14396 صــروف 01 | 49177ملفة قرار الرئيسو | 42.000.00 | | 42.300.00 | | |
| 12/31  121499 قبيـد 01 | تدوير السلف | | 42.000.00 | 0.00 | | |
| 12/31  121494 قبيـد 01 | تدوير السلف | | 42.000.00 | -42.000.00 | | |
| 12/31  121490 قبيـد 01 | الغاء | | -42.000.00 | 0.00 | | |
| | المجموع | 42.000.00 | 42.000.00 | | | |

التعيى

Copyright 1989. Bisan Corp. Ltd. Ramallah

03:000674

Ministry Of Finance
Palestine

وزارة المـــالـــيــة

مشتغل مرخص : 000000000

كشف حساب                                                                    صفحة 1

09/10/19  1:09a      00/12/31 – 00/01/01  ابانات مقابل البلف وسيط ختامي

30-2032  حركة فتح /اقليم طولكرم

| تاريخ العستند | بطاقع المبينان | الباينان | مدين | دائن | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|---|
| | | رصيد مدور | | | 0.00 | | |
| قيد | | اثبات الامانة | | 42,900.00 | -42,600.00 | | |
| قيد | | تدوير المتقولللنظام العام | 42,906.96 | | 0.00 | | |
| قيد | | اثبات الامانة | | 42,000.00 | 42,000.00 | | |
| قيد | | الغاء | | 42,000.00 | 0.00 | | |
| قيد | | تدوير الرصيد الى النظام ال | 4,009.00 | | 4,009.00 | | |
| قيد | | تدوير الى النظام العام | 4,009.00 | | 8,018.00 | | |
| قيد | | تحصيل ارصدة | | 8,018.00 | 0.00 | | |

| | | المجموع | 50,018.00 | 50,018.00 | | | |

انتهى

Copyright 1989, Bisan Corp. Ltd, Ramallah

03:000675

Ministry Of Finance
Palestine

وزارة المـــــالـــيـــة

مـشـتـغـل مـرخـص : 000000000

كـشـف حـسـاب

09/10/19  1:10a

صفحة 1

00/12/31 - 00/01/01   سلف مؤقته / عمل /قرار رئيس

30-2058   مرجعية حركة فتح الضفة الغربية

| تاريخ المستند | ساحب البيان | مدين | دائن | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|
| | رصيد مدور | | | 0.00 | | |
| 01 | تحويل مخصص شهر 2000/11 | 21,000.00 | | 21,000.00 | | |
| b | تحويل مجموعة ارصدة مدورة | | 21,000.00 | 0.00 | | |
| | المجموع | 21,000.00 | 21,000.00 | | | |

Copyright 1989, Bisan Corp. Ltd. Ramallah

انتهى

03:000676

Ministry Of Finance
Palestine

وزارة المـــالـــيـــة

مشتغل مرخص : 000000000
كشف حساب

09/10/19  1:10a

السلف  1160000  00/12/31 - 00/01/01

صفحة 1

50-0798  مكيم شعفاط حركة فتح

| الرصيد NIS | القيمة | الرصيد NIS | دائن | مدين | بيانات البيان | يرافع | تاريخ المستند |
|---|---|---|---|---|---|---|---|
| | | 0.00 | | | رصيد مدور | | |
| | | 0.00 | 4,750.00 | 4,750.00 | مكيم شعفاط حركة فتح | | |
| | | 4,750.00 | 4,750.00 | | المجموع | | |

الــتــجــمــى

Copyright 1999, Bisan Corp Ltd. Ramallan

03:000677

Ministry Of Finance
Palestine

وزارة المـــالـــيــة

مشــتــغـل مـرخـص : 000000000

09/10/19  1:13a

كشـف حـساب

صفحة 1

1160000  00/12/31 - 00/01/01  الســـــــلـف

60-4270  حركة فتح بـ اقليم نـابلس

| الرصيد ::S | القيمة | الرصيد | S:S | د. إئش | مدين | بـيانـع السـيمـان | بـاشـع الـمسـند | تـريـخ الـمسـند |
|---|---|---|---|---|---|---|---|---|
| | | 0.00 | | | | رصيد مدور | | 00/01 |
| | | 0.00 | 17,500.00 | 17,500.00 | مفلس م مالية | 01 | 7047 مـــرف | 96/31 |
| • | | 0 00 | 17,500.00 | 17,500.00 | بسبب خطا ادخال | 01 | 65071 قــيـد | 96/01 |
| | | | 35,000.00 | 35,000.00 | الـمـجـمـوع | | |

التهي

Copyright 1989. Sinan Corp. Ltd, Ramallah

03:000678

Ministry Of Finance
Palestine

وزارة المـــالـيــة

09/10/19  1:15a

مـــتـــغـــل مـــرخـــص : 000000000
كـــشــف حـــســاب
السـ__ لـف  1160000  00/12/31 - 00/01/01
70-3079 حركة فتح اقليم الخليل

صفحة 1

| تاريخ المستند | بيانـع | فستبهان | مدين | داشن | الوصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|---|
| | | رصيد مدور | | | 0.00 | | |
| | | 56174فتح الخليل م مـالـيه | 12,000.00 | 12,000.00 | 0.00 | | |
| | | 7886فتح الخليل م مـالـيه | 7,000.00 | 7,000.00 | 0.00 | | |
| | | 615حركةفتح اقليم الخليل م | 24,500.00 | 24,500.00 | 0.00 | | |
| | | 43576مكتب فتح م مبالغه | 20,000.00 | 20,000.00 | 0.00 | | |
| | | المجمـوع | 63,500.00 | 63,500.00 | | | |

التكـمـيـن

Copyright 1999, Bisan Corp. Ltd. Ramallah

03:000679

Ministry Of Finance
Palestine

وزارة المالية

000000000 : مشتغل مرخص
09/10/19  1:15a
كشف حساب
صفحة 1
1160000  البلد  00/12/31 - 00/01/01
70-3127  حركة فتح /بيت فجار

| تاريخ المستند | بيان السند | مدين | دائن | الرصيد | N/S | القيمة | الرصيد | N/S |
|---|---|---|---|---|---|---|---|---|
| 01/01 | رصيد مبدوء | | | 0.00 | | | | |
| 04/20 | 3710 فبسروف 01 0140 فتح بيت فجار م. عليه | 10,500.00 | 10,500.00 | 0.00 | | | | |
| | المجموع | 10,500.00 | 10,500.00 | | | | | |

المستجمي

Copyright 1989, Bisan Corp. Ltd. Ramallah

03:000680

Ministry Of Finance
Palestine

وزارة المـــالـــيـــة

مشتغل مرخص : 000000000

09/10/19  1:16a

كشف حساب

صفحة 1

1160000  00/12/31 - 00/01/01 السلف

70-3597  حركة فتح /منطقة خربشا

| الرصيد NIS | القيمة | الرصيد NIS | دائن | مدين | , | بائع البيان | تاريخ السند |
|---|---|---|---|---|---|---|---|
| | | 0.00 | | | | رصيد مدور | 01/0. |
| | | 0.00 | 14.000.00 | 14.000.00 | حركة فتح منطقةخربشا م م 187 | 01  5194 قرص 05/08 |
| | | 14.000.00 | 14.000.00 | | المجموع | |

المتبقي

Copyright 1989, Biawn Corp. Ltd. Ramallah.

03:000681

Ministry Of Finance
Palestine

وزارة المـــالـــيـــة

مـشـتـغـل مـرخـص : 000000000

كـشـف حـسـاب

09/10/19  1:16a

صفة 1

00/12/31 - 00/01/01  ملف دائمة / اسم المستفيد

70-3617  حركة فتح/منطقة السواحرة الشرقية

| NIS الوصيد | القيمة | NIS الرصيد | دائـن | مدين | رقم المستند سانـع الـمـبـيـعـان | تاريخ المستند |
|---|---|---|---|---|---|---|
| | | 0.03 | | | رصيد مدور | |
| | | 0.03 | 17,820.00 | 17,820.00 | 71 / منطقة السواحرة م مالية*026* مسـئـول 5184 | |
| | | | 17,820.00 | 17,820.00 | المجموع | |

انشهى

Copyright 1989, Sitan Corp. Ltd, Ramallah

03:000682

Ministry Of Finance
Palestine

وزارة المالية

مشتغل مرخص : 000000000
كشف حساب                                                    صفحة 1
1160000  00/12/31 - 00/01/01 السلف
70-5595  حركة فتح -بيرزيت

09/10/19  1:17a

| الرصيد NIS | القيمة | الرصيد NIS | دائن | مدين | بيان البيان | بتاريخ المستند | تاريخ المستند |
|---|---|---|---|---|---|---|---|
| | | 0.00 | | | رصيد مدور | | 01/01 |
| | | 0.00 | 3,500.00 | 3,500.00 | 432هركةفتح بيرزيتم مالية | 01  10356 مصرف | 08/12 |
| | | | 3,500.00 | 3,500.00 | المجموع | | |

المنتهى

Copyright 1989, Bisan Corp. Ltd, Ramallah.

03:000683

Ministry Of Finance
Palestine

وزارة المالية

مشتغل مرخص : 000000000

09/10/19  1:18a

كشف حساب

صفحة 1

السلف  1160000  00/12/31 - 00/01/01
70-6152  حركة فتح /منطقة البلدة القديمة

| تاريخ المستند | بيانع | البيان | مدين | دائن | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|---|
| ٢٠٠٠, | | رصيد مدور | | | 0.00 | | |
| 08/18 | 51  12632 | مصروف 0400حركة فتح بلدة القديمة م ما | 10,500.00 | 10,500.00 | 0.00 | | |
| | | المجموع | 10,500.00 | 10,500.00 | | | |

ينتهى

Copyright 1989, Bisan Corp. Ltd, Ramallah

03:000684