| الزبون | الحساب | البيان | $$$ | رصيد مدور | مدين | دائن |
|---|---|---|---|---|---|---|
| | | حكم بلعاوي | | | | |
| | | سلف مؤقتة سفر / قرار رئيس | NIS | | | |
| | | امانات السلف وسيط / ختامي | NIS | | | |
| بلعاوي ٤ | | | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | حكم بلعاوي | | | | |
| | | السلف 1160000 | NIS | | | |
| | | جامعة القدس / بندرول | USD | | | |
| بلعاوي ٢ | | | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | حكم بلعاوي | | | | |
| | | سلف مؤقتة سفر / قرار رئيس | NIS | | | |
| | | امانات مقابل السلف وسيط - ختامي | NIS | | | |
| بلعاوي ١ | | | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | حكم بلعاوي | | | | |
| | | سلف مؤقتة سفر / قرار رئيس | NIS | | | |
| | | امانات مقابل السلف وسيط ختامي | NIS | | | |
| | | محمود عباس | | | | |
| تاريخ | المستند | مرجع | | الحساب | البيان | |
| | صـرف ٩ | 30001 | | | اعانات م . الرئيس علاج 4133201 | |
| | | | | | ب الأردن نفقات / دينار ٣/١/٨١٠٠٥٨ | |
| | | | | | محمود عباس علاج 5262 | |
| | | | | بلعاوي ٧ | | |

REDACTED

03:000685

| الزبون | الحساب | البيان | $$$ | رصيد مدور | صين | دائن |
|---|---|---|---|---|---|---|
| | | حكم بلعاوي | | | | |
| | | السلف   1160000 | NIS | | | |
| | | سلفة مؤقتة / عمل و . رياضة  1163000 | USD | | | |
| | | | | | | |
| | | الطيب | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | قطيب عبدالرحيم / مكتب الرئيس | | | | |
| | | سلف مؤقتة سفر / قرار رئيس | NIS | | | |
| | | | | | | |
| | | نصر | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | نصر يوسف / لواء | | | | |
| | | سلف مؤقتة سفر / قرار رئيس | NIS | | | |
| | | | | | | |
| | | بلعاوي٦ | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | حكم بلعاوي | | | | |
| | | السلف   1160000 | NIS | | | |
| | | سلفة مؤقتة / عمل و . رياضة  1163000 | USD | | | |
| | | بلعاوي | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | حكم بلعاوي | | | | |
| | | ملف مؤقتة سفر / قرار رئيس | NIS | | | |
| | | امانات مقابل الملف وسيط ختامي | NIS | | | |
| | | | | | | |
| | | محمود عباس ١ | | | | |
| الزبون | الحساب | البيان | $$$ | رصيد مدور | | |
| | | محمود عباس ) ابومازن ( | | | | |
| | | سلف مؤقتة / عمل / قرار رئيس | NIS | | | |
| | | سلف مؤقتة سفر / قرار رئيس | NIS | | | |

REDACTED                                                                                         03:000686

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| الزبون | | الزبون | | الزبون | | الزبون | | | |
| الحساب | | الحساب | | الحساب | | الحساب | | | |
| البيان / الطبيب عبد الرحيم / عدل / قرار رئيس | ملف موقتة / | البيان / احمد فريج | ملف موقتة / عدل / قرار رئيس | البيان / احمد فريج | ملف موقتة سفر / قرار رئيس | البيان / محمود عباس (ابومازن) | ملف سفر / دائرة شؤون المفاوضات | ملف موقتة سفر / قرار رئيس | |
| $$$ | NIS | فريج $$$ | NIS | فريج $$$ | NIS | 99999999 $$$ | NIS | NIS | |
| رصيد مدور | | رصيد مدور | | رصيد مدور | | رصيد مدور | | | |
| مدين | | | | | | | | | |
| دائن | | | | | | | | | |

03:000687

REDACTED