

State of Palestine

Palestinian National Liberation Movement
Fatah



Movement's Higher Committee
Tulkarm District

No.: _____
Date: _____

To the Brother President Abu Ammar, may Allah protect him,

Kindly allocate a sum of 2000 dollars for each of the following warrior brothers. The decision is at your discretion.

1. Khalid Jamal Awartani.
2. Mohamed Fares.
3. Karim al-Jallad
4. Nidal Yahya
5. Khaled al-Ashqar
6. Alaa al-Din Adib
7. Yousef Taleb
8. Fares Jayyousi
9. Jaafar Rida Amin
10. Bilal Abu Amsha
11. Hatem Jayyousi
12. Hussam Farid Abdel Karim
13. Bilal Abu Aysha
14. Hisham Shanaa
15. Nawal Ishtaya



The Ministry of Finance / Ramallah

Each one of them is to be paid $800.

[signature]

04/05/2001

Your son,
Fayiq Kanaan
[signature]

The Movement's Higher Committee
[signature:] Marwan al-Barghouti

The Main Office – Tulkarm – Telefax: 09-2675444

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as "Exhibit 6, Hussein Al Sheikh Dep., No. 04-CV-20225, April 1, 2009".

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Exhibit 6, Hussein Al Sheikh Dep., No. 04-CV-20225, April 1, 2009".

Dated: March 4, 2014

_____
Yaniv Berman

Case 1:04-cv-00397-GBD-RLE   Document 910-49   Filed 05/13/15   Page 3 of 4

AL SHEIKH
4-1-09



دولة فلسطين

حركة التحرير الوطني الفلسطيني

فتـــح

اللجنة الحركية العليا

إقليم طولكرم

الرقم : ..........
التاريخ : ..........

الأخ الرئيس البحار جعفر الدم

يرجى التكرم بصرف مبلغ (٢٠٠٠) دولار لكل من الاخوة
المناضلين التالية اسماؤهم، والاسباب وتعم

١ - خالد جمال عوزناي
٢ - محمد فايس
٣ - كاظم الخالد
٤ - نضال يحيى
٥ - خالد الاشقر
٦ - عبد العبيدات
٧ - يوسف طالب
٨ - نايف جيوسي
٩ - معتز رضا اريش
١٠ - بلال ابراهيم
١١ - هاشم جيوسي
١٢ - حسام فريد عبدالكريم
١٣ - بلال ابو هاشم
١٤ - هشام شناعة
١٥ - نوار اشتيه

المكتب المركزي - طولكرم - تلفاكس : ٠٩-٢٦٧٥٤٤٠