## الفهرس

الصفحة

1- كلمة العدد ........ 2
2- التحقيق الجنائي (التسجيل الصوتي وجهاز الكذب) - بقلم اللواء/ غازي الجبالي 4
3- السوابق القضائية (الحلقة الخامسة) - بقلم الأستاذ/ مازن سيسالم ........ 5
4- الامن الوطني ودور وسائل الاعلام في ترسيخه(الحلقة الثانية) - إعداد/ أ.د. حمود البدر ........ 9
5- اتجاهات الجريمة في دول العالم (الحلقة الأولى) - إعداد/ أ.د. محسن أحمد ........ 12
6- الدور الديني والإعلامي في مناهضة الظواهر السلبية (الحلقة الأولى) - بقلم/ أ.د. أحمد هاشم ........ 14
7- نظرة على مشروع قانون العقوبات - بقلم الأستاذ المحامي/ فاروق أبو الرب ........ 16
8- مسألة القانون الجنائي الدولي (الحلقة الثانية) - إعداد الدكتور/حنا عيسى ........ 19
9- صور حية من انتفاضة شهداء الأقصى -بقلم العميد/ مازن عز الدين ........ 21
10- هبة الأقصى المجيدة -بقلم العميد/ د. كامل عيسى ........ 24
11- معاينة مسرح الجريمة - بقلم العميد/ د. محمد محمد عنب ........ 26
12- درة الأقصى ... وشهداء القدس لكم المجد - بقلم المقدم/زهير الخالدي ........ 29
13- أمن وحماية الشخصيات (الحلقة الثالثة) - إعداد المقدم/ عبد الواحد خلف ........ 31
14- شرطي المرور .... هامة منتصبة وضمير حي (الحلقة الثانية) بقلم المفوض السياسي/ حسن الكحلوت 33
15- في سجل الخالدين - إعداد / مفوضية التوجيه السياسي بالشرطة 34
16- تفتيش الأنثى في القانون الوضعي والشريعة الإسلامية- إعداد النقيب/ حسام الكحلوت 38
17- فيتامين A (خصائصه الكيميائية والفيزيائية)- إعداد الملازم أول/ د. منال صالحة ........ 40
18- علم البصمات وإثبات الشخصية (الحلقة الثالثة)- إعداد الملازم أول/ محمد الحلو ........ 41
19- آثار الآلات Tool Marks - إعداد الملازم أول/ علاء الشريف ........ 42
20- السلوك المعيب لضابط الشرطة - إعداد الملازم أول/ رائد نزال ........ 43
21- من أخبار الشرطة ........ 46
22- من ذاكرة التاريخ - إعداد العقيد/ د. عبد الرحمن المزين ........ 48

**مصورو الرئيس / محمد الرواس - عمر الرشيدي - حسين حسين**

**مصورو المركز الإعلامي /سامح فارس- معين عمر- يوسف عكيلة**

**التدقيق اللغوي / ملازم / عثمان زايد**

تمت الطباعة بمطابع مركز رشاد الشوا الثقافي- بلدية غزة هاتف : ٢٨٢٨٢٦٥

**المشرف العام**

**اللواء / غازي الجبالي**

**المستشارون**

**الأستاذ / سليم الزعنون**

**الأستاذ/ زياد عبد الفتاح**

**الدكتور/ كمال الأسطل**

**الأستاذ / مازن سيسالم**

**العميد/ محمود عصفور**

**العميد / زياد عريف**

**العميد / مازن عز الدين**

**العميد / عبد المعطي السبعاوي**

**العميد / طلال أبو زيد**

**العقيد/ يعقوب رحمي**

**رئيس التحرير**

**عقيد / دكتور**

**عبد الرحمن المزين**

# مجلة الشرطة

**مجلة شهرية متخصصة في العلوم الشرطية والقانونية**

**تصدر عن قيادة الشرطة الفلسطينية**

العدد ٣٧ - أكتوبر ٢٠٠٠م

العنوان : القيادة العامة للشرطة - غزة - هاتف : ٢٨٦٦٦٠٠-٢٨٦٣٤٠٠ داخلي - ٤٢٨

# صور حية من انتفاضة شهداء الأقصى

بقلم العميد/
مازن عز الدين
المفوض العام للتوجيه الوطني

س ستبقى عبر التاريخ مفتاح الحرب سلام.. فهذه المدينة المقدسة التي تعتبر ط الديانات السماوية الثلاث (الاسلامية سيحية واليهودية) تحظى بمكانة مقدسة كل شعوب العالم بشكل عام والشعب سطيني بشكل خاص.

أجل هذه المدينة المقدسة سقط شهداء الأبرار الذين رووا بدمائهم اهرة الذكية ثرى هذه الأرض المقدسة اعاً عن المقدسات الاسلامية وفي مقدمتها المسجد الأقصى أولى القبلتين وثالث الحرمين الشريفين.

وهاهي تأتي انتفاضة شهداء الأقصى لتؤكد أن المقدسات الاسلامية خط أحمر لايمكن التنازل عنه أو السماح لأي مسئول إسرائيلي بتدنيسه ... وهنا نستعرض مجموعة من الصور الحية لشعبنا الفلسطيني العظيم الذي جسد أروع عناوين التحدي والكبرياء لمواجهة غطرسة المؤسسة العسكرية الاسرائيلية.

**أولاً** : لقد شكل الاندفاع الذاتي لجميع أبناء شعبنا الفلسطيني من مدنيين وعسكريين للدفاع عن مقدساتنا نقطة تحول تاريخية في حياه هذا الشعب الصابر المجاهد ليؤكد للمجتمع الدولي استعدادنا الدائم لتقديم الشهداء على طريق العزة والكرامة والاستقلال وحماية المقدسات الإسلامية.

**ثانياً** : لقد ناضل رجال الإسعاف والطوارئ وأدوا دوراً بارزاً وبطولياً خلال عمليات نقل الجرحى من مواقع الصدامات الدموية والأحداث العنيفة في كل أرجاء الوطن للمستشفيات فكان ذلك التسابق العجيب بين سرعة الرصاصة الموجهة نحو الجسد الفلسطيني وسرعة المحرك لنقل الجرحى ليجسدوا عمق الانتماء للأرض والانسان.

**ثالثاً** : نسجل بكل فخر واعتزاز الدور الريادي والحضاري والإنساني للمستشفيات الفلسطينية في كل ربوع الوطن، والدور البارز والهام للطواقم الطبية من أطباء وممرضين حيث أكدوا للعالم أنهم يتمتعون بأعلى درجات الجاهزية لمواجهة كل الظروف والأحداث الطارئة، وبذلك أثبتوا أن فلسطين دولة عظمى قادرة على استقبال الأعداد الكبيرة من الجرحى رغم الإمكانيات الفنية المحدودة والمتواضعة.

إن عملهم الدؤوب ليلاً ونهاراً على مدار الساعة يؤكد عمق انتمائهم وعظمة رسالتهم في الظروف الصعبة والحرجة.

**رابعاً** : نجحت جميع وسائل الإعلام المقروءة والمسموعة والمرئية في تجسيد صور حية وواقعية للقدرات العالية لشعبنا الفلسطيني على التحدي والمواجهة ودفع استحقاقات المشروع الوطني الفلسطيني بدماء الشهداء.

وهنا نسجل بكل تقدير واعتزاز الدور المميز للتليفزيون الفلسطيني والفضائية الفلسطينية لدورهم في نقل الأحداث والمواجهات من الميادين بشكل مباشر، كما نثمن الموقف الريادي لوكالات الأنباء الأجنبية والمصورين الذين نجحوا في التقاط صور حية هزت مشاعر وأحاسيس العالم وساهمت في تقزيم المؤسسة العسكرية الاسرائيلية والجيش الإسرائيلي.

ولقد استطاعت إذاعة صوت فلسطين "البرنامج الثاني" أن تتبوأ المكان اللائق بها حيث تمكنت من خلال نقلها للأحداث بشكل

P 1: 1001

Case 1:04-cv-00397-GBD-RLE Document 910-51 Filed 05/13/15 Page 3 of 6

مباشر من جميع أنحاء فلسطين وإجرائها مقابلات مع شخصيات عربية وفلسطينية وعلى رأسها وزير الخارجية المصري عمرو موسى وأمين عام الجامعة العربية عصمت عبد المجيد ومسؤول فتح في لبنان العميد/ سلطان أبو العينين جذب انتباه كل الشعب الفلسطيني.

كما نجحت وسائل الإعلام المقروءة اليومية في تجسيد عظمة الشعب الفلسطيني بالكلمة والصورة وبذلك عززت قوة التلاحم والوحدة بين جميع أبناء شعبنا الفلسطيني الذين خرجوا لميادين المواجهة على اختلاف انتماءاتهم السياسية والفكرية.

خامساً : نجحت قوات الأمن العام والشرطة في توصيل رسالة واضحة للقادة العسكريين الإسرائيليين بأنهم قادرون على الدفاع عن أبناء شعبهم، ورغم ذلك التزموا بأقصى درجات ضبط النفس ونجحوا في الحد من الخسائر في صفوف أبناء شعبنا.

إن الاحتلال الاسرائيلي باجراءاته القمعية والإرهابية يهدف إلى استدراج قواتنا إلى معركة شاملة لكسر إرادتنا وإضعاف معنوياتنا من خلال إيقاع أكبر عدد من الشهداء والجرحى.

سادساً : لقد وصلت الوحشية والعنصرية بالاحتلال الاسرائيلي إلى أعلى درجاتها عندما قصفت الطائرات والدبابات الأبراج السكينة للمدنيين بالصواريخ المحرمة دولياً فأوقعت فيها خسائر مادية كبيرة ... ورغم ذلك كان إصرار السكان واضحاً على البقاء في هذه الأبراج ومطالبتهم السلطة بسرعة ترميم الأبراج المقامة في مواجهة المستوطنات كأبرز عناوين التحدي.

سابعاً : لقد شكلت بيوت العزاء التي أقامها أهالي الشهداء لأبنائهم أبرز عناوين التحدي والشموخ والكبرياء، فرغم القهر والحزن كانوا يتحدثون بلغة العقل والمنطق والاستعداد للمزيد من التضحية، وهذا يجسد أسمى درجات الانتماء الوطني لفلسطين.

ثامناً : دقت انتفاضة الأقصى ناقوس الخطر مما حرك مشاعر وأحاسيس الأمة العربية والجماهير العربية التي خرجت بمظاهرات متواضعة في جامعة القاهرة وفي اليمن وبغداد، ولكن قدرات الانسان الفلسطيني وعظمته كانت أكبر من قدرة الأمة العربية، فالقلب الفلسطيني النابض بالحيوية والتحدي والشموخ والكبرياء لم تستطع نبضات الأمة من الارتقاء لمستواه فكان الأكثر انتماءاً لهذه الأمة والأكثر دفاعاً عن عزتها وكرامتها.

تاسعاً : إن الموقف المتحيز للادارة الأمريكية والرئيس كلينتون بدا واضحاً في تعطيل المؤسسات الدولية وعلى رأسها مجلس الأمن الدولي لاتخاذ موقف صريح يدين الممارسات الاسرائيلية وقتل الأطفال بصورة بشعة وعنصرية هزت مشاعر وضمير العالم.

عاشراً : لقد كان أطفال الشعب الفلسطيني في طليعة انتفاضة الأقصى حيث تشير الإحصاءات الصادرة عن المستشفيات بأن ٣٣٪ من الجرحى والشهداء هم أطفال دون سن الخامسة عشرة، وعندما سألوا الطفل الفلسطيني الذي مزق العلم الاسرائيلي عند مفترق الشهداء في نتسريم لماذا أنزلت العلم الإسرائيلي ؟ أجاب قائلاً لا أعرف علماً يرتفع في سماء فلسطين غير علم فلسطين.

وبذلك تمكن هذا الطفل الفلسطيني الشجاع والجريء من النيل من شرف المؤسسة العسكرية الاسرائيلية ومعنويات القيادة الاسرائيلية على مرأى من العالم.

وعندما سأل صحفي ذلك الطفل الذي فقد إحدى عينيه برصاصة جنود الاحتلال هل تعلم أنك فقدت إحدى عينيك ؟ رد عليه على الفور (فداء للقدس) وبذلك لخص هذا الطفل الأسطورة طبيعة الصراع مع العدو الاسرائيلي ووضع العنوان الصحيح للصراع (إنها القدس).

إحدى عشر : سقطت أسطورة الدولة الحضارية التي تشكل واحة للديمقراطية واحترام حقوق الإنسان بعد قتل الطفل الفلسطيني محمد الدرة وهو في أحضان والده حيث ستبقى هذه الصورة تحتل مكانة بارزة على شاشات الفضائيات في كل العالم، تحكي قصة الانسانية والحضارة وحقوق الانسان التي انعدمت في دولة يعتقد

P 1: 1002

ـد كـان أطـفـال الـشـعـب
ي طليعة انتفاضة الأقصى
الإحـصـاءات الـصـادرة عن
ن ٣٣٪ من الجرحى والشهداء
ن سن الخـامـسـة عـشـرة.
لطفل الفلسطيني الذي مزق
لي عند مفترق الشهداء في
لت العلم الإسرائيلي ؟ أجاب
، علماً يرتـفـع فـي سماء
م فلسطين.

ا الطفل الفلسطيني الشجاع
ـنيل من شرف المؤسسة
ـرائيلية ومعنويات القيادة
مرأى من العالم.

ـحفي ذلك الطفل الذي فقد
صاصة جنود الاحتلال هل
إحدى عينيك ؟ رد عليه على
س) وبذلك لخص هذا الطفل
ـيعة الصـراع مـع العدو
ـح العنوان الصحيح للصراع

سقطت أسـطورة الدولة
تشكل واحة للديمقراطية
الإنسان بعد قتل الطفل
ـمد الدرة وهو في أحضان
ى هذه الصورة تحتل مكانة
ـات الفضائيات في كل
ـصة الانسانية والحضارة
التي انعدمت في دولة يعتقد

العالم أنها تنتمي إليه ليكتشف أن مايسمى بدولة إسرائيل لاتستطيع أن تكون هي ومن معها سوى قتلة للأطفال.

وستبقى هذه الصورة الحية وصمة عار في جبين القادة العسكريين والسياسيين في إسرائيل، وهنا لانمتلك إلا أن نقول إن الله اختار هذا الطفل هدية للشعب الفلسطيني ليكشف عنصرية ونازية المؤسسة العسكرية الاسرائيلية وكل من يدافع عنها كما يكشف زيف جمعيات حقوق الانسان في كل دول العالم.

**اثنا عشر** : إن امتداد المواجهات وسقوط الشهداء في حيفا ويافا والناصرة وكفر مندا وسخنين والطيرة والنقب والمثلث والجليل يجسد وحدة الدم الفلسطيني وعمق الانتماء لكل الفلسطينيين بغض النظر عن جوازات السفر التي يحملونها ... فهويتهم ستبقى دائماً فلسطينية.

تحية إلى شهدائنا الأبرار الذين سقطوا دفاعاً عن المسجد الأقصى .. تحية إلى جرحانا البواسل الذين أهانوا المؤسسة العسكرية الاسرائيلية... تحية لكل طفل فلسطيني وامرأة فلسطينية وشاب فلسطيني شارك في مواجهة الغطرسة الاسرائيلية على طريق العزة والكرامة والاستقلال.

**قال تعالى : "ولاتحسبن الذين قتلوا في سبيل الله أمواتاً بل أحياء عند ربهم يرزقون"**

**صدق الله العظيم.**

# خاطـــرة

ستقبين يا قُدسَ الأقداس

وعندما ينسدل الستار ... ويغادر كل شيء مكانه....

وعندما يتطاير رماد الكلمات المحترقة ....

وعندما يفقد الجمال جماله ... ويفقد الرجل رجولته.....

عندما تصبح الأرض قاحلة ... والأحرف متداخلة ... وا بلامعنى...

عندما تلتقي الآراء والأفكار ... وتلتحم المصالح...

وعندما تفقد المبادئ والعقائد معانيها

ويرحل ذاك الحب القديم الذي بيننا والعهد والقسم ...

عندما تتكسر كل الأمواج ... وتتناثر الأشلاء في الأجواء...

وعندما يفتقر المعنى لمغزاه .... ولم يعد يفهم أحد شيئاً

وعندما يتخلى الجميع .. يبقى الشعب الفلسطيني وتبقى القيادة ا

وتبقين يا قدس الأقداس ... قلباً ينبض داخلنا ... ودماً يسري ف

تبقين الإبصار والإحساس .... تبقين المبدأ والحب الكبير ...

تبقين شامخة ونبقى شامخين....

تبقين رمز النضال ... ونبقى المناضلين ... حتى آخر طفل بل جـ

ستبقين يا قدسنا ... كل حياتنا ... كل مبادئنا..

لأنك في القرآن والإنجيل والتوراة لكل العالمين ...

ومنذ الخليقة ومازلت عاصمة لفلسطين

وســــتبقين

نقيب / منتصر

# درة الأقصى ... وشهداء القدس لكم المجد

بقلم المقدم/

زهير الخالدي

في خطوة من خطواته الهمجية البربرية والتي ما انفك الجزار شارون عن ارتكابها، حاول مع زمرته الليكودية تدنيس مقدساتنا، واستباحة ساحة الحرم القدسي الشريف في خطوة استفزازية لمشاعر جماهير شعبنا الفلسطيني، وهي خطوة مبيتة ومقصودة وتمت بموافقة حكومة باراك التي حشدت أكثر من ثلاثة آلاف جندي مدجج بالسلاح لحمايته تشكل تعبيراً واضحاً وصريحاً عن النوايا والمخططات الصهيونية وأطماعها، حيث كانت هذه الخطوة المشهد الدامي الأول في خطة جهنمية لتفجير الأوضاع بالعنف الدموي والتي عبر عنها رئيس الأركان الاسرائيلي "موفاز" في تصريحه" بأن القرارات متخذة على أعلى المستويات السياسية في إسرائيل "وهو مايوضح سعي إسرائيل وبكل قواها وأحزابها وتلاوينها السياسية الى فرض واملاء حلولها علينا بالقوة بما يتوافق مع أطماعها الاستيطانية والتوسعية في أرضنا الفلسطينية بتكريس الاستيطان وسرقة الأرض والمياه.

ومثل هذه المخططات لن تمر على جماهير شعبنا، فسرعان ما هبت جماهير شعبنا الفلسطيني في كل المناطق في الضفة الغربية وغزة وداخل مايسمى بالخط الأخضر للدفاع عن الأرض وعن المقدسات فشكلت لوحة رائعة طرزت بدماء شهدائنا وبجراح أبطالنا في نابلس وطولكرم والقدس وقلقيلية والخليل وجنين ورام الله وغزة وخان يونس ورفح وفي أم الفحم ووادي عارة ويافا والناصرة ورهط وباقي مناطق تواجد جماهير شعبنا الفلسطيني في الداخل والخارج معبرة عن التلاحم الرائع بين جماهير شعبنا وبينها وبين قيادتنا الوطنية الفلسطينية، فقد التفت جماهير شعبنا وقواها الوطنية والاسلامية حول القرار الوطني الفلسطيني متصدية بصدورها العارية المفعمة بالإيمان بحتمية الانتصار ارشاشات وأسلحة الحقد الصهيوني الأعمى لافشال وتحطيم نوايا ومخططات شارون وباراك وموفاز وباقي جنرالات الكيان الصهيوني.

وأمام هذا الصمود الرائع لكافة أبناء شعبنا الفلسطيني لايسعنا إلاّ أن ننحني إجلالاً واحتراماً لشهدائنا الأبطال الذين رووا بدمائهم الطاهرة ثرى وطننا الحبيب ولجرحانا الأبطال الذين ما وهنوا وماكلوا واجترحوا المعجزات في الصمود البطولي الرائع أمام كافة أنواع الأسلحة والصواريخ والدبابات والطائرات ليثبتوا للعالم أجمع أن أرضنا الفلسطينية حق لنا والدماء رخيصة في سبيل تحريرها والدفاع عنها.

إن انتفاضة جماهيرنا الفلسطينية وهبتها للدفاع عن الأرض والمقدسات والتي حطمت وكسرت الحواجز والخطوط الوهمية بين أبناء الشعب الواحد أثبتت للعالم أنه لاتوجد خطوط سوى خطنا الفلسطيني الأحمر في أرضنا ومقدساتنا وقدس أقداسنا عاصمة دولتنا الأبدية.

ولكي تحقق انتفاضتنا المباركة أهدافها المشروعة فإن هذا يتطلب أول مايتطلب من كافة جماهير شعبنا وقواه تعزيز وصون وتقوية وحدتنا الوطنية، والحفاظ على جبهتنا الداخلية وإفشال أية مخططات صهيونية للعبث بها وتشتيتها وإضعافها، وأن نكون حذرين ومتنبهين لمواجهة التهديدات الاسرائيلية والتي تتطلب منا جميعاً الالتزام بتعاليم قيادتنا الوطنية الفلسطينية.

إن من عوامل قوتنا وصمودنا في وجه المخططات الصهيونية هو حفاظنا على جبهتنا الداخلية متماسكة وقوية وهذا لايتأتى إلا بالحفاظ عليها وحمايتها من أي

تخريب، ومن هذا المنطلق نقول إنه وفي فورة الغضب الجماهيري لجأ البعض للاعتداءات غير المبررة والمرفوضة على بعض الأملاك الخاصة والعامة بالحرق والتحطيم ومثل هذه التصرفات تشكل خسارة فادحة لاقتصادنا ولاتخدم انتفاضتنا الباسلة بوجه العدو وتفكك وحدة جبهتنا الداخلية، وخصوصاً أننا الآن أمام المعادلة والتي طرفاها من الناحية الأولى استثمار انتفاضتنا وكافة فعالياتها النضالية لخدمة هدفنا المشروع في إقامة دولتنا المستقلة وعاصمتها القدس الشريف وتفويت الفرصة على العدو بفرض مآربه بالقوة من حيث فشل في فرضها سياسياً، ومايتطلبه ذلك من تصعيد لفعاليتنا الانتفاضية المقاومة ومن الناحية الثانية استمرار حياتنا بشكل طبيعي بحيث نحافظ على اقتصادنا ومنشآتنا الوطنية والمدنية ونضمن لأطفالنا وأولادنا حقهم في التعلم والذهاب الى مدارسهم لينهلوا العلم الذي يشكل أقوى الأسلحة بأيديهم لبناء دولتنا المستقلة وبما يفوت الفرصة على العدو لخلق جيل فلسطيني أمي، وهذا يتطلب منا أن نحث أطفالنا وأولادنا ومدرسينا ورجال التربية في ربوع وطننا على أن تستمر المسيرة التعليمية في كافة مدارسنا ومعاهدنا وجامعاتنا كما كانت في الأيام العادية وهذا تحدٍ من التحديات التي تواجهنا في هذه المرحلة والتي تتطلب منا العمل بعقلية تنظيمية وإدراك واعٍ لمتطلبات هذه المرحلة، وهذا مايسهم في تقوية جبهتنا الداخلية وتماسكها، وعلى جماهير شعبنا المناضل أن تدرك أيضاً أن محاربتها للإشاعات والأقاويل المغرضة والأفكار الهدامة التي حاول عدونا بثها بيننا عن طريق زمرة من عملائه الصغار ضعاف النفوس تفوت أية فرصة للعدو لشرخ جبهتنا الداخلية وكسر معنوياتنا وضرب صمودنا، فإنه بصمودنا وتصعيد فعالياتنا الانتفاضية المقاومة والحفاظ على جبهتنا الداخلية وصون وحدتنا الوطنية والتفافنا حول قيادتنا الوطنية وتنفيذ قراراتها وتوجهاتها وبتلاحمنا مع أبنائنا وأخواننا في قوى الأمن العام الفلسطيني بكافة أجهزتهم ودعمهم ومساندتهم والشد من أزرهم تكتمل تلك اللوحة الرائعة التي رسمتها جماهير شعبنا بالدم والتضحيات والدموع لتستقبل فجر الحرية الذي بزغ.

قدرنا كفلسطينيين أن نذود عن ترابنا ومقدساتنا بشلال من الدم ... وكل نقطة دم نزفت على ترابنا الحبيب ستنبت حنونة حمراء تصرخ في وجه الصهاينة ها هنا نحن باقون وعن أرضنا ومقدساتنا نحن مدافعون وفداهما دمنا يهون.

شهداءنا الأبرار .. جرحانا البواسل لكم المجد .. لكم الخلود ولفلسطين الحرة المستقلة البقاء.

******

بسم الله الرحمن الرحيم

هيئة الاذاعة والتلفزيون الفلسطينية

Palestinian Broodcasting Corporation

**اللواء غازي الجبالي حفظه الله "**

**مدير عام الشرطة الفلسطينية**

تحية وبعد ،،،

نثمن لكم لفتتكم الكريمة حول الدور الذي قامت به هيئة الإذاعة والتلفزيون الفلسطينية وذلك عبر توجيهكم رسالة بهذا الخصوص للأخ هشام مكي رئيس الهيئة ورئيس قناة فلسطين الفضائية.

إننا إذ نقدر لكم حرصكم الوطني هذا لنؤكد لكم قيامنا بواجبنا المنوط بنا في طريقنا إلى تجسيد إقامة دولتنا المستقلة وعاصمتها القدس الشريف بقيادة رمز نضالنا وقائدنا الأخ الرئيس أبو عمار حفظه الله.

**مع الود والتقدير والاحترام**

**رضوان أبو عياش**

وكيل وزارة الاعلام

رئيس هيئة الاذاعة والتلفزيون الفلسطينية