## Summary of Defendants' Payments to Convicted Non-Employee Terrorists

| Name | Year of Arrest | Year of Conviction | Years Paid | Exhibits |
|---|---|---|---|---|
| Mohamed Sami Abdullah | 2002 | 2003 | 2002-Present | 66, 425 |
| Walid Anjas | 2002 | 2003 | 2002-Present | 42, 433 |
| Mohamed Arman | 2002 | 2003 | 2002-Present | 39, 433 |
| Faras Ghanem | 2002 | 2004 | 2002-Present | 85, 388 |
| Ali Haliel | 2004 | 2006 | 2004-2011* | 51, 84, 288 |
| Ibrahim Hamed | 2006 | 2012 | 2007-Present | 40, 249 |
| Mohammed Ma'ali | 2004 | 2005 | 2004-2011* | 50, 292, 894 |
| Munzar Noor | 2002 | 2004 | 2002-Present | 26, 324 |
| Mohammed Odeh | 2002 | 2002 | 2003-Present | 86 |
| Ahmed Sa'ad | 2004 | 2008 | 2004-2011* | 87, 259 |
| Kahira Saadi | 2002 | 2004 | 2003-2011* | 54, 63, 350 |
| Nasser Shawish | 2002 | 2003 | 2002-Present | 83, 367 |
| Sana'a Shehadeh | 2002 | 2004 | 2002-2011* | 53, 64, 345 |
| Wael al-Qassim | 2002 | 2002 | 2003-Present | 41 |

*Payments to this ex-convict may have continued following release, in the form of bonuses and/or salary payments, which Defendants guarantee by law. Ex. 512.



PLAINTIFF'S EXHIBIT 1120