## Pay and Promotions to Defendants' Employee-Terrorists

| Name | Branch of Service | Years Paid | Year of Arrest or Death | Year Convicted | Number of Post-Attack Promotions | Exhibits |
|---|---|---|---|---|---|---|
| Kamal Al-Abed | Intelligence | 2000-?* | Not Apprehended | N/A | 4 | 4, 46 |
| Abdel Karim Aweis | Intelligence | 2000-Present | Arrested 2002 | 2003 | 3 | 2, 58, 103, 377 |
| Nasser Aweis | Intelligence/ Nat'l Security | 2000-Present | Arrested 2003 | 2003 | 2 | 3, 36D, 91, 122, 364 |
| Ahmed Barghouti | Police | 2000-Present | Arrested 2002 | 2003 | 2 | 36C, 105, 113, 250B |
| Marwan Barghouti | Legislative Council | 2000-?* | Arrested 2002 | 2004 | N/A | 1, 107, 143, 447 |
| Hilmi Hamash | Police | 1996-Present | Arrested 2004 | 2006 | 1 | 49, 120, 130, 486 |
| Mohammed Hashaika | Police | 1998-02 | Suicide Bomber, died 2002 | N/A | N/A | 27, 90, 93, 891, 892 |
| Ali Ja'ara | Police | 2000-04 | Suicide Bomber, died 2004 | N/A | 1 | 8, 22, 28, 29 |
| Majid al-Masri | Police | 2000-Present | Arrested 2002 | 2005 | 2 | 36B, 96, 106, 384 |
| Abdel Rahman Maqdad | National Security | 1992-Present | Arrested 2004 | 2006 | 2 | 47, 116, 297 |
| Mohamed Mousleh | Bodyguard & Driver—Leg. Council | 2001-Present | Arrested 2002 | 2003 | 2 | 75, 109, 118, 418, 419 |
| Sa'id Ramadan | Police | 2000-02 | Suicide Shooter, died 2002 | N/A | N/A | 36A, 60, 62, 123 |
| Ahmed Salah | Intelligence | 1996-Present | Arrested 2004 | 2006 | 2 | 48, 262 |
| Naef Abu Sharkh | Intelligence/ Civ. Authority | 1994-?* | Died 2004 | N/A | N/A* | 43, 44, 895 |
| Tawfik Tirawi | Intelligence | 2000-?* | Not Apprehended | N/A | N/A* | 6 |

*Defendants did not produce complete pay records for this individual.

PLAINTIFF'S EXHIBIT 1121