

13 || סופשבוע 14.2.2014


PLAINTIFF'S EXHIBIT 1123