



منظمــة التحــرير الفلســطينية
السلطة الوطنية الفلسطينية

جبـريل الـرجوب
مستشار الأمن القومي

هاتف المكتب : ٠٢٢٤٠٩٠٨٨ ٩٧٠+     هاتف متنقل : ٠٥٩٣٠٥٧٠٤ ٩٧٠+
فـــــاكس : ٠٢٢٤٠٤٠٤٥ ٩٧٠+     بريد إلكتروني : jrajoub@nsa.gov.ps



Palestine Liberation Organization
Palestinian National Authority

Jebreel M. Rajoub

National Security Advisor

Office Tel. +970 2 240 9088
Fax: +970 2 240 4045

Mobile: +970 59 305704
E-mail: jrajoub@nsa.gov.ps