

P 7: 518

