

P 7: 519

