

P 5: 388



PLAINTIFF'S EXHIBIT 1133