

P 6: 561



PLAINTIFF'S EXHIBIT 1134