

P 7: 517



PLAINTIFF'S EXHIBIT 1135