DAVID GRITZ LEVINAS IN THE FACE OF BEAUTY        http://www.lyber-eclat.net/lyber/gritz/gritz4.html

éditions de l'éclat   titles   authors   collections   new arrivals   research   bookstores   lyber   contact

[logo] l'éclat   **DAVID GRITZ**
**LEVINAS IN THE FACE OF BEAUTY**

[photo]

## DAVID GRITZ (1978-2002)

### AN INTERRUPTED JOURNEY

"Imagining that death is impossible—forgetting it at least—is the beginning of any decline!"

*Journal of David Gritz*, March 4, 2001

"Click, a nudge inside the head, and you disappear. / Youth—eternal—oh, my time on this earth!"

*Journal of David Gritz*, August 14, 2001

Born March 23, 1978, in Paris to a Croatian Catholic mother and an American Jewish father, and raised in a non-religious and cosmopolitan environment, David Gritz spent his childhood and youth in France, as well as in the United States and the former Yugoslavia (notably Bosnia and Croatia), where he regularly spent his vacations. After high school, he left to study in North America, spending a year at McGill University in Montreal before returning to Paris to take preparatory literature classes, enter the *Institut des Sciences Politiques* [Paris Institute of Political Science], and at the same time do a bachelor's and a master's in philosophy at the University. In 2002, having at the last minute withdrawn from a double diploma program at the *Institut des Sciences Politiques* and the University of Berlin, he accepted a scholarship from the Franco-Israeli association Maskilim to go to Israel in July to study at the Hebrew University of Jerusalem and the Shalom Hartman Institute. He also worked on his master's thesis in philosophy, "The Politics of Creation: from Babel to Abraham," a subject that allowed him to combine his interests in philosophy (politics) and the Bible. He was killed at the Hebrew University of Jerusalem two weeks after his arrival, in a bombing on July 31, 2002.

**Contents**

Note from the Publisher

Brief Estimate of the Beautiful,
by *Catherine Chalier*

Emmanuel Levinas in the Face of the Beautiful

Introduction

1. "Reality and Its Shadow"

*Philosophical consequences*

2. An Art Beyond Beauty

*Image and Feeling*

*Toward the Source of the Ethical*

*A Being Uninterested in the Image?*

*The Technical Essence of the Work*

Conclusion

David Gritz (1978-2002): An Interrupted Journey


PLAINTIFF'S EXHIBIT 1137

In human terms, David had an extraordinary influence on others, even those he barely knew. His intelligence, his qualities, and his charm were striking, but he also shone from the inside. Sensitive, attentive, patient, and generous, he showed an emotional intelligence and an enthusiasm that could not help but move people. From the depths of his heart, he was concerned with the lives of others and was always there to help them and encourage them, in acts and in words. This open-heartedness made him naturally inclined to discussion. Eager for knowledge and new experiences, he wanted to understand everything, and struck up relationships with all kinds of people, discussing every kind of subject.

Despite the absence of religious encouragement from his family, David showed an interest in Judaism from an early age, but his interest waned and even died when he entered high school, only to well up again some years later. However, his precocious taste for languages, literature, and music, and his penchant for philosophical thinking—acquired, certainly, much later—never waned. As for music, David started the violin before he was five; he also played other instruments, including piano and guitar. Though he was mainly interested in classical music, particularly chamber music, he was also a member of rock, folk-pop, and klezmer bands.

As for philosophy and religion, the year spent at McGill marked a turning point for him. As he wrote in his December 2001 letter of motivation accompanying the research project he submitted to the Maskilim scientific committee, the discovery of Nietzsche and his ideas on "interpretation" had played a decisive role.

> "It was an important year for me, for two reasons mainly. The first was that I discovered…Nietzsche's work. At that time, I saw Nietzsche's work as a way—a way that was not religious or metaphorical—to address questions that belonged to the domain of Christian thought and metaphysics…God could no longer be the subject of a 'logos': interpretation (which is at the heart of the world in Nietzsche's thinking) must replace theological explanation in the pursuit of the divine. Spirituality and language were, once again, very close."

The second striking fact of that year at McGill was the dialogue he started with a "fervent and intelligent" Catholic friend, which revived his interest in religion and made him look deeper into the differences between Christianity and Judaism—which he continued to explore until the end of his life with that friend and other people, including priests.

"I was never really convinced with the way my friend presented Christianity; but at least I gained some knowledge of the Christian religion and a certain respect for it. I became more sensitive than I had ever been before to the theme of religion and faith, and to the Bible. So I began to ask myself what it meant to reject Jesus as the Messiah; in other words, Judaism at that moment became a fundamental question."

Levinas, discovered some time later, was instrumental in helping David establish stronger links between these two main preoccupations: philosophy and Judaism. In this respect, we read in his letter of motivation:

"The discovery of Emmanuel Levinas…was crucial for me, considering the questions I had in my head. I cannot say that Levinas gave me the answers, but the questions themselves have become clearer. I was now able to establish a link between my interest in the theme of interpretation and the idea that there is something in humanity that restricts a conception of the world to a simple sum of interpretations: the Hebrew Bible, as Levinas suggested, was the crux of this link. Thanks to Levinas, a number of theological concepts that left me perplexed or unsatisfied have taken on a whole new weight."

Or in his journal:

"But no matter how hard I deny it, there is the call of the Bible…But the only philosophical words that really speak to me have always been that something extra that Levinas brought me." (02/07/01)

Though his thesis on Levinas's esthetic gave him the opportunity to address a theme that covered art, philosophy, and religion all at once, the study he planned to do on the politics of Babel would enable him to deepen his knowledge of these last two domains. The project on Babel started from the idea of a part of indetermination in Creation—in the relationship between necessity and contingence (Maimonides)—and from its consequences, theories, and practices, concerning diversity, uniformity, and human liberty itself. From a political point of view, it led him to address the question of democracy and pluralism in opposition to all forms of totalitarianism. The figure of Abraham emerged thus as the first "subject" or individual, answering the divine injunction to go toward himself (*lekh lekha*). In his project (in English), he elaborated on the point:

"… the me is not given from the start, it is not a solid identity from which life flows. It seems rather like the goal of a movement: it is the action that precedes it. Babel, however, signified the priority of identity over action; the unity of language, in this episode, was only the correlate of the desire for a firm identity. Instead, the injunction '*lekh lekha*' recreates the intrinsic bond between words and action, and liberty reappears in the world."

This reflection on the emergence of a first individual led him to address the question of relationships between liberty and responsibility, between contingence and necessity, in a human society.

The alternative that was put to him—Berlin or Jerusalem—implied two quite distinct orientations. The first was Eurocentric and committed him to pursuing his philosophical and political studies; it would have steered him, perhaps, to a non-university career. The second focused on philosophy and religion, impelled him to delve deeper into Judaism and comparative religions, a choice that in the end appealed to him more. In any case, as he noted amusedly when alluding to the poem "*Zähle die Mandeln*" by Paul Celan, he would not completely have rejected Germany:

> "A poem that heads to Jerusalem, but...in German...Already I will have passed through Germany." (*Journal*, 02/23/2002)

The power of Jerusalem's call, its irresistible character, so to speak, seems undeniable, even if it occurred to him to resist:

> "I am perhaps...*mutatis mutandis*...like the prophet Jonas. I have heard the words; but I do not want to answer; I want to remain in a pleasant, selfishly hedonistic state of peace. To be able to be content just to live...in a chaos that I accept! Oh, how I would like to live quietly, as a good epicurean—in other words, with pleasure, the search for pleasure, and the measurement of pleasure." (*Journal*, 02/07/02)

> "I recognize you, G-d, but, please, let me quietly drift!" (*Journal*, 03/04/01)

In the circumstances, the choice of Jerusalem, with all the risks it entailed, was not without heartbreak and soul-searching:

> "How to explain my departure to Israel, my choosing of risk? The attraction of the word, the romanticism of Jerusalem? There is this attraction, there are these layers upon layers of romanticism, perhaps. But of course it is not only that. G-d, for me, I hope—and this was the conscious part of my intellectual battles—was never, in the absolute, this. What I would most *not* want is for people to think I am going there for a taste of adventure or for the sake of the risk itself. I have never had, essentially, a taste for adventure or for risk for its own sake. For that which is in itself unreasonable. Is it really unreasonable to be going there? Is it really to be choosing "The Plague"?...But to be going there is not to experience plague. It is to continue on the path that I am taking—on the edge of the road, I walk and one of the moments on this road is seemingly stricken with plague...It must be borne, but I am not doing anything for it, to have the bitter experience...But I am asking myself so many questions! How can this be madness? If it were so, there would not be so many questions!" (*Journal*, 02/17/02).

Yet he managed to make his decision with some very striking references:

> "The risk of Yerushalem. The poem by René Char... 'Impose your luck. Grasp your happiness. And go toward your risk. Looking at you, they'll get used to it.' So let's go. It's a *lekh lekha* (in Hebrew) that is coming to me and making me go. Go." (*Journal*, 02/23/02)

Can one therefore say that David, who was drawn to Judaism by intellectual and spiritual need, was fully committed to the path of conversion, to "returning" to this religion? This is far from certain. In his letter of motivation, he wrote:

"I nevertheless feel ambivalence toward conversion (since Judaism became significant to me, I have often thought of converting). On the one hand, I feel that the practice of "Mitzvot" (precepts) is justified. On the other hand, I don't believe that the fact of understanding their value amounts, for a non-Jew, to a necessity of conversion. One of the strengths of Judaism, contrary to Christianity and Islam, is that it combines universality with a sense of identity. The criterion of "chosen" is necessarily restrictive, but not aristocratic. The fact that all these human beings are of equal dignity may be inferred from the creation of man in the image of God. Thus, the Hebraic Bible is of great importance also for non-Jews...I tend to think...that the Jewish reading of the Bible and the practice of Judaism, can and must be a source of major inspiration for non-Jews. I therefore wonder if it is not more valuable for me to promote the understanding of Judaism as a non-Jew."

And in the second-to-last entry in his journal, written in Hebrew, he asks these questions again:

"I am not going to return, because I have never had return. Or, very gently, very gently, I will go toward return. It is important to invent laws, new forms...How to feel now, in this city where the colors of worlds and skies combine in the white stone? Is it possible to become Israeli? Is that the most important question? I am coming back to questions (and not to *the* question). To return is perhaps to come back to questions. If there are a great many questions, the divine presence is there. Often, it is thought that in us there are many questions. Yet all those questions are only the words of a soul that has forgotten to speak the holy language." (*Journal*, 07/27/02)

What the future would have held, what turn David's life would have taken, no one will ever know. The only certainty is that one summer day in 2002, in a cafeteria in the Hebrew University of Jerusalem, David Gritz, an ardent supporter of understanding between peoples and of the peaceful coexistence of Israel and a Palestinian state, was killed instantly when a bolt from a terrorist bomb penetrated his skull and lodged into his brain.

CONTENTS

éditions de l'éclat    titles    authors    collections    new arrivals    search    bookstores    lyber    contact



City of New York, State of New York, County of New York

I, Nadya Dimitrova, hereby affirm that the following is to the best of my knowledge and belief, a true and accurate Translation from French to English of the document P7 504-508 - "David Gritz (1978 - 2002), Un Itineraire Interrompu"

_____
Nadya Dimitrova
TransPerfect Translations International, Inc.

Sworn to before me this
5th of November, 2014

_____
Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

_____
Stamp, Notary Public

TRANSLATIONS AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE

éditions de l'éclat  titres  auteurs  collections  nouveautés  recherche  librairies  lyber  contact

 l'éclat    DAVID GRITZ
                     LEVINAS FACE AU BEAU



# DAVID GRITZ (1978-2002)
# UN ITINÉRAIRE INTERROMPU

"S'imaginer que la mort est impossible – l'oublier du moins – est le début de toute déchéance!"

*Journal de David Gritz*, 4 mars 2001

"Clic, un coup de pouce dans l'intérieur de la tête, et vous disparaissez. / La jeunesse – éternelle – ô, mon passage sur cette terre!"

*Journal de David Gritz*, 14 août 2001

Né le 23 mars 1978 à Paris, de mère croate catholique et de père juif américain, et élevé dans un milieu non-religieux et cosmopolite, David Gritz a passé son enfance et sa jeunesse en France, mais aussi aux États-Unis et en ex-Yougoslavie (notamment en Bosnie et en Croatie), où il allait régulièrement pour les vacances. Après le baccalauréat, il est parti étudier en Amérique du Nord, restant une année à McGill University de Montréal avant de revenir à Paris pour suivre des classes préparatoires lettres, entrer à l'Institut des Sciences Politiques et, en même temps, faire une licence et une maîtrise en philosophie à l'Université. En 2002, ayant renoncé au dernier moment à poursuivre un programme de double diplôme à l'Institut des Sciences Poliques et à l'Université de Berlin, il a accepté une bourse de l'association franco-israélienne Maskilim pour partir en juillet en Israël faire des études à l'Université Hébraïque de Jérusalem et à l'Institut Shalom Hartman. Il devait également travailler pour son DEA de philosophie: "Les politiques de la Création: de Babel à Abraham", sujet qui lui permettait d'allier ses intérêts pour la philosophie (politique) et la Bible. Il a été assassiné à l'Université hébraïque de Jérusalem, quinze jours après son arrivée, lors de

**Sommaire**

N.d.e.

Brève estime du beau, par Catherine Chalier

Emmanuel Levinas face au beau

Introduction

1. "La réalité et son ombre"

Conséquences philosophiques

2. Un art au-delà du beau

L'image et le sensible

Vers la source de l'éthique

Un être désintéressé de l'image?

L'essence technique de l'œuvre

Conclusion

David Gritz (1978-2002) : Un itinéraire interrompu

l'attentat survenu le 31 juillet 2002.

Sur le plan humain, David avait une influence extraordinaire sur les autres, même sur ceux qui le connaissaient à peine. Son intelligence, ses qualités, son charme étaient saisissants, mais il rayonnait aussi de l'intérieur. Sensible, attentif, patient et généreux, il montrait une finesse de sentiments et un enthousiasme qui ne pouvaient que frapper les gens. Du plus profond de son cœur, il se préoccupait de la vie des autres et était toujours là pour les aider et les encourager, en actes et en paroles. Cette ouverture d'esprit l'avait rendu naturellement enclin aux échanges. Avide de connaissances et de nouvelles expériences, il voulait tout comprendre et entretenait donc des relations avec toutes sortes de personnes, discutant de tous les sujets.

Malgré l'absence d'incitation religieuse familiale, David s'était assez tôt montré attiré par le judaïsme, mais cet intérêt s'était affaibli, voire éclipsé, après son entrée dans le secondaire, pour resurgir quelques années plus tard. Par contre, ni ses goûts précoces pour les langues, la littérature et la musique ni son penchant pour la pensée philosophique, acquis, certes, bien plus tard, ne s'étaient jamais démentis. Quant à la musique, David avait commencé le violon avant l'âge de 5 ans, il jouait aussi d'autres instruments, notamment piano et guitares. S'il était surtout porté sur la musique classique, tout particulièrement sous forme de musique de chambre, il fit aussi partie d'ensembles rock, folk-pop et klezmer.

Quant à la philosophie et la religion, l'année passée à McGill avait constitué un tournant décisif pour lui. Comme il l'avait indiqué dans sa "Lettre de motivation", écrite en décembre 2001 en complément de son projet de recherche soumis à l'appréciation du comité scientifique de Maskilim, la découverte de Nietzsche et de ses idées sur "l'interprétation" avait joué un rôle décisif.

> "Cela a été une année importante pour moi, pour deux raisons principalement. La première c'est que j'ai découvert... l'œuvre de Nietzsche. À cette époque, je voyais l'œuvre de Nietzsche comme une manière, non religieuse et non métaphysique, d'aborder des questions qui appartenaient au domaine de la pensée chrétienne et de la métaphysique... Dieu ne pouvait plus être l'objet d'un "logos": l'interprétation (qui est le cœur du monde dans la pensée de Nietzsche) devait remplacer l'explication théologique dans la quête du divin. Spiritualité et langage étaient, encore une fois, très proches."

Deuxième fait marquant de cette année à McGill, le dialogue engagé avec un camarade catholique "fervent et intelligent" a ravivé son intérêt pour la religion et l'a poussé à creuser les différences entre christianisme et judaïsme – ce qu'il a continué à faire jusqu'à la fin de sa vie avec cet ami et d'autres interlocuteurs, y compris des prêtres.

DAVID GRITZ LEVINAS FACE AU BEAU                                  http://www.lyber-eclat.net/lyber/gritz/gritz4.html

> "Je n'ai jamais été réellement convaincu par la présentation que faisait mon ami du christianisme; mais j'ai au moins gagné une connaissance de la religion chrétienne et un certain respect pour elle. Je suis devenu plus sensible que je ne l'avais été auparavant au thème de la religion et de la foi, ainsi qu'à la Bible. J'ai donc commencé à me demander ce que signifiait le fait de rejeter Jésus comme Messie; en d'autres termes, le judaïsme est devenu à ce moment-là une question fondamentale."

Levinas, découvert plus tard, permettait à David d'établir des liens plus solides entre ces deux préoccupations principales: la philosophie et le judaïsme. À cet égard, on lit dans cette lettre de motivation:

> "La découverte d'Emmanuel Levinas... a été cruciale pour moi, étant données les questions que j'avais à l'esprit. Je ne peux pas dire que Levinas m'ait apporté des réponses; mais les questions sont devenues plus claires. J'étais à présent capable d'établir un lien entre mon intérêt pour le thème de l'interprétation et l'idée selon laquelle il y a quelque chose dans l'humanité qui limite une conception du monde en tant que une simple somme d'interprétations: la Bible hébraïque, comme le suggérait Levinas, était le nœud de ce lien. Grâce à Levinas, plusieurs notions théologiques qui me laissaient perplexe ou insatisfait prirent un tout autre poids."

Ou encore dans son journal:

> "Mais quoi que je fasse pour nier cela, il y a l'appel de la Bible... Mais la seule parole philosophique parlante, pour moi, a toujours été ce quelque chose de plus qui m'a amené à Levinas." (07/02/01)

Si son mémoire sur l'esthétique de Levinas lui a donné l'occasion d'aborder un thème touchant à la fois à l'art, la philosophie et la religion, l'étude prévue sur les politiques de Babel devait lui permettre d'approfondir ses connaissances dans ces deux derniers domaines. Ce projet sur Babel partait de l'idée d'une part d'indétermination dans la Création – dans les rapports entre nécessité et contingence (Maïmonide) – et de ses conséquences, théoriques et pratiques, concernant la diversité et l'uniformité, ainsi que la liberté humaine. Sur le plan politique, cela le conduisait à aborder la question de la démocratie et du pluralisme en opposition à toutes les formes de totalitarisme. La figure d'Abraham émergeait alors comme le premier "sujet" ou individu, répondant à l'injonction divine d'aller vers lui-même (*lekh lekha*). Dans son projet (en anglais) il précisait sur ce point:

> "... le moi n'est pas donné dès le départ, il n'est pas une identité solide d'où découle la vie. Il semble plutôt comme le but d'un mouvement: c'est l'action qui précède. Babel signifiait par contre la priorité de l'identité sur l'action; l'unité du langage, dans cet épisode, n'était que le corrélat du désir d'une identité ferme. L'injonction "*lekh lekha*" recrée au contraire le lien intrinsèque entre la parole et l'action, et la liberté réapparait dans le monde."

Cette réflexion sur l'émergence d'un premier individu devait le conduire à aborder la question des rapports entre liberté et responsabilité, entre contingence et nécessité, au sein d'une société humaine.

L'alternative qui s'est posée à lui – Berlin ou à

Jérusalem – impliquait des orientations bien distinctes. La première, eurocentrique, l'engageait à poursuivre ses études philosophique et politique, elle l'aurait peut-être conduit à une carrière non universitaire, tandis que la seconde, axée surtout sur la philosophie et la religion, l'incitait à approfondir des études juives ou de religions comparées, ce qui, en fin de compte, l'attirait davantage. En tout cas, comme il note de façon amusée en faisant allusion au poème "Zähle die Mandeln" de Paul Celan, il n'aurait pas tout à fait rejeté l'Allemagne:

> "Poème qui va vers Jérusalem, mais... en allemand... Déjà j'aurai passé par l'Allemagne." (*Journal*, 23/02/02)

La force de cet appel de Jérusalem, son caractère en quelque sorte irrésistible, semble indéniable, même s'il lui arrivait encore de résister:

> "Je suis peut-être...*mutatis mutandis*... comme le prophète Jonas. J'ai entendu la parole, mais je ne veux pas y répondre; je veux rester dans une agréable paix égoïstement hédoniste. Pouvoir me contenter de vivre... au sein d'un chaos assumé! Oh, que j'aimerais pouvoir vivre tranquillement, en bon épicurien – c'est-à-dire avec le plaisir, sa recherche, et la mesure." (*Journal*, 07/02/02)

> "Je te reconnais, D.ieu, mais s'il te plaît, laisse-moi tranquillement vaguer!" (*Journal*, 04/03/01)

Dans les circonstances actuelles le choix de Jérusalem, avec tous les risques qu'il comportait, n'allait pourtant pas sans déchirements et examens de conscience:

> "Comment expliquer mon départ en Israël, mon choix du risque? L'attrait du mot, le romantisme de Jérusalem? Il y a cet attrait, il y a ces couches superposées de romantismes, peut-être. Mais ce n'est bien sûr pas que ça. D.ieu, pour moi, je l'espère – et ce fut la part consciente de mes combats intellectuels – n'a jamais été, dans l'absolu, cela. Ce que je ne voudrais surtout pas, c'est que l'on croie que c'est par goût de l'aventure que je vais là-bas. Je n'ai jamais eu, essentiellement, le goût de l'aventure ou du risque pour lui-même. De ce qui est en soi déraisonnable. Est-ce que c'est vraiment déraisonnable d'aller là-bas? Est-ce que c'est vraiment choisir "La Peste"?... Mais y aller, ce n'est pas pour vivre l'expérience de la peste. C'est la continuation d'un chemin que j'emprunte – au bord de la route, je marche et l'un des moments de ce chemin est comme frappé de peste... Il faudra supporter celle-ci, mais je ne fais rien pour elle, pour en connaître l'amère expérience... Mais je me pose tellement de questions! Comment pourrait-il s'agir d'une folie? S'il en était ainsi, il n'y aurait pas tant d'interrogations!" (*Journal*, 17/02/02).

Il arrive pourtant à trancher avec des références bien frappantes:

> "Le risque de Yeroushalaïm. Le poème de René Char... "Impose ta chance. Serre ton bonheur. Et va vers ton risque. À te regarder, ils s'habitueront." Bon, *let's go*. C'est un *lekh lekha* (en hébreu), qui me vient et me fait aller. Va." (*Journal*, 23/02/02)

Peut-on donc dire que David, qui s'était approché du judaïsme par besoin intellectuel et spirituel, était bien engagé sur le chemin de la conversion, du "retour" à cette religion? Rien n'est moins sûr. Dans la lettre de motivation, il écrit:

DAVID GRITZ LEVINAS FACE AU BEAU                                    http://www.lyber-eclat.net/lyber/gritz/gritz4.html

> "Je ressens cependant un sentiment ambivalent vis-à-vis de la conversion (depuis que le judaïsme est devenu significatif pour moi, j'ai souvent pensé à la conversion). D'un côté, je sens que la pratique des "Mitsvoth" (préceptes) est justifiée. D'un autre côté je ne crois pas que le fait de comprendre leur valeur signifie, pour un non-juif, qu'il doit se convertir. Une des forces du judaïsme, contrairement au Christianisme et à l'Islam, est qu'il combine l'universalité et le particularisme. Le critère de l'"élection" est nécessairement restrictif, mais pas aristocratique. Le fait que tous les êtres humains sont d'une égale dignité peut être inféré de la création de l'homme à l'image de Dieu. Donc la Bible hébraïque est d'une grande importance aussi pour les non-juifs... J'ai tendance à penser... que la lecture juive de la Bible, et que la pratique juive, peuvent et doivent être une source d'inspiration majeure pour les non-juifs. Je me demande donc s'il n'est pas plus intéressant pour moi de promouvoir la compréhension du judaïsme en tant que non-juif."

Et dans l'avant-dernière entrée de son journal, écrite d'ailleurs en hébreu, il évoque de nouveau ces questions:

> "Je ne fais pas retour, car je n'ai jamais eu de retour. Ou, tout doucement, tout doucement, j'irai vers le retour. Il est important d'inventer des lois, des formes nouvelles... Comment me sentir maintenant, dans cette ville où les couleurs des mondes et des cieux se mêlent dans la pierre blanche? Est-il possible de me rendre israélien? Est-ce là la question la plus importante? Je reviens aux questions (et non pas à la "question"). Faire retour, c'est peut-être revenir aux questions. S'il y a un grand nombre de questions, la présence divine est là. Souvent, on pense qu'il y a en nous beaucoup de questions. Or toutes ces questions-là ne sont que les paroles d'une âme qui a oublié de parler la langue sainte." (Journal, 27/07/02)

Ce que l'avenir aurait apporté, quel tournant la vie de David aurait pris, personne ne peut vraiment le savoir. La seule certitude, c'est qu'un jour d'été 2002 à une cafétéria de l'Université Hébraïque de Jérusalem, David Gritz, partisan fervent de l'entente entre les peuples et de la coexistence pacifique entre Israël et un État palestinien, a été tué instantanément quand un boulon d'une bombe terroriste lui a pénétré le crâne pour se loger dans son cerveau.

SOMMAIRE

éditions de l'éclat   titres   auteurs   collections   nouveautés   recherche   librairies   lyber   contact