

PLAINTIFF'S EXHIBIT 1143

# Decree Number (1) of 2013 concerning the amendment of the Prisoners and Released Prisoners Law Number (19) of 2004

Pursuant to the provisions of the Amended Basic Law of 2003 and its amendments, particularly the provisions of Article (43) thereof; and following examination of the Prisoners and Released Prisoners Law Number (19) of 2004; and based upon the decision of the Cabinet on June 19, 2012; and based upon the powers vested in us; and in order to achieve the public interest; and in the name of the Palestinian Arab people; we hereby promulgate the following Decree:

### Article (1)

For the purposes of this amendment, the Prisoners and Released Prisoners Law Number (19) of 2004 will be referred to as the Original Law.

### Article (2)

Article (1) of the Original Law is amended as follows: The following terms and expressions shall have the meanings as specified herein, unless the context indicates otherwise: the State: the State of Palestine. The Cabinet: the Cabinet of the State of Palestine. The Ministry: the Ministry of Prisoners and Released Prisoners' Affairs or the relevant ministry. The Minister: the Minister of Prisoners and Released Prisoners' Affairs or the relevant minister. The prisoner: anyone who sits in the prisons of the occupation on the grounds of his participation in the struggle against the occupation. Released prisoner: any prisoner, who has been released from the prisons of the occupation. House arrest: the issuance of an order by the occupation authorities imposing house arrest on an individual and compelling him not to leave his house or place of residence for a specified period on the grounds of his resistance to the occupation. Deportation: the issuance of an order by the occupation authorities to forcibly expel any Palestinian from his regular place of residence, whether to a location within Palestine or abroad. The family of a prisoner: The father, mother, wife, children and anyone who has the right to maintenance support from the prisoner. Period of imprisonment: The actual period that the prisoner spent in imprisonment, whether discontinuous or continuous. Unemployment allowance: the decided monetary amount paid monthly for a specified period in accordance with the system set forth in the relevant provisions in this Decree.

### Article (3)

The title 'Palestinian Authority', which is cited in the Original Law, is hereby changed to the title 'State of Palestine'.

### Article (4)

Article (3) of the Original Law is amended as follows: In order to achieve the aims of this Decree, the State will strive though all lawful means towards the following:

1. The liberation of prisoners from the occupation's jails. 2. The provision of all legal requirements for aiding the prisoner during his imprisonment. 3. The provision of financial entitlements to the prisoner and his family, as well as all other entitlements that may be granted in accordance with the provisions of this Law and the system set forth under it. 4. The provision of the opportunity for the prisoner, his wife and his offspring to pursue education. 5. The rehabilitation of the released prisoner in accordance with the provisions of the system set forth under the provisions of this Law. 6. The provision of health insurance to the prisoner and his family.

### Article (5)

11/16/2014    Decree Number (1) of 2013 concerning the amendment of the Prisoners and Released Prisoners Law Number (19) of 2004

A new article is added to the Original Law, following Article (3), entitled Article (3 reiterated). This Article is as follows: 1. The State shall strive towards ensuring positions of employment for released prisoners in accordance with the following criteria to be taken into consideration: the number of years the prisoner spent in imprisonment; his educational attainments; the State's capacity for absorbing prisoners into employment. 2. The released prisoner is granted preference in annual appointments to all State institutions in accordance with the applicable legislation. 3. In the event that the State is unable to ensure positions of employment for the prisoners in accordance with the preceding paragraph, it must do the following: (a) Issue a monthly monetary payment to every male released prisoner who spent between five and ten years in imprisonment and to every female released prisoner who spent between two and five years in imprisonment. (b) In the event of the death of a male or female released prisoner as stipulated in Clause (a) of this paragraph, the State must provide welfare for their family in accordance with the system set forth under the provisions of this Decree. (c) Clauses (a) and (b) of this paragraph apply to every disabled prisoner who has a permanent handicap of 50% or who spent two and a half years in imprisonment more than once, as well as to a female prisoner who spent a year in imprisonment. (d) A male prisoner who has spent ten or more years in imprisonment or a female prisoner who has spent five or more years in imprisonment is to be given paid employment in one of the State's institutions without relinquishment of the entitlements acquired by released prisoners who are employees. 4. A prisoner who has spent between one and five years in imprisonment and has not benefited from the provisions of the preceding paragraphs will be granted an unemployment allowance for a period equal to that which he spent in imprisonment. 5. Every prisoner who has spent a period of one or more years in imprisonment is to be given, upon his release, a one-off release grant. 6. The provisions of this Article are to be regulated in accordance with the system set forth under the provisions of this Law.

Article (6)

Paragraph (1) of Article (5) of the Original Law is amended to become as follows: 1. Every released prisoner who has spent a period of at least one year, in total or in part, in the prisons of the occupation is to be exempt from the following fees: (a) tuition fees for Palestinian universities; (b) health insurance fees; (c) fees for any rehabilitation course from among the programs organized by the competent official bodies.

Article (7)

A new article is added to the Original Law, following Article (5), entitled Article (5 reiterated). This Article is as follows: 1. A prisoner who has been martyred whilst in imprisonment will be accredited by the Martyrs' Families Foundation, as well as being granted a rank in accordance with the number of years of imprisonment; this in accordance with the applicable Law of Service in the Palestinian Security Forces. 2. The provisions of Paragraph (1) of this Article are applicable to a released prisoner who has died, within one year of his release, due to health reasons relating to his imprisonment.

Article (8)

The text of Article (8) of the Original Law is amended, with the addition to it of two paragraphs, following Paragraph (2), as follows: 3. The State shall continue to pay the salary of an imprisoned employee. 4. The Ministry must pay a portion of the salary of an imprisoned employee if his salary as a prisoner is higher than his salary as an employee.

Article (9)

A new article is added to the Original Law, following Article (10), entitled Article (10 reiterated). This Article is as follows: 1. The provisions of this Decree are applicable to individuals who have been deported, as well as to individuals upon whom house arrest has been imposed. (2) The provisions of this Decree are applicable to members of the factions of the Palestine Liberation Organization who have been detained outside of Palestine on the grounds of their participation in the struggle for the independence and freedom of Palestine.

Case 1:04-cv-00397-GBD-RLE   Document 910-71   Filed 05/13/15   Page 3 of 8

11/16/2014   Decree Number (1) of 2013 concerning the amendment of the Prisoners and Released Prisoners Law Number (19) of 2004

### Article (10)

Based upon a decision by the Minister, the Cabinet is to issue the necessary regulations for executing the provisions of this Law.

### Article (11)

All that which contradicts the provisions of this Decree is annulled.

### Article (12)

This Decree is to be presented to the Legislative Council at its first sitting for its ratification.

### Article (13)

All competent parties and all those it concerns are obligated to execute the provisions of this Decree, which comes into force from the date if its publication in an official newspaper.

Issued in the city of Ramallah on 8 January 2013 AD, corresponding to 26 Safar 1434 of the Hijri calendar, by Mahmud Abbas, President of the State of Palestine and President of the Executive Committee of the Palestine Liberation Organization.

---

By the System of Judiciary and Legislation in Palestine - "Al-Muqtafi" [lit. Tracker] - prepared by the Institute of Law at Birzeit University.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as "Amendment of the Prisoners and Released Prisoners Law."

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Amendment of the Prisoners and Released Prisoners Law."

Dated: December 29, 2014

_____
Yaniv Berman

# قرار بقانون رقم (1) لسنة 2013م بشأن تعديل قانون الأسرى والمحررين رقم (19) لسنة 2004م

استناداً لأحكام القانون الأساسي المعدل لسنة 2003م وتعديلاته ولا سيما أحكام المادة (43) منه، وبعد الاطلاع على قانون الأسرى والمحررين رقم (19) لسنة 2004م، وبناءً على تنسيب مجلس الوزراء بتاريخ 2012/06/19م، وبناءً على الصلاحيات المخولة لنا، وتحقيقاً للمصلحة العامة، وباسم الشعب العربي الفلسطيني، أصدرنا القرار بقانون التالي:

مادة (1)

يشار إلى قانون الأسرى والمحررين رقم (19) لسنة 2004م، لغايات هذا التعديل بالقانون الأصلي.

مادة (2)

يعدل نص المادة (1) من القانون الأصلي لتصبح على النحو الآتي: يكون للكلمات و العبارات التالية المعاني المخصصة لها أدناه، ما لم تدل القرينة على خلاف ذلك: الدولة: دولة فلسطين. مجلس الوزراء: مجلس وزراء دولة فلسطين. الوزارة: وزارة شؤون الأسرى والمحررين أو الوزارة المختصة. الوزير: وزير شؤون الأسرى والمحررين أو الوزير المختص. الأسير: كل من يقبع في سجون الاحتلال، على خلفية مشاركته في النضال ضد الاحتلال. الأسير المحرر: كل أسير تم تحريره من سجون الاحتلال. الإقامة الجبرية: صدور قرار من سلطات الاحتلال بفرض الإقامة الجبرية على شخص و إلزامه بعدم مغادرة منزله أو مكان إقامته لمدة محددة على خلفية مقاومته للاحتلال. الإبعاد: صدور قرار من سلطات الاحتلال بإبعاد أي فلسطيني قسراً خارج مكان إقامته المعتاد سواء داخل فلسطين أو خارجها. أسرة الأسير: الأب و الأم والزوجة والأبناء وكل من له حق الإعالة على الأسير. مدة الأسر: المدة الفعلية التي يمضيها الأسير داخل الأسر سواء كانت متقطعة أو متصلة. بدل البطالة: مبلغ مالي مقطوع يصرف شهرياً لمدة محددة وفقاً للنظام الصادر بمقتضى أحكام هذا القرار بقانون.

مادة (3)

يُستبدل مسمى السلطة الوطنية حيثما ورد في القانون الأصلي بمسمى دولة فلسطين.

مادة (4)

يعدل نص المادة (3) من القانون الأصلي لتصبح على النحو الآتي: لتحقيق أهداف هذا القرار بقانون تعمل الدولة بكل الوسائل المشروعة على ما يلي: 1. تحرير الأسرى من سجون الاحتلال. 2. تقديم كل المتطلبات القانونية لمساعدة الأسير أثناء أسره. 3. توفير الحقوق المالية للأسير وأسرته وأية حقوق أخرى يمكن تقديمها طبقاً لأحكام هذا القانون والنظام الصادر بمقتضاه. 4. توفير فرصة التحصيل العلمي للأسير وزوجه وأبنائه. 5. تأهيل الأسرى المحررين وفقاً لأحكام النظام الصادر بمقتضى أحكام هذا القانون. 6. توفير التأمين الصحي للأسير وأسرته.

مادة (5)

تضاف مادة جديدة إلى القانون الأصلي بعد المادة (3) تحمل رقم (3 مكررة)، على النحو الآتي: 1. تعمل الدولة على تأمين الوظائف للأسرى المحررين وفقاً لمعايير تأخذ بعين الاعتبار السنوات التي أمضاها الأسير في الأسر، وتحصيله العلمي، والمقدرة على استيعابهم في التوظيف. 2. يمنح

الأسير المحرر أولوية في التعيينات السنوية في كافة مؤسسات الدولة وفقاً للتشريعات النافذة. 3. في حال لم تستطع الدولة تأمين الوظائف للأسرى طبقاً للفقرة السابقة، فإنها تلتزم بالآتي: أ. صرف مبلغ مالي شهري لكل أسير محرر أمضى في الأسر خمس سنوات حتى عشر سنوات، والأسيرة المحررة من سنتين حتى خمس سنوات. ب. في حال وفاة الأسير المحرر أو الأسيرة المحررة المنصوص عليهم في البند (أ) من هذه الفقرة، تلتزم الدولة برعاية أسرهم وفقاً للنظام الصادر بمقتضى أحكام هذا القرار بقانون. ج. ينطبق البندان (أ) و (ب) من هذه الفقرة على كل أسير معاق لديه عجز دائم بنسبة (50%) أو أكثر في حال أمضى سنتين ونصف في الأسر والأسيرة التي أمضت سنة في الأسر. د. الأسير الذي أمضى عشر سنوات فأكثر والأسيرة التي أمضت خمس سنوات فأكثر يتم توظيفهم مالياً في مؤسسات الدولة دون إغفال الحقوق المكتسبة للأسرى المحررين الموظفين. 4. الأسير الذي أمضى من سنة وحتى خمس سنوات ولم يستفد من أحكام الفقرات السابقة يتم منحه بدل بطالة لمدة تساوي المدة التي قضاها في الأسر. 5. كل أسير أمضى في الأسر مدة سنة فأكثر يمنح عند تحريره منحة إفراج لمرة واحدة. 6. تنظم أحكام هذه المادة وفقاً للنظام الصادر بمقتضى أحكام هذا القانون.

## مادة (6)

تعدل الفقرة (1) من المادة (5) من القانون الأصلي لتصبح على النحو الآتي: 1. يعفى كل أسير محرر أمضى في سجون الاحتلال مدة لا تقل عن سنة كلياً أو جزئياً من الرسوم الآتية: أ. رسوم التعليم الدراسي في الجامعات الفلسطينية. ب. رسوم التأمين الصحي. ج. رسوم أي دورة تأهيلية في نطاق البرامج التي تنظمها الجهات الرسمية المختصة.

## مادة (7)

تضاف مادة جديدة إلى القانون الأصلي بعد المادة (5) تحمل رقم (5 مكرر)، على النحو الآتي: 1. الأسير الذي يستشهد داخل الأسر يتم اعتماده على مؤسسة أسر الشهداء، ومنحه علاوة رتبة حسب سنوات الأسر وفقاً لقانون الخدمة في قوى الأمن الفلسطينية النافذ. 2. تسري أحكام الفقرة (1) من هذه المادة على الأسير المحرر الذي يتوفى خلال سنة من إطلاق سراحه لأسباب مرضية تتعلق بأسره.

## مادة (8)

يعدل نص المادة (8) من القانون الأصلي، بإضافة فقرتين إليها بعد الفقرة (2) على النحو الآتي: 3. تستمر الدولة بصرف راتب الأسير الموظف. 4. تلتزم الوزارة بدفع فرق الراتب للأسير الموظف إذا كان راتبه كأسير أعلى من راتبه كموظف.

## مادة (9)

تضاف مادة جديدة إلى القانون الأصلي بعد المادة (10) تحمل رقم (10 مكرر)، على النحو الآتي: 1. تسري أحكام هذا القرار بقانون على الأشخاص الذين يتم إبعادهم وعلى الأشخاص الذين تفرض عليهم الإقامة الجبرية. 2. تسري أحكام هذا القرار بقانون على منتسبي فصائل منظمة التحرير الفلسطينية الذين اعتقلوا خارج فلسطين بسبب مشاركتهم في النضال من أجل استقلال وحرية فلسطين.

## مادة (10)

بناءً على تنسيب من الوزير يصدر مجلس الوزراء الأنظمة اللازمة لتنفيذ أحكام هذا القانون.

## مادة (11)

يلغى كل ما يتعارض مع أحكام هذا القرار بقانون.

## مادة (12)

قرار بقانون رقم (1) لسنة 2013م بشأن تعديل قانون الأسرى والمحررين رقم (19) لسنة 2004م   12/29/2014

يعرض هذا القرار بقانون على المجلس التشريعي في أول جلسة يعقدها لإقراره.

مادة (13)

على الجهات المختصة كافة، كل فيما يخصه، تنفيذ أحكام هذا القرار بقانون، ويعمل به من تاريخ نشره في الجريدة الرسمية.

صدر في مدينة رام الله بتاريخ: 2013/01/08 ميلادية الموافق: 26/صفر/1434 هجرية محمود عباس رئيس دولة فلسطين رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

---

عن منظومة القضاء والتشريع في فلسطين – المقتفي –، اعداد معهد الحقوق في جامعة بيرزيت.