

PLAINTIFF'S
EXHIBIT
1154
bibbies