PLAINTIFF'S
EXHIBIT
1162

tabbies®

