

PLAINTIFF'S
EXHIBIT
1170