

PLAINTIFF'S EXHIBIT 0477