

PLAINTIFF'S EXHIBIT 1182

