# Summary of Terror Attacks

PLAINTIFF'S
EXHIBIT
1193
tabbies®

| Date | Attack | Plaintiffs |
|------|--------|-----------|
| **January 22, 2002** | Jaffa Road Shooting | Gould, Waldman |
| **January 27, 2002** | Jaffa Road Bombing | Sokolow |
| **March 21, 2002** | King George Street Bombing | Bauer |
| **June 19, 2002** | French Hill Bombing | Mandelkorn |
| **July 31, 2002** | Hebrew University Bombing | Blutstein, Carter, Coulter, Gritz |
| **January 29, 2004** | Bus No. 19 Bombing | Goldberg |