

PLAINTIFF'S
EXHIBIT
1144



من جانب جوانب الاحتفالات التي تولدت وبلدية المحافي

فرقة موسيقات الشرطة تعزف أثناء العيد السادس الشريف

---

### مجلة شهرية متخصصة في العلوم والمعلومات والقانونية

تصدر عن قيادة النشر بشرطة دبي والمعلومات القانونية

---

المشرف العام / غازي الجبياني

المستشارون

رئيس التحرير / عبد الرحمن المزروعي

المقيم / محظور

## الشرطة

### كلمة العدد

# عودة نظام التعذيب

---

## الشرطة

### التعذيب بنظام البوليس الفلسطيني

**مدير الشرطة الفلسطينية / غازي الجبالي**

**١- أنواع التعذيب :**

**٢- أضرار التعذيب :**

**٣- أنواع الشهود :**

**٤- حقوق الشهود :**

**٥- واجبات الشاهد :**

**من هو الشاهد :**

## الشرطة

### كيفية معرفة الشهود :

### كيفية سؤال الشاهد :

### التحقيق في صحة الشهادة :

### أسباب الكذب في الشهادة :

### أسباب الكذب في الشهادة :
١- الأسباب نفسية :

٢- أسباب هيئة :

### التحقيق في صحة الشهادة

* * * * *

المحكمة القانونية

نص قانون...

مازن سهمام

مساعد النائب العام

السلطة

المحكمة

القاعدة

الفقه الأصولي

القاعدة رقم 16/1
استثناء على جواز

الشرطة

## الهيئة القضائية

### المصادر:

*****

## زكي جمعه غالي

## إنا وإنا وإنا لابه لاحدين

---

الشرطة

## تعبئته ووسائط

## النواب خافي الجبالي

## النيابة العامة للمجتمع

### فاروق أبو الرب

#### مدير عام وزارة العدل/ لمقطة

### النيابة العامة:

### طرق النيابة الجزائية:

الشرطة

### النيابة العامة وهيئة سياسة القانون

### نظام النيابة العامة

### تنمية أعضاء النيابة العامة

# الأستاذ القانون الدولي / منذر خدام



## نقل الدستور

**أولاً : الدول البسيطة**

**ثانياً : الدول المركبة**

**ثالثاً : الدول المركبة تنقسم الى:**

1 - الاتحاد الشخصي : ويسمى أيضاً الاتحاد الفعلي

2 - الاتحاد الاستقلالي أو الاتحاد الحقيقي

3 - الاتحاد الفيدرالي أو الاتحاد المركزي

**رابعاً : الدول المركبة**

## من أخبار الشرطة

### اللواء / غازي الجبالي يؤكد توفير أمان كامل لأصحاب العمل والواجبات

أكد اللواء غازي الجبالي مدير شرطة مصلحة أمن الدولة أن كافة السياسات التي تنتهجها الأجهزة الأمنية بالدولة تستهدف حماية الأمن والنظام العام في البلاد، وأن على الشرطة حفظ النظام والأمن والاستقرار في كافة ربوع البلاد.

*****

## تعريف

## الإرهاب

### بقلم / اللواء الدكتور / محمود قطبي عبد العزيز

#### تعريف الإرهاب في التشريعات العربية

*****

الشرطة

# آثار المهنية
## الحلقة (1)
### للشهيد الدكتور
### محمد محمد غنيم

الشرطة

**الحديث الثاني**

**القوة الاولى عربية الحماية**

**الخلاصة والرأي :**

# القدس ... سيناء وحظر وراثة القابلة جانبي

**مفوض عام التقويم الوطني / مازن عز الدين**

## السجن الأقصى

## بناء لاثلاث العربية والإسلامية

## تفريغ المدينة من سكانها

## توجهات جديدة

### بقلم المقدم / زهير القماطي

## تحديات جديدة النشر طة...

## من أخبار الشرطة

### جيش تحتل بيم مديرية الأرشيس

## الشرطة



### جاسر الحنفر / نقيب المهندس

## الشرطة



### نديم حبيب وإكبار
### عبده الخالق القعر
### نقيب أول
### الفلسطينيين في الشرطة

الشرطة

## شرطة جنين

إعداد / حكومية للتوجيه السياسي بالشرطة

---

**أولاً : إلقاء سلاح قوة التدخل بمحضر كل من:**

العقيد / حباس جاد الله - مدير عام شرطة محافظة جنين

**فرع / التوجيه السياسي**

العقيد د. عبد الرحمن عبيد

---



**ثانياً : زيارة الكفاءة أقسام قوة**

**في سطور رجال شرطة محافظة جنين**

العقيد / حباس جاد الله - مدير عام شرطة محافظة جنين









Case 1:04-cv-00397-GBD-RLE    Document 911-9    Filed 05/13/15    Page 19 of 27

إعداد النقيب / حسام حسين الكحلوت

**الاعتراف بين القانون الوضعي والشريعة الإسلامية**

---

## الأهمية الكبرى في الدعوى

## شروط صحة الاعتراف :

١ ـ أن يكون صادراً عن الدماغ

٢ ـ أن يكون الاعتراف صادراً من شخص معين

٣ ـ أن يكون الاعتراف صادراً من شخص ذي إرادة حرة

٤ ـ أن يكون الاعتراف صادراً من شخص ذي إرادة سليمة

٥ ـ أن يكون الاعتراف واضحاً وصريحاً

٦ ـ أن يكون الاعتراف مطابقاً للواقع

---

**الرجوع عن الاعتراف بالشريعة الإسلامية :**

**الاعتراف في الشريعة الإسلامية :**

**حجية الاعتراف في الشريعة والقانون :**

**المراجع :**

١ ـ القرآن الكريم

# طبيعة العمل وواجباته بالمجتمع والواجبات الملقاة على عاتق أفراد الشرطة

إعداد النقيب /
محمد مصطفى الهدوج
مركز شرطة المدينة

## أولاً : طبيعة عمل الشرطة وعلاقتها بأفراد الشعب

## ثانياً : الواجبات الملقاة على أفراد الشرطة

## ثالثاً : صفات يجب أن يتميز بها كل شرطي وتعني

## الشرطة

# علم البصمات وأنياسه الشخصية

إعداد / م/ محمد الحلو
رئيس قسم البصمات بمعمل الشرطة الفلسطيني الجنائي

## الحلقة الأولى

علم البصمات :

أشكال الانطباعات للبصمات (أنواع البصمات)

Case 1:04-cv-00397-GBD-RLE    Document 911-9    Filed 05/13/15    Page 23 of 27







السلطة الوطنية الفلسطينية
وزارة الداخلية

بلدية غزة
السلطة الوطنية الفلسطينية
The Palestinian National Authority
MUNICIPALITY OF GAZA
OFFICE OF THE MAYOR

السيد/ محمد القدوة المحترم
نائب محافظ غزة

مكتب رئيس البلدية

عون سعدي الشوا
رئيس بلدية غزة

---

السلطة الوطنية الفلسطينية
بسم الله الرحمن الرحيم
وزارة التربية والتعليم

اللواء/ غازي الجبالي مدير الشرطة
حفظه الله

شكر وتقدير

مصطفى عيسى أبو فراس
محافظ
رام الله والبيرة

كلمة شكر

اللواء / غازي الجبالي
مدير عام
الشرطة الفلسطينية

الشرطة

حركة التحرير الوطني الفلسطيني

فتح

الهيئة القيادية العليا - إقليم فلسطين

بسم الله الرحمن الرحيم

تحية الوطن .. وبعد

إلى اللهم يا علام الغيوب المحتوم ...

الهيئة القيادية العليا - إقليم فلسطين

أخوكم - الدكتور ثابت ثابت

من خلال التاريخ

بيتر بان

عبد الرحمن المزين

المواقع السياحية لمدام إقليم فلسطين

بقلم دكتور /

أبواب القدس :

الأبواب السبعة المفتوحة :

أصول القدس :

Case 1:04-cv-00397-GBD-RLE   Document 911-9   Filed 05/13/15   Page 26 of 27

### جهاز الريشتون (جهاز القلم) :

### الآثار الإسلامية في القدس :

### مؤسسات الطرق الصوفية :

### الآثار البيذية المسيحية في القدس :

### مساجد القدس :

### أسواق القدس :

### حارات القدس :



إحدى سرايا القوة المشرفة لتدريب على طلقة نارية على القوم المسلح الشرطي.

مجموعة من أفراد قوة حفظ النظام في رام حسين.



