

فلسطين
وطني
المجلة المركزية لقوات الأمن العام
العدد (٣٩-٤٠) السنة الخامسة/ شباط/آذار ٢٠٠١
الرئيس.. جهود واتصالات مكثفة لردع العدوان
ابو غربية : الانتفاضة تتواصل لإحداث التغيير النوعي
الوادية : المطلوب موقف عربي واضح وصريح
PLAINTIFF'S EXHIBIT 1195

رئيس التحرير

العقيد

شهاب محمد

مستشار التحرير

عزمي ابوغربية

مدير التحرير

عبدالكريم ابو عرقوب

سكرتير التحرير

يوسف ابراهيم

محررون

جميل لدادوة - حسام قنداح

نافز خليل - بشار جالودي

حسن ربعي - محمد شحادة

صف

غسان النعيرات

مصور المجلة الخاص

باسل عبد العزيز اقطيط

الصور الخاصة بالرئيس من تصوير

حسين حسين ، محمد الرواس ،

عمر الرشيدي

الصور الخارجية

من التصوير المركزي

العنوان :

مكتب رام الله - ام الشرايط

تلفاكس ٢٩٨٧٦١٩-٠٢ - تلفون: ٢٩٨٧٦١٨-٠٢

ص. ب ١٩٩٩ - رام الله

ص.ب ١٥٦٧ - نابلس

مكتب غزة

غزة الرمال الجنوبي - شارع الدول العربية

تلفاكس ٢٨٢٤٣٢١-٠٧

البريد الالكتروني

watani@palnet.com

في هذا العدد

وطني

المجلة المركزية لقوات الأمن العام

تصدر عن هيئة التوجيه السياسي والوطني

لقاء مع العميد سليم الوادية............ ١٧-١٩

الشهيد عبدالمعطي السبعاوي........... ٢٢-٢٨

الشهيد العميد زهير الدويك ............٢٩-٣٣

استطلاع لآراء كوادر التوجيه ............٣٤-٣٨

الامن الوطني في محافظة رام الله ........٤٠-٤٢

الوجه الآخر لواقع قواتنا.................٥٢-٥٤

ملف الشهداء ........................٥٥-٦١

الحملة الاسرائيلية ضد الزراعة...........٦٤- ٦٦

حوار مع العميد محمود عوض الله ........٦٧-٦٩

مديرية «التوجيه» في القدس ............٧٠-٧٢

لقاء مع ساجي سلامة.................. ٧٨-٨٠

الضريبة الاسرائيلية اداة تدمير.......... ٨١-٨٥

لقاء مع محمود مطير................... ٨٦-٨٧

العمل الشرطي في الوضع الراهن......... ٨٨-٩١

الفرقة الموسيقية العسكرية.............. ٩٢-٩٣

تجارة الاسلحة الخفيفة................. ٩٤-٩٥

مقاطعة منتجات المستوطنات............ ٩٦-٩٧

الاشاعة وتصفية الحسابات.............. ٩٨

الهاتف النقال .. ادارة تجسس........... ١٠٠-١٠١

شؤون عسكرية.........................١٠٢- ١٠٤

العميد محمد حرارة في ذمة الله.......... ١٠٥

الشهداء من طلبة المدارس............. ١٠٦- ١٠٧

تحولات في الفكر الصهيوني............. ١٠٨-١٠٩

استراحة وطني......................... ١١٠- ١١١

بمنتهى الهدوء......................... ١١٢

المقالات التي ترد للمجلة ولا يتم نشرها لا تعاد الى اصحابها. ترحب (وطني) بمقالات السادة المهتمين ودراساتهم في مجالات الأمن والدفاع والاستراتيجية الشاملة والتطورات العالمية السياسية والاقتصاية وآفاق المستقبل .. ويتم ارسالها على عنوان المجلة مطبوعة او بخط اليد من الأصل وصورتين بالاضافة الى تعريف بالكاتب وصورته الشخصية أو الجهة المرسلة من قبلها تفصيلا .

الاعلانات : يتم الاتفاق بشأنها مع الادارة مباشرة او مندوبيها

اشتراكات ( وطني ) :

داخل الوطن للأفراد (٢٠) ديناراً -- للمؤسسات (٣٠) ديناراً

اخبار الرئيس ٦-٩

فعاليات مميزة لـ «التوجيه» ١٠-١٦

الطرق الترابية البديلة ٤٤-٤٩

قوات الـ(١٧) في سلفيت ٧٣-٧٦

طباعة المطبعة العربية الحديثة

فلسطين - القدس - شارع الرشيد

تلفون ٦٢٧٢٥٦٤-٠٢ تلفاكس ٦٢٦٤٩٤٣-٠٢

الرئيس يطلع مجلس الوزراء على آخر المستجدات ونتائج اللقاءات الدولية التي عقدها مع العديد من زعماء العالم

...ويحيي الجماهير لدى وصوله ارض الوطن عقب جولة شملت العديد من العواصم

# ثلاثة محاور أساسية للعمل

**بقلم: عثمان أبو غربية**
مساعد القائد العام لشؤون
التوجيه السياسي والوطني
المفوض السياسي العام

أصبح أمام القيادة الفلسطينية وبشكل ملح ثلاثة محاور لمعركة الاستقلال والبناء، وأصبح من الضروري السير المتزامن على هذه المحاور معاً ضمن خط توازن دقيق وفعال وناجح. وهي محاور الادارة السياسية للصراع واستمرار الانتفاضة وتجاوز نقاط الخلل الذاتي.

**المحور الاول:** وهو التحرك السياسي، والادارة السياسية لمعركتنا مع الاحتلال، وقد تقرر وبشكل حازم على أساسين:

**الاول:** وهو الايجابية في التحرك السياسي وموجباتها هي ضرورة كسب التأييد الدولي والاقليمي، وضرورة دعم النضال الميداني، واستمرار استكشاف فرص الحصاد، والعمل على زعزعة وحدة جبهة الخصوم، لا بد من ادراك الآفاق التي أمامنا بكل أبعادها، ولا بد من إدراكه مدى الفعل الذي يحقق الدفاع والهجوم السياسي في آن واحد، والذي يحقق التكامل بين ما هو تكتيكي وما هو استراتيجي ضمن واقع معقد وضمن تشابك في العلاقات الدولية والاقليمية وتأثيراتها.

**الثاني:** وهو الثبات على الثوابت الفلسطينية والتي تتجسد في أركان وعناصر هدف اقامة الدولة الفلسطينية المستقلة وعاصمتها القدس وحق العودة على أساس الشرعية الدولية وتنفيذها.

ان أي تردد أو زعزعة لهذه الثوابت سوف يؤدي الى انهيار في الحافة الاخيرة للحقوق الوطنية الفلسطينية بحدها الأدنى.

لقد تعرضنا لتركيز في المجهودات استهدفت تغيير المرجعية بانتهاك الشرعية الدولية وتجاوزها، وهو الامر الذي سيترك قضيتنا ومدى حقوق الحد الأدنى في مهب الريح.

وما لا شك فيه ان المواجهة تتطلب ذلك التوازن الدقيق بين الثبات والمناورة وتوقي المحاذير والمخاطر وقدرة الاستمرار.

وهذا التركيز ما زال قائماً بشكل أو بآخر وينطوي على هدف استدراجنا او جعل اقدامنا تنزل ولو بدرجة من الدرجات.

**أما المحور الثاني:** فهو الانتفاضة، لقد قدمت الانتفاضة زخماً ووتيرة لموجة من مواجهتها، ونحن في غمار المعترك السياسي ما زلنا نواجه عدم التخلي عن الروح الاحتلالية من قبل كل أطراف كيان الاحتلال.

ما من شك ان هذا الكيان يواجه أزمة بهذا الخصوص، أزمة التذبذب بين الروح الاحتلالية التي تسكنه الى كونه سمة ومقوّماً من مقومات الوجود.

وهذا الامر سيضعنا في كل الظروف وباستمرار أمام المواجهة بغض النظر عمن سيأتي رئيساً لحكومة الاحتلال، لأن المسألة هي مسألة تكوين، بل هي أزمة في التكوين.

اذن، لا بد من ان ندرك ان الخيار امامنا هو الاستمرار والاستمرار في الانتفاضة، حيث لا يجوز ان تكون هناك امكانية لاستمرار الأمر الواقع ولمعايشته من قبل كيان الاحتلال، لأن معنى ذلك هو استمرار الاحتلال، وانعدام الحرية والكرامة ونيل الحقوق الوطنية.

والمسألة التي أمامنا: ضرورة الايجابيات ومراجعة حساب الانتفاضة بحيث تتوفر:

أولاً: مقومات طول النفس وقدرة الاحتمال لدى شعبنا الفلسطيني.

وثانياً: الفعالية والنجاعة بعدم تمكين الاحتلال من النوم على حرير الأمر الواقع.

وثالثاً: تجاوز السلبيات التي دلت عليها التجربة.

ورابعاً: تطوير قاعدة الانتفاضة.

وخامساً: استكشاف القوانين الخاصة بها ضمن ظروفها الموضوعية وخصائصها.

وعلى أساس كل ذلك الاستمرار في الخيار الكفاحي خيار التضحية، فالطريق أمامنا ما زال يتطلب التضحية والنضال، وعدم تمكين الاحتلال ان ينام على حرير احتلاله.

**أما المحور الثالث:** فهو الوضع الداخلي، معالجة الأزمات التي لا يمكن ارجاؤها، ومعالجة ما يمكن وما يجب معالجته دون تأخير على الأقل، وذلك باجراءات هادئة وتدريجية وبدون تأثيرات جانبية سلبية.

ثمة سلبيات، وثمة بؤر لم تكن في مستوى المسؤولية والامانة، واذا كانت المعركة الخارجية تستنزف المجهود الأكبر للقيادة، فان من الواجب الوقوف أمام المسؤوليات لعدم تمكين ما هو سلبي ليحد مما هو ايجابي او ليعطل مفعوله ويعيق وصوله الى الاهداف.

لقد تعرض الجسم الفلسطيني في غمار هذه الانتفاضة المباركة الى زلزال موضوعي أظهر بعض مواقع الخلل وأظهر بعض مواقع القوة، ومن بعض مواقع الخلل ما لا يمكن التعايش معه او استمراره، خاصة وان المرحلة والظروف المقبلة تتطلب منا مقداراً أكبر من الجاهزية ومن الاستفادة من دروس التجربة.

يبدو ان الاحتلال ومجتمع الاحتلال سيركب خيوله أعلى خيوله، وهو

الامر الذي يجب ان ندرك منه:

أولاً: اننا سنواجه مرحلة صعبة اخرى، واننا امام ضرورة تجميع الخيوط والاوراق وتنقية الصفوف وتطوير الجاهزية.

ثانياً: ان هذه المرحلة ستكون المرحلة الاخيرة لكيان الاحتلال قبل ان يستسلم لحقيقة الكينونة الفلسطينية بثباتها وثوابتها.

لم يعد امامنا الا النصر والاستقلال والقدس والحقوق الوطنية الفلسطينية.

سيكتشف الاحتلال انه سيعود دائماً الى نقطة الصفر وسيكون دائماً أمام الخيار من جديد ان ينتهي الاحتلال وتتحقق الحقوق الوطنية الفلسطينية ضمن ثوابتها لهذه المرحلة التاريخية.

ولعل هذا الاكتشاف سيأتي والأمر ممكن لفرصة سلام، ولعله سيأتي والأمر غير ممكن، لكن الحقيقة الثابتة ان الشعب الفلسطيني لن يزول، ولن يزول من الوجود ومن التاريخ، ولن يقبل الاستسلام.

اننا نحقق انجازات بالنقاط، تتراكم عبر مسيرة صعبة ولكنها متقدمة وواثقة وحتمية النتائج.

ومن واجبنا في غمار ذلك ان نحصن جبهتنا الداخلية أمام اي نزعة من النزعات التي يمكن ان توقع الخلل او تؤدي الى فقدان أحد اركان الوقوف على الاقدام.

ثمة نزعات لعدم اعطاء الادارة السياسية للصراع مداها ومرونتها ومناورتها وفعاليتها، او لعدم اعطاء المعركة قاعدتها واساسها الكفاحي وهو خط الانتفاضة والنضال، او لعدم مواجهة مكامن الخلل سواء الموجه بالحرب النفسية وكافة الوسائل المباشرة وغير المباشرة، من قبل كيان الاحتلال او الناشئ من بعض السلبيات.. المهم مكان التأثير على الحصانة والمناعة الذاتية.

وهذه النزعات جميعاً إما نتاج النظرة الأحادية من زاوية واحدة او الوقوع في المحظور مهما كان نوعه ومداه.

ليس من شك ان لدينا من معالم اقترابنا من تحقيق النتائج، ومن معالم اقترابنا من الحصاد اشتداد الهجمة وسعار الاحتلال.

وهذه الأعراض هي أعراض الهزيمة والضعف وبداية الانهيار لمنظومة الشر التي نواجهها.

# أيها الشرفاء...

بقلم: العميد الحاج خالد مسمار

**وطني**- التحديات الراهنة، والصعاب التي تواجه مسيرتنا نحو اهدافنا العادلة والمشروعة تؤكد ان شعبنا لم يزل في دائرة الاستهداف، وان حجم هذه التحديات، وحدّة هذا الحصار الذي يعترض سبيلنا تحتم علينا ان نصل الليل بالنهار، وان نتواصل في عطائنا اللامحدود ونبذل الغالي والنفيس دفاعا عن وجودنا وكياننا ذلك ان المعركة دائرة وتدور منذ القدم وهي معركة وجود لا معركة حدود..

وفي هذه الاثناء وفي هذه الظروف الصعبة فان الرجال، الرجال، الاوفياء والمخلصين منهم هم الذين تقع عليهم أعباء الانتماء واعباء التصدي والصمود، ذلك ان الارض، كانت قد زلزلت زلزالها، وهي مقبلة دون شك على ان تخرج اثقالها..

وفي مثل هذه الظروف تتجلى الحقيقة ويسقط الادعاء ويتراجع الزبد ويذهب جفاء ويبقى الشرفاء وحدهم يتحملون العبء وينهضون بالتجربة ويستمرون في النضال، ليعلنوا بثباتهم واصرارهم ونقائهم ان المرحلة كما يقولون، وكما قيل من قبل» انها هي مرحلة مغارم لا مغانم » وفي السباق على الاستشهاد، في السباق على الفداء تخور قوى الادعياء ويتساقطون كما تتساقط الاوراق، او هم يتطايرون كما تتطاير ذرات الرمال.

وفي هذه المرحلة بالذات، ما احوجنا الى هذا الفرز، ما احوجنا الى نقاء النفس، ونقاء السريرة، وما احوجنا الى نفض الغبار كل الغبار الذي علق بالمسيرة، وحاول بجهله وغبائه وخداعه ان يتطاول على احلامنا وان يدس سمّه في



## وتتصاعد الانتفاضة

مائنا، واكلنا، وشربنا وهوائنا، فيجعل حياتنا بائسة كل البؤس ومريضة كل المرض..

ان هذه اللحظات الحاسمة هي بحاجة لكل الشرفاء ولكل الاوفياء، لكي يعلو الصوت ويرتفع فيشق عنان السماء، ولكي يتعاظم المد ويتراجع الجزر فيأتي الموج عظيما قويا يلفظ فيه البحر كل الجيف، وكل الوحل وكل القذارات ويعود وتعود السفن الى مياهه الزرقاء، ألم نقل لكم اننا من قبل ان يأتيكم نبأ الغيب وما يحمل المستقبل من مفاجآت، ان على عاتقنا وعلى اعناقنا ينهض الفجر، وينتهي الظلام، وتقطر السماء وتزهر الارض.

وتستمر الحياة، فأما من آمن واهتدى ولم يكن له في دمنا غاية او هدف فقد أتى، وحق له ان ينظر ما يرى، وأما من خان وغدر وشرب من دمنا فارتوى فان له نهاية اخرى، ولسوف يرى.

سلاماً على الشهداء، يستلون سيوفهم ويشرعون بناديهم للقتال كمشاريع شهادة.

سلاما للحجارة التي اوقدت بنارها وشرارها قلوبا وعقولا تكلست مع تراكم القهر والظلم واستمرار الخوف والقلق والخنوع.

سلاماً على الارض التي في بطنها يرقد الوعد والأمل والرجاء، وعلى اوجاعها يستخلف الله له عباداً مخلصين..

وصدق الله العظيم وهو القائل: « أُذِن للذين يُقاتلون بأنهم ظُلموا وأن الله على نصرهم لقدير ».

أخبار الرئيس

# نشاط مكثف في اتصالاته ولقاءاته..



## الرئيس يدعو المجتمع الدولي لتحمل مسؤولياته

وطني: لم تترك القيادة الفلسطينية منبراً سياسياً او تحركاً دبلوماسياً الا واثبتت فيه حضوراً نوعياً وابرزت فيه حجم العدوان الاسرائيلي على الاراضي والشعب الفلسطيني، ودعت من خلاله محبي السلام الى اتخاذ خطوات عملية تساهم في وقف العدوان وتحقيق السلام العادل والدائم والشامل المستند الى قرارات الشرعية الدولية ذات الصلة.



ورغم محاولات الولايات المتحدة المتكررة لاجبار الفلسطينيين على قبول مقترحات لا تلبي الحد الادنى من تطلعات شعبنا، وممارسة الضغوط على القيادة ودعوة الرئيس ياسر عرفات الى واشنطن لبحث ما عرف بمقترحات كلينتون، بقيت القيادة متمسكة بموقفها وصامدة في وجه الضغوط، واستطاعت تجاوز تلك الازمة بحنكة سياسية بعد ان اعطيت مهلة زمنية محددة للرد بالقبول او الرفض على المقترحات في الوقت الذي حاولت فيه القيادة الاسرائيلية احراج السلطة الوطنية باعلانها عن قبول مقترحات الرئيس الاميركي السابق على لسان رئيس وزرائها ايهود باراك الذي اشترط قبول اسرائيل لها بموافقة الفلسطينيين عليها.

لم ترضخ القيادة الفلسطينية لتلك المطالب، واخذت الوقت الكافي لدراسة المقترحات متجاهلة الوقت المحدد لذلك، واعلنت موقفها بضرورة تفسير بعض البنود وتفصيل اخرى عبر رسالة جوابية للادارة الاميركية.

وقاد الرئيس ياسر عرفات حملة دبلوماسية نشطة خلال المرحلة الماضية لحشد الدعم السياسي وفضح الممارسات الاسرائيلية والتي كان ابرزها القمتين العربية والاسلامية، والحضور القوي له في مؤتمر دافوس الاقتصادي، بالاضافة الى اجتماع الجمعية العامة للامم المتحدة ومجلس الامن للنظر في مطالب الفلسطينيين بضرورة توفير حماية دولية لشعبنا.

وفي مختلف المحافل قترس الرئيس عرفات حول الثوابت الوطنية الفلسطينية والمتمثلة في حق الشعب الفلسطيني باقامة دولته المستقلة على ارضه المحتلة العام ٦٧ بما فيها القدس وتقرير مصيره بنفسه وحق اللاجئين في العودة الى ديارهم وكرر دعوته الى المجتمع الدولي والقوى المحبة للسلام لاخذ دورها في ثني اسرائيل عن عدوانها ضد الشعب الفلسطيني والانصياع لقرارات الشرعية الدولية المتعلقة بالقضية الفلسطينية، وموضحاً في الوقت نفسه ان الشعب الفلسطيني اختار السلام العادل والدائم والشامل سلام الشجعان الذي يعيد لكل ذي حق حقه وليس السلام المبني على الهيمنة والقمع وسلب الارض وبناء المستوطنات ونهب الثروات الطبيعية ومصادر المياه والتحكم بشعب آخر.

ففي دافوس وامام ممثلي كافة دول العالم استعرض سيادته الممارسات القمعية الاسرائيلية بحق شعبنا الاعزل وركز خلاله على الخسائر الناجمة عن العدوان والاضرار الاقتصادية التي لحقت بشعبنا وسلطته الوطنية واقتصادنا الوطني الذي تسلمته السلطة مدمراً من قبل الاحتلال، واشار الى ان مجمل الخسائر خلال الاشهر الاربعة الاولى للعدوان الاسرائيلي تجاوزت ٢.٤ مليار دولار في الوقت الذي اقدمت فيه



الرئيس ومبعوث المستشار الالماني في غزة

الرئيس مع وزير خارجية السويد الاسبق اندرسون



الرئيس يؤدي صلاة الجنازة على فقيد آل الشوا

قوات الاحتلال على اقتلاع مئة الف شجرة مثمرة وتجريف ٨٠ الف دونم من الاراضي الزراعية وطرد عمالنا، وتمنع الاستيراد والتصدير من المناطق الفلسطينية واليها، وتعرقل وصول المساعدات الانسانية التي يقدمها الاشقاء من مواد تموينية وادوية. وما زالت تضع العقبات والصعاب في وجه الاقتصاد الفلسطيني النامي.

وقال ان اسرائيل تشن حرباً همجية ووحشية علينا منذ اربعة اشهر وعدواناً عسكرياً غاشماً تستخدم فيه الاسلحة التي يدخل في تركيبها اليورانيوم المستنفذ، وتفرض حصاراً شاملاً ضاربة عرض الحائط بكل قرارات الشرعية الدولية والقانون الدولي والانساني واتفاقية جنيف الرابعة الخاصة بحماية المدنيين في زمن الحرب، وتضع شعبنا بأكمله في مواجهة التصعيد العسكري الخطير وهذا يتناقض كذلك مع الاتفاقيات الموقعة منذ مدريد واوسلو، وهو الامر الذي يتناقض مع روح السلام، فالذي يريد السلام يسعى اليه بايمان واخلاص ولا يعمد الى القتل والتنكيل والتدمير والتخريب كما تفعل حكومة الاحتلال وجيشها.

ووضع الرئيس عرفات زعماء العالم امام مسؤولياتهم التاريخية تجاه الشعب الفلسطيني الذي اصبح ثلاثة ارباعه يعيشون تحت خط الفقر، ودعاهم الى تحمل مسؤولياتهم الاخلاقية والانسانية والعمل بكل اخلاص وحيادية ونزاهة وفقاً للقرارات الدولية ذات الصلة بفلسطين، مذكراً المجتمع الدولي ان الشعب الفلسطيني قدم تنازلات جسيمة من اجل السلام العادل والدائم والشامل حين قبل بأقل من ربع مساحة فلسطين التاريخية ووافق على مبدأ الارض مقابل السلام على اساس قراري مجلس الامن ٢٤٢ و ٣٣٨ اللذين ينصان على انسحاب اسرائيل كقوة احتلال من الاراضي العربية والفلسطينية المحتلة بما فيها القدس الشريف، والعودة الى خطوط الرابع من حزيران العام ٦٧ وازالة كل ما اقامه الاحتلال من مستوطنات وتنفيذ القرار ١٩٤ الخاص باللاجئين الفلسطينيين.

ولم يترك الرئيس عرفات فرصة للقاء اي زعيم دولي لاطلاعه على المستجدات في الساحة الفلسطينية الا واستثمرها، فعلى هامش مؤتمر دافوس عقد الرئيس ياسر عرفات اجتماعات متعددة خاصة مع كوفي عنان الامين العام للأمم المتحدة وجيمس وولفنسون رئيس البنك الدولي وستيب ميتشر الرئيس الكرواتي واودلف ادمي رئيس الكونفدرالية السويسرية وشمعون بيرس وتناولت مختلف اللقاءات التصعيد الاسرائيلي على الارض والدور الذي يمكن ان يلعبوه لوقف العدوان ومساندة الشعب الفلسطيني.

كما ان الرئيس عرفات حرص كعادته على وضع الزعماء العرب امام مسؤولياتهم القومية والتاريخية من خلال التنسيق والتشاور المستمرين معهم خاصة الرئيس المصري محمد حسني مبارك ووزير خارجيته اللذين لم يدخرا جهداً في دعم الموقف السياسي الفلسطيني وتوحيد الموقف العربي والسعي الحثيث لتفعيل قرارات القمة العربية الاخيرة خاصة ما يتعلق بالحملة الدبلوماسية والاعلامية لاطلاع العالم على الممارسات الوحشية الاسرائيلية بحق شعبنا، واطلاع الزعماء على مختلف المستجدات على الارض والتحرك السياسي الفلسطيني.

ولم يغفل الرئيس عرفات الدور الاوروبي محاولاً تفعيله بما يتلاءم والنفوذ المتعاظم لدول الاتحاد، فقد حرص سيادته على اطلاع الزعماء الاوروبيين على مختلف المستجدات والحفاظ على اتصال دائم مع المبعوث الاوروبي لعملية السلام في الشرق الاوسط ميغيل موراتينوس لاطلاعه على مختلف المستجدات.

وحول العلاقة مع الولايات المتحدة الراعي الرئيس لعملية السلام في الشرق الاوسط حرصت القيادة الفلسطينية على استغلال النقاط الايجابية في اي تحرك او موقف اميركي، مع ادراكها التام لانحياز الادارة الاميركية لصالح اسرائيل، ففي الوقت الذي ثمن فيه الرئيس عرفات والقيادة الفلسطينية موقف الرئيس الاميركي السابق بيل كلينتون واهتمامه الكبير بالصراع في الشرق الاوسط ومحاولاته ايجاد حل نهائي للصراع، دعا الادارة الاميركية الجديدة الى ايلاء الملف الفلسطيني نفس القدر من الاهتمام بملف الشرق الاوسط لايجاد حل عادل ودائم وشامل للقضية الفلسطينية.

وخلال المعركة السياسية التي واكبت التطورات على الارض شهد العديد من رجال السياسة والدبلوماسيين الدوليين بحنكة الرئيس عرفات في ادارة العمل الدبلوماسي الفلسطيني كما جاء على لسان احد الخبراء الاميركيين، حينما اشار الى قدرة الرئيس عرفات على المناورة السياسية، دون تقديم التنازلات الحقيقية، وهذه الحقيقة تزامنت مع ترسيخ القناعة لدى الشارع الفلسطيني بقدرته على توجيه دفة الامور على الارض وفي المحافل السياسية وتألقه في تجاوز الازمات ومتابعته لمختلف التطورات الداخلية والخارجية رغم جسامتها، فعظم المسؤولية السياسية لم ينل من عزيمته في متابعة القضايا الفلسطينية الداخلية، ومشاركته في تشييع الشهداء وتقديم واجب العزاء لهم والتخفيف عن الجرحى وتفقد المواقع العسكرية التي تعرضت للقصف الهمجي الاسرائيلي، وحزمه في مواجهة الغزاة واعوانهم من خلال المصادقة على قرارات الاعدام التي اتخذتها المحاكم بحق عدد من الخونة.

## انشطة وفعاليات التوجيه السياسي والوطني في ظل الانتفاضة

# لقاءات واجتماعات ومهرجانات واحتفالات وندوات ودورات مختلفة ومتميزة
# ابو غربية: الانتفاضة مستمرة لاحداث التغيير النوعي



جانب من حضور احدى الندوات



عثمان ابو غربية والارشمندريت عطا الله حنا

انطلاقا من رسالة التوجيه السياسي والوطني، وبازدياد حجم المهام والاعباء في ظروف الانتفاضة الجديدة «انتفاضة الاقصى» التي دخلت شهرها الخامس وسط ظروف الحصار المستمر ومحاولات «قوات الاحتلال» النيل من صمود شعبنا وجماهيرنا تركزت انشطة التوجيه السياسي والوطني الرسمية والجماهيرية والتعبوية في كافة الميادين والاتجاهات لتشمل محافظات الوطن باكمله ولان مجلة «وطني» تضطلع بمسؤوليات خاصة وهامة في مجال الاعلام والتعبئة الفكرية والتوجيه الوطني فقد رصدت المجلة كافة النشاطات من خلال محرريها وكاميرا المصور وسجلت اهم وقائع المحاضرات والندوات والمهرجانات والدورات والفعاليات التالية:

### اجتماعات وقرارات

ففي مقر التوجيه السياسي والوطني عقدت اجتماعات متواصلة للجنة العليا للتوجيه السياسي برئاسة الاخ عثمان ابو غربية مساعد الرئيس لشؤون التوجيه السياسي والوطني – المفوض السياسي العام، وبحضور نائبه العميد الحاج خالد مسمار، وجرى فيها تناول اهم القضايا والموضوعات في جداول الاعمال، التي تضمنت عددا من برامج العمل المعدة والفعاليات والمهام التي تتعلق بواجبات المفوضين السياسيين اليومية في محافظات الوطن في ضوء المستجدات على صعيد المواجهات اليومية واعباء الحصار الذي تتعرض له قرانا ومدننا، وكان الاخ المفوض السياسي العام قد عقد اجتماعات اخرى في مستوى الجهد الاعلامي والتوجيهي والمعنوي بعد ان اصدر قرارات بتشكيل لجنة الطوارئ الاعلامية، واللجنة العليا لمفوضية الاعلام، وحضر جانبا من هذه اللقاءات الاخ يحيى يخلف عضو المجلس الثوري لحركة فتح، وكيل وزارة الثقافة، والروائي الحائز على جائزة فلسطين عن اعماله الروائية لعام 2000 والاخ المتوكل طه رئيس بيت الشعر الفلسطيني والاذاعي يوسف القزاز والكاتب عزت الغزاوي رئيس اتحاد كتاب فلسطين وعدد آخر من الكفايات الاعلامية والثقافية التي ساهمت بآرائها وافكارها في اغناء تجربة ومهمة هيئة التوجيه السياسي والوطني الاعلامية.

وعلى صعيد آخر فقد استكمل الاخ المفوض السياسي العام صياغته لهيكلية مفوضية الاعلام بعدد من القرارات والتكليفات التي تضمن قدرة المفوضية على تصديها لواجباتها والقيام بها.

هذا وكان ابو غربية، قد ثمن دور كوادر الهيئة كافة في هذه الاجتماعات واشاد بجهودهم.. وقال انهم تحدوا الحصار والاغلاقات.. من اجل ان يكونوا دائما في مواقعهم واعمالهم للمساهمة في اداء رسالة التوجيه السياسي والوطني ثم استمع الى آرائهم وثمن ملاحظاتهم.. واكد انه سيبذل كل جهد ممكن لتذليل كافة الصعاب والعراقيل التي تعترض سبيل العمل المخلص البناء.

### الانتفاضة وحق العودة

وفي المستوى الجماهيري اشار ابو غربية الى ما تحقق على ايدي ابطال الانتفاضة برفع السقف السياسي للمفاوض الفلسطيني، واثر هذه الانتفاضة على الشارع العربي في محاضرة له بمقر وزارة التخطيط والتعاون الدولي حيث قال: «ان الانتفاضة احدثت انقلابا في الاستراتيجية العربية وانها ستستمر لاحداث التغيير النوعي وحتى تحقق اهدافها التي انطلقت من اجلها»، وقال في محاضرة اخرى له في مركز شباب الامعري: «ان الانتفاضة جاءت تعبيرا عن رفض الشعب الفلسطيني للممارسات الاسرائيلية ونتيجة لنفاذ صبر الشارع جراء المظالم الاسرائيلية».

وشدد على حق العودة للاجئين الفلسطينيين وتعويضهم عن المعاناة والاضرار التي لحقت بهم واكد انه عنده حق النازحين الذي يوازي في اهميته القدس