

جانب من حفل تخريج دورة لشرطة رام الله والبيرة

الى توخي الحذر امام المحاولات المشبوهة لضرب هذه العلاقة.
وكذلك دعا الارشمندريت عطا الله حنا الى كف اسرائيل عن التدخل بامور الكنيسة، والانسحاب التام من الاراضي المحتلة حتى تعود المقدسات الاسلامية والمسيحية».
وفي نهاية اللقاء دعا ابو غربية الى تعزيز التعاون ما بين الكنيسة الارثوذكسية، والتوجيه السياسي والوطني وذلك باقامة ورشات عمل توعية مشتركة يديرها ويحييها مفكرون مسلمون ومسيحيون لترسيخ قواعد العلاقات بين الديانتين ولتقديم النموذج المثالي للعلاقة بين ابناء الشعب الواحد.

## ورشة عمل

ومن ناحية اخرى في ظل موضوع العملاء، وافعالهم الخسيسة والدنيئة خاصة دورهم في تصفية عدد من قادة الانتفاضة الميدانية يحتل نفسه يفرض على حديث الشارع ومشاعر الناس ووجدانهم، وفي الاروقة السياسية والدوائر والمواقع العسكرية حيث تعالت الاصوات المطالبة بتصفيتهم جسديا قبل المحاكمات و بعدها.

فتصدى التوجيه السياسي والوطني لمناقشة هذه القضية كموضوع شائك وعقد العديد من الدورات والندوات وورش العمل بمشاركة رجال الفكر والقانون وحقوق الانسان وخلصت المناقشات الى رأي جماعي مفاده «ان ملاحقة العملاء مسؤولية السلطة الوطنية وحدها»، وليست مسؤولية الافراد الذين ينفذون احكاما ميدانية ارتجالية قابلة للخطأ، مما ينعكس سلبا على امن وسلامة المجتمع الفلسطيني».

وفيما يلي نعرض لاهم الآراء التي تم تداولها من قبل المشاركين في الورشة التي اعد لها كل من مدرسة الشهيد ماجد ابو شرار لاعداد الكوادر ومؤسسة مانديلا لرعاية شؤون الاسرى والمعتقلين بحضور العميد الحاج خالد مسمار نائب المفوض السياسي العام، ومشاركة فاروق ابو الرب مدير عام وزارة العدل، وقدورة فارس عضو المجلس التشريعي، وخالد بطراوي عضو مجلس امناء مؤسسة مانديلا هذا وادار الورشة العقيد بكر ابو بكر مدير مدرسة الكادر.

## فاروق ابو الرب

وتناول فاروق ابو الرب في مداخلته القوانين المعمول بها في الضفة الغربية والقطاع مستعرضا البنود الرئيسية المتعلقة بموضوع العملاء وعرض الخطوات القانونية المرعية خلال عملية الاعتقال واخذ الافادات واصدار الاحكام، مشيرا الى ان الكثير من جرائم القتل سجلت ضد مجهول واسقطت التهمة على المشبوهين نتيجة تحقيقات غير عملية، اجرتها جهات غير مختصة، وغير مخولة.

واكد ان القانون المعمول به لدينا، يحتوي على بنود تبيح تطبيق العقوبة القصوى بحق الخونة، والمتساقطين وهي الاعدام.

## قدورة فارس

اما قدورة فارس وهو رئيس لجنة حقوق الانسان في المجلس التشريعي فقد اكد على ان معالجة موضوع العملاء، حساس، وان غالبية الدول تترك هامشا في قوانينها للظروف الاستثنائية والطوارئ.

والوضع لدينا اكثر صعوبة وتعقيدا، لان الاحتلال مازال قائما، ويناصبنا العداء، ويستخدم ورقة العملاء بشكل سافر، وبعيدا عن حقوق الانسان.

## خالد البطراوي

هذا واستعرض خالد البطراوي وجهة نظر المنظمات الحقوقية والميثاق العالمي، الذي يرفض عقوبة الاعدام مؤكدا وجود خصوصية لأي مجتمع، وان عقوبة الاعدام لا رجعة فيها حتى لو برزت معطيات جديدة تبرئ ساحة المحكوم، واكد ان اتفاقات جنيف تحظر على دولة الاحتلال تجنيد اشخاص محليين للعمل لصالحها وهذا ما



عزام الاحمد وزير الاشغال العامة والعقيد ابراهيم جرار



محمد بركة يتوسط يحيى يخلف ود. محمد اشتية

د. احمد صبح والعقيد ربحي محمود

قيادة نفسه وقد اثبت شعبنا فشل هذه المحاولات باصراره على الاستقلال مذكرا باهمية مواجهة التحديات من خلال تكاثف الجهود وتطوير المؤسسات وتحسين الديمقراطية في المجتمع الفلسطيني.

وكان الفنصل البريطاني روبن كيلي قد شارك في الاحتفال بكلمة اكد فيها على حتمية قيام الدولة الفلسطينية مشيرا الى ان ما جرى على الارض من تدريب وصقل يسهم في عملية البناء وينعكس ايجابا على المجتمع.

وفي كلمة له في حفل التخريج قال د. محمود سحويل مدير مركز علاج ضحايا التعذيب: «ان التعذيب الاسرائيلي يستهدف نفسيات الافراد والاسر في المجتمع الى جانب الاستهداف الجسدي» واستعرض الخدمات التي يقدمها المركز في تخفيف المعاناة وعلاج الضحايا.

## اتصالات ونشاطات رسمية

هذا واستقبل ابو غربية في مكتبه عددا من الشخصيات العربية والاجنبية ووفودا رسمية وبحث معها عدة موضوعات كان من اهمها الاوضاع السياسية الراهنة، والواقع الصعب في ظل الحصار الاسرائيلي المستمر.

واستقبل في مكتبه في البيرة السيد اكزرد حلجور مستشار ومسؤول الدائرة السياسية في مكتب التنسيق الخاص للمسيرة السلمية التابع للامم المتحدة حيث اطلع على مستجدات الوضع السياسي، وموقف القيادة الفلسطينية من ممارسات الاحتلال بحق ابناء شعبنا وقد ابدى حلجور تفهمه لاحتياجات الشعب الفلسطيني ومطالبه في الحرية والاستقلال اسوة ببقية شعوب المنطقة.

واستقبل في مكتبه كذلك الارشمندريت ميليتيوس بصل، الرئيس الروحي للطائفة الارثوذكسية في محافظة رام الله والبيرة.

واشاد الارشمندريت بصل بالعلاقات الاسلامية - المسيحية في فلسطين، ودعا

كما استقبل في وقت آخر الارشمندريت عطا الله حنا الناطق الرسمي باسم

والدولة واشاد باللاجئين من ابناء المخيمات الذين حملوا على اكتافهم عبء الثورة والانتفاضة.

## تخريج دورات

وخرّج ابو غربية العديد من الدورات لضباط وافراد الاجهزة الامنية والشرطة وامن الرئاسة.

وفي حديثه اثناء تخريج دورة « مقاومة الحرب النفسية» التي اقامتها مدرسة الشهيد ماجد ابو شرار لاعداد الكوادر بالتعاون مع مركز علاج وتاهيل ضحايا التعذيب، لضباط وافراد امن الرئاسة في مقر المقاطعة برام الله بحضور العقيد بكر ابو بكر مدير المدرسة والعقيد ربحي محمود مسؤول الاعلام في المحافظات الشمالية وعدد من رجال الفكر والسياسة وحقوق الانسان قال: « ان بناء الانسان بناء سليما وقويا هو هدفنا في الاساس ».

وفي تخريج دورة «آثار الحرب النفسية والتدخل اثناء الازمات » التي عقدت بالتعاون ما بين مدرسة الشهيد ماجد ابو شرار لاعداد الكوادر ومركز علاج ضحايا التعذيب بحضور العميد محمد اسماعيل «ابو اشرف » نائب مدير شرطة رام الله والعقيد زهير الدويك نائب المفوض السياسي العام للشؤون الادارية والمالية والعقيد. د. صبحي عبيد المفوض السياسي للشرطة في المحافظات الشمالية، والعقيد ابراهيم جرار مدير مكاتب المفوض السياسي العام، والعقيد شهاب محمد رئيس التحرير والمفوض السياسي لشرطة رام الله والبيرة، والمقدم ابو ربيع مساعد مدير عام شرطة رام الله والبيرة قال ابو غربية: «ان الاحتلال مارس التخريب الاجتماعي والنفسي والاقتصادي على مدى سنين وساهم في خلق ظواهر سلبية بطرق مباشرة وغير مباشرة، وحارب الثقافة الفلسطينية بشكل محدود لاثارة الشك في القدرات للحيلولة دون قدرة الشعب الفلسطيني على



العميد الحاج خالد مسمار وقدورة فارس وفاروق أبو الرب وخالد البطراوي



عثمان أبو غريبة والوفد الألماني الزائر

تمارسه «إسرائيل» على الأرض.

### ندوات سياسية

على صعيد آخر أقامت هيئة التوجيه السياسي ندوات فكرية وسياسية هامة في مقرها بالبيرة شارك فيها عزام الأحمد عضو المجلس الثوري لحركة فتح وزير الأشغال العامة، ومحمد بركة عضو الكنيست، ورئيس كتلة الجبهة الديمقراطية للسلام والمساواة، ود. أحمد صبيح مدير عام وزارة التخطيط.

### عزام الأحمد

هذا وكان عزام الأحمد قد تناول في ندوة خاصة بكوادر التوجيه السياسي والوطني مستجدات الأوضاع السياسية، وآخر التطورات في ضوء الأوضاع الراهنة ونتائج الانتخابات في الكيان المحتل وصعود «شارون» المعروف بتطرفه السياسي إلى قمة الهرم القيادي - وقال: «إن هذا لدليل أكيد على عدم نضوج العقلية - الإسرائيلية - واستعدادها لتحقيق السلام».

وقال: «إننا الآن في مواجهة أخطار وتحديات السير في حقول الألغام وعلينا أن نتجاوز ذلك كما تجاوزناه في الماضي بالحفاظ على الموقف الرسمي والشعبي القاضي بعدم تقديم تنازلات في القضايا الحساسة، ودعا إلى عدم الانجرار وراء وسائل الإعلام المفرطة التي تسعى إلى التشكيك في الموقف الفلسطيني الرسمي، وأكد على ضرورة الاستناد إلى بيانات القيادة الرسمية في الحكم على المواقف وسير الأمور خاصة مع الطرف الآخر ومقاومة الإشاعات المفرطة ورص الصفوف في مواجهة كل الأخطار والتحديات.

### محمد بركة

أما محمد بركة فقد تناول في محاضرته التي ألقاها في التوجيه السياسي والوطني موضوع «الانتخابات الإسرائيلية» وتوقع فوز شارون ورسم سيناريوهات لما سيكون عليه الوضع واحتمالاته بالإضافة إلى موازين القوى في «الكنيست» ودورها في تشكيل الحكومة معتبرا أن انتخاب (شارون) يسير بالمنطقة نحو التطرف وقال: «إن غياب استراتيجية سلام في إسرائيل وتحكم العسكريين في سير الأمور

وتأثيرهم السياسي هو أحد أسباب المعضلة الرئيسية»، وأضاف: «إن جميع الأجهزة العسكرية والشرطة دعمت انتخابات أرئيل شارون مما يشكل قاعدة لحكومة تقوم على أساس فاشي.

### د. أحمد صبيح

من جانبه قال د. أحمد صبيح «إن وزارة التخطيط والتعاون الدولي هي نواة الخارجية الفلسطينية مستقبلا»، وأكد أن الحقائق المتوفرة على الأرض في الواقع، كعنصر الأرض، وعملية السلام، والمفاوضات، خلقت ندية مع «الكيان المحتل، بالإضافة إلى وجود الرئيس على أرض فلسطين فإنه جعل الوزارة أشبه ما تكون بوزارة دولة للشؤون الخارجية.

وقال أن أكثر من ألف وفد رسمي بمستويات مرموقة كانوا قد زاروا مناطق السلطة الوطنية، الأمر الذي حتم على الوزارة القيام بأعباء وزارة خارجية.

وأشار إلى طبيعة التعاون ما بين الوزارة والسفارات في الخارج حيث يتم تزويدها بالمعلومات حول الأوضاع الداخلية والسياسية العامة من خلال الحقيبة التي تؤمنها الوزارة باستمرار للسفراء الفلسطينيين.

وعن معوقات العمل الدبلوماسي أوضح أن نقص الموازنات المخصصة لذلك هي أبرز العوائق أمام تنامي العمل الدبلوماسي، الذي يتقدم عمليا رغم قلة الإمكانات.

### احتفالات

وفي إطار النشاط المتواصل وضمن برامج التوجيه السياسي المفتوحة فقد نظمت هيئة التوجيه السياسي والوطني حفلا كبيرا تكريما للكاتب الروائي، المناضل يحيى يخلف عضو المجلس الثوري لحركة فتح ووكيل وزارة الثقافة بمناسبة فوزه «بجائزة فلسطين» عن روايته «بحيرة وراء الريح» وقد حضر الحفل بالإضافة إلى الأخ عثمان أبو غريبة مساعد الرئيس لشؤون التوجيه السياسي والوطني- المفوض السياسي العام عدد كبير من الكتاب والشعراء والأدباء والمفكرين الفلسطينيين وعدد كبير من زملاء الأخ يحيى يخلف وأصدقائه ومن أصدقاء التوجيه السياسي والوطني ومساعديه في رسالته الوطنية والتعبوية والثقافية وفي مقدمتهم عدد كبير من أعضاء المجلس الثوري لحركة فتح.. هذا وألقى في الاحتفال عدد من المثقفين

كلمات معبرة تحمل معاني التقدير والوفاء والاعتزاز بتجربة الكاتب والمناضل الذي لعب دورا مهما في مستوى الحياة النضالية والتنظيمية كقائد ميداني ترك بصمات واضحة في مواقفه النضالية، وكان أول المتحدثين الأخ عثمان أبو غريبة وزار في كلمته التي قال فيها ( أن إبداع يحيى يجمع بين خصب الموهبة وغزارة الإنتاج )
وكان قد استمد ذلك من تنوع أدائه حيث بدأ حياته مدرسا ثم مقاتلا إلى جانب خصوبة التجربة التنظيمية لديه في حركة فتح وعمله النقابي كرئيس للاتحاد العام للكتاب والصحفيين الفلسطينيين في مرحلة سابقة. وأضاف أن ذلك انعكس على عطائه الأدبي الذي تجلى في رائعته ( نجران تحت الصفر ) وقصصه القصيرة و« تلك المرأة الوردة ». وفي رائعته التي استحق عليها الجائزة بجدارة « بحيرة وراء الريح » التي أرخ فيها للنكبة التي حلت بشعبنا أواسط القرن الماضي.

وأضاف أنني اعتبر هذه الجائزة تكريما لكل مثقف فلسطيني وكان الأخ صخر أبو نزار عضو اللجنة المركزية لحركة فتح قد ألقى كلمة مؤثرة بهذه المناسبة أشاد فيها بدور يحيى ونضاله وإبداعه الفني والثقافي وقيمته في مسيرة الحركة الثقافية ثم تحدث عدد آخر من المثقفين الذين قدموا له التهنئة بالجائزة وتمنوا له دوام التوفيق في مسيرته الإبداعية وألقى المتوكل طه رئيس بيت الشعر الفلسطيني كلمة أشاد فيها بكفاح وتجربة (أبو الهيثم) ودوره الأساس في مسار الحركة الثقافية والوطنية والقومية والإنسانية والإبداعية وفي ختام الحفل تحدث أبو الهيثم وعبر عن سعادته الغامرة وشكره وامتنانه وتقديره لهذا الوفاء. فقال: «إن هذا الوفاء الجميل هزني وهو يشبه فسحة الأمل التي أضاءت روحي وأنها لمسة كريمة من الجميع سوف تبقى تتفاعل في وجداني بآثرها الطيب وصدقها وأهميتها » ثم أثنى على فكرة تكريم المبدعين وهم أحياء، وعدم الانتظار حتى يتم تكريمهم بعد موتهم..

### أنشطة وفعاليات لمفوضية الشرطة

ولم نجد الإغلاقات والحواجز والحصارات التي تفرضها قوات الاحتلال على القرى والمدن الفلسطينية بين حين وآخر من قدرة وطاقة المفوضين السياسيين ومهامهم

الوطنية فقد قام العقيد د. صبحي عبيد المفوض السياسي للشرطة في المحافظات الشمالية بزيارات لعدد من مقرات الشرطة في رام الله والبيرة وبعض المحافظات الأخرى وقدم واجب العزاء لعدد من شهداء الانتفاضة المباركة وزار كذلك عددا من الجرحى.

في حين مثل العقيد أبو شبلي التوجيه السياسي والوطني في العديد من المناسبات والاحتفالات والمهرجانات التي أقامتها القوى والفصائل الفلسطينية في مناسبات مختلفة، وتحدث في عدد من المواقع التي زارها حول الوضع السياسي الراهن وأهمية الوحدة الوطنية الفلسطينية والدفاع عن الأرض والسعي الدؤوب لتحقيق أهداف الانتفاضة المباركة.

### فعاليات جنين

وفي محافظة جنين ظلت مديرية التوجيه السياسي والوطني تؤدي دورها النضالي بفعالية عالية، وتشارك جماهيرنا في نضالها اليومي وتصعيدها المستمر لقوات وآلة الحرب الصهيونية ومن أجل تحقيق التكامل في أداء الأجهزة لواجباتها اليومية، ولتكريس الوعي والحرص والحضور الذهني المطلوب من المديرية في ظروف العدوان الهمجي المستمر عقدت عددا من الندوات والمحاضرات وورشات العمل واللقاءات التلفزيونية وخصصت برامج توعية وتثقيفية خاصة بالشرطة، تضمنت عددا من العناوين والموضوعات مثل الشائعات، ومقاومتها.. والموقف السياسي الراهن، والانتفاضة ودور الأجهزة ومسؤوليتها في هذه المرحلة بالإضافة إلى علاقة رجل الأمن بالمواطنين وكان قد أشرف على هذا البرنامج مفوض الشرطة في المحافظة اشرف أبو عون.

### برامج تعبوية

وفي جانب الأنشطة وفعاليات التوجيه السياسي والوطني في محافظة جنين فقد أشرف على البرنامج مفوض الأمن الوطني عبد الرحمن سعيد وتضمن عناوين من أبرزها «الوضع السياسي الراهن والحرب النفسية » في حين تضمن برنامج الأجهزة

العميد سليم الوادية في حديث لـ«وطني»:

# شعبنا يرد على العدوان ويصر على أهدافه



العميد سليم الوادية

## المطلوب موقف عربي واضح وصريح ضد التطبيع

غزة - «وطني»:

قال العميد سليم الوادية «ابو سلام» نائب المفوض السياسي العام لشؤون التوجيه السياسي والوطني في غزة، ان السياسة الاسرائيلية سواء كانت ليكودية او عمالية تهدف الى الغاء اتفاقيات السلام وضرب الارادة الفلسطينية التي اصبحت تشكل خطراً حقيقياً على المشروع الصهيوني بأكمله.

واضاف العميد ابو سلام خلال حوار خاص لـ«وطني» ان باراك وشارون متفقان على سياسة واحدة ضد الشعب الفلسطيني تهدف الى النيل من هذا الشعب.

وطالب الوادية الدول العربية باتخاذ موقف عربي واحد وموحد إزاء القضية الفلسطينية، وفيما يلي نص الحوار:

### ضرب الارادة الفلسطينية

* الساحة الفلسطينية تشهد تصعيداً في العدوان من قبل الكيان المحتل، هل ترى ان هناك علاقة لهذا التصعيد بفوز شارون في الانتخابات الاسرائيلية؟

- التصعيد ليس وليد اليوم او الامس او مرتبطاً بمجيء شارون او عدمه، ومن ينظر الى الوقائع يجد ان السياسة الاسرائيلية سواء كانت ليكودية او عمالية سياسة واحدة متفقون على قضية اساسية وهي

متلفزة خاصة «برنامج محطات ساخنة» الذي يناقش قضايا حياتية واستراتيجية.

### دورات لمديرية التدريب

وفي محافظات غزة اقامت مديرية التدريب عددا من الدورات في مجال القيادة والادارة وتطوير المهارات بالتعاون مع حركة التحرير الوطني الفلسطيني فتح واتحاد لجان المرأة حيث عقدت ثلاث دورات في مجال القيادة، والادارة شارك فيها سبعون منتسبا من مختلف المؤسسات المدنية والعسكرية واستمرت لمدة شهرين ونصف.. وفي مدرسة تدريب قوات الامن العام والشرطة عقدت دورة تطوير المهارات الادارية وشارك فيها ثلاثة وعشرون متدربا من المخابرات العامة واستمرت لمدة شهرين.

واكد العميد سميح نصر على اهمية هذه الدورات في صقل الخبرات وتطوير الاداء للرقي بالمؤسسات المدنية والعسكرية.



العقيد نايف سويطات

الامنية الذي اشرف عليه كامل جابر، العناوين والموضوعات التي تحقق الارشاد والتوعية في اداء الواجب والمسؤوليات الملقاة على عاتق الكوادر ومنتسبي هذه الاجهزة في ظروف استثنائية وخاصة.

### الاعلام والعلاقات العامة

وفي محافظة جنين ايضا فقد تميز النشاط الاعلامي ببرنامج مفوضية الاعلام في المحافظة حيث تم توقيع اتفاقية تعاون وتنسيق بين مديرية التوجيه السياسي والوطني ومديرية الثقافة في المحافظة وكانت قد أتت



العقيد د. صبحي عبيد

أكلها في عدد من النشاطات البارزة والمشتركة في مجالات عديدة ابرزها اقامة المهرجانات الوطنية، والندوات والمعارض وقد وقع العقيد نايف سويطات عن التوجيه السياسي والوطني في حين وقعها يوسف المحمود عن مديرية الثقافة..

كما ان النشاط الاعلامي في المحافظة لم يتوقف عند حدود ذلك بل ان مفوضية الاعلام في المحافظة كانت قد رصدت وغطت كافة الانشطة وشاركت في برامج



جانب من الحضور في احدى الندوات

الغاء اتفاقيات السلام الموقعة بين منظمة التحرير الفلسطينية وحكومة الاحتلال، والآن يريدون ان يتخذوا من الموقف الفلسطيني وثوابته الفلسطينية وخاصة القدس واقامة الدولة الفلسطينية المستقلة وازالة الاستيطان وحق العودة للاجئين حسب القرار الدولي ١٨١ ذريعة لذلك وهذه القضية مرتبطة بالصمود الفلسطيني والموقف الثابت للأخ الرئيس ياسر عرفات في كامب ديفيد وطابا وشرم الشيخ وتأكيده على حق العودة وتقرير المصير والدولة الفلسطينية المستقلة والثوابت الوطنية لشعبنا، واما الآن فان الجانب الاسرائيلي يحاول الضغط على الشعب الفلسطيني من اجل التنازل عن هذه الثوابت فبدأ الحصار والقتل وتجريف الاراضي وقلع الاشجار وتدمير البيوت بشكل عنيف بالرغم من ان هذه الاعتداءات يرفضها القانون الدولي.

## سياسة الاغتيالات

* ما زال الاحتلال يواصل سياسة الاغتيالات ضد كوادرنا، بماذا تعقب على ذلك؟

- اتصور انه في الفترة القادمة سيكون نموذج الاغتيال هو الوارد والذي يعتبره الاسرائيليون اقل ضرراً على الساحة الدولية والعربية، وما قاموا به من قصف للمواقع والمؤسسات الوطنية في مختلف محافظات الوطن ادى الى تصاعد حالة اعلامية مضادة لهم بشكل كبير وعنيف والآن امام ردود الفعل العالمية ضد العدوان الاسرائيلي على الشعب الفلسطيني، واصلوا سياسة الاغتيالات، فباراك لا يصلح ان يكون قائداً سياسياً ولا عسكرياً، ولم ينجح في القوات العسكرية الاسرائيلية نتيجة خوضه معارك ضد القيادات الفلسطينية، ورموز الثورة الفلسطينية، فاراد ان يطبق هذه السياسة حالياً ضد الكوادر النشطة المسؤولة في السلطة الوطنية ومنظمة التحرير الفلسطينية، وضد الفصائل الوطنية الاخرى، حتى يخلق حالة نفسية لدى الشارع الفلسطيني ويظهر قوة الاحتلال.

## الاعدام للعملاء

* قام في الآونة الاخيرة وبناءً على نداء من السلطة الوطنية العديد من العملاء بتسليم انفسهم لاجهزة الامن الفلسطينية، كيف سيتم التعامل مع هؤلاء العملاء وهل سيكون هناك تسامح مع من خان وطنه وشعبه؟

- التسامح وارد منذ ان صدر القرار ولكن ارى ان يكون هناك وقت زمني محدد يسمح خلاله للعملاء بتسليم انفسهم والا تكون المدة مفتوحة ويجب ان يكون بعد هذه المدة الزمنية الحركة السريعة لردع هؤلاء العملاء

بشكل او بآخر، فهم في معظمهم معروفون لدى الاجهزة الامنية، واخطرهم اولئك الذين لم يكن امرهم مكشوفاً ويرتدون ثوب الوطنية ويتحركون بين ابناء شعبنا، ولذلك يجب ان تكون هناك امكانية لتنفيذ عقوبة الاعدام بالعملاء الذين يثبت تعاونهم مع الاعداء، حتى يكون عظة وعبرة لمن يعتبر.

## استمرار الانتفاضة

* ولكن ما هو المطلوب عربياً ازاء الهجمة الشرسة التي يتعرض لها شعبنا ورموز ثورتنا؟

- للأسف، الموقف العربي ضعيف والموقف الاسلامي غير موجود والموقف الدولي متفرج، ولا نرى على الاقل احتجاجاً على المجازر التي ترتكب ضد الشعب الفلسطيني، بينما نرى العالم كله يحتج عندما يقتل جندي اسرائيلي، وحتى هذه اللحظة لم يكن هناك موقف واضح الا من قبل مصر وجاء ذلك عندما قال وزير الخارجية المصري عمرو موسى الامين العام المسمى للجامعة العربية، اذا اراد شارون العودة الى الصفر فسنعود الى الصفر على كافة المسارات، بمعنى ان اتفاقية كامب ديفيد انتهت والمنطقة على حافة الحرب.

والمطلوب منا كفلسطينيين هو ان نتعامل مع هذا الوضع بحكمة وان نتعامل مع الواقع بهدوء وباستمرار الانتفاضة التي هي المحرك الاساس التي ستحرج اي حكومة اسرائيلية وستحرج الانظمة العربية المتفرجة والامريكان والاوروبيين.

## مشاريع شهادة

* هل معنى ذلك ان عملية السلام قد انتهت؟

- مشروع السلام انهاه باراك بسياسته، واعلنها مؤخراً، ونحن قبلنا بالسلام حباً بالسلام، ولكنهم يتخذون السلام ذريعة لكي يتستروا من ورائه، فهم لا يريدون السلام وانما يريدون ما يسمى بالتعايش مع الشعب الفلسطيني في ظل هذا الواقع تحت اطار الحكم الذاتي وتحت السيادة الاسرائيلية، واتصور انه سيطرأ مزيد من التصعيد والحصار في هذه المرحلة، فقد اغلقوا المطار والمعابر والحدود، ولكن هذه القضية ستنعكس مستقبلاً من خلال التصعيد الذي سنواجهه، كذلك قضية تجريف الاراضي حول المستوطنات وقلع الاشجار وتدمير البيوت وقتل الاطفال بدم بارد، والحقيقة انهم يريدون ويحبون الحياة ويقاتلوننا من وراء الحواجز ومن الجو والبحر وهم أجبن في المواجهة، اما نحن فشعب يحب الاستشهاد في سبيل وطنه وحريته واستقلاله وجميعنا مشاريع شهادة من اجل الوطن وتحريره من دنسهم مهما بلغت التضحيات، ولا ترهبنا سياساتهم العنصرية والقمعية التي

يمارسونها ضدنا لاننا اصحاب حق، واصحاب الحق هم دائماً اقوى من اصحاب القوة.

## قطع العلاقات الدبلوماسية مع اسرائيل

* يجري التحضير لعقد مؤتمر القمة العربي في الاردن، ماذا تتوقعون من هذه القمة وما هي الرسالة التي توجهها للقادة العرب؟

- اولاً، القمة المرتقبة لن تكون افضل حالاً من القمة الطارئة التي عقدت في الثاني والعشرين من تشرين الاول من العام الماضي نظراً للاعتداء على الشعب الفلسطيني بالرغم من ان هذه القمة لم تنفذ قراراتها حتى اللحظة وخاصة فيما يتعلق بالدعم المالي، والاغرب من ذلك هو انهم يرسلون اموالاً خارج نطاق السلطة الوطنية من خلال منظمات وجمعيات اهلية وفئات خارج اطار السلطة، وهنا نتساءل لماذا لا يتم الدعم من خلال السلطة الوطنية ومنظمة التحرير التي هي الممثل الشرعي والوحيد للشعب الفلسطيني؟ كذلك لماذا لا يتم الافراج عن اموال المنظمة المحتجزة؟ والى ان يتم انعقاد مؤتمر القمة التالي سيكون شارون قد ارتكب الكثير من الدمار والمجازر ضد الشعب الفلسطيني.

ومن هنا فانني اطالب الانظمة العربية في هذه القمة ان يكون قرارها واضحاً وصريحاً، وهل هي مع الشعب الفلسطيني في تقرير مصيره ومع عملية السلام الحقيقي، وان يكون هناك مواقف سياسية منها قطع العلاقات الدبلوماسية مع اسرائيل من قبل بعض الدول التي تقيم مثل هذه العلاقات وانهاء اتفاقيات السلام القائمة

* ما رأيكم في محاكمة مناهضي التطبيع؟

- للأسف، هناك بعض الدول العربية تحارب دعاة مناهضة التطبيع وهي تسير في الاتجاه الذي يتفق مع مصالحها الخاصة، لذلك نقول يجب على كافة الانظمة العربية ان تأخذ موقفاً واضحاً وصريحاً من التطبيع فالقضية ليست قضية فلسطينية فقط بقدر ما هي قضية عربية اسلامية، وعندما يهب الشعب الفلسطيني من اجل الدفاع عن المقدسات الاسلامية ممثلة بالحرم القدسي الشريف اولى القبلتين وثالث الحرمين الشريفين فان معنى ذلك ان الشعب الفلسطيني يدافع عن كرامة وعزة الامة العربية والاسلامية.

* على الصعيد الداخلي ما هو المطلوب لتعزيز الجبهة الداخلية؟

- اولاً: يجب ضبط اجهزتنا وافرادنا ومؤسساتنا.

- ثانياً: المحافظة على الوحدة الوطنية بقدر الامكان، والخلاف في الرأي لا يفسد للود قضية وجميعنا هدفنا واحد وهو الهدف الذي يجب ان يوحدنا.

- ثالثاً: يجب ان ننقي جبهتنا الداخلية من العملاء ومروجي الشائعات الخطيرة وهذا شيء اساسي.

- رابعاً: يجب محاسبة من يخطئ ويجب ان نحترم جماهير شعبنا بشكل كبير وهو ما يمكننا من رص الصفوف وصولاً لهدفنا وهو تعزيز بناء جبهتنا الداخلية المتينة والمتماسكة والقوية.

* وما هو الدور الذي يلعبه التوجيه السياسي في تعزيز الجبهة الوطنية الفلسطينية؟

- دورنا واسع وكبير، والتوجيه السياسي ينطلق في كل الاتجاهات سواء كانت رسمية او جماهيرية او حزبية او فعاليات مختلفة وحتى في اللقاءات الجماهيرية العامة للتوجه نحو الهدف والطريق الصحيح ويحاول التوجيه ان يخفف من التجاوزات بقدر الامكان ويعمل بكل جهد من خلال نشراته ومطبوعاته الاعلامية والندوات والمحاضرات ومن خلال انتشار مفوضياته ومفوضيه، ومن خلال الاداء الجيد لاعضاء الجهاز الذين يعتبرون القدوة في مجتمعنا الفلسطيني فهؤلاء الناس يعملون ليل نهار بين القوات والاجهزة، والمواطنين والمدارس والمؤسسات، والتوجيه السياسي يعي وعياً تاماً دور الاشبال والزهرات فكان له الدور المميز في اعداد جيل المستقبل وترسيخ عقيدة الايمان والقناعة بحريته واستقلاله واقامة دولته الفلسطينية المستقلة وكان لدور التوجيه السياسي المستمر منذ سبعة اعوام اثر ايجابي كبير، والمفوض السياسي دائماً في مقدمة الصفوف وقت الحرب وبين الجماهير وقت السلم.

## روح معنوية عالية

* من خلال معايشتكم اليومية كيف تصفون الروح المعنوية لقواتنا؟

- قواتنا تتمتع بروح معنوية عالية وما يؤثر على هذه الروح احياناً هو عدم صدور القرار لها بالمواجهة، لان هذا القرار هو في يد القيادة العليا للشعب الفلسطيني، ويسوء حالهم عندما يرون طفلاً فلسطينياً يستشهد دون تمكينهم من الثأر له، فهذه هي قمة الانضباط، ولكن بالرغم من ذلك كله نستطيع القول بان قواتنا معنوياتها عالية جداً، واستشهد العديد منهم خلال الانتفاضة اثناء مواجهتهم للغطرسة الصهيونية، ونحن الآن تنطبق علينا مقولة طارق بن زياد "العدو امامكم والبحر خلفكم" فاما النصر او الشهادة، ولا شك ان قلة الامكانيات تؤثر على المعنويات ولكننا نتغلب عليها بالصبر والارادة والايمان القوي بعدالة قضيتنا.

# حـــق العــــودة..
# حق تقرير المصير..



بقلم العقيد/ شهاب محمد

في ضوء المداولات، والطروحات التي تناولتها الاطراف في محاولات للتوصل الى انجاز يحقق تقدما فعليا في عملية السلام بدت الجهود مكثفة حتى ظهرت النوايا والاهداف التي بقيت على حالها لم تتغير بالنسبة للطرف الآخر ولذلك ذهب كل شيء ولم تاخذ النتائج بعدا يؤهلها لاشغال حيز الفراغ الذي كان متوقعا، لان سعي الطرف الآخر لم يكن خالصاً على نحو ما كان عليه دائما.

فحين يكون تفكير الكيان المحتل ومعه الادارة الامريكية في مسألة الانسحاب محدداً بالانسحاب فقط بنسب تصل الى ٩٥٪ او اكثر من مساحة الضفة الغربية بعد اقتطاع القدس ومنطقة اللطرون والبحر الميت التي تشكل ما يعادل ١٨٪ من مساحة الضفة الغربية او حين يرتد هذا التفكير في اعقاب فوز شارون ليصبح الحديث حول المناطق الآهلة بالسكان فقط ويدور في جوهره حول خطة آلون القديمة، نقول ان الصهاينة بذلك انما يعملون على حل مشكلة الاستيطان على حساب الشعب الفلسطيني بذلك اما بتجميع المستوطنين في بؤر استيطانية محددة او بالاصرار على حجم الاستيطان الحالي كما صرح بذلك شارون في احاديثه الصحافية، وفي الكيان المحتل تتحدث كافة القوى السياسية ومستقبل الكيان المحتل ووجوده المهدد ذريعة للضغط حتى ان اعلان القوى اليسارية في هذا الكيان لم تخف مخاوفها، ولم تخجل من اعلان رفضها لأي حق من حقوق الشعب الفلسطيني يشكل ركناً حيوياً واساسياً في عملية السلام واستقرار المنطقة وامنها.

وفوق هذا وذاك تقطع الخطة الامريكية الاسرائيلية التي تم بحثها في اواخر فترة حكم الرئيس كلينتون اوصال الكيان الفلسطيني وتحقق حصار الشعب الفلسطيني والسيطرة المطلقة لقوى البغي والعدوان، وهي تصر على نزع سلاح الدولة الفلسطينية واقامة محطات انذار

وقواعد عسكرية في الاراضي الفلسطينية في الوقت الذي تعرض فيه آلة الحرب الاسرائيلية بقوتها النووية والجرثومية والكيماوية دون حسيب او رقيب.

ترى هل يحق ليوسي بيلين، ويوسي ساريد، وبن عامي وآخرين في معسكر اليسار الذين عارضوا بقوة حق العودة ان يتحدثوا عن حق تقرير المصير للشعب الاسرائيلي ولا يحق لنا ان نتحدث ونطالب بحق تقرير المصير لخمسة ملايين فلسطيني في شتات المنافي يراد لهم ان يتقرر مصيرهم بجرة قلم او حتى بصفقة مؤلمة تطحن احلامهم في العودة الى بلادهم وارضهم وممتلكاتهم!؟

ان السلام بالنسبة لنا لا يعني فك الاشتباك فقط ولكن تراجع قوات الاحتلال والمستوطنين الى ما وراء خط اطلاق النار قبل الخامس من حزيران عام ١٩٦٧ وان مرجعية السلام ستظل قرارات مجلس الامن الدولي والشرعية الدولية ٢٤٢ و ٣٣٨ ولن نتنازل عن حقنا في عودة شعبنا واقامة دولتنا الفلسطينية بعاصمتها القدس الشريف.

فالى اولئك الذين ما زالوا ينظرون الى قضايا السلام من بروجهم الاحتلالية ومن مواقعهم العدوانية نقول آن الأوان لممارسة مزيد من الواقعية والاعتدال بعيداً عن الافكار العنصرية.. الافكار الصهيونية القديمة.. آن الأوان للتخلي عن سياسة الكاوبوي.. وطفل المعجزة والدماء الزرقاء.. فالذي يحق من مبدأ العدل والمساواة للاسرائيلي او اليهودي القادم من روسيا او الحبشة او المغرب هل يجوز ان لا يحق لصاحب

الارض المطرود  وصاحب المعاناة المستمرة.. وصاحب التاريخ والحضارة والجذور الممتدة في عمق المأساة؟

واذا نحن لم تشفع لنا كل هذه المعاناة.. وهذا التراث في العودة وتقرير المصير فكيف يتجمع فوق ارضنا وفي بيوتنا من لا يجمع بيننا ولا يربط سوى الاحتلال والقرصنة والغدر والعدوان.

والى من يعنيهم الامر، في كافة الاقطار التي يتجمع فيها الفلسطينيون، وسط ظروفهم الخاصة، ومعاناتهم المستمرة، نقول: ان حق العودة كان وسيبقى مطلباً وهدفاً فلسطينياً خالص النية، وصادق التوجه، لان شعب فلسطين لا يقبل بأي حال من الاحوال التنازل عن حق واحد من حقوقه، ولا يقبل بالاوطان البديلة مهما علا شأنها، واذا كان لاحد الشعبين، ان يجد له سبيلاً آخر في الوجود، بحثاً عن وطن آخر، فان الاسرائيليين «بما يمثلونه كقوة احتلال غاشمة عليهم ان يبحثوا لهم عن «براءة جديدة» لمشروع استعماري جديد، بحثاً عن وطن لهم، ولن نفقد الامل لطول سنوات الاحتلال، ولن تتوقف مسيرة النضال نحو ذلك مهما غلى الثمن، وعظمت التضحيات، وعليه فان واجب هذه الاقطار ان تظل معنية بضرورة مؤازرة ودعم الموقف الفلسطيني، وتهيئة المناخ والظروف التي تحقق حشد الطاقات والامكانات، وعياً وادراكاً منها لاهداف العدوان وابعاده في محاولة شق الصفوف، وعثرة الجهود، والحيلولة دون انتصار ارادة شعبنا، وانجاز اهدافه العادلة والمشروعة، وفي مقدمتها حق العودة وتقرير المصير واقامة الدولة الفلسطينية وعاصمتها القدس الشريف.

وطاقاته يطوي الجرح على الجرح ويقبض بكل بسالة على حجر المعاناة ويتواصل بارادة فولاذية وعزم لا يلين، حتى تتحقق امانيه واهدافه العادلة والمشروعة.

ذلك ان حق العودة هو جزء لا يتجزأ من حق تقرير المصير  والعكس صحيح وحق تقرير المصير حق مكفول لكافة الشعوب وليس حكراً على «الاسرائيليين» وحدهم الذين يحاولون بالغدر والمكر والخداع تحميل الطرف الفلسطيني تبعات كافة آثار احتلالهم الغاشم والبغيض سواء (بقاء الاستيطان في بؤره) او في «فرض رعبهم وخوفهم الامني المزعوم باستمرار تواجدهم العسكري في نقاط محددة) او في محاولاتهم لفرض الهيمنة الابدية على شعبنا ومقدراته من خلال (ابعاد امتدادات نفوذه الاستيطاني الذي يجزئ ارضنا ويقطع اوصالنا.

ان الغزاة المحتلين ومعهم الادارة الامريكية بيل كلينتون السابقة لم يدخروا جهداً لم يتعرض لها الشعب الفلسطيني والقيادة الفلسطينية من خلال امكاناتها وقنواتها ما استطاعوا الى ذلك سبيلا.. ولكن السلطة الوطنية الفلسطينية وخلال التجربة الطويلة كانت قد خبرت خبايا التآمر الصهيوني واساليبه الملتوية في محاولاته المستمرة للالتفاف على اهداف شعبنا ومنطلقاته الاساسية في الحرية والعودة وتقرير المصير واقامة الدولة الفلسطينية بعاصمتها القدس الشريف.  هذه القيادة وهذا الشعب لن يمكنا قوى البغي والعدوان من تحقيق اهدافها في النيل من صمود شعبنا وارادته وتصميمه على انتزاع حقوقه كاملة، غير منقوصة، طال الزمن او قصر.. لذلك كله.. كان شعبنا اليوم بانتفاضته العارمة وبقدراته وامكاناته

# في تأبين الشهيد اللواء الركن عبدالمعطي السبعاوي

**اللواء الجبالي:** فقدنا احد القادة الاوائل
**العميد مسمار:** نذر نفسه للجهاد
**العميد مجاهد:** جسد شعار الشرطة

**حبش:** اختار طريق النصر والعودة
**الريس:** دافع عن المخيمات في لبنان
**نوفل:** احد ابرز رواد الوحدة الوطنية



العميد صقر مجاهد يلقي كلمة في حفل التأبين



اعضاء لجنة التأبين على المنصة

**وطني** في الثامن عشر من كانون الأول من العام ٢٠٠٠ فقد الشعب الفلسطيني قائداً مغواراً ومناضلاً يقدر النضال، وطنياً يعرف معنى الوطن هو القائد الشهيد اللواء عبد المعطي السبعاوي الذي قاد العمليات والتدريب في الشرطة، سيبقى الشهيد أبو ياسر قائداً يسير خلف نضاله وكفاحه المؤمنون بالنضال حتى التحرير، الشهيد الذي حفر اسمه في ذاكرة الزمن وفي عقول أبناء الشعب الفلسطيني، فأصبح يوم استشهاده يوماً وطنياً يذكر الجميع بألم فراقه الذي ترك مكاناً شاغراً في مديرية الشرطة وبين اخوته ورفاقه وعائلته، وبين صفوف المناضلين أبناء شعبنا المرابط. يستحق الشهيد من زملائه الكثير، هؤلاء الذين عرفوه في أحلك الظروف وشاهدوا بطولاته في حرب رمضان على الجبهة المصرية حيث كان من اوائل الذين عبروا القناة، وعرفوه في معارك الصمود في لبنان خلال الاجتياح الاول

عام ٧٨ والاجتياح الثاني عام ٨٢، وحرب المخيمات والدفاع عن القرار الفلسطيني.

هذا الشهيد الذي تقف الكلمات عاجزة أمام بطولاته وهذا ما عبر عنه المؤبنون له في الذكرى الاربعين لاستشهاده حيث اقيم حفل تأبين في المحافظات الجنوبية وآخر في المحافظات الشمالية.

وقد تحدث اللواء غازي الجبالي مدير عام الشرطة في حفل التأبين قائلاً: «فقدت الشرطة الفلسطينية قائداً من قادتها الأوائل وفارساً من فرسانها الأبطال الذين وضعوا اللبنات الأساسية في مسيرة بنائها ورقيها وتقدمها كان فارساً لم يتوان ولو لحظة عن خدمة الوطن والمواطن، فقد عرفناه منذ الانطلاقة الأولى متفائلاً شجاعاً وعرفناه في معارك الدفاع عن الثورة وعرفناه عند عودته للوطن الذي أحبه وأعطاه كل ما يملك من وقت وجهد

وعرق لبناء الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف، غادر أبو ياسر ونحن أحوج ما نكون اليه والى جهده واخلاصه».

### بداية المسيرة

وتحدث الريس ناهض الريس عضو المجلس التشريعي عن حياة الشهيد اللواء عبد المعطي السبعاوي وذكرياته معه حيث كان يعرف الشهيد قبل حرب عام ١٩٦٧ ويذكر الريس ان عائلته وعائلة الشهيد السبعاوي اللتين كانتا تقطنان مدينة غزة آنذاك وكانت تربطهما علاقات حميمة وكان والد الشهيد الشيخ المرحوم حسين السبعاوي على علاقة طيبة مع والدي المرحوم منير الريس الذي كان رئيساً لبلدية غزة وكذلك عمي المرحوم بشير الريس.

كان الشيخ حسين صاحب مدرسة ابتدائية خاصة في حي التفاح بغزة، وهو مسقط رأس الشهيد عبد المعطي، واوضح الريس انه التقى في

اوائل الستينيات مع شقيق الشهيد الأكبر وهو الشاعر والروائي الفلسطيني الكبير عبد الكريم السبعاوي حيث اشتركا معاً في تحرير جريدة أخبار فلسطين التي صدرت في قطاع غزة آنذاك وكان يجمعهما أيضاً عشق الادب والشعر وكان يطلع كل منهما على الآخر على نتاجه الشعري والأدبي، وان الشهيد عبد المعطي كان أحد أبناء الشيخ حسين السبعاوي السبعة، الذين تميز كل منهم بطريقة خاصة في الحياة، مضيفاً أن أول معرفته بالشهيد كانت حين ظهر منه تعلقه بالعمل الوطني وبالشعر الذي كان يحفظه وينشده أمام الآخرين، حيث كانت ذاكرته تحتفظ بالكثير من القصائد التي أحبها منذ سنين طويلة.

وانتظم الشهيد وهو يافع مع أولى الخلايا الفتحاوية السرية في قطاع غزة منذ عام ١٩٦٤، وكان العمل السري يلائم شخصيته المتكتمة

## سمارة: أبرز سماته الطهارة الثورية



جانب من حفل التأبين



العقيد أبو لحية: الشهيد خطط وقاد العمليات ضد الاحتلال

[الأعمدة تُقرأ من اليمين إلى اليسار على الصفحتين]