العقيد الركن وجيه ابو غربية:

# الشهيد عبدالمعطي السبعاوي

## صفحات ناصعة في سفر الفدائيين

### شعاره "ان كنت على حق فالله معك"

حاوره محمد شحادة



المشاركون في حفل التأبين

على الاستمرار والمضي قدماً في مسيرة النضال حتى النصر.

### دائماً في الطليعة..

وركز الاخ عدنان سمارة نائب امين سر المجلس الثوري لحركة فتح في كلمته على حياة صديقه الشهيد عبر مراحل عمله الثوري واصفاً اياه بالطهارة الثورية وحسن الخلق واحد رموز حركة فتح وقادتها البارزين.

وذكر ان الشهيد ولد في غزة عام ٤٧ والتحق بحركة فتح مع الرعيل الاول عام ٦٥ وهو ما زال طالباً في مدرسة يافا.

ثم عمل في الجناح العسكري لحركة فتح مع الشهيد صلاح خلف وهاني زهدي وبعد حرب عام ٦٧ ظل يعمل في غزة الى ان غادر البلاد.

تلقى دورة عسكرية في الصين، وبعد عودته شارك مع الشهيد كمال عدنان في تأسيس القطاع الجنوبي في الاردن واسس القوة المحمولة، واستمر معه حتى الخروج من الاردن.

وكان لقرار القيادة المشاركة في حرب رمضان عام ٧٣ أثر على حياة الشهيد حيث شارك على الجبهة المصرية وكان من اوائل الذين عبروا القناة الى الضفة الشرقية وحطم اسطورة خط (بارليف)، ولكنه وقع في الاسر واطلق سراحه في تبادل الاسرى بعد الحرب باعتباره ضابطاً مصرياً.

عاد الشهيد للعمل الثوري من جديد في القطاع الغربي مع الشهيد ابو جهاد الى ان اشتعلت حرب لبنان، فعمل في الكتيبة الثانية من قوات الثورة.

واضاف سمارة في كلمته ان الشهيد اصبح قائداً لوحدة الدبابات في الثورة الفلسطينية بعد ان تلقى دورة آليات ثقيلة في المجر، وشارك في كافة معارك الدفاع عن المخيمات.

وعن مرحلة العودة الى ارض الوطن اشار سمارة الى ان الشهيد السبعاوي كان من طلائع العائدين وعمل في الارتباط العسكري، ثم مساعداً لمدير الشرطة فكان له دور بارز في بناء الجهاز وظل على رأس عمله حتى استشهاده اثناء تفكيكه لعبوة وضعها جيش الاحتلال.

### رجل المهمات الصعبة

اما كلمة القوى الوطنية والاسلامية فقد القاها ممدوح نوفل مستشار السيد الرئيس، وقد وصف فيها الشهيد بانه كان رجلاً للمهمات الصعبة، حيث كان يظهر وقت الحاجة وبنفسه في ميادين القتال.

واضاف ان الشهيد كان معتزاً بفلسطينيته وواثقاً بنفسه، محباً لبلاده مصراً على العودة اليها.

وقد تحمل قهر الحنين بصبر الواثق من العودة، لذلك كان يحب العمل ويقل من الكلام ويحسن الاستماع الى ما يذكره بالوطن.

واكد نوفل انه كان من رواد الوحدة الوطنية وكان يدعو دائماً الى الحوار والعمل المشترك، ودافع ببسالة عن القرار المستقل ومحاولات خلق قيادة بديلة. ونسج علاقات قوية مع قادة الحركة الوطنية والاسلامية اللبنانية، وبنى علاقة مع مرشد حزب الله الشيخ فضل الله وامينه العام الاول الشيخ موسوي.

### الصمت امام العدوان عار

واشار نوفل الى ان الشهيد لم يكن يكترث بالموت خاصة بعد ان بكى على شهداء صبرا وشاتيلا، وعلى الشهيد ابو جهاد وابو الوليد وابو اياد وابو الهول وابو محمد العمري، وهم القلة المقاتلة التي امتشقت سلاحها وذللت الصعاب من اجل انتزاع الحقوق الوطنية الثابتة للشعب الفلسطيني، وفي عبق ذكرى الشهيد عبدالمعطي السبعاوي كان هذا الحوار الخاص:

**التقيته في السجن وكان حديثه نكبة الشهداء:**

التقيته في سجن الخليل، كان الغزي الوحيد هناك الذي تعرفت عليه، ومكثنا فترة ثم افرج عني وكانت الرسالة التي حملني اياها ان اتوجه الى غزة لابلاغ اهله عن مكان اعتقاله وفعلاً تم ذلك حيث التقيت شقيقه. وكان اهله لا يعرفون عن مصيره شيئاً.

### السبعاوي ومعارك جنوب الاردن

عمل في قواعد الثورة في جنوب الاردن في وادي عربة، حيث كان ضابط تسليح. لم نمكث طويلاً حيث نسّبت لدورة عسكرية في العراق تزامنت مع دورة عسكرية للسبعاوي في الصين عدنا بعدها والتقينا ثانية في جنوب الاردن حيث عين ضابطاً للعمليات لقطاع جنوب الاردن الذي يمتد من مأدبا حتى منطقة تسمى «الراجح» جنوب غرب معان وعينت أنا آمراً لقاعدة في منطقة الراجح ثم عرض علي السبعاوي الانتقال لمنطقة الكرك.

يسترسل العقيد ابو غربية ويقول في العام ١٩٦٩ كانت كل الدلائل تشير الى نية



الشهيد عبدالمعطي السبعاوي

الاسرائيليين شن هجوم مبيت على قواعدنا جنوب الاردن وكانت قيادة قطاع جنوب الاردن مدركة ذلك، وتلقيت تعليمات من الاخ السبعاوي بان نكون على جاهزية عالية، وقد كنت مسؤولاً حين ذاك عن وحدة قوامها كتيبة حسب تعدادنا اليوم وكنت بالتحديد نائباً لقائدها.

دخل الاسرائيليون الى منطقة غور الصافي، وصدرت لنا الاوامر بالتصدي للقوات المعادية، وكان الشهيد عبدالمعطي في ذلك الوقت برتبة ملازم في قوات سابق، وعينت أنا آمراً بالتصدي وتنسيقاً مع القوات السعودية المتواجدة في المنطقة، وقت ذاك، ولا اكون مبالغاً اذا قلت ان الذي قاد المعركة بجدارة هو الشهيد عبدالمعطي حيث كانت له بصمته ولها درجة وتأثيرها على اللواء محمد بن عامر.




# سلام عليك..

العميد زهير خلوي الدويك.. خص مجلة وطني بآخر نبضات قلبه.. وأنفاسه الحارة، وأفكاره النيرة.. إذ وافاه الأجل المحتوم قبل صدور هذا العدد.

وأسرة التحرير في مجلة «وطني» إذ تحيّي روح الفقيد «شهيد الواجب الوطني» لتنوه بدوره النضالي الكبير.. كواحد من القادة الميدانيين الأكفياء، ودوره في دعم ومساندة الكلمة الحرة الشجاعة، في مسيرة طويلة بدأت منذ عام ١٩٦٦، واستمرت متصاعدة الوتيرة لتكون عند النهاية تجربة مشرفة، لإنسان عاش شريفاً، وكان أحرص الناس على تجسيد «النموذج الرائع» للعلاقة الإنسانية القائمة دوماً على أسس المودة والمحبة والإخاء..

أيها الراحل الكبير..
يا رفيق الجراح.. ورفيق السلاح
يا «أبا خلوي» أيها الفارس الشجاع.. والمناضل الصلب
يا «أبا خلوي» أيها القائد الفذ..

لك منا الحبّ كل الحبّ بالقدر الذي زرعته في مسيرة الخير والعطاء..

ولك منا المودة والإخلاص بالقدر الذي ابديته في أهلك وشعبك وأبناء قومك..

ولك منا الوفاء أيها الوفي لأهله وبلده وقيمه ويقدر ما أبدعت من قيم الوفاء والإباء..

وسلام عليك في حياتك..
سلام عليك في مماتك..
سلام عليك من قبل ومن بعد،
وسلام على روحك الطاهرة..

رئيس التحرير

---

انيطت بي مهمة الاقتحام في حين كان السبعاوي وابن عامر قد توليا مهمة الحماية لي ولمجموعات الاقتحام، ولأن أسلحتنا كانت متواضعة وبسيطة فقد استطاع الشهيد السبعاوي اقناع اللواء ابن عامر بادخال جزء من سلاح القوات السعودية للمعركة، واقصد به السلاح الثقيل وفعلاً تم ذلك وبدأت المعركة وانا لا اقل من وزن وقدرة اللواء بن عامر قائد القوات السعودية في الاردن آنذاك، وكان الشهيد السبعاوي المحرك وعامل الحسم والقصف في المعركة والفضل الكبير للقوات السعودية التي ساندتنا في المعركة.

باشرنا الاقتحام ويبدو ان خطأ كان في الاستطلاع حيث وقعنا في كمين معاد وردت المدفعية السعودية وعددها ١٢ مدفعاً ثقيلاً من عيار ١٠٦ ملم بالاضافة الى مدفعين لنا بكثافة حيث غطوا انسحابي، ولهذه اللحظة ادين بحياتي للشهيد السبعاوي.

صفات كثيرة في الشهيد السبعاوي حيث كان رحمه الله دمثاً ذا اخلاق عالية يمتاز بدرجة عالية من الجدية في العمل وفي الجانب الآخر كان مرحاً ودوداً ذا شخصية جذابة تتكامل فيها صفات القائد المتفاني.

### الصدفة من جديد

وعقب معارك الاحراش احتجزت في سجن المحطة بالاردن، وذات يوم واذا بالسبعاوي ايضاً في السجن هناك، وكان لقاءً من طراز آخر حيث استعدنا ذكريات سجن الخليل، فالصدفة جمعتنا في غرفة واحدة مرة اخرى، وقد مكث في السجن ١٥ يوماً تقرر بعدها الافراج عنه بعد ان كفله احد اقاربي، وخرج من السجن وغادر الى سوريا.

قضيت فترة السجن وخرجت بعدها الى لبنان حيث انتقلت للكفاح المسلح في حين انه كان يعمل في «الغربي» واستمر في عمله وكنا على اتصال دائم حتى العام ١٩٧٤.

### السبعاوي بطل من ابطال العبور

انتقل الشهيد السبعاوي للعمل على الجبهة المصرية وكان ضمن قوة الاقتحام خلف خطوط العدو على الجبهة الشرقية لقناة السويس ومن اوائل الذين اجتازوا القناة ووطأت اقدامهم تراب الضفة الشرقية للقناة، تعرض للاسر من قبل العدو على انه مصري افرج عنه في عملية تبادل الاسرى ولم يتم التعرف عليه كفلسطيني، وهذه الحقيقة قد لا يعرفها الكثيرون وهي ان من ابطال العبور فلسطينيين كان لهم شرف المشاركة في تحرير سيناء وهي التراب العربي المصري العزيز على قلب كل عربي.

### معاً وسوياً في لبنان

بعد تحريره من الاسر الاسرائيلي عقب حرب اكتوبر.. انتقل الى لبنان مرة اخرى وكان قائداً للقوة المحمولة، وكنت حينها ايضاً في لبنان وكان هو في منطقة البقاع وبعدها انتقل بكتيبته كلها الى المجر حيث تلقوا دورة دبابات، وبعد عودته من المجر اصبح قائد كتيبة دبابات وعقب الاجتياح الاسرائيلي الاول في عام ١٩٧٨ انتقلنا الى شمال لبنان.. وكان ايضاً في الشمال حيث كنت قائداً للكفاح المسلح في حين كان قائداً لكتيبة في شمال لبنان. كانت فترة قاسية وصعبة علينا جميعاً حيث كانت فترة صراع مرير مع ما كان يعرف بجبهة الرفض.. وقد كان يعاني فيها من هذا الصراع وكانت معركة الدفاع عن الهوية الفلسطينية عنصراً حاسماً في تعزيز مصير هذا الصراع وحسمه، وسافر في دورة عسكرية الى يوغسلافيا ليعود بعدها ويشارك في صد الاجتياح الاسرائيلي للبنان عام ٨٢ وينتقل الى شماله بعد الحرب.

وفي عام ١٩٨٣ حصل الانشقاق، وكانت هذه الصفحة مؤلمة لنا بصورة كبيرة حين تخوض معركة داخلية صعبة فتخيل ان تكون مع زميلك ابن الحركة وبعد نصف ساعة تجده في خندق وانت في خندق مقابل، وقد كانت هذه من اصعب ما واجهتنا في حياتنا. والتقيت مرة ثانية في لبنان حيث لا اخفي ان احد اسباب عودتي الى لبنان كان الشهيد السبعاوي، وقد كان وقتها قائداً لمنطقة صيدا وتحديداً قائداً لقوات القسطل في الوقت الذي كان فيه الوصول من الخارج الى لبنان يشكل بحد ذاته عملية انتحارية،

---

ولحسن حظي ان يكون في اول نقطة استقبال على الارض اللبنانية الشهيد عبدالمعطي السبعاوي.. ثم بدأنا العمل من جديد معاً وسوياً.

### الاستنفار الدائم

في الفترة ما بين ١٩٨٦ وحتى عام ١٩٩٢ كانت فترة قاسية تتسم بالتوتر الدائم حيث تهديد الطيران الاسرائيلي المتواصل الى جانب بعض المنغصات من القوى المتحالفة، كان الطيران الاسرائيلي يغير علينا يومياً في رمضان قبيل الافطار بدقيقتين او بعده بدقيقة واستمر ذلك حتى يوم العيد.

واذكر ان الشهيد عبدالمعطي والشهيد يونس عواد والاخ علاء وانا كنا في منطقة محصورة ولا مجال للخروج منها، وفي تلك الفترة عانى الشهيد السبعاوي من آلام شديدة في الظهر بسبب انزلاق غضروفي وقد كان العلاج في الخارج عملية فدائية حقيقية حيث اضطررنا لنقله بسيارات تابعة لحركة امل التي يتزعمها نبيه بري وانتم تعرفون مواقف امل وبري السابقة ورغم ذلك فقد خرج الى العلاج بهذه الواسطة فقط.

### الوطن يفتح ذراعيه

وكان اللقاء غير كل اللقاءات لقاء على ارض الوطن لقاء العائدين وكم شعرت بالثقة والامان حين وجدت الوطن يفتح ذراعيه لي ولاخوتي العائدين معي من قوات الثورة الفلسطينية في اليمن، من خلال ذراعي الاخ عبدالمعطي السبعاوي والذي استقبلنا على معبر رفح حيث كان قائد الارتباط العسكري ولم يطل بقاؤه في الارتباط العسكري وكنت ادرك من البداية انه لن يصمد كثيراً في هذا المكان لأن للسبعاوي فلسفة خاصة به، ولا يملك القدرة على التأقلم واحتمال استفزازات الاسرائيليين.

بعدها انتقل الى الشرطة وانا الى منطقة جنين، وكنا في هذه الفترة على اتصال دائم ونلتقي بين الفينة والاخرى وبقي الامر هكذا حتى تم تعيينه مسؤول عمليات وتنسيق القوات الامنية في منطقة بيت لحم وكان اللقاء وقتها يومياً وكان يرأس غرفة العمليات المشتركة لكافة القوات استعداداً لاحتفالات الالفية وكان اللقاء الاخير بيني وبينه قبل ان يستشهد بشهرين حيث زارني في بيتي بعد ان اجريت عملية جراحية.

اود ان اؤكد ان من لم يعرف الشهيد السبعاوي لم يعرف فتح على حقيقتها ولا النضال الفلسطيني الصحيح، لقد كان السبعاوي شخصية فذة مميزة لا تعرف المستحيل، فلا يعرف الخوف ولا يهاب شيئاً ولديه جرأة كبيرة لا تجدها في شخص آخر، ولديه نظرية تقول ان الفدائي لا يوجد لديه شيء.. صعب، وهو مقدام ومؤمن بمبادئه التي يقاتل من اجلها ناكراً لذاته وشعاره اننا نعمل من اجل الله وفلسطين فقط. طريقة استشهاده محزنة ولم تكن الطريقة التي تمناها بل كان يتمنى ان يكون في المواجهة.

### للحقيقة وللتاريخ

قبل ان اختم حديثي فانني اود ان نتطرق الى معركة مغدوشة وهي منطقة ذات تضاريس طبيعية خاصة، بالاضافة الى الطرق الملغمة والدبابات، وكان هناك ساتر جبلي صعب من شبه المستحيل اقتحامه او اجتيازه كان الساتر الجبلي اشبه ما يكون بخط بارليف، وقد قاد الشهيد معركة مغدوشة باقتدار حيث عمل طوال الليل مع مجموعة قوامها ٤٠٠ مقاتل وبدأ في عملية صعود بالجبال للمقاتلين استمرت من منتصف الليل وحتى الفجر وذلك للسيطرة على تلك المنطقة التي كانت تهدد مخيم عين الحلوة.. ونجح!

### طالما انك على حق فالله معك

واذا كان لنا ان نكتب عن شهيد كالشهيد عبدالمعطي السبعاوي فاننا نكتب لكي تبقى صفحة الشهداء الاكثر اشراقاً وبهاءً في صفحات المجد الفلسطيني وحتى يكون لكل فلسطيني حر الطموح للوصول الى الصفات التي امتاز بها شهيدنا البطل عبدالمعطي السبعاوي. رحم الله شهيدنا «ابا ياسر» وحتماً يا ابا ياسر ستتحقق الامنيات الغالية التي قضيت من اجلها ونقيم دولتنا المستقلة وعاصمتها القدس الشريف في وطن حر عزيز شريف.

مقـــال

# فتح الانطلاقة والديمومة والانتصار



بقلم العقيد زهير الدويك

في الأول من يناير: كانون الثاني 1965 بدأ الشعب الفلسطيني مسيرته الكبرى بكفاحه المسلح نحو تحرير فلسطين حين أصدرت حركة التحرير الوطني الفلسطيني فتح بيانها الأول ومنذ ذلك الوقت أصبح هذا اليوم رمزاً لانطلاقة المقاومة الفلسطينية.

وفي 28 كانون الثاني يناير 1965 أعلنت (العاصفة) الجناح العسكري لحركة التحرير الوطني الفلسطيني فتح البيان الأول والذي جاء فيه أن "الانطلاقة" بداية لحرب تحرير ذات منهج مدروس وأن مخططات "العاصفة" في المستويين السياسي والعسكري لا تتناقض مع المخطط العربي والفلسطيني الرسمي في المعركة لأن الكفاح من أجل فلسطين يبدأ وينتهي بإنهاء الخطر الصهيوني من على أرض فلسطين.

ولقد واجهت الحركة الرائدة مصاعب شتى، ومحاولات مستمرة لإجهاض هذا المولود الجديد الذي بدأ خطواته الأولى بقوة وثبات وسط أجواء عاصفة، وأوضاع بالغة التعقيد.. أقل ما يقال فيها أن الشعب العربي الفلسطيني كان مبعداً ومغيباً عن مواجهة أسباب مأساته بنفسه.. وكانت الأحوال والأوضاع الاقتصادية والاجتماعية والحياتية تتعرض في مواقعها سواء على صعيد الأرض المحتلة أو في مخيمات اللجوء، للتشرد لمزيد من الانهيار ومزيد من التراجع.. وكان الواقع العربي آخذاً في التمادي بعيداً عن معطياته وحقائقه وكأنه خارج ذاته وخارج إرادته.. وهو يعيش حالة من القلق والتوتر والانفعال في سياق الهجمة الشرسة والمخططات المعادية التي أبقت عليه في دائرة الاستهداف على الرغم من استقلال بعض أقطاره أو الإعلان عن هذا الاستقلال في حدود التجزئة والفرقة والخلاف بين أبناء الشعب الواحد والهدف الواحد.

ولم تكن فتح التي ارتضت لنفسها أن تركب خطر المغامرة منذ البداية إلا رافضة لكل أشكال التراجع، والتخاذل والانهزام حتى تستحق بجدارة أن تعبر عن إرادة شعب ومشيئة أمة تآمر عليها المتآمرون، فأوقعها الأعداء في شرك خديعتهم وغدرهم وهي تحاول أن تتخلص من أعباء سنوات القهر والعبودية والتخلف الذي يأخذ جوانب المزايدات الكلامية، فيحمل الأمور أكثر مما تحتمل ويفلسف الواقع على هواه فيبحث له عن وسيلة للتخاذل أو التقاعس تحت شعارات طنانة ورنانة. جاءت فتح برسالتها الواضحة وبخطها السليم وبنظرتها في أبعاد المستقبل وحقائق الواقع. لتضع حداً لكل جدل عقيم ولتحسم الأمر كله في اتجاه واحد.. ألا وهو فلسطين...

والكفاح من أجل تحريرها بالفعل والقول والعمل المتواصل والنفس الطويل... جاءت فتح لتفجر قنبلة ليس في مشروع تحويل مياه نهر الأردن فقط، ولكنه في المياه الراكدة في الأجواء، القائمة التي جعلت شعب فلسطين مبعداً عن قضيته ستة عشر عاماً مكنت العدو المحتل من تثبيت أركان عدوانه واحتلاله وجعلته يزرع مخالبه في لحم الأرض وترابها ويغرس أنيابه في مائها وسمائها وهوائها فيقدم نفسه للعالم في صورة أخرى بديلة لصورة فلسطين الحقيقية والتاريخ والشعب..

جاءت فتح لتنقل شعبنا الفلسطيني نقلة عظيمة وصحيحة تضع طاقاته وإمكاناته وقدراته في زخمها أمام العدوان وتتصدى بالعزم والإرادة والثبات والصمود، لقوة العدوان وأهدافه وأعوانه في الزمان والمكان..

وانطلقت فتح واستمرت في نضالها السياسي والعسكري، غير آبهة بالاتهامات والادعاءات والأكاذيب التي كان يروج لها أعوان الغزاة المحتلين وعملاؤهم في كل مكان.. إلى أن حدث ما لم يكن في الحسبان.. ولكن فتح التي كانت قد خطت خطواتها الأولى بوضوح وثبات لم تكن بعيدة عن قراءة هذا الواقع بأدق التفاصيل وهي بذلك لم تكن مأخوذة أمام العدوان.. بل إن العدوان ذاته عام 1967 جاء، ليؤكد منطلقات

لم تكن فتح التي ارتضت لنفسها أن تركب خطر المغامرة منذ البداية إلا الرافضة لكل أشكال التراجع، والتخاذل والانهزام حتى تستحق بجدارة أن تعبر عن إرادة شعب ومشيئة أمة تآمر عليها المتآمرون

فتح وأفكارها في مقارعة العدو ووضع حدّ لمخططاته التوسعية العدوانية.. لذلك جددت فتح انطلاقتها عام 1967 وخرجت عن مراحل كفاحها الأولى في عملياتها العسكرية الفدائية لتقرر بشكل تلقائي قبولها لتحدي العدوان الجديد الذي كانت قد نشرت أخباره قبل أن يحدث فكانت معركة "الكرامة الخالدة" التي شكلت نقلة نوعية لنضال شعبنا وكفاحه العادل المشروع في مواجهة العدوان وأهدافه التوسعية..

وهكذا استمر أداء فتح متصاعداً مرحلة تلو مرحلة إلى أن تمكنت بفعل ما أحدثته من تغيير جوهري شمل كل مناحي الحياة لجماهير شعبنا الفلسطيني، وأمتنا العربية أن تتوج كفاح شعبنا العادل والمشروع عبر وحدة وطنية قوية وراسخة شكلت السياج القوي في مراحل العطاء، كلها وصولاً إلى عودة قواتنا الباسلة وإقامة سلطتنا الوطنية بعد سلسلة من المواجهات والحروب كان من أبرزها حرب الثمانية وثمانين يوماً في بيروت والتي كتبها شعبنا ودونها مناضلونا وعلى رأسهم فخامة الرئيس القائد أبو عمار صفحة مشرقة في تاريخنا الحديث، هذه الحرب التي أرادها بيغن وشارون لتدمير البنية التحتية لمنظمة التحرير الفلسطينية والقضاء على آمال وأهداف شعبنا في العودة والحرية وتقرير المصير..

وهذه الحرب التي جاءت محصلة لتراكم كم هائل من العطاء والتضحيات فشكلت التراكم النوعي النضالي الذي أدى إلى انتفاضة شعبنا العملاقة عام 1987.

..وها هي الانتفاضة تتجدد عبر مراحل العطاء الوطني وها هي فتح تجدد عهدها بالوفاء، للأهداف والمنطلقات حتى يأذن الله بنصره في مسيرة النضال المستمرة بقيادة فخامة الرئيس الأخ أبو عمار نحو القدس عاصمة دولتنا الفلسطينية المستقلة وعاصمة أرواحنا وقلوبنا.

«من المؤمنين رجال صدقوا ما عاهدوا الله عليه فمنهم من قضى نحبه ومنهم من ينتظر وما بدلوا تبديلا»
صدق الله العظيم

# نعي مناضل

رام الله- عثمان أبو غربية مساعد القائد العام لشؤون التوجيه السياسي والوطني المفوض السياسي العام وقيادة وكوادر ومنتسبو هيئة التوجيه السياسي كافة ينعون بمزيد الحزن والأسى المناضل الكبير

**العميد زهير خلوي الدويك**
**«أبو خلوي»**
**نائب المفوض السياسي العام**

ويشاطرون آل الدويك خالص العزاء سائلين الله العلي القدير أن يتغمد الفقيد بواسع رحمته وأن يسكنه فسيح جناته، وأن يلهم آله وذويه الصبر والسلوان.

**إنا لله وإنا إليه راجعون**



عثمان أبو غربية وعدد كبير من قيادات وكوادر الاجهزة الامنية يلقون النظرة الاخيرة على جثمان الشهيد «ابو خلوي»

---

# نسر الخليل

مهداة إلى روح المناضل الشهيد العميد زهير الدويك (أبو خلوي) نائب المفوض السياسي العام

● شعر/ ربحي محمود

من ذا يصدقُ أننا هذا الصباحَ البِكْرَ..
لن نحتسي القهوة
لن نطلق الضحكاتِ في أجوائنا
كي نشعلَ الحبَّ المؤصَّلَ في النفوس
للأرض والإنسان والأقصى الحزين
لن نحضنَ الصَّفوة

* من ذا يصدق أننا هذا الصباح
لن نُحصيَ الشهداء والجرحى
وأبناء الوطن
ونذكّر الجنرال أنا لن نزول
أو قد نعودُ عن التشبث بالجذور
وبالكروم وبالخليل

يا أيها النسرُ المحلقُ
في سماء المجد
أنظرنا قليلاً
كي نصدق أننا لن ندخل البهوَ المؤدي للصفاءِ
وللتقاء الأوفياء الأصفياء.
انظرنا قليلاً قبل ساعات الأفول
يا أيها الرجل المعبأ بالرجال وبالمضاء
من ذا يصبِّرنا يشدُّ الأزر
يحملنا إلى قصصِ البطولةِ والفداء
من ذا يزودنا بحنكتك الرزينة
والتمسك بالمبادئ والأصول
مَنْ ذا يعفّرنا بضحكاتِ الصغارِ الوادعين
يا أيها الجبل المدججُ بالبراكين التي لا تنطفي
في الفجر/ أو في الظهر/ أو عند التباسات المساء
خذ فجرَنا واهناً وحلِّق
سوف نمضي في دروبكَ لن نحيد

الآن.. تسكننا بحورُ الآه
نلهج بالتوسل للحياة وللإله
خذ نورَ ساحتنا
وعزِّنا لأيام بصوتك واحتدامِكَ
في «التجمّع» في البقاع
خذ موجنا صور النضال
وقصة الوطن الحبيب
وانفض جناحَك إننا
نأتيك في غَسَقِ الحياةِ من الرماد
نمضي معاً وبرفقة الأملِ المجنح
في الطريق إلى الخليل
يا أيها الرجل اتئد.. لا تبتعد
سيعود للقدسِ البهاء

يا أيها الرجل المدججُ بالسلاحِ وبالمضاء
وبالسلام وبالوطن

يا أيها النسرُ المحلقُ في سويداء القلوب
وفي الشمال وفي الجنوب
وفي فضاءات الخليل
خذ عهدَنا واهناً
فبعدك نُكمل الدربَ الطويلَ إلى الوطن
حتى نحقق حلمنا
ويعود للأرض الصغارُ الوادعون
ويهتفون كما الطيورُ على الفنن
يا أيها النسرُ الموسدُ والمحلّقُ
في الخليل
عهداً سنبقى الأوفياء
عهداً سنبقى الأوفياء
ولن يفرقنا الكفن

استطلاع

# «وطني» تستطلع آراء عدد من كوادر التوجيه السياسي والوطني



## الكيلاني: نرفض سياسة العدوان والغطرسة
## الصوراني: الاتفاقيات ملزمة للطرف الآخر
## حلس: هدفنا التخلص من الاحتلال واسترداد حقوقنا
## صالح: المطلوب رص الصفوف والوحدة الوطنية

غزة - محمد المدهون - أكد العديد من كوادر التوجيه السياسي والوطني على ضرورة التمسك بالوحدة الوطنية والالتفاف حول القيادة الوطنية الحكيمة لشعبنا، جاء ذلك خلال لقاءات خاصة في ظل الظروف السياسية الصعبة التي نمر بها وحتى تستطيع مواجهة شارون وحكومته ومنعه من القيام بمزيد من المجازر والدمار ضد شعبنا.

أجرتها (وطني) في مقر قيادة هيئة التوجيه السياسي بغزة، مع كوادر الهيئة الذين عبروا عن استنكارهم للضربة الأمريكية البريطانية الأخيرة لبغداد وطالبوا بموقف عربي موحد إزاء العدوان الذي ما زال مستمراً على العراق وفلسطين وعلى ضرورة اعادة ترتيب البيت العربي من جديد وجمع شمل الأمة العربية وتوحيد صفوفها



احمد حلس



العقيد عفيف صالح



العقيد زياد الصوراني



العقيد زهدي الكيلاني

وفي لقاء مع الحاج زهدي الكيلاني مدير مدرسة الشهيد خالد الحسن لاعداد الكادر بهيئة التوجيه السياسي والوطني، اكد انه لا فرق بين حكومة ائتلاف او غير ذلك بالنسبة لشعبنا وقضيتنا مشيراً الى ان ليس باراك او شارون هما اخر من حمل السكين للشعب الفلسطيني، مضيفاً أن السياسة الاسرائيلية قائمة على التنكر لوجود الشعب الفلسطيني.

وقال لا ننتظر الجديد من حكومة ائتلاف اسرائيلية فتاريخهم واحد تجاه شعبنا وامام هذه الحقيقة التي تترجم نفسها عبر محاولة ذبح الشعب الفلسطيني منذ النكبة حتى الان، ارى انه لا بد لنا ان نتوقف جميعاً عن تضييع الوقت في تحليل طبيعة الحكومات والسياسات الاسرائيلية تجاهنا.

واضاف الكيلاني: علينا ان نوفر جهدنا وفكرنا للتفكير في كيفية مواجهة عدونا وانا مؤمن اننا اقوى واصلب من الاحتلال.

واوضح الكيلاني ان الاستقرار في المنطقة هو مصلحة اميركية بالدرجة الاولى ولا يمكن ان يتحقق دون الحقوق المشروعة للشعب الفلسطيني وانه ليس امام حكومة الائتلاف الاسرائيلية الا ان تتخلى عن سياسة العدوان والغطرسة وتتعامل مع فرصة تاريخية ضمن مسار سلام الشجعان، مضيفاً ان كانوا يظنون انهم قادرون على تحقيق اوهام «ابادة الشعب الفلسطيني والتنكر لحقوقه الشرعية الا ان شعبنا بايمانه بالله وبحقه في وطنه وحريته وكرامته واستقلاله اقوى من كل اسلحتها التدميرية، ان شعبنا قادر بهذه الارادة ان يمس الكيان الصهيوني بالعديد من الاضرار التي لا تستطيع الحكومات الاسرائيلية ان تتجاهل آثارها على الكيان الاسرائيلي.

### الكيل بمكيالين

واضاف الكيلاني على الادارة الاميركية وهي تدرك جيداً حقائق التاريخ ومتغيراته وهي صاحبة المصلحة في الاستقرار في المنطقة عليها أن تتخلى عن سياسة الكيل بمكيالين وان تنظر بعمق استراتيجي لحقيقة مصلحتها.

وان تتخلى عن سياسة الهيمنة وقهر الشعوب وهي ممن اقروا ميثاق الامم المتحدة «الشرعية الدولية» بكل ما فيها من احترام لحقوق الانسان وسيادة الدول.

وتطرق الكيلاني الى العدوان الاميركي البريطاني الاخير على بغداد قائلاً من الواضح أن هذا العدوان جاء ليؤكد ان وصية السلف بوش لوريثه قائمة، فليضرب العراق وشعبه لتعطي اميركا اشعاراً لكل حكام المنطقة بأن لا يتجاوزوا خطوطاً وضعتها اميركا.

واضاف الكيلاني ان اميركا تتجاهل آثار عدوانها على امتنا العربية والاسلامية وعلى كل ضمير حي في العالم، مؤكداً ان نفاذ صبر امتنا بات وشيكاً وان مصالح الولايات المتحدة في المنطقة اصبحت في خطر، واكد ان امتنا ذات جذور عميقة في الحضارة والقيم الانسانية، وعليها ان تحدد دورها في تجسيد معاني الحرية والكرامة والاستقلال وحقوق الانسان.

وعلى صعيد آخر حول الدور الذي تقوم به مدرسة الشهيد خالد الحسن اوضح الكيلاني ان المدرسة انجزت تسع دورات لكوادر من مختلف اجهزة السلطة الوطنية ضمن برامج المدرسة التثقيفية والتعبيرية في مختلف المجالات وانها تسعى لتطوير هذا الدور وهي تدرك ان جميع الاخوة الذين شاركوا في هذه الدورات يقومون بواجبهم ضمن

الخطوط الرئيسية لتوجيهات القيادة وتطلعاتها السياسية والاجتماعية في المجالات المختلفة.

### سوء النية

وقال العقيد زياد الصوراني مفوض عام الاجهزة الامنية انه عندما وقعنا الاتفاقيات فقد تم التوقيع مع الحكومة الاسرائيلية سواء كانت عمالية او ليكودية، مؤكداً ان هذه الاتفاقيات يجب ان تكون ملزمة لكافة الحكومات الاسرائيلية مهما كانت طريقة تشكيلها او تأليفها، واضاف انه من الصعب مصادرة قرار شعبنا الفلسطيني والاستمرار بانتفاضته، فهذا الشعب وجد ان الانتفاضة هي البديل الوحيد لمواجهة هذه الغطرسة الاسرائيلية العسكرية وهذه المجازر التي ترتكب طالت كافة مجالات الحياة الفلسطينية.

واضاف ان حكومة وحدة وطنية تحمل لشعبنا سوء النية وانها جاءت لتلغي الاتفاقيات الموقعة وتجعلنا نعيش في حصار، بدأنا نلمس نتائجه السيئة على شعبنا وانه تجاوز انواع الحصار الذي مورس وفرض على الشعوب الاخرى.

وتحدث الصوراني عن الاخطار التي تترتب على هذا الحصار ،الاقتصادية والاجتماعية والسياسية وغيرها مؤكداً ان هذا العدوان الاسرائيلي ما كان له ان يكون لولا الدعم المطلق واللا محدود من اميركا التي قامت بضرب العاصمة العراقية التي تحمل كبرياء الامة العربية.

### تفعيل الشعوب العربية

وطالب الصوراني الحكام العرب بان يكون لهم موقف واضح ازاء هذا العدوان الذي يشن ضد العراق وفلسطين وان يستجيبوا على الاقل لطموحات شعوبهم التي اصبحت غير قادرة على احتمال هذا

العدوان الهادف الى اذلال هذا الكبرياء العربي.

واضاف ان كل نظام عربي يفهم ان ضرب بغداد يعني ضرب غيرها من العواصم العربية مشيرا الى ان احد اسباب ضرب العراق هو وقفتها الشجاعة مع انتفاضتنا الباسلة.

وقال ان المطلوب من القمة العربية القادمة في عمان وقفة اكثر جدية تجاه القضايا العربية.

### الاشاعات

وعن دور التوجيه السياسي في الاجهزة الامنية قال الصوراني ان للتوجيه السياسي دور مهم جدا في الاجهزة الامنية وهو عين هذه الاجهزة لاننا نشعر ونستشعر بنبض الشارع وهمومه ونسعى دائماً لان تكون هناك علاقات متطورة بين التوجيه السياسي والاجهزة الامنية المختلفة، اذ يقع عليها عبء كبير امام هذه الحملة المسعورة الخطرة، من الاشاعات، واوضح ان الاشاعة هي جزء خطير من الحرب التي تشن ضد شعبنا.

واضاف ثقتنا كبيرة بقيادنا ابو عمار مشيرا الى وجوب ترتيب البيت الفلسطيني وتنقية الاجواء.

### وجهان لعملة واحدة

ومن جهة اخرى اكد العقيد عفيف صالح مفوض عام قوات الامن الوطني ان شعبنا لا يهمه من جاء في حكومة الاحتلال سواء كانت ليكودية او عمالية، فكلاهما وجهان لعملة واحدة ولا نعترف بتغيير السياسات في الكيان الصهيوني، ونحن على يقين ان باراك سوف يدي تشددا مع شعبنا اذ اصبح وزيرا للدفاع في حكومة شارون.

### اين القومية العربية؟

وحول الموقف العربي قال صالح من المؤسف عدم وجود انظمة تقف

## الرئيس يعزي آل الدويك بوفاة العميد ابو خلوي



منظمة التحرير الفلسطينية
PALESTINE LIBERATION ORGANIZATION
السلطة الوطنية الفلسطينية
Palestine National Authority
مكتب الرئيس
Office of the President

برقية

بسم الله الرحمن الرحيم

﴿ يا أيتها النفس المطمئنة ارجعي إلى ربك راضية مرضية فادخلي في عبادي وادخلي جنتي ﴾

صدق الله العظيم

الإخوة آل دويك الكرام

بقلوب مؤمنة بقضاء الله وقدره وبتأثر بالغ، تلقينا نبأ وفاة الأخ المرحوم العميد زهير خلوي الدويك "ابو خلوي"، الذي انتقلت روحه الطاهرة إلى جوار بارئها الرفيق الأعلى، وقد قضى الفقيد حياته مدافعاً عن حقوق شعبنا بكل شجاعة وثبات في جميع المواقع النضالية التي خدم فيها، وكان ابناً باراً من أبناء فلسطين، الذين عملوا وناضلوا بتفان وإخلاص في سبيل نيل شعبنا لحريته واستقلاله.

وإنني إذ أتقدم إليكم، وإلى كافة أفراد الأسرة الكريمة، وإلى عموم آل دويك الكرام، بأحر مشاعر التعازي الأخوية الصادقة، والمواساة القلبية الحارة بهذا المصاب الكبير، لأدعو الله عز وجل، أن يتغمد الفقيد الراحل بعظيم مغفرته، ويجنبه بواسع رحمته، ويسكنه فسيح جناته، وينعمكم وكافة أفراد الأسرة جميل الصبر والسكينة وحسن العزاء.

﴿ إنا لله وإنا إليه راجعون ﴾

عزة في: 2001/2/26م

[توقيع]
ياسر عرفات
رئيس دولة فلسطين
رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية
رئيس السلطة الوطنية الفلسطينية

وطني العددان (39/40) - 39

---

إلى جانب الشعب الفلسطيني وأشار إلى قصف بغداد وقال: للأسف الشديد لم نسمع إدانة من الأنظمة العربية التي تدعي الوطنية والقومية، وتساءل: اين هي القومية العربية عندما يضرب شعب بأكمله بلا مبرر، وتساءل عن دور الجامعة العربية؟

وحول القمة العربية المرتقبة قال صالح: لقد عقدت قمم عربية كثيرة وسمعنا من قرارات وبرامج وللأسف كانت النتائج قليلة، وأضاف لقد عقدت قمة عربية طارئة في القاهرة لدعم الشعب الفلسطيني سياسيا وماديا، ولكن اين هو الدعم؟!، مشيرا إلى ان الشعب الفلسطيني في حالة فقر شديد الان في ظل الحصار المشدد من قبل العدو الاسرائيلي.

### حماية المقدسات

وقال صالح: ان السفير السعودي في بيروت، قدم 270 الف ريال لعلاج الجرحى، وقال من يستضيف جريحا ليداويه فلا يجوز ان يحسبه من المال المخصص لدعم الشعب الفلسطيني.

وأكد صالح ان الشعب الفلسطيني يقاتل لحماية مقدساته، فاين الهبة لنصرة هذه المقدسات؟.

وقال ان الثورة عطاء مستمر، والانتفاضة هي ثورة على الواقع الذي تعيشه ولذلك نحن عاقدون العزم على الاستمرار في الانتفاضة الفلسطينية حتى تحقيق الحقوق المشروعة الكاملة للشعب الفلسطيني في العودة وتقرير المصير واقامة الدولة الفلسطينية المستقلة وعاصمتها القدس وعودة اللاجئين الى ديارهم التي شردوا منها.

### ارادة قوية

ومن جانبه قال الاخ احمد حلس المفوض السياسي العام لقوات المناطق الحدودية ان الشعب الفلسطيني عقد العزم للتخلص من الحالة المذلة والمهينة التي وصلنا اليها خلال سبع سنوات من المفاوضات الاسرائيلية والاستهتار بحقوق شعبنا الفلسطيني وان كنا نملك القوة والعتاد العسكري الذي نواجه به المحتلين الصهاينة الا اننا نملك الايمان والارادة ونستطيع ان نصل الى اهدافنا ولو كان الثمن مزيدا من الدم والشهداء والجرحى والمعتقلين والاسرى.

وأضاف في هذه المرحلة نحن من يمشي على حد السيف بمعنى اننا مقبلون دائما على الشهادة وهذه هي طبيعة الاحداث وحقيقة الموقف، فلا نملك سلاحا كثيرا نصد به هذا العدوان الدائم وانما نملك صدورنا وغطاءنا ولحمنا ودمنا وارادة قوية وايمانا لا ينتزع، وهذه الارادة تشير الى ان هذا هو وطننا وعدونا فعلينا ان نقاومه ولا نفكر كثيرا في النتائج وفي موضوع الربح والخسارة مؤكدا ان ربحنا الحقيقي هو تحرير

### تبادل ادوار

وأوضح حلس ان الوضع السياسي مقبل على الانفجار ذلك لان الاسرائيليين اتفقوا شعبا وقيادة على ان يديروا ظهورهم لحقوقنا وبالتالي كانت هذه هي النتيجة الحقيقية التي كنا نتوقعها لانتخاب شارون، والذي لم يختلف عن رابين وباراك او اي صهيوني مضيفا ان هذا التغيير ليس سوى عبارة عن تبادل ادوار، والدوامة تسير باستمرار.

وأكد حلس انها ليست المرة الاولى التي نواجه فيها شارون وان كل قادة اسرائيل من بن غوريون والى يوم القيامة سيكون هو شارون، وسيكون اكثر منه اجراما.

وأضاف ان شعبنا يزحف دائما الى الامام ويريد ان يحرر ارضنا ولذلك لا يمكن ان يسمح لنا الاسرائيليون بهذا، اذن لا بد ان ينفجر الموقف، ونحن بحاجة ماسة للوعي الكامل والوحدة الوطنية والى ان نفهم اين نضع اقدامنا، وشدد على ضرورة شن حرب ضد مروجي الاشاعات واكد ان التوجيه السياسي عليه دور كبير ومهم جدا في هذه المرحلة ويجب ان يشكل البوصلة التي يسترشد بها شعبنا وان يشكل الضمير لشعبنا الفلسطيني.

وأضاف نتمنى ان نكون قد ادينا بعضاً من الامانة والجهد.

### اللحمة والوحدة الوطنية

اما العقيد محمد ابو عودة مدير عام الادارة للتوجيه السياسي فقال: عندما ننظر الى ما حصل في الطرف الاخر ومحاولات تشكيل ما يسمى بحكومة الوحدة الوطنية فان هذا في مفهومنا يثبت المقولة التي كنا نرددها باستمرار «وجهان لعملة واحدة» واضاف انه مهما حصل في الحكومة الاسرائيلية من تطورات فالمنهج الاول والاخر لها هو كيفية الانتفاضة على الشعب الفلسطيني، فالهدف اصبح واضحا هو ابادة شعبنا.

وأكد ابو عودة انه مطلوب منا المزيد من الوحدة الوطنية واللحمة وترميم كل ما هو داخل بيننا الفلسطيني، مشيرا الى انه عندما تكون لدينا المسلكية الثورية الصحيحة تكون الصخرة التي تتحطم عليه كل المؤامرات التي يواجهها بها العدو الاسرائيلي وشدد على الوعي الكامل فلسطينيا بحيث لا نكون طعما للاشاعات واكد ابو عودة على اهمية الالتفاف خلف قيادتنا الحكيمة وعلى رأسها الاخ القائد ابو عمار.

العقيد ابو عودة: المزيد من الوحدة الوطنية والمسلكية الثورية الصحيحة