## الأمن الوطني في محافظة رام الله والبيرة

# مهمات متعددة وجهود متواصلة



## العميد حلس: كرامة الفلسطيني اولا

### العقيد الريماوي: لا تداخل بين مهام الأمن الوطني والأجهزة الأخرى

### نقيب حماد: أولويات العمل العسكري الحقوق والواجبات

تقرير وتصوير: حسام قنداح

حين انطلقت مسيرة السلام ودخلت السلطة الوطنية أبواب الوطن، انطلقت معها نواة الجيش الفلسطيني من خلال التشكيلات للأجهزة الأمنية، وكان جهاز الأمن الوطني هو المحور الرئيس في التشكيلة لأهميته كنواة لجيش الدولة الفلسطينية.

---

وفي رام الله، تفاعل هذا الجهاز مع باقي الأجهزة للحفاظ على مقدرات الشعب، وكرامة المواطن مستنداً الى انه موجود لخدمة الوطن وحماية المواطن في أرجاء واسعة من الريف الفلسطيني على عاتقه مسؤولية حماية مناطق السلطة.

وللمزيد عن دور هذا الجهاز التقينا العميد سليمان حلس «أبو الوليد» قائد قوات الأمن الوطني في محافظة رام الله والبيرة، (قائد المنطقة)، والذي قال ان لهذا الجهاز طبيعة خاصة، فهو جيش فلسطين القادم، رغم انه الآن كباقي الأجهزة تحت اطار الشرطة الفلسطينية حسب اتفاقية اوسلو، ولكن بعد اعلان الدولة وبسط السيادة على الأرض سيكون دوره مختلفاً تماماً وستتركز مهامه على حماية الدولة والدفاع عن حدودها وسيادتها، أما الآن فمهامه تقتصر في المناطق المحررة وحدود منطقة «أ» كما انه يقوم بحراسة هذه المناطق باقامة الحواجز للحيلولة دون اختراق الطرف الآخر لأراضي السلطة الوطنية.

كذلك من أبرز مهامه مساعدة جهاز الشرطة، في بسط الحماية والأمن داخل مناطق السلطة، أو مساعدة الأجهزة الأخرى في أعمالها ومهامها، من خلال التنسيق المستمر والمنظم داخل غرفة العمليات المشتركة والتي تقوم بالاشراف على تنظيم عمل الأجهزة الأمنية.

### الأفراد

أما عن اختيار الأفراد في جهاز الأمن الوطني فأكد العميد حلس ان ذلك يأتي بعد خطوات وتفصيلات عديدة، وانتقاء الأفراد بأمر القيادة العامة، لذا يجب توفر أنظمة محددة مثل اللياقة البدنية والصحية والنفسية، والبحث الأمني والأخلاقي، هذه المواصفات ضرورية لأهميتها في بناء جيش سليم ومدرب يستطيع تنفيذ مهامه بمسؤولية وانتماء، بعدها يخضع لفترة التدريب الأولي ويدخل الجهاز ويتواصل في التدريب اليومي للحفاظ على لياقته باشراف القيادة، وبذلك يتأهل الفرد ليصبح جندياً داخل القوات.

### العلاقة مع المواطن علاقة احترام

وأوضح العميد حلس «أبو الوليد» ان العلاقة مع المواطن هي علاقة احترام متبادل، تخضع للمراقبة المستمرة من القيادة لأن أفراد القوات في احتكاك مستمر مع المواطنين يومياً من خلال حواجز قوات الأمن الوطني، وهناك التوجيهات والدورات التي تعقد للأفراد لترشدهم لكيفية التعامل مع المواطنين



العميد سليمان حلس

وخاصة الأهالي من داخل الخط الأخضر، كذلك مع الأجهزة الأخرى، وقال: «نعلم أفرادنا ان احترام المواطن وعدم الاساءة له نابع من ان كرامة الفلسطيني فوق كل اعتبار، رغم ان بعض المواطنين قد يتجاوز الحد في التعامل مع الأفراد على الحواجز آملين ان يتم التعاون بود بين الطرفين، لأن لكليهما كرامة، المواطن والجندي، ويجب الحفاظ عليها، وزيادة أواصر المحبة والتعاون، لأن مصلحة الوطن هي العليا.

### حماية منجزات السلطة

أما العقيد فضل الريماوي «أبو عثمان» قائد كتيبة الأمن الوطني في رام الله فقال ان مهام قوات الأمن الوطني هي حماية منجزات السلطة الوطنية من العابثين والحفاظ عليها من خلال توجيه أفرادنا والاشراف على عملهم ومهامهم بالتنسيق والتعاون مع الأجهزة الأمنية العاملة في رام الله، وأضاف انه لا يوجد تداخل بين مهام الأمن الوطني والأجهزة الأخرى من خلال التنسيق المتواصل والممثل بغرفة العمليات والاجتماعات الدورية لقادة الأجهزة، وقال: عند حدوث مشكلة تحول الى غرفة العمليات وبدورها تحول للجهة المختصة.

أما عن العلاقة بين أفراد القوات وقادتهم فأكد ان التعامل قائم على أساس أنهم أبناء شعب واحد، وقع لوقت طويل تحت وطأة الظلم والقهر من قبل الاحتلال وعاني من هذا الشعب وابناؤه الكثير، لذا رأى الريماوي ضرورة اكمال دائرة الانجازات من خلال بناء جسور الثقة مع الأفراد، لذا يسعى قادة الجهاز لرفع مستوى الأفراد من خلال الدورات والتعليم الذي نوليه اهتماماً كبيراً، كما ان القيادة تسعى دائماً ليستمر لمطالبة الجهات الرسمية بزيادة رواتب العسكريين لأنها غير كافية لتغطية تكاليف المعيشة الباهظة، وأضاف: نأمل بأن تكون هناك استجابة لطلب زيادة رواتب الأفراد.

النقيب حاتم حماد نائب مدير العلاقات العامة للأمن الوطني في رام الله أوضح ان العلاقات العامة جزء من عمل الأمن الوطني ومسؤوليتها المباشرة من قبل العميد سليمان حلس، ان العلاقات العامة معنية باقامة علاقات مع الشعب والأجهزة الأخرى قائمة على الاحترام ومعرفة الواجبات والحقوق، التنسيق مع كافة الأطراف لمنع تضارب المهمات بعضها ببعض، وذلك من خلال التنسيق المشترك مع كافة الأجهزة الأمنية العاملة في منطقة رام الله وأضاف: من جانبنا كعلاقات عامة نقوم بالتنسيق







العقيد فضل الريماوي

تعبئة فكرية

# الشخصية الفلسطينية من الحيرة الى الاستقرار

**بكر ابو بكر**





تيسير الكردي



النقيب حاتم حماد

انتزع معظم الانتماءات من الحضن القومي العام الى الحضن القومي الوطني للبناء بمعنى التمهيد والتسميد اصل في عملية التكوين، وفي هذا الاصل فكانت المرحلة الثانية هذا اي (مرحلة الانعطاف) بناءً للشخصية القطرية اي الشخصية الوطنية الفلسطينية المستقلة في المحيط القومي. ومع تطور النضال الفلسطيني الذي اسقط ذكريات اللجوء، والانهيار والاحباط ورسخ مكانه الثورة والعنفوان والقدرة على التغيير فكانت مكونات الثورة المختلفة ان اظهرت في المرحلة الثالثة حالة التميز للشخصية الوطنية الفلسطينية عما سواها بحيث اصبحت هوية الثورات مرتبطة بالفلسطيني... لقد كان للثورة والثقافة الوطنية وحساسية الكرامة والتعددية الفكرية والحرية وممارسة الديمقراطية دور في تكوين الشخصية الوطنية التي اكتسبت (التميز) عن المحيط العربي وصولاً للمرحلة الرابعة من مراحل بروز الشخصية الفلسطينية وهي مرحلة (التحقق) التي جعلت من الشعب الفلسطيني حقيقة لم يعد لاحد قدرة على انكارها ولم يعد للعالم قدرة على انكار حقها في الاستقلال والدولة. كانت هذه المراحل الاربع التي ابرزت الشخصية من الحيرة الى الانعطاف الى التميز فالتحقق.

## مراحل بناء الشخصية في اطار الثورة

لقد كان للثورة ان شكلت منعطفاً فلسطينياً جذب الشخصية باتجاه الحرية والكرامة والديمقراطية من خلال:

1- بناء الشخصية المناضلة التي رسمت عناق البندقية والرغيف، تفوق الجماعة على الفرد، احترام الجماهير وترسيخ الكرامة، سحق اللجوء مقابل العنفوان.

2- بناء الشخصية المثقفة بالتعليم والثقافة، وعبر اقتران بالبندقية والعلم.

3- بناء الشخصية المسيسة: وكان للثورة الفلسطينية ولكافة احزاب وتنظيمات (م.ت.ف) ان صنعت من الفلسطينيين شخصيات مسيسة، اي تأكل وتشرب وتقوم وتنام مع السياسة... في الاعلام والفكر والمجتمع.

4- بناء الشخصية الديمقراطية المدنية: لان الشخصية المثقفة والمسيسة في اطار البناء وقيام الدولة امور هامة للتواصل والاستمرار، وفيها يجب ان يعمق الجانب المدني الديمقراطي الذي يحترم الشعب كما يحترم النظام والبيئة والتعددية.

لقد كان للاطار الفلسطيني الجامع والشامل ممثلاً بـ(م.ت.ف) ان حقق الانعطاف عبر الانتقال من حالة الحيرة الى حالة التشظي ثم التحقق كشخصية فلسطينية متميزة، ومسيسة ومدنية.... صنع فيها التكوين المقصود او المحرض عليه من قبل البيئة والمناخ مناقبها وسماتها.

### التكوين:

ان عملية التكوين او عملية البناء هي عملية تفترض صلاحية الارض للبناء، بمعنى التمهيد والتسميد اصل في عملية التكوين، وفي هذا الاصل تحديد للمحيط الخارجي الذي يتنفس فيه الانسان ويؤثر في تكوينه ويحدد افكاره وتوجهاته... وتأتي عملية التكوين كعملية مقصودة من الاطر والمؤسسات لتتعاطى مع مفاهيم التربية والتعليم والتوجيه فتمهد لان تغرس مفاهيم وافكاراً يعتمد عليها في تشكيل الخلفية الثقافية للفرد الذي يصبح شخصاً متى ما اكتمل نموه الثقافي... وفي مرحلة النمو الثقافي تتصارع المذاهب والافكار من حول الشخص الذي اما ان يتقبل منها ما يتفق مع طبيعته او يقف حائراً مربوكاً، او يستخدم عقله المكتمل ليميز الغث من السمين مما ارتسم في وعائه وعائه وما ورد اليه.

ان التكوين عملية منظمة تقوم بها مؤسسات ترسم اهدافاً وتضع خططاً، او هكذا يجب ان يكون، بينما التثقيف قد يكون كذلك وقد يكون شأناً ذاتياً يعبر عن رغبة في الاستزادة والثراء والوعي. والتكوين كعملية تتكامل فيها العوامل الخارجية والعوامل الذاتية للشخص او الجماعة او الشعب لان التكوين في الشخص رسم لثقافة ذاتية والتكوين في الشعب رسم لثقافة جمعية وتحديد لهوية وبلورة لاستقلالية.

### مراحل بروز الشخصية

لقد مرت الشخصية الفلسطينية من طور الحضانة الى طور الفتوة حيث اشتد عودها بالمصائب والكوارث التي لم تكسر فيها ظهراً وانما فتلت سواعدها، وفوت من زندها... ولو اخذنا تاريخ النكبة واعتبرناه مدخل رسم الصورة فانه من الممكن ان نقول ان الشخصية الفلسطينية مرت (بالحيرة) العامة التي كانت استقراراً لجماعات دون الاخرى في احضان القومي او العالمي او الديني من الاحزاب... لقد ولد التشرد واللجوء احباطاً وكأبة وانتكاسة عظيمة وضعت الشعب في حيرة فكرية وسياسية وجدت عبرها الجماعات او التجمعات نفسها منساقة لضغط البيئة وبريق الشعارات واستقرار العقائد فكانت متشظية بين احزاب اليسار واليمين من الحزب الشيوعي الى حزب الاخوان المسلمين، من حزب البعث الى حركة القوميين العرب، من حزب التحرير الى الحزب القومي السوري الاجتماعي.... لقد عانت الشخصية الفلسطينية العامة من حيرة عامة ربما لغت استقرارها في هذه الاحزاب الا انها عندما وجدت الشعار يحلق في السماء والارض والسياسة بعيدة انطلقت تنشئ المنظمات القومية الوطنية التي كانت بدايتها بالعشرات في الخمسينيات... كانت الشخصية الفلسطينية آنذاك مندمجة كلياً في العمق العربي الى ان مثلت الثورة الفلسطينية بانطلاقتها (انعطافاً)

مع المؤسسات الوطنية وبلديتي رام الله والبيرة.

كما اننا نقوم بعقد الدورات التثقيفية لابناء الجهاز ودورات مشتركة مع الاجهزة الاخرى، ودورات تعبوية وتوجيهية تنمي روح الانتماء للافراد، واخرى عن العلاقات العامة والادارة ومفاهيم الاتصال.

اما المساعد محمد اللوباني فاوضح ان عمل قوات الامن يستمر 24 ساعة يومياً للقيام بالمهام الليلية والمنوطة بهم على الحواجز التي تقوم بمراقبة السيارات المشبوهة التي تحاول دخول مناطق السلطة او ادخال مواد ممنوعة او بضائع فاسدة.

ويعتبر ان العلاقة مع المواطنين علاقة مقدسة وقال: لن يسمح لاي كان بان يعبث برباط هذه العلاقة، لانها علاقة وطنية قائمة على الحرص، والتعاون المشترك لمصلحة المجموع، فالمصلحة واحدة والهدف واحد، لذلك نتعامل دائماً بروح المسؤولية والصبر وتخفيف حدة الموقف عند الاشتباه بشيء ما، وذلك حرصاً على تنمية العلاقة.

واعتبر ان احدى العقبات الرئيسية امام افراد الامن الوطني هي الرواتب والتي اصبحت زيادتها ضرورة ملحة، لانها تعزز الانتماء الوطني للفرد في خدمة وطنه في ظل الاوضاع الاقتصادية السيئة، وتحد من ظاهرة تسرب الافراد للبحث عن عمل آخر، مما انعكس على معظم افراد القوات، واعرب عن ثقته بجهود القيادة للتغلب على هذه الظاهرة من خلال تعزيز دور الانتماء، والتوجيه.

المساعد أديب سمور من الامن الوطني اعتبر ان الامن الوطني هو جيش فلسطين القادم الذي يجب متابعة أموره بشكل جديد واعطاؤه ميزة عالية لتأسيس نواة متقدمة، فالافراد هم النواة الاولى في هذا الجيش ومتابعتهم وتحسين اوضاعهم ضرورة قصوى يجب النظر اليها كقضية محورية ورئيسة يجب ان لا يتم تجاوزها.

ودعا الى سد الفجوات الموجودة في الخدمات المقدمة للعسكريين مثل الخدمات الطبية التي لا تغطي الحد الأدنى من العلاج والدواء، وهذا أبسط حق للجندي، والكثير من العسكريين لا يجدون الدواء والعلاج اللازمين، اما عن الرواتب قال سمور: هذه القضية أصبحت الشغل الشاغل للعسكريين، حيث لا تغطي الرواتب المصاريف اليومية لنا، لمنع عمل العسكري في عمل آخر، والرواتب متدنية أصلاً في ظل غلاء متواصل ومستمر.

وعن حاجز البالوع على المدخل الشمالي لمدينة البيرة قال ان هذا الحاجز حساس لموقعه القريب من معسكر بيت ايل، بالاضافة لقربه من عدة مستوطنات اسرائيلية وطرق التفافية، وأصبح في الفترة الاخيرة من اهم المحطات النضالية لدى شعبنا الفلسطيني، ودخل مرحلة الصمود والشهادة والتحدي عندما استبسل

الأهالي بمقارعة الاحتلال، لذا نصبّ جهدنا كاملاً للتواجد بشكل مستمر، وبحذر شديد بمعاونة الاجهزة الاخرى العاملة في رام الله والبيرة، وان اهم المشاكل التي تواجه الحاجز هي بعض السيارات العمومية التي تتجاوز السرعة على الحاجز، وكذلك السيارات المسروقة، وقال: نعمل على حل اي اشكال ضمن الصلاحية المعطاة لنا على الحاجز.

العريف حسين كمال حسن قال ان العلاقة مع المواطنين قائمة على الود والاحترام والتعاون وان كانت هناك تجاوزات من بعض المواطنين، الا انها بشكل عام علاقة وطنية، لذا نسعى على الحاجز لبناء جسور الثقة مع المواطن لأننا الصور المشرقة لقوات الامن الوطني أمام المواطنين عند احتكاكنا اليومي معهم.

### حاجز المعلوفية على المدخل الجنوبي للبيرة

هذا الحاجز الذي يفصل حدود بلدية رام الله والبيرة مع القدس، ويمر عبره أهالي من القدس الى مناطق السلطة الوطنية، تقع على كاهله مسؤوليات عديدة، هذا ما أوضحه مساعد أول تيسير الكردي، حيث اعتبر ان علاقة الأفراد بالادارة العامة للأمن الوطني هي علاقة تفاهم تنعكس ايجابياً على التعامل مع المواطنين، وخاصة اننا في تماس مباشر ويومي مع المواطنين، ومهمتنا هي التركيز على منع دخول الطرف الآخر لمناطق السلطة الوطنية، لذا فان التدقيق في السيارات هي مهمتنا الاساسية، وعندما نتأكد ان بها مواطنين من القدس أو من داخل الخط الأخضر، فاننا وبسرعة نسهل الطريق أمامهم، ولم يحدث أي أشكال يذكر معهم، لأننا نعاملهم باحترام وتعاون، وان حدثت بعض الاشكالات سريعاً يتم تجاوزها.

توجيهات القيادة دائماً لنا هي ملاحقة السيارات المسروقة وبحذر، أما رقيب أول أشرف شواهنة، طالب في جامعة القدس المفتوحة سنة رابعة اعتبر ان الانتماء لفلسطين هو الذي جعله يتوجه الى قوات الأمن الوطني التي هي الدرع الواقي والحارس الأمين لأبناء شعبنا، ويعتبر ان القيادة في الأمن الوطني دائمة التوجيه للأفراد وتنمي فيهم روح الانتماء من خلال اعطاء فرص التعليم ومواصلة الدراسة، وعن دراسته أكد ان الكثير من الأفراد ملتحقون بالجامعات، ويقومون بالتنسيق بين الدراسة والعمل من خلال توجيهات القيادة ودعمها لهم ومساعدتهم.

وأضاف ان مواصلة الدراسة في الجامعة نابعة من تشجيع القيادة واهتمامها بالأفراد لبناء دولة مؤسسات ذات كفاءات علمية.

تقارير



# الطرق الترابية والبديلة ...
## معاناة يومية للمواطنين
## في ظل استمرار الاغلاق

**محافظات - وطني:**

اصبح الانتقال من القرية الي المدينة ومن مدينة لاخرى اشبه بمغامرة تحفها الاخطار من كل جانب، حيث خطر الجنود الذين يصوبون بنادقهم وفوهات مدافعهم تجاه المواطنين العزل وقوافل السيارات التي تتلمس طريقها عبر الحقول والشعاب والجبال، ولكن بعد دقائق معدودة تقوم قوات الاحتلال باغلاقها لمنع المواطنين من المرور. فأهل هذه القرية منعوا من استخدام اراضيهم للمرور منها وعلى العكس سمح الجيش الاسرائيلي لنفسه بتجريف الاراضي واقتلاع ما يراه من الاشجار لحماية مستوطنيه على حد زعمهم، وابرز مثال استشهاد المواطنة فاطمة ابو جيش على احد الحواجز الاسرائيلية قرب قريتها بيت دجن شرق نابلس عندما كان السائق يحاول سلوك طريق ترابي للعودة الى منزله، ولكن يد الغدر والارهاب امتدت واصابت الشهيدة فاطمة في مقتل.

**المحتلون يطلبون من فتاة تقبيل الركاب وشاب يرفض البصق على زملائه**

ناهيك عن اخطار الانزلاق في المنحدرات بفعل الامطار والسيول، وقد سجلت المحافظات العديد من حوادث السير جراء ذلك.

ولا يخفى على احد ان السياسة الاسرائيلية تقوم على توفير الحماية والراحة لمستوطنيها الجاثمين على ارضنا اولاً وثانياً.. ومحاولة تركيع شعبنا بفرض الحصار عليه وسد الطرق امامه، موفرين الغطاء للمستوطنين الذين يعيثون فساداً بالممتلكات ويشكلون خطراً على المواطنين اثناء سفرهم.

فقد قامت جرافات الاحتلال ومنذ الايام الاولى لانتفاضة الاقصى والقدس والعودة باغلاق الطرق الرئيسة الواصلة بين المدن وقراها وبين المحافظات بعضها ببعض، محاولين قطع التواصل الجغرافي والاجتماعي بين المواطنين.

لكنهم نسوا ان الشعب الفلسطيني قادر على خلق طرق بديلة عبر حقوله المزروعة وافنية المنازل للابقاء على التواصل رغم المخاطر والمعيقات.

وتقوم الجرافات باغلاق الطرق الترابية البديلة الا ان المواطنين يشقون طرقاً اخرى والتحدي مستمر.

وعلى هذه الطرق البديلة (الترابية) والصخرية تقاسم المواطن والسائق مخاطر المرور من هذه الممرات الخطرة على المواطنين والسيارات، ولكن الاهالي يصرون على مواصلة العيش رغم نقص الاحتياجات الاساسية.

فقرية عقابا شرقي مدينة جنين والتي لا تبعد عن الطريق الالتفافي وعن مستوطنة قديم سوى امتار معدودة اصبحت اراضيهم المزروعة بالقمح والشعير والتي تشكل مصدر رزقهم الوحيد ميدان سباق ورماية للمدفعية الاسرائيلية، وشق المواطنون في اراضيهم اكثر من 20 طريقاً ترابياً وجبلياً للتسهيل على المواطنين بالمرور

**على هذه الطرق البديلة (الترابية) والصخرية تقاسم المواطن والسائق مخاطر المرور من هذه الممرات الخطرة والاهالي يصرون على مواصلة العيش رغم نقص الاحتياجات الاساسية**

طاهر العزموطي الذي يمتلك قطعة ارض كبيرة بالقرب من الطريق الالتفافي يقول «ان ارضي اصبحت طريقاً لجميع المواطنين بسبب اغلاق الطرق المؤدية الى مدينة جنين فكلما حرثناها للزراعة قامت الجرافات الاسرائيلية والدبابات باقتلاع كل ما نزرع من خلال ملاحقة المواطنين والسيارات، ومنع المرضى من الوصول الى المستشفيات، فحياتنا اصبحت جحيماً، وستبقى ارضنا هذه السنة بوراً ولن تتم زراعتها، وهذا ما اكده ايضاً ياسر العزموطي، احد مالكي الاراضي في المنطقة والذي قال «نحن نخشى التجول في ارضنا خوفاً من اجسام مشبوهة قد تضعها قوات الاحتلال، فكل يوم تقوم الجرافات الاسرائيلية بتجريف ارضنا ومنعنا من استخدامها، كما تقوم بمطاردة السيارات المارة واطلاق الدخان الخانق عليهم وتفتيشهم وارجاعهم الى قراهم وعدم السماح لهم بالوصول الى اعمالهم ومراكز المدن.

اما المواطن اياد نصار من القرى الشرقية وهو صاحب سيارة عمومي فيقول ان السيارة عمرها سنة واحدة فقط اشتريتها بعد جهد جهيد وما زلت اسدد اقساط البنك، فكيف لي ان اسلك هذه الطرق الجبلية الوعرة وانا في الحقيقة مضطر الى ذلك لاوفر اقساط سيارتي ورزق عيالي لانها مصدر دخلي الوحيد وكما ترى فالسيارة تكسرت من وعورة الطرق التي نسلكها فلكي تدخل الى جنين التي لا تبعد عنا سوى 2كم اضطر الى زيارة اكثر من 8 قرى لاكثر من ساعة ونصف لادخل الى مدينة جنين واحياناً كثيرة يتم ارجاعنا.

اما المواطنة المريضة رابعة ابراهيم والتي تجري عملية غسيل للكلى مرتين اسبوعياً في مدينة نابلس تقول «بأن قوات الاحتلال منعتها كما منعت عدداً كبيراً من المرضى من الدخول الى مدينة جنين لتلقي العلاج مما اضطرها للمبيت في مدينة جنين خوفاً من السفر على الطريق فهي تسكن في احدى القرى المحاصرة.

وهي شاهد على ان قوات الاحتلال قامت بمطاردة احدى سيارات العمومي التي تقل امرأة حاملاً ومنعتها من الوصول الى المستشفى لاجراء فحوصات حيث اسقطت المرأة جنينها ميتاً جراء المطاردة.

هذا وسجلت شرطة المحافظة العديد من حوادث السير القاتلة



جراء انزلاق السيارات في المناطق الجبلية الوعرة التي يسلكونها للوصول الى اعمالهم، وهذه المشاهد لا تقل غرابة عن مشاهد في سائر انحاء الوطن، فترى النساء والشيوخ والاطفال وطلبة المدارس يتراكضون على الطرق الترابية للوصول الى قاعات الامتحانات والى مصالحهم قبل ان تصل اليهم المدفعية الاسرائيلية وتطفئ نيرانها حرارة اجسادهم.

## الاغلاق

والوضع في قرى رام الله ليس بأحسن حالاً منه في جنين حيث المعاناة اليومية للنساء والاطفال، والعمال تخللتها المواجهات مع الجيش الاسرائيلي بسبب خطواتهم الاستفزازية ضد المواطنين، كما حدث عندما قام جنود الاحتلال بتجريد احد المعاقين من عكازه واجبروه على الزحف والضحك عليه باستهتار، ما ادى الى مواجهات معهم اسفرت عن جرح شابين، كما انهم قاموا بملاحقة صحفي كان متواجداً في المنطقة وتهديده بالقتل، وعلى طريق نابلس قرب قرية قريوت اقام المحتلون ثكنة عسكرية هي منطقة استيطانية حيث اصبح المرور قربها مغامرة غير مضمونة.

السائق احمد القريوتي قال: ان الجنود والمستوطنين قاموا باعتراض طريقه، ورشقه بالحجارة، حيث عاد ادراجه من حيث أتى ولم يفلح بالدخول الى قريته قريوت الا بعد يومين، سائق صهريج ماء قال: ان احدى المهام الرئيسة للجيش، اصبحت فقط تشديد الحصار وتحكيم الاغلاق، وعزل القرى عن المدن الفلسطينية بل وعزلها عن العالم، ولقيامهم بهذه المهمة يتبعون اساليب وحشية، باطلاق النار وحفر الخنادق وسط الشوارع، وتوفير الغطاء للمستوطنين الذين يعتدون على العرب، وبات السفر الى رام الله او نابلس شبه مستحيل.

ومع ذلك يحتاج السائق الى خريطة لمعرفة هذه الطرق الترابية الجبلية والتي تمر بأكثر من عشر قرى اضافة لخطر المستوطنين المنتشرين على جوانب الطرق الالتفافية تحت حماية الجيش الاسرائيلي ويقومون باعمال التخريب والقاء الحجارة على السيارات الفلسطينية التي تحاول المرور عبر تلك الطرق.

وقال القريوتي ان المستوطنين اصبح شغلهم هو منع المواطنين من المرور ويقومون باعتراضهم والاعتداء على ممتلكاتهم بمصادرة الاراضي وخلع الاشجار.

خالد جبري احد السائقين، اوضح ان الرحلة طويلة وشاقة تكلف الكثير، فالرحلة التي كانت تستغرق نصف ساعة الآن تستغرق ساعة ونصف لوعورة الطرق الترابية التي ترهق الركاب والسائقين ومخاطر المستوطنين واعتداءاتهم المتكررة على السيارات اصبحت يومية، واضاف قائلاً: قبل ايام تعرضنا الى رشق بالحجارة حاولنا فتح ثغرة للسيارة ما ادى الى جرح احد الركاب، الوضع اصبح لا يطاق ويفضل المواطنون دائماً المواجهة على الرجوع لأن الكل بريد الوصول الى عمله ومشاغله.

ودعا المواطنين الى اخذ الحيطة والحذر لأن المستوطنين ينصبون الكمائن على الطرقات الرئيسة والفرعية.

اما شادي حبوب سائق يعمل على خط رام الله - نابلس قال: طوال الفترة السابقة ومنذ انطلاقة الانتفاضة، لم يعمل السائقون سوى شهر متقطع لأن حياة الركاب اصبحت مهددة بالخطر اثناء السفر.

وعلق المقدم محمد طاهر مدير شرطة سلفيت على الاغلاق ووضع الحواجز على الطرق قائلاً: هي سياسة متبعة من قوات الاحتلال تدعمها الحكومة تستهدف الارض والانسان ولتقطيع اوصال الوطن كما انها تهدف الى ضرب الاقتصاد الفلسطيني لما تشكله من صعوبة على تنقلات الشاحنات وغيرها.

وبالنسبة للعمل الشرطي فقد اوضح انه تواجههم صعوبة في العمل والتنقل بين المدن والقرى، ما يشكل خطراً على رجل الشرطة لأنه مستهدف من قبل الجيش والمستوطنين حيث يعمد جنود الاحتلال على احتجازهم لفترات طويلة دون مبرر ومنعهم من الوصول الى العمل، اذ يضطر معظم افراد الشرطة لقطع مسافات طويلة على الاقدام لتنفيذ المهام المكلفين بها.

وفي محافظة بيت لحم فالوضع اكثر سوءاً جراء اغلاقها تماماً لاسابيع خلال الانتفاضة، وقد اكد المواطنون صعوبة تنقلهم من مكان الى آخر.

السائق رائد عطا الله قال: اعمل على سيارة نقل ركاب من بيت لحم الى بتير وهذه السيارة تشكل دعامة لي ولاخوتي واستيشرنا خيراً حين اشتريناها، ونقوم بتسديد الاقساط الشهرية المترتبة علينا.

ومنذ بداية الانتفاضة قلت موارد هذه السيارة حيث اننا منعنا من دخول بيت لحم بسبب الحواجز العسكرية والاجراءات المشددة والسواتر الترابية وحفر الشوارع. ولهذا فقد توقف تقريباً العمل على هذه السيارة خاصة وان جنود الاحتلال في احيان كثيرة يقومون بمصادرة مفاتيح السيارة او اعطاب عجلاتها ولم يعد المواطنون يتوجهون من والى بيت لحم الا في حالات الضرورة القصوى.

المواطن جميل حسين من حوسان، قال: في البداية قام الاحتلال

بمنعنا من الدخول الى القدس منذ اوائل التسعينات، وكم عانى هذا الفلسطيني جراء عدم دخوله الى العاصمة، ولم يدر هذا الفلسطيني انه سيمنع من الدخول الى بيت لحم.

ومع اندلاع الانتفاضة قبل عدة شهور ازداد التنكيل الاسرائيلي وتمادى في خنق المحافظة وفصلها عن قراها الزراعية ولم يعد بمقدور ابناء القرى سواء في الريف الشرقي او الغربي ان يدخلوا الى المدينة ويتفنن جنود الاحتلال في ابتكار الوسائل لتعذيب المواطنين حيث يمنعون في كثير من الاحيان تحت تهديد السلاح من الدخول او الخروج وهناك عشرات القصص عن وحشية جنود الاحتلال وتفننهم في تعذيب المواطنين.

من ناحيته قال وجيه عونيه من بتير: اعمل في وزارة الثقافة في بيت لحم، وقد بلغ حد الصلف بجنود الاحتلال الاستهتار بالمواطنين عند الحواجز العسكرية المقامة معاملتهم معاملة لا تمت عن انسانية بل ان هؤلاء الجنود يمارسون حقدهم على النساء والاطفال وقد تحدث الزملاء عبر الفضائيات عن الوان شتى من التعذيب وكأن ابرزها اطلاق النار على المواطن الجعبري في الخليل عند احد الحواجز.

ان احكام الطوق على المحافظة وسد جميع المنافذ واقامة السواتر الترابية وحفر الشوارع بالجرافات وتدميرها يؤكد العقلية السادية التي تنتهجها حكومات اسرائيل المتعاقبة، وأرى ان هذه الممارسات والامعان في تنفيذها يؤكد تغلغل عقلية الغيتو والمعازل.

واضاف: اننا نضطر لأن نسلك طرقاً جانبية تفادياً لجنود الاحتلال ونعاني بصورة كبيرة واتسائل ما هو وضع المواطنين ذوي الحاجات المرضية وغيرها، حيث لم يستطع المواطنون التواصل مع ذويهم.

اما الحاجة ام محمد والتي تعمل بائعة في سوق الخضار القديم في بيت لحم قالت: لقد توقف رزقنا ولم استطع الدخول الى بيت لحم الا قليلاً حيث يقوم جنود الاحتلال بتعذيبنا على الحواجز ولا نستطيع الوصول من نحالين الى بيت لحم الا عبر طرق وعرة وصعبة وفيها مخاطر كثيرة، ولا تدري ماذا ستجد امامك؛ حيث الكمائن الفجائية والصورة سيئة على الحواجز.

وتضررت محاصيلنا الزراعية كثيراً ولم نقم ببيعها، أسأل الله ان يزول الاحتلال حتى نعيش بكرامة وحرية في وطننا.

وقال ابو رامي، صاحب شركة باصات العرقوب، ان اعمالنا تضررت كثيراً، واضاف: قبل الاغلاق كان عملنا بالكاد يسد احتياجات باصاتنا بعد ان منعت هذه الباصات من الوصول الى القدس مثل الاغلاقات الاولى عند مطلع التسعينات ويقوم جنود الاحتلال بمضايقة المواطنين وكثيراً ما قام جنود الاحتلال باعطاب السيارات وخاصة اطاراتها باطلاق النار عليها.

ان اغلاق الطرق من والى المحافظة اوقف عملنا خاصة وان

المواطنين لا يخاطرون بذلك في التنقل في هذه الاوقات العصيبة.

الزميل محمد الديري من بيت فجار، قال: في الحقيقة اننا نعاني الأمرّين عند الحواجز العسكرية المقامة على كافة مداخل المحافظة وليس هناك منطقة في فلسطين الا وتسمع منها اخباراً تثير الاشمئزاز من تصرفات جنود الاحتلال.. فهذه طبيعة الاحتلال.. ولقد قام جنود الاحتلال بتمزيق اطارات سيارتي عند احد الحواجز، واحتجزوني مع غيري من المواطنين لعدة ساعات، وقد دفعت مبلغاً لم يكن في حسابي ثمناً لاطارات جديدة، لقد تضررت اعمال المواطنين ولم يستطيعوا الوصول الى اماكن عملهم ووظائفهم، وتجد صعوبات بالغة في التنقل من منطقة الى اخرى ولا يقتصر الامر داخل او على مداخل المحافظة وانما هناك محاولة جادة للفصل بين القرى ذاتها حيث يقيم جنود الاحتلال الحواجز العسكرية في منطقة «ب» ويقومون بحملات المداهمة والاعتقال الليلي الذي يمارسونه بحق المواطنين.

القصص كثيرة ومتنوعة حول تنكيل جنود الاحتلال بالمواطنين وعلى سبيل المثال لا الحصر قيام جنود الاحتلال عند احد الحواجز باجبار معلمات احدى المدارس بتناول الطعام في شهر رمضان وتناول المكسرات.. واجبار جنود الاحتلال احدى الفتيات على تقبيل جميع ركاب سيارة كانت تسافر بها، وكذلك القيام بضرب شاب بصورة وحشية ومبرحة بعد ان رفض البصق على جميع ركاب حافلة كان يسافر بها حيث طلب منه توجيه بصقة لوجه كل راكب حتى يتم الافراج عنهم وكذلك استخدام المحتجزين كدروع بشرية عند حاجز العبيدية، واحتجازهم لعدة ساعات.

وكغيرها عانت محافظة الخليل من الحصار المشدد الذي فرضته عليها سلطات الاحتلال الاسرائيلي التي أقدمت على اغلاق جميع الطرق الرئيسية والفرعية من والى

المحافظة عازلة بذلك المحافظة عن باقي أجزاء الوطن كما أقدمت على اغلاق كافة الطرق التي تربط مدن وقرى وبلدات المحافظة بعضها ببعض حيث تسبب ذلك في منع مئات الالاف من المواطنين من الوصول الى مدينة الخليل مركز المحافظة أو من بلدة الى أخرى ثم أقامت حاجزاً ترابياً آخر قرب مفرق بيت عوا فقسمت تلك القرى الى شمال وجنوب حارمة بذلك اكثر من 15 الف مواطن وطالب وموظف من الخروج من هذه القرى أو الدخول اليها علماً بأن جميع هذه القرى والتجمعات السكانية خارج مدينة الخليل تفتقر للخدمات الصحية كالمستشفيات ما عدا بعض العيادات الصحية في البعض منها والتي يصعب على الاطباء الوصول اليها وكذلك المعاهد والجامعات والمؤسسات الحكومية التي يتركز معظمها في مدينة الخليل.

وعلى سبيل المثال اغلقت سلطات الاحتلال الشارع الرئيسي الذي يربط مدينة الخليل ببلدة الظاهرية مروراً بقرى دورا الجنوبية ومخيم الفوار، كما أغلقت طريق يطا ـ الخليل، حيث اضطر اهالي بلدتي يطا والسموع في هذه الحالة الى سلوك طرق جبلية وعرة بالتفافات تجاوزت عشرات الكيلومترات للوصول الى مدينة دورا ومنها الى مدينة الخليل حيث تعتبر دورا المعبر الوحيد للخليل بسبب وقوعها ضمن السيادة الفلسطينية. وعمدت الى حفر الخنادق على مداخل سعير، بني نعيم، حلحول، وكذلك عزلت عن المدينة قرى الخطوط الأمامية الغربية، صوريف، نوبا، خاراس، ترقوميا، بيت أولا، اذنا، حيث اضطر المواطنون في هذه البلدات الى قطع أكثر من

30 كيلومتراً للوصول الى دورا ومنها الى مدينة الخليل، ثم أقدمت على قطع الطريق الرئيسي الذي يربط قرى الخطوط الأمامية الغربية التابعة لدورا والمحاذي لمستوطنة ادوراييم المقامة على أراضي دورا ثم أقامت حاجزاً ترابياً آخر قرب مفرق بيت عوا فقسمت تلك القرى الى شمال وجنوب حارمة بذلك اكثر من 15 الف مواطن وطالب وموظف لتبقى مكانها أو يصادر الجنود مفاتيح السيارة وهوية سائقها الشخصية ناهيك عن الاهانات والضرب المبرح في معظم الحالات والذي ادخل بسببه عشرات المواطنين في المحافظة الى المستشفيات بعد تهشيم اطرافهم أو اصابتهم برضوض وكسور في معظم أنحاء الجسد.

وقد تسبب هذا الحصار الجائر بمعاناة كبيرة لجميع القطاعات في المحافظة بلا استثناء خاصة قطاع الزراعة حيث يحرم المئات من المزارعين من الوصول الى حقولهم خاصة تلك الحقول الواقعة على الشارع رقم 60 في حلحول وسعير ومنطقة بني نعيم والجزء الشرقي من مدينة الخليل والوصول الى هذه الحقول قد يحمل في طياته الموت ليس فقط من قبل جنود الاحتلال وانما من قبل قطعان المستوطنين المتعطشين للدم الفلسطيني والذين ارتكبوا خلال الانتفاضة أبشع أنواع الجرائم ونفذوا العديد من الاعتداءات على المزارعين وحقولهم وكذلك قطاع الصناعة الذي تضرر بشكل كبير بسبب عدم تمكن العمال من الوصول الى أماكن عملهم وكذلك تصدير البضائع وجلب الخامات ما دفع بالكثيرين من أصحاب المصانع الكبيرة الى تقليص خطوط الانتاج وتسريح بعض العاملين، أما اصحاب المصانع والورش الصغيرة فمعظمهم اضطر الى اغلاقها بشكل كامل.

يوسف حمادة صاحب مشغل صغير لانتاج الأحذية في الخليل يقول: منذ بداية الاحداث وفرض الحصار على المحافظة توقفت عملية التسويق لعدم تمكننا من ايصال البضاعة الى الزبائن في المحافظات الأخرى والذين يعانون قانون من الحصار، فتوقفنا عن العمل نهائياً لأن الانتاج دون تسويق معناه التكديس وبالتالي تلحق بصاحب العمل خسارة كبيرة بسبب التكلفة العالية للانتاج من مواد خام وأجرة عمال وماكينات.

أما مدير التربية والتعليم في مديرية شمال الخليل محمد عمران القواسمي فقد قال: ان اكثر من 12 الف طالب في البلدة القديمة والمنطقة الخاضعة للسيادة الاسرائيلية في مدينة الخليل لم يستطيعوا الوصول الى مدارسهم بسبب الحصار وفرض نظام حظر التجوال وكذلك مئات المعلمين مما دفع المديرية الى استخدام أساليب تعويض لهذا الكم الهائل من الطلبة من خلال محطات التلفزة المحلية ووسائل

اخرى لتعويض ما يمكن تعويضه، ثم ان هناك الآلاف من طلبة الجامعات، جامعة الخليل، جامعة القدس المفتوحة، والمعاهد لم يتمكنوا من الوصول الى جامعاتهم ومعاهدهم لمتابعة تحصيلهم العلمي.

واضاف القواسمي ان تأثير هذا الحصار الظالم المشدد طال جميع نواحي حياة المواطنين في محافظة الخليل وأحدث فيها ارباكاً كبيراً وتسبب بخسائر أكبر لجميع القطاعات ولأكثر من نصف مليون نسمة يعيشون في محافظة الخليل. ولكن الاصرار على المواجهة والتحدي أكبر من حجم الخسائر لأن المواطنين في هذه المحافظة يعرفون جيداً أن الطريق الى الحرية معمدة بالدم ومن يريد اجتيازها عليه أن يتحمل الالام ويتجاوز العقبات.

اسماعيل غنام يؤكد أن هذا الحصار رغم قسوته وشدته زاد من التلاحم والتعاضد بين ابناء شعبنا حيث يقول:

الحصار جائر ويتنافى مع كافة المواثيق والأعراف الدولية والاتفاقيات الموقعة واتفاقية جنيف الرابعة وأبسط قواعد حقوق الإنسان وهو وسيلة عقاب جماعي عرفها شعبنا وتعود عليها منذ أيام الانتفاضة الأولى وعنده الطرق والوسائل الكافية للتغلب عليها.

وتحاول سلطات الاحتلال من خلال فرض هذا الحصار المشدد تضييق الخناق على المواطنين وشل حركتهم وبالتالي شل جميع نواحي حياتهم الاقتصادية والاجتماعية والحاق اكبر ضرر ممكن بالقطاع الزراعي الفلسطيني بمنع المواطنين من الوصول الى حقولهم لحرثها واعدادها للموسم الشتوي الذي تعتمد عليه هذه المنطقة بشكل مباشر في حياتها، لذلك بادر المواطنون الى شق عشرات الطرق في مناطق جبلية وعرة ليصلوا الى حقولهم والى البلدات والقرى المجاورة ضاربين بذلك أروع مثال في التحدي والمقاومة والتعاون والتعاضد والتآخي.

المواطن أبو ماهر قال: للحصار آثار سلبية على أبناء شعبنا فناهيك عن آثاره المدمرة على العملية التعليمية وقطاع الموظفين، فهناك قطاع العمال الذين لا يستطيعون منذ بداية انتفاضة الأقصى الوصول الى أماكن عملهم سواء داخل الخط الأخضر، أو في مدن وقرى وبلدات المحافظة ما تسبب في الكثير من المعاناة لهم ولعائلاتهم التي لم يعد لديها ما تنفته حيث كانت تعتمد بشكل أساسي على العمل اليومي لرب الاسرة كمصدر وحيد للدخل، واليوم توقف هذا المصدر ما جعل الاوضاع سيئة جداً.

هذه صورة مختصرة لما يجري على الحواجز وعلى الطرق الترابية والبديلة وعلى الطرق الالتفافية ومن هجمات لجنود الاحتلال والمستوطنين ومعاناة يومية يعيشها المواطن الفلسطيني دونما ذنب اقترفه الا انه يطالب بحريته اسوة بشعوب العالم.

# الدور العربي
## غياب أم تغييب



\* سميح شبيب

نجحت الانتفاضة الفلسطينية المجيدة، في ان تعيد لمفهوم التضامن العربي، واطاراته السياسية والادارية، بعضاً من اعتباراته السابقة.

تحرك الشارع العربي، وعلى نحو لم تشهده عواصم العرب، منذ ما يزيد عن عشرين سنة خلت، وارتفع صوت الجماهير الهادرة، مطالبة بازالة الحدود، وفتح الفضاءات كافة نحو فلسطين.

جاء هذا التحرك الهادر، بعد ان اعتقدت اسرائيل، ومخططو السياسات الاستراتيجية الاميركية، ان ثمة شرخاً عميقاً، قد حصل، ما بين فلسطين والفلسطينيين وقياداتهم، وبين العالم العربي وعواصمه وشعوبه.

لكن ما حصل ميدانياً، اسقط تلك الاوهام، وأزال الضباب امام حقيقة ناصعة، وهي ان فلسطين، هي لب وجوهر القضية العربية، وهي العنصر الأقوى والاهم في الوحدة العربية.

تداعى زعماء ورؤساء وملوك العرب وامراؤهم، لعقد قمة عربية، كانت هي الاولى، بعد حرب الخليج، وما حملته تلك الحرب من شروخ عميقة، ادت الى تهميش جامعة الدول العربية، كإطار سياسي واداري للتضامن العربي، ونجحت الدعوة لعقدها وبحضور الجميع، رغم حدة الخلافات فيما بين بعضهم، ما جمعهم حقيقة، هو طبيعة الحدث الساخن في فلسطين، عبر الانتفاضة

المجيدة، وما جمعهم حقيقة ايضاً، هو وصول سخونة الشارع العربي الى درجة لا يمكن تجاهلها اطلاقاً.

تداعت العواصم العربية الى اجتماع قمة، ورغم العديد من الملاحظات حول بيانها الختامي، وخلوه من الاشارات اللازمة تجاه الولايات المتحدة الاميركية ودورها المنحاز لاسرائيل، وخلوه ايضاً من الرد على التحديات الاسرائيلية، فقد كان مقبولاً من الفلسطينيين، على امل تعميق نتائجه، واعتبار عقده خطوة في الاتجاه الصحيح، ستتلوها خطوات اخرى، ستمليها اعتبارات الصمود والتصدي الفلسطينيين، ازاء العدوان الاسرائيلي المتواصل.

وبدلاً من تعزيز الخطى في الاتجاه الصحيح، حاولت بعض الانظمة استغلال عقد القمة وما تلاها، لتغييب دور الشارع السياسي، ومحاولة زرع الشكوك والاوهام، وتصوير الامور، وكأن هنالك سلطة فلسطينية وانتفاضة، وما بينهما تناقض، ذلك ان منطق المفاوضات يتناقض ومنطق المواجهة... لكن تلك الشكوك والاوهام سرعان ما سقطت وتلاشت، فحاولوا الالتفاف على الامور، والمطالبة بدعم الشعب دون السلطة!! الامر الذي يعني عملياً وميدانياً، الامتناع عن دعم الانتفاضة.

يمكن القول، وبشيء من الارتياح، ان الشارع السياسي الفلسطيني بات واعياً، لمحاولات ذر الرماد في العيون، وبات

واعياً وبعمق لما يحاك ضده من مؤامرات تستهدف تقويض مكتسباته الوطنية، كما بات واضحاً للجميع طبيعة الصراع القائم ما بين الفلسطينيين جميعاً، سلطة وشعباً، وبين التوجهات الاسرائيلية الاميركية وما يلتف حولها من مواقف.

بات واضحاً، للجميع، بان عدم وصول المساعدات المقررة من لدن القمة العربية، والتي تبلغ مليار دولار، اضافة للمساعدات المقتطعة من رواتب الموظفين، تقف وراءها الولايات المتحدة تحديداً، وبان ثمة تهديداً اميركياً واضحاً، ولكافة العواصم العربية، بعدم دعم الانتفاضة، وتحويل الاموال والمساعدات، الاّ بعد التوقيع على اتفاق فلسطيني - اسرائيلي. بمعنى أدق، تحاول الولايات المتحدة الاميركية، مزاولة الضغوطات كافة، ومنها الضغوطات العربية، على المفاوض الفلسطيني، لحمله على التراجع عن خطوطه الحمراء المعلنة.

الانتفاضة لا تزال متواصلة، وهنالك من القدرات الكامنة والهائلة في المخزون الشعبي الفلسطيني، وبالوقت الذي لا نتمنى فيه، ان تنفتح ابواب العنف على مصراعيها، والاّ نضطر للعودة الى المربع الاول، فاننا لا نزال قادرين على الاستمرار، ورفض

الاذعان والخضوع للمشيئة الاميركية - الاسرائيلية.
لا تزال القدرات الفلسطينية الكامنة والمخزونة، على أتم الاستعداد لمواجهة المخطط الاسرائيلي - الاميركي، ولا تزال قادرة على تحريك الشارع السياسي العربي، لاستعادة دوره المغيب والمقهور، وتماماً كما سقطت اوهام ومراهنات سابقة، حول الشرخ ما بين الفلسطينيين واخوانهم العرب، من المحيط الى الخليج، فان ثمة اوهاماً كثيرة تنتظر السقوط المروع، ولن يحدث ذلك، الاّ على صخرة الانتفاضة الباسلة، وتواصل العطاء الفلسطيني.

سيجد المراوغون انفسهم امام لحظة الحقيقة، وامام لحظة الفصل، فاما موقف عربي واضح الى جانب النضال الوطني الفلسطيني، ولو ادى ذلك لمواجهات عربية - اسرائيلية واميركية، واما موقف التخلي عن الموقف القومي والوطني برمته.

نؤكد ذلك ونحن في مرحلة تتطلب الوضوح والصراحة والمزيد من التكاتف، من اجل اسقاط سياسات شارون الرامية الى تركيع الفلسطينيين، وانهاء الصراع العربي - الاسرائيلي بالعنف والاكراه، دون اية اعتبارات لمبادئ وقواعد الشرعية الدولية، وما تستلزمه التوازنات الاقليمية.



السلطة الوطنية
التصوير المركزي