تقارير

## الوجه الآخر لواقع قواتنا العسكرية



لم يلق النظرة الاخيرة على شقيقه الشهيد
البعض قضى عدة شهور بعيداً عن الاهل والابناء
قواتنا تودع الشهيد تلو الآخر

**وطني** ان تكون عسكرياً يعني ان تتمتع بكل سبل القوة النفسية والجسدية والتقنية، وان تتحدى الصعاب ولا تهاب الموت وتواجه المخاطر، وان تكون عسكرياً يعني ان تكون اكثر انضباطاً واحتراماً للوقت وقدرة على العيش في ظروف ليست طبيعية.

ومع كل ذلك تتجذر داخل العسكري معانٍ انسانية عظيمة باحساسه الدائم بمسؤوليته تجاه الآخرين، وحرصه على راحتهم، والدفاع عن مصالحهم بعيداً عن النزعات الذاتية وحب النفس وايثارها على الاخرين، وهذا ما يزيد من اعبائه.

وقوات الامن العام الفلسطيني لها خصوصية اخرى تختلف

عن باقي الجيوش من حيث الواقع الذي تعيشه، والامكانات المتاحة وظروف العمل الطارئة التي تفرضها طبيعة الصراع مع قوى الاحتلال، فهناك العديد من افرادها مضى عليهم اشهراً دون ان يتمكنوا من رؤية ابنائهم وافراد عائلاتهم جراء الحصار الاسرائيلي المفروض وآخرون لم يتمكنوا من وداع اشقاء لهم استشهدوا خلال الاحداث، او قضاء اجازة قصيرة مع احبائهم بعد ان اصبح الوطن مقسماً بفعل الاطواق العسكرية والاجراءات القمعية، وظروف العمل المستجدة التي فرضتها الاحداث.

وافراد الامن العام الذين ودعوا زملاء لهم استشهدوا، واصيب العديد منهم اصابات مختلفة، وقضوا الليالي يلتحفون السماء بعد قصف مقراتهم عاشوا لحظات انسانية قاسية في العديد من المناسبات لم تخل من الالم ولم يعتد غالبيتهم عليها خاصة مع حلول الاعياد التي امضوا ايامه على الحواجز وفي مواجهة القوات الغازية، كما عبر عن ذلك المقدم فاروق ابو بكر قائد المحور الرابع والمسؤول عن حاجز قوات الامن القريب من مستوطنة «جنيم» في محافظة جنين قائلاً: «ان شعبنا وقواتنا عاشوا ايام العيد كباقي الايام ونحن جميعاً نعيش في سجن داخلي بسبب الاغلاقات التي تفرضها قوات الاحتلال، فلم يستطع عنصر من قواتنا مغادرة الحاجز المذكور لزيارة اهله بسبب الاوضاع والواجب الوطني، كوننا على مقربة من المستوطنات للحيلولة دون دخول اي مشبوه الى مناطقنا، وكذلك بسبب المخاطر التي قد يواجها الافراد اثناء تنقلهم عبر الطرق الوعرة والخطرة للوصول الى حيث تقيم عائلاتهم والوقت الطويل للوصول، وقد اكتفى العديد منهم بالاطمئنان على اسرته عبر الهاتف.

واضاف ابو بكر ان هذه المناسبة الدينية والاجتماعية العظيمة جاءت في خضم انتفاضة مشتعلة نودع فيها شهيداً وراء شهيد، وقلوبنا مع اهالي الشهداء والجرحى والمصابين، فقبل العيد ودعنا ثلاثة شهداء على هذا الحاجز لنستقبله بالحزن، وسيكون عيدنا الحقيقي يوم نصل الى الاقصى الشريف ونبسط كامل سيادتنا على ارض فلسطين.

المقدم نافع منيزل تحدث قائلاً: ان اجراءات الاحتلال وعدوانه حرم العديد من العسكريين من احتضان ابنائهم وزيارة اسرهم

لفترات طويلة  وهذا ليس بامر جديد على الذين عاشوا في المنافي وامضوا سنوات عدة دون مشاركة اسرهم الافراح، والفرحة لن تكون كاملة ما دام الاقصى حزيناً، واسرانا يقبعون في السجون والشهيد يلحق بالشهيد، حتى الاطفال في منازلهم رفضوا ليس الجديد في عيد الفطر الماضي او التمتع بالهدايا ومرت المناسبة كهاجس في لمح البصر.

واوضح النقيب لطفي ابو صلاح ان عيد الفطر كان من اكثر المناسبات تأثيراً على العديد من العسكريين خاصة اولئك الذين تقيم اسرهم في الخارج، حيث انهمرت دموعهم وهم يتحدثون مع اطفالهم وزوجاتهم عبر الهاتف.

وقال ان الاحتلال يتعمد حتى حرماننا من البسمة ويعكر صفونا ففي يوم العيد كان اطلاق نار على الحاجز الذي نقيم عليه عند المدخل الغربي لمدينة جنين من قبل العدو، ورغم ذلك قام العديد من الافراد بزيارة ذويهم في المناطق القريبة للقيام بالواجب الاجتماعي تجاههم، وقدرنا ان نواجه الصعاب ونتغلب على القمع بالعلاقات الاخوية الطيبة والزيارات الميدانية التي تخفف من الاعباء النفسية التي يعيشها شعبنا.

اما الرقيب حسن عكيلة من قوات الارتباط العسكري في محافظة الخليل والمقيم في محافظات غزة فقد قال «على الرغم من ان الواحد منا يعيش في وطنه وبين ابناء شعبه الذين يكنون له كل الاحترام والتقدير ويعملون جاهدين بان يشعر بانه احد افراد اية عائلة يعيش قربها او تربطه بها علاقات صداقة الا ان حياة الانسان لا تخلو من لحظات يختلج فيها صدره بالالم ويحس بطعم مرارة البعد عن اهله وبيته، لانه لا يستطيع مشاركتهم الافراح او الاتراح الا عبر الهاتف.

آلام كبيرة تحس بها عندما لا تستطيع ان تشارك اهلك فرحة العيد على سبيل المثال او فرحة نجاح احد اخوانك والالم الاكبر عندما يتوفى لك قريب او صديق  ولا تستطيع تلقي عليه نظرة الوداع الاخيرة، وهذا ما حصل معي بالضبط قبل شهرين عندما استشهد اخي وهو من افراد قوات الامن عندما هب لنجدة اهلنا في خانيونس وصد محاولات الدبابات الاسرائيلية لاقتحام المخيم، وعاد مستشهداً، ولم استطع بسبب

سيكون عيدنا الحقيقي يوم نصلي في الاقصى الشريف ونمارس السيادة الكاملة على ارض فلسطين بعد دحر المحتلين

# شهيـــدات نازية الاحتلال

**وطني** يبدو ان الارتباك السياسي في اسرائيل قد انعكس على الوضع العسكري وعلى الآلة العسكرية المنتشرة على مداخل المدن والقرى في محافظات الوطن، وبالتالي على العقلية العسكرية والامنية التي تديرها بعنجهية وغطرسة.



الشهيدة اريج الجبالي

الشهيدة فاطمة ابو جيش اثناء تشييعها في بيت دجن

لاطلاق النار بشكل عشوائي كان اطلاق شخص مشبوه لالعاب نارية من بين المنازل المأهولة.

فقد القى جهاز المخابرات العامة القبض على عميل اعترف بانه اطلق الالعاب النارية بتكليف من المخابرات الاسرائيلية كي تعطي لجنودها المبرر الوهمي لاطلاق النار على المنازل الفلسطينية في المدينة ما يكشف عن مدى الحقد الاعمى والارتباك في صفوف جنود الاحتلال الذين لا يميزون بين فلسطيني وآخر، بين ملق للحجارة ومطلق للرصاص، بين المقدح والرشاش.

اما شهيدة بيت دجن فاطمة ابو جيش (٢٠ عاماً) والتي استشهدت يوم ٢٠٠١/١/٧ فقد اطلق جنود الاحتلال النار عليها اثناء مرورها في سيارة عبر احد الحواجز الاسرائيلية قرب قريتها اثناء عودتها من عملها، فاطلق عليها المواطنون «شهيدة حواجز الاحتلال».

يؤكد ذلك ما جاء في كلمات التأبين للقوى والفصائل الفلسطينية بعد تشييع جثمانها الطاهر في موكب رسمي وشعبي، حيث أكدوا ان قوات الاحتلال تتعمد قتل الانسان الفلسطيني لمجرد القتل، فالشهيدة تعمل في احد مستشفيات نابلس وتؤدي عملاً انسانياً، ولم تشكل لحظة اغتيالها اي خطر على جنود الاحتلال.

وقد برز ذلك بامعانهم في قتل الاطفال والنساء دون تمييز حيث اصبحوا لا يفرقون بين الطفل الصغير الذي يلهو على قارعة الطريق، كالطفل عمر فاروق الذي نثر رصاص الاحتلال دماغه في البيرة، وبين ربة البيت التي تدير شؤون بيتها من طبخ او نشر للغسيل على سطح منزلها، وقد ظنوا بانه المقدح في يد الشهيد (شحادة الجعفري) الذي كان يقوم بعمله ككهربائي في بناية قرب جهاز الاحصاء المركزي في البيرة، ظنوه رشاشاً، فما عساهم يظنون الثوب المنشور في يد الشهيدة اريج الجبالي (١٩ عاماً) من مدينة الخليل؟! اطلقوا النار عليها فاخترقت رصاصة غادرة عيار ٥٠٠ ملم قلبها ونفذت الى خاصرة زوجة شقيقها احلام.

ففي ضاحية بلدية الخليل كانت الفتاتان اريج واحلام تجمعان الغسيل المنشور على سطح عمارة لا تبعد كثيراً عن مستوطنة (حاجاي) عندما فتح جنود الاحتلال النار باتجاههما.

وقالت الجريحة احلام انها وابنة عمها الشهيدة اريج هربتا نحو بيت الدرج لاتقاء الرصاص الا ان رصاصة هزت جسد اريج وغادرته نحو جسد احلام، فاستشهدت اريج بينما ترقد احلام على سرير الشفاء. السبب الذي دعا جنود الاحتلال المعسكرين في مستوطنة (حاجاي)

---

والفراق، كيف لا وهو لا يستطيع رؤية ابنائه واخوانه او ان يقبل يد والده ووالدته ويطلب منهما الرضى، ولكن الامل بالتحرير الكامل ان شاء الله وعودة جميع ابناء شعبنا الى ارض الوطن وجمع شملنا، اضافة الى كرم اهلنا وحبهم سرعان ما يتغلب على هذه المشاعر ويعطينا دفعة قوية للامام ويرفع كثيراً من معنوياتنا ونقول لاهلنا وشعبنا باننا سنبقى ابناءهم المخلصين كما تصفنا الغالبية منهم وسنبقى على عهدنا لهم بان ندافع عنهم وعن الوطن الغالي حتى الرمق الاخير

وسنواصل معاً وسوية مشوارنا حتى الدولة المستقلة وعاصمتها القدس الشريف تحت قيادة قائدنا ورمز مسيرتنا الاخ الرمز ابو عمار حفظه الله لشعبنا ورعاه.

فقلوبنا مع اهالي الشهداء والجرحى والمصابين، كان العيد حزيناً افتقدنا خلاله شهداءنا البواسل الذين ندعو لهم بالرحمة فعيدنا يكتمل حين نصل الى الاقصى الشريف وتكتمل السيادة على ارض فلسطين.

اما رقيب اول احمد الجالود والذي يسكن اهله وعياله في الاردن فقال حول هذه المناسبة «ربما يكون هذا العيد قد اختلف اختلافاً عن الاعياد السابقة فالانتفاضة ما زالت تقدم التضحيات والاحتلال الاسرائيلي اغلق جميع المعابر والمناطق ومنعنا من الوصول الى اهلنا في الاردن واكتفينا بعدد من الدقائق الهاتفية للاطمئنان عليهم فابني مالك ما زال ينتظر ان اخذه الى الحدائق وابنتي ملاك ما زالت تنتظر شراء فستان العيد الذي احضره لها كل سنة، والله اعلم متى يتحقق ذلك، وربما وجود الاخوة معنا املى على حياتنا بعض الفرحة فالتكاتف والترابط مع الاهل هنا ساعدنا على التغلب قليلاً على حرقة الشوق والحنين.

اما رقيب اول جلال زيد، فقال انا اسكن قريباً من مدينة جنين، ولكن بسبب الاغلاقات التي تفرضها قوات الاحتلال والتي منعتنا من زيارة اهالينا، كان الجو حزيناً جداً حيث فقدنا عدداً من اخوتنا العسكريين والمدنيين قبل العيد باسبوع في حادث اغتيال على حاجز الجلمة راح ضحيته خمسة شهداء، فكيف لنا ان نعيّد والدماء ما زالت في الموقع شاهدة على بشاعة الاحتلال.

---

الحصار الجائر والاغلاق الذي تفرضه سلطات الاحتلال من الذهاب الى غزة لوداعه والمشاركة في تشييع جثمانه. تصور ما اقسى هذا الظرف الذي نعيش وما اصعبه؟

يستشهد اخي واحرم من القاء نظرة الوداع عليه لكن والحمدلله عوضني الله في هذه المحافظة الكريمة محافظة خليل الرحمن باناس هم لي بمثابة الاهل والاخوة والاصدقاء، وكان لموقفهم الفضل العظيم الذي لن انساه ما حييت في تجاوز هذه المحنة والتخفيف من المصاب الجلل والاحزان الكبيرة ولا املك في هذا المقام الا ان انحني امام عطائهم وكرمهم وعطفهم شكراً وتقديراً لهم على موقفهم النبيل الذي يُعتبر نموذجاً لشعبنا الفلسطيني المعطاء.

واضاف «لا يشعر اي انسان فينا بالغربة في هذا البلد، وهذه كلمة حق يجب ان تقال، فشعبنا هو اهلنا اينما حللنا واينما تطلب منا الواجب ان نكون، هذا الشعب عظيم بهذه الروح تسوده من التعاضد والتآخي والتحاب لا يمكن ان يهزم وسينتصر باذن الله.

## سنبقى على العهد

خالد ابو عوض من قوات الامن الوطني في الخليل قال اعتدنا منذ ايام الثورة على الحياة بعيداً عن الاهل والعائلة او الزوجة والابناء ومن منا لم يعان الامرين بسبب هذا البعد واحياناً تمر سنوات دون ان نرى ابناءنا واهلنا وكان لهذا البعد والفراق على ارض الوطن طعم خاص، طعم زيتون الوطن وبرتقاله ونسمات الهواء التي تداعب اغصان اشجاره، هذا الهواء الذي كان اي واحد منا يتمنى ان يملأ به رئتيه قبل ان يستشهد او يموت وهنا نحن اليوم على ارضه وان استشهدنا فارادة الله ان يضمنا هذا الوطن بين احضانه وان نعانق التراب الذي ناضلنا من اجله سنوات طويلة وكنا جميعاً مشاريع استشهاد في سبيله لينال حريته وينفض عن صدره غبار الاحتلال الذي اثقله عقود عديدة.

هذا من جانب ومن الجانب الاخر هم اناس هذا الوطن الذين ومنذ دخولنا اليه غمرونا بالعطف والكرم والمحبة، قاسمونا لقمة عيشهم وبيتهم، انسونا بعد الاهل والاحبة والاصدقاء ولكن ومع ذلك فنحن بشر من لحم ودم، عواطف واحاسيس ولا بد من لحظات يشعر فيها الانسان بالضعف ويحس بألم البعد

نقول لاهلنا وشعبنا سنبقى ابـناءهم المخلصين وعلى العهد دفاعاً عن الوطن الغالي حتى الرمق الاخير




# طارق القطو
## شهيد الرياضة والوطن

اعداد: منتصر يونس العناني

مشاهديه وعشاقه يدخلون في نوبة من التصفيق والهتافات، كان قناصاً ماهراً لشباك الخصم.

لم يعد جمهوره وعشاقه حتى اليوم على فراقه لانه كان نجماً من نجوم الكرة الفلسطينية التي خسرته في لحظة واحدة.

هذا هو عنوان الجندي المقاتل والثائر فبرغم اعتقاله المتكرر في سجون الاحتلال فان شهيدنا احب وطنه وعسكريته والدفاع عن القدس معتبراً اياها خطوطاً حمراء لا يمكن تجاوزها فقد شارك في فعاليات انتفاضة الاقصى والقدس والعودة بصفته عسكرياً مؤمناً بأن الوطن بحاجة لشبابه المحتلين.

اهم ما يميز الشهيد جرأته وشجاعته وتواضعه وحبه لمساعدة الآخرين واخلاقه العالية.

مضى على زواجه سنة ونصف كان يتمنى ان يكون له طفل يحمل اسم (زياد) ولكن ارادة الله شاءت ليستشهد مع زميله معتز السروجي في اليوم الاول من هذا العام في ذكرى الانطلاقة الـ36 للثورة الفلسطينية وحركة فتح التي كان ينتمي اليها وكان احد ابرز جنود الوطن الذين شاركوا في انتفاضة الاقصى المباركة في الصفوف الاولى للرد على العدوان الاسرائيلي في المنطقة الغربية لمدينة طولكرم في شهر رمضان المبارك وكان الشهيد طارق يقول دوماً (اذا لم نقدم لله وللوطن فلمن نقدم اذن، وانني أتمنى الشهادة في شهر رمضان المبارك) وكان له ذلك لانه كان صادقاً مع الله ومع نفسه.

والمدافع لفريقه، كما لعب للنادي الثقافي الكرمي ولعب في صفوف المنتخب العسكري العام وكانت له بصمات واضحة في العمل الوطني والرياضي.. هكذا فقدت فرقنا الرياضية العسكرية نجماً قدم الكثيرللسهر على أمن الوطن وحمايته من الوحش الهمجي، ولم يكن ليتصور محبو طارق القطو ان تكون شهادته قيد عمل اجرامي تمادت فيه يد النجاسة لجنود الاحتلال للتنكيل بجثته وتفريغ الحقد الاسود في جسده الطاهر بصورة بشعة تؤكد سادية العدو وقرسه في نازيته.

### ابن الشبيبة

التحق الشهيد القطو بالشبيبة الفتحاوية وهو ابن 15 عاماً وكان مُحباً لوطنه ويتطلع منذ نعومة اظفاره ان يقدم للوطن كل ما يستطيع ويحارب من اجله لطرد المحتل، فالتحق بصفوف الشبيبة الفتحاوية، وبدأ ممارسة النشاط النضالي في مسيرة طويلة حافلة بالانجازات والعطاء لتتواصل مع الانتفاضة الكبرى عام 87 ليواجه المحتل جنباً الى جنب مع زملائه المناضلين رفاق مسيرة دربه. اعتقل مرات عديدة وخضع لتعذيب الاسرائيليين لمشاركته في الانتفاضة ورغم هذا خرج طارق ليواصل مشواره النضالي ولم يثنه السجن والتعذيب عن الاستمرار في نضاله في التحرير والدفاع عن الوطن.

### رياضي رائع فقدته فلسطين

عشق العسكرية وعشق الكرة فكان فناناً كروياً يعرف متى يرسم لوحة رائعة تجعل الآلاف من



# الشهيد
# محمد صوف
## ثالث شهداء حارس

كان الشهيد محمد صوف من الداعين الى اطلاق اسم (مثلث الرعب) على مثلث القرية من الناحية الغربية لما ابداه وصحبه من عمل نضالي في ذلك الموقع، وزرع الخوف والرعب في نفوس قطعان المستوطنين.

وخلال المواجهات العنيفة التي كانت تدور بين اشجار الزيتون بقيادته مع جنود الاحتلال والمستوطنين اصابته رصاصة حاقدة وغادرة يوم 23/10/2000 في فخذه الايمن نقل على اثرها الى مستشفى رام الله لتلقي العلاج، خرج الشهيد محمد من المستشفى وقدماه تدب في الارض حماساً لمقارعة المحتلين وتحدي الجنود والمستوطنين، فنوّع في العمل النضالي حيث اصبح عضواً في لجنة الطوارىء في القرية ومن الشباب الساهرين على امنها ليلاً.

اقسم الشهيد البطل ان يثأر لجرحانا البواسل ولشهدائنا الابرار ولزيتوننا وحقولنا وبيوتنا، فكان عهده وفياً وصدقه مخلصاً فتوجه على رأس مجموعة القوات الضاربة، وكان مناضلاً فتحاوياً مميزاً شعاره العمل والتضحية.

اعتقل الشهيد محمد صوف بتاريخ 1991/4/11 على يد القوات الصهيونية لمدة عشرة شهور قبع خلالها خلف القضبان الحديدية في ظلمات زنازين العدو وغياهب سجونه مع زملائه المناضلين، وكان من الاخوة البارزين في المعتقلات باخلاصه، وحسن معاملته لاخوته، وسعة صدره حيث أمضى تجربته الاعتقالية من الفارعة الى مجدو حتى النقب.

في العام 1992م تحرر المناضل محمد من السجون الاسرائيلية ليواصل عمله النضالي بعد ان تميز في اكاديمية الاعتقال بعطائه، وازداد لديه حب النضال من اجل الوطن كما عرف عنه التزامه الديني فكان من رواد المساجد، مؤمناً بالله ورسوله، تزوج من فتاة فلسطينية من بلدة سلفيت، فاصبح الأب الحاني لابنتين احداها معاقة، كان دائماً يعلمهما ترديد الشعارات الفلسطينية والاناشيد الوطنية.

كل هذا لم يمنع محمد من الاستمرار في نشاطاته وفعالياته الوطنية فكان الشاب المناضل والمكافح ايام (انتفاضة النفق) واستمر في مشواره النضالي دون ملل حتى برز اكثر في (انتفاضة الاقصى) التي اندلعت يوم 29/9/2000، فكان الثائر المتألق والقائد المحنك في مجموعته، فهو من المشاركين والفاعلين والبارزين في حركة فتح في موقعه.

والشهيد البطل محمد هو ثالث شهداء قرية حارس الصامدة في (انتفاضة الاقصى) هذه القرية التي قدمت الشهداء والجرحى الذين بلغ عددهم اكثر من اربعين جريحا وما زالت البلدة صامدة في وجه الاحتلال دفاعاً عن الاقصى والارض والشعب ومعركة بناء الدولة الفلسطينية وعاصمتها القدس الشريف.

ولد الشهيد محمد عبد صوف في قرية حارس في محافظة سلفيت في العام 1972، كان طفلاً بارزاً بين ابناء جيله ينادونه باحب الاسماء اليه، وكان طفلاً حلو الدعابة، طيب القلب، صافي الذهن، يريد الخير للناس كلهم، اعجب به اصدقاؤه، عرف عنه حب الوطن والنضال منذ طفولته.

تلقى الشهيد تعليمه الابتدائي في مدرسة ذكور قرية حارس الثانوية، وبسبب الظروف الحالية التي احاطت به، انقطع عن دراسته منذ العام 1988م، حيث كان طالباً في الصف الثامن آنذاك.

كان الشهيد مثابراً ومكافحاً من اجل الحصول على لقمة العيش، وتأمين مستقبل اسرته، فاستطاع بعرق جبينه ان يوفر لنفسه ولاسرته ما تحتاجه عندما تفجرت الانتفاضة الفلسطينية الكبرى، اواخر العام 1987م، لبى نداء الارض ونداء الشعب فانخرط في صفوف حركة التحرير الوطني الفلسطيني (فتح) ضمن مجموعات الشهيد (سعد صايل) وعمل ضمن

البطل عبدالله خالد عمارنة
اعتقل مرتين واصيب قبل استشهاده

خاص – وطني – ينتسب الشهيد عبدالله الى اسرة فلسطينية لاجئة من قرية راس ابو عمار، تسكن حي الدوحة، في بيت جالا.

ولد الشهيد في العام ١٩٧٥ والتحق بصفوف حركة فتح عام ١٩٩٠م، وتعرض للاعتقال مرتين، حيث خرج من السجن معبأ بحب الوطن وكراهية المحتلين.

وكان الشهيد من الناشطين في الانتفاضة الثانية (انتفاضة الاقصى) واصيب في يده اليمنى كما اصيب في ساقه بتاريخ ٢٦/١٠/ ٢٠٠٠م ثم عاد الشهيد عبدالله للفعل النضالي بعد تماثله للشفاء حتى استشهد

بتاريخ ١٧/١١/ ٢٠٠٠م حيث اصيب برصاصة قناص حاقد اخترقت صدره.

وقد تحول عرين الشهيد عبدالله لمهرجان شاركت فيه كل القوى السياسية والفصائل الوطنية والحركات الاسلامية، وتقاطرت الوفود المعزية باستشهاد عبدالله من كافة ارجاء المحافظة.

المسيرة الكبيرة التي حملت الشهيد من منزل ذويه الى مسجد عمر بن الخطاب في بيت لحم.. تحولت الى مسيرة تأييد كبيرة للانتفاضة، وقد ووري جثمانه الثرى في مقبرة الشهداء في بيت ساحور.



الشهيد
عمار سمير
المثنى
شهيد
المسجد
الأقصى
المبارك

الشهيد تحرير
سليمان رزق
أجّل عقد قرانه
ثلاث مرات

رزق، ابن عم الشهيد تحرير والشهيد محمود اسعيد والشهيد رامي مطاوع.

المستوطن المتطرف «كهانا» زعيم حركة «كهانا حي» وابن المستوطن الحاقد «مثير كهانا» زعيم حزب «كاخ» الذي اغتاله شاب مصري يدعى سيد نصير في نيويورك عام ١٩٩٠، عندما كان يخطب في حشد من مؤيديه وكان يتهجم على العرب والمسلمين ويدعو لترحيل الفلسطينيين من ارضهم حتى تصبح خالية الا من اليهود.

مقتل هذا المستوطن «كهانا الابن» جعل المستوطنين يفقدون صوابهم ويخشون كل فلسطيني، فخرجوا الى الشوارع الالتفافية في مسيرات ضد العرب، وكانت قرية حزما احدى تلك القرى التي اعتاد المستوطنون اطلاق النار صوب ابنائها العزل اثناء ذهابهم او ايابهم من اعمالهم فاستشهد تحرير اثناء عودته من عمله مساء، تقول والدة الشهيد خالد ابن عم الشهيد تحرير : ان تحرير لم يزرها منذ استشهاد خالد الا يوم العيد زارها لدقائق ولم يجرؤ على النظر في وجهها وعندما استفسرت قالوا لها ان تحرير خجل منها وحزين على خالد اشد الحزن وكانه يشعر انه مقصر بحقه كونه لم يلحق به.

واضافت انها لم تره بعد ذلك الا وهو مستشهد، وقد سار على درب ابن عمه خالد الذي يحبه حباً كبيراً.

كان من المفروض ان يعقد قرانه على الفتاة التي اختارها قبل استشهاد خالد، وبعد ان استشهد خالد اجل ذلك، وطلب منه عمه والد الشهيد ان يعقد ويتوكل الا انه رفض لشدة حزنه.

وبعد اكثر من شهر على استشهاد خالد وفي الموعد المحدد لعقد القران كانت الطرق مغلقة بالحواجز ولم يتمكنوا من الوصول الى المحكمة الشرعية فأجل عقد قرانه.

وفي المرة الثالثة كانت حزما محاصرة بالمستوطنين وجنود الاحتلال. واستشهد دون ان يعقد قرانه، كأن الحور العين آثرنه لانفسهن.

الشهيد تحرير اسمه ينم عن وطنية ووطنيه عائلته التي اختارت له هذا الاسم، حمل اسمه منذ يومه الاول باقتدار واعلن انه هدفه الذي يحيا لاجله، ومستعد للتضحية في سبيل التحرير والحرية.

لم تهدأ قرية حزما ليوم واحد منذ اشتعال فتيل الانتفاضة المباركة وكانت هدفاً للمستوطنين الحاقدين الذين يحيطون بها.

فكلما ارتفعت وتيرة الانتفاضة، او اصيب احد المستوطنين في اية مستوطنة في الضفة او غزة صب المستوطنون المدعمون من جنود الاحتلال جام غضبهم على قرية حزما وابنائها الذين يتصدرون العارية للمستوطنين، فاستشهد منهم ثلاثة شبان هم: خالد احمد

على رأس مسيرة سلمية جابت ساحات المسجد الاقصى تعبيراً عن احتجاج المصلين على الظلم والاستبداد الذي تمارسه قوات الاحتلال بحق ابناء شعبنا.

وما ان وصلت المسيرة قرب باب الاسباط حتى فتح جنود الاحتلال النار تجاهها، حيث كان افراد الشرطة وحرس الحدود مستنفرين ومجهزين بكامل عتادهم، فاصابت رصاصة حاقدة رأس الشهيد عمار المثنى فسقط مضرجاً بدمه الطاهر.

لم يسمح جنود الاحتلال للشبان من الاقتراب منه واسعافه، وظل ينزف طويلاً وجنود الاحتلال يقفون فوق جسده الطاهر، حتى اسلم الروح لباريها.

وقد تمكن مصورون صحفيون من التقاط صور للشهيد وهو يقاوم واخرى له وهو ينزف بعد اصابته والجنود يحاصرونه.

وقد شيعت جماهير شعبنا جثمان الشهيد الى مسقط رأسه في قرية بيت عور في محافظة رام الله، وظل اسمه يرفرف مع العلم الذي زرع على سطح قبة الصخرة.

الشهيد عبدالله خالد عمارنة ناشط جرئ من أول يوم اعتقل مرتين في الانتفاضة الاولى واصيب في ساعده وساقه قبل ان يستشهد وأبى ان يتوقف

كان منع جنود الاحتلال للمصلين في الجمعة الاولى من رمضان من الوصول الى المسجد الاقصى لاداء صلاة الجمعة بمثابة صعقة للشهيد عمار المثنى، الذي عقد العزم على التوجه في الجمعة الثانية الى المسجد الاقصى رغم الحصار والحواجز العسكرية والبشرية التي اقامتها قوات الاحتلال على مداخل المدينة وعلى بوابات البلدة القديمة والمسجد الاقصى، لمنع الشبان دون الخامسة والثلاثين والمواطنين حملة البطاقات الفلسطينية من الوصول للمسجد.

لم ينم ليلة الجمعة الثاني عشر من رمضان، الثامن من كانون الاول وهو ينتظر بزوغ الفجر، ذلك الفجر الاخير لم يكن على هذه البسيطة، وتناول سحوره، وادى الصلاة، لكن اغفاءة الفجر غلبته، او لعلها غفوة الحياة فنام على مضض، واستيقظ متأخراً عن موعده الذي وضعه لنفسه، فغادر منزله الى مخيم شعفاط على عجل واستقل اول وسيلة نقل لانه مدرك ان جنود الاحتلال سيعيقون طريقه.

وفعلاً استطاع ان ينفذ عبر الحواجز بعد مشادات كلامية مع جنود الاحتلال، وما ان وطأت قدماه ارض المسجد الاقصى حتى انطلق الآذان معلناً دخول موعد الصلاة.

وبعد انقضاء الصلاة انطلق المارد الذي يقبع في صدر ذلك الفتى وسار



# د. فيشر شهيد الواجب والانسانية بيت جالا ستبقى صامدة الى الأبد..

كان بيت استقبال المعزين باستشهاد د. هاري فيشر في احدى كنائس بيت جالا مناسبة لاظهار حجم الوحدة الوطنية بين ابناء الشعب الفلسطيني الواحد من مسلمين ومسيحيين، فقد تقاطرت الوفود الشعبية من شتى انحاء المحافظة، ريفها وباديتها ومدنها وفصائلها السياسية، وكان اللافت للنظر حضور وفدي حركة حماس والجهاد الاسلامي.

واستشهاد د. هاري فيشر ترك صدى واسعاً في أوساط المواطنين في المحافظة لعدة اسباب منها ان د. هاري الماني المولد والجنسية، ويعيش في بيت جالا منذ عشرين عاماً وتزوج سيدة فلسطينية من عائلة اسطفانو.

ومنذ استشهاده حاولت سلطات الاحتلال منع السفارة الالمانية من التحقيق في ظروف الاستشهاد.

وقد جاء استشهاد د. فيشر خلال ليلة قصف عشوائي مجنون لبيت جالا استخدمت فيها قوات الاحتلال شتى انواع الاسلحة الثقيلة من عيار ٥٠٠ او ٨٠٠ والقذائف. وقد خف د. فيشر لانقاذ عدد من الجرحى بعد ان تعذر على الطواقم الطبية، وطواقم الدفاع المدني الوصول اليهم، ولم تنفع توسلات اسرته، والحاضرين في ثنيه عن المجازفة حيث كانت آخر كلماته.. «انني طبيب واستطيع الوصول» وكان قدره ان اصابته قذيفة قطعته ارباً.

بقي د. فيشر لساعات عدة قبل ان تنجح المحاولات للوصول اليه في ساعات الصباح الاولى بعد ان خفت حدة القصف وجمعت اشلاؤه ونقلت الى مستشفى بيت جالا الحكومي حيث شيع جثمانه في موكب مهيب شاركت فيه كافة القوى السياسية الوطنية والاسلامية وجماهير غفيرة من ابناء المحافظة التي اكدت في هتافاتها على الوحدة الوطنية.

من جهة اخرى كانت الكلمات التي القيت في تأبين الشهيد من خلال ممثلي الوفود قد اكدت على نازية الاحتلال وقسوته، وعددت ايضاً هذه الكلمات مناقب الشهيد وانسانيته وتقديمه ثمناً لعمله الانساني، وعلى هذا كان مقتل د.فيشر شهيد الواجب والانسانية. جريمة تضاف الى جرائم الاحتلال تركت وقعاً خاصاً وعميقاً لدى ابناء المحافظة.

---

# عزيز يوسف التنح
## شهيد الصحافة والكلمة الحرة

خاص – وطني – اكثر ما عرف عن الزميل عزيز يوسف التنح ٣٤ سنة دماثة خلقه وابتسامته العريضة.. لقد ترك بصمة واضحة لا يمكن ان تمحى او تزول بسهولة. ان الشهيد عزيز مدير مكتب وكالة الانباء الفلسطينية (وفا) في بيت لحم.. مليء بالحيوية صاحب نكتة ملتزم بقضايا شعبه وامته.

اربعون يوماً فصلت بين عرسين حيث زف الى عروسه ثالث ايام انتفاضة الاقصى المبارك واستشهد يوم ٢٦ /١٠/ ٢٠٠٠م، كما كان فرحاً حين وزع بطاقات الدعوة لحفل زفافه، كان يشدد على معارفه واصدقائه ومحبيه بضرورة حضور حفل الزفاف.

كان وجوده في بيت لحم استثنائياً، حيث كان قد انتقل للعمل في مكتب (وفا) في غزة، وهناك اتسعت دائرة اصدقائه كما كانت في بيت لحم.

اربعون يوماً زف فيها عزيز الى عروسه كانت هي المدة الفاصلة بينه وبين زفافه الثاني حيث كانت الشهادة تنتظره.. لقد كان وجوده في مقر امن قوات (الرئاسة الـ ١٧) سبباً في استشهاده، وتواجده كان مع شقيق زوجته حسن ابو محيميد، وهناك وقع انفجار هائل وكان عزيز واحداً من الشهداء الذين قضوا في هذا الحادث.

ادخل عزيز جراء اصابته الى غرفة العناية الفائقة في مستشفى الحسين في بيت جالا، ومكث هناك عدة ايام، ثم نقل الى مستشفيات الاردن حيث كانت اصابته بليغة، فقد اصيب بكسور في الجمجمة، وكسر في الفك وجرح قطعي عميق في الرأس وجرح قطعي بليغ اسفل الذقن، وحروق في كافة انحاء جسمه. عدة ايام قضاها الشهيد عزيز في الاردن ثم اعلن عن استشهاده وبعد استشهاده استشهد شقيق زوجته حسن ابو محيميد. وكان لاستشهادهما اثر في نفوس معارفه ومحبيه وزملائه الصحفيين الذين كانوا متواصلين معه حتى الرمق الاخير.

النائب داود الزير وهو من اقرباء الشهيد قال: ان عزيز قد غادركم معشر الصحفيين.

واضاف ان شهادة الزميل عزيز اكدت على الدور المهم للاعلاميين في المعركة حيث ان دورهم لا يقل اهمية عن دور العسكريين ورجال المقاومة وكافة قطاعات شعبنا واكدت ان عزيز انضم الى قافلة الشهداء وكوكبة شهداء الصحافة والرأي الاعلامي الحر كغسان كنفاني وماجد ابو شرار وهاني جوهرية.. والقافلة طويلة.. رحم الله شهيدنا فقيد الصحافة الزميل عزيز يوسف التنح.



دراسة

# «القدس حاضراً ومستقبلاً»

تتميز مدينة القدس بالاهمية الدينية والموقع الجغرافي، وهي المحطة بين الأرض والسماء منذ فجر التاريخ. وسميت عند الاقدمين (صرّة الأرض)، و(وسط الارض)، أما المسجد الاقصى فقد سمي بالأقصى لانه وسط الدنيا لا يزيد ولا ينقص، وقد شهدت فلسطين ومركزها القدس الشريف اقدم الحضارات الانسانية، وتمتعت بقداسة دائمة، وستبقى محط أنظار الديانات السماوية وفي طليعتها الديانة الاسلامية:

**بقلم: فاروق ابو الرب**

## اولاً: تشريعات واجراءات

بعد احتلال اسرائيل لمدينة القدس العربية (القدس الشرقية) في ٦/٨ ١٩٦٧ شكلت حكومتها لجنة وزارية خاصة لوضع اطار قانوني لضم الجزء الشرقي من المدينة للجزء الغربي، وجعلها مدينة موحدة، واتخذت الحكومة قرارها بالضم في ٦٧/٦/٢٥ مدعماً بموافقة الكنيست في ٦٧/٦/٢٥ مع تعديل لقانون انظمة السلطة والقضاء الاسرائيلي لعام ٤٨، واضافة مادة تنص على ان (يسري قانون الدولة وقضاؤها وادارتها على كل مساحة من ارض اسرائيل حددتها الحكومة في مرسوم)، ويلاحظ ان اسرائيل قامت بالضم دون ان تلجأ الى استعمال كلمة «ضم» في قرارها وفي القوانين والمراسيم التي اصدرتها بهذا الخصوص.

بدأت اسرائيل بممارسة سياسة الأمر الواقع تجاه المدينة المقدسة التي ضمتها، وتجاه سكانها الذين تم احصاؤهم من قبل وزارة الداخلية في ١٩٦٧/٦/٢٦، ومنحوا الهوية الاسرائيلية، كما قامت بوضع مخطط هيكلي للمدينة بشقيها الشرقي والغربي، ويشتمل على حدود لبلدية القدس الموحدة، للسيطرة على المناطق الفارغة، او ذات المزايا الاستراتيجية مستندة بذلك الى قرار الكنيست تعديلاً لقانون البلديات الانتدابي لعام ١٩٣٤، يُسمح بموجبه لوزير الداخلية ان يصدر اعلاناً يوسع فيه منطقة اختصاص البلدية، بواسطة الضم لمساحات جديدة، فصدر امر القانون رقم ١٩٦٨ بتاريخ ١٩٦٧/٦/٢٨ اعلن فيه ان امانة القدس غدت تشمل البلدة القديمة، وادي الجوز، الشيخ جراح، المصارة، العيسوية، شعفاط، بيت حنينا، وقضى حدود البلدية شمالاً حتى مطار قلنديا على شكل شريط مستطيل يضم المطار، طريق القدس – رام الله، والمساكن المقامة على جانبه الغربي (وتُستثنى المساكن الواقعة شرقي الطريق، وضاحية البريد، والرام).

اما في الجنوب فتشمل حدود البلدية قرى: بيت صفافا، سلوان، الثوري، صور باهر، ام طوبا، السواحرة الغربية (وتُستثنى ضواحي ابو ديس، والعيزرية).

---

في الشرق)، وتجدر الاشارة الى ان بلدية القدس حرصت على ان تضم مناطق فيها أقل عدد من السكان الفلسطينيين.

وبعد تعيين الحدود الجديدة لبلدية القدس، وسريان قوانين القضاء والادارة الاسرائيلية على القدس العربية، ازيلت بتاريخ ٦٧/٦/٢٩ جميع الحواجز التي كانت تفصل بين القدس الشرقية والقدس الغربية، وصدر في اليوم نفسه مرسوم بحل مجلس أمانة القدس الشرقية المنتخب من قبل اهالي المدينة الفلسطينيين، ومصادرة سجلاته واملاكه المنقولة وغير المنقولة ودمجها مع موظفي بلدية القدس المحتلة منذ عام ١٩٤٨، كما تم ابعاد امين القدس (المرحوم روحي الخطيب) الى عمان بتاريخ ١٩٦٨/٣/٧م.

وابتداء من ٦٧/٦/٢٨، اصبحت الاراضي في حوزة حارس الاملاك العام الاسرائيلي باعتبارها (املاك دولة) ومنح وزير العدل الاسرائيلي الصلاحية باصدار امر بتسجيل الشركات والجمعيات التعاونية التي عملت في القدس العربية قبل احتلالها بصفتها شركات اسرائيلية.

كذلك تضمنت الاجراءات الاسرائيلية ضبط عمليات الترخيص لكل من يتخذ عملاً او مهنة، او من يشرع في البناء على اساس خضوعه للقانون الاسرائيلي، كما اشتملت الاجراءات ايضاً على تنسيب المحامين والقضاة الفلسطينيين الى نقابة المحامين الاسرائيلية.

وقد استندت الحكومة الاسرائيلية الى قوانين المصادرة المختلفة، وقانون املاك الغائبين لعام ١٩٥٠ الذي يخول السلطات الاسرائيلية بمصادرة املاك من يعتبر غائباً الاّ اذا كان موجوداً مع بدء سريان المرسوم في ١٩٦٧/٦/٢٨... وفي ١٩٦٧/٧/٣٠ أقر الكنيست قانوناً جديداً عُرف باسم (القانون الاساسي) يعتبر ان القدس عاصمة لاسرائيل، كما أقر في ٦٧/٨/٢٨ قانون الحفاظ على الاماكن المقدسة، معتبراً إياها في اطار الاختصاص الاداري الاسرائيلي.

---

وقد الغت السلطات الاسرائيلية القوانين الاردنية في المدينة، واستبدلتها بتشريعات وقوانين اسرائيلية، واغلقت كافة المحاكم النظامية الاردنية، ونقلت مقر محكمة الاستئناف الى رام الله، بالاضافة الى تجميد تنفيذ احكام المحاكم الشرعية الاسلامية لمسلمي القدس لاجبارهم على مراجعة محكمة يافا الشرعية الاسلامية، وسارعت الى تصفية المؤسسات والبنوك العربية، والى دمج البنية التحتية للقدس الشرقية بالبنية التحتية الاسرائيلية للقدس الغربية، وتم اخضاع التعليم العربي وكل شؤون الحياة في المدينة للبرامج والقوانين الاسرائيلية.

## ثانياً: مصادرة الاراضي والاستيطان.

بعد قرار ضم القدس في ٦٧/٦/٢٨ عملت السلطات الاسرائيلية على تهويد القدس الشرقية باتجاهين:

الاتجاه الاول، يتمثل في مصادرة الاراضي العربية وبدء الاستيطان بشكل مكثف.

والاتجاه الثاني، يتمثل في السعي المستمر لتغيير التركيبة الديموغرافية للوصول الى نسبة تزيد عن ٧٦٪ لصالح اليهود و٢٤٪ او اقل للعرب، وذلك على مستوى شطري المدينة.

وبشأن مصادرة الاراضي والاستيطان، تكفي على سبيل المثال الاشارة الى الارقام والمعطيات التالية منذ عام ٦٧ وحتى عام ٩٥، فقد بلغت مساحة القدس الشرقية قبل احتلالها عام ١٩٦٧م نحو ٦٫٥ كيلو متر مربع، وبعد ضمها وتوسيعها اصبحت مساحتها في مطلع اعوام الثمانينات نحو (٧٠) كيلو متراً مربعاً، اي بزيادة مقدارها (١٢) ضعفاً تقريباً. اما مساحة القدس الغربية عام ١٩٦٧ فقد بلغت (٣٨) كيلو متراً مربعاً، واصبحت مساحتها بعد ضم القدس الشرقية اليها والتوسعة (١٢٣) كيلو متراً مربعاً.

وهناك تصريحات وارقام وتقارير بمصادرة اراضي القدس الشرقية منها وعلى سبيل المثال:

(١) اعلان وزير الاسكان الاسرائيلي بنيامين بن اليعازر ان حكومته قد صادرت اكثر من ثلث اراضي القدس الشرقية وبنت عليها حوالي (٣٥) الف وحدة سكنية.

(٢) أشار تقرير اعده الباحث الصحفي الاسرائيلي (نداف شرغاي) ونشرته صحيفة هآرتس ان السلطات الاسرائيلية قامت بتوسعة مساحة القدس بشطريها (الشرقي والغربي) بثلاثة اضعاف مساحتها الاصلية منذ الاحتلال عام ١٩٦٧... فقد صودرت اراض تقدر بنحو (١٧) الف دونم في اعوام السبعينيات اقيمت عليها الاحياء الاستيطانية التالية:

(رامات، نيفي يعقوب، رمات اشكول، شهدريا الموسعة، جفعات عمغتار، التلة الفرنسية، حرمون نسيف، اضافة الى «بسغات زئيف، التي اقيمت خلال السنوات الاخيرة.

(٣) اشار الاستاذ خليل التفكجي عضو لجنة ملف القدس وشؤون الاستيطان

---

في محاضرة له في منتدى شومان في ٩٥/٥/١٥ الى مصادرة الحكومة الاسرائيلية لنحو ٣٣٪ من مساحة القدس الشرقية.

(٤) اقامة ٢٩ مستعمرة استيطانية في الفترة ما بين ٦٧-٩٠ معظمها سكنية في حين بلغ عدد المستوطنات آنذاك في عموم الضفة اكثر من مائتي مستوطنة، كما وضعت السلطات الاسرائيلية يدها على مئات الدونمات في بلدة القدس القديمة، اي ما تقارب نسبته ٢٦٪ من مجمل مساحتها، مع الاستمرار بالتهديد بمصادرة (٣٠) دونماً من الاحياء الاسلامية الملاصقة للمسجد الاقصى، وقد استمرت سياسة المصادرة حتى بلغت مساحة الاراضي في السنوات اللاحقة ما يزيد عن ٧٢٪ من مجموع مساحة القدس الشرقية.

(٥) اضافة لذلك فقد لجأت السلطات الاسرائيلية، ومنذ الايام الاولى لاحتلالها القدس عام ١٩٦٧ الى اجراءات الهدم، فهدمت حي المغاربة واخلت سكان قسم كبير من حي الشرف، كما طردت ٦٠٠٠ عربي خارج الاسوار، وصادرت ٦٤٠ عقاراً، وهدمت ١٣٥ عقاراً آخر، وقد أدى توسيع حدود البلدية الموحدة (للقدس) الى جعل آلاف من السكان العرب خارج حدود البلدية... واصبح الميزان السكاني نحو ١:٣ لصالح اليهود.

(٦) اشار الباحث جمال طلب من مؤسسة الاراضي والمياه التابعة لجمعية الدراسات العربية في القدس الى ما يلي:

١- تضاعف المعدل الشهري لمصادرة الاراضي بعد مؤتمر مدريد سنة ١٩٩١ من (٢٣٣) دونماً الى (٦٩٩) دونماً وذلك بزيادة تعادل (٣) اضعاف.

٢- مصادرة ما مجموعه (٥٣) الف دونم من الاراضي الفلسطينية خلال الفترة من شهر ايلول سنة ٩٣ حتى شهر ايار سنة ٩٤.

(٧) اما بخصوص الوضع الراهن للاستيطان في القدس فتشير المعطيات والارقام الى ما يلي:

أ- الاعلان عن خطة اسرائيلية لاقامة (٣٠) الف وحدة سكنية في القدس خلال السنوات الخمس المقبلة، ومصادرة (١٢٠٠) دونم لانجاز مستوطنات الباب الشرقي للقدس.

ب- وضع خطة اسرائيلية لبناء ٦٨٠٠ وحدة سكنية على اراضي ابو غنيم في منطقة صور باهر وام طوبى على مساحة تبلغ (١٨٥٠) دونماً.

(٨) استمرار اعمال الحفر تحت المسجد الاقصى بحفريات تهدد بانهياره، بالاضافة الى اخطار محتملة بهدم نحو (٤٠٠) عقار تاريخي، وتهديد ٣٠٠٠ فلسطيني من سكان القدس العربية بالتشريد.

وباختصار فان حجم المصادرة الاسرائيلية يكشف الارتفاع الكبير في نسبة التملك الاسرائيلي للاراضي والعقارات، فبعد ان كانت نسبة تملك العرب ٩٤٪، واليهود ٤٪ فقط والاجانب ٢٪ عام ١٩١٨ اصبحت نسبة التملك الاسرائيلية في القدس بفعل عمليات المصادرة غير الشرعية ٨٤٪ لليهود و١٤٪ للعرب، و٢٪ للاجانب في مطلع اعوام التسعينيات.