## تقارير

# الحملة «الاسرائيلية» المسعورة ضد الزراعة

### الوزير زيد: خسائر القطاع الزراعي كبيرة جدا
### حماد: التنمية الريفية تتطلب توفير الدعم للمزارع
### الاخرس: ورثتها عن اجدادي ولن يرثها اولادي بعد المصادرة

تقرير: نافز خليل

**وطني** لم يتوقف الامر عند محاولات الاحتلال تنفيذ سياسة التهويد للارض والانسان بل استمر في مخططاته المسعورة لتقطيع اوصال الوطن وضرب اهم قطاعاته التي يعتمد عليها اعتمادا كليا «القطاع الزراعي».

وامام هذه الهجمات المتكررة للنيل من مزارعنا وقف هذا المارد العملاق الذي تجسدت فيه روح العنفوان والنضال متحديا ومؤكدا على ثباته فوق ارضه وحق شعبه في الحرية وحقه في استعادة هويته السياسية والثقافية والاجتماعية واستقلاله الوطني.

ولكشف المزيد من زيف الاحتلال كان لنا هذا اللقاء مع حكمت زيد وزير الزراعة الذي يحدثنا عن هذه المرحلة الدقيقة والخطيرة قائلا... لا بد من الصمود فوق الارض وتحمل الآلام لكي يتحقق لنا الحلم الذي نعشقه «دولة فلسطينية مستقلة وعاصمتها القدس الشريف»، ودار معه حوار هذا نصه:



جانب من الدمار الذي خلفته جرافات الاحتلال في حقول الزيتون

**\* كم بلغت خسائر القطاع الزراعي منذ بداية انتفاضة الاقصى؟**

- الخسائر التي تم حصرها حتى الآن ٣٣٤ مليون دولار والرقم غير ثابت لان الحملة الاسرائيلية مستمرة، اما بالنسبة للخسائر غير المباشرة فلم نتمكن من حصرها بسبب الاغلاقات الاحتلالية، وبالطبع فهي باهظة جدا.

**\* ما هي القطاعات الزراعية الاكثر استهدافا؟**

- لم يستثن الاحتلال اي قطاع من قطاعاتنا الزراعية سواء النباتي او الحيواني فعمليات الاستهداف طالت اشجار الزيتون والنخيل والحمضيات والبيوت البلاستيكية والدفيئات والمناحل والثروة الحيوانية وآبار المياه وشبكات الري حتى البيوت السكنية وهذه صنفت تحت مسمى الخسائر المباشرة التي تمكنت طواقمنا من حصرها.

**\* ما مدى جاهزية وزارة الزراعة للحفاظ على هذا القطاع الهام في ظل الانتفاضة؟**

- وزارة الزراعة جاهزة في كل وقت ولدينا الامكانيات الهائلة والتي من خلالها نستطيع التغلب على كافة المصاعب وفي كل الظروف التي تواجه هذا القطاع الهام ولا تنحصر جاهزيتنا بوقت ما، وانما نحن دائما نعمل على مدار الساعة ونتابع كل صغيرة وكبيرة، وللعلم ايضا وزارة الزراعة ومنذ بداية عهدها ارتأت ان القفزة النوعية لاي عمل لن تأتي الا من خلال الكفاءات ونحن، والحمد لله، لدينا كفاءات عالية وفي كافة الميادين.

**\* سياسة فتح الاسواق امام المنتوجات الزراعية الفلسطينية، هل حققت الغاية؟**

- ان سياسة فتح الاسواق امام المنتوجات الفلسطينية وخاصة الزراعية تعتبر هدفا سياسيا واقتصاديا لتقوية دعائم الاقتصاد الوطني ونحن نعمل انطلاقا من هذا الهدف على التصدير لكافة الدول العربية والاوروبية ونركز على اسرائيل لانها هي السوق الوحيدة التي لا توجد فيها اجراءات معقدة وهذه بالطبع سياسة اسرائيلية لخنق الاقتصاد الوطني الفلسطيني، ومع هذا تمكنا من فتح كافة الاسواق العربية والاوروبية وحققنا الغاية المرجوة التي نسعى لها دائما.

**\* زيت الزيتون الفلسطيني كميات هائلة بدون تسويق، ما هو دور وزارة الزراعة؟**

- كانت السوق الاردنية الاقدر على استيراد كميات كبيرة من زيت الزيتون ولكن الآن اصبح هناك اكتفاء ذاتي اردني من زيت الزيتون وباسعار مناسبة تلائم الجميع، لكن زيتنا دائما اسعاره مرتفعة وهذا بالطبع يكسر الكميات ويعمل على تعطيل عمليات التسويق ونحن كوزارة زراعة نعمل جاهدين لفتح الاسواق

امام زيت الزيتون وعلى استعداد للتعاون مع القطاع الخاص وتوفير ما يلزم من اجل اقامة مصانع تعليب لزيت الزيتون ونرحب بأي جهة اجنبية نستطيع من خلالها انشاء مثل هذه المصانع ولا مانع لدينا من التعاون والتعاقد وتسهيل كافة الاجراءات لذلك. وحتى هذه اللحظة ابواب الوزارة مفتوحة لاننا هنا من اجل خدمة المواطن وبالذات المزارع الفلسطيني وقد عملت الوزارة من خلال مديرياتها على تقديم كل ما يحتاجه المزارع.

**\* هل تنوي الوزارة توفير الاشتال لتعويض المزارعين ولو بجزء بسيط من الخسائر التي تعرضوا لها؟**

- أرواح الشهداء اغلى من كل شيء على وجه هذه الارض الطاهرة، وسياسة وزارة الزراعة تقوية هذا القطاع وليس ضربه، فهناك مئات العائلات التي تعتمد في معيشتها على المشاتل وستقوم الوزارة على توفير الاشتال من خلالها وباسعار تناسب الجميع.

### وطن أخضر

جمال حماد رئيس اتحاد الفلاحين في محافظات الشمال تحدث من جانبه

| خسائر القطاع الزراعي | |
|---|---|
| جدول بخسائر القطاع الزراعي حتى تاريخ ٢٠٠٠/١١/٢١: | |
| الصادرات | ٢,٧٦٧,٠٠٠ |
| تدني الاسعار | ١٣,٠٠٠,٠٠٠ |
| اشجار ومنشآت زراعية | ١٥,١٦٣,١٥٣ |
| انخفاض رسوم التصدير | ٣,٠٠٠,٠٠٠ |
| ارتفاع اسعار الاعلاف | ١,٠١٤,٠٠٠ |
| الثروة الحيوانية | ٩,٨٠٢,٨٦٨ |
| الثروة السمكية | ١,٤٨٠,٠٠٠ |
| العمالة الزراعية | ١٥,٦٠٠,٠٠٠ |
| خسائر غير مباشرة | ١٧,٨٣٢,٠٠٠ |
| مجموع الخسائر | ١٢٧,٠٠٩,٢٠٠ دولار |

قائلا: لقد استلمنا اتحاد الفلاحين بولادته الجديدة وسنعمل مع كافة اعضائه يدا بيد لتحقيق الهدف الذي نسعى دوما اليه وهو وطن اخضر، ومن هنا اناشد كافة الاخوة المزارعين في محافظات الشمال الانتساب لاتحاد الفلاحين الذي لن يستطيع ادراك الركب وهم خارجة وستكون سياسة الاتحاد الجديدة ملائمة لكل ظرف ونحن في اتحاد الفلاحين نتبع انجح السبل التي تجعل اتحادنا بيتا حقيقيا للفلاحين يوفر لهم كل ما له علاقة بالمجالات الزراعية.

**\* كيف يواجه اتحاد الفلاحين الهجمات الاسرائيلية التي تستهدف الارض؟**

- الارض هي عنوان الحياة وبدوننا لن نساوي شيئا والهجمات الاسرائيلية مستمرة والمطلوب منا كاتحاد فلاحين الاستعداد الجيد للمواجهة وهذا يحتم علينا التركيز على الارض واستصلاح ما يمكن وزراعته بالاشجار حتى لا نعطي الاحتلال الذريعة لمصادرتها.

**\* ماذا عن دوركم في التنمية الريفية؟**

- اتحاد الفلاحين لديه الكثير من المشاريع الجاهزة والتي من خلالها يستطيع توفير كل احتياجات المزارعين وتوفير فرص العمل والسوق المحلية والخارجية لكننا لا نملك التمويل وهذا لا يعني الاستسلام لذلك فاننا سنطرق كل الابواب لتوفير هذا التمويل والذي بدوره سيجعل تنمية الريف من انشاء المصانع والمكننة الزراعية تصل الى المستوى المطلوب.

**\* هل هناك تعاون مع المؤسسات الزراعية في الوطن؟**

- اولى المؤسسات وزارة الزراعة والتي، ان شاء الله، سنعمل على زيادة التعاون معها وهذا مرهون بأية اجراءات ولن تكون هناك عقبات امام هذا التعاون فالخبرة الكبيرة التي تتمتع بها وزارتنا وخاصة الزراعة حتما سنستفيد منها اما بالنسبة للمؤسسات الزراعية الاخرى فكل الملفات جاهزة ومزودة بالدراسات ونتمنى منها الاريحية في التعامل فنحن ما زلنا في

## حوار

### العميد محمود عوض الله قائد منطقة طولكرم في حديث لـ «وطني»:

# الرئيس عرفات قدوتنا في تحمل المسؤولية والعمل المتواصل

حاوره: عبد الكريم أبو عرقوب

العميد محمود عوض الله

لم تعد قوات الأمن حديثة العهد بعد مرور أكثر من خمس سنوات على تشكيلها رغم قصر الفترة الزمنية التي تم خلالها تأسيسها وتحديد مهماتها واستقرار أوضاعها الادارية وبناء الهيكل الاداري لها في فترة زمنية قياسية.

ومن الملاحظ ان اختلافاً ايجابياً طرأ على ادائها الذي ما زال يتجه نحو الأفضل بالمتابعة والتدريب وتحديد الضوابط التي تحد من التجاوزات وتعاقب المخطئين، والفهم الأفضل لرجال الأمن للنصوص القانونية المعمول بها. وفي نفس الوقت فان فهم المواطنين وادراكهم لأهمية هذه الأجهزة في حمايتهم، والسهر على راحتهم، وحفظ أموالهم وحقوقهم خلال الفترة السابقة قلل الفجوة التي برزت في بدايات السلطة الوطنية الفلسطينية.

ورغم كل ذلك فان التطلع الى الأمام للوصول الى الاستقرار الكامل والحرية الدائمة واقامة الدولة الفلسطينية المستقلة وبسط السيادة الوطنية على كامل الأراضي الفلسطينية المحتلة، يحتاج الى مزيد من الجهد والوحدة وتحصين الوضع الداخلي والبناء السليم لمختلف المؤسسات العسكرية والمدنية، واشراك الجماهير في القرارات المصيرية والتي تتطلب التضحية، وهذا ما عبر عنه العميد محمود عوض الله قائد منطقة طولكرم الذي عاش الثورة في مختلف منعطفاتها، وانتقل من لبنان الى سوريا الى ان عاد الى الوطن ليواصل مسيرته النضالية باسلوب مختلف وعلى ثرى الوطن، والذي قال ان فرحة العودة الى الوطن في الوطن غمرتنا بالسعادة والسرور، لأنها الحلم الذي كان يراود كل فلسطيني أبعد قسراً عن موطنه الأصلي، فقد كنا نتطلع الى اليوم الذي تتحرر فيه فلسطين والى اليوم الذي نشمر فيه عن سواعدنا للنهوض بالوطن واقامة دولتنا ذات السيادة الوطنية ودحر الاحتلال ومخلفاته، وهو الهدف الذي قدمنا لأجله أغلى ما نملك.

### البدايات والصعوبات

وعندما دخلنا الوطن أصبحنا نواجه تحديات عديدة ولم تخل البدايات من صعوبات مختلفة، ولكن بالارادة وقوة الايمان استطعنا قيادة وقوات وشعباً من التغلب على تلك الصعوبات، واحباط أولئك الذين راهنوا على فشلنا واندلاع حرب أهلية وغير ذلك.

والمتتبع للوضع الفلسطيني الداخلي يدرك بوضوح الاختلاف في أداء قوات الأمن العام، قبل خمس سنوات وحتى الآن، وان التجاوزات التي ظهرت في البدايات أصبحت تتلاشى بالمتابعة والتنسيق الجيد بين الأجهزة الأمنية التي أصبحت منصهرة في بوتقة واحدة وكأنها جهاز واحد تعمم فيه المعلومات ويتبادل قادته المشورة في مختلف التطورات وهذا ما أدى الى الارتقاء بالعمل وتحسين الأداء.

كما اننا نفتخر اليوم بالعلاقة الطيبة بين المواطنين والأجهزة الأمنية، ويمكننا القول ان الفجوة بين الشارع وأجهزة السلطة الوطنية قد تقلصت الى حدودها الدنيا، والتي كانت قد نجمت عن الفهم الخاطئ لبعض منتسبي الأجهزة الأمنية، الذين ظنوا أنفسهم فوق القانون والمحاسبة، فاستغلوا مواقعهم ومارسوا ما يسيء الى الأجهزة التي ينتمون اليها والسلطة الوطنية بشكل عام.

### الجهل هو السبب

وقد ساهم في ذلك جهل المواطنين لحقوقهم وواجباتهم وسكوتهم على الاساءات التي تعرضوا اليها من قبل بعض منتسبي الأجهزة، أو تقديم الشكاوى ضدهم، ولكن الأمر تغير من خلال الالتقاء والحوار والمشاركة مع المواطنين، ونحن في قيادة المنطقة ومسؤولي الأجهزة الأمنية نفتح أبواب مكاتبنا للمواطنين لسماع شكواهم، وآرائهم وايلائها اهتماماً كبيراً جداً

* الطرق الالتفافية اخطر ما يواجه المزارع ماذا بهذا الشأن؟

- الاحتلال يستعمل جراراته للقضاء على هذا الشعب ومقدراته لانه يعلم علم اليقين بان الانسان الفلسطيني يعشق الارض كما يعشق الجنة.

### الارض كنز لا يقدر بثمن

وقال الحاج يوسف الاخرس ان الاحتلال قام بمصادرة عشرين دونماً هي كل ما أملك، ورثتها عن أبي وجدي، لكني لن أستطيع ان أورث أولادي شيئاً منها..

حيث أبت آلة الدمار العسكرية الا ان تحول هذه الأرض الى خراب لتمزق شرايين الحياة التي تزود المزارع الفلسطيني بما يحتاج، هذا ما قاله الحاج يوسف سليمان الأخرس من بلدة كفر الديك عن حجم المأساة التي تعرض لها، مدللاً على ان هذه الهجمة ستقضي على آخر أمل لنا في هذه الدنيا فلقد انتزعوا مني أرضي بحجج أمنية ولم أستطع ايقاف جرافات الاحتلال.

وأوضح ان مساحة الارض التي تم الاستيلاء عليها تبلغ عشرين دونماً وهي أرض زراعية كانت تزرع منذ سنوات بالحبوب، لكننا في الفترة الاخيرة نعمل على اصلاحها وزراعتها بأشجار الزيتون.

وفي وصفه العلاقة بين الارض والمزارع قال ان الارض كنز لا يقدر بثمن فمنذ الأزل ربطتنا بالارض علاقة دافئة فمنها نتزود بما نحتاج لانها هي المصدر الوحيد لنا، ومصادرة أرضي قصمت ظهري لانه لم يبق لنا الا القليل من أشجار الزيتون وما يؤلمني بأنني لن أستطيع ان أترك لأولادي شيئاً منها يمكنهم من الثبات، فأجمل ما في حياتي هي طفولتي وحتى بلغت من العمر ٧٤ عاماً انني لم أبخل على الارض بشيء، لانها هي أمل اليوم والغد والمستقبل، وانها رسالتنا نموت ونحيا عليها.



جمال حماد رئيس اتحاد الفلاحين

### بداية الطريق.

* المزارع يشكو من تدني الاسعار، كيف يستطيع التخلص من هذا الكابوس؟

- كثيراً من المزارعين يعتمدون على زراعة صنف او اثنين وهذا يضاعف الكمية ومن اجل التغلب على هذه الظاهرة يجب ان يعتمد المزارعون على التوزيع في الزراعة وعلى مدار السنة وهذا يساعد على تعديل ميزان الاسعار للمزارع وللسوق وللمستهلك والحمد لله مناخ بلادنا جيد وملائم.

* هل هناك شروط للانتساب لاتحاد الفلاحين؟

وهل يحتاج مالك المنزل الى اذن للدخول الى منزله؟ فابواب الاتحاد مشرعة ترحب في كل مكاتبها بالمزارع وبدون اية شروط.

* حملات المصادرة بلغت ذروتها كيف سيتم التعامل معها؟

- ان سياسة المصادرة التي تتبعها سلطات الاحتلال تدخل ضمن مخططات التفريغ وهذه سياسة بائنة ولا يصعب على المرء ان يدرك خطورتها والصدمة السياسية التي احدثتها هذه الاجراءات افقدت المزارع التركيز على ارضه لانه معرض في كل لحظة ان يفقدها ومن هنا اريد ان أنبه الى مسألة خطيرة حيث الذرائع التي يروجها الاحتلال بشأن مصادرة الاراضي باطلة وهذه السياسة تدخل ضمن سياسة تهويد الارض والانسان والمطلوب مقاومة كل هذه الجوانب ولن يفشل ذلك الا التمسك بالارض والاعتناء بها وزراعتها.

* بماذا تعلل انعدام الثقة بين المزارع والمؤسسة الزراعية؟

- المزارع يحتاج لما يعوضه عما فقد، والقاسم المشترك بين الانسان والارض الشجرة، يجب ان يتوفر له البديل وبسرعة ولنأخذ قليلاً من تجارب الدول التي عانت ايضاً من ظلم الاحتلال فاصبحت من الدول المتقدمة لانها لم تتوانى عن تقديم الدعم والمشورة لمزارعيها.



بعض ما لحق بالزراعة الفلسطينية من العدوان

حتى الفخار نال نصيبه من القمع...



في مواجهة هذه الحرب التي تستهدف شعبنا بكل فئاته، وأوضح ان ذلك سيقابل بكل تقدير واحترام من قبل كافة الأجهزة الأمنية.

### المواطن مسؤول

وأضاف «على المواطن ان يدرك انه مسؤول تجاه شعبه ووطنه وسلطته فيما يتعلق بكل ما يضر المصلحة العامة ومحاربة مظاهر الفساد بمختلف اشكالها ومن ضمنها مواجهة مروجي الأغذية الفاسدة لخطورتها على مستقبلنا ومستقبل أطفالنا وأثرها على الصحة العامة للمجتمع، وتهرب بعض التجار من الضرائب وخاصة ضريبة المقاصة التي تدفع بشكل تلقائي للتجار الاسرائيليين، ولا يتم تسليمها الى دوائر الضريبة لتحصيلها من الاسرائيليين، وهذا ما يسبب ضياع الأموال الباهظة من الميزانية العامة للسلطة والتي تخدم مختلف القطاعات من صحة وتعليم وتطوير.

وحول متطلبات المرحلة المقبلة لتجسيد الدولة وما قد يترتب عليها من اجراءات اسرائيلية قال العميد عوض الله اننا جميعاً مطالبون بالتضحية والصبر والتحمل لمواجهة اي اجراءات اسرائيلية متوقعة، وعلى السلطة الوطنية ان تأخذ بيد الصناعات الخفيفة وتشجيع المستثمرين على اقامة مشاريع توفر فرص عمل لقوانا العاملة حتى نتمكن من الاعتماد على أنفسنا عن طريق الانفصال الكامل عن اسرائيل والاعتماد على أنفسنا وتحقيق حلمنا في اقامة دولتنا الفلسطينية المستقلة، تكون السيادة فيها لشعبنا أولاً وأخيراً، فمستقبل اجيالنا القادمة مرهون بتضحياتنا والقفز عن المصالح الذاتية والآنية الضيقة والتي بدونها تبقى حريتنا

> تجسيد الدولة يحتاج للإرادة والصبر وتكاتف كل الجهود
>
> الذين راهنوا على فشلنا فشلوا

مسلوبة، ومستقبل ابنائنا مجهولاً.

### القدوة في العمل

وهذا يتطلب ايضاً جهوداً مضاعفة لقوات الأمن العام لتذليل الصعوبات القائمة بمزيد من العطاء، وإيلاء العناصر اهتماماً خاصاً بالتدريب المتواصل والممارسات الايجابية، لان العناصر وقيادتهم وشعبهم حملوهم أمانة حماية هذا الوطن، خاصة الرئيس الرمز ياسر عرفات الذي يجب ان نتخذ منه قدوة في تحمل المسؤولية العظيمة والعمل الدائم والمتواصل دون كل أو ملل من أجل تحقيق حرية واستقلال وكرامة شعبنا والذي نتمنى له دوام الصحة والعافية.

وأكد ان القيادة العسكرية حريصة على تحقيق التطور والتقدم في قواتنا ولا بد من الاشارة الى الجهد العظيم الذي يبذله العميد اسماعيل جبر مدير الأمن العام في المحافظات الشمالية، من أجل تحقيق ذلك، وكذلك القادة الذين يعطون بلا حدود.

تدريب مركزية دائمة تنفذ من خلال مديرية التدريب في أريحا يشارك فيها كافة الضباط وضباط الصف والجنود ومنتسبي الأمن العام، تحكمها خطة تأخذ بعين الاعتبار متابعة أوضاع كافة العسكريين في السنوات اللاحقة.

وبذلك نستطيع ان نتطلع بثقة نحو مستقبل أفضل وتحقيق ما يصبوا اليه شعبنا ورئيسنا وكل مواطن فلسطيني شريف، والوقوف بعزيمة وشموخ في وجه أي تهديدات لمصالحنا وشعبنا، وتجاوز كل الصعوبات والعقبات التي تقف أمام تحقيق هدفنا الكبير المتمثل في قيام دولتنا الفلسطينية المستقلة، دولة يسودها القانون والاحترام والحرية والاستقلال والديمقراطية.

وحول تجسيد الدولة الفلسطينية على الأرض الفلسطينية وما يتطلبه ذلك من استعدادات على كافة المستويات قال العميد عوض الله ان محادثاتنا مع الجانب الاسرائيلي صعبة للغاية، وتحقيق هدفنا يحتاج الى الإرادة والصبر المستندين الى ايماننا المطلق بعدالة حقوقنا، كما تحتاج الى التماسك والتعاون بين شعبنا وسلطتنا الوطنية التي هي جزء منه، وتكاتف كل جهد على الأرض الفلسطينية أو خارجها لبناء هذا الوطن.

فالوطن يعني الأرض والانسان والتفاعل الدائم بينهما والفعل الايجابي لكل الأفراد الذي يشكل بمجمله واقعاً خاصاً يخلق التمايز عن الآخرين، ونحن الآن في مرحلة تحتاج الى صهر الذات في العام وتغليب المصلحة العامة على الذاتية الضيقة حتى نذلل الصعاب والمشاكل الحياتية اليومية ونستوعب المتغيرات الجديدة التي ستطرأ على مختلف الصعد، ونصل الى الاستقلال الكامل المتمثل في سيادتنا المطلقة على أنفسنا وأرضنا وحريتنا المطلقة في اقرار ما يخدم مصالحنا القومية بعيداً عن أية قيود أو ارتباطات تحد من تطور مجتمعنا وتنمية دولتنا العتيدة لتأخذ مكانتها الاقليمية والدولية المناسبة.

### مسؤولية كل الفلسطينيين

وأمام هذا التطلع والموقف الاسرائيلي الذي مازال يتنكر لحقوقنا ويضرب قرارات الشرعية الدولية بعرض الحائط، فان كل فلسطيني يتحمل مسؤولية في تثبيت مؤسسات الدولة والوقوف في وجه المخططات المعادية ومواجهة الحرب التي تشنها أجهزة الاحتلال التي تسعى الى اسقاط ما يمكنها من أبناء شعبنا في أحضانها لتنفيذ خططها العدوانية والتخريبية، خاصة العمال الذين يحاولون ابتزازهم بلقمة عيشهم ومحاولاتهم مع بعض منتسبي أجهزة الأمن العام بعرض الأموال عليهم. وأشار الى ان ذلك يتطلب مزيداً من الوعي والتعاون والابلاغ عن أية معلومات تتعلق بهذا الجانب واطلاع الأجهزة الأمنية بكل ما يحدث مع المواطنين في هذا المجال، للأخذ بأيديهم ومساعدتهم

الفلسطيني الداخلي، حيث استطعنا بفضل هذا التعاون الكشف عن كافة المتورطين في قضايا جنائية، وعلى سبيل المثال فان أي قضية لم تسجل ضد مجهول في محافظة طولكرم، وان كافة المطلوبين للعدالة تم اعتقالهم.

ورغم كل ما ذكر فاننا نرى ان تطور قواتنا ليس له سقف معين، ونتطلع الى مزيد من التأهيل لقواتنا من خلال التدريب المتواصل للوصول الى هدف تحدده القيادة بفضل وتوجيهاتها سواء من مدير الأمن العام أو مسؤولي الأجهزة، وتوفير الامكانيات اللازمة وسد النقص فيها خاصة ما يتعلق بمديرية اللوازم والادارة المالية المركزية المسؤولتان عن توفير احتياجات العسكريين الصيفية والشتوية في مواعيدها المحددة، الأمر الذي يتطلب تنسيقاً بين الادارتين واجراء دراسة واقعية لتحديد احتياجات قوات الأمن العام من أجل العمل على توفيرها والارتقاء الى المستوى الذي نتطلع اليه.

> المطلوب برامج تدريب مركزية

وأشار العميد عوض الله الى ان هذه التطلعات يجب ان تواكبها برامج

انطلاقاً من ايماننا بحق المواطن في مشاركة السلطة وتوجيه القيادة نحو ما يخدم أهدافنا الوطنية.

فنحن ندرك مدى المشاكل التي تركها الاحتلال بعد انسحابه من أجزاء من الوطن، والتي يسعى لخلقها للنيل من شعبنا وسلطتنا، ولكن بإدراك أجهزتنا الأمنية المختلفة ووطنية شعبنا تمكنا من احباط جزء كبير منها وتجاوز جزء آخر، وهنا لا بد من الاشارة الى دور المواطن الذي تدفعه وطنيته وحرصه على شعبه وأهله وسلطته بابلاغ الأجهزة الأمنية بالقضايا التي تمس أمننا وشعبنا، وهو ما ساعد قوات الأمن العام في احباط عدة محاولات عدوانية، كان من الممكن ان ندفع ثمناً باهظاً لولا هذا التعاون.

### السلاح الأقوى

فهذه العلاقة الوطنية تركت آثاراً ايجابية لدى المواطنين وقوات الأمن العام، وهو ما نتطلع اليه لتحقيق مزيد من الوحدة واليقظة، والتي تعتبر السلاح الأقوى لمواجهة كل المخططات التي تستهدف كياننا الوطني ومقومات شعبنا.

> أداء قوات الأمن العام تطور بشكل واضح خلال السنوات الماضية
>
> تعاون المواطنين ساهم في احباط خطط معادية كثيرة

وكذلك الأمر فيما يتعلق بالوضع

### مديرية التوجيه السياسي والوطني في محافظة القدس طلائع الفتح والمنارة للمدينة المقدسة

## العقيد النتشة: العلاقات مع جميع الاجهزة متكاملة
## الرائد أبو روبين: التوجيه يقتل الشائعات ويزرع الثقة بين الجماهير
## الرائد برير: هدفنا بناء الجسور بين المواطن المقدسي والسلطة

**وطني** ليس بعيداً عن المسجد الأقصى المبارك، في بلدة أبو ديس يقع مقر مديرية التوجيه السياسي لمحافظة القدس.

هذا البناء الأشم الذي ارتفع على اكتاف الشرفاء والمخلصين الذين حملوا على عاتقهم واجب تهيئة أجواء المدينة المقدسة لاستقبال ابطال السلطة الوطنية الذين أصبحوا الآن على بعد أمتار من بواباتها، وانطلقوا بين ابنائها ينشرون الوعي الوطني عبر عقد المحاضرات والدورات وورشات العمل للمواطنين والشباب في مدارسهم واندیتهم

### تقرير وتصوير: يوسف ابراهيم



العقيد بلال النتشة المفوض السياسي لمحافظة القدس

فكان التوجيه السياسي في محافظة القدس رمزاً من رموز السلطة الوطنية يعزز الانتماء للوطن ويجذر الوجود الفلسطيني ويقاوم الاستيطان المبرمج للحفاظ على الهوية الوطنية الفلسطينية، لذلك شنوا الهجمات الصحفية ضده وضد «الكولونيل» الذي يقوده في تعبيره في اشارة الى العقيد بلال النتشة مفوض سياسي محافظة القدس.

لذلك زارت بعثة «وطني» مقر الهيئة في أبو ديس والتقت العقيد «أبو هاشم» وعدداً من الضباط ودار معهم حديث حول طبيعة عمل المديرية والدوائر العاملة تحت لوائها.

فأعرب العقيد النتشة عن سعادته للدور الرائد الذي تقوم به مديريته في محافظة القدس بواسطة الدوائر التي تعمل تحت لوائها لخدمة أهلنا وشعبنا في المحافظة، وتقريب وجهات النظر بين السلطة الوطنية والأجهزة الأمنية من جانب وبين الجماهير المقدسية العريضة من جانب آخر.

وأضاف: بعد عامين من العمل المتواصل أصبحت العلاقة حميمة بين الأجهزة والجمهور بواسطة التوجيه السياسي الذي يجمع بينهم ويقرب وجهات النظر.

وعن الدوائر العاملة لديه قال انها تتناسب وواقع مدينة القدس وتتساوى من حيث الأهمية والعمل فيها بنظام المناوبات بواقع ثلاث ورديات على مدى 24 ساعة يومياً، وهي دوائر ضرورية جاءت لحاجة ملحة فرضتها خصوصية مدينة القدس.

وعددها العقيد أبو هاشم حيث قال: أولى هذه الدوائر دائرة مفوض الأجهزة الأمنية والمحافظة والتي تضطلع بمهام التنسيق والمتابعة مع الأجهزة الأمنية والتي تتجمع غالبيتها في مقر المحافظة قرب التوجيه السياسي مما يسهل عملية الاتصال وتقديم الفائدة والخدمة المرجوة.

أما الثانية فهي دائرة العلاقات الوطنية والعامة والاعلام ولهذه التسمية مدلول قد

يتساءل البعض عنه، فنحن بدأنا بأنفسنا لتقوية علاقاتنا على الواقع وفيما بيننا ثم انطلقنا الى الخارج لنقيم علاقات على أساس متين ومنظم.

وأضاف: ان الدائرة الثالثة في المديرية هي الدراسات والتخطيط والمعلومات، والتي تعنى بمتابعة مجريات الوضع السياسي على مستوى المنطقة وتضع الخطط والبرامج لتسيير معظم الدوائر الأخرى، فتقترح برامج العمل وتعرضها للنقاش ثم التصديق عليها، كما انها بأرشفة كل ذلك في أرشيف منظم ومحسوب.

وأشار ايضاً الى وجود «الدائرة الأمنية والشؤون الاسرائيلية والاستيطان» والتي تعنى بكل ما يتعلق بالاسرائيليين وترصد اخبارهم، ونشاطاتهم في القدس عبر وسائل الاعلام المرئية والمسموعة والمقروءة، لا سيما الصحف والاذاعة الاسرائيلية، وتسجل وتؤرشف الاخبار، وكذلك الاعتداءات الاستيطانية في القدس، وتقدم تقاريرها ودراساتها المفصلة التي ترفع لمكتب السيد الرئيس.

والدائرتان المتبقيتان هما الشؤون الادارية وأمن المديرية.

حيث تتولى دائرة الشؤون الادارية تسيير شؤون الأفراد والضباط والدوام، والتأمين الصحي في المقر، وأكد ان الدائرة نجحت في عملها بشكل تام، فالأمور مستتبة والدوام مضبوط.

وأثنى النتشة على التعاون بين الشؤون الادارية في المقر العام والشؤون الادارية في

وهي من صلب عمل التوجيه السياسي لحماية رجال الأمن والمواطنين وارشادهم وتقريب وجهات نظرهم.

وأضاف النتشة ان لدى هذه الدائرة آلية متابعة لرصد الخروقات ورفع تقارير لسيادة الرئيس بكل القضايا التي تصلنا.

وأوضح ان التوجيه السياسي يعقد اجتماعات عمل لجميع الأجهزة الأمنية في مقره لحل مشاكل المحافظة وتقييم الوضع العام والعلاقات الوطنية والعامة، وقد أفرزت لجنة من التوجيه والأجهزة الأخرى للمتابعة اليومية والمستمرة مما يسهل حل المشاكل.

وأكد ان العلاقات مع جميع الأجهزة متكاملة، وتصل الى حد التنسيق والتفاهم والتواصل والترابط، بعيداً عن التداخل والتضارب، رغم ان التوجيه السياسي يتدخل في كل القضايا التي تقع ضمن مسؤوليات الأجهزة الأخرى، الا ان ذلك يتم بالتفاهم والتعاون المشترك بما يخدم المصلحة الوطنية خاصة في منطقة القدس وللعلاقات المميزة مع المواطنين بالأوضاع الاجتماعية والسياسية في القدس وللعلاقات المميزة مع المواطنين في المدينة، مما يصوب المسار ويحد من الخلل والقصور في الأداء.

وللطلاب نصيب من التوجيه السياسي، حيث ان الدائرة الطلابية تتابع شؤون طلاب المدارس الاعدادية والثانوية والجامعات والمعاهد عن طريق لجان الطلبة ودوائر شؤون الطلبة ومجالسهم والادارات، لأن خدمات هذه الدائرة تشمل جميع الطلاب باختلاف مشاربهم السياسية والفكرية، لذلك نتعامل مع عموم الطلبة ومثليهم، لتقديم الخدمات لهم وحل اشكالياتهم.

---

مديرية القدس، ودعا لتطوير هذا التعاون لمصلحة الموظفين والضباط.

أما دائرة أمن الجهاز فتمتد مسؤولياتها الى المنشآت وحمايتها وحماية أمن الأفراد والضباط.

وأشاد بعمل هذه الدائرة، رغم حداثتها، وقال انها أصبحت تضاهي أو تتفوق على الأجهزة الأخرى.

وكشف النتشة النقاب عن الممارسات الاسرائيلية بحق مديريته، حيث يصنفها الاحتلال بأنها أخطر ما يهدد أمن اسرائيل في القدس، وقال ان الجيش الاسرائيلي قام بتصوير المقر مرات عديدة عن بعد.

وكما هو معروف منطقة أبو ديس تصنف منطقة «B» الا انها تعامل معاملة منطقة «A»، لذلك لا يجرؤ الاسرائيليون على دخولها، فالتقطوا الصور عن الشارع الرئيسي الذي لا يبعد عن المقر سوى عشرين متراً، ويصنف منطقة «C».

وأضاف ان الجنود يعملون على استفزاز ضباط وموظفي المديرية.

وقال رغم ذلك نعمل بجد وتفان في خدمة أهلنا في القدس، ولا نأبه بالمضايقات والتحرشات والتحريض العام والشخصي، حيث كشف ان الصحافة الاسرائيلية نشرت العديد من التقارير والمقالات التي تحرض ضد التوجيه السياسي، وخاصة في القدس، وضد شخصه، فقد نشرت صحيفة «يديعوت أحرنوت» تقريراً تحت عنوان «أين أنت يا شرطة اسرائيل؟» قالت فيه ان التوجيه السياسي يمنع المواطنين المقدسيين من التقدم للمحاكم الاسرائيلية ويستقبل الشكاوى ويحقق في القضايا الأمنية والجنائية ويحجب خيوطها وحيثياتها عن الشرطة الاسرائيلية مما يعيق عمل شرطة القدس، كما حدث في جريمة قتل وقعت في أحد أحياء القدس.

وأضافت الصحيفة في تقريرها انه جهاز جديد يعمل في القدس يتربع على رأسه «كولونيل» يقوم بهذه الأعمال المعادية لاسرائيل ثم يعود الى بيته في البلدة القديمة – اشارة الى العقيد بلال النتشة، المفوض السياسي لمحافظة القدس.

وأكد النتشة على عزمه الاستمرار في عمله على نفس النهج، مشيراً الى ان الجهاز قام بحل الكثير من المشاكل التي تقدم بها المواطنون مما قلص عدد القضايا المعروضة على الشرطة الاسرائيلية، وقال: أنا فعلاً أسكن في البلدة القديمة في بيت مطل على المسجد الأقصى المبارك!

وقال ان القدس بضواحيها هي وحدة جغرافية واحدة قسمها الاحتلال بالحاق بعض قراها ببيت لحم كالعيزرية وأبو ديس، وجزءاً آخر منها الى رام الله ككفرى شمال غرب القدس وعناتا.

وأضاف ان هذا التقسيم لا يعنينا قطعياً، فالقدس واحدة واينما نضع أقدامنا تتحول الى منطقة «أ» حتى لو كان ذلك ضمن محرماتهم، فلا فرق بين البلدة القديمة وعناتا، وسلوان والرام، فخدمات التوجيه السياسي تصل اليها دون تمييز.

### التنظيم والادارة على قدر المسؤولية

وشكر العقيد النتشة هيئة التنظيم والادارة الخاص الذي ابدوه تجاه القدس وتعاملهم بمسؤولية كاملة في موضوع تفريغ عناصر وكوادر للمقر، ونقل عدد آخر الى ملاك التوجيه السياسي بما يحقق المصلحة العليا للقدس، وخص بالشكر اللواء أحمد القدوة «الحاج مطلق» مدير عام هيئة التنظيم والادارة.

### بناء المقر

مقر التوجيه السياسي في القدس بناء من ثلاثة طوابق يحتوي على مكاتب المفوض السياسي والدوائر الأخرى، اضافة الى منامات للضباط والأفراد، ومسجد

مقر المفوضية في أبو ديس

# تقرير

# قوات الـ 17 في سلفيت

## تضطلع بمهمات متعددة في منطقة حساسة

### المقدم الغور: جسّدنا علاقة أخوية متميزة ونولي جنودنا اهتماما خاصا

تقرير: نظام الاحمد



**وطني** يتطلعون لتحقيق الأمن والهدوء والاستقرار، يدافعون عن مصالح وممتلكات المواطنين ويقفون في وجه العدوان والغطرسة مع اشقائهم في بقية الأجهزة الأمنية.

قوات أمن الرئاسة في محافظة سلفيت تضم في صفوفها خيرة المناضلين والمقاتلين الذين لا يدخرون جهدا في تقديم العون والمساعدة لكل اهالي المحافظة، وحماية المؤسسات الرسمية والاهلية مستمدين عزيمتهم من تراثهم النضالي وانتمائهم الوطني وايمانهم بقدسية الواجب تجاه الوطن.



الرائد محمد روبين — الرائد محمود بربر

### دائرة العمل الجماهيري وملف شكاوى الجمهور

يتولى مسؤولية هذه الدائرة الرائد محمود بربر، والذي أوضح ان دائرة العمل الجماهيري وملف الشكاوى، هي إحدى دوائر مديرية التوجيه السياسي والوطني في محافظة القدس، الأمر الذي يستغربه البعض. وقال ان دائرته تعمل بقرار من سيادة الرئيس ياسر عرفات لخصوصية الوضع في القدس من تعقيدات ومضايقات، يمارسها الاحتلال ضد مواطنينا المقدسيين.

من هنا برزت الضرورة لمثل هذه الدائرة لبناء جسور الثقة بين السلطة والمواطنين في القدس، وقد وجدت بعيدا عن القضاء الاسرائيلي.

وأضاف ان الدائرة قدمت الكثير من الانجازات انطلاقا من العلاقات التي بنتها دائرة العلاقات الوطنية والعامة مع الدائرة العامة في الأجهزة والمؤسسات، مما جعل دائرة العمل الجماهيري تحقق الأهداف التي انطلقت لأجلها. وأضاف بربر ان سببا آخر لنجاح عمل دائرته هو ان الوجوه التي تعمل فيها مألوفة ومعروفة للمواطنين بتاريخها النضالي والوطني والعشائري في المنطقة مما عزز الثقة بين الدائرة والمواطنين في القدس، وهو الهدف الذي نعمل لأجله. وقال ان الجماهير بدأت تدرك ان مصلحتها الوطنية مع السلطة الوطنية، حيث يلجأ الكثير منهم لرفع قضاياهم لأجهزة السلطة وخاصة التوجيه السياسي ما جعل الشرطة الاسرائيلية عاطلة عن العمل تقريبا الا لغرض التحرش بالمواطنين وإثارة الرعب وسلب ممتلكاتهم، وترويع المصلين كما حدث في المسجد الأقصى المبارك الشهر الماضي.

وعرض الرائد بربر جدولا يبين عدد القضايا التي عملت دائرته على حلها والتي بلغت أكثر من مائتي قضية تم حل غالبيتها، وما زال العمل جاريا على متابعة البعض الآخر. وأضاف ان هذا يخدم القضية الوطنية في المرحلة القادمة، حيث اللحمة والترابط هي ركيزة النصر الأولى.

ووجه كلمة لجماهير القدس ان الثقة بهم عالية والأمل معقود عليهم بالحفاظ على قدسية المدينة وعروبتها واسلاميتها، ودعاهم الى التوجه للعنوان الصحيح لحل خلافاتهم وقضاياهم بعيدا عن سلطة المحتلين.

أصبح التوجيه السياسي في القدس رقما صعبا وحجرا أساسيا في بناء الدولة المستقلة وعاصمتها القدس الشريف، يمهد الطريق لقوافل العائدين عبر جسور الوحدة الوطنية، وحدة الدم الفلسطيني في كل أرجاء المعمورة.

---

للقوات باسم (مسجد الشهيد أبو علي اياد) ويحيط بالبناء سور محصن.

وشكر المواطنين الشرفاء من أهل الخير الذين ساعدوا في بناء المقر والمسجد والأسوار.

وأضاف ان البداية كانت ميسرة بجهود الزملاء والمواطنين وقوات الأمن العام في المحافظة.

### كلمة للمواطنين المقدسيين

وفي ختام حديثه دعا العقيد النتشة المواطنين المقدسيين الى الصبر والتمسك بمدينتهم ومقاومة سياسة التفريغ والمضايقات، لأن الصبر مفتاح الفرج، وما انتفاضة الأقصى الأ نموذج للصمود والتصدي للدفاع عن المقدسات وبذل النفس في سبيل القدس درة المدن.

وقال: القدس ستعود للسيادة الفلسطينية لا محالة بعون الله، وأعرب عن ثقته بالقيادة وعلى رأسها الأخ الرئيس أبو عمار ودعا الله ان نصلي في القدس بصحبة سيادة الرئيس حفظه الله.

### دائرة العلاقات الوطنية والعلاقات العامة والاعلام

زيادة في توضيح دور دائرة العلاقات الوطنية والعامة والاعلام التقينا الرائد محمد روبين (أبو روبين)، مسؤول الدائرة، والذي عرف العلاقات العامة والتي تهدف تطوير الخدمات بما يتلاءم مع مصلحة العمل في الدوائر الادارية في الأجهزة.

وهي اسلوب الحياة القوية والصحيحة مع الناس والعلاقات العامة لا تعني الدعاية والاشهار بل هي الأداء، الحسن والخدمة الجديدة.

وأضاف ان دائرة العلاقات الوطنية والعامة والاعلام بالتعاون مع دوائر العلاقات العامة في باقي الأجهزة تقوم بحل المشاكل الناجمة عن الظلم الاجتماعي والفساد الذي يزرعه الاحتلال من مخدرات ومناوشات، لذلك يقوم التوجيه السياسي بعقد دورات توعية وتثقيف ومساعدة المدارس وافتتاح نواد تجمع في أجنحتها أبناء المحافظة من المدينة والضواحي، وقال: نعقد الدورات ونلقي المحاضرات في قاعة التوجيه السياسي التي أطلق عليها «قاعة الشهيد عيسى شماسنة»، وذلك بارشادات وتوجيهات العقيد النتشة، اعتمادا على دراسة علمية مبرمجة، وقد تركزت نشاطات الجهاز على ضرب التحرك الاسرائيلي الذي حاول بكل ما اوتي من قوة مستخدما كافة اذرعه بث الشائعة ونزع الثقة بين الجماهير والسلطة، وما بين الجماهير نفسها، فكانت بيانات التوعية ومحاضرات الارشاد في المدارس والندوات في النوادي للكشف عن الخبيث والتفريق ما بين الغث والسمين، الى جانب قمع التحرك الاسرائيلي من خلال أجهزة مخابرات ممثلة بعملائها وجهاز شرطتها في القدس التي شكلت لجانا للاصلاح تحت أسماء براقة تمكن التوجيه السياسي من تحجيم دور هذه اللجان واقتلاعها نهائيا.

وقد ساهم كافة افراد الجهاز بالعديد من النشاطات الاجتماعية التي لم يألوا جهدا في استثمارها للارشاد والتوجيه بما يتلاءم وطبيعة المرحلة، كالزيارات الاجتماعية لأسر الشهداء والجرحى والاسهام في احياء المهرجانات والندوات الوطنية وتأمين ما أمكن من صور وأعلام وبوسترات، وتأمين المواد التموينية لبعض الاسر المستورة واسر الشهداء

---

الغور قدمه فيها وخضع لعملية علاج طويلة في السلط والاتحاد السوفيتي سابقا ومصر، قبل ان يعود لمواصلة واجبه المقدس على الساحات الاردنية والسورية واللبنانية ضمن قوات الـ 17 التي قدمت خمسة آلاف شهيد قبل العودة الى أرض الوطن، ولتسليط الضوء على قوات الـ 17 في سلفيت والدور الذي تقوم به لمجلة وطني جولة في مواقعها وأجرت لقاءات مع العاملين في صفوفها وفي مقدمتهم القائد ابو علي الغور الذي تحدث عن هذه القوات، موضحاً ان عدد عناصر قوات الـ 17 في بداية تشكيلها كان عشرين مقاتلا، أسسها الشهيد أبو حسن سلامة بعد أحداث ايلول، وكانت على علاقة مباشرة بالرئيس، وحملت اسم الـ 17، لأن الذين كانوا يتصلون بالرئيس بواسطة الهاتف المعتمد لدى هذه القوة كانوا يجيبون على سؤال الرئيس من اين نتحدث من الـ 17، نسبة الى الرقمين الأخيرين من الهاتف المستخدم وهو 353017.

هي عنوان للأمن، وسواعد ناضلت في مختلف الساحات وقدمت أرواحها دفاعا عن فلسطين وحفاظا على الهوية الوطنية الفلسطينية، وامتدادا لجذور الانطلاقة المعمدة بازيز الرصاص، وحفر الخنادق وضرب معاقل الأعداء.

وكدلالة على ذلك فقدان قائدها المقدم شفيق يوسف أحمد «أبو علي الغور» إحدى قدميه في معارك الشرف، والذي بدأ مسيرته بلقاء مع الشهيد أبو علي اياد في منطقة نابلس عام 67، قبل ان ينتقل الى عمان للقاء صخر حبش الذي أرسله الى دورة تدريب خارجية، انقطع وزملاؤه عنها للمشاركة في معركة الشرف على أرض الكرامة، حيث أثبت الفدائيون ان لا شيء يقف أمام الارادة العنيدة التي انتصرت، وبعد تسعة أشهر من نصر الكرامة شارك وزملاؤه في دورية عسكرية قوامها 37 فدائيا في هجوم على القوات الاسرائيلية بمنطقة طوباس، استشهد خلاله ثلاثة مقاتلين وجرح أحد عشر واسر ستة، وفقد المقدم

ساخنة، فتضاعفت ساعات العمل للعنصر ولم يعد هناك مجال لمغادرة الموقع الا في حالات الضرورة القصوى، ونحن نعمل بتوجيهات مباشرة من الاخ فيصل ابو شرخ قائد قوات الـ ١٧ الذي يتابع الامور اولاً بأول لان هذه المرحلة هي الاخطر على الساحة الفلسطينية وهي التي تقرر مصير هذا النضال الطويل الذي سيكون هدفه ان شاء الله دحر الاحتلال، واخيراً نحن جاهزون لكل الاحتمالات.

### العلاقة مع المواطنين

وحول علاقة ضباط وأفراد قوات الـ ١٧ مع المواطنين أوضح الغور ان هذه القوات تواجدت في سلفيت منذ ثلاث سنوات، واستطاع ضباطها وعناصرها بفضل ارشادات قيادتنا الحكيمة ان يجسدوا علاقة اخوية مع المواطنين يسودها التسامح والاحترام، وهذه نتيجة لادراك المواطن بدور الجهاز في توفير الأمن والطمأنينة له والحفاظ على ممتلكاته وحقوقه وكرامته، والضوابط والنظم والتعليمات المرعية التي تحكم ممارسة وسلوك كل عسكري في الجهاز، مشيراً الى ان كل عنصر في الجهاز معرض للمساءلة حول اي تجاوز للقانون والتعليمات.

### .. بعضهم يحاول تشويه الصورة

وأضاف ان بعض المغرضين يحاولون تشويه صورة الجندي الفلسطيني الذي يسهر على راحة وأمن وسلامة المجتمع، من خلال بث الاشاعات ونقل الاخبار الكاذبة، وغالباً ما يكون هؤلاء من الذين يحاولون التغطية على عيوبهم وممارساتهم، وأشار الى ان الشعار المعمول به «كن محترماً حتى يحترمك الآخرون».



المقدم ابو علي الغور يرفع السارية على المدخل الغربي لمدينة سلفيت

### قوات الـ ١٧ هي الأقوى..

وأشار الغور الى ان هذه القوة كانت الأقوى على الساحة اللبنانية وتولى الشهيد سعد صايل قيادتها بعد استشهاد أبو حسن سلامة ومن ثم أبو الطيب، وبعدها العميد فيصل أبو شرخ.

وأضاف ان جهاز الـ ١٧ يتولى حالياً مسؤولية حماية الشخصيات والمؤسسات والدوائر الحكومية ويحافظ على اتصال مباشر مع سيادة الرئيس واطلاعه أولاً بأول على كل التطورات والأحداث.

### قوات الـ ١٧ في الانتفاضة

خلال الانتفاضة المباركة، ما هي المستجدات لعمل قوات الـ ١٧ في محافظة سلفيت؟

- الجاهزية التي تتمتع بها قواتنا في محافظة سلفيت استطاعت استكمال الدائرة الامنية مع باقي الاجهزة الامنية فمنذ اللحظة الاولى لانطلاقة الانتفاضة تشكلت غرفة عمليات واصبح التنسيق الامني هو اساس العمل المشترك بالاضافة الى ما يتحمله افراد الجهاز من عبء كوننا نقف على البوابة الغربية لمستعمرة اريئيل وهذه تعتبر نقطة



ساخنة، فتضاعفت ساعات العمل للعنصر ولم يعد هناك مجال لمغادرة الموقع الا في حالات الضرورة القصوى

عنصراً وامكانيات بسيطة، الا اننا انجزنا الكثير ولدينا الآن قوة مناسبة، وقيادتنا تحرص على توفير كافة الامكانيات اللازمة، وتولى الجندي الاهتمام الذي يستحقه انطلاقاً من قناعتنا بأن الانسان أغلى ما نملك.

وحول وجود الاحتكاك مع الاسرائيليين خاصة على المدخل الغربي لمدينة سلفيت القريب من مستوطنة اريئيل، والذي يرابط فيه قوات الـ ١٧ طوال الوقت، قال المقدم الغور لقد كان هناك اتفاق مع الاسرائيليين منذ اعادة الانتشار على عدم الاقتراب من البوابة القريبة للمدينة، ولم يجر أي احتكاك باستثناء الأحداث التي صاحبت هبة الأسرى، والتي قام خلالها جنود الاحتلال والمستوطنون بأعمال استفزازية واغلاق الطريق المؤدية الى سلفيت واطلاق النار.

### ابناء الـ ١٧ على مدخل سلفيت الغربي

وعلى حاجز قوات الـ ١٧ على المدخل الغربي لبلدة سلفيت التقينا

البكالوريوس والدبلوم في مختلف التخصصات بالاضافة الى عدد من الأطباء والمهندسين.

وحول علاقة الجهاز بالأجهزة الأمنية الأخرى أكد المقدم الغور ان هناك تنسيقاً دائماً بين كافة الأجهزة العاملة في سلفيت وان كافة الجنود يتلقون تعليماتهم من قادتهم حسب التخصصات الخاصة بعمل كل جهاز، مشيراً الى ان قادة الأجهزة على اتصال دائم فيما يتعلق بكل المستجدات من خلال لجنة الطوارئ التي تضم كافة مسؤوليها.

### نحن نصنع الحدث

وعن وجود معوقات في عمل الجهاز قال لا يوجد ما يعيق عملنا، لأننا نصنع الحدث، ولا ندع الحدث يفرض نفسه، وقال عندما كلفنا العميد فيصل أبوشرخ بفتح دائرة في سلفيت بدأنا العمل بخمسة عشر

### ابوابنا مفتوحة

أما في حالة تعرض أي مواطن الى معاملة سيئة من قبل عناصرنا فاننا نقول ان ابوابنا مفتوحة أمام المواطنين عامة وفي أي وقت، ولن نتهاون في أي تجاوز مع من يخالف القانون، وأضاف ان هذه دعوة للمواطنين عامة لاشراك المواطنين في بناء الدولة والمؤسسات بأسس سليمة من خلال اخبارنا بمكامن الخلل، أو الأخطاء التي قد تصدر عن بعض العناصر لوضع حد لها.

### عناصرنا مجربة بكفاءة عالية

وحول مسؤوليات الجهاز وكفاءة العاملين فيه قال الغور، اننا نضطلع بمسؤولية حفظ الأمن وحماية المواطن والمؤسسات، وحماية القيادة الفلسطينية وعلى رأسها سيادة الرئيس ياسر عرفات، ونحرص على تحقيق ذلك من خلال توفير كادر عسكري كفء وعلى درجة عالية من التعليم والتدريب والتأهيل، فقوات الـ ١٧ تضم عناصر مجربة تتمتع بكفاءة عالية تم تأهيلها في دورات مكثفة بألمانيا وروسيا وهنغاريا وغيرها.

وأضاف ان أكثر من ٧٠٪ من كادر الجهاز يحملون شهادات



