# جرائم العار

### بقلم: د. عبدالبديع عراق

نقول جرائم لوصف افعال قوات الاحتلال ومستوطنيه القتلة، وهي كلمة نراها لا تفي لوصف افعالهم، فالجرائم تسير في دمائهم وعروقهم، وتعشش في أدمغتهم وانفسهم، وتتردد مع كل شهيق وزفير يهبط ويصعد في صدورهم.



عدد من ضباط وافراد قوات الـ 17 في محافظة سلفيت

يعيش المستوطنون القتلة واخذ الجميع يضحكون ويصفقون على هذا الصيد الثمين الذي احضر لهم، انه غزال فتح، غزال فلسطين المحنى بدمه، الشهيد البطل شاكر الحسيني تحلق حوله الوحوش الضارية، المتعطشة للدماء، لتلتف حول جثمانه الطاهر معفر الجبين لتبدأ دق الطبول واقامة مراسم الرقص والغناء في دوائر شيطانية مجرمة.

حدث هذا يوم 2001/1/12 ليدخل هذا التاريخ رقما جديدا في أرقام وتواريخ جرائم الصهيونية البشعة وافعالهم التي يندى لها جبين الانسانية.

ومرة اخرى لم تتوقف الجريمة عند هذا الحد، فقد احتفظ القتلة بجثة الشهيد اكثر من اربع وعشرين ساعة في اوكارهم القذرة، ورفضوا تسليمها لذويه ليواروه التراب كما تفعل كل الشعوب، وتدعو كل الديانات.. ولكن ابناء الجريمة، وسلالة العار والخزي يأبون الا ان يؤكدوا اصولهم ويثبتوا صفاتهم التي حفرت على الجلود والعقل والنفوس، ولم تشيع جنازة الشهيد البطل شاكر الحسيني الا يوم الاحد 2001/1/14 ربما بعد اتصالات كثيرة.

والآن، ماذا تقول لنا جرائم العار هذه؟!

اولا: لقد أبعد بعض المشاهدين وجوههم عن شاشة التلفزيون واخذ كثير منهم وخاصة النساء بالبكاء.. ولكنني وجدت نفسي اصرخ فيهم: حدقوا انظروا جيدا حتى تشاهدوا الجرائم جيدا وتحفظوها في العقل وفي الصدور لكي يتفجر الحقد والثأر الحق باولاد الافاعي هؤلاء، القتلة القذرين احفظوا المشهد جيدا، ولا تنسوا اي شاردة وواردة فسيأتي يوم يتفجر فيه الغضب المحق اكثر واكثر.

ثانيا: كيف سيقام سلام مع هؤلاء القتلة القذرين؟ وكيف يتخيل عاقل ان تصفو انفسهم ونحن نشاهد كل يوم هذه الجرائم البشعة المكللة بالعار والخسة والنذالة؟! وهم زائلون ملعونون في كل لغات العالم وبكل لغات العالم، وقديما قالت جدتك الأبية المؤمنة الصابرة ذات النطاقين لابنها عبدالله ابن الزبير: "لا يهم الشاة سلخها بعد ذبحها".

وهنيئا لك ما قدمت فدا لمحبوبتك فلسطين، فدا لعيون القدس الغالية، هنيئا لك ولكل اخوتك الشهداء والجرحى والاسرى فهذا وطن يستحق التضحية، ويستأهل الفداء.

رابعا: يكاد الانسان منا لا يمسك نفسه من الابتسام استغرابا من الوقاحة التي تتجلى في سماعهم يتحدثون عن هتلر وجرائمه، ويكذبون في اضافة الارقام من قتلاهم ويحتفلون بما يسمونه «ذكرى المحرقة والبطولة»، ويزداد استغرابنا وهم يقترفون ابشع الجرائم واطها في حق شعبنا المكافح وابنائه الصامدين رغم ما يعانيه كل على ايديهم.

ونقولها صريحة مدوية انهم يستغلون الدعاية الكاذبة والاعلام الخادع ليدافعوا عن باطلهم.. فأين اعلامنا العربي ليدافع عن حقنا الواضح كوضوح الشمس في كبد السماء؟! أين فضائياتنا المليئة بمسلسلات لا نريد عنها الا انها ليست وقتنا ونحن نقدم الشهداء والجرحى كل طلعة شمس ونكتب بدمائنا الزكية تاريخ هذا الشعب وهذه الامة؟! أين هي؟!

أما أنت يا غزال فتح ويا غزال فلسطين، ويا غزال العرب المحنى بالدماء الزكية، فلم يقدروا عليك الا وانت جثة هامدة، غربل الرصاص صدرها الكريم، وعفر التراب من ارض الخليل الحرة الأبية انت فوقهم وهم يجرون جثتك.. حذائك أعلى من كل رؤوسهم ورؤوس قادتهم وهو يرسم الخطوط المستقيمة والمتعرجة في شارع مدينتك الحبيبة خليل الرحمن ابراهيم عليه السلام. أنت الاعلى والأبقى،

وجودهم على ارضنا جريمة، قيام دولتهم الغريبة على ظهر هذه الارض جريمة، سياساتهم سلسلة جرائم لا اول لها ولا آخر، اقوالهم الكاذبة جرائم، تلميحاتهم جرائم، ابتساماتهم كسم الأفاعي جرائم.. ولكن اللغات كلها قصرت عن وصف ما يقومون به وما تقترفه ايديهم ولا نجد الا هذه الكلمة «جريمة» التي اصطلح العالم على ذكرها في وصف ما يقومون به وما امثالهم، واضاف اليها تعبير «ضد الانسانية».

ونضيف اليها كلمة «العار» وهي لفظة يستشعر معناها الشرفاء، والشرف بعيد عن هؤلاء المخلوقين، ولا يوجد في قواميس لغتهم الهجينة، ولا يستطيعون ان يفقهوا دلالاتها ومضامينها، ولهذا فنحن نوجه حديثنا لاصحاب الشرف والضمائر.

هل شاهدتم الشاب الشهيد. شاكر محمد فيصل الحسيني (23 عاما) من قوات حركة التحرير الوطني الفلسطيني «فتح» في الخليل كيف قتلوه برصاصات غادرة في الصدر وهو مقبل غير مدبر، ثم كيف جندان جبانان كل يد من يدي الشهيد وسحباه على وجهه عشرات الامتار في الشارع، ورأسه يصطدم هنا وهناك في الارض ووجهه الكريم الأبي يعفر التراب يتدلى بين كتفيه فينزلانه عمدا بين فينة واخرى ليلامس التراب ويرسم عليه خطا طويلا، ثم ينضم للجندين الجبانين المدججين بالسلاح جبناء امثالهم فيمسك واحد بحزام الشهيد من الخلف فيرفعه مرة ويسقطه اخرى وكأنها سقوط عفوي مفاجئ، ويمسك آخران برجلي الشهيد البطل في مشهد وحشي جبان يعتبر كل الاعتقاد ان من شاهده يقذفونه في كل تلفزيونات العالم ليصب عليهم اللعنات القاسية، ومزقهم من سجلات بني الانسان الذي شرفه الخالق عز وجل على سائر مخلوقاته، فجاء هؤلاء القتلة الجبناء ليقترفوا ضده جريمتهم الجبانة ثم قاموا بالتمثيل بجثته ليدللوا على ما وصفناه دون اي احساس او شعور انساني.

ولم تتوقف الجريمة عند هذا الحد الذي اتضح ان هؤلاء الجنود الجبناء فعلوا ما فعلوه بالشهيد البطل وجرجروه على الارض قرابة مائة متر او يزيد ليصلوا به الى حيث الكيان الدخيل وذهبوا الى آخر بقعة في الارض او حتى

منهم، فاننا نتخذ بحقهم اجراءات تشمل التأنيب واسداء النصيحة لهم، ونعطيهم الفرصة لعدم تكرار تلك المخالفات، واتخاذ الاجراءات القانونية بحق من لم يرتدع.

### فادي.. الأصغر سنا

أما الجندي فادي عصام العاملين سنا على الحاجز فقد قال انه التحق بقوات الـ 17 فور انهائه دراسته الثانوية للمساهمة في خدمة الوطن والشعب، وان اختياره لهذا الجهاز جاء بسبب ما يتمتع به من احترام وتقدير من المواطنين، وعلاقة وطيدة معهم، مشيرا الى انه سيلتحق بالدورات المختلفة لتأهيله.

وعن خصوصية المنطقة قال فادي انها كانت مكبا لنفايات منطقة بركان الصناعية، وتهريب البضائع من المستوطنات المجاورة، وترويج الأغذية الفاسدة في اسواقنا، واستطعنا باليقظة والسهر الدائمين، القاء القبض على بعض المهربين وكميات من المواد الغذائية الفاسدة وضبط بضائع لا تحمل الاوراق الثبوتية والمستندات الضريبية أو غير مستوفية للشروط، وابلاغ الضابطة الجمركية بكل هذه المخالفات لاتخاذ الاجراءات المناسبة بحقها، وهذا كله بالاضافة الى النشاط الأمني.

وقال ان لدى الجهاز قوة تنفيذية تتولى تنفيذ ما يصدر اليها من اوامر وتعليمات في مختلف المناطق وفي أي وقت.

قوات تتطلب بانتمائه المنطقة به طبيعة عملهم المشبوهة بالسيارات يتعلق ما سواء تجاوز أي لمواجهة اليقظة من مزيدا والفاسدة. المهربة والبضائع أو

وقال ان الجهاز هو بمثابة الهواء الذي يتنفسه ويوفر له الطمأنينة ويذهله لتجاوز الصعاب بحيث أصبح لدينا قدرة فائقة على المتابعة والتنفيذ، واستخلاص العبر والاستفادة من تجارب ذوي الخبرة.

وأضاف اننا نتواجد على هذا الحاجز من أجل الحفاظ على أمن وسلامة أهلنا في المنطقة.

### .. نحافظ على كرامة مواطنينا

أما الملازم عيسى اشتيه، فقد استعرض دور قوات الـ 17 في مختلف مراحل النضال ودورها في حماية شعبنا ومقوماته، مستلهمين قناعاتهم من أهداف ودماء الشهداء الذين شقوا طريق الحرية والكرامة، وقال اننا هنا من أجل تحقيق أمن وكرامة المواطن أولا وأخيرا، وحمايته من كل ما يمس أمنه وممتلكاته وتطبيق القانون.

وفي رده على سؤال حول الاجراءات المرعية في حال ضبط مخالفة قال اشتيه: اننا نتصرف وفق التعليمات الصادرة من قيادتنا، وفي مقدمتها التعامل مع المواطنين بصورة تحفظ لهم كرامتهم حتى المتجاوزين

## لقاء

ساجي سلامة مدير عام دائرة شؤون اللاجئين في لقاء خاص بـ"وطني":

# قضية اللاجئين مركز الصراع الفلسطيني الاسرائيلي
# محاولات التنكر لحق العودة ستبوء بالفشل



 قضية اللاجئين الفلسطينيين وصمة عار في جبين الانسانية في القرن العشرين، قرن الحضارة والتكنولوجيا وحقوق الانسان، قضية افرزتها آلة البطش الصهيونية، حيث شرد الاحتلال الاسرائيلي في العام 1948 عشرات آلاف الفلسطينيين من القرى والمدن التي احتلها ودمر بعضها بعد ان ارتكب المجازر بحق ابنائها العزل كما حدث في قرية دير ياسين غربي القدس في نيسان من نفس العام ومنذ ان انشئت منظمة التحرير الفلسطينية في العام 1964 وضعت نصب اعينها قضية اللاجئين فرفعت شعار حق العودة وتقرير المصير مستندة الى قرار الامم المتحدة رقم 194 والصادر في العام 1949م، والذي ينص على عودة اللاجئين وتعويضهم عن المعاناة التي لحقت بهم.

واليوم تتولى دائرة شؤون اللاجئين في م.ت.ف مسؤولية متابعة قضية اللاجئين من الزاوية السياسية والوطنية، والقانونية، كما تتابع اوضاعهم المعيشية والمعاناة التي يكابدونها خصوصاً سكان المخيمات في الوطن والشتات.

وللدائرة دور سياسي باعتبارها احدى دوائر م.ت.ف ترفع تقاريرها للجنة التنفيذية، حيث يرئسها الاخ محمود عباس عضو اللجنة التنفيذية لـ م.ت.ف، اذاً هي ليست احدى دوائر

السلطة الوطنية وليست دائرة خدماتية، بمعنى انها لا تقدم مؤناً ولا خدمات صحية ولا تعليمية، ولكنها تسعى لدى الجهات المعنية لتقديم الخدمات كما وكالة الغوث (UNRWA) التي تعتبر اداة الامم المتحدة لتقديم الاحتياجات اللازمة للاجئين، كذلك تتابع شؤون اللاجئين لدى بعض الوزارات الفلسطينية المعنية التي تكمل دور الوكالة.

فالوكالة تقدم الخدمات التعليمية حتى الصف التاسع، والوزارات تقدم هذه الخدمة لابناء اللاجئين بعد هذه المرحلة، لان التعليم حق مقدس للجميع، والوكالة ايضاً لا تقدم خدمة الهاتف فتوفرها وزارة الاتصالات.

### الدائرة والوفد المفاوض

تقوم دائرة شؤون اللاجئين بدور بارز باعداد الملفات التي يحتاجها المفاوض الفلسطيني حول قضية اللاجئين، والتعاون بين الوفد المفاوض والدائرة على اعلى المستويات، كون الاخ ابو مازن مسؤول دائرة المفاوضات الى جانب مسؤوليته عن دائرة اللاجئين.

وترتبط الدائرة بعلاقات وثيقة مع اللجان الشعبية في المخيمات والتي تنسق اعمالها ومهامها الجماهيرية مع دائرة شؤون اللاجئين، حيث تضع اللجان الشعبية هذه الدائرة بصورة الاحتياجات والاشكالات التي تواجهها المخيمات من اجل تضافر الجهود للتخفيف من معاناة اهلنا في المخيمات.

### العودة مفتاح حل الصراع

وفي حوار مع السيد ساجي سلامة مدير عام دائرة شؤون اللاجئين الفلسطينيين اجرته مجلة «وطني» حول قضية اللاجئين اكد انه لا يمكن التفكير او التخيل بامكانية ايجاد حل مستقر وراسخ للصراع الفلسطيني الاسرائيلي والعربي الاسرائيلي دون ايجاد حل عادل لمشكلة اللاجئين، والحل متمثل بعودتهم الى ديارهم التي أخرجوا منها عنوة.

واضاف انها القضية المركزية في الصراع لانها تسببت في تشريد الشعب الفلسطيني وتقويض كيانه الاجتماعي والوطني، لذلك فان اية تسوية لا تتضمن حلاً عادلاً لهذه القضية يوافق عليه الشعب الفلسطيني وجمهور اللاجئين لا يمكن لهذه التسوية ان تقبل التنفيذ او تستمر.

### القرار 194 ولا بديل

واكد ان الموقف الفلسطيني يستند في موضوع اللاجئين الى قرارات الشرعية الدولية، وبالاخص القرار 194 الذي

## استطلاع

### "الضريبة الاسرائيلية أداة لتدمير اقتصادنا"

# السلطة الوطنية تلغي الغرامات
## زماري: لا ظلم ولا محسوبيات

*أبو وسيلة*

---

منذ اندلاع انتفاضة الاقصى المباركة، اخذت مديرية ضريبة الدخل بالحسبان ظروف المواطنين، وصعوبات التنقل وتم جدولة الديون لبعض المكلفين الذين يراجعوا المكاتب الاقليمية بشكل يسهل عليهم ويضمن استمرار تدفق الاموال الى خزينة الدولة لتمكينها من القيام بمهماتها.



جهاد زماري

تم الغاء الغرامات المستحقة على المكلفين بسبب التأخر في السداد ولم يتم اتخاذ اجراءات قانونية ضد اي مكلف وهنا نهيب بالجميع بمراجعة المكاتب للاستفادة من ذلك ولتسوية اوضاعهم بشكل مناسب يضمن حق الخزينة ولا يضر بمصالحهم، حيث ان موظفي الضريبة هم من ابناء الشعب يتحسسون مشاكله وظروفه ويتعاملون مع المكلفين على هذا الاساس.

تم ايضاً منح خصومات خاصة لكل من راجع من اصحاب السيارات عن الفترة الاخيرة من السنة بما يتناسب وكل حالة.

نؤكد مرة اخرى على الاخوة المكلفين ضرورة مراجعة المكاتب الضريبية لتسوية ملفاتهم وتسديد المستحقات المترتبة عليهم حتى يساهم الجميع في بناء اقتصاد البلد وسيتم التعامل مع كل مكلف حسب ظروفه، كذلك الحال بخصوص اي شيك راجع فعلى صاحبه مراجعة الدوائر والمكاتب.

دائرة ضريبة الدخل ليست معنية بما خلفه الاحتلال، وتعمل جاهدة على استعادة ثقة المواطن التي عمل الاحتلال على تدميرها لما تعمل من خلال الاتصال المباشر مع المواطن لتنشيط دوره في بناء وطن المؤسسات لتدعيم الاقتصاد الفلسطيني، كما انها غير معنية بتكليف المواطن غير المكلف، حيث تمارس صلاحياتها ضمن القانون.

في هذه المؤسسة الرائدة التي تتحمل الكثير من أجل تسوية آلاف الملفات المعلقة، كان لنا هذا اللقاء مع الأخ جهاد زماري مدير عام دائرة ضريبة الدخل في محافظة سلفيت.

* الديون التي خلفها الاحتلال على المكلفين من أصحاب المصالح هل تلزم صاحبها بالتسديد كما فرضها الاحتلال، ام ان هناك تسويات مع الأخذ بعين الاعتبار الحالات الخاصة كجرحى الانتفاضة وغير ذلك من الحالات التي تضررت بسبب الاحتلال، علماً بأن الاحتلال كان يفرض ضرائب تعسفية وكان عدم الانصياع الى أوامره يعتبر شكلاً من أشكال «العصيان المدني»؟

- الحقيقة ان المقدمة التي تقدمت بها لمسناها نحن كموظفين بشكل موجز، حيث تسلمت ضريبة الدخل مهامها في ١٩٩٤/١٢/١ وتسلمنا الملفات بشكل تدريجي، ثم بدأنا بتأسيس دوائرنا الخاصة في مختلف المحافظات، وخاصة اذا علمنا ان مناطق عديدة كانت تابعة لطولكرم، وهذا

---

أكد على حق اللاجئين في العودة الى بيوتهم وديارهم والتعويض عن المعاناة التي لحقت بهم.

وقال: باعتقادي ان كل المحاولات الجارية من اجل التنكر لهذا الحق ستؤول الى الفشل، وكذلك محاولات املاء الحلول الملتوية التي تعرض التوطين او الهجرة الى بلد ثالث او التعويض كبديل عن حق العودة المكفول دولياً.

### المقترحات الامريكية.. عودة شكلية

وحول مقترحات الرئيس الاميركي السابق بل كلينتون بخصوص قضية اللاجئين والتي لا تتضمن الا قراراً شكلياً للعودة الى (فلسطين) او الى (الوطن) في اشارة عودة اللاجئين الى ارض الدولة الفلسطينية العتيدة.

قال سلامة: هذه المقترحات تسعى الى التوفيق اليائس بين موقفين لا التقاء بينهما، الموقف الاسرائيلي الرافض لحق العودة من حيث المبدأ، ويرفض ايضاً تحمل المسؤولية التاريخية والانسانية عن مشكلة اللاجئين، والموقف الفلسطيني الرسمي والشعبي الذي يتمسك بحق العودة وضرورة انتزاع اقرار اسرائيلي بالمسؤولية عن حدوث مشكلة اللاجئين.

واوضح ان المقترحات الاميركية تضمنت خمسة خيارات لحل مشكلة اللاجئين، اربعة منها تحدثت عن توطينهم خارج فلسطين المحتلة عام ٤٨ حيث هم في الدول المضيفة او في بلد ثالث خارج البلدان العربية المضيفة، او في اراضي الدولة الفلسطينية او في ارض يمكن ان تضاف للدولة الفلسطينية من خلال تبادل الاراضي، اما الخيار الخامس، فقد اشار سلامة الى انه يدور حول عودة اللاجئين الى داخل «اسرائيل» من خلال قبول اسرائيل بدخول اعداد محدودة من اللاجئين على اساس انساني، بمعنى ان عودة عدد محدود منهم منوط بالقبول الاسرائيلي للحالات الفردية بعد دراستها على اساس لم الشمل.

واكد ان هذه المقترحات مرفوضة من قبل الشعب الفلسطيني بما فيه اللاجئين في الوطن والشتات، وقد رفضتها القيادة الفلسطينية بشكل قاطع وواضح.

### وضوح الموقف الفلسطيني

ولخص سلامة الموقف الفلسطيني الرسمي بانه لا سبيل لايجاد حل لقضية اللاجئين الا بعودتهم، ولا سبيل لادارة مفاوضات جدية الا بعد اقرار اسرائيل بما يلي:

١- حق عودة اللاجئين الى ديارهم.

٢- مسؤوليتها عن حدوث مشكلة اللاجئين.

٣- استعدادها لقبول الاستحقاقات المترتبة على ما سبق.

وقال ان هذه هي نقطة الانطلاق للبحث في حل قضية اللاجئين وهي شرط التقدم في المفاوضات.

### الاقرار بمبدأ العودة... اولاً

اما فيما يتعلق باجراءات تنفيذ حق العودة وقضايا التعويض والجداول الزمنية لذلك، والاولويات وبرامج التأهيل وقضايا التجنيس فقد اشار سلامة الى انها قضايا لاحقة للاقرار الاسرائيلي بالقاعدة المذكورة ومبدأ حق العودة المستند لقرارات الشرعية الدولية.

### النضال الفلسطيني حطم المحرمات الاسرائيلية

وذكر ان النضال الوطني الفلسطيني والموقف الشجاع للجماهير الفلسطينية وجماهير اللاجئين في انتفاضة الاقصى والعودة، اضافة الى الموقف الراسخ للقيادة الفلسطينية ادت بمجملها الى هذه التحولات الملموسة في الموقف الاسرائيلي سواء على الصعيد الحكومي او الرأي العام، واضاف ان هذا التغيير والتطور يتضمن كافة قضايا الصراع بدءاً بالاعتراف بـ م.ت.ف واجراء المفاوضات معها، ثم الحديث عن القدس واقامة الدولة الفلسطينية ضمن حدود الرابع من حزيران، وقد شمل هذا التطور ايضاً موضوع اللاجئين الذي كان الحديث عنه محرماً اسرائيلياً.

### الفجوة واسعة بين موقفنا
### والموقف الاسرائيلي والاميركي

الا انه اكد ان الحديث عن اجماع اسرائيلي على قبول حق العودة غير صحيح، لكن هناك اصوات ومواقف تشير الى بداية متغيرات قابلة للتطور في الموقف الاسرائيلي ازاء حقوق اللاجئين، فعلى الاقل اصبحت قضية اللاجئين على طاولة المفاوضات بعد ان اعتبرتها اسرائيل غير قابلة لمجرد النقاش.

واختتم السيد ساجي سلامة مدير عام دائرة شؤون اللاجئين حديثه بالتطرق الى الموقف الامريكي من قضية اللاجئين الذي لا يجب المبالغة في تصوير ايجابياته، فهو ما يزال بعيداً جداً عن متطلبات الموقف الفلسطيني والحقوق الفلسطينية وقرارات الشرعية الدولية.

يسبب عبئاً على المكلف الفلسطيني

**ضريبة الدخل أداة حكومية لتوجيه الاقتصاد الوطني**

المواطن في حالة تنقله من سلفيت الى طولكرم لعدم وجود فرع للدائرة في سلفيت كان يتجشم عناءً، الى جانب المخاطر الأمنية التي كان يتعرض المكلف بدفع هذه الضرائب سواء كانت حقيقية أو تعسفية والتي كان يفرضها الاحتلال، والحقيقة ان الاسرائيليين استخدموا الضرائب كأداة قمع ضد المواطن الفلسطيني، وحاربوا بواسطتها اقتصادنا الوطني، وللأسف ما زالت هذه الاجراءات قائمة حتى هذا التاريخ. لقد استلمنا الضرائب والملفات وبدأنا قراءتها بإمعان ووجدنا فيها مبالغ ضخمة ولا واقعية، ودرسنا كل حالة على انفراد، وكان أول عمل قامت به السلطة الوطنية بتوجيهات من سيادة الرئيس الغاء كافة الغرامات وفوائد الديون الأولية، وبدأنا نبحث في أصل الدين على المكلف، وأجرينا تخفيضات لبعض الديون ووجدنا بعض هذه الديون لا تمت للواقع، بسبب انقطاع المكلف الفلسطيني عن الدفع لفترات طويلة، مما ترتب عليه مبالغ طائلة، فقمنا بعقد صفقات للفترة حتى نهاية ٩٤ واعتبرنا بداية الضريبة من ١٩٩٥/١/١ وبدأنا بترتيب الملفات بشكل جيد ومنظم من حيث الأسماء وأرقام الهويات وطبيعة النشاطات من كافة النواحي، ونظفنا الملفات للمكلف الفلسطيني ولكل منطقة على حدة، وأوجدنا فيها دائرة لمراجعة المكلفين، وكما يقول المثل «أهل مكة أدرى بشعابها» فالدائرة الضريبية تعلم خصوصيات المنطقة، اذا كانت حدودية مجاورة للخطوط التماس مع الخط الأخضر أم مناطق في الداخل أو في الخارج لنسنا ها وبدأنا معالجتها بشكل فعال حتى نستطيع ان ندعم اقتصادنا الوطني، وان نوجه التوجيه الصحيح، خاصة ان ضريبة الدخل تعتبر أداة سياسية حكومية لتوجيه الاقتصاد الوطني، فقد تخفف الضريبة على أحد الأفرع الاقتصادية في سبيل تفعيلها، وقد تزداد في مناطق فروع أخرى لغايات محاربتها، خاصة اذا كانت سلعاً مستوردة تكلف الدولة أعباء مالية خاصة من العملات الصعبة، تقريباً أنجزنا ٦٠٪ من الديون القديمة السابقة، وبقي ٤٠٪ نحاول حلها وانهاء هذه الملفات بشكل نهائي، واغلاق هذه المديونيات وعمل تسوية لارضاء المكلفين.

* **تتحمل ضريبة الدخل العبء لتسوية أوضاع آلاف الملفات التي تركها الاحتلال، كيف تتم معالجة ذلك؟**

- فعلاً كانت الضريبة الاسرائيلية في السابق أداة قمعية تعسفية محاربة للاقتصاد الوطني وتعمل على ان لا تقوم له قائمة، وهذه الأمور واضحة في ممارسات الاحتلال.

ان دائرة ضريبة الدخل تنظر الى المعتقلين والجرحى نظرة انسانية أخوية فقد قامت بتخفيض الديون المستحقة عليهم وألغت جزءاً كبيراً عنهم اذا ما اقتنع مأمور الدائرة بأن ظلماً وقع على المكلف، ونسعى الآن لبناء اقتصاد وطني جيد في بعض القطاعات، خاصة وانه يوجد لدينا قانون لتشجيع الاستثمار في مشاريع صناعية أو زراعية أو لأمور أخرى تجارية أو فندقية الى آخره، ونحاول قدر الإمكان توجيه اقتصادنا ليكون اقتصاداً متيناً يعتمد على ذاته.

* **المؤسسات المكلفة، هل هي مسجلة وملتزمة بتسديد ما يستحق عليها؟**

- بالنسبة للمكلفين يتجاوز عددهم ٧٠ ألف مكلف ولدينا ١٣ دائرة في محافظات الوطن، وقد أسسنا دوائر حديثة في أبو ديس وسلفيت ودورا للتخفيف عن المكلفين وتمكينهم من الوصول الى الدوائر، وفي نفس الوقت يسهل علينا الوصول الى المكلف كلٍ حسب منطقته، ولا أستطيع أن أقول بأن هناك التزاماً كاملاً من المكلفين، اذ توجد نسب عالية من الناس غير مسجلين في ضريبة الدخل والسبب في هذا حتى الآن أن وعي مواطنا الفلسطيني ومكلفنا غير ناضج بالمستوى المطلوب ولم يصل الى مرحلة بأن اللبنة الأساسية لبناء اقتصادنا الوطني ولغاية الآن، فإن هذه المفاهيم لم تتطور في مفهوم مكلفنا، ونسب التسجيل غير مرضية، وهناك أسباب أيضاً لا تمكنا من التوصل الى المكلف، فالإمكانيات اللوجستية المهنية لدوائرنا الضريبية حتى الآن غير مستكملة، وهي بحاجة الى أمور للمساعدة على الوصول الى المكلفين، نحن بحاجة الى أعداد أكبر والعدد الأكبر يحتاج الى مساحات أوسع من البناء، وهذا ما يكلف مبالغ طائلة من سيارات وأجهزة اتصال وأجهزة الحاسوب اذا علمنا بأننا ما زلنا نستخدم الكمبيوتر الاسرائيلي، هناك مشروع الحاسوب الفلسطيني «باتكس» له لجنة قيادية تسمى «السترنك كوميتي» مكونة من ١٣ موظفاً برئاسة الدكتور عاطف علاونة وعضوية الأخ ناصر طهبوب وبيان أبو شعبان من غزة وبشار أباظة، وتعمل مجموعة من الكفاءات على انجاز هذا المشروع دون اللجوء الى الكمبيوتر الاسرائيلي، أما بالنسبة للتسجيل فما نأمله الالتزام الطوعي، لكن لغاية الآن لم نصل اليه للأسف، نحن نبذل جهدنا وطاقاتنا بالتوعية الضريبية بعمل لقاءات في الغرف التجارية ومع البلديات وفي التلفزة والصحف وكما تلاحظ، دائماً مكاتبنا مفتوحة للمكلف ولن تكون موصدة أمام أي زائر لنسمع وجهة نظره ونتغلب على كافة العقبات، ومن هنا نأمل ونهيب بمكلفنا الفلسطيني ونقول له أن الضرائب كانت أيام الاحتلال تستخدم لشراء الرصاص وبنزين سيارات الجيش ومطاردة الناس، والآن تستخدم لعملية بناء الوطن المدمر كلياً، فالبنية التحتية نحتاج

الى مبالغ ضخمة وما يدخل الخزينة غير كاف لبناء كل مؤسساتنا الوطنية. ونأمل ونهيب بكل مواطن أن يقوم بتسجيل نفسه وتسجيل مشروعه، خاصة وإننا قمنا بتخفيض الضرائب ولا سيما على السيارات، فقمنا في أول سنة بتخفيض ما نسبته ٢٥٪، وفي السنة الثانية قمنا بتخفيض ما نسبته ٣٥٪، وفي السنة الثالثة قمنا بتخفيض ما نسبته ٢٠٪، بحيث أصبح الإعفاء الضريبي على السيارات ٦٥٪ بمعنى ان المكلف يدفع ٤٠٪ مما كان يدفعه أيام الاحتلال على السيارات، وبالنسبة للمهن ركزنا على ضرورة وجود حسابات أصولية ونظامية تقدم الى مكاتبنا ونحاسب المكلف على ايراده الفعلي والحقيقي، ويأخذ كافة الاعفاءات والمصاريف اللازمة له وبالتالي لا يظلم ولا يُظلم.

* **كيف تعالج دائرة ضريبة الدخل عمليات التهرب الضريبي؟**

- بالنسبة لضريبة الدخل، لها أهداف اجتماعية، أولها تحقيق العدالة بين كافة المكلفين، ولها أيضاً هدف جبائي لرفد خزينة الدولة بالأموال اللازمة وتوجيه الاقتصاد الوطني وتشجيع الاستثمار واستقطاب رؤوس الأموال من الخارج. التهرب الضريبي على الأقل يحارب قضية اجتماعية هي العدالة الاجتماعية بين المكلفين شخص ملتزم بدفع الضريبة في السوق بأسعار، وآخر متهرب لا يدفع ضرائب، بالضرورة يبيع بسعر أقل، وبالتالي لا يستطيع الملتزم منافسته والتهرب الضريبي يدمر العدالة الاجتماعية، بالإضافة الى الجبائية، وهذا لا يمكننا من توجيه الاقتصاد وخاصة البضائع التي تدخل بطرق غير مشروعة من اسرائيل، فنحن مع الدول المجاورة لا نواجه اية مشكلة لكن البضائع التي تهرب من اسرائيل تساهم في جزء منها، حيث تدخل دون فواتير رسمية وتباع بشكل عشوائي في الأسواق وتنتقل من منطقة لمنطقة أخرى، وليس لدينا السيطرة الكاملة على الطرق الخارجية حتى نستطيع أن نضبط عمليات التهرب الضريبي، فالتهرب الضريبي موجود عندنا حتى بعدم تسجيل هذه البضائع القادمة بدون فواتير والأخطر من عدم وجود رقابة صحية إذا كانت بضائع تتعلق بصحة الإنسان كالمواد الغذائية، وهذا أخطر من التهرب الضريبي، لأنه بعد فترة يمكن ان يضبط المتهرب ويدفع ما عليه، لكن البضائع الفاسدة تهدد المجتمع بأكمله ونعتبرها حرباً خفية يديرها الجانب الاسرائيلي غير المتعاون معنا في هذا المجال.

* **هل هناك تنسيق مع الأجهزة الأمنية لمتابعة عمليات التهرب الضريبي؟**

- في البداية ومنذ عام ١٩٩٤-١٩٩٥ كنا نعتمد اعتماداً كلياً على الأجهزة، خاصة وانه لم يكن عندنا شرطة فلسطينية منتشرة، وقد كنا نعتمد

على الأجهزة، لأنها تسهل علينا الوصول الى أي مكان، أما الآن فنسير بالطرق القانونية، «فهناك محكمة استئناف ضريبة الدخل للمكلف» الذي لا نتوصل معه الى حل، وبعد مرور كافة المراحل، بإمكانه اللجوء الى المحكمة، حيث تلتزم الطرفين سواء كانت ضريبة الدخل دائرة أو مديرية أو المكلف الفلسطيني، فنحن نسير وفق قوانين واجراءات ويتم تحويل معظم القضايا الى المدعي العام، وهو وضع قانوني وطبيعي، وضريبة الدخل عملها هادئ وتتعامل بهدوء في حل المشاكل وباللجوء الى القضاء أحياناً، وقد سبق وأحيل كثير من الناس الى القضاء والى الشرطة بسبب شيكات بدون رصيد وتهرب ضريبي، وقد أحيلت بعض القضايا الى محكمة أمن الدولة كتزوير فواتير مقاصة وفواتير خصم المصدر وتزوير براءة الذمة.

* **ما هي النسب التي تتقاضاها ضريبة الدخل على الأعمال المختلفة؟**

- قانون ضريبة الدخل المطبق في الضفة هو قانون ضريبة الدخل الأردني رقم ٢٥ لسنة ١٩٦٤، بحيث استلمنا مناطق السلطة الفلسطينية بالقوانين العاملة فيها سواء في الضفة او في غزة، أما في غزة فيطبق القانون المصري، وهنا كما ذكرت ينطبق القانون الأردني بالإضافة الى بعض التعديلات، حيث قام مجلس الوزراء في السلطة بتعديل النسب الضريبية تمشياً مع الظروف الاقتصادية في البلاد، وكانت تبدأ من ٥٪ على الدخل وتصل الى ٤٨٪ على الأفراد و ٣٨.٥ على الشركات المساهمة الخاصة والعامة وتبعاً لقانون ضريبة الدخل الجديد المقترح الذي أقر بالقراءة الأولى لدى المجلس التشريعي فقد خفضت هذه النسب وفق الشريحة الذي ميز بين بعض القطاعات، فعلى سبيل المثال:

ما بين ٥٠٠٠ دينار الى ٥٠٠٠ دينار يدفع ٥٪، وما بين ٥٠٠٠ الى ١٠٠٠٠ دينار يصل الى ١٠٪، ومن ١٠٠٠٠ الى ٢٠٠٠٠ يصل الى ١٥٪، وما زاد عن ذلك ٢٠٪ بمعنى انه يتوقف تصاعد الضريبة عند ٢٠٪ في حين كانت ٤٨٪، أما الآن فقد أصبح الحد الأعلى ٢٠٪ بالنسبة للشركات المساهمة ١٠٪ كضريبة للدخل عن مشروعات الصناعة والفنادق والمستشفيات، ١٥٪ عن الشركات المساهمة الخاصة والعامة الأخرى ٢٠٪ من الدخل الخاضع للضريبة من البنوك وشركات التأمين والصرافة وشركات الوساطة بمعنى انه بلغ ١٠٪ على الصناعة والفنادق والمستشفيات.

- هذه قطاعات مستهدفة عند السلطة الوطنية لتزداد فعاليتها ولتشجيع الناس على السير في انشاء مثل هذه المشاريع، طبعاً هناك هدف ثان هو استقطاب رؤوس الأموال من الخارج وتشجيع الاستثمار للمشاركة في البنية

التحية، أما بالنسبة للعلاج فقد كان سابقاً لا يتمتع باعفاءات للعلاجات الطبية، والآن في المقترح ورد انه اذا كان دخل الانسان كاملاً واستنزف في سبيل علاج طبي لمرض مستعصي، فهو لا يدفع ضريبة، بهذا المعنى نصت المادة في القانون المقترح آخذة بعين الاعتبار حالات لجرحى المعاقين اعاقات كلية أو جزئية. في السابق، كان القانون لا يعفي الا الأعمى الذي يعيش من عمل يديه والآن اضفنا الجرحى وذوي الاعاقات الجسدية.

### * الاعفاءات التي تمنح للمشاريع الجديدة؟

- اي مشروع جديد تنطبق عليه شروط تشجيع الاستثمار اعفاء من الضريبة في دائرة تشجيع الاستثمار التابع لوزارة الاقتصاد والتجارة، حيث ينص القانون اذا كان رأس مال المنشأة ١٠٠،٠٠٠ دولار بخمسة أشخاص يمنح بموجب القانون اعفاء من ضريبة الدخل لسنوات تتراوح بين ثلاث سنوات و ١٢ سنة، وسنوات لاحقة ممكن ان يدفع نصف الضريبة، وبالتالي يعفى بالكامل من ضريبة الدخل لمدة معينة حسب حجم وطبيعة المشروع.

هناك مشاريع تفتح داخل الأراضي الفلسطينية باسم مستثمر فلسطيني وهي في الأصل لاسرائيلي، وقانون ضريبة الدخل ٢٥ لسنة ٦٤ يتحدث عن شيء اسمه اقليمية الدخل المتحقق حيث ضريبته تدفع للجانب الفلسطيني والدخل المتحقق في اسرائيل تدفع ضريبته لاسرائيل، وتعامل هذه المشاريع وكأنها مشروع فلسطيني كامل، خاصة انه مسجل باسم مستثمر فلسطيني، فاذا اقيم مشروع في مناطق السلطة الوطنية الفلسطينية فصاحبه مكلف ان يدفع للجانب الفلسطيني، واذا رفض التعامل مع دائرة ضريبة الدخل الفلسطينية مجبره على الدفع ونتخذ في حقه كافة الاجراءات القانونية وهناك نقطة للايضاح، الضريبة هنا ٢٠٪ كحد أقصى، أما في اسرائيل فتصل الى ٣٦٪.

### * هل توجد اتفاقية عدم ازدواج ضريبي مع اسرائيل؟

- لا يوجد اتفاق ولكن ينظم العلاقة اتفاقية باريس.

### * ما هي قيمة الضرائب التي تعود الى خزينة الدولة سنوياً؟.

- نتكلم عن مؤشر لثلاث سنوات في سنة ١٩٩٩ بحوالي ٣٠٩ مليون شيكل، وفي سنة ٢٠٠٠ حوالي ٣٦٠ مليون شيكل، وفي سنة ٢٠٠١ حوالي ٣٧٠ مليون شيكل.

وختاماً أقول، نحن في ضريبة الدخل أبوابنا مفتوحة باستمرار، وهواتفنا تستقبل أي ملاحظة أو نقد بناءً على تطوير أدائنا، المهم ان يكون نقداً بناءاً وليس كيدياً، ونهيب بالمكلفين مراجعة مكاتب ضريبة الدخل، لأنهم سيجدون أخواناً من أبناء جلدتهم ولغتهم ودينهم وعاداتهم وتقاليدهم، ولن يسمعوا كلمة سيئة، لأننا نعتبرهم بناة الاقتصاد الوطني، وسيجدون كل عون ومساعدة من أخوانهم الموظفين، ونهيب بالذين لم يسجلوا في دائرة الضريبة ان يسجلوا أنفسهم، لأنه عاجلاً ام آجلاً سيتم الوصول اليهم، وبالتالي حتى يجنبوا أنفسهم الغرامات والمشاكل القانونية والادارية عليهم
التوجه الى ضريبة الدخل ليجدوا نظرة جيدة وموضوعية ومهنية، بدون اجراءات قانونية. ضريبة الدخل هي العدل الذي يحاسب المكلف على دخله وبالتالي لا يوجد ظلم للمكلف ولا للدائرة، ونقول أمراً هاماً لطالبي الوظائف، بأنه لا يوجد عندنا محسوبيات أو واسطات، على سبيل المثال ننشر اعلاناً في الصحف، ونشكل لجنة من خمسة أشخاص ليقوموا باجراء اختبار عملي تحريري ومن ثم تجري مقابلة شخصية، وبعدها من ينجح يأخذ وظيفته، وبالنسبة للواسطات هذا كلام مرفوض وغير موجوداً عندنا نهائياً ومستعدون ان نتعامل فيه حتى أعلى درجة ممكنة، والادارة التوجيهية والاشرافية مسؤولة عنا تدعمنا في هذا الاتجاه وتعطينا الغطاء الكامل ويمثلها محمد زهدي النشاشيبي وزير المالية والدكتور عاطف علاونة وكيل وزارة المالية ونحن مستعدون ان نغطي اي موظف في سبيل قيامه بعمله بمهنية وحرفية وموضوعية دون اية محسوبية، ولدينا أجهزة متعددة في المديرية العامة للرقابة على أداء الموظفين والدوائر منها دائرة التحقيقات، دائرة التدقيق، دائرة الجباية، ونقوم بعمل تغييرات وتنقلات مفاجئة، وآخرها كان قبل اسبوع الدائرة باحداث تغيير جوهري في الفترة السابقة قبل عام ١٩٩٥ والتي عانت منها مختلف الشرائح الاقتصادية للشعب الفلسطيني، حيث كانت تستخدم وسائل الاعاقة للاقتصاد والتنمية، ولكن الضريبة في ظل السلطة الوطنية هدفها الوصول الى الحقيقة وتوحيد الاقتصاد والمحافظة عليه.

وبالتالي فان ضريبة الدخل تهتم باستقبال اي مراجع لغايات تسوية وضعه السابق وعلى الأخص بالنسبة للمكلفين الذين يتطلب الوضع اغلاق ملفاتهم بسبب توقفهم عن العمل أو لأي أسباب أخرى.

تقوم دائرة ضريبة الدخل في سلفيت وحرصاً على الوصول الى الحقيقة بتنظيم زيارات ميدانية بصورة شبه دائمة للوقوف على الوضع الفعلي ولاتاحة الفرصة أمام أي مكلف لطرح اي أسئلة والاجابة عليها من خلال العمل الميداني مباشرة.

نلاحظ وجود تغير لدى المواطنين في مفهومهم للضريبة، حيث يستطيع المكلف مراجعة أي موظف أو أي مسؤول في الضريبة، وجميع الأبواب مفتوحة لخدمة المكلف وتسهيل مهامه في الحصول على براءة الذمة أو شهادة خصم بالمصدر أو أي أمور أخرى يطلبها المكلف على ان يكون وضعه الضريبي سليماً.

### * بحكم عملك في ضريبة الدخل خارج البلاد، هل الضريبة هنا توازي الضرائب في الدول المجاورة من ناحية الالتزام الضريبي ومن ناحية القانون واجراءات التطبيق؟

- بالنسبة لقانون الضريبة المعمول به حالياً قامت السلطة الوطنية ومنذ استلامها باجراء تعديلات تتلاءم مع الواقع الاقتصادي والظروف السائدة ومن أهم هذه التعديلات والتسهيلات:
وسيكون حاسوباً موحداً في الضفة وقطاع غزة.

### دائرة ضريبة الدخل في محافظة سلفيت

### * لخصوصية منطقة سلفيت كيف تقيّم علاقة المكلفين بدائرة ضريبة الدخل ومدى تعاونهم والتزامهم؟

- منطقة سلفيت ذات خصوصية من حيث موقعها ووجود تجمعات استيطانية كبيرة فيها، ويأتي اهتمام السلطة بمختلف اجهزتها السيادية المختلفة لابراز أهمية هذه المنطقة وكونها فلسطينية عزيزة، وعليه تم افتتاح مكتب لضريبة الدخل لتقديم وتسهيل كافة التعاملات الضريبية مع المواطنين.

### امنيات المكتب

- ان يعرف كل مكلف حقوقه والتزاماته، وذلك لتسهيل عملية التعامل والتطبيق واختصار الوقت وسرعة الأداء والانجاز.

- مراجعة الدائرة لمعرفة وضعه الضريبي والعمل على تسوية هذا الوضع بصورة سليمة وصحيحة، حيث ان مكاتب الضريبة مفتوحة لجميع المكلفين ومستعدة للاجابة عن أية استفسارات تهم السلطة الوطنية، ومن خلال دائرة الضريبة من منطقة لأخرى، حتى المهن يتم استبدالها بين فترة وأخرى، على سبيل المثال، مسؤول عن ملف النجارين هذه السنة، يصبح في السنة القادمة مسؤولاً عن ملف الأطباء، وبالتالي هذا نوع من أنواع الرقابة غير المباشرة حتى نعد قادرنا للتعامل مع كافة المهن والقطاعات.

وفي لقاء آخر مع مساعد مدير عام ضريبة الدخل للشؤون الفنية الأخ **بشار اباظة** أجاب على سؤال عن طبيعة عمل الدائرة الفنية في دائرة ضريبة الدخل قائلاً:

الدائرة الفنية في دائرة ضريبة الدخل مسؤولة عن قسمين رئيسيين هما دائرة الجباية والتي تشكل الدائرة المالية لضريبة الدخل، وادارة كل ما يتعلق بدفعات المكلفين والقسم الآخر هو قسم الحاسوب وادارة نظام المحسوب ومتابعته لمديرية ضريبة الدخل، وتتابع الدائرة الفنية ايضاً تنفيذ الاتفاقية المرحلية فيما يتعلق بالجانب الضرائبي المباشر، وبشكل خاص ضريبة الدخل مع الجانب الاسرائيلي لذلك تلعب الدائرة دوراً رئيسياً في متابعة مشاكل المكلفين الذين لهم مجالات عمل في المستوطنات بشكل خاص، للتأكد من تنفيذ الاتفاقات حسب الأصول، وتحصيل حق السلطة في ضريبة الدخل، ونحن نتابع كافة المشاكل التي تتعلق بالقانون والمكلف واجراءات العمل اليومي فيما يتعلق بجانبين أساسيين هما العمل على جهاز الحاسوب في دائرة ضريبة الدخل والمشاكل المتعلقة فيه، وفي مجال جباية ضريبة الدخل من حيث الادارة المالية للدفعات الضرائبية ومتابعة أية مشكلات تتعلق بهذه الدفعات سواء مع البنوك أو مع شركة الكمبيوتر الاسرائيلية التي نتعامل معها.

ولكن ان شاء الله في العام المقبل سنقوم بتجهيز كافة الاستعدادات لبناء الحاسوب الفلسطيني الذي سيدخل مجال العمل الممول من أوروبا
- الغاء ديون ضريبة الدخل عن سنوات ما قبل سنة ١٩٨٩.
- والغاء فروقات العملة وغرامات التأخير عن الديون السابقة حتى سنة ١٩٩٤.
- منح خصم تشجيعي لمن يسدد الضرائب السابقة من ٨٩ حتى ٩٤ بنسب تصل من ١٠٪ الى ٣٠٪ من الضريبة الخاصة بالمكلف اعتباراً من سنة ٩٥ وذلك لصالح المكلف.
- العمل على ايجاد قانون ضريبة دخل فلسطيني.

تمت مناقشة هذا القانون بالقراءة الأولى في المجلس التشريعي، وهذا القانون يأخذ أبعاداً ايجابية، وذلك كونه يأخذ بالظروف المحيطة بالاقتصاد الفلسطيني، وعليه فان الاجراءات والوسائل لتطبيق وتحديث قانون ضريبة الدخل تعطي مجالاً لبيان وتوظيف مواد القانون المختلفة لتسهيل تطبيقه، وبالتالي فان ضريبة الدخل معنية دائماً بتطوير وسائل العمل، علماً انه حالياً تتم اتباع وسائل مريحة، حيث توجد حوسبة كاملة لعمل دائرة ضريبة الدخل، ويتم متابعة ودراسة كافة الاجراءات التي تقوم بها الدائرة لتسهيلها للمدراء، واسراع انجاز أي معاملات، وعليه نلاحظ ان الضريبة تأخذ بعين الاعتبار جميع الظروف وجميع متطلبات المكلفين وتقوم بمحاولة ايصال كافة المعلومات التي تتعلق باجراءات العمل وكيفية القيام بها الى المكلف، وذلك للتسهيل عليه في سرعة انجاز قضاياه. أما (التقييم) والتعديلات، والتسهيلات التي ادخلتها السلطة الفلسطينية من خلال وزارة المالية، وضريبة الدخل فهدفها تسهيل تطبيق القانون، وان يكون القانون متلائماً مع الاقتصاد في كل مرحلة من مراحله، بحيث نصل الى قانون عصري حديث يوضح جميع الالتزامات والحقوق ويساعد في توجيه مسار الاقتصاد وفي انماء وسائل الاقتصاد.

### * التوجه العالمي نحو الغاء الضرائب المباشرة والاعتماد على الضرائب غير المباشرة، هل يتناسب هذا مع الوضع القائم؟

- ضريبة الدخل من الضرائب المباشرة، تفرض على الدخل الخاضع الحقيقي للمكلف الطبيعي والاعتباري، ومن هذا المفهوم فان ضريبة الدخل تفرض على الشخص الذي حقق الدخل وأضاف الى ثروته أو الى ممتلكاته بصورة فعلية، في حين ان الضرائب غير المباشرة تستند فلسفتها على ان يدفع الضريبة المستهلك بشكل أساسي.

ضريبة الدخل من خلال فلسفتها هي ضريبة تصاعدية على دخل المكلف نفسه، وبالتالي من المفروض ان يساهم ذوو الدخل المرتفع في بناء مجتمعهم بأن يدفعوا ضريبة على هذا الدخل، حيث تزداد الضريبة كلما زاد الدخل المتحقق، ومن أهداف ضريبة الدخل بالاضافة الى الهدف المالي أهداف اجتماعية واقتصادية، وايجاد فرص عمل في مجالات معينة، وبالتالي فضريبة الدخل لها خصوصية تؤثر في الاقتصاد لأي مجتمع.

## لقاء

### محمود مطير مفوض قوات الامن الوطني القوات الشمالية:

# قدرنا الصمود والمقاومة
# العدو مصدر الشائعات



تدريبات مستمرة لقواتنا في الامن الوطني



محمود مطير مفوض القوات الشمالية

**وطني** أكد محمود مطير مفوض قوات الامن الفلسطيني – القوات الشمالية ان الانتفاضة المباركة جاءت بعد تراكمات مختلفة وان شعبنا يواجه ارهاباً منظماً بكل الوسائل، ودعا العملاء الى تسليم انفسهم واخذ العبرة ممن تعاونوا مع الاحتلال في جنوب لبنان وعدم توريث العار لابنائهم.

واكد ان الروح المعنوية في صفوف قواتنا عالية وان الاغتيالات التي يمارسها جيش الاحتلال لن تزيد شعبنا الا تصميماً على نيل حقوقه الوطنية وفي مقدمتها اقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف.

جاء ذلك في مقابلة مع مجلة وطني هذا نصها:

ان لفظ كلمة الانتفاضة كمصطلح لغوي سائد عبر قارات العالم وجاء من رحم المعاناة والظلم والقهر والتجويع والحصار وهذه التراكمات مجتمعة جسدت الفظ اللغوي لمفهوم الانتفاضة ومن آليات الانتفاضة الخروج الى الشارع في المسيرات والمظاهرات والعصيان المدني والمواجهات مع قوات الاحتلال وكانت البداية الانتفاضة الاولى عام 87 والتي دامت سبع سنوات متواصلة من النضال شارك فيها شعبنا بكل قواه الوطنية والاسلامية وقدم قوافل من الشهداء والاسرى.

وها نحن نعيش الانتفاضة الثانية والتي جاءت بعد تراكمات من الحصار والاغلاق واعتقال المناضلين وعدم التزام الكيان المحتل بالاتفاقيات الموقعة والانسحاب من الاراضي الفلسطينية والمواعيد غير المقدسة الى كل ذلك ولدت شرارة هذه الانتفاضة التي جسدت وحدة الشعب بالدم، اننا نواجه هذه الايام ارهاباً منظماً تقوم به قوات الاحتلال براً وبحراً وجواً زيادة على الحصار والاغلاق والاغتيالات واغتيالات وهدم المنازل وتجريف الاراضي وكل ذلك لن يرهبنا وسنواجه قدرنا بالصبر والصمود والمقاومة وبوحدتنا الوطنية الصلبة لافشال كل المخططات التي تهدف لاجهاض انتفاضتنا المباركة.

**- هناك محاولات صهيونية لبث روح الفرقة في الشارع الفلسطيني من خلال اشاعات مغرضة فكيف تواجهون ذلك؟**

- راجت في الايام الاخيرة الشائعات والدعايات المغرضة، والتي تهدف الى بث روح الفرقة في الشارع الفلسطيني، وتستند هذه الشائعات الى اخبار ملفقة لا اساس لها من الصحة، وتسري هذه الشائعات سريان النار في الهشيم، فتثير الظن، والضغائن، والحقد والكراهية، كما تثير الخوف والهلع في صفوف الشعب.

ولكي نضع حداً لهذه الشائعات، ومقاومتها يجب علينا الا نغذي الاشاعة بالنقل، والعمل على وأدها بآليات واسس علمية لكشف من يقف وراءها وتوضيح خطورتها والضرب بيد من حديد على مروجيها وذلك بتثبيت الايمان والثقة بالنفس وعرض الحقائق على المواطنين، وتنمية الوعي الوطني وتحصينه، وتعزيز الثقة بين المواطنين والقيادة، وكشف الحقائق للجنود بان الامور العسكرية تحاط دائماً بالسرية والكتمان، ويحاول العدو بث الشائعات عندما لا تتيسر له الحقائق ويعجز عن الوصول اليها.

**- اعطت السلطة الوطنية مهلة للعملاء ليسلموا انفسهم فماذا تقولون لهم؟**

- لقد وجهت سلطتنا الوطنية نداء لكل الذين سقطوا خلال هذه المسيرة النضالية ليسلموا انفسهم وليصحوا من سباتهم لصفوف شعبهم واننا بدوري اقول لهم ان تجربة جنوب لبنان عملاء فسارعوا بتسليم انفسكم قبل الكشف عنكم وذلك من اجل ان لا تورثوا العار لاسركم وابناءكم من بعدكم.

ان ابناء جلدتكم اليوم يضحون بالغالي والنفيس من اجل وطنكم ومن اجل ان يعيش اهلكم في امان وسلام فالفرصة سانحة ولن تجدوا عفواً بعد هذه الايام وتجربة عملاء جنوب لبنان امامكم فعودوا الى صوابكم.

**- عمليات الاغتيالات والتصفية لكوادر وقيادات من ابناء شعبنا على يد الصهاينة كيف ترون هذا العدوان؟**

- تواصل حكومة الاحتلال خلال هذه الايام عمليات ارهاب الدولة باغتيال ابطالنا بداية من القائد ثابت ثابت امين سر حركة فتح في طولكرم وصولاً بالمقدم مسعود عياد من قوات امن الرئاسة.

ان هذه العمليات لا تؤثر على معنويات شعبنا بل تزيده اصراراً على مواصلة النضال وهي تأكيد على الجرائم التي يرتكبها العدو كل يوم حتى بلغت قتل الاجنة في بطون امهاتهم، وليعلم القاتل باراك ومعه شارون بان شعبنا سيواصل دربه درب الحرية والاستقلال والعيش بكرامة ولا تثنيه عن ذلك الممارسات الهمجية والاجرامية لقوات الاحتلال الصهيوني.

**- دورك كمفوض سياسي عام للمنطقة الشمالية ورأيكم في التلاحم الشعبي والوحدة الوطنية على الارض؟**

- ان رسالة المفوض السياسي لا تتوقف عند فهي تتواصل في الحرب والسلم لما لها من دور اساسي في رفع الروح المعنوية وتعزيز روح الانتماء وحب الوطن والذود عنه.

وشعبنا يواجه هذه الايام حرباً شرسة همجية تمارسها قوات الاحتلال ومن خلال معايشتنا الميدانية لقوات الامن الوطني بالمنطقة الشمالية المرابطة في المواقع المتقدمة وعلى خط التماس مع قوات الاحتلال والتي تعمل على حماية الوطن والمواطن شاهدت عظمة روح الانتماء في مواجهة جرافات ودبابات الاحتلال ومنهم من التقدم لاراضي السلطة الوطنية الفلسطينية.

كما كان لها الدور العظيم في التلاحم مع ابناء شعبنا المنتفض بكل قواه الوطنية والاسلامية، هذا الشعب العظيم بعطائه وتضحياته كان دائماً وسيظل طليعة امتنا العربية في التضحية والفداء والنضال التحرري وهذا يتطلب منا الارتقاء الى مستوى شعبنا وتضحياته ومقاومة كل الممارسات السلبية لنكون دائماً في مواقعنا المتقدمة المتقدمة العنوان والنموذج الامثل.