## تقارير

# العمل الشرطي في ظل الوضع الراهن

**العميد الشيخ:** ندرك جيداً طبيعة المرحلة
**العميد اسماعيل:** مهمات جديدة افرزتها الانتفاضة
**المقدم ابو الطاهر:** الاغلاقات ارهاب منظم

تقرير: حسام قنداح ونافز خليل

> تركت الانتفاضة المباركة بصمات واضحة على مختلف مجالات الحياة الفلسطينية، سياسية واجتماعية واقتصادية، وطالت المجتمع وخلقت واقعاً جديداً تطلب مواءمة العمل الرسمي والشعبي بما ينسجم معه. والشرطة الفلسطينية تعايشت مع الواقع الجديد وحرصت على سد ما قد ينجم من ثغرات بسببه، وعملت على تغطية المسؤوليات المستجدة التي فرضتها وتغيير اولويات العمل بما يخدم المصلحة الوطنية العليا ويساهم في رفع مستوى الاداء.
>
> ولإلقاء الضوء على عمل الشرطة في ظل الانتفاضة وما طرأ عليه من تغييرات وتطورات اقتنينا بمحافظة رام الله والبيرة والتي لا يختلف واقعها عن الواقع الذي تعيشه بقية مديريات الشرطة في مختلف المحافظات.



العميد كمال الشيخ

العميد كمال الشيخ، مدير شرطة محافظة رام الله والبيرة، قال ان الانتفاضة هي بداية حتمية للدولة الفلسطينية المستقلة، تتطلب توفير كافة الامكانيات وحشد كافة الطاقات لدعمها وضمان استمرارها، وهذا لا يتم الا بتضافر جهود كافة المؤسسات الوطنية العاملة في فلسطين والاستمرار في المهام الموكلة.

وجهاز الشرطة كباقي الاجهزة لم تتوقف عن تسيير اموره بشكل اعتيادي لتوفير النظام العام ومتابعة القضايا المدنية اليومية، والحفاظ على أمن المؤسسات الرسمية والاهلية، وتوفير الطمأنينة للمواطنين خاصة في ظل هذه المرحلة، من خلال تسيير الدوريات والحراسات ومراقبة الاماكن الاكثر عرضة للاعتداءات من الجانب الآخر، وردعه مهما كانت الظروف، وبالرغم من هذه الحالات الطارئة والظروف غير الطبيعية التي يمر بها شعبنا والتي اضافت اعباء اخرى

على كاهلنا كجهاز شرطة الا اننا نواصل

عملنا بشكل اعتيادي، فالقضايا الحقوقية للمواطنين لم تتوقف لا من قبل جهاز الشرطة ولا من قبل المحاكم والقضاء، وقد عملنا في احلك الظروف بعد قصف المقر من قبل سلطات الاحتلال، لاننا مدركون لطبيعة المعركة، فقمنا بحفظ كافة الملفات بشكل جيد، وحولنا القضايا الى المحاكم في مواعيدها المحددة.

واشاد العميد كمال الشيخ بالدور الواعي للشعب الفلسطيني خلال الانتفاضة الباسلة بالتكافل والتضامن حيث ادرك المواطن ان حجم هذه الانتفاضة اكبر من المصلحة الشخصية، ولوحظ ان الاحداث الاخيرة لم تسجل خلالها اي اشكالات تؤثر على خط التواصل مع

---


المقدم علي ابو سيف


العميد محمد اسماعيل

الجماهير بالدفاع عن معركة الأقصى، وان هناك الكثير من الظواهر السلبية التي اختفت عن المجتمع الفلسطيني وتراجعت بشكل كبير. اذ ان الاحساس بالمسؤولية الوطنية العامة لامن كل مواطن، ودفعه الى المشاركة في هذه المعركة المصيرية.

واوضح الشيخ ان هنالك متغيرات حصلت على العمل الشرطي تمثلت في اضافة مهمات جديدة لافراد الشرطة ضمن الامن العام، وظهرت تلك المتغيرات في الدوريات الثابتة والمتحركة بالتنسيق مع الاجهزة الامنية الاخرى للحفاظ على الامن الاستراتيجي للوطن وخاصة في مناطق (أ) الخاضعة للسلطة الوطنية، وعلى جميع مداخل ومخارج رام الله والبيرة وبيتونيا، ومراقبة دائمة الى حد كبير من قبل كافة الاجهزة الامنية، اما الامن الداخلي فتقع مسؤوليته على الشرطة بشكل خاص.

ومن جهة اخرى قال انه نتيجة للظروف التي يعيشها الوطن والشعب، وبعد مناقشة موضوعية مع كافة الادارات الشرطية في مختلف محافظات الوطن، تم التأكيد على ضرورة المساهمة في تخفيف وطأة الحياة القاسية التي سببها العدوان الاسرائيلي المتواصل، وحدة التوتر النفسي للمواطن، وغض النظر عن بعض المخالفات الانسانية في المجتمع المدني، لتبقى قوة التلاحم بين السلطة والشعب في هذه الانتفاضة دون المساس بالمصالح العليا للوطن.

وعن المخالفات المرورية وأزمة السير التي حصلت في الفترة السابقة العميد الشيخ قال ان اسبابها موضوعية ويقف وراءها العدوان الاسرائيلي الذي منع المواطنين من الخروج من منطقة (أ) مما زاد عدد الآليات عن سعة الشارع، وكذلك القصف العشوائي لمدينة البيرة وبيتونيا، الذي دفع بعض العائلات للتجمع في وسط المدينة، وانقطاع التيار الكهربائي بسبب العدوان كان يربك عملية السير بتعطل اشارات المرور.

ودعا الى تكاتف الجهود، وتجاوز الاشكالات بكافة الطرق وتوجيه كافة الجهود للمصلحة العليا وهي مصلحة الوطن.

اما العميد محمد اسماعيل نائب مدير شرطة رام الله، فقد اعتبر ان صلب عمل الشرطة هو الحفاظ على الامن العام والممتلكات العامة للمواطنين، وحل النزاعات من خلال ارسال اطرافها الى النيابة والمحكمة، ومتابعة الجريمة بكافة انواعها والتصدي بصورة اساسية

---



الى كل من يحاول المس بالامن والنظام العام، بالاضافة الى مهامها لتنظيم المرور وحراسة المباني والمؤسسات العامة، ومع اندلاع الاحداث اصبحت هناك مهام جديدة ملقاة على عاتق الشرطة تطلبت زيادة عدد الدوريات الليلية الراجلة او المحمولة، وتوفير الحماية للمواطنين والمسؤولين من الجرائم السياسية التي يرتكبها الطرف الآخر، وهذا عبء اضافي ليس سهلاً، وبالاضافة الى ذلك كان لا بد للشرطة ان تراعي الواقع الحالي وخاصة شرطة المرور التي كانت تقوم بدور كبير قبل الاحداث، والآن اصبحت الامور مختلفة حيث التساهل مع المواطنين مراعاة للظروف، وذلك ينطبق على الشرطة بصفة عامة، خاصة وان من الملاحظ في هذه الفترة قلة نسبة الجريمة والمشاكل، وهذا يعود الى الهدف السامي الذي يصبو اليه الجميع، حيث اصبح المواطن متسامحاً بقدر كبير جداً في مجال الاشكاليات البسيطة التي قد ترتكب.

واوضح العميد اسماعيل، ان المشاكل التي قد تحدث في منطقة (ب) نعمل على تطويقها بسرعة كبيرة بمساعدة التنظيم وأفرادنا في هذه المناطق، ونرى استجابة كبيرة في حل هذه المشاكل من كافة الاطراف، واذا كانت المشكلة تستدعي احضارهم نوجه لهم بلاغات وهناك استجابة كبيرة للحضور دون تأخر.

أما في حالات الشجار العائلية، نرسل دورية اذا تطلب الامر ذلك وقبل تلك الحالات نتعامل وفق مقتضيات الامور الامنية وهنالك تعاون من كافة المواطنين الذين اصبحوا منسجمين مع ما يجري من احداث ومتنبهين لخطورة تلك المشاكل.

وعن المشاكل التي تواجه العمل الشرطي خلال الاحداث قال ان العمل الشرطي عاني من نقص في الامكانيات، ومع المهمات الجديدة اصبح النقص كبيراً ويستوجب توفير امكانيات ضخمة لسد النقص الحاصل.

ولكن ذلك لن يمنعنا كجهاز من أداء عملنا بشكل كامل وعلى احسن وجه بالامكانيات المتاحة مهما كان حجمها.

### الاشاعة

وعن البلاغات الكاذبة من بعض المواطنين وخاصة في ظل هذه الظروف، قال العميد اسماعيل ان وراءها جهات معنية لذا نتعامل

معها كإشاعة ونأخذها في نفس الوقت على محمل الجد من خلال وقائع رسمية، وحقيقية حاصلة، ويتم التأكد من هذه البلاغات، واذا كانت سليمة ادعو كافة المواطنين الى تسهيل مهمة الشرطة في حالة حدوث أمر ما، وعلى المواطن ان يقدم المعلومة الدقيقة عن الحدث، وان يصف الحالة كما هي لاتخاذ الاجراءات السريعة والسليمة في الرد على الحدث بالسرعة الممكنة.

اما عن التعاون مع الاجهزة الامنية الاخرى قال ان العلاقة اخوية ومتينة خاصة في هذه المرحلة، وهذه العلاقة قائمة على احترام العمل المشترك، وخصوصية المهام والتقسيمات الميدانية للحفاظ على الامن، ولم تحدث اي اختراقات لهذه العلاقة التي نعتز بها.

ودعا العميد اسماعيل افراد الشرطة الى بذل المزيد من التعاون، واحترام المواطن لان كل مواطن هو شرطي في هذا الوطن امام التحدي الكبير الذي يواجه الشعب الفلسطيني.

### تعويض النقص في الافراد

النقيب ياسر الفاهوم مسؤول الادارة والتنظيم في شرطة رام الله، قال ان الاحداث الاخيرة أثرت على دوام الافراد بسبب ان اغلبية الافراد العاملين في جهاز الشرطة في رام الله والبيرة هم من المحافظات الاخرى، الامر الذي لم يمكن الاكثرية من العودة والمواظبة على الدوام، بسبب الحواجز وعمليات الاعتقال المقصود، من الطرف الآخر، وتم التعويض عن ذلك، بالتحاق كل شرطي لا يستطيع الوصول الى عمله بالجهاز في محافظته وهذا ادى الى بذل المزيد من الجهد ودوام دوريات مكثفة من افراد الشرطة لتعويض النقص في الافراد.

اما مدير العلاقات العامة ملازم اول محمود صلاح الدين، قال ان الانتفاضة أثرت على جوانب عديدة في العمل الشرطي ولكن بشكل عام واجهنا تلك الصعوبات بصلابة اكثر مما هو متوقع ونبذل جهوداً مضاعفة لتغطية كافة النواقص، خاصة ان ٣٠٪ من افراد الشرطة من محافظات غزة، ومنذ اكثر من ثلاثة شهور لم يتمكنوا من زيارة اهلهم، ونحاول توفير الاجواء المريحة لهم، وتغطية احتياجاتهم في هذه الفترة العصيبة اذ ان الامر اصبح وطنياً وانسانياً مؤداه ان نجتاز



المقدم ابو الطاهر

النقيب ياسر الفاهوم

هذه المرحلة بأقل الخسائر، ونحن في جهاز الشرطة معنيون بل مطالبون بتقوية هذه العلاقة سواء مع الافراد او المواطنين والاجهزة الاخرى واحترام الكل لان لكل عمله وواجبه نحو الوطن، ونحرص على الالتزام بالتوجيهات الصادرة عن القيادة حتى لا تحدث بلبلة وتشتيت للجهود.

الرقيب اول كفاح ابو عودة قالت ان الانتفاضة جسدت فينا عمل الفريق الواحد بشكل افضل وملحوظ اكثر من السابق عدا عن الترابط الوطني الذي تجسد بسبب الاغلاقات والحصار المفروض على الضفة والقطاع، وهي كمواطنة تسكن بيت لحم ومنعها من الدخول زاد من تلاحم الزملاء الامر الذي خفف حدة هذه المأساة.

### الانتفاضة قومت سلوك الفرد

المقدم علي ابراهيم غنيم مدير المباحث العامة في شرطة محافظة رام الله قال، ان مثل هذه الدائرة هي احدى الركائز الاساسية التي يوكل اليها مسؤولية كبيرة في السلم والحرب، وواجباتنا لم تنقطع يوماً حتى في هذه الاحداث ولا شك ان الانتفاضة الباسلة قد اثرت على عملنا بشكل ايجابي حيث ان الانتفاضة قومت سلوك الفرد رغم كل الظروف الصعبة التي يعيشها شعبنا وتعاملت بشكل خلاق وعفوي مع جزء من اختصاصنا وواجبنا، حيث انصهرت فئة كانت سابقاً جانحة في العمل النضالي، ويمكن القول ان الجريمة الآن غير موجودة، وان الانتفاضة عملت على تنظيف الشارع الفلسطيني من الشوائب.

اما عن مدى اهمية التعاون المشترك مع الاجهزة الامنية العاملة، قال انه ضرورة وطنية وحتمية لتحقيق الاهداف الوطنية السامية وهو فوق مصلحة الجميع في مواجهة الطرف الآخر الذي يحاول دائماً شل العمل المشترك، وتقطيع اواصر الارتباط سواء بين ابناء المجتمع، كما شدد على ضرورة توفير الامن الشخصي في هذه المرحلة كضرورة لكل انسان فلسطيني مستهدف بغض النظر عن الانتماء، فالحذر والحيطة ضروريان سواء خلال التنقلات او الاتصالات الاجتماعية وغيرها لان العدو يحاول جاهداً تصفية كل مواطن ومسؤول، وخلق واقع من التشكيك داخل مجتمعنا الفلسطيني، وعلى كل جهة و مؤسسة ان توفر لمسؤوليها الامن الشخصي ولابناء شعبنا الحماية اللازمة.

### الوحدة الوطنية عنوان المسيرة

المقدم محمد طاهر جبر مدير شرطة محافظة سلفيت تحدث عن هذه الاغلاقات واصفاً اياها بانها تدخل ضمن سياسة ارهاب الدولة المنظم التي تنفذها حكومة اسرائيل والتي تستهدف الارض والانسان، مؤكداً ان ضباط وافراد شرطة المحافظة على جاهزية كبرى لمواجهة اي طارئ واعتبر ان سياسة الاغلاق والحصار تعمل على تقطيع اوصال المناطق وتضر بالاقتصاد الوطني.

واضاف ان الامكانيات ثابتة لكن محدودية التحرك لتنفيذ اعمال الشرطة في مناطق "ب" خلقت واقعاً لتغييب القانون في هذه المناطق ما اثر سلباً على عملنا وجعل امكانية التعامل مع القضايا صعبة جداً وفي الحقيقة ايضاً ان الاغلاقات كانت السبب الرئيسي في عدم قدرتنا على تنفيذ هذه المهام في المناطق خاصة ما يتعلق بالمطلوبين والمشبوهين والتعديات الاخرى على ممتلكات الشعب الواحد، والمهام الشرطية متعددة وليس لها حصر وهذا يحتم علينا ضباطاً وافراداً ان نواجه هذه المحنة بتروّي وان نقطع دابر كل من تسول له نفسه المس بالوحدة الوطنية التي هي عنوان المسيرة والضربة الموجهة لدحر الاحتلال واقامة الدولة الفلسطينية وعاصمتها قدس الاقداس.

### تطوير دور رجل الشرطة

واكد المقدم ابو الطاهر انه انطلاقاً من مسيرة البناء والعطاء وتزويد ضباط وافراد الشرطة بالخبرات اللازمة فان الدور الرئيسي لرجل الشرطة يتطلب ان توفر له الظروف النفسية والبنية السليمة وفي المقابل تقع على كاهله اعمال شتى كالتوجيه والتوعية والتعامل باخلاقيات رجل الشرطة فوق مصلحة الجميع لانها تعكس الصورة الحقيقية للفرد الفلسطيني الذي عانى اضطهاد وظلم الاحتلال البغيض، لذلك تبذل قيادة الشرطة كل الجهد ليكون هذا الدور هو الابرز لانه لن يتحقق لنا ما نصبوا اليه دونما ان نضع الثوابت الاساسية لقاعدة الدولة والفرد



الملازم اول محمود صلاح الدين

لانه اذا صلح الفرد صلح المجتمع.

### الشرطة والاجهزة الامنية الاخرى

واشار الى ان التنسيق في هذه المرحلة بلغ ذروته من حيث التكامل والتعامل والتعاون وما يفخر به الجميع وقد عملت قيادة المنطقة وبالتعاون مع كافة الاجهزة على تشغيل غرفة عمليات استطاعت ان تجعل من التنسيق الامني هدفاً وليس خطة وقد كان لهذا التنسيق الاثر الكبير في توفير الامان للمواطن وحثه على التكيف مع هذه الظروف لا بل مع هذا الواقع الخارج عن ارادتنا.

### الصعوبات التي تواجه رجل الشرطة

وعن الصعوبات التي تواجه العمل الشرطي قال انها كثيرة، منها التنقل بين المدن والقرى، ولصعوبة المواصلات وعدم توفير الواسطة فان رجل الشرطة لن يستطيع القيام بواجبه على اتم وجه وهو ايضاً مستهدف من قبل الجيش الاسرائيلي، حيث يتعمد جيش الاحتلال حجزهم لساعات طويلة دون مبرر لمنعهم من الوصول الى مراكز عملهم ومن اهم الصعوبات ان رجل الشرطة احياناً يضطر لقطع مسافات طويلة مشياً على الاقدام لتنفيذ احدى المهمات المكلف بها، وهذا يعرضه للخطر.



التأكد من صلاحية اوراق السيارة

# موسيقى عسكرية



# الفرقة الموسيقية العسكرية تدق طبول النصر

## المقدم بدران: من بيروت بدأنا وفي بيت المقدس نكمل المشوار

## التزام تام وأداء متفوق رغم قلة الامكانيات

والفرقة الموسيقية العسكرية لقوات الأمن العام الفلسطينية امتداد لجذورها التي نشأت وترعرعت في احضان الثورة بدول الشتات قبل ان يتشتت اعضاؤها في مختلف الدول العربية بعد الخروج من بيروت، لتعود تصدح من جديد على أرض فلسطين بعد اقامة السلطة الوطنية الفلسطينية عليها.

ولتسليط الضوء على فرقة موسيقانا العسكرية التقينا رئيسها ومؤسسها المقدم الحاج عمر بدران الذي قال ان الفرقة عملت في السابق في أرجاء الوطن العربي، حيث تواجدت قوات الثورة

الفلسطينية وتمت اعادة تشكيلها على أرض الوطن بعد إقامة السلطة الوطنية للقيام بدورها الرسمي والمشاركة في مختلف المناسبات الوطنية.

وأضاف ان عمل الفرقة بدأ في بيروت، وتواصل أربعة عشر عاماً فيها وجابت مختلف الدول بناء على طلب القيادة الى ان خرج القسم الأكبر من أعضائها الى عدن وتفرق الجزء الآخر في مختلف الأقطار العربية، فتشكلت مجموعات موسيقية صغيرة عملت بمفردها.

وبعد العودة للوطن بدأنا بتدريب اشبال للعمل

في الفرقة، ورغم انعدام الامكانيات استطعنا الوصول الى درجة عالية من الأداء بمساندة العديد من المسؤولين الذين قدموا كل العون لتطويرها.

وأضاف ان عمل الفرقة انطلق عام ١٩٩٦ بالمشاركة في استقبالات الرئيس والمهرجانات العامة والمرتبطة بمناسباتنا الوطنية والدينية، وتضم ٤٢ عضواً من عناصر الأمن الوطني، تم اختيارهم على أسس ومعايير محددة، وانها تتبع ادارياً لقيادة قوات الأمن الوطني، واختتم حديثه بالقول «اننا بدأنا من بيروت ونكمل مشوارنا في بيت المقدس».

أما الملازم رياض سعد بدران المسؤول الاداري للفرقة أوضح ان عمله يتلخص في متابعة كافة الأمور المتعلقة بالفرقة والتنسيق مع مختلف الجهات.

وأضاف ان الفرقة تحتاج الى آلات عزف ونحاسيات وقرب وان ادارتها تطمح لوجود معهد موسيقي يتابع الأعضاء على المستوى الفني، وقاعات تدريب، وكذلك تنظيم دورات موسيقية لتطوير كفاءة العاملين فيها، حتى يرتقي عملها وتتخذ اشكالاً وتخصصات أشمل.

وقال الملازم بدران اننا نتطلع



الملازم رياض بدران



المساعد عزالدين الصفدي

الى وجود كلية عسكرية للموسيقى تضم كافة الكوادر الموسيقية والى تشكيل أكثر من فرقة لافساح المجال أمام الابداع والأداء بصورة مرضية.

أما المساعد عز الدين الصفدي الذي التحق بالفرقة في الوطن منذ تأسيسها، فقد أوضح ان المسؤولين الغوا قسماً من تخصصاتها وان التدريب فيها متواصل، فقد كان المقدم عمر يتولى التدريب على النحاسيات وغازي يوسف القرب الى ان تم الالتحاق بالمعهد الوطني للموسيقى في دورة تستمر عاماً كاملاً بمساعدة المدربين القدماء.

وأضاف ان من بين الذين تركوا أثراً واضحاً على الفرقة المدرب ابراهيم حميدان، مشيراً الى ان ضعف الامكانيات لم يثن القائمين على الفرقة من المضي قدماً نحو تطويرها ورفع مستوى أدائها.



المقدم عمر بدران يتقدم الفرقة الموسيقية العسكرية في احد عروضها

وطني العددان (٣٩ / ٤٠) - ٩٣

وطني العددان (٣٩ / ٤٠) - ٩٢

وطني الفرقة

الموسيقية العسكرية ركن من المؤسسة العسكرية في مختلف الدول، وهي الوجه المشرق الذي يستقبل الوفود الزائرة، والصوت الصادح الذي يعبر عن انتماء الفرد لبلده وقومه وامته.

# الف قتيل يومياً

# الاتّجار "المشروع" بالأسلحة الخفيفة

### ترجمة هالة الشريف

ويرجع النمو الواضح لعدد الشركات والبلدان المنتجة في جزء كبير منه إلى تحويل تكنولوجيا إنتاج الأسلحة، الذي أصبح ممكناً بفضل اتفاقيات الامتيازات.

وعبر ذلك، يمكن لشركة تصنيع سلاح قائم في بلد ما، الترخيص لمصنع يقع في بلد آخر، إعادة صناعة أسلحتها.

وعموماً تكون هذه الاتفاقيات مصحوبة ببيانات تقنية دقيقة جداً، وأحياناً بتجهيزات ضرورية حتى تتمكن الآلات من إنتاج نسخ "مطابقة للاصل" للنموذج الاصلي.

إن منح الامتياز ليس بفكرة جديدة فقد أنشىء المصنع الوطني في بلجيكا سنة ١٨٨٩ بهدف صناعة بنادق MAUSER الألمانية.

ووقعت أربع عشرة دولة بين سنة ١٩٦٠ و١٩٩٩ على اتفاقيات امتياز لمصلحة شركات مقيمة في ٤٦ دولة، وعلى الرغم من أن جزء كبير من هذه الدول لم يزل في طريق النمو.

وقامت ستة عشرة دولة من بينها تلك الدول بعد ذلك بتصدير الأسلحة المصنعة في إطار هذه الترتيبات منها البرازيل، شيلي، مصر، الهند، إيران اندونيسيا، كوريا الشمالية والجنوبية، الباكستان، سنغافورة جنوب إفريقيا وتركيا، وعادة ما يكون ذلك التصدير عكس بنود السياسية ربط سياسيتها مع تركيا بالتزامها بحقوق الإنسان، وهذا الاتفاق يوفر لتركيا وسيلة مستقلة ومحلية لإنتاج الأسلحة الخفيفة.

إن منتجي الأسلحة هم بلا شك أفضل الخبراء في التهرب من المسؤولية، وهناك ثلاثة أمثلة تسمح بالتأكد من أنهم من الناحية العملي - ودون الخضوع لتفتيشات بالغة الهشاشة من قبل الدول- بإمكانهم تفادي الأنظمة قاعدة حسن السلوك التي اعتمدها الاتحاد الأوروبي في شهر حزيران ١٩٩٨.

ان الأسلحة التي تنتجها H&K ®HECKLER - KOCH مشهورة في العالم بأسره.

ولقد اعتمدت بنادقيتها الـG3 (عيار ٧.٦٢ ملم) من قبل أربعين جيشاً في العالم، ويتم إنتاجها بمنحة امتياز في اثني عشرة دولة، ولقد أعيد تصنيعها من قبل ROYAL ORDNANC-RO)فرع لبرتش ايروسباس سنة ١٩٩١.

وليس من المعقول والوارد أن تمارس شركة بهذه الأهمية مبيعات غير شرعية إلا أنه رغم الحصار المفروض على مبيعات الأسلحة في يوغسلافيا السابقة سنة ١٩٩١، من قبل الأمم المتحدة، فلقد توفر للمقاتلين في البوسنة والهرسك وفي صربيا رشاشات الـ mP5 من شركة K&H.

للقصة تشعبات مختلفة: كانت ألمانيا فقط التي تمنع تصدير الأسلحة ليوغسلافيا قبل سنة ١٩٩١. وتشرح شركة HK قائلة بان هذه الأسلحة صنعت من قبل ROYAL ORDNANC-RO في مصنعها في انفيلد (القريب من لندن) قبل سنة ١٩٨٧، لكنها تؤكد بأنها لا تعرف "كم من رشاش MP5 تم تسليمها إلى انفيلد". أما احد الناطقين باسم ROYAL ORDNANC فيشرح بدوره قائلاً: ان الفرع البريطاني

لـ HK لم يسلم ابداً أسلحة ليوغسلافيا «وانه يحترم بدقة قوانين حكومة جلالتها ولا يصدر إلا باتجاه الأماكن التي لديها معا اتفاقية»، لكنه يضيف قائلاً: ليس بالإمكان اعتبارنا مسؤولين عما يقع بالنهاية في يدي أطراف أخرى» انه لتهرب سهل.

## مسار متعرج

بالنسبة لبرتش ايروسباس، هذه الأحداث إذا وقعت، فقد جرت «قبل أن تشتري شركة ROYAL شركة K&H سنة ١٩٩١، يفتقر هذا الشرح إلى الحقيقة حيث انه يفترض أن K&H و M&O لم يكن لديهما أي علاقة أساسية قبل التحامها سنة ١٩٩١ مهما يكن، وعلى الرغم من أن أي من الشركتين لم تتصرف تقنياً بشكل غير شرعي، فقد وصلت الأسلحة فعلياً إلى منطقة نزاع - بعد مسار متعرج يهدف إلى استغلال التفكك بين القوانين البريطانية والألمانية لتفادي إجراءات الحظر.

تنتج الشركة الوطنية التركية MKEK (صناعات كيماوية وميكانيكية) مجموعة كاملة من الأسلحة الخفيفة والذخيرة، بمنحة امتياز، وغالباً ما تكون هذه الامتيازات مكونة من اتفاقيات معقدة جداً تتعلق بأكثر من قطعة غيار أو أكثر من نوع سلاح وقعت MKEK سنة ١٩٩٢ اتفاقاً مع الشركة الفرنسية GIAT التي كانت مكلفة بالتزويد والتصنيع لسبطانات البنادق وأبراج العربات مصفحة لنقل الجيش بتعاون الشركة الأميركية FMC وفي إطار برنامج غير مباشر للتعويض الصناعي هذه الترتيبات الملحقة بالعقود تسمى (OFFSET) قيمته ٢٩ مليون دولار، قدمت لشركة MKEK شركة GIAT تكنولوجية إنتاجها للذخيرة من عيار ٢٥ ملم.

وتقوم MKEK أيضاً بصناعة مجموعة كاملة من الأسلحة الخفيفة K.H بمنحة الامتياز، كما وقعت سنة ١٩٩٨ على اتفاق إنتاج مع HK يسمح لها بإنتاج ٢٠٠٠٠ بندقية هجومية HK33 عيار ٥.٥٦ ملم على الأراضي التركية إثناء العشر سنوات المقبلة. وفي حين أن دولاً كالمانيا ربطت سياستها مع

وكانت ستتمكن من استثمارها بسرعة، وعلمنا في شهر ١٩٩٨/٧ بان MKEK ستزود الشرطة الاندونيسية بـ ٥٠٠ رشاش MP5 وتستخدم القوات الخاصة الاندونيسية (KOPASSUS) التي ظهرت في تيمور الشرقية، رشاشات MP5 وأشار برنامج بريطاني سنة ١٩٩٧ كيف تتدرب قوات KOPASSUS على استخدام رشاشات MP5.

وأخيراً تعترف بريتش ايروسباس بانه بالفعل تمت صناعة هذه الأسلحة في مصنعها في نوتغهام سنة ١٩٩٦، على الرغم من نفي المملكة المتحدة انه تم التوقيع على اذن تصدير كهذا، ولا يتوافر أي أثر رسمي لاتفاق كهذا.

وأشارت الحكومة العمالية الجديدة انها تلقت سنة ١٩٩٧ أربعة طلبات منح امتياز لتصنيع رشاشات لاندونيسيا، أي ما مجموعه ٣٦٦ قطعة سلاح فتم رفض ثلاثة طلبات وسحب الرابع.

مع ذلك أعلنت MKEK بعد وقت قليل انها توفر الأسلحة ذاتها إلى قوات الشرطة الاندونيسية لمصلحة بلد ما أو لآخر حين تخضع التركية أرسلت ٥٠٠ رشاش MP5 باتجاه اندونيسيا في شهر سبتمبر ١٩٩٩ في ذروة الاقتتال في تيمور الشرقية.

لم يكن بإمكان الفرع البريطاني لـ HK ولا فرعه بالمانيا تصدير هذه الأسلحة

بسبب حصار الاتحاد الأوروبي المفروض على اندونيسيا، إلا ان تركيا، العضو في حلف شمال الأطلسي وليس في الاتحاد الأوروبي، - بإمكانها القيام بذلك دون قيود.

وبذلك هل يجب على الاتحاد الأوروبي إلا إذا قام بخدش «قاعدة سلوكه الحالي»، أن يشترط بان المكسب الأوروبي الذي يفرضه على المتقدمين للانخراط الكامل في الاتحاد هو التناسق في ممارستهم لتصدير الأسلحة - وإظهار قدرتهم على السيطرة عليها على مدى عدة سنوات.

تفاوض شركة كولت الأميركية حالياً لشراء K&H، وسيراقب متخصصون في التسلح باهتمام كبير الطريقة التي ستدخل شركة كولت شركة K&H في الحدود التي تقرها القوانين الأميركية الامتياز فيما يتعلق بمنح الامتياز.

إن ذلك بإمكانه وضع بعض العراقيل أمام شركة -BRUGGER THOMET السويسرية، التي تقوم بشراء رشاشات الـ MP5 من K&H- MKEK المصنعة بامتياز في تركيا وتضيف هي إليها كواتم الصوت، وتطمئن الكتيبات الدعائية للشركة المشترين: بانه لا يتم في الوقت الحالي إعادة إنتاج أسلحتها.

كانت شركة مصنع بالكستان الحكومية PAKISTAN ORDNANCE FACTORY (POF) تستخدم نحو ٤٠ الف شخص سنة ١٩٨٦ وقد وصلت مبيعاتها إلى ٣٠ مليون دولار سنوياً، وتخطط لتصدير بقيمة ١٥٠ مليون دولار في مستقبل قريب، وتصنع POF بامتياز نفس هذه الرشاشات الهجومية MP5 و G3 بما في ذلك البنادق الرشاشة لـK&H وتصنع أيضاً رشاشات بنادق الـ RHEINMETAL MG3 وذخائر مضادة للدبابات عيار ١٠٥ ملم من نوع ROYAL ORDNANC.

وحسب صاحب مصنع أسلحة باكستاني، فالأسباب الرئيسية لعلاقة RHEINMETAL مع POF تكمن في قدرة POF تزويد المستفيد بشهادات تسمح بتصدير أسلحة ألمانية إلى الكويت. ويمنع القانون الألماني تصدير الأسلحة إلى الشرق الأوسط، وهذا يشكل للباكستان بوابة خروج سهلة ومشروعة. وحسب معلوماتنا فقد أتاح لنوع آخر من هذه الخدمة للمحطة النهائية، للشركات الألمانية، من تحويل لشركة مصنع POF الباكستاني صنع كمية أسلحة لاتفاقية كان قد تم التفاوض عليه مع مشتر من الشرق الأوسط.

ويعتبر POF متورط في عدة اتفاقيات مشبوهة، بما في ذلك بيع ١٥٠ رشاشاً و٥٠٠٠ قنبلة عيار ١٢٠ ملم و٥٠٠٠٠ رصاصة ذخيرة للحكومة المنتفعة من بورما في شهر آذار ١٩٨٩ دون ان ننسى بنادق الـG3 لكينيا التي تم بيعها عبر LIGHT WEIGHT ARMOUR وهي شركة بريطانية، ترفض أي تعليق في الموضوع، كما أن POF عرضت ألغاماً مضادة للأفراد على السودان.

ولكي تتوقف الحكومات عن تشجيع هذه التصرفات اللامبالية، يجب سد «الفراغات» في الترتيبات والقوانين، ويجب ان تخضع اتفاقيات منح الامتياز لرخصة مطابقة لقوانين التصدير الوطنية، وكأن الأمر يتعلق بتحويل مباشر للأسلحة.

ولكي تعمل قاعدة السلوك الأوروبي حقيقة، يجب ان تكون مصحوبة بقانون يفرض تطبيقها، ويجب منح الامتياز لمصلحة بلد ما أو لآخر حين يكون البيع المباشر للأسلحة لها ممنوعا، ويجب السيطرة على إعادة التصدير، ومعاقبة التدليس وضع «كنترول» دولي وجماعي حول المحطة النهائية للأسلحة، بطريقة تمنع إلغاء شهادات المحاباة كل مراقبة لبيع الأسلحة.

بالنسبة للنزاعات في تأجيج المجتمع الدولي أخيراً عين الأسلحة الخفيفة في تأجيج النزاعات، يركز الآن على «التجارة غير المشروعة». لكن إذا كانت هذه التجارة تمثل أيضاً تهديداً حقيقياً لشعوب إفريقيا، لا يجب نسيان أن أغلبية الأسلحة الخفيفة التي تباع خارج سيطرة الدول، قد تمت في البداية صناعتها وبيعها بشكل مشروع. ولتنظيم تجارة «مشروعة» مع المحافظة في الوقت نفسه على الأسواق «غير المشروعة» تلجأ الدول الغربية إلى آليتين تفتح لهما الطريق: وهما السمسرة ومنح الامتياز.

ان السمسار يجمع المشتري والبائع والناقل والممول والمؤمن لترتيب نقل أسلحة أو ذخيرة، وتتم الصفقة كلها في بلدة في دولة لم تدخلها الأسلحة أبداً.

وحيث لا يكون السمسار مالكاً لهذه القطع، وبذلك يكون الوضع مريحاً لكل الأطراف لتفادي القوانين الوطنية.

وإذا ما اطلعنا على تطور الطلبات العامة، داخل الاتحاد الأوروبي فان الصناعة كاسدة، إلا ان طاقتها الإنتاجية تضاعفت في مناطق أخرى من العالم، فبنادق m16 و FAL البلجيكي، و G3 الألماني AK-47، أو قاذف القنابل الروسي RPPG-7 والرشاش الإسرائيلي عوزي أو MP5 البريطاني HEKLER- KOCH، يتم تصنيعها في بلدان أخرى بمنح الامتياز.

كما ان عدد البلدان التي تنتج الأسلحة الخفيفة تضاعف بين سنة ١٩٦٠ - ١٩٩٩ ويضرب عدد المصنعين بستة اضعاف، وتخلص بلدان أوروبا الشرقية من أسلحتها الخفيفة الخاضعة لمعايير معاهدة فارصوفيا، فيرسلونها إلى مناطق النزاع في باقي العالم، لكي يعيدوا تصنيع أسلحة جديدة مستفيدين من الامتياز وطبقاً لمعايير منظمة حلف شمال الأطلسي (NATO).

وطبقاً للأبحاث الحالية، تقوم ٣٨٥ شركة في ٦٤ دولة بصناعة أسلحة خفيفة أو ذخيرة، ولكن الغموض الواقع على هذا النوع من القضايا يقودنا إلى الاستنتاج بأن هذا التقدير أقل بكثير من الحقيقة.

ويقع جزء كبير من هذا الارتفاع على عاتق التجزئة وخصخصة صناعة الأسلحة في المحور الشيوعي السابق، وليس لدينا أي معلومات تتعلق بقدرة مصانع الأسلحة الصغيرة على الإنتاج. لكن الولايات المتحدة وحدها تجعل من ذلك واجهها، حيث تشير الأرقام الرسمية لوزارة الخارجية انه تم تصدير ما قيمته ٥,١ مليار دولار من التسليح الخفيف، والذخيرة وقطع الغيار، أي ١.٦ مليون سلاح ناري، وتقريباً مائتا ألف قنبلة يدوية وأكثر من مليار رصاصة، وذلك فقط لفترة ما بين سنة ١٩٩٦- ١٩٩٨.

## اقتصاد

### لأنها تشكل خطراً شاملاً وتكرس الاحتلال

# مقاطعة كبيرة لانتاج المستوطنات
## حملات توعية لمحاربة البضائع الاسرائيلية

**تقرير: جميل لدادوة**

9هناي- اصبحت مقاطعة المنتوجات الاسرائيلية عنواناً لمرحلة جديدة من مراحل التحرر الوطني والتنمية والبناء، وجاءت الدعوات الى المقاطعة تتويجاً لجهود وطنية خلاقة على الصعيد المحلي والاقليمي والدولي تكاتفت فيها مؤسسات رسمية واهلية فلسطينية كان ابرزها وزارات الزراعة والصناعة والتموين واتحاد الغرفة التجارية الصناعية برام الله تم تشكيل المرصد الفلسطيني، والمرصد الفلسطيني ومؤسسة مفتاح.

فكان مؤتمر التضامن مع الشعب الفلسطيني في آذار عام 99 تظاهرة دولية لمقاطعة المنتجات الاسرائيلية، ودعوة واضحة لدعم وترويج المنتج الفلسطيني محلياً وعالمياً، وموقف جازم وصريح من العديد من المنظمات الاهلية الاوروبية (ECCP) التي ارسلت وفداً لدراسة حيثيات المقاطعة والاستئناس برأي الجانب الفلسطيني الرسمي والشعبي.

### المرصد الفلسطيني

وعلى ضوء النتائج التي خرجت بها ورشة عمل حول المقاطعة في الغرفة التجارية الصناعية برام الله تم تشكيل المرصد الفلسطيني من مجموع مؤسسات رسمية واهلية كمجموعة عمل لدعم الموقف الخاص بالمقاطعة ومنتوجات المستوطنات باعتبارها غير شرعية ومنافية للقوانين والقرارات الدولية، ومنع اعطاء وكالات تجارية داخل الاراضي لاي من تلك المنتوجات، وفي نفس الوقت ترويج المنتجات الفلسطينية محلياً واوروبياً، وتجنيد الرأي العام الرسمي والشعبي الاوروبي والعالمي لرفع الحصار عن الاقتصاد الفلسطيني.

وحول جهود المرصد الفلسطيني لانجاح مقاطعة منتجات المستوطنات والمنتوجات الاسرائيلية التي يتوفر لها بدائل، ودعم المنتوجات الفلسطينية قالت رنا القبج ان المرصد سعى بشكل واسع الى زيادة وعي المواطنين باهمية مقاطعة المنتوجات الاسرائيلية وتعريفهم بالماركات والصناعات التي يتم انتاجها في المستوطنات واهمية تعزيز الصناعات الوطنية من خلال وسائل اعلامية مختلفة من صحف ومحطات اذاعة وتلفزة واصدار ملصقات وتوزيع بيانات. وتوجه المرصد الى كافة وسائل الاعلام الفلسطينية بالطلب لرفض نشر اي اعلان يتعلق بمنتجات المستوطنات.

واضافت القبج ان المرصد شارك بمؤتمر صحفي في بلجيكا لتوسيع حملة المقاطعة لمنتجات المستوطنات، وعقد مؤتمر بمشاركة ممثلي مختلف الوزارات انبثقت عنه لجان لمتابعة المقاطعة، ولقاء مفتوح لدعم الصناعات الفلسطينية وتشجيع الاقبال عليها اثمرت جميعها بتحقيق نجاح ملموس في هذا المجال، مشيرة الى توقف بعض المصانع داخل المستوطنات عن العمل كمصنع سوبر درنك ونقل اخرى الى داخل الخط الاخضر مثل (بيجل انديبجل).

وقالت ان المرصد يركز الآن على مقاطعة السلع الاسرائيلية التي لها بديل فلسطيني مثل (الاكامول) اذ اننا نستورد سنوياً ما يعادل مليوني دولار، وفي المقابل نشجع الصناعات المحلية التي تتمتع بجودة عالية وحصلت على شهادات بذلك، بهدف المساهمة في بناء اقتصاد وطني.

وقالت ان المقاطعة المنشودة تشمل الخدمات والاتصالات، وان صحوة جماهيرية وبلورة استراتيجية تخدم مستقبلنا انطلقت، وان وزارات الصناعة والتموين والزراعة بالتعاون مع المرصد بدأت بالعمل للمحافظة على جودة السلع المحلية، حتى تصبح المقاطعة جزء من السلوك اليومي للمواطن.

### مفتاح

واحتل موضوع المقاطعة جزءاً مهماً من نشاطات مركز المبادرة الفلسطينية لتعميق الحوار «مفتاح» خاصة ما يتعلق بنشاط الشركات العالمية التي لها فروع في المستوطنات مثل مطاعم «كنغ بيرغر» التي افتتحت فرعا لها في مستوطنة معاليه ادوميم. وقال صلاح هنية من المركز ان اقامة مثل هذه المنشآت في المستوطنات يعني اعترافا بشرعيتها كجزء من اسرائيل وليست على اراض محتلة وهو ما نحاربه.

واضاف ان هناك شركات عالمية مستهدفة من نشاطات المركز كشركة بنياتون للازياء الايطالية، وان انتفاضة الاقصى وسعت دعوة المقاطعة من خلال التعاون مع اللجان الشعبية.

وقال هنية: ان الحملة اعطت نتائج ايجابية سواء على صعيد الشركات العالمية العاملة في المستوطنات او على صعيد مقاطعة منتجات المستوطنات فقد اضطرت عدة مصانع لنقل مقراتها الى داخل اسرائيل.

وحول المشاكل الناجمة عن المقاطعة قال هنية ان اهمها ما تتعرض له السلطة الوطنية من ضغط من قبل الجهات الاسرائيلية، من خلال طلب ثمن بعض الاحتياجات سلفاً وعدم اعادة الفائض او التالف منها، وكذلك الحصار الاسرائيلي وخلق الصعوبات امام وصول السلع الفلسطينية للاسواق المحلية والخارجية. ورغم ذلك فان التوجه الشعبي والرسمي نحو انجاح المقاطعة وتشجيع المنتج المحلي وتطويره يساهم في الحد من مشكلة البطالة وتدعيم اسس الاقتصاد الوطني.

واشار هنية الى ان السلطة الفلسطينية اصبحت الان افضل بفضل اعتماد المواصفات والمقاييس العالمية في الانتاج وحرص المؤسسات الرسمية والاهلية، واشاد بالمنظمات الشعبية الاوروبية للتضامن مع الشعب الفلسطيني التي بادرت بمتابعة منع دخول منتجات المستوطنات الى الاسواق الاوروبية باعتبار ذلك خرق لاتفاقية التجارة الاوروبية الاسرائيلية والتي عقدت لتحقيق ذلك مؤتمر في بروكسل للاعلان عن انطلاقة حملة المقاطعة.

### مدرسة الكوادر

وتحت شعار «قاطعوا منتجات المستوطنات في فلسطين» قال بكر ابو بكر مسؤول مدرسة الكوادر في هيئة التوجيه السياسي والوطني ان كل فلس يدفع لشراء ما ينتج في المستوطنات يساهم في استمرار احتلال اسرائيل لارضنا الفلسطينية ويطور المستوطنات ويعزز الاستثمار فيها، كما ان السيولة التي ندفعها ثمن ما يمكن ان نشتريه تتحول الى رصاص ضدنا ويضر باقتصادنا وتطورنا، ولذلك اعدت مدرسة الكوادر قائمة باسماء البضائع المنتجة في المستوطنات باسم القائمة السوداء لتعريف المواطنين على البضائع الواجب مقاطعتها.

واشار ابو بكر الى ضرورة التوعية الدائمة لانجاح دعوة المقاطعة حتى نتمكن من السير بثقة لتحقيق الاستقلال المتكافئ والتحرر الاقتصادي ورفع مستوى انتاجنا وحياتنا، وهذا جزء من رسالة مدرسة الكوادر في توعية الجماهير والمؤسسات الرسمية والشعبية لتحقيق الاهداف.

### وزارة التموين

وعن دور وزارة التموين في مقاطعة منتجات المستوطنات والمنتوجات الاسرائيلية اوضح وليد التميمي ان المواطن الفلسطيني يقف حائراً بين عقلانية التوجه لمقاطعة ما ينتج اسرائيلياً ودعم الاقتصاد والصناعات الفلسطينية، فقد بدأنا في اللجنة الوطنية لمحاربة منتجات المستوطنات وتشجيع المنتوج الوطني، وتم تشكيل اربع لجان بقرار من وزير الاقتصاد الوطني، وبناء على قرار علي شاهين لمتابعة ذلك باشرت بموجبه الرقابة والتفتيش في الوزارة بالعمل ومصادرة اي منتج لجان الاغاثة الزراعية، وخاصة ما يصنع في المستوطنات يتم العثور عليه في اسواقنا المحلية.

واوضح ان تلك السلع كانت تسوق على حساب الانتاج الوطني بحكم تداخل المستوطنات وتهرب الى اسواقنا بواسطة شبكات منظمة وفي اغلب الاحيان تكون فاسدة ومنتهية الصلاحية ويجب اتلافها، وهذا لا يعتبر فقط دعماً للمستوطنات وانما الحاق الضرر بالصحة والبيئة والاقتصاد الفلسطيني.

فقد اثبتت الفحوصات المخبرية بصورة لا تقبل التأويل، ان العديد من البضائع القادمة من المستوطنات لا تصلح للاستهلاك الآدمي، تم تغليفها وتغيير تواريخ الصلاحية الحقيقية لها وتزوير المعلومات الخاصة بمحتوياتها وامكان انتاجها فهناك العديد من السلع تنتج في المستوطنات ويتم تغيير مكان الانتاج المدون الى داخل الخط الاخضر.

واضاف التميمي انه من اجل محاربة ذلك فان وزارات التموين والتجارة والصحة والزراعة والضابطة الجمركية ومؤسسة المواصفات والمقاييس تتولى متابعة تطبيق القوانين المرعية بضرورة وجود وسم تجاري على كل سلعة منتجة في اسرائيل ببيانات باللغتين العربية والعبرية، وتقوم لجنة من المؤسسات المذكورة بالتأكد من صحة البيانات التي تحملها السلع وامكان الانتاج تطبيقاً لمقاطعة منتجات المستوطنات.

> ### دعم الصناعات الوطنية واجب وطني

## شؤون امنية

# الإشاعة وتصفية الحسابات

**العقيد خالد طنطش**



### الإشاعة

الإشاعة السوداء أو ما يعرف بالحرب النفسية في زمن الحروب والأزمات سواء منها السياسية او الاقتصادية او الاجتماعية حرب خطيرة، وفي هذا السياق سنتحدث عن دور الإشاعة والحرب النفسية في تصفية الحسابات الشخصية انطلاقاً من القاعدة القائلتان ما ينطبق على الدول ينطبق على الشعوب وما ينطبق على الشعوب ينطبق على الأفراد، اذ ليس من الضرورة ان تكون تصفية الحساب بين شخص وآخر بل من الممكن ان تكون تصفية الحساب بين دولة وشخص وان تقوم تلك الدولة باستهداف هذا الشخص او ذاك لانه يشكل خطراً عليها ولدينا دليل واضح على ما تقوم به «اسرائيل» في المرحلة الراهنة من عمليات اغتيال ضد نشطاء الانتفاضة.

كذلك ليس بالضرورة ان تكون تصفية الحسابات من خلال القتل وحده بل يلجأ العدو الى عدة أساليب ووسائل من ضمنها التصفيات المعنوية والتي تستخدم بها اكثر الوسائل فتكاً الا وهي الاشاعة ونشر الأقاويل والمعلومات الكاذبة بهدف تضليل الرأي العام، وخلق جو من البلبلة والفوضى والارتباك والاحباط واليأس بهدف القضاء على الروح المعنوية وزرع طابور خامس تكون مهمته الاولى خلق رأي عام ضد هذه المؤسسة او تلك، او هذا الشخص او ذاك بهدف الاطاحة به او تشويه سمعته او الاساءة اليه.

### أهدافها:

أ- اثارة البلبلة والفوضى والذعر والارهاب وخلق حالة من عدم الاستقرار النفسي.

ب- قتل الروح المعنوية وخلق حالة من اليأس والاحباط لدى المواطنين تقودهم لتصديق كل ما يقال في الشارع العام دون تمييز او معرفة للحقيقة.

ج- تساعد على خلق وايجاد بعض القوى الخارجة عن القانون والصف الوطني مدعومة من جهات مشبوهة تعمل لصالح العدو ضد المصالح والاهداف الوطنية.

د- خلق تيارات سياسية وفكرية مختلفة داخل المجتمع من اجل تقسيم ابناء الشعب الواحد الى شيع واحزاب.

هـ- تشجيع الفئوية والعشائرية والشللية والقبلية من اجل تغليب الفوضى والتخريب العائلي على حساب سيادة القانون والنظام العام.

و- تعمل على ايجاد جو وتربة خصبة من اجل القيام بعمليات اسقاط اخلاقي وأمني بهدف تحويل المجتمع الى عبيد لا حول لهم ولا قوة الا خدمة العدو وعملائه.

ز- تقوم بالتركيز على العناصر والاشخاص اصحاب بعض المواقع المؤثرة بالسلطة او المجتمع من اجل الاساءة لهم وتشويه سمعتهم وصورتهم امام المواطنين بهدف تحطيم السلطة والقضاء، على النظام والقانون حتى تسود شريعة الغاب.

ح- خلق جيش وميليشيا من العبيد على غرار ما فعلته بعض الدول وفي مقدمتها اسرائيل عندما قامت بانشاء، بعض التنظيمات المتعاونة معها والتي عملت لصالحها مثل روابط القرى وجيش العميل لحد.

الأدوات المستخدمة في نشر الإشاعة وتصفية الحسابات

أ- كافة وسائل الاعلام ومنها الانترنت الذي اصبح يستعمل بطريقة فذة للتسلية

والاساءة بديلاً من استغلاله بطريقة جيدة من اجل خدمة الافراد والمجتمع.

ب- العملاء الخونة خاصة اولئك غير المعروفين لقوى الامن والشارع والرأي العام.

ج- البيانات والمنشورات التي تلقى بالزاوية المظلمة وفي جنح الليل وتحت غطاء الحرص على الوطن والمواطن.

د- بعض الاشخاص الذين تضررت مصالحهم الخاصة - الوظيفية والاجتماعية- والعراقيل التي وضعتها اسرائيل امامها للحيلولة دون تمكينها من جمع الحقائق والاحصائيات اللازمة لتنفيذ مهمتها كما خططت لها والحسد والحقد.

هـ- بعض الرجال ممن لديهم خيال مريض واوهام معلقة في عالم الغيب ولديهم استعداد للتعاون مع الشيطان من اجل الوصول الى اهدافهم المريضة.

و- الاشاعة السوداء تعمل على النيل من اشخاص اقوياء في مواقعهم الوظيفية والاقتصادية والاجتماعية والمؤسساتية بهدف خلق رأي عام مناوئ لهؤلاء الرجال للاطاحة بهم على أمل افساح المجال امام البعض الآخر لتسلم مواقعهم خدمة للعدو اولاً وخدمة لمصالحهم ثانياً.

ز- الاشخاص الذين يعانون من فشل دائم ومستمر في حياتهم اليومية سواء كان منها الوظيفية او الاجتماعية وتقتلهم الغيرة والحسد.

ما هو المطلوب حيال الحرب النفسية والهمجية الصهيونية الشرسة؟

**أولاً: على الصعيد الجماهيري**

1- الاستمرار بكفاحنا ونضالنا وبناء مؤسساتنا الوطنية ومحاربة كل أعداء الوطن من ذوي النفوس المريضة ومن الخونة والعملاء المأجورين.

2- عدم الانجرار وراء الدعايات والأقاويل والمعلومات الكاذبة والتحقق من صحة كل ما يقال ويروج من خلال المصادر الرسمية، والموثقة.

3- التصدي بحزم لكل من يحاول استمرار تداول الاشاعة والترويج لها لان مجرد التداول بالإشاعة يعتبر خدمة ومشاركة فعلية للخونة واعداء الوطن.

4- زيادة اليقظة والحيطة والحذر حيال ما يذاع وينشر بكافة وسائل الاعلام المحلية والدولية المعنية بالشأن الصحي والبيئي في المنطقة لتوفير الحماية للحيوانات المهددة وفضح اساليب الاحتلال وعدم اخذ كل ما يقال على انه مسلم به.

**ثانياً: على صعيد الشرطة**

1- الالتزام الحديدي بكل ما يصدر عن قيادة الشرطة من تعليمات واوامر وتنفيذها بدقة متناهية ووعي وطني خلاق.

2- عدم الانجرار وراء الاشاعات والأقاويل المضللة ومراجعة الجهات المسؤولة وكشف من يقوم بترويجها للمسؤولين.

3- نبذ الخلافات والمشاكل الشخصية وتغليب المصلحة العامة والشرطية على المصالح الشخصية وكشف مفتعلي المشاكل للجهات المسؤولة.

4- الحيطة والحذر من المندسين والعملاء، بين الصفوف، ومقاومة الاغراءات بكافة أشكالها.

5- العمل على زيادة وتعميق الوعي الوطني والشرطي في كافة المستويات.
---

## بيئة

# «اسرائيل» والحرب الجرثومية

**بقلم: ياسين ياسين**

المنظمات العالمية لحقوق الانسان وقفت عاجزة عن كشف وبيان حجم العدوان الواقع على الشعب الفلسطيني، نتيجة المضايقات والعراقيل التي وضعتها اسرائيل امامها للحيلولة دون تمكينها من جمع الحقائق والاحصائيات اللازمة لتنفيذ مهمتها كما خططت لها والتي كان آخرها اطلاق النار على وفد التحقيق التابعة للامم المتحدة.

والسؤال الذي يطرح نفسه هل تستطيع المنظمات الانسانية العالمية وتلك التي تعنى بالحيوانات والبيئة الخروج من دائرة الضغط والمضايقة لمراقبة او حتى وقف الاعتداء ليس فقط على الانسان الفلسطيني وانما ايضا على الحيوانات والبيئة الفلسطينية؟

في الآونة الاخيرة ظهرت مجموعة من الحيوانات الغريبة مثل الكلاب والقطط وغيرها المتميزة بكبر حجمها وعدوانية طباعها في المناطق الفلسطينية مصابة بامراض معدية، يجعل منها خطراً على الثروة الحيوانية في فلسطين ويهدد العديد من اصنافها بامراض خطيرة اذا ما اختلطت او تزاوجت تلك الحيوانات مع بعضها البعض.

ان هذه الظاهرة تستدعي البحث والمتابعة من قبل الهيئات والمؤسسات المحلية والدولية المعنية بالشأن الصحي والبيئي في المنطقة لتوفير الحماية للحيوانات المهددة وفضح اساليب الاحتلال وعدوانيته التي اصبحت تطال كل ما هو فلسطيني من بشر وحيوانات وشجر وحجر.

واذا ما رجعنا قليلا الى الوراء فاننا نجد تاريخا اسودا للاحتلال في هذا المجال الذي اصبح مصدرا لتصدير الآفات والنفايات السامة والمواد الفاسدة والملوثة، ونذكر جيدا كيف صدر الاحتلال النفايات السامة الى الاردن، وساهم في نشر الايدز في مصر واطلق الخنازير البرية والذئاب في المزارع الفلسطينية خلال الانتفاضة الكبرى بقصد اثارة الرعب والحاق الضرر بالمواطن الفلسطيني.

وليس غريبا ما سمعناه حول نفق اكثر من 1500 دجاجة في مزرعة لاحد المواطنين في منطقة رام الله بعد اطلاق كميات من غاز غريب على مزرعته ادى الى اصابة الدواجن بمرض معد ادى الى نفوقها، ليبقى السؤال اين المؤسسات ذات العلاقة؟

ان مثل هذه الظاهرة لها مخاطر كبيرة على التوازن البيئي من جهة وعلى صحة الانسان من جهة اخرى، فالاحتلال يتعامل بوحشية مع الحياة الفلسطينية بجميع صورها بدءاً بالنباتات وانتهاءً بالانسان.

لقد زارت منظمات الرفق بالحيوان بزيارة للمناطق المحتلة واوصت بعدم استخدام الحيوان كوسيلة او شعار لمناهضة الاحتلال او كدرع واق، واغفلت ما هو اخطر من ذلك باستخدام الحيوان كوسيلة لقتل الانسان الفلسطيني.

ومع سلامة الفكرة، فاننا نقول ان في ذلك حق اريد به باطل، فنحن اكثر ادراكا لقيمة الحيوان من مجتمعات اخرى ولكن شراسة الاحتلال وعدوانيته هي التي حرمت الحيوان من حقه واستغلته ابشع استغلال حتى في العمليات العسكرية كما حدث في قرية عصيرة الشمالية عندما حالوا اغتيال احد المناضلين.

والغريب في الامر ان اسرائيل انشأت سلطة المحميات الطبيعية لحماية الطبيعة والحفاظ على الحيوان، فهل غاب عن ذهنها وسمعها وبصرها استخدام المؤسسة العسكرية الاسرائيلية الحيوانات لنقل الامراض ونشر الجراثيم؟ الا يخشون انقلاب السحر على الساحر...؟