تجسس

# الهاتف النقال..
## وامكانية استعماله للتجسس



حتى وقت قريب وبالتحديد في بداية الثلث الثالث من القرن الماضي كان الراديو والتلفزيون اكثر الادوات شعبية وفعالية في نقل المعلومات، وفي الحقيقة كان استيعاب هذه الاجهزة وتقنين عملها من قبل الجهات الرسمية متجزأ الى حد بعيد، وكانت الاجهزة اللاسلكية مقصورة على الاستخدامات الخاصة والعسكرية وهي ايضا تخضع لقوانين ونظمة خاصة بها يتم من خلالها ضبط فعاليتها ووضعها في سياق المهام المشروعة خصوصا اذا استثنينا من ذلك اجهزة التنصت التي كانت تستخدم استخدامات خاصة وبتداول محدود ولأغراض محددة.

ولكن مع التطور المذهل الذي شهدته ادوات الاتصال في الأزمنة الاخيرة ومع تعميم اطباق الاستخدام التلفزيوني والانتشار الواسع لاجهزة الكمبيوتر الفعالة وظهور الهاتف النقال وما وكأن الأمور أفلتت من يدها مما يستدعي وضع هذه الاجهزة وامكانياتها المذهلة تحت المجهر وامام المعنيين باتخاذ التدابير اللازمة.

فالهاتف النقال تحول عبر الكمبيوتر والتلفزيون الى ادوات فعالة للتحدث وارسال واستقبال المكالمات البريدية والالكترونية او المشاركة في المؤتمرات في اي وقت ومن اي مكان وبارغم من كل هذه المزايا التي يملكها الهاتف النقال الا ان كثيرا من العلماء والباحثين ينوهون الى امكانية حدوث اضرار جانبية من استعمال هذا الجهاز على صحة الانسان بشكل عام، لكن هذه الابحاث لم ترق حتى الان الى اليقين، هذا من الجانب الصحي، اما من الجانب التجسسي او المخاباراتي فهذا يختلف تماما وهذا ما موضوع بحثنا.

وكما اسلفنا فان الهاتف النقال اصبح جزءا مهما في حياتنا اليومية وعندما نقوم باتصال ما فاننا نفترض ان الامر سوف يبقى شخصيا وخاصا بنا، ولكن ما العمل فهناك تقنيات خاصة يمكن استخدامها في التنصت على هذا الجهاز، وكشف هذا التنصت كان يحدث في اجهزة الهواتف النقالة من النوع ( Anolog ) عن طريق استخدام فواحص ( Scanner ) خاصة.

اما الاجهزة الحديثة فالامر اصبح اكثر صعوبة، ولكن نستطيع مراقبة هاتف نقال يلزمنا معرفة معلومات كافية عن هذا الهاتف من خلال ( code number ) او ( الشيفرة ) الخاصة بهذا الجهاز فمن خلال الشيفرة تستطيع

ان تعرف كل المعلومات الخاصة بالجهاز، وبالتالي تستطيع كشف مراقبته من خلال اجهزة التنصت.

واعمال التنصت تحدث من خلال ارسال ذبذبات من اجهزة التنصت مساوية لذبذبات الجهاز المراد مراقبته، وكذلك الحال بالنسبة لعملية الاستقبال فيقوم جهاز التنصت باستقبال ذبذبات مساوية للذبذبات التي يرسلها الجهاز المراد مراقبته، ولكن هناك عدة طرق مضادة لحالات التنصت، والتي بواسطتها تتم عملية عرقلة التنصت الى حد كبير ومنها تطوير الاجهزة بحيث اصبح من الصعب جدا الدخول الى الرقم السري ( code number ) الخاص بتلك الاجهزة من النوع الجديد المعروف بالنظام الرقمي ( digital ).

وعندما يتم التأكد من مراقبة جهاز ما يقوم صاحب هذا الجهاز بارسال ترددات اعلى وبالتالي يقوم بالتشويش على عملية التنصت.

ونظرا لصعوبة التنصت على النوع الجديد من الهواتف الخلوية ( digital ) النظام الرقمي، وحاجة بعض الاجهزة المخابراتية للمعلومات عن اشخاص مهمين او صناعي قام عدت هذه الاجهزة الامنية لاتخاذ اقسام خاصة لحل الشيفرة الخاصة بهذا النوع عن طريق مهندسين متخصصين وزرع اجهزة تنصت داخل الهواتف النقالة، ومع تطور الهواتف النقالة اصبحت اجهزة التنصت متناهية

---



الصغر، على ذلك فيمكن زرع جهاز التنصت المتناهي في الصغر ضمن دائرة رئيسية في الهاتف الخلوي بحيث لا يمكن ازالة هذا الجهاز، لانه يقع ضمن مكونات الدائرة الرئيسية، وازالته تعني تلف الجهاز نفسه وعدم صلاحيته للاستخدام وجهاز التنصت يصمم ويركب داخل الهاتف الخلوي بحيث لا يدع مجالا للشك بانه مضاف للهاتف الخلوي بل انه من مكوناته الرئيسية.

وجهاز التنصت هذا يتغذى من بطارية خاصة به تعمل لمدة معينة من الزمن وعندما تفرغ البطارية الخاصة به، يعاد شحن جهاز التنصت بشكل تلقائي من البطارية الرئيسية للهاتف الخلوي بحيث ان جهاز التنصت يظل يعمل على مدار الـ ٢٤ ساعة وحتى لو كان الهاتف الخلوي مغلقا او تم نزع بطاريته، حيث نزع البطارية او اغلاق الجهاز لا يؤثر على عمل جهاز التنصت.

ويقوم جهاز التنصت ببث ما يدور مباشرة من حديث داخل اي مكان عن طريق بث موجات تستقبل على جهاز آخر، ولقد ظهرت حالات تنصت كثيرة من هذا القبيل وعلى سبيل المثال فقد كشفت الصحيفة الاسرائيلية يديعوت احرونوت في عددها الصادر ٩/٥/ ٢٠٠٠ عن الاسلوب الذي تقوم به الحكومة الاسرائيلية بالتنصت على المحادثات التي يقوم بها الرئيس ياسر عرفات وأعضاء السلطة الوطنية.

ونظرا لعدم الاستفادة عن هذا الجهاز في حياتنا اليومية فلا بد من ايجاد الطرق اللازمة لابطال مفعوله كجهاز تجسس واحد عن خطورته، ومع ثقة الامكانيات الموجودة لدينا لذلك نحن في مركز الدراسات والبحوث العلمية قد قمنا

بدراسة هذا الجهاز واولينا قدرا كبيرا من الاهتمام للحد من امكانية التجسس من خلاله.

## الطريقة الاولى

تبطين الغرف والقاعات التي تستخدم من قبل القيادات الفلسطينية المهمة بالواح من الرصاص حيث ان الهواتف النقالة واجهزة التنصت تعمل على مبدأ بث موجات كهرومغناطيسية، وألواح الرصاص هذه تعمل على امتصاص او منع خروج هذه الموجات من الغرفة وبالتالي فانها تبطل او تحد من عملية التنصت الى حد كبير، ولكن هذه الطريقة يمكن تطبيقها في نطاق ضيق لتكاليفها الباهظة جدا.

## الطريقة الثانية

باصدار تعميم بمنع دخول الهاتف النقال لمؤسساتنا العسكرية والمدنية، واجبار جميع الموظفين على استعمال الهاتف العادي في داخل مكاتبهم، وذلك بعمل غرف خاصة على بوابات المؤسسات واجبار جميع الموظفين والزوار بوضع اجهزتهم النقالة داخل هذه الغرف، حيث يقوم موظف مختص بمراقبة الداخلين الى المؤسسة او الوزارة واستلام الاجهزة النقالة منهم وتسليمهم اياها ثانية عند خروجهم من مكان العمل او المؤسسة.

ان هذه الطريقة سهلة وغير مكلفة فاذا ما طبقت بالكفاءة المطلوبة، فانها سوف تكون فعالة جدا في تجنب التجسس على معلوماتنا وقراراتنا الوطنية. وفي النهاية وكما اسلفنا سابقا فان هذه الاجهزة النقالة بامكانياتها المذهلة اخذت المرائية الدائمة ويجب على المعنيين باتخاذ القرارات اللازمة الاستفادة منها دون دفع ثمن سلبياتها.

« آفاق علمية »

## شؤون عسكرية



### ميغ ٤٢-١ أحدث مقاتلة في العالم

كشفت موسكو القناع خلال العام الماضي عن مقاتلتها الحديثة طراز ميغ ٤٢-١ والتي تعتبر أحدث مقاتلات الجو الروسية الصنع العمل عليها. لم تظهر الطائرة - في أي معرض دولي أو إقليمي، لكن الشركة المنتجة سربت صورها فقط بعضها وبعد لا يصل إلى أصابع اليد الواحدة. وكلها صور قربة قربة بلا تناول لقطات متعددة الوضع، ثبات تفاصيل الطائرة غير مكتملة، والواضح من إجرائها يصعب من تأكيده. لم تتسرب معلومات كافية عنها منها، فنية أو تكتيكية سواء من القوات الجوية الروسية أو الشركة المنتجة. وقد اجتهدت إحدى الجهات الصحفية الغربية المتخصصة، حاولت إزاحة الستار عن الطائرة والتعرف أكثر عليها من خلال الصور النادرة التي أتيحت لها، والتي نرفق أحداها في صدر هذا الموضوع، بعد تاريخ الطائرة الأحدث - ميغ ٤٢-١ لعام ١٩٨٦، حين قررت القوات الجوية في الاتحاد السوفييتي السابق، تحقيق رؤيتها في مقاتلة حديثة متطورة تحسم صراع المعارك الجوية مع منافساتها غربية الصنع وذلك بحلول القرن الهادي والعشرين، وبالفعل أنتج نموذج مبتنائا أوليتان شهدت نهاية عام ١٩٩٤ اختبارات الطيران لهما، لكن سرعان ما تجمدت تلك الاختبارات لم تستكمل لأسباب تتعلق بالتمويل وظلت الطائرتان برنامجهما معلقتين حتى الآن، ومن غير المنتظر خروجهما إلى النور قريباً في ظل الظروف الاقتصادية التي تعانيها موسكو حالياً.

غير أن مسؤولي الشركة المنتجة صرحوا لبعض المصادر الغربية، أن الكرملين يفكر جدياً في تحريك برنامج اختبار وتطوير ثم إنتاج الطائرة ميغ ٤٢-١ من خلال مساهمة شريك آخر، وتكهنت الجهات الغربية بأن الشريك المحتمل ربما يكون الصين أو الهند. ورغم ذلك فإن هناك دولا أخرى شرق أوسطية تحظى بمشاركة واسعة في البرامج التكنولوجية الأمريكية المتطورة، تسعى لاقتناء الروس بالمساهمة في هذا المشروع الذي ستنعكس عنه أحدث مقاتلة في العالم.

على أي حال فإن لمقاتلة الروسية المتطورة الحديثة ميغ ٤٢-١ تأخذ في تصميمها نفس الأسلوب الذي صمت به كل من الطائرتين الروسيتين الميغ - ٢٩ و٢٧، ٢٩ ، فردتين يزيدين من الأجنحة ومركزها أسفل هيكلها يمدخلي هواء عملاقتين على عكس الطائرات الحديثة عند فتحات مداخل هذا من خلال عملاقين أسفل كابينة القيادة، لذلك يبدو هيكلها من الأمام ضخماً وبصورة واضحة.

### ناسا تطلق بالوناً مبتكراً لدراسة الأرض

كان يجري العد التنازلي لإطلاق البالون الذي يعد ثورة في مجال البحث، والمصمم للطيران لارتفاع أعلى ولمدة أطول من أي منظاد آخر جرى تحليقه، وبه سوف تفتح هذه الرحلة عهداً جديداً في مجال البحث العلمي.

هذا البالون ذو القدرة على الارتفاع البالغ والاستمرارية في الأجواء العليا كان مبرمجاً ليقلع في السادس عشر من يناير الماضي من منطقة (أليس سبرنجس) في استراليا حاملاً معه أمال الكثير من العلماء الذين يرون في هذه التقنية وسيلة قليلة التكلفة لدراسة الأرض والفضاء.

ومع أن تحليق البالونات بدأ منذ أكثر من مئتي سنة وكثيراً ما استعان بها العلماء في أغراض البحث المختلفة إلا أن الفترة القصيرة لبقائها عالياً أحبطت جهودهم كما يقول ستيف سميث رئيس مكتب برنامج البالونات التابع لوكالة ناسا الأمريكية لعلوم الفضاء.

ويضيف قائلاً نكراً لتقنيات الكمبيوتر ذات الطاقة العالية، والمواد البالغة التطور إلى جانب التصميم المبتكر للبالونات ذات المدى الطويل المرشحة لارتياد أفاق جديدة في أبحاث الصنع وذلك في ظروف العمل الشاقة.

ويتوقع الآن أن يكون هذا البالون محلقاً فوق الصفح الجنوبي من الكرة الأرضية وعلى ارتفاع يعادل ١١٥ ألف قدم، تساوي خمسة وثلاثين كيلو متراً عن الأرض أي أكثر بثلاث أو أربع مرات عن الارتفاع الذي تصل إليه طائرات الركاب. وبعد انقضاء أسبوعين في إطل تحليق تجريبي لم فهو مصمم لانجاز مهمات تصل إلى مئة يوم.

وبعد هذا البالون أول كرة تحلق على ارتفاع الحجم والضغط والانغلاق المحكم، عند الاقلاع سيكون معبأ بالهيليوم بشكل جزئي حيث يزداد انتفاخاً إلى أن يصل إلى كرة لا تستوعب كما في بناء القدر ليحلق فوق بما يعادل ٥٩٪ من نصف الكرة بحمولة تصل ٢٥٠٠ رطل، أي ما يعادل ١٥٨٨ كيلو غراماً كما أن استرجاعها في الأرض سيكون من خلال هبوط تدريجي مسيطر عليه.

ويمكن مشاهدة هذا البالون الذي يأخذ شكل ثمرة (القرع - المجردة.

---

### البلاستيك ينافس الحديد في صناعة **الدبابات**


الدبابة الأولى المصنوعة من البلاستيك

قوي بما فيه الكفاية لتحمل هجمات مختلف أنواع الذخائر، إلا أنه يمكن تحصينه من الأسلحة الثقيلة من خلال تزويده بطبقات إضافية من المواد الحامية مثل التصفيح بالسيراميك الذي يتم بعد تسليم الدبابة إلى منطقة الحرب.

يتكون هيكل الـ ACAVP من مادة البلاستيك المعزز بألياف زجاجية، يقال أن تصميم هذه الدبابة المصفحة يوفر مركبة يقل من الضرر الداخلي الذي قد يصيبها وذلك من خلال امتصاص أثار القذائف الأمر الذي يعزز صلادة الدبابة في مواجهة الشظايا.

وتضاف إلى حسنات هذه الدبابة ميزة المواد المتصة التي تخفف الأصوات داخل المركبة وخارجها. كما يسهل التحكم خلال التصميم بهذه المواد المركبة، ناهيك عن أنها رخيصة نسبياً مقارنة بالمواد الأخرى، وهي مقاومة للصدأ لا سيما عند استعمال الآليات في جو رطب وميء مالحة.

توفر هذه الدبابة البلاستيكية الفائقة الخفية لجهة وزنها قدرة حركية تكتيكية عالية المتصة من حيث السرعة والمناورات خصوصاً على الأراضي الوعرة، إضافة إلى ميزة التسلل التي لهذه الدبابة كما يخفض إمكانية أن استرجاعها في أن يلتقط الرادار وجودها.

قال المتحدثون باسم المشروع: (يؤكد العلماء إمكانية التوصل في المستقبل إلى مزيد من التوفير في وزن الآليات، وذلك من خلال أبحاثهم المستمرة حول مواد ووسائل تصميم جديدة).

تؤدي الحاجة إلى انتشار سريع للجنود والمدرعات يلبي ضرورات الدفاع عن الحالات الطارئة إلى ولادة جيل جديد ثوري من المعدات الثقيلة يتميز عن الجيل القديم بخفة وزنه وسهولة نقله.

لقد تم اعتماد المواد المركبة في صناعة الطائرات والقطارات والسيارات وتطبق حالياً فكرة تكييف تكنولوجيا البلاستيك لاستعمالها في الآليات العسكرية اهتماماً متزايداً.

تظهر الصورة دبابة وصفت بأنها الدبابة الأولى المصنوعة من البلاستيك والمطورة في المملكة المتحدة.

يتكون هيكل هذه الدبابة من مزيج من البلاستيك والألياف الزجاجية عوضاً عن الالنيوم أو الحديد التقليدين. وتعتبر منهجة هذه الدبابة المصفحة والمطورة نظراً للمواد المركبة التي تتكون منها تغييراً ثورياً لا مثيل له في مواد النقل المصفحة منذ استعمال الألنيوم في أوائل الستينات.

صحيح أن هذه الدبابة لا تضاهي من حيث الصلادة والحماية الدبابات الثقيلة المستعملة في المعارك، كدبابة challenger الأخيرة التي تزن ٦٠ طناً إلا أنها تتمتع بزايا عديدة، فوزن هذه الدبابة الخفيف، الذي يقل عن ٢٥ طناً، يمنحها سهولة تنقل استراتيجية إذ يسهل عملية نقلها جواً وبالتالي تصل إلى وجهتها في وقت أسرع بكثير من الآليات الثقيلة التي يتوجب نقلها بحراً.

وعلى الرغم من أن هيكل الدبابة المصنوع من مواد مركبة

## جديد في عالم السلاح

### طائرة تدريب متطورة انتاج أمريكي-كوري مشترك

تقوم شركة كوريا للصناعات الفضائية (KAI) بالتعاون مع شركة لوكهيد مارتن الأمريكية بتطوير أحدث طائرة تدريب متطورة (KTX-2) Golden eagle بحيث يمكن استخدامها أيضاً كطائرة هجوم خفيفة، وسوف تكلف الطائرة الواحدة من ٢٠-٢٢ مليون دولار أمريكي، ويتوقع المسؤولون في البرنامج أن تستوعب السوق العالمية من هذه الطائرة ما بين (٦٠٠-٨٠٠) طائرة. وسوف تحصل الحكومة الكورية التي تبلغ حصتها ٧٠٪ من رأس المال للمشروع الكوري الأمريكي المشترك لانتاج الطائرة المذكورة على ٩٤ طائرة يبدأ تسليمها في اكتوبر عام ٢٠٠٥، ويمكن أن تزيد هذا العدد لاحلال الطائرة Golden Eagle محل طائرات الفانتوم (F-4) وتايجر (F-5) الموجودة لديها بالخدمة. وهناك زبائن أوروبيون محتملون كما ستحصل الولايات المتحدة على حصة من هذه الطائرات.

وهناك تطبيقات مستقبلية لهذه الطائرة، فسوف تجهز بمعدات الحرب الألكترونية وحاويات لمختلف المستشعرات، حيث توجد ٧ أماكن لتثبيت هذه المعدات خارج بدن الطائرة، وسوف تدفع الطائرة بمحرك جنرال موتورز F404 لتفوق سرعتها سرعة الصوت، حيث تبلغ سرعتها القصوى ١.٤ ماك (ضعف سرعة الصوت) وهي بذلك تتفوق على طائرات التدريب المائلة التي تطير أقل من سرعة الصوت مثل طائرات الهوك، وطائرات (L-159) والطائرة الألمانية ديلمرماكو، وسيتم تزويدها برادار هجومي كما سيتم تسليحها بصواريخ جو-أرض، وسوف تبدأ الطائرة المذكورة طيرانها التجريبي عام ٢٠٠٢ على ان يبدأ دخولها الخدمة الفعلية عام ٢٠٠٦.

---

### تايوان تطور نظام اطلاق صاروخي متعدد القواذف



طورت تايوان نظاماً صاروخياً متعدد القواذف اطلق عليه RF 200 Ray (Ting وذلك لمواجهة متطلبات الجيش التايواني من أنظمة الخمد النيراني والدور الرئيسي لهذا النظام الصاروخي هو تدمير القوارب البرمائية قبل تمكنها من انزال القوات والمعدات على الشاطئ، والنظام محمل على شاسيه أمريكي (٨×٨) بحيث تكون قواذف الصواريخ في المؤخرة بينما يتمكن الطاقم من تشغيل النظام وهو داخل الكابينة الأمامية.

والنظام مصمم بحيث يطلق ثلاثة أنواع من الصواريخ غير الموجهة ١١٧ملم، ٢٣٠ملم، وتستخدم الصواريخ نوعين من

الرؤوس الحربية، النوع الأول له رأس شديد الانفجار، والنوع الثاني يحمل ذخائر ثانوية تنتشر فوق الهدف لاصابة أكبر عدد من الأهداف، ويسمح نظام قيادة النيران للطاقم بالتصويب واطلاق الصواريخ من داخل الكابينة، ويشمل النظام الصاروخي عدة أنظمة فرعية تحتوي وحدة الكترونية ونظام تحديد الموقع والارتفاع وصندوق تحكم ونظام معالجة الاتصالات.

---

بعد حياة حافلة بالعمل والنضال الوطني

## العميد محمد حرارة في ذمة الله



قبل أيام فقدت هيئة التوجيه السياسي والوطني، والاتحاد العام للفنانين الفلسطينيين وابنا، شعبنا العربي الفلسطيني رجلاً مناضلاً وانساناً فناناً من ابنا، فلسطين البررة، انه الأخ العميد محمد خليل حرارة، مدير التفتيش لهيئة التوجيه السياسي والوطني، ونائب رئيس الاتحاد العام للفنانين الفلسطيني الذي وافته الأجل المحتوم اثناء تأديته لواجبه الوطني يوم الأربعاء ٣١/٢٠٠١.٢٠٠١ الموافق.

وانا نطالع وطني المجلة المركزية لقوات الأمن العام الفلسطيني، اذ نستشعر الحرارة القادمة بفقدان اخ عزيز، عرفناه أخا يتسم به من اقدام وشجاعة واصرار على الحق.. والتواصل في مسيرة العطا والنضال نحيي هذا الفارس الذي رحل مبكرا.. وروح الانسان الفنان الملتزم بنضال اهله وشعبه.. والمعبر عن امانيه في الحرية والاستقلال بما خلفه من نضالي هام في درب الحرية والاستقلال ونحيي ارواح الشهداء جميعا.. رفاق الدرب والسلاح والمسيرة ونجدد لهم العهد بالوفاء بالعهد وقيمهم واهدافهم التي قضوا من اجلها.

### نبذة عن حياة الشهيد محمد خليل حرارة

وكما قال فخامة الرئيس ابو عمار من قبل ان العهد هو العهد، والقسم هو القسم، ورحم الله الشهداء جميعا.

مدير التفتيش لهيئة التوجيه السياسي والوطني
* من مواليد غزة عام ١٩٤٦م.
* التحق بحركة فتح عام ١٩٦٦.
* انتخب امين سر اتحاد الفنانين الفلسطينيين عام ١٩٦٩.
* كان مسؤولاً لفرقة مسرح فتح بسوريا عام ١٩٧١.
* عمل مدير الفرقة الفنية في لبنان عام ١٩٧٤.
* انتخب نائباً لرئيس اتحاد الفنانين الفلسطينيين في تونس عام ١٩٨٥.
* شارك في العديد من المؤتمرات العربية والدولية.
* حصل على عدة دورات عسكرية وامنية وشارك في معارك الدفاع عن الثورة الفلسطينية.
* عاد الى ارض الوطن عام ١٩٩٤ والتحق بالتوجيه السياسي للتفتيش والرقابة فيه.
* استشهد اثناء قيامه بواجبه الوطني صباح يوم الاربعاء ٣١ الموافق ٢٠٠١.١.

اصدارات

# الشـهداء من طلبـة المدارس
# في انتفاضة الأقصى

كتاب مصوّر اصدرته وزارة التربية والتعليم يحتوي قائمة باسماء الشهداء الاطفال.



يفاجأ المرء عندما يكتشف العدد الكبير من الشهداء الاطفال من طلبة المدارس الذين استشهدوا خلال انتفاضة الأقصى والقدس والعودة، وعندما يقرأ عن ظروف استشهادهم المؤلمة باعيرة نارية من العيار الكبير او بقذائف وشظايا او دهس متهمة او تحت الردم جراء القصف لمنازل ذويهم.

نجد ان معظمهم اصيب في الصدر او البطن او الرأس اصابة مباشرة تهدف للقتل او الاعاقة دون ادنى تقدير، هذا القناص الاسرائيلي الذي يكتب على «قفاءه» عبارة «ولدت لأقتل» وليس بحاجة للتعريف بشخصه اكثر من ذلك. فالقتل مهنته وهوايته وامنيته التي كان يحلم بأن يتحقق، وقد حققها له جنرالاته بارك وشرون.

وما الحكم المبرم الذي اصدرته محكمة اسرائيلية بتقديم قاتل الطفل حلمي شوشة من حوسان في بيت لحم قبل نحو اربع سنوات بعدة شواقل، حسب تعبير الدكتور احمد الطيبي، ما هو الا تأكيداً لاهدار الدم الفلسطيني، فاعتماد مؤسسة الصهيونية الحاكمة اسرائيل للدم عدة، وتشجيع الجنود الاسرائيليين

---

اسرة الشعوب التي تعرضت للابادة.
كما دعا د. ابو الحمص العالم العربي للوقوف صفاً واحداً مع اطفال فلسطين.

والقى الضوء على الاوضاع التربوية في ظل الحصار المفروض على الاراضي الفلسطينية، ومحاولة الاحتلال حرمان نحو مليون طالب من مواصلة التعليم.

واضاف ان ليس فقط العشرات من الطلاب شهداء وآلاف الجرحى وتركزت معظم الاصابات في الرأس والصدر والعين والقلب.

في حين حول جيش الاحتلال محيط عدد من المدارس الى ثكنات عسكرية وطلعة وطلعة واطلعة ومنعت الطلبة والمدرسين من الوصول الى مدارسهم.

واكد د. ابو الحمص ان الوزارة تعمل باستمرار بالعملية التعليمية ولكنها قد توقف التعليم ليوم او يومين في المدارس التي يشكل ذهاب الطلاب اليها خطراً على حياتهم.

واعلن عن انطلاق مشروع خاص لبناء مدارس باسماء شهداء الاقصى وناشدت الوزارة المؤسسات التي تعمل في جمع التبرعات للشعب الفلسطيني الاشتراك في هذا المشروع لما يقدمه من خدمة للاطفال الفلسطينيين.

واكد د. ابو الحمص ان الوزارة قررت اطلاق اسم الشهيد محمد الدرة على احدى مدارسها في غزة عن حين تلقى مستشار الرئيس لشؤون عضو المجلس الأعلى للطفولة والمحامي المحامي ابراهيم ابو دقة كتاباً من الامين العام المساعد لجامعة الدول العربية، يقول انه بان الامين العام للجامعة د. عصمت عبدالمجيد قرر ان يكون تاريخ استشهاد الطفل محمد الدرة الأول من تشرين الاول/ اكتوبر هو يوم الطفل العربي يحتفل به في كل عام، تماشياً مع هذا الطفل فلسطين. كما يحتوي هذا الكتاب على قرار لكبار الشعراء العرب باصدار موسوعة شعرية باسم «ديوان الشهيد محمد الدرة».

وقرار وزير الدفاع الاماراتي الشيخ محمد بن راشد آل مكتوم التبرع بناء مدرسة تحمل اسم الشهيد «محمد الدرة» في نفس الموقع الذي استشهد فيه.

من ناحية اخرى تنوي مؤسسة جائزة سعود الباطين للابداع الشعري اصدار ديوان باسم «ديوان الشهيد محمد الدرة» من خلال قصائد خاصة بها اعدت اخذت المؤثرة للتعبير عن المشاعر الوطنية والانسانية في نفس الوقت يبحث في الارض المقدسة.

فيما اطلقت مدرسة ذكور البريج اسم الشهيد محمد الدرة على حديقتها، تلك المدرسة التي احتضنت الشهيد ستة اعوام، فكان اخر طلبتها ان استشهد بتاريخ ٢٠٠٠/١٠/١.

وكان للشعر والشعراء نصيب في صفحات هذا الاصدار حيث تضمن قصائد عدة للشاعر محمود درويش بعنوان «محمد» وقصيدة «مات الولد» للشاعر عبدالكريم ابو دامس.

ويظل توثيق هذه الملحمة التي عاشها اطفال فلسطين مسؤولية الجميع، كل في موقعه، والخطوة التي اتخذتها وزارة التربية والتعليم كان لها الاثر الواضح والدور المهم في تسجيل هذه الملحمة.

وسيصدر الجزء الثاني من الكتاب في قريب بحيث يغطي الفترة الممتدة من ٢٩/ ٢٠٠٠ حتى تاريخ اصداره.

---

وقطعان المستوطنين على الاقدام على هذه الفعلة دون خشية لعقاب او حساب.

الخطوة الجليلة التي اقدمت عليها وزارة التربية والتعليم والمتمثلة باصدار الجزء الاول من كتاب مصور عن الشهداء من طلبة المدارس في انتفاضة الاقصى حتى تاريخ ٢٩/١١/ ٢٠٠٠ تحت عنوان «اطفال فلسطين ضحايا العنف الاسرائيلي...!! ويقع في (١٥١ صفحات) من القطع المتوسط.

الى هذه الخطوة جملت المتصفح لهذا الكتاب بدى مدى ما اعترى الاسرائيليين واصرارهم على تدمير مستقبل هذا الشعب بتدمير جيل بأكمله سيكون يوماً قائداً لهذا الوطن. او الخل جيل مشوه جسدياً ونفسياً وغير قادر على حماية نفسه، ولا البناء، والتطور، ودفعه امته ومجتمعه.

الى جانب قائمة باسماء الشهداء، وصور العديد منهم بما استشهادهم او اثناء تشييعهم او اثناء رقودهم على اسرة المستشفيات قبل اصابتهم وعيونهم تترقب بالحياة، اثر ذلك حين تجد في هذا الكتاب العديد من التقارير عن ظروف استشهاد اطفال وطائفة من الاخبار والفعاليات والمسيرات التي نظمها الطلبة والاطفال في ارجاء الوطن ويرسائل وجهها اطفال الخليل الى امين عام الامم المتحدة، اذ فيها ان جيش الاحتلال يصعد اجراءاته القمعية والارهابية ضد الشعب الفلسطيني عموماً وضد اهالي محافظة الخليل على وجه الخصوص، من استخدام اكثف العسكرية فيها الطائرات والدبابة لقصف الاحياء، والمنازل القديمة في البلدة القديمة من الخليل، اضافة لفرض حظر التجول على المناطق الخاصة للاحتلال، ما ادى الى تعطيل جميع اوجه الحياة.

واضافت الرسالة ان هذه الاجراءات حرمت الاطفال من ابسط حقوقهم الانسانية واهمها التعليم، اذ حرمت اكثر من ١٢٠ الف طالب وطالبة من حق التعليم وكافة الحقوق التي تكفلها المواثيق والشرائع الدولية، في هذا العصر الذي يسمى عصر حقوق الانسان وحقوق الطفل وعدم التمييز.

وتناشد الرسالة الامم المتحدة ومنظمات حقوق الانسان كافة بكارسة كافة انواع الضغط على القوات الاسرائيلية للتوقف عن ممارساتها العدوانية واخلاء المدارس من الآليات العسكرية، لضمان حقوق الاطفال في التعليم والحركة واللعب والامان.

وتساءل الاطفال في ذيل الرسالة قائلين:

**اليس من حقنا ان نتعلم**
**اليس من حقنا ان نلعب**
**اليس من حقنا ان ننام**
**اليس من حقنا الامن والامان كسائر اطفال الدنيا ؟**

وتحت عنوان لنا «الطفولة.. اوقفوا المجزرة.. اوقفوا المجزرة.. نعيم ابو الحمص، جاءت في هذه المجزرة، جاء في صفحات هذا الاصدار حيث الى الله، يحمل فيها حكومة اسرائيل وجيش الاحتلال مسؤولية القتل المتعمد لابناء شعبنا وخاصة الاطفال وطلبة المدارس داعياً المجتمع الدولي والمنظمات الدولية المتخصصة برعاية الاطفال الى توفير الحماية الدولية للشعب الفلسطيني

# تحولات في الفكر الصهيوني

## بعض الجنود يرفض الخدمة في المناطق المحتلة والآخر يفضل السجن على العودة في تابوت

متابعة: نصير أبو حجلة

**هكذا** إذن في الانتفاضة، كما استطاعت أن تهز ضمير العالم وتنقل أليه معاناة الشعب الفلسطيني وصيرورة حقوقه استطاعت أن تكسر الجليد من حول بعض الضباط الاسرائيليين وليس بالسيف وحده يكون النصر.

فالرأي العام الاسرائيلي جزء من الموقف الانساني اذا ما تلقى الرسالة وفهم المغزى التي ينتهي اليه العنف وسفك الدماء والذي يوغل في معاداة البشر لا بد يوماً ان تنقلب عليه جرائره ويدفع ثمنها من كيانه النفسي، ان سلم كيانه البدني. انها اشبه بصحوة الشارع الاميركي ابان حرب فيتنام، البعض يرفض الانجاز بالاتجاه بالجيش والمشاركة في صراع لا يؤمن به طالما كان محتلاً يمارس القمع والوحشية. اصوات قليلة لكنها اصبحت ظاهرة لافتة للنظر في المجتمع الاسرائيلي اما جرى الحديث عنه تحت عنوان «وداعاً للسلاح» من قبل الكاتبة سارا ليبوفتش في كتاب في ملحق «هآرتس».

هذا العنوان ليس حديثاً في الادب لعله هو قصة ارنست همفواي «وداعاً للسلاح» ولكنه حديث عن الاعداد المتزايدة في الجيش الاسرائيلي الذين يرفضون الخدمة في المناطق، مدفوعين بأفكار وامهاتهم في هذا الموقف الذي ينبع من ارضية سياسية او اخلاقية او منطقية.

ايال روزنبرغ (19 عاماً) يقرر بعد سنتين من الخدمة انه لا يكون «عنصراً» في جيش الاحتلال.

والاخلات الاخيرة في المناطق رسخت قناعته بهذا الموقف ويقول «ان الدولة ولدت ظلماً ضد العرب ولست مستعداً لأن اكون عنصراً في نظام يقمع الاخرين».

حكم عليه اول مرة مع وقف التنفيذ، ولدى اصراره على موقفه حكم عليه ثانية بقضاء اربعة عشر يوماً في السجن واللات للاتنباه من والده يصرت للبكرو.

### مستعدون لدفع الثمن

استاذ في التاريخ واعلامي بارز التقى مع وصع ثلاثة جنود اخرين لنفس الغاية وخرج بالقول «الموقف يدعو الى اليأس». شعور باللاجدوى امام هذه الحالات

سوف تتزايد انها ليست مشكلة منعزلة، ونحن مقبلون على مواجهة مشكلة مع جيل الصغار، الرافضين للخدمة خارج الخط الاخضر »، وتشير المعلومات ان (1970) جندياً سجنوا لرفض الخدمة في لبنان سابقاً و180 جندياً اختاروا السجن على العمل في المناطق ابان الانتفاضة الاولى.

والتقدير لهذه الحالات ان مقابل كل جندي يدخل السجن هناك عشرة جنود لم يصلوا الى مرحلة المواجهة المباشرة، ثمة موجة جديدة من الجنود (الاحتياط) الرافضين للخدمة في المناطق وثمة جنود لا يرغبون العمل في المستوطنات او المشاركة في قوة الاحتلال، او الدخول في بيوت المدنيين الفلسطينيين وكثيرون مستعدون لدفع الثمن المترتب على رفضهم.

### لا استطيع القيام بشيء لا أؤمن به

شاؤول شوارتز 54 سنة موسيقي يسكن بالقرب من نتانيا يقول «افضل الذهاب الى السجن على القيام بنشاط يخالف ضميري، لا استطيع القيام بشيء، لا أؤمن به والصراع الذي يدور حالياً لا يعطيني على الاطلاق اعتقد ان الزعيم الفلسطيني ياسر عرفات يحارب لاجله وبهذه اتفاقية افضل».

عرض عليه ضابط ان يعمل في سجن مجدو لرفض لان معظم السجناء الذين اودعوا فيه معتقلون اما انهم لم يقدموا الى المحاكمات في المناطق.

«ما من سبب يدعو لاعتقال الفلسطينيين، وأنا مناهض للعملية القانونية التي يتعرض لها هؤلاء، كما ان العدالة العسكرية مجحفة».

ولدى شوارتز هذا التجربة بدأت في رفض أوامر الجيش ففي العام 89 استدعي للعمل في معتقل انصار، انيط بالقيام باية مهام تخص الصراع الاسرائيلي الفلسطيني. وحكم اربع مرات وقضى عقوبات تعادل 45 يوماً في السجن. والامر بالنسبة له موقف سياسي ولم اوافق مرة على الحراسة في المستوطنات، وفي كل مرة كنت افلت من ذلك، انني اجد مطالب الفلسطينيين منطقية، وما من سبب يدعوني لأن جزءاً من جيش احتلال».

---

### ليس هناك احتلال فاضل

روبرت ترابز عندما نفس الاصرار وهو بقوله «ليس هناك احتلال فاضل».

بعض روبرت في القدس ويصدر صحيفة مترجمة عن العبرية الى الانجليزية للمراسلين والسفارات، احتياطي في سلاح المدرعات وقد طلب منه اخيراً التوجه الى جنين، فرفض «أخبرت ضابطي الأخ لأني أرفض دخول المناطق بالبلدة العسكرية، وعلى المستوى السياسي أنا أعتقد ان من حق الفلسطينيين اقامة دولة خاصة بهم، وان الوقت قد حان لارجاع المناطق اليهم...».

رئيس الوزراء يملك جيشاً، لكنه ليست مستعداً لأن أكون أداة في لعبة الحكومة لست مجرد حجر شطرنج، ولن أرضى ان يقذف بي في دائرة العنف ضد إرادتي.

«ليس هناك احتلال فاضل فالكرتان لا تلتقيان وحتى الجنود فانسانية هو في نفع الفلسطينيين محتل. وكان دائماً مكان الاحتكاك مع الفلسطينيين هو الحواجز التي ساهمت على مدار السنين في شحن العلاقة بالتوتر مع الفلسطينيين.

ان الموقف الاخلاقي الممكن،هو إن لا أجد نفسي في جو يدافع فيه بإطلاق النار على أشخاص لا يستحقون القتل.

### علم وتابوت

شلومو يوسف 35 سنة، يسكن القدس ايضاً ومحرر في صحيفة كول هاعير الاسبوعية، نشر مقالاً أثار سخط القراء انتهى بالاسم لا للدبلوماة يقول شلومو «افضل الذهاب الى السجن على ان اعود في تابوت خشبي رخيص ملفوف بعلم ملون بالأبيض والازرق لا أريد ان يقول عن الناس كان ولداً طيباً، وصديقاً طيباً، وأبا كان ذا روح مرحة طيبة، وكل هذه المونت التي جد مريض من حكايم الولد الطيب، ومع بداية العهد سأكون الولد السي».، ميل قادوزة الولد السي».

لن أخوض الحياة بالقوة الغاشمة بعد اليوم، ماذا اتوقعون مني ان أفعل؟ وهل خدمة الاحتياط تعني ان اقتل بعض الفلسطينيين واعود الى البيت كأن شيئاً لم يكن. هذا النوع من الحياة ليس لي، ان الخدمة الاحتياط بين جماعات جامعة مهانة هو من عمل رجل الشرطة، لقد تدربت لمواجهة جيش لا لمواجهة اطفال رنسا »، وشيوخ، والقيادات العليا تجرب الوحدات وتهدد العالم بقوتها وصلابتنا، وهي تعنيني انا، لكن ليس عندي القوة بعد الان، ليست في خطر الاقتلاع فاماذا يحاربون طول الوقت؟ ويجب من حماية اطفال المستوطنات، لقد قست بالخدمة، هل يكفي ان لا تقع اعرافيهم؟ ما كان ينبغي ان يكونوا هناك منذ البداية فهم كالطم في الحلق، باراك كان خائفاً من اتخاذ الخطوة الاخيرة نحو السلام. لست مستعداً لأدفع ثمن جبنه».

### شاهدت كل الأخطاء التي ترتكب بحق الفلسطينيين

شمونيل شيتمون 29 سنة، خبير اجتماعي يسكن القدس يقول «حتى لو خدمت بلابس مدنية وبدون سلاح، سأبقى جزءاً من آلية الاحتلال العنيفة».

---

«بعد أداء «الخدمة الاجبارية عملت في مركز للدفاع عن حقوق الفرد، ويقدم العون للفلسطينيين كذلك، وشاهدت كل الأخطاء التي ترتكب بحق الفلسطينيين وشعرت اني لا استطيع العودة الى العمل في المناطق لأني لا أؤمن بالعنف».

### كيان يقتل 200 فلسطيني

ومن مراكز حقوق الفرد ايضاً رملا مزايا من جمعية الملامح الجديدة التي تسعى لتشجيع المجتمع المدني في اسرائيل.

تم الاتصال بها من قبل مجموعة من الشبان الصغار الذين قرروا عدم الخدمة في المناطق. وتقول:

«إذا كنا في الماضي معتادين على استقبال ثلاث مكالمات في الشهر لأناس مترددين في قبول الخدمة او عقدوا العزم على رفضها فإن عدد هذه المكالمات قد تضاعف ومعظم هؤلاء لا يتجهون الى ضباطهم مباشرة، بل يلتجئون الى ضباط الصحة العقلية، او الى الطبيب او يدخلون السجن ويعفون بعد ذلك تحت بند «عدم اللياقة».

المستشار القانوني كيدار في منظمة «الملامح الجديدة» يتولى الرد على أسئلة الجنود النظاميين وجود الاحتياط الراغبين في الاعفاء من الخدمة ويقول: «الجنود غير مستعدين للخدمة في المناطق وغير مستعدين لقبول الانتماء لكيان (الجيش) قتل أكثر من مئتي فلسطيني خلال شهرين».

وتتحدث لوتان راز وهو يدرس التاريخ والفلسفة في جامعة تل ابيب والتي تعني من الجيش بعد دام 52 يوماً «لا أريد أن أكون جندياً في أي جيش قمعي».

ويصف البروفسور ستيوارت استاذ العلوم السياسية في جامعة بار ايلان ظاهرة رفض الخدمة بانها ليست ذات أثر على الأمن لكنها أصبحت تستدعي الاهتمام، وان تكن على المدى القريب ذات أثر محدود.

وتؤكد ارئيلا يوميل وهي عضو في جماعة «يوئاليم» منظمة في الجليل الأسفل «ان الناس ليسوا على استعداد للتضحية بابنائهم من اجل أهداف لا يؤمنون بها».

وتقول: «نحن جيل عاش في الحروب، ولا نريد لأولادنا ان يدخلوا فيما دخلنا فيه نحن»، وهي تحاول الضغط عليه كي لا يقبل الخدمة الاحتياطية في المناطق.

«انني قلقة من حقيقة كون ولدي سيصبح محتلاً، لدي صديقة كان ولدها يعمل قناصاً في المناطق وقتل اربعة فلسطينيين، وعندما أخبرها لم تعد تذرق طعم النوم اي نوع من الحياة سيعيشها ابنها بعد قتل اربعة أولاد؟. انني قلقة على الروح الانسانية في ولدي كما ان هناك مشكلة قانونية خلال العمل في المستوطنات تمني خرق للقانون الدولي».

   

## استراحة وطني

إعداد : محمود غنايمة

### مسابقة الألغاز

١ - من هو الذي يفرح اذا صار أعور؟

٢ - انطلق رجل بسيارته قاصداً العاصمة، حتى وصل الى مفترق طريقين، فحار، أي الطريقين يسلك، ورأى حارساً أمام كل طريق، وكان يعلم مسبقاً أن أحدهما لا يقول إلا الكذب، والآخر لا يقول الا الصدق، وأنهما متفقان على ذلك، ولم يستطع تمييز الرجل بينهما، ولما وجد نفسه مضطراً لسؤال أحدهما عن طريق العاصمة، فقد صاغ من عقله سؤالاً واحداً طرحه على الصادق أم على الكاذب فانه سيتمكن من معرفة طريق العاصمة.

فما هو هذا السؤال؟

٣ - من أربعة أعواد شكلنا كأساً، ووضعنا داخل الكأس حصاة - كما في الشكل، والمطلوب أن تبدل عودين فقط من مكانهما وتنقلهما الى مكان آخر بحيث تحافظ على شكل الكأس، وتجعل الحصاة تخرج منه؟



### إجابة العدد الماضي:
١ - هو الضابط.
٢ - عدد الدرجات هو : ١١٩.
٣

| ٨ | ٢ | ٤ | ٦ |
|---|---|---|---|
| ٦ | ٤ | ٢ | ٨ |
| ٢ | ٨ | ٦ | ٤ |
| ٤ | ٦ | ٨ | ٢ |

### مسابقة الشطرنج

الأسود يلعب ويحقق المات في أربع نقلات؟



إجابة العدد الماضي
١ - ف × ب +
٢ - و ٥ و +
٣ - ح ٧ ح
٤ - و ٧ ر ≠

م × ف
م ١ ح
أي نقلة

### بريد المسابقات

* فاز في مسابقة الألغاز الأخ/ عبد الرحمن حسن الصراوي من نابلس

* وفاز في مسابقة الشطرنج الطالب/ ربيع محمد نصر من برقة.

* معظم اجابات الشطرنج التي تصلنا تكتب بالشرح المطول غير الواضح أحياناً، ولهذا نذكر هنا ببعض الرموز المستعملة:

م = ملك    و = وزير    ر = رخ (قلعة) = فيل
ح = حصان    ب = بيدق (جندي)    × = أخذ أو أكل
+ = كش ملك    ≠ = كش مات

### الكلمات الأفقية

**الكلمات الأفقية**
عبارة حول التمسك بالقدس وردت في خطاب سيادة الرئيس ياسر عرفات أمام الجماهير في رام الله عقب قمة كامب ديفيد، رصفت أحرفها افقياً على التوالي داخل المربعات. فحاول اكتشافها!

أ - ٧٣٤٥٦    مفرد أسانين
٣١٤    جمع قلس
ب - ٥٤٢١٦    عاصمتها صنعاء
٨٢٤٣    عكس نحيف
ج - ٢١٢٤    مضجعك
٨٧٥٥    مفرد بذور
د - ٤٣٢١    طين بلا ماء
٨٧٦٥    أول رقم
هـ - ٨٧٦٢٥٤    بيت في القدس
١٢٦٤    أعلى الجبل
و - ٣٥٤٢١    يكسر جسم الطيور
٣٤٦٥    مضارع قرش

إجابة العدد الماضي:
القدس والاستيطان واللاجئين

### طرائف

* كان الطفل يجري بسرعة هارباً من اللصوص، وأخيراً أمسكوا به واخذوا منه الدينار الذي في جيبه، فقال له أحدهم مستهزئا:
- تجري بكل هذه السرعة خوفاً على الدينار؟
فأجابه الطفل: لا.. أنا كنت خائفاً على المئة دينار التي في حذائي!

* القاضي: حكمت عليك المحكمة بالسجن لمدة ثلاثين عاماً كاملة ايها المتهم، ولكن عمري الآن ستون عاماً يا سيدي.
القاضي: المحكمة لاطلب منك المستحيل.. اقض منها ما تقدر عليه!

* الزوجة: لم تعد تأتيني بشيء.. على عكس أيام الخطوبة فقد كنت تشتري لي الهدايا.
الزوج: هل رأيت صياداً يطعم السمكة بعد اصطيادها؟!

* دخل بخيل الى دكان لشراء مصيدة للفئران، فأراه البائع مصيدة وراح يشرح له طريقة استعمالها قائلا:
- تضع قطعة الجبن فيدخل الفأر ليأكلها، وما ان يقضم جزءا منها حتى تنطبق عليه المصيدة.
فقال البخيل مبتسماً: لا.. لا.. أريد مصيدة أخرى تقضي على الفأر قبل ان يصل الى قطعة الجبن!

* الأب: هل أخذتم الضرب في الحساب؟
الابن: نعم يا أبي.. وانضربنا في العلوم والتاريخ كذلك!

### لعبة سحرية

ينزع الساحر قبعته الطويلة عن رأسه، يحركها أمام الجمهور، ثم يقلبها من جميع الاتجاهات، ويطلب من أحد الحاضرين الصعود الى المسرح ليتأكد من أنها فارغة، بعدها يضع القبعة على طاولة صغيرة أمامه، ثم يقوم بحركات خاصة فوقها مع قتمتة بعض الكلمات غير الواضحة، فاذا بحمامة تطير من داخل القبعة، ثم تليها ثانية وثالثة، فيصفق له الجمهور مندهشا من سحره العجيب!
**سر اللعبة:**
وضع الساحر في كم قميصه الواسع صرة مقفلة بخيط دقيق لا يرى تحتوي على ثلاث حمامات وربط طرف الخيط الطويل بخاتم يده، أو ربطة قميصه، بعدما تأكد الخيط طرف القبعة، وضعها على الطاولة وأدخل يده فيها، فنزلت الصرة بسرعة وخفة، ثم رفع يديه عنها وصار يحركهما ويشد الخيط، أثناء ذلك فتحت الصرة وخرجت منها الحمامات الثلاث.

### حكم وأمثال

الناس ضاقت بالهموم ولم تعد    فيهم صفات الحب والأحباب
نسي الشقيق مع الزمان شقيقه    وكأنهم في البعد كالأغراب
فاللف مزهقهم وفرق شملهم    وغشى على الأرحام زلاء الأنساب
وعلاقة الأقراب قيمت بينهم    كعلاقة المتخوف المرتاب
والصدق والأخلاص زالا عندهم    وتناحروا لشراكه الأسباب
نكءا وغماً سيبوا لحياتهم    من صنع ايديهم أنوا بعذاب