# كلام في الاعلام

بمنتهى الهدوء

بقلم/ ربحي محمود



* **نظراً** لافتقارنا لاستراتيجية اعلامية يقرُّ بها الجميع ولأننا حتى اللحظة الراهنة لم نتفق على مفاهيم ومحددات واضحة لمضامين الاستراتيجية الاعلامية واهدافها وابعادها واين تبدأ واين تنتهي انتهجنا في معالجاتنا الاعلامية لظروف الانتفاضة العظيمة اسلوب (ادارة الأزمة) وما اصطلح بالاتفاق عليه بانه (ظرف استثنائي) لا يسمح بالتخطيط الاستراتيجي الذي يحتاج اولاً الى الامكانات والطاقات البشرية والتقنية العالية المسايرة لما هو دارج في كثير من دول العالم المتقدمة والتي تملك هذه المقومات التي تأذن برسم الاستراتيجيات والسياسات الاعلامية ومع ذلك نقول: لقد تمت معالجات دقيقة علمية بامكانات محدودة استطاعت جزئياً ابراز الرواية الفلسطينية، الا ان علينا ان نقر باننا اخفقنا في مواضيع عديدة يجب التوقف ملياً عندها ودراستها دراسة علمية لاستخلاص العبر وللوصول الى حالة متقدمة في تغليب الرواية الفلسطينية من خلال الوسائل الاعلامية المتاحة (بقدراتها المحدودة) فقد غابت في خطابنا الاعلامي الاصطلاحات الدقيقة المتعلقة بالمسميات والاسماء ، والعبارات والجمل التي كان يجب ان تكون دقيقة ومؤدية للغرض ولا تعكس فقط الاجتهاد الشخصي والفقر في الوعي بابعادها بل وانعكاساتها السلبية علينا عن غير قصد او وعي.

* **فنحن** لم نقم بتوجيه خطاب سليم للاطراف الاخرى من احتلال والوان اخرى وعوالم اخرى من حولنا غابت روايتنا عنها لدرجة اقتناع بعض الاطراف برواية الخصم الذي (نجح) في قلب الحقائق وبيان الطرف المعتدي بانه ضحية ومعتدى عليه، عدا عن التزوير مثلما حدث في حالة استشهاد الطفل (محمد الدرة) حيث أليس (طاقية) او (كوبا)، ولم يعد فلسطينياً بفعل الآلة الضخمة للاعلام الاسرائيلي المضلل.

* **كذلك** لم ننجح تماماً في نشر الروايات والاخبار بالدقة المطلوبة خاصة في مجال الارقام والحالات التي تم الانباء عنها نظرياً لجملة من الظروف والامكانات التي كان يفترض ان تكون متوفرة اصلاً لتسهيل مهام الصحفي – او- الاعلامي وهذه ثغرة لا بد من التوقف عندها.

* **كما** ان سيطرة الآلة الاعلامية الضخمة (لدى الاسرائيليين) المضللة والخاطئة غطت على جملة الروايات الصحيحة التي قمنا بتشخيصها ونقلها، ليس الخلل في القدرة (المحدودة) وانما لنقص في عوامل تعزيز القدرة والمستلزمات الاولية لتوصيل القدرات بمستوياتها المتنوعة.

* **قد** نكون نجحنا في كسب الرأي العام عندنا لانه بطبعه ميال لتصديق روايتنا مهما تكن محدودة ولكن النقص الذي حدث نتيجة غياب الحضور الفاعل في كثير من المواقع ترك المجال مفتوحاً امام الاعلام المعادي لتمرير روايته وفي وقت قياسي مما جعلنا وكأننا نرد عليه لدحضه او نعقب على روايته او نلحق بها وهذا غير جائز فكان المفترض ان نكون نحن المصدر الاول والثاني

والاخير للخبر او الرواية حتى نصل الى حالة من الرضا عن عملنا الاعلامي.

* **ولا** يجب ان ننسى انه قد وظفت ضدنا جملة من الامور المنطلقة من قواعد الحرب النفسية بقنواتها المتعددة ومنها الشائعات باشكالها ومظاهرها المختلفة لاضعاف روايتنا والتأثير على معنويات جمهورنا وبالتالي تولدا احساس بان هناك الى جانب الهجوم العسكري الهمجي هجوماً آخر يسعى الى تدمير المعنويات لولا اننا محصنون غالباً وبصورة تلقائية ضد مثل هذا النوع من الهجمات حيث كان شعبنا كعادته اكبر من الالاعيب واساليب التخويف وكل ما قد يدفع الى اليأس والتسليم.

* **علينا** ان نتداعى ونحشد الطاقات لدراسة المرحلة من حيث انها مفصل جوهري من اجل دراستها بعد تشخيصها ومن ثم الوصول الى جملة من الاستخلاصات التي تجدي في تلمس معالم استراتيجية اعلامية مشفوعة بمنهج علمي يتعاطى بعلمية مع التقنيات المعاصرة المساعدة في اداء - الرسالة الاعلامية.

* **لقد** انتهى عصر الشخص الواحد المخطط وها هو العالم اليوم يركز وراء المجاميع ذات الاختصاص والى الفريق المؤهل القادر العارف والواعي بتفاصيله لدراسة ظروف عوامل الاخفاق ومقومات الخروج من الانفاق لرسم السياسات الاعلامية من خلال منظومة من النظريات والمدارس التي تؤسس لنجاح رسالة اعلامية قادرة بكل مفرداتها على مواجهة حروب الآخرين التي يشنونها ضدنا وهناك بالطبع قضايا وتفاصيل كثيرة لابد من اخذها بعين الاعتبار للتأسيس لاستراتيجيات وسياسات اعلامية قادرة على الرد وقادرة على التوصيل السليم المقنع ويجب ان نأخذ بعين الاعتبار ان علينا ان نخاطب العالم بلغته التي يفهمها ورغم ايماننا المطلق بعدالة قضيتنا وان هناك كثيراً من المدافعين عنها لعدالتها الا ان ذلك كله غير كاف في سبيل توصيل جهدنا الاعلامي وتعزيز قناعة العالم بروايتنا، في الختام لو أننا نجحنا اعلامياً في توضيح ان نسبة الـ95% من الارض التي تكرّم بها علينا باراك انها في الواقع 69% فقط لفهم العالم قبل ان يسبقها الاعلام المعادي لتسويق الرقم الاعلى واظهارنا وكأننا نرفض ما يعرض علينا وهو سخي لو كان حقيقياً ولكنه مزيف وكان علينا ان نسبق الحدث ونوضح موقفنا دون لبس... امامنا الكثير من اجل ترسيخ دورنا الاعلامي فلنعمل!

* **اخيراً**... لقد كشفت الاحداث كثيراً من اخطائنا... وكثيراً من النواقص.. فهل نعمل على تلافيها؟!

* **كما** اننا نسجل بكل الفخر اننا استطعنا ان نخترق الذهنية الاسرائيلية بفعلنا على الارض من خلال دخولنا الى حجرات نوم عدد كبير من الاسرائيليين واطلاعهم على ممارسات جيشهم القمعية مما دفع عدداً لا بأس به الى رفض الخدمة العسكرية واختيار السجن عوض العودة في تابوت.

# شيء من: الخليج وصدى النشيج

**بقلم: عزت الغزاوي**

اول ما جال في خاطري صباح اليوم الاول في بغداد ان اشرب شيئاً من المدينة، كيف عساها تكون في اللقاء الاول. غرفة الفندق الكبيرة تحتمي بالصمت، والستارة لا تقول شيئاً.. بيدٍ خائفة سوف احرك الستارة لتهب شيئاً من مكان. ربما تقف بناية كبيرة امام النظر فينحسر، مما يتطلب البحث عن شرفة معلقة في السماء تبوح بأسرار المدينة. الستارة البنية تطيع الحركة وتدور على نفسها: كانت الشرفة اكثر كرماً من أي توقع. دجلة يعرض شطيه للشمس، يأتي من الشمال بطين خفيف. الماء سر الحياة. الحياة تحتفل بالماء بطريقتها الشجية. دجلة المسافر منذ الأزل تغيب في أعماقه اغاني بغداد، أحزانها، أعراسها، كتبها، قولها والأناشيد. على الضفة شاب بصنارة صيد. عله يحتفل بساعات الصبح وموعد مع سمكة أغرته بالصبر.

رجلان آخران يبنيان النهر بحجارة ملساء. لو انك مدت يدك السحرية وتغرف من ماء النهر ما يعبئ راحة اليد لتنشرها على وجهك. تستفيق إذن على إغواء مدهش وطازج. ماذا سيقول النهر لو سمع منك كلمة «طازج» وهو الذي حل بالمكان منذ كان؟ لا يهم. لن أعبأ بسخرية القديم ما دامت الطزاجة شعوراً داخلياً ليس له علاقة بالسنين. النوارس تحلّق قريباً من الماء وتنهض مبلولة الصدر. في البعيد قبة شاهقة عجزت عن ارتياد السماء وتوقفت قرب غيمة طافحة بالاشكال. الجسور تريح النهر من انفلات ضفتيه: تجمعهما في نقطة لقاء، وسرب السيارات ينسل سريعاً دون انقطاع. البيوت ممعنة في التصاقها بالارض ولا تحجب مدار العين. بغداد تنحاز للدائرة. ما من مدينة اخرى رأيتها تثبت كروية المكان بهذا العناد. تطوف العين بدائرة واسعة وراءها دوائر وتخترقها دوائر اخرى. الحوار مع المدينة عبر الشرفة يغري بصفحة مقلوبة لا تدري اي الخطوط نُقشت عليها. «يقولون ليلى في العراق مريضة – أيا ليتني كنت الطبيب المداويا». وليس هنا من ليلى امرأة. هنا مكان يحتضنك بابتهاج. لا تدري اي سرّ يجعل اقترابك غامضاً وصاعقاً. أنت في حال وصال لا تعرف حدوده ومعناه وأغواره. الفندق يقفز بجنون المعرفة. البقعة حدّ فاصل ما بين الكرخ والرصافة. يعجبك تداعي الموسيقى. «عيون المها بين الرصافة والجسر – جلبن الهوى من حيث أدري ولا أدري». حدائق بابل المعلقة تسيطر على تاريخ العشق الخالد. الفندق يحاول تصميم الحدائق المعلقة. يحاول ان يغري امرأة من الجبال جاءت الى بغداد اسيرة قلبها، ولما رأت المكان يحوم في السهول أرادت ان تصعد الى جبال التحدي. الاسطورة أقرب الاشياء الى الصدق لانها توائم ما بين القلب ورغبات المعرفة. كان لا بد من لحظة يتوقف فيها نزيف قرون من التاريخ. لن يقرأ أحد بغداد بين دفتي كتابٍ؛ عليه ان يراها ويلمس حنينها للصعود ساعة الصبح الى السماء.. امام المصعد الذي شغله عشرات الرواد شرفة من نخيل هي الضفة الاخرى لدجلة. كم من الوقت معك كي تعبر بعينيك كل هذا الشجر، والنخل باسقات؟.. لا عليك، سيكون وقتٌ.. فكيف تبدأ، وكيف تدخل المدينة؟