

PLAINTIFF'S EXHIBIT 1196