

PLAINTIFF'S EXHIBIT 1202