

PLAINTIFF'S EXHIBIT 1203