

PLAINTIFF'S EXHIBIT 1208