

Case 1:04-cv-00397-GBD-RLE   Document 911-33   Filed 05/13/15   Page 1 of 1

PLAINTIFF'S EXHIBIT 1209