Karen Goldberg                                                                                     Schedule 1

**Karen Goldberg**
**Total Economic Loss**

### Revised December 1 2014*
NIS

| | | |
|---|---:|---|
| Total Salary Loss Current Prices | 2,305,264 | See Schedule 2 |
| Total Severance pay Current Prices | 240,159 | |
| Total Pension Loss Current Prices | 404,206 | See Schedule 3-4 |
| Total Economic Loss in New Israeli Shekels | ₪ 2,949,628 | |

U.S. Dollar exchange rate = 3.914

Total Economic Loss in **U.S. Dollar**   $ 753,610

\* Subject to the most recent available data.

PLAINTIFF'S EXHIBIT 1226

December 1, 2014

Karen Goldberg                                                                                                   Schedule 2

## Salary Calculation in NIS Currency

|  |  |  |  |  |  | Interest rate | 2.6% |
|---|---|---|---|---|---|---|---|
| Year: | Projected Future Wages | Less: Projected Future Contribution | Total Projected Future Income | Factor to December 1, 2014 | Total Loss Value at December 1, 2014 | Period to value |  |
|  | NIS | NIS | NIS |  | NIS |  |  |
| 2005 | 78,689 | - | 78,689 | 1.000 | 78,689 |  |  |
| 2006 | 81,994 | - | 81,994 | 1.000 | 81,994 |  |  |
| 2007 | 85,438 | - | 85,438 | 1.000 | 85,438 |  |  |
| 2008 | 89,027 | (742) | 88,285 | 1.000 | 88,285 |  |  |
| 2009 | 92,766 | (1,540) | 91,226 | 1.000 | 91,226 |  |  |
| 2010 | 96,662 | (2,417) | 94,245 | 1.000 | 94,245 |  |  |
| 2011 | 100,722 | (3,354) | 97,368 | 1.000 | 97,368 |  |  |
| 2012 | 104,952 | (4,366) | 100,586 | 1.000 | 100,586 |  |  |
| 2013 | 105,540 | (5,277) | 100,263 | 1.000 | 100,263 |  |  |
| Nov-14 | 100,808 | (5,544) | 95,264 | 1.000 | 95,264 |  |  |
| Dec-14 | 9,550 | (525) | 9,025 | 0.998 | 9,005 | 0.0833 |  |
| 2015 | 114,993 | (6,325) | 108,669 | 0.973 | 105,689 | 1.0833 |  |
| 2016 | 119,823 | (6,590) | 113,233 | 0.948 | 107,337 | 2.0833 |  |
| 2017 | 124,856 | (6,867) | 117,988 | 0.924 | 109,011 | 3.0833 |  |
| 2018 | 130,099 | (7,155) | 122,944 | 0.900 | 110,711 | 4.0833 |  |
| 2019 | 135,564 | (7,456) | 128,108 | 0.878 | 112,437 | 5.0833 |  |
| 2020 | 141,257 | (7,769) | 133,488 | 0.855 | 114,190 | 6.0833 |  |
| 2021 | 147,190 | (8,095) | 139,095 | 0.834 | 115,971 | 7.0833 |  |
| 2022 | 153,372 | (8,435) | 144,937 | 0.813 | 117,780 | 8.0833 |  |
| 2023 | 159,814 | (8,790) | 151,024 | 0.792 | 119,616 | 9.0833 |  |
| 2024 | 166,526 | (9,159) | 157,367 | 0.772 | 121,482 | 10.0833 |  |
| 2025 | 173,520 | (9,544) | 163,976 | 0.752 | 123,376 | 11.0833 |  |
| 2026 | 180,808 | (9,944) | 170,863 | 0.733 | 125,300 | 12.0833 |  |
| TOTAL: | 2,693,970 | (119,895) | 2,574,075 |  | 2,305,264 |  |  |

December 1, 2014

Karen Goldberg

Schedule 3

## Pension Calculation in NIS Currency

Interest rate  2.6%

| Year: | Projected Future Pension Distributions, Valued at December 1, 2014 | Projected Future Pension from National Insurance | Total Pension Loss Value at December 1, 2014 | Years from Valuation Date |
|---|---|---|---|---|
| | NIS | NIS | NIS | |
| Dec-26 | 11,127 | 16,020 | 27,147 | 13.083333 |
| 2027 | 10,845 | 16,020 | 26,865 | 14.083333 |
| 2028 | 10,570 | 16,020 | 26,590 | 15.083333 |
| 2029 | 10,302 | 16,020 | 26,322 | 16.083333 |
| 2030 | 10,041 | 16,020 | 26,061 | 17.083333 |
| 2031 | 9,787 | 16,020 | 25,807 | 18.083333 |
| 2032 | 9,539 | 16,020 | 25,559 | 19.083333 |
| 2033 | 9,297 | 16,020 | 25,317 | 20.083333 |
| 2034 | 9,061 | 16,020 | 25,081 | 21.083333 |
| 2035 | 8,832 | 16,020 | 24,852 | 22.083333 |
| 2036 | 8,608 | 16,020 | 24,628 | 23.083333 |
| 2037 | 8,390 | 16,020 | 24,410 | 24.083333 |
| 2038 | 8,177 | 16,020 | 24,197 | 25.083333 |
| 2039 | 7,970 | 16,020 | 23,990 | 26.083333 |
| 2040 | 7,768 | 16,020 | 23,788 | 27.083333 |
| 2041 | 7,571 | 16,020 | 23,591 | 28.083333 |
| TOTAL: | 147,886 | 256,320 | 404,206 | |

December 1, 2014