David Gritz                                                            Schedule 1

### DAVID GRITZ
#### Total Economic Loss

|  | Revised December 1 2014* $ |  |
|---|---|---|
| Total Salary Loss Current Prices | 965,531 | See Schedule 2 |
| Total Severance pay Current Prices | 51,537 |  |
| Total Pension Loss Current Prices | 56,013 | See Schedule 3-4 |
| Total Economic Loss in **U.S. Dollar** | $ 1,073,081 |  |

\* Subject to the most recent available data.



PLAINTIFF'S EXHIBIT 1227

December 1, 2014

# David Gritz

Schedule 2

## Salary Calculation in US Dollars

US 30 Year Treasury Rate 2.98%
Israel 10 Year Bond Rate 3.77%
Exchange Rate 3.914

| Source of Income | David's Age | Year: | Projected Future Wages US$ | Less: Unemployment Effects | Less: Projected Future Contribution US$ | Total Projected Future Income US$ | Factor to December 1, 2014 | Total Loss Value at December 1, 2014 US$ | Period to value | Income | Personal Consumption | Total Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S.A. | 25 | 2003 | 47,901 | (1,916) | (3,518) | 42,467 | 1.000 | 42,467 | | 42,467 | (26,202) | 16,265 |
| U.S.A. | 26 | 2004 | 49,338 | (1,974) | (3,623) | 43,741 | 1.000 | 43,741 | | 43,741 | (26,988) | 16,753 |
| U.S.A. | 27 | 2005 | 50,818 | (2,033) | (3,732) | 45,053 | 1.000 | 45,053 | | 45,053 | (27,798) | 17,255 |
| U.S.A. | 28 | 2006 | 52,343 | (2,094) | (3,844) | 46,405 | 1.000 | 46,405 | | 46,405 | (28,632) | 17,773 |
| U.S.A. | 29 | 2007 | 53,913 | (2,157) | (3,959) | 47,797 | 1.000 | 47,797 | | 47,797 | (29,491) | 18,306 |
| U.S.A. | 30 | 2008 | 55,530 | (2,221) | (4,078) | 49,231 | 1.000 | 49,231 | | 49,231 | (30,376) | 18,855 |
| U.S.A. | 31 | 2009 | 57,196 | (2,288) | (4,201) | 50,708 | 1.000 | 50,708 | | 50,708 | (31,287) | 19,421 |
| U.S.A. | 32 | 2010 | 58,912 | (2,356) | (4,327) | 52,229 | 1.000 | 52,229 | | 52,229 | (32,225) | 20,004 |
| U.S.A. | 33 | 2011 | 60,680 | (2,427) | (4,456) | 53,796 | 1.000 | 53,796 | | 53,796 | (33,192) | 20,604 |
| U.S.A. | 34 | 2012 | 62,500 | (2,500) | (4,590) | 55,410 | 1.000 | 55,410 | | 55,410 | (34,188) | 21,222 |
| U.S.A. | 35 | 2013 | 64,375 | (2,575) | (4,728) | 57,072 | 1.000 | 57,072 | | 57,072 | (35,214) | 21,859 |
| U.S.A. | 36 | Nov-2014 | 75,155 | (3,066) | (5,519) | 66,630 | 1.000 | 66,630 | | 66,630 | (41,110) | 25,519 |
| U.S.A. | 36 | Dec-2014 | 6,832 | (273) | (502) | 6,057 | 0.998 | 6,042 | 0.0833 | 6,042 | (3,728) | 2,314 |
| U.S.A. | 37 | 2015 | 84,447 | (3,378) | (6,202) | 74,867 | 0.969 | 72,523 | 1.0833 | 72,523 | (44,747) | 27,776 |
| U.S.A. | 38 | 2016 | 86,981 | (3,479) | (6,388) | 77,113 | 0.941 | 72,537 | 2.0833 | 72,537 | (44,756) | 27,782 |
| U.S.A. | 39 | 2017 | 89,590 | (3,584) | (6,579) | 79,427 | 0.913 | 72,551 | 3.0833 | 72,551 | (44,764) | 27,787 |
| U.S.A. | 40 | 2018 | 92,278 | (3,691) | (6,777) | 81,810 | 0.887 | 72,566 | 4.0833 | 72,566 | (44,773) | 27,793 |
| U.S.A. | 41 | 2019 | 95,046 | (3,802) | (6,980) | 84,264 | 0.861 | 72,580 | 5.0833 | 72,580 | (44,782) | 27,798 |
| U.S.A. | 42 | 2020 | 97,897 | (3,916) | (7,190) | 86,792 | 0.836 | 72,594 | 6.0833 | 72,594 | (44,790) | 27,803 |
| U.S.A. | 43 | 2021 | 100,834 | (4,033) | (7,405) | 89,396 | 0.812 | 72,608 | 7.0833 | 72,608 | (44,799) | 27,809 |
| U.S.A. | 44 | 2022 | 103,859 | (4,154) | (7,627) | 92,078 | 0.789 | 72,622 | 8.0833 | 72,622 | (44,808) | 27,814 |
| U.S.A. | 45 | 2023 | 106,975 | (4,279) | (7,856) | 94,840 | 0.766 | 72,636 | 9.0833 | 72,636 | (44,816) | 27,820 |
| U.S.A. | 46 | 2024 | 110,184 | (4,407) | (7,734) | 98,043 | 0.744 | 72,917 | 10.0833 | 72,917 | (44,989) | 27,927 |
| U.S.A. | 47 | 2025 | 113,490 | (4,540) | (7,780) | 101,171 | 0.722 | 73,065 | 11.0833 | 73,065 | (45,081) | 27,984 |
| U.S.A. | 48 | 2026 | 116,895 | (4,676) | (7,827) | 104,392 | 0.701 | 73,210 | 12.0833 | 73,210 | (45,170) | 28,039 |
| U.S.A. | 49 | 2027 | 120,401 | (4,816) | (7,876) | 107,709 | 0.681 | 73,351 | 13.0833 | 73,351 | (45,257) | 28,093 |
| U.S.A. | 50 | 2028 | 124,013 | (4,961) | (7,926) | 111,127 | 0.661 | 73,488 | 14.0833 | 73,488 | (45,342) | 28,146 |
| U.S.A. | 51 | 2029 | 127,734 | (5,109) | (7,978) | 114,646 | 0.642 | 73,621 | 15.0833 | 73,621 | (45,424) | 28,197 |
| U.S.A. | 52 | 2030 | 131,566 | (5,263) | (8,031) | 118,272 | 0.624 | 73,752 | 16.0833 | 73,752 | (45,505) | 28,247 |
| U.S.A. | 53 | 2031 | 135,513 | (5,421) | (8,086) | 122,006 | 0.606 | 73,879 | 17.0833 | 73,879 | (45,583) | 28,296 |
| U.S.A. | 54 | 2032 | 139,578 | (5,583) | (8,143) | 125,852 | 0.588 | 74,002 | 18.0833 | 74,002 | (45,660) | 28,343 |
| U.S.A. | 55 | 2033 | 143,766 | (5,751) | (8,201) | 129,814 | 0.571 | 74,123 | 19.0833 | 74,123 | (45,734) | 28,389 |
| U.S.A. | 56 | 2034 | 148,079 | (5,923) | (8,261) | 133,894 | 0.554 | 74,241 | 20.0833 | 74,241 | (45,806) | 28,434 |
| Israel | 57 | 2035 | 124,557 | | (6,851) | 117,706 | 0.458 | 53,945 | 21.0833 | 53,945 | (37,762) | 16,184 |
| Israel | 58 | 2036 | 129,788 | | (7,138) | 122,650 | 0.442 | 54,169 | 22.0833 | 54,169 | (37,918) | 16,251 |
| Israel | 59 | 2037 | 135,239 | | (7,438) | 127,801 | 0.426 | 54,393 | 23.0833 | 54,393 | (38,075) | 16,318 |
| Israel | 60 | 2038 | 140,919 | | (7,751) | 133,169 | 0.410 | 54,618 | 24.0833 | 54,618 | (38,233) | 16,386 |
| Israel | 61 | 2039 | 146,838 | | (8,076) | 138,762 | 0.395 | 54,845 | 25.0833 | 54,845 | (38,391) | 16,453 |
| Israel | 62 | 2040 | 153,005 | | (8,415) | 144,590 | 0.381 | 55,072 | 26.0833 | 55,072 | (38,550) | 16,522 |
| Israel | 63 | 2041 | 159,431 | | (8,769) | 150,663 | 0.367 | 55,300 | 27.0833 | 55,300 | (38,710) | 16,590 |
| Israel | 64 | 2042 | 166,127 | | (9,137) | 156,990 | 0.354 | 55,529 | 28.0833 | 55,529 | (38,871) | 16,659 |
| Israel | 65 | 2043 | 173,105 | | (9,521) | 163,584 | 0.341 | 55,759 | 29.0833 | 55,759 | (39,032) | 16,728 |
| Israel | 66 | 2044 | 180,375 | | (9,921) | 170,454 | 0.328 | 55,991 | 30.0833 | 55,991 | (39,193) | 16,797 |
| Israel | 67 | Mar-45 | 46,988 | | (2,584) | 44,403 | 0.317 | 14,056 | 31.0833 | 14,056 | (9,839) | 4,217 |
| TOTAL: | | | 4,520,992 | (118,585) | (287,526) | 4,114,881 | | 2,643,124 | | 2,643,124 | (1,677,593) | 965,531 |

December 1, 2014

David Gritz

Schedule 3

## Pension Calculation in US Dollars

| Year: | Projected Future Pension Distributions, Valued at December 1, 2014 US $ | Projected Future Pension Distributions, Valued at December 1, 2014 US $ | Projected Future Pension from National Insurance US $ | Total Pension Loss Value at December 1, 2014 US $ | | US 30 Year Treasury Rate | 2.98% | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Israel 10 Year bond rate | 3.77% | | |
| | | | | | | Exchange Rate | 3.914 | | |
| | United States | Israel | Israel | Total | Years from Valuation Date | | Income | Personal Consumption | Total Income |
| 67 Mar-45 | 5,659 | 3,900 | 4,093 | 13,652 | 32.083333 | | 13,652 | (9,556) | 4,095 |
| 68 2046 | 7,327 | 3,758 | 4,093 | 15,178 | 33.083333 | | 15,178 | (10,624) | 4,553 |
| 69 2047 | 7,115 | 3,622 | 4,093 | 14,829 | 34.083333 | | 14,829 | (10,380) | 4,449 |
| 70 2048 | 6,909 | 3,490 | 4,093 | 14,492 | 35.083333 | | 14,492 | (10,144) | 4,348 |
| 71 2049 | 6,709 | 3,363 | 4,093 | 14,165 | 36.083333 | | 14,165 | (9,916) | 4,250 |
| 72 2050 | 6,515 | 3,241 | 4,093 | 13,849 | 37.083333 | | 13,849 | (9,694) | 4,155 |
| 73 2051 | 6,326 | 3,123 | 4,093 | 13,543 | 38.083333 | | 13,543 | (9,480) | 4,063 |
| 74 2052 | 6,143 | 3,010 | 4,093 | 13,246 | 39.083333 | | 13,246 | (9,272) | 3,974 |
| 75 2053 | 5,965 | 2,900 | 4,093 | 12,959 | 40.083333 | | 12,959 | (9,071) | 3,888 |
| 76 2054 | 5,793 | 2,795 | 4,093 | 12,681 | 41.083333 | | 12,681 | (8,877) | 3,804 |
| 77 2055 | 5,625 | 2,694 | 4,093 | 12,412 | 42.083333 | | 12,412 | (8,688) | 3,724 |
| 78 2056 | 5,462 | 2,596 | 4,093 | 12,151 | 43.083333 | | 12,151 | (8,506) | 3,645 |
| 79 2057 | 5,304 | 2,501 | 4,093 | 11,899 | 44.083333 | | 11,899 | (8,329) | 3,570 |
| 80 2058 | 5,151 | 2,411 | 4,093 | 11,654 | 45.083333 | | 11,654 | (8,158) | 3,496 |
| TOTAL: | 86,002 | 43,404 | 57,302 | 186,708 | | | 186,708 | (130,696) | 56,013 |

December 1, 2014