## TABLE 1. THE VALUE OF MS. SHAYNA ELLIOTT'S LOST EARNINGS

| YEAR | | AGE | WAGES (1) | UNEMPL. EFFECTS (2) | TAXES (3) | JOB MAINT. (4) | ANNUAL INCOME (1-2-3-4) | PRESENT VALUE | CUMULATIVE PV |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Trial Income:** | | | | | | | | | |
| 2006 | -a | 24 | $17,110 | $642 | $2,388 | $741 | $13,339 | $13,339 | $13,339 |
| 2007 | | 25 | 35,350 | 1,241 | 4,946 | 1,535 | 27,628 | 27,628 | 40,967 |
| 2008 | | 26 | 36,269 | 1,010 | 5,113 | 1,587 | 28,560 | 28,560 | 69,527 |
| 2009 | -b | 27 | 36,740 | 1,134 | 5,163 | 1,602 | 28,841 | 28,841 | 98,367 |
| **Expected Post-Trial Income:** | | | | | | | | | |
| 2016 | -c | 34 | 58,612 | 2,286 | 9,913 | 2,535 | 43,878 | 40,568 | 40,568 |
| 2017 | | 35 | 60,078 | 2,343 | 10,161 | 2,598 | 44,975 | 39,983 | 80,551 |
| 2018 | | 36 | 61,580 | 2,402 | 10,415 | 2,663 | 46,100 | 39,406 | 119,957 |
| 2019 | | 37 | 63,119 | 2,462 | 10,676 | 2,730 | 47,252 | 38,838 | 158,795 |
| 2020 | | 38 | 64,697 | 2,523 | 10,943 | 2,798 | 48,434 | 38,278 | 197,073 |
| 2021 | | 39 | 66,315 | 2,586 | 11,216 | 2,868 | 49,644 | 37,726 | 234,799 |
| 2022 | | 40 | 67,972 | 2,651 | 11,497 | 2,939 | 50,885 | 37,182 | 271,980 |
| 2023 | | 41 | 69,672 | 2,717 | 11,784 | 3,013 | 52,158 | 36,645 | 308,625 |
| 2024 | | 42 | 71,414 | 2,785 | 12,079 | 3,088 | 53,462 | 36,117 | 344,742 |
| 2025 | | 43 | 73,199 | 2,855 | 12,381 | 3,165 | 54,798 | 35,596 | 380,338 |
| 2026 | | 44 | 75,029 | 2,926 | 12,690 | 3,245 | 56,168 | 35,082 | 415,420 |
| 2027 | | 45 | 76,905 | 2,999 | 13,007 | 3,326 | 57,572 | 34,576 | 449,997 |
| 2028 | | 46 | 78,827 | 3,074 | 13,333 | 3,409 | 59,012 | 34,078 | 484,074 |
| 2029 | | 47 | 80,798 | 3,151 | 13,666 | 3,494 | 60,487 | 33,586 | 517,661 |
| 2030 | | 48 | 82,818 | 3,230 | 14,007 | 3,581 | 61,999 | 33,102 | 550,762 |
| 2031 | | 49 | 84,888 | 3,311 | 14,358 | 3,671 | 63,549 | 32,624 | 583,387 |
| 2032 | | 50 | 87,011 | 3,393 | 14,717 | 3,763 | 65,138 | 32,154 | 615,541 |
| 2033 | | 51 | 89,186 | 3,478 | 15,085 | 3,857 | 66,766 | 31,690 | 647,231 |
| 2034 | | 52 | 91,415 | 3,565 | 15,462 | 3,953 | 68,435 | 31,233 | 678,464 |
| 2035 | | 53 | 93,701 | 3,654 | 15,848 | 4,052 | 70,146 | 30,783 | 709,246 |
| 2036 | | 54 | 96,043 | 3,746 | 16,244 | 4,153 | 71,900 | 30,339 | 739,585 |
| 2037 | | 55 | 98,444 | 3,839 | 16,650 | 4,257 | 73,697 | 29,901 | 769,486 |
| 2038 | | 56 | 100,906 | 3,935 | 17,067 | 4,364 | 75,540 | 29,470 | 798,955 |
| 2039 | | 57 | 103,428 | 4,034 | 17,493 | 4,473 | 77,428 | 29,045 | 828,000 |
| 2040 | | 58 | 106,014 | 4,135 | 17,931 | 4,585 | 79,364 | 28,626 | 856,626 |
| 2041 | | 59 | 108,664 | 4,238 | 18,379 | 4,699 | 81,348 | 28,213 | 884,839 |
| 2042 | | 60 | 111,381 | 4,344 | 18,839 | 4,817 | 83,382 | 27,806 | 912,645 |
| 2043 | | 61 | 114,165 | 4,452 | 19,309 | 4,937 | 85,466 | 27,405 | 940,050 |
| 2044 | | 62 | 117,019 | 4,564 | 19,792 | 5,061 | 87,603 | 27,010 | 967,059 |
| 2045 | | 63 | 119,945 | 4,678 | 20,287 | 5,187 | 89,793 | 26,620 | 993,679 |
| 2046 | -d | 64 | 65,160 | 2,541 | 11,021 | 2,818 | 48,780 | 13,905 | 1,007,584 |

Pre-trial cumulative income of $98,367 (**Note-b**), plus post-trial cumulative income of $1,007,584 (assuming retirement at age 64; **Note-d**), totals $1,105,951

**NOTES:**

a- Earnings since July 1, 2006, the date Ms. Elliott would have enter the labor force
b- Earnings to the end of 2009, the date Ms. Elliott would have left the labor force
c- Expected earnings since January 1, 2016, the time Ms. Elliott would have returned to the labor force
d- Expected earnings to Ms. Elliott's statistical retirement age of 64



PLAINTIFF'S EXHIBIT 1228

## TABLE 3. THE VALUE OF MS. ELLIOTT'S RECOVERABLE LOST EARNINGS

| YEAR | AGE | PRE-INJURY EARNINGS (Table 1) | MITIGATION EARNINGS (Table 2) | ANNUAL LOSS (1 - 2) | CUMULATIVE LOSS |
|---|---|---|---|---|---|
| **Pre-Trial Losses:** | | | | | |
| 2004 -a | 22 | | $12,729 | -$12,729 | -$12,729 |
| 2005 | 23 | | 20,011 | -20,011 | -32,740 |
| 2006 | 24 | $13,339 | 15,234 | -1,894 | -34,634 |
| 2007 | 25 | 27,628 | 0 | 27,628 | -7,006 |
| 2008 | 26 | 28,560 | 0 | 28,560 | 21,553 |
| 2009 -b | 27 | 28,841 | 0 | 28,841 | 50,394 |
| **Expected Post-Trial Losses:** | | | | | |
| 2016 -c | 34 | 40,568 | 30,187 | 10,381 | 10,381 |
| 2017 | 35 | 39,983 | 29,752 | 10,231 | 20,612 |
| 2018 | 36 | 39,406 | 29,323 | 10,084 | 30,696 |
| 2019 | 37 | 38,838 | 28,900 | 9,938 | 40,634 |
| 2020 | 38 | 38,278 | 28,483 | 9,795 | 50,429 |
| 2021 | 39 | 37,726 | 28,072 | 9,654 | 60,083 |
| 2022 | 40 | 37,182 | 27,667 | 9,514 | 69,597 |
| 2023 | 41 | 36,645 | 27,268 | 9,377 | 78,974 |
| 2024 | 42 | 36,117 | 26,875 | 9,242 | 88,216 |
| 2025 | 43 | 35,596 | 26,487 | 9,109 | 97,325 |
| 2026 | 44 | 35,082 | 26,105 | 8,977 | 106,302 |
| 2027 | 45 | 34,576 | 25,729 | 8,848 | 115,150 |
| 2028 | 46 | 34,078 | 25,358 | 8,720 | 123,870 |
| 2029 | 47 | 33,586 | 24,992 | 8,594 | 132,464 |
| 2030 | 48 | 33,102 | 24,631 | 8,470 | 140,934 |
| 2031 | 49 | 32,624 | 24,276 | 8,348 | 149,282 |
| 2032 | 50 | 32,154 | 23,926 | 8,228 | 157,510 |
| 2033 | 51 | 31,690 | 23,581 | 8,109 | 165,619 |
| 2034 | 52 | 31,233 | 23,241 | 7,992 | 173,612 |
| 2035 | 53 | 30,783 | 22,906 | 7,877 | 181,489 |
| 2036 | 54 | 30,339 | 22,575 | 7,763 | 189,252 |
| 2037 | 55 | 29,901 | 22,250 | 7,651 | 196,903 |
| 2038 | 56 | 29,470 | 21,929 | 7,541 | 204,444 |
| 2039 | 57 | 29,045 | 21,612 | 7,432 | 211,877 |
| 2040 | 58 | 28,626 | 21,301 | 7,325 | 219,202 |
| 2041 | 59 | 28,213 | 20,993 | 7,219 | 226,421 |
| 2042 | 60 | 27,806 | 20,691 | 7,115 | 233,536 |
| 2043 | 61 | 27,405 | 20,392 | 7,013 | 240,549 |
| 2044 | 62 | 27,010 | 20,098 | 6,912 | 247,461 |
| 2045 | 63 | 26,620 | 19,808 | 6,812 | 254,272 |
| 2046 -d | 64 | 13,905 | 10,347 | 3,558 | 257,831 |

Pre-trial cumulative losses of $50,394 (**Note-b**), plus post-trial cumulative losses of $257,831 (assuming retirement at age 64; **Note-d**), total $308,225

**NOTES:**
a- Lost earnings since June 2004
b- Lost earnings the end of 2009, the date Ms. Elliott would have left the labor force
c- Expected earnings since January 1, 2016, the time Ms. Elliott would have returned to the labor force
d- Expected lost earnings to Ms. Elliott's statistical retirement age of 64

## TABLE 4. THE PRESENT VALUE OF MS. ELLIOTT'S LOST HOUSEHOLD SERVICES

| YEAR | | AGE | LOST SERVICES (1) | DISABILITY PROBABILITY (2) | NET LOSS (1−2) | PRESENT VALUE | CUMULATIVE PV |
|---|---|---|---|---|---|---|---|
| **Value of Pre-Trial Losses:** | | | | | | | |
| 2010 | -a | 28 | $13,728 | $323 | $13,405 | $13,405 | $13,405 |
| 2011 | | 29 | 13,728 | 323 | 13,405 | 13,405 | 26,811 |
| 2012 | | 30 | 13,728 | 323 | 13,405 | 13,405 | 40,216 |
| 2013 | | 31 | 13,728 | 323 | 13,405 | 13,405 | 53,622 |
| 2014 | | 32 | 12,584 | 296 | 12,288 | 12,288 | 65,910 |
| **Value of Expected Post-Trial Losses:** | | | | | | | |
| 2014 | -b | 32 | 1,144 | 27 | 1,117 | 1,117 | 1,117 |
| 2015 | | 33 | 14,071 | 331 | 13,741 | 13,212 | 14,329 |
| 2016 | | 34 | 14,423 | 339 | 14,084 | 13,021 | 27,351 |
| 2017 | | 35 | 14,784 | 347 | 14,436 | 12,834 | 40,184 |
| 2018 | | 36 | 15,153 | 356 | 14,797 | 12,649 | 52,833 |
| 2019 | | 37 | 9,884 | 232 | 9,652 | 7,933 | 60,766 |
| 2020 | | 38 | 10,131 | 238 | 9,893 | 7,819 | 68,584 |
| 2021 | | 39 | 10,384 | 244 | 10,140 | 7,706 | 76,290 |
| 2022 | | 40 | 10,644 | 250 | 10,394 | 7,595 | 83,885 |
| 2023 | | 41 | 10,910 | 256 | 10,654 | 7,485 | 91,370 |
| 2024 | | 42 | 11,183 | 263 | 10,920 | 7,377 | 98,747 |
| 2025 | | 43 | 11,462 | 269 | 11,193 | 7,271 | 106,018 |
| 2026 | | 44 | 11,749 | 276 | 11,473 | 7,166 | 113,184 |
| 2027 | | 45 | 12,043 | 283 | 11,760 | 7,063 | 120,247 |
| 2028 | | 46 | 12,344 | 290 | 12,054 | 6,961 | 127,207 |
| 2029 | | 47 | 12,652 | 297 | 12,355 | 6,860 | 134,067 |
| 2030 | | 48 | 12,969 | 305 | 12,664 | 6,761 | 140,829 |
| 2031 | | 49 | 13,293 | 312 | 12,980 | 6,664 | 147,493 |
| 2032 | | 50 | 13,625 | 320 | 13,305 | 6,568 | 154,060 |
| 2033 | | 51 | 13,966 | 328 | 13,638 | 6,473 | 160,533 |
| 2034 | | 52 | 14,315 | 336 | 13,979 | 6,380 | 166,913 |
| 2035 | | 53 | 14,673 | 345 | 14,328 | 6,288 | 173,201 |
| 2036 | | 54 | 15,040 | 353 | 14,686 | 6,197 | 179,398 |
| 2037 | | 55 | 15,416 | 362 | 15,053 | 6,108 | 185,505 |
| 2038 | | 56 | 15,801 | 371 | 15,430 | 6,019 | 191,525 |
| 2039 | | 57 | 16,196 | 381 | 15,815 | 5,933 | 197,457 |
| 2040 | | 58 | 16,601 | 390 | 16,211 | 5,847 | 203,304 |
| 2041 | | 59 | 17,016 | 400 | 16,616 | 5,763 | 209,067 |
| 2042 | | 60 | 17,441 | 410 | 17,032 | 5,680 | 214,747 |
| 2043 | | 61 | 17,877 | 420 | 17,457 | 5,598 | 220,344 |
| 2044 | | 62 | 18,324 | 431 | 17,894 | 5,517 | 225,861 |
| 2045 | | 63 | 18,782 | 441 | 18,341 | 5,437 | 231,299 |
| 2046 | | 64 | 19,252 | 452 | 18,800 | 5,359 | 236,658 |
| 2047 | | 65 | 19,733 | 464 | 19,270 | 5,282 | 241,939 |
| 2048 | | 66 | 20,227 | 475 | 19,751 | 5,206 | 247,145 |
| 2049 | | 67 | 20,732 | 487 | 20,245 | 5,130 | 252,275 |
| 2050 | | 68 | 21,251 | 499 | 20,751 | 5,056 | 257,332 |
| 2051 | | 69 | 21,782 | 512 | 21,270 | 4,983 | 262,315 |
| 2052 | | 70 | 22,326 | 525 | 21,802 | 4,912 | 267,227 |
| 2053 | | 71 | 22,885 | 538 | 22,347 | 4,841 | 272,068 |
| 2054 | | 72 | 23,457 | 551 | 22,905 | 4,771 | 276,839 |
| 2055 | | 73 | 24,043 | 565 | 23,478 | 4,702 | 281,541 |
| 2056 | | 74 | 24,644 | 579 | 24,065 | 4,634 | 286,175 |
| 2057 | -c | 75 | 3,789 | 89 | 3,700 | 685 | 286,860 |

Pre-trial cumulative losses of $65,910 (**Note-b**), plus post-trial cumulative losses of $286,860 (**Note-c**), total $352,770

### NOTES TO TABLE 4:
a- Value of lost household services since January 1, 2010
b- Based on an assumed trial date of December 1, 2014
c- Expected value of lost household services until Ms. Elliott reaches age 74.6

### Ms. Elliott's economic loss consists of the following components:

| | | |
|---|---|---|
| 1) Lost Earnings: | $ | 308,225 |
| 2) Value of Lost Household Services: | | 352,770 |
| Total Economic Loss: | **$** | **660,995** |