## THE PRESENT VALUE OF THE LOSS TO THE ESTATE OF MS. JANIS COULTER

| YEAR | | AGE | WAGES (1) | UNEMPL. EFFECTS (2) | TAXES (3) | PERSONAL CONSUMPTION (4) | ANNUAL INCOME (1-2-3-4) | PRESENT VALUE | CUMUL. PV |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Trial Losses:** | | | | | | | | | |
| 2002 | -a | 37 | $20,370 | $1,263 | $5,522 | $11,875 | $1,710 | $1,710 | $1,710 |
| 2003 | | 38 | 50,004 | 3,200 | 13,526 | 29,088 | 4,189 | 4,189 | 5,899 |
| 2004 | | 39 | 51,304 | 2,976 | 13,967 | 30,036 | 4,325 | 4,325 | 10,224 |
| 2005 | | 40 | 52,586 | 2,629 | 14,438 | 31,048 | 4,471 | 4,471 | 14,695 |
| 2006 | | 41 | 54,269 | 2,496 | 14,962 | 32,177 | 4,634 | 4,634 | 19,329 |
| 2007 | | 42 | 56,060 | 2,523 | 15,472 | 33,273 | 4,792 | 4,792 | 24,121 |
| 2008 | | 43 | 57,517 | 3,106 | 15,725 | 33,817 | 4,870 | 4,870 | 28,991 |
| 2009 | | 44 | 58,265 | 5,477 | 15,256 | 32,808 | 4,725 | 4,725 | 33,715 |
| 2010 | | 45 | 59,314 | 5,101 | 15,668 | 33,693 | 4,852 | 4,852 | 38,567 |
| 2011 | | 46 | 60,263 | 4,942 | 15,988 | 34,382 | 4,951 | 4,951 | 43,518 |
| 2012 | | 47 | 61,348 | 5,276 | 16,205 | 34,849 | 5,018 | 5,018 | 48,537 |
| 2013 | | 48 | 62,636 | 2,505 | 17,378 | 37,371 | 5,382 | 5,382 | 53,918 |
| 2014 | -b | 49 | 57,416 | 2,297 | 15,930 | 34,257 | 4,933 | 4,933 | 58,852 |
| **Expected Post-Trial Losses:** | | | | | | | | | |
| 2014 | -b | 49 | 5,220 | 209 | 1,448 | 3,114 | 448 | 448 | 448 |
| 2015 | | 50 | 64,202 | 2,568 | 17,812 | 37,473 | 6,348 | 6,104 | 6,553 |
| 2016 | | 51 | 65,807 | 2,632 | 18,257 | 38,410 | 6,507 | 6,016 | 12,569 |
| 2017 | | 52 | 67,452 | 2,698 | 18,714 | 39,370 | 6,670 | 5,929 | 18,498 |
| 2018 | | 53 | 69,138 | 2,766 | 19,182 | 40,355 | 6,836 | 5,844 | 24,342 |
| 2019 | | 54 | 70,867 | 2,835 | 19,661 | 41,364 | 7,007 | 5,759 | 30,101 |
| 2020 | | 55 | 72,638 | 2,906 | 20,153 | 42,398 | 7,182 | 5,676 | 35,778 |
| 2021 | | 56 | 74,454 | 2,978 | 20,657 | 43,458 | 7,362 | 5,595 | 41,372 |
| 2022 | | 57 | 76,316 | 3,053 | 21,173 | 44,544 | 7,546 | 5,514 | 46,886 |
| 2023 | | 58 | 78,224 | 3,129 | 21,702 | 45,658 | 7,735 | 5,434 | 52,320 |
| 2024 | | 59 | 80,179 | 3,207 | 22,245 | 46,799 | 7,928 | 5,356 | 57,676 |
| 2025 | | 60 | 82,184 | 3,287 | 22,801 | 47,969 | 8,126 | 5,279 | 62,955 |
| 2026 | | 61 | 84,238 | 3,370 | 23,371 | 49,168 | 8,329 | 5,203 | 68,158 |
| 2027 | -c | 62 | 86,344 | 3,454 | 23,955 | 50,397 | 8,538 | 5,128 | 73,285 |

Pre-trial cumulative losses of $58,852 (**Note-b**), plus post-trial cumulative losses of $73,285 (**Note-c**), totals $132,137

**NOTES:**
a- Lost income since July 31, 2002, the date of Ms. Coulter's death
b- Based on an assumed trial date of December 1, 2014
c- Expected lost income to the end of Ms. Coulter's statistical worklife expectancy



PLAINTIFF'S EXHIBIT 1229