## THE PRESENT VALUE OF THE LOSS TO THE ESTATE OF MS. DIANE CARTER

| YEAR | | AGE | EARNINGS (1) | UNEMPL. EFFECTS (2) | TAXES (3) | PERSONAL CONSUMPTION (4) | ANNUAL INCOME (1-2-3-4) | PRESENT VALUE | CUMULATIVE PV |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Trial Losses:** | | | | | | | | | |
| 2002 | -a | 38 | $7,849 | $455 | $1,272 | $5,516 | $606 | $606 | $606 |
| 2003 | | 39 | 17,852 | 1,053 | 2,889 | 12,532 | 1,377 | 1,377 | 1,984 |
| 2004 | | 40 | 18,425 | 977 | 3,001 | 13,016 | 1,431 | 1,431 | 3,415 |
| 2005 | | 41 | 18,486 | 813 | 3,040 | 13,184 | 1,449 | 1,449 | 4,864 |
| 2006 | | 42 | 18,878 | 755 | 3,117 | 13,520 | 1,486 | 1,486 | 6,350 |
| 2007 | | 43 | 19,316 | 695 | 3,203 | 13,891 | 1,527 | 1,527 | 7,877 |
| 2008 | | 44 | 20,509 | 677 | 3,411 | 14,795 | 1,626 | 1,626 | 9,503 |
| 2009 | | 45 | 20,850 | 938 | 3,425 | 14,854 | 1,633 | 1,633 | 11,136 |
| 2010 | | 46 | 21,716 | 869 | 3,586 | 15,552 | 1,709 | 1,709 | 12,845 |
| 2011 | | 47 | 22,462 | 876 | 3,713 | 16,103 | 1,770 | 1,770 | 14,615 |
| 2012 | | 48 | 23,316 | 1,049 | 3,830 | 16,611 | 1,826 | 1,826 | 16,441 |
| 2013 | | 49 | 23,922 | 1,076 | 3,929 | 17,043 | 1,873 | 1,873 | 18,314 |
| 2014 | -b | 50 | 21,928 | 987 | 3,602 | 15,623 | 1,717 | 1,717 | 20,032 |
| **Expected Post-Trial Losses:** | | | | | | | | | |
| 2014 | -b | 50 | 1,994 | 90 | 328 | 1,421 | 156 | 156 | 156 |
| 2015 | | 51 | 24,424 | 1,099 | 4,012 | 16,922 | 2,391 | 2,299 | 2,455 |
| 2016 | | 52 | 24,937 | 1,122 | 4,096 | 17,278 | 2,441 | 2,257 | 4,712 |
| 2017 | | 53 | 25,461 | 1,146 | 4,182 | 17,641 | 2,492 | 2,216 | 6,928 |
| 2018 | | 54 | 25,996 | 1,170 | 4,270 | 18,011 | 2,545 | 2,175 | 9,103 |
| 2019 | | 55 | 26,542 | 1,194 | 4,360 | 18,389 | 2,598 | 2,135 | 11,238 |
| 2020 | | 56 | 27,099 | 1,219 | 4,451 | 18,776 | 2,653 | 2,096 | 13,335 |
| 2021 | | 57 | 27,668 | 1,245 | 4,545 | 19,170 | 2,708 | 2,058 | 15,393 |
| 2022 | | 58 | 28,249 | 1,271 | 4,640 | 19,572 | 2,765 | 2,021 | 17,413 |
| 2023 | | 59 | 28,842 | 1,298 | 4,738 | 19,983 | 2,823 | 1,984 | 19,397 |
| 2024 | | 60 | 29,448 | 1,325 | 4,837 | 20,403 | 2,883 | 1,947 | 21,344 |
| 2025 | | 61 | 30,066 | 1,353 | 4,939 | 20,832 | 2,943 | 1,912 | 23,256 |
| 2026 | | 62 | 30,698 | 1,381 | 5,042 | 21,269 | 3,005 | 1,877 | 25,133 |
| 2027 | | 63 | 31,342 | 1,410 | 5,148 | 21,716 | 3,068 | 1,843 | 26,975 |
| 2028 | -c | 64 | 27,200 | 1,224 | 4,468 | 18,846 | 2,663 | 1,538 | 28,513 |

Pre-trial cumulative losses of $20,032 (**Note-b**), plus post-trial cumulative losses of $28,513 (**Note-c**), total $48,545

**NOTES:**

a- Lost income since July 31, 2002
b- Based on an assumed trial date of December 1, 2014
c- Expected lost income to the end of Ms. Carter's worklife expectancy



PLAINTIFF'S EXHIBIT 1230