

PLAINTIFF'S EXHIBIT 1232