# Bauer Family






**Yehuda**



PLAINTIFF'S EXHIBIT 123G



**Revital Bauer**



**Daniel**




**Alan Bauer**



**Benji**



**Yoni**