


Elise Gould


Jessica


Ronald Gould


Shayna


Gould Family