# Waldman Family



Morris Waldman



Henna Waldman



Shmuel Waldman



PLAINTIFF'S EXHIBIT 1238