PLAINTIFF'S EXHIBIT 1239

# Sokolow Family

 Rena Sokolow

 Jamie

 Elana

 Mark Sokolow

 Lauren