PLAINTIFF'S EXHIBIT 1240

# Mandelkorn Family

 Nurit Mandelkorn

 Leonard Mandelkorn

 Shaul