# Goldberg Family

 Karen Goldberg

 Scott Goldberg

 Tzvi

 Yaakov

 Eliezer

 Shoshana

 Yitzhak

 Esther

 Chana



PLAINTIFF'S EXHIBIT 1241