# Blutstein/Baker Families



**Katherine Baker**



**Rebekah**



**Richard Blutstein**



**Benjamin**



PLAINTIFF'S EXHIBIT 1242