







Carter Family

Larry Carter

Shaun

Diane

PLAINTIFF'S EXHIBIT 1243