







Coulter Family

Robert Coulter — Robert, Dianne, Janis

PLAINTIFF'S EXHIBIT 1244