


Nevenka Gritz



David



Norman Gritz



Gritz Family