



PLAINTIFF'S
EXHIBIT
1250