PLAINTIFF'S
EXHIBIT
1257



