



PLAINTIFF'S EXHIBIT 1259