# Mark Sokolow



- Burst eardrum
- Shrapnel wounds
- Operation on eardrum, March 2002
- Constant ringing in ear
- Trouble concentrating
- Sensitive to loud noises
- Very anxious in crowds



PLAINTIFF'S EXHIBIT 1262

# Rena Sokolow



- Shrapnel in both legs
- Surgery on day of attack
- Surgery to remove screws
- Lost feeling and movement in right leg
- Legs are scarred and disfigured
- Bone in leg never healed
- Burst eardrum
- Still has shrapnel in legs causing pain
- Fearful of crowded areas
- Sensitive to loud noises
- Flashbacks
- Trouble concentrating

# Lauren Sokolow



- Shrapnel and burn injuries to face and leg
- Still has shrapnel in left leg
- Burst eardrum
- Surgery on eardrum, 2002
- Reconstructive surgery on face, 2002
- Anxiety
- Poor sleep and nightmares; sensitivity to loud noises; flashbacks

# Jamie Sokolow (Fenster)



- Glass shards in eyes
- Torn iris from glass
- Cataract surgery
- High risk for glaucoma
- Scarring on face
- Anxiety
- Poor sleep
- Flashbacks triggered by loud noises

4

# Elana Sokolow (Rosman)

- Lowered mood
- Anxiety
- Loneliness
- Sensitivity to loud noises
- Poor sleep

