## Alan Bauer



- Screw lodged in left arm
- Skin grafts and vein from leg
- Feelings of guilt and uncertainty
- Avoided public places, busses
- Always looking over shoulder
- Terrified of loud noises or news of terror attacks



PLAINTIFF'S EXHIBIT 1263

## Yoni Bauer



- Screw penetrated and lodged in brain
- Medically-induced coma for three days
- Temporary blindness
- Temporary paralysis
- Had to re-learn how to walk
- Brain surgery to remove screw
- Extreme stress and anxiety

# Binyamin Bauer



- Stress and anxiety
- Became quiet, introverted and fearful
- Felt the pressure of becoming the big brother

# Daniel Bauer

- Developed fears
- Had trouble in school
- Developed need for approval of others



# Yehuda Bauer



- Bed wetting
- Confidence issues
- Fearful of leaving home