# PLACEHOLDER FOR EXHIBIT 1264

## SEE
## ALAN BAUER COAT