# PLACEHOLDER FOR EXHIBIT 1265

## SEE
## YEHONATHAN BAUER COAT