# Shaul Mandelkorn



- Lungs collapsed
- Penetrating abdominal wound
- Fractured left ankle
- Ruptured both eardrums
- Severed artery in right arm
- Shrapnel wounds, scars, burns over 1/3 of body
- Large open wound in thigh
- Multiple surgeries and skin grafts
- Left eye fracture, scarred macula and loss of vision
- Shrapnel remains in right eye; loss of vision
- In hospital 40 days; additional hospitalizations after
- Withdrawn, lack of self-confidence
- Severe anxiety, trauma and fears



PLAINTIFF'S EXHIBIT 1267

# Leonard Mandelkorn

- Low mood
- Intense stress and anxiety
- Loss of enjoyment
- Loss of energy
- Hard to concentrate at work
- Heart condition worsened