

PLAINTIFF'S EXHIBIT 1268

# Shmuel Waldman



- Shot twice in back of right leg
- Surgery on day of attack to repair leg
- Skin graft one week after attack
- Multiple follow-up surgeries
- Pain, numbness, stiffness in leg
- Lower back pain
- Nightmares, flashbacks, significant avoidance
- Very sensitive to loud noises
- Avoids large crowds; always looking over shoulder
- Anger, depression, introverted

14

# Henna Waldman

- Flashbacks
- Nightmares
- Loneliness
- Anxiety
- Avoidance
- Instability in home



# Morris Waldman

15

- Nightmares
- Increased anxiety
- Increased vigilance

