# Shayna (Gould) Elliott



- Shot through chest
- Dead on arrival at hospital
- Emergency open heart massage
- Lost left lung
- Severe rib damage
- Shrapnel, glass wounds to feet and thigh
- Multiple reconstructive surgeries
- Traumatic emotional damage
- Trouble sleeping, nightmares, flashbacks
- Chronic anxiety, affected relationships
- Avoids crowds

PLAINTIFF'S EXHIBIT 1269

# Jessica Gould (Rine)

- Anxiety
- Extreme vigilance
- Fearfulness
- Flashbacks



# Elise Gould

- Anxiety
- Severe stress causing health problems
- Trouble sleeping; nightmares
- Flashbacks
- Loneliness
- Affected relationships



# Ron Gould

- Flashbacks
- Avoidance

