# Karen Goldberg



- Overwhelming pain and devastation
- Complete change of life
- Became emotionally fragile
- Feelings of hopelessness and instability
- Battling constant crises
- Trouble sleeping
- Depression



PLAINTIFF'S EXHIBIT 1270

# Chana Goldberg

- Depression

- Feels life is unpredictable

- Eating problems

- Trouble concentrating in school

- Abusive marriage



# Esther Goldberg



- Became depressed
- Lost motivation and enjoyment
- Left school
- Lost concentration
- Felt edgy
- Developed obsessive tendencies

# Yitzhak Goldberg



- Felt suicidal
- Concentration issues
- Left school
- Became angry, agitated, aggressive
- Became depressed
- Bed wetting

# Shoshana Goldberg

- Ran away
- Trouble concentrating
- School issues
- Eating problems
- Fearful of relationships
- Untrusting
- Loss of enjoyment



# Eliezer Goldberg

- Afraid of strangers
- Sensitivity to loud noises
- Separation anxiety
- School issues
- Trouble sleeping
- Depression
- Speech issues
- Bed wetting



# Yaakov Goldberg



- Anxiety
- Difficulty speaking about father
- Gets very sad and depressed
- Trouble sleeping
- Bottles up feelings
- Speech issues
- Bed wetting

# Tzvi Goldberg



- Head banging as one-year-old
- Developed speech late
- Extreme separation anxiety
- Closed off from others
- Trouble in school
- Speaks about death frequently
- Heavy and negative outlook on life
- Bed wetting