Diane

Now you know the Answers
To All the Questions Ask
Now you know the reasons
For All our earthly Task
All of life a mystery
you know the answer to
All I know-is I struggle
Forever missing you

Now you know the Answers
You know I love you

          Daddy
          August 2003



PLAINTIFF'S EXHIBIT 1271