## Robert Coulter, Sr.

- Overwhelmed by sadness and devastation
- Trouble sleeping
- Frequent flashbacks
- Depression
- Anger
- Recurring dreams
- Alcoholism
- Withdrawn





PLAINTIFF'S EXHIBIT 1272

# Robert Coulter, Jr.

- Flashbacks
- Trouble sleeping
- Sadness
- Emotionally unstable
- Anger



# Diane Coulter (Miller)

- Intense grief
- Could not eat or sleep for weeks
- Adversely affected social life
- Feels very alone, empty
- Emotionally unstable
- Depression
- Flashbacks
- Avoidance