

# Larry Carter



- Loss of hope
- Complete shock and denial
- Depression
- Became more emotional

# Shaun Carter (Choffel)

- Complete shock and denial
- Anger
- Guilt
- Avoidance

