# Nevenka Gritz

- Loss of purpose in life
- Thoughts of suicide
- Recurring dreams of David



PLAINTIFF'S EXHIBIT 1275

# Norman Gritz

- Lost taste for life
- Despair
- Spent three years reading and compiling David's notebooks

