**ARNOLD & PORTER LLP**

Kent A. Yalowitz

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

May 15, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
                Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      Plaintiffs respectfully request that the Court grant plaintiffs an additional 10 pages for their opposition to Defendants' Motion for Judgment as a Matter of Law or New Trial Under Rule 50(b) and Rule 59, and permit plaintiffs to file a separate brief opposing Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction, not to exceed 25 pages. The issue of personal jurisdiction has been decided by this Court a number of times and plaintiffs should not have to devote pages of their opposition to Defendants' Motion for Judgment as a Matter of Law or New Trial to responding, again, to defendants' personal jurisdiction arguments. Defendants have informed us that they oppose these requests.

      Plaintiffs also request a two-day extension of time to file their opposition papers, from May 18 to May 20. Defendants have informed us that they do not oppose plaintiffs' request for two additional days for the opposition to Defendants' Motion for Judgment as a Matter of Law or New Trial Under Rule 50(b) and Rule 59, but object to plaintiffs filing a separate opposition to Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction.

      Respectfully,

*Kent A. Yalowitz*

cc:    All ECF Counsel