

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

May 15, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE:**   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*, Docket No. 04-CV-397 (GBD)(RLE) Opposition to Plaintiffs May 15, 2015 Letter

Dear Judge Daniels:

On behalf of the Palestinian Authority and the Palestine Liberation Organization, I write in opposition to Plaintiffs' May 15, 2015 letter seeking leave for an additional 10 pages for their opposition to Defendants' Motion for Judgment as a Matter of Law or New Trial, and for a separate, 25 page brief opposing Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction.  Defendants complied with the time and page limits set forth in the Court's April 13, 2015 Order [DE 893] and believe Plaintiffs should do the same.

As we have previously advised Plaintiffs:

1. To the extent Plaintiffs seek an additional two business days to file a single opposition brief, Defendants do not oppose that request provided Defendants' time to file their consolidated reply brief also is extend by two business days, i.e., until June 2, 2015.

2. To the extent the Court is inclined to grant Plaintiffs' request to file a 60 page opposition to Defendants' Motion for Judgment as a Matter of Law or New Trial, and a separate, 25 page opposition to Defendants' Renewed Motion to Dismiss of Lack of Personal Jurisdiction, Defendants request that: (i) Defendants be granted 40 pages for our Reply Brief in further support of the Motion for Judgment as a Matter of Law or New Trial; (ii) Defendants be granted 20 pages for our Reply Brief in further support of the Renewed Motion to Dismiss for Lack of Personal Jurisdiction; and (iii) both of Defendants' Reply Briefs be due on June 8, 2015.

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

May 15, 2015

2

                    Respectfully submitted,

                    Gassan A. Baloul

cc:    All ECF Counsel