UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MARK I. SOKOLOW, et al.,

               Plaintiffs,

   -against-

PALESTINE LIBERATION ORGANIZATION and
PALESTINIAN AUTHORITY,

               Defendants.

------------------------------------x

ORDER

04 Civ. 397 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAY 18 2015*

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs shall file a single opposition brief to Defendants' Motion for Judgment as a Matter of Law or New Trial not to exceed 60 pages on or before May 21, 2015. Defendants shall file a single reply brief not to exceed 30 pages on or before June 2, 2015.

Dated: May 18, 2015
      New York, New York

                                     SO ORDERED:

                                     *George B Daniels*
                                     GEORGE B. DANIELS
                                     United States District Judge