# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

May 20, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>     Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

Plaintiffs respectfully request that the Court strike defendants' May 13, 2015 filings of supposed "trial exhibits" (DE 906-911) or, in the alternative, order defendants to conform their filings to reflect the universe of trial exhibits actually admitted in evidence.

Defendants recently filed a series of notices, along with hundreds of exhibits, purporting to be the "trial exhibits" in this case. However the filings are both under-inclusive and over-inclusive.

Defendants' filings omit many of Plaintiffs' Trial Exhibits that were admitted at trial, such as martyr files, pay and promotion records, GIS files and political guidance magazines.[1]

Worse, defendants' filings include more than seventy purported "exhibits" that were never admitted. Defendants offered a mere ten exhibits in evidence—and only six were admitted.[2] Yet defendants have now filed seventy-nine documents identified as "Defendants Trial Exhibits." *See* DE 906-2.

---

[1] *E.g.*, Plaintiffs' Trial Exs. 1, 2, 3, 6, 7, 8, 9, 10, 14, 15, 17, 19, 20, 22, 23, 25, 26, 36B, 36C, 39, 40, 41, 42, 48, 49, 51, 58, 60, 61, 62, 63, 64, 66, 71, 72, 73, 75, 76, 83, 84, 85, 86, 87, 88, 89, 95, 96, 104, 105, 106, 108, 109, 112, 113, 114, 116, 123, 127, 128, 129, 130, 131, 132, 133, 135, 136, 138, 139, 140, 142, 143, 146, 147, 148, 151, 152, 153, 157, 159, 162, 164, 165, 275, 380, 398, 414, 417, 418, 424, 431.

[2] Defendants' Trial Exs. 17, 71, 72, 73, 74, 75. The four exhibits that were not admitted in evidence are Defendants' Proposed Trial Exs. 18, 29, 41, 70.

ARNOLD & PORTER LLP

Hon. George B. Daniels
May 20, 2015
Page 2

      Defendants' filings are therefore inaccurate and misleading and appear intended to create a false record. Plaintiffs have raised this issue with defendants, but they refused to make any corrections or explain the filing in any way.

                                                                     Respectfully,

                                                                    Kent A. Yalowitz

cc:    All ECF Counsel