# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

May 21, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    Defendants' letter of earlier today demonstrates that their May 13, 2015 filings of supposed "trial exhibits" (DE 906-911) was improper.

    *First*, no trial exhibit should be filed under seal. The trial was conducted in public, and the trial exhibits should be unsealed.

    *Second*, defendants should not be allowed to lard the record with "exhibits" never admitted—or even offered—in evidence. The *only* "Defendants Trial Exhibits" that should be filed for defendants' inevitable appeal are Defendants' Trial Exs. 17, 71, 72, 73, 74, 75. The rest should be stricken.

              Respectfully,

              Kent A. Yalowitz

cc:    All ECF Counsel