# EXHIBIT A

# Jan. 22, 2002 Jaffa Road Shooting



**Nasser Aweis**  **Ahmed Barghouti**

Commanders



**Ibrahim Abdel Hai**  **Mohamed Mousleh**  **Majed al-Masri**  **Fares Ghanem**  **Mohamed Abdullah**

Recruiter  Prep Team  Transport



**Sa'id Ramadan**

Shooter

# March 21, 2002 King George Street Bombing


**Nasser Shawish**


**Abdel Karim Aweis**

Commanders


**Tawfiq Tirawi**
Provided Weapons, Freedom to Operate


**Kahira Sa'adi**


**Sana'a Shehadeh**

Transport


**Mohamed Hashaika**
Suicide Bomber

# Jan. 29, 2004 Bus No. 19 Bombing



**Ahmed Salah**
Commander



**Ali Abu Haliel**  **Abdul Rahman Maqdad**  **Ahmed Sa'ad**  **Hilmi Hamash**  **Mohamed Ma'ali**
Bomb Makers   Prep and Recruiter   Transport



**Ali Ja'ara**
Suicide Bomber