

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

May 21, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**RE:**   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*, Docket No. 04-CV-397 (GBD)(RLE) Response to Plaintiffs' May 21, 2015 Letter

Dear Judge Daniels:

    I write on behalf of the Palestinian Authority and Palestine Liberation Organization in response to Plaintiffs' May 21, 2015 letter. Having apparently abandoned their broader request to strike, now Plaintiffs seek to strike certain defense exhibits that were not admitted into evidence. Defendants, however, are entitled to make a record and to file exhibits that were before the Court even if they were not ultimately admitted so that the Second Circuit can appropriately evaluate pre-trial and trial evidentiary rulings. Plaintiffs are seeking to prejudice Defendants' ability to present arguments on appeal, and they have no response to the point that if they believe that the record is somehow incomplete, they can make their own filing.

    Defendants accordingly respectfully request that the Court deny Plaintiffs' request to strike.

                  Respectfully submitted,

                  Squire Patton Boggs (US) LLP

                  Gassan A. Baloul

cc: All ECF Counsel

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.
4846-2707-7668.1.

Please visit squirepattonboggs.com for more information.