USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
MARK I. SOKOLOW, et al.,

              Plaintiffs,

     -against-

PALESTINE LIBERATION ORGANIZATION and
PALESTINIAN AUTHORITY,

             Defendants.
---------------------------------- x

ORDER
04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on the parties' open motions is scheduled for July 23, 2015 at 11:00 AM.

Dated: June 1, 2015
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge