# ARNOLD & PORTER LLP

**Kent A. Yalowitz**

Kent.Yalowitz@aporter.com
+1 212.715.1113
+1 212.715.1399 Fax
399 Park Avenue
New York, NY 10022-4690

June 8, 2015

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
            Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    Plaintiffs respectfully request that the Court adjourn the current date scheduled for oral argument on the parties' respective post-trial applications until either July 27th or July 28th.

    Defendants consent to this request and are available on those dates.

                                      Respectfully,

                                      Kent A. Yalowitz

cc:    All ECF Counsel