IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Plaintiffs file Plaintiffs' Trial Exhibits 1, 2, 3, 6, 7, 8, 9, 10, 14, 15, 17, 19, 20, 22, 23, 25, 26, 36B, 36C, 39, 40, 41, 42, 48, 49, 51, 58, 60, 61, 62, 63, 64, 66, 71, 72, 73, 75, 76, 83, 84, 85, 86, 87, 88, 89, 95, 96, 104, 105, 106, 108, 109, 112, 113, 114, 116, 123, 127, 128, 129, 130, 131, 132, 133, 135, 136, 138, 139, 140, 142, 143, 146, 147, 148, 151, 152, 153, 157, 159, 162, 164, 165, 261, 275, 291, 298, 348, 380, 398, 414, 417, 418, 424, 431, 894, 1030, 1035, 1037, 1041, 1060, 1190, and 1274.  They were all admitted at trial.  Defendants filed these exhibits in DE 906, but improperly did so under seal.

Dated: New York, New York                               Respectfully Submitted,
          July 2, 2015

                                                                        Kent A. Yalowitz

                                                                        Arnold & Porter LLP
                                                                        399 Park Avenue
                                                                        New York, New York 10022
                                                                        (212) 715-1000