PLAINTIFF'S EXHIBIT 1

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Palestinian Legislative Council**
**Secretary General**



Date:  /  /2002
No.:

Mr. / Director of the Bank of Jordan    May God Protect Him
  Ramallah

Greetings,

Please transfer seventy nine thousand, three hundred and fifty-five (79,355) shekels, in accordance with the following:

**The Beneficiary:** The Brothers Representatives in accordance with the enclosed list.
**The Bank:** In accordance with the enclosed list.
**Account No.:**

☞ **Notes:**
Representatives' awards for the month of June, 2002

Deduct the amount from our Account No.: 10092 (in shekels).

Thank you for your cooperation.

Respectfully yours,

| | | |
|---|---|---|
| Abdel Karim Abu Taha | Rawhi Fatouh | Ahmed Qurei (Abu Alaa) |
| General Director of Finance | Secretary | Council President |
| | [Signature] | [Signature] |

*CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER*

CONFIDENTIAL    05:000590

Date:   /   / 2002
No.: 5/D.M/02

[To] His Excellency Director of the Bank of Jordan      May God Protect Him

Greetings,

Attached is a transfer in the amount of       79,355

Please deposit this amount in the accounts of the brothers whose names follow:

| Name of Representative | Amount Due | Bank Account |
|---|---|---|
| Kamel al-Afghani | 7345 | The Bank of Jordan/ Nablus 51495 |
| Hashim Suleiman Saleh | 7428 | The Bank of Jordan/ Nablus 00050978/1/7 |
| Dalal Salamah | 7296 | The Bank of Jordan/ Nablus 8/1/55257/3010 |
| Fakhri al-Turkman | 7489 | The Bank of Jordan/ Jenin 1/10856 |
| Burhan Jarrar | 7356 | The Bank of Jordan/ Jenin 47458 |
| Dr. Ghazi Hananiya | 7433 | The Bank of Jordan/ Ramallah 2/1/12945/3/002 |
| Abdel Jawad Saleh | 7428 | The Bank of Jordan/ Ramallah 00013254/1/6 |
| Hatem Mohamed Eid | 7423 | The Bank of Jordan/ Ramallah 45633 |
| Marwan al-Barghouti | 7416 | The Bank of Jordan/ Ramallah 11909 |
| Marwan Kanfani | 7335 | The Bank of Jordan/ Ramallah 1/1/16161/3010/35 |
| Mohamed al-Hourani | 5406 | The Bank of Jordan/ Ramallah 61477 - 1 - 6 |
| TOTAL | 79,355 | |

Abdel Karim Abu Taha/
General Director of Finance

*CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER*

Page 3

**CONFIDENTIAL**       05:000591

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D 05: 000590-591.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 05: 000590-591.

Dated: April 21, 2014

_____
Eyal Sherf

ss.: New Jersey

On the 29 day of April, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
29 day of April, 2014

_____
Notary Public

MAGDALENA KOZLOWSKI
Notary Public - State of New York
NO. 01KO6131080
Qualified in Queens County
My Commission Expires Jul 25, 2017

بسم الله الرحمن الرحيم

**PALESTINIAN NATIONAL AUTHORITY**
Palestinian Legislative Council
Secretarial General



سلطة الوطنية الفلسطينية
المجلس التشريعي
أمانة السر

التاريخ : / /2002
الرقم :

السيد / مدير بنك الأردن حفظه الله
رام الله

تحية طيبة وبعد...

يرجى التكرم / بتحويل مبلغ (79355) شيكل فقط وقدره تسعة وسبعون ألف وثلاثمائة وخمس وخمسون شيكل فقط لا غير حسب الآتي :
المستفيد   : الأخوة النواب حسب الكشف المرفق .
البنك      : حسب الكشف المرفق.
ح / رقم :

ملاحظات :
مكافآت النواب لشهر 2002/6

وخصم القيمة من حسابنا لديكم رقم : 10092 (بالشيكل).
شاكرين حسن تعاونكم ،،،
مع فائق الاحترام والتقدير ،،،

عبد الكريم ابو طه
مدير عام المالية

روحي فتوح
امين السر

احمد قريع (ابو علاء)
رئيس المجلس

CONFIDENTIAL MATERIAL
SUBJECT TO PROTECTIVE
ORDER

6

05:000590





التاريخ : / /2002
الرقم : 5/د.م/02

حضرة السيد مدير بنك الاردن       حفظه الله

تحية طيبة وبعد،،

مرفق لكم حوالة بمبلغ 79355

برجاء التكرم بايداع القيمة لحساب الاخوة التالية اسمائهم :

| اسم النائب | المبلغ | حساب البنك |
|---|---|---|
| كامل الافغاني | 7345 | بنك الاردن / نابلس 51495 |
| هاشم سليمان صالح | 7428 | بنك الاردن / نابلس 00050978/1/7 |
| دلال سلامة | 7296 | بنك الاردن / نابلس 8/1/55257/3010 |
| فخري التركمان | 7489 | بنك الاردن / جنين 1/10856 |
| برهان جرار | 7356 | بنك الاردن / جنين 47458 |
| د. غازي حنانيا | 7433 | بنك الاردن / رام الله 2/1/12945/3/002 |
| عبد الجواد صالح | 7428 | بنك الاردن / رام الله 00013254/1/6 |
| حاتم محمد عيد | 7423 | بنك الاردن / رام الله 45633 |
| مروان البرغوثي | 7416 | بنك الاردن / رام الله 11909 |
| مروان كنفاني | 7335 | بنك الاردن / رام الله 1/1/16161/3010/35 |
| محمد الحوراني | 5406 | بنك الاردن / رام الله 6 – 1 – 61477 |
| المجموع | 79355 | |

عبد الكريم ابو طه
مدير عام المالية

CONFIDENTIAL MATERIAL
SUBJECT TO PROTECTIVE
ORDER

05:000591