PLAINTIFF'S EXHIBIT 2

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**

Date: September 26, 2011

## Annual Personal Statement

**Year 2000**

Identity No.: 980136675          Name: Abdel Karim Rateb Younis Aweis          Fiscal No.: 60048

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 2 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 3 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 4 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 5 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 6 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 7 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 8 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 9 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 10 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 11 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 12 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| TOTAL | | | | | | | | 21691.32 |

CONFIDENTIAL

02:004473

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: September 26, 2011



**Annual Personal Statement**

Year 2001

Identity No.: 980136675  Name: Abdel Karim Rateb Younis Aweis  Fiscal No.: 60048

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 2 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 3 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 4 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 5 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 6 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 7 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 8 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 9 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 10 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 11 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 12 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| TOTAL | | | | | | | | 21691.32 |

CONFIDENTIAL

02:004474

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**



Date: September 26, 2011

## Annual Personal Statement

**Year 2002**

Identity No.: 980136675    Name: Abdel Karim Rateb Younis Aweis    Fiscal No.: 60048

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/1 | | 213.638 | 25.736 | 1807.61 |
| 2 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 3 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 4 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 5 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 6 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 7 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 8 | 1st Sector/ The West Bank | Ramallah Intelligence | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 9 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 10 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 11 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| 12 | 1st Sector/ The West Bank | Jenin Intelligence* | First Lieutenant + 0 | Married/ | | 213.638 | 25.736 | 1782.60 |
| TOTAL | | | | | | | | 21416.21 |

CONFIDENTIAL

02:004475

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:004473-4475.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:004473-4475.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

| | | وزارة الداخلية والأمن الوطني |
|---|---|---|
| التاريخ : 2012/09/26 | | السلطة الوطنية الفلسطينية |
| | | الإدارة المالية المركزية |

**كشف صرفي شخصي**

**2000**

الاسم : عبدالكريم راتب يونس عويس

رقم الهوية : 980123375

الرقم المالي : 6048

| شهر | القاطع | الإدارة | الرتبة | ت. اجتماعية | استقطاعات | استحقاقات | البنك | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| القاطع الاول/1 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/2 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/3 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/4 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/5 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/6 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/7 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/8 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/9 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| القاطع الاول/10 | الضفة | مخابرات جنين* | ملزم اول + 0 | 1/2 | 25,736 | 214,128 | | 187,61 |
| الإجمالي | | | | | | | | 21691,22 |

02:004473

CONFIDENTIAL

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2011/9/26

كشف سنوي شخصي
2001

الاسم : عبدالكريم راتب يونس عويس
رقم الهوية : 901236175
الرقم المالي : 2004٨

| شهر | القاطع | الإدارة | الرتبة | ج. اجتماعية | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|
| 1 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 2 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 3 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 4 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 5 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 6 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 7 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 8 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 9 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| 10 | القاطع الاول/الضفة | مخابرات جنين* | ملازم اول + 0 | 1/ج | 213,128 | 25,736 | 187,061 |
| | | | | | | 21291,32 | |

الاجمالي

02:004474

CONFIDENTIAL

| | | وزارة الداخلية والأمن الوطني |
|---|---|---|
| | | الإدارة المالية المركزية |
| السلطة الوطنية الفلسطينية | | |

التاريخ: ٢٠١١/٩/٢٦

**كشف سنوي شخصي**

٢٠٠٢

الاسم: عبدالكريم راتب يونس عويس

رقم الهوية: ٩٨٠١٢٣٦٧٥

الرقم المالي: ٢٠٠٤٨

| صافي شيكل | استقطاعات | استحقاقات | البنك | ج. اجتماعية | الرتبة | الرقية | الإدارة | القاطع |
|---|---|---|---|---|---|---|---|---|
| ١٨٠٧,٦٦ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | ١/ع | ٠ + | ملازم اول | مخابرات رام الله | القاطع الاول/الصفة ٢٠٠٤٨ |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات رام الله | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات رام الله | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات رام الله | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات رام الله | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات رام الله | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات رام الله | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات جنين* | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات جنين* | القاطع الاول/الصفة |
| ١٧٨٢,٦٠ | ٢٥,٧٢٦ | ٢١٣,٦٢٨ | | /ع | ٠ + | ملازم اول | مخابرات جنين* | القاطع الاول/الصفة |
| ٢١٤١٦,٢١ | | | | | | | | الإجمـــالي |

02:004475

CONFIDENTIAL