**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**



Date: September 26, 2011

## Annual Personal Statement

**Year 2000**

Fiscal No.: 63565    Name: Nasser Mahmoud Ahmed Aweis    Identity No.: 900358664

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +4 | Single /0 | | 220.838 | 26.396 | 1870.53 |
| 2 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +4 | Single /0 | | 220.838 | 26.396 | 1870.53 |
| 3 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +4 | Single /0 | | 220.838 | 26.396 | 1870.53 |
| 4 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +4 | Single /0 | | 220.838 | 26.396 | 1870.53 |
| 5 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +4 | Single /0 | | 220.838 | 26.396 | 1870.53 |
| 6 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +4 | Single /0 | | 220.838 | 26.396 | 1870.53 |
| 7 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 8 | 1st Sector West Bank | Nablus Intelligence* | First Lieutenant +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 9 | 1st Sector West Bank | Headquarters/Northern Provinces | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 10 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 11 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 12 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| TOTAL | | | | | | | | 22516.92 |

CONFIDENTIAL

02:004476

**PLAINTIFF'S EXHIBIT 3**

**Palestinian National Authority**
**Ministry of the Interior and National Security**
Central Financial Administration

Date: September 26, 2011



**Annual Personal Statement**

Year 2001

Fiscal No.: 63565     Name: Nasser Mahmoud Ahmed Aweis     Identity No.: 900358664

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 2 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 3 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 4 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 5 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 6 | 1st Sector West Bank | National Security- Nablus | Captain +0 | Single /0 | | 234.725 | 39.06 | 1882.29 |
| 7 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single /0 | | 239.775 | 39.84 | 1923.37 |
| 8 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single /0 | | 239.775 | 39.84 | 1923.37 |
| 9 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single /0 | | 239.775 | 39.84 | 1923.37 |
| 10 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single /0 | | 239.775 | 39.84 | 1923.37 |
| 11 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single /0 | | 239.775 | 39.84 | 1923.37 |
| 12 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single /0 | | 239.775 | 39.84 | 1923.37 |
| TOTAL | | | | | | | | 22833.96 |

In Trust

CONFIDENTIAL

02:004477

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: September 26, 2011



**Annual Personal Statement**

**Year 2002**

Fiscal No.: 63565    Name: Nasser Mahmoud Ahmed Aweis    Identity No.: 900358664

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single /0 | | 239.775 | 39.84 | 1923.37 | In Trust |
| 2 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single / | | 239.775 | 39.84 | 1893.36 | In Trust |
| 3 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single / | | 239.775 | 39.84 | 1893.36 | |
| 4 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single / | | 239.775 | 39.84 | 1893.36 | |
| 5 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single / | | 239.775 | 39.84 | 1893.36 | |
| 6 | 1st Sector West Bank | National Security- Nablus | Captain +1 | Single / | | 239.775 | 39.84 | 1893.36 | |
| 7 | 1st Sector West Bank | National Security- Nablus | Captain +2 | Single / | | 244.825 | 40.62 | 1934.43 | |
| 8 | 1st Sector West Bank | National Security- Nablus | Captain +2 | Single / | | 244.825 | 40.62 | 1934.43 | |
| 9 | 1st Sector West Bank | National Security- Nablus | Captain +2 | Single / | | 244.825 | 40.62 | 1934.43 | |
| 10 | 1st Sector West Bank | National Security- Nablus | Captain +2 | Single / | | 244.825 | 40.62 | 1934.43 | |
| 11 | 1st Sector West Bank | National Security- Nablus | Captain +2 | Single / | | 244.825 | 40.62 | 1934.43 | |
| 12 | 1st Sector West Bank | National Security- Nablus | Captain +2 | Single / | | 244.825 | 40.62 | 1934.43 | |
| | | TOTAL | | | | | | 22996.75 | |

CONFIDENTIAL

02:004478

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

              Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:004476-4478.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:004476-4478.

                                                                /s/ Adnane Ettayebi
                                                               Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : ٢٠١١/٠٩/٢٦

كشف صرف شخصي
٢٠٠٠

الرقم المالي : ٢٣٥٥
الاسم : ناصر محمود احمد عويس
رقم الهوية : ٩٠٠٢٥٨٦٦٤

| شهر | القاطع | الإدارة | الرتبة | ج. اجتماعية | البنك | استقطاعات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٤ | /٠ | | ٢٢٠,٨٣٨ | ٢٦,٢٩٦ | ١٨٧٠,٥٣ |
| ٢ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٤ | /٠ | | ٢٢٠,٨٣٨ | ٢٦,٢٩٦ | ١٨٧٠,٥٣ |
| ٣ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٤ | /٠ | | ٢٢٠,٨٣٨ | ٢٦,٢٩٦ | ١٨٧٠,٥٣ |
| ٤ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٤ | /٠ | | ٢٢٠,٨٣٨ | ٢٦,٢٩٦ | ١٨٧٠,٥٣ |
| ٥ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٤ | /٠ | | ٢٢٠,٨٣٨ | ٢٦,٢٩٦ | ١٨٧٠,٥٣ |
| ٦ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٤ | /٠ | | ٢٢٠,٨٣٨ | ٢٦,٢٩٦ | ١٨٧٠,٥٣ |
| ٧ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٠ | /٠ | | ٢٢٤,٧٢٥ | ٢٩,٠٦ | ١٨٨٢,٢٩ |
| ٨ | القاطع الأول/الصفة | مخابرات نابلس * | ملازم اول + ٠ | /٠ | | ٢٢٤,٧٢٥ | ٢٩,٠٦ | ١٨٨٢,٢٩ |
| ٩ | القاطع الأول/الصفة | المقر العام/محافظات الشما | نقيب + ٠ | /٠ | | ٢٢٤,٧٢٥ | ٢٩,٠٦ | ١٨٨٢,٢٩ |
| ١٠ | القاطع الأول/الصفة | امن وطني نابلس | نقيب + ٠ | /٠ | | ٢٢٤,٧٢٥ | ٢٩,٠٦ | ١٨٨٢,٢٩ |
| ١١ | القاطع الأول/الصفة | امن وطني نابلس | نقيب + ٠ | /٠ | | ٢٢٤,٧٢٥ | ٢٩,٠٦ | ١٨٨٢,٢٩ |
| ١٢ | القاطع الأول/الصفة | امن وطني نابلس | نقيب + ٠ | /٠ | | ٢٢٤,٧٢٥ | ٢٩,٠٦ | ١٨٨٢,٢٩ |
| الإجمالي | | | | | | | | ٢٢٥١٦,٩٢ |

02:004476

CONFIDENTIAL

| | | وزارة الداخلية والأمن الوطني | السلطة الوطنية الفلسطينية |
|---|---|---|---|
| | | الإدارة المالية المركزية | |

التاريخ : 2011/09/26

## كشف بنكي شخصي
### 1002

رقم الهوية : 900258124
الاسم : ناصر محمود احمد عويص
الرقم المالي : 23505

| صافي شيكل | استقطاعات | استحقاقات | البنك | 2. اجتماعية | الرتبة | الإدارة | القاطع | الرقم |
|---|---|---|---|---|---|---|---|---|
| 1882.29 | 39.06 | 234.275 | | 1/0 | نقيب + 0 | امن وطني نابلس | القاطع الأول/الصفقة | الشهر |
| 1882.29 | 39.06 | 234.275 | | 1/0 | نقيب + 0 | امن وطني نابلس | القاطع الأول/الصفقة | 2 |
| 1882.29 | 39.06 | 234.275 | | 1/0 | نقيب + 0 | امن وطني نابلس | القاطع الأول/الصفقة | 3 |
| 1882.29 | 39.06 | 234.275 | | 1/0 | نقيب + 0 | امن وطني نابلس | القاطع الأول/الصفقة | 4 |
| 1882.29 | 39.06 | 234.275 | | 1/0 | نقيب + 0 | امن وطني نابلس | القاطع الأول/الصفقة | 5 |
| 1882.29 | 39.06 | 234.275 | | 1/0 | نقيب + 0 | امن وطني نابلس | القاطع الأول/الصفقة | 6 |
| 1922.37 | 39.84 | 239.275 | | 1/0 | نقيب + 1 | امن وطني نابلس | القاطع الأول/الصفقة | 7 |
| 1922.37 | 39.84 | 239.275 | | 1/0 | نقيب + 1 | امن وطني نابلس | القاطع الأول/الصفقة | 8 |
| 1922.37 | 39.84 | 239.275 | | 1/0 | نقيب + 1 | امن وطني نابلس | القاطع الأول/الصفقة | 9 |
| 1922.37 | 39.84 | 239.275 | | 1/0 | نقيب + 1 | امن وطني نابلس | القاطع الأول/الصفقة | 10 |
| 1922.37 | 39.84 | 239.275 | | 1/0 | نقيب + 1 | امن وطني نابلس | القاطع الأول/الصفقة | 11 |
| أمانات 1922.37 | 39.84 | 239.275 | | 1/0 | نقيب + 1 | امن وطني نابلس | القاطع الأول/الصفقة | 12 |
| 22833.96 | | | | | | | الاجمـــــالي | |

CONFIDENTIAL

02:004477

| | | وزارة الداخلية والامن الوطني | السلطة الوطنية الفلسطينية |
|---|---|---|---|
| التاريخ : ٢٠١١/٠٩/٢٦ | | الإدارة المالية المركزية | |

## كشف سنوي شخصي

### ٢٠٠٢

| الاسم : ناصر محمود احمد عريض | | الرقم المالي : ٧٢٥٥٢ |
|---|---|---|
| رقم الهوية : ٩٠٢٥٧٠٢٢٤ | | |

| صافي شيكل | استقطاعات | استحقاقات | البنك | ح. اجتماعية | الرتبة | الإدارة | القاطع | الشهر |
|---|---|---|---|---|---|---|---|---|
| ١٩٢٢,٢٧ | ٢٣٩,٨٤ | ٢٣٩,٧٧٥ | | ٠/١ | نقيب + ١ | امن وطني نابلس | الفئة الأولى/القاطع | ١ |
| ١٨٩٢,٣٦ | ٢٣٩,٨٤ | ٢٣٩,٧٧٥ | | ١/ | نقيب + ١ | امن وطني نابلس | الفئة الأولى/القاطع | ٢ |
| ١٨٩٢,٣٦ | ٢٣٩,٨٤ | ٢٣٩,٧٧٥ | | ١/ | نقيب + ١ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٨٩٢,٣٦ | ٢٣٩,٨٤ | ٢٣٩,٧٧٥ | | ١/ | نقيب + ١ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٨٩٢,٣٦ | ٢٣٩,٨٤ | ٢٣٩,٧٧٥ | | ١/ | نقيب + ١ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٨٩٢,٣٦ | ٢٣٩,٨٤ | ٢٣٩,٧٧٥ | | ١/ | نقيب + ١ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٩٢٤,٤٣ | ٤٠,٦٢ | ٢٤٤,٨٢٥ | | ١/ | نقيب + ٢ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٩٢٤,٤٣ | ٤٠,٦٢ | ٢٤٤,٨٢٥ | | ١/ | نقيب + ٢ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٩٢٤,٤٣ | ٤٠,٦٢ | ٢٤٤,٨٢٥ | | ١/ | نقيب + ٢ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٩٢٤,٤٣ | ٤٠,٦٢ | ٢٤٤,٨٢٥ | | ١/ | نقيب + ٢ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ١٩٢٤,٤٣ | ٤٠,٦٢ | ٢٤٤,٨٢٥ | | ١/ | نقيب + ٢ | امن وطني نابلس | الفئة الأولى/القاطع | ١٠ |
| ١٩٢٤,٤٣ | ٤٠,٦٢ | ٢٤٤,٨٢٥ | | ١/ | نقيب + ٢ | امن وطني نابلس | الفئة الأولى/القاطع | |
| ٢٢٩٩٦,٧٥ | | | | | | | | الإجمالي |

CONFIDENTIAL
02:004478