Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration



Date: October 3, 2010

## Annual Personal Statement

### Year 2000

Fiscal No.: 11401    Name: Tawfik Mohamed Hussein Tirawi    Identity No.: 410020002

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 2 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 3 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 4 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 5 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 6 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 7 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 8 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 9 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 10 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 11 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 12 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| TOTAL | | | | | | | | 45380.52 |

CONFIDENTIAL

02:004484



PLAINTIFF'S EXHIBIT
6
tabbies

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: October 3, 2010



**Annual Personal Statement**

**Year 2001**

Fiscal No.: 11401          Name: Tawfik Mohamed Hussein Tirawi          Identity No.: 410020002

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 2 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 3 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 4 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 5 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 6 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 7 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 8 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 9 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 10 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 11 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 12 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| **TOTAL** | | | | | | | | **45380.52** |

CONFIDENTIAL

02:004485

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration



Date: October 3, 2010

**Annual Personal Statement**

**Year 2002**

Fiscal No.: 11401    Name: Tawfik Mohamed Hussein Tirawi    Identity No.: 410020002

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married /2 | | 475.45 | 82.34 | 3781.71 |
| 2 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 3 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 4 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 5 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 6 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 7 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 8 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 9 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 10 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 11 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| 12 | 1st Sector/ The West Bank | Jericho Intelligence* | Brigadier General + 4 | Married / | | 475.45 | 82.34 | 3656.65 |
| **TOTAL** | | | | | | | | 44004.86 |

CONFIDENTIAL

02:004486

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:004484-4486.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:004484-4486.

Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014


_____
Notary Public


ANGELICA PINZON
Notary Public - State of New York
NO. 01Pi6251092
Qualified in Queens County
My Commission Expires NOV. 14 2015

المخابرات العامة الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة العامة المالية المركزية

التاريخ: ٢٠٠١/١/٢



كشف سنوي شخصي
٢٠٠٠

الاسم: نوفل محمد حسين الطيراوي

الرقم المالي: ١١٤٠١

رقم الهوية: ٤١٠٠٢٠٠٠٢

| القطاع | الإدارة | الرتبة | ت. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيك |
|---|---|---|---|---|---|---|---|
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |
| الضابط الأول/أ.ث.ة | المخابرات أريحا | عميد + ٤ | ٢/أ | | ٤٢٥,٤٥ | ٨٢,٣٤ | ٣٧٨١,٧١ |

٤٥٢٨,٥٢

الاجمـــالي

CONFIDENTIAL

02:004484

الإدارة العامة للمالية والمشتريات
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : ٢٠١٠/١/٢

كشف سنوي شخصي
٢٠٠١

| التقرير | الإدارة | الدرجة | ت اجتماعي | نوع المالي ١١٤٠٢ |
|---|---|---|---|---|
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| التقدير الأول/١ الممتاز | المخابرات اربعا | جيد + ٤ | ٢/٤ | |
| الأجور | | | | |

الاسم : توفيق محمد حسين الطلراوي

| رقم البورية | المرتب | | | |
|---|---|---|---|---|
| صافي مبلغ | استقطاعات | استحقاقات | البنك | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٣٧٨١,٧١ | ٨٢,٢٢٤ | ٤٢٧٥,٤٥ | | |
| ٤٥٢٨,٥٢ | | | | |

02:004485                                  CONFIDENTIAL

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة العامة للمالية العسكرية

التاريخ : ٢٠٠٨/٠١/٠٢

**كشف سنوي شخصي**
**٢٠٠٧**

الرقم المالي : ١١٤٥٠١

الاسم : توفيق محمد حسين الطيراوي

| التعيين | الإدارة | الدرجة | الرتبة | الانتماء | استحقاقات | استقطاعات | صافي شيكل | رقم الهوية |
|---|---|---|---|---|---|---|---|---|
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج - ابتدائيه | ٢/ج | ٤٧٥,٤٥ | ٨٢,٢٤ | ٢٧٨١,٧١ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| التفتيش الأول/٤ المئة | المخابرات اربما* | ٤ + صبيد | ج | | ٤٧٥,٤٥ | ٨٢,٢٤ | ٣٢٥٦,٢٥ | |
| الايمم | | | | | | | ٤٤٠٤٠,٨٦ | |

CONFIDENTIAL
02:004486