Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

Date: November 20, 2011



**Annual Personal Statement**

**Year 2000**

Fiscal No.: 11938         Name: Ahmed Salah Ahmed Salah         Identity No.: 901739656

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 0 | Single/0 | | 131.1 | 13.8 | 1128.42 |
| 2 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 0 | Single/0 | | 131.1 | 13.8 | 1128.42 |
| 3 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 0 | Single/0 | | 131.1 | 13.8 | 1128.42 |
| 4 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 5 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 6 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 7 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 8 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 9 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 10 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 11 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 12 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| TOTAL | | | | | | | | 13638.60 |

CONFIDENTIAL

02:004487


PLAINTIFF'S EXHIBIT 7

**Palestinian National Authority**
**Ministry of Interior and National Security**
**Central Financial Administration**

Date: November 20, 2011



**Annual Personal Statement**

**Year 2001**

Fiscal No.: 11938                Name: Ahmed Salah Ahmed Salah                Identity No.: 901739656

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 2 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 3 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +1 | Single/0 | | 132.363 | 13.936 | 1139.26 |
| 4 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 5 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 6 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 7 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 8 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 9 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 10 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 11 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 12 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant +2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| | **TOTAL** | | | | | | | 13768.77 |

CONFIDENTIAL

02:004488

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

Date: November 20, 2011



**Annual Personal Statement**

**Year 2002**

Fiscal No.: 11938          Name: Ahmed Salah Ahmed Salah          Identity No.: 901739656

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 2 | Single/0 | | 133.625 | 14.07 | 1150.11 |
| 2 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 2 | Single/0 | | 133.625 | 14.07 | 1143.09 |
| 3 | 1st Sector/ The West Bank | Bethlehem Intelligence* | First Sergeant + 2 | Single/0 | | 133.625 | 14.07 | 1143.09 |
| 4 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 5 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 6 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 7 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 8 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 9 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 10 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 11 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 12 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| | **TOTAL** | | | | | | | **15649.65** |

CONFIDENTIAL

02:004489

**Palestinian National Authority**
**Ministry of Interior and National Security**
**Central Financial Administration**

Date: November 20, 2011



**Annual Personal Statement**

**Year 2003**

Fiscal No.: 11938        Name: Ahmed Salah Ahmed Salah        Identity No.: 901739656

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 2 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 3 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 0 | Single/0 | | 158.875 | 16.77 | 1357.04 |
| 4 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 17.04 | 1378.73 |
| 5 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 17.04 | 1378.73 |
| 6 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 17.04 | 1499.84 |
| 7 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| 8 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| 9 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| 10 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| 11 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| 12 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer + 1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| | TOTAL | | | | | | | 17447.16 |

CONFIDENTIAL

02:004490

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

Date: November 20, 2011



**Annual Personal Statement**

**Year 2004**

Fiscal No.: 11938     Name: Ahmed Salah Ahmed Salah     Identity No.: 901739656

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer +1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| 2 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer +1 | Single/0 | | 161.4 | 15.12 | 1519.79 |
| 3 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer +1 | Single/0 | The Arab Bank- Bethlehem | 161.4 | 15.12 | 1519.79 |
| 4 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 15.38 | 1543.27 |
| 5 | 1st Sector/ The West Bank | Bethlehem Intelligence* | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 15.38 | 1543.27 |
| 6 | 1st Sector/ The West Bank | Ramallah Intelligence | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 15.38 | 1543.27 |
| 7 | 1st Sector/ The West Bank | Ramallah Intelligence | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 15.38 | 1543.27 |
| 8 | 1st Sector/ The West Bank | Ramallah Intelligence | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 15.38 | 1543.27 |
| 9 | 1st Sector/ The West Bank | Ramallah Intelligence | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 15.38 | 1543.27 |
| 10 | 1st Sector/ The West Bank | Ramallah Intelligence | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 15.38 | 1543.27 |
| 11 | 1st Sector/ The West Bank | Ramallah Intelligence | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 14.24 | 1555.11 |
| 12 | 1st Sector/ The West Bank | Ramallah Intelligence | Warrant Officer +2 | Single/0 | The Arab Bank- Bethlehem | 163.92 | 14.24 | 1555.11 |
| TOTAL | | | | | | | | 18472.48 |

CONFIDENTIAL

02:004491

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:004487-91.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:004487-91.

_____
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D. # 2420914

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

كشف مئوي شخصي
٢٠٠٠

الاسم: أحمد صلاح ح أحمد صلاح ح
رقم اليومية: ٩٠١٧٢٩٩٢٥٦
التاريخ: ٢٠١٢/١٢/٢٠

| الرقم المالي | القاطع | الإدارة | الرتبة | ع. اجتماعية | البنك | استقطاعات | استحقاقات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | القاطع الأول/الضفة ١١٩٢٨ | مخابرات بيت لحم | رقيب اول + ٠ | ٠/٠ | | ١٣,٨ | ١٣١,١ | ١١٢٨,٤٢ |
| ٢ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ٠ | ٠/٠ | | ١٣,٨ | ١٣١,١ | ١١٢٨,٤٢ |
| ٣ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٨ | ١٣١,١ | ١١٢٨,٤٢ |
| ٤ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ٥ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ٦ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ٧ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ٨ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ٩ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ١٠ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ١١ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |
| ١٢ | القاطع الأول/الضفة | مخابرات بيت لحم | رقيب اول + ١ | ٠/٠ | | ١٣,٩٢٦ | ١٢٢,٢١٢ | ١١٢٤٩,٢٦ |

الإجمالي: ١٣٢٢٨,٦٠

CONFIDENTIAL
02:004487

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

02:004488

التاريخ: ٢٠٠٧/١٢/٣٠

كشف صرف شخصي
٢٠٠

رقم الهوية: ٩٠١٧٣٩٩٥٦   الاسم: احمد صلاح احمد صلاح

الرقم المالي: ١١٩٣٨

| الرقم | القطاع | الإدارة | الرتبة | الاسم | البنك | استقطاعات | استحقاقات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٣ | ١٢,٩٣٦ | ١١٢٩,٣٦ |
| ٢ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٣ | ١٢,٩٣٦ | ١١٢٩,٣٦ |
| ٣ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٣ | ١٢,٩٣٦ | ١١٢٩,٣٦ |
| ٤ | القطع الأول/الضفة | مخابرات بيت لحم | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ٥ | القطع الأول/الضفة | مخابرات بيت لحم | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ٦ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ٧ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ٨ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ٩ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ١٠ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ١١ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |
| ١٢ | القطع الأول/الضفة | مخابرات بيت لحم* | رقيب اول | ٢+ | ./. | | ١٢٢,٣٢٥ | ١٤,٠٧ | ١١٥٠,١١ |

الإجمالي: ١٣٧٢٨,٧٧

CONFIDENTIAL



السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

كشف سنوي شخصي
2002

الاسم: احمد صلاح ح احمد صلاح

رقم الهوية: 901729502

02:004489

| الرقم المالي | الشهر | القاطع | الإدارة | الرتبة | ج. اجتماعية | صافي شيكل | استقطاعات | استحقاقات |
|---|---|---|---|---|---|---|---|---|
| 11938 | 1 | القاطع الأول/الصفحة | مختبرات بيت لحم | رقيب اول + 2 | ٨/ | 1150,11 | 14,07 | 122,725 |
| | 2 | القاطع الأول/الصفحة | مختبرات بيت لحم | رقيب اول + 2 | ٨/ | 1142,09 | 14,07 | 122,725 |
| | 3 | القاطع الأول/الصفحة | مختبرات بيت لحم | رقيب اول + 2 | ٨/ | 1142,09 | 14,07 | 122,725 |
| | 4 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 5 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 6 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 7 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 8 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 9 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 10 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 11 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |
| | 12 | القاطع الأول/الصفحة | مختبرات بيت لحم | مساعد + . | ٨/ | 1257,04 | 17,77 | 158,875 |

الإجمالي

CONFIDENTIAL

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ: ٢٠٠٧/١٢/٨٢

كشف سنوي شخصي
٢٠٠٣

الاسم: أحمد صلاح ٢ أحمد صلاح ٢

الرقم الوظيفي: ٩٠١٧٢٩٦٥٢       الرقم المالي: ١١٩٣٨

| شهر | القاطع | الإدارة | الرتبة | ا.اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | القاطع الأول/الضفة | مخابرات بيت لحم | مساعد+ | ٠ | أ | | ١٥٨،٨٧٥ | ١٦،٧٧ | ١٢٥٧،٠٤ |
| ٢ | القاطع الأول/الضفة | مخابرات بيت لحم | مساعد+ | ٠ | أ | | ١٥٨،٨٧٥ | ١٦،٧٧ | ١٢٥٧،٠٤ |
| ٣ | القاطع الأول/الضفة | مخابرات بيت لحم | مساعد+ | ٠ | أ | | ١٥٨،٨٧٥ | ١٦،٧٧ | ١٢٥٧،٠٤ |
| ٤ | القاطع الأول/الضفة | مخابرات بيت لحم* | مساعد+ | ١ | أ | | ١٦٦،٤ | ١٧،٠٤ | ١٢٧٨،٦٢ |
| ٥ | القاطع الأول/الضفة | مخابرات بيت لحم* | مساعد+ | ١ | أ | | ١٦٦،٤ | ١٧،٠٤ | ١٢٧٨،٦٢ |
| ٦ | القاطع الأول/الضفة | مخابرات بيت لحم* | مساعد+ | ١ | ٠.أ | | ١٦٦،٤ | ١٧،٠٤ | ١٤٩٤،٨٥ |
| ٧ | القاطع الأول/الضفة | مخابرات بيت لحم* | مساعد+ | ١ | ٠.أ | | ١٦٦،٤ | ١٥،١٢ | ١٥١٥،٧٩ |
| ٨ | القاطع الأول/الضفة | مخابرات بيت لحم* | مساعد+ | ١ | ٠.أ | | ١٦٦،٤ | ١٥،١٢ | ١٥١٥،٧٩ |
| ٩ | القاطع الأول/الضفة | مخابرات بيت لحم* | مساعد+ | ١ | ٠.أ | | ١٦٦،٤ | ١٥،١٢ | ١٥١٥،٧٩ |
| ١٠ | القاطع الأول/الضفة | مخابرات بيت لحم | مساعد+ | ١ | ٠.أ | | ١٦٦،٤ | ١٥،١٢ | ١٥١٥،٧٩ |
| ١١ | القاطع الأول/الضفة | مخابرات بيت لحم | مساعد+ | ١ | ٠.أ | | ١٦٦،٤ | ١٥،١٢ | ١٥١٥،٧٩ |
| ١٢ | القاطع الأول/الضفة | مخابرات بيت لحم | مساعد+ | ١ | ٠.أ | | ١٦٦،٤ | ١٥،١٢ | ١٥١٥،٧٩ |

الإجمالي: ١٧٤٤٧،١٦

02:004490

CONFIDENTIAL

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة العامة المالية المركزية

الاسم: صلاح أحمد صلاح أحمد الأسمر

كشف صرفي شخصي
2004

رقم الهوية: 901729956

| الرقم المالي: 11938 | | | | | | | |
|---|---|---|---|---|---|---|---|
| الشهر | الرقم المالي | القطع | الإدارة | الرتبة | الاسم | البنك | استحقاقات | استقطاعات | صافي شيكل |
| 1 | القطع الأول/الصحة | مخابرات بيت لحم* | مساعد + | ن/ا | العربي - بيت لحم | 161.4 | 15.12 | 1019.79 |
| 2 | القطع الأول/الصحة | مخابرات بيت لحم* | مساعد + | ن/ا | | 161.4 | 15.12 | 1019.79 |
| 3 | القطع الأول/الصحة | مخابرات بيت لحم* | مساعد + | ن/ا | | 161.4 | 15.12 | 1019.79 |
| 4 | القطع الأول/الصحة | مخابرات بيت لحم* | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.28 | 1542.27 |
| 5 | القطع الأول/الصحة | مخابرات بيت لحم* | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.28 | 1542.27 |
| 6 | القطع الأول/الصحة | مخابرات رام الله | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.28 | 1542.27 |
| 7 | القطع الأول/الصحة | مخابرات رام الله | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.28 | 1542.27 |
| 8 | القطع الأول/الصحة | مخابرات رام الله | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.28 | 1542.27 |
| 9 | القطع الأول/الصحة | مخابرات رام الله | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.28 | 1542.87 |
| 10 | القطع الأول/الصحة | مخابرات رام الله | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.34 | 1555.11 |
| 11 | القطع الأول/الصحة | مخابرات رام الله | مساعد + | ن/ا | العربي - بيت لحم | 162.92 | 15.34 | 1555.11 |

المجموع 17847.91

02:004491

CONFIDENTIAL