**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**



Date: November 20, 2011

**Annual Personal Statement**

**Year 2000**

Fiscal No.: 69650    Name: Ali Mounir Yusuf Ja'ara    Identity No.: 851454710

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Corporal + 0 | Single /0 | | 118.475 | 12.45 | 1019.96 |
| 2 | Civilian Police | Bethlehem Police* | Corporal + 0 | Married /0 | | 128.475 | 13.45 | 1106.54 |
| 3 | Civilian Police | Bethlehem Police* | Corporal + 0 | Married /0 | | 128.475 | 13.45 | 1106.54 |
| 4 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 5 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 6 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 7 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 8 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 9 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 10 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 11 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 12 | Civilian Police | Bethlehem Police* | Corporal + 1 | Married /0 | | 129.738 | 13.586 | 1117.38 |

TOTAL    13289.46

CONFIDENTIAL

02:004492


PLAINTIFF'S EXHIBIT 8

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: November 20, 2011



**Annual Personal Statement**

Year 2001

Fiscal No.: 69650    Name: Ali Mounir Yusuf Ja'ara    Identity No.: 851454710

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Corporal +1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 2 | Civilian Police | Bethlehem Police* | Corporal +1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 3 | Civilian Police | Bethlehem Police* | Corporal +1 | Married /0 | | 129.738 | 13.586 | 1117.38 |
| 4 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 5 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 6 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 7 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 8 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 9 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 10 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 11 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 12 | Civilian Police | Bethlehem Police* | Corporal +2 | Married /0 | | 131 | 13.72 | 1128.23 |
| TOTAL | | | | | | | | 13506.21 |

CONFIDENTIAL

02:004493

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: November 23, 2011



**Annual Personal Statement**

**Year 2002**

Fiscal No.: 69650      Name: Ali Mounir Yusuf Ja'ara      Identity No.: 851454710

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Corporal + 2 | Married /0 | | 131 | 13.72 | 1128.23 |
| 2 | Civilian Police | Bethlehem Police* | Corporal + 2 | Married / | | 131 | 13.72 | 1122.17 |
| 3 | Civilian Police | Bethlehem Police* | Corporal + 2 | Married / | | 131 | 13.72 | 1122.17 |
| 4 | Civilian Police | Bethlehem Police* | Corporal + 3 | Married / | | 132.263 | 13.856 | 1133.01 |
| 5 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 6 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 7 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 8 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 9 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 10 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 11 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 12 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| TOTAL | | | | | | | | 13743.18 |

CONFIDENTIAL

02:0044494

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: November 20, 2011



**Annual Personal Statement**

Year 2003

Fiscal No.: 69650  Name: Ali Mounir Yusuf Ja'ara  Identity No.: 851454710

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married /0 | | 134.788 | 14.126 | 1154.70 |
| 2 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 3 | Civilian Police | Bethlehem Police* | Sergeant + 0 | Married / | | 134.788 | 14.126 | 1154.70 |
| 4 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married / | | 136.05 | 14.26 | 1165.55 |
| 5 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married / | | 136.05 | 14.26 | 1165.55 |
| 6 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 14.26 | 1265.34 |
| 7 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.34 | 1285.29 |
| 8 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.34 | 1285.29 |
| 9 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.34 | 1285.29 |
| 10 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.34 | 1285.29 |
| 11 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.34 | 1285.29 |
| 12 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.34 | 1285.29 |
| TOTAL | | | | | | | | 14772.28 |

CONFIDENTIAL

02:004495

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: November 20, 2011



**Annual Personal Statement**

**Year 2004**

Fiscal No.: 69650          Name: Ali Mounir Yusuf Ja'ara          Identity No.: 851454710

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.43 | 1285.29 |
| 2 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.43 | 1285.29 |
| 3 | Civilian Police | Bethlehem Police* | Sergeant + 1 | Married /0 | | 136.05 | 12.43 | 1285.29 |
| 4 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1297.03 |
| 5 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1297.03 |
| 6 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1297.03 |
| 7 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1297.03 |
| 8 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1297.03 |
| 9 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1297.03 |
| 10 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1297.03 |
| 11 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1305.86 |
| 12 | Civilian Police | Bethlehem Police* | Sergeant + 2 | Married /0 | | 137.31 | 12.47 | 1305.86 |
| TOTAL | | | | | | | | 15546.80 |

CONFIDENTIAL

02:004496

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:004492-96.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02: 004492-96.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D. # 2420914

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

كشف صرفي شخصي
٢٠٠٠

الاسم: علي منير يوسف جحار

التاريخ: ٢٠٠٧/١١/٢٠

رقم الهوية: ٨٥١٤٥٤٧١٥٧

| الرقم المالي | القاطع | الإدارة | الاسم | ج. اجتماعية | الرتبة | صافي شيكل | استقطاعات | استحقاقات | البنك |
|---|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + | ١٠١٩,٩٦ | ٢٢,٤٥ | ١١٨,٤٧٥ | |
| ٢ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + | ١١٠,٥٤ | ١٢,٤٥ | ١٢٨,٤٧٥ | |
| ٣ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + | ١١٠,٥٤ | ١٢,٤٥ | ١٢٨,٤٧٥ | |
| ٤ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ٥ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ٦ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ٧ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ٨ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ٩ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ١٠ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ١١ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| ١٢ | الشرطة المدنية | شرطة بيت لحم | | /ا | عريف + ١ | ١١٧,٢٨ | ١٢,٥٨٦ | ١٢٩,٧٢٨ | |
| الإجمالي | | | | | | ١٣٣٨٩,٤٦ | | | |

02:004492
CONFIDENTIAL

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

كشف سنوي شخصي
٢٠٠١

التاريخ: ٢٠١٢/١/٢٣

الاسم: علي منير يوسف حمارشة
رقم الهوية: ٨٥١٤٥٤٧١٠
الرقم المالي: ٢٩٥٠

| الرقم المالي | شهر | القائد | الإدارة | الرتبة | ت. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة بيت لحم | عريف + ١ | ع/ب | | ١٢٩,٧٧٨ | ١٢,٥٨٦ | ١١٧,٢٨ |
| ٢ | الشرطة المدنية | شرطة بيت لحم | عريف + ١ | ع/ب | | ١٢٩,٧٧٨ | ١٢,٥٨٦ | ١١٧,٢٨ |
| ٣ | الشرطة المدنية | شرطة بيت لحم | عريف + ١ | ع/ب | | ١٢٩,٧٧٨ | ١٢,٥٨٦ | ١١٧,٢٨ |
| ٤ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ٥ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ٦ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ٧ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ٨ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ٩ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ١٠ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ١١ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| ١٢ | الشرطة المدنية | شرطة بيت لحم | عريف + ٢ | ع/ب | | ١٤١ | ١٢,٧٢ | ١٢٨,٢٣ |
| الإجمالي | | | | | | | | | ١٤٥٠,٦٢١ |

02:004493
CONFIDENTIAL

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ: ٢٠٠٧/٨/٢٢

كشف سنوي شخصي
٢٠٠٢

الاسم: علي منير يوسف جعارة
رقم الهوية: ٨٥١٤٥٤٧٠١

| الرقم المالي | العامل | الإدارة | الرتبة | ح. اجتماعية | استحقاقات | استقطاعات | البنك | صافي شيكل | الشهر |
|---|---|---|---|---|---|---|---|---|---|
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | م/ | ١٢١ | ١٢،٧٢ | | ١١٢٨،٢٣ | ١ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | م/ | ١٢١ | ١٢،٧٢ | | ١١٢٢،١٧ | ٢ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | م/ | ١٢١ | ١٢،٧٢ | | ١١٢٢،١٧ | ٣ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | م/ | ١٢٢،٢٢٢ | ١٢،٨٥٦ | | ١١٢٢،٠١ | ٤ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ٥ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ٦ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ٧ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ٨ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ٩ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ١٠ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ١١ |
| ٢٦٩٣٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | م/ | ١٢٤،٧٨٨ | ١٤،٦٢٦ | | ١١٥٤،٧٠ | ١٢ |
| | | | | | | | | ١٣٧٤٦،١٨ | |

الإجمالي:

CONFIDENTIAL
02:004494

| السلطة الوطنية الفلسطينية | | |
|---|---|---|
| وزارة الداخلية والأمن الوطني | | |
| الإدارة المالية المركزية | | |

التاريخ: ٢٠/١٢/٢٠٠٣

كشف سنوي شخصي
٢٠٠٣

الاسم: علي منير يوسف جعاره

رقم الهوية: ٩٠١٥٤٥٧١

| الرقم المالي | القاطع | الإدارة | الرتبة | الاسم | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة بيت لحم* | نقيب + | ج | | ١٢٤،٧٨٨ | ١٤،١٢٦ | ١١٥٤،٧٠ |
| ٢ | الشرطة المدنية | شرطة بيت لحم* | نقيب + | ج | | ١٢٤،٧٨٨ | ١٤،١٢٦ | ١١٥٤،٧٠ |
| ٣ | الشرطة المدنية | شرطة بيت لحم* | نقيب + | ج | | ١٣٤،٧٨٨ | ١٤،١٢٦ | ١١٥٤،٧٠ |
| ٤ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ج | | ١٣٦،٠٠٥ | ١٤،٢٦ | ١١٢٥،٥٥ |
| ٥ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ج | | ١٣٦،٠٠٥ | ١٤،٢٦ | ١١٢٥،٥٥ |
| ٦ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ،ج | | ١٣٦،٠٠٥ | ١٤،٢٦ | ١٢٢٥،٢٦ |
| ٧ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ،ج | | ١٣٦،٠٠٥ | ١٢،٢٦ | ١٢٨٥،٢٦ |
| ٨ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ،ج | | ١٣٦،٠٠٥ | ١٢،٢٦ | ١٢٨٥،٢٦ |
| ٩ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ،ج | | ١٣٦،٠٠٥ | ١٢،٢٦ | ١٢٨٥،٢٦ |
| ١٠ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ،ج | | ١٣٦،٠٠٥ | ١٢،٢٦ | ١٢٨٥،٢٦ |
| ١١ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ،ج | | ١٣٦،٠٠٥ | ١٢،٢٦ | ١٢٨٥،٢٦ |
| ١٢ | الشرطة المدنية | شرطة بيت لحم* | نقيب ١ | ،ج | | ١٣٦،٠٠٥ | ١٢،٢٦ | ١٢٨٥،٢٦ |
| الإجمالي | | | | | | | | ١٤٧٧٢،٢٨ |

02:004495

CONFIDENTIAL

| السلطة الوطنية الفلسطينية | | |
| --- | --- | --- |
| وزارة الداخلية والأمن الوطني | | |
| الإدارة المالية المركزية | | |

02:004496

كشف سنوي شخصي
٢٠٠٤

التاريخ: ...........   ٢٠١٢/١/٢٣

الاسم: علي منير يوسف جعارة

رقم الهوية: ٨٥٠٤٥٤٥٧   الرقم المالي: ٢٩٦٥

| الاسم | الرقم المالي | القطاع | الإدارة | الإسم | الرتبة | البنك | إستقطاعات | إستقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|---|
| | ١ | الشرطة المدنية | شرطة بيت لحم | + نقيب | ٢ | .ا | ١٢,٢٤ | ١٢٥,٠٥ | ١٢٨٥,٢٤ |
| | ٢ | الشرطة المدنية | شرطة بيت لحم* | + نقيب | ٢ | .ا | ١٢,٢٤ | ١٢٦,٠٥ | ١٢٨٥,٢٤ |
| | ٣ | الشرطة المدنية | شرطة بيت لحم* | + نقيب | ٢ | .ا | ١٢,٢٤ | ١٢٦,٠٥ | ١٢٨٥,٢٤ |
| | ٤ | الشرطة المدنية | شرطة بيت لحم* | + نقيب | ٢ | .ا | ١٢,٤٧ | ١٢٧,٢٦ | ١٢٩٧,٠٣ |
| | ٥ | الشرطة المدنية | شرطة بيت لحم* | + نقيب | ٢ | .ا | ١٢,٤٧ | ١٢٧,٢٦ | ١٢٩٧,٠٣ |
| | ٦ | الشرطة المدنية | شرطة بيت لحم* | + نقيب | ٢ | .ا | ١٢,٤٧ | ١٢٧,٢٦ | ١٢٩٧,٠٣ |
| | ٧ | الشرطة المدنية | شرطة بيت لحم | + نقيب | ٢ | .ا | ١٢,٤٧ | ١٢٧,٢٦ | ١٢٩٧,٠٣ |
| | ٨ | الشرطة المدنية | شرطة بيت لحم | + نقيب | ٢ | .ا | ١٢,٤٧ | ١٢٧,٢٦ | ١٢٩٧,٠٣ |
| | ٩ | الشرطة المدنية | شرطة بيت لحم | + نقيب | ٢ | .ا | ١١,٦٣ | ١٢٧,٢٦ | ١٣٠٥,٨٦ |
| | ١٠ | الشرطة المدنية | شرطة بيت لحم | + نقيب | ٢ | .ا | ١١,٦٣ | ١٢٧,٢٦ | ١٣٠٥,٨٦ |

١٥٥٥١,٠٧

CONFIDENTIAL