Palestinian National Authority
Ministry of The Interior and National Security
Central Financial Administration

Date: November 1, 2011



**Annual Personal Statement**

**Year 2000**

Fiscal No.:50069    Name: Mohamed Mashhour Mohamed Hashaika    Identity No.: 906818513

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Ramallah Police- Headquarters* | Private +1 | Single /0 | | 112.163 | 11.776 | 965.72 |
| 2 | Civilian Police | Ramallah Police- Headquarters* | Private +1 | Single /0 | | 101.403 | 11.776 | 862.21 |
| 3 | Civilian Police | Ramallah Police- Headquarters* | Private +1 | Single /0 | | 112.163 | 11.776 | 965.72 |
| 4 | Civilian Police | Qalqiliya Police | Private +1 | Single /0 | | 112.163 | 11.776 | 965.72 |
| 5 | Civilian Police | Qalqiliya Police | Private +1 | Single /0 | | 112.163 | 11.776 | 965.72 |
| 6 | Civilian Police | Salfit Police* | Private +1 | Single /0 | | 112.163 | 11.776 | 965.72 |
| 7 | Civilian Police | Salfit Police* | Private +1 | Single /0 | | 112.163 | 11.776 | 965.72 |
| 8 | Civilian Police | Salfit Police* | Private +1 | Single /0 | | 112.163 | 11.776 | 965.72 |
| 9 | Civilian Police | Salfit Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.57 |
| 10 | Civilian Police | Salfit Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.57 |
| 11 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.57 |
| 12 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.57 |
| | | | TOTAL | | | | | 11528.53 |

CONFIDENTIAL

02:004497



PLAINTIFF'S EXHIBIT 9

Palestinian National Authority
Ministry of The Interior and National Security
Central Financial Administration

Date: November 1, 2011



## Annual Personal Statement

**Year 2001**

Fiscal No.: 50069    Name: Mohamed Mashhour Mohamed Hashaika    Identity No.: 906818513

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 2 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 3 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 4 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 5 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 6 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 7 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 8 | Civilian Police | Nablus Police* | Private +2 | Single /0 | | 113.425 | 11.91 | 976.58 |
| 9 | Civilian Police | Nablus Police* | Corporal + 0 | Single /0 | | 118..475 | 12.45 | 1019.96 |
| 10 | Civilian Police | Nablus Police* | Corporal + 0 | Single /0 | | 118..475 | 12.45 | 1019.96 |
| 11 | Civilian Police | Nablus Police* | Corporal + 0 | Single /0 | | 118..475 | 12.45 | 1019.96 |
| 12 | Civilian Police | Nablus Police* | Corporal + 0 | Single /0 | | 118..475 | 12.45 | 1019.96 |
| TOTAL | | | | | | | | 11893.40 |

CONFIDENTIAL

02:004498

Palestinian National Authority
Ministry of The Interior and National Security
Central Financial Administration

Date: November 1, 2011



**Annual Personal Statement**

**Year 2002**

Fiscal No.: 50069    Name: Mohamed Mashhour Mohamed Hashaika    Identity No.: 906818513

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Nablus Police* | Corporal + 0 | Single /0 | | 118.475 | 12.45 | 1019.96 | Deposits |
| | | TOTAL | | | | | | 1019.96 |

CONFIDENTIAL

02:004499

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>       Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:004497-4499.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:004497-4499.

                           */s/ Adnane Ettayebi*
                           Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914

Case 1:04-cv-00397-GBD-RLE Document 927-7 Filed 07/02/15 Page 6 of 9

السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الإدارة المالية المركزية

التاريخ : 2011/12/01

كشف سنوي شخصي
2000

الرقم المالي : 50069   الاســـم : محمد مشهور محمد حشايكه   رقم الهوية : 906818513

| شهر | القطاع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة رام الله - المقر | جندي + 1 | 0/أ | | 112.163 | 11.776 | 965.72 |
| 2 | الشرطة المدنية | شرطة رام الله - المقر | جندي + 1 | 0/أ | | 101.203 | 11.776 | 862.21 |
| 3 | الشرطة المدنية | شرطة رام الله - المقر | جندي + 1 | 0/أ | | 112.163 | 11.776 | 965.72 |
| 4 | الشرطة المدنية | شرطة قلقيلية | جندي + 1 | 0/أ | | 112.163 | 11.776 | 965.72 |
| 5 | الشرطة المدنية | شرطة قلقيلية | جندي + 1 | 0/أ | | 112.163 | 11.776 | 965.72 |
| 6 | الشرطة المدنية | شرطة سلفيت | جندي + 1 | 0/أ | | 112.163 | 11.776 | 965.72 |
| 7 | الشرطة المدنية | شرطة سلفيت | جندي + 1 | 0/أ | | 112.163 | 11.776 | 965.72 |
| 8 | الشرطة المدنية | شرطة سلفيت | جندي + 1 | 0/أ | | 112.163 | 11.776 | 965.72 |
| 9 | الشرطة المدنية | شرطة سلفيت | جندي + 2 | 0/أ | | 113.425 | 11.91 | 976.57 |
| 10 | الشرطة المدنية | شرطة سلفيت | جندي + 2 | 0/أ | | 113.425 | 11.91 | 976.57 |
| 11 | الشرطة المدنية | شرطة نابلس | جندي + 2 | 0/أ | | 113.425 | 11.91 | 976.57 |
| 12 | الشرطة المدنية | شرطة نابلس | جندي + 2 | 0/أ | | 113.425 | 11.91 | 976.57 |

الإجمــــالي   11528.53

CONFIDENTIAL   02:004497

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : ٢٠١٠/١٢/٠١

كشف سنوي شخصي
٢٠١٠

الرقم المالي : ٥٠٠٦٩       الاســـم : محمد مشهور محمد حشايكه       رقم الهوية : ٩٠٦٨١٨٥١٣

| شهر | القاطع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٢ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٣ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٤ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٥ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٦ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٧ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٨ | الشرطة المدنية | شرطة نابلس* | جندي + ٢ | أ/٠ | | ١١٣,٤٢٥ | ١١,٩١ | ٩٧٦,٥٧ |
| ٩ | الشرطة المدنية | شرطة نابلس* | عريف + ٠ | أ/٠ | | ١١٨,٤٧٥ | ١٢,٤٥ | ١٠١٩,٩٦ |
| ١٠ | الشرطة المدنية | شرطة نابلس* | عريف + ٠ | أ/٠ | | ١١٨,٤٧٥ | ١٢,٤٥ | ١٠١٩,٩٦ |
| ١١ | الشرطة المدنية | شرطة نابلس* | عريف + ٠ | أ/٠ | | ١١٨,٤٧٥ | ١٢,٤٥ | ١٠١٩,٩٦ |
| ١٢ | الشرطة المدنية | شرطة نابلس* | عريف + ٠ | أ/٠ | | ١١٨,٤٧٥ | ١٢,٤٥ | ١٠١٩,٩٦ |
| الإجمالي | | | | | | | | ١١٨٩٢,٤٠ |

CONFIDENTIAL

02:004498

<div dir="rtl">

| | | | | التاريخ : ٢٠١١/١٢/٠١ |
|---|---|---|---|---|
| | | | | السلطة الوطنية الفلسطينية |
| | | | | وزارة الداخلية والأمن الوطني |
| | | | | الإدارة المالية المركزية |

## كشف سنوي شخصي
### ٢٠٠٢

رقم الهوية : ٩٠٦٨١٨٥١٣     الاســـم : محمد مشهور محمد حشايكه     الرقم المالي : ٥٠٠٦٩

| شهر | القطاع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل | |
|---|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة نابلس* | عريف + ٠ | ٠/٨ | | ١١٨.٤٧٥ | ١٢,٤٥ | ١٠١٩,٩٦ | أمانات |
| | الاجمـــــالي | | | | | | | ١٠١٩,٩٦ | |

</div>

**CONFIDENTIAL**     02:004499