**Palestinian National Authority**
**Ministry of the Interior and National Security**
Central Financial Administration

Date: November 30, 2011



Annual Personal Statement

Year 2000

Fiscal No.: 69576        Name: Hilmi Abdel Karim Mohamed Hamash        Identity No.: 901415984

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Corporal + 1 | 1/0 | | 119.738 | 12.586 | 1030.80 |
| 2 | Civilian Police | Bethlehem Police* | Corporal + 1 | 1/0 | | 119.738 | 12.586 | 1030.80 |
| 3 | Civilian Police | Bethlehem Police* | Corporal + 1 | 1/0 | | 119.738 | 12.586 | 1030.80 |
| 4 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 5 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 6 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 7 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 8 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 9 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 10 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 11 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 12 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| TOTAL | | | | | | | | 12467.25 |

CONFIDENTIAL

02:004500


PLAINTIFF'S EXHIBIT 10

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**

Date: November 30, 2011



**Annual Personal Statement**

**Year 2001**

Fiscal No.: 69576    Name: Hilmi Abdel Karim Mohamed Hamash    Identity No.: 901415984

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 2 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 3 | Civilian Police | Bethlehem Police* | Corporal + 2 | 1/0 | | 121 | 12.72 | 1041.65 |
| 4 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 5 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 6 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 7 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 8 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 9 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 10 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 11 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 12 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| TOTAL | | | | | | | | 12792.57 |

CONFIDENTIAL

02:004501

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**

Date: November 30, 2011



**Annual Personal Statement**

**Year 2002**

Fiscal No.: 69576    Name: Hilmi Abdel Karim Mohamed Hamash    Identity No.: 901415984

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 2 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/ | | 124.788 | 13.126 | 1068.12 |
| 3 | Civilian Police | Bethlehem Police* | Sergeant + 0 | 1/ | | 124.788 | 13.126 | 1068.12 |
| 4 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 5 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 6 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 7 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 8 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 9 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 10 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 11 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 12 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| TOTAL | | | | | | | | 12921.15 |

CONFIDENTIAL

02:004502

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

Date: November 30, 2011



**Annual Personal Statement**

Year 2003

Fiscal No.: 69576   Name: Hilmi Abdel Karim Mohamed Hamash   Identity No.: 901415984

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ |  | 126.05 | 13.26 | 1078.97 |
| 2 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ |  | 126.05 | 13.26 | 1078.97 |
| 3 | Civilian Police | Bethlehem Police* | Sergeant + 1 | 1/ |  | 126.05 | 13.26 | 1078.97 |
| 4 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/ |  | 127.313 | 13.396 | 1089.82 |
| 5 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/ |  | 127.313 | 13.396 | 1089.82 |
| 6 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 |  | 127.313 | 13.396 | 1183.55 |
| 7 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 |  | 127.313 | 11.476 | 1203.50 |
| 8 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 |  | 127.313 | 11.476 | 1203.50 |
| 9 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 |  | 127.313 | 11.476 | 1203.50 |
| 10 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 |  | 127.313 | 11.476 | 1203.50 |
| 11 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 |  | 127.313 | 11.476 | 1203.50 |
| 12 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 |  | 127.313 | 11.476 | 1203.50 |
| **TOTAL** |  |  |  |  |  |  |  | **13821.10** |

CONFIDENTIAL

02:004503

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**

Date: November 30, 2011



**Annual Personal Statement**

Year 2004

Fiscal No.: 69576  Name: Hilmi Abdel Karim Mohamed Hamash  Identity No.: 901415984

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 | | 127.313 | 11.476 | 1203.50 |
| 2 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 | | 127.313 | 11.476 | 1203.50 |
| 3 | Civilian Police | Bethlehem Police* | Sergeant + 2 | 1/0 | | 127.31 | 11.47 | 1202.53 |
| 4 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 11.6 | 1215.27 |
| 5 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 11.6 | 1215.27 |
| 6 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 11.6 | 1215.27 |
| 7 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 11.6 | 1215.27 |
| 8 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 11.6 | 1215.27 |
| 9 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 11.6 | 1215.27 |
| 10 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 11.6 | 1215.27 |
| 11 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 10.74 | 1224.20 |
| 12 | Civilian Police | Bethlehem Police* | Sergeant + 3 | 1/0 | | 128.57 | 10.74 | 1224.20 |
| TOTAL | | | | | | | | 14565.82 |

CONFIDENTIAL

02:004504

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:004500-4504.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:004500-4504.

[signature]

Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

```
ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV. 14 2015
```

السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الإدارة المالية المركزية

التاريخ : ٢٠١١/١١/٣٠

## كشف سنوي شخصي
### ٢٠٠٠

الرقم المالي : ٦٩٥٧٦   الاســـم : حلمي عبدالكريم محمد هماش   رقم الهوية : ٩٠١٤١٥٩٨٤

| شهر | القطاع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة بيت لحم* | عريف + ١ | ٠/أ | | ١١٩,٧٣٨ | ١٢,٥٨٦ | ١٠٣٠,٨٠ |
| ٢ | الشرطة المدنية | شرطة بيت لحم* | عريف + ١ | ٠/أ | | ١١٩,٧٣٨ | ١٢,٥٨٦ | ١٠٣٠,٨٠ |
| ٣ | الشرطة المدنية | شرطة بيت لحم* | عريف + ١ | ٠/أ | | ١١٩,٧٣٨ | ١٢,٥٨٦ | ١٠٣٠,٨٠ |
| ٤ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٥ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٦ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٧ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٨ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ٩ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ١٠ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ١١ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |
| ١٢ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | ٠/أ | | ١٢١ | ١٢,٧٢ | ١٠٤١,٦٥ |

الإجمـــــــــالي   ١٢٤٦٧,٢٥

CONFIDENTIAL

02:004500



السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : ٣٠/١١/٢٠١١

## كشف سنوي شخصي
### ٢٠٠١

الرقم المالي : ٦٩٥٧٦   الاســـم : حلمي عبدالكريم محمد هماش   رقم الهوية : ٩٠١٤١٥٩٨٤

| شهر | القاطع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | اقتطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة بيت لحم* | عريف + ١ | أ. | | ١٢١ | ١٢.٧٢ | ١.٠٤١.٦٥ |
| ٢ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | أ. | | ١٢١ | ١٢.٧٢ | ١.٠٤١.٦٥ |
| ٣ | الشرطة المدنية | شرطة بيت لحم* | عريف + ٢ | أ. | | ١٢١ | ١٢.٧٢ | ١.٠٤١.٦٥ |
| ٤ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ٥ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ٦ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ٧ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ٨ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ٩ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ١٠ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ١١ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| ١٢ | الشرطة المدنية | شرطة بيت لحم* | رقيب + ٠ | أ. | | ١٢٤.٧٨٨ | ١٣.١٢٦ | ١.٠٧٤.١٨ |
| | الإجمـــالي | | | | | | | ١٢٧٩٢.٥٧ |

CONFIDENTIAL

02:004501

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2011/11/30

## كشف سنوي شخصي
## 2002

الرقم المالي : 69576     الاســـم : حلمي عبدالكريم محمد هناش     رقم الهوية : 901415984

| شهر | القطاع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 0 | 1/0 | | 124.788 | 13.126 | 1074.18 |
| 2 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 0 | 1/ | | 124.788 | 13.126 | 1068.12 |
| 3 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 0 | 1/ | | 124.788 | 13.126 | 1068.12 |
| 4 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 5 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 6 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 7 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 8 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 9 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 10 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 11 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |
| 12 | الشرطة المدنية | شرطة بيت لحم* | رقيب + 1 | 1/ | | 126.05 | 13.26 | 1078.97 |

الإجمـــــــالي     11521.15

**CONFIDENTIAL**     02:004502

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2011/11/30

## كشف سنوي شخصي
### 2003

الرقم المالي : 69576  الاسم : حلمي عبدالكريم محمد هماش  رقم الهوية : 901415984

| شهر | القاطع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة بيت لحم | رقيب + 1 | أ/ | | 126,05 | 13,26 | 1,078,97 |
| 2 | الشرطة المدنية | شرطة بيت لحم | رقيب + 1 | أ/ | | 126,05 | 13,26 | 1,078,97 |
| 3 | الشرطة المدنية | شرطة بيت لحم | رقيب + 1 | أ/ | | 126,05 | 13,26 | 1,078,97 |
| 4 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/ | | 127,313 | 13,396 | 1,089,82 |
| 5 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/ | | 127,313 | 13,396 | 1,089,82 |
| 6 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/. | | 127,313 | 13,396 | 1,183,55 |
| 7 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/. | | 127,313 | 11,476 | 1,203,50 |
| 8 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/. | | 127,313 | 11,476 | 1,203,50 |
| 9 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/. | | 127,313 | 11,476 | 1,203,50 |
| 10 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/. | | 127,313 | 11,476 | 1,203,50 |
| 11 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/. | | 127,313 | 11,476 | 1,203,50 |
| 12 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | أ/. | | 127,313 | 11,476 | 1,203,50 |

الإجمـــــــالي   13,821.10

**CONFIDENTIAL**

02:004503



السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2011/11/30

## كشف سنوي شخصي
### 2004

الرقم المالي : 69576    الاسم : حلمي عبدالكريم محمد هراش    رقم الهوية : 901415984

| شهر | القاطع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | /0 | | 127,313 | 11,476 | 1203,50 |
| 2 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | /0 | | 127,313 | 11,476 | 1203,50 |
| 3 | الشرطة المدنية | شرطة بيت لحم | رقيب + 2 | /0 | | 127,31 | 11,47 | 1203,53 |
| 4 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 11,6 | 1215,27 |
| 5 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 11,6 | 1215,27 |
| 6 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 11,6 | 1215,27 |
| 7 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 11,6 | 1215,27 |
| 8 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 11,6 | 1215,27 |
| 9 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 11,6 | 1215,27 |
| 10 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 11,6 | 1215,27 |
| 11 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 126,57 | 10,74 | 1224,20 |
| 12 | الشرطة المدنية | شرطة بيت لحم | رقيب + 3 | /0 | | 128,57 | 10,74 | 1224,20 |

الإجمالي         14565,82

CONFIDENTIAL

02:004504