PLAINTIFF'S EXHIBIT 14

**Palestine Liberation Organization**
**Palestinian National Authority**
**Public Security**
**Organization and Administration Institution**
**Officers Affairs**



**Date:** February 1, 2002

## Administrative Order

Corporal Mohamed Mashhour Mohamed Hashaika was discharged from the salary roster of the Police Department/ Northern Provinces as of February 1, 2002, for being unfit to be a police officer.

[Signature]
February 1

Copies to:
- Central Finance Administration
- Police Department
- Personal Affairs
- Compiler
- Circulation
- Computer



**CONFIDENTIAL**  02:006034

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:006034.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:006034.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914



منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
الأمن العام
هيئة التنظيم والإدارة
شؤون الافراد

الرقم: 11/1617
التاريخ: 2002/2/1

## أمــــــــر إداري

يطرد العريف / محمد مشهور محمد حشايكه من مرتب مديرية الشرطة / المحافظات الشمالية اعتبارا من 2002/2/1 وذلك لعدم صلاحيته للعمل كشرطي.

نسخه إلى:
- الإدارة المالية المركزية
- مديرية الشرطة
- الذاتية
- المصنف
- التداول
- الحاسوب

التنظيم والإدارة

02:006034