

Palestinian National Authority
Interior and National Security Ministry
Central Department of Finance



Date: 3/3/2009

## Personal Annual Report

### 2000

**Financial No.:** 3053    **Name:** Fuad Hijazi Mohamed al-Shubaki    **Identity No.:** 410026173

| Month | Division | Dept. | Rank | Marital Status | Bank | Merits | Deductions | Net [Salary] in Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M [married] + 5 | | 647.775 | 101.16 | 5258.43 |
| 2 | 2nd Division / Gaza | Financial Dept. | Brigadier General+5 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 3 | 2nd Division / Gaza | Financial Dept. | Brigadier General+5 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 4 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 5 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 6 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 7 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 8 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 9 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 10 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 11 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 12 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |

Total: 63101.16

CONFIDENTIAL    02:006363

Palestinian National Authority
Interior and National Security Ministry
Central Department of Finance



Date: 3/3/2009

**Personal Annual Report**

**2001**

**Financial No.:** 3053   **Name:** Fuad Hijazi Mohamed al-Shubaki   **Identity No.:** 410026173

| Month | Division | Dept. | Rank | Marital Status | Bank | Merits | Deductions | Net [Salary] in Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M [married] + 5 | | 647.775 | 101.16 | 5258.43 |
| 2 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 3 | 2nd Division / Gaza | Financial Dept. | Brigadier General+6 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 4 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 5 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 6 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 7 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 8 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 9 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 10 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 11 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |
| 12 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + 5 | | 647.775 | 101.16 | 5258.43 |

| Total: | 63101.16 |
|---|---|

CONFIDENTIAL                    02:006364

Palestinian National Authority
Interior and National Security Ministry
Central Department of Finance



Date: 3/3/2009

**Personal Annual Report**

**2002**

Financial No.: 3053   Name: Fuad Hijazi Mohamed al-Shubaki   Identity No.: 410026173

| Month | Division | Dept. | Rank | Marital Status | Bank | Merits | Deductions | Net [Salary] in Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M [married] + 5 | | 647.775 | 101.16 | 5258.43 |
| 2 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + | | 647.775 | 101.16 | 5133.37 |
| 3 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + | | 647.775 | 101.16 | 5133.37 |
| 4 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 5 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 6 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 7 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 8 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 9 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 10 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 11 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 12 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |

Total: 61725.50

CONFIDENTIAL                    02:006365

Palestinian National Authority
Interior and National Security Ministry
Central Department of Finance



Date: 3/3/2009

## Personal Annual Report

### 2003

**Financial No.:** 3053   **Name:** Fuad Hijazi Mohamed al-Shubaki   **Identity No.:** 410026173

| Month | Division | Dept. | Rank | Marital Status | Bank | Merits | Deductions | Net [Salary] in Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M [married] + | | 647.775 | 101.16 | 5133.37 |
| 2 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 3 | 2nd Division / Gaza | Financial Dept. | Brigadier General+8 | M + | | 647.775 | 101.16 | 5133.37 |
| 4 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + | | 647.775 | 101.16 | 5133.37 |
| 5 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + | | 647.775 | 101.16 | 5133.37 |
| 6 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + 5 | | 647.775 | 101.16 | 6101.86 |
| 7 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + 5 | | 647.775 | 101.16 | 6101.86 |
| 8 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + 5 | | 647.775 | 101.16 | 6101.86 |
| 9 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + 5 | | 647.775 | 101.16 | 6101.86 |
| 10 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + 5 | | 647.775 | 101.16 | 6101.86 |
| 11 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + 5 | | 647.775 | 101.16 | 6101.86 |
| 12 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + 5 | | 647.775 | 101.16 | 6101.86 |

Total: 68279.92

CONFIDENTIAL                    02:006366

Palestinian National Authority
Interior and National Security Ministry
Central Department of Finance



Date: 3/3/2009

**Personal Annual Report**

**2004**

Financial No.: 3053   Name: Fuad Hijazi Mohamed al-Shubaki   Identity No.: 410026173

| Month | Division | Dept. | Rank | Marital Status | Bank | Merits | Deductions | Net [Salary] in Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M [married] + | | 647.775 | 60.47 | 6101.86 |
| 2 | 2nd Division / Gaza | Financial Dept. | Brigadier General+9 | M + | | 647.775 | 60.47 | 6101.86 |
| 3 | 2nd Division / Gaza | Financial Dept. | Brigadier General+4 | M + | New Martyrs | 647.78 | 60.47 | 6101.81 |
| 4 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + | Palestine – Head Office | 647.77 | 60.47 | 6101.91 |
| 5 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + | Palestine – Head Office | 647.77 | 60.47 | 6101.91 |
| 6 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + 5 | Palestine – Head Office | 647.77 | 60.47 | 6101.91 |
| 7 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + 5 | Palestine – Head Office | 647.77 | 60.47 | 6101.91 |
| 8 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + 5 | Palestine – Head Office | 647.77 | 60.47 | 6101.91 |
| 9 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + 5 | Palestine – Head Office | 647.77 | 60.47 | 6101.91 |
| 10 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + 5 | Palestine – Head Office | 647.77 | 60.47 | 6101.91 |
| 11 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + 5 | Palestine – Head Office | 647.77 | 56.24 | 6145.76 |
| 12 | 2nd Division / Gaza | Financial Dept. | Brigadier General+10 | M + 5 | Palestine – Head Office | 647.77 | 56.24 | 6145.76 |

| Total: | | | | | | | | 73310.42 |

CONFIDENTIAL                                     02:006367

State of Palestine
General Security
Department of Organization & Administration    07/06/2009

| Date of Recruitment 01/01/1967 | | | **Full Audit Report** | |
|---|---|---|---|---|
| Name | Fuad Hijazi Mohamed al-Shubaki | | Marital Status | Married+5 |
| Rank | Brigadier General | | Rank Date: | 01/01/1986 |
| Unit: | Central Department of Finance | | Personal No.: | 3748 |
| Comments: | | | Date of Birth: | 01/01/1940 |
| Identity No.: | 410026173 | Mother: | Military No.: | 051001024 |
| Claim Order No.: | | Date of Claim Order: | | Dedicated to: |

Promotions:

| From Brigadier General: 01/01/1989 | To Brigadier General: 01/01/1986 | Under Order 11345/15 07/21/2006 [illegible] |
|---|---|---|

Suspension of Registration:

Transfer:

End of Services:

Miscellaneous – Non-Commissioned Officers:

Miscellaneous – Officers:

Under Order: 2630/15, 04/22/2009. Reason: The Intelligence/the aforementioned served as head of the Department of Finance until his arrest by the occupation.

Penalties:

Security Suspicion:

Security Check:

salem

CONFIDENTIAL                          02:006368

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D:02 006363-68.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D:02 006363-68.

Dated: March 4, 2014

_____
Yaniv Berman

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ: ٢٠٠٩/٠٢/٠٣

كشف سنوي شخصي
٢٠٠٠

الاسم: فؤاد حجازي محمد الشوبكي
الرقم المالي: ٢٠٥٢

رقم الهوية: ٤١٠٠٢٢١٧٢

| الشهر | القاطع | الإدارة | الرتبة | ت. اجتماعية | الفئة | استقطاعات | استحقاقات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٤ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٢ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٥ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٣ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٥ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٤ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٥ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٦ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٧ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٨ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ٩ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ١٠ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ١١ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| ١٢ | القاطع الثاني غزة / القاطع الثاني | الإدارة المالية | عميد + ٦ | ٥/٠ | | ١٠١٦,١٦ | ٧٤٧,٧٧٥ | ٥٢٥٨,٤٣ |
| الإجمالي | | | | | | | | ٦٣١٠١,١٦ |

CONFIDENTIAL
02:006363

**السلطة الوطنية الفلسطينية**
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : ٢٠٠٩/٠٢/٠٢



كشف سنوي شخصي
٢٠٠١

الاسم : فؤاد حجازي محمد الشوبكي

رقم الهوية : ٤١٠٠٢٦١٧٢

الرقم المالي : ٢٠٠٢

| شهر | القاطع | الإدارة | الرتبة | اجتماعية .ت | البنك | استقطاعات | استحقاقات | صافي شيكل | رقم البريد |
|---|---|---|---|---|---|---|---|---|---|
| ١ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٦ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٢ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٦ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٣ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٦ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٤ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٥ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٦ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٧ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٨ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ٩ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ١٠ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ١١ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |
| ١٢ | القاطع الثاني / غزة | الإدارة المالية | عميد + ٤ | ٢/٥ | | ١٠١,١٦ | ٢٤٧,٢٧٥ | ٥٢٥٨,٤٢ | |

الإجمالي: ٦٣١٠,١٦

CONFIDENTIAL

02:006364

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ: 2009/2/3



**كشف صرف شخصي**
2002

الاسم: فؤاد حجازي محمد الشوبكي
الرقم المالي: 2.03

رقم الهوية: 41002272

| الشهر | القطاع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | القطاع الثاني / غزة | الإدارة المالية | عميد + 4 | ع/5 | | 747,775 | 101,16 | 5258,42 |
| 2 | القطاع الثاني / غزة | الإدارة المالية | عميد + 4 | ع | | 747,775 | 101,16 | 5233,27 |
| 3 | القطاع الثاني / غزة | الإدارة المالية | عميد + 4 | ع | | 747,775 | 101,16 | 5233,27 |
| 4 | القطاع الثاني / غزة | الإدارة المالية | عميد + 4 | ع | | 747,775 | 101,16 | 5233,27 |
| 5 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |
| 6 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |
| 7 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |
| 8 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |
| 9 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |
| 10 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |
| 11 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |
| 12 | القطاع الثاني / غزة | الإدارة المالية | عميد + 8 | ع | | 747,775 | 101,16 | 5233,27 |

الإجمالي: 61725,50
CONFIDENTIAL
02:006365

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ: 2007/02/03

**كشف صرف شخصي**

الاسم: فؤاد حجازي محمد الشوبكي
رقم الهوية: 410026172
الرقم المالي: 2053

| الشهر | القاطع | الإدارة | الرتبة | ع. اجتماعية | النقل | استحقاقات | استقطاعات | صافي شيكل | الأرقام المالي |
|---|---|---|---|---|---|---|---|---|---|
| 1 | القاطع الثاني / غزة | الإدارة المالية | عميد | 8+1 | م/ع | | 747,775 | 101,16 | 5144,27 |
| 2 | القاطع الثاني / غزة | الإدارة المالية | عميد | 8+1 | م/ع | | 747,775 | 101,16 | 5144,27 |
| 3 | القاطع الثاني / غزة | الإدارة المالية | عميد | 8+1 | م/ع | | 747,775 | 101,16 | 5144,27 |
| 4 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع | | 747,775 | 101,16 | 5144,27 |
| 5 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع | | 747,775 | 101,16 | 5144,27 |
| 6 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع 5 | | 747,775 | 75,09 | 1001,91 |
| 7 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع 5 | | 747,775 | 60,47 | 1101,86 |
| 8 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع 5 | | 747,775 | 60,47 | 1101,86 |
| 9 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع 5 | | 747,775 | 60,47 | 1101,86 |
| 10 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع 5 | | 747,775 | 60,47 | 1101,86 |
| 11 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع 5 | | 747,775 | 60,47 | 1101,86 |
| 12 | القاطع الثاني / غزة | الإدارة المالية | عميد | 9+1 | م/ع 5 | | 747,775 | 60,47 | 1101,86 |
| الإجمالي | | | | | | | | | 28279,43 |

CONFIDENTIAL
02:006366

التاريخ : 2009/03/18



**السلطة الوطنية الفلسطينية**
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

كشف سنوي شخصي
2004

الاسم : فؤاد حجازي محمد الشوبكي
الرقم المالي : 2052

رقم الهوية : 410022172

| شهر | القاطع | الإدارة | الرتبة | اجتماعية | البلد | استقطاعات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | القاطع الثاني / غزة | الإدارة المالية | عميد 9+ | 0/م | فلسطين-الرئيسي | 247,775 | | 2601,86 |
| 2 | القاطع الثاني / غزة | الإدارة المالية | عميد 9+ | 0/م | شهداء جدد | 247,775 | | 2601,86 |
| 3 | القاطع الثاني / غزة | الإدارة المالية | عميد 9+ | 0/م | فلسطين-الرئيسي | 247,78 | | 2601,81 |
| 4 | القاطع الثاني / غزة | الإدارة المالية | عميد 4+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2601,91 |
| 5 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2601,91 |
| 6 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2601,91 |
| 7 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2601,91 |
| 8 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2601,91 |
| 9 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2601,91 |
| 10 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2601,91 |
| 11 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2145,67 |
| 12 | القاطع الثاني / غزة | الإدارة المالية | عميد 10+ | 0/م | فلسطين-الرئيسي | 247,77 | | 2145,67 |

الإجمالي: 7230,47

CONFIDENTIAL
02:006367



دولة فلسطين
الأمن العام
هيئة التنظيم والإدارة

2009/07/06

| | | بيان التدقيق الشامل | 1967/01/01 | تاريخ الالتحاق |
|---|---|---|---|---|
| م.اجتماعية: متزوج+5 | | فؤاد حجازي محمد الشوبكي | | الاسم: |
| تاريخ الرتبة: 1986/01/01 | | عميد | | الرتبة: |
| رقم الذاتية: 3748 | | الإدارة المالية المركزية | | الوحدة: |
| تاريخ الميلاد: 1940/01/01 | | | | ملاحظات: |
| الرقم العسكري: 051001024 | الأم: | 410026173 | | رقم الهوية: |
| مفرز إلى: | تاريخ أمر الأخذ: | | | رقم أمر الأخذ: |

الترقيات

من عميد   1989/01/01 إلى عميد   1986/01/01 بالأمر 11345/15   2006/07/21 كت

توقيع القيد

النقل

انهاء خدمات

الصرف

متفرقات سنة ضباط

متفرقات ضباط

بالأمر   2630/15   2009/04/22   بسبب   الاستخبارات/المذكور عمل مديرا للإدارة المالية حتى تاريخ اعتقاله لدى الاحتلال

عقوبات

شبهة امنية

بحث امني

salem   CONFIDENTIAL   1   02:006368