*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**In the Name of God, Most Gracious, Most Merciful**

## Social Examination

**Case:** Al-Aqsa Martyr/Military

| | |
|---|---|
| **Name:** | Wafa' Ali Khalil Idris |
| **Local No.:** | 496 |
| **Central No.:** | 013205 |
| **Governorate:** | Ramallah & al-Bireh / Al-Amaari Refugee Camp |
| **Date:** | February 14, 2002 |

## I: Personal Data

**Local No.:** 496 **Central No.:**
**Case Name:** Wafa' Ali Khalil Idris **Code Name:** ...
**Nationality:** Palestinian **Identity No.:** 935068155
**Beneficiary's Full Name:** Wasfiya Mabrouk Saleh Idris **Identity No.:** 935068122
(Wife, Father, **Mother**, Brother, Sister)
**Mother's Full Name:** Wasfiya Mabrouk Saleh **Identity No.:** 935068122
**Wife's Name:** **Identity No.:**
**Date & Place of Birth:** October 22, 1971, Ramallah (Al-Amaary Refugee Camp) **Original Town:** Ramallah
**Religion:** Muslim **Gender:** Female **Marital Status:** Divorced
**Previous Work:** [redacted] **Current Work:**
**Academic Qualification:** 10th Grade **Date & No. of Accreditation:**
**Date of Accreditation in the Establishment:**

## II: Administrative Data

**Military Rank:** **Organizational Rank:**
**Rank Accreditation Letter:** **No.** **Date:**
**Development of Previous Allocation:** **Current:** **Modifications:**
**Organization to which he / she belongs:** Fatah **Sector:**
**Date of Joining the Revolution:** **Organizational:** **Militarily:** **Reordering:**
**Courses Attended:**
**Date & Place of Event:** January 27, 2002, Jerusalem

**Description of the Event:**

[redacted] Wafa' Ali Khalil Idris blew herself up in a crowd [redacted] that resulted in killing one and injuring more than one hundred in addition to her immediate death, [redacted]

**Brief Description about his/her Life**

[redacted]

**Family Housing:** Owned: ✓ Leased Joint

**Monthly Leasing Rate:**

**Complete Address:** Al-Amaary Refugee Camp, Abu Darweesh Street, near the Red Crescent Building

**Telephone:** **Home:** 2961779 / 059337696, Khalil Idris her brother, 055513422, Sultan Idris her brother, Khalil: 0599535327, Khalil Home: 0599989594

Martyr of al-Aqsa/Ramallah: Wafa' Ali Khalil Idris [handwritten]

**III: Family Index: *Married / Single**

**(1) Married:** Wives and minor children are recorded first, then adult offspring, then parents and siblings.

**(2) Single:** Parents and minor siblings are recorded first, then adult siblings.

2004/2005 [handwritten]

| Series | Name | Relationship | Date of Birth | Academic Qualification | Profession | Marital Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Wasfiya | Mother | 1939 | Illiterate | Housewife | Widow | Al-Ama'ary Refugee Camp |
| 2 | Khalil | Brother | 1967 | 12th Grade | Office Manager of Taxi Betunia | Married | " |
| 3 | Khaled | Brother | 1969 | 11th Grade | Driver | Married | " |
| 4 | Sultan | Brother | 1974 | 10th Grader | Driver | Married | " |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**No. of Dependants:** (1)

- **Married: wives and minor children:**
- **Single: parents and minor siblings:** Mother only.
- **Notes on Family Index:** Martyr's father is deceased.

[illegible handwriting]

**Department's Recommendation:**

* The martyr is one of the al-Aqsa Intifada martyrs; the martyr is divorced without children; her father is deceased; her mother is alive; she has three married brothers.
* She was martyred during a heroic martyrdom operation against the Zionists in the occupied city of Jerusalem.
* Therefore, we recommend that she is considered one of the al-Aqsa Intifada Martyrs according to the regulations.

**Date:** February 14, 2002 **Signature** Suleiman al-Deek

**Decision of the Director of the Establishment**: (  )

..........................................................................................................

..........................................................................................................

..........................................................................................................

.................................................. Date: ........................ Signature............................

**Allocation Calculation**

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|---|---|---|---|---|---|---|---|
| .............. | ........ | .............. | .......... | ............ | .......... | ............ | .......................... |

Other Bonuses:

Total (in Dinars):

Total (in Shekels):

**Approval of the General Director:**

She is considered (one of the al-Aqsa martyrs), confirmed, as of January 2, 2002 with an allocation of 600 Shekels a month.

**Date:** February 14, 2002 **Signature**[Signature]

| **Audit Notes** | **Date** | **Signature** |
|---|---|---|
| ......................................... | ............................................................................. | |
| ......................................... | ............................................................................. | |

| **Computer Notes** | **Date** | **Signature** |
|---|---|---|
| ......................................... | ............................................................................. | |
| ......................................... | ............................................................................. | |

[illegible] Judea and Samaria [Emblem] [illegible] Staff Officer for Internal Affairs

## Certificate of Birth

| Idris | Wafa | [illegible] |
|---|---|---|
| Last Name | First Name | Father's First Name |
| Khalil | Wasfiya | [illegible] |
| Grandfather's Name | Mother's First Name | Maternal Grandfather's Last Name |

Sex Female    Identity No. [illegible]

Born in Al-Amari Camp (Name of city / town)    ________ (Name of Hospital)

On [date] 22 (Day) [illegible] (Month) 1971 (Year)

Religion Muslim

I hereby certify that the above newborn was registered in the Births Ledger for the year

4/5/265/33/1971

Issued at the Population Administration Office in Judea and Samaria on [illegible date].

[Stamp] Regional Population
Administration Office
Judea and Samaria
Office stamp

[Signature]
[Stamp] P. Katzav
Birth Registration Clerk

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA **IDENTITY DOCUMENT**

Identity Number 9 3506815 5

| | | | | |
|---|---|---|---|---|
| First Name | **Wafa** | | | |
| Father's Name | **Ali** | | | |
| Grandfather's Name | **Khalil** | | | |
| Last Name | **Idris** | | | |
| Mother's Name | **Wasfiya** | | | [Photograph] |
| Date of Birth | **October 22, 1971** | | | [Stamp] Israel Defense Forces |
| Place of Birth | **Ramallah** | | | [Signature] |
| Sex | **Female** | Religion | **Muslim** | |
| Issued in | **Ramallah** | on date | | **December 6, 1987** |

Civil Administration in Judea and Samaria Area Annex to Identity Document

Identity No. 9 3506815 5

| | | |
|---|---|---|
| Last name | [Stamp] Received gas | Idris |
| First name | mask – Malha | Wafa |

Address Al- Refugee Camp
Al-Bireh
City

Marital Status Single Spouse's Identity No.
Spouse's Name
Spouse's Identity No.
Spouse's Name
Previous Last Name
Previous First Name

Copy of the martyr's identity document [handwritten]

| Palestinian Authority | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 3506812 2 |
| Last Name | | Idris |
| First Name | | Wasfiya |
| Address | Amari<br>Al-Bireh<br>City | |
| Marital Status Widow | | Spouse's Identity No. |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

[entirely illegible identity document]

| | | |
|---|---|---|
| Palestinian Authority | Annex to Identity Document | |
| | Identity No. | 9 3506812 2 |
| Last Name | | Idris |
| First Name | | Wasfiya |
| Address | Amari<br>Al-Bireh<br>City | |
| Marital status Widow | | Spouse's Identity No. |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

[entirely illegible identity document]

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA **IDENTITY DOCUMENT**

Identity No. 9 3506815 5

| | | | | |
|---|---|---|---|---|
| First Name | **Wafa** | | | |
| Father's Name | **Ali** | | | |
| Grandfather's Name | **Khalil** | | | |
| Last Name | **Idris** | | | |
| Mother's Name | **Wasfiya** | | | [Photograph] |
| Date of Birth | **October 22, 1971** | | | [Stamp] Israel Defense Forces |
| Place of Birth | **Ramallah** | | | [Signature] |
| Sex | **Female** | Religion | **Muslim** | |
| Issued in | **Ramallah** | on date | | **December 6, 1987** |

Civil Administration in Judea and Samaria Area Annex to Identity Document

| | | | |
|---|---|---|---|
| | | Identity No. | 9 3506815 5 |
| Last Name | [Stamp] Received gas | | Idris |
| First Name | mask – Malha | | Wafa |
| Address | Al-Amari Refugee Camp<br>Al-Bireh<br>City | | |
| Marital Status | Single | Spouse's Identity No. | |
| Spouse's Name | | | |
| Spouse's Identity No. | | | |
| Spouse's Name | | | |
| Previous Last Name | | | |
| Previous first Name | | | |

[illegible] Judea and Samaria [Emblem] [illegible] Staff Officer for Internal Affairs

# Certificate of Birth

| Idris | Wafa | [illegible] |
|---|---|---|
| Last Name | First Name | Father's first Name |
| Khalil | Wasfiya | [illegible] |
| Grandfather's Name | Mother's First Name | Maternal Grandfather's Last Name |

Sex Female    Identity No. [illegible]

Born in Al-Amari Camp (Name of City / Town)    ______ (Name of Hospital)

On [Date] 22 (Day) October (Month) 1971 (Year)

Religion Muslim

I hereby certify that the above newborn was registered in the Births Ledger for the year

4/5/265/33/1971

Issued at the Population Administration Office in Judea and Samaria on December 8, 1986.

[Stamp] Regional Population Administration Office Judea and Samaria Office Stamp

[Signature]
[Stamp] P. Katzav
Birth Registration Clerk

Copy of the martyr's identity document
[handwritten]

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA **IDENTITY DOCUMENT**

Identity Number 9 3506814 8

First Name **Khaled**
Father's Name **Ali**
Grandfather's Name **Khalil**
Last Name **Idris**
Mother's Name **Wasfiya** [Photograph]
Date of Birth **May 16, 1969** [Stamp] Israel Defense Forces
Place of Birth **Al-Bireh** [Signature]
Sex **Male** Religion **Muslim**
Issued in **Ramallah** on date **November** [illegible]**, 1992**

Civil Administration in Judea and Samaria Area Annex to Identity Document
Identity No. 9 3506814 8
Last Name Idris
First Name Khaled

Address 0 0
Al-Bireh
City
Marital Status Married Spouse's Identity No. 9 3858496 8
Spouse's Name Marfat
Spouse's Identity No.
Spouse's Name
Previous Last Name
Previous First Name

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:006761-6774.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:006761-6774.

[signature]
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

[signature]

Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914



بسم الله الرحمن الرحيم
n National Authority
of Social Affairs
's F. & I. C. E.
السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : شهيدة / إنتفاضة الأقصى

الاسم : وفاء علي خليل ادريس

الرقم المحلي : ٤٩٦ الرقم المركزي : ١٢٤٠٥

المحافظة : رام الله والبيرة / مخيم الأمعري

التاريخ : ١٤/ ٢/ ٢٠٠٢

CONFIDENTIAL

أولاً : معلومات ذاتية :

الرقم المركزي : ............................................. الرقم المحلي : ٢٦٥٩٦

الاسم الحركي : عطاء على خليل ادريس ............ اسم الحالة :

رقم الهوية : ٩٢٥٠٧٨١٥٥ ............ الجنسية : خليلية

اسم المستفيد رباعي : جمعية مبارك صالح ادريس ............ رقم الهوية : ٩٢٥٠٧٨١٤٤

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : جمعية مبارك صالح ادريس ............ رقم هوية الأم : ٩٢٥٠٧٨١٤٤

اسم الزوجة : ............ رقم هوية الزوجة :

تاريخ ومكان الميلاد : ٢٥/١١/١٩٧٩ ــ أم الزمور ( الخليل ) البلد الأصلي : الخليل

الديانة : مسلم ............ الجنس : ذكر ............ الحالة الاجتماعية : مطلقة

العمل الحالي : ████████ ............ العمل السابق :

المؤهل العلمي : عام

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

_____

ثانياً : معلومات ادارية :

الرتبة التنظيمية : ............ الرتبة العسكرية :

كتاب اعتماد الرتبة : ............ رقم : ............ تاريخ :

تطورات المخصص السابق : ............ الحالي : ............ التعديلات :

التنظيم التابع له : ████ ............ القطاع :

تاريخ الالتحاق بالثورة : ............ تنظيماً : ............ عسكرياً : ............ تفرغاً :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ٢٠١١/١١/١٤ ... SSS ... القدس

كيفية حدوث الحادث : ████████████████████████

جيب اعتران اعلام الحدود ومقر تبنية كتلة شراء والمسن الباع بعد قرية نخ العلية ............ جاذب

موجز سيرته الذاتية :

████████████████████████████████
████████████████████████████████
████████████████████████████████

مسكن الأسرة : ملك : صح ............ ايجار : ............ مشترك :

الإيجار الشهري :

العنوان الكامل : منى الزمعره ــ يشاري أبو دريش ــ قرية نات ايلام ازلم

ب تلفون :المنزل ١٢٤٥٥٥٥ بيطه ادريس / خليل ادريس م . ٦ ٢٢٧٢٦٢٧ ٢٢٧٦٢٧٥ / ٠٥٩٦١١٧٧٩

٠٥٩٩٥٢٥٢٠ ٧ ← فنى ............ شقيقه

٠٥٩٩٨٩٥٩٤ ٠ ← لج النزل ............ شقيقه

CONFIDENTIAL

02:006762

ثالثا : الجدول الأسري : * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

٢٠٠٤/ ص

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | وصفية | الأم | ١٩٢٩ | أمية | ربة بيت | أرملة | م. الأمعري |
| ٢ | خليل | أخ | ١٩٦٧ | توجيهي | مدير مكتب | متزوج | = |
| ٣ | خالد | أخ | ١٩٦٩ | ٤٥ | سائق | متزوج | = |
| ٤ | سلطان | أخ | ١٩٧٤ | ٤١ | سائق | متزوج | = |
| ٥ | | | | | | | |
| ٦ | | | | | | | |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : (١)

- المتزوج : الزوجات والابناء القصر :

- الاعزب : الوالدين والأخوة القصر : الأم فقط

ملاحظات على الجدول الاسري : والد الشهيد متوفي

CONFIDENTIAL

02:006763

توصية القسم

* أمر شهداء إنتفاضة الأقصى [redacted]

* استشهدت أثناء تنفيذها لعملية استشهادية بطولية ضد الصهاينة في مدينة القدس المحتلة.

* لذلك نوصي باعتمادها شهيدة من شهداء إنتفاضة الأقصى وحسب النظام.

التاريخ : ١٤/٢/٢٠٠٢ التوقيع : [signature]

قرار مدير المؤسسة : ( )

التاريخ : ............ التوقيع : ............

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

تعتمد (شهداء الأقصى) بحيث تصرف من ٢/٢٠٠٢ للوالد مبلغ ... شهريا

ملاحظات التدقيق : التاريخ ٢٤/٢/٢٠٠٢ التوقيع [signature]

ملاحظات الحاسب الآلي : التاريخ التوقيع

02:006765

CONFIDENTIAL



CONFIDENTIAL

02:006766



CONFIDENTIAL



ملحق لبطاقة الهوية
ספח לתעודת זהות
935068122
אדריס
وصفيه ادريس
צפיה
אמעהט
البيره
אל בירה
ارملة
אלמנה
صورة مدموغة والدة الشهيدة المستفيدة

CONFIDENTIAL

02:006770

CONFIDENTIAL

02:006772

הנני מאשר כי הילוד הנ"ל נרשם במרשם הלידות

הוצא בלשכה למרשם האוכלוסין ב... בתאריך

CONFIDENTIAL

02:006773



ملحق لبطاقة الهوية
ספח לתעודת זהות

السلطة الفلسطينية
הרשות הפלסטינית

9 3506814 8

| | |
|---|---|
| אדריס | ادريس |
| חאלד | خالد |
| 0 0 | البيرة |
| | אל-ביירה |
| 9 3858496 8 נשוי | متزوج |
| מרפת | مرفت |

CONFIDENTIAL

02:006774