PLAINTIFF'S
EXHIBIT
19
tabbies

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

*In the Name of God, Most Gracious, Most Merciful*

## Social Examination

**Case:** ___Al-Aqsa Martyr___

| | |
|---|---|
| **Name:** | Sa'id Wadah Hamid Awada |
| **Local No.:** | 810 |
| **Central No.:** | |
| **Governorate:** | Nablus |
| **Date:** | January 29, 2002 |

Ramallah – Tel./Fax: 02-2986268

**CONFIDENTIAL**

02:006827

## I: Personal Information:

**Fiscal No.:**

**Case Name:** Sa'id Wadah Hamid Awada

**Nationality:** Palestinian

**[illegible]:**

**[illegible]:**

**Mother's Full Name:** Shadia Barakat [illegible]

**Spouse's Name:**

**Date & Place of Birth:** February 17, 1985, Nablus

**Religion:** Muslim                    **Gender:** Male

**Previous Employment:** Construction Worker

**Education Level:** Elementary, 4th grade

**Date & No. of Accreditation:**

**Date of Accreditation in the Institution:**

**[illegible]:**

**Code Name:**

**Identity No.:** 94648 [illegible]

**[illegible] No.:**

**Mother's Identity No.:** 975397977

**Spouse's Identity No.:**

**Original Town:** Nablus

**Marital Status:** Single

**Current Employment:**

## II: Administrative Information:

**Military Rank:**

**Rank Accreditation Letter:**                    **No:**

**Development of Previous Assignment:** **Current:**

**Affiliating Organization:** Fatah

**Date of joining the Revolution:**                    **Organizationally:**

**Attended Course:**

**Date & Place of Event:**                    June 8, 2002, Jerusalem- [illegible]

**How the Incident Occurred:**                    He was martyred while executing a martyrdom operation in Jerusalem. The operation led to the death and injury of a large number of Zionists.

**Organizational Rank:**

**Date:**

**Modifications:**

**Sector:** ███████████

## Brief Biography:

The martyred hero was born in the brave city of Nablus on February 17, 1985. ██████████████████

| **Family Housing:** | Owned: | | Rent: | | Joint: ✓ |

**Monthly Rent:** 2000 dinars / year

**Complete Address:** Ras Al-[illegible], Nablus. Close to Riad Al-Salihin School.

**Nearest Telephone:** 09-2336749        /        052-6344840   /        [illegible] 824462
                              2398651[illegible] /        0599/553869 (Fadi Awada [illegible])

CONFIDENTIAL                    02:006828

[illegible]

## III: Family Index          Married / <u>Single</u>        Sa'id Awada [handwritten]

(1) Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.

(2) Single: Parents and minor siblings are recorded first, then adult siblings.

| No. | Name | Relationship | Date of Birth | Academic Qualification | Profession | Marital Status | Address |
|-----|------|--------------|---------------|------------------------|------------|----------------|---------|
| 1 | Wadah Hamid Ahmed Awada | Father | 1956 | 6th grade | [illegible] | Married | [illegible] |
| 2 | Shadia Barakat Abdel Rahim Awada | Mother | 1966 | Illiterate | Housewife | Married | Nablus |
| 3 | Fadi | Brother | 1982 | Elementary | Plumber | Single | Nablus |
| 4 | [illegible] | Brother | 1982 | Elementary | Tailor | Single | Nablus |
| 5 | Yasser | Brother | 1989 | 6th grade | Student | Single | Nablus |
| 6 | Hinaa | Sister | 1992 | 5th grade | Student | Child | Nablus |
| 7 | Zakaria | Brother | 1993 | 4th grade | Student | Child | Nablus |
| 8 | Mohamed | Brother | 1995 | 2nd grade | Student | Child | Nablus |
| 9 | Yahya | Brother | 2000 | Child | Child | Child | Nablus |
| 10 | Khawla | Sister | 2001 | Child | Child | Child | Nablus |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

Number of Dependents:

Married: wives and minor children _____

- Single: parents and minor siblings: 8 _____

- **Notes on Family Index:** _____

- The account number of the martyr's mother, Shadia Barakat Abdel Rahim Awada, who is the beneficiary, is: 445453 / 7 [illegible]

The account number of the martyr's mother, Shadia Barakat Abdel Rahim Awada, who is the beneficiary, is: 335752, Cairo-Amman Bank/ Nablus, Western [illegible], Nablus

**CONFIDENTIAL**                    02:006829

**Department's Recommendation:** Martyr/ Sa'id Wadah Hamid Awada [handwritten]

- The martyr is single. He was born in 1985. His parents are alive and he has six siblings who are students and laborers.

- He was martyred on June 18, 2002, while executing the Jerusalem martyrdom operation.

- I recommend that he be considered one of the Al-Aqsa Martyrs.

**Date:** July 29, 2002          **Signature:** [Signature]

**Decision of the Institution Manager:** (              )

.....................................................................................................................

.....................................................................................................................

.....................................................................................................................

Date: ......................... Signature...................................

## Allocation Calculation

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|-------|----------|-------------------|
|           |      |          |        |        |       |          |                   |

Other Bonuses:     ...................................................................

Total (in dinars):  ...................................................................

Total (in shekels): ...................................................................

## Approval of the General Director:

Registered as one of the Al-Aqsa martyrs as of July 1, 2002, with a monthly allowance of 600 shekels.

**Auditor's Notes:**          Date   August 26, 2002      Signature      [Signature].

.....................................................................................................................

.....................................................................................................................

**Computer Notes:**          **Date**          **Signature**

.....................................................................................................................

.....................................................................................................................

**CONFIDENTIAL**                              02:006830

[illegible]

[illegible]
**Department of Civil Affairs**

## Death Certificate

[illegible]: 9 464[illegible]

[illegible]: [illegible]            [illegible]: Wadah

[illegible]: [illegible]            [illegible]: Awada

[illegible]: Male               [illegible]: [illegible]

[illegible]: [illegible]

[illegible]: [illegible]            [illegible]:

[illegible]: [illegible]            [illegible]: Palestinian

[illegible]: [illegible]            [illegible]: [illegible]

[illegible]: [illegible]            [illegible]: 0-0

[illegible]:

July 17, 2002
Department of Civil Affairs:          [Stamp] Palestinian National Authority
                                       Department of Civil Affairs - Nablus

Signature of the Competent Employee
[Signature]

**CONFIDENTIAL**                      02:006831

**Palestinian Authority** <u>Identity Card</u>

[illegible]: 9 7539797 7

[illegible]: Shadia

[illegible]: Barakat

[illegible]: Abdel Rahim

[illegible]: Awada                    [Stamp]  Palestinian National Authority

[illegible]: [illegible]                         Department of Civil Affairs -

[illegible]: September 9, 1966              Nablus

[illegible]: Nablus

[illegible]: [illegible]

[illegible]: [illegible]

[illegible]: [illegible]              [illegible]: May 14, 1994

[photograph]

---

| [illegible]: | [illegible] | [illegible] |
|---|---|---|
| [illegible]: [illegible] | [illegible]: [illegible] | [illegible]: [illegible] |
| [illegible]: Awada | [illegible]: [illegible]    [illegible]: [illegible] | [illegible]: Male  [illegible]: [illegible] |
| [illegible]: Shadia | [illegible]: February 10, 1989 | [illegible]: June 9, 2000 |
| [illegible]: Nablus        0 | | |
| [illegible]: [illegible] | [illegible]: [illegible] | [illegible]: Khawla |
| [illegible]: Married | [illegible]: [illegible]        [illegible]: 8 8368622 8 | [illegible]: Female        [illegible]: |
| [illegible]: [illegible] | [illegible]: 08/ [illegible]/1992 | [illegible] |
| [illegible]: Wadah | | [illegible]: May 25, 2001 |
| [illegible]: | [illegible]: Zakaria | |
| [illegible]: | [illegible]: Male  [illegible]: [illegible] | [illegible]: |
| [illegible]: [illegible] | [illegible]: September 21, 199 [illegible] | [illegible]:        [illegible]: |
| [illegible]: | | [illegible]: |
| | [illegible]: Mohamed | |
| | [illegible]: Male [illegible]: 8 5991683 [illegible] | [illegible]: |
| | [illegible]: April 1, 1995 | |

**CONFIDENTIAL**                                    02:006832

[Photograph]

[illegible]

**Children [illegible]**

[illegible]: [illegible]
[illegible]: Male          [illegible]: 9 1064[illegible]48 8
[illegible]: July 4, 1982

[illegible]: Sami
[illegible]: Male          [illegible]: 9 [illegible]0213 2
[illegible]: illegible]

[illegible]: Sa'id
[illegible]: Male          [illegible]: 9 4648072 0
[illegible]: 02/17/1985

[illegible]: Yasser
[illegible]: Male          [illegible]: 8 5056317 2
[illegible]: 02/[illegible]/1989

**CONFIDENTIAL**                              02:006833

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Martyrs' Families & Injured Care Establishment**

| Promissory Note |
|---|
| (Gift from His Excellency, the President, to the Families of Al-Aqsa Intifada Martyrs) |

Amount

| -6000- | shekels |
|---|---|

I, the signatory below / Shadia Barakat Abdel Rahim Awada
Identity No. / 975397977
have received the amount of / Six Thousand Shekels only, pursuant to check number / 30217061.
This is a gift from His Excellency, the President, to the family of martyr and hero / Sa'id Wadah
Hamid Awada.
Date of Martyrdom: June 18, 2002          Central No. / 13775
Governorate / Nablus

| Date of receipt | Signature of the recipient | in her capacity as |
|---|---|---|
| February 15, 2006 | [Fingerprint] | the Martyr's Mother |

Name & Signature of the person delivering / Ali [illegible]    [Signature]

---

**ARAB BANK**

Date February 12, 2006          El-Bireh          9030[illegible]633492-0/570
*Payable to the beneficiary only*

PAY AGAINST THIS CHEQUE
TO THE ORDER OF...............*[illegible] Barakat Abdel Rahim Awada. The respected*
THE SUM OF ..................... *[illegible] Only*

30217061.......................................................................................
    [Signature]                    [illegible]/ **Martyrs' Families & Injured Care**
                                **Establishment/    Allocations for Martyrs' Families**
                                    Identity No. 000410460638

_____ Please do not write below this line _____

/30217061      549/852488      63345205705

Ramallah- Tel/Fax: 02-2986268
Gaza- Tel/Fax: 08-2824727

**CONFIDENTIAL**                    02:006834

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

        vs.                                         No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:006827-6834.

2.  I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:006827-6834.

_____
Eyal Sherf

ss.: ~~New Jersey~~ New York

On the 28 day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires _Nov. 14 20 15_



Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

منظمة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



بحث اجتماعي

الحالة :        شهيد أقصى

الاسم :        صائب وصبح حابس عوادة

الرقم تحتي :        ٨١٠        الرقم المركزي :

اسم فئة :        سياسي

التاريخ :        ٢٠٠٢-١-٢٥

CONFIDENTIAL                    02:006827

أولاً : معلومات شخصية :

نوع الطلب :

الاسم :                                                                    رقم وطني :

الجنسية :                                                              رقم الهوية :

---

أولاً : معلومات شخصية :

تاريخ الطلب :

اسم الأم كامل :                                                         رقم الهوية :

اسم الزوجة :                                                            رقم الهوية :

تاريخ ومكان الميلاد :                                                   الحالة :

المهنة :                                                                  الحالة الاجتماعية :

العمل السابق :                                                        العمل الحالي :

المؤهل العلمي :

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

---

## ثانياً : معلومات إدارية :

الرتبة العسكرية :                               رتبة التنظيمية :

كتاب اعتماد الرتبة :                             رقم :              تاريخ :

تطورات المنصص السابق :                         الحالي :           تشكيلات :

التنظيم التابع له :                                                   قطعة :

تاريخ الالتحاق بالثورة :                          تنظيم :           عسكري :            شرطة :

الدورات التي اجتازها :

تاريخ ومكان الحادث :

كيفية حدوث الحادث :

## موجز سيرته الذاتية :

---

سكن الأسرة : ملك :                             إيجار :

الإيجار الشهري :

العنوان الكامل :

أقرب تلفون :

---

**CONFIDENTIAL**

02:006828

ثالثاً : الجدول الأسري : * متزوج / أعزب ( سائد عواد )

١- المتزوج : يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الانتاج ثم الوالدين والأخوة .
٢- الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الانتاج :

| الرقم | الاسم | العلاقة | | تاريخ الميلاد | مكان الميلاد | المهنة | الجنسية | ملاحظات |
|---|---|---|---|---|---|---|---|---|
| | | درجة القرابة | | | | | يوجد / لا يوجد | |
| ١ | رولا سامر أحمد عوادة | والده | الله أحمد | ١٩٦١ | بيروت | ربة بيت | متزوجة | نابلس |
| ٢ | شادي رباب أحمد عوادة | رباب أحمد عوادة | ١٩٦٦ | بيروت | ربة بيت | متزوج | نابلس |
| ٣ | نادي | اشر | ١٩٨٢ | عمان | اسرائيل | بدرجة | الزوجة | نابلس |
| ٤ | سيني | | | ١٩٨٤ | اسرائيل | خياط | اعزب | |
| ٥ | ياس | اشر | ١٩٨٩ | عمان | سائد أنا | طالب | عزب | |
| ٦ | هاني | اشر | ١٩٩٢ | عمان | هاشم | طالب | عزب | |
| ٧ | بكرا | اشر | ١٩٩٣ | عمان | رابح كمر | طالب | عزب | |
| ٨ | محمد | اشر | ١٩٩٥ | عمان | نادنسان | طالب | عزب | |
| ٩ | خيل | اشر | ٩ | عمان | طا | | | |
| ١٠ | خلي | اشر | ٢٠٠١ | عمان | مامه | | | |
| ١١ | | | | | | | | |
| ١٢ | | | | | | | | |
| ١٣ | | | | | | | | |
| ١٤ | | | | | | | | |
| ١٥ | | | | | | | | |
| ١٦ | | | | | | | | |
| ١٧ | | | | | | | | |
| ١٨ | | | | | | | | |
| ١٩ | | | | | | | | |
| ٢٠ | | | | | | | | |
| ٢١ | | | | | | | | |

عدد المعالين :
- المتزوج : الزوجات والأبناء القصر :
- الأعزب : الوالدين والأخوة القصر :        ٨

ملاحظات على الجدول الأسري :

تم جلب لهذه الأسرة سلف بناء ميزة عوادة يبدأ شقيقة لم تستكمل
.... طرف المعنى / نابلس

٢٤٥٠٧٥٥

القاهرة - جماعة / نابلس

**CONFIDENTIAL**

02:006829

توصية القسم :

التوقيع :   التاريخ :

قرار مدير المؤسسة : (

التاريخ :   التوقيع :

حساب المخصصص :

| المجموع بالدينار | لخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

التاريخ   التوقيع

ملاحظات التدقيق :

التاريخ   التوقيع

ملاحظات الحاسب الآلي :

CONFIDENTIAL

02:006830



Department of Civil Affairs

Death Certificate

Hospital

New delth.

The details about the above matters as of
2002-07-11

by Department of Civil Administration

Nablus

02:006831



CONFIDENTIAL

02:006832



CONFIDENTIAL

02:006833

بسم الله الرحمن الرحيم

PALESTINIAN NATIONAL AUTHORITY

السلطة الوطنية الفلسطينية

M.s F . & I. C . E.

مؤسسة رعاية أسر الشهداء والجرحى



سند صرف

( مكرمة فخامة الرئيس لأسر شهداء انتفاضة الأقصى )

المبلغ
شيكل    ~ 6000 ~

أنــا الموقع أدناه / شادية بركات عبد الرحيم عوادة

هويــــــة رقم / 975397977

استلمت مبلــــــغ / ستة آلاف شيكل فقط لاغير   بموجب شيك رقم / 30217061

وذلك مكرمة فخامة للرئيس لأسرة الشهيد البطل / سائد وضاح حامد عوادة

تــاريخ الاستشهـاد   2002/6/18    رقم مركزي / 13775

المحافظة / نسابلس

تاريخ الاستلام
2006 / 2 / 15

صقتــــه
والدة الشهيد

توقيع المستلم

اسم المستلم وتوقيعــــه /

DATE تاريخ
يعرف المستفيد الأول فقط

البنك العربي
ARAB BANK
AL-Birch

PAY AGAINST THIS CHEQUE

TO THE ORDER OF

THE SUM OF

30217061

0004104608833

#0302I7061#  80#0850G8#  6304920570#

Ramallah-Tel/Fax : 02-2986268

Gaza - Tel Fax : 08-2824727

رام الله – تلفاكس :  02_2986268

غـزة – تلفاكس :  08 -2824727

CONFIDENTIAL

02:006834