**Ministry of Finance**
**Palestine**

Page 1

Licensed Worker: 00000000000
Account Statement

1:27 PM                June 12, 2012

January 1, 2003 - December 31, 2003    Loans
2105-30 Fatah Movement Reference/ West Bank

| Date | Document | Vendor | Description | Debit | Credit | Balance NIS | Value | Balance NIS |
|---|---|---|---|---|---|---|---|---|
| January 1 | | | Revolving Balance | | | 0.00 | | |
| March 13 | Payment 458 | 01 | Transfer of Month January 2003 payment | 20,000.00 | 20,000.00 | 0.00 | | |
| April 20 | Payment 1056 | 01 | Transfer of Allocation February 2003 | 20,000.00 | 20,000.00 | 0.00 | | |
| May 1 | Payment 2373 | 01 | Transfer of Allocation March 2003 | 20,000.00 | 20,000.00 | 0.00 | | |
| June 7 | Payment 5479 | 01 | Transfer of Allocation April 2003 | 20,000.00 | 20,000.00 | 0.00 | | |
| September 1 | Payment 12313 | 01 | Transfer of Allocation May 2003 | 20,000.00 | 20,000.00 | 0.00 | | |
| | | | Total | 100,000.00 | 100,000.00 | | | |

Ended

Copyright 1989, Bisan Corp. Ltd., Ramallah

CONFIDENTIAL

02:006835

PLAINTIFF'S EXHIBIT 20

**Ministry of Finance**
**Palestine**

Page 1

Licensed Worker: 000000000
Account Statement

1:28 PM    June 12, 2012

January 1, 2003 - December 31, 2003    Temporary loans / Work/ President's decision
6272-30 Fatah Movement/ Northern Hebron Region

| Date | Document | Vendor | Description | Debit | Credit | Balance NIS | Value | Balance NIS |
|---|---|---|---|---|---|---|---|---|
| January 1 | | | Revolving Balance | | | 0.00 | | |
| June 29 | Payment 4330 | 01 | 06072 Loan for Subscriptions Payment | 17,500.00 | | 17,500.00 | | |
| December 31 | Entry 121560 | 01 | Revolving Loan | | 4,463.00 | 13,037.00 | | |
| | | | **Total** | 17,500.00 | 4,463.00 | | | |

Ended

Copyright 1989, Bisan Corp. Ltd., Ramallah

CONFIDENTIAL

02:006836

**Ministry of Finance**
**Palestine**

Page 1

Licensed Worker: 000000000
Account Statement

1:32 PM    June 12, 2012

January 1, 2003 - December 31, 2003  1163000 Temporary loan/Work and sport
3701-86 Fatah Movement / Al-Shurfa Region

| Date | Document | Vendor | Description | Debit | Credit | Balance NIS | Value | Balance USD |
|---|---|---|---|---|---|---|---|---|
| January 1 | | | Revolving Balance | | | 0.00 | | 0.00 |
| July 27 | Payment 11726 | 01 | 17595 Al-Shurfa Region | 7,500.00 | 7,500.00 | 0.00 | 1,500.00 | 0.00 |
| | | | Total | 7,500.00 | 7,500.00 | | | |

Ended

Copyright 1989, Bisan Corp. Ltd., Ramallah

CONFIDENTIAL

02:006837

**Ministry of Finance**
**Palestine**

Page 1

Licensed Worker: 000000000
Account Statement

1:33 PM    June 12, 2012

January 1, 2003 - December 31, 2003    1160000 Loan
5633-86 Fatah Movement/ Deir Ammar

| Date | Document | Vendor | Description | Debit | Credit | Balance NIS | Value | Balance NIS |
|---|---|---|---|---|---|---|---|---|
| January 1 | | | Revolving Balance | | | 0.00 | | |
| August 24 | Payment 11750 | 01 | 43831 Deir Ammar Arrears | 3,500.00 | 3,500.00 | 0.00 | | |
| | | | Total | 3,500.00 | 3,500.00 | | | |

Ended

Copyright 1989, Bisan Corp. Ltd., Ramallah

CONFIDENTIAL

02:006838

| Identity No. | Name | No. of Check/ Money Order | Currency | Amount | Type |
|---|---|---|---|---|---|
| 535 | Fatah Movement - Al-Arabi Ramallah | 118268 663650 | 4 | 156 | Check |
| 44 | Fatah Movement | 119738 | 4 | 2400 | Check |
| 44 | Fatah Movement | 119789 | 4 | 3627 | Check |
| 44 | Fatah Movement | 121649 | 4 | 3627 | Check |
| 44 | Fatah Movement | 110964 | 4 | 4092 | Check |
| 44 | Fatah Movement | 112942 | 4 | 4092 | Check |
| 44 | Fatah Movement | 115888 | 4 | 4092 | Check |
| 44 | Fatah Movement | 117912 | 4 | 4092 | Check |
| 44 | Fatah Movement | 118963 | 4 | 4743 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 121010 663650 | 4 | 8224 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 121466 663650 | 4 | 8536 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 115777 663650 | 4 | 8569 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 122071 663650 | 4 | 8583 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 120975 663650 | 4 | 8610 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 121015 663650 | 4 | 8613 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 118182 663650 | 4 | 8684 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 119726 663650 | 4 | 8745 | Check |
| 219 | Fatah Movement - Rafah Region | 111131 | 4 | 10538 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 122183 663650 | 4 | 38815 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 1119748 663650 | 4 | 42513 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 121417 663650 | 4 | 43041 | Check |
| 44 | Fatah Movement | 103515 | 4 | 44028 | Check |
| 44 | Fatah Movement | 107614 | 4 | 44245 | Check |
| 44 | Fatah Movement | 108758 | 4 | 44248 | Check |
| 44 | Fatah Movement | 110882 | 4 | 44311 | Check |
| 44 | Fatah Movement | 104318 | 4 | 44507 | Check |
| 44 | Fatah Movement | 112482 | 4 | 44516 | Check |
| 44 | Fatah Movement | 114629 | 4 | 44543 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 117120 663650 | 4 | 44719 | Check |
| 535 | Fatah Movement - Al-Arabi Ramallah | 118323 663650 | 4 | 44966 | Check |

CONFIDENTIAL

02:006839

| Identity No. | Name | No. of Check/ Money Order | Currency | Amount | Type |
|---|---|---|---|---|---|
| 2003503 | Fatah Movement Reference | 130921 | 4 | 20000 | Check |
| 2003503 | Fatah Movement Reference | 132090 | 4 | 20000 | Check |
| | | | | | |

02:006840

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:006835-6840.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:006835-6840.

Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV. 14 2015

Ministry Of Finance
Palestine

وزارة المـالـيـة

12/06/12  1:27p

مـشـتـغـل مـرخـص : 000000000
كـشـف حـسـاب
03/01/01 - 03/12/31  1160000 الـسـلـف
2105-30 مرجعية حركة فتح الضفة الغربية

صفحة 1

| تاريخ المستند | بـائـع | الـبـيـان | مـدين | د ائـن | الـرصيد NIS | الـقيمة | الـرصيد NIS |
|---|---|---|---|---|---|---|---|
| 01/01 | | رصيد مدور | | | 0.00 | | |
| 03/13 صـــرف 458 | 01 | تـحويل دفعة شهر 2003/1 | 20,000.00 | 20,000.00 | 0.00 | | |
| 04/20 صـــرف 1056 | 01 | تـحويل مخصص 2-2003 | 20,000.00 | 20,000.00 | 0.00 | | |
| 05/01 صـــرف 2373 | 01 | تـحويل مخصص شهر 2003/3 | 20,000.00 | 20,000.00 | 0.00 | | |
| 06/07 صـــرف 5497 | 01 | تـحويل مخصص 4-2003 | 20,000.00 | 20,000.00 | 0.00 | | |
| 09/01 صـــرف 12313 | 01 | تـحويل مخصص شهر 5-2003 | 20,000.00 | 20,000.00 | 0.00 | | |
| | | المـجـمـوع | 100,000.00 | 100,000.00 | | | |

انـتـهى

Copyright 1989, Bisan Corp. Ltd, Ramallah

CONFIDENTIAL                    02:006835

Ministry Of Finance
Palestine

وزارة المـالـيـة

مـشـتـغـل مـرخـص : 000000000
12/06/12   1:28p
كـشـف حـسـاب
صفحة 1
03/01/01 - 03/12/31   متأخرات سلف مؤقته /عمل /قرار رئيس
6272-30   حركة فتح /اقليم شمال الخليل

| تاريخ المستند | باشع | البيان | مدين | دائن | الرصيد NIS | القيمة | الرصيد NIS |
|---|---|---|---|---|---|---|---|
| 01/01 | | رصيد مدور | | | 0.00 | | |
| 06/29 مسـروف 4330   01 | | 6072ملغة تسديد اشتراكات | 17,500.00 | | 17,500.00 | | |
| 12/31 قـيـد 121560   01 | | تدوير السلف | | 4,463.00 | 13,037.00 | | |
| | | المجموع | 17,500.00 | 4,463.00 | | | |

انتـهـى

Copyright 1989, Bisan Corp. Ltd, Ramallah

CONFIDENTIAL                                     02:006836

```
Ministry Of Finance                                                          وزارة المــالــيــة
Palestine
```

مشتـغـل مـرخـص : 000000000
12/06/12  1:32p    كشـف حســاب                                       صفحة 1
03/01/01 - 03/12/31  1163000سلفة مؤقتة /عمل و.ريـاضة
86-3701   حركة فتح منطقة الشرفة

| تاريخ المستند | بائـع | البيــان | مدين | دائـن | الوصيد NIS | القيمة | الوصيد USD |
|---|---|---|---|---|---|---|---|
| 01/01 | | رصيد مدور | | | 0.00 | | 0.00 |
| 07/27 صـــرف 11726  01 | 17595 | منطقة الشرفة ا م .ع 12 | 7,500.00 | 7,500.00 | 0.00 | 1,500.00 | 0.00 |
| | | المجمـوع | 7,500.00 | 7,500.00 | | | |

انتــهى                    Copyright 1989, Bisan Corp. Ltd, Ramallah

**CONFIDENTIAL**                                           02:006837

```
Ministry Of Finance                                                                     وزارة المــالــيــة
Palestine

                          مشتـغـل مـرخـص : 000000000
  12/06/12   1:33p            كشف حساب                                                  صفحة 1
                          1160000 السـلـف   03/12/31 - 03/01/01
                          86-5633  حركة فتح/دير عمار
```

| تاريخ المستند | بائـع | الـبـيــان | مـدين | دائـن | الرصيد NTS | القيمة | الـوصيد NIS |
|---|---|---|---|---|---|---|---|
| 01/01 | | رصيد مدور | | | 0.00 | | |
| 08/24  11750  صـرف  01 | 43831 | دير عمار متأخرات | 3,500.00 | 3,500.00 | 0.00 | | |
| | | المجموع | 3,500.00 | 3,500.00 | | | |

انتـهى

Copyright 1989, Bisan Corp. Ltd, Ramallah

CONFIDENTIAL                                          02:006838

CONFIDENTIAL
02:006839

| التاريخ | الملف | العملة | البيان | رقم الشيك | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|
| شيك | 156 | | 4 | 118268 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 2400 | | 4 | 119738 | ك ك فتح حركة | 44 |
| شيك | 3627 | | 4 | 119789 | ك ك فتح حركة | 44 |
| شيك | 3627 | | 4 | 121649 | ك ك فتح حركة | 44 |
| شيك | 4092 | | 4 | 110964 | ك ك فتح حركة | 44 |
| شيك | 4092 | | 4 | 112942 | ك ك فتح حركة | 44 |
| شيك | 4092 | | 4 | 115888 | ك ك فتح حركة | 44 |
| شيك | 4092 | | 4 | 117912 | ك ك فتح حركة | 44 |
| شيك | 4743 | | 4 | 118963 | ك ك فتح حركة | 44 |
| شيك | 8224 | | 4 | 121010 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 8536 | | 4 | 121466 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 8569 | | 4 | 115777 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 8583 | | 4 | 122071 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 8610 | | 4 | 120975 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 8613 | | 4 | 121015 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 8684 | | 4 | 118182 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 8745 | | 4 | 119726 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 10538 | | 4 | 111131 رام الله - فتح حركة | | 219 |
| شيك | 38815 | | 4 | 122183 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 42513 | | 4 | 119748 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 43041 | | 4 | 121417 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 44028 | | 4 | 103515 | ك ك فتح حركة | 44 |
| شيك | 44245 | | 4 | 107614 | ك ك فتح حركة | 44 |
| شيك | 44248 | | 4 | 108758 | ك ك فتح حركة | 44 |
| شيك | 44311 | | 4 | 110882 | ك ك فتح حركة | 44 |
| شيك | 44507 | | 4 | 104318 | ك ك فتح حركة | 44 |
| شيك | 44516 | | 4 | 112482 | ك ك فتح حركة | 44 |
| شيك | 44543 | | 4 | 114629 | ك ك فتح حركة | 44 |
| شيك | 44719 | | 4 | 117120 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |
| شيك | 44966 | | 4 | 118323 663650 - الله رام - العربي - فتح حركة | ك ك فتح حركة | 535 |

CONFIDENTIAL
02:006840

| المبلغ | العملة | الحوالة - الشيك | رقم الشيك | الاسم | رقم الهوية |
|---|---|---|---|---|---|
| 20000 | 🛑 | 4 | 130921 فتح ك حركة مرجعية | مرجعية حركة فتح ك | 2003503 |
| 20000 | | 4 | 132090 فتح ك حركة مرجعية | مرجعية حركة فتح ك | 2003503 |

النوع
شيك
شيك