PLAINTIFF'S
EXHIBIT
tabbies
22

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**



In the Name of God, Most Gracious, Most Merciful

## Social Examination

**Case:** Al-Aqsa Martyr

| | |
|---|---|
| **Name:** | Ali Mounir Yusuf Ja'ara |
| **Local No.:** | 279 [Arabic alphabet] |
| **Central No.:** | 014481 |
| **Governorate:** | Bethlehem |
| **Date:** | [illegible] 12, 2004 |

**CONFIDENTIAL**

02:007290

## I. Personal Data

**Local No.:** 279 [illegible]

**Case Name:** Ali Mounir Yusuf Ja'ara

**Nationality:** Palestinian

**Beneficiary's Full Name:** Mounir Yusuf Khalil Ja'ara

**Mother's Full Name:** Fathiya Mohamed Ibrahim Ja'ara

**Spouse's Name:**

**Date & Place of Birth:** January 30, 1979  Hebron

**Religion:** Muslim

**Previous Work:** Police officer (First Sergeant)

**Academic Qualification:** Secondary school, 3rd grade

**Date of Accreditation in the Establishment:** February 1, 2004

**Central No.:** 0144801

**Name within the Movement/Organization:**...

**Identity No.:** 841404710

**Identity No.:** 979660362

**Identity No.:** 900074352

**Spouse's Identity No:**

**Original Town:** Dair Aban

**Sex:** Male          **Marital Status:** Single

**Current Work:**

**Date & No. of Accreditation:**

## II. Administrative Data

| | |
|---|---|
| **Military Rank:** First Sergeant......................... | **Organizational Rank:** ................. |
| **Rank Accreditation Letter:** ................ | **No.** ............  **Date:** ..................... |
| **Development of Previous Allocation:** ... | **Current:** 600 Shekels       **Modifications:** |
| **Organization to which he / she belongs:** Hamas | **Sector:** .......................... |
| **Date of Joining the Revolution:** ... | **Organizational:** ...  **Militarily:**   **Reordering:** ... |
| **Courses Attended:** ................................................................ | |
| **Date & Place of Event:** January 29, 2004, West Jerusalem | |
| **Description of the Event:** The brother was martyred while executing a martyrdom operation in West Jerusalem. He blew himself up on an Israeli bus carrying passengers. | |

**Brief Biography:** ███████████████████████████

███████████████ He worked as a First Sergeant in the police until he was martyred.

**Family Housing:**     Owned:          Rented:     ✓          Joint:

**Monthly Leasing Rate:** ..............

**Complete Address:** Ayeda Refugee Camp

**Telephone:**     [illegible]

**CONFIDENTIAL**                              02:007291

## III: Family Index

(1)    Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.

(2)    Single: Parents and minor siblings are recorded first, then adult siblings.

| No. | Name | Relationship | Date of Birth | Academic Qualification | Profession | Marital Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | MounirYusuf Khalil Ja'ara | Father | 1957 | Secondary | …… | Married | Ayeda Refugee Camp |
| 2 | Fathiya Mohamed Ibrahim Ja'ara | Mother | 1955 | Secondary | Housewife | Married | Ayeda Refugee Camp |
| 3 | Moussa Mounir Yusuf Ja'ara | Brother | 1997 | 6th grade | Student | Single | Ayeda Refugee Camp |
| 4 | Linda Mounir Yusuf Ja'ara | Sister | 1993 | 10th grade | Student | Single | Ayeda Refugee Camp |
| 5 | Anwar Mounir Yusuf Ja'ara | Brother | 1990 | 12th grade | Student | Single | Ayeda Refugee Camp |
| 6 | Ola Mounir Yusuf Ja'ara | Sister | 1977 | Secondary | Housewife | Divorced | Ayeda Refugee Camp |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

No. of Dependants: *(The parents + 4) [=] 6*
- Married: wives and minor children ………………………………………………..
- Single: parents and minor siblings:  6
- **Notes on Family Index:** The martyr's father suffers from mental health problems as a result of an accident.

**CONFIDENTIAL**                                                   02:007292

**Name and Nature of the Case:** Martyr/ Ali Mounir YusufJa'ara-  Al-Aqsa Martyr/ Bethlehem

**Department's Recommendation:**

1- The martyr was single.

2- We recommend that he be considered as one of the al-Aqsa Intifada Martyrs

3- ███████████████████████████/ the house of the martyr's father was blown up.

          **Date:** February 12, 2004          **Sig.** Fatima [illegible]

**Decision of the Director of the Establishment:** (Bethlehem)

We recommend that he be considered as one of the al-Aqsa Martyrs ...........................................................

**Date:** ...February 29, 2004.........          **Signature:** Yusuf Abu Lin [Signature]

**Allocation Calculation**

| Principal | Wife | Children | Father | Mother | Minor Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|----------------|-------------------|
| .......... | ..... | ............ | ........ | ......... | ................... | ..................... |

Other Bonuses:     ..................................................................

Total (in Dinars):     ..................................................................

Total (in Shekels):     ..................................................................

**Approval of the General Director:**

He is registered as one of al-Aqsa martyrs as of 02/ [illegible]/ 2004 with a monthly allowance of 600 Shekels

**Audit Notes**          **Date** [illegible]     **Signature**     [Signature].

..........................................................................................................

..........................................................................................................

**Computer Notes**          **Date**          **Signature**

..........................................................................................................

..........................................................................................................

**CONFIDENTIAL**                                                   02:007293

**Palestinian Authority**
**Ministry of Interior**
**Department of Civil Affairs**



### Death Certificate

**Identity No.**: 8 5145471 0

**Deceased's Name**: Ali                          **Father's Name**: Mounir

**Grandfather'sName:**Yusuf                   **Family Name**: Ja'ara

**Gender:** Male                                      **Religion:** Muslim

**Date of Death**: January 29, 2004(The Twenty Ninth of January Two Thousand Four)

**Place of Death:** Jerusalem                    **Hospital:**--------------

**Date of Birth:** January 30, 1979          **Nationality:** Palestinian

**Marital Status:** Single                          **Mother's Name:** Fathiya

**Address:** Beit Jala              0-0

The details regarding the death of the above-mentioned individual have been registered in the death records of the year 2004 by the Department of Civil Affairs in Bethlehem, on February 24, 2004

Signature of presiding employee
Jamal Nasser al-Deen
[Signature]

> **SEAL OF THE**
> **Palestinian Authority**
> **Department of Civil Affairs-**
> **Bethlehem**

**CONFIDENTIAL**                               02:007294

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of the Interior**                                          **No.:** ...............
**Police Command of the Governorate of Bethlehem**      **Date:** February 17, 2004

## To Whom It May Concern

The Police of the Governorate of Bethlehem attests that the officer martyr/

> Ali Mounir Yusuf Ja'ara's salary was stopped by the Palestinian Police Commander since the date of his absence from the police.

> This certificate was given to his next of kin, upon their request.

Brigadier General/ Kamal al-Sheikh
Deputy Police Commander
Police Commander of the Governorate of Bethlehem

SEAL OF THE
Police Command of the Governorate of Bethlehem
Police Commander of the Governorate of Bethlehem

Copy to:
Identity
Circulation
Computer

**CONFIDENTIAL**                                          02:007295

PALESTINIAN AUTHORITY          [illegible]

[illegible]                    9 7966036 2

[rest of document illegible except:]

[Photograph]
[Signature]
[Round Stamp in Arabic]

[Date]

| Palestinian Authority  Annex to Identity Document 9 7966036 2 | | | [illegible heading] | |
|---|---|---|---|---|
| [illegible] | Jaara | | [illegible] | Anwar |
| [illegible] | Munir | | [illegible] | Male    [illegible] 8 5159245 4 |
| | | | [illegible] | March 29, 1990 |
| [illegible] | | 0        0 | [illegible] | Linda |
| [illegible] | Beit Jala | | [illegible] | Female [illegible] [number illegible] |
| | | | [illegible] | August 14, 1993 |
| [illegible] | Married[illegible] 9 0007435 2 | | [illegible] | Musa |
| [illegible] | Fathia | | [illegible] | Male    [illegible] 4 0236752 8 |
| [rest of column illegible] | | | [illegible] | April 19, 1997 |
| | | | [rest of column illegible] | |

**CONFIDENTIAL**                                        02:007296

[illegible lines]

[illegible]                     9 0007435 2

[illegible]              **Fathiya**
[illegible]              **Mohamed**
[illegible]              **Ibrahim**
[illegible]              **Jaara**                        [Photograph]
[illegible]              [illegible name]                [Stamp] Israel Defense Forces
[illegible]              **August** [illegible]
[illegible]              [illegible]
[illegible]              **Female**            [illegible]        **Muslim**
Issued in                **Hebron**            [illegible]        **Sept.** [illegible], **1990**

| Palestinian Authority    Annex to Identity Document 9 0007435 2 | Children up to age 16 |
|---|---|
| [illegible]    Jaara  [illegible]    Fathiya | [illegible]    Anwar  [illegible]    Male    [illegible] 8 5159245 4  [illegible]    March 29, 1990 |
| [illegible]            0      0  [illegible]    Beit Jala | [illegible]    Linda  [illegible]    Female [illegible] 8 5282799 7  [illegible]    [illegible], 1993 |
| [illegible]    [illegible]    [illegible] 9 7966036 2  [illegible]    [illegible]  [rest of column illegible] | [illegible]    Musa  [illegible]    Male    [illegible] 4 0236752 8  [illegible]    April 19, 1997 |
| | [rest of column illegible] |

**CONFIDENTIAL**                                02:007297

CIVIL ADMINISTRATION FOR JUDEA AND SAMARIA AREA
[rest of document entirely illegible]

Civil Administration for Judea and Samaria Area Annex to Identity Document
[rest of document entirely illegible]

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                   Plaintiffs,

   vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                  Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:007290-7303.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:007290-7303.

                                                   Adnane Ettayebi

ss.: New Jersey

On the [38] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
38 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

02:007290



Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم،

# بحث اجتماعي

الحالة : ــشريد أعمــال

الاسم : عليكم بينم دوست بمارة

الرقم المحلي :

المحافظة :

التاريخ :

**CONFIDENTIAL**

02:007291

CONFIDENTIAL

02:007292

[illegible] الأسري [illegible]

١ [illegible]
٢ [illegible] الوالدين و [illegible]

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | [illegible] خليل معطرة | الوالد | ١٩٥٧م | إعدادي | — | متزوج | مخيم عايدة |
| ٢ | [illegible] إبراهيم معطرة | الوالدة | ١٩٦٥م | إعدادي | ربة بيت | متزوجة | = = |
| ٣ | موسى سمير يوسف معطرة | الابن | ١٩٨٨م | سادس | طالب | أعزب | = = |
| ٤ | دينا = = = | الابنة | ١٩٩٣م | عاشر | طالبة | عزباء | = = |
| ٥ | أنوار = = = | الابنة | ١٩٩٠م | ثاني عشر | طالبة | أعزب | = = |
| ٦ | علا = = = | الابنة | ١٩٨٤م | اعدادي | ربة بيت | مطلقة | = = |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

[illegible] : ا (الوالدين + ٤) ٦
[illegible] الزوجات والأبناء [illegible] ٦

CONFIDENTIAL

02:007293

م الحالة ونوعها : السبب رتبة سنير يوسف تعجاله يعتبرما أعمى ربيتام

<u>توصية القسم :</u>

١ ــ الترتيب أعزب ...........................

٢ ــ نوصي بأعطاءه ........... ( نظافية الدرهوم) ..

٣ ــ يقصد ر رئاسة دا عدم تسليم الجثة ...........

التاريخ : .......... التوقيع : خاتم السنه

قرار مدير المؤسسة : ( يتم    )

صرف ٳعتماد رئيس مع سداد الدفعى

التاريخ : ٢٩ / ٢ / ٢٠٠٢ التوقيع : يوسف ايريس

<u>حساب المخصص :</u>

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| علاوات أخرى : | | | | | | |
| المجموع بالدينار : | | | | | | |
| المجموع بالشكل : | | | | | | |

<u>ٳعتماد المدير العام :</u>

..........................................

<u>ملاحظات التدقيق :</u>     التاريخ     التوقيع

<u>ملاحظات الحاسب الالي :</u>     التاريخ     التوقيع

**CONFIDENTIAL**

02:007294



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

## Death Certificate

8  5145471  0
Id No

Father's name    منير              علي      Name

Family name    جعار د              يوسف    G.F's name

Religion    مسلم              ذكر      Sex

2004/01/20    D. of death

Hospital    مستشفى    القدس    P. of death

Nationality    فلسطيني    1970/01/30    D. of birth

M.'s name    متزوج    أعزب    M. status

Address    بيت حالا    0 - 0

The details about the above mentioned death have already been registered in the death file of year 2004
2004/02/24

Bethlehem    on    24/02/2004

جمال ناصر الدين

CONFIDENTIAL

02:007295



السلطة الوطنية الفلسطينية

وزارة الداخلية

قيادة شرطة محافظة بيت لحم

الرقم : ................................

التاريخ : ٤٨ / ٤ / ٢٠٠٣

لمن يهمه الأمر

تشهد شرطة محافظة بيت لحم بأن الشرطي الشهيد/

على منير يوسف جعارة أنه الرقيب راتبه من قبل المعهد قائد الشرطة الفلسطينية

منذ تاريخ تثبيته عن ١٠ طئة أعطيت هذه الشهادة للدوير بناء على طلبهم

عميد ركن /كمال الشيخ
مساعد قائد الشرطة
قائد شرطة محافظة بيت لحم

نسخة :
ملفه
تمد إلى : المصدر وفر .

CONFIDENTIAL

02:007296



CONFIDENTIAL

02:007297





CONFIDENTIAL

02:007298



CONFIDENTIAL

02:007299

وزارة الداخلية
وزارة الأحوال المدنية والجوازات

شهادة الميلاد

بيانات المولود

بيانات الأب والأم

| | الأم | الأب |
|---|---|---|
| الاسم الكامل | | |
| الجنسية | أردني | أردني |

CONFIDENTIAL

02:007300

الكارت الزنبارك الياسة
وزارة الداخلية
دائرة الاحوال المدنية والجوازات

CONFIDENTIAL

02:007301

البنك العربي الإسلامي
الدولي
دائرة الأحوال الشخصية والجوازات

CONFIDENTIAL

02:007302



CONFIDENTIAL

02:007303



CONFIDENTIAL