PLAINTIFF'S EXHIBIT 23

**In the Name of God, Most Gracious, Most Merciful**
No. of pages is 24 Mohamed Hashaika 1 [handwritten]

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**In the Name of God, Most Gracious, Most Merciful**

## Social Examination

**Case:** Al-Aqsa Martyr

| | |
|---|---|
| **Name** | : Mohamed Mashhour Mohamed Hashaika |
| **Local No.** | : 723 |
| **Central No.** | : 13387 |
| **Governorate** | : Nablus |
| **Date** | : May 2, 2002 |

Mohamed 2 [handwritten]

## I. Personal Data

**Local No.:**
**Central No.:**
**Case Name:** Mohamed Mashhour Mohamed Hashaika
**Code Name:**...
**Nationality:** Palestinian
**Identity No.:** 906818513
**Beneficiary's Full Name:** Hanan Rabah Abdel Rahim
**Identity No.:** 912183068
**Mother's Full Name:** Hanan Rabah Abdel Rahim Hashaika
**Identity No.:** 912183068
**Date & Place of Birth:** July 30,1981,Nablus
**Town of Origin:** Tallouza
**Religion:** Muslim
**Gender:** Male
**Marital Status:** Single
**Previous Work:** Unemployed
**Current Work:**
**Level of Education:** Secondary school, 11th grade
**Date & No. of Accreditation:**
**Date of Accreditation in the Establishment:**

---

## II. Administrative Data

**Military Rank:**
**Organizational Rank:**
**Rank Accreditation Letter:**
**No.** **Date:**
**Development of Previous Allocation:**
**Memo No. :**
**Organization to which he / she belongs:** Al-Aqsa Martyrs Brigades
**Sector:**
**Date of Joining the Revolution:**
**Organizational:** **Militarily:** **Reordering:**
**Courses Attended:**
**Date & Place of Event:** March 21, 2002, West Jerusalem/ King George Street, near Sbarro Restaurant.
**Description of the Event:** He was martyred while executing a martyrdom operation in West Jerusalem. The operation led to the killing and injuring of a large number of Israelis.

**Brief Biography:** [redacted]

[redacted]

He was raised to love the nation and was a cadet within Fatah in the students' movement.

During the al-Aqsa Intifada, he participated in a number of operations and armed clashes against Israeli targets and equipment until he was martyred while defending al-Aqsa.

**Family Housing:** Owned: Leased: Joint: ✓

**Monthly Leasing Rate:** ..............

**Complete Address:** The Tallouza village, Nablus, near the al-Iman mosque.

**Telephone:** 059/876262 (Samir) 2334016 (Samir's grocery store)
059364128 (Maher, the martyr's brother) 2381983 (Salim Nezal- Nablus)

[illegible]

---

Mohamed Hashaika 3 [handwritten]

**III. Family Table** Married / Single

(1) Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.

(2) Single: Parents and minor siblings are recorded first, then adult siblings.

| Series | Name | Relationship [illegible] | Date of Birth | Level of Education | Occupation | Marital Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Mashhour Mohamed Amer Hashaika | Father | 1958 | High School | Does not work | Married | Tallouza |
| 2 | Hanan Rabah Abdel Rahim Hashaika | Mother | 1957 | Elementary | Housewife | Married | Tallouza |
| 3 | Maher | Brother | 1980 | [illegible] | Student | [illegible] | Tallouza |
| 4 | Samaher | Sister | 1984 | [illegible] | Student | [illegible] | Tallouza |
| 5 | Mahdi | Brother | 1988 | 8th grade | Student | [illegible] | Tallouza |
| 6 | Osama | Brother | 1992 | 4th grade | Student | Single | Tallouza |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

No. of Dependants:

- Married: wives and minor children ...................................................
- Single: parents and minor siblings: ...................................................
- **Notes on Family Table:** The martyr's father suffers from mental health problems as a result of an accident in which he was involved.

Beneficiary account No. of the martyr's mother Hanan Rabah Abdel Rahim Hashaika: 445258-5, the Arab Bank

Beneficiary account No. of the martyr's mother Hanan Rabah Abdel Rahim Hashaika: 335045, Cairo Amman Bank, Nablus

Mohamed 4 [handwritten]

**Department Recommendations:** The Martyr: Mohamed Mashhour Mohamed Hashaika

- The martyr was single. Born in 1981. His parents are alive and he has four siblings who are students.
- He was martyred in March 21, 2002 while executing a martyrdom operation in West Jerusalem, near the Sbarro restaurant. The operation led to the death and injury of a number of Zionists.

  * I recommend that he be considered as one of the al-Aqsa Martyrs

  **Date:** May 2, 2002 **Signature** [Signature]

Decision of the Director of the Institution: ( )

..................................................................................................................................................

..................................................................................................................................................

..................................................................................................................................................

Date: ........................ Signature................................

Designated Account

| Principal | Wife | Children | Father | Mother | Minor Siblings | Total (in Dinars) |
|---|---|---|---|---|---|---|
| ....... | ...... | ........ | ........ | ......... | .................. | ...................... |

Other Bonuses: ..............................................................

Total (in Dinars): ..............................................................

Total (in Shekels): ..............................................................

**Approval of the General Director**:

Registered martyr (an al-Aqsa martyr)beginning April 1, 2002 with a monthly allowance of 600 Shekels

**Audit Notes** Date May 14, 2002 Signature [Signature].

..................................................................................................................................................

..................................................................................................................................................

**Computer Notes** Date Signature.

..................................................................................................................................................

..................................................................................................................................................

Mohamed 05 [handwritten]

[handwritten comments]

Martyr/ Mohamed Hashaika

Um- Tamer 0599-473457

270

BANK OF PALESTINE P.L.C
**Name:** Hanan Abdel Rahim Hashaika
**Account No.:** 189370
**Branch:** Nablus

Mohamed Hashaika[handwritten] Mohamed 06 [handwritten]

[illegible] to the wife [handwritten]

| | Country | Place of Residence | Age | Nationality |
|---|---|---|---|---|
| **(3) Adult Husband:** Mashhour Mohamed al-Amer/ Single | Tallouza | Tallouza | 27 years old | Jordanian |
| **Adult Virgin Wife:** Hanan Rabah Abdel Rahim Salah Eddin | Tallouza | Tallouza | 20 years old | Jordanian |

**(4) [illegible]:**
[illegible] Tallouza's mayor reports the wife's report and the birth certificate of the husband No. ed /4/14/00 [cutoff]. [illegible]
Wife's birth date June 8, 1957 issued [illegible]

| (5) The Dowry | |
|---|---|
| | **Prepaid:** Three Hundred Jordanian Dinars............................................. |
| | **Deferred:** Seven Hundred Jordanian Dinars............................................. |
| **Dowry Type** | **Dowry Additions:** Jewelry valued at 250 Jordanian dinars, furniture in the amount of 250 dinars, a bed with complete furnishings, a 3-door Formica closet, six couches, a coffee or center table, [illegible, word cut off], and gas [oven] with a gas tank and a table |

**(6) Dowry Payment Method:** Receipt of dowry and all additions is acknowledged and admitted by wife's father Rabah
**(7) Parties Involved in the Contract:** The husband himself and the wife's representative, the father, who received the above mentioned dowry
**(8) Witnesses to the Contract, Agency, and Specifications:** Abdel Latif Said al-Hassan and Ahmed Mahmoud al-Souda. Both are legally sane and they are from Tallouza
**(9) Special Conditions of Either Spouse:** None
**(10) Guarantees to any Special Conditions:** None
**(11) Acceptance of Legal Guardian or a Court Order:** The wife's representative accepted the marriage.
**(12) Wording of the Contract:** The wife's representative, her father Rabah, told the husband Mashhour "I give you my daughter Hanan in marriage based on an advance dowry of 300 dinars and a deferred dowry of 700 Jordanian dinars, along with what is attached to the prepaid dowry valued at 400 Jordanian dinars [illegible]." Mashhour, the husband replied immediately by saying " I accept her in marriage [based on] the stated dowry [illegible]"

| Signature of the Witnesses | Signature of the Husband or His Representative | Signature of the Wife or Her Representative |
|---|---|---|
| True Copy/ Accepted<br><br>The clerk<br>[Signature] | The fee for the copy of the contract was collected plus fee for the stamps<br>The amount of: 31 Shekels<br>Receipt: 6966 Date: May 9, [illegible]<br><br>The Accountant<br>[Signature] | Tubas' religious judge<br><br>Mohamed Mohamed Farahat<br>[Signature]<br><br>Seal of the Supreme Justice of Religious Courts<br><br>[illegible] |

Mohamed 07 [handwritten]

**Palestinian Authority**
Identity Card
**Identity No.**: 90681851 3
**First name**: Mohamed
**Father's name**: Mashhour
**Grandfather's Name:** Mohamed
**Family Name:** Hashaika
**Mother's Name**: Hanan
**Date of Birth**:
**Place of Birth:** Nablus
**Gender:** Male
**Religion:** Muslim
**Issued in:** Nablus **Issued date:**

| **SEAL OF THE**<br>**Palestinian Authority** |
|---|

Identity Card (Annex)
**Identity No.**: ____________________
**Family Name:** Hashaika
**Name** [illegible]: Mohamed
[illegible]: Tallouza [illegible]:
**Personal Status**: Single [illegible]:
**Spouse's Name:**
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:**
**Previous First Name:**

Mohamed 08 [handwritten]

**Palestinian Authority**
**Ministry of Interior**
**Department of Civil Affairs**

**Death Certificate**

**Identity No.**: 906818513

**Deceased's Name**: Mohamed

**Father's Name**: Mashhour

**Grandfather's Name:** Mohamed

**Family Name:** Hashaika

**Gender:** Male

**Religion:** Muslim

**Date of Death**: March 21, 2002 (the twenty first of March two thousand two)

**Place of Death:** Jerusalem

**Hospital:** --------------

**Date of Birth**: July 30, 1981

**Nationality:** Palestinian

**Social Status**: Single

**Mother's Name**: Hanan

**Address**: Tallouza 0-0

---

The details about the above mentioned death have already been registered in the death file of the year 2002 by the Department of Civil Affairs in Nablus on April 30, 2002

**Seal of the**
**Palestinian Authority**
**Department of Civil Affairs – Nablus**

Signature of the Competent Employee
[Signature]

Mohamed Hashaika [handwritten]

Mohamed 09[handwritten]

**Palestinian Authority** Identity Card
[illegible]: 9793431220
[illegible]: Mashhour
[illegible]: Mohamed
[illegible]: Amer
[illegible]: Hashaika
[illegible]: [illegible]
[illegible]: 1950
[illegible]: Tallouza
[illegible]: Male
[illegible]: Muslim
[illegible]: Nablus [illegible]: February 2, 1984

| illegible seal |
|---|

[Signature]

Identity Card (Annex)
**Department of Civil Affairs for the Region of [illegible]**
[illegible]: 9 93431220
[illegible]:Hashaika
[illegible]: Mashhour
[illegible]
]illegible]
[illegible]: Married
**Spouse's Name:** Hanan
[illegible]: 9 1218306 8
**Address**: Tallouza
**Children up to the age of 16**

**Palestinian Authority**

Identity Card

[illegible]: 9 1218306 8
[illegible]: Hanan
[illegible]: Rabah
[illegible]: Abdel Rahim
[illegible]: Hashaika
[illegible]: Wajiha
[illegible]: 06/08/1957
[illegible]: Tallouza
[illegible]: Female
[illegible]: Muslim
[illegible]: Nablus [illegible]: January 12, 1998

illegible Seal

[Signature]

**Palestinian Authority** Identity Card (Annex)

[illegible]: 9 1218306 8
[illegible]: Hashaika
[illegible]: Hanan
[illegible]: Tallouza
[illegible]
[illegible]: Married
[illegible]: Mashhour
[illegible]: 9 9343122 0
[illegible]: Salahat
[illegible]:

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika [handwritten]

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Secondary School for Girls

National No.: 12112137

Mohamed 10 [handwritten]

**No.:** 9/5
**Date:** April 29, 2002

**To Whom It May Concern**

The administration of Tallouza Secondary School for Girls confirms that Samaher Mashhour Mohamed Hashaika is a tenth grader in our high school for the current school year 2001/2002.

This certificate was issued to the abovementioned individual upon her request.

Name of the School Principal: Houria [illegible]
Signature of the School Principal: [Signature]

Stamp of the School

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika [handwritten]

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Co-Educational Secondary School

National No.: 12112014

Mohamed 11[handwritten]

**No.:** 2/10
**Date:** April 29, 2002

**To Whom It May Concern**

The administration of Tallouza Co-Educational Secondary School confirms that (Osama Mashhour Mohamed Hashaika) is one of the school's students for the current school year 2001/2002 as of the date of this certificate.

This certificate was issued to the abovementioned individual upon his request.

Name of the School Principal: Amin Ashniah
Signature of the School Principal: [Signature]

Stamp of the School

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika [handwritten]

Mohamed 12 [handwritten]

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Co-Educational Secondary School

National No.: 12112014

**No.:** 5/G
**Date:** April 29, 2002

**To Whom It May Concern**

The administration of Tallouza Co-Educational Secondary School confirms that (Mahdi Mashhour Mohamed Hashaika) is one of the school's students for the current school year 2001/2002 as of the date of this certificate.

This certificate was issued to the abovementioned individual upon his request.

Name of the School Principal: Amin Ashniah
Signature of the School Principal: [Signature]

Stamp of the School

*In the Name of God, Most Gracious, Most Merciful*

Mohamed Hashaika [handwritten]

Mohamed Hashaika 13 [handwritten]

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date**: March 30, 2003
**No.:** /723/ Aqsa Martyr
**Issued:** Nablus

**To Whom It May Concern**

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment confirms that martyr Mohamed Mashhour Mohamed Hashaika, born on July 30, 1981, in Nablus, is one of the Palestinian revolution's martyrs who are registered herein.

He was martyred on March 21, 2002 in Jerusalem.

This certificate was issued to Maher Mashhour Mohamed Hashaika upon his request, as [illegible].

| SEAL OF THE<br>Martyrs' Families & Injured Care Establishment |
|---|

Signature of the Director of the Establishment

[Signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:007304-7316.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:007304-7316.

[signature]
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

C. Flores
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

02:007304

تحرر حساب بنكي  عدد الاوراق ٤٤

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : شهيد اقصى

الاسم : محمد مشهور محمد حشايكه

الرقم المحلي : ٧٦٣٧ الرقم المركزي : ١٨٦٦٣

المحافظة : نابلس

التاريخ : ٤ / ٥ / ٢٠٠٢

02:007305

محمد ج

أولا : معلومات ذاتية :

الرقم المحلي : ........ الرقم المركزي : ........

اسم الحالة : محمد شهير محمد شنايك الاسم الحركي : ........

الجنسية : ..فلسطيني.. رقم الهوية : ٩٠٦٨١٨٥١٢

اسم المستفيد رباعي : صابر رباح عبد الرحيم شنايك رقم الهوية : ٩١٤١٨٢٠٦٨

اسم الأم كامل : صابر رباح عبد الرحيم شنايك رقم هوية الأم : ٩١٤١٨٢٠٦٨

تاريخ ومكان الميلاد : ١٩٨١/٧/٢٠ نابلس البلد الأصلي : طلوزة

الديانة : مسلم الجنس : ذكر الحالة الاجتماعية : أعزب

العمل السابق : بلا عمل العمل الحالي : ........

تاريخ ورقم كتاب الاعتماد : ........

ت الاعتماد بالمؤسسة : ........

المؤهل العلمي : ثاني ثانوي

ثانيا : معلومات ادارية :

الرتبة العسكرية : ........ الرتبة التنظيمية : ........

كتاب إعتماد الرتبة : ........ رقم : ........ تاريخ : ........

المخصص الشهري السابق : ........ رقم المذكرة : ........

التنظيم التابع له : كتائب شهداء الأقصى القطاع : ........

تاريخ الالتحاق بالثورة : ........ تنظيما : ........ عسكريا : ........ تفرغا : ........

الدورات التي اجتازها : ........

تاريخ ومكان الحادث : ٢٠٠٢/١/٢٧ القدس الغربية / شارع الملك جورج قرب مطعم سبارو

كيفية حدوث الحادث : استشهد اثناء تنفيذه عملية استشهادية في القدس الغربية التي اسفرت عن مقتل وجرح عدد كبير من الإسرائيليين.

موجز سيرته الذاتية :

الشهيد من مواليد نابلس بتاريخ ١٩٨١/٧/٢٠، نشأ وترعرع في قرية طلوزة ودرس في مدارس قرية [illegible] حتى انهى الثانوية العامة. التحق بصفوف الشرطة في السلطة الوطنية الفلسطينية عام ١٩٩٩ انهى خدمته بنفس [illegible] نشأ في نفوس اطوار عن حب الوطن ونا بيد شبابا من ابناء حركة فتح الحركة الطلابية في انتفاضة الأقصى شارك في عدة عمليات [illegible] اشتباكات مسلحة ضد معسكرات داوران اسرائيلية حتى سقط شهيدا في الدفاع عن الأقصى.

كن الأسرة : ملك ........ ايجار ........ مشترك : ........

جار الشهيد : ........

ان الكامل : نابلس - قرية طلوزة / قرب مسجد [illegible]

، تلفون : ٠٥٩/٨٧٦٤٦٢ ٢٣٣٤٠١٦ / ٠٥٩-٢٦٦١٤٨ / ٢٣٨١٩٨٢

سليم نزال - نابلس

[illegible]

CONFIDENTIAL

02:007306

[illegible]

ثالثاً : الجدول الأسري : * متزوج - أعزب

- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| تسلسل | الإسم | العلاقة بالطالب | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | مشهور محمد عامر شنايكي | والده | ١٩٥٨ | ثانوية عامة | لا يعمل | متزوج | طمون |
| ٢ | ضايه رباح عبد ابراهيم شنايكي | والدته | ١٩٥٧ | ابتدائي | ربة بيت | متزوجة | طمون |
| ٣ | ماهر | شقيق | ١٩٨٠ | [illegible] | [illegible] | [illegible] | طمون |
| ٤ | ساهر | شقيق | ١٩٨٤ | [illegible] | طالب [illegible] | [illegible] | " |
| ٥ | مهدي | شقيق | ١٩٨٨ | [illegible] | طالب [illegible] | [illegible] | " |
| ٦ | اسامة | شقيق | ١٩٩٥ | رابع | طالب | اعزب | " |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ...............

- المتزوج : الزوجات والابناء القصر : ...............
- الاعزب : الوالدين والاخوة القصر : ...............

ملاحظات على الجدول الأسري : [illegible]

[illegible]

02:007307

محمد

ع

توصية القسم : الشهيد / محمد [illegible] شكايبة

[illegible] من مواليد عام ١٩٨١ ، والشهيد [illegible] [illegible] استشهاد [illegible]

استشهد بتاريخ ٢٠٠٢/٣/٢١ اثناء تنفيذه عملية في القدس الغربية [illegible] [illegible]

اسفرت عن مقتل وجرح عدد من الصهاينة

ارجو اعتماده شهيدا من شهداء الانتفاضة .

التاريخ : ٢٠٠٢/٤/١٥ التوقيع : [signature]

قرار مدير المؤسسة : ( )

التاريخ : التوقيع :

حساب المخصص :

| اساسى | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

تصنيف شهيدا (من شهداء الأقصى) اعتبارا من ١/٤/٢٠٠٢ [illegible] [illegible]

ملاحظات التدقيق : التاريخ ١٢/٥/٢٠٠٢ التوقيع [signature]

ملاحظات الحاسب الآلي : التاريخ التوقيع

CONFIDENTIAL

02:007308

0599 - 473457 -

2.70

بنــــك فلســـطين م.ع.م
BANK OF PALESTINE P.L.C.

الإســـم: حنان عبد الرحيم حتايمه
رقم الحساب: 189370
الفـــرع:

02:007309

| الجنسية | العمر | محل الإقامة | البلد | |
|---|---|---|---|---|
| اردني | ٤٧ سنة | الطيرة | الطيرة | (٣) الزوج الرجل البالغ العاقل شريف محمد الماصر |
| اردنية | ٣٠ سنة | الطيرة | الطيرة | الزوجة البنت البكر البالغ العاقلة حنان رباح عبد الرحيم الرحيم |

(٤) ... مصدقة ... تاريخ ميلادها ٨/٦ ...

(٥) المهر المعجل ... دينار اردني
وفرعه المؤجل ... دينار اردني

(٦) كيفية دفع المهر ...

(٧) المباشران لعقد الزواج ...

(٨) شهود العقد والوكالة والتعريف ...

(٩) شروط احد الزوجين الخاصة لا يوجد

(١٠) الكفالة على الشروط لا يوجد

(١١) موافقة الولي او إذن المحكمة ...

(١٢) صيغة العقد ...

قد اجريت هذ ... مأذون عقود الزواج في الطيرة ...

على الوجه المفصل اعلاه بعد التحقق من استكمال الشروط وعدم الموانع

توقيع الما...

امضاء الزوجة او وليها او و... | امضاء الزوج او وكيله | توقيع شهود التعريف والوكالة والعقد

قاضي ... الشرعي | استوفي رسم صورة ... بلغ ... الوصل ... | صورة طبق الاصل / توبلت

الكاتب

المحاسب

CONFIDENTIAL

02:007310



CONFIDENTIAL



02:007311

Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

شهادة وفاة
Death Certificate

| | | | |
|---|---|---|---|
| رقم الهوية Id No | 9 0681851 3 | | |
| اسم المتوفى Name | محمد | اسم الأب Father's name | مشهور |
| اسم الجد G.F's name | محمد | اسم العائلة Family name | حشايكه |
| الجنس Sex | ذكر | الديانة Religion | مسلم |
| تاريخ الوفاة D. of death | 2002/03/21 | | الواحد والعشرون من شهر آذار لسنة الفين و اثنين |
| مكان الوفاة P. of death | النبي | المستشفى Hospital | --- |
| تاريخ الميلاد D. of birth | 1981/07/30 | الجنسية Nationality | فلسطيني |
| الحالة المدنية M. status | أعزب | اسم الأم M.'s name | حنان |
| العنوان Address | طلوزة | 0 - 0 - | |

إن التفاصيل المدونة بوفاة المذكور أعلاه قد سجلت في سجل الوفيات لسنة 2002

The details about the above mentioned death have already been registered in the death file of year 2002

من قبل مديرية الأحوال المدنية بـ نابلس بتاريخ 2002/04/30

By Department of Civil Affairs in Nablus On 30/04/2002

توقيع الموظف المختص

02:007312





CONFIDENTIAL

بسم الله الرحمن الرحيم

02:007313

Palestinian National Authority
Ministry of Education
Directorate of Education- Nablus
Tallouza Secondary School for Girls

السلطة الوطنية الفلسطينية
وزارة التربية والتعليم
مديرية التربية والتعليم – نابلس
مدرسة بنات طلوزة الثانوية

الرقم الوطني :12112137

الرقم:9/5
التاريخ: 2002/4/29

## الى من يهمه الامر

تشهد ادارة مدرسة بنات طلوزة الثانوية ان الطالبة سماهر مشهور محمد حشايكة هي احدى طالبات الصف الاول الثانوي للعام الدراسي الحالي 2001/2002 م.

وبناء على طلبها اعطيت هذه الشهادة .

اسم مديرة المدرسة:..........
توقيع مديرة المدرسة:..........

خاتم المدرسة

السلطة الوطنية الفلسطينية
وزارة التربية والتعليم
مدرسة بنات طلوزة الثانوية - نابلس

CONFIDENTIAL

02:007314

بسم الله الرحمن الرحيم

| Palestinian National Authority | | السلطة الوطنية الفلسطينية |
|---|---|---|
| Ministry of Education | | وزارة التربية والتعليم |
| Directorate of Education - Nablus | | مديرية تربية وتعليم - نابلس |
| Tallouza Co-Educational Secondary School | الرقم الوطني 12112014 | مدرسة طلوزه الثانوية المختلطة |

Our Ref.:
Date:

الرقم 2/م
التاريخ ١٤٢٢/٢/١٧ هـ
الموافق ٢٠٠٢/٤/٢٩ م

إلى من يهمه الأمر

تشهد إدارة مدرسة طلوزة الثانوية المختلطة بأن الطالب (أسامة شهيد محمد حسن) هو أحد طلاب المدرسة في العام الدراسي الحالي 2001/2002 م حتى تاريخ إصدار هذه الشهادة.

وبناء على طلبه أعطي هذه الشهادة.

اسم مدير المدرسة: أيمن اشتية

توقيع مدير المدرسة:

وزارة التربية والتعليم - مدرسة طلوزة الثانوية المختلطة - نابلس

CONFIDENTIAL

02:007315

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Education
Directorate of Education - Nablus
Tallouza Co-Educational Secondary School

السلطة الوطنية الفلسطينية
وزارة التربية والتعليم
مديرية التربية والتعليم - نابلس
مدرسة طلوزة الثانوية المختلطة

الرقم الوطني 13112014

Our Ref.:
Date:

الرقم ٢/٥
التاريخ ١٤٢٣/٢/١٧ هـ
الموافق ٢٠٠٢/٤/٢٩ م

إلى من يهمه الأمر

تشهد إدارة مدرسة طلوزة الثانوية المختلطة أن الطالب (مهدي مشهور محمد مشايخ) هو أحد طلاب المدرسة في العام الدراسي الحالي 2001 / 2002 وحتى تاريخ إصدار هذه الشهادة.

بناء على طلبه أعطي هذه الشهادة.

اسم مدير المدرسة: أمين اشتية

توقيع مدير المدرسة: [signature]

وزارة التربية والتعليم
مدرسة طلوزة الثانوية المختلطة - نابلس

02:007316

بسم الله الرحمن الرحيم

| Palestinian National Authority | | السلطة الوطنية الفلسطينية |
| --- | --- | --- |
| Ministry of Social Affairs | | وزارة الشؤون الاجتماعية |
| M. s F. & I C.S | | مؤسسة رعاية اسر الشهداء والجرحى |

Date ..........

التاريخ : ٢٠٠٢/٢/٢٠

الرقم : ص/٤٢٧/ [illegible]

صادر : نابلس

الى : [illegible]

تحية الوطن والحرية ،

تفيد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

محمد مشهور محمد حشايكة

المولود في : ١٩٨١/٣/٢٠ نابلس

من احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ٢٠٠٢/٢/١٨ [illegible]

وأعطى هذه الشهادة بناء على طلب : والده مشهور محمد حشايكة

بصفته / بصفتها : [illegible]

CONFIDENTIAL