



**State of Palestine**
**Public Security**
**Organization and Administration Institution**

## Comprehensive Overview Report

**Date of Enlistment:** December 28, 1995
**Services Terminated**

| | | |
|---|---|---|
| **Fiscal No.:** | | **Marital Status:** Single +0 |
| **Name:** Nasser Jamal Mousa Shawish | | **Date of Rank:** May 25, 1975 |
| **Rank:** Private | **Work Description:** | **Personal No.:** 10409 |
| **Unit:** National Security/ Northern Governorates | | |
| **Observations 1:** | | **Date of Birth:** July 30, 1981 |
| **Identity No.:** 993006188 | **Mother's Name:** Tarab | **Military No.:** 181071394 |
| **Order No.:** 1/8202/1 | **Order Issue Date:** August 30, 1995 | **Allocated to:** |

**Promotions:**

| From | | To | | By Order | |
|---|---|---|---|---|---|
| Private | July 1, 1995 | Private | December 28, 1995 | 14/6980 | July 16, 1997 Lost Duration |

**Promotion Register:**
Promotion registered **On** December 24, 1996   **Reason** Absence   **By Order** 6/1315   **On** February 6, 1997
Promotion cancelled  **On** June 22, 1997   **Reason**   **By Order** 14/6980

**Transfer:**

**Termination of Services:**
**On** September 1, 1997   **Reason** Misconduct. **By Order** 11/9939 **On** September 30, 1997
Termination Cancelled **On**       **Reason** **By Order**

**Referral to Deposition:**

**Payment**

**Miscellaneous Items Related to Noncommissioned Officers**

**Miscellaneous Items Related to Officers**

**Sanctions**
**On** June 23, 1997   **By Order** 8/10181   **On** October 7, 1997
**Reason** Imprisonment for six months and termination from the military service due to accusations of absence from service

**Security Suspicion**

**Security Investigation**

**Years of Detention**

[Signature]



Khaled

**CONFIDENTIAL**

02:007328

PLAINTIFF'S EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:007328.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:007328.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A. FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914



02:007328

دولة فلسطين
الامن العام
هيئة التنظيم والادارة

بيان التدقيق الشامل          منهي خدماته

| | |
|---|---|
| تاريخ الالتحاق: 1995/12/28 | |
| الرقم المالي : | |
| الأســم: ناصر جمال موسى شاويش | م. اجتماعية: اعزب + 0 |
| الرتبــة: جندي | تاريخ الرتبة: 1995/12/28 |
| الوحـدة: الامن الوطني / محافظات الشمال | مدة العمل: |
| ملاحظات 1 : | تاريخ الميلاد: 1975/05/25 |
| رقم الهوية: 993006188   الأم: طرب   رقم الذاتية: 10409 | الرقم العسكري: 181071394 |
| رقم أمر الاخذ: 8202/1   تاريخ امر الاخذ: 1995/08/30   مفرز الى: | |

الترقيـــات

من جندي    الى جندي    1995/07/01    1995/12/28    بالامر 6980/14    1997/07/16    مدة نافذة

توثيـــن التجنيد

رقم بتاريخ 1996/12/24    بسبب لغايه    بالامر 1315/6    1997/02/06
الغ. التمرقن في 1997/06/22    بسبب          بالامر 6980/14    1997/07/16

الفصـــل

انهاء خدمات

انهي تاريخ 1997/09/01    بسبب سوء سلوكه    بالامر 9939/11    1997/09/30
الغاء الانهاء في                بسبب              بالامر

احالة للاستيداع

الصــرف

متأخرات ضف ضباط

متأخرات ضباط

عقوبــات

في 1997/06/23    بالامر 10181/8    1997/10/07    بسبب    الحبس لمدة 6 اشهر وفصله من الخدمة العسكرية بتهمة الانقطاع عن الخدمة

شبحة امنية

بحث امني

سنوات الاعتقال

CONFIDENTIAL