PLAINTIFF'S EXHIBIT

26



**Palestinian National Authority**
**Ministry of Detainees' Affairs**

### Detainee's/ Ex-Detainee's File

**Personal Information**

| | | | |
|---|---|---|---|
| **File No.: 447157** | **Identity No.:** 902442607 | **Gender:** Male | **Date:** September 9, 2012 |
| **Name:** Munzar | Mahmoud | Khalil | Noor   **Tel:** |
| **Cashing Center:** 22   Tulkarm | **Address:** Tulkarm | | 521113 Tulkarm |
| **Marital Status:** Single | **Number of Spouses:** 0 | **Number of Children:** 0 | |

**Financial Information**

| | | | |
|---|---|---|---|
| **Name:** Mahmoud Khalil Abdul Rahman Noor | **Identity No.:** 993300425 | **Relation:** | **Address:** |
| **Name of Authorized Agent:** | **Identity No.:** 0 | **Relation:** | **Address:** |
| **Bank:** 6   Arab Bank | **Branch:** 9070 | **Account No.:** 521113 | |
| **Allocation:** **4000** | **Arrears:** 0 | **Accreditation Start Date:** September 1, 2002 | **End Date:** April 1, 2013 |

**Detention Information**

| | | |
|---|---|---|
| **Date of Detention:** April 17, 2002 | **Detention Status**: Sentenced | **Sentenced:** **Day:** 0, **Month:** 0, **Year**: 999 |
| **Employment:** 850  Jerusalem | **Date of Release:** 0 | **Date of Actual Release:** 0 |
| **Organization:** 1    Fatah | **Prison:** 1 not specified | **Statement No.:** 20050830 |

**CONFIDENTIAL**                                    02:007731

**Expenditures**

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 10 | 6000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 9 | 6000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 8 | 6000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 7 | 6000 | 4000 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 6 | 4000 | 0 | 400 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 5 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 4 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 3 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 2 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

02:007731 [continued]

CONFIDENTIAL

| 2011 | 7 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
|------|---|------|---|-----|---|----------------------------------|-----------|-----------|------|--------|
| 2011 | 6 | 4000 | 0 | 400 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 4 | 4000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 3 | 4000 | 5400 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 2 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2011 | 1 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

November 12, 2012

11:37:13 a.m.

1

CONFIDENTIAL

02:007731 [continued]

**Palestinian National Authority**
**Ministry of Detainees'' Affairs**



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 12 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 11 | [illegible] | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 10 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 9 | [illegible] | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 8 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 7 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 6 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 5 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 4 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 3 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 2 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2010 | 1 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 12 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 11 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 10 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 9 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

**CONFIDENTIAL**

02:007732

| 2009 | 8 | 1300 | 3600 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | 7 | 1300 | 2600 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 4 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 3 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 2 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2009 | 1 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 12 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 11 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 10 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 9 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 8 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 7 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 6 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 5 | 1300 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 4 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 3 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 2 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2008 | 1 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

CONFIDENTIAL

02:007732 [continued]

| 2007 | 12 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
|------|----|------|---|---|---|-----------------------------------|-----------|-----------|------|--------|
| 2007 | 11 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 10 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 9  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 8  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 7  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 6  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

November 12, 2012

11:37:13 a.m.

2

CONFIDENTIAL

02:007732 [continued]

**Palestinian National Authority**
**Ministry of Detainees'' Affairs**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 5 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 4 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 3 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 2 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2007 | 1 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 12 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 11 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 10 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 9 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 8 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 7 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 6 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 5 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 4 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 3 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 2 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2006 | 1 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

**CONFIDENTIAL**

02:007733

| 2005 | 12 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
|------|----|------|---|---|---|----------------------------------|-----------|-----------|------|--------|
| 2005 | 11 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 10 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 9  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 8  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 7  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 6  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 5  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 4  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 3  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 2  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2005 | 1  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 12 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 11 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 10 | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 9  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 8  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 7  | 1000 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

**CONFIDENTIAL**

02:007733 [continued]

| 2004 | 6 | 1000 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
|------|---|------|---|---|----------------------------------|-----------|-----------|------|--------|
| 2004 | 5 | 1000 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 4 | 1000 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 3 | 1000 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 2 | 1000 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2004 | 1 | 1000 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |

November 12, 2012    11:37:13 a.m.    3

CONFIDENTIAL

02:007733 [continued]

**Palestinian National Authority**
**Ministry of Detainees'' Affairs**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 12 | 900 | 900 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2003 | 10 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2003 | 9 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2003 | 8 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2003 | 7 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2003 | 6 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113 |
| 2003 | 5 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2003 | 4 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2003 | 3 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2003 | 2 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2003 | 1 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2002 | 12 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2002 | 11 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2002 | 10 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| 2002 | 9 | 900 | 0 | 0 | 0 | Mahmoud Khalil Abdul Rahman Noor | 993300425 | Arab Bank | 9070 | 521113- |
| | | 195,100 | 16,500 | 1,200 | 0 | | | | | |

November 12, 2012

11:37:13 a.m.

**CONFIDENTIAL**

4

02:007734

**Palestinian National Authority**
**Ministry of Detainees'**
**& Ex-Detainees' Affairs**
**General Department of Detainees' & Ex-Detainee.**

## Detainee's Application Form

| Application No. | 4 | 4 | 7 | 1 | 5 | 7 | – | – | – |
|---|---|---|---|---|---|---|---|---|---|
| Date Application was Filled Out | March 17, 2011 | | | Division/ Ministry's Branch | | | Tulkarm | | |

**1. Detainee's Main Information:**

| Identity No. (nine cells) | 9 | 0 | 2 | 4 | 4 | 2 | 6 | 0 | 7 |
|---|---|---|---|---|---|---|---|---|---|

| Full Name | First Name | Father's Name | Grandfather's Name | Family Name |
|---|---|---|---|---|
| | Munzar | Mahmoud | Khalil | Noor |

| Mother's Name | Khayria | Gender | Male ☒ Female |
|---|---|---|---|

| Date of Birth | / / 1977 | Place of Birth | Kuwait |
|---|---|---|---|

| Educational Qualification (level): | Illiterate | Elementary | Secondary ☒ | Diploma | University | Post-Graduate Studies |
|---|---|---|---|---|---|---|

| Profession Before Being Detained: | None | Organization | Fatah |
|---|---|---|---|

| Date of Detention: | April 17, 2002 | Place of Detention | Beersheba |
|---|---|---|---|

| Detention Status: | Arrested | Sentenced ☒ | Administrative | Released | Others |
|---|---|---|---|---|---|

| In case the person is convicted, what is the sentence according to the Red Cross Certificate: | Day | Month | Year | Date of expected release according to the Court's verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | Life Sentence | | | | | | |

| Permanent Address | Governorate | Tulkarm | Neighborhood | [illegible] |
|---|---|---|---|---|
| Notes | | | | |

**CONFIDENTIAL**

02:007737

**2. Information about Previous Detentions:**
Number of previous detentions and the current detention_____. Only those proven with a certificate from the Red Cross in a timeline from newest to oldest.

| No. | Date of Detention | Type of Detention | Date of Release | Detention Period | | | Notes |
|-----|-------------------|-------------------|-----------------|-----|-------|------|-------|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | N/A [handwritten] | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

**CONFIDENTIAL**                    **02:007737** [continued]

Palestinian National Authority
Ministry of Detainees' & Ex-Detainees' Affairs
General Department of Detainees' & Ex-Detainees



## 3. Information about Personal Status:

| Marital Status: | Single [x] | Married | | Divorced | | Widow(er) | |
|---|---|---|---|---|---|---|---|
| In Case of Marriage: | Fill In Spouse and Children's Data | | | | | | |

| Spouse's Identity No.: | | | | | | | | | | Date of Marriage: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spouse's Name: | | | | | | | | Number of Children | | | |

**Data of Children and First Wife:** (Male children under 18 years, and all unmarried females without regard to their ages)

| No. | Name | Date of Birth | Marital Status | Level of Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

## 4. Beneficiary Information:

| Identity No.: | 9 | 9 | 3 | 3 | 0 | 0 | 4 | 2 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Name: | Mahmoud Khalil Abdel Rahman Noor | | | Relationship: | | | Father | | |
| Date of Power of Attorney: | | | | Period of Effectiveness for the Power of Attorney | | | | | |
| Bank: | Arab Bank | | | Branch | | | Tulkarm | | |
| Account No.: | 5 | 2 | 1 | 1 | 1 | 3 | - | Account only in Shekels | |
| Landline Phone No.: | 092686688 | | | Cell Phone No.: | | | | | |
| Permanent Address: | Governorate | | Tulkarm | | Neighborhood | | [illegible] | | |
| Notes: | | | | | | | | | |

| Applicant's Comments | |
|---|---|
| Acknowledgment | I, the signatory below, attest that the information provided in this application is entirely true and I assume full responsibility for its accuracy. |
| Applicant's Signature | Mahmoud Khalil Abdel Rahman Noor |

**CONFIDENTIAL**

02:007738

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees & Ex-Detainees**



**5. for Official Use:**

| Supervisor Name / the Employee: | [illegible] | | |
|---|---|---|---|
| Supervisor Notes / the Employee: | | | |
| Date: | March 17, 2011 | **Signature** | [Signature] |
| Name of the Head of the Department: | Atif Ataa | | |
| Notes of Head of the Department: | Conditions were met | | |
| Date: | March 28, 2011 | **Seal and Signature** | [Signature] |

**Attached Documents: Place check next to attached documents (certification and authentication by the Head of the Department)**

| | | | |
|---|---|---|---|
| ☐ | Copy of the detainee/ ex-detainee's identity card | ☒ | Copy of beneficiary's identity card |
| ☒ | Red Cross certificates | ☐ | Bill of Indictment |
| ☐ | Judgment (if any) | ☒ | Copy of the Bank Card |
| ☐ | Copy of the Marriage Certified from Original | ☐ | Copies of Children's Birth Certificates |
| ☐ | Addendum Adding Wife/ Wives | ☐ | Others (specify) |

**6. Approval and Authentication:**

| 1. Approval from Department of Detainees' Affairs | ☐ I approve the detainee's application (consistent with laws and regulation) | | |
|---|---|---|---|
| Name of the Employee | | | |
| Date | / / | Seal and signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and justifications | | | |
| | | | |
| 2. Approval from Department of Legal Affairs | ☐ I approve the detainee's application (consistent with laws and regulation) | | |
| Name of the Employee | | | |
| Date | / / | Seal and Signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and Justifications | | | |

**CONFIDENTIAL**

02:007739

March 17, 2011

Brother/ Abdul Jabbar Salem May God Protect Him
Designee of the General Director of Payroll
Ministry of Finance

Through Brother / Shokri Salmeh / The Respected
The General Director of the General Department of Detainees' Affairs
Ministry of Detainees' & Ex-Detainees' Affairs

Greetings,

### Subject: Acknowledgment Detention Status for Ex-Detainee

The Directorate of the Ministry of Detainees' and Ex-Detainees' Affairs in the Governorate of Tulkarm acknowledges that detainee Munzar Mahmoud Khalil Noor, holder of Identity No. 902442607, from the Governorate of Tulkarm, has completed his sentence in the prisons of the Israeli occupation as a result of his fight for his country. He was a security detainee during the period of his detention.

Respectfully yours,

| Approval and Authentication of the General Department of Detainees' Affairs | The Director of the Directorate of the Ministry of Detainees' Affairs in the: |
|---|---|
| General Director of the General Department _ | Governorate of Tulkarm |
| Signature & Seal_____ | Name of the Director: [illegible] |
| Date_____ | Seal & Signature [Signature] |

Lwees Bldg., Saleh Marhaba, P.O. Box: 2105
Ramallah, Telefax: 02-2420503

**CONFIDENTIAL**                                    02:007740

**Palestinian Authority**          <u>Identity Card</u>



**Identity No.:** 9 9330042 5
**First Name:** Mahmoud
**Father's Name:** Khalil
**Grandfather's Name:** Abdel Rahman
**Family Name:** Noor
**Mother's Name:** Nassiba
**Date of Birth:** 00 00, 1942
**Place of Birth:** 'Anbata
**Sex:** Male     **Religion:** Muslim
**Issued in:** Tulkarm     **On the date of:** January 20, 2000

SEAL OF THE
Palestinian Authority
Department of Civil
Affairs
[Signature]

---

**Palestinian Authority**          <u>Identity Card (Annex)</u>

**Identity No.:** 9 9330042 5
**Family Name:** Noor
**First Name:** Mahmoud
**Address:** Anbata          0          0
**Village:**
[illegible]: Married
[illegible]: 9 7569793 9
[illegible]: Khayria
[illegible]:
[illegible]:
[illegible]:
[illegible]:

---

**ARAB BANK**

**Customer's Name:** [illegible]
**Account No.:** [illegible]
**Branch:**          [illegible]
**Tel:** [illegible]     **P.O. Box**

Account No.
521113 [Handwritten]

Accreditation Date: [illegible] / [illegible] / 2002 [Handwritten]

**CONFIDENTIAL**                    02:007742

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                       Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                       Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## <u>DECLARATION OF EYAL SHERF</u>

Eyal Sherf hereby certifies as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:007731-7742.

2.  I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:007731-7742.

Eyal Sherf

ss.: ~~New Jersey~~ *New York*

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires ___NOV. 14 2015___

**Palestinian National Authority**
**Ministry of Detainees Affairs**



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/07/2012 | تاريخ | ذكر | الجنس | 902442607 | رقم الهوية | 447157 | رقم الملف |

| | | | | | |
|---|---|---|---|---|---|
| تلفون | | نور | حنان | محمود | مصعب | الاسم |
| 0 | عدد الأبناء | مشلكرم ٥٢١١١٣ طولكرم | العنوان | طولكرم | مركز صرف ٢٥ | مركز صرف |
| | | 0 | عدد الزوجات | متزوج | حالة زواجية |

### البيانات المالية

| | | | | |
|---|---|---|---|---|
| العنوان | الصلة | 993300425 | الهوية | محمود خليل عبدالرحمن ن | اسم |
| العنوان | الصلة | 0 | الهوية | | اسم الوكيل |
| 521113 | رقم الحساب | 9070 | الفرع | البنك العربي | البنك |
| 01/04/2015 | نهاية | 01/09/2002 | بداية الاعتماد | 0 | المتأخرات | 6000 | مخصص |

### بيانات الأسر

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0990 سنة | 0 شهر | 0 الحكم بوم | عسكري | الحالة الاعتقالية | 17/04/2002 | تاريخ الأسر | |
| 0 | تاريخ تحرر فعلي | 0 | تاريخ تحرر | مبرم محكر | | 1 | العمل |
| 20030830 | رقم كشف | | عبر محدد | السجن | | فتح | 1 | التنظيم |

## المصروفات

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | المتأخرات | التفويض | المخصص | شهر | سنة |
|---|---|---|---|---|---|---|---|---|---|---|
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 6000 | 10 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 6000 | 9 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 6000 | 8 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 1063 | 6000 | 7 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 400 | 0 | 4000 | 6 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 5 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 4 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 3 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 2 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 1 | 2012 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 400 | 0 | 4000 | 12 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 11 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 10 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 9 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 8 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 7 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 400 | 0 | 4000 | 6 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 5 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 4000 | 4 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 5400 | 1000 | 3 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 2 | 2011 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 1 | 0 | 0 | 1300 | 1 | 2011 |

| | | |
|---|---|---|
| 1 | ص 11:37:13 | 12/11/2012 |

**CONFIDENTIAL**

02:007731

| Palestinian National Authority | | | السلطة الوطنية الفلسطينية |
| Ministry of Detainees Affairs | | | وزارة شؤون الأسرى والمحررين |

| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 12 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 11 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 10 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 300 | 9 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 8 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 7 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 6 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 5 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 4 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 3 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 2 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 1 | 2010 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 12 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 11 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 10 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 9 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 3600 | 1300 | 8 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 2600 | 1300 | 7 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 4 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 3 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 2 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 1 | 2009 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 12 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 11 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 10 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 9 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 8 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 7 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 6 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1300 | 5 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 4 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 3 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 2 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 1 | 2008 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 12 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 11 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 10 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 9 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 8 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 7 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 6 | 2007 |

CONFIDENTIAL                          02:007732

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Palestinian National Authority**<br>**Ministry of Detainees Affairs** | | | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين | | | | | |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 5 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 4 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 3 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 2 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 1 | 2007 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 12 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 11 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 10 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 9 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 8 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 7 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 6 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 5 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 4 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 3 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 2 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 1 | 2006 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 12 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 11 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 10 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 9 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 8 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1030 | 7 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 6 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 5 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 4 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 3 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 2 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 1 | 2005 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 12 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 11 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 10 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 9 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 8 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 7 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 6 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 5 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 4 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 3 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 2 | 2004 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 1000 | 1 | 2004 |

CONFIDENTIAL                    02:007733

| | Palestinian National Authority | | | | | | | السلطة الوطنية الفلسطينية | |
|---|---|---|---|---|---|---|---|---|---|
| | Ministry of Detainees Affairs | | | | | | وزارة شؤون الأسرى والمحررين | | |

| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 900 | 900 | 12 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 10 | 2003 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 9 | 2003 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 8 | 2003 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 7 | 2003 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 6 | 2003 |
| 521113- | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 5 | 2003 |
| 521113- | 9070 | البنك العربي | | محمود خليل عبدالرحمن نور | | | | 900 | 4 | 2003 |
| 521113- | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 3 | 2003 |
| 521113- | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 2 | 2003 |
| 521113- | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 1 | 2003 |
| 521113- | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 12 | 2002 |
| 521113- | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 11 | 2002 |
| 521113 | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 10 | 2002 |
| 521113- | 9070 | البنك العربي | 993300425 | محمود خليل عبدالرحمن نور | 0 | 0 | 0 | 900 | 9 | 2002 |
| | | | | | 0 | 1200 | 16500 | 195100 | | |

**CONFIDENTIAL**                    02:007734



# TO WHOM IT MAY CONCERN

№ 48742

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  MONZER MAHMOUD KHALIL  NOUR

From :  TULKAREM

ID NO: 90244260-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     17.04.2002

He is to date :         Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



تعديل آرب / عشر سنوات إلى من بقية الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ـــــ منذر محمود خليل نور ـــــ

من ـــ طولكرم ـــ هوية رقم ـ ٩٠٢٤٤٢٦٠-٧ ـ

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـ ١٧ ـ / شهر ـ ٤ ـ / سنة ٢٠٠٢ م

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــ محكوم/ة ـ XXXX ـ إداري ـــ

محكوم/ة أو إداري لمدة ـــ مدى الحياة ـــ

وهو/هي أطلق سراحة/ها في يوم ـ XXXX ـ / شهر ـ XXXX ـ / سنة ـ XXXX ـ

Date:  24.04.2005

التاريخ

Place:  TULKAREM

المكان





توقيع مندوب اللجنة

**CONFIDENTIAL**

02:007735



2955   **TO WHOM IT MAY CONCERN**                    № 48742

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   MONZER MAHMOUD KHALIL  NOUR

From :   TULKAREM

ID NO: 90244260-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    17.04.2002

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



**CICR**

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ___ منذر محمود خليل نور ___

من ___ طولكرم ___ هوية رقم ___ ٩٠٢٤٤٢٦٠-٧ ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ١٧ ___ / شهر ___ ٤ ___ / سنة ___ ٢٠٠٢ ___ م

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ محكوم/ة ___ XXXX ___ إداري ___

محكوم/ة أو إداري لمدة ___ مدى الحياة ___

وهو/هي أطلق سراحه/ها في يوم ___ XXX ___ / شهر ___ XXX ___ / سنة ___ XXX ___

Date:   24.04.2005

Place:   TULKAREM

06 -05- 2012

PERREYAN MALE
CRC Delegate

**CONFIDENTIAL**                                    02:007736

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ٧ | ٥ | ١ | ٤ | ٧ | رقم الاستمارة: |
| حورنلا | | المديرية/فرع الوزارة: | | ٢٠١١ / ٢ / ١٧ | | | تاريخ تعبئة الاستمارة: |

**١. المعلومات الرئيسية للأسير:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ٩ | ٠ | ٤ | ٤ | ٢ | ٦ | ١ | ٧ | رقم الهوية: (تسع خانات) |
| اسم العائلة | | اسم الجد | | اسم الأب | | الاسم الأول | |
| نبر | | مصطفى | | محمود | | منير | | الاسم الرباعي: |
| ☑ ذكر  ☐ أنثى | | الجنس: | | | | | اسم الأم: |
| الجنوبية | | مكان الولادة: | | ١ / ١٩٧٧ / ٩ | | | تاريخ الميلاد: |
| ☐ دراسات عليا  ☑ جامعي | | ☐ دبلوم  ☑ ثانوي  ☐ الأساسية  ☐ أمي | | | | | المؤهل العلمي: |
| فني | | التنظيم: | | بلا | | | المهنة قبل الأسر: |
| بئر السبع | | مكان الاعتقال: | | ٢٠٠٢ / ١ / ١٤ | | | تاريخ الأسر: |
| ☐ إداري  ☐ محرر  ☑ محكوم  ☐ موقوف | | | | | | | الوضع الاعتقالي: |
| القعم | الشهر | اليوم | تاريخ الإفراج المتوقع | سنة | شهر | يوم | في حالة محكوم مدة الحكم |
| | | | حسب قرار الحكم: | مؤبد الحياة | | | حسب شهادة الصليب: |
| عبا | | التوزيع السكاني: | | بلا بلا | | | انحائك: |
| | | | | | | | ملاحظات: |

**٢. بيانات الاعتقالات السابقة:**
عدد مرات الاعتقالات السابقة: ............... قبل العشت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| ١. | | | | | | | |
| ٢. | | | | | | | |
| ٣. | | | | | | | |
| ٤. | | | | | | | |
| ٥. | | | | | | | |
| ٦. | | | | | | | |

**CONFIDENTIAL**                    02:007737

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شـؤون الأسـرى والمحـررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | ☐ أرمل | ☐ مطلق | ☐ متزوج | ☑ أعزب | الحالة الاجتماعية: |

| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء |

| رقم هوية الزوج/ة: | | | | | | | | | تاريخ عقد الزواج | / / |

| اسم الزوج/ة: | | عدد الأولاد: |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | ٥ | ٢ | ٤ | ٠ | ١ | | ٣ | ٣ | ٤ | ٩ | ٩ |
| اسم الوكيل "المستفيد": | محمد صليح عبد الرحمن نور | صلة القرابة: | والدي |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: |
| البنك: | العربي | فرع البنك: | طولكرم |
| رقم الحساب: | ٩ | ١ | ١ | ١ | ٦ | ٥ | الحساب جاري، شيكل فقط |
| رقم الهاتف الأرضي: | ٠٩٢٦٨٦٦٢٨ | رقم الهاتف النقال: | |
| العنوان الدائم للمستفيد: | المحافظة: طولكرم | التجمع السكاني: | مكتب |
| الملاحظات: |

| ملاحظات مقدم الطلب: |
| أقر: | أنا فرع الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | محمد صليح عبد/ الرحمن نور |

2

**CONFIDENTIAL**                              02:007738

السلطة الوطنية الفلسطينية
Palestinian National Authority

وزارة شـؤون الأسـرى والمحـررين
Ministry of Detainees & Ex-detainees Affairs

الإدارة العامة لشؤون الأسرى والمحررين
Gen Dep. Detainees & Ex-detainees



**5. للاستعمال الرسمي:**

| | | | |
|---|---|---|---|
| اسم المرشد/الموظف: | | سميرا عنبتاوي | |
| ملاحظات المرشد/الموظف: | | التوقيع: | ١١ / ٢ / ٢٠١١ |
| التاريخ: | | | |
| اسم مدير المديرية: | براءات عدل | | |
| ملاحظات مدير المديرية: | | الختم والتوقيع: | |
| التاريخ: | ٢٠١١ / ٢ / ٢٨ | | |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| ☒ | صورة هوية المستفيد | ☐ | صورة هوية الأسير/المحرر |
| ☐ | لائحة الاتهام | ☐ | شهادات الصليب الأحمر |
| ☐ | صورة بطاقة الحساب البنكي | ☐ | قرار الحكم (إن وجد) |
| ☐ | صورة شهادات الميلاد للأبناء | ☐ | صورة عقد الزواج مصدقة طبق الأصل |
| ☐ | أخرى (حدد) | ☐ | ملحق إضافة زوجة/زوجات |

**6. الاعتماد والمصادقة:**

| | |
|---|---|
| 1. اعتماد شؤون الأسرى: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: | الختم والتوقيع: / / |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

| | |
|---|---|
| 2. اعتماد الشؤون القانونية: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: | الختم والتوقيع: / / |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

3

**CONFIDENTIAL**                02:007739

الأخ /عبد الجبار سالم حفظه الله                                        ١٧/ ٢ /٢٠١١م

المكلف بمهام مدير عام الرواتب

وزارة المالية


بواسطة الأخ /شكري سلمة /المحترم.

مدير عام الإدارة العامة لشؤون الأسرى

وزارة شؤون الأسرى والمحررين

تحية طيبة وبعد


<u>الموضوع: اقرار الحالة الاعتقالية للأسير المحرر</u>

تشهد مديرية وزارة شؤون الأسرى والمحررين في محافظة............. بان الأسير/ة

المحرر/ة...................................... حامل/ة هوية رقم....................... من

محافظة............. قد أمضى كافة محكوميته في سجون الاحتلال الإسرائيلي عـــن

خلفية نضاله الوطني وهو أسير امني طوال فترة اعتقاله.

وتفضلوا بقبول فائق الاحترام،،


مدير مديرية وزارة شؤون الأسرى                    مصادقة الإدارة العامة لشون الأسرى

محافظة...................                    مدير عام الإدارة العامة...............

اسم المدير...................                    التوقيع والختم...............

التوقيع والختم...................                    التاريخ...............


Lwees Bldg., Sateh Marhaba, P.O.BOX:2105

Ramallah ,Telefax: 02-2420503

عمارة لويز – سطح مرحبا– رام الله ص.ب:٢١٠٥

تلفاكس : ٠٢-٢٤٢٠٥٠٣


CONFIDENTIAL                                        02:007740



## TO WHOM IT MAY CONCERN

№ 48742

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr.   MONZER MAHMOUD KHALIL  NOUR

From :   TULKAREM                                      ID NO: 90244260-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    17.04.2002

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



<div dir="rtl">

إلى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من قبل السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  مُنذر محمود خليل نور  هوية رقم  ٩٠٢٤٤٢٦٠ ــ ٧

من  طولكرم

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم  ١٧ / شهر  ٤ / سنة  ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر المحاكمة _____ محكوم/ة  XXXX  إداري

محكوم/ة أو إداري لمدة  مدى الحياة

وهو/هي أطلق سراحه/ها في يوم  XXX / شهر  XXX / سنة  XXXX

</div>

Date:  24.04.2005
التاريخ

Place:  TULKAREM
المكان

PIERRE VAN MALE
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**                                      02:007741



السلطة الفلسطينية
הרשות הפלסטינית

محمود
خليل
عبد الرحمن
نسيبة
00/00/1942

عربية
مسلم
طولكرم

00/00/2000

السلطة الفلسطينية
הרשות הפלסטינית
ملحق لبطاقة الهوية

نور
محمود
عنبتا

9-7569793 9

البنك العربي

اسم المعتمد
رقم الحساب
الفرع
هاتف

رقم الحساب
٥٦١١١٢