

PLAINTIFF'S
EXHIBIT
36 B

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration

**Annual Personal Statement**

**Year 2000**

Fiscal No.:76076     Name: Majed Ismail Mohamed al-Masri     Identity No.: 904460862

| Month | Division | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civil Police | Ramallah Police* | First Lieutenant +4 | Married /2 | | 236.838 | 28.396 | 2005.21 |
| 2 | Civil Police | Ramallah Police* | First Lieutenant +4 | Married /2 | | 236.838 | 28.396 | 2005.21 |
| 3 | Civil Police | Ramallah Police* | First Lieutenant +4 | Married /2 | | 236.838 | 28.396 | 2005.21 |
| 4 | Civil Police | Ramallah Police* | First Lieutenant +4 | Married /2 | | 236.838 | 28.396 | 2005.21 |
| 5 | Civil Police | Ramallah Police* | First Lieutenant +4 | Married /2 | | 236.838 | 28.396 | 2005.21 |
| 6 | Civil Police | Nablus Police* | First Lieutenant +4 | Married /2 | | 236.838 | 28.396 | 2005.21 |
| 7 | Civil Police | Nablus Police* | First Lieutenant +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 8 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 243.685 | 35.21 | 2005.52 |
| 9 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 10 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 11 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 12 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |

**TOTAL**     24083.18

CONFIDENTIAL

02:008957

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**

## Annual Personal Statement

### Year 2001

Fiscal No.: 76076          Name: Majed Ismail Mohamed al-Masri          Identity No.: 904460862

| Month | Division | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|-------|----------|------------|------|----------------|------|-------------|------------|-------------|
| 1 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 2 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 3 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 4 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 5 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 6 | Civil Police | Nablus Police* | Captain +0 | Married /2 | | 250.725 | 41.86 | 2009.28 |
| 7 | Civil Police | Nablus Police* | Captain +1 | Married /2 | | 255.775 | 42.64 | 2050.35 |
| 8 | Civil Police | Nablus Police* | Captain +1 | Married /2 | | 255.775 | 42.64 | 2050.35 |
| 9 | Civil Police | Nablus Police* | Captain +1 | Married /2 | | 255.775 | 42.64 | 2050.35 |
| 10 | Civil Police | Nablus Police* | Captain +1 | Married /2 | | 255.775 | 42.64 | 2050.35 |
| 11 | Civil Police | Nablus Police* | Captain +1 | Married /2 | | 255.775 | 42.64 | 2050.35 |
| 12 | Civil Police | Nablus Police* | Captain +1 | Married /2 | | 255.775 | 42.64 | 2050.35 |
| **TOTAL** | | | | | | | | 24357.78 |

CONFIDENTIAL

02:008958

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**

## Annual Personal Statement

### Year 2002

**Fiscal No.: 76076**          **Name: Majed Ismail Mohamed al-Masri**          **Identity No.: 904460862**

| Month | Division | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|-------|----------|-----------|------|----------------|------|-------------|------------|-------------|
| 1 | Civil Police | Nablus Police* | Captain +1 | Married /2 | | 255.775 | 42.64 | 2050.35 |
| 2 | Civil Police | Nablus Police* | Captain +1 | Married / | | 255.775 | 42.64 | 2020.34 |
| 3 | Civil Police | Nablus Police* | Captain +1 | Married / | | 255.775 | 42.64 | 2020.34 |
| 4 | Civil Police | Nablus Police* | Captain +1 | Married / | | 255.775 | 42.64 | 2020.34 |
| 5 | Civil Police | Nablus Police* | Captain +1 | Married / | | 255.775 | 42.64 | 2020.34 |
| 6 | Civil Police | Nablus Police* | Captain +1 | Married / | | 255.775 | 42.64 | 2020.34 |
| 7 | Civil Police | Nablus Police* | Captain +2 | Married / | | 260.825 | 43.42 | 2061.42 |
| 8 | Civil Police | Nablus Police* | Captain +2 | Married /. | | 260.825 | 43.42 | 2061.42 |
| 9 | Civil Police | Nablus Police* | Captain +2 | Married / | | 260.825 | 43.42 | 2061.42 |
| 10 | Civil Police | Nablus Police* | Captain +2 | Married / | | 260.825 | 43.42 | 2061.42 |
| 11 | Civil Police | Nablus Police* | Captain +2 | Married / | | 260.825 | 43.42 | 2061.42 |
| 12 | Civil Police | Nablus Police* | Captain +2 | Married / | | 260.825 | 43.42 | 2061.42 |

**TOTAL**                                                                                          **24520.57**

**CONFIDENTIAL**

02:008959



State of Palestine
Palestine Liberation Organization
Security Forces
Organization and Administration Institution

## Comprehensive Overview Statement

**Date of Enlistment:** April 1, 1988
**Fiscal No.:76076**

| | | |
|---|---|---|
| **Name:** Majed Ismail Mohamed al-Masri | | **Marital Status:** Married / +2 |
| **Rank:** Colonel | | **Date of Rank:** January 01, 2010 |
| **Unit:** Police Department/ Northern Provinces | **Work Description:** | **Personal No.:** 66338 |
| **Observations 1:** | | **Date of Birth:** February 15, 1972 |
| **Identity No.:** 904460862 | **Mother's Name:** Fathiya | **Military No.:** 061009958 |
| **Order No.:** 2728/1 | **Order Issue Date:** September 2, 1992 | **Allocated to:** |

**Promotions:**

| From | | To | | By Order | |
|---|---|---|---|---|---|
| Honorary Lieutenant | | First | | 10661/3 | |
| | July 17, 1992 | Honorary Lieutenant | July 17, 1995 | | October 26, 1996 |
| **From** | | **To** | | **By Order** | March 13, 1999 |
| First | | First Lieutenant | | 2301/15 | Qualifying Officers' |
| Honorary Lieutenant | July 17, 1995 | | July 17, 1995 | | Session |
| **From** | | **To** | | **By Order** | |
| First Lieutenant | July 17, 1995 | Captain | July 17, 2000 | 7689/3 | July 17, 2000 **Promotion** |
| **From** | | **To** | | **By Order** | |
| Captain | July 17, 2000 | Major | July 17, 2004 | 10237/3 | July 17, 2004 |
| **From** | | **To** | | **By Order** | January 25, 2010 |
| Major | July 17, 2004 | Colonel | January 1, 2010 | 594/3 | **Presidential Orders.** |

**Record Deletion:**

**Transfer:**
**Transferred On**    September 1, 1996    **From** the National Security/Northern Provinces
**To** the Police Department/ Northern Provinces    **By Order 8258/7**    August 24, 1996    **Reason**

**Termination of Services:**

**Referral to Deposition:**

**Payment**

**Miscellaneous Items Related to Noncommissioned Officers**

**Miscellaneous Items Related to Officers**

**By order**  12502/15    December 18, 2002    **Reason** The treasury/ He was arrested by the other party on11/30/2002. He continues to receive salary until his situation is investigated.
**By order**  5530/15    July 11, 2010    **Reason** The allowance of the wife of Majed Ismail Mohamed al-Masri (Zaynab al-Masri) is terminated due to her status as an employee, as of July 1, 2003
**By order**  6025/15    September 24, 2012    **Reason:** The date of enlistment was amended to February 15, 1990 instead of April 1, 1988 (in accordance with the date of birth)

**Sanctions**

**Security Investigation**

**CONFIDENTIAL**

02:008960

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:008957-8960.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:008957-8960.

_____
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014


Notary Public
CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

كشف سنوي شخصي

2000

التاريخ : 2012/12/17

الرقم المالي : 76076
الاسم : ماجد اسماعيل محمد المصري
رقم الهوية : 904460862

| شهر | القطاع | الإدارة | الرتبة | ت اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة رام الله * | ملازم اول + 4 | م/2 | | 236.838 | 28.396 | 2005.21 |
| 2 | الشرطة المدنية | شرطة رام الله * | ملازم اول + 4 | م/2 | | 236.838 | 28.396 | 2005.21 |
| 3 | الشرطة المدنية | شرطة رام الله * | ملازم اول + 4 | م/2 | | 236.838 | 28.396 | 2005.21 |
| 4 | الشرطة المدنية | شرطة رام الله * | ملازم اول + 4 | م/2 | | 236.838 | 28.396 | 2005.21 |
| 5 | الشرطة المدنية | شرطة رام الله * | ملازم اول + 4 | م/2 | | 236.838 | 28.396 | 2005.21 |
| 6 | الشرطة المدنية | شرطة نابلس * | ملازم اول + 4 | م/2 | | 236.838 | 28.396 | 2005.21 |
| 7 | الشرطة المدنية | شرطة نابلس * | نقيب + 0 | م/2 | | 250.725 | 41.86 | 2009.28 |
| 8 | الشرطة المدنية | شرطة نابلس * | نقيب + 0 | م/2 | | 243.685 | 35.21 | 2005.52 |
| 9 | الشرطة المدنية | شرطة نابلس * | نقيب + 0 | م/2 | | 250.725 | 41.86 | 2009.28 |
| 10 | الشرطة المدنية | شرطة نابلس * | نقيب + 0 | م/2 | | 250.725 | 41.86 | 2009.28 |
| 11 | الشرطة المدنية | شرطة نابلس * | نقيب + 0 | م/2 | | 250.725 | 41.86 | 2009.28 |
| 12 | الشرطة المدنية | شرطة نابلس * | نقيب + 0 | م/2 | | 250.725 | 41.86 | 2009.28 |

الإجمالي : 24083.18

CONFIDENTIAL

02:008957

الملاك العام للعاملين

وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

الرقم المالي : 76076

كشف سنوي شخصي

**2001**

الاسم : ماجد اسماعيل محمد المصري

رقم الهوية : 904460862

التاريخ : 2012/12/17

| شهر | القطاع | الإدارة | الرتبة | ت. اجتماعية | الراتب | استحقاقات | استقطاعات | صافي مبلغ شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة نابلس * | نقيب 0 + | 2/ع | | 250.725 | 41.86 | 2009.28 |
| 2 | الشرطة المدنية | شرطة نابلس * | نقيب 0 + | 2/ع | | 250.725 | 41.86 | 2009.28 |
| 3 | الشرطة المدنية | شرطة نابلس * | نقيب 0 + | 2/ع | | 250.725 | 41.86 | 2009.28 |
| 4 | الشرطة المدنية | شرطة نابلس * | نقيب 0 + | 2/ع | | 250.725 | 41.86 | 2009.28 |
| 5 | الشرطة المدنية | شرطة نابلس * | نقيب 0 + | 2/ع | | 250.725 | 41.86 | 2009.28 |
| 6 | الشرطة المدنية | شرطة نابلس * | نقيب 0 + | 2/ع | | 250.725 | 41.86 | 2009.28 |
| 7 | الشرطة المدنية | شرطة نابلس * | نقيب 1 + | 2/ع | | 255.775 | 42.64 | 2050.35 |
| 8 | الشرطة المدنية | شرطة نابلس * | نقيب 1 + | 2/ع | | 255.775 | 42.64 | 2050.35 |
| 9 | الشرطة المدنية | شرطة نابلس * | نقيب 1 + | 2/ع | | 255.775 | 42.64 | 2050.35 |
| 10 | الشرطة المدنية | شرطة نابلس * | نقيب 1 + | 2/ع | | 255.775 | 42.64 | 2050.35 |
| 11 | الشرطة المدنية | شرطة نابلس * | نقيب 1 + | 2/ع | | 255.775 | 42.64 | 2050.35 |
| 12 | الشرطة المدنية | شرطة نابلس * | نقيب 1 + | 2/ع | | 255.775 | 42.64 | 2050.35 |

الإجمالي

24357.78

CONFIDENTIAL

02:008958



الملكة العربية السعودية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

كشف مصرفي شخصي

التاريخ : 2012/12/17

رقم الهوية : 904460862

الاسم : ماجد اسماعيل محمد المصري

الرقم المالي : 76076

**2002**

**CONFIDENTIAL**

**02:008959**

| شهر | القطاع | الإدارة | الرتبة | ح. اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيك |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة نابلس * | نقيب + 1 | 2/ح | | 255.775 | 42.64 | 2050.35 |
| 2 | الشرطة المدنية | شرطة نابلس * | نقيب + 1 | ح/1 | | 255.775 | 42.64 | 2020.34 |
| 3 | الشرطة المدنية | شرطة نابلس * | نقيب + 1 | ح/1 | | 255.775 | 42.64 | 2020.34 |
| 4 | الشرطة المدنية | شرطة نابلس * | نقيب + 1 | ح/1 | | 255.775 | 42.64 | 2020.34 |
| 5 | الشرطة المدنية | شرطة نابلس * | نقيب + 1 | ح/1 | | 255.775 | 42.64 | 2020.34 |
| 6 | الشرطة المدنية | شرطة نابلس * | نقيب + 1 | ح/1 | | 255.775 | 42.64 | 2020.34 |
| 7 | الشرطة المدنية | شرطة نابلس * | نقيب + 2 | ح/1 | | 260.825 | 43.42 | 2061.42 |
| 8 | الشرطة المدنية | شرطة نابلس * | نقيب + 2 | ح/1 | | 260.825 | 43.42 | 2061.42 |
| 9 | الشرطة المدنية | شرطة نابلس * | نقيب + 2 | ح/1 | | 260.825 | 43.42 | 2061.42 |
| 10 | الشرطة المدنية | شرطة نابلس * | نقيب + 2 | ح/1 | | 260.825 | 43.42 | 2061.42 |
| 11 | الشرطة المدنية | شرطة نابلس * | نقيب + 2 | ح/1 | | 260.825 | 43.42 | 2061.42 |
| 12 | الشرطة المدنية | شرطة نابلس * | نقيب + 2 | ح/1 | | 260.825 | 43.42 | 2061.42 |
| | | | | | | | | 24520.57 |

الإجـــــمالي



دولـــــة فلســــطين
منظمة التحرير الفلسطينية
قوى الأمن
هيئة التنظيم والادارة

| | |
|---|---|
| تاريخ الالتحاق: 1988/04/01 | بيان التدقيق الشامل |
| الرقم المالي: 76076 | |

| | | |
|---|---|---|
| م.اجتماعية: متزوج+2 | | الاســـم: ماجد اسماعيل محمد المصرى |
| تاريخ الرتبة: 2010/01/01 | | الرتبـــة: عقيد |
| صفة العمل: | | الوحـــدة: مديرية الشرطة / محافظات الشمال |
| تاريخ الميلاد: 1972/02/15 | | ملاحظات 1: |
| الرقم العسكري: 061009958 | رقم الذاتية: 66338 | الام: فتحيه | رقم الهوية: 904460862 |
| مقرر الى: | تاريخ امر الاخذ: 1992/09/02 | | رقم امر الاخذ: 2728/1 |

**الترقيـــــات**

| | | | | | |
|---|---|---|---|---|---|
| من ملازم شرف | 1992/07/17 الى ملازم اول شرف 1995/07/17 | بالامر 10661/3 | 1996/10/26 | | |
| من ملازم اول شرف | 1995/07/17 الى ملازم اول | بالامر 2301/15 | 1999/03/13 | دورة تأهيل ضباط | |
| من ملازم اول | 1995/07/17 الى نقيب 2000/07/17 | بالامر 7689/3 | 2000/07/17 | ترفيه | |
| من نقيب | 2000/07/17 الى رائد 2004/07/17 | بالامر 10237/3 | 2006/07/11 | | |
| من رائد | 2004/07/17 الى عقيد 2010/01/01 | بالامر 594/3 | 2010/01/25 | استنادا بتعليمات الاخ الرئيس | |

**ترقين القيد**

**النقــــل**

نقل في 1996/09/01 من الامن الوطني / محافظات الشمال الى مديرية الشرطة / محافظات الشمال بالامر 8258/7 1996/08/24

بسبب

**انهاء خدمات**

**احالة للتقاعد**

**الصـــرف**

**مكرمات صف ضباط**

**مكرمات ضباط**

| | | | | |
|---|---|---|---|---|
| بالامر 12502/15 | 2002/12/18 | بسبب المالية / تم اعتقاله من الطرف الاخر لي 30/11/2002 تصرف رواتبه لحين البت بوضعه | | |
| بالامر 5530/15 | 2010/07/11 | بسبب شطب علاوة الزوجة(زينب مصرى)اعتبارا من 1/7/2003 وذلك لعملها كمرتلفة | | |
| بالامر 6025/15 | 2012/09/24 | بسبب تعديل تاريخ الالتحاق ليصبح من 15/2/1990 بدلا من 1/4/1988 حسب تاريخ الميلاد | | |

**عقوبات**

**شبكة امنية**

CONFIDENTIAL

02:008960