

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**

## Annual Personal Statement

### Year 2000

Fiscal No.: 66539     Name: Ahmed Talab Mustafa al-Barghouti     Identity No.:994466860

| Month | Division | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 2 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 3 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 4 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 5 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 6 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 7 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 8 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 9 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 10 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 11 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| 12 | Civil Police | Ramallah Police* | Corporal +2 | Single /0 | | 121 | 12.72 | 1041.65 |
| TOTAL | | | | | | | | 12499.80 |

CONFIDENTIAL

02:008961

Palestinian National Authority
Ministry of the Interior and National Security
Central Financial Administration



## Annual Personal Statement

Year 2001

Fiscal No.: 66539    Name: Ahmed Talab Mustafa al-Barghouti    Identity No.: 994466860

| Month | Division | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civil Police | Ramallah Police* | Corporal +3 | single /0 | | 122.263 | 12.856 | 1052.49 |
| 2 | Civil Police | Ramallah Police* | Corporal +3 | single /0 | | 122.263 | 12.856 | 1052.49 |
| 3 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 127.188 | 13.276 | 1095.83 |
| 4 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 5 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 6 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 7 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 8 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 9 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 10 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 11 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| 12 | Civil Police | Ramallah Police* | Sergeant +0 | single /0 | | 124.788 | 13.126 | 1074.18 |
| TOTAL | | | | | | | | 12868.43 |

CONFIDENTIAL

02:008962

**Palestinian National Authority**
**Ministry of the Interior and National Security**
**Central Financial Administration**



**Annual Personal Statement**

Year 2002

Fiscal No.: 66539   Name: Ahmed Talab Mustafa al-Barghouti   Identity No.: 994466860

| Month | Division | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Civil Police | Ramallah Police* | Sergeant +1 | single /0 | | 126.05 | 13.26 | 1085.03 |
| 2 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 3 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 4 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 5 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 6 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 7 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 8 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 9 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 10 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 11 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| 12 | Civil Police | Ramallah Police* | Sergeant +1 | single | | 126.05 | 13.26 | 1078.97 |
| **TOTAL** | | | | | | | | 12953.70 |

CONFIDENTIAL

02:008963

**State of Palestine**
**Public Security**
**Organization and Administration Institution**



July 06, 2009

## Comprehensive Overview Statement

**Date of Enlistment:** December 01, 1995

**Name:** Ahmed Talab Mustafa al-Barghouti
**Rank:** Warrant Officer
**Unit:** Police Department/ Northern provinces
**Observations 1:**
**Identity No.:** 994466860
**Order No.:** 11577/1

**Mother's Name:**
**Order Issue Date:** November 26, 1995

**Marital Status:** Single +0
**Date of Rank:** January 01, 2008
**Identity No.:** 25378
**Date of Birth:** March 15, 1976
**Military No.:** 141071477
**Allocated to:**

**Promotions:**

| From | Date | To | Date | Order |
|---|---|---|---|---|
| From Private | December 1, 1995 | To Corporal | January 1, 1998 By Order 249/3 | January 14, 1998 |
| From Corporal | January 1, 1998 | To Sergeant | January 1, 2001 By Order 1914/3 | February 21, 2001 |
| From Sergeant | January 1, 2001 | To First Sergeant | January 1, 2004 by Order 4861/3 | July 01, 2004 |
| From First Sergeant | January 1, 2004 | To Warrant Officer | January 1, 2008 By Order 15999/3 | November 13, 2008 pursuant to presidential orders |

**Record Deletion:**

**Transfer:**

**Termination of Services:**

**Transfer to Provisional Retirement:**

**Payment**

**Miscellaneous Items Related to Noncommissioned Officers**
**By Order** 4780/14   May 26, 2002   **Reason** On April 15, 2002 Mr. al-Barghouti was detained. He will continue to receive his salary until his situation is decided.
**By Order** 3447/14   March 14, 2006   **Reason** Mr. al-Barghouti is confirmed as a First Sergeant starting January 01, 2004

**Miscellaneous Items Related to Officers**

**Sanctions**

**Security Suspicion**

**Security Investigation**

Salem

**CONFIDENTIAL**

02:008964

**Palestinian National Authority**
**Ministry of Detainee Affairs**



## Detainee's/ Ex-Detainee's File

**Personal Information**

| | | | | | |
|---|---|---|---|---|---|
| **File No.** 446455 | **Identity No.** 994466860 | | **Gender** Male | **Date** | May 19, 2004 |
| **Name** Ahmed Talab Mustafa | al-Barghouti | | | **Tel.** | |
| **Cashing Center** 24 Ramallah | **Address** Ramallah | 36079 | Ramallah | | |
| **Marital Status** Married | **No. of Wives** 0 | | | **No. of Children** | 1 |

**Financial Information**

| | | | | |
|---|---|---|---|---|
| **Name** Ahmed Talab Mustafa al-Barghouti | **Identity No.** 994466860 | **Relationship** | | **Address** |
| **Agent's Name** | **Identity No.** | 0 | **Relationship** | **Address** |

**Bank** 4  The Housing Bank for Trade and Finance   **Branch** Ramallah   **Account No.** 36079
**Allocation** 0   **Default** 0   **Start of Accreditation** July 01, 2002   **Until** December 01, 2004

**Detention Information**

| | | | |
|---|---|---|---|
| **Detention Date** April 11, 2002 | **Detention Status** Administrative | **Sentence** Day: 0   Month: 0   Year: 0 | |
| **Work** 2 Military | **Date of Release** 0 | **Date of Actual Release** 0 | |
| **Organization** 1 Fatah | **Prison** 1 Not specified | **Statement Register No.** 20040450 | |

---

1    11:29:48 a.m.    February 3, 2009

**CONFIDENTIAL**    02:008965

## Expenditures

| Year | Month | Allocation | Arrears | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|------|-------|------------|---------|-----------|---------------------|--------------|------|--------|-------------|
| 2004 | 3  | 1000 | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2004 | 2  | 1000 | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2004 | 1  | 1000 | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 12 | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 11 | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 10 | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 9  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 8  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 7  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 6  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 5  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 4  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 3  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 2  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2003 | 1  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2002 | 12 | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2002 | 11 | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2002 | 10 | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2002 | 8  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
| 2002 | 7  | 900  | 0 | 0 | Hadya Murtadha Taha Barghouti | 999566425 | Arab Bank | 9030 | 628134 |
|      |    | 18300 | 0 | 0 |  |  |  |  |  |

1                                   11:29:48 a.m.                                   February 3, 2009

CONFIDENTIAL                                              02:008965 [continued]

| Palestinian National Authority |
| Ministry of Detainee Affairs |



## Detainee's/ Liberated Detainee's File

**Personal Information**

| File No. | 446455 | | Identity No. | 994466860 | | Gender | Male | Date | May 19, 2004 |
| Name | Ahmed | Talab | Mustafa | al-Barghouti | | | | Tel. | |
| Cashing Center | 24 | Ramallah | | Address | Ramallah | 36079 | | Ramallah | |
| Marital Status | Married | | | No. of Wives | 0 | | | No. of Children | 1 |

**Financial Information**

| Name | Ahmed Talab Mustafa al-Barghouti | Identity No. | 994466860 | Relationship | | Address |
| Agent's Name | | Identity No. | | 0 | Relationship | | Address |

**Bank** 4 Housing Bank for Trade and Financing **Branch**   Ramallah   **Account No.** 36079

**Allocation** 0 **Default** 0 **Start of Accreditation** July 01, 2002   **Until** December 01, 2004

**Detention Information**

| Detention Date | April 11, 2002 | Detention Status | Administrative | Sentence | Day: 0 | Month: 0  Year: 0 |
| Work | 2 Military | Date of Release | 0 | | Date of Actual Release | 0 |
| Organization | 1 Fatah | Prison | 1 Not specified | | Statement Register No. | 20040450 |

CONFIDENTIAL                                        02:008966

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:008961-8966.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:008961-8966.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

*[signature]*
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : ٢٠١١/١٢/٠١

كشف بنكي شخصي

الاسم : احمد طالب مصطفى البرغوثي
رقم الهوية : ٩٩٤٤٦٧٨٦٠
الرقم المالي : ٦٦٥٣٩

| شهر | القطاع | الإدارة | الرتبة | ت.اجتماعية | البنك | استقطاعات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| ١ | الشرطة المدنية | شرطة رام الله | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ٢ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ٣ | الشرطة المدنية | شرطة رام الله | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ٥ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ٦ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ٧ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ٨ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ٩ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ١٠ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |
| ١١ | الشرطة المدنية | شرطة رام الله* | عريف + ٢ | ٠/١ | | ١٢١ | ١٢,٧٧ | ١٠٤١,٢٥ |

١٢٤٩٩,٨٠

الإجمـــــــالي

02:008961

CONFIDENTIAL

**السلطة الفلسطينية**
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ: 2011/12/01

كشف صرفي شخصي

2001

الاسم: احمد طلب مصطفى البرغوثي
رقم الهوية: 994467780
الرقم المالي: 11539

| شهر | القاطع | الإدارة | الرتبة | ت.اجتماعية | البنك | استقطاعات | استحقاقات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشرطة المدنية | شرطة رام الله* | شرطة | عريف + 2 | ./ | 12,856 | 122,213 | 1,052,49 |
| 2 | الشرطة المدنية | شرطة رام الله* | شرطة | عريف + 2 | ./ | 12,856 | 122,213 | 1,052,49 |
| 3 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,276 | 127,188 | 1,095,83 |
| 4 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 5 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 6 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 7 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 8 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 9 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 10 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 11 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |
| 12 | الشرطة المدنية | شرطة رام الله* | شرطة | رقيب + 0 | ./ | 13,126 | 124,788 | 1,074,18 |

الإجمالي: 12828,63

CONFIDENTIAL
02:008962

**السلطة الوطنية الفلسطينية**
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ: 2011/12/01

كشف مستوفى شخصي
2002

الاسم: احمد طلب مصطفى البرغوثي
الرقم الهوية: 994467860
الرقم المالي: 66539

| شهور | الرقم المالي | القاطع | الإدارة | الرتبة | ح. اجتماعية | البنك | استقطاعات | استحقاقات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.085,03 |
| 2 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 3 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 4 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 5 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 6 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 7 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 8 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 9 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 10 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 11 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |
| 12 | | الشرطة المدنية | شرطة رام الله* | رقيب 1++ | 1/ | | 13,23 | 126,05 | 1.078,97 |

الإجمالي: 12953,70

02:008963

CONFIDENTIAL

دولـــة فلســطين
الأمن العام
هيئة التنظيم والإدارة



2009/07/06

| | 1995/12/01 | بيان التدقيق الشامل | |
|---|---|---|---|
| تاريخ الالتحاق | 1995/12/01 | | |
| الاســـم: | احمد طلب مصطفى البرغوثي | ح. اجتماعية: | اعزب + 0 |
| الرتبـــة: | مساعد | تاريخ الرتبة: | 2008/01/01 |
| الوحــدة: | مديرية الشرطة / محافظات الشمال | رقم الذاتية: | 25378 |
| ملاحظات: | | تاريخ الميلاد: | 1976/03/15 |
| رقم الهوية: | 994466860   الأم: | الرقم العسكري: | 141071477 |
| رقم أمر الأخذ: | 11577/1 | تاريخ أمر الأخذ: 1995/11/26 | مؤرخ الى: |

**الترقيــات**

| من جندي | 1995/12/01 الى عريف | 1998/01/01 بالأمر 249/3 | 1998/01/14 |
| من عريف | 1998/01/01 الى رقيب | 2001/01/01 بالأمر 1914/3 | 2001/02/21 |
| من رقيب | 2001/01/01 الى رقيب اول | 2004/01/01 بالأمر 4861/3 | 2004/07/01 |
| من رقيب اول | 2004/01/01 الى مساعد | 2008/01/01 بالأمر 15999/3 | 2008/11/13 تعليمات الاخ الرئيس |

**ترقين القيد**

**النقــــل**

**انهاء خدمات**

**الصــرف**

**متفرقات صف ضباط**

| بالأمر 4780/14 | 2002/05/26 | بسبب | بتاريخ 15/4/2002 تم اعتقال المذكور تصرف رواتب المذكور ولحين البت بوضعه |
| بالأمر 3447/14 | 2006/03/14 | بسبب | تثبيت رقيب اول 1/1/2004 |

**متفرقات ضباط**

**علاوات**

**شبكة امنية**

**بحث امني**



/

| Palestinian National Authority<br>Ministry of Detainees Affairs |  | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين |

## ملف أسير / محرر

### البيانات الشخصية

| رقم الملف | 446455 | | | | | |
|---|---|---|---|---|---|---|
| الاسم | احمد | طلب | مصطفى | البرغوثي | الجنس | ذكر | تاريخ | 19/05/2004 |
| مركز صرف | 24 | رام الله | | العنوان | رام الله 36079 رام الله | تلفون | |
| حالة زواجية | متزوج | | عدد الزوجات | 0 | عدد الابناء | 1 |

### البيانات المالية

| اسم | احمد طلب مصطفى البرغوثي | | الهوية | 994466860 | الصلة | | العنوان | |
| اسم الوكيل | | | الهوية | 0 | الصلة | | العنوان | |
| البنك | 4 | الاسكان للتجارة والتمويل | | الفرع | رام الله | | رقم الحساب | 36079 |
| المخصص | 0 | | المتأخرات | 0 | بداية الاعتماد | 01/07/2002 | نهاية | 01/12/2004 |

### بيانات الأسر

| تاريخ الأسر | 11/04/2002 | | | الحالة الاعتقالية | إداري | | الحكم يوم | 0 | شهر | 0 | سنة | 0 |
| العمل | 2 | عسكري | | تاريخ تحرر | 0 | | تاريخ تحرر فعلي | | | | | 0 |
| التنظيم | 1 | فتح | | السجن | 1 | غير محدد | | رقم كشف | | | | 20040450 |

### المصروفات

| السنة | الشهر | المخصص | المتأخرات | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | 3 | 1000 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2004 | 2 | 1000 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2004 | 1 | 1000 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 12 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 11 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 10 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 9 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 8 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 7 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 6 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 5 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 4 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 3 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 2 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2003 | 1 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 12 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 11 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 10 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 8 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| 2002 | 7 | 900 | 0 | 0 | هدية مرتضى طه برغوثي | 999566425 | البنك العربي | 9030 | 628134 |
| | | 18300 | 0 | 0 | | | | | |

CONFIDENTIAL    02:008965

| Palestinian National Authority Ministry of Detainees Affairs |  | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين |

<div dir="rtl">

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19/05/2004 | تاريخ | ذكر | الجنس | 994466860 | رقم الهوية | 446455 | رقم الملف |
| | تلفون | | | البرغوثي | | مصطفى | طلب | احمد | الاسم |
| | | رام الله ٣٦٠٧٩ رام الله | العنوان | | | رام الله | 24 | مركز صرف |
| 1 | عدد الأبناء | | | 0 | عدد الزوجات | | متزوج | حالة زواجية |

### البيانات المالية

| | | | | | | |
|---|---|---|---|---|---|---|
| | العنوان | | الصلة | 994466860 | الهوية | احمد طلب مصطفى البرغوثي | اسم |
| | العنوان | | الصلة | 0 | الهوية | | اسم الوكيل |
| 36079 | رقم الحساب | | | رام الله | الفرع | الاسكان للتجارة والتمويل | 4 | البنك |
| 01/12/2004 | نهاية | 01/07/2002 | بداية الاعتماد | 0 | المتأخرات | 0 | المخصص |

### بيانات الأسر

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 سنة | 0 شهر | 0 الحكم يوم | إداري | الحالة الاعتقالية | | 11/04/2002 | تاريخ الأسر |
| 0 | تاريخ تحرر فعلي | | 0 | تاريخ تحرر | عسكري | 2 | العمل |
| 20040450 | رقم كشف | غير محدد | 1 | السجن | فتح | 1 | التنظيم |

</div>