**Palestinian National Authority**
**Ministry of Detainees' Affairs**

### File Data Summary

| | | |
|---|---|---|
| File No.: 442897 | Identity No.: 901056259 | Gender: Male | Marital Status: Married |
| Name: Mohamed Hassan Ahmed Arman | | | Detention Date: August 18, 2002 | Number of Wives: 0 |
| Cashing Center: 24 Ramallah | Detention Status: Sentenced | Sentence: Day: 0 Month: 0 Year: 999 | Number of Children: 3 |
| Name of Beneficiary: Linda Khadr Abdel Jalil Arman | Identity No.: 9011157479 | Wife | Address: Wife |
| Agent Name: | Identity No.: 0 | | Address: |
| Bank: 8 | Jordan | 2044801 | |
| Allocation: 6450 | Arrears: 0 | Branch: Ramallah | |
| | Start of Accreditation: October 1, 2002 | End of Accreditation: June 1, 2013 | |



| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of the Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 2 | 6450 | 0 | 750 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2012 | 1 | 6450 | 0 | 750 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 12 | 6450 | 0 | 1150 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 11 | 6450 | 0 | 750 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 10 | 6450 | 0 | 750 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 9 | 6450 | 0 | 750 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 8 | 6450 | 750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 7 | 6450 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 6 | 6450 | 0 | 400 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 5 | 6450 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 4 | 6450 | 14100 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 3 | 1750 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 2 | 1750 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011157479 | Jordan | Ramallah | 2044801 |
| 2011 | 1 | 1750 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2010 | 12 | 1750 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2010 | 11 | 1750 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2010 | 10 | 1750 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2010 | 9 | 1750 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2010 | 8 | 1750 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |

CONFIDENTIAL

02:008976

**PLAINTIFF'S EXHIBIT 39**

| 2010 | 6 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 5 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2010 | 4 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2010 | 3 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2010 | 2 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2010 | 1 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 12 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 11 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 10 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 9 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 8 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 7 | 1750 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |

CONFIDENTIAL

02:008976 [continued]

Palestinian National Authority
Ministry of Detainees' Affairs



| 2009 | 6  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| ---- | -- | ---- | ---- | - | ----------------------------- | --------- | ------ | -------- | ------- |
| 2009 | 5  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 4  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 3  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 2  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2009 | 1  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 12 | 1750 | 1220 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 11 | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 10 | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 9  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 8  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 7  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 6  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 5  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 4  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 3  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 2  | 1750 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2008 | 1  | 1750 | 1200 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 12 | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 11 | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 10 | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 9  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 8  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 7  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 6  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 5  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 4  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 3  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 2  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2007 | 1  | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2006 | 12 | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |
| 2006 | 11 | 1450 | 0    | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Jordan | Ramallah | 2044801 |

CONFIDENTIAL    02:0008977

| 2006 | 10 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
|---|---|---|---|---|---|---|---|---|---|
| 2006 | 9 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2006 | 8 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2006 | 7 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Jordan | Ramallah | 2044801 |
| 2006 | 6 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2006 | 5 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2006 | 4 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2006 | 3 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2006 | 2 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2006 | 1 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |

02:0008977 [continued]

CONFIDENTIAL




Palestinian National Authority
Ministry of Detainees' Affairs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | 12 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 11 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 10 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 9 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 8 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 7 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 6 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 5 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 4 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 3 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 2 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2005 | 1 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 12 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 11 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 10 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 9 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 8 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 7 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 6 | 1450 | 1450 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 4 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 3 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 2 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2004 | 1 | 1450 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 12 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 11 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 10 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 9 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 8 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 7 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 6 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |
| 2003 | 5 | 1220 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 901152479 | Arab Bank | 9030 | 643083 |

CONFIDENTIAL    02:008978

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2003 | 4 | 1220 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2003 | 3 | 1220 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2003 | 2 | 1220 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2003 | 1 | 1220 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2002 | 12 | 1220 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2002 | 11 | 1220 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 2002 | 10 | 1220 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 1999 | 10 | 940 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 1999 | 9 | 940 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 1999 | 8 | 940 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |
| 1999 | 7 | 940 | 0 | 0 | 0 | Linda Khadr Abdel Jalil Arman | 9011152479 | Arab Bank | 9030 | 643083 |

CONFIDENTIAL

02:008978 [continued]



**Palestinian National Authority**
**Ministry of Detainees' Affairs**

| 1999 | 6  | 940  | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Arab Bank  | 9030           | 643083 |
|------|----|------|--------|-------|---|-------------------------------|-----------|------------|----------------|--------|
| 1999 | 5  | 940  | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Arab Bank  | 9030           | 643083 |
| 1999 | 4  | 940  | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Arab Bank  | 9030           | 643083 |
| 1999 | 3  | 940  | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Arab Bank  | 9030           | 643083 |
| 1999 | 2  | 940  | 940    | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Arab Bank  | 9030           | 643083 |
| 1998 | 12 | 665  | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Not stated | Social Affairs |        |
| 1998 | 11 | 665  | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Not stated | Social Affairs |        |
| 1998 | 10 | 665  | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Not stated | Social Affairs |        |
| 1998 | 9  | 1995 | 0      | 0     | 0 | Linda Khadr Abdel Jalil Arman | 901157479 | Not stated | Social Affairs |        |
|      |    | 236,350 | 21,410 | 5,300 | 0 |                              |           |            |                |        |

CONFIDENTIAL

02:0089979

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:008976-8979.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:008976-8979.

_____
Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires MAY. 14 2015



**Palestinian National Authority — Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

موجز بيانات الملف

| مترج | حالة زواجية | الجنس | ذكر | رقم الهوية | 901056259 | رقم الملف | 442897 |
|---|---|---|---|---|---|---|---|
| 0 | عدد الزوجات | تاريخ الأسر | 18/08/2002 | عرمان | أحمد | حسن | محمد | الاسم |
| 3 | عدد الأبناء | الحكم يوم 0 شهر 0 سنة 99 | محكوم | الحالة الاعتقالية | رام الله | 24 | مركز صرف |
| الزوج | العنوان | متزوجة | الهوية 901157479 | لیندا خضر عبدالجلیل عرمان | اسم المستفيد |
| | العنوان | | الهوية 0 | | اسم الوكيل |
| 2044801 | | الفرع رام الله | | الأردن | 8 | البنك |
| 01/06/2013 | نهاية الاعتماد | 01/10/2002 | بداية الاعتماد | المتأخرات 0 | 6450 | المخصص |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 750 | 0 | 6450 | 2 | 2012 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 750 | 0 | 6450 | 1 | 2012 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 1150 | 0 | 6450 | 12 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 750 | 0 | 6450 | 11 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 750 | 0 | 6450 | 10 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 750 | 0 | 6450 | 9 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 750 | 6450 | 8 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 6450 | 7 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 400 | 0 | 6450 | 6 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 6450 | 5 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 14100 | 6450 | 4 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 3 | 2011 |
| 2044801 | رام الله | الأردن | 901157479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 2 | 2011 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 1 | 2011 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 12 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 11 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 10 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 9 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 1750 | 1750 | 8 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 6 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 5 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 4 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 3 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 2 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 1 | 2010 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 12 | 2009 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 11 | 2009 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 10 | 2009 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 9 | 2009 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 8 | 2009 |
| 2044801 | رام الله | الأردن | 901152479 | لیندا خضر عبدالجلیل عرمان | 0 | 0 | 0 | 1750 | 7 | 2009 |

CONFIDENTIAL
02:008976

| Palestinian National Authority Ministry of Detainees Affairs | | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 6 2009 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 5 2009 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 4 2009 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 3 2009 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 2 2009 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 1 2009 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 1220 | 1750 | 12 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 11 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 10 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 9 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 8 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 7 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 6 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 5 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 4 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 3 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1750 | 2 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 1200 | 1750 | 1 2008 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 12 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 11 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 10 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 9 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 8 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 7 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 6 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 5 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 4 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 3 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 2 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 1 2007 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 12 2006 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 11 2006 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 10 2006 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 9 2006 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 8 2006 |
| 2044801 | رام الله | الاردن | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 7 2006 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 6 2006 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 5 2006 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 4 2006 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 3 2006 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 2 2006 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 1 2006 |

CONFIDENTIAL

02:008977

| | Palestinian National Authority Ministry of Detainees Affairs | | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 12 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 11 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 10 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 9 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 8 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 7 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 6 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 5 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 4 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 3 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 2 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 1 | 2005 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 12 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 11 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 10 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 9 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 8 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 7 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 1450 | 1450 | 6 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 4 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 3 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 2 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1450 | 1 | 2004 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 12 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 11 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 10 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 9 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 8 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 7 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 6 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 5 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 4 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 3 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 2 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 1 | 2003 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 12 | 2002 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 11 | 2002 |
| 643083 | 9030 | البنك العربي | 901152479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1220 | 10 | 2002 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 10 | 1999 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 9 | 1999 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 8 | 1999 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 7 | 1999 |

CONFIDENTIAL
02:008978

| Palestinian National Authority Ministry of Detainees Affairs | | | | | | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 6 1999 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 5 1999 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 4 1999 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 940 | 3 1999 |
| 643083 | 9030 | البنك العربي | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 940 | 940 | 2 1999 |
| اجتماعية | و.شؤون | غير محدد | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 665 | 12 1998 |
| اجتماعية | و.الشؤون | غير محدد | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 665 | 11 1998 |
| اجتماعية | و.الشؤون | غير محدد | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 665 | 10 1998 |
| اجتماعية | و.الشؤون | غير محدد | 901157479 | ليندا خضر عبدالجليل عرمان | 0 | 0 | 0 | 1995 | 9 1998 |
| | | | | | 0 | 5300 | 21410 | 236350 | |

CONFIDENTIAL
02:008979