**Palestinian National Authority**
**Ministry of Detainees' Affairs**

**File's Data Summary**

| | | |
|---|---|---|
| File No.: 462221 | Identity No.: 991260886 | Gender: Male |
| Name: Ibrahim Jamil Abd al-Ghani Hamed | Detention Date: May 23, 2006 | Marital Status: Married |
| Cashing Center: 24 Ramallah | Detention Status: Arrested | Number of Wives: 1 |
| Name of Beneficiary: Mohamed Najib Jamil Hamed | Sentence: Day: 0 Month: 0 Year: 0 | Number of Children: 2 |
| Agent's Name: | Identity No.: 991260845 | Address: Wife |
| Bank: 6  Arab Bank | Identity No.: 0 | Address: |
| Allocation: 4400  Arrears: 0 | Branch: 9030 | Wife 617476 |
| | Start of Accreditation: September 1, 2007 | End of Accreditation: June 1, 2013 |

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 2 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 1 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 12 | 4400 | 0 | 1150 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 11 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 10 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 9 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 8 | 4400 | 750 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 7 | 4400 | 8000 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 6 | 4400 | 0 | 400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 5 | 4400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 4 | 2400 | 3000 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 3 | 1400 | 4200 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 11 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 10 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 9 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 8 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 7 | 1400 | 4200 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 3 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 2 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 1 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |

02:008980

CONFIDENTIAL


PLAINTIFF'S EXHIBIT 40

| 2009 | 12 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | 11 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 10 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 9 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 8 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 7 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 6 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 5 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 4 | 1400 | 5200 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 11 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 10 | 1400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |

CONFIDENTIAL

02:008980 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| 2008 | 9  | 1400 | 0     | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
|------|----|------|-------|-------|---|---------------------------|-----------|-----------|------|--------|
| 2008 | 8  | 1400 | 0     | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 7  | 1400 | 0     | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 6  | 1400 | 0     | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 5  | 1400 | 7000  | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2007 | 11 | 1400 | 7000  | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2007 | 10 | 1400 | 0     | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2007 | 9  | 1400 | 0     | 0     | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
|      |    | 85,600 | 39,350 | 5,300 | 0 |                         |           |           |      |        |

CONFIDENTIAL

02:008981

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>        Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:008980-8981.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:008980-8981.

                          _____
                          Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV 14 201[?]




**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

موجز بيانات الملف

| رقم الملف | 462221 | | | رقم الهوية | 991260886 | الجنس | ذكر | حالة زواجية | متزوج |
|---|---|---|---|---|---|---|---|---|---|
| الاسم | ابراهيم | جميل | عبدالغني | حامد | تاريخ الأسر | 23/05/2006 | | عدد الزوجات | 1 |
| مركز صرف | 24 | رام الله | | الحالة الاعتقالية | موقوف | الحكم يوم 0 شهر 0 سنة 0 | | عدد الأبناء | 2 |
| اسم المستفيد | محمد نجيب جميل حامد | | | الهوية | 991260845 | زوجة | | العنوان | زوجة |
| اسم الوكيل | | | | الهوية | 0 | | | العنوان | |
| البنك | 6 | البنك العربي | | | | الفرع | 9030 | | 617476 |
| المخصص | 4400 | | | المتأخرات | 0 | بداية الاعتماد | 01/09/2007 | نهاية الاعتماد | 01/06/2013 |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 2 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 1 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 1150 | 0 | 4400 | 12 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 11 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 10 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 9 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 750 | 4400 | 8 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 8000 | 4400 | 7 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 400 | 0 | 4400 | 6 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 4400 | 5 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 3000 | 2400 | 4 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 4200 | 1400 | 3 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 11 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 8 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 4200 | 1400 | 7 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 3 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 2 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 1 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 12 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 11 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 8 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 7 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 6 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 5 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 5200 | 1400 | 4 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 11 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2008 |

CONFIDENTIAL
02:008980

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Palestinian National Authority Ministry of Detainees Affairs | | | | | | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | | |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2008 |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 8 | 2008 |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 7 | 2008 |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 6 | 2008 |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 7000 | 1400 | 5 | 2008 |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 7000 | 1400 | 11 | 2007 |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2007 |
| 617476 | 9030 | البنك العربي 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2007 |
| | | | | 0 | 5300 | 39350 | 85600 | | |

CONFIDENTIAL     02:008981