

PLAINTIFF'S EXHIBIT

41

**Palestinian National Authority**



**Ministry of Detainees' Affairs**

## File Data Summary

| | | | |
|---|---|---|---|
| **File No.: 449139** | **Identity No.:** 28192755 | **Gender:** Male | **Marital Status:** Married |
| **Name:** Wael Mahmoud Mohamed Mohamed Ali al-Qasim | | **Detention Date:** August 18, 2002 | **No. of Wives:** 1 |
| **Cashing Center:** 10 Jerusalem | **Detention Status:** Sentenced | **Sentence: Day:** 0 **Month:** 0 **Year:** 999 | **No. of Children:** 4 |
| **Name of Beneficiary:** Azhar Mahmoud Mohamed al-Qasim | | **Identity No.:** 980158091 | **Address:** |
| **Agent Name:** | | **Identity No.:** 0 | **Address:** |
| **Bank:** 11 Commercial Bank of Palestine | | **Branch:** 9100        803986 | |
| **Allocation:** 4800 | **Arrears:** 0 | **Start of Accreditation:** March 1, 2003 | **End of Accreditation:** **August 8, 2012** |

**CONFIDENTIAL**                    02:008982

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 2 | 4800 | 0 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2012 | 1 | 4800 | 0 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 12 | 4800 | 0 | 700 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 11 | 4800 | 0 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 10 | 4800 | 0 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 9 | 4800 | 0 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 8 | 4800 | 300 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 7 | 4800 | 250 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 6 | 4800 | 250 | 494 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 5 | 4800 | 750 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 4 | 4800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 3 | 4800 | 5400 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 2 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2011 | 1 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 12 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 11 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 10 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 9 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 8 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 7 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 6 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 5 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 4 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 3 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 2 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2010 | 1 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 12 | 2100 | 1000 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 11 | 2100 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 10 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 9 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 8 | 2100 | 500 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |

CONFIDENTIAL

02:008982

**Palestinian National Authority**
**Ministry of Detainees Affairs**



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 7 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 6 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 5 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 4 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 3 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 2 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2009 | 1 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 12 | 2100 | 500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 11 | 2100 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 10 | 2100 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 9 | 2100 | 300 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 8 | 2100 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 7 | 2100 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 6 | 2100 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Commercial Palestine | 9100 | 803986 |
| 2008 | 5 | 2100 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2008 | 4 | 2100 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2008 | 3 | 2100 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2008 | 2 | 2100 | 1500 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2008 | 1 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 12 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 11 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 10 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 9 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 8 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 7 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 6 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 5 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 4 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 3 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 2 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2007 | 1 | 1800 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |

CONFIDENTIAL

02:008983

| 2006 | 12 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
|------|----|------|---|---|---|--------------------------------|-----------|-----------|------|--------|
| 2006 | 11 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 10 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 9  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 8  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 7  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 6  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 5  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 4  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 3  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2006 | 2  | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |

CONFIDENTIAL

02:008983 [continued]

**Palestinian National Authority**
**Ministry of Detainees Affairs**



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2006 | 1 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 12 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 11 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 10 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 9 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 8 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 7 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 6 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 5 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 4 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 3 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 2 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2005 | 1 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 12 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 11 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 10 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 9 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 8 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 7 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 6 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 5 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 4 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 3 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 2 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2004 | 1 | 1800 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 12 | 1560 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 11 | 1560 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 10 | 1560 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 9 | 1560 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 8 | 1560 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 7 | 1560 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 6 | 1260 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 5 | 1260 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 4 | 1260 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| 2003 | 3 | 1260 | 0 | 0 | 0 | Azhar Mahmoud Mohamed al-Qasim | 980158091 | Arab Bank | 9100 | 314049 |
| | | 237,900 | 22,850 | 2,694 | 0 | | | | | |

CONFIDENTIAL

02:008984

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:008982-8984.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:008982-8984.

Eyal Sherf

ss.: ~~New Jersey~~ *New York*

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014


_____
Notary Public


ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV. 14 2015



| Palestinian National Authority<br>Ministry of Detainees Affairs | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين |
|---|---|

موجز بيانات الملف

| | | | | |
|---|---|---|---|---|
| حالة زواجية | متزوج | الجنس | ذكر | رقم الهوية 28192755 | رقم الملف 449139 |
| عدد الزوجات 1 | | تاريخ الأسر 18/08/2002 | القاسم محمد علي | الاسم وائل محمود القدس 10 |
| عدد الابناء 4 | | الحكم يوم 0 شهر 0 سنة 999 محكوم | الحالة الاعتقالية | اسم المستفيد ازهار محمود محمد القاسم |
| العنوان | | الهوية 980158091 | | اسم الوكيل |
| العنوان | | الهوية 0 | | البنك 11 التجاري الفلسطين |
| 803986 | | الفرع 9100 | | المخصص 4800 |
| نهاية الاعتماد 01/08/2012 | | بداية الاعتماد 01/03/2003 | المتأخرات 0 | |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 300 | 0 | 4800 | 2 | 2012 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 300 | 0 | 4800 | 1 | 2012 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 700 | 0 | 4800 | 12 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 300 | 0 | 4800 | 11 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 300 | 0 | 4800 | 10 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 300 | 0 | 4800 | 9 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 300 | 4800 | 8 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 250 | 4800 | 7 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 494 | 250 | 4800 | 6 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 750 | 4800 | 5 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 4800 | 4 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 5400 | 4800 | 3 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 2 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 1 | 2011 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 12 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 11 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 10 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 9 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 8 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 7 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 6 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 5 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 4 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 3 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 2 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 1 | 2010 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 1000 | 2100 | 12 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهر محمود محمد الفنص | 0 | 0 | 0 | 2100 | 11 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 10 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 9 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 8 | 2009 |

CONFIDENTIAL

02:008982



**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 7 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 6 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 5 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 4 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 3 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 2 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 1 | 2009 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 500 | 2100 | 12 | 2008 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 300 | 2100 | 11 | 2008 |
| 803986 | 9100 | التجاري الفلسطين | 980158091 | ازهار محمود محمد القاسم | 0 | 0 | 300 | 2100 | 10 | 2008 |
| 803986 | 9100 | التجاري الفلسطين | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 300 | 2100 | 9 | 2008 |
| 803986 | 9100 | التجاري الفلسطين | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 2100 | 8 | 2008 |
| 803986 | 9100 | التجاري الفلسطين | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 2100 | 7 | 2008 |
| 803986 | 9100 | التجاري الفلسطين | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 2100 | 6 | 2008 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 2100 | 5 | 2008 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 2100 | 4 | 2008 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 2100 | 3 | 2008 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 1500 | 2100 | 2 | 2008 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 1 | 2008 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 12 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 11 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 10 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 9 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 8 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 7 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 6 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 5 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 4 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 3 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 1 | 2007 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 12 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 11 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 10 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 9 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 8 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 7 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 6 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 5 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 4 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 3 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 2 | 2006 |

CONFIDENTIAL

02:008983



**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 1 | 2006 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 12 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 11 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 10 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 9 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 8 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 7 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 6 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 5 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 4 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 3 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 2 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 1 | 2005 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 12 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 11 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 10 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 9 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 8 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 7 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 6 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 5 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 4 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 3 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 2 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1800 | 1 | 2004 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1560 | 12 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1560 | 11 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1560 | 10 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1560 | 9 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1560 | 8 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1560 | 7 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1260 | 6 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1260 | 5 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1260 | 4 | 2003 |
| 314049 | 9100 | البنك العربي | 908158091 | ازهار محمود محمد القاسم | 0 | 0 | 0 | 1260 | 3 | 2003 |
| | | | | | 0 | 2694 | 22850 | 237900 | | |

CONFIDENTIAL

02:008984