**Palestinian National Authority**
**Ministry of Detainees' Affairs**



**File Data Summary**

| | | |
|---|---|---|
| File No.: 448167 | Identity No.: 906448105 | Gender: Male |
| Name: Walid   Abdel Aziz   Abdel Hadi   Anjas | | Detention Date: August 22, 2002 |
| Cashing Center: 24, Ramallah | Detention Status: Released | Sentence: Day: 0 Month: 0 Year: 999 |
| Name of Beneficiary: Halima Youssef Hassan Anjas | | Identity No.: 944520329 |
| Agent Name: | | Identity No.: 0 |
| Bank: 6 Arab Bank | | Branch: 9090 |
| Allocation: 1800 | Arrears: 0   Reimbursement: 0   Start of Funding: December 1, 2002 | 668415 |

Marital Status: Single
No. of Wives: 0
No. of Children: 0
Address:
Address:
End of Accreditation: April 1, 2012

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 2 | 1800 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2012 | 1 | 1800 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 12 | 1800 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 11 | 1800 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 6 | 4000 | 13500 | 400 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 5 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 4 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 3 | 1300 | 26000 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 2 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2011 | 1 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 12 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 11 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 10 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 9 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 8 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 7 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |

CONFIDENTIAL

02:008985

PLAINTIFF'S EXHIBIT 42

| 2010 | 6  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 5  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 4  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 3  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 2  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2010 | 1  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 12 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 11 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 10 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 9  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 8  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 7  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 6  | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |

02:008985 [continued]

CONFIDENTIAL

**Palestinian National Authority**
**Ministry of Detainees Affairs**



| Year | # | Salary | A | B | Name | Account | Bank | Code | ID |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 5 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 4 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 3 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 2 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2009 | 1 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 12 | 1300 | 2700 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 11 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 10 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 9 | 1300 | 2600 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 8 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 7 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 6 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 5 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 4 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 3 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 2 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2008 | 1 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 12 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 11 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 10 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 9 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 8 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 7 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 6 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 5 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 4 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 3 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 2 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2007 | 1 | 1300 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |

CONFIDENTIAL

02:008986

| Year | Month | | | | Name | Account | Bank | | |
|---|---|---|---|---|---|---|---|---|---|
| 2006 | 12 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 11 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 10 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 9 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 8 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 7 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 6 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 5 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 4 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 3 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 2 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2006 | 1 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2005 | 12 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2005 | 11 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
| 2005 | 10 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 944520329 | Arab Bank | 9090 | 668415 |
02:008986 [continued]

CONFIDENTIAL



**Palestinian National Authority**
**Ministry of Detainees Affairs**

| Year | | | | | | Name | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 9 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 8 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 7 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 6 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 5 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 4 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 3 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 2 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2005 | 1 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 12 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 11 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 10 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 9 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 8 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 7 | 1300 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 6 | 1300 | 5500 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2004 | 1 | 1000 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 12 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 11 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 10 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 9 | 900 | 1800 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 8 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 7 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 6 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 5 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 4 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 3 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 2 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2003 | 1 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| 2002 | 12 | 900 | 0 | 0 | 0 | Halima Youssef Hassan Anjas | 94452329 | Arab Bank | 9090 | 668415 |
| | | **142,100** | **52,100** | **400** | **0** | | | | | |

CONFIDENTIAL

02:008987

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:008985-8987.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:008985-8987.

_____
Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [23] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
23 day of February, 2014

_____
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires _____



**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

موجز بيانات الملف

| رقم الملف | 448167 | الاسم | وليد | عبدالعزيز | عبدالهادي | انجاص | رقم الهوية | 906448105 | الجنس | ذكر | حالة زواجية | أعزب |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| مركز صرف | 24 رام الله | الحالة الاعتقالية | محرر | تاريخ الأسر | 22/08/2002 | عدد الزوجات | 0 |
| اسم المستفيد | حليمة يوسف حسن انجاص | الحكم يوم 0 شهر 0 سنة 999 | عدد الأبناء | 0 |
| اسم الوكيل | | الهوية | 944520329 | العنوان |
| البنك | 6 البنك العربي | الهوية | 0 | العنوان |
| المخصص | 1800 | المتأخرات | 0 | الفرع | 9090 | | 668415 |
| | | بداية الاعتماد | 01/12/2002 | نهاية الاعتماد | 01/04/2012 |

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 2 | 1800 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2012 | 1 | 1800 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 12 | 1800 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 11 | 1800 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 6 | 4000 | 13500 | 400 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 5 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 4 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2011 | 3 | 1300 | 26000 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 12 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 11 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 10 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 9 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 8 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 7 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 6 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 5 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 4 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 3 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 2 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2010 | 1 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2009 | 12 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2009 | 11 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2009 | 10 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2009 | 9 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2009 | 8 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2009 | 7 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |
| 2009 | 6 | 1300 | 0 | 0 | 0 | حليمة يوسف حسن انجاص | 944520329 | البنك العربي | 9090 | 668415 |

CONFIDENTIAL    02:008985

| Palestinian National Authority<br>Ministry of Detainees Affairs | | |  | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 5 | 2009 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 4 | 2009 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 3 | 2009 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 2 | 2009 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 1 | 2009 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 2700 | 1300 | 12 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 11 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 10 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 2600 | 1300 | 9 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 6 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 5 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 4 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 3 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 2 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 1 | 2008 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 12 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 11 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 10 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 9 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 8 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 7 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 6 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 5 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 4 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 3 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 2 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 1 | 2007 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 12 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 11 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 10 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 9 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 8 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 7 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 6 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 5 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 4 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 3 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 2 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 1 | 2006 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 12 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 11 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 10 | 2005 |

CONFIDENTIAL                 02:008986

| Palestinian National Authority Ministry of Detainees Affairs | |  | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | | | | |
|---|---|---|---|---|---|---|---|---|
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 9 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 8 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 7 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 6 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 5 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 4 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 3 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 2 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 1 | 2005 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 12 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 11 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 10 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 9 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 8 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1300 | 7 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 5500 | 1300 | 6 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 1000 | 1 | 2004 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 12 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 11 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 10 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 1800 | 900 | 9 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 6 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 5 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 4 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 3 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 2 | 2003 |
| 668415 | 9090 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 1 | 2003 |
| 668415 | 9030 | البنك العربي | 944520329 | حليمة يوسف حسن انجاص | 0 | 0 | 0 | 900 | 12 | 2002 |
| | | | | | 0 | 400 | 52100 | 142100 | | |

CONFIDENTIAL                                                 02:008987