

**PLAINTIFF'S EXHIBIT 48**

**State of Palestine**
**Public Security**
**Organization and Administration Institution**



September 27, 2012          10:15:27 a.m.

## Comprehensive Overview Statement

**Date of Enlistment:** March 1, 1996

| | | |
|---|---|---|
| **Name:** Ahmed Salah Ahmed Salah | | **Marital Status:** Single +0 |
| **Rank:** Honorary Lieutenant | | **Date of Rank:** April 01, 2009 |
| **Unit:** General Intelligence/ Northern Governorates | **Work Description:** | **Identity No.:** 11938 |
| **Observations 1:** | | **Date of Birth:** January 23, 1977 |
| **Identity No.:** 901739656 | **Mother's Name:** Intisar Mohamed | **Military No.:** 113078832 |
| **Order No.:** 2449/1 | **Order Issue Date:** March 19, 1996 | **Allocated to:** |
| **Personal No.:** 36131 | | |

**Promotions:**

| From | | To | | | |
|---|---|---|---|---|---|
| Private | March 1, 1996 | First Sergeant | April 1, 1999 | **By Order** 3008/3 | March 24, 1999 |
| First Sergeant | April 1, 1999 | Warrant Officer | April 1, 2002 | **By Order** 3187/3 | March 30, 2002 |
| Warrant Officer | April 1, 2002 | First Warrant Officer | April 1, 2005 | **By Order** 3319/3 | March 12, 2006 |
| First Warrant Officer | April 1, 2005 | Honorary Lieutenant | April 1, 2009 | **By Order** 4610/3 | July 5, 2009 Presidential Orders |

**Promotion Register:**

**Transfer:**

**Termination of Services:**

**Transfer to Provisional Retirement:**

**Payment**

**Miscellaneous Items Related to Noncommissioned Officers**
**By Order** 4491/15    June 9, 2003    **Reason:** Finance Department / He was released by the other party on May 25, 2003
**By Order** 2024/14    March 15, 2004    **Reason:** Finance Department / He was arrested by the other party on March 8, 2004.

**Miscellaneous Items Related to Officers**
**By Order** 5667/15    June 17, 2002 **Reason:** He was arrested by the other party. His salaries shall be paid.

**Sanctions**

**Security Suspicion**

**Security Investigation**

**Years of Detention**

**Security Investigation**

[Signature]    [Stamp] Palestine Liberation Organization
Palestinian National Authority
Organization and Administration Institution

**CONFIDENTIAL**    2:009002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009002.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009002.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [20] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
20 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

Case 1:04-cv-00397-GBD-RLE    Document 927-24    Filed 07/02/15    Page 4 of 5



دولة فلسطين
الأمن العام
هيئة التنظيم والادارة

2012/02/27
10:15:27

بيت التدقيق الشامل

الاسم: 1996/03/01
رقم: 11938

الاسم: احمد صلاح احمد صلاح   الحالة الاجتماعية: اعزب+٠
الرتبة: ملازم شرف   تاريخ الرتبة: 2009/04/01
الجهة: المخابرات العامة / محافظات الشمال   مكان العمل:
   تاريخ الميلاد: 1977/01/23
الرقم: 901739656   اسم الام: انتصار محمد   رقم الذاتية: 36131   الرقم المدني: 113078832
   2449/1   مصدر أمر التعيين: 1996/03/19   مصدر آخر:

الرتب:

| من جندي | 1996/03/01 الى وكيل اول | 1999/04/01 بالامر 3008/3 | 1999/03/24 |
| من وكيل اول | 1999/04/01 الى مساعد | 2002/04/01 بالامر 3187/3 | 2002/03/30 |
| من مساعد | 2002/04/01 الى مساعد اول | 2005/04/01 بالامر 3319/3 | 2006/03/12 |
| من مساعد اول | 2005/04/01 الى ملازم شرف | 2009/04/01 بالامر 4610/3 | 2009/07/05   تعيينات ناجح دورة |

ترفين القيد
الفصل
انهاء خدمات
احالة للاستيداع
التشرف

مخدرجات ضد ضباط:
بالامر 15 4491   2003/06/09   المالية تم الافراج عنه من الطرف الاخر من 2003/5/25
بالامر 14 2024   2004/03/15   المالية بتاريخ 2004/3/8 تم اعتقاله من قبل الطرف الاخر

مخدرجات ضعاط:
بالامر 15 5667   2002/06/17   تم اعتقاله من الطرف الاخر لصرف راتبه

عقوبات
شهد امنية
سنة امنية
سنوات الاعتقال

CONFIDENTIAL                02:009002