3 [handwritten]





**Palestinian Public Security**
**General Department of Police**
**Organization and Administration**

Corporal
[illegible] April 1, 1998

## Personal Information

**Military No.:**
**Legal Name:** Hilmi Abdel Karim Mohamed Hamash
**Rank:** Police officer
**Department to Which He Belongs:** Maintaining order - Ramallah
**Place of Birth:** Jerusalem
**Level of Education:** 11th Grade

**Identity No.** 901415984
**Promotion Date:** …/…/19…
**Date of Enlistment:** September 1, 1996
**Date of Birth**: May 9, 1977
**Date of Completion of the Level of Education:** 1994

**Military Qualification:** The seventh training session - Jericho

**Date of military qualification**:

**Place of Origin**: Beit Ataaba     **Mother's Name:** Rasmiya

**Blood Type:**

**Address**: al-Dahisha, Bethlehem. Near Al-Shuhada Mosque

**Marital Status:** Single

**Spouse's Name:**
1 -                    3 -
2 -                    4 -

**Children's Names**

|     | Name | Date of Birth |     | Name | Date of birth |
| --- | --- | --- | --- | --- | --- |
| 1.  |     |     | 2.  |     |     |
| 3.  |     |     | 4.  |     |     |
| 5.  |     |     | 6.  |     |     |
| 7.  |     |     | 8.  |     |     |
| 9.  |     |     | 10. |     |     |

Confirmation
I confirm the veracity of the above information and I am accountable for it.

Signature:  [Signature]

**CONFIRMED**
The Director of the Police Organization & Administration

**CONFIDENTIAL**                              02:009003


PLAINTIFF'S EXHIBIT
49



**Palestinian National Authority**
**The Police**

**Department**: The City Center
**Governorate**: Bethlehem
**Date:** January 23, 2002

## <u>Report on the Adequacy of the Performance of the Class and Individuals</u>

**I:** Details of the Resident Person

| No. | Rank | Name | Employment & Place of Employment |
|-----|------|------|-----------------------------------|
| | Sergeant | Hilmi Abdel Karim Mohamed Hamash | Patrols |

**II:** Previous employment _____

**III:** Period of service in the current employment _____

**IV:** Evaluation of Conduct and Performance

| Series | | Final Grade | Grade Earned | Notes |
|--------|---|-------------|--------------|-------|
| 1 | Maintaining Work Appointments | 10 | 6 | |
| 2 | Maintaining Clothing and Appearances | 10 | 6 | |
| 3 | Relationship with the Public | 10 | 6 | |
| 4 | Relationship with Subordinates | 15 | 10 | |
| 5 | Relationship with Supervisors | 15 | 9 | |
| 6 | Extent of Compliance with Orders and Instructions | 20 | 12 | |
| 7 | Professional Knowledge Regarding the Nature of Work | 20 | 12 | |
| | TOTAL | **100** | **61** | |

In the case of any penalties against the resident, they should be mentioned in the notes:
<u>The resident has several penalties for absence and tardiness to work.</u>

_____

_____

**CONFIDENTIAL**

02:009004

Opinion of the direct supervisor about the resident:

He is a troublemaker with bad behavior but his behavior may improve

**V: Details of the Direct Supervisor Undertaking the Evaluation:**
Rank:
Name:          [illegible]
[illegible]:   [Signature]
[illegible]:

**VI: Notes of the Resident Himself in Case the Report's Total is below Average:**

| Name | Position | Signature |
|------|----------|-----------|
|      |          |           |

**VII:  Notes of the Governorate's Police Director or the Administration Director:**

very cheap, liar, very angry

we do not recommend that he serve as part of the police force

Rank: Brigadier General
Name: Alaa Housni
[illegible]: Police General Director of the Governorate of Bethlehem
Signature: [Signature]
December, 2002

Notes of Police Director:
.......................................................................................................................
.......................................................................................................................
Signature of the Person in Charge
of Managing the Police Department's Affairs
[Signature]

**CONFIDENTIAL**                                          02:009005

*In the Name of God, Most Gracious, Most Merciful*     [illegible]



**Palestine**     35[handwritten]
**Ministry of Education & Higher Education**
**Secondary Education Exam for the Year 2005**
**Grades of Successful Students from the Department of Literature**

**Name:** Hilmi Abdel Karim Mohamed Hamash
**Seat No.:** 33045102
**School:** Special Education
**Department of Education**: The General Administration of Exams

| Subject | Maximum | Minimum | Grades Earned | | |
|---------|---------|---------|------|------|---------|
| | | | In Numbers | | In Words |
| | | | 2004 | 2005 | |
| Islamic Studies | 100 | 50 | 65 | | Sixty-five |
| Arabic | 300 | 150 | 179 | | One hundred seventy-nine |
| English | 280 | 140 | 169 | | One hundred sixty-nine |
| History | 120 | 60 | 104 | | One hundred four |
| Math | 100 | 50 | | 76 | Seventy-six |
| Geography | 100 | 50 | 65 | | Sixty-five |
| Scientific Studies | 100 | 50 | 72 | | Seventy-two |
| General Score | 1000 | 500 | 665 | | Six hundred sixty-five |

**Percentage Rate:**     66.5     Sixty-six point five only          **Date:** August 18, 2005

| Result | Passed |
|--------|--------|



Minister of Education
& Higher Education
[Signature]

Written by: Computer
Reviewed by:     Saadallah

---

* General Score = Total grades of Arabic, English, History, Math plus the two highest grades in the other subjects
* Percentage Rate = the general score divided by 10
* According to the Jordanian Curriculum

**CONFIDENTIAL**          02:009006

*In the Name of God, Most Gracious, Most Merciful*



**Police General Department**                      Personnel [Handwritten]
**Administration and Organization Institution** 18[handwritten]
18985
                                                   **No.**: 1197/3P
                                                   **Date**: [illegible] 24, 2001
                                                   **Enclosures**:



**Administrative Order**

Pursuant to the Organization and Administration's correspondence / No. 3856/3 / dated April 18, 2001

Corporal / Hilmi Abdel Karim Mohamed Hamash, from the police of the governorate of Bethlehem, shall be promoted to the rank of Sergeant as of April 1, 2001, covering both rank and salary.

- All competent authorities are required to execute this order within their jurisdictions.

Congratulations.

[Signature] 2001    14124
Colonel/ Orabi Mohamed Kaloub
General Director of the Organization
& Administration in the police

                              **Police Department for the Governorate of Bethlehem**
                              **Organization & Administration**
                              Incoming Correspondence
                              **Date**: April 26, 2001
                              **Issue No.**: 579/3P


                              Congratulations
                              April 24 [handwritten]
                              [Signature]

Copy to:
* The Assistant Director of the Police and the General Director of the Administrative Affairs
* Police General Director of the Governorate of Bethlehem
* Police General Director of the Finance Administration
* Personnel File / Computer

                    **CONFIDENTIAL**                        02:009007

*In the Name of God, Most Gracious, Most Merciful*



Identity
Penalties 6/17
[Handwritten]

**Palestinian National Authority**
**The Police**
**Police Department of the Governorate**
**of Bethlehem**

Personnel [handwritten]
Computer's Identification: M:R 1
No.: 520/8P
Date: July 31, 2000

<u>Your Excellency Colonel/ Orabi Kaloub / May God Protect Him</u>
<u>The General Director of the Organization & Administration in the Police</u>

Homeland Greetings,

<u>Subject: Sanctions.</u>

> **Police Department for the governorate of Bethlehem**
> Issuing Correspondence
> **No.: 520/8P**
> **Date: July 31, 2000**
> **Organization and Administration Institution**

Enclosed are (9) prosecution forms related to police members from the Governorate of Bethlehem for their failure to comply with military discipline. The police members are:

| No. | Rank | Name | Sanctions |
|---|---|---|---|
| 1 | First Sergeant | Izat Jamil Hassan Rabayaah | One day deducted & one additional work day |
| 2 | First Sergeant | Hassan Mubarak Hussein Mahameed | One day deducted |
| 3 | Corporal | Mufeed Soud Abyoum Wasarhan | Two days deducted & seven deprivation days from vacation |
| 4 | Corporal | Hilmi Abdel Karim Hamash | Two days deducted |
| 5 | Corporal | Taleb Ahmed Mohamed Abu Amriyah | One day deducted |
| 6 | Corporal | Shamroukh Theeb Abdelhadi Shamroukh | One day deducted & one additional work day |
| 7 | Corporal | Ibrahim Abdel Rahman Ahmed al-Badawi | One day deducted & one additional work day |
| 8 | Police | Walid Abdelfateh Mohamed Odeh | One day deducted & one additional work day |
| 9 | Police | Osama Ali Muslim Alshaaer | One day deducted & one additional work day |

For your procedures and kindly keep us informed.

<u>Respectfully yours,</u>
Colonel/ Yusuf Hadib
The Police General Director of the Governorate of Bethlehem
[Signature]

Copy to:
* Personal Affairs
*Circulation

**CONFIDENTIAL**                                 02:009008

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Public Security**
**Police Department of the Governorate of Bethlehem**

Personnel
Penalties 6/17
[Handwritten]

Offense Form

**Name**: Hilmi Abdel Karim Hamash
**Rank**: Corporal                    **Place of Employment**: City Police Center

| Subscribed Punishment | Statement of Accusation | Place and Date of Punishment |
|---|---|---|
| Two days deducted from the salary<br><br>**General Directorate of Police**<br>**Police of the Governorate of Bethlehem**<br>**The Organization & Administration**<br>Incoming correspondence<br>**Date**: July 30, 2000<br>**No.**: 289/8P | Failure to show up for queue, and absence from work for a day<br><br><br>Confirmed,<br>July 30<br>[Signature] | City of Bethlehem's Police Center<br><br>Date: July 29, 2000 |

Signature of the direct supervisor                    **Date**: July 29, 2000
[illegible] Hamid
[Signature]



**CONFIDENTIAL**                    02:009009

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Police Dept. of the Governorate**
**of Ramallah & Al-Bireh**

Procedures
24
[Handwritten]

## Bill of Indictment against Members of the Police

| No. | Rank | Name | Position | Unit |
|-----|------|------|----------|------|
|  | Police officer | Hilmi Abdel Karim Mohamed Hamash | Maintaining order |  |

In accordance with the orders and organizations that are operated under Palestinian Law, and the special order discussing disciplinary actions against police officers,

1- First Accusation:  Absent from work for two days on January 3 and January 18

2- Second Accusation:

3- Third Accusation:

4- Fourth Accusation

Testimony of the accused police officer:

Testimony of the witnesses

Verdict        Two days deducted from the salary

| **Signature** | **No.** | **Rank** | **Name** | **Occupation** |
|---------------|---------|----------|----------|----------------|
| [signature] |  | Colonel | Firas al-Omla | General Directorate of the Governorate Police |

Confirmed 2

**CONFIDENTIAL**                                     02:009010

*In the Name of God, Most Gracious, Most Merciful*

9 [Handwritten]
Personnel File
[Handwritten]

**Police General Department**
**Administration and Organization Institution**
12038  [Handwritten]



**No.:** 1065/3P
**Date:** April 5, 1998
**Enclosures**

---

Mr. / General Director of the Governorate of Bethlehem's Police - May God Protect Him

Homeland Greetings,

Pursuant to the Organization and Administration's Correspondence / No. 4269/3 / dated April
13, 1998

It has been approved to adjust the status of Police Officer/ Hilmi Abdel Karim Mohamed
Hamash - to the rank of Corporal as of April 1, 1998; by rank and salary.

Regards,

Congratulations.



Colonel / Orabi Mohamed Kaloub
General Director of the Organization
 & Administration in the police
April 15, 1998 [Signature]

**Police Department for the Governorate of Bethlehem**
**Organization & Administration**
Incoming Correspondence
           Date: April 21, 1998
           Issue No.: 519/3P



Congratulations [handwritten]
April 21, 1998
[Signature]

Copy to:
* The Assistant Director of the police and the General Director of the Administrative affairs.
* Police General Director of the Finance Administration
* Personnel File / Computer

**CONFIDENTIAL**                                                02:009011

*In the Name of God, Most Gracious, Most Merciful*

Personnel [Handwritten]

**Palestinian National Authority**
**Public Security/ the Police**
**Police Dept. of the Governorate of Bethlehem**

Computer's Identification: am101
No.: 304/7P
**Date:** May 11, 1999

## Internal Transfer Order

The following named police officers will be transferred to the specified centers stated next to each name based on need. This order will be executed as of its date and it is incumbent upon the director of each center to inform us of their compliance.

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
Police officer / Saqir Joudah Muteer Msalmah / Operations
Corporal / Ibrahim Ahmed Abdel Qader Thawabta Police Center of Beit Jala in place of
Police officer / Mohamed Fawzi Ahmed al-Sajdi / Operations
Corporal / Ramzi Jamal Abdel Salam Abu Hamad in place of
Corporal / Hilmi Abdel Karim Mohamed Hamash / City Center

Colonel/ Yusuf Hadib
The Police General Director of the Governorate of Bethlehem
May 11
[Signature]

Copy to:
*Circulation

**CONFIDENTIAL**                              02:009012

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Public Security**
**Police Dept. of the Governorate of Bethlehem**

010 [Handwritten]

Penalties 15/14
[Handwritten]

### Offense Form

**Name:** Hilmi Abdel Karim Hamash
**Rank:** Corporal

**Place of Employment:** Bethlehem Police

| Subscribed Punishment | Statement of Accusation | Place and Date of Punishment |
|---|---|---|
| Fined the cost of sixty bullets | Fired sixty shots from his Kalashnikov without justification.<br><br><br>Administrative Affairs / Armament<br><br>Fined the cost of the bullets. Each bullet costs 5 Shekels<br>03        04<br>[Handwritten Comments] | Police of the Governorate of Bethlehem<br><br>Date: March 4, 2000 |

**Signature of the Direct Supervisor**



**Date:** March 4, 2000

**CONFIDENTIAL**

02:009013



**Palestinian National Authority**
**The Police**

**Date**: July 27-28, 2000

**To**: The Honorable Director of the Police Center of the City of Bethlehem,
**From**: The person in charge of [illegible]

| No. | Rank | Name | Unit |
|---|---|---|---|
|  | Lieutenant | Wael Hiyawi | Patrols |

**Subject**: Concerning Corporal Hilmi Hamash's Absence:

Sir, we would like to inform you that the Corporal mentioned above has been absent from work until today. Knowing that he called and informed us that he went to Jericho in order to meet his uncle.

Written for the purpose of undertaking the necessary measures against him.


Wael Hiyawi
[Signature]                                          **Date**: July 27- 28, 2000

**Notes of the Direct Supervisor:**

**Date**:   /   /                                                  **Signature:**


**Notes of the Director**:  [illegible]
              The person [mentioned] above should be arrested.
              Two days salary deduction, for failure to appear for queue and absence
              from work [illegible]

**Date**     /    /                                          **Signature**: [illegible]


**CONFIDENTIAL**                                          02:009014

| PALESTINIAN AUTHORITY DOCUMENT | | | IDENTITY |
|---|---|---|---|
| Identity No. | 9 0141598 4 | | |
| First Name | **Hilmi** | | |
| Father's Name | **Abdel Karim** | | |
| Grandfather's Name | **Mohamed** | | |
| Last Name | **Hamash** | | |
| Mother's Name | **Rasmiya** | | [Photograph] |
| Date of Birth | **May 9, 1977** | | [Signature] |
| Place of Birth | **Al-Quds [Jerusalem]** | [Stamp] | Competent Authority |
| Sex | **Male** | Religion | **Muslim** |
| Issued in | **Bethlehem** | on date | **[illegible], 2000** |

| Palestinian Authority | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 0141598 4 |
| Last Name | | Hamash |
| First Name | | Hilmi |
| Address | | 0   0 |
| | Bethlehem | |
| City | | Beit Jala |
| Marital Status  Single | Spouse's Identity No. | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

**CONFIDENTIAL**

02:009016

*In the Name of God, Most Gracious, Most Merciful*       Personnel
                                                          [Handwritten]

**Palestinian National Authority**          Computer's Identification: ~~aam106~~
**The Police**              23 [Handwritten]              BD21 [handwritten]
**Police Department of the Governorate**     **No.**: 490/8P
**of Bethlehem**                              **Date**: August 23, 2001



<u>To His Excellency Colonel/ Orabi Kaloub /May God Protect Him</u>
<u>General Director of the Organization and Administration Institution at the Police</u>

Homeland Greetings,
Subject: Sanctions
Enclosed are (13) prosecution forms related to officers and police members from the Governorate of Bethlehem due to non-compliance with military discipline and absence from work. The police members are:

| No. | Rank | Name | Sanctions |
|---|---|---|---|
| 1 | Lieutenant | Abdul Latif Mohamed Abd | Three days deducted from salary |
| 2 | First Warrant Officer | Raed Mohamed Mahmoud Ramadan | One day deducted from salary |
| 3 | First Warrant Officer | Raed Mohamed Mahmoud Ramadan | Two days deducted from salary + warning |
| 4 | First Warrant Officer | Raed Mohamed Mahmoud Ramadan | One day deducted from salary |
| 5 | Warrant Officer | Ata Abdel Fattah Mohamed Jawabra | Four days deducted from salary |
| 6 | First Class Sergeant | Khaled Mohamed Ahmed Abu Amriyah | Warning |
| 7 | Sergeant | Raja Mohamed Khalil Abu Aahour | One day deducted from salary |
| 8 | Sergeant | Raja Mohamed Khalil Abu Aahour | Final warning |
| 9 | Sergeant | Adeeb Na'im Mousa Abu Sowi | One day deducted from salary |
| 10 | Sergeant | Hilmi Abdel Karim Hamash | One day deducted from salary |
| 11 | Sergeant | Shibli Mohamed Mahmoud Hussein | One day deducted from salary |
| 12 | Sergeant | Nassif Nasseef Hussein Ismail | Two days deducted from salary |
| 13 | Corporal | Shamroukh Theeb Abdel Hadi Shamroukh | Two days deducted from salary |

For your procedures and kindly keep us informed
Respectfully yours,



Colonel/ Yusuf Hadib
The Police General Director
in the Governorate of Bethlehem
[Signature]

                                                          08/93

Copy to:
* Personnel / Circulation

**CONFIDENTIAL**                                          02:009017

**Public Security**
**The Police**        2 [Handwritten]



01/8P  [Handwritten]
June 25, 2001 [Handwritten]
Personnel [Handwritten]

---

10 [Handwritten]      **Offense Form**      21/7 [Handwritten]

**Name:** Hilmi Abdel Karim Hamash
**Rank:** Sergeant                          **Place of Employment:** Bethlehem Police

| Subscribed Punishment | Statement of Accusation | Place and Date of Punishment |
|---|---|---|
| One day deducted from salary | Repeated tardiness for work<br><br>Confirmed,<br>June 25, 2001<br>[Signature]<br><br>[seal] | |

Signature of the direct supervisor                          **Date:** June 25, 2001

Lieutenant Colonel/ Ribhi Hamid
[illegible]/Lieutenant/ Zayed [illegible]

**CONFIDENTIAL**                          02:009018

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Finance**
**General Directorate of Payroll**



| Date: November 1, 2011 | Paid Salaries | No: |
|---|---|---|

### Identity No.:  901415984   Hilmi Abdel Karim Mohamed Hamash

| Month | Amount | Details |
|---|---|---|
| August 2004 | 800.00 | Detainees' wages |
| September 2004 | 800.00 | Detainees' wages |
| October 2004 | 800.00 | Detainees' wages |
| November 2004 | 800.00 | Detainees' wages |
| December 2004 | 800.00 | Detainees' wages |
| January 2005 | 800.00 | Detainees' wages |
| February 2005 | 800.00 | Detainees' wages |
| March 2005 | 800.00 | Detainees' wages |
| April 2005 | 800.00 | Detainees' wages |
| May 2005 | 800.00 | Detainees' wages |
| June 2005 | 800.00 | Detainees' wages |
| July 2005 | 800.00 | Detainees' wages |
| August 2005 | 800.00 | Detainees' wages |
| September 2005 | 800.00 | Detainees' wages |
| October 2005 | 800.00 | Detainees' wages |
| November 2005 | 800.00 | Detainees' wages |
| December 2005 | 800.00 | Detainees' wages |
| January 2006 | 800.00 | Detainees' wages |
| February 2006 | 800.00 | Detainees' wages |
| March 2006 | 800.00 | Detainees' wages |
| April 2006 | 800.00 | Detainees' wages |
| May 2006 | 800.00 | Detainees' wages |

### Identity No.:  901415984   Hilmi Abdel Karim Mohamed Hamash

| Month | Amount | Details |
|---|---|---|
| June 2011 | 3,172.82 | Detainees' wages |
| July 2011 | 465.47 | Detainees' wages |
| August 2011 | 465.47 | Detainees' wages |
| September 2011 | 465.47 | Detainees' wages |
| October 2011 | 4,886.76 | Detainees' wages |

### Identity No.:  901415984   Hilmi Abdel Karim Mohamed Hamash

| Month | Amount | Details |
|---|---|---|
| March 2006 | 2,005.99 | Military Personnel |
| April 2006 | 2,005.99 | Military Personnel |
| May 2006 | 2,026.40 | Military Personnel |
| June 2006 | 2,026.40 | Military Personnel |
| July 2006 | 2,026.40 | Military Personnel |

Tel: 2404917/8
TelFax: 2400481
P.O. Box: 795 Ramallah

**Page No.:** 1 / 3
November 1, 2011   9:42 a.m.

**CONFIDENTIAL**

02:009019

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Finance**
**General Directorate of Payroll**



| Date: November 1, 2011 | Paid Salaries | No: _____ |
|---|---|---|

### Identity No.: 901415984   Hilmi Abdel Karim Mohamed Hamash

| Month | Amount | Details |
|---|---|---|
| August 2006 | 2,026.40 | Military Personnel |
| September 2006 | 2,026.40 | Military Personnel |
| October 2006 | 2,026.40 | Military Personnel |
| November 2006 | 2,026.40 | Military Personnel |
| December 2006 | 2,026.40 | Military Personnel |
| January 2007 | 2,026.40 | Military Personnel |
| February 2007 | 2,026.40 | Military Personnel |
| March 2007 | 2,026.40 | Military Personnel |
| April 2007 | 2,026.40 | Military Personnel |
| May 2007 | 2,047.10 | Military Personnel |
| June 2007 | 2,047.10 | Military Personnel |
| July 2007 | 2,047.10 | Military Personnel |
| August 2007 | 2,047.10 | Military Personnel |
| September 2007 | 2,047.10 | Military Personnel |
| October 2007 | 1,974.32 | Military Personnel |
| November 2007 | 1,974.32 | Military Personnel |
| December 2007 | 2,047.10 | Military Personnel |
| January 2008 | 2,047.10 | Military Personnel |
| February 2008 | 2,047.10 | Military Personnel |
| March 2008 | 2,047.10 | Military Personnel |
| April 2008 | 2,302.26 | Military Personnel |
| May 2008 | 2,133.61 | Military Personnel |
| June 2008 | 2,133.61 | Military Personnel |
| July 2008 | 2,133.61 | Military Personnel |
| August 2008 | 2,133.61 | Military Personnel |
| September 2008 | 2,133.61 | Military Personnel |
| October 2008 | 2,133.61 | Military Personnel |
| November 2008 | 2,133.61 | Military Personnel |
| December 2008 | 2,133.61 | Military Personnel |
| January 2009 | 2,254.56 | Military Personnel |
| February 2009 | 2,340.29 | Military Personnel |
| March 2009 | 2,340.29 | Military Personnel |

**CONFIDENTIAL**

02:009020

| April 2009 | 1,410.29 | Military Personnel |
|---|---|---|
| May 2009 | 1,435.88 | Military Personnel |
| June 2009 | 1,435.88 | Military Personnel |
| July 2009 | 2,272.88 | Military Personnel |
| August 2009 | 2,272.88 | Military Personnel |
| September 2009 | 2,272.88 | Military Personnel |
| October 2009 | 2,272.88 | Military Personnel |
| November 2009 | 2,272.88 | Military Personnel |
| December 2009 | 2,272.88 | Military Personnel |

Tel: 2404917/8
TelFax: 2400481
P.O. Box: 795 Ramallah

**Page No.:** 2 / 3
November 1, 2011 9:42 a.m.

**CONFIDENTIAL**                    **02:009020** [continued]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Finance**
**General Directorate of Payroll**



| Date: November 1, 2011 | Paid Salaries | No:_____ |
|---|---|---|

### Identity No.:  901415984  Hilmi Abdel Karim Mohamed Hamash

| Month | Amount | Details |
|---|---|---|
| January 2010 | 2,251.01 | Military Personnel |
| February 2010 | 2,316.83 | Military Personnel |
| March 2010 | 2,316.83 | Military Personnel |
| April 2010 | 2,316.83 | Military Personnel |
| May 2010 | 2,343.29 | Military Personnel |
| June 2010 | 2,343.29 | Military Personnel |
| July 2010 | 2,343.29 | Military Personnel |
| August 2010 | 2,343.29 | Military Personnel |
| September 2010 | 2,318.91 | Military Personnel |
| October 2010 | 2,343.29 | Military Personnel |
| November 2010 | 2,343.29 | Military Personnel |
| December 2010 | 2,343.29 | Military Personnel |
| January, 2011 | 2,406.66 | Military Personnel |
| February, 2011 | 2,406.66 | Military Personnel |
| March, 2011 | 2,406.66 | Military Personnel |
| April, 2011 | 2,406.66 | Military Personnel |
| May, 2011 | 2,432.87 | Military Personnel |
| June, 2011 | 2,432.87 | Military Personnel |
| July, 2011 | 2,432.87 | Military Personnel |
| August, 2011 | 2,432.87 | Military Personnel |
| September, 2011 | 2,432.87 | Military Personnel |
| October, 2011 | 2,432.87 | Military Personnel |

Tel: 2404917/8
TelFax: 2400481
P.O. Box: 795 Ramallah

**Page No.:** 3 / 3
November 1, 2011   9:42 a.m.

**CONFIDENTIAL**                              02:009021

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                        Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## <u>DECLARATION OF EYAL SHERF</u>

Eyal Sherf hereby certifies as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as D02:009003-9021.

2.  I am a professional translator with a Certificate in Arabic to English translation from New York University.  I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009003-9021.

_____
Eyal Sherf

ss.: ~~New Jersey~~ *New York*

      On the [*27*] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
*27* day of February, 2014


Notary Public


ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires *Nov. 14 20 15*

  

السلطة الوطنية الفلسطينية
مديرية الشرطة العامة
التنظيم والأدارة

بيان ذاتية

حريق
٩٨/٤١/٣

الرقم العسكري : _____
الأسم الحقيقى : حاتم عبد الكريم محمد حكشن  رقم الرئيسى ٩٠١٤١٥٩٨٤
الرتبة : ملازم _____
تاريخ الترقية : / / ١٩ م
الأدارة التابع لها : تصنيف الذخام - دام الله _____
تاريخ الألتحاق : ١/٩/١٩٩٦م
مكان الميلاد : السيلم _____
تاريخ الميلاد : ٦/٥/١٩٧٧م
هل العلمى : ثانوى الثانوي _____
تاريخ الحصول عليه : / /١٩٩٤م
المؤهل العسكري : دورات ميدة سارئها _____
تاريخ الحصول عليه : / /١٩ م
البلد الأصلى : بيتا عطايا _____
اسم الأم : زكية _____
فصيلة الدم : _____
العنوان : الريسة بيتا لحم _____
الحالة الأجتماعية : أعزب _____
اسم الزوجة : _____

١- _____  ٢- _____
٣- _____  ٤- _____

أسماء الأبناء

| الأسم | تاريخ الميلاد | | الأسم | تاريخ الميلاد |
|---|---|---|---|---|
| ١- | | | ٢- | |
| ٣- | | | ٤- | |
| ٥- | | | ٦- | |
| ٧- | | | ٨- | |
| ٩- | | | ١٠- | |

أقرار

أقر بصحة البيانات المدونة اعلاه واتحمل المسئولية اذا ظهر خلاف ذلك .
التوقيع _____

يعتمد

مدير هيئة التنظيم والأدارة فى الشرطة

CONFIDENTIAL

02:009003

الإدارة : م. ل...ي...ب...
المحافظة : بيت...ع...م
التاريخ : ٣/١١/٢٠٠٤



السلطة الوطنية الفلسطينية
الشرطة

## تقرير كفاية الأداء للصف والأفراد

أولاً : تفاصيل الشخص المقيم :

| الوظيفة ومكان العمل | الاسم | الرتبة | الرقم |
|---|---|---|---|
| الرياضة | حلمي حسين كريم محمد هاشم | رقيب | |

ثانياً : الوظائف السابقة :
............................................................................

ثالثاً : فترة الخدمة في الوظيفة الحالية :
............................................................................

رابعاً : تقييم السلوك والأداء :

| ملاحظات | الدرجة المستحقة | الدرجة النهائية | | التسلسل |
|---|---|---|---|---|
| | ٦ | ١٠ | المحافظة على مواعيد العمل | ١ |
| | ٦ | ١٠ | المحافظة على الملبس والمظهر | ٢ |
| | ٦ | ١٠ | العلاقة بالجمهور | ٣ |
| | ١٠ | ١٥ | العلاقة بالرؤساء | ٤ |
| | ٩ | ١٥ | العلاقة بالرؤساء | |
| | ١٢ | ٢٠ | مدى الالتزام بالأوامر والتعليمات | ٦ |
| | ١٢ | ٢٠ | المعرفة المهنية بطبيعة العمل | ٧ |
| | ٦١ | ١٠٠ | المجموع | |

حالة توقيع أي جزاءات على المقيم تذكر في الملاحظات :
............................................................................

CONFIDENTIAL

02:009004

رأي الرئيس المباشر في الشخص المقيم :

تفاصيل الرئيس المباشر القائم بالتقييم :

ملاحظات الشخص المقيم إذا كان مجموع التقرير أقل من المتوسط :

التوقيع ....... الوظيفة ....... الاسم .......

ملاحظات مدير شرطة المحافظة أو مدير الأدلة :

ملاحظات مدير الشرطة :

التوقيع /
مديرية الشرطة

**CONFIDENTIAL**

02:009005



بسم الله الرحمن الرحيم

وزارة التربية و التعليم العالي

امتحان شهادة الدراسة الثانوية العامة لعام 2005

كشف علامات طلبة الفرع الادبي الناجحين

الاسم : حلمي عبد الكريم محمد هماش

رقم الجلوس : 33045102

المدرسة : دراسة خاصة

مديرية التربية و التعليم : الادارة العامة للامتحانات

| المبحـث | النهاية العظمى الصغرى | النهاية العظمى | بالأرقام 2004 | بالأرقام 2005 | بالحـروف |
|---|---|---|---|---|---|
| التربية الإسلامية | 50 | 100 | 65 | | خمس و ستون |
| اللغة العربية | 150 | 300 | 279 | | مائة و تسع و سبعون |
| اللغة الإنجليزية | 140 | 280 | 169 | | مائة و تسع و ستون |
| التاريخ | 60 | 120 | 114 | | مائة و اربع علامات |
| الرياضيات | 50 | 100 | | 76 | ستة و سبعون |
| الجغرافيا | 50 | 100 | 65 | | خمس و ستون |
| الثقافة العلمية | 50 | 100 | 72 | | اثنتان و سبعون |
| المجموع العـام | 500 | 1000 | 665 | | ستمائة و خمس و ستون |

المعدل المئوي : 66.5     ست و ستون  و  خمسة اعشار فقط

التاريخ : 2005-08-18

النتيجة | ناجــح



كتبها :     الحاسوب

راجعها :

وزير التربية و التعليم العالي

* المجموع العام = مجموع علامات مباحث اللغة العربية ، اللغة الانجليزية ، التاريخ ، الرياضيات ، و أعلى مبحثين من المباحث الأخرى
* المعدل المئوي = المجموع العام مقسوما على 10
* وفق المنهاج الأردني

**CONFIDENTIAL**

02:009006



الرقم : ٢ ق/ ١١٩٧٠
التاريخ : 2001/04/24
المرفقـات :

المديرية العامة للشرطة
التنظيم والادارة

١٨٩٨٥

**امــر اداري**

اشارة لكتاب التنظيم والادارة / السرايا رقم 3/3856 بتاريخ 2001/4/18

ـ يرقى العريف / حلمي عبد الكريم محمد همّاش ـ من مرتب شرطة محافظة بيت لحم ـ لرتبة الوقيب و عتبارا من
2001/4/1 بالرتبة والراتب .
ـ على جميع الجهات المختصة تنفيذ هذا الامر كل فيما يخصه .

مبـــروك



عقـيـد ركـن / غرابي محمـد كلوب
مدير عام التنظيم والادارة في الشرطة

نسخة الى :ـ
ـ السيد / مساعد مدير الشرطة ومدير عام ادارة الشئون الادارية
ـ السيد / مدير عام شرطة محافظة بيت لحم
ـ السيد / مدير عام ادارة مالية الشرطة
ـ الذاتية / الكمبيوتر

CONFIDENTIAL                    02:009007





السلطة الوطنية الفلسطينية

الشرطة

مديرية شرطة محافظة بيت لحم

سيادة العقيد ركن / عرابي كلوب / حفظه الله

مدير عام التنظيم والإدارة بالشرطة

تحية الوطن وبعد ،،،

الموضوع : العقوبات .

١- ارفق طيه ( ٩ ) نماذج مخاكمة والثائدة لإفراد شرطة محافظة بيت لحم تقيدهم بالضبط والربط العسكري وهم :

| الرقم | الرتبة | الاسم | العقوبة |
|---|---|---|---|
| ١- | رقيب اول | عزات جميل حسن ربايعة | حسم راتب يوم +يوم اضافة عمل |
| ٢- | رقيب اول | حسن مبارك حسين محاميد | حسم راتب يوم |
| ٣- | عريف | مفيد سعود ابويوم و سرحان | حسم راتب يومين + سبعة ايام حرمان من الإجازة |
| ٤- | عريف | حلمي عبد الكريم هماش | حسم راتب يومين |
| ٥- | عريف | طالب احمد محمد ابو عامرية | حسم راتب يوم |
| ٦- | عريف | شمروخ ذيب عبد الهادي شمروخ | حسم راتب يوم + يوم اضافة عمل |
| ٧- | عريف | ابراهيم عبد الرحمن احمد البدوي | حسم راتب يوم + يوم اضافة عمل |
| ٨- | شرطة | وليد عبد الفتاح محمد عودة | حسم راتب يوم + يوم اضافة عمل |
| ٩- | شرطة | اسامة علي مسلم الشاعر | حسم راتب يوم + يوم اضافة عمل |

لإجراءاتكم واعلامنا لطفاً ،،،

واقبلوا الاحترام ،،،

عقيد / يوسف هديب

مدير عام شرطة محافظة بيت لحم

02:009008

**CONFIDENTIAL**

نسخه الى :
- النائبة
- التداول

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

الأمن العام

الشرطة

أورنيك ذنب

الاسم : عبد الرحيم هاشم

الرتبة : مجند      مكان العمل : مركز شرطة المدينة

| مكان وتوقيع الجزاء وتاريخه | بيان التهمة المنسوبة اليه | الجزاء الموقع |
|---|---|---|
| يترك في مشفى مدينة رام الله بتاريخ ٢٨/٤/٩٢ | غياب عن جباه دون اذن بركان موحد غياب عن دوام يوم | يومين تهم راتب |
| | | الموقع |

التاريخ : ٢٩/٤/٩٢

CONFIDENTIAL

02:009009

بسم الله الرحمن الرحيم



السلطة الوطنية الفلسطينية

مديرية شرطة محافظة رام الله والبيرة

لائحة اتهام ضد أفراد الشرطة

| الوجه | الوظيفة | الأسم | الرتبة | الرقم |
|---|---|---|---|---|
| | | حلمي عبد الكريم محمد هلسة | شرطي | |

بناء على الأوامر والأنظمة المعمول بها حسب القانون الفلسطيني والأمر الخاص بالمخالفات التأديبية لرجال الشرطة الفلسطينيين

١— التهمة الأولى : تغيبه عن الخدمة لمدة يومين    ١٢ و ١٨/١١

٢— التهمة الثانية :

٣— التهمة الثالثة :

٤— التهمة الرابعة :

اقوال الشرطي المدان :

اقوال الشهود :

نتيجة الحكم :    حبس    ٣    يوم من الراتب

التوقيع :    الرقم :    الرتبة :    الأسم :    الوظيفة :

**CONFIDENTIAL**

02:009010





بسم الله الرحمن الرحيم

الرقـم: ٢٤/١.٦٥
التـاريخ: 98/04/15
المرفقات :

المديرية العامة للشرطة
التنظيم والادارة
١٥٠٢٨

السيد / مدير عام شرطة محافظة بيت لحم – حفظه الله .

تحية الوطن ،،

اشارة لكتاب التنظيم والادارة / السرايا رقم 3/4269 تاريخ 98/4/13

– تمت الموافقة على تسوية وضع الشرطي / حلمي عبد الكريم محمد هماش – لرتبة العريف اعتباراً مـــن 98/4/1 بالرتبة والراتب .

واقبلوا التحية



عقيـد / عزايـي محمـد كلـوب
مدير عام التنظيم والادارة فى الشرطة

نسخة الى :

– السيد / مساعد مدير الشرطة مدير عام ادارة الشؤون الإدارية

– السيد / مدير عام ادارة مالية الشرطة

– الذاتيه / الكمبيوتر



CONFIDENTIAL                    02:009011

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

الأمن العام / الشرطة

مديرية شرطة محافظة بيت لحم

تعريف الكمبيوتر: am101

الرقم: ........ /........

التاريخ: ١٩٩٧/٥/١١

## ــ أمــر نقـل داخلـي ــ

يتم نقل الشرطة الشرطية التالية اسمائهم الى المراكز الموضحة بجانب اسم كل .......

.......... وذلك لما تقتضيه مصلحة العمل .........

ينفذ هذا الأمر اعتباراً من تاريخه وعلى جميع مدراء المراكز اعلامنا التحاقه

وكم وكم

................................................................

................................................................

عريف/ سعيد .......... ...... مركز شرطة بيت جالا بدل من

ــ شرطي/ .......... حودة مطير مسالمة /العمليات

عريف/ ابراهيم احمد عبد القادر ثوابته مركز شرطة بيت جالا بدل من

ــ شرطي/ محمد فوزي احمد السنجدي/ العمليات

عريف/ رمزي جمال عبد السلام ابو خماد بدل من

ــ عريف/ حلمي عبد الكريم محمد هماش/ مركز المدينه.

عقيد / يوسف هدب

مدير عام شرطة محافظة بيت لحم

02:009012

**CONFIDENTIAL**

نسخة الى

ــ التداول

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
الأمن العام
الشرطة

أورنيك ذنب

الإسم: ................................
الرتبة: .............. مكان العمل: ...............

| الجزاء الموقع | بيان التهمة المنسوبة اليه | مكان ترقيم الجزاء وتأريخه |
|---|---|---|
| يغرم ثمن لتر ن بليت | الطلاء من سيتوبرلوم تجدكلا شهر ٥٥٥ سيبح | شرطة محافظة بيت لحم ٢/١/... |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

توقيع الرئيس المباشر

التاريخ: ٢/٢/...م

CONFIDENTIAL

02:009013

السلطة الوطنية الفلسطينية

الشـــرطة

إلى : .........................................................................

من : .........................................................................

| الرقم | الرتبة | الإسم | الوحدة |
|---|---|---|---|
| | ملازم | و ائل ج يا ب | swef |

الموضوع : ............................................................................................

............................................................................................

............................................................................................

............................................................................................

CONFIDENTIAL

ملاحظات الرئيس المباشر

التاريخ   /   /

ملاحظات المدير

التاريخ   /   /

التوقيع

02:009014



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

ديوان قاضي القضاة

المجلس الاعلى للقضاء الشرعي

المحكمة الشرعية في بيت لحم

الرقم : ١٢٨/١٨٨/٣

التاريخ :

وفق :

## طلقة أولى بائنة مقابل الابراء العام

في المجلس الشرعي المعقود لدي انا محمد جمال محمد جميل ابو اسنينه قاضي بيت لحم الشرعي حضر لدي المكلفان شرعا عبد الكريم محمد احمد هماش بصفته وكيلا خاصا عن الزوج ولده حلمي عبد الكريم محمد هماش الموجود حاليا في سجون الاحتلال بموجب وكالة خاصة صادرة عن الصليب الاحمر الدولي بتاريخ ٢٠٠٧/١٢/١٢م و حجة الاقرار المسجلة لدى هذه المحكمة بتاريخ ٢٠٠٨/١/٦م رقم ١٤٧/١٣٤/ه بالخصوص المذكور شاملة للموضوع الاتي و الزوجة رنا ملحم سعيد عليان كلاهما من الدهيشه و سكانها في بيت لحم و بعد التعريف بهما من قبل المكلفين شرعا احمد سعيد رمضان دبش و علي صالح محمود كنعان كلاهما من بيت لحم و سكانها عبد الكريم و رنا المذكورين على قيام الزوجية و الدخول الشرعيين بين الزوجين حلمي و رنا المذكورين بموجب عقد الزواج رقم (١٣٥٨٥٦) تاريخ ٢٠٠٣/٩/١٣ الجاوي لدى هذه المحكمة بمعرفة الماذون نعيم الجولاني و قررت الزوجة رنا المذكورة قائلة يا عبد الكريم انني ابرات ذمة موكلك زوجي حلمي الموجود حاليا في سجون الاحتلال من جميع ما استحقه لي عليه من المهر المعجل و المؤجل و توابعه و من نفقة العدة و سائر الحقوق الزوجية الاخرى ابراء عاما مانعا لكل حق و دعوى و نزاع يتعلق بهذا الخصوص نظير ان تطلقني نيابة عنه طلاقا بائنا املك به نفسي و فورا في المجلس خاطبها وكيل الزوج قائلا و انت يا زوجة ابني رنا المذكورة نظير هذا الابراء منك لموكلي فانت طالق من عصمته و عقد نكاحه طلاقا واحدا بائنا تملكين به نفسك و ابراتك من كل حق لـه قبله و طلب الطرفان اجراء الايجاب الشرعي و عليه و حيث صدر هذا الاقرار من وكيل الزوج و الزوجة المذكورين و هما اهل له بحضور المعرفين المذكورين فقد افهمتهما بان الزوجة رنا المذكورة قد بانت من زوجها احلمي المذكور بطلقة واحدة بائنة بينونة صغرى ما لم تكن مسبوقة منه بطلقتين و ان عليها العدة الشرعية اعتبارا من تأريخه ادناه و بانها لا تحل له الا بعقد ومهر جديدين و أقرر تسجيله و التاشير بما يلزم حسب الاصول تحريرا في ٢٠٠٨/١٢/٢٨ (هـ وفق ٢٠٠٨/٢/٦م .

الاصل اخرج وقويل

| سجل | صفحة | عدد |
|---|---|---|
| ٣ | ١٨٨ | ١٢٨ |

الكاتب/

رئيس الكتاب

قاضي بيت لحم الشرعي



CONFIDENTIAL

02:009015



CONFIDENTIAL

02:009016

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

الشرطة

مديرية شرطة محافظة بيت لحم

تعريف الكمبيوتر: aam106
BD21

الرقم : .....٢٨٠/..../.

التاريخ : ٢٢/٦/ ٢٠٠١

سيادة العقيد الركن / عرابي كلوب / حفظه الله

مدير عام التنظيم والادارة بالشرطة

تحية الوطن وبعد ،،،

الموضوع : العقوبات .

- مرفق طيه ( ١٣ ) نموذج محاكمه لضباط وافراد شرطة محافظة بيت لحم لعدم تقيدهم بالضبط والربط العسكري والغياب عن العمل وهم :

| الرقم | الرتبة | الاسم | العقوبة |
|---|---|---|---|
| ١. | ملازم | عبد اللطيف محمد عبد | حسم راتب ثلاثة ايام |
| ٢. | مساعد اول | رائد محمد محمود رمضان | حسم راتب يوم |
| ٣. | مساعد اول | رائد محمد محمود رمضان | حسم راتب يومين+لفت نظر |
| ٤. | مساعد اول | رائد محمد محمود رمضان | حسم راتب يوم |
| ٥. | مساعد | عطا عبد الفتاح محمد جوابرة | حسم راتب اربعة ايام |
| ٦. | رقيب اول | خالد محمد احمد ابو عامريه | لفت نظر |
| ٧. | رقيب | رجا محمد خليل ابو عاهور | حسم راتب يوم |
| ٨. | رقيب | رجا محمد خليل ابو عاهور | إنذار اخير |
| ٩. | رقيب | اديب نعيم موسى ابو صوي | حسم راتب يوم |
| ١٠. | رقيب | حلمي عبد الكريم هماش | حسم راتب يوم |
| ١١. | رقيب | شبلي محمد محمود حسين | حسم راتب يوم |
| ١٢. | رقيب | ناصف نصيف حسين اسماعيل | حسم راتب يومين |
| ١٣. | عريف | شمروخ ذيب عبد الهادي شمروخ | حسم راتب يومين |

- لاجراءاتكم واعلامنا لطفا .

مع فائق التحية والاحترام

CONFIDENTIAL

02:009017

يوسف هديب
مدير عام شرطة محافظة بيت لحم

نسخه الى : : الذاته/-التداول .

الأمن العام
الشرطة

أورنيك ذنب

الإسم: حلمي عبدالكريم حبيشة

الرتبة: عريف

مكان العمل: لمشـ...ية بيت لحـم

| الجزاء الموقع | بيان التهمة المنسوبة إليه | مكان وتوقيع الجزاء وتاريخه |
|---|---|---|

التاريخ: ٢٥/ ٦/ ٨ـ م

توقيع الرئيس المباشر

CONFIDENTIAL

02:009018



بسم الله الرحمن الرحيم

| Palestinian National Authority | السلطة الوطنية الفلسطينية |
| *Ministry of Finance* | وزارة المالية |
| General Directorate for Payroll | مديرية الرواتب العامة |

التاريخ : 2011/11/01

الرواتب المدفوعة

الرقم : _____  No: _____

هوية  901415984 جلمي عبدالكريم محمد هماش

| الشهر | المبلغ | التفاصيل |
|---|---|---|
| 08/2004 | 800.00 | رواتب الاسرى |
| 09/2004 | 800.00 | رواتب الاسرى |
| 10/2004 | 800.00 | رواتب الاسرى |
| 11/2004 | 800.00 | رواتب الاسرى |
| 12/2004 | 800.00 | رواتب الاسرى |
| 01/2005 | 800.00 | رواتب الاسرى |
| 02/2005 | 800.00 | رواتب الاسرى |
| 03/2005 | 800.00 | رواتب الاسرى |
| 04/2005 | 800.00 | رواتب الاسرى |
| 05/2005 | 800.00 | رواتب الاسرى |
| 06/2005 | 800.00 | رواتب الاسرى |
| 07/2005 | 800.00 | رواتب الاسرى |
| 08/2005 | 800.00 | رواتب الاسرى |
| 09/2005 | 800.00 | رواتب الاسرى |
| 10/2005 | 800.00 | رواتب الاسرى |
| 11/2005 | 800.00 | رواتب الاسرى |
| 12/2005 | 800.00 | رواتب الاسرى |
| 01/2006 | 800.00 | رواتب الاسرى |
| 02/2006 | 800.00 | رواتب الاسرى |
| 03/2006 | 800.00 | رواتب الاسرى |
| 04/2006 | 800.00 | رواتب الاسرى |
| 05/2006 | 800.00 | رواتب الاسرى |

هوية  901415984 جلمي عبد الكريم محمد هماش

| الشهر | المبلغ | التفاصيل |
|---|---|---|
| 06/2011 | 3,172.82 | رواتب الاسرى |
| 07/2011 | 465.47 | رواتب الاسرى |
| 08/2011 | 465.47 | رواتب الاسرى |
| 09/2011 | 465.47 | رواتب الاسرى |
| 10/2011 | 4,886.76 | رواتب الاسرى |

هوية  901415984 جلمي عبدالكريم محمد هماش

| الشهر | المبلغ | التفاصيل |
|---|---|---|
| 03/2006 | 2,005.99 | العشرين |
| 04/2006 | 2,005.99 | العشرين |
| 05/2006 | 2,026.40 | العشرين |
| 06/2006 | 2,026.40 | العشرين |
| 07/2006 | 2,026.40 | العشرين |

Tel : 2404917/8
TelFax : 2400481
P.O. Box : 785 Ramallah

تلفون : 2404817/8
تلفاكس : 2400481
ص ب : 785 رام الله

**CONFIDENTIAL**

02:009019

**Palestinian National Authority**
*Ministry of Finance*
General Directorate for Payroll

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة المالية
مديرية الرواتب العامة

الرقم : _____ :No                الرواتب المدفوعة                التاريخ : 2011/11/01

هوية 901415984 خلمي عبدالكريم محمد هماش

| الشـهر | المبلغ | التفاصيل |
|---|---|---|
| 08/2006 | 2,026.40 | العسكريون |
| 09/2006 | 2,026.40 | العسكريون |
| 10/2006 | 2,026.40 | العسكريون |
| 11/2006 | 2,026.40 | العسكريون |
| 12/2006 | 2,026.40 | العسكريون |
| 01/2007 | 2,026.40 | العسكريون |
| 02/2007 | 2,026.40 | العسكريون |
| 03/2007 | 2,026.40 | العسكريون |
| 04/2007 | 2,026.40 | العسكريون |
| 05/2007 | 2,047.10 | العسكريون |
| 06/2007 | 2,047.10 | العسكريون |
| 07/2007 | 2,047.10 | العسكريون |
| 08/2007 | 2,047.10 | العسكريون |
| 09/2007 | 2,047.10 | العسكريون |
| 10/2007 | 1,974.32 | العسكريون |
| 11/2007 | 1,974.32 | العسكريون |
| 12/2007 | 2,047.10 | العسكريون |
| 01/2008 | 2,047.10 | العسكريون |
| 02/2008 | 2,047.10 | العسكريون |
| 03/2008 | 2,047.10 | العسكريون |
| 04/2008 | 2,302.26 | العسكريون |
| 05/2008 | 2,133.61 | العسكريون |
| 06/2008 | 2,133.61 | العسكريون |
| 07/2008 | 2,133.61 | العسكريون |
| 08/2008 | 2,133.61 | العسكريون |
| 09/2008 | 2,133.61 | العسكريون |
| 10/2008 | 2,133.61 | العسكريون |
| 11/2008 | 2,133.61 | العسكريون |
| 12/2008 | 2,133.61 | العسكريون |
| 01/2009 | 2,254.56 | العسكريون |
| 02/2009 | 2,340.29 | العسكريون |
| 03/2009 | 2,340.29 | العسكريون |
| 04/2009 | 1,410.29 | العسكريون |
| 05/2009 | 1,435.88 | العسكريون |
| 06/2009 | 1,435.88 | العسكريون |
| 07/2009 | 2,272.88 | العسكريون |
| 08/2009 | 2,272.88 | العسكريون |
| 09/2009 | 2,272.88 | العسكريون |
| 10/2009 | 2,272.88 | العسكريون |
| 11/2009 | 2,272.88 | العسكريون |
| 12/2009 | 2,272.88 | العسكريون |

Tel : 2404917/8
TelFax : 2400481
P.O. Box : 795 Ramallah

رقم الصفحة : 2 / 3
NOV-01-11 09:42 AM

تلفون : 2404917/8
تلفاكس : 2400481
ص ب : 795 رام الله

**CONFIDENTIAL**

02:009020

**Palestinian National Authority**
*Ministry of Finance*
General Directorate for Payroll



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة المالية
مديرية الرواتب العامة

التاريخ : 2011/11/01

الرواتب المدفوعة

الرقم : _____ :No

هوية 901415984 حلمي عبدالكريم محمد هبائس

| الشهر | المبلغ | التفاصيل |
|---|---|---|
| 01/2010 | 2,251.01 | العسكرين |
| 02/2010 | 2,316.83 | العسكرين |
| 03/2010 | 2,316.83 | العسكرين |
| 04/2010 | 2,316.83 | العسكرين |
| 05/2010 | 2,343.29 | العسكرين |
| 06/2010 | 2,343.29 | العسكرين |
| 07/2010 | 2,343.29 | العسكرين |
| 08/2010 | 2,343.29 | العسكرين |
| 09/2010 | 2,316.91 | العسكرين |
| 10/2010 | 2,343.29 | العسكرين |
| 11/2010 | 2,343.29 | العسكرين |
| 12/2010 | 2,343.29 | العسكرين |
| 01/2011 | 2,406.66 | العسكرين |
| 02/2011 | 2,406.66 | العسكرين |
| 03/2011 | 2,406.66 | العسكرين |
| 04/2011 | 2,406.66 | العسكرين |
| 05/2011 | 2,432.87 | العسكرين |
| 06/2011 | 2,432.87 | العسكرين |
| 07/2011 | 2,432.87 | العسكرين |
| 08/2011 | 2,432.87 | العسكرين |
| 09/2011 | 2,432.87 | العسكرين |
| 10/2011 | 2,432.87 | العسكرين |

Tel    : 2404917/8
TelFax : 2400481
P.O. Box : 795 Ramallah

تلفون : 2404917/8
تلفاكس : 2400481
ص . ب : 795 رام الله

**CONFIDENTIAL**

02:009021