


**Palestinian National Authority**
**Ministry of Detainees' Affairs**

## Personal Information

| **File No.:** | **Identity No.:** | **Gender:** | **Date:** |
|---|---|---|---|
| 453299 | 920629276 | Male | September 8, 2010 |
| **Name:** | | | **Tel No.:** |
| Ali | Mohamed | Hammad Haliel | |
| **Cashing Center:** | **Address:** | | |
| 26 Bethlehem | Bethlehem | Bethlehem 735015 | |
| **Marital Status:** | **Number of Spouses:** | **Number of Children:** | |
| Single | 0 | 0 | |

## Financial Information

| **Name:** | **Identity No.:** | **Address:** |
|---|---|---|
| Suhaila Mousa Ahmed Haliel | 936956135 | |
| **Name of Authorized Agent:** | **Identity No.:** | **Address:** |
| | 0 | |
| **Bank:** | **Branch:** | |
| 6 Arab Bank | 9050 | 735015 |

| **Allocation:** | **Arrears:** | **Accreditation Start Date:** | **End Date:** |
|---|---|---|---|
| **4000** | 0 | July 1, 2004 | **August 1, 2013** |

## Detention Information

| **Date of Detention:** | **Detention Status:** | |
|---|---|---|
| March 6, 2004 | Sentenced | |
| **Sentenced:** | | |
| **Day:** 0, **Month:** 0, **Year:** 999 | | |
| **Employment:** | **Date of Release:** | **Date of Actual Release:** |
| 1 not specified | 0 | 0 |
| **Organization:** | **Prison:** | **Statement No.:** |
| 1 Fatah | 1 not specified | 20060863 |

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 2 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 6 | 4000 | 0 | 400 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 4 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 3 | 4000 | 5400 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 2 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 1 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 12 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 11 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 10 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 9 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 8 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 7 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 6 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 5 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |



**Palestinian National Authority**
**Ministry of Detainees' Affairs**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 4 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 3 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 2 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 1 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 12 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 11 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 10 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 9 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 8 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 7 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 6 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 5 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 4 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 3 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 2 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 12 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 11 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 10 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 9 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 8 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 7 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 6 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 5 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 4 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 3 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 2 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 1 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 12 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 11 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 10 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 9 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 8 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 7 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 6 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 5 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 4 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 3 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 2 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 1 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 12 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 11 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |

**Palestinian National Authority**
**Ministry of Detainees' Affairs**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 10 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 9 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 8 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 7 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 6 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 5 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 4 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 3 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 2 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 1 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 12 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 11 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 10 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 9 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 8 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 7 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 6 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 5 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 4 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 3 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 2 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 1 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 12 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 11 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 10 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 9 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 8 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 7 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| | | **134,200** | **5,400** | **800** | **0** | | | | | |

**CONFIDENTIAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF EYAL SHERF**

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009027-9029.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009027-9029.

Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV 14 2015

**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الاسرى والمحررين

CONFIDENTIAL

## البيانات الشخصية

رقم الملف 453299 | رقم الهوية 920629276 | الجنس ذكر | تاريخ 08/09/2010

الاسم علي محمد حماد هليل | تلفون

مركز صرف 26 بيت لحم | العنوان بيت لحم ٧٣٥٠١٥ بيت لحم

حالة زواجية أعزب | عدد الزوجات 0 | عدد الابناء 0

## البيانات المالية

اسم سهيلة موسى احمد هليل | الهوية 936956135 | العنوان

اسم الوكيل | الهوية 0 | العنوان

البنك 6 البنك العربي | الفرع 9050 | 735015

المخصص **4000** | المتأخرات 0 | بداية الاعتماد 01/07/2004 | نهاية **01/08/2013**

## بيانات الأسر

تاريخ الأسر 06/03/2004 | الحالة الاعتقالية محكوم | الحكم يوم 0 | شهر 0 | سنة 999

العمل 1 غيرمحدد | تاريخ تحرر 0 | تاريخ تحرر فعلي 0

التنظيم 1 فتح | السجن 1 غيرمحدد | رقم كشف 20060863

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 2 | 2012 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 1 | 2012 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 400 | 0 | 4000 | 12 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 11 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 10 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 9 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 8 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 7 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 400 | 0 | 4000 | 6 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 5 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 4000 | 4 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 5400 | 4000 | 3 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 2 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 1 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 12 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 11 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 10 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 9 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 8 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 7 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 6 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 5 | 2010 |

02:009027

Palestinian National Authority
Ministry of Detainees Affairs



السلطة الوطنية الفلسطينية
وزارة شؤون الاسرى والمحررين

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 4 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 3 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 2 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 1 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 12 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 11 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 10 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 9 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 8 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 7 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 6 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 5 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 4 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 3 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2006 |

CONFIDENTIAL

02:009028

**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الاسرى والمحررين

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2004 |
| | | | | | 0 | 800 | 5400 | 134200 | | |

CONFIDENTIAL