

**State of Palestine**
**Public Security**
**Organization and Administration Institution**



September 27, 2011
10:23:18

## Comprehensive Overview Statement

Date of Enlistment: November 1, 1994

| | | |
|---|---|---|
| **Name:** Abdel Karim Rateb Younis Aweis | | **Marital Status:** Married +1 |
| **Rank:** Security Major | | **Date of Rank:** October 1, 2006 |
| **Unit:** General Intelligence/ Northern Governorates | | **Identity No.:** 41639 |
| **Observations 1:** | | **Date of Birth:** August 26, 1970 |
| **Identity No.:** 980136675 | **Mother's Name:** Mariam | **Military No.:** 082013595 |
| **Order No.:** 11998/1 | **Order Issue Date:** December 11, 1995 | **Allocated to:** |

**Promotions:**

| From | | To | | By Order | |
|---|---|---|---|---|---|
| From Fixed Salary | November 1, 1994 | To 3/6 | October 1, 1996 | By Order 9437/3 | September 21, 1996 |
| From 6/3 | October 1, 1996 | To 3/3 | January 1, 1999 | By Order 9785/3 | September 25, 1999 |
| From 3/3 | October 1, 1999 | To Honorary Captain | January 1, 2004 | By Order 3318/3 | March 12, 2006 by order of the Minister of Interior July 21, 2006 |
| From Honorary Captain | October 1, 2003 | To Honorary Captain | October 1, 2002 | By Order 11373/15 | Permanent Promotion December 3, 2008 |
| From Honorary Captain | October 1, 2003 | To Honorary Major | October 1, 2006 | By Order 16154/3 | Presidential Orders |
| From Honorary Major | October 1, 2006 | Security Major | October 1, 2006 | By Order 2914/15 | June 1, 2011 Military Course |

**Record Deletion:**

**Transfer:**

**Termination of Services:**

**Transfer to Provisional Retirement:**

**Payment**
**On** October 20, 2007  **by Order** 15644/15   October 20, 2007   **Reason** He is married+3

**Miscellaneous Items Related to Noncommissioned Officers**

**Miscellaneous Items Related to Officers**
**By Order** 5667/15   June 17, 2002   **Reason** He was detained by the other party. His salary shall be paid.

**Sanctions**

[Signature]

[Stamp]   **State of Palestine**

**CONFIDENTIAL**                                                02:009046

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>        Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009046.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009046.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D. # 2420914



دولة فلسطين
الأمن العام
هيئة التنظيم والإدارة

2011/09/27
10:23:18

| تاريخ الالتحاق | 1994/11/01 | بيان التدقيق الشامل | | |
|---|---|---|---|---|
| الاســم: | عبدالكريم راتب يونس عويس | | م.اجتماعية: | "متزوج+1" |
| الرتبة: | رائد أمني | | تاريخ الرتبة: | 2006/10/01 |
| الوحدة: | المخابرات العامة / محافظات الشمال | | رقم الدائنية: | 41639 |
| ملاحظات: | | | تاريخ الميلاد: | 1970/08/26 |
| رقم الهوية: | 980136675 | الأم: مريم | الرقم العسكري: | 082013595 |
| رقم أمر الأخذ: | 11998/1 | تاريخ أمر الأخذ: 1995/12/11 | مفرز إلى: | |

الترقيــــــات

| من راتب مقطوع | 1994/11/01 الى 6/3 | 1996/10/01 بالأمر 9437/3 | 1996/09/21 | |
| من 6/3 | 1996/10/01 الى 3/3 | 1999/10/01 بالأمر 9785/3 | 1999/09/25 | |
| من 3/3 | 1999/10/01 الى نقيب شرف | 2003/10/01 بالأمر 3318/3 | 2006/03/12 | بناءً على تعليمات ورب الذ |
| من نقيب شرف | 2003/10/01 الى نقيب شرف | 2002/10/01 بالأمر 11373/15 | 2006/07/21 | ثبت قدم |
| من نقيب شرف | 2002/10/01 الى رائد شرف | 2006/10/01 بالأمر 16154/3 | 2008/12/03 | تعليمات الأخ الرئيس |
| من رائد شرف | 2006/10/01 الى رائد أمني | 2006/10/01 بالأمر 2914/15 | 2011/06/01 | دورة عسكرية |

ترقين القيد

النقــــل

إنهاء خدمات

إحالة للاستيداع

الصـــرف

في   2007/10/20   بالأمر   15644/15   2007/10/20   بسبب   متزوج+3

متفرقات مع ضباط

متفرقات ضباط

بالأمر  5667/15   2002/06/17   بسبب   تم اعتقاله من الطرف الآخر/تصرف رواتب

ملحوظات