PLAINTIFF'S
EXHIBIT
60
tabbies

**In the Name of God, Most Gracious, Most Merciful**

Sa'id 1[handwritten]

Number: 32 [handwritten]

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**



---

**In the Name of God, Most Gracious, Most Merciful**

Transaction was sent via Fax [handwritten]

## Social Examination

**Case:** Al-Aqsa Martyr/Military

The corpse is withheld [handwritten]

21[handwritten]

| | |
|---|---|
| **Name** | : Sa'id Ibrahim Sa'id Ramadan |
| **Local No.** | : 660 21 [handwritten] |
| **Central No.** | : |
| **Governorate** | : Nablus |
| **Date** | : January 27,2002 |

Ramallah – Tel/fax: 02-2986268

**CONFIDENTIAL**                                           **02:009050**

Sa'id 2 [handwritten]

# I: Personal Data

| | |
|---|---|
| Local No.: | Central No.: |
| Case Name: Sa'id Ibrahim Sa'id Ramadan | Code Name:... |
| Nationality: Palestinian | Identity No.: 104514804 |
| Beneficiary's Full Name: Ibrahim Sa'id Ibrahim Ramadan | Identity No.: 411555634 |
| Mother's Full Name: Azya Ali Ibrahim Ramadan | Identity No.:985390137 |
| Date & Place of Birth: December 18, 1978, Kuwait | Town of Origin: Tell |
| Religion: Muslim | Gender: Male          Marital Status: Single |
| Previous Work: Maritime Police Officer | Current Work: |
| Level of Education: Secondary school [handwritten] | Date & Number of Accreditation: |
| Date of Accreditation in the Establishment: | |

# II: Administrative Data

| | |
|---|---|
| Military Rank: ~~Corporal~~ Sergeant | Organizational Rank: |
| Rank Accreditation Letter: | No.:          Date: |
| Development of Previous Allocation: | Memo No. |
| Organization to which he / she belongs: Fatah | Sector: |
| Date of Joining the Revolution: | Organizational:          Militarily:          Reordering: |
| Courses Attended: | |

Date & Place of Event: January 22, 2002, West Jerusalem/ - Haifa Street

Description of the Event: He was martyred while executing a martyrdom operation in West Jerusalem. The operation led to the death and injury of a number of Israelis.

## Short Biography:

He began his professional life as a mechanic, after which he joined the maritime police of the Palestinian National Authority. He was a corporal. He was known to be a calm person and faithful to his country. Among his expressions was: "O Martyr! You have tested my soul". He was martyred while performing his national duty.

**Family Housing:**       Owned: ✓       Leased       Joint

**Monthly Rent:**

**Complete Address:** The village of Tell, Nablus/ West of Ein al-Balad

| Telephone | : /09/2346050 | 059/846616 | 0599047016 |
|---|---|---|---|

[illegible]

CONFIDENTIAL                                    02:009051

Martyr: "Sa'id Ibrahim Sa'id Ramadan" [handwritten]        Sa'id 3[handwritten]

## III: Family Index:        * Married - Single

(1) Married: Wives and minor children are recorded first, then adult offspring, then parents and siblings.
(2) Single: Parents and minor siblings are recorded first, then adult siblings.

| Series | Name | Relationship | Date of Birth | Level of Education | Occupation | Marital Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Ibrahim Sa'id Ibrahim Ramadan | Father | 1948 | Elementary | Does not work/ Sick | Married/ deceased | Tell |
| 2 | Azya Ali Ibrahim Ramadan | Mother | 1946 | Illiterate | Housewife | Married | Tell |
| 3 | Amal | Sister | 1977 | Middle school | Housewife | Married | Qalquiliya |
| 4 | Dalal | Sister | 1980 | High school | Housewife | Married | Jeddah |
| 5 | Jamila | Sister | 1982 | 2nd year at the university | University student | [illegible] | Tell |
| 6 | Mohamed | Brother | 1984 | High school | Worker Student | Married Single | Tell |
| 7 | Ilham | Sister | 1987 | 9th grade | Student | Married Single | Tell |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Number of Dependants**: 5

- **Married: wives and minor children**
- **Single: parents and minor siblings**:
- **Notes on Family Index**: The bank beneficiary account number of Ibrahim Sa'id Ibrahim Ramadan, father of the martyr, is 322985. Cairo / Amman Bank, Branch of Nablus

Ibrahim Sa'id Ibrahim Ramadan (Dinar)

Ibrahim Sa'id Ibrahim Ramadan's bank account is 444508-1/510. The Arab Bank / Nablus

**CONFIDENTIAL**                                    02:009052

Martyr: "Sa'id Ibrahim Sa'id Ramadan" [handwritten]          Sa'id 4[handwritten]

**Department's Recommendation**:

- The martyr was single. He was born in 1978. His parents are alive and he has three siblings who are students.

- He was martyred on January 22, 2002, while executing a martyrdom operation in West Jerusalem.

- The martyr was a member of the military who worked at the Maritime police with a rank of corporal.

    * We recommend that he is considered one of the al-Aqsa Martyrs

    **Date:** January 27, 2001          **Sig.** [Signature]

**Decision of the Director of the Establishment**: (      Nablus      )

- Martyr was single. He was martyred while executing a martyrdom operation in Jerusalem.

    - We recommend that he is considered as one of the al-Aqsa Martyrs - The martyr is a member of the military ……………………………………………………………………………………………………………………
    Date: …February 19, 2002………………… Signature. [Signature]

**Allocation Calculation:**

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|-------|----------|-------------------|
| ……………… | …….. | ………… | ……… | ………… | …….. | ………… | …………………… |

Other Bonuses:

Total (in Dinars):

Total (in Shekels):

**Approval of the General Director**:

**Date:**                          **Signature:**

| **Audit Notes** | **Date** | **Signature** |
|-----------------|----------|---------------|
| ……………………………….. | ………………………………….. | |
| **Computer Notes** | **Date** | **Signature** |
| ……………………………….. | ………………………………….. | |

**CONFIDENTIAL**                                                    02:009053

Aqsa Martyr/ Nablus Sa'id Ibrahim Sa'id Ramadan [handwritten]          Sa'id 5 [handwritten]

**Department's Recommendation:**

**Decision of the Director of the Establishment:** (              )

.............................................................................................................................................
.............................................................................................................................................
.............................................................................................................................................
......................................................... Date: ......................... Signature...........................


**Allocation Calculation**

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|-------|----------|-------------------|
| .............. | ........ | .............. | .......... | ............ | .......... | .............. | ........................... |

Other Bonuses:

Total (in Dinars):

Total (in Shekels):


**Approval of the General Director**:

To be approved as al-Aqsa martyr...[illegible]

Date: January 30,[illegible]                          Signature. [Signature]


| **Audit Notes** | **Date** | **Signature** |
|-----------------|----------|---------------|
| ......................................... | ..................................... | |
| ......................................... | ..................................... | |

| **Computer Notes** | **Date** | **Signature** |
|--------------------|----------|---------------|
| ......................................... | ..................................... | |
| ......................................... | ..................................... | |

**CONFIDENTIAL**

02:009054

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian Liberation Organization**
**Martyrs' Families & Injured Care Establishment**



Sa'id6[handwritten]

---

Establishment / Nablus

Brother the General Director of the Establishment/ May God protect him

Homeland Greetings,

**Case Name: Sa'id** Ibrahim Sa'id Ramadan          **Case Type:** Military martyr

**Central No.:** 13168          **Allocation:** $50/ Single          Sergeant

**Requested Procedures and Reasons:**\*\*Specialized transfer of the martyr's allocation from the military budget to Martyrs' Families & Injured Establishment.

The martyr is single; he holds the rank of sergeant. The beneficiary (Azya Ali Ibrahim Ramadan / Identity No. 985390137). Account No.: Bank of Palestine LMD 194925.

The martyr's allocation will be transferred to the Martyrs' Families & Injured Establishment as of July 1, 2009 pursuant to the decision of his Excellency the President.

**Attached Documents:**

**Name and Signature of  Department Head:** [Signed] Amani [illegible]

Net allocation to be paid from the Establishment (1160 - 180 = 980 Shekels) [illegible] al-Deek

July 1, 2009 [Handwritten Comments]

**Director's Opinion:**

\*\*\* The recommendation is approved. The martyr's allocation shall be transferred to the Martyrs' Families & Injured Establishment as of July 1, 2009 pursuant to the decision of his Excellency the president.

**Date:** June 21, 2009          **Signature of the Director of the Establishment**: [illegible]

**General Director's Measures:**  Approved. Allocation will be paid from the Establishment beginning from July 1, 2009. An allocation of 980 Shekels per month will be paid pursuant to the order of the Organization and Administration Institution.

**Date:** July 6, 2009          **Signature**: [Signature]

**Central Procedure:** ………          **Name and Signature of Executor**……

**Conduct Audit:**…………………….          **Name and Signature:**…………….

---

**Nablus – Tel/Fax: 09 2385550**
**Ramallah – Tel/Fax: 02-2986268**

**CONFIDENTIAL**          02:009055

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian Liberation Organization**
**Martyrs' Families & Injured Care Establishment**



Sa'id 7[handwritten]

---

Establishment / Nablus

Brother the General Director of the Establishment/ May God protect him

Homeland Greetings,

**Case Name:** Sa'id Ibrahim Sa'id Ramadan          **Case Type:** Al-Aqsa Martyr

**Central No.:** 013168/660                                    **Allocation:**          Military

**Requested Procedures and Reasons:** ** The martyr is single. His allocations shall be transferred from the Islamic Development Bank to his father. His mother is alive. The martyr's father passed away on May 5, 2006. **I recommend a transfer to the martyr's mother "Azya Ali Ibrahim Ramadan". Her bank account No. at Cairo/ Amman Bank is (349834)

**Enclosed Documents:** Copy of the death certificate of the martyr's father + copy of Photo Identity of the beneficiary + her bank account number.

**Name and Signature of Department Head:**_____ [Signed] Amani [signature]

**Director's Opinion:**

*** The allocation will be transferred to the name of the martyr's mother as his father, may God bless his soul, has passed away.  The Islamic Development Bank shall be notified of the situation

**Date:** August 3, 2006          **Signature of the Director of the Establishment:** [illegible]

**General Director's Measures:**  The Development Bank shall be notified. The allocation will be transferred to the name of the mother. The transfer of the allocation to the father is cancelled.

**Date:** August 6, 2006          **Signature:** [illegible]

**Central Procedure:** ………          **Name and Signature of Executor** [Signature]

**Conduct Audit:**…………………….          **Name and Signature:**…………….

---

**Nablus – Tel/Fax: 09 2385550**
**Ramallah – Tel/Fax: 02-2986268**

**CONFIDENTIAL**                    02:009056

| PALESTINIAN AUTHORITY | | | | **IDENTITY DOCUMENT** |
|---|---|---|---|---|
| Identity Number | 9 8539013 7 | | | |
| First Name | **Azya** | | | |
| Father's Name | **Ali** | | | |
| Grandfather's Name | **Ibrahim** | | | |
| Last Name | **Ramadan** | | | |
| Mother's Name | **Safiya** | | | [Photograph] |
| Date of Birth | **May 26, 1946** | | | [Signature] |
| Place of Birth | **Tal** | | | [Round stamp in Arabic] |
| Gender | **Female** | Religion | **Muslim** | Competent Authority |
| Issued in | **Nablus** | | on Date | **February 8, 2003** |

| Palestinian Authority | | Annex to Identity Document | |
|---|---|---|---|
| | | Identity No. | 9 8539013 7 |
| Last Name | | | Ramadan |
| First Name | | | Azya |
| Address | | | 0   0 |
| | Tal | | |
| | City | | |
| Marital status    Married | | Spouse's Identity No. 4 1155563 4 | |
| Spouse's Name | | Ibrahim | |
| Spouse's Identity No. | | | |
| Spouse's Name | | | |
| Previous Last Name | | | |
| Previous First Name | | | |

**CONFIDENTIAL**

02:009058

Sa'id 10[handwritten]

Sa'id Ramadan [handwritten]

**Cairo Amman Bank**

**Customer's Name:** Azya Ali Ibrahim Ramadan

**Customer's No.:** 349834

**Branch:** Nablus

**Fax:**...........**Tel**: [illegible]

**CONFIDENTIAL**                    02:009059

Sa'id 11 [handwritten]

Copy of the martyr's identity [handwritten]

| CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA | | | **IDENTITY DOCUMENT** |
|---|---|---|---|
| Identity Number | [illegible] | | |
| First Name | **Sa'id** | | |
| Father's Name | **Ibrahim** | | |
| Grandfather's Name | **Sa'id** | | |
| Last Name | **Ramadan** | | |
| Mother's Name | [illegible] | | [Photograph] |
| Date of Birth | [illegible] | | [Stamp] Israeli Defense Forces |
| Place of Birth | [illegible] | | [Signature] |
| Gender | **Male** | Religion | **Muslim** [Stamp] Marie Gawai |
| Issued in | **Nablus** | on date | **February 2, 1995** |

| Civil Administration in Judea and Samaria Area Annex to Identity Document | | |
|---|---|---|
| | Identity No. | 9 0456480 4 |
| Last Name | | Ramadan |
| First Name | | Sa'id |
| Address | | |
| | Tal | |
| | City | |
| Marital status    Single | | Spouse's Identity No.  [illegible] |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

**CONFIDENTIAL**

Sa'id 12[handwritten]

**Palestinian Authority**
**Minister of Interior**
**Department of Civil Affairs**



## Death Certificate

**Identity No.: 9    0456480    4**

**Name of the Deceased: Sa'id**                                    **Father's Name:** Ibrahim

**Grandfather's Name: Sa'id**                                      **Family Name:** Ramadan

**Gender:** Male                                                              **Religion:** Muslim

**Date of Death:** January 22, 2002 the twenty second of January two thousand and two.

**Place of Death:** Jerusalem                                          **Hospital:** ---------

**Date of Birth:** December 18, 1978                              **Nationality:** Palestinian

**Civil Status:** Single                                                    **Mother's Name:** Azya

**Address:**       Tell.                                                       0-0

---

The details about the above mentioned death have already been registered in the death file of the year 2002

**By Department of Civil Affairs in** Nablus                    **On** January 31, 2002

Signed by the Competent Employee
[Signature]

Stamp of the Directorate

**CONFIDENTIAL**                                              **02:009061**

| PALESTINIAN AUTHORITY | | | | **IDENTITY DOCUMENT** |
|---|---|---|---|---|
| Identity No. | 4 1155563 4 | | | |
| First Name | **Ibrahim** | | | |
| Father's Name | **Sa'id** | | | |
| Grandfather's Name | **Ibrahim** | | | |
| Last Name | **Ramadan** | | | |
| Mother's Name | **Amna** | | | [Photograph] |
| Date of Birth | **January 25, 1948** | | | [Signature] |
| Place of Birth | **Tal** | | | [Round Stamp in Arabic] |
| Gender | **Male** | Religion | **Muslim** | Competent authority |
| Issued in | **Nablus** | on date | | [illegible] |

| Palestinian Authority    Annex to Identity Document Ministry of the Interior | Children (up to age 16) |
|---|---|
| Identity No.    4 1155563 4<br>Last Name    Ramadan<br>First Name    Ibrahim | Name   Dalal<br>Gender Female         Identity No.         8 5320362 8<br>Date of Birth    October 13, 1980 |
| Address<br>        Tal<br>        City | Name    Jamila<br>Gender Female         Identity No.         9 1175701 1<br>Date of Birth    July 12, 1982 |
| Marital status Married Spouse's Identity No. 9 8539013 7<br>Spouse's Name:        Azya<br>Spouse's Identity No. | Name   Muhammad<br>Gender Male          Identity No.         9 1175702 9<br>Date of Birth    May 21, 1984 |
| Spouse's Name<br>Previous Last Name within last 7 years<br>Previous First Name within last 7 years | Name   Ilham<br>Gender Female         Identity No.         9 4860943 3<br>Date of Birth    November 24, 1987 |

**CONFIDENTIAL**

02:009062

[illegible lines]

[illegible]                9 8539013 7

[illegible]                **Azya**
[illegible]                [illegible]
[illegible]                **Ibrahim**
[illegible]                **Ramadan**
[illegible]                **Safiya**                                    [Photograph]
[illegible]                **May 26, 1946**                    [Stamp] Israeli Defense Forces
[illegible]                **Tal**                                     [Signature]
                                                          [Stamp] Avinoam Yehezkeli
[illegible]                **Female**        [illegible]      **Muslim**        Office Manager
Issued in              **Nablus**              on date          **June 15, 1987**

| Identity No.   9 8539013 7 Ramadan Azya | Name   Amal Gender Female        Identity No.        9 0456479 6 Date of Birth     August 3, 1977 |
|---|---|
| Tal | Name   Sa'id Gender Male          Identity No.        9 0456480 4 Date of Birth   December 18, 1978 |
| Marital Status   Married Spouse's Name Ibrahim | Name   Jamila Gender Female        Identity No.        9 1175701 1 Date of Birth    July 12, 1982 |
| | Name   Muhammad Gender Male          Identity No.        9 1175702 9 Date of Birth    May 21, 1984 |

*Ilham*
*Female 948609433*
*November 24, 1987*

*Dalal*
*Female 853203628*
*October 13, 1980*

[Stamp] Population Administration
Office
Nablus 7

**CONFIDENTIAL**                                    02:009063

| PALESTINIAN AUTHORITY | | | | **IDENTITY DOCUMENT** |
|---|---|---|---|---|
| Identity No. | 9 1175701 1 | | | |
| First Name | **Jamila** | | | |
| Father's Name | **Ibrahim** | | | |
| Grandfather's Name | **Sa'id** | | | |
| Last Name | **Ramadan** | | | |
| Mother's Name | **Azya** | | [Photograph] | |
| Date of Birth | **July 12, 1982** | | [Signature] | |
| Place of Birth | **Kuwait** | | [Round stamp in Arabic] | |
| Gender | **Female** | Religion | **Muslim** | Competent authority |
| Issued in | **Nablus** | on date | | **July 5, 1999** |

| Palestinian Authority | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 1175701 1 |
| Last Name | | Ramadan |
| First Name | | Jamila |
| Address | | 0  0 |
| | Tal | |
| | City | |
| Marital status    Single | | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

**CONFIDENTIAL**                    02:009064

*In the Name of God, Most Gracious, Most Merciful*

**Al-Najah National
Community College
Dean's Office**



Sa'id 16[handwritten]

**No.**: K.M.J/ SH.T
**Date**: February 4, 2002

Sa'id Ramadan [handwritten]

Greetings,

## To Whom It May Concern

The management of Al-Najah National Community College confirms that the student Jamila Ibrahim Sa'id Ramadan is a student at the college, majoring in Business Administration and Finance, and specializing in accounting. She is in her second semester of the school year of 2001/2002.

This certificate was provided to the abovementioned upon her request.

The Dean
[Signature]
Dr. Ghassan Al-Helou

Nablus – P.O. Box 7,707 – Tel. (972) (09) 2370042, 2386584 – 2381113/7 – Fax (972) (09) 2387982

**CONFIDENTIAL**                    **02:009065**

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Education**
**Directorate of Education- Nablus**
**Tell Secondary School for Boys**
**National No.: 12112000**



Sa'id 17[handwritten]

Unit Reference
12054

No.: 4.2.B                                    Sa'id Ramadan[handwritten]
Date: January 31, 2001 AD
Corresponding to El-Qeda 13, 1422 AH

## To Whom It May Concern

The management of this school confirms that Mohamed Ibrahim Sa'id Ramadan is a student at the school for the current school year 2001/2002, as of the date of the issuance of this certificate.

This certificate was provided to the abovementioned upon his request.

Name of the School Director: Lotfi Mohssin
Signature of the School Director:
[Signature]



**CONFIDENTIAL**                                    02:009066

| PALESTINIAN AUTHORITY | | | | **IDENTITY DOCUMENT** |
|---|---|---|---|---|
| Identity No. | 9 1175702 9 | | | |
| First Name | **Muhammad** | | | |
| Father's Name | **Ibrahim** | | | |
| Grandfather's Name | **Sa'id** | | | |
| Last Name | **Ramadan** | | | |
| Mother's Name | **Azya** | | | [Photograph] |
| Date of Birth | **May 21, 1984** | | | [Signature] |
| Place of Birth | **Kuwait** | | | [Round stamp in Arabic] |
| Gender | **Male** | Religion | **Muslim** | Competent authority |
| Issued in | **Nablus** | | on date | **August 12, 2000** |

| Palestinian Authority | | Annex to Identity Document | |
|---|---|---|---|
| | | Identity No. | 9 1175702 9 |
| Last name | | Ramadan | |
| First name | | Muhammad | |
| Address | | 0   0 | |
| | Tal | | |
| | City | | |
| Marital Status   Single | | | |
| Spouse's Name | | | |
| Spouse's Identity No. | | | |
| Spouse's Name | | | |
| Previous Last Name | | | |
| Previous First Name | | | |

**CONFIDENTIAL**

02:009067

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Education**
**Directorate of Education- Nablus**
**Tell Secondary School for Girls**
**Tel**: 2346160



Sa'id Ramadan [handwritten]

Sa'id 19 [handwritten]

**National No.**: 12112127

**No.**: 1285
**Date**: February 2, 2002

## To Whom It May Concern

The management of Tell Secondary School for Girls confirms that student Ilham Ibrahim Sa'id Ramadan is a student at the school for the current school year 2001/2002.

This certificate was provided to the abovementioned upon her request.

Name of the School Director: Rahabal-Sadar
Signature of the School Director:
[Signature]



**CONFIDENTIAL**

02:009068

Sa'id 20 [handwritten]
**Palestinian National Authority**
**National Security**
**Organization and Administration Institution**
**Individual Affairs**

Nablus/ Tell[handwritten]
**No.:** 13/3716
**Date:** April 28, 2002

## Administrative Order

Sergeant Sa'id Ibrahim Sa'id Ramadan, from the Maritime police/ Northern Governorates is hereby approved as a martyr by the Palestinian National Authority as of January 23, 2002, by rank and salary as he was martyred while performing his national duty.

- The salary of the above-mentioned will continue to be disbursed by General Headquarters/ Northern Governorates /Martyrs' roster for the benefit of his family until a determination is made after reviewing the retirement law.

**Copies to:**

- Financial Administration
- Maritime Police
- General Headquarters/ Northern Governorates
- Social Affairs
- Medical services
- Supply and Equipment
- Personal Affairs
- Compiler
-
-Computer

Organization and Administration Institution
[Signature]
April, 28

SEAL OF THE
Palestinian National Authority
Organization and Administration
Institution

Nablus[handwritten]

**CONFIDENTIAL**                    02:009069

PALESTINIAN AUTHORITY                                    **IDENTITY DOCUMENT**

Identity No.              4 1155563 4

First Name              **Ibrahim**
Father's Name           **Sa'id**
Grandfather's Name      **Ibrahim**
Last Name               **Ramadan**
Mother's Name           **Amna**                            [Photograph]
Date of Birth           **January 25, 1948**                [Signature]
Place of Birth          **Tal**                             [Round stamp in Arabic]
Gender                  **Male**       Religion    **Muslim**    Competent authority
Issued in               **Nablus**           on date          [illegible]

| Palestinian Authority  Annex to Identity Document | Children (up to age 16) | Children (up to age 16) |
|---|---|---|
| Ministry of the Interior<br>　　　　　Identity No.　4 1155563 4<br>Last Name　　Ramadan<br>First Name　　Ibrahim | Name  Dalal<br>Gender  Female<br>　　　Identity No.  8 5320362 8<br>Date of Birth　October 13, 1980 | Name<br>Gender<br>　　　Identity No.<br>Date of Birth |
| Address<br>　　　　Tal<br>　　　　City<br>Marital status Married Spouse's Identity No. 9<br>8539013 7<br>Spouse's Name Azya<br>Spouse's Identity No.<br>Spouse's Name<br>Previous Last Name within last 7 years<br>Previous first Name within last 7 years | Name   Jamila<br>Gender  Female<br>　　　Identity No.  9 1175701 1<br>Date of Birth　July 12, 1982 | Name<br>Gender<br>　　　Identity No.<br>Date of Birth |
| | Name   Muhammad<br>Gender  Male<br>　　　Identity No.  9 1175702 9<br>Date of Birth　May 21, 1984 | Name<br>Gender<br>　　　Identity No.<br>Date of Birth |
| | Name   Ilham<br>Gender  Female<br>　　　Identity No.  9 4860943 3<br>Date of Birth　November 24, 1987 | Document Holder's<br>Signature |

**CONFIDENTIAL**                                    **02:009070**

[illegible lines]

[illegible]                 9 8539013 7

[illegible]                 **Azya**
[illegible]`                **[illegible]**
[illegible]                 **Ibrahim**
[illegible]                 **Ramadan**
[illegible]                 **Safiya**                          [Photograph]
[illegible]                 **May 26, 1946**                    [Stamp] Israeli Defense Forces
[illegible]                 **Tal**                             [Signature]
                                                                [Stamp] Avinoam Yehezkeli
[illegible]        **Female**    [illegible]    **Muslim**      Office Manager
Issued in          **Nablus**            on date               **June 15, 1987**

| [illegible] | Annex to Identity Document | Children (up to age 16) | | [illegible] |
|---|---|---|---|---|
| | | | | *Ilham* |
| | Identity No.     9 8539013 7 | Name   Amal | | *Female 948609433* |
| [illegible] | Ramadan | Gender Female        Identity No.        9 | | *November 24, 1987* |
| [illegible] | Azya | 0456479 6 | | |
| | | Date of Birth    August 3, 1977 | | *Dalal* |
| [illegible] | | Name   Sa'id | | *Female 853203628* |
| | Tal | Gender Male          Identity No.        9 | | *October 13, 1980* |
| | | 0456480 4 | | |
| [illegible] | Married | Date of Birth    December 18, 1978 | | [Stamp] Population |
| [illegible] | Ibrahim | Name   Jamila | | Administration |
| | | Gender Female        Identity No.        9 | | Office |
| | | 1175701 1 | | Nablus 7 |
| | | Date of Birth    July 12, 1982 | | |
| | | Name   Muhammad | | |
| | | Gender Male          Identity No.        9 | | |
| | | 1175702 9 | | |
| | | Date of Birth    May 21, 1984 | | |

**CONFIDENTIAL**                                   02:009071

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**                                    Sa'id 22[handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:** May 21, 2002
**No.:** 660/
**Issued:**

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist Sa'id Ibrahim Sa'id Ramadan, born on December 18, 1978, in Kuwait, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on January 22, 2002, in Jerusalem.

This certificate is given to Ibrahim Sa'id Ibrahim Ramadan in his capacity as the father upon his request.

| SEAL OF THE |
| Martyrs' Families & Injured Care |
| Establishment |
| Office of Nablus |

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**                                    02:009072

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**



Sa'id 25[handwritten]

**Date:**August 13, 2002
**No.:** 660/ 013168
**Issued:**

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist <u>Sa'id Ibrahim Sa'id Ramadan</u>, born on <u>December 18, 1978</u>, in <u>Kuwait</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>January 22, 2002</u>, in Jerusalem.

This certificate is given to <u>Jamila Ibrahim Sa'id Ramadan</u> in her capacity as the <u>sister</u> upon her request.

| |
|---|
| SEAL OF THE Martyrs' Families & Injured Care Establishment |
| Office of Nablus |

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**                    02:009073

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**



Sa'id 26[handwritten]

**Date:**August 17, 2002
**No.:** 660/ Aqsa Martyr - 13168
**Issued:** Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist <u>Sa'id Ibrahim Sa'id Ramadan</u>, born on <u>December 18, 1978</u>, in <u>Kuwait</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>January 22, 2002</u>, in Jerusalem.

This certificate is given to <u>Mohamed Ibrahim Sa'id Ramadan</u> in his capacity as the <u>martyr's brother</u> upon his request.

| |
|---|
| SEAL OF THE<br>Martyrs' Families & Injured Care<br>Establishment |
| Office of Nablus |

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**               02:009074

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**                                   Sa'id 27 [handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:** January 30, 2003
**No.:** 660/ Aqsa Martyr
**Issued:**

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist Sa'id Ibrahim Sa'id Ramadan, born on December 18, 1978, in Kuwait, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on January 22, 2002, in Jerusalem.

This certificate is given to Ibrahim Sa'id Ibrahim Ramadan in his capacity as the father upon his request.

SEAL OF THE
Martyrs' Families & Injured Care
Establishment

Office of Nablus

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**                                          **02:009075**

| CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA | **IDENTITY DOCUMENT** |
|---|---|

Identity No.        [illegible]

| First Name | **Sa'id** | | |
|---|---|---|---|
| Father's Name | **Ibrahim** | | |
| Grandfather's Name | **Sa'id** | | |
| Last Name | **Ramadan** | | |
| Mother's Name | [illegible] | | [Photograph] |
| Date of Birth | [illegible] | | [Stamp] Israeli Defense Forces |
| Place of Birth | [illegible] | | [Signature] |
| Gender | **Male** | Religion | **Muslim** [Stamp] Marie Gawai |
| Issued in | **Nablus** | on date | **February 2, 1995** |

| Civil Administration in Judea and Samaria Area Annex to Identity Document | | |
|---|---|---|
| | Identity No. | 9 0456480 4 |
| Last Name | | Ramadan |
| First Name | | Sa'id |
| Address | | |
| | Tal | |
| | City | |
| Marital status    Single | Spouse's Identity No. | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

**CONFIDENTIAL**

02:009076

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**                                            Sa'id 29[handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date:** February 5, 2002
**No.:**
**Issued:** Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist <u>Sa'id Ibrahim Sa'id Ramadan</u>, born on <u>December 18, 1978</u>, in <u>Kuwait</u>, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on <u>January 22, 2002</u>, in Jerusalem.

This certificate is given to <u>Jamila Ibrahim Sa'id Ramadan</u> in her capacity as the <u>sister</u> upon her request.

SEAL OF THE
Martyrs' Families & Injured Care
Establishment

Office of Nablus

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

**CONFIDENTIAL**                                            **02:009077**

*In the Name of God, Most Gracious, Most Merciful*



**State of Palestine**                                                Sa'id 30[handwritten]
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**Date**: August 9, 2006
**No.**: 13168/660/...
**Issued**: Nablus

## To Whom It May Concern

Homeland Greetings,

The Martyrs' Families & Injured Care Establishment attests that martyr and activist Sa'id Ibrahim Sa'id Ramadan, born on December 18, 1978, in Kuwait, is one of the Palestinian revolution's martyrs who are registered with the Establishment.

He was martyred on January 22, 2002, in West Jerusalem- Haifa Street

This certificate is given to Azya Ali Ibrahim Ramadan in her capacity as his mother and upon her request.

| SEAL of the |
| Martyrs' Families & Injured Care |
| Establishment |
| Office of Nablus |

Signature of the Director of the Establishment

[Signature]

Ramallah- Tel/Fax: 02-2986268

Gaza- Tel/Fax: 08-2824727

**CONFIDENTIAL**                                                **02:009078**

Sa'id 31[handwritten]

**Bank of Palestine P.L.C**

**Name:** Azya Ali Ramadan

**AccountNo.:**194925

**Branch:** Nablus

Sa'id Ramadan[handwritten]

**CONFIDENTIAL**                    **02:009079**

Sa'id Ramadan [handwritten]    Sa'id Ramadan [handwritten]

Sa'id32 [handwritten]

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
    **Ministry of Health**
**Request to Register for Health Insurance**

| Identity No. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | 8 | 5 | 3 | 9 | 0 | 1 | 3 | 7 |

Card No.

| | | | | |
|---|---|---|---|---|
| | | | | |

Details about the Insured

| **First Name** | **Father's Name** | | **Grandfather's Name** | | | | **Family Name** | |
|---|---|---|---|---|---|---|---|---|
| Azya | Ali | | Ibrahim | | | | Ramadan | |
| **Country** | **Address** | | | | | **Country Code** | **Regional Code** | |
| Tell | Tell | | | | | [illegible] | [illegible] | |
| **Clinic** | **Clinic Code** | **Insurance Start Date** | **Insurance Type** | **Case of [illegible]** | **Date of Birth** | **Number of Dependants** | [Seal] [illegible] | |
| Tell | 310 | March 23, 2009 | 22 | 9 | 1946 | 02 | **Signature of the Employee** [Signature] | |

Date: March 23, 2009    Signature of the Insured _____

Details about Dependants of the insured

| Series | Name | Relationship | Identity No. | Date of Birth | Notes |
|---|---|---|---|---|---|
| 1 | Mohamed | Son | 911757039 | 1984 | Effective until the end of 2001 |
| 2 | Ilham | Daughter | 948604432 | 1987 | [illegible] |
| 3 | | | | | April 1, 2009 |
| 4 | | | | | [illegible stamp] |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 0 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

**CONFIDENTIAL**                                        02:009080

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009050-9080.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009050-9080.

Adnane Ettayebi

ss.: New Jersey

On the [29] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
29 day of February, 2014

Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914



**Palestinian National Authority .**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



ارسلت بحالته مع لبناء

# بحث اجتماعي

الحالة : ثمهير ابراهيم / عكريه
الطفلان شتير
٢١

الاسم : ..... سهير ابراهيم سهير رمانر
الرقم المحلي : ..... ٢١ ..... الرقم المركزي : .....
المحافظة : ..... نابلس
التاريخ : ..... ٤ / ١ / ٨٤ .....

سمير ح

**أولاً : معلومات ذاتية :**

الرقم المحلي : ............................... الرقم المركزي : ....................................

اسم الحالة : ....... يسير ابراهم سعيد رضياس .......... الاسم الحركي : ............................

الجنسية : ................ بلسطيني ................... رقم الهوية : .......... ٩٠٦٦٦٦٠٠١ ...........

اسم المستفيد رباعي : ... ابراهم سعيد ابراهم رضياس ...... رقم الهوية : ....... ٩٠٠٦٦٦٦٠٠١ .....

اسم الأم كامل : ...... عزت علي ابراهم رضياس ........ رقم هوية الأم : ... ٩٩٥٢٥٠٩٥٨٨ ....

تاريخ ومكان الميلاد : ... ١٩٨٧/١٤/١١٨ .. الكويت ........ البلد الأصلي : ............ حق .............

الديانة : .......... مسلم .......... الجنس : ....... ذكر ....... الحالة الاجتماعية : ...... اعزب .....

العمل السابق : ....... حر بيت الجيرة ....... العمل الحالي : ............................

تاريخ ورقم كتاب الاعتماد : ............................

تاريخ الاعتماد بالمؤسسة : ............................

المركز العملي : ...... ثانوي عامة .....

**ثانياً : معلومات ادارية :**

الرتبة العسكرية : .......... ضابط ......... الرتبة التنظيمية : ..........................

كتاب إعتماد الرتبة : .......... رقم : ............. تاريخ : ............................

المخصص الشهري السابق : .................................... رقم المذكرة : ...............

التنظيم التابع له : ........ فتح ........ القطاع : ............................

تاريخ الالتحاق بالثورة : ............. تنظيما : ........... عسكريا : ........... **تفرغا : ...............**

الدورات التي اجتازها : ............................

تاريخ ومكان الحادث : ....... ٢٠٠٨/١١/٢٢ .... المدينة الغربية ... شارع حيفا .......

كيفية حدوث الحادث : ...... استشهد اثناء قيامه بتنفيذ عملية استشهادية ضد اسرائيل الغربية ......

........... حيث قتل الحاج ستة عشر جندي اسرائيلي .............................

**موجز سيرته الذاتية :**

الشهيد سمير ابراهيم لكونه عام ١٩٨١ ومكث وعاش بالكويت منذ ان ولد لعام ١٩٩٠ حيث كانت اسرته تعيش هناك

حيث الله لم يهم عام ١٩٩١ وبدأ الدراسة والعزايه بالكويت في مدرسة ثانية حتى مرحلته عاش مع والده بكامل

الحدود له ........ فتحت رونق باسم ............ اسمي اثناء قيامه بواجب الوطني .

سكن الاسرة : ملك : ............ ايجار : ........... مشترك : ............

الإيجار الشهري : ............................

العنوان الكامل : ......... نابلس ضريح بن غزة شهيد ........................

أقرب تلفون : ...... ٠٥٩/٢٥٢٦٠ / ٠٩٦٦٦١٨٦/٠٩٦١١١١ .......... ٠٥٩٩٦٦٧٧ ...

CONFIDENTIAL

02:009051

المستبق ، ، سمير ابرأهم سمير رمفان ،

سعيد

ج ٢

ثالثاً : الجدول الأسري :  * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالدولة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | ابراهيم سمير ابراهيم رمضان | والده | ١٩٤٨ | ابتدائي | رادير/رلفن | متزوج | شبرا مصر/بلي |
| ٢ | عزت علوك ابراهيم رمضان | والده | ١٩٥٩ | ابتك | ربة ست | متزوجه | بلي |
| ٣ | ادي | شقيقه | ١٩٧٧ | اثل اردي ية ست | متزوجه | ۰ دلقليه |
| ٤ | دليل | شقيقه | ١٩٨٠ | ثانوي خاصه | مرض | متزوجه | |
| ٥ | حياة | شقيقه | ١٩٨٢ | ث مادس دبلوم تجاري | كي | بلي |
| ٦ | محمد | شقيق | ١٩٨٤ | ثانوي عام | طالب | كي | بلي |
| ٧ | الهام | شقيقته | ١٩٨٧ | ناتج | طالب | | كي |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : .................................... ٦

- المتزوج : الزوجات والابناء القصر : ..........................
- الاعزب : الوالدين والاخوة القصر : ...........................

ملاحظات على الجدول الاسري : ......................................

تم مضاهاه ذلك بالسجل بمستبق ابراهيم سمير ابراهيم رمضان رقم ٢٤٢٩٨٥ بلوليكمام/غلم-نزع نائب (دبلر)

رقم/٤٤٢٥٠.٨-١/٥١. و-نائب/ي

02:009052

توصية القسم : المشرف ، سعيد ابراهيم سعيد رمضان ،

ـ التوصية ، سيرها المؤرخ ١٩٧٨ ، والرقم ... 

... 

...

التاريخ : ...... ١١/٥/...... التوقيع : ...

قرار مدير المؤسسة : ( ناب ـ س )

ـ ....

ـ ....

التاريخ : ١٩ . ... التوقيع : ...

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ...............

المجموع بالدينار : ...............

المجموع بالشيكل : ...............

اعتماد المدير العام :

...

| التوقيع | التاريخ | ملاحظات التدقيق : |
|---|---|---|

| التوقيع | التاريخ | ملاحظات الحاسب الآلي : |
|---|---|---|

**CONFIDENTIAL**

02:009053

سيدا / نا بس    سيدا برا هي سعيد / ميادي)

توصية القسم :

سعيد عي

.............. التوقيع : .................  التاريخ : ...............

قرار مدير المؤسسة : (                    )

............. التوقيع : ..............  التاريخ : .............

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : .................

المجموع بالدينار : ..................

المجموع بالشيكل : ..................

اعتماد المدير العام :

ملاحظات التدقيق :

التاريخ        التوقيع

ملاحظات الحاسب الآلي :

التاريخ        التوقيع

**CONFIDENTIAL**            02:009054

بســـــــم الله الرحمن الرحيـــــم



PALESTINIAN LIBERATION ORGANIZATION

M' s F. & I. C. E.

منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله
تحية الوطن والدولة ،،،،،

| | | |
|---|---|---|
| اسم الحالة: سعيد إبراهيم سعيد رمضان | نوعها: | شهيد عسكري |
| الرقم المركزي: ١٨ ١٦ ١٤ | المخصص: ٥٠ $ / اعزب | |

الاجراء المطلوب والاسباب : ** نقل مخصص الشهيد من المالية العسكرية الى اسر الشهداء والجرحى .

الشهيد اعزب ، ويحمل رتبة رقيب ، .المستفيد ( عزية على إبراهيم رمضان / هوية رقم / ٩٨٠٣٩٠١٣٧)

رقم حساب ..بنك فلسطين المحدود      ١٩٤٩٢٥

ينقل مخصص الشهيد الى مؤسسة رعاية اسر الشهداء والجرحى اعتبارا من ١/٧/٢٠٠٩ بناء على قرار سيادة الرئيس

الوثائق المرتقفه:

اسم وتوقيع رئيس القسم :

رأي المدير :

**** تعتمد التوصية وينقل مخصص الشهيد الى مؤسسة رعاية اسر الشهداء والجرحى بناء على قرار سيادة الرئيس

اعتبارا من ١/٧/٢٠٠٩ .

التاريخ: _____ توقيع مدير المؤسسة: _____

اجراء المدير العام :

التاريخ: ٦/١/٢٠٠٩ ___ التوقيع: _____

الاجراء المركزي: _____ اسم وتوقيع المنفذ: _____

اجراء التدقيق: _____ الاسم والتوقيع: _____

Nablus - Tel/Fax  : 09 2385550
Ramallah-Tel/Fax : 02-2986268

نابلس ـ تلفاكس : ٢٣٨٥٥٠٠ ـ ٠٩
رام الله ـ تلفاكس : ٢٩٨٦٢٦٨ ـ ٠٢

CONFIDENTIAL

02:009055

سعيد رمضان

بســـــــم اللــــــه الرحــــــــن الرحـــــــــيم



PALESTINIAN LIBERATION ORGANIZATION

منظمــــــة التحريـــــر الفلسطينيـــــــة

M's F. & I. C. E.

مؤسسة رعاية أسر الشهداء و الجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله
تحية الوطن والدولة ،،،،،

اسم الحالة:  سعيد ابراهيم سعيد رمضان _____ نوعها: _____ شـــــــــهيد اقصى

الرقم المركزي: ___ ٦٦٠ / ١٣١٦٨،  المخصص: _____ عســــــكري

الاجراء المطلوب و الاسباب: ** الشهيد اعزب ، تصرف مخصصاته من بنك التنمية الاسلامي لصالح والده ، والدته

على قيد الحياة ، والد الشهيد توفي بتاريخ ٢٠٠٦/٥/٥ ، ** اوصى بتحويل الصرف لوالدة الشهيد " عزية علي ابراهيم

رمضان " رقم حسابها في بنك القاهرة عمان هو ( ٣٤٩٨٣٤ )

الوثائق المرفقة:  صورة عن شهادة الوفاة لوالد الشهيد + صورة عن هوية المستفيدة + رقم حسابها

اسم وتوقيع رئيس القسم: _____

رأي المدير :

*** يحول الصرف باسم والدة الشهيد حيث ان والد الشهيد توفي " رحمة الله " ، ويخاطب بنك التنمية بذلك .

التاريخ: _____ توقيع مدير المؤسسة: _____

اجراء المدير العام : _____

التاريخ: _____ ٢٠٠٦/٨/١٥ _____ التوقيع: _____

الاجراء المركزي: _____ اسم وتوقيع المنفذ: _____

اجراء التدقيق: _____ الاسم و التوقيع: _____

**CONFIDENTIAL**

02:009056

Ramallah-Tel/Fax : 02-2986268

Nablus -- Tel/Fax : 092985550

رام الله– تلفاكس : ٢٩٨١٢٦٨_٠٢

نابلس/تلفاكس / ٠٩٢٣٨٥٥٥٠.



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينــــة
وزارة الداخليــــــة
مديرية الأحوال المدنية

شـــهادة وفـــــاة
# Death Certificate

| | | 4  1155563  4 | رقم الهوية Id No. |
|---|---|---|---|

| سعيد | إسم الأب Father's name | ابراهيم | اسم المتوفى Name |
|---|---|---|---|
| , رمضان | إسم العائلة Family name | ابراهيم | اسم الجـد G.F.'s name |
| مسلم | الديانة Religion | ذكر | جنس Sex |
| الخامس من شهر أيار لعـام ألفين و ستة | | 2006/05/05 | تاريخ الوفاة D. of death |
| -- | المستشفى Hospital | نابلس | مكان الوفاة P. of death |
| فلسطيني | الجنسية Nationality | 1948/01/25 | تاريخ الميلاد D. of birth |
| امنه | إسم الأم M.'s name | متزوج | الحالة المدنية M. status |
| | | – 0 – 0 | عنوان Address |

إن التفاصيل المدونة بوفاة المذكور أعلاه أدرجت في سجل الوفـــاة لسنة    2006

The details about the above mentioned death have already been registered in the death file of year    20

قبل مديرية الأحوال المدنية بـ  نابلس  بتـاريـخ  2006/05/29

by Department of Civil Affairs in    Nablus    On    29/05/2006

توقيع
الموظف المختص
Employee Signature




بطاقة هوية
تعودة زهوت

إسـلطـة الفلـسطينية
الرشوت الفلستينيت
رقم الزويه
مسبر الهوون

9 8539013 7

عزيه
علي
ابراهيم
رمضان
صفيه
26/05/1946

تل

08/02/2003    مزلمه    مسطير    نقـبه    النبي    نابلس

ملحق لبطاقة الهوية
سفح لتعودت زهوت

السـلطـة الـفلـسطينية
الرشوت الفلستينيت

9 8539013 7

رمضان
عزيه
تل

متزوجة    4 1155563 4

ابراهيم    ابراهيم

CONFIDENTIAL

02:009058



بنك القاهرة عمان

Cairo Amman Bank

اسم العميل :

Customer's Name:

رقم العميل

Customer's Number:

فرع

Branch:

رقم الهاتف

Tel:

رقم الفاكس

Fax:

CONFIDENTIAL

02:009059



02:009060

Palestinian Authority

Ministry of Interior

Department of Civil Affairs



السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية

## Death Certificate

| | | | |
|---|---|---|---|
| 9 0456480 4 | | رقم الهوية Id No. | |

| ابراهيم | إسم الأب Father's name | سعيد | إسم المتوفى Name |
|---|---|---|---|
| رمضان | إسم العائلة Family name | سعيد | إسم الجد G.F.'s name |
| مسلم | الديانة Religion | ذكر | الجنس Sex |
| الثاني و العشرون من شهر كانون الثاني لعــام ألفين و إثنين  2002/01/22 | | | تاريخ الوفاة D. of death |
| -- | المستشفى Hospital | القدس | مكان الوفاة P. of death |
| فلسطيني | الجنسية Nationality | 1978/12/18 | تاريخ الميلاد D. of birth |
| عزيه | إسم الأم M.'s name | أعزب | الحالة المدنية M. status |
| 0 – 0 – | | نل | العنوان Address |

إن التفاصيل المدونة بوفاة المذكور أعلاه أدرجت في سجل الوفــاة لسنة  2002

The details about the above mentioned death have already been registered in the death file of year   2002

من قبل مديرية الأحوال المدنية بــ   نابلس   بتـاريــخ   2002/01/31

by Department of Civil Affairs in    Nablus    On    31/01/2002



توقيع
الموظف المختص



CONFIDENTIAL

02:009061



CONFIDENTIAL

02:009062

CONFIDENTIAL

02:009063



CONFIDENTIAL

02:009064

بسم الله الرحمن الرحيم

An-Najah National
Community College

Dean's Office



كلية مجتمع
النجـــــاح الوطنيـــــة
كليـــــة مجتـــمع متـــوسطة
مكتب عميد الكلية

الرقم: ك.م.ج/ش.ط

التاريخ : ٢٠٠٢/٢/٤

تحية طيبة وبعد،

<u>إلى من يهمه الأمر</u>

تشــــــهد إدارة كليـــــة مجتمـــــع النجـــــاح الوطنيـــــة أن الطالبـــــة
(جميلـــة ابراهيـم ســعيد رمضـــان) هـي احـدى طالبـــات الكليـــــة فــي برنـــــامج
(الإعمـــال الإداريـــة والماليـــة) تخصـــص (المحاســـبة ) فــي الفصـــل الدراســـي
الثـــاني مـن العـــام الدراســـي ٢٠٠٢/٢٠٠١.

وبناء على طلبه أعطي هذه الشهادة

عميد الكليـــــة

ثم ثعبان الحكـو

CONFIDENTIAL

02:009065

بسم الله الرحمن الرحيم

| Palestinian National Authority<br>Ministry of Education<br>Directorate of Education - Nablus<br>Tell Secondary School For Boys<br><br>مر /V | إشارة الوحدة<br>12054 | سلطة الوطنية الفلسطينية<br>وزارة التربية والتعليم<br>مديرية التربية والتعليم ـ نابلس<br>مدرسة تل الثانوية البنين<br>الرقم الوطني : ٠٠٠٢٥٠٠. |

ر : ٤.٠٠...........

يخ : ٢٠٠١ / ١ / ١٥ م

فق : ق، إذارتهم ٠٠١١.

الكترنيم الاص

شهد ادارة هذه المدرسة أنبا ( محمد ابراهيم سعيد رمضان )
هو احد طلاب هذه المدرسة للعام الدراسي لعام ٢٠٠١ / ٢٠٠٠ ومن مواليد ٢٨/٦/٨٦
وبناء على طلبه اعطيت له هذه الشهادة.

ام مدير المدرسة . لطفي حسن
توقيع المدير :

[ختم: وزارة التربية والتعليم - مدرسة تل الثانوية للبنين - نابلس]



CONFIDENTIAL

02:009067



بسم الله الرحمن الرحيم

| | |
|---|---|
| Palestinian National Authority | السلطة الوطنية الفلسطينية |
| Ministry of Education | |
| Directorate of Education – Nablus | مديرية التربية والتعليم / نابلس |
| Till Secondary School for Girls | مدرسة بنات تل الثانوية |
| Tel: 2346160 | هاتف 2346160 |
| الرقم الوطني 12112127 | |

الرقم    1285

التاريخ   2 2 2002

الى من يهمه الامر

تشهد دائرة مدرسة بنات تل الثانوية ان الطالبة (احلام ابراهيم سعيد رمضان )

هي حدى طالبات هذه المدرسة للعام الدراسي الحالي (2001/2002)

وبناء على طلبها اعطيت هذه الشهادة .



مديرة المدرسة

رحاب الصدر

س . ث

CONFIDENTIAL

02:009068

01-MAY-2002 WED 00:14    E                              00000000000000        P. 14

سيبير ع.
ككل / د / ب

الـــــرقم : ١٦ / ٧ / ١٢

التــــاريخ : ٢٠٠٢/٤/٢٨



السلطة الوطنيـــــــية الفلسطينية

الامـــــن العــــام

هيئــة التنظـــــــــيم والادارة

شئون الافراد

## امـــر إداري

يعتمد الرقيـب / سعيد ابراهيم سعيد رمضان ، من مرتب الشرطة البحرية / محافظات الشمال شهيداً مـــن شهداء السلطة الوطنية الفلسطينية واعتباراً من ٢٠٠٢/١/٢٣ بالرتبة والراتب وذلك لاستشهاده النـــــاء تأديه واجبه الوطني ٠٠

– يستمر صرف راتب المذكور على مرتب المقر العام / محافظات الشمال / كشف الشهداء لمصـالح اسـرته ولحين البـت بقانون التقاعد ٠٠٠

نسخــــــــة الـــــسي :

– الادارة المالية

– الشرطة البحرية

– المقر العام / محافظات الشمال

– الشئون الاجتماعية

– الخدمات الطبية

– الامداد والتجهيز

– المالية

– المصنف

–

– المعسكرات

/ التنظيـــــــم والإدارة



CONFIDENTIAL

02:009070



02:009071

ٮٮٮ

Palestinian National Authority
Ministry of Social Affairs
M's F. & i.C.E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية اسر الشهداء والجرحى

Date: ..................................

تاريخ : ............................
رقم : ............................
صادر : ............................

الى : ............................

تحية الوطن والحرية ،

تشيد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

.................................................. سعيد ابراهيم سمير ..................

المولود في : ١٨ / ١٤ / ١٩٧٨ ................ الكويت

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ٢٤ / ١ / ٢٠٠٢

وأعطى هذه الشهادة بناء على طلب : .................. سمير ابراهيم سعيد رينا

بصفته / بصفتها : ............ الرب

Ramallah - Tel/ Fax : 02-2986268                رام الله - تلفاكس : ٢-٢٩٨٦٢٦٨

**CONFIDENTIAL**

02:009072

سيعير عثمات



Palestinian National Authority
Ministry of Social Affairs
M's F. & I.C.E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية اسر الشهداء والجرحى

التاريخ : ... / ... / ...
الرقم : .. / ... / ...
صادر : .. السياسيس ..

Date ...........

الى : _____ سر يوم ===== الذي

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

_____ سمير ابراهيم سمير رضا ب _____

المولود في : ١٨ / ١٢ / ١٩٨٨ _____ الذس _____

هو احد شهداء الثورة الفلسطينية المسجلين لديها .

وقد استشهد بتاريخ ٢٠ / ١ / ٢٠٠٥ في ____ المترسم الغربي

_. .. بي هذه الشهادة بناء على طلب : طيايب ابراهيم سمير رضا ب

بصفته / بصفتها : _____ شمعت _____

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢-٢٩٨٦٢٦٨ ٠

**CONFIDENTIAL**

02:009073

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
Palestinian National Authority
وزارة الشؤون الاجتماعية
Ministry of Social Affairs
مؤسسة رعاية أسر الشهداء والجرحى
M's F. & I.C E

Date ....................     التاريخ : ١٨ / ٢ - ٥
الرقم : ٥ / [ ١٦٦ ] صشهراض - ١٦٨
صادر : الساعة

إلى : .................... مدير رعاية أسر

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

ـــــــــــــ بسبت ابراهم صبر سنبله ـــــــــــــ

المولود في : ١٨ / ٢ / ١٩٦٨   الكرس ـــــــــــ

هو أحد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ٢٢ / ١ / ٤٠ . م في الابرس الغربس

وأعطى هذه الشهادة بناء على طلب : ـــ محمد ابراهم صبر سنبله

من قبله / بصفتها : ـــــــــــــــــــــــــــــ

Ramallah - Tel/ Fax : 02-2986268        رام الله - تلفاكس : ٠٢-٢٩٨٦٢٦٨

CONFIDENTIAL

02:009074

سقمہ ٧٢

بسم الله الرحمن الرحيم

| Palestinian National Authority | السلطة الوطنية الفلسطينية |
| Ministry of Social Affairs | وزارة الشؤون الاجتماعية |
| M's F. & i.C.E. | مؤسسة رعاية اسر الشهداء والجرحى |

التاريخ : .................
الرقم : ................
صادر : ................

Date............................

الى : مؤسسة تعمه المزر

تحية الوطن والحرية ،

تشيد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد


سيد ابراهيم سعيد رمضان

المولود في : ١٨ / ١٤ / ١٩٧٨     الكويت

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

رقم استشهد بتاريخ ٩٩ / ١ / ٦ ... القدس

وأعطي هذه الشهادة بناء على طلب : ابراهيم سعيد ابراهيم رمضان

بصفته / بصفتها : والده

Ramallah - Tel/ Fax : 02-2986268          رام الله – تلفاكس : ٢٦٨ ٢٨٦-٠٢

**CONFIDENTIAL**          02:009075



CONFIDENTIAL

02:009076

سعيد ٢٩

---

Palestinian National Authority
Ministry of Social Affairs
M's F. & I.C.E.

Date..............................

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية اسر الشهداء والجرحى

التاريخ : ٩٤/١٢/٢٥
الرقم : ............
صادر : ............ نابلس

الى : _____ السيد بيت اللحم _____

تحية الوطن والحرية ،

تشهد مؤسسة رعاية أسر الشهداء والجرحى أن المناضل الشهيد

_____ سعيد ابراهيم سعيد رضبان _____

المولود في : ١٨ / ١٦ / ١٩٤٨ ____ الكرك ____

هو احد شهداء الثورة الفلسطينية المسجلين لدينا .

وقد استشهد بتاريخ ٦٩ / ١ / ٩٤ ____ المدرسة ____

وأعطي هذه الشهادة بناء على طلب : جمعية ابراهيم سعيد رضبان

بصفته / بصفتها : _____ سيستة _____

[ختم دائري]
دولة فلسطين
وزارة الشؤون الاجتماعية
مكتب نابلس

Ramallah - Tel/ Fax : 02-2986268                رام الله – تلفكس : ٢١٨١٢١٨-٢-٠

CONFIDENTIAL

02:009077

سمير بلع

بسم الله الرحمن الرحيم



State of Palestine

Ministry of Social Affairs

M's F.& I.C.E.

دولة فلسطين

وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

التاريخ: ............ ١٩٨١\٦\١٣ ..........

الرقم: ....... خلع\ ............ ١٦٦١ م \١٢٩٩

صادر: ...................................

إلى: _____ صم لهم المنير

تحية الوطن والحرية،

تشهد **مؤسسة رعاية أسر الشهداء والجرحى** أن الشهيد
_____ سعيد ابراهيم _____ سعيد رمضان _____

المولود في : ٨ / ١ /٥٨ ١٩٨٨ _____ الكويت _____

هو أحد شهداء الثورة الفلسطينية المسجلين لديها .

وقد استشهد بتاريخ: ٩٥ / ١ /٥ ..c في : _____ القدس\العربية - شارع صلاح

وأعطي هذه الشهادة بناءً على طلب : عزيت على ابرا هيم رمضان

بصفته / بصفتها : _____ والدته _____



**CONFIDENTIAL**        02:009078

Ramallah - Tel/Fax:02-2986268

Gaza - Tel/Fax:08-2824727

رام الله – تلفاكس:٢٩٨٦٢٦٨-٢-٠

غزة – تلفاكس:٢٨٢٤٧٢٧-٨-٠

سعد ١ ٢



بنـــك فلســـطين م.ع.م
BANK OF PALESTINE P.L.C.

الاســـــم: ضريح عـلاء رمضـان

رقم الحساب: ١٩٤٩٢٥

الفـــرع: نابلس

CONFIDENTIAL

02:009079

بسم الله الرحمن الرحيم

الهيئة الوطنية الفلسطينية

وزارة العدة - نابلس

طلب تسجيل للتأمين الصحي

رقم الهوية

| ٧ | ٣ | ١ | ٠ | ٤ | ٥ | ٨ | ٩ |
|---|---|---|---|---|---|---|---|

رقم البطاقة

## تفاصيل عن صاحب التأمين

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول |
|---|---|---|---|
| رمضان | ابراهيم | علي | عزيه |

| علامة المنزلة | علامة البلد | المكان — وان | البلــد |
|---|---|---|---|

| ختم الساكن | عدد الدراقين | تاريخ الميلاد | الحالة العنصرية | نوع التأمين | تاريخ بداية التأمين | رمز المعادة | المسـاد ا |
|---|---|---|---|---|---|---|---|
| | ٢ | ١ ٤ ٢ | ٩ | ٣ ٢ | ٢ ١ | ٩ ٩ ٤ ٢٣ ٣١٠ | |

توقيع المتزوجات

توقيع الذزمن

التاريخ ٢٣/ ٣/ ٢٠٠٩

## تفاصيل عن السراكنين لصاحب التأمين

| ملاحظات | تاريخ الميلاد | رقــم الهويــــة | القرابه | الاسم | متسلسل |
|---|---|---|---|---|---|
| | ١ ٩ ٨ ٤ ٩ ١ ١ ٧ ٩ ٧ ١ ٣ ١ ٩ | | ابن | محمد | ١ |
| | ١ ٩ ٨ ٧ ٩ ١ ٤ ٨ ١ ١ ٤ ١ ٣ | | اينه | الهيام | ٢ |

CONFIDENTIAL

02:009080