

PLAINTIFF'S
EXHIBIT
61



**Palestinian National Authority**
**Ministry of Detainees' Affairs**

## <u>Detainee's/ Ex-Detainee's File</u>

### Personal Information

| | | | |
|---|---|---|---|
| **File No.:** | **Identity No.:** 991260886 | **Gender:** Male | **Modification Date:** |
| 462221 | | | May 21,  2012 |
| **Name:** | | | **Tel:** |
| Ibrahim | Jamil | Abd al-Ghani  Hamed | |
| **Cashing Center:** | **Address:** | | |
| 24   Ramallah | Ramallah | Silwad, 2890134 | |
| **Marital Status:** Married | **No. of Spouses:** | **No. of Children:** | |
| | 1 | 2 | |

### Financial Information

| | | | |
|---|---|---|---|
| **Name:** | **Identity No.:** | **Relationship:** | **Address:** |
| Mohamed Najib Jamil Hamed | 991260845 | Wife | Wife |
| **Name of Agent:** | **Identity No.:** | **Relationship:** | **Address:** |
| | 0 | | |
| **Bank:** | **Branch:** | | |
| 6 Arab Bank | 9030 | 617476 | |
| **Allocation:** | **Arrears:** | **Accreditation Start Date:** | **End Date:** |
| **4400** | 0 | September 1, 2007 | June 1, 2013 |

### Detention Information

| | | |
|---|---|---|
| **Date of Detention:** | **Detention Status:** | **Sentenced: Day:** 0, **Month:** 0, **Year:** 0 |
| May 23, 2006 | Arrested | |
| **Employment:** | **Date of Release:** | **Date of Actual Release:** |
| 1 not specified | 0 | 0 |
| **Organization:** | **Prison:** | **Statement No.:** |
| 999 not specified | 1 not specified | 20070902 |

**CONFIDENTIAL**                                                                02:009081

## Expenditures

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------------|-----------|---------------------|--------------|------|--------|-------------|
| 2012 | 12 | 4400 | 0 | 400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 11 | 4400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 10 | 4400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 9 | 4400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 8 | 4400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 7 | 4400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 6 | 4400 | 0 | 400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 5 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 4 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 3 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 2 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2012 | 1 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 12 | 4400 | 0 | 1150 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 11 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 10 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 9 | 4400 | 0 | 750 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 8 | 4400 | 750 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 7 | 4400 | 8000 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 6 | 4400 | 0 | 400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 5 | 4400 | 0 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 4 | 2400 | 3000 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2011 | 3 | 1400 | 4200 | 0 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |

December 31, 2012          08:34:55 a.m.

**CONFIDENTIAL**          1          02:009081 [continued]

**Palestinian National Authority**
**Ministry of Detainees'' Affairs**



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 11 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 10 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 9 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 8 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 7 | 0 | 0 | 4200 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 3 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 2 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2010 | 1 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 12 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 11 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 10 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 9 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 8 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 7 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 6 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 5 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2009 | 4 | 0 | 0 | 5200 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 11 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 10 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 9 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 8 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 7 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 6 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2008 | 5 | 0 | 0 | 7000 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2007 | 11 | 0 | 0 | 7000 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2007 | 10 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| 2007 | 9 | 0 | 0 | 0 | 1400 | 0 | Mohamed Najib Jamil Hamed | 991260845 | Arab Bank | 9030 | 617476 |
| | | 0 | 8,350 | 39,350 | 129,600 | | | | | | |

December 31, 2012    08:34:55 a.m.

**CONFIDENTIAL**

2

02:009082

[International Red Cross Document]

**CONFIDENTIAL**                    02:009083

[International Red Cross Document]

**CONFIDENTIAL**                    **02:009084**

462221 [Handwritten]

**Detention Period Report for Detainee: Ibrahim Jamil Abd al-Ghani Hamed**

| No. of Detentions | Date of Detention | Date of Release | Year | Month | Day |
|---|---|---|---|---|---|
| | May 25, 1989 | September 24, 1989 | 0 | 4 | 0 |
| | May 17, 1995 | July 16, 1996 | 1 | 1 | 30 |
| | | **Total of the Detention Period** | 1 | 6 | 0 |

[handwritten comments follow]

He is entitled to an allowance of more than five years before the new system.

Received an allowance for the months of May and June, 2011
but, is entitled to an allowance for the months of January. February, March, and April = 4 months

4 x 2,000 = 8,000

------------

July + 8000

[Signature]

July 17, 2011

**CONFIDENTIAL**                    02:009085

[International Red Cross Document]

**CONFIDENTIAL**                    02:009086

[International Red Cross Document]

**CONFIDENTIAL**                    **02:009087**

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees & Ex-Detainees**



[Signature]

<u>Detainee's Application Form</u>    / *Old 462221*

| Application number | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date Application was Filled Out** | March 14, 2011 | | | **Division/ Ministry's Branch** | | Ramallah | | | |

### 1. Detainee's main information

| Identity No.: | 9 | 9 | 1 | 2 | 6 | 0 | 8 | 8 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| **Full Name:** | **First Name** | | **Father's Name** | | **Grandfather's Name** | | **Family Name** | | |
| | Ibrahim | | Jamil | | Abd al-Ghani | | Hamed | | |

| Mother's Name: | Zinab | | Sex | | Male ☒       Female | |
|---|---|---|---|---|---|---|
| **Date of Birth** | November 14, 1965 | | **Place of Birth** | | Silwad | |
| **Education level:** | Illiterate | Elementary | Secondary | Diploma | University ☒ | Post-Graduate Studies |
| **Occupation before being detained:** | Worked at the University of Jerusalem | | **Organization** | | Hamas | |
| **Date of detention:** | May 23, 2006 | | **Place of detention** | | Arramlah | |
| **Detention Status** | Arrested ☒ | Sentenced | Administrative | Released | Others | |

| In case the person is convicted, what is the sentence according to the Red Cross certificate: | Day | Month | Year | Date of expected release according to the court's verdict | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Permanent Address | Governorate | Ramallah | | Community | Silwad |
|---|---|---|---|---|---|
| **Notes** | | | | | |

### 2. Information about previous detentions.

Number of times the person was detained:_____ (Must be substantiated with a certificate from the Red Cross and listed in a chronological order from latest to earliest)

| No. | Date of detention | Type of detention | Date of release | Period of detention | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

**CONFIDENTIAL**                                    02:009088

Palestinian National Authority
Ministry of Detainees' & Ex-Detainees' Affairs
Gen. Dep. Detainees & Ex-detainees



## 3. Information about personal status

| Social status: | Single | Married ☒ | Divorced | Widow(er) |
|---|---|---|---|---|
| If Married: | Enter information about the spouse and the children | | | |
| Spouse's Identity No.: | NONE | | Date of marriage: | Sept. 28, 1997 |
| Spouse's Name: | Asma Abdel-Razeq Saleh | | Number of children: | 2 |

**Information about children from the first wife (male children under the age of 18, and single female children without taking into consideration their age)**

| No. | Name | Date of Birth | Social Status | Level of Education |
|---|---|---|---|---|
| 1. | Salma | October 29, 2000 | | |
| 2. | Ali | September 2, 1998 | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

## 4. Information about the beneficiary

| Identity No. | 9 | 9 | 1 | 2 | 6 | 0 | 8 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Beneficiary Name: | Mohamed Najib Abd al-Ghani Hamed | | | | Relationship: | | Brother | | |
| Date of Power of Attorney | | | | | Period of Effectiveness for Power of Attorney | | | | |
| Bank | Arab Bank | | | | Branch | | Al-Manara | | |
| Account Number | 6 | 1 | 7 | 4 | 7 | 6 | Account only in shekels | | |
| Landline Phone No.: | | | | | Cell Phone No.: | | 0599240999 | | |
| Permanent Address: | Governorate | | Ramallah | | Neighborhood | | Silwad | | |
| Notes: | | | | | | | | | |

| Applicant's comments | |
|---|---|
| Acknowledgement | I, the signatory below, attest that the information provided in this application is entirely true and I assume full responsibility for its accuracy. |
| Applicant's signature | [Signature] |

**CONFIDENTIAL**

02:009089

**Palestinian National Authority**
**Ministry of Detainees & Ex-detainees Affairs**
**Gen. Dep. Detainees & Ex-detainees**



## 5. For administration use

| | |
|---|---|
| Name of the Employee: | Fidaa |
| Employee's Remarks: | |
| Date: | March 14, 2011    Signature   [Signature] |
| Name of the Head of the Department: | Bilal [illegible] |
| Remarks of the Head of the Department: | I recommend approval. |
| Date: | March 17, 2011   Seal and Signature   Bilal |

In right column spanning Name of Head / Remarks rows:

STAMP OF THE
**Palestinian National
Authority**
**[Gen. Dep. Detainees &
Ex-detainees]
Department of
Ramallah**

**Enclosed documents:** Put a checkmark next to the applicable document

| | | | |
|---|---|---|---|
| ☒ | Copy of the detainee/ Ex-detainee's Identification | ☒ | Beneficiary's Identification |
| ☒ | The Red Cross certificates | ☒ | Bill of indictment |
| | judgment (if any) | ☒ | Copy of the bank card |
| ☒ | Copy of the marriage certificate | ☒ | Copies of birth of certificates of the children |
| | Rider (wife/wives) | ☒ | Other (specify) *Power of attorney to the beneficiary* |

## 6. Approval and Authentication: No approval found on the document (this section is empty)

| 1. Approval from Department of Detainees' Affairs | ☐ I approve the detainee's application (consistent with laws and regulation) | | |
|---|---|---|---|
| Certifier name | | | |
| Date | / / | Seal and signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and justifications | | | |
| | | | |
| 2. Approval from Dept. of Legal Affairs | ☐ I approve the detainee's application (Consistent with laws and regulations) | | |
| Certifier name | | | |
| Date | / / | Seal and Signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and justifications | | | |

**CONFIDENTIAL**

02:009090

[International Red Cross Document]

**CONFIDENTIAL**                    **02:009091**

[International Red Cross Document]

**CONFIDENTIAL**                    **02:009114**

| PALESTINIAN AUTHORITY | | | **IDENTITY DOCUMENT** |
|---|---|---|---|
| Identity No. | | 9 9126084 5 | |
| First Name | **Mohamed Najib** | | [Photograph] |
| Father's Name | **Jamil** | | |
| Grandfather's Name | **Abd al-Ghani** | | |
| Last Name | **Hamed** | | |
| Mother's Name | **Zinab** | | [Signature] |
| Date of Birth | **May 10, 1956** | | [Stamp] |
| | | | Competent Authority |
| Place of Birth | **Silwad** | | |
| Gender | **Male** | Religion | **Muslim** |
| Issued in | **Ramallah** | on date | **February 14, 2011** |

| Palestinian Authority | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 9126084 5 |
| Last Name | | Hamed |
| First Name | | Mohamed Najib |
| Address | | 0   0 |
| City | Silwad | |
| Marital Status   Married | Spouse's Identity No. 9 8376682 5 | |
| Spouse's Name   Soham | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last name | | |
| Previous First name | | |

| ARAB BANK | |
|---|---|
| **Customer's Name:** | [illegible] |
| **Account Number:** | 617476 [illegible] |
| **Branch:** | [illegible] |
| **Tel.:** | [illegible]        **P.O. Box** |

**CONFIDENTIAL**                    02:009115

[Israeli Identity Card]

**CONFIDENTIAL**                    **02:009118**

1383 [illegible] [handwritten]  Alaa [handwritten]
*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**



*Power of Attorney from* [illegible]
*The brother's Power of Attorney is approved.*
[Signature]

<u>**Social Examination Form for the Military Detainees'**</u>

**Form No.:** 462221                                **Region:** Ramallah
**Detainee's Full Name:** Ibrahim Jamil Abd al-Ghani Hamed   **Identity No.:** 991260886
**Date and Place of Detention:** May 23, 2006  **Judgment:**  **Month:** --  **Organization:** --
**Marital Status:**        **Date of Birth:** November 14,    **Profession before Detention:**
    Married                 1965                              Unemployed
**Spouse's Name:**                  **Telephone No.:**        ~~**Identity No.**~~ **Passport No.**
    Asmaa  Abdel Razeq Saleh         2890134                   [handwritten]: 503490
[illegible]**Beneficiary's/~~Agent's~~ Name:**     **Residence:**        **Identity No.:**
    Mohamed Najib Abd al-Ghani Hamed         Silwan                991260845
**Bank:** Arab Bank      **Branch:** Al-Manara           **Account No.:** 617476

<u>**Children's Information**</u>

| No. | Name | Date of Birth | Social Status | Level of Education |
|-----|------|---------------|---------------|--------------------|
| 1.  | Ali  | September 2, 1998 | | |
| 2.  | Salma | July 29, 2000 | | |
| 3.  | | | | |
| 4.  | | | | |
| 5.  | | | | |
| 6.  | | | | |
| 7.  | | | | |
| 8.  | | | | |
| 9.  | | | | |
| 10. | | | | |

**Opinion of the Social Examiner:** The detainee was arrested on May 23, 2006. The detainee's agent is his brother because his spouse is outside the country. She [illegible] exiled. I request approval

**Name of the Social Examiner:** Hikmat
**Date:** June 18, 2007        **Signature of the Social Examiner:** [Signature]

**For The Use of The Department of Detainees' in The Ministry:** Approval in the amount of
1000 + 300 + 100
 1400

P.M.U. Ramallah, P.O. Box 2105, Tel: 02 2961713/4-2980033/2, Fax: 02 2963722, E-mail: cdrp@painet.com

**CONFIDENTIAL**                                    02:009119

[International Red Cross Document]

**CONFIDENTIAL**                    **02:009120**

ARAB BANK

**Customer's Name:**   Mohamed Najib Jamil Hamed
**Account Number:**   617476-0-600
**Branch:**   610 Al-Manara
**Tel.:** 2954822   **P.O. Box**

**CONFIDENTIAL**                    02:009121

| PALESTINIAN AUTHORITY | | | **IDENTITY DOCUMENT** |
|---|---|---|---|
| Identity No. | | 9 9126084 5 | |
| First Name | **Mohamed Najib** | | |
| Father's Name | **Jamil** | | [Photograph] |
| Grandfather's Name | **Abd al-Ghani** | | |
| Last Name | **Hamed** | | |
| Mother's Name | **Zinab** | | [Signature] |
| Date of Birth | **May 10, 1956** | | [Stamp] |
| | | | Competent Authority |
| Place of Birth | **Silwad** | | |
| Gender | **Male** | Religion | **Muslim** |
| Issued in | **Ramallah** | on date | **May 19, 2003** |

| Palestinian Authority | **Annex to Identity Document** | |
|---|---|---|
| | Identity No. | 9 9126084 5 |
| Last Name | | Hamed |
| First Name | | Mohamed Najib |
| Address | | 0   0 |
| City | Silwad | |
| Marital Status   Married | Spouse's Identity No. 9 8376682 5 | |
| Spouse's Name   Soham | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last name | | |
| Previous First name | | |

**CONFIDENTIAL**                    02:009122

[International Red Cross Document]

**CONFIDENTIAL**                    **02:009124**

[International Red Cross Document]

**CONFIDENTIAL**                                    **02:009128**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                                            Plaintiffs,

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                            Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009081-9130.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009081-9130.

Eyal Sherf

ss.: ~~New Jersey~~ *New York*

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV, 14 2015



**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

## ملف أسير / محرر

البيانات الشخصية

| | | | | | |
|---|---|---|---|---|---|
| 21/05/2012 | تاريخ التعديل | ذكر | الجنس | 991260886 | رقم الهوية | 462221 | رقم الملف |

| | | | | | |
|---|---|---|---|---|---|
| | تلفون | حامد | عبدالغني | جميل | ابراهيم | الاسم |

| 2 | عدد الابناء | 1 | عدد الزوجات | رام الله سلواد ٢٨٩٠١٣٤ | العنوان | رام الله | 24 | مركز صرف |
|---|---|---|---|---|---|---|---|---|

| | | | | | |
| | | | متزوج | حالة زواجية |

البيانات المالية

| زوجة | العنوان | زوجة | الصلة | 991260845 | الهوية | محمد نجيب جميل حامد | اسم |
|---|---|---|---|---|---|---|---|
| | العنوان | 0 | الصلة | | الهوية | | اسم الوكيل |
| 617476 | رقم الحساب | 9030 | الفرع | | | البنك العربي | 6 | البنك |
| 01/06/2013 | نهاية | 01/09/2007 | بداية الاعتماد | 0 | المتأخرات | 4400 | المخصص |

بيانات الأسر

| 0 | سنة | 0 | شهر | 0 | الحكم بوم | موقوف | الحالة الاعتقالية | 23/05/2006 | تاريخ الأسر |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | 0 | تاريخ تحرر فعلي | 0 | تاريخ تحرر | غيرمحدد | 1 | العمل |
| 20070902 | رقم كشف | | | غيرمحدد | 1 | السجن | غيرمحدد | 999 | التنظيم |

## المصروفات

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 400 | 0 | 4400 | 12 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 4400 | 11 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 4400 | 10 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 4400 | 9 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 4400 | 8 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 4400 | 7 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 400 | 0 | 4400 | 6 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 5 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 4 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 3 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 2 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 1 | 2012 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 1150 | 0 | 4400 | 12 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 11 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 10 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 750 | 0 | 4400 | 9 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 750 | 4400 | 8 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 8000 | 4400 | 7 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 400 | 0 | 4400 | 6 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 4400 | 5 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 3000 | 2400 | 4 | 2011 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 4200 | 1400 | 3 | 2011 |

**CONFIDENTIAL**

02:009081

| | Palestinian National Authority<br>Ministry of Detainees Affairs | | | | | | | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 11 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 8 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 4200 | 1400 | 7 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 3 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 2 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 1 | 2010 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 12 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 11 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 8 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 7 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 6 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 5 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 5200 | 1400 | 4 | 2009 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 11 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 8 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 7 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 6 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 7000 | 1400 | 5 | 2008 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 7000 | 1400 | 11 | 2007 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 10 | 2007 |
| 617476 | 9030 | البنك العربي | 991260845 | محمد نجيب جميل حامد | 0 | 0 | 0 | 1400 | 9 | 2007 |
| | | | | | 0 | 8350 | 39350 | 129600 | | |

CONFIDENTIAL

02:009082



1383

№ 17841

## TO WHOM IT MAY CONCERN

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    IBRAHIM JAMIL ABDELGHANI  HAMAD

From :    RAMALLAH                          ID NO: 99126088-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    23.05.2006

He is to date :        Awaiting trial

Length of sentence / administrative period : XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة        ابـــراهيم جميل عبدالغني حامــد

مـن        رام اللــــه        هوية رقم ٩٩١٢٦٠٨٨٦

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٣ / شهرأيــار / سنة ٢٠٠٦

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___x___ محكوم/ة ___ إداري ___

محكوم/ة أو إداري لمدة        xxxxxxxxxxxxxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم ___ / شهر ___xx___ / سنة ___xx___

Date:  19.12.2006
التاريخ

Place:  RAMALLAH/NA
المكـــان

CERTIFIED UPDATE
15 - 07 - 2010
International Committee of the Red Cross

BENNO KOCHER
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

02:009083



№ 17841

## TO WHOM IT MAY CONCERN



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr : IBRAHIM JAMIL ABDELGHANI HAMAD

From : RAMALLAH                    ID NO: 99126088-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    23.05.2006

He is to date :        Awaiting trial

Length of sentence / administrative period : XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

462221

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ ابــراهيم جميل عبدالغني حامـد _____

من _____ رام اللــه _____ هوية رقم ٩٩١٢٦٠٨٨٦ _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٣ / شهر ٥ أيار / سنة ٢٠٠٦

وهو/هي في هذا التاريخ: ينتظر المحاكمة ___×___ محكوم/ة ___ إداري ___

محكوم/ة أو إداري لمدة ××××××××××××××××××××××

وهو/هي أطلق سراحة/ها في ... / ×× ... / ×× لمدة ٦ ×× سنة

Date:  19.12.2006

التاريخ

Place:  RAMALLAH/NA

المكان

CERTIFIED UPDATE
10 -03- 2011

International Committee
of the Red Cross

BENNO KOCHER
ICRC Delegate

توقيع مندوب اللجنة

**CONFIDENTIAL**

02:009084

487221

تقرير مدة الاعتقال للأسير : إبراهيم جميل عبد الغني حامد

| عدد مرات الاعتقال | تاريخ الاعتقال | تاريخ الإفراج | سنة | شهر | يوم |
|---|---|---|---|---|---|
| 25/05/1989 | 24/09/1989 | | 0 | 4 | 0 |
| 17/05/1995 | 16/07/1996 | | 1 | 1 | 30 |
| | اجمالي مدة الاعتقال: | | 1 | 6 | 0 |

علاوه عورة دستور يستخفها
قيل النظام الجديد

علاوة لا تقاضاها في الشهر 5+8/100/100
وكان يستخفها من الشهر 1+2+3+4 = 4 أشهر

8 000 = 2000 * 4

8000 + 7 شهر

خاص

١٧ تموز، ٢٠١١

CONFIDENTIAL

02:009085



LOCAL OFFICE COPY

## TO WHOM IT MAY CONCERN

462221

According to the records of the International Committee of the Red Cross,

Mr, Mrs, Miss,                    :    IBRAHIM JAMIL ABDELGHANI HAMED

From                              :    SILWAD / RAMALLAH

Was arrested by the Israeli Authorities for reasons

related to                        :    SECURITY

on                                :    25/05/89

He, She, is to date
Awaiting Trial / Sentenced        :    XX

He, She, was released on          :    24/09/1989 FROM OFER  PRISON

الى من يهمه الأمر

بالرجوع الى ملفات اللجنة الدولية للصليب الاحمر

السيد/ة الآنسة        :

صــــن                :

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية لاسباب لها علاقة

بالناحية              :

بتاريخ               :

وهو/هي في هذا التاريخ ينتظر / تنتظر المحاكمة / محكوم/ة :

وهو/هي أطلق سراحه بتاريخ :

Date
التاريخ              _____

Place
المكان               _____

CERTIFIED COPY
0 4 -07- 2011
ICRC Delegate
توقيع مندوب اللجنة
International Committee
of the Red Cross

**CONFIDENTIAL**                    **02:009086**



## TO WHOM IT MAY CONCERN

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : ᴵBRAHIM JAMIL ABDELGHANI HAMED

From : SILWAD/RAMALLAH          ID NO : 9912608861

Was arrested by the Israeli Authorities on Day: 17 Month: MAY Year: 1995

He/She is to date:    Awaiting Trial ☐    Sentenced ☐    Administrative ☒

Length of sentence / administrative period : XXXXXXXXXXX

He/She was released on Day: 16 Month: JULY Year: 1996

(Tick the box and underline the correct designation).



الى من يهمه الأمر

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : ابراهيم جميل عبد الغني حامد

من : سلواد / رام الله

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم: ١٧ / شهر أيار / سنة ١٩٩٠

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☐ اداري ☐

محكوم/ة او اداري لمدة:

وهو/هي اطلق سراحه/ها في يوم ١٦ / شهر تموز / سنة ١٩٩٦

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

International Committee
of the Red Cross

Date / التاريخ    25/07/1996
Place / المكان    RAMALLAH / sm

YANN LENGGENHAGER
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**

02:009087

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

| | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|
| رام الله | المديرية/فرع الوزارة: | ٢٠١١ / ٣ / ١٤ | | تاريخ تعبئة الاستمارة: |

**1. المعلومات الرئيسية للأسير:**

رقم الهوية: (تسع خانات)

| ٩ | ٩ | ١ | ٢ | ٦ | ٥ | ٨ | ٨ | ٦ |
|---|---|---|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | اسم الأول | الاسم الرباعي: |
|---|---|---|---|---|
| حامد | عبدالغني | جميل | ابراهيم | |

| اسم الأم: | ☐ ذكر   ☑ أنثى | الجنس: | زينات |
|---|---|---|---|

| تاريخ الميلاد: | ١٤/ ١١/ ١٩٧٦م | مكان الولادة: | سلوا د |

| المؤهل العلمي: | ☐ أمي   ☑ الأساسية   ☐ ثانوي   ☐ دبلوم   ☑ جامعي   ☐ دراسات عليا |
|---|---|

| المهنة قبل الأسر: | ربة بيت خاصة جامعة القدس | التنظيم: | حماس |

| تاريخ الأسر: | ٢٠١٠/ ٥ / ١٢ | مكان الاعتقال: | الدولة |

| الوضع الاعتقالي: | ☑ موقوف   ☐ محكوم   ☐ إداري   ☐ محرر   ☐ أخرى |
|---|---|

| في حالة محكوم مدة الحكم حسب شهادة الصليب: | يوم | شهر | سنة | تاريخ الإفراج المتوقع حسب قرار الحكم | اليوم | الشهر | العام |
|---|---|---|---|---|---|---|---|

| المحافظة: | رام الله | التجمع السكاني: | سلوا د | العنوان الدائم: |
|---|---|---|---|---|

| | | | | ملاحظات: |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: _____ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

1

**CONFIDENTIAL**

02:009088

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | □ أرمل | □ مطلق | ☑ متزوج | □ أعزب | الحالة الاجتماعية: |
|---|---|---|---|---|---|
| | | تعبئة بيانات الزوج/ة والأبناء | | | في حالة متزوج/ة: |
| ١٩٩٢/٩/٢٨ تاريخ عقد الزواج | | | | رقم هوية الزوج/ة: |
| ٢ عدد الأولاد | اسما كحد الرزقي صباح | | | اسم الزوج/ة: |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | ٢٠٠١/١١/٥ | سماء | .1 |
| | | ١٩٩٤/٩/٢ | عكي | .2 |
| | | | | .3 |
| | | | | .4 |
| | | | | .5 |
| | | | | .6 |
| | | | | .7 |
| | | | | .8 |
| | | | | .9 |

4. بيانات الوكيل "المستفيد":

| ٥ | ٩ | ١ | ٢ | ٦ | ٠ | ٨ | ٤ | ٥ | رقم الهوية "المستفيد": |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ٢٤ صلة القرابة: | | محمد خيري عبد الجني حامر | | | اسم الوكيل "المستفيد": |
| | | | | / / | | | | | تاريخ الوكالة إن وجدت: |
| ١ مئنارة | فرع البنك: | | العرب | | | | البنك: |
| ٥٩٩٩٢٦٠٩٠ رقم الهاتف النقال: | الحساب جاري شيكل فقط | ٦ | ١ | ٤ | ٧ | ٦ | رقم الحساب: |
| بسلواد | التجمع السكاني: | ارام الله | المحافظة: | | | رقم الهاتف الأرضي: |
| | | | | | | العنوان الدائم للمستفيد: |
| | | | | | | ملاحظات: |

| | ملاحظات مقدم الطلب: |
|---|---|
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. | إقرار: |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL

02:009089

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| | اسم المرشد/الموظف: |
|---|---|
| | ملاحظات المرشد/الموظف: |
| التوقيع: ٢٠١٧/٣/١٥م | التاريخ: |
| | اسم مدير المديرية: |
| الختم والتوقيع: ٢٠١١/٣/١٥ | ملاحظات مدير المديرية: |
| | التاريخ: |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| صورة هوية المستفيد | ☑ | صورة هوية الأسير/المحرر | ☑ |
|---|---|---|---|
| لائحة الاتهام | ☑ | شهادات الصليب الأحمر | ☑ |
| صورة بطاقة الحساب البنكي | ☑ | قرار الحكم (إن وجد) | ☑ |
| صور شهادات الميلاد للأبناء | ☑ | صورة عقد الزواج مصدقة طبق الأصل | ☑ |
| أخرى (حدد) | ☑ | ملحق إضافة زوجة/زوجات | ☑ |

6. الاعتماد والمصادقة:

| 1. اعتماد شؤون الأسرى: | ☑ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☑ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

| 2. اعتماد الشؤون القانونية: | ☑ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☑ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

3

CONFIDENTIAL

02:009090



№ 17841

## TO WHOM IT MAY CONCERN

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    IBRAHIM JAMIL ABDELGHANI  HAMAD

From :    RAMALLAH          ID NO: 99126088-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    23.05.2006

He is to date :    Awaiting trial

Length of sentence / administrative period : XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة        ابـراهيم جميل عبدالغني حامـد

من        رام اللـــه  هوية رقم ٩٩١٢٦٠٨٨٦

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٣ / شهر ٥ / سنة ٢٠٠٦

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ x ____ محكوم/ة ____ إداري ____

محكوم/ة أو إداري لمدة ____ xxxxxxxxxxxxxxxxxxxxxxxxx ____

وهو/هي أطلق سراحة/ها في ____ xx سنة ____ xx

Date:  19.12.2006
التاريــخ

Place:  RAMALLAH/NA
المكــان

BENNO KOCHER
ICRC Delegate

توقيع مندوب اللجنة

CERTIFIED UPDATE
10 -03- 2011
International Committee
of the Red Cross

**CONFIDENTIAL**

02:009091

CONFIDENTIAL

02:009113



# ICRC

## INTERNATIONAL COMMITTEE OF THE RED CROSS

<div dir="rtl">

وكـــالـــة

أنا الموقع أدناه: ‏ابراهيم جميل عبد الغني حامد

هوية رقم ‏٩٩١٢٦٠٨٨٦ من (البلدة) ‏سلواد / رام الله المسجون حاليا في

بموجب هذه الوكالة أفوض المدعو ‏محمد نجيب جميل عبد الغني حامد هوية رقم ‏٩٩١٢٦٠٨٤٥

تلفون ‏٢٨٩٠١٣٤ من (البلدة) ‏سلواد / رام الله بخصوص إحدى التفويضات التالية:

☒ سحب كل (حدد المدة) ‏ـــ مبلغ ‏ـــ من حسابي رقم ‏٦١٧٤٧٦ لدى البنك ‏العربي فرع ‏المنارة

☐ هذه الوكالة عامة (غير مقيدة).

☐ بيع أو التنازل عن ‏ـــ

☐ لأغراض أخرى (حدد): ‏ـــ

مفعول هذه الوكالة:    ☒ ساري لأجل غير مسمى    ☐ ساري لمدة (حدد) ‏ـــ

إن مسؤولية اللجنة الدولية للصليب الأحمر تقتصر فقط على إيصال هذه الوكالة إلى الوكيل ولا تتحمل أي مسؤولية أخرى مستقبلاً. كما وتشهد اللجنة أن السجين المذكور أعلاه قد وقع هذه الوكالة بحضور مندوبها

</div>

Signature of the detainee: ‏ابراهيم جميل عبد الغني حامد    توقيع السجين:    Date: ‏٢٠٠٦    بتاريخ: ‏٦/٦/

## POWER OF ATTORNEY

I the undersigned   IBRAHIM JAMIL ABDELGHANI HAMED

ID Nbr 991260886   from   SILWAD, RAMALLAH   presently detained in _____

hereby, authorize,   MOHAMMADNAJIB JAMIL ABDELGHANI HAMED   ID Nbr 991260845   phone # 2890134

from   SILWAD, RAMALLAH   concerning the following authorization (one choice only):

☒ To withdraw every //////////// the amount of //////////// from my account Nbr. 617476 at ARAB bank

  at MANARA branch.

☐ General power of attorney (not restricted).

☐ Selling or alienating

☐ Others (specify): _____

Validity of this power of attorney is:    ☐ Limited to _____    ☒ Unlimited

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory.

No further responsibilities can be put forward to the institution.

This is to certify that the a/m prisoner has signed this POA in the presence of the ICRC delegate on

**CONFIDENTIAL**

02:009114





CONFIDENTIAL

02:009115



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

شـــهـادة ميلاد

رقم الهوية     4  0643955  4

الاسم     سلمى          اسم الأب     ابراهيم

اسم الجد     جميل     اسم العائلة     حامد     جنسية الأب     فلسطيني

اسم الأم     أسماء     عائلة الأم     صالح     جنسية الأم     فلسطينية

الجنس     أنثى     الديانة     مسلمة

تاريخ الميلاد     2000/10/29     التاسع والعشرون من شهر تشرين الأول لعام ألفين

مكان الميلاد     البيرة     المستشفى     الهلال الاحمر

العنوان     سلواد     - 0 - 0

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة 2000
من قبل مديرية الأحوال المدنية بـ     رام الله     بتاريخ     2003/03/06.

توقيع
الموظف المختص

CONFIDENTIAL                    02:009116



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

شــهادة ميلاد

رقم الهوية    7 0387242 4

الإسم    علي    إسم الأب    إبراهيم

إسم الجد    جميل    إسم العائلة    حامد    جنسية الأب    فلسطيني

إسم الأم    أسماء    عائلة الأم    صالح    جنسية الأم    فلسطينية

الجنس    ذكر    الديانة    مسلم

تاريخ الميلاد    1998/09/02    الثاني من شهر أيلول لعام ألف وتسعمائة و ثمان وتسعين

مكان الميلاد    البيرة    المستشفى    الرحمة

العنوان    سلواد    0 – 0

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة 1998

من قبل مديرية الأحوال المدنية بـ    رام الله    بتاريخ    2003/03/16

توقيع
الموظف المختص

ختم الدائرة



CONFIDENTIAL

02:009118

**Palestinian National Authority**
Ministry of Detainees & Ex-detainees Affairs

السلطة الوطنية الفلسطينية
وزارة شـؤون الاسـرى والمحـررين

استمارة بحث اجتماعي للأسرى

رقم الاستمارة : U6 222١                المنطقة : رام الله

اسم الأسير الرباعي : ابراهيم نصير عبد الغني جابر                 رقم الهـوية : ٩٩١٢٦٠٥٨٥

تاريخ ومكان الأسـر: ٢٣/٥/٢٠٠٦       الحكم : ـــــ       الشهر : ـــــ       التنظيم : ـــــ

الحالة الاجتماعية : متزوج    تاريخ الميلاد : ١٩٦٥/١١/١    المهنة قبل الأسر عامل بناء ٢٠ ل.

اسم الزوجة : احلام عبد الرزاق صيام   رقم الهاتف : ٦٩٤٢٩٨   رقم السوية :  المستفيد

المستفيد/الوكيل : تميم تجيل عبد الغني جابر   السكن : سيلواد   رقم الهوية : ٩٩١٢٦٠٥٨٤٥

البنك : القاهرة       الفرع : رام الله       رقم الحساب : ٦١٧٤٧٦

بيانـــات الأبنـــاء

| م | اسـم الابـن | تاريخ الميلاد | الحالة الاجتماعية | المرحلة الدراسية | الملاحظات |
|---|---|---|---|---|---|
| ١. |  | ك | ١٩٨٧/٩/٢ |  |  |
| ٢. |  | أحمد | ٢٠٠١/٥/٢٩ |  |  |
| ٣. |  |  |  |  |  |
| ٤. |  |  |  |  |  |
| ٥. |  |  |  |  |  |
| ٦. |  |  |  |  |  |
| ٧. |  |  |  |  |  |
| ٨. |  |  |  |  |  |
| ٩. |  |  |  |  |  |
| ١٠. |  |  |  |  |  |

رأي الباحث الاجتماعي : الاسير معتقل عن تاريخ ٢٣/٥/٢٠ ـــ الحكم اخر/الاسير

اسم الباحث الاجتماعي : ـــــــ       التاريخ : ١٨/٦/٧       توقيع الباحث : ـــــ

لاستعمال دائرة الأسرى بالوزارة :

**CONFIDENTIAL**

02:009119



№ 17841

## TO WHOM IT MAY CONCERN

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr : **IBRAHIM JAMIL ABDELGHANI HAMAD**

From : **RAMALLAH**          ID NO: 99126088-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **23.05.2006**

He is to date :        Awaiting trial

Length of sentence / administrative period : XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



**CICR**

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ___ ابــراهيم جميل عبدالغني حامــد ___

من ___ رام اللـــه ___ هوية رقم ___ ٩٩١٢٦٠٨٨٦ ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ٢٣ ___ / شهر ___ ٥ ___ / سنة ٢٠٠٦

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ × ___ محكوم/ة ___ إداري ___

محكوم/ة أو إداري لمدة ___ ×××××××××××××××××××××××××××××

وهو/هي أطلق سراحة/ها في يوم ___ ×× ___ / ___ ×× ___ شهر ___ ×× ___ / سنة ___ ×× ___

Date:  19.12.2006              التاريخ

Place:  RAMALLAH/NA            المكان

BENNO KOCHER
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**                    02:009120



CONFIDENTIAL



CONFIDENTIAL

02:009122

السلطة الوطنية الفلسطينية

الضابطة الشرعية في ......

بسم الله الرحمن الرحيم

## وثيقة عقد زواج

| الرقم | الاسم الأول | الأب | الجد | العائلة | البلد | مكان وتاريخ الولادة | مكان الولادة | الجنسية | الديانة | الحالة الاجتماعية | المهنة |
|---|---|---|---|---|---|---|---|---|---|---|---|
| الزوج | | | | | | | | | | | |
| الزوجة | | | | | | | | | | | |

رقم العقد : ١٩٨٩...

تاريخ العقد :

02:009123

# ICRC
## INTERNATIONAL COMMITTEE OF THE RED CROSS

<div dir="rtl">

وكـــالة

أنا الموقع أدناه: إبراهيم جميل عبد الغني حامد

هوية رقم ٩٩١٢٦٠٨٨٦ من (البلدة) سلواد ـ رام الله السجين حاليا في

بموجب هذه الوكالة أفوض محمد نجيب جميل عبد الغني حامد هوية رقم ٩٩١٢٦٠٨٤٥

تلفون ٢٨٩٠١٣٤ من (البلدة) سلواد ـ رام الله بخصوص احدى التفويضات التالية:

☒ سحب كل (حدد المدة) ـــ مبلغ ـــ من حسابي رقم ٦١٧٤٧٦ لدى البنك العربي في المنارة

☐ هـذه الوكالة عـامة (غير مقيدة).

☐ بيـع أو التنـازل عـن

☐ لأغراض أخرى (حدد):

مفعول هذه الوكالة   ☒ ساري لأجل غير مسمى   ☐ ساري لمدة (حدد)

إن مسؤولية اللجنة الدولية للصليب الأحمر تقتصر فقط على إيصال هذه الوكالة إلى الوكيل ولا تتحمل أي مسؤولية أخرى مستقبلاً. كما وتشهد اللجنة أن السجين المذكور أعلاه قد وقع هذه الوكالة بحضور مندوبيها

بتاريخ: ٢٠٠٧/٦/٦
</div>

Signature of the detainee: توقيع السجين: ابراهيم جميل عبد الغني حامد    Date: ٢٠٠٧/٦/٦

## POWER OF ATTORNEY

I the undersigned   IBRAHIM JAMIL ABDELGHANI HAMED

ID Nbr 991260886    from   SILWAD.RAMALLAH    presently detained in _____

hereby, authorize,   MOHAMMADNAJIB JAMIL ABDELGHANI HAMED   ID Nbr 991260845   phone # 2890134

from  SILWAD.RAMALLAH    concerning the following authorization (one choice only):

☒ To withdraw every //////// the amount of ////////// from my account Nbr. 617476 at ARAB bank
   at MANARA branch.

☐ General power of attorney (not restricted).

☐ Selling or alienating _____

☐ Others (specify) : _____

Validity of this power of attorney is:   ☐ Limited to _____   ☒x Unlimited

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory.

No further responsibilities can be put forward to the institution.

This is to certify that the a/m prisoner has signed this POA in the presence of the ICRC delegate on

Date:  06.06.2007.    Delegate's Signature:

CONFIDENTIAL

02:009124

Palestinian Authority
Ministry of Interior
Department of Civil Affairs



السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

شـــهادة ميلاد

رقم الهوية     7  0387242  4

الإسم     علي          إسم الأب   أبراهيم

إسم الجـد     جميل          إسم العائلة   حامد          جنسية الأب  فلسطيني

إسم الأم     أسماء          عائلة الأم   صالح          جنسية الأم  فلسطينية

الجنس     ذكر          الديانة   مسلم

تاريخ الميلاد   1998/09/02     الثاني من شهر أيلول لعـام ألف وتسعمائة و ثمان وتسعين

مكان الميلاد   البيرة          المستشفى   الرحمة

العنوان     سلواد     -     0 - 0

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة     1998

من قبل مديرية الأحوال المدنية بــ   رام الله   بتـاريـخ   2003/03/16

توقيع
الموظف المختص

ختم الدائرة

**CONFIDENTIAL**

02:009125

Palestinian Authority
Ministry of Interior
Department of Civil Affairs



السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

شــهـادة ميلاد

رقم الهوية    4  0643955  4

الإسم    سلمى        إسم الأب    ابراهيم

إسم الجـد    جميل        إسم العائلة    حامد        جنسية الأب    فلسطيني

إسم الأم    اسماء        عائلة الأم    صالح        جنسية الأم    فلسطينية

الجنس    أنثى        الديانة    مسلمة

تاريخ الميلاد    2000/10/29    التاسع والعشرون من شهر تشرين الأول لعـام ألفين

مكان الميلاد    البيرة        المستشفى    الهلال الاحمر

العنوان    مبلواد        0 - 0

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة    2000

من قبل مديرية الأحوال المدنية بـ    رام الله        بتـاريـخ    2003/03/16

توقيع
الموظف المختص



**CONFIDENTIAL**                    02:009126



اسم حامل الجواز أسماء عبد الرازق عبد الجليل صالح
Name of bearer ASMA' A.A. SALEH

مكان الولادة الكويت Place of birth KUWAIT

تاريخ الولادة ١٩٧٧/١١/١٧ Date of birth

اسم الوالدة مفتيه MUFTISH
Name of mother

THE MINISTER OF THE INTERIOR OF THE HASHEMITE KINGDOM OF JORDAN, REPRESENTATIVES ABROAD AND ALL THOSE WHOM IT MAY CONCERN ARE REQUIRED AND REQUESTED TO ALLOW BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE AND TO AFFORD HIM EVERY ASSISTANCE AND PROTECTION OF WHICH HE MAY STAND IN NEED.

Issued at AMMAN صدر في عمان

Date ٥-٥-١٩٩٥ تاريخ

MINISTER OF INTERIOR/PASSPORTS وزير الداخلية/الجوازات

DIRECTOR GENERAL CIVIL REGISTRATION AND PASSPORT DEPARTMENT مدير عام الأحوال المدنية والجوازات

| CHILDREN الأولاد | | | |
|---|---|---|---|
| الجنس Sex | مكان الولادة Place of birth | تاريخ الولادة Date of birth | الأسم Name |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

CONFIDENTIAL

الأسم اسماء عبد الرازق عبد الجليل صالح
Name ASMA' ABDEL RAZEK ABDEL JALIL SALEH

مكان الأقامة عمان
Place of residence AMMAN

الطول: أنظر البورة
Height SEE PAGE

لون العينين
Colour of eyes SEE PAGE

العلامات الفارقة
Distinguishing marks

المهنة
Profession

02:009127



NOE RAM03/148

## ICRC

# INTERNATIONAL COMMITTEE OF THE RED CROSS

<u>TO WHOM IT MAY CONCERN</u>     № 0711

According to the records of the International Committee of the Red Cross

The house of :  IBRAHIM JAMIL ABDELGHANI HAMED               ID. No.:  991260886

Located in  :  SILWAD/RAMALLAH

was totally / partially destroyed / sealed by the Israeli Authorities for reasons

related to:   • Military operation           • Lack of permit
              • Security
              • Not Available                 ⊙ Retaliatory measure

on          :  07/11/2003

---

إلــى مــن يهمــه الأمــر

استنادا الـى سجـلات اللجنة الـدولية للصليب الأحمـر ، تشهد اللجنة

بان منزل السيد/ة  ابـراهيم جميل عبدالغني حامـد     هوية رقم: ٩٩١٢٦٠٨٨٦

الكـائـن فـي ـ     سـلـواد /رامـاللــــه

كـان قـد هـدم / اغلـق كليـا / جزئيـا مـن قبـل السلطـات الاسرائيلية لأسباب:

متعلقة بـ  • عملية عسكرية          • الأمـن
           • عدم التصريح             ⊙ إجراءات انتقامية
           • لا يوجـد سبـب

بتـاريـخ: ٢٠٠٣/١١/٧

Place:  RAMALLAH/NA                      Date:  12/11/2003        التاريخ:

ICRC Delegate:  KATHARINA RI...                                 توقيع مندوب اللجنة:

**CONFIDENTIAL**

02:009128