PLAINTIFF'S EXHIBIT 62

**Palestinian National Authority**
**Ministry of Interior and National Security**
**Central Financial Administration**

Date: January 14, 2013

## Annual Personal Statement

### Year 2000

Fiscal No.: 20879     Name: Sa'id Ibrahim Sa'id Ramadan     Identity No.: 90456804

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Sector/ Gaza | Maritime Police | Corporal + 0 | Single /0 | | 118.475 | 20.45 | 943.00 |
| 2 | 2nd Sector/ Gaza | Maritime Police | Corporal + 0 | Single /0 | | 118.475 | 20.45 | 943.00 |
| 3 | 2nd Sector/ Gaza | Maritime Police | Corporal + 0 | Single /0 | | 118.475 | 20.45 | 943.00 |
| 4 | 2nd Sector/ Gaza | Maritime Police | Corporal + 0 | Single /0 | | 118.475 | 20.45 | 943.00 |
| 5 | 2nd Sector/ Gaza | Maritime Police | Corporal + 0 | Single /0 | | 118.475 | 20.45 | 943.00 |
| 6 | 2nd Sector/ Gaza | Maritime Police | Corporal + 0 | Single /0 | | 118.475 | 20.45 | 943.00 |
| 7 | 2nd Sector/ Gaza | Maritime Police | Corporal + 0 | Single /0 | | 118.475 | 20.45 | 943.00 |
| 8 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 9 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 10 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 11 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 12 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| **TOTAL** | | | | | | | | **11370.20** |

CONFIDENTIAL

02:009131

Case 1:04-cv-00397-GBD-RLE  Document 927-30  Filed 07/02/15  Page 2 of 9

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration



Date: January 14, 2013

**Annual Personal Statement**

**Year 2001**

Fiscal No.: 20879     Name: Sa'id Ibrahim Sa'id Ramadan     Identity No.: 90456804

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 2 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 3 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 4 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 5 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 6 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 7 | 2nd Sector/ Gaza | Maritime Police | Corporal + 1 | Single /0 | | 119.738 | 20.586 | 953.84 |
| 8 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single /0 | | 121 | 20.72 | 964.69 |
| 9 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single /0 | | 121 | 20.72 | 964.69 |
| 10 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single /0 | | 121 | 20.72 | 964.69 |
| 11 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single /0 | | 121 | 20.72 | 964.69 |
| 12 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single /0 | | 121 | 20.72 | 964.69 |
| TOTAL | | | | | | | | 11500.33 |

CONFIDENTIAL

02:009132

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

Date: January 14, 2013



**Annual Personal Statement**

**Year 2002**

Fiscal No.: 20879                Name: Sa'id Ibrahim Sa'id Ramadan                Identity No.: 90456804

| Month | Sector | Department | Rank | Marital Status | Bank | Allocations | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single /0 | | 121 | 20.72 | 964.69 |
| 2 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single/ | | 121 | 20.72 | 958.63 |
| 3 | 2nd Sector/ Gaza | Maritime Police | Corporal + 2 | Single/ | | 121 | 20.72 | 958.63 |
| 4 | 1st Sector/ The West | Maritime Nablus* | Corporal + 2 | Single/ | | 121 | 20.72 | 958.63 |
| 5 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 91.56 | 13.181 | 750.92 |
| 6 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 79.68 | 8 | 686.48 |
| 7 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 79.68 | 8 | 686.48 |
| 8 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 79.68 | 8 | 686.48 |
| 9 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 79.68 | 8 | 686.48 |
| 10 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 79.68 | 8 | 686.48 |
| 11 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 79.68 | 8 | 686.48 |
| 12 | Martyrs' & the Injured | Martyrs' & the Injured- The West | Sergeant + 0 | Single/ | | 79.68 | 8 | 686.48 |
| **TOTAL** | | | | | | | | **9396.86** |

CONFIDENTIAL

02:009133

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009131-9133.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009131-9133.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914

التاريخ : 2013/01/14

المملكة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية



كشف سنوي شخصي
2000

الاسم : سعيد ابراهيم سعيد رمضان   الرقم المالي : 20879

رقم الهوية : 904564804

| شهر | القاطع | الإدارة | الرتبة | ح. اجتماعية | البنك | استقطاعات | استحقاقات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | القاطع غزة/الثاني | الشرطة البحرية | عريف 0 + | 0/ | | 20.45 | 118.475 | 943.00 |
| 2 | القاطع غزة/الثاني | الشرطة البحرية | عريف 0 + | 0/ | | 20.45 | 118.475 | 943.00 |
| 3 | القاطع غزة/الثاني | الشرطة البحرية | عريف 0 + | 0/ | | 20.45 | 118.475 | 943.00 |
| 4 | القاطع غزة/الثاني | الشرطة البحرية | عريف 0 + | 0/ | | 20.45 | 118.475 | 943.00 |
| 5 | القاطع غزة/الثاني | الشرطة البحرية | عريف 0 + | 0/ | | 20.45 | 118.475 | 943.00 |
| 6 | القاطع غزة/الثاني | الشرطة البحرية | عريف 0 + | 0/ | | 20.45 | 118.475 | 943.00 |
| 7 | القاطع غزة/الثاني | الشرطة البحرية | عريف 0 + | 0/ | | 20.45 | 118.475 | 943.00 |
| 8 | القاطع غزة/الثاني | الشرطة البحرية | عريف 1 + | 0/ | | 20.586 | 119.738 | 953.84 |
| 9 | القاطع غزة/الثاني | الشرطة البحرية | عريف 1 + | 0/ | | 20.586 | 119.738 | 953.84 |
| 10 | القاطع غزة/الثاني | الشرطة البحرية | عريف 1 + | 0/ | | 20.586 | 119.738 | 953.84 |
| 11 | القاطع غزة/الثاني | الشرطة البحرية | عريف 1 + | 0/ | | 20.586 | 119.738 | 953.84 |
| 12 | القاطع غزة/الثاني | الشرطة البحرية | عريف 1 + | 0/ | | 20.586 | 119.738 | 953.84 |
| | | | | | | | | 11370.20 |

الإجمالي

CONFIDENTIAL
02:009131

السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2013/01/14



كشف سنوي شخصي
2001

904564804 : رقم الهوية    الاسم : سعيد ابراهيم سعيد رمضان    20879 : الرقم المالي

| شهر | القاطع | الإدارة | الرتبة | ت. اجتماعية | البنك | استقطاعات | استحقاقات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 1 | 0/ |  | 20.586 | 119.738 | 953.84 |
| 2 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 1 | 0/ |  | 20.586 | 119.738 | 953.84 |
| 3 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 1 | 0/ |  | 20.586 | 119.738 | 953.84 |
| 4 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 1 | 0/ |  | 20.586 | 119.738 | 953.84 |
| 5 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 1 | 0/ |  | 20.586 | 119.738 | 953.84 |
| 6 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 1 | 0/ |  | 20.586 | 119.738 | 953.84 |
| 7 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 1 | 0/ |  | 20.586 | 119.738 | 953.84 |
| 8 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 2 | 0/ |  | 20.72 | 121 | 964.69 |
| 9 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 2 | 0/ |  | 20.72 | 121 | 964.69 |
| 10 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 2 | 0/ |  | 20.72 | 121 | 964.69 |
| 11 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 2 | 0/ |  | 20.72 | 121 | 964.69 |
| 12 | القاطع/ التالي غزة | الشرطة البحرية | عريف + 2 | 0/ |  | 20.72 | 121 | 964.69 |

الإجمالي: 11500.33

CONFIDENTIAL
02:009132

**السلطة الوطنية الفلسطينية**
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2013/01/14

كشف سنوي شخصي
2002

الرقم المالي : 20879
الاسم : سعيد ابراهيم سعيد رمضان
رقم الهوية : 904564804

| شهر | القاطع | الإدارة | الرتبة | ح. اجتماعية | البنك | استقطاعات | استقفاءات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | القاطع الثاني / غزة | الشرطة البحرية | عريف | 2 + 0/1 | | 20.72 | 121 | 964.69 |
| 2 | القاطع الثاني / غزة | الشرطة البحرية | عريف | 2 + /1 | | 20.72 | 121 | 958.63 |
| 3 | القاطع الثاني / غزة | الشرطة البحرية | عريف | 2 + /1 | | 20.72 | 121 | 958.63 |
| 4 | القاطع الاول /الضفة | البحرية نابلس * | عريف | 2 + /1 | | 20.72 | 121 | 958.63 |
| 5 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 13.181 | 91.56 | 750.92 |
| 6 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 8 | 79.68 | 686.48 |
| 7 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 8 | 79.68 | 686.48 |
| 8 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 8 | 79.68 | 686.48 |
| 9 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 8 | 79.68 | 686.48 |
| 10 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 8 | 79.68 | 686.48 |
| 11 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 8 | 79.68 | 686.48 |
| 12 | الشهداء والأسرى لشهداء والأسرى - الضفة | | رقيب | 0 + /1 | | 8 | 79.68 | 686.48 |

9396.86

الأجم الي

CONFIDENTIAL
02:009133