
PLAINTIFF'S EXHIBIT
63

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



## Detainee's/ Ex-Detainee's File

### Personal Information

**File No.: 449109**      **Identity No.:** 903946960   **Gender:** Female      **Date:** June 4,  2012
**Name:** Kahira                    Sa'id             Ali            al-Sa'di      **Tel:**
**Cashing Center:** 20   Jenin   **Address:** Jerusalem,   579313 Jerusalem
**Marital Status:** Married      **No. of Spouses:** 1         **No. of Children:** 4

### Financial Information

**Name:** Kahira Sa'id Suleiman al-Sa'di   **Identity No.:** 903946960  **Relationship:**     **Address:**
**Name of Authorized Agent:**           **Identity No.:** 0        **Relationship:**      **Address:**
**Bank:** 4   Housing Bank of Trade & Finance      **Branch:** Jenin   **Account No.:** 29942
**Allocation: 0**                      **Arrears: 0**
**Approval Start Date:** May 1, 2003      **End Date: May 1, 2012**

### Detention Information

**Date of Detention:** May 8, 2002   **Detention Status:** Released
**Sentenced: Day:** 0, **Month:** 0, **Year:** 999
**Employment:** 1 Not specified   **Date of Release:** 0   **Date of Actual Release:** October 18, 2011
**Organization:**  60 Islamic Jihad   **Prison:** 1 not specified   **Statement No.:** 20120555

**CONFIDENTIAL**                              **02:009134**

**Expenditures**

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 5 | 3230 | 0 | 0 | 3230 | Kahira Sa'id Ali al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2012 | 4 | 4630 | 0 | 0 | 0 | Kahira Sa'id Ali al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2012 | 3 | 4630 | 0 | 0 | 0 | Kahira Sa'id Ali al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2012 | 2 | 4630 | 0 | 0 | 0 | Kahira Sa'id Ali al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2012 | 1 | 4630 | 0 | 0 | 0 | Kahira Sa'id Ali al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2011 | 12 | 4630 | 0 | 0 | 0 | Kahira Sa'id Ali al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2011 | 11 | 4630 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 10 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 9 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 8 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 7 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 6 | 4500 | 0 | 400 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 5 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 4 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 3 | 4500 | 5400 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 2 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2011 | 1 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 12 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 11 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 10 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 9 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 8 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |

December 31, 2012                7:79:07 a.m.                1

CONFIDENTIAL                                02:009134 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| Year | Month | Amount | | | | Name | Account No. | Bank | City | ID |
|------|-------|--------|---|---|---|------|-------------|------|------|----|
| 2010 | 7  | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 6  | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 5  | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 4  | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 3  | 1800 | 2000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2010 | 2  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2010 | 1  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 12 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 11 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 10 | 1300 | 2600 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 7  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 6  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 5  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 4  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 3  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 2  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 1  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 12 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 11 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 10 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 9  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 8  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 7  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 6  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 5  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 4  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 3  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 2  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 1  | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2007 | 12 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2007 | 11 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |

CONFIDENTIAL

02:009135

| 2007 | 10 | 1300 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
|------|----|------|------|---|---|--------------------------------|-----------|-----------|------|--------|
| 2007 | 9  | 1300 | 1200 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 8  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 7  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 6  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 5  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 4  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 3  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 2  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 1  | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |

December 31, 2012

7:49:07 a.m.

2

02:009135 [continued]

CONFIDENTIAL

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| Year | No | | | | | Name | Account | Bank | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 12 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 11 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 10 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 9 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 8 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 7 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 6 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 5 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 4 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 3 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 2 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 1 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 12 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 11 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 10 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 9 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 5 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 4 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 3 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 2 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 1 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 12 | 1000 | 4500 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 11 | 1000 | 2700 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 10 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 9 | 1000 | 1000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 7 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 6 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 5 | 1000 | 1000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 3 | 100 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 2 | 1000 | 1000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 1 | 900 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |

CONFIDENTIAL

02:009136

| 2003 | 12 | 900 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2003 | 11 | 900 | 1800 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2003 | 8 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| 2003 | 7 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| 2003 | 6 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| 2003 | 5 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| | | | 171410 | 23200 | 400 | 3230 | | | | |

December 31, 2012        7:49:07 a.m.        3

CONFIDENTIAL

02:009136 [continued]

# Palestinian Authority    Identity Card

[photograph]

**Identity No.:** 903946960
**First Name:** Kahira
**Father's Name:** Sa'id
**Grandfather's Name:** Ali
**Family Name:** al-Sa'di
**Mother's Name:** Amna
**Date of Birth:** August 21, 1976
**Place of Birth:** Barqin
**Gender:** Female
**Religion:** Muslim
**Issued In:** Jenin    **On the Date of:** October 24, 2011

[Stamp] Palestinian
Authority
Department of Civil
Affairs

[Signature]
Competent Authority

# Palestinian Authority    Identity Card (Annex)

**Identity No.:** 903946960
**Family Name:** al-Sa'di
**First Name:** Kahira
**Address:** Al-Raam    0
**Marital Status:** Married
**Spouse's Identity No.:** 964121651
**Spouse's Name:** Nasser
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:** Kablawi
**Previous First Name:**

---

## The Housing Bank of Trade & Finance    *Our objective is provide you with high quality service*

**Bank Account Card**
**Name of the Account's Owner:** Kahira Sa'id Ali al-Sa'di
**Account No.:** 29942
**Account Type:** Saving    **Branch:** Jenin
**Tel:** 2505225
**P.O. Box:**

| | |
|---|---|
| To Brother Mohamed Allan | May God Protect Him |
| To Brother Maher Hussein | May God Protect Him |

Kindly accredit the bank account No. for the liberated detainee
Kahira al-Sa'di for the purpose of her salary.
Approval No. [449109].

Thank you,

Ahmed Abu Hassan    For clarification the account No.
[Signature]    is [29942]

SEAL OF THE
[illegible]

November 24, 2011    Faxed on November 24, 2011

Transfer executed

*[all handwritten comments]

CONFIDENTIAL

02:009137

## Palestinian Authority    Identity Card

[photograph]

**Identity No.:** 903946960
**First Name:** Kahira
**Father's Name:** Sa'id
**Grandfather's Name:** Ali
**Family Name:** al-Sa'di
**Mother's Name:** Amna
**Date of Birth:** August 21, 1976
**Place of Birth:** Barqin
**Gender:** Female
**Religion:** Muslim
**Issued In:** Jenin    **On the Date of:** October 24, 2011

[Stamp]  Palestinian
Authority
Department of Civil
Affairs

[Signature]
Competent Authority

---

## Palestinian Authority    Identity Card (Annex)

**Identity No.:** 903946960
**Family Name:** al-Sa'di
**First Name:** Kahira
**Address:** Al-Raam    0
**Marital Status:** Married
**Spouse's Identity No.:** 964121651
**Spouse's Name:** Nasser
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:** Kablawi
**Previous First Name:**

---

## The Housing Bank of Trade & Finance    *Our objective is provide you with high quality service*

**Bank Account Card**
**Name of the Account's Owner:** Kahira Sa'id Ali al-Sa'di
**Account No.:** 29942
**Account Type:** Saving    **Branch:** Jenin
**Tel:** 2505225
**P.O. Box:**

---

To Brother Mohamed Allan        May God Protect Him
To Brother Maher Hussein        May God Protect Him

Kindly accredit the bank account No. for the liberated detainee
Kahira al-Sa'di for the purpose of her salary.
Approval No. [449109].

Thank you,

Ahmed Abu Hassan
[Signature]                    For clarification the account No.
                               is [29942]

SEAL OF THE
[illegible]

November 24, 2011              Faxed on November 24, 2011

                Transfer executed

*[all handwritten comments]

---

**CONFIDENTIAL**

02:009138

**Palestinian National Authority**                    Letter to the Sister [handwritten]
**Ministry of Detainees & Ex-Detainees Affairs**
**& Ex-Detainee Affairs**
**General Department of Detainees & Ex-Detainees**

---

## Detainee's Application Form

| Application No. | | | | 4 | 4 | 9 | 1 | 0 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Date Application was Filled Out | March 14, 2011 | | | Division/ Ministry's Branch | | | Jenin | | |

### 1. Detainee's Main Information

| Identity No. | 9 | 0 | 3 | 9 | 4 | 6 | 9 | 6 | 0 |
|---|---|---|---|---|---|---|---|---|---|

| Full Name | First Name | Father's Name | Grandfather's Name | Family Name |
|---|---|---|---|---|
| | Kahira | Sa'id | Ali | Sa'di |

| Mother's Name | Amina | | | | |
|---|---|---|---|---|---|
| Date of Birth | August 21, 1976 | | Gender | Male   Female ☒ | |
| | | | Place of Birth | Barkin | |

| Educational Level: | Illiterate | Elementary ☒ | Secondary | Diploma | University | Post Graduate Studies |
|---|---|---|---|---|---|---|

| Profession Before Detention: | ------------------------------ | ███████████████ | |
|---|---|---|---|
| Date of Detention: | May 8, 2002 | Place of Detention | Hasharon |

| Detention Status | Arrested | Sentenced ☒ | Administrative | Released | Other |
|---|---|---|---|---|---|

| If the person is sentenced, the sentence according to the certificate of the Red Cross: | Day | Month | Year | Date of expected release according to the court's verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | Life | | | | | | |

| Permanent Address | Governorate | Jenin | Neighborhood | Jenin Refugee Camp |
|---|---|---|---|---|
| Notes | | | | |

### 2. Information about previous detentions.

No. of previous detentions:_____ Only those proven with a certificate from the red cross, in a timeline from newest to oldest.

| No. | Date of Detention | Type of Detention | Date of Release | Detention Period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

**CONFIDENTIAL**                                                      02:009139

**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**



## 3. Social Status Information

| Social status | Single | Married ☒ | Divorced | Widow(er) |
|---|---|---|---|---|
| | If Married enter information about the spouse and the children | | | |
| Spouse's Identity No.: | 9 6 4 1 2 1 6 5 1 | | Date of Marriage Contract: | January 5, 1992 |
| Spouse's Name: | Nasser | | No. of Children | 4 |

**Information about children from the 1st wife (male children under the age of 18, and single female children without taking into consideration their age)**

| No. | Name | Date of Birth | Social Status | Level of Education |
|---|---|---|---|---|
| 1. | Sandy | January 22, 1993 | Single | 12th Grade |
| 2. | Mohamed | March 11, 1994 | Single | 11th Grade |
| 3. | Raafat | July 10, 1996 | Single | 9th Grade |
| 4. | Dunya | June 12, 1998 | Single | 7th Grade |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

## 4. Beneficiary Information

| Identity No.: | 9 6 4 1 2 1 6 5 1 | | |
|---|---|---|---|
| Name: | Nasser Sa'id Suleiman al-Sa'di | Relationship: | Husband |
| Date Granted Power of Attorney: | August 24, 2010 | Duration of Power of Attorney: | |
| Bank: | The Housing Bank | Branch: | Jenin |
| Account No. | 2 3 1 0 1 | | Account in Shekels only |
| Landline Phone No.: | | Cell Phone No.: | 0599207880 |
| Permanent Address | Governorate Jenin | Neighborhood | Jenin Refugee Camp |
| Notes | | | |

| Applicant's Comments: | |
|---|---|
| Acknowledgement: | I, the undersigned, attest that the information provided in this application is entirely true and assume full responsibility for its accuracy. |

**CONFIDENTIAL**

02:009140

**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**



**5. For Official Use**

| | |
|---|---|
| **Name of the Employee:** | Tahani Abu Khalid |
| **Employee's Remarks:** | Approval requested |
| **Date:** | March 14, 2011 **Signature:** [Signature] |
| **Name of the Head of the Department:** | Nathmi Abdelfetouh |
| **Remarks of the Head of the Department:** | I request the adjustment of the detainee's salary according to the new scale for salaries/ [illegible] |
| **Date:** | March 14, 2011 **Seal and Signature** [Signature] |

[Stamp] Palestinian National Authority
Ministry of Detainees' & Ex-Detainees' Affairs
Department of Jenin

**Enclosed documents**: Put a checkmark next to the applicable document (Certification by Department Director)

| | | | |
|---|---|---|---|
| ☐ | Copy of the Detainee/ Ex-Detainee's ID | ☐ | Beneficiary's ID |
| ☐ | Red Cross Certificates | ☐ | Bill of Indictment |
| ☐ | Judgment (if any) | ☐ | Copy of Debit Card |
| ☐ | Copy of the Marriage Certificate | ☐ | Copies of Children's Birth Certificates |
| ☐ | Addendum Adding Wife/ Wives | ☐ | Other (specify) |

**6. Approval and Authentication:**

| | |
|---|---|
| **1. Approval from Dept. of Detainees' Affairs:** | ☐ I approve the detainee's application (Consistent with laws and regulation) |
| **Employee Name:** | |
| **Date:** | /  /  **Seal and Signature** |
| | ☐ I do not approve the detainee's application |
| **Reasons and Justifications** | |
| | |
| **2. Approval from Dept. of Legal Affairs:** | ☐ I approve the detainee's application (Consistent with laws and regulation) |
| **Employee Name:** | |
| **Date:** | /  /  **Seal and Signature** |
| | ☐ I do not approve the detainee's application |
| **Reasons and Justifications:** | |

3

**CONFIDENTIAL**                                        02:009141

## ICRC
## International Committee of the Red Cross
## <u>Power of Attorney</u>

I, the undersigned Kahira Sa'id Ali Sa'di
Identity No. 903946960 from Jenin presently detained in................................
Hereby authorize Nasser Sa'id Suleiman al-Sa'di, Identity No. 96412121651 Phone#.......................
From Jenin concerning the following authorization (once choice only):
☐ To withdraw every...............the amount of.................from my account No..............at...........bank, at...............branch.
☐ General Power of Attorney (not restricted)
☐ Selling or alternating......................................................................................
☒ Others (specify) to get my monthly salary from the Ministry of Detainees' Affairs
       Validity of this power of attorney is: ☐ Limited to...............     ☐Unlimited

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory. No further responsibilities can be placed upon the institution.
This is to certify that the above-mentioned prisoner has signed this POA in the presence of the ICRC delegate.

Date: August 21, 2010         Detainee's Signature: [Signature]

**CONFIDENTIAL**         02:009142

Palestinian Authority     **Identity Card**

**Identity No.:** 964121651
**First Name:** Nasser
**Father's Name:** Sa'id
**Grandfather's Name:** Suleiman
**Family Name:** al-Sa'di
**Mother's Name:** Aysha
**Date of Birth:** October 9, 1973
**Place of Birth:** Jenin
**Gender:** Male
**Religion:** Muslim
**Issued in:** Tolkarm     **On the Date of:** January 15, 2002

[photograph]

[Stamp]  Palestinian
Authority
Department of Civil
Affairs

[Signature]
Competent Authority

---

Palestinian Authority     Identity Card (Annex)

**Identity No.:** 964121651
**Family Name:** al-Sa'di
**First Name:** Nasser
**Address:** Jenin refugee camp 0 0
**Marital Status:** Married
**Spouse's Identity No.:** 903946960
**Spouse's Name:** Kahira
**Spouse's Identity No.:** 914443379
**Spouse's Name:** Rania
**Previous Family Name:**
**Previous First Name:**

---

**The Housing Bank of Trade & Finance**     *Our objective is provide you
with high quality service*

**Bank Account Card**
**Name of the Account's Owner:** Nasser Sa'id Suleiman al-Sa'di
**Account No.:** 23/01/9
**Account Type:** Saving Shekel     **Branch:** Jenin
**Tel:** 2505225
**P.O. Box:**

23101/9 [handwritten]

**CONFIDENTIAL**                    02:009143

[Hebrew] al-Sa'di          [Hebrew] Mohamed          [Hebrew] Nasser

[Hebrew] Sa'id             [Hebrew] Kahira           [Hebrew] Kablawi

[Hebrew] Male                      8 5483340 7

[Hebrew]  Jenin

                    [Hebrew]
                    March 11, 1994

                    [Hebrew] Muslim

                                                        1994

                              [Hebrew] Jenin          April 4, 1994

                              [Signature]
                              [Stamp]    [illegible]


Kahira al-Sa'di's children to the hand of Maher Hussein [handwritten]


**CONFIDENTIAL**                                    02:009145

Palestinian Authority        **Identity Card**

**Identity No.:** 8 5483340 7
**First Name:** Mohamed                    [photograph]
**Father's Name:** Nasr
**Grandfather's Name:** Sa'id
**Family Name:** al-Sa'di              [Stamp]  Palestinian
**Mother's Name:** Kahira                        Authority
**Date of Birth:** March 11, 1994                Department of Civil
**Place of Birth:** Jenin                        Affairs
**Gender:** Male
**Religion:** Muslim                   [Signature]
**Issued in:** Jenin        **On the Date of:** March 25, 2010
                                       Competent Authority

---

Palestinian Authority        Identity Card (Annex)

**Identity No.:** 8 5483340 7
**Family Name:** al-Sa'di
**First Name:** Mohamed
**Address:**                Ram    0 0
**Marital Status:** Single
**Spouse's Identity No.:**
**Spouse's Name:**
**Spouse's Identity No.:**
**Spouse's Name:**
**Previous Family Name:**
**Previous First Name:**

**CONFIDENTIAL**                                    02:009148

| Palestinian Authority | **Identity Card** |
|---|---|

**Identity No.:** 8 5354309 8
**First Name:** Sandi                    [photograph]
**Father's Name:** Nasr
**Grandfather's Name:** Sa'id
**Family Name:** al-Sa'di          [Stamp] Palestinian
**Mother's Name:** Kahira                    Authority
**Date of Birth:** January 22, 1993          Department of Civil
**Place of Birth:** Jenin                    Affairs
**Gender:** Feale
**Religion:** Muslim                [Signature]
**Issued in:** Jenin          **On the Date of:** January 28, 2009          Competent Authority

---

| Palestinian Authority | Identity Card (Annex) |
|---|---|

**Identity No.:** 8 5354309 8
**Family Name:** al-Sa'di
**First Name:** Sandi
**Address:** Jenin Refugee Camps          0 0
**Marital Status:** Single
**Spouse's Identity No.:**
**Spouse's Name:**
**Spouse's Identity No.:**
**Spouse's Name:**
**Previous Family Name:**
**Previous First Name:**

**CONFIDENTIAL**                                        02:009149

| Israeli | Defense | Forces |
|---|---|---|
| Before the Military Court | Court Case: | *3527/02* |
| in Beit El | Prosecution Case: | 451/02 |
| Before a panel | Detailed Incident Case: | 1328/02, 1329/02 |
| | | 2069/02 Binyamin |

## In the trial between the Military Prosecutor – the Prosecutor

### - v. -

**Kahira Sa'id Ali al-Sa'di**
Identity No. 903946960, born August 21, 1976, residing in A-Ram
Detained since May 8, 2002

### The Defendant

### Indictment

### The abovementioned Defendant is hereby accused of committing the following offenses:

### First Count:

**Nature of the Offense:** Causing death intentionally, an offense under Section 51 (A) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970.

**Details of the Offense:** The abovementioned Defendant, while within the area and elsewhere, on March 21, 2002 or thereabouts, intentionally caused the death of another person, as follows:

The Defendant, who lived in the Jenin Refugee Camp, moved in early 2002 with her family to live in A-Ram. While in Ramallah, the Defendant and her husband ███████ met with █████ an officer in the Palestinian Police, who is responsible for committing dozens of terrorist attacks, in the area and in Israel, and who also transferred his activity and relocated from the Samaria area to the Ramallah area. After the meeting, the Defendant and her husband ████ ████ stayed in the home of █████████ on a few occasions.

During the meetings, ████████████ suggested to the Defendant that she lead suicide terrorists to Jerusalem, to a place for carrying out terrorist attacks, thus causing the deaths of many Israeli civilians. The Defendant agreed to help █████████████ in everything that he requested.

**CONFIDENTIAL**                                    02:009152

Later, after the death of ████████, the brother of ████████, ████████ called the Defendant and asked her whether she had heard about his death. The Defendant cried over the telephone and apologized that she could not come to Ramallah.

████████ planned the perpetration of a suicide attack using a suicide terrorist, named Mohamed Hashaika, who was dressed in an explosive belt. To lead the suicide terrorist to the site of the attack in Jerusalem, the military operator ████████ enlisted ████████ But the military operative ████████ feared that ███ was afraid to carry out the attack, and ███ was dressed in traditional Arab clothing. Therefore, ████████ called the Defendant and asked her to come to Ramallah. The two met next to Abu Raya Hospital in Ramallah, with ████████ accompanying another military operative, ████████ ████ Next to the two, a small blue vehicle was parked, occupied by suicide terrorist Mohamed Hashaika, who was wearing the explosive belt, ████████, who was driving, the vehicle and ████████ who had been enlisted by him to carry out said attack. ████████ informed the Defendant that in the vehicle there was a terrorist on the way to carry out a suicide attack, and another woman.

**CONFIDENTIAL**     02:009152 [continued]

**Seventh Count:**

**Nature of the Offense**: Possession of a bomb, an offense under Section 53 (A) (1) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970.

**Details of the Offense**: The abovementioned Defendant, while in the Area, in April 2002 or thereabouts, possessed a bomb or an explosive or incendiary object without a permit certificate that was issued by or on behalf of a military commander, as follows:

While hiding in the home of the Defendant, the abovementioned ███████ purchased coal, which he crushed with her brother, ████ – ███████████ and put in bags. This substance was intended for preparing explosive devices, which ████ had prepared with ██████ under the direction of ████████████

████ informed the Defendant that they were preparing this substance for the purpose of preparing an explosive device, which they were planning to place against an IDF jeep or tank in the Kalandia Refugee Camp. For the purpose of carrying out the terrorist attack, the two purchased a video camera in order to film the attack. ██████ also informed the Defendant that the explosive device would be activated by mobile phone.

**Eighth Count:**

**Nature of the Offense**: Possession of a firearm, an offense under Section 53 (A) (1) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970.

**Details of the Offense**: The abovementioned Defendant, while in the Area, in May 2002 or thereabouts, possessed a firearm without a permit certificate that was issued by or on behalf of a military commander, as follows:



After the arrest of ███████, on May 4, 2002, the Defendant kept ██████ pistol and thereafter informed ██████ brother that the pistol was in her possession. The Defendant traveled from A-Ram to Jenin, with ██████ pistol, in order to return it to his brother. During this journey the Defendant also took ██████ video camera, with which she was supposed to film the planned attack, and other possessions of his. During the journey, the taxi was stopped by IDF forces, but they did not discover the pistol that was concealed on the Defendant's person.

**CONFIDENTIAL**

02:009153

**Ninth Count:**

**Nature of the Offense:** Conspiring to cause intentional death, an offense under Section 51 (A) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970; and Section 22 of the Order Regarding Rules of Responsibility for an Offense (Judea and Samaria) (No. 225), 5728-1968.

**Details of the Offense:** The abovementioned Defendant, while in the area, in May 2002 or thereabouts, conspired with another person to cause the intentional death of another person, as follows:



███████████ and his friend ███████████ a military operative of the Islamic Jihad, decided to carry out a suicide attack, using a terrorist who would wear an explosive belt. ███████ ███████ who expressed his wish to carry out the attack, was supposed to carry it out. For the purpose of execution of the attack, ███████ decided to approach the Defendant so that she would lead the terrorist to the attack site. ███████ traveled to the home of the Defendant in A-Ram and told her that there was a terrorist who was prepared to carry out a suicide attack in Jerusalem. The Defendant agreed to lead the terrorist to the attack site, thus causing the deaths of many civilians.

The day after the arrest of ███████████, on May 4, 2002, ███████ brother, ████ called the Defendant and asked for her help in transferring weapons from Ramallah to Jenin. ████ asked the Defendant not to involve her husband in the act. The Defendant consented and ████ said that he would provide his mobile phone to the person who was in possession of the weapon. After about two hours, ███████████ called the Defendant and asked about the arrest of ███████ and her brother ███████████████ At that time, the Defendant refused to travel to Ramallah to meet him because her husband was at home. In another call by ███████████ to the Defendant, her husband took the mobile phone and thereafter traveled by himself to Ramallah in order to meet ███████████. The Defendant reported to ███████ brother, ███████ that her husband had traveled to meet ███████████

███████████ informed the husband of the Defendant that he wanted to transfer an explosive belt. The husband, ███████████ refused and was angry with her.

**CONFIDENTIAL**                **02:009153** [continued]

On May 8, 2002, on the day of her arrest, the Defendant traveled to Manra Square in Ramallah and met with███████████. ███████████ told the Defendant that he knew that she had led a suicide terrorist to carry out a suicide attack and asked her to lead an additional suicide terrorist into Jerusalem, to Yaffo Street or to a crowded place, in order for the Defendant to carry out the suicide attack. The Defendant agreed to participate in the perpetration of the suicide attack and to lead the suicide terrorist to the site of the [intended] attack in Jerusalem.

███████████ asked her not to return to her home in A-Ram so that she would not be arrested and she promised to travel to her mother's home in Azaria.

The planned suicide attack did was not carried out due to the arrest of the Defendant on that day.

**CONFIDENTIAL**             **02:009153** [continued]

**Third Count:**

**Nature of the Offense:** Causing death intentionally, an offense under Section 51 (A) of the Security Provisions Order (Judea and Samaria) (No. 378) 5730-1970.

**Details of the Offense**: The abovementioned Defendant, while within the area and elsewhere, on March 21, 2002 or thereabouts, intentionally caused the death of another person, as follows:

The Defendant, by her acts described in the first count of the indictment, intentionally caused the death of Yitzhak Cohen, of blessed memory, who was killed as a result of the explosion of the suicide terrorist, Mohamed Hashaika, in King George Street.


**Fourth Count:**

**Nature of the Offense:** Attempting to intentionally cause death, an offense under Section 51 (A) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970; and Section 19 of the Order Regarding Rules of Responsibility for an Offense (Judea and Samaria) (No. 225), 5728-1968.

**Details of the Offense:** The abovementioned Defendant, while within the area and elsewhere, on March 21, 2002 or thereabouts, attempted to cause the intentional death of another person, as follows:

The Defendant, by her acts described in the first count of the indictment, attempted to cause the intentional death of the civilians who were at the site of the explosion of the suicide terrorist, Mohamed Hashaika, whom she had led to the attack site. 81 civilians were injured as a result of the explosion.


**Fifth count:**

**Nature of the Offense**: Sheltering [a fugitive], an offense under Section 57 of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970.


**CONFIDENTIAL**                                    02:009154

**Details of the Offense:** The abovementioned Defendant, while in the area, during the months of March and April 2002, aided and gave shelter to any person who had committed an offense under the security legislation, or who was engaging or had engaged in any action whose purpose was to undermine public safety, the safety of IDF forces and soldiers and maintaining public order or who was reasonably suspected to have done so, as follows:

On March 30, 2001, the military operatives ██████████ ██████████, and the brother of the Defendant, ██████████, were arrested. While he was in the Ofer Detention Facility, ██████ impersonated another person and was released from detention along with the brother of the Defendant, who also impersonated another person. The Defendant hid her brother and ██████ in her home for twenty six days. The Defendant also sent her husband to Jenin to take a birth certificate in the name of ██████████ from there, the person whom ██████ had impersonated, in order to assist ██████ in impersonating him. The Defendant's husband ██████ traveled to Jenin and obtained said document.

Ultimately, ██████ was rearrested on May 3, 2002, by IDF forces in the home of the Defendant.

**Sixth Count:**

**Nature of the Offense:** Possession of a firearm, an offense under Section 53 (A) (1) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970.

**Details of the Offense:** The abovementioned Defendant, while in the area, in April 2002 or thereabouts, possessed a firearm without a permit certificate that was issued by or on behalf of a military commander, as follows:

When he was hiding in the home of the Defendant, military operative ██████████ brought his pistol to her home, which he had hidden prior to his first arrest.

████████████ asked the Defendant to travel with the Suicide Terrorist, the young woman ████████████, to carry out the attack, as the Defendant was wearing trousers and her head was uncovered. The Defendant entered the vehicle and sat in the rear seat next to the suicide terrorist. ████████ sat in the front next to the driver of the vehicle,████████████

████████████ gave the suicide terrorist a Koran. About two hundred meters before the Kalandia checkpoint, the driver, ████████████ stopped the vehicle, requested a kiss from the suicide terrorist and the Defendant and the suicide terrorist and ████████████ got out of the vehicle. ██████ took a taxi and asked the driver to drive them by bypassing the A-Ram checkpoint, and paid the taxi driver NIS 50 in exchange. ██████ also purchased flowers, which she gave to the suicide terrorist. The Defendant, the suicide terrorist and ████████████ passed the A-Ram checkpoint on foot, bypassing the inspection by IDF soldiers. Thereafter, the three boarded another taxi and ██████ asked the taxi driver to take them to Yaffo Street in Jerusalem because they wanted to celebrate Mother's Day and they did not have Israeli identity cards, so that he would take them on roads on which there were no IDF checkpoints. The Defendant, ██████ and the suicide terrorist walked along Yaffo Street in order to find a crowded place in which the suicide terrorist would blow himself up, causing the deaths of many civilians. During their walk, the Defendant instructed ██████ to walk behind them and not next to them because she was dressed in traditional Arab clothing and in order not to raise suspicion against them.

The Defendant noticed that there were many people in the street and replied to ████████████ that this was a good place for carrying out a suicide attack in order to cause the deaths of many civilians. ████████████ agreed with the Defendant and sent the suicide bomber to carry out the planned attack. The suicide bomber asked the Defendant and ██████ to go back and went to detonate the explosive belt that was on his person in order to cause the deaths of many civilians. The Defendant and ██████ walked away and after a few minutes, at about 4:20 p.m., the suicide terrorist detonated the explosive belt that was on his person in King George Street in Jerusalem.

As a result of the explosion, three civilians were killed and 81 more were injured. In addition, a large amount of property was damaged.

The Defendant heard the sound of the explosion and understood that the suicide terrorist Mohamed Hashaika had detonated himself.

**CONFIDENTIAL**                                          02:009155

The Defendant stayed put when the suicide terrorist, Mohamed Hashaika, detonated himself and pieces of the victims flesh hit her. Because they thought that she had been injured, citizens brought her into a store that was nearby, where they washed her face. Later, Magen David Adom ambulance forces wanted to take the Defendant [for medical care] but she refused and left the site. After she walked the streets of the city of Jerusalem for two and a half hours, she traveled to her home by Sherut [shared] taxi. She arrived at home in the evening hours.

Before she entered her home, the Defendant called the military operative ████████ and updated him on the execution of the attack. The Defendant was interested in the fate of ████ ████████, whom she lost sight of and ████████ calmed her by telling her that ████ had arrived in Ramallah a long time before the Defendant.

Two days later, the Defendant traveled to the home of ████████ and reported to him about the implementation of the attack. ████████ also attended this meeting. ████████ updated the Defendant, saying that the young woman who had been with her, ████████ had returned safely.

After a few days, ████████ invited the Defendant, her husband, and her brother to a meal in a restaurant in Ramallah. In this meeting, ████████ provided the brother of the Defendant, ████████ with a pistol, which ████████ showed to the Defendant. The pistol was given to the brother of the Defendant for carrying out an attack. ████████ also promised the Defendant help in paying rent.

By her acts described above, the Defendant intentionally caused the death of Tzipora Shemesh, of blessed memory, who was killed as a result of the explosion of the suicide terrorist, Mohamed Hashaika, in King George Street. Tzipora Shemesh of blessed memory was pregnant at the time of her death.

**Second Count:**

**Nature of the Offense:** Causing death intentionally, an offense under Section 51 (A) of the Security Provisions Order (Judea and Samaria) (No. 378), 5730-1970.

**Details of the Offense:** The abovementioned Defendant, while within the Area and elsewhere, on March 21, 2002, or thereabouts, Intentionally caused the death of another person, as follows:

The Defendant, by her acts described in the first count of the indictment, intentionally caused the death of First Sergeant Gadi Shemesh, of blessed memory, who was killed as a result of the explosion of the suicide terrorist, Mohamed Hashaika, in King George Street.

CONFIDENTIAL

02:009155 [continued]

**Prosecution Witnesses:**

1. ███████████████████████████████████ taker of the statement by the Defendant & picture identification.

2. ███████████████████████████████████ taker of the statement by the Defendant.

3. ████████████████████ detained in Prosecution Case ███████

4. ████████████████████████ detained in Prosecution Case ██████

5. ████████████████████ detainee.

6. ███████████████ detainee.

7. ████████████████████, detainee.

8. ████████████████ detainee.

9. Photograph identification lineup — by ████████████████Judea Investigations Office.

A detailed list of witnesses from Detailed Incident Case ████████████ (the attack case) will be given during the trial.

[Signature]
**Dalia Kaufman**
**Prosecutor**

Date: July 7, 2002
Reference: 451/02

**CONFIDENTIAL**                    02:009156

**The Housing Bank of Trade & Finance**    *Our objective is provide you with high quality service*

**Bank Account Card**
**Name of the Account's Owner:** Kahira Sa'id Ali al-Sa'di
**Account No.:** 29942                    **Branch:** Jenin
**Account Type:** Saving
**Tel:** 2505225
**P.O. Box:**

| | |
|---|---|
| To Brother Mohamed Allan | May God Protect Him |
| To Brother Maher Hussein | May God Protect Him |

Kindly credit the bank account No. for the liberated detainee Kahira al-Sa'di for salary purposes.
Approval No. [449109].

Thank you,

Ahmed Abu Hassan          For clarification the account No.
[Signature]                        is [29942]

SEAL OF THE
[illegible]                         Faxed on November 24, 2011

November 24, 2011
                    Transfer executed

*[all handwritten comments]

CONFIDENTIAL

02:009157

---

Palestinian Authority    **Identity Card**
**Identity No.:** 903946960
**First Name:** Kahira
**Father's Name:** Sa'id
**Grandfather's Name:** Ali          [photograph]
**Family Name:** al-Sa'di
**Mother's Name:** Amna          [Stamp]  Palestinian
**Date of Birth:** August 21, 1976          Authority
**Place of Birth:** Barqin          Department of Civil
**Gender:** Female          Affairs
**Religion:** Muslim          [Signature]
**Issued In:** Jenin    **On the Date of:** October 24, 2011    Competent Authority

---

Palestinian Authority    Identity Card (Annex)

**Identity No.:** 903946960
**Family Name:** al-Sa'di
**First Name:** Kahira
**Address:** Al-Raam    0
**Marital Status:** Married
**Spouse's Identity No.:** 964121651
**Spouse's Name:** Nasser
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:** Kablawi
**Previous First Name:**

**Department of Detainees**          **Ministry of Detainees & Ex-Detainees Affairs**

2207 [handwritten]
**Financial Adjustment Card**

**File No.:** 449109                                    **Name:** Kahira Sa'id Ali al-Sa'di

| Date | Measures | | Signature |
|------|----------|--|-----------|
| | [illegible] | | |
| 2002 | 87 x 900 = ~~72006300~~ 7200 | **1400** | |
| 2003 | 12 x 900 = 10800 | **Five year allowance** | |
| 2004 | 12 x 1000 = 12000 | 7 x 1300 = 9100 | |
| 2005 | 12 x 1000 = 12000 | **Spouse and children allowance for** | |
| 2006 | 12 x 1000 = 12000 | **female detainees** | |
| 2007 | 5, 4 x 1000 = 5000 | 3 x 1800 = 5400 | |
| 2008 | 12 x 1300 = 15600 | 2 x 1800 = 3600 | |
| 2009 | 9 x 1300 = 11700 | According to the decision of Minister Issa [illegible] | |
| 2010 | 12 x 1800 = 21600 | | |
| 2011 | 10 x 4500 = 45000 | | |
| | 4000   40000 | | |
| | Total = 167700          166500          162200 | | |
| | She received = 163600                          (27.780) | | |
| | | | |
| | [illegible] =  4100 | | |
| | | | |
| | Arrears     5     (4630) + | | |
| |             6     4630 | | |
| |             7     4630[illegible] | | |
| | | | |
| | | | |
| | This adjustment is until [illegible] without counting the salary receives from the Ministry of Finance. | | |
| | | | |
| | Until October 18, 2012                    [Signature] | | |
| |                 May2, 2012 | | |
| | | | |
| |          ↖   OK/ 20120555 | | |

**15600** [handwritten]

**CONFIDENTIAL**                                                    02:009158

| Palestinian Authority | **Identity Card** |
|---|---|

**Identity No.:** 903946960
**First Name:** Kahira                    [photograph]
**Father's Name:** Sa'id
**Grandfather's Name:** Ali
**Family Name:** al-Sa'di              [Stamp] Palestinian
**Mother's Name:** Amina                       Authority
**Date of Birth:** August 21, 1976            Department of Civil
**Place of Birth:** Barkin                      Affairs
**Gender:** Female                    [Signature]
**Religion:** Muslim                   Competent Authority
**Issued in:** Jenin        **On the Date of:** October 24, 2011

| Palestinian Authority | Identity Card (Annex) |
|---|---|

**Identity No.:** 903946960
**Family Name:** al-Sa'di
**First Name:** Kahira
**Address:** Al-Raam     0  0
**Marital Status:** Married
**Spouse's Identity No.:** 964121651
**Spouse's Name:** Nasser
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:** Kablawi
**Previous First Name:**

**CONFIDENTIAL**                    02:009160



**Palestinian National Authority**
**Ministry of Detainees' Affairs**

## Detainee's/ Ex-Detainee's File

### Personal Information

| | | | |
|---|---|---|---|
| **File No.: 449109** | **Identity No.:** 903946960 | **Gender:** Female | **Date:** November 30, 2011 |
| **Name:** Kahira | Sa'id | Ali        al-Sa'di | **Tel:** |
| **Cashing Center:**20   Jenin | **Address:** Jerusalem, | 579313 Jerusalem | |
| **Marital Status:** Married | **No. of Spouses:** 0 | **No. of Children:** | 4 |

### Financial Information

| | | | |
|---|---|---|---|
| **Name:** Kahira Sa'id Suleiman al-Sa'di | **Identity No.:** 903946960 | **Relationship:** | **Address:** |
| **Name of Authorized Agent:** | **Identity No.:** 0 | **Relationship:** | **Address:** |
| **Bank:** 4  Housing Bank of Trade & Finance | **Branch:** Jenin | **Account No.:** 29942 | |
| **Allocation:** 4630 | **Arrears:** 0 | | |
| **Approval Start Date:** May 1, 2003 | **End Date: April 1, 2012** | | |

### Detention Information

| | | |
|---|---|---|
| **Date of Detention:** May 8, 2002 | **Detention Status:** Released | |
| **Sentenced: Day:** 0, **Month:** 0, **Year:** 999 | | |
| **Employment:** 1 Not specified | **Date of Release:** 0 | **Date of Actual Release:** October 18, 2011 |
| **Organization:**   60 Islamic Jihad | **Prison:** 1 not specified | **Statement No.:**  20120555 |

**CONFIDENTIAL**

02:009161

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------------|-----------|---------------------|--------------|------|--------|-------------|
| 2012 | 4 | 4630 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2012 | 3 | 4630 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2012 | 2 | 4630 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2012 | 1 | 4630 | 0 | 027780 | 0 | Kahira Sa'id Suleiman al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2011 | 12 | 4630 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 903946960 | Housing Bank of Trade | Jenin | 29942 |
| 2011 | 11 | 4630 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 10 | 4500 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 9 | 4500 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 8 | 4500 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 7 | 4500 | 0 | 0 | 0 | Kahira Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 6 | 4500 | 0 | 400 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 5 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 4 | 4500 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 3 | 4500 | 5400 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2011 | 2 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2011 | 1 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 12 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 11 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 10 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 9 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 8 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 7 | 1800 | 0 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |

CONFIDENTIAL

02:009161 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| Year | No. | Amount | Amount | Amount | Name | Account | Bank | Branch | Code |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 6 | 1800 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 5 | 1800 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 4 | 1800 | 0 | 0 | Iman Sa'id al-Sa'di | 901871848 | Jordan | Jenin | 2192459 |
| 2010 | 3 | 1800 | 2000 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2010 | 2 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2010 | 1 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 12 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 11 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 10 | 1300 | 2600 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 7 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 6 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 5 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2009 | 4 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 9 2009 | 3 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 11 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 10 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 9 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 8 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 7 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 6 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 5 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 4 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 3 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 2 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2008 | 1 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2007 | 12 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2007 | 11 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Housing Bank of Trade | Jenin | 23101 |
| 2007 | 10 | 1300 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 9 | 1300 | 1200 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |

CONFIDENTIAL

02:009162

| 2007 | 8 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
|------|----|------|---|---|---|------------------------------|-----------|-----------|------|--------|
| 2007 | 7 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 6 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 5 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 4 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 3 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 2 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2007 | 1 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2006 | 12 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |

**CONFIDENTIAL**

02:009162 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 11 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 10 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 9 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 8 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 7 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 6 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 5 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 4 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 3 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 2 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2006 | 1 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 12 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 11 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 10 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 9 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 5 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 4 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 3 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 2 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2005 | 1 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 12 | 1000 | 4500 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 11 | 1000 | 2700 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 10 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 9 | 1000 | 1000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 7 | 1000 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 6 | 1000 | 1000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 5 | 1000 | 1000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 3 | 100 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 2 | 1000 | 1000 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |
| 2004 | 1 | 900 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 96412651 | Arab Bank | 9060 | 579313 |

**CONFIDENTIAL**

02:009163

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 12 | 900 | 0 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2003 | 11 | 900 | 1800 | 0 | 0 | Nasser Sa'id Suleiman al-Sa'di | 964121651 | Arab Bank | 9060 | 579313 |
| 2003 | 8 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| 2003 | 7 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| 2003 | 6 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| 2003 | 5 | 900 | 0 | 0 | 0 | Nariman Sa'id Ali Kablawi | 903946952 | Arab Bank | 9050 | 720910 |
| | 168180 | 23200 | 400 | 0 | | | | | | |

191380
- 27780
= 163600

[handwritten]

CONFIDENTIAL

02:009163 [continued]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1.  The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009134-9163.

2.  I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.  To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009134-9163.

_____
Adnane Ettayebi

ss.: New Jersey

On the [ℤ9] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
ℤ9 day of February, 2014


_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

| | | |
|---|---|---|
| **Palestinian National Authority** |  | السلطة الوطنية الفلسطينية |
| **Ministry of Detainees Affairs** | | وزارة شؤون الأسرى والمحررين |

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | |
|---|---|---|---|---|---|
| 04/06/2012 | تاريخ التعديل | أنثى | الجنس | 903946960 | رقم الهوية | 449109 | رقم الملف |
| | تلفون | السعدى | على | سعيد | قاهرة | الاسم |
| | | القدس ٥٧٩٣١٣ القدس | العنوان | جنين | 20 | مركز صرف |
| 4 | عدد الابناء | 1 | عدد الزوجات | متزوج | حالة زواجية |

### البيانات المالية

| | | | | | |
|---|---|---|---|---|---|
| العنوان | الصلة | 903946960 | الهوية | قاهرة سعيد سليمان السعدى | اسم |
| العنوان | الصلة | 0 | الهوية | | اسم الوكيل |
| 29942 | رقم الحساب | جنين | الفرع | الاسكان للتجارة والتمويل | 4 | البنك |
| 01/05/2012 | نهاية | 01/05/2003 | بداية الاعتماد | المتأخرات 0 | 0 | المخصص |

### بيانات الأسر

| | | | | | |
|---|---|---|---|---|---|
| 999 | سنة | 0 | شهر | 0 | الحكم بوم | محرر | الحالة الاعتقالية | 08/05/2002 | تاريخ الأسر |
| 18/10/2011 | تاريخ تحرر فعلي | 0 | تاريخ تحرر | غيرمحدد | 1 | العمل |
| 20120555 | رقم كشف | غيرمحدد | 1 | السجن | جهاداسلامي | 60 | التنظيم |

## المصروفات

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| 29942 | جنين | الاسكان للتجارة | 903946960 | قاهرة سعيد سليمان السعدى | 3230 | 0 | 0 | 3230 | 5 | 2012 |
| 29942 | جنين | الاسكان للتجارة | 903946960 | قاهرة سعيد سليمان السعدى | 0 | 0 | 0 | 4630 | 4 | 2012 |
| 29942 | جنين | الاسكان للتجارة | 903946960 | قاهرة سعيد سليمان السعدى | 0 | 0 | 0 | 4630 | 3 | 2012 |
| 29942 | جنين | الاسكان للتجارة | 903946960 | قاهرة سعيد سليمان السعدى | 0 | 0 | 0 | 4630 | 2 | 2012 |
| 29942 | جنين | الاسكان للتجارة | 903946960 | قاهرة سعيد سليمان السعدى | 0 | 0 | 0 | 4630 | 1 | 2012 |
| 29942 | جنين | الاسكان للتجارة | 903946960 | قاهرة سعيد سليمان السعدى | 0 | 0 | 0 | 4630 | 12 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 4630 | 11 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 4500 | 10 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 4500 | 9 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 4500 | 8 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 4500 | 7 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 400 | 0 | 4500 | 6 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 4500 | 5 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 4500 | 4 | 2011 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 5400 | 4500 | 3 | 2011 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 2 | 2011 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 1 | 2011 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 12 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 11 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 10 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 9 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 8 | 2010 |

| Palestinian National Authority Ministry of Detainees Affairs | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين |
| --- | --- | --- |



| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 7 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 6 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 5 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمان سعيد السعدي | 0 | 0 | 0 | 1800 | 4 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 2000 | 1800 | 3 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 2 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 1 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 12 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 11 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 2600 | 1300 | 10 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 7 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 6 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 5 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 4 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 3 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 2 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 1 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 12 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 11 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 10 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 9 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 8 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 7 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 6 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 5 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 4 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 3 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 2 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 1 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 12 | 2007 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 11 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 10 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 1200 | 1300 | 9 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 8 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 7 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 6 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 5 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 4 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 3 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 2 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 1 | 2007 |

| Palestinian National Authority<br>Ministry of Detainees Affairs | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين |

| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 12 | 2006 |
|--------|------|--------------|-----------|--------------------------|---|---|------|------|----|------|
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 11 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 10 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 9 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 8 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 7 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 6 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 5 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 4 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 3 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 2 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 1 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 12 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 11 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 10 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 9 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 8 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 7 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 6 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 5 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 4 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 3 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 2 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 1 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 4500 | 1000 | 12 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 2700 | 1000 | 11 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 10 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 1000 | 1000 | 9 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 7 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 6 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 1000 | 1000 | 5 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 100 | 3 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 1000 | 1000 | 2 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 900 | 1 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 900 | 12 | 2003 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 1800 | 900 | 11 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علتقبلاوى | 0 | 0 | 0 | 900 | 8 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علتقبلاوى | 0 | 0 | 0 | 900 | 7 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علتقبلاوى | 0 | 0 | 0 | 900 | 6 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علتقبلاوى | 0 | 0 | 0 | 900 | 5 | 2003 |
| | | | | | 3230 | 400 | 23200 | 171410 | | |



02:009137

CONFIDENTIAL

02:009138

**CONFIDENTIAL**



اسم صاحب الحساب

نوع الحساب

الهاتف

ملاحظات

2505225

Cuyab09 Bdesir

{ 299142 ?

{ 242

بنك الإسكان للتجارة والتمويل
The Housing Bank for Trade & Finance

مسائه للأ منّه

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شـؤون الأسـرى والمحـررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| رقم الاستمارة: | | 9 | 0 | 1 | 9 | 4 | 4 |
| تاريخ تعبئة الاستمارة: | ١١٤/١١/٢١١ | المديرية/فرع الوزارة: | | | | | |

**1. المعلومات الرئيسية للأسير:**

| رقم الهوية: (تسع خانات) | 5 | 6 | 9 | 6 | 4 | 9 | 3 | 0 | 9 |
|---|---|---|---|---|---|---|---|---|---|

| الاسم الرباعي: | الاسم الأول | اسم الأب | اسم الجد | اسم العائلة |
|---|---|---|---|---|
| | كاترة | عمر | علي | سمك |

| اسم الأم: | أصيب | الجنس: ☑ ذكر ☐ أنثى |
|---|---|---|
| تاريخ الميلاد: | 21 / 8 / 1976 | مكان الولادة: رقم |
| المؤهل العلمي: | ☐ أمي ☑ الأساسية ☐ ثانوي ☐ دبلوم ☐ جامعي ☐ دراسات عليا |
| المهنة قبل الأسر: | | التنظيم: فتح |
| تاريخ الأسر: | 15/8/2002 | مكان الاعتقال: هدارم |
| الوضع الاعتقالي: | ☑ موقوف ☐ محكوم ☐ إداري ☐ محرر ☐ أخرى |
| في حالة محكوم مدة الحكم: | حرمت إكبار | | تاريخ الإفراج المتوقع حسب قرار الحكم: | اليوم | الشهر | العام |
| حسب شهادة الصليب: | | | | | | |
| العنوان الدائم: | | المحافظة: حبس | التجمع السكاني: |
| ملاحظات: | | | |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: _____ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

1

CONFIDENTIAL

02:009139

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

---

**3. بيانات الوضع الاجتماعي:**

| الحالة الاجتماعية: | ☐ أعزب | ☑ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

| رقم هوية الزوج/ة: | 9 | 6 | 4 | 1 | 2 | 1 | 6 | 5 | 1 | تاريخ عقد الزواج | 5 / 1 / 1992 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| اسم الزوج/ة | كاصد | عدد الأولاد | 4 |
|---|---|---|---|

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | سائدي | 1992/1/22 | طالب | توجيهي |
| 2. | جميل | 1994/2/11 | اعزب | الخامس ع |
| 3. | براءة | 1996/7/10 | اعزب | التاسع |
| 4. | دنيا | 1998/6/12 | عزباء | سابع |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

---

**4. بيانات الوكيل المستفيد:**

| رقم الهوية المستفيد: | 9 | 6 | 4 | 1 | 2 | 1 | 6 | 5 | 1 |
|---|---|---|---|---|---|---|---|---|---|

| اسم الوكيل المستفيد: | كاصد سليمان الميرة | صلة القرابة: | زوجة |
| تاريخ سريان الوكالة إن وجدت: | 2010 18/24 | مدة سريان الوكالة: | |
| البنك: | بنك الاسكان | فرع البنك: | |
| رقم الحساب: | 23101 | الحساب جاري شيكل فقط |
| رقم الهاتف الأرضي: | | رقم الهاتف النقال: | 0599920788 |
| العنوان الدائم للمستفيد: | المحافظة: | التجمع السكاني: |
| ملاحظات: | | |

---

| ملاحظات مقدم الطلب: | |
| إقرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | ناهر السيمير |

2

**CONFIDENTIAL**

02:009140

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطــة الوطنيـة الفلسطينيـة

وزارة شـؤون الأسـرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| | | |
|---|---|---|
| اسم المرشد/الموظف: | تيكيه ابو نادر | |
| ملاحظات المرشد/الموظف: | ك ص ابعادة | |
| التاريخ: | التوقيع: | 2015/3/14 |
| اسم مدير المديرية: | ناجي يعن | |
| ملاحظات مدير المديرية: | | |
| التاريخ: | 14/3/اسم2 | الختم والتوقيع: |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | | |
|---|---|---|---|---|
| صورة هوية المستفيد | ☐ | صورة هوية الأسير/المحرر | | ☐ |
| لائحة الاتهام | ☐ | شهادات الصليب الأحمر | | ☐ |
| صورة بطاقة الحساب البنكي | ☐ | قرار الحكم (إن وجد) | | ☐ |
| صور شهادات الميلاد للأبناء | ☐ | صورة عقد الزواج مصدقة طبق الأصل | | ☐ |
| أخرى (حدد) | ☐ | ملف إضافة زوجة/زوجات | | ☐ |

6. الاعتماد والمصادقة:

| | |
|---|---|
| 1. اعتماد شؤون الأسرى: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

| | |
|---|---|
| 2. اعتماد الشؤون القانونية: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

3

CONFIDENTIAL

02:009141

# ICRC
## INTERNATIONAL COMMITTEE OF THE RED CROSS

وكالة

أنا الموقع أدناه: قاهرة سعيد علي السعدي

هوية رقم: ٩٠٣٩٤٦٩٦٠ ، من (البلدة) جنين ، السجين حالياً في:

بموجب هذه الوكالة أفوض: ناصر سعيد سليمان السعدي ، هوية رقم: ١٦١٢١٤٩٦ ٩٦

تليفون: ٥٩٩٢٠٧٨٨ من (البلدة) جنين ، بخصوص إحدى التفويضات التالية:

☐ سحب كل (حدد المدة) ـــــ بمبلغ ـــــ من حسابي رقم ـــــ لدى البنك ـــــ فرع ـــــ

☐ هـذه الوكالة عامة (غير مقيدة).

☐ بيـع أو التنـازل عـن ـــــ

☒ لأغراض أخرى (حدد): لاستلام راتبي الشهري من وزارة شؤون الأسرى

مفعول هذه الوكالة ☐ ساري لأجل غير مسمى ☒ ساري لمدة (حدد) ـــــ

إن مسؤولية اللجنة الدولية للصليب الأحمر تقتصر فقط على إيصال هذه الوكالة إلى الوكيل، ولا تتحمل أي مسؤولية أخرى مستقبلاً. كما وتشهد اللجنة أن السجين المذكور أعلاه قد وقع هذه الوكالة بحضور مندوبها.

Signature of the detainee: ⟨signature⟩    توقيع السجين: ما هرصا لسعدي    Date: ٢٠١٠-٨-٢٤    بتاريخ:

## POWER OF ATTORNEY

I the undersigned     QAHERA SAID ALI ALSAADI

ID Nbr 903946960          from     JENIN          presently detained in

hereby, authorize;     NASSER SAID SOLIMAN ALSAADT     ID Nbr     964121651     phone # ____

from     JENIN          concerning the following authorization (one choice only):

☐ To withdraw every _____ the amount of _____ from my account Nbr _____ at _____ bank

at _____ branch.

☐ General power of attorney (not restricted).

☐ Selling or alienating _____

☒ Others (specify): _____

Validity of this power of attorney is:     ☐ Limited to _____     ☐ Unlimited

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory.

No further responsibilities can be put forward to the institution.

This is to certify that the a/m prisoner has signed this POA in the presence of the ICRC delegate on

**CONFIDENTIAL**          02:009142

Date: _____          Delegate's Signature: _____



بنك الإسكان للتجارة والتمويل  خدمتكم بجودة عالية هدفنا
The Housing Bank for Trade & Finance        بطاقة حساب

اسم صاحب الحساب  ناهد محمد سليمان السعدي

رقم الحساب  23 ١٠١ / ٩

نوع الحساب  توفير شيكل  الفرع  جنين

الهاتف  2505225
50

من.ب.

23 ١٠١ / ٩

CONFIDENTIAL

02:009143

Palestinian Authority
Ministry of Interior
Department of Civil Affairs



السلطة الفلسطينــة
وزارة الـداخـليــة
مديرية الأحوال المدنية

شـهادة ميلاد

رقم الهوية  8  5354309  8

الإسم    سـاندي    /    إسم الأب    ناصر

إسم الجد    سعيد    إسم العائلة    السعدي    جنسية الأب    فلسطيني

إسم الأم    قاهره    عائلة الأم    قيلاوي    جنسية الأم    فلسطينية

الجنس    أنثى    الديانة    مسلمة

تاريخ الميلاد    [1993/01/22]    الثاني والعشرون من شهر كانون الثاني لعام ألف وتسعمائة و ثلاث وتسعين

مكان الميلاد    جنين    المستشفى  -

العنوان    مخيم جنين    0 - 0  ..

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة    1993

من قبل مديرية الأحوال المدنية بـ    جنين    بتاريخ    2010/10/12

توقيع
الموظف المختص
Employee Signature



CONFIDENTIAL

02:009144

אלטעדן السعدي מוחמד محمد נאצר ناصر

סעיד سعيد קאהרה قاهرة קבלאוי قلاوي

8 5483340 7

זכרדن

ג׳נרין جنين

מרק
ג ادا

מוחלמד

1994

04/04/94    גנרן جنين

إبناء قاهرة السعدي ليد ماهر حسين

Palestinian Authority

Ministry of Interior

Department of Civil Affairs

السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية

شهادة ميلاد

## Birth Certificate

| | | |
|---|---|---|
| الرقم الوطني<br>National No. | 4  0133312  5 | رقم الهوية<br>ID. No |
| اسم الأب  ناصر<br>Father's name | رافت  اسم المواود /<br>Name | |
| اسم العائلة  السعدي<br>Family name | سعيد  اسم الجد<br>G.F.'s name | |
| الديانة  مسلم<br>Religion | ذكر  الجنس<br>Sex | |
| في اليوم العاشر من تموز لسنة ألف وتسعمائة و ست وتسعين ميلادية | 1996/07/10  تاريخ الميلاد<br>D. of Birth | |
| تعستشفى  في البيت<br>Hospital | مخيم جنين  مكان الولادة<br>P. of Birth | |
| اسم عائلة الأم السابق  قبلاوي<br>M.'s Family | قاهره  اسم الأم<br>M.'s name | |
| 0 / 0 | مخيم جنين  العنوان | |

أن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة  1996

The details about the mentioned birth have already been registered in the birth file of year  1996

من قبل دائرة الأحوال المدنية  بـ  جنين

تاريخ  25/12/96

By Department Of Civil Affairs in     On  25/12/96

عبد العزيز بزور

وزارة الداخلية  جنين

توقيع

الموظف المختص

السلطة الفلسطينية
مديرية الأحوال المدنية
المكتب الرئيسي

CONFIDENTIAL

02:009146

Palestinian Authority

Ministry of Interior

Department of Civil Affairs

السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية

شهادة ميلاد

**Birth Certificate**

| | | | |
|---|---|---|---|
| | | 4 0341495 6 | رقم الهوية<br>Id No. |
| ناصر | إسم الأب<br>Father's name | دنيا | الإسم<br>Name |
| السعدي | إسم العائلة<br>Family name | سعيد | إسم الجد<br>G.F.'s name |
| مسلمة | الديانة<br>Religion | أنثى | الجنس<br>Sex |
| الثاني عشر من شهر حزيران اعام الف وتسعمائة و ثمان وتسعين | | ١٩٩٢/06/12 | تاريخ الميلاد<br>D. of birth |
| في البيت | المستشفى<br>Hospital | جلين | مكان الميلاد<br>P. of birth |
| | | فلسطينية | الجنسية<br>Nationality |
| قبلاوي | عائلة الأم<br>M.'s family | قاهره | إسم الأم<br>M.'s name |
| | | مخيم جلين | العنوان<br>Address |

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة 1998

The details about the above mentioned birth have already been registered in the birth file of year 1998

من قبل مديرية الأحوال المدنية بـ جنين بتاريخ 1998/06/21

by Department of Civil Affairs in    **Jenin**    On    21/06/1998

توقيع
الموظف المختص





ختم الدائرة

**CONFIDENTIAL**

02:009147



CONFIDENTIAL

02:009148



CONFIDENTIAL

02:009149

المملكة الأردنية الهاشمية

عقد زواج

ب    ٢١٥٦٦٤

قسيمة الزوج

جهة المحكمة الشرعية في حسني

تاريخ العقد ٩ جمادى الأخرة لعام ١٩٩٥

المحكمة الشرعية

| الصنعة | الجنسية | السن | مكان الإقامة | البلد | عربي | الاسم الكامل | |
|--------|---------|------|--------------|-------|------|--------------|---|
| عامل | اردني | ١٨سنة | محمد حبيب | محمد حبيب | | الزوج الرجل البالغ العاقل ناصر سعيد سليمان عبد ربه عوض | ١ |
| لا يعمل | اردنية | ١٥ | برقيه | برقيه | | الزوجة البنت البالغة العاقلة هدى سعيد علي مبارك | |

| ٤ | مستندات تحقق السن وعدم الموانع |
|---|---|

| المهر |  |  |
|-------|--|--|
| المؤجل |  |  |
| وقوعه | توابع المهر |  |

| ٦ | كيفية دفع المهر |  |
| ٧ | المباشرون للعقد |  |
| ٨ | شروط احد الزوجين الخاصة |  |
| ٩ | شهود العقد والوكالة والتعريف |  |
| ١٠ | الكفاله على الشروط |  |
| ١١ | موافقة الولي او اذن المحكمة |  |
| ١٢ | صفة العقد |  |

شهود التعريف والوكالة الخاصة    الزوجة او وكيلها    الزوج او وكيله    تصديق المحكمة

CONFIDENTIAL    02:009150



№  29668

## TO WHOM IT MAY CONCERN

CICR  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mrs:  QAHERA SAID ALI  SAADI

From :  JENIN  ID NO: 90394696-0

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :  08.05.2002

She is to date :  Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

CICR  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ جاهرة سعيد علي سعدي _____

من _____ جنين _____ هوية رقم ٩.٣٩٤٦٩٦.

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٨ / شهر ٥ / سنة ٢.٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة X إداري

محكوم/ة أو إداري لمدة _____ مدى الحياة.

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date:  20.10.2004

التاريخ

Place:  JENIN

المكان

MARIE DESHONGUÈRES
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

02:009151

FROM : Shahin MAHMOD ADV.          PHONE NO. : 972 6 747770        Sep. 22 2002 12:20PM P1




| צבא | | | הנישפט | הגנה | לישראל |
|---|---|---|---|---|---|

בית
בבית
בפני

בית
הצבאי
אל
הרכב

תיק ביהמ"ש 352/02
תיק תביעה : 451/02
תיק פ.א. : 1328/02 .1329/02
2069/02 בנימין

**במשפט שבין התובע הצבאי – המאשים**

**– נגד –**

קאהירה סעיד עלי סעדי
ת.ר. 903946960, יליד/ת 21/5/76 , תושבת א-רס
עצור/ה מיום 3/5/02

**הנאשם**

**כתב-אישום**

**הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:**

**פרק ראשון**

**מהות העבירה:** גרימת מוות בכוונה. עבירה לפי סעיף 51(א) לצו בדבר הוראות בטחון, (יהודה ושומרון)
מס' 378 תשכ"ז – 1970.

**פרטי העבירה:** הנאשם הנ"ל, בחזותו באיזור ומחוצה לו, ביום 21/3/02  או בסמוך לכך, גרמה בכוונה
למותו של אחד, כדלקמן :
הנאשמת אשר התגוררה במחוזה פליטים ג'נין, עברה גנור בתחילת שנת 2002 יחד עם משפחתה באירב
בחזותו ברמאללה, נפגשה הנאשמת ובעלה נאצר סעדי עם עב'כרים עוויס, קצין במשטרה הפלסטינית.
האחראי לביצוע עשרות פיגועים. באיזור בישראל ואשר העביר גם הוא את פעילותו ומגוריו מאיזור
השומרון, לאיזור רמאללה. לאחר הפגישה התארחו הנאשמת ובעלה נאצר סעדי בביתו של עב'כרים עוויס
ביסדר פעמים.
בהמשך הפגישות הציע עב'כרים עווים לנאשמת לחזור מתאבדים ולבצע פיגוע ברצח
הפגונעים ובכך לגרום למוהם של אזרחים ישראלים רבים. הנאשמת הסכימה כטיא לעב'רים עוויס כפי
שתתבקש.
בהמשך לאחר כוהו של ל' סאמר עוויס, אחיו של עב'כרים תקשר עב'כרים לנאשמת ושאל אותה האם ישמער
על מותו. הנאשמת בכהה ותנבבה ותנהצבלה כי אינה יכולה להגנע לרמאללה.

עב'כרים עווים תכנן ביצוע פיגוע התאבדות באמצעות מחבל מתאבד, מחמד חשאייה שמו אשר הוכבש
מחזורד נפו. לצורך הובלת הממחבל המתאבד לקקום ביצוע הפיגוע בירושלים, גיים הפעיל הצבאי, נאצר
שוויש את סנאא שחדה. אולם הפעיל הצבאי עב'כרים עווים חשש כי סנאא חשישות לבצע את הפיגוע. וכי
היתה סנאא לבושה בלבוש ערבי מסורתי. לפיכך,התבקש עב'כרים עווים לנאשמת כי תלוה את צבאי למרמה.
השניים נפגשו ליד בית החולים אבן ראויה ברמאללה כאשר עב'כרים עווים היה מלווה בפעיל צבאי נוסף.
מאדר אמין דבאעין, ליד השיים חנה רכב קטן בצבע כחול. בו ישבו המחבל המתאבד, מחמד חשאייה
כשהוא לבוש בתורת הנפו, נאצר שוויש נהג הרכב וסאא, שחתדה אשר נוייסה על ידי לביצוע הפיגוע
האמור. עב'כרים מסר לנאשמת כי בתוך הרכב ישנו מחבל בדרכו לבצע פיגוע התאבדות וכי אישה נוספת


**CONFIDENTIAL**

02:009152

**פרט שביעי:**

**מהות העבירה:** אחזקת פצצה, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות בטחון, (יהודה והשומרון), (מסי 378) תשי"ל - 1970.

**פרטי העבירה:** הנאשמת הנ"ל, בהיותה באיזור, בחודש אפריל 2002 בסמוך לכך, החזיקה פצצה או חפץ נפיץ או מבער ללא תעודת היתר שתועמנקה ע"י מפקד צבאי או מטעמו, כדלקמן :

בהיותו מסתתר בבית הנאשמת, רכש הנאשם הנ"ל פחם אותו ריסק יחד עם אהיח, חמודה – מחמד קבלאמוו ושם בשקיות. חומר זה נועד עבור הכנת מטעני חבלה, אותם תכינו הנ"ל יחד עם חמודה ובוהניות עברים עוויט.

האדר מסר לנאשמת כי הם מכינים חומר זה מכיוון שמטעני חבלה אותם הם מתכננים להניח כנגד ג"יפ או טנק של צהי"ל במ.ם. קלעלדית. השניים רכשו לצורך ביצוע חפיגועים מצלמת וידאו על מנת לצלם את הפיגוע, חמודה אף מסר לנאשמת כי המטען יופעל באמצעות פלאפון.

**פרט שמיני:**

**מהות העבירה:** אחזקת כלי יריה, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות בטחון, (יהודה והשומרון), (מסי 378) תשי"ל - 1970.

**פרטי העבירה:** הנאשמת הנ"ל, בהיותה באיזור, בתהילת חודש מאי 2002 או בסמוך לכך, החזיקה כלי יריה ללא תעודת היתר שתועמנקה ע"י מפקד צבאי או מטעמו, כדלקמן :

לאחר מעצרו של האדר דבאעיה, ביום 3/5/02 הנאשמת החזירה באקדרת של האדר  ולאחר מכן הודיעה לאחוי של האדר כי האקדות נמצא ברשותה. הנאשמת נסעה מא רם לגיעין  עם האקפרת של האדר על מנת להחזירו לאחיו, בסיעגה זו לקחה הנאשמת גם את מצלמת הוידאו של האדר שבה אמור היה לצלם את הפיגוע המתוכנן וחפציה נוספים שלו. במהלך הנסיעה נעצרה המוונה ע"י כוחות צהי"ל אולם אלה לא גילו את האקדה שהיה מוסתר על גופה של הנאשמת.

**פרט תשיעי:**

**מהות העבירה:** קשירת קשר  לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות בטחון, (יהודה והשומרון) (מסי 378) תשי"ל - 1970 וסעיף 22 לצו בדבר כללי חאחריות לעבירה (יהודה והשומרון) (מס' 225) תשמ"ח - 1988.

**פרטי העבירה:** הנאשמת הנ"ל, בהיותה באיזור . בחודש מאי 2002 או בסמוך לכך, קשרה קשר עם אחר לגרום בכוונה למותו של אחר, כדלקמן:

האדר דבאעיה וחבריו מחמד עארדה, פעל ג'יתאד אסלאמי צבאי זחליטו לבצע פיגוע התאבדות, באמצעות מחבל אשר ילבש חגורת נפץ. מחמד עיגאם שבצבע את רעיונו לבצע את הפיגוע אמור היה הם לבצעו. לצורך הוצאת הפיגוע לפועל החליט האדר לגעת לנאשמת על מנת שתוביל את מנת המחבל למקום הפיגוע. האדר נסע לבית הנאשמת בא –רם ואמר לה כי ישנו מחבל המוכן לבצע פיגוע התאבדות בירושלים, הנאשמת הסכימה להוביל את המחבל למקום הפיגוע וכך לגרום למותם של אורחים רבים.

יום לאחר מעצרו של האדר דבאעיה, ביום 4/5/02 התקשה יזל הנאשמת אחיו של האדר, ראאד ובירקש את עוזרתה בהעברת כלי נשק ברמאללה לגיעין. ראאד ביקש מהנאשמת שלא תערב בכך את עוגדה. הנאשמת הסכימה וראאד אמר כי הפלאאין שלה למי שמהרוזק בנשק, מעבור כשעתיים התקשר לנאשמת מחמד עארדה, ושאל אידוד מעצרים של חדר ואחיה המנורד- מחמד קבלאווי. באותו מועד הנאשמת טרבה לנסוע לרמאללה לבהעט יעזע כיוון שבעלה היה בבית. בשיחה נוספת של מחמד עארדה לנאשמת, לקח בעלה את הפלאמין ולאחר מכן נסע בעצמו לרמאללה על מנת לתפגש עם מחמד עארדה. הנאשמת מוותה לאחיו של האדר. ראאד כי בעלה נסע לחפש עם מחמד עארדה.

מחמד עארדה מסר לבעלה של הנאשמת כי הוא מבקש שיעביר חגורת נפץ. הבעל נאצר סעדי סרב ונעט עליה.

בלום 5/5/02, יום מעצרו, נסעה הנאשמת לכיפר מנרה ברמאללה ונפגשה עם מחמד עארדה. מחמד עארדה אמר לנאשמת כי הוא ידע שהוא חובית מחבל מתאבד לבצע פיגוע ובדבק ממנה לתנגיל מחבל מתאבד נוסף לתנון ירושלים. לרחוט פו או למסים הומה אחר על מנת שהנאשמת תביע שם פיגוע התאבדות. הנאשמת הסכימה להשתתף בביצוע פיגוע ההתאבדות ולחובייל את המחבל המתאבד למקום ביצוע הפיגוע בירושלים.

מחמד עארדה ביקש שלא תחזור לביתה בא רם על מנת שלא תיעצר וחיא תיעצר לנסוע לבית איכה בגזירה.

פיגוע ההתאבדות המתוכנן לא יצא לפועל עקב מעצרם של הנאשמת באותו יום.

FROM : Shahin MAHMOD ADU.          PHONE NO.  : 972 6 747770          Sep. 22 2002 05:30PM P2

ENT BY: MIKES CENTRE;                +972 2 6282486;        26-AUG-02 13:48;          PAGE 3/5

**פרט שלישי:**

**מהות העבירה:** גרימת מוות בכוונה. עבירה לפי סעיף 51(א) לצו בדבר הוראות בטחון, (יהודה והשומרון) (מס' 378) התשי"ל – 1970.

**פרטי העבירה:** הנאשמת הנ"ל, בהיותה באיזור ומחוצה לו, ביום 21/3/02   או בסמוך לכך, גרמה בכוונה למותו של אחר, כדלקמן :
הנאשמת במעשיה המתוארים בפרט אישום ראשון, גרמה בכוונה למותו של יצחק כהן ז"ל אשר נהרג כתוצאה מהתפוצצות המחבל המתאבד. מחמד חשאיקה ברחוב קינג ג'ורג'.

**פרט רביעי:**

**מהות העבירה:** נסיון גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות בטחון, (יהודה והשומרון) (מס' 378) התשי"ל – 1970 וסעיף 19 לצו בדבר כללי אחריות לעבירות (יהודה והשומרון) (מס' 225), התשכ"ח - 1968 .

**פרטי העבירה:** הנאשמת הנ"ל, בהיותה באיזור ומחוצה לו, ביום 21/3/02 או בסמוך לכך, ניסתה לגרום בכוונה למותו של אחר, כדלקמן :
הנאשמת במעשיה המתוארים בפרט אישום ראשון, ניסתה לגרום למותם של האזרחים שהיו במקום התפוצצות המחבל המתאבד. נהמד חשאיקה, אותו הובילה למקום הפיגוע. כתוצאה מהתפוצצות נפצעו 51 אזרחים.

**פרט חמישי:**

**מהות העבירה:** אימון מוקלט, עבירה לפי סעיף 57 לצו בדבר הוראות בטחון, (יהודה והשומרון) (מס' 378 תשי"ל – 1970.

**פרטי העבירה:** הנאשמת הנ"ל, בהיותה באיזור, במהלך חודשים מרץ ואפריל 2002, עזרה ונתנה שירותי ...לט לכל אדם שעבר עבירה על תחיקת הבטחון. או העוסק או שהיה עוסק בכל פעולה שמטרתה לפגוע בשלום הציבור. שלום מוחות צח"ל וחייליו וקיום הסדר הציבורי או שיש יסוד סביר לחשוד כי עשה כן, כדלקמן:

ביום 21/3/02 מעוריה הפעילים הצבאיים, עמכרים עזוזם. ואהר אבין דבאעיה ואחי הנ...שמת וזנרו... מהאני קבלהויי בהתקנו במתקנו המעבדד עיסר. ואהדי התחזה בשם אחר ושותרר מטעני: יחד עם אותי הנאשמת אהרי אף הוא התחזה לאחר. הנאשמת הסתתירה בביתה את אחיה ואת אהדד... באעיה בומ...ל בעשורים ושישה ימים. הנאשמת אף שולחה את צעלה לניין על מנת שיקח משם תעודד לידה עי... מכרי... איהד חיסאבה. היש שאליו התהזה אהד וזאת על מנד לביניע לחא:הד בהזוהות. ב...ריה של הנאשמת ... עצד סעדי נשע לניין וקובל את המסמך הא...ר.
ל...יף נעצר האהד שוב ביום 25/5/02 עיי כוחות צדי"ל בביתה של הנאשמת.

**פרט שישי:**

**מהות וטעבירה:** אחזקת כלי יריה, עבירה לפי סעיף 53(א)(1) לצו בדבר חוראות בטחון, (יהודה והשומרון) (מס' 378) תשי"ל – 1970.

**פרטי העבירה:** הנאשמת הנ"ל, בהיותה באיזור, בחודש אפריל 2002 או בסמוך לכך, החזיקה כלי יריה ללא תעודה היתר שהוענקה ע"י מפקד צבאי או מטעמו, כדלקמן :
בעת שחתחפשה בבית הנאשמת. הביא מפעיל הצבאתי האדר דבאעיה. לביתה את האקדח שלו, אותו הסתיר קודם מעשיה הראשון.

CONFIDENTIAL

02:009154

ע/כרים עוויס ביקש מהנאשמת לנסוע יחד עם ה מחבל המתאבד, הצעירה סנאא שחדה לביצוע הפיגוע מאחר שהנאשמת הזית לבושה במכנסים וראשה גלוי ללא כיסוי. הנאשמת נכנסה לרכב והתיישבה בכיסא האחורי ליד המחבל המתאבד. סנאא שחדה ישבה מקדימה ליד נתן הרכב, נאצר שווש. סנאא שחדה נתנה למחבל המתאבד ספר קוראן, כמאהתים מטרים לפני מחסום קלנדיה עצר הנהג נאצר שווש את הרכב. ביקש נשימת מהמחבל המתאבד והנאשמת יחד עם המחבל המתאבד ו סנאא שחדה ירדו מהרכב, סנאא תפסה מונית וביקשה שהנהג ישימו אותם תוך נקיפת מחסום ק רם, ושילמה לנהג המונית 50 ש בתמורה. סנאא אף נתנה פרחים אותם היא נתנה למחבל המתאבד. את מחסום א רם עברו הנאשמת. המחבל המתאבד וסנאא שחדה ברגל תוך כדי עקיפת בדיקת חיילי צהיל. לאחר מכן עלו השלושה למונית נוספת וסנאא ביקשה מהנהג מנהג המונית שיסיע אותם לרחוב יפו ב ירושלים כיוון שהם רצים להגיע את יום חאם שון אין להם תעולת הזות ישראלית, שיסיע אותם בדרכים בהם אין מחסומי צהיל. הנאשמת, סנאא והמחבל חמתאבד הלכו לאורך רחוב יפו על מנת לאתר מקום הומה אדם ב יפוציע המחבל המתאבד וינרום למותם של אזרחים רבים. במהלך הליכתם, הנאשמת הורתה לסנאא ללכת מאחוריהם ולא לידם כיוון שהיתה לבושה לבוש ערבי מסורתי וכל מנת שלא להחשידו.

הנאשמת הבחינה כי ברחוב יפו ישנם אנשים רבים והשיבה לסנאא שחדה כי זהו מקום טוב לבצע פיגוע התאבדות על מנת לגרום למותם של אזרחים רבים. סנאא שחדה הסכימה עם הנאשמת וnhishunה ושילחה את המחבל המתאבד לבצע את הפיגוע התאבדות. המחבל המתאבד ביקש מהנאשמת ומסנאא לחזור אחוריניה הלך למצוע את חגורת הנפץ שעניי גמ על מנת לגרום למותם של אזרחים רבים. הנאשמת וסנאא הלכו מהמחבל ובעבור מספר דקות לשעות 16.20 פוצץ המחבל המתאבד את חגורת הנפץ שעל גופו ברחוב קינג ג'ורג' בירושלים.

כתוצאה מהתפוצצות ההרגו שלושה אזרחים ונפצעו 81 נוספים. כמו כן נגרם נזק רב לרכוש.

הנאשמת שמעה את קול הפיצוץ והבינה כי המחבל המתאבד מחמד חשאיקה מוצץ את עצמו.

הנאשמת נותרה במקומה בעת שהמחבל, מחמד חשאיקה פוצץ את עצמו וחלקי בשר של הפצועים פגעו בה מאחר שחששו כי נפצעה, הכניסוהה אורחים לתוך חנות שהיתה במקום, שם שטפה פניה. בהמשך ביקשה בקשות נדיר ai לפנות את הנאשמת אולם היא הירה טרבנה ונזהה את המקום. לאחר שהסתהבה בשימתים וחצי ברחובות העיר ירושלים, נפעה לביתה במנוחה שירותים, לשם חנונה בשעות הערב. לפני שנכנסה לביתה, הקהזהרה הנאשמת לפעיל חבאב '' עקביים עווים עווים בדבר ביצוע הפיגוע. -- פגורלה של סנאא שחדה אשר התנקשה ממנו ונעתרים העיברים הורו ik ta... שי כי. שיאי... בפני רב זורל בדין רב לפני חנאשמת.

לאחר יומיים נסעה הנאשמת לביתה של עקביים עווים ונוחמה לו בקשר לביצוע הפיגוע. בפגרישה זו נוכח גם האחד דשאאיה. כן ידעו עקבים את הנאשמת כי חבנרותה אשר היתה עimמה, סנאא שחדה היתה בינתinda ומידי בשלוב.

לאחר מספר ימים הוגיע עקביים עווים שוב את הנאשמת, בעלה והxine לארוחה במסעדה ברמאללה. בתגישיה זו מסר עקביים לאחר הנאשמת חמודה- מחמד קבלאווי אקדח, אותן הוראה חמודה לאמשמה. האקדח נמסר לאחר הנאשמת לצורך ביצוע פיגוע עקבים גם חבניים לנאשמת סייע בשכר לדירה

הנאשמת במעשיה המתוארים לעיל גרמה בכוונה למותם של ציפורה זיל אשר נהרגה כתוצאה מהתפוצצות המחבל המתאבד, מחמד חשאיקה ברחוב קינג גורג'. ציפורה שמש זיל היתה בחדרין במחוות.

### פרט שני:

<u>מהות העבירה</u>: גרימת מיות בכוונה, עבירה לפי סעיף 51(א) לצ בדבר הוראות בטחון, (יהודה והשומרון) (מס' 378) התשכל – 1970.

<u>פרטי העבירה</u>: הנאשמת הנ"ל, בחינתה באיזור ו סמוכ לו. ביום 3/02 או בסמוך לכך, גרמה בכוונה למותו של אדם, כולכמי,  
הנאשמת במעשיה המתוארים בפרט אי. אישום ראשון, גרימה בכוונה למותו של רס''מ גדי שמש אשר נהרג כתוצאה מהתפוצצות המחבל המתאבד. מחמד חשאיקה ברחוב קינג גורג.

CONFIDENTIAL                                              02:009155

עדי התביעה :

1. רס"ר דוד מזרחי, 94857, לחי"ק יהודה, גובה אמרת הנאשמת + זיהוי תמונה.
2. רס"מ יעקב ברוני, 99106, לחי"ק יהודה, גובה אמרת הנאשמת
3. סנאא מחמד שחאדה, 081021198, עצורה בת.ו. 484/02.
4. עכריס ראתב יונס עוויס, 980136675, עצור בת.ו. 423/02.
5. מחמד קאסם אחמד עארדה, 911529345, עצור.
6. מחמד סעיד עלי קבלאווי, 938032083, עצור.
7. האדר אמין מחמד דבאעיה, 940849243, עצור.
8. נאצר סעיד סלימאן סעדי, 964121651, עצור.
9. מסדר זיהוי תמונות – עייל רס"ל אבי עקיגאן לחי"ק יהודה.

. רשימת עדים מפורטת מתיק פ"א 02069/02 מעוטים (היום הפינוי) מנוסר במהלך המשפט.

דליה קאופמן
תובעת

תאריך : 7/7/02
סימוכין : 451/02

CONFIDENTIAL

02:009156

02:009157

CONFIDENTIAL





2207

وزارة المالية الاتحادي بالقدس والبلاد

بسم الله القدسية تسوية مالية

الاسم :                          رقم الملف : ٤٤٦٩١٩

| التوقيع | الاجراءات | التاريخ |
|---|---|---|
| | ٩ × ٨٠٠ = ٧٢٠٠ ٦٣٠٠ | |
| | ٩٠ × ٨٠ = ١١٨٠ | |
| | ١٢ × ١٨٠ = ٢١٦٠ | |
| | ١٢ × ٧٨ = ٩٣٦ | |
| | ١٢ × ١٨٠ = ٢١٦٠ | |
| | ٥ × ١٨٠ = ٩٠٠ | |
| | ١٨ × ١٨٠ = ٣٢٤٠ | |
| | ٩٢ × ١٢٠٠ = ١١٠٤٠٠ | ١٥٧ |
| | ١٨٠ × ١٨٠ = ٣٢٤٠٠ | ١٥٦ |
| | ١٠ × ٤٠٠٠ = ٤٠٠٠٠ | ٥٠ |
| ١٦٢٢٠٠ ١٦٥٢٨١ | = ١٧٧٧٠ × ٤ | ٦١ |
| | ١٧٣٦٠٠ | ٦٢ |
| ٢٩٢٠٠ | ٤٤ + ٢٩٢٠٠ | |
| | ٤٧٣ ٥ | |
| | ٤٧٣ ٦ | |
| | ٤٣٤ ٧ | |
| | | |
| | | |
| | ١٨/١٠/٢٠١٢ | |
| | | |



№ 91328

# TO WHOM IT MAY CONCERN

**CICR** This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mrs:    **QAHERA SAID ALI SAADI**

From:    **JENIN**                                      ID NO: **903946960**

Was arrested by the Israeli Authorities on (dd/mm/yyyy):    **08.05.2002**

She is to date:XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Length of sentence / administrative period: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

She was released on (dd/mm/yyyy) 18.10.2011



إلى من يهمه الأمر

٤٤٩١٥٩

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيدة الآنسة ___ قاهرة سعيد علي الصعدي ___

من ___ جنين ___ هوية رقم ___ ٩٠٣٩٤٦٩٦٠ ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ٠٨ ___ / شهر ___ ٠٥ ___ / سنة ___ ٢٠٠٢ ___

وهو/هي في هذا التاريخ: ينتظر المحاكمة ___ xxx ___ محكوم/ة ___ xxx ___ إداري ___ xxx ___

محكوم/ة أو إداري لمدة ___ xxx ___ xxx ___ xxx ___ xxx ___

وهو/هي أطلق سراحه/ها في يوم ___ ١٨ ___ / شهر ___ ١٠ ___ / سنة ___ ٢٠١١ ___

Date:    **25.10.2011**
التــاريخ

Place:    **JENIN**
المكـان

GAUTHIER JOHN LEFEVRE
ICRC Delegate
توقيع مندوب اللجنة

ILJ-917383

CONFIDENTIAL                                                      02:009159



**CONFIDENTIAL**

02:009160



**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الاسرى والمحررين

البيانات الشخصية

| تاريخ 30/11/2011 | الجنس أنثى | 903946960 رقم الهوية | 449109 رقم الملف |
| تلفون | على | سعيد قاهرة | الاسم |
| 4 عدد الابناء | القدس ٥٧٩٣١٣ القدس العنوان | جنين 20 | مركز صرف |
| | عدد الزوجات 0 | متزوج | حالة زواجية |

البيانات المالية

| العنوان | 903946960 الهوية | قاهرة سعيد سليمان السعدى | اسم |
| العنوان | 0 الهوية | | اسم الوكيل |
| 29942 | جنين الفرع | 4 الاسكان للتجارة والتمويل | البنك |
| 01/04/2012 نهاية | 01/05/2003 بداية الاعتماد | 0 المتأخرات | 4630 المخصص |

| 999 سنة | 0 شهر | 0 يوم الحكم | محرر | الحالة الاعتقالية | 08/05/2002 تاريخ الأسر |
| 18/10/2011 | | 0 تاريخ تحرر | | غيرمحدد 1 | العمل |
| 20050115 رقم كشف | | غيرمحدد 1 | السجن | جهاداسلامي 60 | التنظيم |

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 4 | 4630 | 0 | 0 | 0 | قاهرة سعيد سليمان السعدى | 903946960 | الاسكان للتجارة | جنين | 29942 |
| 2012 | 3 | 4630 | 0 | 0 | 0 | قاهرة سعيد سليمان السعدى | 903946960 | الاسكان للتجارة | جنين | 29942 |
| 2012 | 2 | 4630 | 0 | 0 | 0 | قاهرة سعيد سليمان السعدى | 903946960 | الاسكان للتجارة | جنين | 29942 |
| 2012 | 1 | 4630 | 0 | 0 | 0 | قاهرة سعيد سليمان السعدى | 903946960 | الاسكان للتجارة | جنين | 29942 |
| 2011 | 12 | 4630 | 0 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| | 10 | 4500 | 0 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 9 | 4500 | 0 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 8 | 4500 | 0 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 7 | 4500 | 0 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 6 | 4500 | 0 | 400 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 5 | 4500 | 0 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 4 | 4500 | 0 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 3 | 4500 | 5400 | 0 | 0 | ناصر سعيد سليمان السعدى | 964121651 | الاسكان للتجارة | جنين | 23101 |
| 2011 | 2 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |
| 2011 | 1 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |
| 2010 | 12 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |
| 2010 | 11 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |
| 2010 | 10 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |
| 2010 | 9 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |
| 2010 | 8 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |
| 2010 | 7 | 1800 | 0 | 0 | 0 | ايمان سعيد السعدي | 901871848 | الاردن | جنين | 2192459 |

CONFIDENTIAL

02:009161



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Palestinian National Authority** **Ministry of Detainees Affairs** | | | | | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | | | | |

| 2192459 | جنين | الاردن | 901871848 | ايمن سعيد السعدي | 0 | 0 | 0 | 1800 | 6 | 2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2192459 | جنين | الاردن | 901871848 | ايمن سعيد السعدي | 0 | 0 | 0 | 1800 | 5 | 2010 |
| 2192459 | جنين | الاردن | 901871848 | ايمن سعيد السعدي | 0 | 0 | 0 | 1800 | 4 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 2000 | 1800 | 3 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 2 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 1 | 2010 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 12 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 11 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 2600 | 1300 | 10 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 7 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 6 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 5 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 4 | 9 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 3 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 2 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 1 | 2009 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 12 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 11 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 10 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 9 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 8 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 7 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 6 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 5 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 4 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 3 | 1 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 2 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 1 | 2008 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 12 | 2007 |
| 23101 | جنين | الاسكان للتجارة | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 11 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1300 | 10 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 1200 | 1300 | 9 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 8 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 7 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 6 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 5 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 4 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 3 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 2 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 1 | 2007 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدي | 0 | 0 | 0 | 1000 | 12 | 2006 |

**CONFIDENTIAL**

02:009162



**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 11 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 10 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 9 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 8 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 7 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 6 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 5 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 4 | 200 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 3 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 2 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 1 | 2006 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 12 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 11 | 5 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 10 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 9 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 8 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 7 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 6 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 5 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 4 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 3 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 2 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 1 | 2005 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 4500 | 1000 | 12 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 2700 | 1000 | 11 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 10 | |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 1000 | | 9 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 7 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 1000 | 6 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 1000 | 1000 | 5 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 100 | 3 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 1000 | 1000 | 2 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 900 | 1 | 2004 |
| 579313 | 9060 | البنك العربي | 964121651 | ناصر سعيد سليمان السعدى | 0 | 0 | 0 | 900 | 12 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علي قبلاوى | 0 | 0 | 1800 | 900 | 11 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علي قبلاوى | 0 | 0 | 0 | 900 | 8 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علي قبلاوى | 0 | 0 | 0 | 900 | 7 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علي قبلاوى | 0 | 0 | 0 | 900 | 6 | 2003 |
| 720910 | 9050 | البنك العربي | 903946952 | نريمان سعيد علي قبلاوى | 0 | 0 | 0 | 900 | 5 | 2003 |
| | | | | | 0 | 400 | 23200 | 168180 | | |

191380
27-7-30
1636

02:009163