

PLAINTIFF'S
EXHIBIT
66

Palestinian National Authority
Ministry of Detainees Affairs



## Detainee's/ Ex-Detainee's File

**Personal Information**

| | | | |
|---|---|---|---|
| **File No.: 447501** | **Identity No.:** 979469954 | **Gender:** Male | **Modification Date**: June 18, 2012 |

**Name:** Mohamed          Sami          Ibrahim     Abdullah       **Tel:**
**Cashing Center:**24     Ramallah  **Address:** Ramallah,        628421Ramallah
**Marital Status:** Married          **No. of Spouses**: 1          **No. of Children**: 1

**Financial Information**

**Name:** Iman Hamed Nawfal Abdullah          **Identity No.:**851608745     **Relationship:**          **Address:**
**Name of Authorized Agent:**          **Identity No.:** 0          **Relationship:**          **Address:**
**Bank:** 6   The Arab Bank          **Branch**: 9030          **Account No.:** 628421
**Allocation**: 6350          **Arrears: 0**
**Accreditation Start Date:** October 1, 2002          **End Date:** August 1, 2014

**Detention Information**

**Date of Detention:** February 24, 2002          **Detention Status:** Sentenced
**Sentenced: Day:** 0, **Month**: 0, **Year**: 99
**Employment**: 1 not specified          **Date of Release:** 0          **Date of Actual Release:** 0
**Organization:** 1     Fatah          **Prison:** 1 not specified          **Statement No.:** 20070329

| | | |
|---|---|---|
| **December 31, 2012** | **8:40:02 a.m.** | **1** |

**CONFIDENTIAL**                                        02:009201

## Expenditures

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------------|-----------|---------------------|--------------|------|--------|-------------|
| 2012 | 12 | 6350 | 0 | 400 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 11 | 6350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 10 | 6350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 9 | 6350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 8 | 6350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 7 | 6350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 6 | 6350 | 6000 | 400 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 5 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 4 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 3 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 2 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2012 | 1 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 12 | 4350 | 0 | 400 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 11 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 10 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 9 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 8 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 7 | 4350 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 6 | 4350 | 0 | 1610 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 5 | 4350 | 10800 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 4 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 3 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |

**Palestinian National Authority**
**Ministry of Detainees Affairs**



| Year | Month | | 1650 | | | | Name | ID No. | Bank | 9030 | 628421 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 2 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2011 | 1 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 12 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 11 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 10 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 9 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 8 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 7 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 6 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 5 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 4 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 3 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 2 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2010 | 1 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 12 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 11 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 10 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 9 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 8 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 7 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 6 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 5 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 4 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 3 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 2 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2009 | 1 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 12 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 11 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 10 | 1650 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 8 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 7 | 0 | 1650 | 0 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |

**CONFIDENTIAL**

02:009202

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2008 | 6 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 5 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 4 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 3 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 2 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2008 | 1 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 12 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 11 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 10 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 9 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |

December 31, 2012          8:40:02 a.m.          2

02:009202 [continued]

CONFIDENTIAL

# Palestinian National Authority
## Ministry of Detainees Affairs



| Year | Month | | | Amount | | | Name | Account | Bank | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 8 | 0 | 0 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 7 | 0 | 0 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 6 | 0 | 0 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 5 | 0 | 0 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 4 | 0 | 0 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 3 | 0 | 0 | 1650 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 2 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2007 | 1 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 12 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 11 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 10 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 9 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 8 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 7 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 6 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 5 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 4 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 3 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 2 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2006 | 1 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 12 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 11 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 10 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 9 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 8 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 7 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 6 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 5 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 4 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 3 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 2 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2005 | 1 | 0 | 0 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |

CONFIDENTIAL

02:009203

| 2004 | 12 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
|------|----|------|---|---|----------------------------|-----------|---------------|------|--------|
| 2004 | 11 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 10 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 9  | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 8  | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 7  | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 6  | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 5  | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 4  | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |

December 31, 2012

8:40:02 a.m.

3

CONFIDENTIAL

02:009203 [continued]

**Palestinian National Authority**
**Ministry of Detainees Affairs**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | 3 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 2 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2004 | 1 | 1350 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 12 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 11 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 10 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 9 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 8 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 7 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 6 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 5 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 4 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2003 | 3 | 1140 | 2280 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2002 | 12 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2002 | 11 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| 2002 | 10 | 1140 | 0 | 0 | Iman Hamed Nawfal Abdullah | 851608745 | The Arab Bank | 9030 | 628421 |
| | | 247970 | 20730 | 2810 | | | | | |
| | | | | 0 | | | | | |

December 31, 2012                    8:40:02 a.m.                    4

CONFIDENTIAL

02:009204

Palestinian National Authority
Ministry of Detainees & Ex-Detainees Affairs
General Department of Detainees & Ex-Detainees



## Detainee's Principle Application Form/ Old 447501 [handwritten]

| Application No.: | 1 | 0 | 5 | 7 | 4 | 4 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date of Filling out the Application: | May 22, 2011 | | | Division/ Ministry Branch | | Ramallah | | | |

**1. Detainee's Identity Information:**

| Identity No. (nine cells) | 9 | 7 | 9 | 4 | 6 | 9 | 9 | 5 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Quadripartite Name | **First Name** | **Father's Name** | | **Grandfather's Name** | | **Family Name** | | | |
| | Mohamed | Sami | | Ibrahim | | Abdullah | | | |
| Mother's Name | Houria | | | Gender | | Male (x)      Female | | | |
| Date of Birth | May 4, 1974 | | | Place of Birth | | Ramallah | | | |
| Level of Education: | **Illiterate** | **Elementary** ☒ | | **Secondary** | **Diploma** | **University** | **Post Graduate Studies** | | |
| Occupation before Being Detained: | Worker | | | Organization | | Fatah | | [illegible handwriting] | |
| Date of Detention: | February 20, 2002 | | | Place of Detention | | [illegible] | | | |
| Detention Status | **Arrested** | **Sentenced ☒** | | **Administrative** | | **Released** | **Others** | | |
| If the person is sentenced, the sentence according to the certificate of the Red Cross: | **Day** | **Month** | **Year** | **Date of expected release according to the court's verdict:** | | **Day** | **Month** | **Year** | |
| | Life Sentence | | | | | Life sentence | | | |
| Permanent Address | **Governorate** | | Ramallah | **Residential Complex** | | | Bir Nabala | | |
| Notes | | | | | | | | | |

**2. Information Regarding Previous Detentions:**
No. of times the person was detained: _____ (Only those substantiated with a certificate from the Red Cross and listed in a chronological order from the most current to the oldest.)

| No. | Date of Detention | Type of Detention | Date of Release | Detention Period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | **Day** | **Month** | **Year** | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**



## 3. Social Status Information

| Marital Status | Single | Married ☒ | Divorced | Widow(er) |
|---|---|---|---|---|
| | | | | |

| If married, enter spouse and children data below: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Spouse's Identity No. | 8 | 5 | 1 | 6 | 0 | 8 | 7 | 4 | 5 | Marriage Contract Date: | July 15, 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spouse's Name: | Iman Hamed Nawfal Dahabreh | | | | | | | | No. of Children: | | 1 |

**Information regarding the children of the first wife (male children under the age of 18 and single female children regardless of age)**

| No. | Name | Date of Birth | Social Status | Level of Education |
|---|---|---|---|---|
| 1 | Fatima | May 22, 2002 | | |
| 2 | | | | |
| 3 | | | | |

## 4. Beneficiary Information

| Beneficiary Identity No.: | 8 | 5 | 1 | 6 | 0 | 8 | 7 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Beneficiary Name: | Iman Hamed Nawfal Dahayreh | | | | Relationship: | | | Spouse |
| Date Granted Power of Attorney: | | | | | Duration of Power of Attorney: | | | |
| Bank: | The Arab Bank | | | | Branch: | | | Al-Bireh |
| Account No.: | 6 | 2 | 8 | 4 | 2 | 1 | --- | Account only in Shekels |
| Landline Phone No.: | 2440286 | | | | Cell Phone No.: | | | |
| Permanent Address: | Governorate | | Ramallah | | Residential Complex | | Bir Nabala | |
| Notes: | | | | | | | | |

| Applicant's Comments | |
|---|---|
| Acknowledgement | I, the signatory below, attest that the information provided in this application is entirely true and assume full responsibility for its accuracy. |
| Applicant's Signature | [illegible] |

**CONFIDENTIAL**

02:009207

**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**



**5. For Official Use Only:**

| | |
|---|---|
| **Name of Supervisor / Employee** | Fatima al-Deek |
| **Supervisor / Employee's Remarks:** | Confirmed |
| **Date** | May 22, 2011 | **Signature** | [illegible] |
| **Name of the Head of the Department** | Bilal Halafeyeh |
| **Remarks of the Head of the Department** | Application is approved |
| **Date** | May 22, 2011 | Seal and Signature<br>Palestinian National Authority<br>Ministry of Detainees &Ex-Detainees Affairs<br>General Department of Detainees &Ex-Detainees<br>Dept. of Ramallah |

**Enclosed documents:** Put a checkmark next to the applicable document

| | | | |
|---|---|---|---|
| | Copy of the Detainee/ Ex-Detainee's Identity | ✓ | Beneficiary's ID |
| ✓ | Red Cross Certificates | ✓ | Bill of Indictment |
| | Judgment (if any) | ✓ | Copy of Debit Card |
| ✓ | Copy of Marriage Certificate | ✓ | Copies of Children's Birth Certificates |
| | Addendum Adding Wife/Wives | | Other (specify) |

**6. Approval and Authentication:**

| | |
|---|---|
| **1. Approval from Department of Detainees Affairs:** | ☐ I approve the detainee's application, consistent with all applicable laws and regulations. |
| **Employee Name:** | |
| **Date:** | /  /  | Seal and Signature |
| | ☐ I do not approve the detainee's application. |
| **Reasons and Justifications** | |
| | |
| **2. Approval from Department of Legal Affairs:** | ☐ I approve the detainee's application, consistent with all applicable laws and regulations. |
| **Name of the Employee:** | |
| **Date:** | /  /  | Seal and Signature |
| | ☐ I do not approve the detainee's application. |
| **Reasons and Justifications** | |

3

**CONFIDENTIAL**

02:009208

| Israel | Defense | Forces |
|---|---|---|

| In the Military Court | Court File: | /02 |
| Beit El | Prosecution File: | 241/02 |
| Before Panel | Detailed Incident Files: | 39/02 Binyamin |
| | | 7915/01 Zion |
| | | 481/01 Zion |
| | | 8379/01 Zion |
| | | 502/02 Zion |

### In the case between the Military Prosecutor – Prosecuting

### - v.-

**Mohamed Sami Ibrahim Abdullah**
Identity No. 979469954, born May 4, 1974, resident of Bir Nabala
Under arrest since February 20, 2002

### - The Defendant -

## INDICTMENT

### The aforementioned Defendant is hereby accused of carrying out the following offenses:
### First Count:

**Nature of the Offense:** Membership and activity in an unlawful association, an offense pursuant to Regulations 84 (1) (a) and 85 (1) (a) of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The aforementioned Defendant from the middle of 2001 and up to the date of his arrest, acted as a member of an unlawful association within the Region, specifically:

During the said period, the aforementioned Defendant was a member of a military cell whose objective was to carry out terrorist attacks against Israeli civilians, both within the Region and outside it. The Defendant was active in the said military cell along with ███████████
███████████████████████████████████████████████████████████
███████████████ and ████████

**CONFIDENTIAL**                    02:009210

The said military cell operated under the banner of the al-Aqsa Martyrs Brigades – the military wing of the Fatah organization's Tanzim, which is an unlawful association. For the purposes of the cell's activities, money, cellular phones and weapons were transferred to its members from the Fatah Tanzim. The Defendant and his accomplices in the said military cell passed regular reports regarding the terrorist attacks that they carried out to senior personnel in the Fatah Tanzim, who ensured that the reports were brought to the attention of ████████████ ██

The Defendant was active in the said military cell, as will be described in the following counts of the indictment.

Prosecution File 241/02

**CONFIDENTIAL**          **02:009210** [continued]

**Second Count:**

**Nature of the Offense:** Conspiracy to intentionally cause death, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968; and Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** In approximately the middle of 2001, he aforementioned Defendant, both within and outside the Region, was part of a conspiracy to intentionally cause the death of another person, specifically:

The aforementioned Defendant, together with ███████████████ and ███████████ ████████████ (known as ██████████), at the said time planned to carry out a terrorist attack involving shooting at Israeli vehicles on Highway No. 1, the Jerusalem–Tel Aviv road. The Defendant and his aforementioned accomplices even selected the place at which they would carry out the planned terrorist attack.

Ultimately, the Defendant and his aforementioned accomplices did not carry out the planned attack because their associate from the military cell described in the first count of the indictment, ██████ claimed that he and other persons████████████████████████████████ ████████████████████ ████████ and ███████████

**Third Count:**

**Nature of the Offense:** Conspiracy to intentionally cause death, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968; and Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** The aforementioned Defendant around the time of July 2001was part of a conspiracy to intentionally cause the death of another person within the Region, specifically:

The aforementioned Defendant, at the said time in Ramallah or thereabouts, conspired with ████ ████████████████████████████ (known as ████████████, and ██████████████████████ to carry out terrorist attacks against Israeli targets. The Defendant and the aforementioned accomplices also planned to obtain weapons for the purpose of carrying out the intended terrorist attacks.

**CONFIDENTIAL**                    02:009211

**Fourth Count**:

**Nature of the Offense:** Military training without a permit, an offense pursuant to Regulation 62 of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The aforementioned Defendant within the Region around the time of August 2001 trained or received military training in the use of arms or in the practice of military exercises or movements, specifically:

The aforementioned Defendant came with ███████████████ and ███████████ ████████████ (known as █████████ at the said time to the quarry belonging to the Tarifi family, located between Beituniya and Ramallah. ██████████ brought with him an M-16 assault rifle, which he had received from ████████████

At the stated time and place ████████████ taught the Defendant and ████████████ how to use the M-16 assault rifle. Following verbal instruction, the Defendant and each of his aforementioned accomplices fired a number of bullets from the said M-16 assault rifle at empty bottles in order to gain practice firing the weapon.

**Fifth Count: (Detailed Incident File 7915/01 Zion)**

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on or around September 15, 2001, intentionally caused the death of another person, specifically:

1.  At the said time in Ramallah, the aforementioned Defendant met with ████████████ ████████████ and ███████. ████████████ came to the said meeting armed with an MP-5 submachine gun that he, together with ████████████, had received from ████████████ ████████████ (known as █████████) for the purpose of carrying out a terrorist shooting attack. ████████████ also came armed with a revolver.

2

Prosecution File 241/02

2. The Defendant and his aforementioned accomplices decided to leave for Jerusalem with the intention of carrying out a terrorist attack with the aim of causing the deaths of Israeli civilians.

3. At around 10:00 p.m. on September 15, 2001, the Defendant and all of his aforementioned accomplices traveled from Ramallah to Jerusalem in ████████████ Isuzu van.

4. ████████████ drove the Isuzu mentioned above, traveling with the Defendant and his accomplices in order to show them a location from which to carry out the planned terrorist attack and a route by which the Defendant and his accomplices could escape following the execution of the said terrorist attack. ████████████ drove the Defendant and his accomplices to Road No. 9 connecting the neighborhoods of Ramot and French Hill in Jerusalem. ████████████ showed the Defendant and his accomplices where to carry out the planned terrorist attack and how to escape thereafter. At the end of the said reconnaissance, the Defendant and the aforementioned accomplices returned to Ramallah

5. At around 10:30 p.m., on that same day, the Defendant, accompanied by ████████████ and ████████████, drove a grey stolen vehicle with Israeli license plates, which was provided to them by ████████ for the purpose of carrying out the planned attack (hereinafter: the vehicle). ████████████ drove ahead of the Defendant in the Isuzu mentioned above, so as to inform the Defendant and his accomplices by cellular phone of police and Israel Defense Forces checkpoints.

6. As the Defendant drove the vehicle mentioned above, ████████████ sat alongside him, armed with an MP-5 submachine gun. ████████████ sat in the back seat sat, armed with a revolver.

7. The Defendant and his aforementioned accomplices stopped on Road No. 9 adjacent to the intersection leading to the Ramat Shlomo neighborhood and waited for a lone Israeli vehicle to arrive there, intending to carry out an attack against it, shooting and causing the deaths of the vehicle's passengers.

8. Some minutes later, at around 11:10 p.m., a white Renault Express, license plate no. 2273706 (hereinafter: the "**Renault**"), arrived there, having come from the direction of the Ramat Shlomo neighborhood, and turned onto Road No. 9, proceeding in the direction of the Ramot neighborhood.

9. The Defendant began driving after the Renault and overtook it.

**CONFIDENTIAL**                    02:009212

10. When the vehicle driven by the Defendant was traveling in parallel with the Renault, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ opened fire with the MP-5 submachine gun and the revolver on the passengers of the Renault with the aim of causing their deaths.

11. A number of rounds fired by ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ struck the Renault and the two passengers of the Renault—Moshe Weiss and the late Meir Weissboiz [sic.; should be Weisshaus]. The Defendant heard one of the passengers of the Renault cry out, "Ay ay."

12. Subsequently, the Defendant continued driving in the direction of the Ramot neighborhood, and near the site where a new bridge was being built he turned right onto a dirt road leading to Bir Nabala.

13. In front of the entrance to Bir Nabala, the Defendant and his accomplices who were with him in the vehicle met with ▮▮▮▮▮▮▮ who was waiting for them there in his Isuzu. From there the Defendant and his aforementioned accomplices, together with ▮▮▮▮ ▮▮▮▮ continued on their way to Bir Nabala and subsequently fled to Ramallah.

14. By his actions described above, the Defendant intentionally caused the death of the late **Meir Weissboiz** [sic.; should be Weisshaus], who died in the hospital later that day as a result of being struck by the rounds fired by the Defendant's accomplices.


**Sixth Count: (Detailed Incident File 7915/01 Zion)**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on or around September 15, 2001, attempted to intentionally cause the death of another person, specifically:

On said day, the aforementioned Defendant, around the hour of 11:10 p.m., at the location described in previous count of the indictment, by his actions as detailed in the previous count of the indictment, attempted to intentionally cause the death of Moshe Weiss, who was driving his vehicle, a white Renault Express, license plate no. 2273706, described in the previous count of the indictment. One of the rounds fired by the Defendant's accomplices, as described in the previous count of the indictment, struck Moshe Weiss's head and severely wounded him.

Prosecution File 241/02

**CONFIDENTIAL**                    02:009212 [continued]

**Seventh Count:**

**Nature of the Offense:** Possession of a firearm without a permit, an offense pursuant to Section 53 (a) (1) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Section 14 (a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** Around the time of September 15, 2001, both within and outside the Region, the aforementioned Defendant, had in his possession a firearm, bomb, ammunition, hand grenade, or explosive device designed to and capable of causing death or serious injury, without a permit granted by or on behalf of the military commander, specifically:

The aforementioned Defendant, during said period, in the circumstances described in the fifth and sixth counts of the indictment, possessed an MP-5 submachine gun and a revolver, holding both without a permit granted by or on behalf of the military commander.

**Eighth Count: (Detailed Incident File 481/01 Zion)**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on or around October 3, 2001, attempted to intentionally cause the death of another person, specifically:

1. The aforementioned Defendant, in or near Ramallah in early October 2001, together with ███████████████████ (known as ████████████), █ ███████, and ██████████████████ (known as ███████████), decided to carry out a terrorist shooting attack with the objective of causing the deaths of Israeli civilians.

2. For the purpose of carrying out the planned terrorist attack, the Defendant received from ██████████████████ a gray stolen Mazda 323 with Israeli license plates. Also for the purpose of carrying out the planned shooting terrorist attack, ████████████████ received from ██████████████, bodyguard to ████████████████, ██████████████████████ ██████ which is an unlawful association, an MP-5 submachine gun.

**CONFIDENTIAL**                                      02:009213

3. On October 3, 2001, the Defendant, driving the Mazda mentioned above, departed Ramallah heading in the direction of Jerusalem with the objective of carrying out the planned shooting attack there. ▉▉▉▉▉▉▉▉ traveled with the Defendant, armed with the above mentioned MP-5 submachine gun.

4. ▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉ traveled in ▉▉▉▉▉▉ Isuzu van in front of the Mazda in which the Defendant was traveling, with the purpose of informing the Defendant of police and Israel Defense Forces checkpoints on the way. The Defendant and all of his aforementioned accomplices arrived at the new Beit Hanina [neighborhood] in Jerusalem. There the Defendant parked the Mazda and together with ▉▉▉▉▉▉▉ concealed the above mentioned MP-5 submachine gun within the vehicle. The Defendant and ▉▉▉ ▉▉▉ got into the Isuzu and from there continued in the Isuzu together with ▉▉ ▉▉ and ▉▉▉▉▉▉ in the direction of the Begin Road.

5. The Defendant and his aforementioned accomplices came to the Begin Road. There, ▉▉▉ ▉▉▉ showed the Defendant and his other accomplices where to carry out the planned shooting attack and how to escape after executing the attack. The Defendant and the aforementioned accomplices decided to carry out the planned shooting attack in the first tunnel on the Begin Road from the direction of Ramot, so that the sounds of gunfire would not be heard. Subsequently, the Defendant and all the aforementioned accomplices returned to Beit Hanina, where the Mazda had been left.

6. The Defendant got into the Mazda and alongside him sat ▉▉▉▉▉▉▉, armed with the MP-5 submachine gun. From there the Defendant drove the Mazda to the Begin Road with the objective of carrying out the planned shooting attack there and causing the deaths of Israeli civilians.

7. The Defendant and ▉▉▉▉▉▉ traveled up and down the Begin Road a number of times, looking for a lone Israeli vehicle, with the objective of carrying out the planned shooting attack against it in order to cause the deaths of the vehicle's passengers

8. At around 11:35 p.m. as they were traveling north through the last tunnel, the Defendant and ▉▉▉▉▉▉ noticed a Honda Accord, license plate no. 1103217, traveling on the Begin Road in north. Inside the Honda were Tony Amiel, Pini Maimon and Pazit Maimon.

9. The Defendant overtook the above mentioned Honda. When the Defendant was traveling parallel the above mentioned Honda, ▉▉▉▉▉▉ fired one bullet from the MP-5 submachine gun, which he was holding, at the passengers of the Honda, with the intention to cause their deaths. The round fired by ▉▉▉▉▉▉ did not strike the Honda mentioned above.

**CONFIDENTIAL**                    02:009213 [continued]

10. After carrying out the said shooting attack, the Defendant and ███████████ continued their journey in the direction of Road No. 9 which connects the Ramot and French Hill neighborhoods.

Prosecution File 241/02

**CONFIDENTIAL**          **02:009213** [continued]

**Ninth Count: (Detailed Incident File 8379/01 Zion)**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on around October 3, 2001, attempted to intentionally cause the death of another person, specifically:

1.  After the Defendant and ████████████████████████ (known as ████
    ███), carried out the shooting terrorist attack described in the previous count of the indictment, the two continued on their journey in the Mazda, described in the previous count of the indictment, in the direction of Road No. 9, which connect the Ramot and French Hill neighborhoods, with intention to get from there to Beit Hanina and subsequently to Ramallah.

2.  During that journey, ████████████████, at the Defendant's request, checked the working condition of the MP-5 submachine gun, which he was holding, and also fired a number of bullets into the air.

3.  During the journey on said Road No. 9 at approximately 11:45 p.m., the Defendant and ████████████████ noticed a Skoda, license plate no. 6567709, travelling on Road No. 9 in the direction of French Hill. Traveling inside the said Skoda were Malka Cohen and Pinhas Cohen.

4.  The Defendant and ████████████████ decided to carry out a terrorist shooting attack against the said Skoda in order to cause the deaths of its passengers.

5.  The Defendant, who was driving the Mazda as stated, overtook the Skoda.

6.  While the Defendant was parallel with the Skoda mentioned above, ████████████████ fired a number of shots with the MP-5 submachine gun at the above mentioned Skoda, with the intention to cause the deaths of the Skoda's passengers.

7.  A number of rounds fired by ████████████████ struck the Skoda. Two rounds fired by ████████████████ struck Pinhas Cohen and a third round struck Malka Cohen.

8.  Pinhas Cohen was moderately wounded by the two rounds shot into his abdomen, while Malka Cohen, who was in her 28th week of pregnancy, was moderately wounded due to a round which struck her in the head.

**CONFIDENTIAL**                                                02:009214



9. After carrying out the said shooting terrorist attack, the Defendant and ███████████ continued in the direction of French Hill and from there reached New Beit Hanina. The Defendant and ███████████ parked their vehicle there and made telephone call to ███████████ and ███████████ (known as ████████), who had arrived there in ███████████ Isuzu to pick up the Defendant and ███████████, in accordance with the plan detailed in the previous count of the indictment.

10. The Defendant and ███████████ concealed the MP-5 submachine gun in the Isuzu and got inside.

11. The Defendant and his three aforementioned accomplices attempted to return from Jerusalem to Ramallah but were unable to do so because of Israel Defense Forces and police checkpoints. The Defendant and his aforementioned accomplices stayed over with ███████████, a friend of ███████████, in the New Beit Hanina [neighborhood] in Jerusalem.

12. The following day, October 4, 2001, the Defendant returned in the Mazda mentioned above to Ramallah and returned the vehicle to ███████████

**Tenth Count:**

**Nature of the Offense:** Possession of a firearm without a permit, an offense pursuant to Section 53 (a) (1) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14 (a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, approximately during the time from October 3, 2001, to October 4, 2001, had in his possession a firearm, bomb, ammunition, hand grenade, or explosive device designed to and capable of causing death or serious injury, without a permit granted by or on behalf of the military commander, specifically:

The aforementioned Defendant, during the said period, in the circumstances described in the eighth and ninth counts of the indictment, possessed an MP-5 submachine gun, this being without a permit granted by or on behalf of the military commander.

Prosecution File 241/02

**CONFIDENTIAL**                    02:009214 [continued]

**Eleventh Count:** (Detailed Incident File 39/02 Binyamin)

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, in the Region, on January 15, 2002, or thereabouts, intentionally caused the death of another person, specifically:

1.   On January 14, 2002, Ra'ad Karmi, a senior military operative in the Fatah organization's Tanzim, which is an unlawful association, was killed. As a result of the death of the said Ra'ad Karmi, ███████████████  ████████████, opened a mourners' tent in El-Bireh.

2.   On January 15, 2002, the Defendant came to the mourners' tent, and there met with ██████████████████ (known as ██████████), █████████████ ████  and ██ ████████████  █████████████████████████  The said ████████████ informed the Defendant and aforementioned accomplices that █████████████, ████████████████████████ wanted the Defendant and his accomplices to carry out, immediately, a terrorist attack in revenge for the death of the said Ra'ad Karmi, and cause the deaths of Israeli civilians.

3.   The Defendant and his aforementioned accomplices decided to carry out, that very evening, a terrorist attack at the Givonim gas station on Road 443, near the entrance to Givat Zev, and cause the deaths of Israeli civilians.

4.   In the evening of that day, January 15, 2002, the Defendant left the above mentioned mourners' tent together with ████████████ The Defendant and ████████████ traveled in ████████████ Isuzu van to the above mentioned gas station with the aim of carrying out the planned shooting terrorist attack there. ████, armed with a Model-16 pistol, ████████ armed with another handgun, and ████████████ armed with an MP-5 submachine gun, traveled behind the said Isuzu. The three traveled in a light brown Mazda toward the above mentioned gas station, with the aim of carrying out the planned terrorist attack there.

**CONFIDENTIAL**                                          02:009215

5.  The Defendant and all his aforementioned accomplices reached the dirt mound blocking the exit from the villages of Bir Nabala and el-Jib to Road 443, at a distance of about 100 meters from the Givonim gas station. The Defendant and accomplices parked their vehicles, the Isuzu and the Mazda, facing in the direction of the village of Bir Nabala, so as to flee from the scene immediately after carrying out the planned terrorist attack.

6.  ███████████ armed with his Model-14 handgun, ███ armed with the Model-16 handgun, and███████████ armed with the MP-5, got out of the vehicles and walked to the above mentioned gas station with the aim of carrying out the planned shooting terrorist attack there and causing the deaths of Israeli civilians.

7.  The Defendant and ███████████ remained in the said vehicles to watch out for the arrival of an Israel Defense Forces patrol or other people. the Defendant sat in the driver's seat in the Mazda, so as to be able to immediately get his three accomplices, who had gone to carry out the planned terrorist attack, out immediately after executing the terrorist attack.

8.  ███████████ and ███████████ positioned themselves at the entrance to the above mentioned gas station. Some minutes later, at around 7:45 p.m., ███████████ and ███████████ noticed a white Fiat Uno, license plate no. 6424905, entering the gas station, driven by the late Yoela Chen, alongside of whom was Rachelle (Rachel) Eini. ███████████ and ███████████ approached the Fiat with the aim of carrying out a shooting terrorist attack toward it and causing the deaths of the vehicle's passengers. The passengers in the Fiat noticed the handgun held by ███████████ and began to scream and sound the horn. ███████████ put the handgun in his pants and told the passengers in the vehicle not to be afraid. At this stage, ███████████ opened fire on the Fiat's passengers, on automatic, with the MP-5 submachine gun, with the aim of causing their deaths. Then ███████████ again took the handgun out, and commenced firing at the vehicle's passengers, with the aim of causing their deaths.

9.  ███████████ and ███████████ fired a large number of bullets, at very close range, at the late Yoela Chen and Rachelle (Rachel) Eini, who were in the above mentioned Fiat.

10. About 28 rounds, fired by ███████████ and ███████████, struck the front windshield of the vehicle, a number of rounds struck the side of the vehicle and the driver's side window.

11. During the course of the shooting terrorist attack described, ████, who stood a short distance behind███████████ and ███████████ served as guard to warn them.

<p align="center">**CONFIDENTIAL**</p>

12. ███████, immediately upon hearing the sounds of gunfire, drove from there in his Isuzu, in order to inform the Defendant and his accomplices whether there were checkpoints on the road to Ramallah.

13. ███████ and ███████, after having carried out the shooting terrorist attack as stated above, ran to return to the Mazda in which the Defendant was waiting. After the aforementioned three got into the vehicle, the Defendant drove them to Ramallah. In Ramallah, the Defendant, ███████, ███████ and ███ met with ███ ███

14. By his action described above, the Defendant intentionally caused the death of the late **Yoela Chen**, who died on the scene as a result of being struck by the rounds fired by ███ ███ and ███████

9

Prosecution File 241/02

**CONFIDENTIAL**                    **02:009215** [continued]

**Twelfth Count:** (Detailed Incident File 39/02 Binyamin)

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, in the Region, on January 15, 2002, or thereabouts, attempted to intentionally cause the death of another person, specifically:

The aforementioned Defendant, on the said date, at around 7:45 p.m., in the place described in the previous count of the indictment, by his action as stated in the previous count of the indictment, attempted to intentionally cause the death of Rachelle (Rachel) Eini, who was traveling in a white Fiat Uno, license plate no. 6424905, as described in the previous count of the indictment. One of the rounds fired by the Defendant's accomplices, as described in the previous count of the indictment, struck the head of Rachelle (Rachel) Eini, and two other rounds struck her left shoulder and moderately wounded her.

**Thirteenth Count:**

**Nature of the Offense:** Possession of a firearm without a permit, an offense pursuant to Section 53 (a) (1) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14 (a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, in the Region on or around January 15, 2002, had in his possession a firearm, bomb, ammunition, hand grenade, or explosive device designed to and capable of causing death or serious injury, without a permit granted by or on behalf of the military commander, specifically:

On the said date, in the circumstances described in the eleventh count of the indictment, the aforementioned Defendant was in possession of an MP-5 submachine gun and two handguns, all three of which were without a permit granted by or on behalf of the military commander.

**Fourteenth Count:** (Detailed Incident File 502/02 Zion)

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51 (a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Section 14 (a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**CONFIDENTIAL**                                   02:009216

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on around January 22, 2002, intentionally caused the death of another person, specifically:

1.  In the middle of January 2002, ███████████████████████████████ called the Defendant. ████████████ informed the Defendant that █████████████ (known as ████████, ████████ ████████████████ — ████████████, which is an unlawful association—wanted to transport a terrorist into Jerusalem to carry out a suicide terrorist attack there with the objective of causing the deaths of as many civilians as possible. The Defendant consented to participate by transporting the aforementioned suicide terrorist to Jerusalem.

2.  On January 22, 2002, ████████████ called to inform the Defendant that ████████████ had spoken with him and informed him that the suicide terrorist who was to carry out the planned attack was ready and needed transporting into Jerusalem. The Defendant again agreed to participate in executing the planned terrorist attack.

3.  Later on that day, the Defendant and ████████████ met in Ramallah. ████████████ came to the meeting in his Isuzu van with Israeli license plates.

4.  The Defendant and ████████████ traveled in the said Isuzu from Ramallah to Jerusalem in order to find a road without police or Israel Defense Forces checkpoints by which they would later transport the suicide terrorist, who was to carry out the planned attack in Jerusalem.

5.  The Defendant and ████████████ drove from Ramallah via Rafat and arrived at the Atarot Industrial Zone, where the two returned to the main Jerusalem–Ramallah road and turned left toward the junction leading to the Rama camp. There they turned right and traveled to Adam Junction. At Adam Junction the Defendant and his accomplice turned right and traveled to Hizme Junction, where they turned right and entered Anata. Through Anata, the Defendant and his accomplice reached the French Hill Junction, where the two turned right and returned to Ramallah. The Defendant and ████████████ saw that it was possible to transport the suicide terrorist to Jerusalem by means of the route that they had taken without being stopped at police or Israel Defense Forces checkpoints.

Prosecution File 241/02

**CONFIDENTIAL**                    02:009216 [continued]



6. Upon their arrival in Ramallah, the Defendant and ▇▇▇▇▇▇ traveled to the City Inn Hotel, located near Ayosh Junction. Near the City Inn Hotel, the Defendant and ▇▇▇ ▇▇▇▇▇ met with the aforementioned ▇▇▇▇▇▇▇▇, who introduced the Defendant and ▇▇▇▇▇▇ to Sa'id Ramadan, a resident of the village of Tel in the Nablus region, who was armed with an M-16 assault rifle and two magazines for the said M-16 assault rifle, joined together with a clip.

7. ▇▇▇▇▇▇▇▇▇ informed the Defendant and ▇▇▇▇▇▇ that the aforementioned Sa'id Ramadan was the suicide terrorist whom they were to transport to Jerusalem so that he could carry out a suicide terrorist attack there by opening fire on Israeli civilians with the aim of causing as many deaths as possible.

8. The Defendant and ▇▇▇▇▇▇ concealed the said M-16 assault rifle and magazines in the Isuzu mentioned above.

9. ▇▇▇▇▇▇ drove the Isuzu, Sa'id Ramadan sat in the seat next to the driver, and the Defendant sat in the back seat.

10. The Defendant and ▇▇▇▇▇▇ drove Sa'id Ramadan to Jerusalem via the route that they had surveyed earlier that day, as described above.

11. The Defendant and ▇▇▇▇▇▇ drove to Sheikh Jarrah Street. There they took out the M-16 assault rifle and the magazines that had been concealed in the vehicle and gave them to Sa'id Ramadan. The Defendant moved into the seat next to the driver's seat while Sa'id Ramadan moved to the back seat, holding the M16 assault rifle and the magazines in his hands.

12. The Defendant and ▇▇▇▇▇▇ drove Sa'id Ramadan to Haneviim Street.

13. During the trip, Sa'id Ramadan complained to the Defendant and ▇▇▇▇▇▇ that they had bought him new shoes for the terrorist attack, but they were too small and tight on him. The Defendant took off his Reebok shoes and gave them to Sa'id Ramadan, saying, "Go up to Paradise with Reebok shoes."

14. Upon reaching the intersection of Straus and Haneviim Streets, the Defendant and ▇▇▇ ▇▇▇▇ stopped the Isuzu

15. The Defendant and ▇▇▇▇▇▇ said to Sa'id Ramadan to go down to Jaffa Road on foot and to begin shooting when he saw a large number of people.

<div align="center">**CONFIDENTIAL**</div>

02:009217

16. After Sa'id Ramadan got out of the vehicle with the M-16 assault rifle and the ammunition, the Defendant and ██████████ drove in the Isuzu onto Road No. 1 through the Musrara neighborhood, and from there they took the main road to Ramallah.

17. Sa'id Ramadan reached Jaffa Road a short time after getting out of the Defendant and ████ ██████████ vehicle.

18. At around 4:20 p.m., as he stood opposite No. 47 Jaffa Road or thereabouts, Sa'id Ramadan loaded the M-16 assault rifle that he held which was set to automatic, shouted "*Allahu Akbar*," and opened fire in all directions at the people on Jaffa Road who were at the bus stop located there. He fired into a no. 27 Egged bus that was at the said stop then and at the people who were inside the nearby shops, with the intention to cause the deaths of as many people as possible. Sa'id Ramadan, while continuing to fire, fled from the scene toward the parking lot located in Harav Kook Street. There, Sa'id Ramadan exchanged magazines and continued firing at civilians with the aim of causing their deaths. Sa'id Ramadan fired over 38 bullets from the M-16 assault rifle that he held. Sa'id Ramadan continued firing at civilians until he was killed by the civilians and policemen who arrived on the scene.

19. By his actions as described above, the aforementioned Defendant intentionally caused the death of the late **Ora (Svetlana) Sandler**, who died as a result of being struck by the rounds fired by Sa'id Ramadan.

## Fifteenth Count: (Detailed Incident File 502/02 Zion)

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, in the Region, on around January 22, 2002, intentionally caused the death of another person, specifically:

The aforementioned Defendant, on the said date at the place stated in the previous count of the indictment, by his actions as described in the previous count of the indictment, intentionally caused the death of the late **Sarah Hamburger**, who died as a result of being shot by the bullets fired by Sa'id Ramadan, who had been brought to the said location by the Defendant and ████ ██████████████████████ (known as ██████████) for the purpose of carrying out the said terrorist attack.

8

Prosecution File 241/02

**CONFIDENTIAL**    02:009217 [continued]

**Sixteenth Count: (Detailed Incident File 502/02 Zion)**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on January 22, 2002, or thereabouts, attempted to intentionally cause the death of another person, specifically:

The aforementioned Defendant, on the said date at the place stated in the previous count of the indictment, by his actions as described in the fourteenth count of the indictment, attempted to intentionally cause the deaths of as many civilians as possible who were at that time on Jaffa Road or in its vicinity. As a result of the shooting carried out there by Sa'id Ramadan, who had been brought to the location mentioned above by the Defendant and ▆▆▆▆▆▆ ▆▆▆ (known as ▆▆▆▆▆) for the purpose of carrying out the said terrorist attack, **over 45 civilians were wounded.**

**Seventeenth Count: (Detailed Incident File 502/02 Zion)**

**Nature of the Offense:** Malicious damage to property, an offense pursuant to Section 53c of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on or around January 22, 2002, destroyed property or maliciously and unlawfully damaged it, specifically:

The aforementioned Defendant, on the said date at the place stated in the fourteenth count of the indictment, by his actions described in the fourteenth count of the indictment, maliciously damaged a great deal of property including shops in Jaffa Road, an Egged bus stop, a no. 27 Egged bus, and numerous vehicles, which were damaged as a result of the shooting carried out there by Sa'id Ramadan, who had been brought to the location mentioned above by the Defendant and ▆▆▆▆▆▆▆▆ (known as ▆▆▆▆) for the purpose of carrying out the said terrorist attack.

**CONFIDENTIAL**                              02:009218

**Eighteenth Count:**

**Nature of the Offense:** Possession of a firearm without a permit, an offense pursuant to Section 53 (a) (1) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Section 14 (a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on or around January 22, 2002, had in his possession a firearm, bomb, ammunition, hand grenade, or explosive device designed to and capable of causing death or serious injury, without a permit granted by or on behalf of the military commander, specifically:

The aforementioned Defendant, at the said time in the circumstances described in the fourteenth count of the indictment, possessed an M-16 assault rifle and bullets without a permit granted by or on behalf of the military commander.


**Nineteenth Count:**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51 (a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970; and Section 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The aforementioned Defendant, in the Region, at or around the time of the end of January through the beginning of February 2002, attempted to intentionally cause the death of another person, specifically:

1.  At the said time, ███████████████ (known as ███████) called the Defendant. ███████ informed the Defendant that ███████ (known as ███████), bodyguard of ███████ — which is an unlawful association—wanted to transport another terrorist into Jerusalem in order to carry out a suicide terrorist attack there, similar to the terrorist attack described in the [fourteenth] count of the —

<div align="center">9</div>

Prosecution File 241/02

**CONFIDENTIAL**           02:009218 [continued]

indictment, with the aim of causing the deaths of as many civilians as possible. The Defendant agreed to participate by transporting the said suicide terrorist to Jerusalem.

2.  The Defendant and ████████████ agreed that they would transport the suicide terrorist to Jerusalem in a Subaru, which they would ask ████████████ for.

3.  On that same day, the Defendant and ████████████ traveled to Ramallah and met with ████████████ there. The Defendant and ████████████ asked ██████ for a vehicle to transport the suicide terrorist to Jerusalem. ████████████ gave the Defendant a grey Subaru, belonging to ████████████ family. The Defendant returned to his home in Bir Nabala with the Subaru while ████████████ drove his Isuzu to his home in Kafr Akab.

4.  The next day ██████ [sic.; should be ██████] ████████████ called the Defendant and ████████████ and instructed them to come to the gas station in Ramallah Tachta in order to collect the suicide terrorist from there and to transport him to Jerusalem so that he could carry out the suicide terrorist attack there, with the aim of causing the deaths of as many civilians as possible. The Defendant consented.

5.  The Defendant drove the Subaru to the Kalandia checkpoint, where he parked the vehicle and got into ████████████ Isuzu waiting there. From there the two continued to the said meeting place.

6.  In Ramallah at the gas station mentioned above, the Defendant and ████████████ met with ████████████, who introduced them to the suicide terrorist who was with them. ████████████ gave the suicide terrorist an M-16 assault rifle and three magazines full of bullets for the M-16 assault rifle.

7.  The Defendant and ████████████ concealed the M-16 assault rifle and the magazines within the Isuzu.

8.  The Defendant and ████████████ traveled together with the suicide terrorist to Jerusalem so that the latter could carry out a shooting terrorist attack there and cause the deaths of as many civilians as possible.

**CONFIDENTIAL**                                    02:009219

9.  The Defendant, ████████ and the suicide terrorist arrived at the Kalandia checkpoint and bypassed it. Then the Defendant moved to the Subaru, which he had left there previously, and traveled to a-Ram Junction. The Defendant passed the a-Ram checkpoint in the Subaru and waited there for ████████ and the suicide terrorist, who had bypassed the a-Ram checkpoint on foot. Subsequently, ████████ went back, got into the Isuzu, in which the weapons were concealed, and passed through A-Ram checkpoint, traveling alone in the Isuzu with the weapons.

10. The Defendant drove the suicide terrorist to the mosque in Shuafat. ████████ also arrived there in the Isuzu with the weapon and ammunition.

11. There, the suicide terrorist asked to enter the mosque and pray before carrying out the suicide terrorist attack. The Defendant and ████████ agreed to the suicide terrorist's request.

12. While the suicide terrorist was praying in the said mosque, the Defendant and ████████ drove in the Subaru to Givat Shaul in Jerusalem to check whether there were Israel Defense Forces or police checkpoints on the way. The Defendant and ████████ planned to transport the suicide terrorist to Givat Shaul, to have him carry out the planned shooting terrorist attack there, because there would be numerous civilians in that location.

13. When the Defendant and ████████ returned to the mosque in Shuafat to pick up the suicide terrorist and transport him to Givat Shaul in order to carry out the planned shooting terrorist attack there, the two of them did not find the suicide terrorist at the mosque.

14. The Defendant and ████████ called ████████ and reported to him that the suicide terrorist had run away. ████████ instructed the Defendant and ████████ to return to Ramallah.

15. The Defendant and ████████ returned to Ramallah. There they met with ████████ and gave him the Subaru, the M-16 assault rifle and the magazines.

**Twentieth Count:**

**Nature of the Offense:** Possession of a firearm without a permit, an offense pursuant to Section 53 (a) (1) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14 (a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

CONFIDENTIAL                02:009219 [continued]

**Details of the Offense:** The aforementioned Defendant, both within and outside the Region, on or around the date stated in the previous count of the indictment, had in his possession a firearm, bomb, ammunition, hand grenade, or explosive device designed to and capable of causing death or serious injury, without a permit granted by or on behalf of the military commander, specifically:

The aforementioned Defendant, on the said date in the circumstances described in the previous count of the indictment, possessed an M-16 assault rifle, three magazines for an M-16 assault rifle, and bullets, all of which were without a permit granted by or on behalf of the military commander.

10

Prosecution File 241/02

**CONFIDENTIAL**          **02:009219** [continued]

**Twenty-First Count:**

**Nature of the Offense:** Conspiracy to intentionally cause death, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968; and Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** The aforementioned Defendant, in the Region, in the middle of February 2002, conspired with another person to intentionally cause the death of another, specifically:

The aforementioned Defendant, on February 15, 2002, or thereabouts, in or near Ramallah, met with ███████████████, █████████████████████ (known as ██████████) and with █████████ (known as ████████), bodyguard to ████████████████ ███████████████████████████████, which is an unlawful association.

During the said meeting, ████████████ asked the Defendant and his aforementioned accomplices to get a suicide terrorist into Jerusalem, so that he could carry out a suicide terrorist attack aimed at causing the deaths of as many people as possible. The Defendant and his aforementioned accomplices consented to the said proposal. ████████████ informed the Defendant and his aforementioned accomplices that he would bring the suicide terrorist to them in another day or two.

The above name Defendant, together with ████████████ and ████████████, planned to bring the suicide terrorist into Jerusalem in ████████████ Isuzu van. The Defendant and his aforementioned accomplices planned to transport the suicide terrorist to one of the places in Jerusalem where there would be many people against whom the suicide terrorist could carry out the planned suicide terrorist attack. The Defendant, ████████████ and ████████████ also carried out a reconnaissance in Jerusalem and selected what were, in their view, the appropriate places for carrying out a shooting terrorist attack against Israeli civilians. Among others, the Defendant and his aforementioned accomplices chose the Ramada Hotel, the tunnels of the Begin Road, and the French Hill Junction. The stated plan of the Defendant and his aforementioned accomplices was not executed because about two days following the meeting mentioned above, on February 17, 2002, ████████████ was arrested by the Israeli security forces, and approximately one day later, on February 18, 2002, ████████████ was arrested by the Israeli security forces.

**CONFIDENTIAL**                                            02:009220

The aforementioned Defendant, following the arrest of the accomplices as stated above, on February 19, 2002, met with , the brother of the aforementioned ███████, and with ███████, in Ramallah at the request of the aforementioned ███████. During the said meeting, the Defendant and ███████ ███████ agreed with the proposal by ███████ to bring a suicide terrorist into Jerusalem, so that he could carry out a suicide terrorist attack there with the aim of causing the deaths of as many people as possible.

This plan, too, was not executed because the Defendant himself was arrested the following day on February 20, 2002, by the Israeli security forces.


**Twenty-Second Count:**

**Nature of the Offense:** Driving an unlicensed vehicle in the Region, an offense pursuant to Section 3 of the Traffic and Transportation (Judea and Samaria) Rules, 5729-1968.

**Details of the Offense:** The aforementioned Defendant from September 2001 to the date of his arrest, while a resident of the Region, drove a motor vehicle, both within and outside the Region, which was not licensed in the Region and did not bear the identification marks set for the Region, specifically:

The aforementioned Defendant, while a resident of the Region, during the stated period, on a number of different occasions, in the circumstances described in this indictment, drove various vehicles, described in the previous counts of the indictment, which were not licensed in the Region and did not bear the identification marks set for them in the Region. The Defendant carried out that which is attributed to him in this count of the indictment for the purpose of executing the terrorist attacks described in this indictment.


**Twenty-Third Count:**

**Nature of the Offense:** Contravening the provisions of a declaration regarding the closure of an area, an offense pursuant to Section 90(f) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**CONFIDENTIAL**                                          02:009220

**Details of the Offense:** The aforementioned Defendant in the Region from September 2001 to the date of his arrest or thereabouts, contravened an instruction regarding the closure of an area without being in possession of a lawful permit to do so, specifically:

The aforementioned Defendant during the said period on a number of different occasions left the Region, which is a closed area, and entered the territory of the State of Israel without holding a lawful permit to do so. The Defendant entered the territory of the State of Israel for the purpose of executing the terrorist attacks described in this indictment.

11

Prosecution File 241/02

**CONFIDENTIAL**          **02:009220** [continued]

**Prosecution Witnesses**

1.  ██████████████████████████ Badge No. 99106, Investigations Bureau, Judea. (Took the Defendant's statement dated March 11, 2002, and submitted the Defendant's handwriting in Arabic as well as a Seizure and Marking Report)

2.  ██████████████████████████ Investigations Bureau, Judea. (Took the Defendant's statement dated April 1, 2002, and submitted the Defendant's handwriting in Arabic)

3.  █████████████████████████████████ (under arrest) (Prosecution File ██████

4.  ████████████████████████████ (under arrest) (Prosecution File ██████

5.  ████████████████, (under arrest)

**Detailed Incident File 7915/01 Zion**

6.  ████████████████████████ Zion Station. [Submitted action report]

7.  ████████████████████ Criminal Identification Department – Zion Station. [Submitted Initial Crime Scene Visit Report + photo board]

8.  █████████████ Zion Station. [Found shell casings at the scene of the incident – chain of evidence]

9.  ████████████████████, Mobile Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted Vehicle Inspection Report – seizure of remnants of a bullet]

10. ████████████████, Special Duties Department – Zion Station. [Submitted Form Accompanying Exhibits]

11. ████████████████████████, Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

**CONFIDENTIAL**                                          02:009221

12. ████████████████ Weapons Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted Expert Opinion from the Criminal Identification Department File ████████████] (To be summoned only upon the express request of the Defense)

13. ██████████████████████ Hadassah Hospital Ein Kerem, Jerusalem. [Submitted discharge certificate for Moshe Weiss] (To be summoned only upon the express request of the Defense)

14. ████████████ Hadassah Hospital Ein Kerem, Jerusalem. [Submitted notice of death for the late Meir Weissboiz [sic.; should be Weisshaus]] (To be summoned only upon the express request of the Defense)

15. Moshe Weiss, Identity No. 024001505. (Details held by the Prosecution) [Seriously wounded in the terrorist attack]

16. ██████████████████ (Details held by the Prosecution) (Eyewitness)

**Detailed Incident File 481/01 Zion**

17. Tony Amiel, Identity No. 032441040. (Details held by the Prosecution) (Driver of the Honda)

18. Pini Maimon, Identity No. 025759762. (Details held by the Prosecution) (Passenger in the Honda)

19. Pazit Maimon, Identity No. 040128084. (Details held by the Prosecution) (Passenger in the Honda)

**Detailed Incident File 8379/01 Zion**

20. ██████████████████ Criminal Identification Department – Zion Station. [Submitted Initial Crime Scene Visit Report + Seizure and Marking Report]

21. ████████████████████ Special Duties Department – Zion Station. [Submitted Form Accompanying Exhibits]

22. ██████████████████████ Mobile Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted Vehicle Inspection Report – seizure of remnants of a bullet]

23. ████████████████████ Special Duties Department – Zion Station. [Submitted Form Accompanying Exhibits]

**CONFIDENTIAL**            02:009221 [continued]

24. ███████████████████ Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

25. ███████████████████████ Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

26. ████████████████ Weapons Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted two Expert Opinions from the Criminal Identification Department File ████████] (To be summoned only upon the express request of the Defense)

27. ████████, Zion Station. [Finder of shell casings at the scene of the incident – chain of evidence]

28. Malka Cohen, Identity No. 038791386. (Details held by the Prosecution) (Wounded in the terrorist attack)

29. Pinhas Cohen, Identity No. 038348256. (Details held by the Prosecution) (Wounded in the terrorist attack)

30. ████████████████████ (Details held by the Prosecution) (Eyewitness – treated the wounded)

31. ████████████████████ Hadassah Hospital Ein Kerem, Jerusalem. [Submitted discharge certificate for Pinhas Cohen] (To be summoned only upon the express request of the Defense)

32. ████████████████████ Hadassah Hospital Ein Kerem, Jerusalem. [Submitted discharge certificate for Malka Cohen] (To be summoned only upon the express request of the Defense)

**Detailed Incident File 39/02 Binyamin**

33. ████████████████████ Patrol – Binyamin Station. [Submitted action report]

12

Prosecution File 241/02

**CONFIDENTIAL**          02:009221 [continued]

34. ████████████████████████████████ Binyamin Station. [Submitted Investigation Memorandum/Seizure and Marking]

35. ██████████████████████████████, Criminal Identification Department, Judea. [Submitted photo boards & collected shell casings at the scene of the incident]

36. ███████████████████████, Mobile Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted photo boards + Vehicle Inspection Report]

37. ███████████████████████████, Binyamin Station. [Submitted Form Accompanying Exhibits]

38. ████████████████████████████ Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [Submitted Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

39. ████████████████████████ Israel Defense Forces (Details held by the Prosecution) [Testimony – Determination of the death of the late Yoela Chen & treatment of wounded person]

40. ████████████████████████ Hadassah Hospital Ein Kerem, Jerusalem. [Submitted Medical Certificate – Sickness Summary for Rachelle (Rachel) Eini] (To be summoned only upon the express request of the Defense)

41. Rachelle (Rachel) Eini, Identity No. 075966614. (Details held by the Prosecution) (Wounded in the terrorist attack)

42. ██████████████████████ (Details held by the Prosecution) [Testimony & Diagram] (eyewitness)

43. ████████████████████ (Details held by the Prosecution) (Identification of the deceased)

---

**Detailed Incident File 502/02 Zion**

44. ████████████████████████, Special Duties Department – Zion Station. [Submitted Memorandum Report, Seizure and Marking]



**CONFIDENTIAL**                                    02:009222

45. ███████████████████████, Special Duties Department – Zion Station. [Submitted Seizure and Marking Report]

46. █████████████ Special Duties Department – Zion Station. [Submitted Memorandum Report, Seizure and Marking + Photographs]

47. ██████████████████████████████ Special Duties Department – Zion Station. [Submitted action report + cross findings]

48. █████████████████████████████████, Interrogations – Zion Station. [Submitted Seizure and Marking Report]

49. ██████████████████████ (Details held by the Prosecution) (Eyewitness – ran after the terrorist)

50. ████████████████████ Border Guard, Jerusalem (Eyewitness – ran after the terrorist and shot at the terrorist)

51. █████████████████ Patrol Unit 2 – Zion Station. (Eyewitness – shot at the terrorist)

52. █████████████████ Central Unit – Jerusalem. (Eyewitness – ran after the terrorist and shot at the terrorist)

53. ████████████████████ Special Patrol Unit – Motorcycles – Shalem Station. (Eyewitness – pursued the terrorist, removed the terrorist's weapon after the terrorist was killed)

54. ██████████████████████. (Details held by the Prosecution) (Eyewitness – security guard on the scene – shot at the terrorist and wounded him)

55. ██████████████████ Detectives – Central Unit, Jerusalem. (Eyewitness – ran after the terrorist, shot at the terrorist)

56. █████████████ Detectives – Central Unit, Jerusalem. (Eyewitness –shot at the terrorist)

57. █████████████████. (Details held by the Prosecution) (Eyewitness – driver of the Egged bus at the scene of the terrorist attack)

58. ████████████████. (Details held by the Prosecution) (Eyewitness)

**CONFIDENTIAL**                    02:009222 [continued]



59. ███████████████████████████ (Details held by the Prosecution)
(Eyewitness)

60. ████████████████████ (Details held by the Prosecution) (Eyewitness)

61. ██████████████████ (Details held by the Prosecution) (Eyewitness)

62. ██████████████████ (Details held by the Prosecution) (Eyewitness)

63. ████████████████████ (Details held by the Prosecution) (Eyewitness)

64. ██████████████████ (Details held by the Prosecution) (Eyewitness)

65. ████████████████ (Details held by the Prosecution) (Eyewitness – saw
the terrorist arrive at the scene of the terrorist attack on foot)

66. ████████████████ (Details held by the Prosecution) (Identification
of the body of the late Ora (Svetlana) Sandler)

67. ██████████████████ Hadassah Hospital Ein Kerem, Jerusalem.
[Submitted Notification of Death of the late Ora (Svetlana) Sandler] (To be summoned
only upon the express request of the Defense)

68. ████████████ Hadassah Hospital Ein Kerem, Jerusalem. [Submitted Notification of
Death of the late Sarah Hamburger] (To be summoned only upon the express request of the
Defense)

<u>An additional list of witnesses relating to those wounded in the terrorist attack in Jaffa Road on
January 22, 2002, and medical certificates related to their injuries, will be provided during the
course of the trial.</u>

[Signature]
Michael Kotlick, Lieutenant
MilitaryProsecutor

Date: April 14, 2002
Reference: 241-02

13

Prosecution File 241/02

**CONFIDENTIAL**          02:009222 [continued]

**The Arab Bank**
**Customer's Name:** Iman Hamed Nawfal Abdullah
**Account No.:** 628421          [illegible]/5[illegible]0
**Branch:** Ramallah
**Tel:** 29 [illegible]                    P.O. Box: 7[illegible]

**CONFIDENTIAL**                              02:009223

| PALESTINIAN AUTHORITY | **IDENTITY** |
|---|---|
| **DOCUMENT** | |

Identity No.          8 5160874 5

| First Name | **Iman** | [Photograph] |
|---|---|---|
| Father's Name | **Hamed** | |
| Grandfather's Name | **Nawfal** | [Round Stamp in Arabic] |
| Last Name | **Dahabra** | |
| Mother's Name | **Dina** | |
| Date of Birth | **January 26, 1986** | [Signature] |
| Place of Birth | **United States** | |
| Sex | **Female**     Religion     **Muslim** | Competent Authority |
| Issued in | **Ramallah**          on Date | **September 16, 2004** |

| Palestinian Authority     Annex to Identity Document | Children (up to age 16) |
|---|---|
| Ministry of the Interior<br>Identity No.     8 5160874 5<br>Last Name     Abdallah<br>First Name     Iman | Name     Fatma<br>Sex     Female     Identity No.     4 1273226 5<br>Date of Birth     May 22, 2002 |
| Address                              0     0<br>          Bir Naballa<br>          City<br>Marital status Married Spouse's Identity No. 9<br>7946995 4<br>Spouse's Name Mohamed<br>Spouse's Identity No. 9 7946995 4<br>Previous Last Name          Samara<br>Previous First Name | Name<br>Sex          Identity No.<br>Date of Birth |
| | Name<br>Sex          Identity No.<br>Date of Birth |
| | Name<br>Sex          Identity No.<br>Date of Birth |

**CONFIDENTIAL**                              02:009224

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009201-9226.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009201-9226.

_____
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914



| Palestinian National Authority | السلطة الوطنية الفلسطينية |
|---|---|
| Ministry of Detainees Affairs | وزارة شؤون الاسرى والمحررين |

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | | |
|---|---|---|---|---|---|---|
| تاريخ التعديل | 18/06/2012 | الجنس | ذكر | رقم الهوية | 979469954 | رقم الملف | 447501 |

تلفون | | العنوان | رام الله ٦٢٨٤٢١ رام الله | الاسم | محمد سامي ابراهيم عبدالله
مركز صرف | 24 رام الله
عدد الابناء | 1 | عدد الزوجات | 1 | حالة زواجية | متزوج

### البيانات المالية

| العنوان | | الصلة | | الهوية | 851608745 | اسم | ايمان حامد نوفل عبدالله |
|---|---|---|---|---|---|---|---|
| العنوان | | الصلة | 0 | الهوية | | اسم الوكيل | |
| رقم الحساب | 628421 | الفرع | 9030 | | | البنك | 6 البنك العربي |
| نهاية | 01/08/2014 | بداية الاعتماد | 01/10/2002 | المتأخرات | 0 | المخصص | 6350 |

### بيانات الأسر

| سنة | 99 | شهر | 0 | الحكم يوم | 0 | الحالة الاعتقالية | محكوم | تاريخ الأسر | 20/02/2002 |
|---|---|---|---|---|---|---|---|---|---|
| | 0 | | | تاريخ تحرر فعلي | | تاريخ تحرر | 0 | العمل | 1 غيرمحدد |
| رقم كشف | 20070329 | | | غيرمحدد | 1 | السجن | 1 | التنظيم | 1 فتح |

## المصروفات

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 6350 | 0 | 400 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 11 | 6350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 10 | 6350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 9 | 6350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 8 | 6350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 7 | 6350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 6 | 6350 | 6000 | 400 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 5 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 4 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 3 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 2 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2012 | 1 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 12 | 4350 | 0 | 400 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 11 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 10 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 9 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 8 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 7 | 4350 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 6 | 4350 | 0 | 1610 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 5 | 4350 | 10800 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 4 | 1650 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |
| 2011 | 3 | 1650 | 0 | 0 | 0 | ايمان حامد نوفل عبدالله | 851608745 | البنك العربي | 9030 | 628421 |

| | Palestinian National Authority | | | | | | | السلطة الوطنية الفلسطينية |
|---|---|---|---|---|---|---|---|
| | Ministry of Detainees Affairs | | | | | | وزارة شؤون الأسرى والمحررين |

| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 2 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 1 | 2011 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 12 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 11 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 10 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 9 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 8 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 7 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 6 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 5 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 4 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 3 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 2 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 1 | 2010 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 12 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 11 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 10 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 9 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 8 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 7 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 6 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 5 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 4 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 3 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 2 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 1 | 2009 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 12 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 11 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 1650 | 1650 | 10 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 8 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 7 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 6 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 5 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 4 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 3 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 2 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 1 | 2008 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 12 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 11 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 10 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 9 | 2007 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 8 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 7 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 6 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 5 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 4 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1650 | 3 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 2 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 1 | 2007 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 12 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 11 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 10 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 9 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 8 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 7 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 6 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 5 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 4 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 3 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 2 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 1 | 2006 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 12 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 11 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 10 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 9 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 8 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 7 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 6 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 5 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 4 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 3 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 2 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 1 | 2005 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 12 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 11 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 10 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 9 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 8 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 7 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 6 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 4 | 2004 |

| Palestinian National Authority<br>Ministry of Detainees Affairs | | | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين | | | | | |

| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 3 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 2 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1350 | 1 | 2004 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 12 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 11 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 10 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 9 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 8 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 7 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 6 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 5 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 4 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 2280 | 1140 | 3 | 2003 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 12 | 2002 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 11 | 2002 |
| 628421 | 9030 | البنك العربي | 851608745 | ايمان حامد نوفل عبدالله | 0 | 0 | 0 | 1140 | 10 | 2002 |
| | | | | | 0 | 2810 | 20730 | 247970 | | |

3996

# TO WHOM IT MAY CONCERN

№ 53400



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that:

Mr/Mrs    MUHAMMAD SAMI IBRAHIM ABDALLAH

From    BEIR NABALA/RAMALLAH    ID NO :    979469954

Was arrested by the Israeli Authorities on Day:    20    Month    FEBRUARY    Year    2002

He/She is to date:    Awaiting Trial ☐    Sentenced ☐    Administrative ☐

LIFE SENTENCE

Length of sentence / administrative period

He/She was released on Day    //    Month    //    Year    //

(tick the box and underline the correct designation)

CERTIFIED UPDATE

27 - 09 - 2011

International Committee
of the Red Cross

إلى من يهمه الأمر

6

٥٥٥

استنادا إلى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن

السيد/ة الآنسة    محمد سامي إبراهيم عبدالله

عربة رقم    ٩٧٩٤٦٩٩٥٤    السيد/ة أو الآنسة

كان قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم    ٢٠ / شهر    شباط    / سنة    ٢٠٠٢

ومؤرخ في هذا التاريخ : بانتظار المحاكمة ☐    حكومة ☐    اداري ☑

حكم / او اداري لمدة    مؤبد

ومؤرخ / اطلق سراحه/ها في يوم    // / شهر    // / سنة    //

( الرجاء وضع x في المربع المطلوب ووضع خط تحت اللفظ المطلوب )

KATHARINA WITZ

Date    08/05/2004
التاريخ

Place    RAMALLAH/NA
المكان

**CONFIDENTIAL**

02:009205

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

447501 / صريح

| | | | ٤ | ٤ | ٥ | ٠ | ١ | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| | | | | رام الله | المديرية/فرع الوزارة: | ٢٠٠٨/٥/٢٢ | | تاريخ تعبئة الاستمارة: |

**1. المعلومات الرئيسية للأسير:**

| | ٩ | ٩ | ٤ | ٦ | ٩ | ٩ | ٥ | ٤ | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | الاسم الرباعي: |
|---|---|---|---|---|
| عبد الله | ابراهيم | سناء | محمد | |

| الجنس: ☐ ذكر ☑ أنثى | اسم الأم: مريم |
|---|---|
| مكان الولادة: رام الله | تاريخ الميلاد: ١٩٦٤/٥/١ |
| المؤهل العلمي: ☐ أمي ☑ الأساسية ☐ ثانوي ☐ دبلوم ☐ جامعي ☐ دراسات عليا | |
| التنظيم: فتح | المهنة قبل الأسر: خياط |
| مكان الاعتقال: إدارى | تاريخ الأسر: ٢٠٠٨/٥/٢ |
| الوضع الاعتقالي: ☐ موقوف ☑ محكوم ☐ إداري ☐ محرر ☐ أخرى | |

| العام | الشهر | اليوم | تاريخ الإفراج المتوقع حسب قرار الحكم: | سنة | شهر | يوم | في حالة محكوم مدة الحكم حسب شهادة الصليب: |
|---|---|---|---|---|---|---|---|

| التجمع السكاني: بيت ريما | المحافظة: رام الله | العنوان الدائم: |
|---|---|---|

ملاحظات:

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: _____ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | سنة | شهر | يوم | | | | |
| | | | | | | | .1 |
| | | | | | | | .2 |
| | | | | | | | .3 |
| | | | | | | | .4 |
| | | | | | | | .5 |
| | | | | | | | .6 |

1

CONFIDENTIAL

02:009206

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطـــة الوطنيـــة الفلسطينيــة

وزارة شـــؤون الأسـرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☑أعزب | ☑ متزوج | ☑ مطلق | ☑ أرمل |
|---|---|---|---|---|

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

| رقم هوية الزوج/ة: | ٩ | ٤ | ٨ | ١ | ٦ | ١ | ٨ | ٢ |
|---|---|---|---|---|---|---|---|---|

| اسم الزوج/ة: | اجلا ... جت حسر شهير ... شهر | تاريخ عقد الزواج | ٥٠ / ١٢ / ١ |
|---|---|---|---|

| عدد الأولاد | ١ |
|---|---|

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | مجاهد | ٢٠٠٤ / ٥ / ٢٠٠٤ | | |
| .2 | | | | |
| .3 | | | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | ٥ | ٤ | ٨ | ١ | ٦ | ١ | ٨ | ٥ |
|---|---|---|---|---|---|---|---|---|

| اسم الوكيل "المستفيد": | اجلا ... جت حسر شهير ... شهر | صلة القرابة: | شجرة بنت |
|---|---|---|---|

| تاريخ سريان الوكالة إن وجدت: | / / | مدة سريان الوكالة: | |
|---|---|---|---|

| البنك: | التجكري | فرع البنك: | الببرى |
|---|---|---|---|

| رقم الحساب: | ٦ | ٤ | ٦ | ٤ | ٦ | الحساب جاري شيكل فقط |
|---|---|---|---|---|---|---|

| رقم الهاتف الأرضي: | ٢٦٦٦٢ | رقم الهاتف النقال: | |
|---|---|---|---|

| العنوان الدائم للمستفيد: | المحافظة: | رام الله | التجمع السكاني: | بيت سيرا |
|---|---|---|---|---|

| ملاحظات: | |
|---|---|

| ملاحظات مقدم الطلب: | |
|---|---|
| إقـرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

2

CONFIDENTIAL

02:009207

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

---

5. للاستعمال الرسمي:

| | |
|---|---|
| اسم المرشد/الموظف: | في جهه الدبلوماسي |
| ملاحظات المرشد/الموظف: | |
| التاريخ: | التوقيع: ٥/ / ٢٠١١ع |
| اسم مدير المديرية: | بلال حمادة |
| ملاحظات مدير المديرية: | ادريس با عمادة |
| التاريخ: | ٢٢/٤/٢٠١٧ع الختم والتوقيع: |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| صورة هوية المستفيد | ☑ | صورة هوية الأسير/المحرر | ☐ |
| لائحة الاتهام | ☑ | شهادات الصليب الأحمر | ☐ |
| صورة بطاقة الحساب البنكي | ☑ | قرار الحكم (إن وجد) | ☐ |
| صور شهادات الميلاد للأبناء | ☑ | صورة عقد الزواج مصدقة طبق الأصل | ☐ |
| أخرى (حدد) | ☐ | ملحق إضافة زوجة/زوجات | ☐ |

6. الاعتماد والمصادقة:

| | |
|---|---|
| 1. اعتماد شؤون الأسرى: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: | الختم والتوقيع: / / |
| المبررات والأسباب: | ☐ لا أصادق على اعتماد استمارة الأسير |
| | |
| 2. اعتماد الشؤون القانونية: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: | الختم والتوقيع: / / |
| المبررات والأسباب: | ☐ لا أصادق على اعتماد استمارة الأسير |
| | |

3

**CONFIDENTIAL**

02:009208



## TO WHOM IT MAY CONCERN    № 53400

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that:

Mr/Mrs. : MOHAMMAD SAMI IBRAHIM ABDALLAH

From : BEIR NABALA/RAMALLAH _____ ID NO : 979469954

Was arrested by the Israeli Authorities on Day: 20 _ Month: FEBRUARY _ Year 2002

He/She is to date:  Awaiting Trial ☐   Sentenced ☐   Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day : // ___ Month: // ___ Year: //

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة   :   محمد سامي ابرهم اهيم عبد النب

من   :   بير نبالا/رامالله ـــــــــــــــــ هوية رقم: ٩٧٩٤٦٩٩٥٤

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢٠ / شهر شباط / سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☐ اداري ☐

محكوم/ة او اداري لمدة: مؤبد

وهو/هي اطلق سراحه/ها في يوم ـــــ / ـــــ / سنة //

( الرجاء وضع x في المربع )

Date
التاريخ   08/05/2004

Place   RAMALLAH/NA
المكان

**CONFIDENTIAL**

02:009209

<div dir="rtl">

| צבא | המשפט | הגנה | לישראל |
|---|---|---|---|
| בבית | הצבאי | תיק ביהמ"י : | /02. |
| בבית | אל | תיק תביעה : | 241/02 |
| בנני | הרכב | תיק פ.א. : | 39/02 בנימין |
| | | | 7925/01 ציון |
| | | | 481/01 ציון |
| | | | 8379/01 ציון |
| | | | 502/02 ציון |

**במשפט שבין התובע הצבאי - המאשים**

**- נ ג ד -**

מחמד סאמי אברהים עבדאללה
ת.ז. 979469954, יליד 04.05.74, תושב ביר נבאללה
עצור מיום 20.02.02

**- ה נ א ש ם -**

**כ ת ב - א י ש ו ם**

**הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:**

**פרט ראשון:**

**מהות העבירה:** חברות בהתאחדות בלתי מותרת, עבירה לפי תקנות 84(1)(א) ו-85(1)(א) לתקנות ההגנה (שעת חירום) 1945.

**פרטי העבירה:** הנאשם הנ"כ. באיזור, החל מאמצע שנת 2001 ועד ליום מעצרו, היה חבר או פעל כחבר בהתאחדות בלתי מורשת, דהיינו :

הנאשם הנ"ל, במהלך התקופה האמורה, היה חבר בחוליה צבאית, אשר שמה לה למטרה ביצוע פיגועים נגד אזרחים ישראכ.יים הן באיזור, הן בחוצה לו. הנאשם פעל בחוליה הצבאית האמורה ביחד עם מחמד ערחמאן סאלם מצכה והמכונה "יאבי סטחה"), חוסאם עקל רובי שחאדה, פראס צאדק מחמד מיאם (המכונה "יאל חינ-אווי"). הייתם אלמ-תפכ חמדאן, זידאן אל בדוי, יזאו והדאוי ועני עליאו.

החוליה הצבאית האמורה פעלה בחסות "מבגדי חלני אללאכצא" - הזרוע הצבאית של "התנזיםי" של ארגון הפת"ח, שהוא ההתאחדות בלתי מוזרת. לצורך פעילות החוליה הועבר לחבריה כספים, טלפונים סלולריים וכלי נשק מ"התנזיסי" של הפת"ה. הנאשם וחבריו לחוליה הצבאית האמורה העבירו דיווחים שוטפים על הפיגועים, אשר אותם ביצעו, כאנשיב בכירים בי"תנזים" של המת"ית, כאשר אותם האנשים דאגו להעביר את הדיווחים לידיעתו של מרואו ברגותי, ראש "התנזיםי" של הפת"ח באיזור.

הנאשם פעל בחוליה הצבאית האמירה כפי שיתואר בפרטי האישום הבאים.

</div>

CONFIDENTIAL

02:009210

### פרט שני:

**מהות העבירה:** קשירת קשר לגרימת מוות בכוונה, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968 וסעיף 51(א) לצו בדבר הוראות הביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, בממוצע שנת 2001 או במועד הסמוך לכך, קשר עם אדם אחר לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, ביחד עם חוסאם עקל רג'ב שחאדה ופראס צאדק מחמד עיאמן (המכונה "יאל חיטאווי"), תכנן לבצע פיגוע ירי לעבר כלי רכב ישראליים בכביש מספר 1 ירושלים-תל-אביב. הנאשם וחבריו הנ"ל אפילו בחרו את המקום שבו יבצעו את הפיגוע המתוכנן. בטופו של הדבר, הנאשם וחבריו הנ"ל לא ביצעו את הפיגוע המתוכנן כי חברם לחוליה הצבאית התמיאתה בפרט האישום הראשון, על עלייתו, טען כי הוא עם אנשים נוספים מתכננים לבצע פיגוע זהה באותו המקום שבחר הנאשם ביחד עם פראס עיאנם וחוסאם שחאדה.

### פרט שלישי:

**מהות העבירה:** קשירת קשר לגרימת מוות בכוונה, עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968 וסעיף 51(א) לצו בדבר הוראות הביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש יולי 2001 או במועד הסמוך לכך, קשר עם אדם אחר לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, ברמאללה או בסמוך לכך, קשר עם עלי עלייאו, חוסאם עקל רג'ב שחאדה, פראס צאדק מחמד עיאמן (המכונה "יאל חיטאווי") והיתם אלמותפק חמדאן, לבצע פיגועים נגד המטרות הישראליות. הנאשם וחבריו הנ"ל אף, תכנון להשיע אמצעי לחימה לצורך ביצוע הפיגועים המתוכננים.

### פרט רביעי:

**מהות העבירה:** אימונים צבאיים שלא בהיתר, עבירה לפי תקנה 62 לתקנות והגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בחודש אוגוסט 2001 או בסמוך לכך, אימן או אובן או אימן צבאי בנשק או במכלאות תרגילים, תנועות או מערכות פעולה צבאיים, דהיינו:
הנאשם הנ"ל, במועד האמור, ביחד עם חוסאם עקל רג'ב שחאדה ופראס צאדק מחמד עיאמן (המכונה "יאל חיטאווי"), הגיע למחצבה של משפחת טריפי הנמצאת בין ביתוניא לרמאללה. פראס עיאמן הביא עמו רוסי"ר M-16, אשר אותו קיבל מטארק מאלחו א-נוף.
פראס עיאמן, במועד ובמקום הנ"ל. לימד את הנאשם ואת הנאשם שחאדה להשתמש ברוסי"ר M-16. לאחר האימון התיאורטי הנ"ל, הנאשם, וכן כל אחד מחבריו הנ"ל, ירו מספר כדורים ברוסי"ר M-16 הנ"ל לעבר בהבוהים ריקים על מנת להתאמן בירי ברוסי"ר M-16.

### פרט חמישי:  (פ.א. 7915/01 ציון)

**מהות העבירה:** גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:
1. הנאשם הנ"ל, במועד האמור, ברמאללה, נפגש עם חוסאם עקל רג'ב שחאדה, פראס צאדק מחמד עיאמן (המכונה "יאל חיטאווי"), היתם אלמותפק חמדאן ועלי עלייאו. חוסאם שחאדה הגיע לפגישה כשהוא חמוש בתמי-K MP, אשר אותו קיבל ביחד עם פראס עיאמן מידי מחמד ערתמאמן סאלכ מצלח "המכונה "אבו סטחאה") כצורך ביצוע פיגוע ירי. ואיך היתם חמדאן הגיע כשהוא חמוש באקדח טופי.

CONFIDENTIAL

02:009211

2. הנאשם וחבריו הנ"ל החליטו לצאת לירושלים ולבצע שם פיגוע ירי במטרה לגרום למותם של אורחים ישראליים.

3. בשבתה השעה 22:00, ביום 15.09.01, הנאשם וכל חבריו הנ"ל נסעו מרמאללה לירושלים ברכב איסוזו טנדר של פראס עיאש.

4. פראס עיאש נהג ברכב האיסוזו הנ"ל ונסע ביחד עם הנאשם וחבריו על מנת להראות להם מקום שבו יבצעו את פיגוע הירי המתוכנן וכן על מנת להראות לנאשם וחבריו איך להימלט לאחר ביצוע הפיגוע האמור. פראס עיאש הסיע את הנאשם וחבריו לכביש מס' 9 המחבר בין שכונת רמות לבין שכונת הגבעה הצרפתית בירושלים. פראס עיאש הראה לנאשם וחבריו איפה לבצע את הפיגוע המתוכנן ואיך להימלט לאחר מכן. בסיום הסיור האמור, הנאשם וחבריו הנ"ל חזרו לרמאללה.

5. סביבות השעה 22:30, באותו היום, הנאשם ביחד עם חוסאם שחאדה והייתם חמדאן נסע ברכב גונב בצבע אפור עם לוחיות רישוי ישראליות, אשר אותו סיפק להם על עליאן לצורך ביצוע הפיגוע המתוכנן (להלן: הרכב). לפני הנסע נסעו פראס עיאש ברכב האיסוזו הנ"ל ואת זאת על מנת לחודיע באמצעות טלפון סלולרי לנאשם וחבריו על מחסומי משטרה וצה"ל.

6. הנאשם נהג ברכב הנ"ל, לידו ישב חוסאם שחאדה, החמוש בתמ"ק MP-5, ובמושב האחורי ישב הייתם חמדאן, החמוש באקדח טופו.

7. הנאשם וחבריו הנ"ל נעצרו בכביש מס' 9 בסמוך לצומת המוביל לשכונת רמת שלמה והמתינו לרכב ישראלי בודד שיגיע למקום במטרה לבצע בעברו פיגוע ירי ולגרום למותם של נוסעי הרכב.

8. לאחר מספר דקות, בסמוך לשעה 23:10, הגיע למקום רכב רנו אקספרס לבן, מ.ר. 2273706, (להלן: הרנו) אשר נסע מכיוון שכונת רמת שלמה ופנה לכביש מס' 9 לכיוון שכונת רמות.

9. הנאשם החל לנסוע אחרי הרנו ועקב אחרי אותו.

10. כשהרכבו שבו נהג הנאשם, נסע במקביל לרנו, חוסאם שחאדה והייתם חמדאן פתחו באש בתמ"ק MP-5 ובאקדח טופו לעבר נוסעי הרנו במטרה לגרום למותם.

11. מספר קליעים שנורו על-ידי חוסאם שחאדה.והייתם חמדאן פגעו ברנו ובשני נוסעי הרנו - משה וייס ומאיר וייסבוייז ז"ל. הנאשם שמע את אחד מנוסעי הרנו צועק "יאני איי".

12. לאחר מכן, הנאשם המשיך לנסוע לכיוון שכונת רמות ובסמוך למקום שבו בונים גשר חדש פנה ימינה לדרך עפר המוביל לביר נבאללה.

13. לפני הכניסה לביר נבאללה, הנאשם וחבריו שהיו עמו ברכב נפגשו עם פראס עיאש שהמתין להם במקום ברכב האיסוזו. משם הנאשם וחבריו הנ"ל, ביחד עם פראס עיאש, המשיכו בנסיעתם לביר נבאללה ולאחר מכן נמלטו לרמאללה.

14. במעשיו המתוארים לעיל, הנאשם גרם בכוונה למותם של מאיר וייסבוייז ז"ל, אשר נפטר בבית החולים מאוחר יותר באותו היום כתוצאה מפגיעות הקליעים שנורו על-ידי חברי הנאשם.

**פרט שישי:** (ת.פ.א. 7915/01 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשל"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, בסמוך לשעה 23:10, במקום המתואר בפרט האישום הקודם, במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותו של משה וייס, אשר נהג ברכב רנו אקספרס לבן, מ.ר. 2273706, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי חברי הנאשם, כפי שתואר בפרט האישום הקודם, פגע בראשו של משה וייס ופצע אותו באורח קשה.

CONFIDENTIAL

02:009212

פרט שביעי:

**מהות העבירה:** החזקת כלי-יריה ללא היתר, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשל"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירות (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 15.09.01 או במועד הסמוך לכך, החזיק ברשותו כלי-יריה, רחמשת, מצצה, רימון-יד או חפץ נפץ או מבעיר, כלי או חפץ או דבר המתוכנן או מסוגל לגרום ליום או חבלה חמורה, ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו, דהיינו:

הנאשם הנ"ל, במהלך התקופה האמורה. בנסיבות, המתוארות בפרטי האישום התמישי והשישי, החזיק בתמ"ק 5-MP. ובאבדח טופי, וזאת ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו.

פרט שמיני: (פ.א. 481/01 ציון)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשל"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

1. הנאשם הנ"ל, בראשית. חודש אוקטובר, 2001, ברמאללה או בסמוך לכך, ביחד עם מחמד ערחמאן סאלם מללח "המכונה "מאבו סטמהרי"). חוסאם עקל רגיב שחאתה ופראס צאדק מחמד "עיאש "המכונה""יאל דיאואוי"). התגליס לבצע פיגוע ירי במטרה לגרום למותם של אזרחים ישראליים

2. לצורך בוצוע פיגוע הירי המתוכנן, הנאשם קיבל מידל טארק מאלחי א-נגד רכב מזדה 323 גובה בצבע אפור עם לוחיות רישוי ישראליים. לצורך ביצוע פיגוע הירי המתוכנן, ממחמד מללח קיבל מאחמד ברנומה, שומר מאשר על מיווחו ברעותו. ראש "התנועה" של הפת"ח-באיזור, שהוא התאחדות בלתי מותרת. תמ"ק 5-MP.

3. ביום 03.10.01, הנאשם יצא מרמאללה כביוון ירושלים במטרה לבצע שם את פיגוע הירי המתוכנן כשאינם נתון ברכב המזדה הנ"ל. ליחמד מצלה נסע ביחד עם הנאשם, כשהוא בתמ"ק 5-MP הנ"ל.

4. פראס עיאש, וחוסאם שחאתה נסעו ברכב איסוזו טנדד של פראס עיאשם לפני רכב המזדה שבו נסע הנאשם וזאת במטרה להזהיר על מחסומי המשטרה וצה"ל בדרך. הנאשם וכל חבריו הנ"ל הגיעו לבית חניג החדשה שבירושלים, שבו הנאשם התחנה את רכב המזדה, ובזמה עם מחמד מצלה הסתתר בתוך הרבב את תמ"ק 5-MP הנ"ל. הנאשם ומחמד מצלה עלו לרכב האיסוזו ומשם המשיכו ברכב האיסוזו ביחד עם פראס עיאשם וחוסאם שחאתה לכיוון כביש בגין.

5. הנאשם וחבריו הנ"ל הגיעו לכביש בגין. שב, פראס עיאשם הראה לנאשם ולשאר חבריו איפה לבצע את ביגוע הירי ממתוכנן ואיך לחימילין לאחר ביצוע פיגוע הירי. הנאשם וחבריו הנ"ל החליטו לבצע את פיגוע הירי המתוכנן במנהרה הראשונה של כביש בגין מכיוון רמות וזאת על מנת שלא ישמעו את דליות הירי. לאחר מכן, הנאשם וכל חבריו הנ"ל חזרו לבית חנינא, למקום שבו הושער רכב המזדה.

6. הנאשם עלה לרכב המזדה, ליד התיישב מיחמד מצלה החמוש בתמ"ק 5-MP. משם הנאשם נהג ברכב המזדה לכביש בגין במטרה לבצע שם את פיגוע הירי המתוכנן.ולגרום למותם של אזרחים ישראליים.

7. הנאשם ומחמד מצלה נסעו בכביש בגין הלוך ושוב מספר פעמים כשהם מחפשים רכב ישראלי בודד במטרה לבצע לעברו את פיגוע הירי המיתוכנן במטרה לגרום למותם של נוסעי הרכב.

8. בסמוך לשעה 23:35. כשהם נוסעיג לכיוון צפון, במנהרה האחרונה בכיוון נסיעתם, הנאשם ומחמד מצלה הבחינו ברכב הונדד אקורד. מ.ר. 1103217, הנוסע בכביש בגין לכיוון צפון. ברכב ההונדה נסע טוני עמיאל. פיני מימון וגיל מימון.

9. הנאשם עקף את ברכב ההונדה הנ"ל. בעת שהנאשם נסע במקביל לרכב ההונדה הנ"ל. מחמד מצלה ירה זור אחד בתמ"ק 5-MP. אשר בי החינו, לעבר נוסעי רכב ההונדה, במטרה לגרום למותם. הקליע שנורה על-ידי מחמד מצלה לא פגע ברכב ההונדה הנ"ל.

10. לאחר ביצוע פיגוע הירי האביור, הנאשם וב"חמד מצלה המשיכו בנסיעתם לכיוון כביש מס' 9 המחבר בין שכונת רמית לשכונת הגבעה הצרפתית.

**CONFIDENTIAL**

02:009213

<u>פרט תשיעי:</u>     (פ.א. 379/01§ ציון)

<u>מהות העבירה:</u> ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970, וסעיף 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 03.10.01 או במועד הסמוך לכך, ניסה לגרום בכוונה למותם של אחד, דהיינו:

1. לאחר שהנאשם, ביחד עם מחמד ערפ'אמאן סאלם מצלח (המכונה "אבו סטחה"), ביצע את פיגוע הירי כפי שתואר בפרט האישום הקודם, השניים המשיכו בנסיעה ברכב המזדה, המתואר בפרט האישום הקודם. לכיוון כביש מס' 9, המחבר בין שכונת רמות לשכונת הגבעה הצרפתית במטרה להגיע משם לבית חנינא ובהמשך לרמאללה.

2. במהלך הנסיעה הנ"ל, מחמד מצלח, על-פי בקשת הנאשם, בדק את תקינותו של תמ"ק MP-5, אשר בו החזיק, ואף ירה מספר כדורים באוויר.

3. במהלך הנסיעה בכביש מס' 9 הנ"ל, בסמוך לשעה 23:45, הנאשם ומחמד מצלח הבחינו ברכב סקודה, מ.ר. 6567709, אשר נסע ברכב מס' 9 לכיוון הגבעה הצרפתית. ברכב הסקודה הנ"ל נסע מלכה כהן ופנחס כהן.

4. הנאשם ומחמד מצלח החליטו לבצע פיגוע ירי לעבר רכב הסקודה הנ"ל ולגרום למותם של הנוסעים בו.

5. הנאשם, אשר, כאניור, נהג ברכב המזדה, עקף את רכב הסקודה.

6. בעת שהנאשם נסע במקביל לרכב הסקודה הנ"ל, מחמד מצלח ירה בתמ"ק MP-5 מספר יריות לעבר רכב הסקודה הנ"ל במטרה לגרום למותם של נוסעי רכב הסקודה.

7. מספר קליעים שנורו על-ידי מחמד מצלח פגעו ברכב הסקודה. שני קליעים שנורו על-ידי מחמד מצלח פגעו בפנחס כהן ו'קליע,נוסף פגע במלכה כהן.

8. פנחס כהן נפצע באורח 'ציוני' ציוני מיפגיעת שני קליעים בבטנו, ואילו מלכה כהן, שהיתה בשבוע ה-28 להריון, נפצעה באורח בינוני מפגיעת קליע ברגלה.

9. לאחר ביצוע הפיגוע, הירי, האני'ר, הנאשם, ומחמד מצלח המשיכו בנסיעה לכיוון הגבעה הצרפתית ומשם הגיעו 'בית חנינא' לבית חנינא החדשה. שם, הנאשם ומחמד מצלח החנו את רכבם ויצרו קשר טלפוני עם חוסאם עקב רביב שחאדה ופראס צאדק מחמד עיאאש (הנכונים 'יאל חיטאוויי), אשר הגיעו למקום. ברכב האיסוזו של פראס עיאוש על מנת לאסוף את הנאשם ומחמד מצלח, וזאר. לפי ההרכונו' האמור בפרט האישום הקודם.

10. הנאשם ומחמד מצלח השאירו את תמ"ק MP-5 הנ"ל ברכב האיסוזו ועלו לרכב האיסוזו.

11. הנאשם ושלושת חבריו הנ"ל נידו לחזור מירושלים לרמאללה, אך לא הצליחו לעשות כן בגלל מחסומי צה"ל והמישטרה. הנאשם וחבריו הנ"ל נשארו ללון אצל יאסר אבו אלחטיב. חברו של חוסאם שחאדה, בבית חנינא הרדתום בירושלים.

12. ביום כמחרת, 04.10.01, הנאשם חזר ברכב המזדה הנ"ל לרמאללה והחזיר' את הרכב לידי טארק א-נוף.


<u>פרט עשירי:</u>

<u>מהות העבירה:</u> החזקת כלי-ירייה ל'א היתר, עבירה לפי סעיף 53(א)(1) לצו 'בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378,, תש"ך-1970, וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.


<u>פרטי העבירה:</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, במהלך הימים 03.10.01 - 04.10.01 או במועד הסמוך לכך, החזיק ברשותו'כלי-ירייה, תחמושת, פצצה, רימון-יד או חפץ נפץ או מבעיר, כלי או חפץ המתוכנן או מסוגל לגרום מוות או חבלה חמורה, ללא העדות היתר שהוענקה על-ידי מפקד צבאי או מטעמו, דהיינו:

הנאשם הנ"ל, במהלך התקופה האמורה, בנסיבות המתוארות בפרט האישום השמיני והתשיעי החזיק בתמ"ק, MP-5, וזאת ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו

CONFIDENTIAL

<u>פרט אחד-עשר</u>:   (פ.א. 39/02 בנימין)

<u>מהות העבירה</u>: גרימת מות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מסי 378), תשל"0-197 וסעיף 14(א) לצו בדבר כללי האחריות לעבירות (יהודה והשומרון), תשכ"ח-1968.

<u>פרטי העבירה</u>: הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. ביום 14.01.02 נהרג ראאד כרמי אשר היה פעיל צבאי בכיר ב"תנזים" של ארגון הפתח"ח, שהוא התאחדות בלתי מותרת. בעקבות מותו של ראאד כרמי הנ"ל, ראש "התנזים" של הפתח"ח באיזור - מרוואן ברגותי פתח אוהל אבלים באלבירה.

2. ביום 15.01.02, הנאשם הגיע לאוהל האבלים הנ"ל ונפגש שם עם מחמד ע/רחמאן סאלם מצלח (המכונה "איבו סטחה"). פראס צאדק ג'חמד עיאמה (המכונה "יאל חיטאווני"). טארק מצלח א-נוף, זידאן, זידוי אל בדוי ואחמד ברג'ותי (המכונה "אל פראוסי") שהם שומר ראשו של מרוואן ברגותי הנ"ל. אחמד ברגותי הנ"ל מסר לאנשים ולחבריו הנ"ל כי מרוואן ברגותי, ראש "התנזים" של הפתח"ח באיזור, מבקש כי הנאשם וחבריו יבצעו באופן מיידי פיגוע נקמה על מותו של ראאד כרמי הנ"ל ולגרום למותם של אזרחים ישראלים.

3. הנאשם וחבריו הנ"ל, באוהל האבלים הנ"ל, החליטו לבצע עוד באותו הערב פיגוע בתחנת הדלק בגבעונים הממוקמת בכביש 443 בסמוך לכניסה לגבעת זאב ולגרום למותם של אזרחים ישראלים.

4. בשעות הערב באותו היום, 15.01.02, הנאשם יצא מאוהל האבלים הנ"ל ביחד עם פראס עיאמה. הנאשם ופראס עיאמה נסעו ברכב אוסטון טנדר של פראס עיאמה לתחנת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן. אחריברכב האישלות הנ"ל נסע זידאן, החמוש באקדח 16, מחמד מצלח. החמוש באקדח נוסף, וטארק א-נוף, החמוש MP-5. השלושה נסעו ברכב ג'ניד נוסף בצבע חום בהיר לעבר תחנת הדלק הנ"ל במטרה לבצע שם את הפיגוע המתוכנן.

5. הנאשם וכל חבריו הנ"ל הגיעו עד ערמת עפר החוסמת את היציאה מכפרים ביר נבאללה ואלג'יב לכביש 443 בריחוק של כ-100 מטר מתחתת הדלק הנבעונים. הנאשם וחבריו החנו את כלי הרכב שלהם. איסוגו וגודה. עם הכניד לכניון הכפר ביר נבאללה על מנת שיוכלו להימלט מהתחום מיד לאחר ביצוע הפיגוע המתוכנן.

6. הנאשם, החמוש באקדח 14 שלו, זידאן, החמוש באקדח 16, וטארק א-נוף, החמוש ב-MP-5, ירדו מכלי הרכב והלכו לתחתת הדלק הנ"ל במטרה לבצע שם את פיגוע הירי המתוכנן ולגרום למותם של אזרחים ישראלים.

7. הנאשם ופראס עיאמה נשארו בכלי הרכב על מנת לשמור שלא יניע למקום סיור של צח"יל או אנשים אחרים. הנאשם ישב בכיסא הנהג ברכב המזדה על מנת שיוכל למלט באופן מיידי את שלושת חבריו שיצאו לבצע את הפיגוע המתוכנן מיד לאחר ביצוע הפיגוע.

8. טארק א-נוף ומחמד מצלח עמדו בכניסה לתחנת הדלק הנ"ל. לאחר מספר דקות, בסמוך לשעה 19:45, מחמד מצלח וטארק א-נוף הבחינו ברכב פיאט אונו לבן, מ.ר 4905.542-, שנכנס לתחנת הדלק הנ"ל ואשר בו נהגו חן ז"ל ונדה ישבה רשל זרחל עיני. טארק א-נוף ומחמד מצלח ניצשו אר רכב הפיאט במטרה לבצע פיגוע ירי ולגרום למותם של נוסעי הרכב. נוסעות רכב הפיאט הבחינו באקדח שני החזיע מחמד מצלח והחלו לצעוק ולצפור. מתחמד מצלח הכניס את האקדח ל"מקיסיון" וזנם לנוסעות הרכב שלא יפחדו. בשלב זה, טארק א-נוף פתח באש אוטומטית בהנ"ל MP-5 לעבר נוסעות רכב הפיאט במטרה לגרום למותן, אז גם מחמד מצלח שוב באקדח את אקדחו והחל לירות לעבר נוטעות הרכב במטרה לגרום למותן.

9. מחמד מצלח וטארק א-נוף ירו מיטווח קצר מאוד מספר רב של כדורים לעבר יואלה חן ז"ל ולעבר רשל (רחל) עיני שהיו ברכב הפיאט הנ"ל.

10. כ-28 קליעים, שנורו על-ידי טארק א-נוף ומחמד מצלח, פגעו בשמשה הקדמית של הרכב. מספר קליעים פגעו בצד הרכב ובשישת/חלון דלת הנהג.

11. במהלך ביצוע פיגוע הירי המתואר, זידאן, אשר עמד בברחמו קצר מאחורי מחמד מצלח וטארק א-נוף, שימש כיומש ולמירריצ.

12. פראס עיאמה, מיד לאחר ששמע את קולות הירי, נסע מהמקום ברכב האיסוזו שלו על מנת להודיע לנאשם וחבריו אם ישי-מתחסיים בדרך לרמאללה.

13. טארק א-נוף, זידאן ומחמד מצלח, לאחר שביצעו את פיגוע הירי כאמיר לעיל, חזרו בריצה אל רכב המזדה שבו המתין הנאשם. לאחר שחשו-שלושה הנ"ל עלו לרכב הנאשם הסיע אותם לרמאללה, ברמאללה, הנאשם, טארק א-נוף, מתגמד מצלח וזידאן נפרשו מן פראס עיאמה.

14. במעשהו המתוארים לעיל, הנאשם גרם בכוונה למותה של יואלה חן ז"ל, אשר נפטרה במקום כתוצאה מפגיעות הקליעים שנירי על-ידי טארק א-נוף ומחמד מצלח

CONFIDENTIAL

**פרט שנים-עשר:** (פ.א. 39/02 בנימין)

**מהות העבירה:** ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, בסמוך לשעה 19:45, במקום המתואר בפרט האישום הקודם. במעשיו האמורים בפרט האישום הקודם, ניסה לגרום בכוונה למותה של רשל (רחל) עיני, אשר נסעה ברכב פיאט אונו לבן, מ.ר. 6424905, המתואר בפרט האישום הקודם. אחד הקליעים שנורו על-ידי חברו הנאשם, כפי שתוארו בפרט האישום הקודם, פגע בראשה של רשל (רחל עיני) ושני קליעים נוספים פגעו בכתפה השמאלי ופצעו אותה באורח בינוני.

**פרט שלושה-עשר:**

**מהות העבירה:** החזקת כלי-ירייה ללא היתר. עבירה לפי סעיף 53(א)(1)(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, ביום 15.01.02 או במועד הסמוך לכך, החזיק ברשותו כלי-ירייה, תחמושת, פצצה, רימון-יד או חפץ נפיץ או מבעיר, כלי או חפץ או דבר המתוכנן או מסוגל לגרום מוות או חבלה חמורה, ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו, דהיינו:
הנאשם הנ"ל, במועד האמור, ובנסיבות המתוארות בפרט האישום האחד-עשר, החזיק בתמ"ק MP-5 ושני אקדחים, וזאת ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או מטעמו.

**פרט ארבעה-עשר:** (פ.א. 502/02 ציון)

**מהות הבעירה:** גרימת מוות בכוונה. עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תש"ל-1970 יסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון), תשכ"ח-1968.

**פרטי העבירה:** הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו:

1. באמצע חודש ינואר 2002, התקשר אל הנאשם פראס צאדק מחמד עיאנט (המכונה "אל חיטאווי"), פראס עיאנט מסר לנאשם כי אחמד ברגותי (המכונה "אל פראסאני", שומר ראשו של מרוואן ברגותי - ראש "התנזים" של ארגון הפת"ח, שהוא התאחדות בלתי מותרת, מבקש להכניס לירושלים מחבל, אשר יבצע בירושלים פיגוע התאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים להשתתף בהסעת המחבל המתאבד הנ"ל לירושלים.

2. ביום 22.01.02, פראס עיאנס הקשיר אל הנאשם והודיע לו כי אחמד ברגותי רוצה שהוא עצמו יחזיר כי המחבל המתאבד לצורך ביצוע הפיגוע המתוכנן מוכן וצריך להכניס אותו לירושלים. הנאשם שב והביע את הסכמתו להשתתף בהוצאת לפועל של הפיגוע המתוכנן.

3. מאוחר יותר, באותו היום, הנאשם ופראס עיאנס נפגשו ברמאללה. פראס עיאנס הגיע לפגישה ברכבו איסוזו טנדר עם לוחיות רישוי ישראליות.

4. הנאשם ופראס עיאנס נסעו ברכב של איסוזו הנ"ל מרמאללה לירושלים על מנת למצוא דרך שאין בה מחסומי משטרה וצה"ל וזאת במטרה להסיע יותר מאוחר באותה הדרך את המחבל המתאבד שיבצע את הפיגוע המתוכנן בירושלים.

5. הנאשם ופראס עיאנס נסעו מרמאללה דרך ראפאת והגיעו לאיזור התעשיה עטרות, שם השניים חזרו לכביש הראשי ירושלים-רמאללה ונסעו שמאלה עד לצומת המוביל למחנה רמה. שם הם פנו ימינה ונסעו עד לצומת אדם. בצומת אדם הנאשם וחברו פנו ימינה ונסעו עד לצומת חיזמה, שם הם פנו ימינה ונכנסו לעטנא. דרך עטנא, הנאשם וחברו הגיעו לצומת הגבעה הצרפתית. שם השניים פנו ימינה וחזרו לרמאללה. הנאשם ופראס עיאנס הגיעו ראו כי בדרך שבה נסעו ניתן להוביל את המחבל המתאבד לירושלים מבלי להיעצר במחסומי משטרה וצה"ל.

CONFIDENTIAL

6. בהגיעם לרמאללה, הנאשם ופראס עיאנב נסעו למלון "סיטי אין", הנמצא בסמוך לצומת
איו"ש. באיזור המלון "סיטי אין", הנאשם ופראס עיאנב נפגשו עם אחמד ברגותי הנ"יל, אשר
ברוסי"ר 16 M-ושתי מחסניות לרוסי"ר 16 M-המחוברות בצולבת.

7. אחמד ברגותי מסר לנאשם ולפראס עיאנב כי סעיד רמדאן הנ"יל הוא המבקר המתאבד, אשר
אותו הם צריכים להוביל לירושלים על מנת שיבצע שם פיגוע התאבדות כשירה לעבר
אזרחים ישראליים במטרה לגרום למוות של אזרחים רבים ככל הניתן.

8. הנאשם ופראס עיאנב הסתירו את רוסי"ר 16 M-והמחסניות הנ"ל ברכב האיסוזו הנ"ל.

9. פראס עיאנב נהג ברכב האיסוזו, סעיד רמדאן ישב בכיסא שליד כיסא הנהג ואילו הנאשם
התיישב במושב האחורי.

10. הנאשם ופראס עיאנב הסיעו את סעיד רמדאן לירושלים בדרך, אשר אינה בדקן מוקדם יותר
באותו היום כפי שתואר לעיל.

11. בירושלים, הנאשם ופראס עיאנב נסעו לרחוב שיחי גירא. שם הם הוציאו את רוסי"ר 16 M-
והמחסניות שתי מוצמרים בתוך הרכב ומסרו אותם לידי סעיד רמדאן. הנאשם עבר לשבת
בכיסא שליד כיסא הנהג ואילו סעיד רמדאן עבר למושב האחורי, כשהוא מחזיק בידיו את
רוסי"ר 16 M-ואת המחסניות.

12. הנאשם ופראס עיאנב הסיעו את סעיד רמדאן לרחוב הנביאים.

13. במהלך הנסיעה, סעיד רמדאן התלונן בפני הנאשם ופראס עיאנב כי קנו לו נעליים חדשות
עבור הפיגוע, אך הן קטנות ולוחצות לו. הנאשם הוריד את נעלו "רייבוק" ומסר אותם לסעיד
רמדאן באומרו "תעלה לגן עדן עם נעלי ירייבוק"".

14. בהגיעם לצומת הרחובות שטראוס והנביאים, הנאשם ופראס עיאנב עצרו את רכב האיסוזו.
שירצה בו הרבה אנשים.

15. הנאשם ופראס עיאנב אמרו לסעיד רמדאן לרדת ברגל לרחוב יפו ולהתחיל לירות במקום.

16. לאחר שסעד רמדאן ירד מהרכב עם רוסי"ר 16 M-והתחמושת, הנאשם ופראס עיאנב נסעו
מהמקום ברכב האיסוזו, יצאו דרך שכונת מוסררה לכביש מספר ג, ומשם נסעו דרך הכביש
הראשי לרמאללה.

17. סעיד רמדאן, מספר דקות לאחר שירד מהרכב של הנאשם ופראס עיאנב, הגיע לרחוב יפו.

18. בסביבות השעה 16:20, כשהוא עומד מול בית מסי 47 ברחוב יפו או בסמוך לכך, סעיד רמדאן
טען את רוסי"ר 16 M-שבו החזיק, צעק "אללה הוא אכבר" ופתח בירי אוטומטי לכל עבר,
לעבר האנשים שהיו ברחוב יפו. בתחנת האוטובוס הנמצאת במקום, בתוך אוטובוס "אגדיי קו
27 שהיה באותה עת בתחנה הנ"ל וכן לעבר האנשים שהיו בתוך החנויות הסמוכות במטרה
מהמקום לעבר החנוון הנמצא ברחוב הרב קוק. שם סעיד רמדאן החליף מחסנית והמשיך
לירות לעבר האזרחים במטרה לגרום למוות. סעיד רמדאן ירה ברוסי"ר 16 M-, שבו החזיק,
מעל 38 כדורים. סעיד רמדאן המשיך לירות לעבר האזרחים עד שנהרג על-ידי האזרחים
והשוטרים שהגיעו למקום.

19. במעשיו המתוארים לעיל, הנאשם שותף הנ"ל גרם בכוונה למותה של אורה (סבטלנה) סנדלר ז"יל,
אשר נפטרה כתוצאה מפגיעת הקליעים שנורו על-ידי סעיד רמדאן.

<u>פרט חמישה-עשר:</u>   (פ.א. 502/02 ציון)

<u>מהות העבירה:</u> גרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון (יהודה
והשומרון) (מסי 378), תשי"ל-1970, וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה
והשומרון), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך,
גרם בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, במועד האמור, במקום האמור ובפרק האישום הקודם, במעשיו המתוארים בפרט
האישום הקודם, גרם בכוונה למותה של שרה המבורגר ז"יל, אשר נפטרה כתוצאה מפגיעת
הקליעים שנורו על-ידי סעיד רמדאן. אשר הובא למקום הנ"ל לצורך ביצוע הפיגוע האמור על-ידי
הנאשם ופראס צאדק ימחמד עיאנב (המכונה "אל חיטאווי").

02:009217

CONFIDENTIAL

<u>פרט שישה-עשר</u>:   (פ.א. 502/02 ציון)

<u>מהות העבירה</u>: ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מסי 378), תשייל-1970 וסעיפים 14(א) ו-19 לצו בדבר כללי האחריות לעבירה
(יהודה והשומרון) (מסי 225), תשכייח-1968.

<u>פרטי העבירה</u>: הנאשם הנייל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך,
ניסה לגרום בכוונה למותו של אחר, דהיינו :
הנאשם הנייל, במועד האמור, במקום האמור בפרט האישום הארבעה-עשר, במעשיו המתוארים
בפרט האישום הארבעה-עשר, ניסה לגרום בכוונה למותם של אזרחים רבים בכל הנוסע אשר היו
באותה עת ברחובו.יפו ובקרבתו. כתוצאה מהירי שבוצע במקום על-ידי סעיד רמדאן, אשר הובא
למקום הנייל לצורך ביצוע הפיגוע האמור על-ידי הנאשם ופראס צאדק מחמד עיאנם (המכונה ייאל
חיטאוויי), נפצעו מעל 45 אזרחים.

<u>פרט שבעה-עשר</u>:   (פ.א. 502/02 ציון)

<u>מהות העבירה</u>: היזק בזדון לרכיש, עבירה לפי סעיף 53נ לצו בדבר הוראות ביטחון (יהודה
והשומרון) (מסי 378), תשייל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה
והשומרון) (מסי 225), תשכייח-1968.

<u>פרטי העבירה</u>: הנאשם הנייל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך,
הרס רכוש.או פגע או במזיד ושלא כדין, דהיינו:
הנאשם הנייל, במועד האמור, במקום האמור בפרט האישום הארבעה-עשר, במעשיו המתוארים
בפרט האישום הארבעה-עשר, פגע במזיד ברכוש רב הכולל חנויות ברחוב יפו, תחנת אוטובוס
ייאנדיי, אוטובוס ייאנדי קוניז וכן כלי רכב רבים. אשר נמנע כתוצאה מהירי שבוצע במקום על-ידי
סעיד.רמדאן, אשר הובא למקום הנייל לצורך ביצוע הפיגוע האמור.על-ידי הנאשם ופראס.צאדק
מחמד עיאנם (המכונה ייאל חיטאוויי).

<u>פרט שמונה-עשר</u>:

<u>מהות העבירה</u>: החזקה כלי-ירייה ללא היתר, עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מסי 378), תשייל-1970 וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה
והשומרון) (מסי 225), תשכייח-1968.

<u>פרטי העבירה</u>: הנאשם הנייל, בין באיזור ובין מחוצה לו, ביום 22.01.02 או במועד הסמוך לכך,
החזיק ברשותו כלי-ירייה, התמושט, פצצה, ריימ-יד או חפץ נפיץ או מבעיר, כלי או חפץ או דבר
המתוכנן או מסוגל לגרום ליוות או חבלה חמורה, ללא תעודה. היתר שהוענקה על-ידי מפקד צבאי
או מטעמו, דהיינו:
הנאשם הנייל, בנסיבות המתוארות בפרט האישום הארבעה-עשר, החזיק ברוסייר
M-16, שתי מחסניות לרוסייר M-16 ודזרים. וזאת ללא תעודה. היתר שהוענקה על-ידי מפקד צבאי
או מטעמו.

<u>פרט תשעה-עשר</u>:

<u>מהות העבירה</u>: ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51(א) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מסי 378), תשייל-1970,סעיף 19 לצו בדבר כללי האחריות לעבירה (יהודה
והשומרון) (מסי 225), תשכייח-1968.

<u>פרטי העבירה</u>: הנאשם הנייל, באיזור, בסוף חידש ינואר - תחילת חודש פברואר 2002 או בסמוך
לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:
1. במועד האמור, התקשר אל הנאשם פראס צאדק מחמד עיאנם (המכונה ייאל חיטאוויי).
פראס עיאנם מסר לנאשם כי אתמול בריתתי.ימ.המכונה ייאך פראסקיי). שומר ראשו של הירואו
ברגותי - ראש ייתנזיביי של ארגוי הפתיר שהוא התאבד.ווו בלתי מותרת. מצבהט בתכניס
לירושלים מחבל נוסף. אשר יבצע בירושיעים פיגוע התאבדות. דוגמאת הפיגוע המתואר בפרט

<b>CONFIDENTIAL</b>

האישום הארבעה-עשר, במטרה לגרום למותם של אזרחים רבים ככל הניתן. הנאשם הסכים
להשתתף בהסעת המחבל המתאבד הנ"ל לירושלים.

2. הנאשם ופראס עיאנס סיכמו כי יסעו את המחבל המתאבד לירושלים ברכב סובארו, אשר
אותו יקבלו מאחמד ברגותי.

3. באותו היום, הנאשם ופראס עיאנס נסעו לרמאללה ושם נפגשו עם אחמד ברגותי. הנאשם
ופראס עיאנס ביקשו מאחמד לקבל רכב לצורך הסעת המחבל המתאבד לירושלים. אחמד
ברגותי מסר לידי הנאשם רכב סובארו אפור. השייך למשפחתו של אחמד ברגותי. הנאשם חזר
עם רכב הסובארו לביתו בבני נבאללה, ואילו פראס עיאנס נסע עם רכב איסוזו טנדר שלו
לביתו בכפר עקב.

4. יום למחרת, פראס עיאנס התקשר אל הנאשם ואל פראס עיאנס והורה להם להגיע לתחנת
הדלק הנמצאת ברמאללה. בתחנה ולאסוף משם את המחבל המתאבד ולהסיע אותו לירושלים
על מנת שיבצע שם את פיגוע ההתאבדות במטרה לגרום למותם של אזרחים רבים ככל הניתן.
הנאשם הסכים.

5. הנאשם נסע ברכב הסובארו עד למחסום קלנדיה, שם הוא החנה את הרכב ועלה לרכב
האיסוזו של פראס עיאנס שהגיע למקום. משם המשיכו השניים למקום המפגש האמור.

6. ברמאללה, בתחנת הדלק הנ"ל, הנאשם ופראס עיאנס נפגשו עם אחמד ברגותי, אשר הציג
בפניהם את המחבל המתאבד שהיה עמו. אחמד ברגותי מסר לידי המחבל המתאבד רוסי"ר
M-16 ושלוש מחסניות מלאות בכדורים לרוסי"ר M-16.

7. הנאשם ופראס עיאנס הסתירו את רוסי"ר ה-M-16 והמחסניות בתוך רכב האיסוזו.

8. הנאשם ופראס עיאנס נסעו ביחד עם המחבל המתאבד לירושלים במטרה שהאחרון יבצע שם
פיגוע ירי וגרום למותם של אזרחים רבים ככל הניתן.

9. הנאשם, פראס עיאנס והמחבל המתאבד הגיעו למחסום קלנדיה ועקפו אותו. לאחר מכן
הנאשם עבר לרכב הסובארו, שהשאיר במקום קודם לכן ונסע לצומת א-ראם. הנאשם עבר
ברכב הסובארו את מחסום א-ראם והמתין במקום לפראס עיאנס והמחבל המתאבד שעקפו
את מחסום א-ראם ברגל. לאחר מכן, פראס עיאנס חזר, עלה לרכב האיסוזו, שבו היה מוסתר
הנשק, ועבר את מחסום א-ראם כשהוא נוסע לצד רכב הסובארו שבו נסע הנאשם;

10. הנאשם הסיע את המחבל המתאבד עד למטרד - בשועפאט. לשם הגיע גם פראס עיאנס ברכב
האיסוזו עם הנשק והתחמושת.

11. שם, המחבל המתאבד ביקש לחייכנס למסגד ולהתפלל, לפני שיבצע את פיגוע ההתאבדות.
הנאשם ופראס עיאנס הסכימו לבקשת המחבל המתאבד.

12. בזמן שהמחבל המתאבד התפלל במסגד האיזור, הנאשם ופראס עיאנס נסעו ברכב הסובארו
לנבוע שאול שבירושלים במטרה לבדוק אב יש בדרך מחסומי צה"ל או משטרה. הנאשם
ופראס עיאנס תכננו להסיע את המחבל המתאבד לנבוע שאול לבצע שם את פיגוע
הירי המתוכנן וזאת מכיוון שיש במקום הזה ריכוז אזרחים רבים.

13. כאשר הנאשם ופראס עיאנס חזרו למסגד - בשועפאט על מנת לאסוף משם את המחבל
המתאבד ולהסיע אותו לנבוע שאול במברר שיבצע את פיגוע הירי המתוכנן, השניים כא
מצאו את המחבל המתאבד במסגד.

14. הנאשם ופראס עיאנס התקשרו אל אחיד ברגותי וידיווהו לו כי המחבל המתאבד ברח להם.
אחמד ברגותי הורה לנאשם ופראס עיאנס לחזור לרמאללה.

15. הנאשם ופראס עיאנס חזרו לרמאללה, נפגשו שם עם אחמד ברגותי ומסרו לידי האחרון את
רכב הסובארו, את רוסי"ר ה-M-16 ואת המחסניות.

פרט עשרים:

<u>מהות העבירה:</u> החזקת כלי-ירייה ללא היתר. עבירה לפי סעיף 53(א)(1) לצו בדבר הוראות ביטחון
(יהודה והשומרון) (מס' 378), תש"ל-1970 (סעיף 14א) לצו בדבר כלי האחריות לעבירות (יהודה
והשומרון) (מס' 225), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, בין באיזור ובין מחוצה לו, במועד האמור בפרט האישום הקודם או
בסמוך לכך, החזיק ברשותו כלי-ירייה, החזיק ברשותו כלי-ירייה, תחמושת, פצצה, רימון-יד או חפץ פיץ או מבעיר, כלי או
חפץ או דבר המתכונן או מסוגל לגרום מוות או חבלה חמורה, ללא תעודת היתר שהוענקה על-ידי
מפקד צבאי או מטעמו, דהיינו:

הנאשם הנ"ל, במועד האמור, בנסיבית המתוארות בפרט האישום הקודם. החזיק ברוסי"ר ה-M-16
שלוש מחסניות לרוסי"ר ה-M-16 וכדורים. וזאת ללא תעודת היתר שהוענקה על-ידי מפקד צבאי או
מטעמו.

02:009219

CONFIDENTIAL

<u>פרט עשרים ואחד:</u>

<u>מהות העבירה:</u> קשירת קשר לגרימת מות בכוונה, עבירה לפי סעיף 22 לצו בדבר האחריות
לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968 וסעיף 51(א) לצו בדבר חוקי העונשין
(יהודה והשומרון) (מסי 378), תש"ל-1970.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, באמצע חודש פברואר 2002 או במועד הסמוך לכך, קשר
עם אדם אחר או אחרים בכוונה למותו של אחר, דהיינו:
הנאשם הנ"ל, ביום 15.02.02 או בסמוך לכך, ברמאללה או בסמוך לכך, נפגש עם חוסאם עקל רגיב
שחאדה, פראס צאדק מחמד עיאבנ (המכונה "אל חיטאווי") ועם אחמד ברגותי (המכונה "אל
פראנסי"), שומר ראשו של מרוואנ ברגותי - ראש "התנוסים" של ארגונ הפתייח באיזור, שהוא
התאחדות בלתי מותרת.
במהלך הפגישה הנ"ל, אחמד אל פראנסי ביקש מהנאשם וחבריו הנ"ל להכניס לתוך ירושלים
מחבל מתאבד, אשר יבצע פיגוע התאבדות במטרה לגרום למותם של אנשים רבים ככל הניתנ.
הנאשם וחבריו הנ"ל הסכימו להצעה האמורה. אחמד אל פראנסי הודיע לנאשם וחבריו הנ"ל כי
יביא אליהם את המחבל המתאבד בעוד יום-יומיים.
הנאשם הנ"ל, ביחד עם פראס עיאבנ וחוסאם שחאדה, תכננ להכניס את המחבל המתאבד
לירושלים ברכב איסוס טנדר של פראס עיאבנ. הנאשם וחבריו הנ"ל תכננו לחזביל את המחבל
המתאבד לאחד המקומות ירושלים שיש בי הרבה אנשים על מנת שאם המחבל המתאבד יבצע
את פיגוע ההתאבדות המתוכננ. הנאשב, פראס עיאבנ וחוסאם שחאדה אף ערכו סיור בירושלים
ובחרו את המקומות המתאימים לדעתם לביצוע פיגוע ירי נגד אזרחים ישראלים, בינ היתר, בחרו
הנאשם וחבריו הנ"ל במלונ "רימדה". הכוונרת של כביש בגינ זמומה תנועה הצרפתית.
תכניתם הנ"ל של הנאשם וחבריו הנ"ל זו יצאה אל הפועל מכיוונ שכולמים לאחר הפגישה הנ"ל,
ביום 17.02.02; חוסאם שחאדה נעצר על-ידי כוחות הביטחוני הישראליים, ובערבו יום. ביום
18.02.02, פראס עיאבנ נעצר על-ידי כוחי הביטחוני הישראליים.
הנאשם הנ"ל לאחר מעצרם של חבריו כאמיר לעיל, ביום 19.03.02 או בסמוך לכך, ברמאללה,
נפגש עם ממחמד זאדק מחמד עיאבנ. אחיו של פראס עיאבנ הנ"ל, ועם טארק מאלחי איטנ. ואות
לפי בקשתו של אחמד אל פראנסי הנ"ל. במהלך הפגישה האמורה, הנאשם ממחמד עיאבנ הסכימו
להצעתו של טארק אינגי להניים ביחד מהחבד לירושלים על מנת שיבצע שם פיגוע התאבדות
במטרה לגרום למותם של אנשים רבים ככל היכרו.
גם התכנית הזו לא יצאה אל הפועל מכיוונ שהנאשב עצמו נעצר ביום למחרת, יום ה-20.02.02,
על-ידי כוחות הביטחוני הישראליכ.


<u>פרט עשרים ושנים:</u>

<u>מהות העבירה:</u> נהיגה רכב שאיני רשים באיזור, עבירה לפי סעיף 3 להוראות בדבר תנועה
ותעבורה (יהודה והשומרון), תשכ"ט-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, החל בחודש ספטמבר 2001 ועד ליום מעצרו או בסמוך
לכך, בהתאם תושב תושב האיזור, נהג ברכב מנייע, בי באיזור בינ מחוזד לו, כשאיני, רשים באיזור ואיני
נושא אותם סימונ היכר שנרבעי לי באיזור, דהיינו:
הנאשם הנ"ל, בהיותו תושב האיזור. במרדך התהופה האמורה, במספר הזדמניות שונות.
בנסיבות המתוארות בכתב האישום הזה, נהג בכבי רכב שונים, המתוארים בפרט האישום
הקודמים, כשאינם רשומים באיזור ואינג נושאיע את סימני היכר שנקבעו להם באיזור.
הנאשם ביצע את המיוחס לי בפרט האישום הזה לצורך הוצאתה לפועל של הפיגועים המתוארים
בכתב-האישום הזה.

<u>פרט עשרים ושלושה:</u>

<u>מהות העבירה:</u> הפרת הוראת הכיור בדבר כיירה שטח, עבירה לפי סעיף 90(ו) לצו בדבר הוראות
ביטחון (יהודה והשומרון) (מיסי 378), תש"ל-נ"ל.

<u>פרטי העבירה:</u> הנאשב הנ"ל, באיזור, החל בחודש ספטמבר 2001 ועד ליום מעצרו או בסמוך
לכך, הפר הוראה בדבר סגירת שטח בנבי שריה בידי היתר כדינ לעשותה כנ. דהיינו:
הנאשם הנ"ל, במהלך התקופה האיזור, בכיפר הזדמניות שונות, יצא אל שטח שהוא שטר
סגור, וכנכ לשטחה של מדינה ישראל, שהיה מבבי שריה בידו היתר כדינ לעשותו כנ. הנאשב נכנס
לשטחה של מדינת ישראל כצירך היצאתה כפי"ל של הפיגועים המירואיים בכתב-האישום הזה.

**CONFIDENTIAL**

עדי התביעה:

1. רס"מ יעקב ברוני, מ.א. 99106, לח"ק יהודה. (גובה אמרת הנאשם מיום 11.03.02 ומגיש כתב-ידו של הנאשם בערבית + דו"ח תפיסה וסימון)
2. רס"ר יצחק יעקובוף, מ.א. 1008358, לח"ק יהודה. (גובה אמרת הנאשם מיום 01.04.02 ומגיש כתב-ידו של הנאשם בערבית)
3. מחמד ערחמאן סאלם מצלח, ת.ז. 902845643. (עצור) (ת.ת. 242/01)
4. חוסאם עקל רביע שחאדה, ת.ז. 9755564733. (עצור) (ת.ת. 243/02) .
5. הייתם אלמותפק חמדאן. (עצור)

פ.א. 7915/01 ציון

6. רס"ר ציון ששון, מ.א. 957048, תחנת ציון. [מגיש דו"ח פעולה]
7. רפ"ק ליאור נדיני, מ.א. 952127, - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה + לוחות תצלומים]
8. רפ"ק יורם סער, תחנת ציון. [מוצא תרמילים בזירת האירוע - שרשרת ראיות]
9. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ. מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת שרידי קליע]
10. צועדת אדוה מלכה. מ.א. 1049089, מת"מם - תחנת ציון [מגיש טופס לוואי למוצגים]
11. רס"ר ציוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגישה תעו"ץ - קבלת מוצגים לבדיקה] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
12. רפ"ק אבי קופמן, מעבדת נשק, מז"פ, מטא"ר - ירושלים. [מגיש חוו"ד מומחה מתיק מז"פ זב/07- 4539/01] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
13. ד"ר אייל יצחאק, מ.ר. 31004, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של משה וייס] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
14. ד"ר יעקב גלוברמן. ביה"ח הדסה עין-כרם, ירושלים. [מגיש הודעת פטירה של מאיר וייסבוין ז"יל] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
15. משה וייס, ת.ז. 024001505. [פרטים בתביעה] (נפגע קשה בפיגוע)
16. יפה וקנין, ת.ז. 053857863. [פרטים בתביעה] (עדה ראיה)

פ.א. 481/01 ציון

17. טוני עמיאל, ת.ז. 032441040. [פרטים בתביעה] (נהג רכב החודנה)
18. פיני מימון, ת.ז. 029759762. [פרטים בתביעה] (נוסע רכב החודנה)
19. פוח מימון, ת.ז. 049128084. [פרטים בתביעה] (נוסעת רכב החודנה)

פ.א. 8379/01 ציון

20. רפ"ק ליאור נדיני, מ.א. 952127, מז"פ - תחנת ציון. [מגיש דו"ח ביקור ראשוני בזירה – דו"ח תפיסה וסימון]
21. רס"ר גבריאל עבד, מ.א. 958736, מת"מם - תחנת ציון. [מגיש טופס לוואי למוצגים]
22. רפ"ק עמי לייפר, מ.א. 959841, המעבדה הניידת, מז"פ, מטא"ר - ירושלים. [מגיש דו"ח בדיקת רכב - תפיסת ש ידי קליע]
23. צוער דדור אברם, מ.א. 1039508, מת"ם - תחנת ציון. [מגיש טופס לוואי למוצגים]
24. ציון שדה, מ.א. 029505724, משרד מוצגים - מז"פ, מטא"ר - ירושלים. [מגיש תעו"ץ - קבלת מוצגים לבדיקה] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
25. רס"ב יוסי בן ישראל, מ.א. 44771, משרד מוצגים - מז"פ. מטא"ר - ירושלים. [מגיש תעו"ץ - קבלת מוצגים לבדיקה] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
26. רפ"ק אבל קופמן, מעב"רת נשק, מז"פ, מטא"יר - ירושלים. [מגיש שתי חוו"ד מומחה מתיק מז"פ זב/07 - 4723/01] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
27. סיגל שאול, תחנת ציון. [מוצאת תרמילים בשטח - שרשרת ראיות]
28. מלכה כהן, ת.ז. 058781386. [פרטים בתביעה] (נפגעה בפיגוע)
29. מנחם כהן, ת.ז. 053548256. [פרטים בתביעה] (נפגע בפיגוע)
30. אוהב עמי יחיאל, ת.ז. 059214322. [פרטים בתביעה] (עד ראיה - טופל בפצועים)
31. ד"ר יאיר עדן, מ.ר. 23372, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת שחרור של פנחס כהן] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]
32. ד"ר מנחם גרוס, מ.ר. 30416, ביה"ח הדסה עי-כרם. ירושלים. [מגיש תעודת שחרור של מלכה כהן] [יוזמן לפי דרישה מפורשת של הסניגוריה בלבד]

פ.א. 39/02 בנימין

33. מפקח מיכאל מלכה, מ .א. 1040320, סייר - תחנת בנימין. [מגיש דו"ח פעולה]

02:009221

34. רס"מ קובי סבג, מ.א. 56494, תחנת בנימין. [מגיש זכ"ד חקירה/תפיסה וסימון]
35. רס"ב אלי קונומו, מ.א. 46951, מג"ף יהודה. [מגיש לוחות תצלומים + אסף תרמילים ב-זירת האירוע]
36. רפ"ק עמי לוזיאר, מ.א. 959841, המעבדה הניידת. מז"פ. מטא"ר - ירושלים, [מגיש לוחות תצלומים + דו"ח בדיקת רכב]
37. רס"ר מאיר ועונו, מ.א. 1018332, תחנת בנימין. [מגיש טופס לוואי למוצגים]
38. רס"ב זיוה חוטר, מ.א. 512699, משרד מוצגים - מז"פ, מטא"ר - ירושלים, [מגיש/ה תעו"ז - קבלת מוצגים לבדיקה] (הזומן לפי דרישה מפורשת של הסניגוריה בלבד)
39. סגן דיר ניר אילון, מ.ר. 33216, צחי"ל. [פרטים בתביעה] (עדות - קביעת מותה של יואלה חן זייל + טיפול בפצועות]
40. דר"ר שאול בייט, מ.ר. 33027, ביה"ח הדסה עין-כרם, ירושלים. [מגיש תעודת רופא - סיכום מחלה של רשל (רחל) עיני] (יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
41. רחל (רשל) עיני, ת.ז. 075966614. [פרטים בתביעה] (נפגעה בפיגוע]
42. סמו ועקנין, ת.ז. 027798040. [פרטים בתביעה] (עדות + סכיצה) (עד ראיה]
43. נחשון בראאוי, ת.ז. 05033235. [פרטים בתביעה] (זיהוי ההרוגה]

פ.א. 502/02 ציון

44. פקד דדור אסרף, מ.א. 942276, מת"מ - תחנת ציון. [מגיש דו"ח וכ"ד, תפיסה וסימון]
45. רס"ב יגאל דניאל, מת"מ- תחנת ציון. [מגיש דו"ח תפיסה וסימון]
46. צוער צביקה רוזנר, מת"מ - תחנת ציון. [מגיש דו"ח וכ"ד, תפיסה וסימון + תצלומים]
47. רס"ל ציון טנדר, מ.א. 1043413. מת"מ - תחנת ציון. [מגיש דו"ח פעולה - מצאת צולבת]
48. רס"ר אשר לוי, מ.א. 44720, ה.שאול - תחנת ציון. [מגיש דו"ח תפיסה וסימון]
49. בני עוזיאל, ת.ז. 303647598. [פרטים בתביעה] (עד ראיה - רדף אחרי המחבל]
50. עמאד עיודת, מ.א. 39057. מג"ב ירושלים. [עד ראיה - רדף אחרי המחבל] (ירה לעבר המחבל]
51. שי כהן, מ.א. 1042043, יחיד"ס 2 - תחנת ציון. [עד ראיה - ירה לעבר המחבל]
52. נועם בנאי, ת.ז. 033121070. ימ"ר ירושלים. [עד ראיה - רדף אחרי המחבל] (ירה לעבר המחבל]
53. חן בנעים, מ.א. 1049188. ימ"מ/אופרטיבי - תחנת שלכ. [עד ראיה - רדף אחרי המחבל] (הרחיק את נשק של המחבל לאחר שהתאבך נהרג]
54. גנאדי (גיא) מלניק, ת.ז. 309130540. [פרטים ברביעה] (עד ראיה - מאבטח שהיה במקום - ירה לעבר המחבל ופגע בו]
55. אלון חלפון, מ.א. 761775, ביריש - ימ"ר ירושלים. [עד ראיה - רדף אחרי המחבל, ירה לעבר המחבל]
56. אבי בן-עמי, מ.א. 996140, ביריש - ימ"ר ירושלים. [עד ראיה - ירה לעבר המחבל]
57. חיים צאלה, ת.ז. 033401019. [פרטים בתביעה] (עד ראיה - נהג אוטובוס "אגד" שהיה במקום הפיגוע]
58. בוריס אבשטיין, ת.ז. 309085171. [פרטים בתביעה] (עד ראיה]
59. קונתיאל-ישראל עלוש, ת.ז. 310101847. [פרטים בתביעה] (עד ראיה]
60. משה ממן, ת.ז. 08246911. [פרטים בתביעה] (עד ראיה]
61. טובה יצחקי, ת.ז. 051270353. [פרטים בתביעה] (עד ראיה]
62. מזל יצחקי, ת.ז. 04330130. [פרטים בתביעה] (עדת ראיה]
63. ירון אברהמי, ת.ז. 640712770. [פרטים בתביעה] (עד ראיה]
64. פנחס בנטורה, ת.ז. 055611130. [פרטים בתביעה] (עד ראיה]
65. כפיר קדם, ת.ז. 039381249. [פרטים בתביעה] (עד ראיה + ראה את המחבל מגיע למקום הפיגוע ברגל]
66. יעקב סנדלר, ת.ז. 507750984. [פרטים בתביעה] (זיהוי גיסתו של אורה (סבטלנה) סנדלר ז"ל]
67. דר"ר דפנה וילנר, מ.ר. 29234, ביה"ח הדסה עיי-כרם, ירושלים, [מגישה הודעת פטירה של אורה (סבטלנה) סנדלר ז"ל] (הזומן לפי דרישה מפורשת של הסניגוריה בלבד]
68. דר"ר ילנה וסלוב, ביה"ח הדסה עין-כרם, ירושלים. [מגישה הודעת פטירה של שרה המבורגר זייל] (הזומן לפי דרישה מפורשת של הסניגוריה בלבד]

רשימת עדים נוספת בנוגע לפצועים בפיגוע ברחוב יפו ביום 22.01.02 ותעודות רפואיות המוסרת לפציעתם תימסר במהרך המשפט.

 מייכל רוטליך                    סגן
צבאי                            תובע

02:009222

תאריך: 14.04.2002
סימוכין: 02-241

**CONFIDENTIAL**



البنك العربي

اسم المعتمد

رقم الحساب

الفرع

هاتف

02:009223

CONFIDENTIAL



**CONFIDENTIAL**

02:009224

CONFIDENTIAL

02:009225



Palestinian Authority
Ministry of Interior
Department of Civil Affairs

السلطة الفلسطينية
وزارة الداخلية
مديرية الأحوال المدنية

شهادة ميلاد

رقم الهوية    5 1273226 4

الإسم    فاطمه    إسم الأب   محمد

إسم الجد    سامي    إسم العائلة   عبد الله    جنسية الأب   فلسطيني

إسم الأم    ايمان    عائلة الأم   **    جنسية الأم   فلسطينية

الجنس   أنثى    الديانة   مسلمة

تاريخ الميلاد   2002/05/22    الثاني والعشرون من شهر أيار لعام ألفين و اثنين

مكان الولادة   الولايات المتحدة   مستشفى  --

العنوان   بير نبالا    بير  نبالا  C - 0

إن القاعدين المدونة بولادة المذكور أعلاه ادرجت في سجل الولادة لسنة 2002
من قبل مديرية الأحوال المدنية بـ   رام الله    بتاريخ   2009/03/25

توقيع
الموظف المختص
Employee Signature

ختم الدائرة
Seal

CONFIDENTIAL

02:009226