


**Palestinian National Authority**
**Ministry of Detainees' Affairs**

### Detainee's/ Ex-Detainee's File

**Personal Information**

| | | | |
|---|---|---|---|
| **File No.:** 449787 | **Identity No.:** 415089796 | **Gender:** Male | **Date:** May 21, 2012 |
| **Name:** Abdullah | Ghaleb | Abdullah | al-Jamal **Tel:** |
| **Cashing Center:** 10  Jerusalem | **Address:** Ramallah, | 52797 Ramallah | |
| **Marital Status:** Married | **No. of Spouses:** 1 | **No. of Children:** 3 | |

**Financial Information**

| | | | |
|---|---|---|---|
| **Name:** Faeda Ali Abed al-Jamal | **Identity No.:** 976908681 | **Relationship:** | **Address:** |
| **Name of Authorized Agent:** | **Identity No.:** 0 | **Relationship:** | **Address:** |
| **Bank:** 4 Housing Bank of Trade & Finance | **Branch:** Ramallah | **Account No.:** 52797 | |
| **Allocation:** 4450 | **Arrears:** 0 | | |
| **Accreditation Start Date:** April 1, 2003 | **End Date:** August 1, 2014 | | |

**Detention Information**

| | | |
|---|---|---|
| **Date of Detention:** March 5, 2003 | **Detention Status:** Sentenced | |
| **Sentenced: Day:** 0, **Month:** 0, **Year:** 99 | | |
| **Employment:** 1 Not specified | **Date of Release:** 0 | **Date of Actual Release:** 0 |
| **Organization:** 999  Not specified | **Prison:** 1 Not specified | **Statement No.:** 20060190 |

PLAINTIFF'S EXHIBIT 73

CONFIDENTIAL  02:009273

## Expenditures

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 4450 | 0 | 400 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 11 | 4450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 10 | 4450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 9 | 4450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 8 | 4450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 7 | 4450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 6 | 4450 | 0 | 400 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 5 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 4 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 3 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 2 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2012 | 1 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 12 | 4450 | 0 | 1150 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 11 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 10 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 9 | 4450 | 0 | 750 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 8 | 4450 | 750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 7 | 4450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 6 | 4450 | 0 | 400 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 4 | 4450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 4 | 4450 | 8100 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 3 | 1750 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |

December 31, 2012    8:34:33 a.m.    1    02:009273 [continued]

CONFIDENTIAL

Palestinian National Authority
Ministry of Detainees' Affairs

| Year | # | | | | Name | ID | Bank | City | Account |
|------|---|---|---|---|------|-----|------|------|---------|
| 2011 | 2 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2011 | 1 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 12 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 11 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 10 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 9 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 8 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 7 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 6 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 5 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 4 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 3 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 2 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2010 | 1 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 12 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 11 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 10 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 9 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 8 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 7 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 6 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 5 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 4 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 3 | 1750 | 500 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 2 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2009 | 1 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |

December 31, 2012        8:34:33 a.m.        2

CONFIDENTIAL

02:009274

| Year | # | Amount | | | Name | Number | Bank | City | |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | 12 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 11 | 1750 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 10 | 1750 | 3350 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 8 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 7 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 6 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 5 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 4 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 3 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 2 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2008 | 1 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 12 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 11 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 10 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 9 | 1450 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |

December 31, 2012   8:34:33 a.m.   2

CONFIDENTIAL

02:009274 [continued]

Palestinian National Authority
Ministry of Detainees' Affairs

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2007 | 8 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 7 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 6 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 5 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 4 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 3 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 2 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2007 | 1 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 12 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 11 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 10 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 9 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 8 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 7 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 6 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 5 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 4 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 3 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 2 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2006 | 1 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |

December 31, 2012        8:34:33 a.m.        3

CONFIDENTIAL

02:009275

| 2005 | 12 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 11 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 10 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 9 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 8 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 7 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 6 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 5 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 4 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 3 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 2 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2005 | 1 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 12 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 11 | 1450 | 2900 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 8 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 7 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 6 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 5 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 4 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 3 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2004 | 2 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |

December 31, 2012          8:34:33 a.m.          3          02:009275 [continued]

CONFIDENTIAL

Palestinian National Authority
Ministry of Detainees' Affairs



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2004 | 1 | 1450 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2003 | 12 | 1220 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2003 | 11 | 1220 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2003 | 10 | 1220 | 1380 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2003 | 8 | 1180 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2003 | 7 | 1180 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2003 | 6 | 1180 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| 2003 | 5 | 1180 | 0 | 0 | 0 | Faeda Ali Abed al-Jamal | 976908681 | Housing Bank of Trade | Ramallah | 52797 |
| | | 232630 | 16980 | 8350 | 0 | | | | | |

December 31, 2012                    8:34:33 a.m.                    4

CONFIDENTIAL

02:009276

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                      Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                      Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009273-9276.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009273-9276.

                                                                         _____
                                                                         Adnane Ettayebi

ss.: New Jersey

On the [ 3 ] day of ~~February~~ March, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
3 day of ~~February,~~ March 2014

_____
Notary Public

**CARMEN MUNIZ**
Notary Public
State of New Jersey
My Commission Expires Dec. 06, 2015
I.D.# 2337751



| Palestinian National Authority | السلطة الوطنية الفلسطينية |
|---|---|
| Ministry of Detainees Affairs | وزارة شؤون الأسرى والمحررين |

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| رقم الملف | 449787 | | رقم الهوية | 415089796 | الجنس | ذكر | تاريخ التعديل | 21/05/2012 |
| الاسم | عبدالله | غالب | عبدالله | الجمل | | | تلفون | |
| مركز صرف | 10 | | القدس | | العنوان | رام الله ٥٢٧٩٧ رام الله | | |
| حالة زواجية | متزوج | | | | عدد الزوجات | 1 | عدد الابناء | 3 |

### البيانات المالية

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| اسم | فائدة على عبد الجمل | | | | الهوية | 976908681 | الصلة | | العنوان |
| اسم الوكيل | | | | | الهوية | 0 | الصلة | | العنوان |
| البنك | 4 | الاسكان للتجارة والتمويل | | | الفرع | رام الله | | رقم الحساب | 52797 |
| المخصص | 4450 | | المتأخرات | 0 | بداية الاعتماد | 01/04/2003 | نهاية | 01/08/2014 |

### بيانات الأسر

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| تاريخ الأسر | 05/03/2003 | | | | الحالة الاعتقالية | محكوم | الحكم يوم | 0 | شهر 0 | سنة 99 |
| العمل | 1 | غيرمحدد | | | تاريخ تحرر | 0 | | تاريخ تحرر فعلي | 0 |
| التنظيم | 999 | غيرمحدد | | | السجن | 1 | غيرمحدد | | رقم كشف | 20060190 |

### المصروفات

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 4450 | 0 | 400 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 11 | 4450 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 10 | 4450 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 9 | 4450 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 8 | 4450 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 7 | 4450 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 6 | 4450 | 0 | 400 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 5 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 4 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 3 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 2 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2012 | 1 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 12 | 4450 | 0 | 1150 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 11 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 10 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 9 | 4450 | 0 | 750 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 8 | 4450 | 750 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 7 | 4450 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 6 | 4450 | 0 | 400 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 5 | 4450 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 4 | 4450 | 8100 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |
| 2011 | 3 | 1750 | 0 | 0 | 0 | فائدة على عبد الجمل | 976908681 | الاسكان للتجارة | رام الله | 52797 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Palestinian National Authority Ministry of Detainees Affairs | | | | | | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | | | |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 2 | 2011 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 1 | 2011 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 12 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 11 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 10 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 9 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 8 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 7 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 6 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 5 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 4 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 3 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 2 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 1 | 2010 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 12 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 11 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 10 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 9 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 8 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 7 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 6 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 5 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 4 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 500 | 1750 | 3 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 2 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 1 | 2009 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 12 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1750 | 11 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 3350 | 1750 | 10 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 8 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 7 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 6 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 5 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 4 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 3 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 2 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 1 | 2008 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 12 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 11 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 10 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 9 | 2007 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Palestinian National Authority Ministry of Detainees Affairs | | | | السلطة الوطنية الفلسطينية وزارة شؤون الأسرى والمحررين | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 8 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 7 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 6 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 5 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 4 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 3 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 2 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 1 | 2007 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 12 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 11 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 10 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 9 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 8 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 7 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 6 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 5 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 4 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 3 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 2 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 1 | 2006 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 12 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 11 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 10 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 9 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 8 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 7 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 6 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 5 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 4 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 3 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 2 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 1 | 2005 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 12 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 2900 | 1450 | 11 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 8 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 7 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 6 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 5 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 4 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 3 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة علي عبد الجمل | 0 | 0 | 0 | 1450 | 2 | 2004 |

| | Palestinian National Authority<br>Ministry of Detainees Affairs | | | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1450 | 1 | 2004 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1220 | 12 | 2003 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1220 | 11 | 2003 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 1380 | 1220 | 10 | 2003 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1180 | 8 | 2003 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1180 | 7 | 2003 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1180 | 6 | 2003 |
| 52797 | رام الله | الاسكان للتجارة | 976908681 | فائدة على عبد الجمل | 0 | 0 | 0 | 1180 | 5 | 2003 |
| | | | | | | 0 | 8350 | 16980 | 232630 | |