

PLAINTIFF'S
EXHIBIT
75

[Signature] Ok [handwritten] 8290 [handwritten]

**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**

## Detainee's Application Form / Governmental Employee [handwritten]

| **Application No.** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date Application was Filled Out** | March 23, 2011 | | | **Division/ Branch, Ministry** | | | Ramallah | | |

Civilian Employee [handwritten]

**1. Detainee's Main Information:** Ok [handwritten]

| **Identity No.** (nine cells) | 9 | 0 | 2 | 8 | 4 | 5 | 6 | 4 | 3 |
|---|---|---|---|---|---|---|---|---|---|

| **Full Name** | **First Name** | **Father's Name** | **Grandfather's Name** | **Family Name** |
|---|---|---|---|---|
| | Mohamed | Abdel Rahman | Salem | Mousleh |

| **Mother's Name** | Fahima | **Gender** | Male ☒ Female |
|---|---|---|---|
| **Date of Birth** | April 25, 1977 | **Place of Birth** | Ramallah |

| **Educational Level:** | **Illiterate** | **Elementary** | **Secondary** ☒ | **Diploma** | **University** | **Post Graduate Studies** |
|---|---|---|---|---|---|---|

| **Profession before Being Detained**: | Government Employee | **Organization** | Fatah |
|---|---|---|---|
| **Date of Detention**: | February 17, 2002 | **Place of Detention** | Beersheba |

| **Detention Status** | **Arrested** | **Sentenced** ☒ | **Administrative** | **Released** | **Others** |
|---|---|---|---|---|---|

| **If the person is sentenced, what is the sentence according to the certificate of the Red Cross:** | **Day** | **Month** | **Year** | **Date of Expected Release according to the Court's Verdict** | **Day** | **Month** | **Year** |
|---|---|---|---|---|---|---|---|
| | | Life Sentence | | | Life sentence | | |

| **Permanent Address** | **Governorate** | Ramallah | **Residential Complex** | Um al-Sharayat |
|---|---|---|---|---|
| **Notes** | | | | |

**2. Information about previous detentions.**

Number of times the person was detained: ___________ (Must be substantiated with a certificate from the Red Cross and listed in a chronological order from latest to earliest.)

| **No.** | **Date of Detention** | **Type of Detention** | **Date of Release** | **Detention Period** | | | **Notes** |
|---|---|---|---|---|---|---|---|
| | | | | **Day** | **Month** | **Year** | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

**Palestinian National Authority**
**Ministry of Detainees &Ex-Detainees Affairs**
**General Department of Detainees &Ex-Detainees**

## 3. Information about personal status

| **Marital Status** | Single | Married ☒ | Divorced | Widow(er) |
|---|---|---|---|---|

| **If married** | **Fill Spouse and Children Data** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Spouse's Identity No.** | 4 | 1 | 5 | 0 | 4 | 3 | 9 | 0 | 0 | **Marriage Contract Date:** | December 3, 1998 |
| **Spouse's Name:** | Khalida Waheed Abdel Rheem Mousleh | | | | | | | | | **No. of Children:** | |

**Data of Children and First Wife:** (Male children under 18 years, and all unmarried females without regard to their ages)

| **No.** | **Name** | **Date of Birth** | **Marital Status** | **Level of Education** |
|---|---|---|---|---|
| **1.** | Ahmed | June 1, 2001 | | |
| **2.** | | | | |
| **3.** | | | | |
| **4.** | | | | |
| **5.** | | | | |
| **6.** | | | | |
| **7.** | | | | |
| **8.** | | | | |
| **9.** | | | | |

## 4. Beneficiary Information

| **Beneficiary Identity No.:** | 9 | 0 | 2 | 8 | 4 | 5 | 6 | 4 | 3 |
|---|---|---|---|---|---|---|---|---|---|
| **Beneficiary Name:** | Mohamed Abdel Rahman Salem Mousleh | | | | **Relationship:** | | The detainee himself | | |
| **Date Granted Power of Attorney:** | | | | **Duration of Power of Attorney:** | | | | | |
| **Bank:** | The Arab Bank | | | **Branch:** | | | Ramallah | | |
| **Account No.** | 6 | 2 | 6 | 9 | 8 | 5 | --- | Account only in Shekels | |
| **Landline Phone No.:** | | | | **Cell Phone No.:** | | | 0595755667 | | |

| **Permanent Address** | **Governorate** | Ramallah | **Residential Complex** | Um al-Sharayat |
|---|---|---|---|---|
| **Notes** | | | | |

| **Applicant's Comments** | |
|---|---|
| **Acknowledgement** | I, the signatory below, attest that the information provided in this application is entirely true and assume full responsibility for its accuracy. |
| **Applicant's Signature** | [Signature] |



**Palestinian National Authority**
**Ministry of Detainees &Ex-Detainees Affairs**
**General Department of Detainees &Ex-Detainees**

**5. For Official Use:**

| | | | |
|---|---|---|---|
| **Name of Supervisor / Employee:** | [illegible] | | |
| **Supervisor / Employee's Remarks:** | | | |
| **Date:** | March 23, 2011 | **Signature** | [Signature] |
| **Name of the Head of the Department:** | Bilal Jalajlah | | |
| **Notes of Head of the Department:** | The application is approved | | |
| **Date:** | April 10, 2011 | **Seal and Signature** | [Signature] |

**Attached Documents: Place check next to attached documents (certification and authentication by the Head of the Department)**

| | | | |
|---|---|---|---|
| | Copy of the Detainee/ Ex-Detainee's ID | | Beneficiary's ID |
| X | Red Cross Certificates | | Bill of Indictment |
| | Judgment (if any) | X | Copy of the Debit Card |
| X | Copy of the Marriage Certificate | X | Copies of Children's Birth Certificates |
| | Addendum Adding Wife/ Wives | X | Other (specify)Salary Statement [handwritten] |

**6. Approval and Authentication:**

| | | | |
|---|---|---|---|
| 1. Approval from Dep. of Detainees' Affairs | ☐ I approve the detainee's application (Consistent with laws and regulation) | | |
| Employee Name | | | |
| Date | / / | Seal and Signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and Justifications | | | |
| | | | |
| 2. Approval from Dep. of Legal Affairs | ☐ I approve the detainee's application (Consistent with laws and regulation) | | |
| Employee Name | | | |
| Date | / / | Seal and Signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and Justifications | | | |

**Palestinian National Authority**
**Ministry of Finance**
**General Accountant - Department of Payroll**

**Pay Stub for the Month of: January 2011**

| | | | |
|---|---|---|---|
| **Identity No.** | **902845643** | **Classification** | **Categorized** |
| **Employment No.** | 19396 | **Category** | First Category |
| **Name** | Mohamed Abdel Rahman Salem Mousleh | **Employment Ladder** | Amended Law Regulating Civil Service |
| **Ministry** | 21050- The Legislative Council | **Step** | |
| **Program** | 6001 | **Grade/Seniority** | 7.0 C |
| **Activity** | 600102 | **Partition** | 1000 |
| **Place of Employment** | | **Social Status** | Married / Unemployed |
| **Profession** | Driver | **No. of Children** | 1 / 1 under 18 |
| **Educational Degree** | 12th Grade | **No. of Dependents** | 0 |
| **Bank** | The Arab Bank/ Ramallah/ Al-Beera | **Renter** | No |
| **Account No.** | 626985 | **Actual Service/ Promotion** | 9 / 0 |
| **Exemption** | 0 | **For Salary Purposes** | 3 |

**Notes**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Principal** | 2694.40 | **Deductions** | 503.41 | **Discrepancies** 0.00 | **In the Bank** | **Identity No.** 902845643 |
| **Allowances** | 1796.74 | **Tax** | 75.09 | | 3912.00 | **January, 2011** |
| | | | | | **Shekels** | **Health Insurance** 75.00 |
| **Total** | 4491.14 | **Total Deductions** | 578.50 | | | |

**Palestinian National Authority**
**Ministry of Finance**
**General Accountant - Department of Payroll**

**Identity No.:** 902845643
**Name:** Mohamed Abdel Rahman Salem Mousleh
**Ministry:** 21050- The Legislative Council

| Code | Additions | Amount | Description | Value |
|---|---|---|---|---|
| 460 | Bonus for the Salary Purposes | 3 | Amount | 101.04 |
| 480 | Bonus for Living Expenses | | | 242.50 |
| 719 | Allowance for Children | | Amount | 20.00 |
| 860 | Transportation | | Amount | 86.00 |
| 998 | Nature of Employment | 50 | Percentage | 1347.20 |
| | | **TOTAL** | 1796.74 | |

| Code | Deductions | Amount | Description | Value |
|---|---|---|---|---|
| 2453 | Health Insurance | 5 | Percentage | 75.00 |
| 2610 | System of Limited Benefits – Government Employee | 7 | Percentage | 299.89 |
| 2620 | System of Limited Contributions – Government Employee | 3 | Percentage | 128.52 |
| | | **TOTAL** | | 503.41 |

| Code | Description of Discrepancies |
|---|---|
| Total | |

| Principal | Allowances | Deductions | Discrepancies | Tax | In the Bank |
|---|---|---|---|---|---|
| 2694.40 | 1796.74 | 503.41 | 0.00 | 75.09 | 3912.00 |

PALESTINIAN AUTHORITY **IDENTITY DOCUMENT**

Identity No. 4 1504390 0

| | | | | |
|---|---|---|---|---|
| First Name | **Khalda** | | | |
| Father's Name | **Wahid** | | | |
| Grandfather's Name | **Abdel Rahim** | | | |
| Last Name | **Mousleh** | | | |
| Mother's Name | **Naziha** | | | [Photograph] |
| Date of Birth | **August 31, 1976** | | | [Signature] |
| Place of Birth | **Ramallah** | | | [Round stamp in Arabic] |
| Sex | **Female** | Religion | **Muslim** | Competent authority |
| Issued in | **Ramallah** | on date | | **May 27, 2008** |

| | | |
|---|---|---|
| Palestinian Authority | Annex to Identity Document | |
| | Identity No. | 4 1504390 0 |
| Last Name | | Mousleh |
| First Name | | Khalda |
| Address | | 0 0 |
| | Al-Bireh<br>City | |
| Marital Status Married | Spouse's Identity No. 9 0284564 3 | |
| Spouse's Name | Mohamed | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | Hamdan | |
| Previous First Name | | |

**The Arab Bank**
**Customer's Name:** Mohamed Salem Abdel Rahman Mousleh
**Account No.:** 626985
**Branch:** Ramallah
**Tel:** **P.O. Box:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009287-9295.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009287-9295.

[signature]
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

C Flores
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

8290

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية / موظف حكومي

| رقم الاستمارة: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| تاريخ تعبئة الاستمارة: | ٢٤/٣/٢٠٠٧ | المديرية/فرع الوزارة: | رام الله | | | | | |

1. المعلومات الرئيسية للأسير:

| رقم الهوية: (تسع خانات) | ٩ | ٠ | ٢ | ٨ | ٤ | ٥ | ٦ | ٤ | ٧ |
|---|---|---|---|---|---|---|---|---|---|
| الاسم الرباعي: | الاسم الأول | اسم الأب | اسم الجد | اسم العائلة | | | | | |
| | [illegible] | [illegible] | [illegible] | [illegible] | | | | | |
| اسم الأم: | [illegible] | | | | | | | | |
| تاريخ الميلاد: | ٣٠/٤/١٩٧٧ | الجنس: | ☒ ذكر ☐ أنثى | | | | | | |
| المؤهل العلمي: | ☐ أمي ☐ الأساسية ☒ ثانوي ☐ دبلوم ☐ جامعي ☐ دراسات عليا | | | | | | | | |
| المهنة قبل الأسر: | موظف حكومي | مكان الولادة: | رام الله | | | | | | |
| تاريخ الأسر: | ١٨/٢/٢٠٠٢ | التنظيم: | فتح | | | | | | |
| الوضع الاعتقالي: | ☐ موقوف ☒ محكوم ☐ إداري ☐ محرر ☐ أخرى | مكان الاعتقال: | بئر السبع | | | | | | |
| في حالة محكوم مدة الحكم حسب شهادة الصليب: | يوم | شهر | سنة | تاريخ الإفراج المتوقع حسب قرار الحكم: | اليوم | الشهر | العام | | |
| | | مؤبد | | | | | | | |
| العنوان الدائم: | المحافظة: | رام الله | التجمع السكاني: | أم الشرايط | | | | | |
| ملاحظات: | | | | | | | | | |

2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة:__________. فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال - يوم | شهر | سنة | ملاحظات |
|---|---|---|---|---|---|---|---|
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |



Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | أعزب ☐ | متزوج ☒ | مطلق ☐ | أرمل ☐ |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | 0 0 9 3 4 0 5 1 4 | | تاريخ عقد الزواج | ١٩٩٨/١٢/٣ |
| اسم الزوج/ة | خالدة وحيد عبد الرحيم مصلح | | عدد الأولاد: | |

بيانات الأبناء من الزوجة الأولى: (الأبناء الذكور أقل من 18 عام والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | أحمد | ١/٦/٢٠٠٩ | | |
| .2 | | | | |
| .3 | | | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | 3 4 6 5 4 8 2 0 9 | | |
|---|---|---|---|
| اسم الوكيل "المستفيد": | محمد عبد الرحمن سالم مصلح | صلة القرابة: | الأسير نفسه |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: | |
| البنك: | العربي | فرع البنك: | رام الله |
| رقم الحساب: | 5 8 9 6 2 6 | | الحساب جاري شيكل فقط |
| رقم الهاتف الأرضي: | | رقم الهاتف النقال: | 0595255667 |
| العنوان الدائم للمستفيد: | المحافظة: رام الله | التجمع السكاني: | ام الشرايط |
| ملاحظات: | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقـرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

CONFIDENTIAL

02:009288

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| اسم المرشد/الموظف: | [illegible] | |
|---|---|---|
| ملاحظات المرشد/الموظف: | [illegible] | |
| التاريخ: | ٢٠١١/٢/٢٠ | التوقيع: |
| اسم مدير المديرية: | [illegible] | |
| ملاحظات مدير المديرية: | أوصي باعتماده | |
| التاريخ: | 2011/4/10 | الختم والتوقيع: |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| ☐ | صورة هوية الأسير/المحرر | | صورة هوية المستفيد |
| ☑ | شهادات الصليب الأحمر | ☐ | لائحة الاتهام |
| ☐ | قرار الحكم (إن وجد) | ☑ | صورة بطاقة الحساب البنكي |
| ☑ | صورة عقد الزواج مصدقة طبق الأصل | ☑ | صور شهادات الميلاد للأبناء |
| ☐ | ملحق إضافة زوجة/زوجات | ☑ | أخرى (حدد) [illegible] |

6. الاعتماد والمصادقة:

| | | | |
|---|---|---|---|
| 1. اعتماد شؤون الأسرى: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) | | |
| اسم الموظف المعتمد: | | | |
| التاريخ: | / / | الختم والتوقيع: | |
| | ☐ لا أصادق على اعتماد استمارة الأسير | | |
| المبررات والأسباب: | | | |
| | | | |
| 2. اعتماد الشؤون القانونية: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) | | |
| اسم الموظف المعتمد: | | | |
| التاريخ: | / / | الختم والتوقيع: | |
| | ☐ لا أصادق على اعتماد استمارة الأسير | | |
| المبررات والأسباب: | | | |



ICRC

# TO WHOM IT MAY CONCERN № 42691

This certificate is valid only if the English and Arabic parts match each other

According to the information received from, the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr. / Mrs. : MOHAMMAD ABDELRAHMAN SALEM MOSLEH

From : BIREH ID No. 902845643

Was arrested by the Israeli Authorities on Day : 17 Month : FEBRUARY Year : 2002

He / She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period : SENTENCED TO LIFE

He / She was released on Day : // Month : // Year : //

(Tick the box and underline the correct designation)

ICRC

# الي من يهمه الأمــر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد / ة الآنسة : محمد عبدالرحمن سالم مصلح

من : البيره هوية رقم : ٩٠٢٨٤٥٦٤٣

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ١٧ شهر شباط سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة : مؤبد

وهو/هي اطلق سراحه/ها في يوم // // سنة //

(الرجاء وضع ✓ في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED TRUE COPY International Committee of the Red Cross

Date 04/06/2003 التاريخ Place RAMALLAH/NA المكان

ICRC Delegate KATHARINA RIT... توقيع مندوب اللجنة

السلطة الوطنية الفلسطينية
قاضي القضاة
المحاكم الشرعية

بسم الله الرحمن الرحيم

﴿ومن آياته أن خلق لكم من أنفسكم أزواجاً لتسكنوا إليها وجعل بينكم مودة ورحمة إن في ذلك لآيات لقوم يتفكرون﴾
صدق الله العظيم

العدد ٢١٩٥ رقم
تاريخ العقد ٢٤ شعبان ١٤١٩هـ
١٣/١٢/١٩٩٨م
مكان العقد منزل والد الزوجة / دور القرع

المحكمة الشرعية في بيرزيت

# وثيقة عقد زواج

| | | الاسم الأول | الأب | الجد | العائلة | البلد | مكان وتاريخ الولادة | مكان الإقامة | الجنسية | الديانة | الحالة الاجتماعية | المهنة |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ١ | الزوج | محمد | عبد الرحمن | سالم | مصلح | دير طريف | البيرة ١٩٧٧/٤/٢٥ | البيرة | فلسطيني | مسلم | عزب | عامل |
| | الزوجة بكر / ثيب | خالدة | وحيد | عبد الرحيم | مصيطف | دور القرع | مستشفى رام الله ١٩٧٦/٨/٢١ | دور القرع | فلسطينية | مسلمة | عزبة | ربة بيت |

٢ مستندات تحقق السن وعدم الموانع: التقرير - شهادة ولادة الزوج - شهادة ولادة الزوجة.

٣ المهر ونوعه:
المعجل: دينار ذهبي.
المؤجل: سبعة آلاف دينار اردني.
التوابع: ليس شيء آخر.

٤ كيفية دفع المهر: أقر وكيل الزوجة بالعقد والقبض شقيقها فارس وحيد بقبضه مجلساً.

٥ المباشران للعقد: الزوج بنفسه ووكيل الزوجة شقيقها فارس المذكور.

٦ الشروط الخاصة لأحد الزوجين: لا شرط.

٧ شهود العقد والوكالة والتعريف: المكلفان فؤاد صبحي حمد ابو عوها وهاشم عبد الرحيم حمد ابو وكلاهما من دور القرع وسكانها.

٨ الكفالة على الشروط: لا كفالة.

٩ موافقة الولي أو اذن المحكمة: من افقة ولي الزوجة شقيقها فارس المذكور لوفاة والدها.

١٠ صيغة العقد: قال وكيل الزوجة للزوج: زوجتك موكلتي شقيقتي "خالدة" على مهر معجله دينار ذهبي ومؤجله سبعة آلاف دينار فاجابه الزوج فوراً واناً قبلت زواجها لنفسي على المهر المسمى.

CONFIDENTIAL

02:009291

# السلطة الوطنية الفلسطينية

## وزارة المالية – المحاسب العام – مديرية الرواتب

قسيمة شهر: ٠١/٢٠١١ تاريخي

| | | | |
|---|---|---|---|
| رقم الهوية | ٩٠٢٨٤٥٦٤٣ | التصنيف | مصنف ومثبت |
| الرقم الوظيفي | ١٩٣٩٦ | الفئة | الفئة الاولى |
| الإسم | محمد عبد الرحمن سالم مصلح | السلم الوظيفي | قانون الخدمة المدنية المعد |
| الوزارة | ٢١٠٥٠ - المجلس التشريعي | الخطوة | |
| البرنامج | ٦٠٠١ | الدرجة / أقدمية | C ٧٠٠ |
| النشاط | ٦٠٠١٠٢ | التجزئة | ١٠٠٠ |
| مكان العمل | | ح.إجتماعية | متزوج لاتعمل |
| الوظيفة | سائق | عدد الأولاد | ١ ١٠ أقل من ١٨ |
| الشهادة | توجيهي | عدد المعالين | ٠ |
| البنك | البنك العربي / رام الله / البيره | مستأجر | لا |
| رقم الحساب | ٦٢٦٩٨٥ | خدمة فعلية / ترقية | ٩ ٠/ |
| إعفاء جامعي | ٠ | لأغراض الراتب | ٣ |

ملاحظات

| أساسي | ٢٦٩٤,٤٠ | خصميات | ٥٠٣,٤١ | | في البنك | رقم الهوية |
|---|---|---|---|---|---|---|
| علاوات | ١٧٩٦,٧٤ | الضريبة | ٧٥,٠٩ | فروقات | ٣٩١٢,٠٠ | ٩٠٢٨٤٥٦٤٣ |
| إجمالي | ٤٤٩١,١٤ | م.إقتطاعات | ٥٧٨,٥٠ | ٠,٠٠ | شيكل | ٣٠/١/٢٠١١ |
| | | | | | | طرت.صحي ٧٥,٠٠ |

02:009292

# السلطة الوطنية الفلسطينية

## وزارة المالية – المحاسب العام – مديرية الرواتب

رقم الهوية: ٩٠٢٨٤٥٦٤٣ الإسم : محمد عبد الرحمن سالم مصلح الوزارة : ٢١٠٥٠ - المجلس التشريعي

| الرمز | الإضافات | الكمية | الوصف | القيمة |
|---|---|---|---|---|
| ٤٦٠ | ع. لأغراض الراتب | ٣ | كمية | ٢٠٦,٠٤ |
| ٤٨٠ | ع. غلاء معيشة | | | ٢٤٢,٥٠ |
| ٧٢٩ | علاوة أولاد | | مبلغ | ٢٠,٠٠ |
| ٨٦٠ | بدل مواصلات ثابتة | | مبلغ | ٨٦,٠٠ |
| ٩٩٨ | طبيعة عمل | ٥٠ | نسبة | ١٣٤٧,٢٠ |
| | | | المجموع | ١٧٩٦,٧٤ |

| الرمز | الخصميات | الكمية | الوصف | القيمة |
|---|---|---|---|---|
| ٢٤٥٣ | تأمين صحي | ٥ | نسبة | ٧٥,٠٠ |
| ٢٦١٠ | نظام المنافع المحددة - موظف ( | ٧ | نسبة | ٢٩٩,٨٩ |
| ٢٦٢٠ | نظام المساهمات المحددة - موظ | ٣ | نسبة | ١٢٨,٥٢ |
| | | | المجموع | ٥٠٣,٤١ |

| الرمز | وصف الفروقات | المجموع |
|---|---|---|
| | المجموع | |

| أساسي | علاوات | خصميات | فروقات | ضريبة | في البنك |
|---|---|---|---|---|---|
| ٢٦٩٤,٤٠ | ١٧٩٦,٧٤ | ٥٠٣,٤١ | ٠,٠٠ | ٧٥,٠٩ | ٣٩١٢,٠٠ |

رقم متسلسل

CONFIDENTIAL

Palestinian Authority

Ministry of Interior

Department of Civil Affairs

السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية

# شهادة ميلاد
# Birth Certificate

| | | | |
|---|---|---|---|
| رقم الهوية Id No. | 4 0649283 5 | | |
| الإسم Name | أحمد | إسم الأب Father's name | محمد |
| إسم الجد G.F.'s name | عبد الرحمن | إسم العائلة Family name | مصلح |
| الجنس Sex | ذكر | الديانة Religion | مسلم |
| تاريخ الميلاد D. of birth | 2001/06/01 | الأول من شهر حزيران لعام ألفين وواحد | |
| مكان الميلاد P. of birth | رام الله | المستشفى Hospital | الناظر للتوليد |
| الجنسية Nationality | فلسطيني | | |
| إسم الأم M.'s name | خالده | عائلة الأم M.'s family | مصيطف |
| العنوان Address | البيرة | 0 – 0 – | |

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة 2001

The details about the above mentioned birth have already been registered in the birth file of year 2001

من قبل مديرية الأحوال المدنية بـ رام الله بتاريخ 2001/06/19

by Department of Civil Affairs in Ramallah On 19/06/2001

توقيع الموظف المختص

ختم الدائرة



CONFIDENTIAL



البنك العربي
اسم المعتمد
رقم الحساب
الفــرع
هاتــف
ص.ب

CONFIDENTIAL 02:009295