

**PLAINTIFF'S EXHIBIT 76**

300512 [handwritten]

Military [handwritten]

8185 [handwritten]

### Report on the Period of Detention for Detainee: Nasser Aweis

| Number of Times the Person was Detained | Date of Detention | Date of Release | Year | Month | Day |
|---|---|---|---|---|---|
| | April 13, 2002 | December 13, 2010 | 8 | 8 | 1 |
| | January 19, 1986 | January 17, 1991 | 4 | 11 | 28 |
| | **Total of the Detention Period** | | 13 | 7 | 29 |

[Signature]

April 11, 2011

**Palestinian National Authority**
**Ministry of Detainees &Ex-Detainees Affairs**
**General Department of Detainees &Ex-Detainees**



## Detainee's Main Application Form

999250 [handwritten]

| Application No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Application filled out | March 16, 2011 | | Division/ Ministry's Branch | | | | Nablus | | |

### 1. Detainee's Main Information

| Identity No. (nine cells) | 9 | 0 | 0 | 3 | 5 | 8 | 6 | 6 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Full Name | First Name | | Father's Name | Grandfather's Name | | | Family Name | | |
| | Nasser | | Mahmoud | Ahmed | | | Aweis | | |
| Mother's Name | Aisha | | | Gender | | | Male ☒     Female | | |
| Date of Birth | [illegible] | | | Place of Birth | | | | | |
| Level of Education: | Illiterate | | Elementary | Secondary | Diploma | | University ☒ | Post Graduate Studies | |
| Occupation before Being Detained: | | | | Organization | | | | | |
| Date of Detention: | April 13, 2002 | | | Place of Detention | | | Tubas | | |
| Detention Status | Arrested | | Sentenced ☒ | Administrative | | Released | Others | | |

| In case the person is sentenced, enter the sentence according to the certificate of the Red Cross: | Day | Month | Year | Date of Expected Release according to the Court's Verdict | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | Life Sentence | | | | | | |

| Permanent Address | Governorate | Nablus | Residential Complex | Balata Refugee Camp |
|---|---|---|---|---|
| Notes | | | | |

### 2. Information about Previous Detentions:

No. of times the person was detained: _____ (Only those substantiated with a certificate from the Red Cross and listed in a chronological order from the most current to the oldest.)

| No. | Date of Detention | Type of Detention | Date of Release | Detention Period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | January19, [illegible] | [illegible] | January 17, 1991 | | | 5 | Deported to Jordan for 3 years |
| 2. | July [illegible],1994 | [illegible] | July [illegible], 1992 | | | | |
| 3. | April 13, [illegible] | [illegible] | | Lifetime | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

**CONFIDENTIAL**                                                02:009297

**Palestinian National Authority**
**Ministry of Detainees &Ex-Detainees Affairs**
**General Department of Detainees &Ex-Detainees**



### 3. Social Status Information

| Marital Status | Single (x) | Married | Divorced | Widow(er) | |
|---|---|---|---|---|---|
| If married | Fill Spouse and Children Data | | | | |
| Spouse's Identity No. | | | | | | | | | Marriage Contract Date: | |
| Spouse's Name: | | | | No. of Children: | |

Information about children from the first wife (male children under the age of 18, and single female children without taking into consideration their age)

| No. | Name | Date of Birth | Marital Status | Level of Education |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

### 4. Information about "the Beneficiary":

| "Beneficiary" Identity No.: | 9 | 0 | 0 | 3 | 5 | 8 | 6 | 6 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Beneficiary Name: | Himself (Nasser) | | | Relationship: | | | | | |
| Date of Power of Attorney | | | | Period of Effectiveness for the Power of Attorney | | | | | |
| Bank | Palestine LTD | | | Branch | | | | Nablus | |
| Account No. | 1 | 8 | 0 | 1 | 5 | 0 | - | Account only in Shekels | |
| Landline Phone No.: | | | | Cell Phone No.: | | | 0198224588 | | |
| Permanent Address | Governorate | | Nablus | Residential Complex | | | Balata Refugee Camp | | |
| Notes | | | | | | | | | |

| Applicant's Comments | Please pay out salary |
|---|---|
| Acknowledgement | I the undersigned, bear witness that all the information provided in this application is entirely true and I assume full responsibility for its accuracy. |
| Applicant's Signature | Nasser Mahmoud Aweis |

**CONFIDENTIAL**                                                                    02:009298

**Palestinian National Authority**
**Ministry of Detainees &Ex-Detainees Affairs**
**General Department of Detainees &Ex-Detainees**



### 5. For Official Use Only:

| Name of the Supervisor / Employee: | [illegible] | | |
|---|---|---|---|
| Supervisor / Employee's Remarks: | | | |
| Date: | March 16, 2011 | **Signature** | [Signature] |
| Name of the Head of the Department: | | | |
| Remarks of the Head of the Department: | | | |
| Date: | | **Seal and Signature** [illegible] | |

**Enclosed documents**: Put a checkmark next to the applicable document

| ☐ | Copy of the Detainee/ Ex-Detainee's ID | ☐ | Beneficiary's ID |
|---|---|---|---|
| ☐ | The Red Cross certificates | ☐ | Bill of indictment |
| ☐ | Judgment (if any) | ☐ | Copy of the debit card |
| ☐ | Copy of the marriage certificate | ☐ | Copies of birth of certificates of the children |
| ☐ | Rider (wife/wives) | ☐ | Other (specify) |

### 6. Approval and Authentication:

| 1. Approval from Department of Detainees' Affairs | ☐ I approve the detainee's application (Consistent with laws and regulation) | | |
|---|---|---|---|
| Name of the Employee | | | |
| Date | / / | Seal and Signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and Justifications | | | |
| 2. Approval from Department of Legal Affairs | ☐ I approve the detainee's application (Consistent with laws and regulation) | | |
| Name of the Employee | | | |
| Date | / / | Seal and Signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and Justifications | | | |

**CONFIDENTIAL**    02:009299

Palestinian National Authority
National Security
Central Financial Administration



## Salary Statement for the Month: January 1, 2011

**Fiscal No.:** 63565
**Identity No.:** 900358664
**Marital Status:** Single

**Beneficiary Name:** Nasser Mahmoud Ahmed Aweis
**Current Rank:** Colonel
**No. of Children:** 0
**Date of Rank:** January 1, 2010

**Main Bank:** Palestine
**Branch:** Palestine- Nablus
**Account No.:** 180150

**Department:** National Security- West Bank

**Sector:** 1st sector/ West Bank

| Total Salary | Total Deductions |
|---|---|
| 7851.3 | 1165.86 |

Exemption:

3rd Party Rights: 0.00

Health Insurance:              113.23
Health Insurance for Spouse:     0.00
Health Insurance for Children:   0.00
Health Insurance for Parents:   41.55

Net Salary from the Financial Administration:   6685.44

Net Salary from the Ministry of Finance:        6685.44

**CONFIDENTIAL**                                  02:009303

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Detainees &Ex-Detainees Affairs**
**Ex-Detainees Rehabilitation Program**



---

**Date**: March 16, 2011

### Subject: Detainee Detention Status Approval

The Directorate of Nablus, Ministry of Detainees and Ex-Detainees acknowledges that <u>Nasser Mahmoud Ahmed Aweis</u>, holder of Identity No. <u>900358664</u>, from the province of <u>Nablus/ Balata Refugee Camp</u>, is detained in the prisons of the Israeli occupation as a result of his fight for his country. He is a security detainee and remains in detention.

Respectfully yours,

The Director of the Directorate of Nablus
Samer Samaro

| |
|---|
| SEAL of the Ministry of Detainees and Ex-Detainees |

[Signature]


Approval and Authentication of the Public Office for Detainees Affairs.
Director General of the Public Office..................................................
Seal and signature ................................................................................
Date ......................................................................................................


**CONFIDENTIAL**                                                                                 02:009304

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>               Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>               Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009296-9304.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009296-9304.

                                                                                                                                            _____
                                                                                                                                            Adnane Ettayebi

ss.: New Jersey

On the [20] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
20 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D. # 2420914



تقرير مدة الاعتقال للاسير : ناصر عويص

| عدد مرات الاعتقال | تاريخ الاعتقال | تاريخ الافراج | سنة | شهر | يوم |
|---|---|---|---|---|---|
| | ١٣/٠٤/٢٠٠٢ | ١٣/١٢/٢٠١٠ | ٨ | ٨ | ١ |
| | ١٩/٠١/١٩٨٦ | ١٧/٠١/١٩٩١ | ٤ | ١١ | ٢٨ |
| | اجمالي مدة الاعتقال | | (١٣) | (٧) | (٢٩) |



١١ ابريل ٢٠١١

CONFIDENTIAL

02:009296

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

94935٥

**Palestinian National Authority**
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | | |
|---|---|---|---|---|
| الحالة الاجتماعية: | ☐ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | | تاريخ عقد الزواج | / / | |
| اسم الزوج/ة | | عدد الأولاد: | | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

4. بيانات الوكيل "المستفيد":

| | | | |
|---|---|---|---|
| رقم الهوية "المستفيد": | ٢ ٦ ٦ ٨ ٤ ٢ ١ | | |
| اسم الوكيل "المستفيد": | | صلة القرابة: | |
| تاريخ الوكالة: | / / | مدة سريان الوكالة: | |
| البنك: | | فرع البنك: | |
| رقم الحساب: | ٠ ٠ ٢ ٨ ١ | | الحساب جاري شيكل فقط |
| رقم الهاتف الأرضي: | | رقم الهاتف النقال: | ٠٥٩٨٤٤٩٨٨ |
| العنوان الدائم للمستفيد: | المحافظة: | التجمع السكاني: | |
| ملاحظات: | | | |

| | |
|---|---|
| ملاحظات مقدم الطلب: | |
| إقرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

CONFIDENTIAL
02:009298

**Palestinian National Authority**
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| اسم المرشد/الموظف: | |
|---|---|
| ملاحظات المرشد/الموظف: | |
| التاريخ: | ٢٠١٢/٧/١٦ | التوقيع: |
| اسم مدير المديرية: | |
| ملاحظات مدير المديرية: | |
| التاريخ: | / / | الختم والتوقيع: |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| ☐ | صورة هوية الأسير/المحرر | ☐ | صورة هوية المستفيد |
| ☐ | شهادات الصليب الأحمر | ☐ | لائحة الاتهام |
| ☐ | قرار الحكم (إن وجد) | ☐ | صورة بطاقة الحساب البنكي |
| ☐ | صورة عقد الزواج | ☐ | صور شهادات الميلاد للأبناء |
| ☐ | ملحق إضافة زوجة/زوجات | ☐ | أخرى (حدد) |

6. الاعتماد والمصادقة:

| 1. اعتماد دائرة الأسرى: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: | / /   الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

| 2. اعتماد الدائرة القانونية: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: | / /   الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

3



## TO WHOM IT MAY CONCERN   № 47668

**ICRC**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: NASSER MAHMOUD AHMAD OWEIS

From: BALATA CAMP / NABLUS    ID No. 90035866-4

Was arrested by the Israeli Authorities on Day: 13  Month: 04  Year: 2002

He/She is to date:  Awaiting Trial ☐    Sentenced ☒    Administrative ☐

Length of sentence/administrative period: LIFE SENTENCE IMPRISONMENT

He/She was released on Day: ///////  Month: //////  Year: ////

(Tick the box and underline the correct designation)

الى من يهمه الأمـــر

**ICRC**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة: ناصر محمود احمد عويس

مـن: مخيم بلاطة / نابلس    هوية رقم: 90035866-4

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم 13 شهر 4 سنة 2002

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة السجن

وهو/هي اطلق سراحه/ها في يوم ___ شهر ___ سنة ___

(الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date: 07.10.2003    Place: NABLUS

ICRC Delegate: VERONIQUE VON HOOG

CONFIDENTIAL                02:009300



**TO WHOM IT MAY CONCERN**   LOCAL OFFICE COPY

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs.: NASSER MAHMOUD AHMAD OWEIS

From: BALATA CAMP / NABLUS            ID NO: 90035866-4

Was arrested by the Israeli Authorities on Day: 17   Month: 07   Year: 1992

He/She is to date:   Awaiting Trial ☐   Sentenced ☐   Administrative ☐

Length of sentence / administrative period: XXXXXXXXXXXXXXXX

He/She was released on Day: 17   Month: 07   Year: 1992
Deported

(Tick the box and underline the correct designation).

الى من يهمه الأمر

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الاحمر بأن

السيد/ة الآنسة: ناصر محمود احمد عويس

من: مخيم بلاطة - نابلس

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم 17 / شهر 7 / سنة 1992

وهو/هي من هذا التاريخ: ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☐   اداري ☐

محكوم/ة او اداري لمدة: × × × × × × × ×

وهو/هي اطلق سراحه/ها في يوم 17 / شهر 7 / سنة 1992

(الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date: 6.4.1993
التاريخ

Place: NABLUS /SD
المكان

OLIVIER ZENDER
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL                    02:009301



LOCAL OFFICE COPY

# TO WHOM IT MAY CONCERN

According to the records of the International Committee of the Red Cross,

Mr, Mrs, Miss, : NASSER MAHMOUD AHMAD OWEIS

From : BALATA CAMP, NABLUS

Was arrested by the Israeli Authorities for reasons

related to : SECURITY

on : 19.1.1986

He, She, is to date
Awaiting Trial / Sentenced : X X X X X  X X X X

He, She, was released on : 17.1.1991 FROM NBALUS II JAIL

الى من يهمه الأمر

بالرجوع الى ملفات اللجنة الدولية للصليب الاحمر

السيد/ة الانسة : ناصر محمود احمد عويس

مـــن : مخيم بلاطة نابلس

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية لاسباب لها علاقة

بالناحية : امنية

بتاريخ : ١٩/١/١٩٨٦

وهو/هي في هذا التاريخ ينتظر/تنتظر المحاكمة/محكوم/ة : X X X X

وهو/هي أطلق سراحه بتاريخ : ١٧/١/١٩٩١ من سجن نابلس

Date
التاريخ     23.2.1991

Place
المكان     Nablus / BD

ICRC Delegate

**CONFIDENTIAL**

For ICRC only    ICRC No. : 15908    File No. :

02:009302



السلطة الوطنية الفلسطينية

الأمن العام

الإدارة السياسية العسكرية

تسوية راتب شهر: 01/01/2010

| الرقم المالي : 63565 | اسم المستفيد : ناصر محمود أحمد عويص |
| رقم الهوية : 900358664 | الرتبة الحالية : عقيد | تاريخ الرتبة : 01/01/2010 |
| الحالة الإجتماعية : أعزب | عدد الأبناء : . |

البنك الرئيسي : فلسطين
الفرع : فلسطين-نابلس         الإدارة : الأمن الوطني - الضفة
رقم الحساب : 180150         القاطع : القاطع الأول / الضفة

| إجمالي الراتب | إجمالي الإستقطاع |
|---|---|
| 7851,3 | 1165,86 |

إبــراء : .                      ضمان صحي: 113,22

                                 ض.ص. زوجة: 0,00

                                 ض. ص. أولاد: 0,00

حقوق الغير : .                   ضمان صحي والدين: 41,55

صافي الراتب بالشيكل من الإدارة المالية :   6685.44

صافي الراتب المدفوع من وزارة المالية :    6685 44

**CONFIDENTIAL**                                    02:009303

**Palestinian National Authority**
Ministry of Detainees & Ex-detainees Affairs
Ex-detainees Rehabilitation Program



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة شـــؤون الاســرى والمحـررين
برنامج تأهيل الأسرى المحررين

التاريخ : ١٢ / ٢ / ٢٠١٢

الموضوع : اقرار الحالة الاعتقالية للاسير

تشهد مديرية وزارة شؤون الاسرى والمحررين في محافظة نابلس بان الاسير /ة
ناصر سميرا أحمد عبد ربه حامل / ة هوية رقم ٤٠٤٥٨٢٦٤
من محافظة نابلس/بيت ايبا معتقل في سجون الاحتلال الاسرائيلي على
خلفية نضاله الوطني وهو اسير امني وما زال قيد الاعتقال..

ولكم فائق الاحترام

مدير مديرية نابلس                    مصادقة الادارة العامة لشؤون الاسرى
سامر سمارو                          مدير عام الادارة العامة ------------
                                     التوقيع والختم -----------------
                                     التاريخ :-----------------

CONFIDENTIAL

02:009304

Palestine - Ramallah - P.O.Box 2105 - Tel : 022428571/2
Directorate of Nablus - Tel : 09/2374125 - Fax : 09/2330123

فلسطين – رام الله – ص.ب : ٢١٠٥ – تلفون : ٠٢٢٤٢٨٥٧١/٢