

PLAINTIFF'S
EXHIBIT
84

**Palestinian National Authority**
**Ministry of Detainees' and Ex-Detainees' Affairs**

## Personal Information

| | | | |
|---|---|---|---|
| **File No.:** 453299 | **Identity No.:** 920629276 | **Gender:** Male | **Date:** September 8, 2010 |
| **Name:** Ali | Mohamed | Hammad  Haliel | **Tel No.:** |
| **Cashing Center:** 26 Bethlehem | **Address:** Bethlehem | Bethlehem 735015 | |
| **Marital Status:** Single | **Number of Wives:** 0 | **Number of Children:** 0 | |

## Financial Information

| | | |
|---|---|---|
| **Name:** Suhaila Mousa Ahmed Haliel | **Identity No.:** 936956135 Relation | **Address:** |
| **Name of Agent:** | **Identity No.:** 0 Relation | **Address:** |
| **Bank:** 6    Arab Bank | **Branch:** 9050 | Account No.: 735015 |
| **Allocation:** 4000 | **Arrears:** 0 | **Accreditation Start Date:** July 1, 2004 | **End Date:** **August 1, 2013** |

## Detention Information

| | | |
|---|---|---|
| **Date of Detention:** March 6, 2004 | **Detention Status** Sentenced | **Sentenced** **Day:** 0, **Month:** 0, **Year:** 999 |
| **Employment:** 1 not stated | **Date of Release:** 0 | **Date of Actual Release:** 0 |
| **Organization:** 1 Fatah | **Prison:** 1 not stated | **Statement No.:** 20060863 |

**CONFIDENTIAL**

02:009354

## Expenditures

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------------|-----------|---------------------|--------------|------|--------|-------------|
| 2012 | 12 | 4000 | 0 | 400 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 11 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 10 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 9 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 8 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 7 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 6 | 4000 | 0 | 400 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 5 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 4 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 3 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 2 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 6 | 4000 | 0 | 400 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 4 | 4000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 3 | 4000 | 5400 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |

December 31, 2012

8:38:54 a.m.

1

CONFIDENTIAL

02:009354 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 2 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2011 | 1 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 12 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 11 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 10 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 9 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 8 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 7 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 6 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 5 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 4 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 3 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 2 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2010 | 1 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 12 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 11 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 10 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 9 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 8 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 7 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 6 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 5 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 4 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 3 | 1300 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2009 | 2 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 12 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 11 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 10 | 1000 | 0 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |

CONFIDENTIAL

02:009355

| 2008 | 9 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 8 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 7 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 6 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 5 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 4 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 3 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 2 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2008 | 1 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 12 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 11 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 10 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 9 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |

December 31, 2012

8:38:54 a.m.

2

CONFIDENTIAL

02:009355 [continued]



**Palestinian National Authority**
**Ministry of Detainees' Affairs**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 8 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 7 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 6 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 5 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 4 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 3 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 2 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2007 | 1 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 12 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 11 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 10 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 9 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 8 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 7 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 6 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 5 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 4 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 3 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 2 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2006 | 1 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 12 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 11 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 10 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 9 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 8 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 7 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 6 | 0 | 0 | 0 | 1000 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |

CONFIDENTIAL

02:009356

| 2005 | 5 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | 4 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 3 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 2 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2005 | 1 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 12 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 11 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 10 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 9 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 8 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| 2004 | 7 | 1000 | 0 | 0 | Suhaila Mousa Ahmed Haliel | 936956135 | Arab Bank | 9050 | 735015 |
| | | 174200 | 5400 | 1600 | | | | | |

December 31, 2012

8:38:54 a.m.

3

**CONFIDENTIAL**

02:009356 [continued]

No. 03103

217 [handwritten]



## To Whom It May Concern

**CICR** This certificate is valid only if the English and Arabic parts match each other according to the information received from the Israeli authorities.

The International Committee of the Red Cross certifies that: <u>Mr. Ali Mohamed Hammad Haliel</u>

From: <u>Bethlehem</u>                              Identity No. <u>92062927-6</u>

Was arrested by the Israeli Authorities on: <u>March 6, 2004</u>

And on that date, he/she was scheduled for: Trial __ Sentencing _x_ Administrative Proceedings __

Length of Sentence (x) / Administrative Period: Life sentence

He/she was released on: Day <u>xxx</u> / Month <u>xxx</u> / Year <u>xxx</u>

Date: April 16, 2006

Place: Bethlehem/NR



_____
[Signature]

ELISA QUERCI

ICRC Delegate

[illegible]

**CONFIDENTIAL**                                    02:009357

Palestinian National Authority   File Renewal [handwritten]
Ministry of Detainees' & Ex-Detainees' Affairs
General Department of Detainees & Ex-Detainees

## Detainee's Application Form

| Application No. | 4 | 5 | 3 | 2 | 9 | 9 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Application Completion | March 16, 2011 | | | Division/ Ministry's Branch | | | Bethlehem | | |

## 1. Detainee's Main Information

| Identity No. (Nine Cells) | 9 | 2 | 0 | 6 | 2 | 9 | 2 | 7 | 6 |
|---|---|---|---|---|---|---|---|---|---|

| Full Name | First Name | Father's Name | | Grandfather's Name | | Family Name | | |
|---|---|---|---|---|---|---|---|---|
| | Ali | Mohamed | | Hammad | | Haliel | | |

| Mother's name | [illegible] | | Gender | | Male ☒ | | Female | |
|---|---|---|---|---|---|---|---|---|

| Date of Birth | 01/[illegible]/1985 | | Place of Birth | | Bethlehem | | | |
|---|---|---|---|---|---|---|---|---|

| Educational Qualification (level): | Illiterate | Elementary | Secondary ☒ | Diploma | University | Post-Graduate Studies |
|---|---|---|---|---|---|---|

| Occupation Before Detained: | Student | | Organization | | Fatah | | |
|---|---|---|---|---|---|---|---|

| Detention Date: | March 6, 2004 | | Place of Detention | | [illegible] | | |
|---|---|---|---|---|---|---|---|

| Detention Status | Arrested | Sentenced ☒ | | Administrative | Released | Others |
|---|---|---|---|---|---|---|

| In case the person is convicted, what is the sentence according to the Red Cross Certificate: | Day | Month | Year | Date of expected release according to the Court's verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | Lifetime in prison | | | | | | |

| Permanent Address | Governorate | Bethlehem | | Community | | Al-Dawha | |
|---|---|---|---|---|---|---|---|
| Notes | | | | | | | |

**CONFIDENTIAL**                              02:009358

**2. Information about previous detentions.**
Number of times the person was detained: ___N/A _____ (Only those substantiated with a certificate from the Red Cross and listed in chronological order, from latest to earliest)

| No. | Date of Detention | Type of Detention | Date of Release | Detention Period | | | Notes |
|-----|-------------------|-------------------|-----------------|------|-------|------|-------|
|     |                   |                   |                 | Day  | Month | Year |       |
| 1.  |                   |                   |                 |      |       |      |       |
| 2.  |                   |                   |                 |      |       |      |       |
| 3.  |                   |                   |                 |      |       |      |       |
| 4.  |                   |                   |                 |      |       |      |       |
| 5.  |                   |                   |                 |      |       |      |       |
| 6.  |                   |                   |                 |      |       |      |       |

**CONFIDENTIAL**            **02:009358** [continued]

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees & Ex-Detainees**



### 3. Information about Personal Status

| Marital Status: | Single ☒ | | Married | Divorced | | Widow(er) | |
|---|---|---|---|---|---|---|---|
| **In Case of Marriage:** | **Fill In Spouse and Children Data** | | | | | | |
| **Spouse's Identity No.:** | | | | | | **Date of Marriage:** | |
| **Spouse's Name:** | | | | | | **Number of Children:** | None |

**Information on Children and First Wife:** (Male children under 18 years and all unmarried females without regard to their ages)

| No. | Name | Date of Birth | Marital Status | Level of Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

### 4. Information about the Beneficiary

| Identity No.: | 9 | 3 | 6 | 9 | 5 | 6 | 1 | 3 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Name: | Suhaila Mousa Ahmed Haliel | | | Relationship: | | | Mother | | |
| Date of Power of Attorney: | | | | Period of Effectiveness for the Power of Attorney: | | | | | |
| Bank: | Arab Bank | | | Branch | | | Bethlehem | | |
| Account No.: | 7 | 3 | 5 | 0 | 1 | 5 | | Account only in shekels | |
| Landline Phone No.: | | | | Cell Phone No.: | | 0598355911 | | | |
| Permanent Address | Governorate | | Bethlehem | | Community | | Al-Dawha | | |
| Notes | | | | | | | | | |

| Applicant's Comments | |
|---|---|
| Acknowledgement | I, the signatory below, attest to the information provided in this application as entirely true and I assume full responsibility for its accuracy. |
| Applicant's Signature | Suhaila Mousa Ahmed Haliel |

**CONFIDENTIAL**

02:009359

 

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees' & Ex-Detainees**

### 5. For Official Use

| | | | |
|---|---|---|---|
| **Supervisor Name / the Employee:** | Belal Zarbia | | |
| **Supervisor Notes / the Employee:** | | | |
| **Date:** | March 16, 2011 | **Signature** | [Signature] |
| **Name of the Head of the Department:** | Khadr al-Araaj | [Stamp] Palestinian National Authority General Department of Detainees' & Ex-Detainees' Department of Bethlehem | |
| **Notes of Head of the Department:** | Conditions were met | | |
| **Date:** | March[illegible],2011 | Seal and Signature [Signature] | |

### Enclosed Documents: Place check next to attached documents (certification and authentication by the Head of the Department)

| | | | |
|---|---|---|---|
| ☐ | Copy of the Detainee/ Ex-detainee's Identity No. | ☐ | Copy of Beneficiary's Identity No. |
| ☐ | Red Cross Certificates | ☐ | Bill of Indictment |
| ☐ | Judgment (if any) | ☐ | Copy of the Bank Card |
| ☐ | Copy of the Marriage Certified from Original | ☐ | Copies of Children's Birth Certificates |
| ☐ | Addendum Adding Wife/Wives | ☐ | Others (specify) |

### 6. Approval and Authentication:

| | |
|---|---|
| 1. Approval from Department of Detainees' Affairs | ☐ I approve the detainee's application (consistent with laws and regulation) |
| Certifier Name | |
| Date | /  /    Seal and signature |
| | ☐ I do not approve the detainee's application |
| Reasons and Justifications | |
| | |
| 2. Approval from Department of Legal Affairs | ☐ I approve the detainee's application (consistent with laws and regulation) |
| Certifier name | |
| Date | /  /    Seal and Signature |
| | ☐ I do not approve the detainee's application |
| Reasons and Justifications | |

**CONFIDENTIAL**

02:009360

No. 03103



## To Whom It May Concern

**CICR** This certificate is valid only if the English and Arabic parts match each other according to the information received from the Israeli authorities.

The International Committee of the Red Cross certifies that: <u>Mr. Ali Mohamed Hammad Haliel</u>

From: <u>Bethlehem</u>                                    Identity No. <u>92062927-6</u>

Was arrested by the Israeli Authorities on: <u>March 6, 2004</u>

And on that date, he/she was scheduled for: Trial ___ Sentencing _x_ Administrative Proceedings ___

Length of Sentence / Administrative Period: Life sentence

He/she was released on: Day <u>xxx</u> / Month <u>xxx</u> / Year <u>xxx</u>

Date: April 16, 2006

Place: Bethlehem/NR



_____ [Signature] _____

ELISA QUERCI

ICRC Delegate

CONFIDENTIAL

02:009361

ARAB BANK

**Customer's name:** Suhaila Mousa Mohamed [illegible]
**Account No.:** 235015-520
**Branch:** al-Khadr
**Tel:** [illegible]        **P.O. Box**

**CONFIDENTIAL**                    02:009362

| | | | |
|---|---|---|---|
| PALESTINIAN AUTHORITY | | | **IDENTITY DOCUMENT** |

Identity No.:   9 3695613 5

| | | | |
|---|---|---|---|
| **First Name** | Suhaila | | |
| **Father's Name** | Musa | | |
| **Grandfather's Name** | Ahmed | | |
| **Last Name** | Haliel | | |
| **Mother's Name** | Sara | | [Photograph] |
| **Date of Birth** | December 13, 1953 | | [Signature] |
| **Place of Birth** | Hebron | [Stamp] | Competent authority |
| **Gender** | Female | **Religion** | Muslim |
| **Issued in** | Bethlehem | **on date** | June 28, 2000 |

**CONFIDENTIAL**                                        02:009363

*The Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees' & Ex-Detainees**



March 16, 2011

Brother / Abdul Jabbar Salem,                    May God protect Him
Acting as the General Director of Payroll
Ministry of Finance

Through the Respected Brother Shokri Salmeh
Director General of the General Department of Detainees' Affairs
Ministry of Detainees' & Ex-Detainees' Affairs

Greetings,

### Subject: Acknowledgment of the Detention Status of an Ex-Detainee

The Directorate of the Ministry of Detainees' and Ex-Detainees' Affairs in the Governorate of
Bethlehem acknowledges that ex-detainee Ali Mohamed Hammad Haliel, bearer of Identity No.
920629276, from the Governorate of Bethlehem, has finished his sentence in the prisons of the
Israeli occupation as a result of fighting for his country. He was a security detainee during the
entire period of his detention.

Respectfully yours,

| | |
|---|---|
| Approval of the General Department of | The Director of the Directorate of Detainees' |
| Detainees' Affairs | Affairs |
| The Director of the General Directorate _____ | Governorate of Bethlehem _____ |
| Signature and stamp _____ | Name of the Director: Khadr al-Araaj _____ |
| Date _____ | Signature and stamp: _____ |

**CONFIDENTIAL**                                                02:009364

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

<div style="padding-left:6em">Plaintiffs,</div>

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

<div style="padding-left:6em">Defendants.</div>

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009354-9364.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009354-9364.

_____
Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV. 14 2016



**Palestinian National Authority**

**Ministry of Detainees Affairs**

وزارة شؤون الاسرى والمحررين

02:009354

## ملف أسير / محرر

| البيانات الشخصية | | | | | | |
|---|---|---|---|---|---|---|
| تاريخ التعديل 08/09/2010 | ذكر | الجنس | 920629276 | رقم الهوية | 453299 | رقم الملف |
| تلفون | | هليل | حماد | محمد | على | الاسم |
| عدد الابناء 0 | بيت لحم ٧٣٥٠١٥ بيت لحم | العنوان | بيت لحم | 26 | مركز صرف |
| | 0 | عدد الزيجات | أعزب | حالة زواجية |

| البيانات المالية | | | | | |
|---|---|---|---|---|---|
| العنوان | الصلة | الهوية 936956135 | سهيلة موسى احمد هليل | اسم |
| العنوان | الصلة | الهوية 0 | | اسم الوكيل |
| رقم الحساب 735015 | الفرع 9050 | البنك العربي | 6 | البنك |
| نهاية 01/08/2013 | بداية الاعتماد 01/07/2004 | المتأخرات 0 | المخصص 4000 |

| بيانات الأسر | | | | | |
|---|---|---|---|---|---|
| سنة 999 | شهر 0 | الحكم يوم 0 | محكوم | الحالة الاعتقالية | تاريخ الأسر 06/03/2004 |
| تاريخ تحرر فعلي 0 | | تاريخ تحرر 0 | غيرمحدد | العمل 1 |
| رقم كشف 20060863 | غيرمحدد | السجن 1 | فتح | التنظيم 1 |

## المصروفات

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 4000 | 0 | 400 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 11 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 10 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 9 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 8 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 7 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 6 | 4000 | 0 | 400 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 5 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 4 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 3 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 2 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 6 | 4000 | 0 | 400 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 4 | 4000 | 0 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |
| 2011 | 3 | 4000 | 5400 | 0 | 0 | سهيلة موسى احمد هليل | 936956135 | البنك العربي | 9050 | 735015 |

CONFIDENTIAL



**Palestinian National Authority**

**Ministry of Detainees Affairs**

وزارة شؤون الأسرى والمحررين

| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 2 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 1 | 2011 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 12 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 11 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 10 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 9 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 8 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 7 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 6 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 5 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 4 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 3 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 2 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 1 | 2010 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 12 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 11 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 10 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 9 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 8 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 7 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 6 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 5 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 4 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1300 | 3 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2009 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2008 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2007 |

CONFIDENTIAL

02:009355

2    08:38:54    31/12/2012



Palestinian National Authority الفلسطينية الوطنية السلطة

Ministry of Detainees Affairs وزارة شؤون الأسرى والمحررين

02:009356

| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2007 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2006 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 6 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 5 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 4 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 3 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 2 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 1 | 2005 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 12 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 11 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 10 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 9 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 8 | 2004 |
| 735015 | 9050 | البنك العربي | 936956135 | سهيلة موسى احمد هليل | 0 | 0 | 0 | 1000 | 7 | 2004 |
| | | | | | 0 | 1600 | 5400 | 174200 | | |

**CONFIDENTIAL**

№  03103

217

# TO WHOM IT MAY CONCERN



**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    ALI MOHAMMAD HAMMAD  HLAYEL

From :    BETHLEHEM                                    ID NO: 92062927-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    06.03.2004

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

# CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بان:

السيد/الآنسة  علي محمد حماد هليل

من بيت لحم  هوية رقم  92062927-6

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم  6 / شهر 3 / سنة 2004

وهو/هي في هذا التاريخ : ينتظر المحاكمة  محكوم/ة  X  إداري

محكوم/ة أو إداري لمدة  سجن مدى الحياة

وهو/هي أطلق سراحة/ها في يوم  xxx / شهر  xxx / سنة  xxx

Date:  16.04.2006

التاريخ

Place:  BETHLEHEM/NR

المكان

**CONFIDENTIAL**

PO

ICRC

ICRC Delegate

توقيع مندوب اللجنة

02:009357

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

| | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|
| 4 | 5 | 3 | 2 | 9 | 9 |

تاريخ تعبئة الاستمارة: ٢٠١١/٣/١٦    المديرية/فرع الوزارة:

**1. المعلومات الرئيسية للأسير:**

| | | | | | | | | رقم الهوية: (تتبع خانات) |
|---|---|---|---|---|---|---|---|---|
| 6 | 2 | 0 | 5 | 2 | 9 | 2 | 7 | 0 |

| الاسم الرابعي: | الأول | الأب | الجد | العائلة |
|---|---|---|---|---|

اسم الأم:

| تاريخ الميلاد: ١٩٨٥/١/٢٢ | الجنس: | ☑ ذكر | ☐ أنثى |
|---|---|---|---|

مكان الولادة:

| المؤهل العلمي: | ☑ أمي | ☐ الأساسية | ☐ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا |
|---|---|---|---|---|---|---|

المهنة قبل الأسر:

| تاريخ الأسر: | التنظيم: |
|---|---|

مكان الأسر:

| الوضع القانوني: | ☑ موقوف | ☑ محكوم | ☑ إداري | ☐ محرر | ☐ يودي |
|---|---|---|---|---|---|

| في حال محكوم مدة الحكم: | يوم | شهر | سنة | تاريخ الإفراج المتوقع حسب قرار الحكم | اليوم | الشهر | العام |
|---|---|---|---|---|---|---|---|

| العنوان الدائم: | المحافظة: | التجمع السكاني: |
|---|---|---|

ملاحظات:

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة والحالية: ___ أسر ___ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| | تاريخ الاعتقال | الإفراج | تاريخ الإفراج | مدة الاعتقال | ملاحظات |
|---|---|---|---|---|---|
| .1 | | | | | |
| .2 | | | | | |
| .3 | | | | | |
| .4 | | | | | |
| .5 | | | | | |
| .6 | | | | | |

CONFIDENTIAL

02:009358

1

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☒ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | | | | |
| اسم الزوج/ة: | | تاريخ عقد الزواج | / / | |
| | | عدد الأولاد: | | |

بيانات الأبناء من الزوجة الأولى: (الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| | الاسم | تاريخ الميلاد | فرع البنك | الحساب البنكي | رقم الهوية |
|---|---|---|---|---|---|
| .1 | | | | | |
| .2 | | | | | |
| .3 | | | | | |
| .4 | | | | | |
| .5 | | | | | |
| .6 | | | | | |
| .7 | | | | | |
| .8 | | | | | |
| .9 | | | | | |

4. بيانات الوكيل "المستفيد":

| رقم هوية المستفيد: | 5 | 3 | 1 | 6 | 9 | 6 | 3 | 9 |
|---|---|---|---|---|---|---|---|---|
| اسم المستفيد: | | | | | | | | |
| تاريخ الوكالة: | / / | | صلة القرابة: | الأب | | | | |
| البنك: | العربي | | مدة سريان الوكالة: | | | | | |
| رقم الحساب الأرضي: | | | | | | | | |
| رقم الحساب الأرضي: | 5 | 1 | 6 | 3 | 7 | فرع البنك: | الحساب جاري شيكل فقط | |
| العنوان الدائم للمستفيد: | | المحافظة: | | رقم الهاتف النقال: | ٠٩٩٢٣٦٩٩٢٢ | | | |
| ملاحظات: | | التجمع السكاني: | | | | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

2    **CONFIDENTIAL**

02:009359

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| | | | اسم المرشد/الموظف: | ولاد زريسة |
|---|---|---|---|---|
| | | | ملاحظات المرشد/الموظف: | |
| | التوقيع: | ٥/١١/٣/١٨ | التاريخ: | |
| | | | اسم مدير المديرية: | |
| | | | ملاحظات مدير المديرية: | |
| | الختم والتوقيع: | ٢٠١١/٣/٢٣ | التاريخ: | |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| صورة هوية المستفيد | ☐ | صورة هوية الأسير/المحرر | ☐ |
| لائحة الاتهام | ☐ | شهادات الصليب الأحمر | ☐ |
| صورة بطاقة الحساب البنكي | ☐ | قرار الحكم (إن وجد) | ☑ |
| صور شهادات الميلاد للأبناء | ☐ | صورة عقد الزواج | ☑ |
| أخرى (حدد) | ☐ | صورة/إضافة زوجة/زوجات | ☐ |

6. الاعتماد والمصادقة:

| | | |
|---|---|---|
| | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) | اسم الموظف المعتمد: |
| الختم والتوقيع: | / / | التاريخ: |
| | ☐ لا أصادق على اعتماد استمارة الأسير | المبررات والأسباب: |
| | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) | اسم الموظف المعتمد: |
| الختم والتوقيع: | / / | التاريخ: |
| | ☐ لا أصادق على اعتماد استمارة الأسير | المبررات والأسباب: |

CONFIDENTIAL

02:009360

3



# TO WHOM IT MAY CONCERN

**CICR**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    ALI MOHAMMAD HAMMAD  HLAYEL                    ID NO: 92062927-6

From :    BETHLEHEM

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    06.03.2004

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  علي محمد حماد هليل

من بيت لحم _____ هوية رقم  9206292 7-6

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __6__ / شهر __3__ / سنة __2004__

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة __×__ إداري _____

محكوم/ة أو إداري لمدة  مدى الحياة

وهو/هي أطلق سراحه/ها في يوم __×××__ / شهر __×××__ / سنة __×××__

Date:  16.04.2006
التاريخ

Place:  BETHLEHEM/NR
المكان

ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

02:009361



CONFIDENTIAL

02:009362



CONFIDENTIAL

02:009363



**Palestinian National Authority**

Ministry of Detainees & Freed Detainees Affair

Gen.Directorate of Detainees Affars



الوطنيــة الفلسطينيــة

ؤون الأسـرى والمحـريــن

بامة لشـــؤون الاسـرى

١٦ / ٨ / ٢٠١١ م

الأخ/عبد الجبار سالم حفظه الله

المكلف بمهام مدير عام الرواتب

وزارة المالية

بواسطة الأخ / شكري سلمة / المحترم

ير عام الإدارة العامة لشؤون الأسرى

وزارة شؤون الأسرى والمحررين

تحية طيبة وبعد.

الموضوع : قرار الحالة الانتقالية للأسير المحرر

تشهد مديرية وزارة شؤون الأسرى والمحررين في محافظة ................كم .... بأن الأسير / ة

المحرر / ة .............جهاد جمال ليار حامل / ة هوية رقم ................٧٢٦٦٢٩٢٧٦... من

محافظة ................كم .... قد أمضى / ة كافة محكوميته / ها في سجون الاحتلال الإسرائيلي على

خلفية نضاله الوطني وهو أسير أمني طوال فترة اعتقاله.

وتفضلوا بقبول فائق الاحترام ،،

مصادقة الإدارة العامة لشؤون الأسرى

مدير عام الإدارة العامة.............

التوقيع والختم .............

التاريخ .............

مدير مديرية وزارة شؤون الأسرى

محافظة ................

اسم المدير .............

التوقيع والختم .............

**CONFIDENTIAL**

02:009364