PLAINTIFF'S EXHIBIT 85



**Palestinian National Authority**
**Ministry of Detainees Affairs**

## Detainee's/ Ex-Detainee's File

### Personal Information
**File No.:** 446300   **Identity No.:** 25806985   **Gender:** Male   **Modification Date:** November 28, 2012
**Name:** Feras            Sadeq            Mohamed       Ghanem   **Tel:**
**Cashing Center:** 10, Jerusalem   **Address:** Jerusalem,   628024, Jerusalem
**Marital Status:** Divorced   **No. of Spouses:** 0   **No. of Children:** 3

### Financial Information
| | | | |
|---|---|---|---|
| **Name:** Amal Ahmed Ismail Ghanem | **Identity No.:** 80779010 | **Relationship:** | **Address:** |
| **Name of Authorized Agent:** | **Identity No.:** 0 | **Relationship:** | **Address:** |
| **Bank:** Cairo Amman 1 | **Branch:** Ramallah | **Account No.:** 431457 | |
| **Allocation:** :6450 | **Arrears:** 0 | | |
| **Accreditation Start Date:** July 1, 2002 | **End Date:** February 1, 2013 | | |

### Detention Information
**Date of Detention:** February 18, 2002   **Detention Status:** Sentenced
**Sentenced: Day:** 0, **Month:** 0, **Year:** 999
**Employment:** 850Jerusalem   **Date of Release:** 0   **Date of Actual Release:** 0
**Organization:** 1       Fatah   **Prison:** 1 not identified   **Statement No.:** 20040964

CONFIDENTIAL   02:009365

## Expenditures

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 6450 | 0 | 400 | 0 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 11 | 6450 | 13455 | 0 | 0 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 10 | 6450 | 13544 | 0 | 0 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 9 | 6450 | 13544 | 0 | 19994 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 8 | 6450 | 13544 | 0 | 19994 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 7 | 6450 | 12280 | 0 | 18730 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 6 | 6450 | 12280 | 400 | 19130 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 5 | 6450 | 12130 | 0 | 18580 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 4 | 6500 | 12280 | 0 | 0 | Amal Ahmed Ismail Ghanem | 80779010 | Cairo Amman | Ramallah | 431457 |
| 2012 | 2 | 1800 | 0 | 0 | 1800 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2011 | 4 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2011 | 3 | 2100 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2011 | 2 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2011 | 1 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 12 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 11 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 10 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 9 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 8 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 7 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 6 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 5 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |

December 31, 2012        8:39:18 a.m.        1        CONFIDENTIAL        02:009365 [continued]

Palestinian National Authority
Ministry of Detainees Affairs

| Year | # | A | B | C | Name | Account | Bank | Code | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 4 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 3 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 2 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2010 | 1 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 12 | 2100 | 1000 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 11 | 2100 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 10 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 9 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 8 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 7 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 6 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 5 | 2100 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 4 | 2100 | 8000 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 3 | 1800 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 2 | 1800 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2009 | 1 | 1800 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 12 | 1800 | 500 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 11 | 1800 | 300 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 10 | 1800 | 300 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 9 | 1800 | 300 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 8 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 7 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 6 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 5 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 4 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 3 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 2 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2008 | 1 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 12 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 11 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 10 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 9 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 8 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 7 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 6 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 5 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 4 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 3 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 2 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2007 | 1 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 12 | 1800 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |

December 31, 2012    8:39:18 a.m.    2    CONFIDENTIAL

02:009366

Palestinian National Authority
Ministry of Detainees Affairs

| Year | # | Amount | | | Name | Account | Bank | Code | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 2006 | 11 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 10 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 9 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 8 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 7 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 6 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 5 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 4 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 3 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 2 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2006 | 1 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 12 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 11 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 10 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 9 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 8 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 7 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 6 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 5 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 4 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 3 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 2 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2005 | 1 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 12 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 11 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 10 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 9 | 1800 | 1800 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 7 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 6 | 1800 | 5400 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 2 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2004 | 1 | 1800 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 12 | 1560 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 11 | 1560 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 10 | 1560 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 9 | 1560 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 8 | 1560 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 7 | 1560 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 6 | 1260 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 5 | 1260 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 4 | 1260 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2003 | 3 | 1260 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |

3

December 31, 2012    8:39:18 a.m.
CONFIDENTIAL

02:009367

**Palestinian National Authority**
**Ministry of Detainees Affairs**

| 2003 | 2  | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
|------|----|------|---|---|---|---------------------------|-----------|-----------|------|--------|
| 2003 | 1  | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2002 | 12 | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2002 | 11 | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2002 | 10 | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2002 | 9  | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2002 | 8  | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
| 2002 | 7  | 1260 | 0 | 0 | 0 | Nawal Hassan Ahmed Salmia | 904892304 | Arab Bank | 9030 | 628024 |
|      |    | 242780 | 132157 | 800 | 98228 | | | | | |

December 31, 2012    8:39:18 a.m.

4

02:009368

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br>  Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br>  Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02: 009365-9368.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02: 009365-9368.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A. FLORES
Notary Public
State of New Jersey
My Commission Expires: May 16, 2017
I.D.# 2420914

| | | Palestinian National Authority | | السلطة الوطنية الفلسطينية |
|---|---|---|---|---|
| | | Ministry of Detainees Affairs | | وزارة شؤون الأسرى والمحررين |

## ملف أسير / محرر

### البيانات الشخصية

| رقم الملف | 446300 | | رقم الهوية | 25806985 | الجنس | ذكر | تاريخ التعديل | 28/11/2012 |
|---|---|---|---|---|---|---|---|---|
| الاسم | فراس | صادق | محمد | غانم | | | تلفون | |
| مركز صرف | 10 | القدس | | العنوان | القدس ٦٢٨٠٢٤ القدس | | | |
| حالة زواجية | مطلق | | | عدد الزوجات | 0 | | عدد الابناء | 3 |

### البيانات المالية

| اسم | امل احمد اسماعيل غانم | | الهوية | 80779010 | الصلة | | العنوان | |
|---|---|---|---|---|---|---|---|---|
| اسم الوكيل | | | الهوية | 0 | الصلة | | العنوان | |
| البنك | 1 | القاهرة عمان | | الفرع | رام الله | | رقم الحساب | 431457 |
| المخصص | 6450 | | المتأخرات | 0 | بداية الاعتماد | 01/07/2002 | نهاية | 01/02/2013 |

### بيانات الأسر

| تاريخ الأسر | 18/02/2002 | | الحالة الاعتقالية | محكوم | الحكم يوم | 0 | شهر | 0 | سنة | 999 |
|---|---|---|---|---|---|---|---|---|---|---|
| العمل | 850 | القدس | تاريخ تحرر | 0 | تاريخ تحرر فعلي | | 0 |
| التنظيم | 1 | فتح | السجن | 1 | غيرمحدد | | رقم كشف | 20040964 |

### المصروفات

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | أسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 6450 | 0 | 400 | 0 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 11 | 6450 | 13455 | 0 | 0 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 10 | 6450 | 13544 | 0 | 0 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 9 | 6450 | 13544 | 0 | 19994 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 8 | 6450 | 13544 | 0 | 19994 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 7 | 6450 | 12280 | 0 | 18730 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 6 | 6450 | 12280 | 400 | 19130 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 5 | 6450 | 12130 | 0 | 18580 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 4 | 6500 | 12280 | 0 | 0 | امل احمد اسماعيل غانم | 80779010 | القاهرة عمان | رام الله | 431457 |
| 2012 | 2 | 1800 | 0 | 0 | 1800 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2011 | 4 | 1800 | 0 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2011 | 3 | 2100 | 0 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2011 | 2 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2011 | 1 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 12 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 11 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 10 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 9 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 8 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 7 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 6 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |
| 2010 | 5 | 2100 | 500 | 0 | 0 | نوال حسن احمد سلمية | 904892304 | البنك العربي | 9030 | 628024 |

CONFIDENTIAL  02:009365

**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

02:009366
CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 4 | 2010 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 3 | 2010 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 2 | 2010 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 1 | 2010 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 1000 | 2100 | 12 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 2100 | 11 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 10 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 9 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 8 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 7 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 6 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 2100 | 5 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 8000 | 2100 | 4 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 1800 | 3 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 1800 | 2 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 1800 | 1 | 2009 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 500 | 1800 | 12 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 300 | 1800 | 11 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 300 | 1800 | 10 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 300 | 1800 | 9 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 8 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 7 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 6 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 5 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 4 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 3 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 2 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 1 | 2008 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 12 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 11 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 10 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 9 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 8 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 7 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 6 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 5 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 4 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 3 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 2 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 1 | 2007 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 12 | 2006 |



**Palestinian National Authority**
**Ministry of Detainees Affairs**
وزارة شؤون الأسرى والمحررين

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 11 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 10 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 9 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 8 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 7 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 6 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 5 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 4 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 3 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 2 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 1 | 2006 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 12 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 11 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 10 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 9 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 8 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 7 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 6 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 5 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 4 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 3 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 2 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 1 | 2005 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 12 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 11 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 10 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 1800 | 1800 | 9 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 7 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 5400 | 1800 | 6 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 2 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1800 | 1 | 2004 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1560 | 12 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1560 | 11 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1560 | 10 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1560 | 9 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1560 | 8 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1560 | 7 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 6 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 5 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 4 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 3 | 2003 |

02:009367 CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Palestinian National Authority | | | | | | | | السلطة الوطنية الفلسطينية | |
| Ministry of Detainees Affairs | | | | | | | | وزارة شؤون الأسرى والمحررين | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 2 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 1 | 2003 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 12 | 2002 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 11 | 2002 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 10 | 2002 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 9 | 2002 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 8 | 2002 |
| 628024 | 9030 | البنك العربي | 904892304 | نوال حسن احمد سلمية | 0 | 0 | 0 | 1260 | 7 | 2002 |
| | | | | | 98228 | 800 | 132157 | 242780 | | |

CONFIDENTIAL                                                                 02:009368