Palestinian National Authority
Ministry of Detainees' Affairs



## Detainee's / Ex-Detainee's File

**Personal Information**

File No.: 453304
Name: Ahmed Mohamed Bethlehem
Cashing Center: 26
Marital Status: Single

Identity No. 911744878

Gender: Male
Ahmed Sa'ad
Address: Bethlehem 6706, Bethlehem
Number of Children: 0

Modification Date: February 9, 2012
Tel:

Number of Spouses: 0

**Financial Information**

Name: Mohamed Ahmed Mahmoud Sa'ad
Name of Agent:
Bank:  9 Egyptian Arab Land Bank
Allocation: 4000

Identity No. 982201634
Agent's Identity No.: 0
Branch: Bethlehem
Arrears: 0

Relationship:
Relationship:

Address:
Address:

Account No.: 6706

Accreditation Start Date: July 1, 2004

End Date: January 1, 2013

Detention Data: March 11, 2004
Employment: 1 not specified
Organization:  1    Fatah

Detention Status: Sentenced
Release Date: 0
Prison: 1 not specified

Sentenced:
Date of Actual Release: 0
Statement No.: 20060863

Day: 0     Month: 0     Year: 30

## Expenditures

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of the Beneficiary | Identity No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------------|-----------|------------------------|--------------|------|--------|-------------|
| 2012 | 12 | 4000 | 0 | 400 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 11 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 10 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 9 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |

CONFIDENTIAL

02:009400

PLAINTIFF'S EXHIBIT 87

| | | | | | | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 8 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 7 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 6 | 4000 | 0 | 400 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 5 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 4 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 3 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 2 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 6 | 4000 | 0 | 400 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 4 | 4000 | 8100 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2011 | 3 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |

December 31, 2012

8:38:30 a.m.

CONFIDENTIAL

1

02:009400 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| 2011 | 2 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 1 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 12 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 11 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 10 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 9 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 8 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 7 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 6 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 5 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 4 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 3 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 2 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2010 | 1 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 12 | 1300 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |

CONFIDENTIAL

02:009401

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | 11 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 10 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 9 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 8 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 7 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 6 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 5 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 4 | 1300 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 3 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 2 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2009 | 1 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 12 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 11 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 10 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 9 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 8 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 7 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |

CONFIDENTIAL

02:009401 [continued]

| 2008 | 6 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
|------|----|------|---|---|---|------------------------------|-----------|--------------------------|-----------|------|
| 2008 | 5 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 4 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 3 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 2 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2008 | 1 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2007 | 12 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2007 | 11 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2007 | 10 | 1000 | 0 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |

December 31, 2012

8:38:30 a.m.

2

CONFIDENTIAL

02:009401 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| Year | | | | | | | Name | Account | Bank | Branch | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 1000 | 8000 | 0 | 0 | 0 | 9 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 12 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 11 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 10 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 9 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 8 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 7 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 6 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 5 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 4 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 3 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 2 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2006 | 1000 | 0 | 0 | 0 | 0 | 1 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 1000 | 0 | 0 | 0 | 0 | 12 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 1000 | 0 | 0 | 0 | 0 | 11 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 1000 | 0 | 0 | 0 | 0 | 10 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |

CONFIDENTIAL

02:009402

| Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | 9 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 8 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 7 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 6 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 5 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 4 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 3 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 2 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2005 | 1 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2004 | 12 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2004 | 11 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2004 | 10 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2004 | 9 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2004 | 8 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| 2004 | 7 | 1000 | 0 | 0 | Mohamed Ahmed Mahmoud Sa'ad | 982201634 | Egyptian Arab Land Bank | Bethlehem | 6706 |
| | | 164,200 | 16,100 | 1,600 | 0 | | | | |

December 31, 2012

8:38:30 a.m.

CONFIDENTIAL

3

02:009402 [continued]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Legal Affairs**



**Date**: July 2, 2008

To His Excellency Brother/ Mohamed Allan,
Director of the Department of Communication with Prisons

2058 [Handwritten]

Greetings,

| |
|---|
| **Palestinian National Authority**<br>**Ministry of Detainees' & Ex-**<br>**Detainees' Affairs**<br>**General Department of Legal**<br>**Affairs**<br><br>**July 2, 2008**<br><br>**Issued 2/D.Q./1024** |

### Subject: Installment Payments for Detainee Ahmed Mohamed Ahmed Sa'ad

It has been brought to our attention from Eshel Prison through a previous visit from our attorneys that detainee Ahmed Mohamed Ahmed Sa'ad, Identity No. 91174487, needs to make his university payments. They have not been paid for a year and a half. The parents' telephone no. is: 0522335710.

Respectfully yours,

Attorney/ Jawad Amawi
[Signature]
[illegible stamp]

Lwees Bldg., Sateh Marhaba, P.O. BOX: 2105
Telefax: 02-2420503

**CONFIDENTIAL**

02:009403



**CICR**

No. 57947

(2748437) [handwritten]

**To Whom It May Concern**

2058 [handwritten]

This attestation is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli authorities, the International Committee of the Red Cross attests that:

Mr. Mohamed Ahmed Mahmoud Sa'ad

From: Bethlehem                    Identity No.: 91174487-8

Was arrested by the Israeli authorities on March 11, 2004

And on that date, he/she was scheduled for: Trial _____ Sentencing _____ Administrative proceedings _____.

Length of sentence / administrative period: 29 years, 11 months and 27 days.

He/she was released on: day _____/_____month_____/_____ year _____/_____

**Date:** October 16, 2007

**Place:** Bethlehem – NR

[Signature]

Edouard Rodier

ICRC Delegate

[Stamp] [illegible]

March 17, 2009

International Committee of the Red Cross

[illegible] Benatti

[Signature]

**CONFIDENTIAL**

**02:009404**

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees' & Ex-Detainees**

## Detainee's Application Form

| Application No. | 4 | 5 | 3 | 3 | 0 | 4 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Application was Completed | March 27, 2011 | | | | Division/ Ministry's Branch | | Bethlehem | | |

### 1. Detainee's Main Information

| Identity No.: | 9 | 1 | 1 | 7 | 4 | 4 | 8 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|

| Full Name: | First Name | Father's Name | Grandfather's Name | Family Name |
|---|---|---|---|---|
| | Ahmed | Mohamed | Ahmed | Sa'ad |

| Mother's Name: | Najwa | Gender | | Male ☐ | Female ☐ |
|---|---|---|---|---|---|
| Date of Birth | February 21, 1987 | Place of Birth | | Bethlehem | |

| Educational Qualification: | Illiterate ☐ | Elementary ☐ | Secondary ☒ | Diploma ☐ | University ☐ | Post-Graduate Studies ☐ |
|---|---|---|---|---|---|---|

| Profession Before Detention: | Student | Organization | |
|---|---|---|---|
| Date of Detention: | March 11, 2004 | Place of Detention | Beersheba |

| Detention Status: | Arrested ☐ | Sentenced ☒ | Administrative ☐ | Released ☐ | Others ☐ |
|---|---|---|---|---|---|

| In case the person is convicted, what is the sentence according to the Red Cross Certificate: | Day 29 | Month 11 | Year 29 | Date of expected release according to the court's verdict | Day | Month | Year |
|---|---|---|---|---|---|---|---|

| Permanent Address | Governorate | Bethlehem | Community | Al-Dawha |
|---|---|---|---|---|
| Notes | | | | |

### 2. Information about Previous Detentions.

Number of times the person was detained: _____ [illegible] _____ (Must be substantiated with a certificate from the Red Cross and listed in chronological order from latest to earliest)

| No. | Date of Detention | Type of Detention | Date of Release | Detention period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

**CONFIDENTIAL**

02:009405



**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees & Ex-Detainees**

## 3. Information about personal status

| Marital Status | Single ☒ | | Married ☐ | | Divorced ☐ | | Widow(er) ☐ | |
|---|---|---|---|---|---|---|---|---|
| In Case of Marriage: | Fill in Spouse and Children Data | | | | | | | |
| Spouse's Identity No.: | | | | | | | | Date of Marriage: |
| Spouse's Name: | | | | | | | Number of Children | |

**Data of Children and First Wife:** (Male children under 18 years, and all unmarried females regardless of their ages)

| No. | Name | Date of Birth | Marital Status | Level of Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

## 4. Information about the Beneficiary

| Identity No.: | 9 | 8 | 2 | 2 | 0 | 1 | 6 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Name: | Mohamed Ahmed Mahmoud Sa'ad | | | | Relationship: | | Father | | |
| Date of Power of Attorney | | | | | Period of Effectiveness for the Power of Attorney | | | | |
| Bank | Egyptian Arab Land Bank | | | | Branch | | Bethlehem | | |
| Account No. | 6 | 7 | 0 | 6 | | | Account only in Shekels | | |
| Landline Phone No.: | 2748437 | | | | Cell Phone No.: | | 0599299247 | | |
| Permanent Address | Governorate | | Bethlehem | | Neighborhood | | Al-Dawha Dou[illegible] | | |
| Notes | | | | | | | | | |

| Applicant's Comments | |
|---|---|
| Acknowledgment | I, the signatory below, attest that the information provided in this application is entirely true and I assume full responsibility for its accuracy. |
| Applicant's Signature | Mohamed Ahmed Mahmoud Sa'ad [Signature] |

**CONFIDENTIAL**

02:009406

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees' & Ex-Detainees'**



**5. For Official Use Only:**

| | |
|---|---|
| **Supervisor Name / the Employee** | Belal Zarbia |
| **Supervisor Notes / the Employee:** | |

| **Date** | March 27, 2011 | **Signature** | [illegible] |
|---|---|---|---|

| **Name of the Head of the Department** | Khadr al-Araaj | STAMP OF THE **Palestinian National Authority General Department of Detainees' & Ex-Detainees' Department of Bethlehem** |
|---|---|---|
| **Remarks of the Head of the Department** | [illegible] Conditions | |
| **Date** | April 2, 2011 | **Seal and Signature** [signature] |

**Enclosed Documents:** Put a checkmark next to the applicable document

| | | | |
|---|---|---|---|
| ☐ | Copy of the detainee/ Ex-detainee's Identity | ☐ | Copy of beneficiary's identity card |
| ☐ | Red Cross certificates | ☐ | Bill of indictment |
| ☐ | Court Ruling  (if any) | ☐ | Copy of the debit card |
| ☐ | Copy of the marriage certificate | ☐ | Copies of children's birth certificates |
| ☐ | Rider (wife/wives) | ☐ | Others (specify) |

**6. Approval and Authentication:** [no entry below – no approval or non-approval]

| | |
|---|---|
| 1. Approval from Department of Detainees' Affairs | ☐  I approve the detainee's application (consistent with laws and regulation) |
| Certifier name | |
| Date | /    /    Seal and signature |
| | ☐  I do not approve the detainee's application |
| Reasons and justifications | |
| 2. Approval from Dept. of Legal Affairs | ☐  I approve the detainee's application (Consistent with laws and regulations) |
| Certifier name | |
| Date | /    /    Seal and Signature |
| | ☐  I do not approve the detainee's application |
| Reasons and justifications | |

**CONFIDENTIAL**                    02:009407



No. 57947

## To Whom It May Concern

This attestation is valid only if the English and Arabic versions match each other.

According to the information received from the Israeli authorities, the International Committee of the Red Cross attests that:

Mr. **Ahmed Mohamed Ahmed Sa'ad**

From: **Bethlehem**     Identity No.: **91174487-8**

Was arrested by the Israeli authorities on **March 11, 2004**

And on that date, he/she was scheduled for: Trial _____ Sentencing _____ Administrative proceedings _____.

Length of sentence / administrative period: 29 years, 11 months and 27 days.

He/she was released on:  day _____ month _____ year _____

[Signature]
Edouard Rodier

ICRC Delegate

**Date:** October 16, 2007
**Place:** Bethlehem



[Stamp] P.P Serge Zogg
[Signature]

**CONFIDENTIAL**                                    02:009408

**EGYPTIAN ARAB LAND BANK**

**Account Card**

**Name:** Mohamed Ahmed Sa'ad
**Account No.:** 6706/0
**Branch:** Bethlehem

**Branch:** Bethlehem

---

**Palestinian Authority     Identity Card**

**Identity No.:** 9 8220163 4
**First Name:** Mohamed
**Father's Name:** Ahmed
**Grandfather's Name:** Mahmoud
**Family Name:** Sa'ad
**Mother's Name:** Nadhirra
**Date of Birth:** December 13, 1961
**Place of birth:** Artas
**Gender:** Male     **Religion:** Muslim
**Issued in:** Bethlehem
**On the date of:** March 31, 2008

[photograph]

Seal of the
Palestinian Authority
Department of Civil
Affairs
[Signature]

---

**Palestinian Authority     Identity Card (Annex)**

**Identity No.:** 9 8220163 4
**Family Name:** Sa'ad
**First Name:** Mohamed
**Address:** Bethlehem                    0          0
**Town:** Khirbat Zakaria
**Personal Status:** Married
**Spouse's Identity No.:** 9 0378053 4
**Spouse's Name:** Najwa
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:**
**Previous First Name:**

**CONFIDENTIAL**

02:009409

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Directorate of Detainees' Affairs**

April 3, 2011

Brother/ Abdul Jabbar Salem                    May God Protect Him
Acting as the General Director of Payroll
Ministry of Finance

Through the Respected Brother / Shokri Salmeh /
Director General of the General Directorate of Detainees' Affairs
Ministry of Detainees' & Ex-Detainees' Affairs

Greetings,

### Subject: Acknowledgment of the Detention Status of an Ex-Detainee

The directorate of the Ministry of Detainees' and Ex-Detainees' Affairs in the Governorate of <u>Bethlehem</u> acknowledges that Detainee/ <u>Ahmed Mohamed Ahmed Sa'ad</u> bearer of Identity No. <u>911744878</u>, from the Governorate of <u>Bethlehem</u>, has finished his sentence in the prisons of the Israeli occupation due to his fight on behalf of the nation. He was a security detainee during the entire period of his detention.

Respectfully yours,

| | |
|---|---|
| Approval of the General Directorate of Detainees' Affairs | The Director of the Directorate of Detainees' Affairs |
| The Director General of the General Directorate _____ | Governorate of Bethlehem _____ |
| Signature and stamp _____ | Name of the Director: Khadr al-Araaj _____ |
| Date _____ | Signature and stamp __[Signature]_____ |

> Seal of the
> Palestinian National Authority
> Ministry of Detainees' & Ex-
> Detainees' Affairs

**CONFIDENTIAL**                                    02:009410



**No. 57947**

# CICR

## <u>To Whom It May Concern</u>

This attestation is valid only if the English and Arabic versions match each other.

According to the information received from the Israeli authorities, the International Committee of the Red Cross attests that:

Mr. **Ahmed Mohamed Ahmed Sa'ad**

From: **Bethlehem**    Identity No.: **91174487-8**

Was arrested by the Israeli authorities on **March 11, 2004**

And on that date, he/she was scheduled for:  Trial _____  Sentencing _____  Administrative proceedings _____.

Length of sentence / administrative period: 29 years, 11 months and 27 days.

He/she was released on:  day _____ month _____ year _____

**Date:** October 16, 2007

**Place:** Bethlehem - NR



[Signature]

Edouard Rodier

ICRC Delegate

[Stamp] [illegible]
PP. Serge ZOGG
[Signature]

**CONFIDENTIAL**

**02:009411**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009400-9411.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009400-9411.

Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014


Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires _NOV. 14 2015_ .

Palestinian National Authority
**Ministry of Detainees Affairs**

وزارة شؤون الأسرى والمحررين

البيانات الشخصية | | | **ملف أسير / محرر** | | |
---|---|---|---|---|---|

| | البيانات الشخصية |
|---|---|

| 09/02/2012 | تاريخ التعديل | | ذكر | الجنس | 911744878 | رقم الهوية | | 453304 | رقم الملف |
|---|---|---|---|---|---|---|---|---|---|
| | تلفون | | | | سعد | احمد | محمد | احمد | الاسم |
| | | بيت لحم ٦٧٠٦ بيت لحم | العنوان | | بيت لحم | 26 | | | مركز صرف |
| 0 | عدد الابناء | | 0 | عدد الزوجات | | اعزب | | | حالة زواجية |

| | البيانات المالية |
|---|---|

| | العنوان | الصلة | | 982201634 | الهوية | محمد احمد محمود سعد | | اسم |
|---|---|---|---|---|---|---|---|---|
| | العنوان | الصلة | 0 | | الهوية | | | اسم الوكيل |
| 6706 | رقم الحساب | | بيت لحم | الفرع | العقاري المصري العربي | 9 | | البنك |
| **01/01/2013** | نهاية | 01/07/2004 | بداية الاعتماد | 0 | المتأخرات | 4000 | | المخصص |

بيانات الأسر

| 30 | سنة | 0 | شهر | 0 | الحكم يوم | محكم | الحالة الاعتقالية | | 11/03/2004 | تاريخ الأسر |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | تاريخ تحرر فعلي | | 0 | | تاريخ تحرر | غيرمحدد | 1 | | العمل |
| 20060863 | رقم كشف | غيرمحدد | 1 | | السجن | فتح | 1 | | التنظيم |

## المصروفات

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 4000 | 0 | 400 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 11 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 10 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 9 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 8 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 7 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 6 | 4000 | 0 | 400 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 5 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 4 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 3 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 2 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 6 | 4000 | 0 | 400 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 4 | 4000 | 8100 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |
| 2011 | 3 | 1300 | 0 | 0 | 0 | محمد احمد محمود سعد | 982201634 | العقاري المصري | بيت لحم | 6706 |



Palestinian National Authority

Ministry of Detainees Affairs

السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

02:009401

CONFIDENTIAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 2 | 2011 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 1 | 2011 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 12 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 11 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 10 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 9 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 8 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 7 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 6 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 5 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 4 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 3 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 2 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 1 | 2010 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 12 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 11 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 10 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 9 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 8 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 7 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 6 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 5 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1300 | 4 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 3 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 2 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 1 | 2009 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 12 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 11 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 10 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 9 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 8 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 7 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 6 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 5 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 4 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 3 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 2 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 1 | 2008 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 12 | 2007 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 11 | 2007 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 10 | 2007 |



**Palestinian National Authority**

**Ministry of Detainees Affairs**

أملاك الحكم الفلسطينية

وزارة شؤون الأسرى والمحررين

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 8000 | 1000 | 9 | 2007 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 12 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 11 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 10 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 9 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 8 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 7 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 6 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 5 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 4 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 3 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 2 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 1 | 2006 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 12 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 11 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 10 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 9 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 8 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 7 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 6 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 5 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 4 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 3 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 2 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 1 | 2005 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 12 | 2004 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 11 | 2004 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 10 | 2004 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 9 | 2004 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 8 | 2004 |
| 6706 | بيت لحم | العقاري المصري | 982201634 | محمد احمد محمود سعد | 0 | 0 | 0 | 1000 | 7 | 2004 |
| | | | | | 0 | 1600 | 16100 | 164200 | | |

**CONFIDENTIAL**

02:009402

بسم الله الرحمن الرحيم 

**Palestinian National Authority**

Ministry of Detainees & Ex-Detainees Affairs

General Department of Legal Affairs

السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى و المحررين

الإدارة العامة للشؤون القانونية

---

التاريخ 2008/7/2

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة للشؤون القانونية

2058

0 2 -07- 2008

صادر
الرقم: ..............

حضرة الاخ / محمد علان المحترم

مدير دائرة الاتصال بالسجون

تحية طيبة و بعد،،،،،،،

<u>الموضوع : تسديد اقساط الأسير "احمد محمد احمد سعد"</u>

ورد لنا من سجن ايشل من خلال زيارة محامونا للسجن سابقا ، بأن الاسير " احمد محمد احمد سعد هوية رقم 91174487 "
بحاجة الى تسديد شيكات التعليم الجامعي حيث انها منذ سنة و نصف لم يتم تسديدها. رقم تلفون الأهل :- 0522335710.

مع فائق الاحترام



المحامي
جواد عمـاوي

CONFIDENTIAL

02:009403

---

Lwees Bldg., Sateh Marhaba, P.O.BOX:2105 Ramallah

Telefax: 02-2420503

عمارة لويز- سطح مرحبا- رام الله ص.ب:2105

تلفاكس : 02-2420503

№  57947

## TO WHOM IT MAY CONCERN

2058

**CICR**

This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that :

Mr:  AHMAD MOHAMMAD AHMAD  SAAD

From :  BETHLEHEM                          ID NO: 91174487-8

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    11.03.2004

He is to date :       Sentenced

Length of sentence / administrative period : 29.11.27 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة     احمد محمد احمد سعد

من  بيت لحم    هوية رقم  9117447-8

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم  ١١  / شهر  ٣  / سنة  ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحه/ها في يوم _____ / شهر _____ / سنة _____

Date:  16.10.2007
التاريخ

17 -03- 2009

Place:  BETHLEHEM-NR
المكان

International Committee
of the Red C

EDOUARD RODIER
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**                                              02:009404

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطــة الوطنيــة الفلسطينيــة

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

| | | | | ۸ | ۵ | ۳ | ۳ | ۵ | ۱۸ | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|---|---|
| | | بيت لحم | | المديرية/فرع الوزارة: | | ۲۰۱۱/۲/۲۷ | | | تاريخ تعبئة الاستمارة: | |

**1. المعلومات الرئيسية للأسير:**

| ۶ | ۱ | ۱ | ۰ | ٤ | ٤ | ٤ | ۷ | ۸ | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|---|---|---|---|

| العائلة | الأب | الأول | | الاسم الرباعي: |
|---|---|---|---|---|
| | ا | محمد | احمد | |

| اسم الأم: | | | | | |
|---|---|---|---|---|---|
| الجنس: | ☐ ذكر | ☐ أنثى | | اسم الأب: | لحم |
| تاريخ الميلاد: | ۸۶/۲/۲۱ | | مكان الولادة: | بيت لحم | |
| المؤهل العلمي: | ☐ أمي | ☐ الأساسية | ☑ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا |
| المهنة قبل الأسر: | طالب | التنظيم: | | | |
| تاريخ الأسر: | ۲۰۰٤/۲/۱۹ | مكان الأسر: | بيت لحم | | |
| الوضع الاعتقالي: | ☑ موقوف | ☐ محكوم | ☐ إداري | ☐ أسير محرر | |

| في حالة الحكم: مدة الحكم | يوم | شهر | سنة | تاريخ الإفراج المتوقع | اليوم | الشهر | العام |
|---|---|---|---|---|---|---|---|
| حسب قرار الحكم: | ۲۹ | ۱۱ | ۵۹ | | | | |
| تجنيد حامل الصليب: | | | | | | | |

| المحافظة: | بيت لحم | التجمع السكاني: | الدويريج |
|---|---|---|---|
| ملاحظة: | | | |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة والحالية: ___ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| رقم | تاريخ الاعتقال | تاريخ الاعتقال | تاريخ الإفراج | نوع الاعتقال | ملاحظات |
|---|---|---|---|---|---|
| .1 | | | | | |
| .2 | | | | | |
| .3 | | | | | |
| .4 | | | | | |
| .5 | | | | | |
| .6 | | | | | |

1

**CONFIDENTIAL**

02:009405



Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | | ☐ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|---|

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

رقم هوية الزوج/ة:

اسم الزوج/ة:                 تاريخ عقد الزواج / /

عدد الأولاد:

بيانات الأبناء من الزوجة الأولى: (الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | مكان الإقامة | حالات الاحتياج الخاصة | التحصيل الدراسي |
|---|---|---|---|---|---|
| .1 | | | | | |
| .2 | | | | | |
| .3 | | | | | |
| .4 | | | | | |
| .5 | | | | | |
| .6 | | | | | |
| .7 | | | | | |
| .8 | | | | | |
| .9 | | | | | |

4. الوكيل "المستفيد":

رقم المستفيد": ٩ ٨ ٢ ٢ ٠ ١ ٦ ٣ ٤

اسم المستفيد": محمد أحمد محمود سسم رأفت

صلة القرابة:

نوع البنك:   / /   مدة سريان الوكالة:

اسم البنك: البنك العربي الاسلامي   فرع البنك: نابلس

رقم الحساب: ٦ ٧ ٠ ٦   الحساب جاري شيكل فقط

رقم الهاتف الأرضي: ٢٧ ٢ ٤٣٧   رقم الهاتف النقال: ٩٩٥ ٩٩٢ ب

العنوان الدائم للمستفيد:   المحافظة:   التجمع السكاني: المدينة

ملاحظات:

ملاحظات مقدم الطلب:

إقرار: أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها.

توقيع مقدم الطلب:

2

**CONFIDENTIAL**

02:009406

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| | |
|---|---|
| اسم المرشد/الموظف: | محمد زكي زرزور |
| ملاحظات المرشد/الموظف: | |
| التاريخ: | 3/1/2011 التوقيع: |
| اسم مدير المديرية: | منتصر شحرور |
| ملاحظات مدير المديرية: | |
| التاريخ: | 2/1/2011 الختم والتوقيع: |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| ☑ | صورة هوية الأسير/المحرر | ☑ | صورة هوية المستفيد |
| ☑ | شهادات الصليب الأحمر | ☑ | لائحة الاتهام |
| ☑ | قرار الحكم (إن وجد) | ☑ | صورة بطاقة الحساب البنكي |
| ☑ | صورة عقد الزواج | ☑ | صور شهادات الميلاد للأبناء |
| ☑ | ملحق بإضافة زوجة/زوجات | ☑ | أخرى (حدد) |

6. الاعتماد والمصادقة:

| المصادقة من الدرجة الأولى: | ☐ أصادق على أعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

| المصادقة من الدرجة الثانية: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

**CONFIDENTIAL**

02:009407

№  57947



## TO WHOM IT MAY CONCERN

**CICR**

This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that :

Mr :    AHMAD MOHAMMAD AHMAD  SAAD

From :    BETHLEHEM                              ID NO: 91174487-8

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    11.03.2004

He is to date :        Sentenced

Length of sentence / administrative period : 29.11.27 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ____ احمد محمد احمد سعد ____

من ___ بيت لحم ___ هوية رقم ____ 91174487-8 ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __ ١١ __ / شهر __ ٣ __ / سنة __ ٢٠٠٤ __

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحه/ها في يوم ____ /شهر ____ / سنة ____

Date:   16.10.2007

التاريخ

Place:   BETHLEHEM-NR

المكان

**CONFIDENTIAL**

EDOUARD RODIER
ICRC Delegate
توقيع مندوب اللجنة

02:009408



CONFIDENTIAL

02:009409

Palestinian  National  Authority

Ministry of Detainees & Freed Detainees Affair

Gen.Directorate of Detainees Affars



السلطــــــة الوطنيـــــة الفلسطينيــــة

وزارة الأسرى والمحرريـــــن

الإدارة العامة لشـــؤون الأسرى

م 20/ ١ / ٤ / ٣

الأخ/عبد الجبار سالم حفظه الله

المكلف بمهام مدير عام الرواتب

وزارة المالية

ده اسطة الأخ / شكري سلمة / المحترم

مدير عام الإدارة العامة لشؤون الأسرى

وزارة شؤون الأسرى والمحررين

تحية طيبة وبعد

الموضوع: إقرار الجنة الاعتقالية للأسير المبين ...

تشهد مديرية وزارة شؤون الأسرى والمحررين في محافظة ......... بأن الأسير /

أحمد محمد أحمد سحبت ......... حامل /ة هوية رقم / ٩١١٧٧٤٨٧٨ من

محافظة ......... قد أمضى /ة كافة محكوميته / ها في سجون الاحتلال الإسرائيلي على

خلفية نضاله الوطني وهو أسير أمني طوال فترة اعتقاله.

وتفضلوا بقبول فائق الاحترام ،،

| مصادقة الإدارة العامة لشؤون الأسرى | مدير مديرية وزارة شؤون الأسرى |
| محافظة ......... |
| مدير عام الإدارة العامة ......... |
| التوقيع والختم ......... | اسم المدير ......... |
| التاريخ ......... | التوقيع والختم ......... |

CONFIDENTIAL

02:009410

№ 57947



# TO WHOM IT MAY CONCERN

**CICR**   This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that :

Mr:    AHMAD MOHAMMAD AHMAD   SAAD

From :   BETHLEHEM                                ID NO: 91174487-8

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    11.03.2004

He is to date :        Sentenced

Length of sentence / administrative period : 29.11.27 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/الآنسة   احمد محمد احمد سعد

من بيت لحم   هوية رقم 9117487-8

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١١ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحة/ها في يوم _____ /شهر _____ / سنة _____

Date:   16.10.2007
التاريخ

Place:  BETHLEHEM-NR
المكان

EDOUARD RODIER
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**

02:009411