
PLAINTIFF'S EXHIBIT 88

**State of Palestine**
**Public Security**
**Organization and Administration Institution**



February 27, 2012
10:15:14

## Comprehensive Overview Statement

**Date of Enlistment:** May 1, 1996
**Employment Terminated**

**Fiscal No.:**
**Name:** Ali Mounir Yusuf Ja'ara
**Rank:** Sergeant
**Unit:** Police Department/ Northern Governorates
**Observations 1:** Modification of name
**Identity No.:** 851454710
**Order No.:** 2449/1

**Personal No.:** 4738/1

**Work Description:**

**Mother's Name:** Fathiya
**Order Issue Date:** June 1, 1996

**Marital Status:** Married +0
**Date of Rank:** April 01, 2002
**Personal No.:**

**Date of Birth:** January 1, 1979
**Military No.:** 161084709
**Allocated to:**

**Promotions:**

| From | | To | | By Order | |
|---|---|---|---|---|---|
| From Private | May 1, 1996 | To Corporal | October 1, 1998 | By Order 11646/3 | September 30, 1998 |
| From Corporal | October 1, 1998 | To Corporal | April 1, 1999 | By Order 11569/14 | November 6, 1999 |
| From Corporal | April 1, 1999 | To Sergeant | April 1, 2002 | By Order 3933/3 | May 5, 2002 |

**Promotion Register:**

**Transfer:**

**Termination of Services:**
**On** January 5, 2004   **Reason** His lack of commitment towards work   **By Order** 9739/11   **On** July 6, 2006

**Transfer to Provisional Retirement:**

**Payment**
**On** November 1, 1999   **By Order** 11569   **Dated on** November 6, 1999
**By Reason** Inclusion of salary for end of vacation

**Miscellaneous Items Related to Noncommissioned Officers**

| By Order 11947/14 | Dated on October 6, 1998 | Reason Modification of name from Mounir Khalil Ja'abra to Ali Mounir Khalil Ja'ara |
| By Order 3285/14 | Dated on January 11, 1999 | Reason Change the name Ahmed Khalil to Yusuf |
| By Order 3898/14 | Dated on April 25, 1999 | Reason 6-month unpaid leave beginning May 1, 1999 |

**Miscellaneous Items Related to Officers**
**Sanctions**
**Security Suspicion**
**Security Investigation**
**Years of Detention**
**Security Investigation**

[Signature] 

**CONFIDENTIAL**                                                                 02:009412

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**DECLARATION OF ADNANE ETTAYEBI**

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009412.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009412.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A. FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D. # 2420914

دولة فلسطين
الامن العام
هيئة التنظيم والادارة

2012.02.27
10:15:14

منهى خدمات

| | 1996/05/01 |
|---|---|
| | علي منير يوسف جعاره |
| متزوج +٠ | رقيب |
| 2002/04/01 | مديرية الشرطة : محافظات الشمال |
| 1979/01/30 | تعديل اسم |
| 161084709   42246 | فتحية   851454710 |
| 1996/06/01 | 4738/1 |

الترقيات

| 1998/09/30 | 11646/3 | بلأمر | 1998/10/01 | ن عريف | 1996/05/01 | ث جندي |
| 1999/11/06 | 11569/14 | بلأمر | 1999/04/01 | ن عريف | 1998/10/01 | ث عريف |
| 2002/05/05 | 3933/3 | بلأمر | 2002/04/01 | ن رقيب | 1999/04/01 | ث عريف |

ترقين القيد

النقل

امضاء خدمات

| 2006/07/06 | 9739/11 | بلأمر | بسبب انعدم انزامة بالعمل | 2004/01/05 | | |

اعاده لاستنهاد

الصرف

| | 1999/11/06 | 11569/14 | بلأمر | 1999/11/01 | في |
| | | | ادراج راتب لانتهاء الاجازة | | |

متفرقات ضف ضباط

| 11947/14 | 1998/10/06 | بسبب تعديل اسم من علي منير خليل جعاره ليصبح علي منير خليل جعارة | بلأمر |
| 3285/14 | 1999/01/11 | بسبب تعديل اسم احد اخيال ليصبح يوسف | بلأمر |
| 3898/14 | 1999/04/25 | بسبب اجازه بدون راتب لمدة ٦ اشهر من ٩٩٠٥١ | بلأمر |

متفرقات ضباط

علومات

شخصا امنيد

بند امير



CONFIDENTIAL                              02:009412