

**PLAINTIFF'S EXHIBIT 89**

**State of Palestine**
**Public Security**
**Organization and Administration Institution**



February 27, 2012

## Comprehensive Overview Statement

**Date of Enlistment:** July 1, 1996
**Employment Terminated**

**Fiscal No.:** 20879
**Name:** Sa'id Ibrahim Sa'id Ramadan
**Rank:** Sergeant
**Unit:** The Martyrs' Families & Injured Care Establishment
**Observations 1:**
**Identity No.:** 904564804
**Order No.:** 5964/1

**Marital Status:** Single +0
**Date of Rank:** January 22, 2002
**Work Description:**    **Personal No.:** 46840

**Date of Birth:** December 18, 1978
**Mother's Name:** Azya    **Military No.:** 161053199
**Order Issue Date:** June 29, 1996    **Allocated to:**

**Promotions:**

| From | | To | | By Order | |
|---|---|---|---|---|---|
| From Corporal | July 1, 1996 | To Corporal | August 1, 1999 | By Order 7820/3 | August 7, 1999 |
| From Corporal | August 1, 1999 | To Sergeant | January 22, 2002 | By Order 3715/3 | April 28, 2002 [illegible] |

**Promotion Register:**

**Transfer:**
Transferred    On January 23, 2002    From Maritime Police in Gaza    To General Headquarters/ Martyrs/ Northern Provinces    By Order 371613    On January 28, 2002.    Reason His salary will be paid to his family

Transferred    On July 1, 2009    From Martyrs' Families & Injured Care Establishment    To the Martyrs' Families & Injured Care Establishment    By Order 27437    On April 19, 2009    Reason Based on the President's Instructions

Transferred    On July 1, 2009    From General Headquarters/ Martyrs/ Northern Provinces    To the Martyrs' Families & Injured Care Establishment    By Order 27427    On April 19, 2009    Reason Based on the President's Instructions

**Termination of Services:**
On January 23, 2002    **Reason** Martyred.    **By Order** 3716/13    **On** April 28, 2002
**Termination Cancelled On    Reason          By Order**

**Referral to Deposition:**

**Payment**

**Miscellaneous Items Related to Noncommissioned Officers**

**Miscellaneous Items Related to Officers**

**Sanctions**

**Security Suspicion**

**Security Investigation**

[Signature]                              **CONFIDENTIAL**                                Khaled
                                                                                          02:009413

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                              Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                              Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009413.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009413.

_____
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D. # 2420914

دولة فلسطين
الأمن العام
هيئة التنظيم والإدارة

2012.02.27
10:11:57

1996/07/01
20879

الاسم: سعيد ابراهيم سعيد رمضان    عزب+0
الرتبة: رقيب    2002/01/22
مؤسسة رعاية اسر الشهداء والجرحى
1978/12/18
161053199    46840    عزه    904564804
1996/06/29    5964/1

الترفيعات:

| س جندي | 1996.07.01 | الى عريف | 1999.08.01 | بالأمر 7820/3 | 1999.08.07 |
| س عريف | 1999.08.01 | الى رقيب | 2002/01/22 | بالأمر 3715/3 | 2002.04.28 |

ترفيعات الغيب

النقل:

نقل الى 2002.01.23 من البحرية - غزة   الى المقر العام - اسر الشهداء - محافظات الضفة   3716.13   2002.04.28

شى 2009.07.01 من مؤسسة رعاية اسر الشهداء والجرحى  الى مؤسسة رعاية اسر الشهداء والجرحى    2743.7   2009.04.19

شى 2009.07.01 من المقر العام اسر الشهداء محافظات   الى مؤسسة رعاية اسر الشهداء والجرحى    2742.7   2009.04.19

اسماء خدمات:

| 2002.01.23 | | 3716.13 | 2002.04.28 |

أعياد الاستشهاد
العسرات
متفرقات ضد ضباط
متفرقات ضباط
عقوبات
شهادة أمنية



CONFIDENTIAL

02:009413