PLAINTIFF'S EXHIBIT 95

Organization and Administration Institution

## Personal Identity Report



**Identity No.:** 906818513
**Full Name:** Mohamed Mashhour Mohamed Hashaika
**Family Name:** Hashaika
**Rank:** Police Officer                    | | | | | |
**First Rank:**                            | | | | | |
**Place of Discharge:** External Patrols and Guard, Ramallah
**Place of Origin:** Tallouza          **Suburb of:** Nablus
**Date of Birth:** July 30, 1981       **Place of Birth:** Nablus
**Level of Education:** 9th grade      **Date:** 1997
**Previous Occupation (1):** Student
**Previous Occupation (2):**
**Passport No.:**                      **Type:**
**Marital Status:** Single             **Name of Spouse:** Single
**Spouse's Religion:**
**Current Address:** Tallouza,         **Phone No.:** 052630351 my
Nablus near the Mosque                 maternal uncle Nabil [illegible]
**Family's Address:** Same address
**Relative to Contact:** My father     **Address:** Same address
**Legal Heir:** According to Shari'a   **Address of Legal Heir:**

**Fiscal No.:** | | |
**Military No.:**………………..
**Mother's Name:** Hanan
**Date of Rank:**
**Date of First Rank:**
**Profession:** Police Officer
**Nationality:** Palestinian
**Religion:** Muslim
**Place:** Tallouza
**Place and Period:**
**Place and Period:**
**Issue Date:**
**Spouse's Nationality:**
**Spouse's Place of Work:**

**Phone No.:**
**Phone No.:**

Children:

| Serial | Name | Date of Birth | Place of Birth | Gender | Serial | Name | Date of Birth | Place of Birth | Gender |
|--------|------|---------------|----------------|--------|--------|------|---------------|----------------|--------|
|        |      |               |                |        |        |      |               |                |        |

**CONFIDENTIAL**

02:009456

**General Department of the Police**
**Organization and Administration**
5005 [handwritten]

**No.:** 154/11p
**Date:** February 10, 2002

The Brothers / the Institution of
Organization and Administration-
My God Protect Them

22 [handwritten]          Extremely Urgent[handwritten]

Homeland Greetings,

- We kindly request your approval in the dismissal of Corporal/ Mohamed Mashhour Mohamed Hashaika from our roster/ Northern Governorates - from service effective February 1, 2002,due to his inability to perform as a policeman.

- Kindly, execute your procedures.

Director of the Police
Ghazi al-Jabali
[Signature]

| |
|---|
| **Nablus Police Department** |
| **Date:** February 12, 2001 |
| **Issue No.:** 306/11A |
| Area of Jurisdiction |

**Copies to:**
- General Director of the Police Financial Administration
- Personal Affairs
- Nablus Police department [illegible handwritten]
- Police Chief of Tolkaram     to do what is necessary[handwritten comments]

Administration
To do what is necessary and dropped from the records [handwritten comments]

**CONFIDENTIAL**                    02:009457

*In the Name of God, Most Gracious, Most Merciful*        8 [handwritten]

**General Department of the Police**
**The Department of External Patrol and Guard Administration**
**Ramallah & al-Bireh Branch**                                        No.:..../.....
                                                                       **Date:** September 18, 1999

Mr. Director of the Department of External Patrol and Guard Administration
                                                                       May God protect him

Homeland Greetings,

**Absence Report**

Please note that police officer Mohamed Hashaika, shift A, was absent from work on Saturday September 18, 1999 until _____ day _____ dated / /due to the following reasons:

I would like to inform you that the above-mentioned police officer failed to appear to work without permission. I kindly request that you take the necessary actions.

Deputy of the Force
Aliwi Aliwi [handwritten]
[Signature]

Administration
To be followed up when officer is present. The officer on duty should be notified        [Signature]
[handwritten comments]

**Opinion of the Officer on Duty**/showed up on September 19, 1999
         [Signature]

Administration
One day will be deducted from his salary upon completion of his shift. [handwritten comments]
         [Signature]

Approved/ Director of the External Patrol and Guard Administration

**CONFIDENTIAL**                                                      02:009458

*In the Name of God, Most Gracious, Most Merciful*        9 [handwritten]

**General Department of the Police**
**The Department of External Patrol and Guard Administration**
**Ramallah & al-Bireh Branch**                    **No.:** /
                                                  **Date:** October 28, 1999

Mr. Director of the Department of External Patrol and Guard Administration
                                                  May God protect him

Homeland Greetings,

### Report of ~~Absence~~ Tardiness [handwritten]

Please note that police officer Mohamed Hashaika shift / P was ~~absent~~ late [handwritten] to work on Thursday October 28, 1999 until        day     dated   //  due to the following reasons:

I would like to inform you that the above-mentioned policeman failed to appear for work on time which led to disruption of work. [handwritten comments]

                                                  Deputy of the force
                                                  Saleh [illegible] [handwritten]
                                                  [Signature] [handwritten]

Opinion of the officer on duty/.........Deducting one day of salary [handwritten]

                        [Signature]

Approved/ Director of the Watch Patrol Administration

**CONFIDENTIAL**                        02:009459

*In the Name of God, Most Gracious, Most Merciful*

**General Department of the Police**
**The Watch Patrol Administration**
**Ramallah &al-Bireh Branch**



14[handwritten]
No.:..../.....
Date: ..../..../....

Sir Colonel, General Administration Director of the Department of External Patrol and Guard Department

May God protect Him

Homeland Greetings,

Subject: - Salary Deduction

Kindly approve the deduction of salaries for the following names with the period stated next to their last names:

| No. | Rank | Name | Date of Absence | Date of Return | Sanctions | Notes |
|-----|------|------|-----------------|----------------|-----------|-------|
| 1 | Police Officer | Ahmed Orabi Jamal Abu Gharbeed | Dec. 19, 1999 | 12/[illegible]/99 | One day deducted | Absence without permission |
| 2 | = | Raed Kamel Mousa Hawarin | = | = | = | = |
| 3 | = | Raafat Kamel Mousa Hawarin | = | = | =. | = |
| 4 | = | Samer Abdel Rahman Saleh Belbissi | = | = | = | = |
| 5 | = | Rashad Atia Said Thaher | 3 days deducted | left the work place and disrespected the force deputy | | |
| 6 | = | Safwat Kamel Abdel Fatah Jabarin | Dec.19, 1999 | Dec.19, 1999 | One day deducted | Absence from work |
| 7 | = | Abdel Ghani Omar Abdel Rahim Abadi | One day deducted | lack of discipline at work and failure to wear the military uniform during service | | |
| 8 | = | Moid Mohamed Hafeth Thaher | Dec.19, 1999 | Dec.19, 1999 | One day deducted | Left the place of service |
| 9 | = | Awad Mohamed Falah Abu Abila | Dec.19, 1999 | Dec.19, 1999 | One day deducted | Left the work place and was using the phone |
| 10 | = | Rami Ali Ahmed Dar Asfour | Dec.19, 1999 | Dec.21, 1999 | 4 days deducted | Repeated Absence from work |
| 11 | = | Muayad As'ad Salim Khatatba | Dec.19, 1999 | Sept. 19, 1999 | One day deducted | Left the work place |
| 12 | = | Sultan Mustapha Abdullah Salah Edin | Dec.19, 1999 | Dec.19, 1999 | 2 days deducted | Absence from work |
| 13 | = | = = = = | Dec.20, 1999 | Sept. 20, 1999 | 4 days deducted | Repeated Absence from work |
| 14 | = | Mohamed Mashhour Mohamed Hashaika | Dec.22, 1999 | Dec.22, 1999 | 2 days deducted | Leaving the place of |
| 15 | | Jaber Hilmi Abdelatif al-Bark | = = = | = = = | One day deducted | Left the work place |

Respectfully yours,
**Captain/ Madeh Salem**
**Director of the Department of External Patrol and Guard Administration Branch of Ramallah**

[Signature]
[Stamp] [illegible]

**CONFIDENTIAL**

02:009460

*In the Name of God, Most Gracious, Most Merciful*

**General Department of the Police**
**The Department of External Patrol and Guard Administration**
**Ramallah & al-Bireh Branch**                       No.:...../.....
                                                      **Date**: December 22, 1999

Mr. Director of the Department of External Patrol and Guard Administration       11[handwritten]
                                                                     May God protect him

Homeland Greetings,

### Absence Report

Please note that police officer Mohamed Hashaika Shift / P was absent on Tuesday December 22, 1999 until
          day          date / / due to the following reasons:

He left the work place without permission. [handwritten]

The officer was notified not to leave the work place after 6:00 p.m. without obtaining authorization.
[handwritten]

**Note:** [illegible] he replied by stating: "you are not my supervisor," knowing I am the only agent of the force
here. [handwritten]

[illegible]

                                                            [Signature]

Two days will be deducted from his salary. [illegible] [handwritten]

Recorded in the sanctions file on the computer. Necessary measures were taken. [handwritten]
[Signature]

                   Approved/ Director of the Department of External Patrol and Guard Administration
                                              [Signature]

**CONFIDENTIAL**                                                      02:009461

*In the Name of God, Most Gracious, Most Merciful*



12 [handwritten]

**Palestinian National Authority**
**Palestinian Police**
**Department of External Patrol and Guard Administration/ Ramallah**

No.:..../.....
Date: January 6, 2000

Sir Colonel, General Director Administration of the Department of External Patrol and Guard

**My God Protect Him**

Homeland Greetings,

## Subject: Deduction from Salary

Kindly approve the deduction of salaries for the following names with the period stated next to their last names, knowing that each of them have been warned several times:

| No. | Rank | Name | Date of Absence | Date of Return | Sanctions | Notes |
|---|---|---|---|---|---|---|
| 1 | Police Officer | Fadi Mahmoud Sadek Darawsha | January 5, 2000 | January 6, 2000 | One week deducted | Defecting |
| 2 | Police Officer | Awad Ahmed Falah Abu Abila | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 51 [hand-written] 3 | Police Officer | Mohamed Mashhour Mohamed Hashaika | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 4 | Police Officer | Moayed Asaad Salim Khatatba | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 5 | Police Officer | Khaled Jamal Mohamed Mawqidi | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 6 | Police Officer | Muhanad Thaher Mahmoud Thaher | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 7 | Police Officer | Safwat Kamel Abdel Fattah al-Najjar | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 8 | Police Officer | Samer Abdel Rahman Saleh al-Balbissi | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 9 | Police Officer | Raed Kamal Mousa Hawarin | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 10 | Police Officer | Iyad Fayeq Omran Makhtoub | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 11 | Police Officer | Mousa Ilyas Mousa Khalaf | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 12 | Police Officer | Jaber Hilmi Abdelatif al-Bark | January 5, 2000 | January 6, 2000 | One week deducted | Absence without authorization |
| 13 | Police Officer | Iyad Ibrahim Ismail Dwikat | January 4, 2000 | January 5, 2000 | 3 days deducted | Defecting |
| 14 | Police Officer | Jaber Hilmi Abdelatif al-Bark | January 4, 2000 | January 5, 2000 | 3 days deducted | Defecting |

**CONFIDENTIAL**

02:009462

| 15 | Police Officer | Bassam Basim Abdel Rahman Barakat | January 4, 2000 | January 5, 2000 | 3 days deducted | Defecting |
| 16 | Police Officer | Nayel Tahssin Hussein Ramadan | January 4, 2000 | January 5, 2000 | 3 days deducted | Defecting |
| 17 | Police Officer | Thayer Thaher Hafith Thaher | January 4, 2000 | January 5, 2000 | 3 days deducted | Defecting |

**Captain/ Madeh Salem**
**The Director of the Department of External Patrol and Guard Administration Branch of Ramallah**
[Signature]
[Stamp of the Department]

**CONFIDENTIAL**                              02:009462 [continued]

*In the Name of God, Most Gracious, Most Merciful*

51 [handwritten]

**General Department of the Police**
**Organization and Administration Institution**
13 [handwritten]

| [Stamp] | General Department of the Police Organization and Administration Institution |
|---------|---|

## Bill of Indictment

| No. | Rank | Name | Position | Unit |
|-----|------|------|----------|------|
| | Police Officer / Mohamed Mashhour Mohamed Hashaika[handwritten] | | Patrols [handwritten] | Ramallah |

Pursuant to the orders and regulations that are in force according to the Palestinian law regulating the re-establishment of disciplinary actions for Palestinian police officers.

1 - **First Accusation:** Absence from work without prior authorization on January 5, 2000 [handwritten]
2 - **Second Accusation:** ………………………………………………….………………………………
3 - **Third Accusation:** …………………………………………………….……………………………
4 - **Fourth Accusation:** ………………………………………………………………………………..

**Summary of the Testimony of the Convicted Police Officer**
……………………………………………………………………..………………………………

**Summary of the Witnesses' Testimony**
Discretion of the unit's supervisor[handwritten]
……………………………………………………………………………………………..……..

**Ruling**
One day deducted from the salary [handwritten]
…………………………………………………………………………………………………….

**No.**…….**Rank** Colonel [handwritten]**Name** Abdel Rahman Yassin [handwritten]
                                    **Position:** General Director of the administration [handwritten]

**Approved**
**General Director of the police**
[Signature]

| SEAL OF THE **General Department of the Police** **General Director of the Watch Patrol** |
|---|

· [Signature]

**CONFIDENTIAL**

02:009463

*In the Name of God, Most Gracious, Most Merciful*



**General Department of the Police**
**Organization and Administration Institution**                                    No.: 89/A18
2000                                                                                          Date: February 2,
3112[handwritten]                              15[handwritten]        **Enclosures**

---

| SEAL OF THE<br>**General Department of the Police**<br>**Organization and Administration**<br>**Institution** | **Palestinian Public Security**<br>**Police Department**<br>**Administration of External Patrol**<br>**Date: February 5, 2000**<br>**Correspondence: A120/6** |
|---|---|

## Administrative Order

Addendum to Administrative Order No.68/A18 Dated January 27, 2000

- Cancellation of stoppage of allowances to police officer/ Mohamed Mashhour Mohamed Hashaika - from the Department of External Patrol and Guard Administration/ Ramallah as of January 23, 2000.
- Deduction of the absence period from January 20, 2000 to January 22, 2000.
- All competent authorities are required to execute this order each in accordance to their specializations.

[Signature]
January 22, 2000
**Colonel/ Orabi Mohamed Kaloub**
**General Director of the Administration &**
**Organization in the Police**

Copy to:
-General Director of the Watch Patrol
-General Director of the Police Financial
-Administration
-Personal Affairs/ Sanctions

Notified and kept in [illegible]
- A6
- [illegible]
- The Ramallah File [all handwritten comments]

**CONFIDENTIAL**                                              02:009464

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**      17 [handwritten]      **No.: 44/A11**
**Palestinian Police**                                       **Date:** February 4, 2000
**The Department of External Patrol and Guard Administration / Ramallah**

Sir Colonel, General Director of the Department of External Patrol and Guard Administration
**My God Protect Him**

Homeland Greetings,

## Subject: Resignation

-Please approve the resignation of police officer/ Mohamed Mashhour Mohamed Hashaika as he has submitted a number of resignation requests due to claims of an insufficient salary.

- The matter is under your discretion.


Respectfully yours,


Captain/ Madeh Salem
Branch Director of the Department of External Patrol and Guard Administration, Ramallah
[Signature]


SEAL OF THE
General Department of the Police
Director of the Department of
External Patrol and Guard Administration
Ramallah & al-Bireh Branch

Kept in the file [handwritten]


**CONFIDENTIAL**                                        02:009465

[handwritten letter]

**In the Name of God, Most Gracious, Most Merciful**

To the Director of the Department of External Patrol and Guard Administration Branch in Ramallah......

**May God protect him**

Subject: Resignation Request

Jerusalem Greetings and Return,

I, Police Officer Mohamed Hashaika, employed in the Department of External Patrol and Guard Administration, submit my resignation request from the police due to special reasons and circumstances that prevent me from continuing my employment with the police.

I kindly request your approval. May you continue to be an asset to the blessed nation!

Presented to Your Excellency,
By police officer Mohamed Hashaika
March
Mohamed Hashaika
02      2000



Mister General Director of the Department of External Patrol and Guard Administration

**My God Protect Him**

Please approve the resignation of the abovementioned individual who has repeatedly submitted his resignation requests on more than three occasions so that he may work in occupied Palestine and due to an insufficient salary.

- The matter is under your discretion.
[Signature]

**CONFIDENTIAL**                    02:009466

[handwritten letter]

March 6, 2000

Mr. Branch Director of the Department of External Patrol and Guard Administration

May God protect him

Homeland Greetings,

**Subject: Police Officer Mohamed Hashaika**



Please note that the above-mentioned refused to perform his service duties at 7:30 a.m. on Monday March 6, 2000, due to not having proper work shoes. Please deduct three days from his salary because he received proper shoes three months ago.

Respectfully yours,

Officer on Duty
[illegible]
[Signature]

Note that the above-mentioned received shoes but gave them to his brother claiming that they were too small.

Person in charge of the armament
[Signature]

The shoes will be retrieved and
he will have three
days deducted from his salary

CONFIDENTIAL

02:009467

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Palestinian Police**
**The Department of External Patrol and Guard Administration/Ramallah**          No.: A/8/99
19[handwritten]                                                             Date: March 7, 2000

Sir Colonel, General Director of the Department of External Patrol and Guard Administration
                                                                  **My God Protect Him**

Homeland Greetings,

## Subject: Salary Deduction

Kindly approve the deduction of salaries for the following names with the period stated next to their last names:

| No. | Rank | Name | Date of Absence | Date of Return | Sanctions | Notes |
|---|---|---|---|---|---|---|
| 1 | Police Officer | Safwat Kamel Abdel Fatah Jabarin | Mar. 2, 2000 | Mar.4, 2000 | 1 week deducted | Absence without Authorization |
| 2 | = | Samer Abdel Rahman Saleh Belbissi | =   =   = | =   =   = | 03 days deducted | =   =   = |
| 3 | = | Raafat Kamel Mousa Hawarin | =   =   = | =   =   = | =   =   = | =   =   = |
| 4 | = | Samer Saleh Mahmoud Mansour | =   =   = | =   =   = | =   =   = | =   =   = |
| 5 | Police Officer | Saleh Abdel Rahman Saleh Belbissi | Mar.1, 2000 | Mar.2, 2000 | 1 week deducted | =   =   = |
| 6 | Sergeant | Hassan Ali Salim Abu Salim | Mar.1, 2000 | Mar.2, 2000 | 1 day deducted | Failure to shave chin |
| 7 | Police Officer | Mousa Imran Salim Ashour | Mar.2, 2000 | Mar.4, 2000 | 3 days deducted | Absence without Authorization |
| 8 | = | Ala' Saleh Ahmed al-Elbissi | =   =   = | =   =   = | =   =   = | =   =   = |
| 9 | = | Imad Daaees Abdel Rahman Jabarin | Mar.1, 2000 | Mar.1, 2000 | 1 week deducted | =   =   = |
| 10 | = | Mousa Ilyas Mousa Khalaf | =   =   = | =   =   = | =     = | =   =   = |
| 11 | = | Rami Ali Ahmed Dar Asfour | Mar.5, 2000 | Mar.5, 2000 | 1 day deducted | Leaving the work place |
| 12 | = | Thayer Taher Hafith Thaher | =   =   = | =   =   = | =     = | Sleeping while on service |
| 13 | = | Mohamed Mashhour Mohamed Hashaika | Mar.6, 2000 | Mar.6, 2000 | 3 days deducted | Negligence of custody |
| 14 | = | Mohamed Mashhour Mohamed Hashaika | Mar.6, 2000 | Mar.6, 2000 | 2 days deducted | Service Refusal |
| 15 | = | Imad Mohamed Samir Salim Dabbour | Mar.5, 2000 | Mar.5, 2000 | 3 days deducted | Inappropriate Language |
| 16 | = | Abdel Ghani Omar Abaadi | Mar.6, 2000 | Mar.6, 2000 | 2 days deducted | Fleeing work |
| 17 | Sergeant | Yusuf Suleiman Eid Q'ace | =   =   = | =   =   = | =     = | =   =   = |
| 18 | Police Officer | Mustapha Ahmed Mustafa Majadba | Feb. 29, 2000 | Mar.1, 2000 | 4 days deducted | Absence without Authorization |
| 19 | = | Louay Jamal Hussein Bani Odeh | Mar.1, 2000 | Mar.1, 2000 | 3 days deducted | Refusing service |
| 20 | = | Yazid Ahmed Asaad Thaher | =   =   = | =   =   = | 1 day deducted | Tardiness to Service |

**CONFIDENTIAL**                                                              02:009468

*In the Name of God, Most Gracious, Most Merciful*

| **General Department of the Police Organization and Administration Institution** | | |
|---|---|---|



24 [handwritten]

9978[handwritten]

No.: A7/428
Date: April 2, 2000
Enclosures

## **Transfer Order**

The following will be transferred from the Department of External Patrol and Guard Administration/ Ramallah to the Police of the Governorate of Qalqilya/ Salfit'sPolice Station as of April 10, 2000 and they are:

| No. | Rank | Name |
|---|---|---|
| ✗ 1 | First Sergeant | Yusuf Nimer Mohamed Rabah |
| ✗ 2 | Sergeant | Ali Fazi' Ali Draghma |
| ✓ 3 | Sergeant | Yusuf Suleiman Eid Iqssis |
| ✗ 4 | Sergeant | Salah Ahmed Lafi Brama |
| ✗ 5 | Sergeant | Louay Jamal Hassan BaniOdeh |
| ✗ 6 | Police Officer | Mueed Asaad Salim Khatatba |
| ✗ 7 | Police Officer | Samer Saleh Mahmoud Mansour |
| ✗ 8 | Police Officer | Fadi Mahmoud Sadeq Darawsha |
| ✗ 9 | Police Officer | Mourad Adnan Khaled Ramadan |
| ✗ 10 | Police Officer | Haythem Wasif Sidqi Thaher |
| ✗ 11 | Police Officer | Jaber Hilmi Abdelatif al-Bark |
| ✗ 12 | Police Officer | Fadi Ahmed Fahd A'wais |
| 13 | Police Officer | Mohamed Mashhour Mohamed Hashaika |
| ✗ 14 | Police Officer | Thayer Thaher Hafith Thaher |
| ✗ 15 | Police Officer | Rashad Atia Said Thaher |
| ✗ 16 | Police Officer | Murshid Aatia Said Thaher |
| ✗ 17 | Police Officer | Maher Ahmed Ali Thaher |
| ✗ 18 | Police Officer | Marwan Falah Abdullah Yassin |
| ✗ 19 | Police Officer | Iyad Ibrahim Said Dwikat |
| ✗ 20 | Police Officer | Sidqi Adnan Sidqi Tarabah |
| ✗ 21 | Police Officer | Abdel Ghani Omar Abdel Rahim Abaadi |
| ✗ 22 | Police Officer | Rami Ali Ahmed Dar Asfour |
| ✗ 23 | Police Officer | Ahmed [illegible] [illegible] Muflih |

All competent authorities are required to execute this order within their jurisdictions.

**Ghazi al-Jabali**
**Director of the Police**
[Signature]

The files, OHatim! [handwritten]

Copy to:
The Assistant Director of the Police and the General Director of the Administrative affairs.

**CONFIDENTIAL**

02:009469

**The Salfit Police**                                     **Date:** [illegible]

### Administrative Order

A warning has been sent to the following;

1 - Police officer/ Samer Mansour                [illegible handwritten Comment]
2 - Police officer/ Mohamed Hashaika
3 - Police officer/ Fadi Darawsha
4 - Police officer/ Yasser Jasser
5 - Police officer/ Jabir al-Barq                        25 [handwritten]

Due to their inconsistency appearing during business hours

**Police Chief of Salfit**
[illegible]
[Signature]

                                        Copy to:
                                            Bulletin Board
                                            Police file

> SEAL OF THE
> **Police of the Governorate of Qalqilya**
> **Salfit Police Station**

                    [illegible handwritten comment]

**CONFIDENTIAL**                              02:009470

*In the Name of God, Most Gracious, Most Merciful*



**The Police**
**Qalqilya Police Department**

2000 [handwritten] [Signature]
No.: A7/2473
Date: August 30, 2000

26 [handwritten]        **<u>Internal Administrative Order</u>**

First Class Sergeant/ Nader Abu Omar from the patrols division will be transferred to the Salfit Police Station, switching with police officer / Mohamed Mashhour Hashaika.

- This order shall be executed as of the date stated above.

**Colonel/ Awni Samara**
**Police's General Director of Qalqilya and Salfit**

[Signature]

| illegible seal |
| --- |

*Copy for file

**CONFIDENTIAL**                    **02:009471**

*In the Name of God, Most Gracious, Most Merciful*

**General Department of the Police**
**Organization and Administration Institution**
36824  [handwritten]



**No.:** A7/1609[handwritten]
**Date:** October 14, 2000
**Enclosures**

[illegible seal]

## Transfer Order

Transfer the allowance of all of:

1 - Sergeant/ Nael Alaa Eddin Abdel Raouf [illegible] will be transferred from the police of the governorate of Nablus to the police of the governorate of Qalqilya.

2 - Police officer/ Mohamed Mashhour Mohamed Hashaika will be transferred from the police of the governorate of Qalqilya to the police of the governorate of Nablus.

- This order shall be executed as of its date.

- All competent authorities are required to execute this order within their jurisdictions.

Ghazi al-Jabali
Director of the Police
[Signature]

**Police Department for the Governorate of Nablus**
**Date:** October 16, 2000
**No.:** A7/3658
Area of jurisdiction

Copy to:
- Assistant Director of the police
and the General Director of the Administrative affairs.
- Police's General Director for the Governorate of Nablus
- Police's General Director for the Governorate of Qalqilya
- Police General Director of the Financial Administration
- Personal Affairs/ Computer

Administration to take the
necessary actions [handwritten]

**CONFIDENTIAL**                    02:009472

| Palestinian National Authority | | Administration & Organization |
|---|---|---|

**Palestinian National Authority**
**General Department of the Police**
**Police of the Governorate of Nablus**



Administration & Organization
**No.:** A107/717
**Date:** March 27, 2001
30 [handwritten]

## Administrative Order (Internal)

The following will be transferred from the patrols department to Tell's police station, and they are:

| No. | Rank | Name |
|---|---|---|
| 1 | First Sergeant | Jihad Ghanem Lafi Hashaika |
| 2 | Sergeant | Ismat Abdelhamid Mustafa Yamin |
| 3 | Sergeant | Mustapha Ahmed Hussein Mashaqi |
| 4 | Sergeant | Yusuf Abul Raouf Ahmed Hazim |
| 5 | Sergeant | Hazem Abdelatif Mohamed Zwatia |
| 6 | Sergeant | Bashar Ali Abd Abu Hait |
| 7 | Sergeant | Tarek Ghaleb Khalil Nasr |
| 8 | Corporal | Alaa' Shahada Ahmed Saad |
| 9 | Police Officer | Mahmoud Fahmi Ibrahim Jouda |
| 10 | Police Officer | Mohamed Mashhour Mohamed Hashaika |
| 11 | Police Officer | Hazem Khaled Mustapha Hamd |

- All competent authorities are required to execute this order as of its date stated above and
within each competent authority's specialization.

Colonel/ Firasal-Amla
Police's General Director for
the Governorate of Nablus
[Signature] 26 [handwritten]

| Police Department for the Governorate of Nablus |
|---|
| **Date:** March 27, 2001 |
| **No.:** A107/717 |
| Area of jurisdiction |

Copy to:
 - Director of [police] Station
 - Director of [police] Stations
 - Director of [the department] of Patrols
 - File

**CONFIDENTIAL**                              02:009473

*In the Name of God, Most Gracious, Most Merciful*

**General Department of the Police**
**Administration & Organization**
46003[handwritten]



No.: 2295/3P
Date: September 10, 2001
Enclosures

| |
|---|
| SEAL OF THE<br>General Department of the Police<br>Organization and Administration<br>Institution |

31 [handwritten]

## Administrative Order

Pursuant to the Administrative Order Issued by the Organization and Administration Institution/ No.: 8602/3
Dated September 8, 2001

Police Officer/ Mohamed Mashhour Mohamed Hashaika, from the police of the Governorate of Nablus, will be promoted to the rank of Corporal as of September 1, 2001. The promotion covers both the rank and the salary.

- All competent authorities are required to execute this order within their jurisdictions.

Congratulations.

[Signature] September 10, 2001 [handwritten]
Colonel/ Orabi Mohamed Kaloub
General Director of the Organization
& Administration in the Police

| |
|---|
| **Police Department for the**<br>**Governorate of Nablus**<br>**Date:** September 13, 2001<br>**No.:** A3/2022<br>Area of jurisdiction |

Copy to:
- The Assistant Director of the Police and the General Director of the Administrative affairs.
- General Police Director of the Governorate of Nablus
- General Police, Director of the Financial Administration
- Personal Affairs/ Computer

Congratulations[handwritten]

**CONFIDENTIAL**                                    02:009474

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
**General Department of the Police**
**The Police of the Governorate of Nablus**

34 [handwritten]
No.: A10/2571
Date: December 24, 2001

---

## <u>Warning</u>

<u>Corporal/ Mohamed Mashhour Mohamed Hashaika - From the Bazarya Police Station</u>

Because you went over the proper limits and did not respect your superior officers, we have decided to warn you in addition to deducting four days' pay from your salary. Should you repeat such behavior you will be subject to a more severe punishment.

-To comply with and abide by, under penalty of responsibility.

Colonel/ Firasal-Umla
Police's General Director for
the Governorate of Nablus
[Signature] 12 [handwritten]
        24 [handwritten]



Copy to:
- The Director of Police Stations
- File

---

**Police Department of the**
**Governorate of Nablus**
**Date: December 24, 2001**
**No.: A10/2571**
**Area of Jurisdiction**

---

**CONFIDENTIAL**

02:009475

Palestinian National Authority
Police Department
Organization and Administration Institution



33[handwritten]

## Bill of Indictment

Pursuant to police law and the decision of the police director regarding disciplinary actions against police officers, it has been decided to try:

**Name:** Mohamed Mashhour Mohamed Hashaika
**Rank:** Corporal
**Place of Employment and Profession:** Police Department of the Governorate of Nablus

**Accused of:**
**First:** breach of the military discipline and failure to respect a superior officer
**Second:**.......................................................................................
**Third:**.......................................................................................

**On the date of** December 22, 2001, **the accused did the following:**
1 - Failed to comply with the orders of his superior officer.
2 - .......................................................................................
3 - .............................................................. **under police law and the decisions of the Police Director** ...................................

**Which makes him in violation of the rules and provisions**

**In addition to articles:**.......................................................................................

**And after hearing testimonies of the witnesses and ensuring the defense for the accused, we have decided on the following penalty:**
1- Four day salary deduction.......................................................
2- Warning.......................................................................................
3-.......................................................................................

| Day | Date | Place | Person Ordering the Penalty | Occupation |
|-----|------|-------|------------------------------|------------|
| Monday | December 23, 2001 | The Nablus Police | Colonel/ Firas al-Omla [Signature] | General Director of the Governorate of Nablus |

SEAL OF THE
General Department of the Police

Approved:
Police Director

**CONFIDENTIAL**

02:009476

**Palestinian National Authority**
**General Department of the Police**
**The Director**



No.: ...................
Date:.......................

**Enclosures:**

[handwritten letter]

Police Director of Nablus/                                                                    Immediate
Police Director of Tolkaram/

Homeland Greetings,

Mohamed Mashhour Hashaika, residing in Tallouza, employed with the Nablus police, Tell's Police Station, shall be dismissed from service immediately and surrender his equipment. This decision is due to his inconsistencies.

Regards,


Police Director
[Signature]
February 9

| |
|---|
| **Police Department of the Governorate of Nablus**<br>**Date:** February 11, 2002<br>**No.:** A11/292<br>**Area of Jurisdiction** |


Administration
To take the necessary steps and inform the director..

**CONFIDENTIAL**                                    02:009477

*In the Name of God, Most Gracious, Most Merciful*



**General Department of the Police**
**Administration and Organization Institution**
5267[handwritten]

35 [handwritten]
No.: A11/167
**Date**: February [illegible] /2002
**Enclosures**

[illegible seal]

## Administrative Order

Pursuant to the Administrative Order Issued From the Organization and Administration Institution/ No.: 1617/3 dated February 11, 2002

- Corporal Mohamed Mashhour Mohamed Hashaika, from the police of the Governorate of Nablus, is hereby dismissed as of February 1, 2002 due to his inability to perform the duties required as a police officer.

- His equipment, military and health insurance cards will be returned.

- All competent authorities are required to execute this order within their jurisdictions.

Ghazi al-Jibali
**Police Director**
[Signature]

**Police Department for the**
**Governorate of Nablus**
**Date: February 14, 2002**
**No.: 325/11P**
**Area of Jurisdiction**

|  | Copy to: |
|---|---|
|  | - General Police Director for the Governorate of Nablus |
| Sent [handwritten] | - General Police Director for the Governorate of Tolkaram / for information |
|  | - The General Director of the Administrative Affairs. |
|  | - General Director of the Police Financial Administration |
| Sent [handwritten] | - The General Director Security Management for the Police |
| Sent [handwritten] | - The Person in Charge of the Armament / Northern Governorates |
|  | - Personal Affairs/ Computer |

Administration [handwritten]
To do what is necessary [handwritten]

**CONFIDENTIAL**                    02:009478

*In the Name of God, Most Gracious, Most Merciful*



**Palestinian National Authority**
Ministry of Education
Directorate of Education- Nablus
Tallouza Co-Educational Secondary School

**National No.: 12112014**

**No.:** 30/ S9/ 97/ 98/ 43
**Date:** January 3, 1999 AD
**Corresponding to:** Ramadan 16, 1419 AH

[handwritten letter]

### To Whom It May Concern

The administration of Tallouza Co-Educational Secondary School attests that(Mohamed Mashhour Mohamed Hashaika)concluded the ninth grade for the school year 1997/1998 and his annual result was a failing grade.

This certificate was provided based on his request.



Name of the School Director: Hussein Samara

**CONFIDENTIAL**                    02:009479

The Civil Office
The Region of Judea and Samaria                    Officer of Interior Affairs

                                                                        3 [handwritten]

# Birth Certificate

**************************************************************************

Hashaika                     Mohamed                   Mashhour
**Family Name**              **First Name**             **Father's Name**
 Mohamed                     Hanan                      Salahat
 **Grandfather's Name**      **Mother's Name**          **Mother's Maiden Name**


**Gender:** Male                **Identity No.:**


**Born in:** Nablus                                        **Name of the Hospital:**


**Date:**                    30[illegible]
 **Day**                     **Month**                  **Year**
30 [handwritten]             July                       1981 [handwritten]
                        **Religion:** Muslim


**************************************************************************


**The details about the above-mentioned birth have been registered in the birth file of the year**

                                                        69/149/107/1981
                                                   3378

From the Office of Registration of Residents in    **Judea and Samaria** 17 1983
                                                   **Dated:**


 [Signature]

Signature of the birth registration officer

illegible seal


**CONFIDENTIAL**                                        02:009480

**Palestinian Authority Identity Card**

[illegible]: [illegible]
[illegible]: Mohamed
[illegible]: Mashhour
[illegible]:Mohamed
**Family Name:** Hashaika
**Mother's Name:** Hanan
[illegible]: [illegible]
[illegible]: Nablus
[illegible]: Male
[illegible]: [illegible]
[illegible]: Nablus          [illegible]: [illegible]

Illegible Seal

**Identity Card (Annex)**
**Identity No.:** 0681851 3
**Family Name:** Hashaika
**First Name:** Mohamed
**Address:**
**City:** Tallouza
**Personal Status:** Single
**Spouse's Identity No.**
**Spouse's Name:**
**Spouse's Identity No.:**
**Spouse's Name:**
**Maiden Name:**
**Previous First Name:**

**CONFIDENTIAL**

02:009481

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                              Plaintiffs,

        vs.                                                  No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                              Defendants.

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009456-9481.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009456-9481.

                                        _____
                                        Adnane Ettayebi

ss.: New Jersey

On the [29] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
29 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D. # 2420914



مديرية التنظيم والادارة

الرقم العسكري :

رقم الهوية : ١٣ ٥ ٨ ١ ٨ ٦ ٢ ٨

الاسم رباعي : محمد سعود محمد ...

اسم العائلة : ...

الرتبة : شرطي

اول رتبة :
تاريخها :
تاريخها :

مكان التخرج :

المهنة :

تا ) الميلاد :
مكان :

الجنس :

المنزل الفعلي :

مكان :

عمل سابق (١) والمكان والفترة :

عمل سابق (٢) : المكان والفترة :

رقم جواز السفر : نوعه : تاريخ صدوره :

الحالة الاجتماعية :

اسم الزوجة : مكان العمل :

الديانة :

العنوان الحالي :

فرد العائلة :

من يرجع اليه :

الوريث الشرعي :

الاولاد :

| ت البلد | البلد السكن | ن السكن | الاسم | ت البلد | البلد السكن | ت البلد | البلد السكن |
|---------|-------------|---------|-------|---------|-------------|---------|-------------|
|         |             |         |       |         |             |         |             |
|         |             |         |       |         |             |         |             |
|         |             |         |       |         |             |         |             |
|         |             |         |       |         |             |         |             |
|         |             |         |       |         |             |         |             |

**CONFIDENTIAL**

02:009456



المديرية العامة للشرطة

التنظيم والادارة



الـرقـم : ۱۱۴/۱۵۴
التـاريـخ : 2002/02/10
المرفقـات :

٠٠٥٥

الاخوة / هيئة التنظيم والادارة — حفظهم الله

تحية الوطن وبعد ،،،

— يرجى الموافقه على طرد العريف / محمد مشهور محمد حشايكه — من مرتبنا / المحافظات الشمالية —من الخدمة واعتباراً من 2002/2/1 لعدم صلاحيته للعمل الشرطي .

— اجراءاتكم لطفاً .



غـازي الجـاني
مدير الشرطـة



مديرية شرطة محافظة نابلس
الوارد
التاريخ ...............
الرقم ...............
جهة الاختصاص ...............

نسخة الى :—

— مدير عام ادارة مالية الشرطة

— الذاتيه

٤/١١

بسم الله الرحمن الرحيم

**المديرية العامة للشرطة**

ادارة الدوريات الخارجية والحراسات

فـرع رام الله والـبيرة

الـرقم : /
التاريخ ١٨: /٩٩٩٩م

السيد مدير ادارة الدوريات الخارجيه والحراسات          حفظه الله

تحية الوطن     وبعد

تقرير غياب

يرجى العلم أن الشرطي /.... .................... شفت / .........
قد تغيب عن العمل يوم ..السبت.. بتاريخ١٨/ ٩ /٩٩٩٩م وحتى ـ يوم ....... بتاريخ ـ / /
وذلك للأسباب التالية :
.................................................................................
.................................................................................
.................................................................................

وكيل القوه

الدوريه

رأي الضابط المناوب / .......................................................
................................................................... ٩٩/٩/١٩
.................................................................................

يعتمد / مدير إدارة الدوريات الخارجيه والحراسات

**CONFIDENTIAL**

02:009458



بسم الله الرحمن الرحيم

المديرية العامة للشرطة
ادارة الدوريات الخارجية والحراسات
فـرع رام الله والـبيرة

الـرقم :
التاريخ : ٢٨/٨/١٩٩٩

السيد مدير ادارة الدوريات الخارجيه والحراسات          حفظه الله

تحية الوطن    وبعد

تقرير غياب عن العمل

يرجى العلم أن /  ................. ................. ................. .................

قد تغيب عن العمل يوم ................. بتاريخ ١٩٩٩/٨/٢٠ حتى يوم ................. بتاريخ / /

وذلك للأسباب التالية :

................. ................. ................. ................. .................

................. ................. ................. ................. .................

................. ................. ................. ................. .................

................. ................. ................. ................. .................

وكيل القوه

رأي الضابط المناوب /

................. ................. ................. ................. .................

................. ................. ................. ................. .................

................. ................. ................. ................. .................

يعتمد / مدير أدارة الدوريات الخارجية والحراسات

**CONFIDENTIAL**                    02:009459



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

الشرطة الفلسطينية

إدارة الدوريات الخارجية والحراسات/ رام الله

الرقم    : /

التاريخ : / /

السيد العقيد مدير عام إدارة الدوريات الخارجية و الحراسات .... حفظه الله

تحية الوطن وبعد

الموضوع :- حسم راتب

يرجى الموافقة على حسم راتب التالية اسمائهم بالمدة قرين كلاً اسمه:-

| ملاحظات | العقوبات | تاريخ العودة | تاريخ الغياب | الأسم | الرتبة | م |
|---|---|---|---|---|---|---|
| الغياب بدون اذن | حسم يوم | ٩٩/١٢/٢٠ | ٩٩/١٢/١٩ | احمد عرابي جمال أبو غربيه | شرطي | ١ |
| = | = | = | = | رائد كامل موسى هوارين | == | ٢ |
| = | = | = | = | رأفت كامل موسى هوارين | == | ٣ |
| = | = | = | = | سامر عبد الرحمن صالح بلبيسي | == | ٤ |
| = | ترك مكان الخدمة والتطاول على زميل القوة | ٣ أيام حسم | رشاد عطية سعيد ظاهر | == | ٥ |
| الغياب عن العمل | حسم يوم | ٩٩/١٢/١٩ | ٩٩/١٢/١٩ | صفوت كامل عبد الفتاح جبارين | == | ٦ |
| عدم الانضباط في العمل وعدم لبس الزي العسكري اثناء الخدمة | | | | عبد الغني عمر عبد الرحيم عبادي | == | ٧ |
| ترك مكان الخدمة | حسم يوم | ٩٩/١٢/١٩ | ٩٩/١٢/١٩ | حميد محمد حافظ ظاهر | == | ٨ |
| ترك مكان الخدمة والانشغال بالهاتف | حسم يوم | ٩٩/١٢/١٩ | ٩٩/١٢/١٩ | عواد محمد فلاح أبو عبيله | == | ٩ |
| الغياب المتكرر عن العمل | ٤ أيام حسم | ٩٩/١٢/٢١ | ٩٩/١٢/١٩ | رامي علي احمد دار عصفور | == | ١٠ |
| ترك مكان العمل | يوم حسم | ٩٩/٩/٢٩ | ٩٩/١٢/١٩ | مؤيد اسعد سليم خطاطبة | == | ١١ |
| الغياب عن العمل | يومين حسم | ٩٩/١٢/١٩ | ٩٩/١٢/١٩ | سلطان مصطفى عبد الله صلاح الدين | == | ١٢ |
| الغياب المتكرر عن العمل | ٤ أيام حسم | ٩٩/٩/٢٠ | ٩٩/١٢/٢٠ | | == | ١٣ |
| ترك مكان الخدمة | حسم يومين | ٩٩/١٢/٢٢ | ٩٩/١٢/٢٢ | عبد محمود عبد الكريم | == | ١٤ |
| ترك مكان العمل | حسم يوم | | | جابر جلمي عبد اللطيف البرقين | == | ١٥ |

وتفضلوا فائق الأحترام

نقيب/ ماجد ح. سالم

مدير فرع إدارة الدوريات الخارجية والحراسات / رام الله

CONFIDENTIAL

02:009460

بسم الله الرحمن الرحيم

المديرية العامة للشرطة

إدارة الدوريات الخارجية والحراسات

فرع رقم الله وتسييره

الرقم :

التاريخ : ٢٢/١٢/١٩٩٦

السيد مدير إدارة الدوريات الخارجية والحراسات          حفظه الله

تحية الوطن          وبعد

تقرير غياب

يرجى العلم أن السيد/ محمد ... مجاهدة ......... شئت/ ...........

قد تغيب عن العمل يوم ..... الثلاثاء ..... بتاريخ ٢٢/ ١٢/ ١٩٩٦م حتى ... م ... وتاريخ ..

وذلك للأسباب التالية :

............................................................................

............................................................................

............................................................................

............................................................................

يتقدم / مدير إدارة الدوريات الخارجية والحراسات



بسم الله الرحمن الرحيم

**السلطة الوطنية الفلسطينية**

**الشرطة الفلسطينية**

إدارة الدوريات الخارجية والحراسات/ رام الله

الرقم : ٥ / ٥٠
التاريخ : ٢٠٠٠/١/٦ م

السيد العقيد مدير عام إدارة الدوريات الخارجية و الحراسات ... حفظه الله

تحية الوطن وبعد

الموضوع :ـ حسم راتب

يرجى الموافقة على حسم راتب الزملاء أسمائهم بالمدة قرين كلا اسمه مع العلم انه تم التنبيه عليهم عدة مرات :ـ

| م | الاسم | تاريخ البداية | تاريخ العودة | المدة | الملاحظات |
|---|---|---|---|---|---|
| ١ | قادي محمود صادق دراوشة | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | هروب من الخدمة |
| ٢ | عواد احمد فلاح ابو عبيلة | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ٣ | | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ٤ | مؤيد اسعد سليم خطاطبة | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ٥ | خالد جمال محمد مرقدي | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ٦ | مهند ظاهر محمود ظاهر | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ٧ | صفوت كامل عبد الفتاح النجار | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ٨ | سامر عبد الرحمن صالح البلبيسي | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ٩ | رائد كامل موسى هوارين | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ١٠ | إياد فايق عمران عطاوب | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ١١ | موسى الياس موسى خلف | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ١٢ | جابر حلمي عبد اللطيف البرق | ٢٠٠٠/١/٥ | ٢٠٠٠/١/٦ | حسم أسبوع | غياب بدون إذن |
| ١٣ | إياد إبراهيم إسماعيل دويكات | ٢٠٠٠/١/٤ | ٢٠٠٠/١/٥ | حسم ثلاثة أيام | الهروب من الخدمة |
| ١٤ | جابر حلمي عبد اللطيف البرق | ٢٠٠٠/١/٤ | ٢٠٠٠/١/٥ | حسم ثلاثة أيام | الهروب من الخدمة |
| ١٥ | بسام باسم عبد الرحمن بركات | ٢٠٠٠/١/٤ | ٢٠٠٠/١/٥ | حسم ثلاثة أيام | الهروب من الخدمة |
| ١٦ | نائل تحسين حسين رمضان | ٢٠٠٠/١/٤ | ٢٠٠٠/١/٥ | حسم ثلاثة أيام | الهروب من الخدمة |
| ١٧ | ثائر ظاهر حافظ ظاهر | ٢٠٠٠/١/٤ | ٢٠٠٠/١/٥ | حسم ثلاثة أيام | الهروب من الخدمة |

إدارة الدوريات الخارجية والحراسات

CONFIDENTIAL

02:009462



بسم الله الرحمن الرحيم

## المديرية العامة للشرطة
### هيئة التنظيم والإدارة

لائحة حكم

| الرقم | الرتبة | الاسم | الوظيفة | الوحدة |
|---|---|---|---|---|
|  | شرطي/ احمد مشهور محمد حنايتك | مخبرات | رام الله |

بناءً على الأوامر والأنظمة المعمول بها حسب القانون الفلسطيني والأمر لتجديد المخالفات التأديبية لرجال الشرطة الفلسطينيين

**١ ــ التهمة الأولى**

العثور عن العمل بدون الرئيسي يوم ٥/١/٢٠٠٢

**٢ ــ التهمة الثانية**

**٣ ــ التهمة الثالثة**

**٤ ــ التهمة الرابعة**

**ملخص أقوال الشرطي المدان**

**ملخص أقوال الشهود**

تقرير مسؤول الفرقة

**نتيجة الحكم :**

حبس تسعة أيام للرئيس

الرقم ............. الرتبة عقيد الاسم عبد الرحيم يكريم الوظيفة مدير شرطة/إدارة
يعتمد

مدير عام الشرطة

CONFIDENTIAL

02:009463

07-FEB-00 MON 18:33



المديرية العامة للشرطة

التنظيم والادارة

الرقـم: ١٨٢/٨٩

التـاريخ: 2000/02/02

المراقبة

أمــر اداري

لاحقاً للامر الاداري رقم 68/18 بتاريخ 2000/1/27

الأمن الأعلى الفلسطيني
مديرية الشرطة
إدارة الدوريات الخارجية
وارد بتاريخ
رقم الكتاب

ـ يلغى وقف صرف مخصصات الشرطي / محمد مشهور محمد حيساـايكه ـ مـن ادارة الدوريــات الخارجيـة
وبالحراسات / رام الله ـ واعتبارا من 2000/1/23

ـ تحسم مدة الغياب المدة من 2000/1/20 ولغاية 2000/1/22

ـ على جميع الجهات المختصة تنفيذ هذا الأمر كل فيما يخصه

عقيـد ركن / عرابي محمـد كلوب
مدير عام التنظيم والادارة في الشرطة

نسخة الى:ـ
ـ السيد / مدير عام ادارة الدوريات الخارجية والحراسات
ـ السيد / مدير عام ادارة مالية الشرطة
ـ الذاتية / العقوبات

**CONFIDENTIAL**                    02:009464

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
الشرطة الفلسطينية
إدارة الدوريات الخارجية والحراسات/ رام الله

الرقم : ٤٤ / ١١٢
التاريخ : ٤ / ٤ / ٢٠٠٠

السيد العقيد / مدير عام إدارة الدوريات الخارجية والحراسات ......... حفظه الله
تحية الوطن وبعد

الموضوع :- استقالة

- يرجى الموافقة على استقالة للشرطي / محمد مشهور محمد حشايكة حيث انه تقدم بعدة طلبات استقالة يدعوة عدم كافة الراتب .
- والأمر متروك لسيادتكم

وتفضلوا فائق الاحترام

نقيب / صالح سالم
مدير فرع إدارة الدوريات الخارجية والحراسات رام الله

02:009465

CONFIDENTIAL

بسم الله الرحمن الرحيم

١) إلى السيد مدير إدارة المديريات لجنة برجية والأسانيد نرفع لكم طيا
تحية القدس والعودة
الموضوع: بطلب لمحة طالب
بواسطة المقابلة نثبت .

أتقدم أنا الشرطي محمد حسابي لدى ياجل في موضوع موظب المديريات
هناك برجية والأساست لسيادتكم وطلبي لمحة شرطة وذلك
لا سباب محمد حسابي تعفني من الموظف في الشرطة
وأرجو من سيادتكم الموافقة في على طلبي هذا

ودمتم ذخراً لهذا الوطن المبارك

السيد مدير عام الأمنية ........ يقيد بسيادتك
يتأثر تقييم الوقت على استقالة المشتكي       الشرطي محمد حسابي
محمد وتوقيع

CONFIDENTIAL                                        02:009466



CONFIDENTIAL

02:009467



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
الشرطة الفلسطينية
إدارة الدوريات الخارجية والحراسات/ رام الله

الرقم :- ٩٩/ ٨/ ٢٠
التاريخ : ٧/ ٣/ ٢٠٠٠

السيد العقيد مدير عام إدارة الدوريات الخارجية و الحراسات ............. حفظه الله
تحية الوطن

الموضوع :- حسم راتب

يرجى الموافقة على حسم راتب التالية أسمائهم بالبدون قرين كلاً باسمه وهم :-

| الملاحظات | المدة | تاريخ نهاية الحسم | تاريخ بداية الحسم | الاسم | الرتبة | الرقم |
|---|---|---|---|---|---|---|
| غياب بدون إذن | أسبوع حسم | ٠٠/٣/٤٠ | ٠٠/٣/٢ | صفوت كامل عبد الفتاح جبارين | شرطي | ١ |
| | ثلاثة أيام حسم | = = = | = = = | سامر عبد الرحمن صالح بلبيسي | = | ٢ |
| = = | = = = | = = = | = = = | رأفت كامل موسى هوازين | = | ٣ |
| = = | = = = | = = = | = = = | سامر صالح محمود منصور | = | ٤ |
| | أسبوع حسم | ٠٠/٣/٢ | ٠٠/٣/١ | صباح عبد الرحمن صالح بلبيسي | شرطي | ٥ |
| عدم حلاقة الذقن | يوم حسم | ٠٠/٣/١ | ٠٠/٣/١ | حسن علي سليم أبو سليم | رقيب | ٦ |
| الغياب بدون إذن | ثلاثة أيام حسم | ٠٠/٣/٤ | ٠٠/٣/٢ | موسى عمران سليم عاشور | شرطي | ٧ |
| = = | = = = | = = = | = = = | علاء صالح احمد البلبيسي | = | ٨ |
| | أسبوع حسم | ٠١/٣/٢ | ٠٠/٣/١ | عماد دعيس عبد الرحمن جبارين | = | ٩ |
| = = | = = = | = = = | = = = | موسى اليمن موسى خلف | = | ١٠ |
| ترك مكان الخدمة | يوم حسم | ٠٠/٣/٥ | ٠٠/٣/٥ | رامي على احمد دار عصفور | = | ١١ |
| النوم في الخدمة | = = = | = = = | = = = | ثائر طاهر حافظ طاهر | = | ١٢ |
| الإهمال في العهدة | ثلاثة أيام حسم | ٠٠/٣/٦ | ٠٠/٣/٦ | محمد مشهور محمد حشايكة | = | ١٣ |
| رفض الخدمة | يومين حسم | ٠٠/٣/٦ | ٠٠/٣/٦ | عماد مشهور محمد حشايكة | = | ١٤ |
| الألفاظ الغير لائقة | ثلاثة أيام حسم | ٠٠/٣/٥ | ٠٠/٣/٥ | عماد محمد بحير سليم دبور | = | ١٥ |
| الهروب من العمل | يومين حسم | ٠٠/٣/٦ | ٠٠/٣/٦ | عبد الغني غنير جبادي | = | ١٦ |
| = = | = = = | = = = | = = = | يوسف سليمان عبد قعين | رقيب | ١٧ |
| الغياب بدون إذن | أربعة أيام حسم | ٠٠/٣/١ | ٠٠/٢/٢٩ | مصطفى احمد مصطفى مجادية | شرطي | ١٨ |
| رفض الخدمة | ثلاثة أيام حسم | ٠٠/٣/١ | ٠٠/٣/١ | لؤي جمال حسين بني عودة | = | ١٩ |
| التأخير عن الدوام | يوم حسم | = = = | = = = | يزيد احمد اسعد ظاهر | = | ٢٠ |

CONFIDENTIAL

02:009468

03-APR-00 MON 23:54                                                P.0



بسم الله الرحمن الرحيم

المديرية العامة للشرطة

التنظيم والادارة

الرقم: ٧٥/٨/٢٨٨

التاريخ : 2000/04/02

أمر نقل

- ينقل المذكورين بعد — من ادارة الدوريات الخارجية والحراسات / رام الله الى شرطة محافظة قلقيلية / مديرية الشرطة سلفيت واعتباراً من 2000/4/10 وهم :-

١- رقيب اول / يوسف عمر محمد رباح                  ٢- رقيب / علي فازع علي ضراغمة
٣- رقيب / يوسف سليمان عيد اقعيص                   ٤- رقيب / صالح احمد لافي براهمة
٥- رقيب / لؤي جمال حسن بني عوده                   ٦- شرطي / مؤيد اسعد سليم خطاطبه
٧- شرطي / سامر صالح محمود منصور                   ٨- شرطي / فادي محمود صادق دراوشة
٩- شرطي / مراد عدنان خالد رمضان                   ١٠- شرطي / هيثم راصف صادقي ظاهر
١١- شرطي / جابر حلمي عبد اللطيف البرق             ١٢- شرطي / فادي احمد فهد عوايص
~~١٣- شرطي /~~                                    ١٤- شرطي / ثائر ظاهر حافظ ظاهر
١٥- شرطي / رشاد عطيه سعيد ظاهر                    ١٦- شرطي / مرشد عطيه سعيد ظاهر
١٧- شرطي / ماهر احمد علي ظاهر                     ١٨- شرطي / مروان فلاح عبد الله ياسين
١٩- شرطي / اياد ابراهيم سعيد دويكات               ٢٠- شرطي / صدقي عدنان صدقي تراب
٢١- شرطي / عبد الغني عمر عبد الرحيم عبادي          ٢٢- شرطي / رامي علي احمد ذاو عصفور
٢٣- شرطي / احمد قصاب لندي مفلح

- على جميع الجهات المختصة تنفيذ هذا الامر كل فيما يخصه .

غازي الجبالي
مدير عام الشرطة

نسخة الى :-
- مساعد مدير الشرطة ومدير عام ادارة الشئون الادارية

**CONFIDENTIAL**

02:009469



شرطة سلفيت

التاريخ:

أمر إداري

— توجه عقوبة الانظار الى التالية اسماءهم وهم :—

١ — شرطي /سامر منصور

٢ — شرطي /محمد حشايكه

٣ — شرطي/فادي دراوشه

٤ — شرطي/ ياسر جابر

٥ — شرطي / جابر النيرف

وذلك لعدم الالتزام بالدوام

مدير شرطة سلفيت

نسخه :—
لوحدة الاجراءات
بالف الشرطية

بسم الله الرحمن الرحيم

الرقم: P: ٧/٢٠٧٤ع
التاريخ: ٣٠/٨/ ٢٠٠٠م

الشــرطـــة
مديرية شرطة قلقيليه





<u>أمر إداري داخلي</u>

– ينقل الرقيب أول / نادر ابو عمر من قسم الدوريات الى مركز شرطة سلفيت بالبدل مع الشرطي /
محمد مشهور حشايكه .
– ينفذ هذا الأمر اعتبارا" من تاريخه .

عقــيـــد / عبد ...
مدير عام شرطة قلقيلية وسلفيت

* نسخة للملف

**CONFIDENTIAL**

02:009471



FROM : Panasonic FAX SYSTEM          PHONE NO. : 822422          Mar. 12 2001 12:31PM P1

الرقم : ٢٥٩/١٦٠٩          المديرية العامة للشرطة
التاريخ : 2000/10/14          التنظيم والإدارة
المرفقات :          ٢٦٨٥٤



<u>امر نقل</u>



- ينقل بالبدل كل من :-
١- رقيب / نائل علاء الدين عبد الرؤوف حلاوة
من شرطة محافظة نابلس الى شرطة محافظة قلقيلية
٢- شرطي / محمد دشهور محمد حشايكه
من شرطة محافظة قلقيلية الى شرطة محافظة نابلس
- ينفذ هذا الامر اعتبارا من تاريخه .
- على جميع الجهات المختصة تنفيذ هذا الامر كل فيما يخصه .



غازي الجبالي
رئيس الشرطة



نسخة الى :-
- مساعد مدير الشرطة ومدير عام ادارة الشؤون الادارية
- مدير عام شرطة محافظة نابلس
- مدير عام شرطة محافظة قلقيلية
- مدير عام ادارة مالية الشرطة
- الذاتية / الكمبيوتر

CONFIDENTIAL

02:009472



التنظيـــــم والاداره

الرقم : ٧١٧/أ-٩٠٢

التاريخ ٢٩/ ١١/ 2001

السلطه الوطنيه الفلسطينيه
المديريه العامه للشرطه
شرطة محافظة نابلس

## أمر اداري (داخلي )

– ينقل المذكورين أدناه من الدوريات ويعينوا للعمل في مخفر شرطة تل رهم :

١. رقيب أول / جهاد غانم لافي حشايكه
٢. رقيب / عصمت عبدالحميد مصطفى يامين
٣. رقيب / مصطفى احمد حنين مشاقي
٤. رقيب / يوسف عبدالرؤوف احمد هزيم
٥. رقيب / حازم عبداللطيف محمد زواته
٦. رقيب / بشار علي عبد ابوحيط
٧. رقيب / طارق غالب خليل نصر
٨. عريف / علاء شحاده احمد اسعد
٩. شرطي / محمود فهمي ابراهيم جوده
١٠. شرطي / محمد مشهور محمد حشايكه
١١. شرطي / حازم خالد مصطفى حمد

– يتم تنفيذ هذا الأمر اعتبارا من تأريخه وكل فيما يخصه .

عقيد ركن
فراس العمله
مدير عام شرطة محافظة نابلس

مديرية شرطة محافظة نابلس
الصادر
التاريخ :
الرقم :
جهة الاختصاص :

نسخذ لـ :
– السيد مدير المركز .
– السيد مدير المخافر .
– السيد مدير الدوريات .
– الحفظ / الملف .

CONFIDENTIAL

02:009473

FROM : Panasonic FAX SYSTEM          PHONE NO. : 822422          Feb. 08 2002 09:09AM




المديرية العامة للشرطة
التنظيم والادارة

الرقم :٣٢/ ٢٢٩٥
التاريخ :2001/09/10
المرفقات :



٢٠٠٢/ ٦

__أمـر ادارى__

اشارة للامر الادارى الصادر عن هيئة التنظيم والادارة / السرايا رقم 3/8602 بتاريخ 2001/9/8

-- يرقى الشرطى/ محمد مشهور محمد حشايكه -- من مرتب شرطة محافظة نابلس -- لرتبة العريف واعتبارا من 2001/9/1 بالرتبة والراتب .

-- على جميع الجهات المختصة تنفيذ هذا الامر كل فيما يختصه .

مبـروك



عقيد ركن / عرابي محمد كلوب
مدير عام التنظيم والادارة فى الشرطة

نسخة الى :--

-- السيد / مساعد مدير الشرطة ومدير عام ادارة الشؤون الادارية
-- السيد / مدير عام شرطة محافظة نابلس
-- السيد / مدير عام ادارة مالية الشرطة
-- الذاتية / الكمبيوتر



CONFIDENTIAL                    02:009474





السلطة الوطنية الفلسطينية
المديرية العامة للشرطة
شرطة محافظة نابلس

الرقم: ٢٠٠٤/٥٠١
التاريخ: ٢٤/١٢/٢٠٠١

عريف / محمد مشهور محمد حشايكه - من مرتب مخفر يزاريا

- نظراً لتجاوزك وعدم احترامك للرتبة الأعلى فقد تقرر توجيه هذا الانذار اليـك بالاضافـة الى حسـم اربعة ايام من الراتب ، وذلك تحت طائلة انزال عقوبة اشـد في حـال التكـرار .
- للتقيد والالتزام وتحت طائلة المسؤولية .



عقيد ركن
فراس العملة
مدير عام شرطة محافظة نابلس

نسخه لـ :
- السيد مدير المخافر
- الحفظ / الملف .

ط/ت. ب ج





السلطة الوطنية الفلسطينية

الشــــرطة

التنظيم والادارة

# لائحة اتهام

بناءً على قانون الشرطة وقرار مدير الشرطة بشأن المخلفات التأديبية لرجال الشرطة تقرر محاكمة :

الاسم : محـ ـشرو محمد جمــاكـه

الرتبة : عريـف

مكان العمل والوظيفة : شرطة محافظة نابلس

وذلك بتهمة :

اولاً : الاخلال بالضبط الربط العسكري وعدم احترام الرتب وعصى

ثانياً : ............................................................

ثالثاً : ............................................................

وذلك أنه بتاريخ ٢٢/١٥/ ٢٠   م قام المتهم بالتكذب بالآتي :ـ

١ـ عدم تسليم الدوام بلباس ضباط الربط .............

٢ـ ............................................................

٣ـ ............................................................

مما يجعله مخالفاً للأحكام المنصوص عليها في قانون الشرطة وقرارات مدير الشرطة

خلافاً للمواد رقم : .......................

وبعد سماع أقوال الشهود وتحقيق دفاع المتهم أمرنا بتوقيع العقوبة التالية :

١ـ حبـ س اسبوع ايام مع الراتب ..........

٢ـ انذار ............................................................

٣ـ ............................................................

| الوظيفة | العقوبة | المكان | التاريخ | اليوم |
|---|---|---|---|---|
| بـ رياسـة طـ كانـة نابلس | | شـ طـ نابـ س | ٢٢/١٥/١٥ | الثـ |

تصدق

مدير الشرطة

**CONFIDENTIAL**

02:009476



السلطة الوطنية الفلسطينية
المديرية العامة للشرطة
المديــر

الرقــم :
التاريخ :
المرفقات :



الرقـم : ١٦٧/١١٤

٢٠٠٢/٢/١١

المرفقـات

المديرية العامة للشرطة
التنظيم والاداره

٥٣٦٧

امـر اداري

اشارة للامر الاداري الصادر من هيئة التنظيم والادارة / السرايا رقم 11/1617 بتاريخ 2002/2/11

– يطرد العريف / محمد مشهور محمد حشايكه – من مرتب شرطة محافظة نابلس – واعتباراً من 2002/2/1 لعـدم
صلاحيته للعمل الشرطي ،
– تسترد العهده والبطاقة العسكرية والضمان الصحي –
– على جميع الجهات المختصه تنفيذ هذا الامـر كل فيما يخصه

غازي الجبالي
مديـر الشرطـة

نسخة الى :–

– مدير عام شرطة محافظة نابلس
– مدير عام شرطة محافظة طولكرم / للعلم
– مدير عام ادارة الشؤون الادارية
– مدير عام ادارة مالية الشرطة
– مدير عام ادارة امن الشرطة
– مسؤول التسليح / المحافظات الشمالية
– الذاتية / الكمبيوتر

بسم الله الرحمن الرحيم

**Palestinian National Authority**
*Ministry of Education*
Directorate of Education - Nablus
Tallouza Co-Educational Secondary School   12112014

السلطة الوطنية الفلسطينية
وزارة التربية والتعليم
مديرية التربية والتعليم - نابلس
مدرسة طلوزة الثانوية المختلطة

Our Ref. :
Date :

الرقم : ..........٤٣/٩٨/ع.ت-٩/.....
التاريخ : ............١٤١٨/٩/١٦هـ
الموافق : ............١٩٩٨/١/١٣م

من عبد الله......

تشهد إدارة مدرسة طلوزة الثانوية المختلطة إبن
.............. حسن عكه / أن الطالب....................
للعام الدراسي ١٩٩٨/١٩٩٧م .............
الاعتبار..............

............ بناء على طلبه أعطيت له هذه الشهادة

[ختم المدرسة والوزارة]
وزارة التربية والتعليم
مدرسة طلوزة الثانوية المختلطة - نابلس

**CONFIDENTIAL**

02:009479



CONFIDENTIAL

02:009480



CONFIDENTIAL

02:009481