
PLAINTIFF'S
EXHIBIT
96
tabbies

300644 [handwritten]

Executed [handwritten]                    Ok [handwritten]                    9932 [handwritten]

Report about the Detention Period of the Detainee: Majed Ismail

| No. of Detentions | Date of Detention | Date of Release | Year | Month | Day |
|---|---|---|---|---|---|
| | November 30, 2002 | December 31, 2010 | 8 | 1 | 1 |
| | January 21, 1987 | January 20, 1991 | 3 | 11 | 30 |
| | August 6, 1981 | November 18, 1991 | 0 | 3 | 12 |
| | | **Total Detention Period** | 11 | 15 | 43 |

Military Person[handwritten, highlighted]

April 11, 2011

**CONFIDENTIAL**                                        02:009482

**Beneficiary's Account No.**[handwritten]
Bank of Palestine LTD
Name: Majed al-Masri
Account No.: 179272
Branch: Nablus

**CONFIDENTIAL**

02:009484

| PALESTINIAN AUTHORITY | | **IDENTITY DOCUMENT** |
|---|---|---|
| Identity No. | 9 0446086 2 | |

| | | |
|---|---|---|
| First Name | **Majed** | |
| Father's Name | **Isma'il** | |
| Grandfather's Name | **Mohamed** | |
| Last Name | **Masri** | |
| Mother's Name | **Fathiya** | [Photograph] |
| Date of Birth | **February 15, 1972** | [Signature] |
| Place of Birth | **Nablus** | |
| Sex | **Male**    Religion    **Muslim** | Competent Authority |
| Issued in | **Nablus**    on Date | **January 5, 1999** |

[Round stamp in Arabic]

| Children [up to age 16] |
|---|
| |
| [illegible throughout] |
| |
| |

**CONFIDENTIAL**

02:009487

**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**



## Detainee's Application Form

| Application No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date Application was Filled Out** | [illegible]/[illegible]/2011 | | | **Division/ Branch, Ministry** | | [illegible] | | | |

### 1. Detainee's Main Information:

| Identity No. (nine cells) | 9 | 0 | 4 | 4 | 6 | 0 | 8 | 6 | [illegible] | |
|---|---|---|---|---|---|---|---|---|---|---|

| **Full Name** | First Name | Father's Name | Grandfather's Name | Family Name |
|---|---|---|---|---|
| | [illegible] | Ismail | Mohamed | [illegible] |

| **Mother's Name** | Fathiya [illegible] | | **Gender** | Male ☒ | Female |
|---|---|---|---|---|---|
| **Date of Birth** | | | **Place of Birth** | Nablus | |

| **Level of Education:** | Illiterate | Elementary | Secondary ☒ | Diploma | University | Post Graduate Studies |
|---|---|---|---|---|---|---|

| **Occupation before Being Detained:** | Military | **Organization** | Fatah |
|---|---|---|---|

| **Date of Detention:** | [illegible]/[illegible]/2002 | **Place of Detention** | [illegible] |
|---|---|---|---|

| **Detention Status** | Arrested | Sentenced ☒ | Administrative | Released | Other |
|---|---|---|---|---|---|

| **If the person is sentenced, the sentence according to the certificate of the Red Cross:** | Day | Month | Year | **Date of expected release according to the court's verdict:** | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | Life Sentence | | | | Life sentence | | |

| **Permanent Address** | Governorate | Nablus | **Residential Complex** | Balata Refugee Camp |
|---|---|---|---|---|
| **Notes** | | | | |

### 2. Previous Detention Information:

Number of previous detentions and the current detention_____. Only those proven with a certificate from the Red Cross, in a timeline from newest to oldest.

| No. | Detention Date | Detention Type | Release Date | Detention Length | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

**CONFIDENTIAL**

02:009488



**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**

### 3. Social Status Information:

| Marital Status | Single | Married ☒ | Divorced | Widow(er) | |
|---|---|---|---|---|---|

| If married | Fill Spouse and Children Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| Spouse's Identity No. | 9 | 9 | 7 | 6 | 1 | 4 | 1 | 2 | Date of Marriage Contract: | 1995 |
|---|---|---|---|---|---|---|---|---|---|---|

| Spouse's Name: | Zaynab Fahmi Ibrahim Aweejaan | | No. of Children: | |
|---|---|---|---|---|

**Data of Children and First Wife:** (Male children under 18 years, and all unmarried females without regard to their ages)

| No. | Name | Date of Birth | Social Status | Level of Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

### 4. Beneficiary Information:

| Beneficiary Identity No.: | 9 | 0 | 4 | 4 | 6 | 0 | 8 | 6 | 2 |
|---|---|---|---|---|---|---|---|---|---|

| Beneficiary Name: | Majed Ismail al-Masri | Relationship: | The detainee himself |
|---|---|---|---|

| Date Granted Power of Attorney: | | Duration of Power of Attorney: | |
|---|---|---|---|
| Bank: | | Branch | |

| Account No.: | 1 | 7 | 9 | 2 | 7 | 2 | | Account only in Shekels |
|---|---|---|---|---|---|---|---|---|

| Landline Phone No.: | | Cell Phone No.: | [illegible] |
|---|---|---|---|
| Permanent Address | Governorate | Nablus | | Residential Complex | Balata Refugee Camp. |
| Notes | | | | | |

| Applicant's Comments | |
|---|---|
| Acknowledgement | I, the undersigned, attest that the information provided in this application is entirely true and assume full responsibility for its accuracy. |
| Applicant's Signature | |

**CONFIDENTIAL**

02:009489



**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**General Department of Detainees & Ex-Detainees**

**5. For Official Use:**

| | | | | |
|---|---|---|---|---|
| Name of Supervisor / Employee: | [illegible] | | | |
| Supervisor / Employee's Remarks: | | | | |
| Date: | | / / | Signature | [Signature] |
| Name of the Head of the Department: | [illegible] | | | |
| Remarks of the Head of the Department: | | | | |
| Date: | | / / | Seal and Signature: | [Signature] |

**Attached Documents: Place check next to attached documents (certification and authentication by the Head of the Department)**

| | | | |
|---|---|---|---|
| ☐ | Copy of the Detainee/ Ex-Detainee's ID | ☐ | Beneficiary's ID |
| ☐ | Red Cross Certificates | ☐ | Bill of Indictment |
| ☐ | Sentence (if any) | ☐ | Copy of the Debit Card |
| ☐ | Copy of the Marriage Certificate` | ☐ | Copies of Children's Birth Certificates |
| ☐ | Addendum Adding Wife/ Wives | ☐ | Other (specify) |

**6. Approval and Authentication:**

| | |
|---|---|
| **1. Approval from Department of Detainees' Affairs:** | ☐ I approve the detainee's application, pursuant to all applicable laws and regulations. |
| Employee Name: | |
| Date: | / / Seal and Signature |
| | ☐ I do not approve the detainee's application, pursuant to all applicable laws and regulations. |
| Reasons and Justifications: | |
| | |
| **2. Approval from Department of Legal Affairs:** | ☐ I approve the detainee's application, pursuant to all applicable laws and regulations. |
| Employee Name: | |
| Date: | / / Seal and Signature |
| | ☐ I do not approve the detainee's application, pursuant to all applicable laws and regulations. |
| Reasons and Justifications: | |

**CONFIDENTIAL**

02:009490

**Public Security**
**Central Financial Administration**



February 1, 2011

**Fiscal No.:** 76076
**Identity No. :** 904460862
**Marital Status:** Married

**Beneficiary Name:** Majed Ismail Mohamed al-Masri
**Current Rank:** Colonel          **Date of Rank:** January 1, 2010
**No. of Children:** 2

**Principal Bank:** Palestine
**Branch:** Nablus, Palestine
**Account No.** 179272

**Department:** Civil Police, West Bank
**Division:** Civil Police

| Total Salary | Total Reductions |
|---|---|
| 7649.84 | 1592.08 |

**Lodging:** 618
**Third Party's Rights:** 00
**Reparation:** 00

**Healthcare Insurance:** 49.08
**Healthcare Insurance for Spouse:** 0.00
**Healthcare Insurance for Children:** 10.00
**Healthcare Insurance for Parents:** 0.00

**Net Salary in Shekels paid by the Financial Administration:**          6057.76
**Net Salary in paid by the Ministry of Finance:**          6057.76

**CONFIDENTIAL**                    02:009494

**Palestinian National Authority**
**Ministry of Detainees & Ex-Detainees Affairs**
**Ex-Detainees Rehabilitation Program**



**Date:** May 15, 2011

## Subject: Acknowledgment of Detainee Status

The Ministry of Detainees' and Ex-Detainees' Affairs in the Governorate of Nablus acknowledges that the detainee <u>Majed Ismail Mohamed al-Masri</u>, holder of Identity No. <u>904460862,</u> from the Governorate of Nablus, is detained in the prisons of the Israeli occupation because he was fighting for his country. He is a security detainee and remains in detention.

<div align="center">Respectfully yours,</div>

Samer Samaro
Director
Directorate of Nablus

[Signature]

| Seal of The Ministry of Detainees' and Ex-Detainees' Affairs |
| --- |

Approval of the Public Office for Detainees Affairs.
Director General of the Public Administration -------
Seal and Signature ---------------------------------------
Date------------------------------------------------------------

<div align="center">**CONFIDENTIAL**</div>

02:009495

300644 [handwritten]

Previously executed [handwritten]                                        9932 [handwritten]

Report about the Detention Period of the Detainee: Majed Ismail Mohamad al-Masri

| No. of Detentions | Date of Detention | Date of Release | Year | Month | Day |
|---|---|---|---|---|---|
| | November 30, 2002 | October 30, 2011 | 8 | 10 | 30 |
| | August 6, 1991 | November 18, 1991 | 0 | 03 | 13 |
| | January 21, 1987 | January 20, 1991 | 3 | 11 | 30 |
| | | Total Detention Period | 13 | 02 | 11 |

October 31, 2011

**CONFIDENTIAL**                                        02:009496

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

        Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009482-9500.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009482-9500.

                                         Adnane Ettayebi

ss.:  New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.


Sworn to me this
28 day of February, 2014


_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

 

تقرير مدة الاعتقال للاسير : ماجد اسماعيل

| عدد مرات الاعتقال | تاريخ الاعتقال | تاريخ الافراج | سنة | شهر | يوم |
|---|---|---|---|---|---|
| | ٣٠/١١/٢٠٠٢ | ٣١/١٢/٢٠١٠ | ٨ | ١ | ٦ |
| | ٢١/٠١/١٩٨٧ | ٢٠/٠١/١٩٩١ | ٣ | ١١ | ٣٠ |
| | ٠٦/٠٨/١٩٨٩ | ١٨/١١/١٩٩١ | ٢ | ٣ | ١٢ |
| | اجمالي مدة الاعتقال: | | | | |



№  40404

## TO WHOM IT MAY CONCERN

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  MAJED ISMAIL MOHAMMAD  MASRI

From :  NABLUS                                    ID NO: 90446086-2

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    30.11.2002

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ ماجد اسماعيل محمد مصري _____

من ___ نابلس ___ هوية رقم ____ ٩،٤٤٦،٠٨٦٢ _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٣٠ / شهر ١١ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _X_ إداري _____

محكوم/ة أو إداري لمدة ____ مدى الحياة _____

وهو/هي أطلق/أطلقت سراحها في يوم XXX / شهر XXX / سنة XXX

Date:  12.05.2005

التاريخ

CERTIFIED UPDATE

12 06 2010

International Committee
of the Red Cross

ADRIAN GOODLIFFE
ICRC Delegate

Place:  NABLUS OFFICE

المكـــان

توقيع مندوب اللجنة

CONFIDENTIAL                                    02:009483



بنــــك فلســـطين المحدوه
**BANK OF PALESTINE LTD.**

الإســـم: ماجد الجعبري
رقم الحساب: ١٧٩٤٧٢
الفـــرع:

**CONFIDENTIAL**                    02:009484

Palestinian Authority

Ministry of Interior

Department of Civil Affairs

السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية

شهادة ميلاد

**Birth Certificate** 1006576

4 0444724 5

| | | |
|---|---|---|
| رقم الهوية<br>Id No. | | |
| الإسم<br>Name | حلا | إسم الأب<br>Father's name  ماجد |
| إسم الجد<br>G.F.'s name  اسماعيل | | إسم العائلة<br>Family name  مصري |
| الجنس<br>Sex  أنثى | | الديانة<br>Religion  مسلمة |
| تاريخ الميلاد<br>D. of birth  1999/02/07 | | السابع من شهر شباط لعام ألف وتسعمائة و تسع وتسعين |
| مكان الميلاد<br>P. of birth  نابلس | | المستشفى<br>Hospital  الاتحاد النسائي |
| الجنسية<br>Nationality  فلسطينية | | |
| إسم الأم<br>M.'s name  زينب | | عائلة الأم<br>M.'s family  عويجان |
| العنوان<br>Address  نابلس   0 – 0  جبل شمالي | | |

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة 1999

The details about the above mentioned birth have already been registered in the birth file of year 1999

من قبل مديرية الأحوال المدنية بـ نابلس    بتاريخ 1999/03/20

by Department of Civil Affairs in    Nablus    On    20/03/1999

توقيع
الموظف المختص



ختم الدائرة

**CONFIDENTIAL**

02:009485

Palestinian Authority

السلطة الفلسطينية

Ministry of Interior

وزارة الداخلية

Department of Civil Affairs

مديرية الأحوال المدنية



شهادة ميلاد

**Birth Certificate**

١٠٠٦٥٧٦

| | | |
|---|---|---|
| | 4  0320779  8 | رقم الهوية<br>Id No. |
| إسم الأب<br>Father's name | حنان | الإسم<br>Name |
| إسم العائلة<br>Family name | اسماعيل | إسم الجد<br>G.F.'s name |
| الديانة<br>Religion | أنثى | الجنس<br>Sex |
| السادس والعشرون من شهر تشرين الثاني لعام ألف وتسعمائة و سبع وتسعين | 1997/11/26 | تاريخ الميلاد<br>D. of birth |
| المستشفى<br>Hospital | نابلس | مكان الميلاد<br>P. of birth |
| | فلسطينية | الجنسية<br>Nationality |
| عائلة الأم<br>M.'s family | زينب | إسم الأم<br>M.'s name |
| | نابلس | العنوان<br>Address |

ماجد

مصري

مسلمة

الاتحاد

عويجان

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة 1997

The details about the above mentioned birth have been registered in the birth file of year 1997

من قبل مديرية الأحوال المدنية بـ نابلس بتاريخ 1998/01/05

by Department of Civil Affairs in **NABLUS** On 05/01/1998

توقيع





CONFIDENTIAL

02:009486



CONFIDENTIAL

02:009487

Palestinian National Authority      السلطة الوطنية الفلسطينية

Ministry of Detainees & Ex-detainees Affairs    وزارة شؤون الأسرى والمحررين

Gen Dep. Detainees & Ex-detainees     الإدارة العامة لشؤون الأسرى والمحررين



## استمارة الأسير الرئيسية

| | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| المديرية/فرع الوزارة: | | | | تاريخ تعبئة الاستمارة: | | | | |

**1. المعلومات الرئيسية للأسير:**

| رقم الهوية: (تسع خانات) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| الاسم الرباعي: | اسم العائلة | | اسم الجد | | اسم الأب | | الاسم الأول | |
| اسم الأم: | | | | | | | | |
| تاريخ الميلاد: | / / | | | | | | | |
| المؤهل العلمي: | ☐ أمي | ☐ الأساسية | ☐ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا | | |
| المهنة قبل الأسر: | | | التنظيم: | | | | | |
| تاريخ الأسر: | / / | | مكان الأسر: | | | | | |
| الوضع الاعتقالي: | ☐ موقوف | ☐ محكوم | ☐ إداري | ☐ محرر | ☐ مدني | | | |
| في حالة محكوم مدة الحكم حسب شهادة الصليب: | يوم | شهر | سنة | تاريخ الإفراج المتوقع | اليوم | الشهر | العام | |
| | حسب قرار الحكم: | | | | | | | |
| العنوان الدائم: | المحافظة: | | | التجمع السكاني: | | | | |
| ملاحظات: | | | | | | | | |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة والحالية: _____ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

CONFIDENTIAL

02:009488

1

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

---

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☐ أعزب | ☒ متزوج | ☐ مطلق | ☐ أرمل |

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

| رقم هوية الزوج/ة: | | | | ٨ | ٤ | ٢ | ٧ | ٩ | تاريخ عقد الزواج | / | / ١٩ |
| اسم الزوج/ة: | مريم مصطفى محمود نصر محمد أبو عطايا | عدد الأولاد: | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | | | | |
| .2 | | | | |
| .3 | | | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | | | ٩ | ١ | ٥ | ٦ | ٧ | ٢ | ٢ | |
| اسم الوكيل "المستفيد": | | صلة القرابة: | |
| تاريخ الوكالة: | / / | مدة سريان الوكالة: | |
| البنك: | | فرع البنك: | |
| رقم الحساب: | | | ٩ | ٤ | ٢ | ٧ | | الحساب جاري شيكل فقط |
| رقم الهاتف الأرضي: | | رقم الهاتف النقال: | |
| العنوان الدائم للمستفيد: | المحافظة: | | التجمع السكني: | |
| ملاحظات: | |

| ملاحظات مقدم الطلب: | |
| إقرار: | أنا الموقع أدناه أقر رأشيد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

2

**CONFIDENTIAL**

02:009489

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السـلـطـة الـوطـنـيـة الـفـلـسـطـيـنـيـة

وزارة شـؤون الأسـرى والمجـررين

الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| | اسم المرشد/الموظف: |
|---|---|
| ارا ذ زر اب  | |
| | ملاحظات المرشد/الموظف: |
| التوقيع: | / / | التاريخ: |
| | اسم مدير المديرية : |
| | ملاحظات مدير المديرية: |
| الخـتم والتوقيع: | / / | التاريخ: |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| صورة هوية المستفيد | ☐ | صورة هوية الأسير/المحرر | ☐ |
| لائحة الاتهام | ☐ | شهادات الصليب الأحمر | ☐ |
| صورة بطاقة الحساب البنكي | ☐ | قرار الحكم (إن وجد) | ☐ |
| صور شهادات الميلاد للأبناء | ☐ | صورة عقد الزواج | ☐ |
| أخرى (حدد) | ☐ | ملحق إضافة زوجة/زوجات | ☐ |

6. الاعتماد والمصادقة:

| | 1. اعتماد دائرة الأسرى: |
|---|---|
| ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) | |
| | اسم الموظف المعتمد: |
| الخـتم والتوقيع: | / / | التاريخ: |
| ☐ لا أصادق على اعتماد استمارة الأسير | |
| | المبررات والأسباب: |

| | 2. اعتماد الدائرة القانونية: |
|---|---|
| ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) | |
| | اسم الموظف المعتمد: |
| الخـتم والتوقيع: | / / | التاريخ: |
| ☐ لا أصادق على اعتماد استمارة الأسير | |
| | المبررات والأسباب: |

**CONFIDENTIAL**

02:009490

CONFIDENTIAL

02:009491



LOCAL OFFICE COPY

## TO WHOM IT MAY CONCERN

According to the records of the International Committee of the Red Cross,

Mr, Mrs, Miss,       : ....MAJED..ISMAIL..MOHAMAMD..NASRI............................

From       : ....BALATA..CAMP...NABLUS....................................

Was arrested by the Israeli Authorities for reasons
related to       : ....SECURITY...............................................

on       : ....21..1..1987...........................................

He, She, is to date
Awaiting Trial / Sentenced       : ...X..X..X..X..X..X..X.....................................

He, She, was released on       : ...20..1..1991..FROM..JENIN..JAIL...........................

<div dir="rtl">

الى من يهمه الأمر

بالرجوع الى ملفات اللجنة الدولية للصليب الأحمر

السيد/ة الآنـة : ................................................

مـــن : ................................................

كان/ت قد اعتقل/ت من قبل السلطات الأسرائيلية لأسباب لها علاقة

بالناحية : ................................................

بتاريخ : ١٩٨٧/١/٢١................................

وهو/هي في هذا التاريخ ينتظر/تنتظر المحاكمة/محكوم/ة : ....×...×...×...×...

وهو/هي أطلق سراحه بتاريخ : ١٩٩١/١/٢٠...............................

</div>

Date
التاريخ     6.3.19..

Place
المكان     Nablus ? Bb

Bernard Verrey
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**

02:009492

For ICRC only     ICRC No. : ....18520....     File No. : .........................



LOCAL OFFICE COPY

## TO WHOM IT MAY CONCERN

According to the records of the International Committee of the Red Cross,

| | | |
|---|---|---|
| Mr, Mrs, Miss, | : | MAJED ISMAIL MOHAMMAD MASRI |
| From | : | BALATA CAMP/NABLUS |

Was arrested by the Israeli Authorities for reasons

| | | |
|---|---|---|
| related to | : | SECURITY |
| on | : | 6.8.1991 |
| He, She, is to date Awaiting Trial / Sentenced | : | XXXXXXXXXXX |
| He, She, was released on | : | 18.11.1991 FROM MEJJEDO MILITARY DETENTION CENTER K |

الى من يهمه الأمر

بالرجوع الى ملفات اللجنة الدولية للصليب الاحمر

السيد/ة الانسة :   حاصل إسماعيل محمد صري

مـــن :   مخيم بلاطة - نابلس

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية لاسباب لها علاقة

بالناحية :   الامنية

بتاريخ :   ١٩٩١/٨/٦

وهو/هي في هذا التاريخ تنتظر/تنتظر المحاكمة/محكوم/ة : x x x x x

وهو/هي أطلق سراحه/ها بتاريخ : ١٩٩١/١١/١٨ من سجن مجدو و

| | |
|---|---|
| Date التاريخ | 30.11.1991 |
| Place المكان | Nablus/ma |

Didier Pradervand
**ICRC Delegate**
توقيع مندوب اللجنة

## CONFIDENTIAL

02:009493

For ICRC only     ICRC No. : 18520     File No. :



الأمن العام

الإدارة المالية المركزية

01/02/2011    ▓▓▓▓▓▓▓▓▓▓

| الرقم المالي : | 78078 | إسم المكتلف : | ماهد إسماعيل محمد المصري |
| رقم الهويسة : | 904460862 | الرتبة الحالية : | عقيد | تاريخ الرتبة : 01/01/2010 |
| الحالة الإجتماعية : متزوج/غ | | عـدد الأبناء : | 2 |

البنك الرئيسي : فلسطين
الفرع : فلسطين-نابلس
رقم الحساب : 179272

الإدارة : الشرطة المدنية - ضفة
القطاع : الشرطة المدنية

| إجمالي الإستقطاع | إجمالي الراتب |
|---|---|
| 1592.08 | 7649.84 |

| | | |
|---|---|---|
| ضمان صحي: | 49.08 | إستقطاع : 618 |
| ض.من. زوجة: | 0.00 | حقوق الغير : 0 |
| ض. من. أولاد: | 10.00 | إستدراك: 0 |
| ضمان صحي والدين: | 0.00 | |

صافي الرواتب بالشيكل من الإدارة المالية : 6057.76

صافي الرواتب المدفوع من وزارة المالية : 6057.76

صفحة 1 من 1

**CONFIDENTIAL**                                              02:009494

**Palestinian National Authority**

Ministry of Detainees & Ex-detainees Affairs

Ex-detainees Rehabilitation Program



**السلطة الوطنية الفلسطينية**

**وزارة شـؤون الأسـرى والمحـررين**

برنامج تأهيل الأسرى المحررين

التاريخ : ١١٥ و ٢٠١١

<u>الموضوع : اقرار الحالة الاعتقالية للاسير</u>

تشهد مديرية وزارة شؤون الاسرى والمحررين في محافظة نابلس بان الاسير /ة

سيد اسكندنية ـــــــــــــــ حامل / ة هوية رقم ٩٠٤٦ـــــــ

من محافظة ـــــــــــــــ معتقل في سجون الاحتلال الاسرائيلي على

خلفية نضاله الوطني وهو اسير امني وما زال قيد الاعتقال .

ولكم فائق الاحترام

مصادقة الادارة العامة لشؤون الاسرى

مدير عام الادارة العامة ـــــــــــ

التوقيع والختم ـــــــــــــ

التاريخ :ـــــــــــــ

مدير مديرية نابلس

سامر سمارو

CONFIDENTIAL

02:009495

٣٠٠٦٧٤

٢١٣٢

تقرير مدة الاعتقال للأسير : ماجد اسماعيل محمد مصري

| عدد مرات الاعتقال | تاريخ الاعتقال | تاريخ الإفراج | سنة | شهر | يوم |
|---|---|---|---|---|---|
| | ٣٠/١١/٢٠٠٢ | ٣٠/١٠/٢٠١١ | ٨ | ١٠ | ٣٠ |
| | ٠٦/٠٨/١٩٩١ | ١٨/١١/١٩٩١ | ٠ | ٣ | ١٣ |
| | ٢١/٠١/١٩٨٧ | ٢٠/٠١/١٩٩١ | ٣ | ١١ | ٣٠ |
| | اجمالي مدة الاعتقال: | | ١٣ | ٢ | ١١ |

٣١ تشرين الأول ٢٠١١

**CONFIDENTIAL**

02:009496



## TO WHOM IT MAY CONCERN

№ 40404

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **MAJED ISMAIL MOHAMMAD  MASRI**

From : **NABLUS**                    ID NO: **90446086-2**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **30.11.2002**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR** هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ـــــــ ماجد اسماعيل محمد مصري

من ـــــ نابلس ـــــ هوية رقم ـــــ ٩،٤٤٦،٠٨٦٢

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٣٠ / شهر ١١ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــ محكوم/ة  X  إداري ـــــ

محكوم/ة أو إداري لمدة ـــــ مدى الحياة

وهو/هي أطلق سراحه/ها في يوم ـــ XXX / شهر XXX / سنة XXX

Date:  **12.05.2005**

التـــاريــخ

Place:  **NABLUS OFFICE**

المكـــان

**ADRIAN GOODLIFFE**
ICRC Delegate

توقيع مندوب اللجنة

**CONFIDENTIAL**                    02:009497



TO WHOM IT MAY CONCERN

–According to the information received from the Israeli Authorities, the

International Committee of the Red Cross certifies that :

Mr. : ........MAJED ISMAIL MOHAMMAD MASRI...........................................

From : ......BALATA CAMP /NABLUS................... ID NO. : .90446086...............

Was arrested by the Israeli Authorities on Day:...17.. Month:..07.. Year:..1992

Was deported by the Israeli Authorities on Day:...17.. Month:..07.. Year:..1992

Was returned on Day:xxxx Month:xxxx. Year:xxxxx

He was released on Day:.xxx Month:.xxx. Year:xxxx.

الـــى مـــن يـهـمـــه الامـــر

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية

للصليب الاحمـر بـان :

السيد : ........ مـاجـد اسـمـاعـيـل مـحـمـد مـصـري ..........................

مـن : ........مخيم بلاتة / نابلس............... هـويـة رقـم : .٩٠٤٤٦٠٨٦.

كـان قـد اعـتـقـل مـن قـبـل السلطات الاسرائيلية في يوم .١٧/ شـهـر .٠٧/ سـنـة ١٩٩٢

كـان قـد ابـعـد مـن قـبـل السلطات الاسرائيلية في يوم .١٧/ شـهـر .٠٧/ سـنـة ١٩٩٢

وكـان قـد ارجـع فـي يـوم ٠/xx/ شـهـر .x/x. سـنـة x.x.x

و هـو قـد اطـلـق سـراحـه فـي يـوم x.x/ شـهـر .x/x. سـنـة x.x.x

Date .....21.06.1995.........
التـاريـخ

ICRC Delegate
توقيع مندوب اللجنة

Place ......NABLUS /SD.......
المكـان

**CONFIDENTIAL**

02:009498



LOCAL OFFICE COPY

## TO WHOM IT MAY CONCERN

According to the records of the International Committee of the Red Cross,

Mr. Mrs. Miss,             : MAJED ISMAIL MOHAMMAD MASRI

From                       : BALATA CAMP/NABLUS

Was arrested by the Israeli Authorities for reasons
related to                 : SECURITY

on                         : 6.8.1991

He/She is to date
Awaiting Trial / Sentenced : xxxxxxxxxxxx

He/She was released on     : 18.11.1991 FROM MEJJEDO MILITARY DETENTION CENTER
                             X

الى من يهمه الامر

للرجوع الى بيانات اللجنة الدولية للصليب الاحمر

السيد / الانسة        : ماجل اسماعيل محمد مصري

                        مخيم بلاطة - نابلس

كان قد اعتقل / ت من قبل السلطات الاسرائيلية لاسباب لها علاقة

بالامن :

تاريخ :  ١٩٩١/٨/٦

لايزال لغاية هذا التاريخ ينتظر / تنتظر المحاكمة / محكوم : X X X  X X X

وقد اطلق سراحه بتاريخ  ١٩٩١/١١/١٨ من معتقل مجدو

Date
تاريخ        30.11.1991

Place
المكان       Nablus/me

Didier Pralong
ICRC Delegate
ممثل اللجنة

CONFIDENTIAL

02:009499

LOCAL OFFICE COPY

## TO WHOM IT MAY CONCERN

According to the records of the International Committee of the Red Cross,

Mr Mrs Miss:                    MAJED ISMAIL MOHAMAD NASRI

From                            BALATA CAMP, NABLUS

Was arrested by the Israeli Authorities for reasons
related to:                     SECURITY

on                              21.1.1987

He / She is to date
Awaiting Trial / Sentenced      X X X X X X X X X X X

He / She was released on        20.1.1991 FROM JENIN JAIL

الى من يهمه الأمر

تاريخ كتابة التحت للذلك للصليب الأحمر

كان قد اعتقل من قبل السلطات الاسرائيلية لأسباب لها علاقة

٢١/١/١٩٨٧

x x x x x x x x x
لقد أفرج عنه بتاريخ
٢٠/١/١٩٩١

Date
التاريخ          6.3.1991

                                Bernard Waffrey
                                ICRC Delegate

Place
المكان           Nablus 7 RD

**CONFIDENTIAL**

02:009500

For ICRC only    ICRC No.    18520    File No.