Case 1:04-cv-00397-GBD-RLE   Document 927-48   Filed 07/02/15   Page 1 of 8





Palestine Liberation Organization
Palestinian National Authority
Public Security
Organization and Administration Institution
Personnel Affairs

No.: 4610/3
Date: July 5, 2009

## Administrative Order

Pursuant to the instructions of His Excellency the President, Commander-in-Chief of the security forces,

The following First Warrant Officers named in the attached addendum from roster of units that appears next to their names, followed by "Northern Governorates", are hereby promoted to the rank of Honorary Lieutenant effective the date stated next to their names, with regard to rank, and July 1, 2009, with regard to salary. The number of promoted First Warrant Officers totals (547). The list starts with First Warrant Officer Anas Abdel Raouf Jamil Hajeh, and ends with First Warrant Officer Yusuf Mohamed Abdel Rahman al-Qadi.

Copies to:
- Financial Administration
- Officers Affairs
- The brothers
- Personal Affairs
- Compilation
- Circulation
- Computer

[Stamp] State of Palestine
Palestine Liberation Organization
Organization and Administration Institution

[Signature]
July 5

CONFIDENTIAL                                    02:009505

| # | Rank | Name | Honorary Rank | Date | Assignment |
|---|---|---|---|---|---|
| 342 | First Warrant Officer | Morad Issam Toufik Dara'ma | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 343 | First Warrant Officer | Munthir Fayez Mahmoud Awad | Honorary Lieutenant | March 1, 2009 | National Security/ Northern Governorates |
| 344 | First Warrant Officer | Mounir Salamah Salem Barakat | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 345 | First Warrant Officer | Mahdi Mesbah Yaakub Abu Najma | Honorary Lieutenant | March 1, 2009 | General Intelligence/ Northern Governorates |
| 346 | First Warrant Officer | Nader Mohamed Abdel Rahman al-Baydaa | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 347 | First Warrant Officer | Nashaat Mohamed Yusuf Yamin | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 348 | First Warrant Officer | Nas-sar Mazyoun Suleiman Hashash | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 349 | First Warrant Officer | Nasr Younis Salah Buzour | Honorary Lieutenant | March 1, 2009 | National Security/ Northern Governorates |
| 350 | First Warrant Officer | Nidal Ahmed Suleiman Saleh | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 351 | First Warrant Officer | Nidal Rasmi Mohamed Abdel Razak | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 352 | First Warrant Officer | Nidal Mohamed Abdel Halim Kalbouna | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 353 | First Warrant Officer | Hani Mohamed Ishtewi Odeh | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 354 | First Warrant Officer | Haitham Fat-hi Hamid al-Masri | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 355 | First Warrant Officer | Wajdi Omar Hussein al-Hajj | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 356 | First Warrant Officer | Walid Yusuf Mahmoud al-Fasfous | Honorary Lieutenant | March 1, 2009 | Preventive Security/ Northern Governorates |
| 357 | First Warrant Officer | Yahya Thaher Mohamed Hmedat | Honorary Lieutenant | March 1, 2009 | Police Department/ Northern Governorates |
| 358 | First Warrant Officer | Salim Abdel Rahman Hussein Ibrahim | Honorary Lieutenant | March 16, 2009 | National Security/ Northern Governorates |
| 359 | First Warrant Officer | Ammar Farhat Farah Taha | Honorary Lieutenant | March 16, 2009 | Police Department/ Northern Governorates |
| 360 | First Warrant Officer | Ibrahim Housni Hussein Qtari | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 361 | First Warrant Officer | Ibrahim Salim Khalil Majdlawiyah | Honorary Lieutenant | April 1, 2009 | Liaison/ Northern Governorates |
| 362 | First Warrant Officer | Ibrahim Adel Mahmoud Eid | Honorary Lieutenant | April 1, 2009 | Department of Signal Corps (Radio)/ Northern Governorates |
| 363 | First Warrant Officer | Ibrahim Abdel Hameed Ahmed al-Atawna | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 364 | First Warrant Officer | Ibrahim Mohamed Ibrahim Shariteeh | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 365 | First Warrant Officer | Ahmed Khaled Hussein al-Naji | Honorary Lieutenant | April 1, 2009 | National Security/ Northern Governorates |
| 366 | First Warrant Officer | Ahmed Salah Ahmed Salah | Honorary Lieutenant | April 1, 2009 | General Intelligence/ Northern Governorates |
| 367 | First Warrant Officer | Ahmed Mohamed Mahmoud Abdel Ghani | Honorary Lieutenant | April 1, 2009 | National Security/ Northern Governorates |
| 368 | First Warrant Officer | Osama Sami Hussni Muqbil | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 369 | First Warrant Officer | Amjad Soubhi Abdel Rahman Abu Hassan | Honorary Lieutenant | April 1, 2009 | Military Intelligence/ Northern Governorates |
| 370 | First Warrant Officer | Anwar Ahmed Mohamed Fahmawi | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |

CONFIDENTIAL

02:009506

| 371 | First Warrant Officer | Anwar Muhssin Taher Buzour | Honorary Lieutenant | April 1, 2009 | National Security/ Northern Governorates |
| 372 | First Warrant Officer | Iyad Yusuf Abdel Rahim Abu al-Rab | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 373 | First Warrant Officer | Bruce lee Dakheel Abdel Aziz Eid | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 374 | First Warrant Officer | Jassem Ata Sa'adah Zaydan | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 375 | First Warrant Officer | Jalal Nimer Kamel Zaid | Honorary Lieutenant | April 1, 2009 | National Security/ Northern Governorates |
| 376 | First Warrant Officer | Jamal Mohamed Yusuf Abu Arra | Honorary Lieutenant | April 1, 2009 | General Intelligence/ Northern Governorates |
| 377 | First Warrant Officer | Hazem Khaled Mahmoud Badran | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 378 | First Warrant Officer | Hussam Nazih Toufik Abu Ghannam | Honorary Lieutenant | April 1, 2009 | Police Department/ Northern Governorates |
| 379 | First Warrant Officer | Hussni Salem Muslah Mawazneh | Honorary Lieutenant | April 1, 2009 | National Security/ Northern Governorates |

[Stamp] State of Palestine
Palestinian National Authority
Organization and Administration Institution

02:009506 [continued]

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009505-9506.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009505-9506.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D. # 2420914



| | |
|---|---|
| الرقم : 3/4610 | منظمة التحرير الفلسطينية |
| التاريخ : ٢٠٠٩/٧/٥ | السلطة الوطنية الفلسطينية |
| | الأمن العام |
| | هيئة التنظيم والإدارة |
| | شؤون الضباط |

## أمــــــر إداري

بناءا على تعليمات الأخ الرئيس القائد الأعلى لقوى الأمن

يرقى المساعدين الأوائل التالية أسماؤهم بالكشف المرفق من مرتب الوحدات لرتبة الملازم شرف اعتباراً من التاريخ الموضح قرين اسم كل منهم بالرتبة والراتب من ٢٠٠٩/٧/١ وعددهم (٥٤٧) أولهم مساعد أول / أنس عبدالرؤوف جميل حجه وآخرهم مساعد أول / يوسف محمد عبدالرحمن القاضي .



نسخه إلى:
- الإدارة المالية المركزية
- الأخرة /
- شؤون الضباط
- الثانية
- المصنف
- التداول
- الحاسوب

CONFIDENTIAL                02:009505

| # | الرتبة الجديدة | الاسم | الرتبة | التاريخ | جهة العمل |
|---|---|---|---|---|---|
| 342 | مساعد اول | مراد عصام توفيق دراغمه | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 343 | مساعد اول | منذر فايز محمود عواد | ملازم شرف | 2009/03/01 | الامن الوطني / محافظات الشمال |
| 344 | مساعد اول | منير سلامه سالم بركات | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 345 | مساعد اول | مهدي مصباح يعقوب ابو نجمه | ملازم شرف | 2009/03/01 | المخابرات العامة / محافظات الشمال |
| 346 | مساعد اول | نادر محمد عبدالرحمن البيضا | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 347 | مساعد اول | نشات محمد يوسف يامين | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 348 | مساعد اول | نصار مزيون سليمان حشاش | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 349 | مساعد اول | نصر يونس صالح بزور | ملازم شرف | 2009/03/01 | الامن الوطني / محافظات الشمال |
| 350 | مساعد اول | نضال احمد سليمان صالح | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 351 | مساعد اول | نضال رسمي محمد عبدالرازق | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 352 | مساعد اول | نضال محمد عبدالحليم كلبونه | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 353 | مساعد اول | هاني محمد اشتيوي عوده | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 354 | مساعد اول | هيثم فتحي حامد المصري | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 355 | مساعد اول | وجدي عمر حسين الحاج | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 356 | مساعد اول | وليد يوسف محمود الفسفوس | ملازم شرف | 2009/03/01 | الامن الوقائي / محافظات الشمال |
| 357 | مساعد اول | يحيى ظاهر محمد حميدات | ملازم شرف | 2009/03/01 | مديرية الشرطة / محافظات الشمال |
| 358 | مساعد اول | سليم عبدالرحمن حسين ابراهيم | ملازم شرف | 2009/03/16 | الامن الوطني / محافظات الشمال |
| 359 | مساعد اول | عمار فرحات فرح طه | ملازم شرف | 2009/03/16 | مديرية الشرطة / محافظات الشمال |
| 360 | مساعد اول | ابراهيم حسني حسين قطيري | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 361 | مساعد اول | ابراهيم سليم خليل مجدلاويه | ملازم شرف | 2009/04/01 | الارتباط / محافظات الشمال |
| 362 | مساعد اول | ابراهيم عادل محمود عبد | ملازم شرف | 2009/04/01 | مديرية الاشارة (اللاسلكي)/الشمال |
| 363 | مساعد اول | ابراهيم عبدالحميد احمد العطاونه | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 364 | مساعد اول | ابراهيم محمد ابراهيم شريتح | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 365 | مساعد اول | احمد خالد حسين الناجي | ملازم شرف | 2009/04/01 | الامن الوطني / محافظات الشمال |
| 366 | مساعد اول | احمد صلاح احمد صلاح | ملازم شرف | 2009/04/01 | المخابرات العامة / محافظات الشمال |
| 367 | مساعد اول | احمد محمد محمود عبدالغني | ملازم شرف | 2009/04/01 | الامن الوطني / محافظات الشمال |
| 368 | مساعد اول | اسامه سامي حسني مقبل | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 369 | مساعد اول | امجد صبحي عبدالرحمن ابو حسن | ملازم شرف | 2009/04/01 | الاستخبارات العسكرية / محافظات الشمال |
| 370 | مساعد اول | انور احمد محمد فحماوي | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 371 | مساعد اول | انور محسن طاهر بزور | ملازم شرف | 2009/04/01 | الامن الوطني / محافظات الشمال |
| 372 | مساعد اول | اياد يوسف عبدالرحيم ابو الرب | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 373 | مساعد اول | بروسلي دخيل عبدالعزيز عيد | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 374 | مساعد اول | جاسم عطا سعاده زيدان | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 375 | مساعد اول | جلال نمر كامل زيد | ملازم شرف | 2009/04/01 | الامن الوطني / محافظات الشمال |
| 376 | مساعد اول | جمال محمد يوسف ابو عرة | ملازم شرف | 2009/04/01 | المخابرات العامة / محافظات الشمال |
| 377 | مساعد اول | حازم خالد محمود بدران | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 378 | مساعد اول | حسام نزيه توفيق ابو غنام | ملازم شرف | 2009/04/01 | مديرية الشرطة / محافظات الشمال |
| 379 | مساعد اول | حسني سالم مصلح موازره | ملازم شرف | 2009/04/01 | الامن الوطني / محافظات الشمال |

CONFIDENTIAL

02:009506