PLAINTIFF'S EXHIBIT 105

**Palestine Liberation Organization**
**Palestinian National Authority**
**Public Security**
**Organization and Administration Institution**
**Officers Affairs**



No.: 15999/3
Date: November 13, 2008

## Administrative Order

Pursuant to the instructions of the Brother, His Excellency
the President, Commander-in-Chief of the security forces,

The following First Sergeants named in the attached addendum from the roster of units that appears next to their names, followed by "Northern Governorates", are promoted to the rank of Warrant Officer effective the date listed next to their name with regard to rank, and November 01, 2008. The total number of promoted First Sergeants is 1,484. The list begins with First Sergeant Mohamed Harbi Mohamed Awad and ends with First Sergeant Yusuf Ahmed Abdrabou al-Halahleh.

**Copies to:**

- Ministry of Finance

- Financial Administration

-

- Financial Auditing

- Officers Affairs

- Personal Affairs

- Compilation

- Circulation

- Computer

[Stamp]   State of Palestine
Palestinian National Authority
Organization and Administration Institution

**CONFIDENTIAL**                              02:009507

| | | | | | |
|---|---|---|---|---|---|
| 1013 | First Sergeant | Rabea Kamel Mustafa Rashed | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1014 | First Sergeant | Ryad Ahmed Mahmoud Marahmeh | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1015 | First Sergeant | Ryad Omar Ahmed Barahmeh | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1016 | First Sergeant | Ryad Ghaleb Mahmoud Omar | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1017 | First Sergeant | Zeyad Ahmed Asaad Rabayaah | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1018 | First Sergeant | Zyad Abdelhadi Abdarrazak Abu Ajimaa | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1019 | First Sergeant | Sahar Ali Ibrahim Romeh | Preventive Security/ Northern Provinces | Warrant Officer | December 1, 2007 |
| 1020 | First Sergeant | Shaher Jameel Mustafa Abu Dya | General Intelligence / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1021 | First Sergeant | Sharhabeel Lotfi Abdel Ghani Shawahneh | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1022 | First Sergeant | Thafer Sari Mohamed Jabour | Military Justice / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1023 | First Sergeant | Abd al-Rahman Ahmed Abdallah Odaat | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1024 | First Sergeant | Abdullah Hussein Thaher Akhdour | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1025 | First Sergeant | Abdel Hadi Issa Abdel Hadi Harfoush | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1026 | First Sergeant | Ali Lotfi Abdel Ghani Shawahneh | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1027 | First Sergeant | Imad Theeb Ahmed al-Batraan | Police Department/ Northern Provinces | Warrant Officer | December 1, 2007 |
| 1028 | First Sergeant | Imad Fayez Jameelal-Buthour | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1029 | First Sergeant | Ghassan 'Arssan Ahmed Odeh | General Intelligence / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1030 | First Sergeant | Fadi 'Issam Shaaban Salim | Presidential Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1031 | First Sergeant | Fatima Fat-hi Ibrahim Abu Surour | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1032 | First Sergeant | Mohamed Hamdan Hassan Abu Leila | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1033 | First Sergeant | Mohamed Theeb Abd al-Rahman Tmezeh | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1034 | First Sergeant | Mohamed 'Awad Mustafa Abu al-Rab | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1035 | First Sergeant | Mohamed Helaan Ahmed Helaan | General Intelligence / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1036 | First Sergeant | Mahmoud Mohamed Rashed Atawteh | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1037 | First Sergeant | Nasser Hassen Ibrahim Shalbi | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1038 | First Sergeant | Nitham Abd al-Mounem Hamdan Sawalheh | Police Department / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1039 | First Sergeant | Nawres Abdel Hafeth Abdel Kader Kabareed | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1040 | First Sergeant | Yasser Talal Ali Yusuf | National Security / Northern Provinces | Warrant Officer | December 1, 2007 |
| 1041 | First Sergeant | Karam Mohamed Ayid Shadeed | Police Department / Northern Provinces | Warrant Officer | December 15, 2007 |
| 1042 | First Sergeant | Ahmed Hussein Ahmed al-Buthour | National Security / Northern Provinces | Warrant Officer | December 16, 2007 |
| 1043 | First Sergeant | Billal Hijazi Mohamed al-Wawi | Police Department / Northern Provinces | Warrant Officer | December 16, 2007 |
| 1044 | First Sergeant | Hassan Mahmoud Hussein al-Hmedat | Police Department / Northern Provinces | Warrant Officer | December 16, 2007 |
| 1045 | First Sergeant | Azzam Azmi Abdel Rahman Khaleel | Police Department / Northern Provinces | Warrant Officer | December 16, 2007 |

CONFIDENTIAL

02:009508

| 1046 | First Sergeant | Faysal Khaleel Ali Abu Qabeetah | Police Department / Northern Provinces | Warrant Officer | December 16, 2007 |
| 1047 | First Sergeant | Mohamed Bahjat Ahmed Omar | Police Department / Northern Provinces | Warrant Officer | December 16, 2007 |
| 1048 | First Sergeant | Mahmoud Ali Salamahal-Atawneh | Police Department/ Northern Provinces | Warrant Officer | December 16, 2007 |
| 1049 | First Sergeant | Ibrahim Hamad Yousef Sabeeh | Police Department / Northern Provinces | Warrant Officer | January 1, 2008 |
| 1050 | First Sergeant | Ibrahim Hamad Sabeeh Abu Farah | Police Department / Northern Provinces | Warrant Officer | January 1, 2008 |
| 1051 | First Sergeant | Ibrahim Saleh Ibrahim al-Daghameen | Police Department / Northern Provinces | Warrant Officer | January 1, 2008 |
| 1052 | First Sergeant | Ahmed Talab Mustafa al-Barghouthi | Police Department/ Northern Provinces | Warrant Officer | January 1, 2008 |
| 1053 | First Sergeant | Ahmed Mohamed Mahmoud Abu Kamal | Police Department / Northern Provinces | Warrant Officer | January 1, 2008 |
| 1054 | First Sergeant | Ahmed Mahmoud Ahmed Lami | Police Department / Northern Provinces | Warrant Officer | January 1, 2008 |
| 1055 | First Sergeant | Ahmed Mahmoud Husein Rabayeh | Police Department / Northern Provinces | Warrant Officer | January 1, 2008 |
| 1056 | First Sergeant | Amjad Zohdi Mohamed Hormeh | Police Department / Northern Provinces | Warrant Officer | January 1, 2008 |

[Stamp] State of Palestine
Palestinian National Authority
Organization and Administration

CONFIDENTIAL

02:009508 [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>  Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009507-9508.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009507-9508.

*/s/ Adnane Ettayebi*
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D. # 2420914



منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
الأمن العام
هيئة التنظيم والإدارة
شؤون الافراد

الرقـم : 3/15999
التاريخ : 2008/11/13

أمـــــــر إداري

بناءً على تعليمات سيادة الاخ الرئيس القائد الاعلى لقوى الامن

يرقى الرقباء أوائل التالية اسماؤهم بالكشف المرفق من مرتب الوحدات الموضح قرين اسم كـل مــنهم / المحافظات الشمالية ، لرتبة المساعد واعتبارا من التاريخ الموضح قرين اسم كل منهم بالرتبـــة والراتــب من 2008/11/1 وعــددهم (1484) أولهــم رقيــب اول / محمــد حربــى محمــد عــوض وآخـرهم رقيب اول / يوسف احمد عبدربه الحلاحله //..



نسخه إلى:
- وزارة المالية
- الادارة المالية
- الرقابة المالية
- الذاتية
- المصنف
- التداول
- الحاسوب

CONFIDENTIAL      02:009507

| | | | | | |
|---|---|---|---|---|---|
| 1013 | رقيب اول | ربيع قاني مصطفى باسه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1014 | رقيب اول | رياض احمد محمود دراغمه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1015 | رقيب اول | رياض عيسى مسلط دراغمه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1016 | رقيب اول | رياض غانم محمود عمر | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1017 | رقيب اول | زياد احمد اسعد ربايعه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1018 | رقيب اول | زياد عبدالهادي عبدالرازق ابو عجميه | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1019 | رقيب اول | سحر علي ابراهيم رومه | الامن الوقائي / محافظات الشمال | مساعد | 2007/12/01 |
| 1020 | رقيب اول | شاهر جميل مصطفى ابو ديه | المخابرات العامة / محافظات الشمال | مساعد | 2007/12/01 |
| 1021 | رقيب اول | شرحبيل لطفي عبدالغني شواهنه | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1022 | رقيب اول | ظافر ساري محمد جبور | هيئة انقضاء العسكري/محافظات الشمال | مساعد | 2007/12/01 |
| 1023 | رقيب اول | عبدالرحمن احمد عبدالله عوداب | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1024 | رقيب اول | عبدالله حسين ظاهر اختشور | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1025 | رقيب اول | عبدالهادي عيسى عبدالهادي حولوش | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1026 | رقيب اول | علي لطفي عبدالغني شواهنه | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1027 | رقيب اول | عماد ذيب احمد البطران | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1028 | رقيب اول | عماد فايز جميل البذور | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1029 | رقيب اول | غسان عرسان احمد عوده | المخابرات العامة / محافظات الشمال | مساعد | 2007/12/01 |
| 1030 | رقيب اول | فادي عصام شعبان سليم | حراسات الرئيس / محافظات الشمال | مساعد | 2007/12/01 |
| 1031 | رقيب اول | فاطمه فتحي ابراهيم ابو سرور | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1032 | رقيب اول | محمد حدان حسن ابو ليله | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1033 | رقيب اول | محمد ذيب عبدالرحمن طميزه | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1034 | رقيب اول | محمد عواد مصطفى ابو الرب | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1035 | رقيب اول | محمد هيلان احمد هيلان | المخابرات العامة / محافظات الشمال | مساعد | 2007/12/01 |
| 1036 | رقيب اول | محمود محمد راشد خطاونه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1037 | رقيب اول | ناصر حسن ابراهيم شلبي | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1038 | رقيب اول | نظام عبدالمنعم حداد صواحه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/01 |
| 1039 | رقيب اول | نورس عبدالحفيظ عبدالقادر كباريه | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1040 | رقيب اول | ياسر طلال علي يوسف | الامن الوطني / محافظات الشمال | مساعد | 2007/12/01 |
| 1041 | رقيب اول | كرم محمد عايد صديد | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/15 |
| 1042 | رقيب اول | احمد حسين احمد البزور | الامن الوطني / محافظات الشمال | مساعد | 2007/12/16 |
| 1043 | رقيب اول | بلال حجازي محمد الواوي | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/16 |
| 1044 | رقيب اول | حسن محمود حسين الحميدات | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/16 |
| 1045 | رقيب اول | عزام عزمي عبدالرحمن خليل | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/16 |
| 1046 | رقيب اول | فيصل خليل غني ابو قبيطه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/16 |
| 1047 | رقيب اول | محمد بهجت احمد عمر | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/16 |
| 1048 | رقيب اول | محمود عمى سلامه العطاونه | مديرية الشرطة / محافظات الشمال | مساعد | 2007/12/16 |
| 1049 | رقيب اول | ابراهيم محمد يوسف صبيح | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |
| 1050 | رقيب اول | ابراهيم حمدان صبيح ابو قاره | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |
| 1051 | رقيب اول | ابراهيم صدق ابراهيم الدعامين | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |
| 1052 | رقيب اول | احمد طلب مصطفى الرعوني | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |
| 1053 | رقيب اول | احمد محمد محمود ابو كفيان | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |
| 1054 | رقيب اول | احمد محمود احمد لحمي | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |
| 1055 | رقيب اول | احمد منصور حسن زبايده | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |
| 1056 | رقيب اول | احمد وهدان محمد حرنه | مديرية الشرطة / محافظات الشمال | مساعد | 2008/01/01 |

CONFIDENTIAL                    02:009508