PLAINTIFF'S EXHIBIT 106

**Palestine Liberation Organization**
**Palestinian National Authority**
**Public Security**
**Department of Organization and Administrati**
**Officers Affairs**



No.: 3/594
Date: January 25, 2010

## Administrative Order

Pursuant to the instructions of His Excellency the President,
Commander in Chief of security forces,

Major Majed Ismail Mohamed al-Masri from the Police Department/ Northern Provinces shall be promoted to the rank of Colonel effective January 1, 2010. The promotion will cover rank and salary exclusively.

                            Department of
                            Organization and Administration Institution
                            [Signature]

Copies to:
- Central Financial Administration
- Police Department
- Officers Affairs
- Personal Affairs
- Compilation
- Circulation
- Computer

[Stamp]  State of Palestine
Palestinian National Authority
Department of Organization and Administration



**CONFIDENTIAL**　　　　　　　　　　　　　　　　02:009509

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009509.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009509.

                                                                             Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

*[signature]*
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV 14 20[??]



الرقــم: ٢/٥٩٤
التاريخ : ٢٠١٠/١/٢٥

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
الأمن العام
هيئة التنظيم والإدارة
شؤون الضباط

أمــــــر إداري

بناءا على قرار سيادة الأخ الرئيس القائد الأعلى لقوى الأمن

يسوى وضع الرائد / ماجد إسماعيل محمد المصري من مرتب مديرية الشرطة / المحافظات الشمالية لرتبة العقيد اعتباراً من ٢٠١٠/١/١ بالرتبة والراتب إستثناءاً .



نسخه إلى:
- الإدارة المالية المركزية
- مديرية الشرطة
- شؤون الضباط
- الذاتية
- المصنف
- التداول
- الحاسوب

CONFIDENTIAL                                    02:009509