PLAINTIFF'S EXHIBIT 108

**Palestine Liberation Organization**
**Palestinian National Authority**
**National Security**
**Organization and Administration Institution**
**Officers' Affairs**



No.: 15/101
Date: September 27, 2011

## To Whom It May Concern

The Palestinian National Authority's Organization and Administration Institution, affirms that Colonel/ Nasser Mahmoud Ahmed Aweis is one of its members and that he was detained by the Israeli Army on April 9, 2003.

This certificate was delivered to his family based on their request in order to present it to whom it may concern.

Organization and Administration Institution
[Signature]
September 27

Copy to:
- Officers Affairs
- Personal Affairs
- Compiler
- Circulation
- Computer

**CONFIDENTIAL**            02:009532

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009532.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009532.

*/s/ Adnane Ettayebi*
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914

Case 1:04-cv-00397-GBD-RLE    Document 927-51    Filed 07/02/15    Page 5 of 5



منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
الأمن العام
هيئة التنظيم والإدارة
شؤون الضباط

الرقـم: 15/١٥١
التاريخ: ٢٠١١/٩/٢٧

## لمن يهمه الأمر

تشهد هيئة التنظيم والإدارة التابعة للسلطة الوطنية الفلسطينية بأن العقيد / ناصر محمود احمد عنويص هو أحد عناصرها العاملة حتى تاريخه ومعتقل لدى الجيش الإسرائيلي بتاريخ ٢٠٠٣/٤/٩
- وقد أعطيت لذويه هذه الشهادة بناءً على طلبهم لتقديمها لمن يهمه الأمر.//

التنظيم والإدارة
٩/

نسخه إلى:
- شؤون الضباط
- الذاتية
- المصنف
- التداول
- الحاسوب

CONFIDENTIAL

02:009532