*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Finance**
**General Directorate for Payroll**

Date: January 15, 2013

No: _____

## To Whom It May Concern

Greetings,

Following is a report indicating the total income received by the employee named below during the specified time period, along with the monthly applicable income tax imposed on his salary.

Identity No. 902845643    Mohamed Abdel Rahman Salem Mousleh

| Code | Budget | Month | Total Monthly Salary | Amount Subject to Taxation | Net Salary | Monthly Income Tax |
|---|---|---|---|---|---|---|
| 21050 | Legislative Council | September 1, 2003 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | October 1, 2003 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | November 1, 2003 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | December 1, 2003 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | January 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | February 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | March 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | April 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | May 1, 2004 | 1883.63 | 1588.25 | 1551.83 | 32.03 |
| 21050 | Legislative Council | June 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | July 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | August 1, 2004 | 1883.63 | 1588.25 | 1551.83 | 32.03 |
| 21050 | Legislative Council | September 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | October 1, 2004 | 1883.63 | 1588.25 | 1551.83 | 32.03 |
| 21050 | Legislative Council | November 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | December 1, 2004 | 1883.63 | 1639.32 | 1600.86 | 34.07 |

CONFIDENTIAL


PLAINTIFF'S EXHIBIT 109

02:009533

| | | | | | |
|---|---|---|---|---|---|
| 21050 | Legislative Council | January 1, 2005 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | February 1, 2005 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | March 1, 2005 | 1883.63 | 1639.32 | 1600.86 | 34.07 |
| 21050 | Legislative Council | April 1, 2005 | 1897.74 | 1579.31 | 1630.30 | 9.01 |
| 21050 | Legislative Council | May 1, 2005 | 1897.74 | 1579.31 | 1630.30 | 9.01 |
| 21050 | Legislative Council | June 1, 2005 | 1897.74 | 1579.31 | 1630.30 | 9.01 |
| 21050 | Legislative Council | July 1, 2005 | 2028.64 | 1716.72 | 1756.72 | 20.00 |
| 21050 | Legislative Council | August 1, 2005 | 2028.64 | 1716.72 | 1756.72 | 20.00 |
| 21050 | Legislative Council | September 1, 2005 | 2028.64 | 1716.72 | 1756.72 | 20.00 |
| 21050 | Legislative Council | October 1, 2005 | 2028.64 | 1716.72 | 1756.72 | 20.00 |
| 21050 | Legislative Council | November 1, 2005 | 4207.16 | 3674.71 | 3558.07 | 176.64 |
| 21050 | Legislative Council | December 1, 2005 | 4207.16 | 3674.71 | 3558.07 | 176.64 |
| 21050 | Legislative Council | January 1, 2006 | 4254.63 | 3717.54 | 3597.47 | 180.07 |
| 21050 | Legislative Council | February 1, 2006 | 4254.63 | 3717.54 | 3597.47 | 180.07 Abdel Jabbar Salem |
| 21050 | Legislative Council | March 1, 2006 | 4254.63 | 3717.54 | 3597.47 | Charged with the Payroll General Director's Responsibilities 180.07 |
| 21050 | Legislative Council | April 1, 2006 | 4254.63 | 3717.54 | 3597.47 | 180.07 |
| 21050 | Legislative Council | May 1, 2006 | 4254.63 | 3717.54 | 3597.47 | 180.07 |

CONFIDENTIAL

02:009533 [continued]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Finance**
**General Directorate for Payroll**



No: _____

## To Whom It May Concern

**Date:** January 15, 2013

Greetings,

The following is a report indicating the total income received by the employee named below during the specific time period along with the monthly applicable income tax imposed upon his salary.

**Identity No.** 902845643   **Mohamed Abdel Rahman Salem Mousleh**

| Code | Budget | Month | Total Monthly Salary | Amount Subject to Taxation | Net Salary | Monthly Income Tax |
|---|---|---|---|---|---|---|
| 21050 | Legislative Council | June 1, 2006 | 4254.63 | 3717.54 | 3597.47 | 180.07 |
| 21050 | Legislative Council | July 1, 2006 | 4302.70 | 3760.93 | 3637.39 | 183.54 |
| 21050 | Legislative Council | August 1, 2006 | 4302.70 | 3760.93 | 3637.39 | 183.54 |
| 21050 | Legislative Council | September 1, 2006 | 4302.70 | 3760.93 | 3637.39 | 183.54 |
| 21050 | Legislative Council | October 1, 2006 | 4302.70 | 3760.93 | 3637.39 | 183.54 |
| 21050 | Legislative Council | November 1, 2006 | 4302.70 | 3760.93 | 3637.39 | 183.54 |
| 21050 | Legislative Council | December 1, 2006 | 4302.70 | 3760.93 | 3637.39 | 183.54 |
| 21050 | Legislative Council | January 1, 2007 | 4345.36 | 3804.84 | 3677.79 | 187.05 |
| 21050 | Legislative Council | February 1, 2007 | 4345.36 | 3804.84 | 3671.79 | 187.05 |
| 21050 | Legislative Council | March 1, 2007 | 4345.36 | 3804.84 | 3671.79 | 187.05 |
| 21050 | Legislative Council | April 1, 2007 | 4345.36 | 3804.84 | 3671.79 | 187.05 |
| 21050 | Legislative Council | May 1, 2007 | 4345.36 | 3804.84 | 3671.79 | 187.05 |
| 21050 | Legislative Council | June 1, 2007 | 4345.36 | 3804.84 | 3671.79 | 187.05 |
| 21050 | Legislative Council | July 1, 2007 | 4345.36 | 3804.84 | 3671.79 | 187.05 |
| 21050 | Legislative Council | August 1, 2007 | 4345.36 | 3804.84 | 3671.79 | 187.05 |
| 21050 | Legislative Council | September 1, 2007 | 4345.36 | 3804.83 | 3671.78 | 187.05 |
| 21050 | Legislative Council | October 1, 2007 | 4075.83 | 3435.10 | 3331.62 | 157.48 |

CONFIDENTIAL

02:009534

| 21050 | Legislative Council | November 1, 2007 | 4075.83 | 3430.87 | 3327.73 | 157.14 |
|---|---|---|---|---|---|---|
| 21050 | Legislative Council | December 1, 2007 | 4075.83 | 3562.26 | 3448.61 | 167.65 |
| 21050 | Legislative Council | January 1, 2008 | 4125.09 | 3606.72 | 3600.38 | 60.34 |
| 21050 | Legislative Council | February 1, 2008 | 4125.09 | 3606.72 | 3600.38 | 60.34 |
| 21050 | Legislative Council | March 1, 2008 | 4125.09 | 3606.72 | 3600.38 | 60.34 |
| 21050 | Legislative Council | April 1, 2008 | 4152.09 | 3606.72 | 4263.08 | 60.34 |
| 21050 | Legislative Council | May 1, 2008 | 4152.09 | 3606.72 | 3308.08 | 60.34 |
| 21050 | Legislative Council | June 1, 2008 | 4152.09 | 3606.72 | 3308.08 | 60.34 |
| 21050 | Legislative Council | July 1, 2008 | 4152.09 | 3606.72 | 3627.38 | 60.34 |
| 21050 | Legislative Council | August 1, 2008 | 4152.09 | 3606.72 | 3627.38 | 60.34 |
| 21050 | Legislative Council | September 1, 2008 | 4152.09 | 3606.72 | 3627.38 | 60.34 |
| 21050 | Legislative Council | October 1, 2008 | 4152.09 | 3606.72 | 3627.38 | 60.34 |
| 21050 | Legislative Council | November 1, 2008 | 4152.09 | 3606.72 | 3627.38 | 60.34 Abdel Jabbar Salem |
| 21050 | Legislative Council | December 1, 2008 | 4152.09 | 3606.72 | 3627.38 | Charged with the Payroll General Director's Responsibilities 60.34 |
| 21050 | Legislative Council | January 1, 2009 | 4274.26 | 3579.82 | 3601.83 | 58.99 |
| 21050 | Legislative Council | February 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |

CONFIDENTIAL

02:009534 [continued]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Finance**
**General Directorate for Payroll**

Date: January 15, 2013

No: _____

## To Whom It May Concern

Greetings,

The following is a report indicating the total income received by the employee named below during the specific time period along with the monthly applicable income tax imposed upon his salary.

Identity No. 902845643    Mohamed Abdel Rahman Salem Mousleh

| Code | Budget | Month | Total Monthly Salary | Amount Subject to Taxation | Net Salary | Monthly Income Tax |
|---|---|---|---|---|---|---|
| 21050 | Legislative Council | March 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | April 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | May 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | June 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | July 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | August 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | September 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | October 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | November 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | December 1, 2009 | 4274.26 | 3716.79 | 3731.95 | 65.84 |
| 21050 | Legislative Council | January 1, 2010 | 4398.86 | 3829.06 | 3838.61 | 71.45 |
| 21050 | Legislative Council | February 1, 2010 | 4398.86 | 3829.06 | 3838.61 | 71.45 |
| 21050 | Legislative Council | March 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 |
| 21050 | Legislative Council | April 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 |
| 21050 | Legislative Council | May 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 |
| 21050 | Legislative Council | June 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 |
| 21050 | Legislative Council | July 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 |
| 21050 | Legislative Council | August 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 |
| 21050 | Legislative Council | September 1, 2010 | 4403.86 | 3802.45 | 3818.33 | 70.12 |

CONFIDENTIAL

02:009535

| 21050 | Legislative Council | October 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 | |
| 21050 | Legislative Council | November 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 | |
| 21050 | Legislative Council | December 1, 2010 | 4403.86 | 3829.06 | 3843.61 | 71.45 | |
| 21050 | Legislative Council | January 1, 2011 | 4551.14 | 3961.73 | 3969.64 | 78.09 | |
| 21050 | Legislative Council | February 1, 2011 | 4551.14 | 3961.73 | 3969.64 | 78.09 | |
| 21050 | Legislative Council | March 1, 2011 | 4551.14 | 3961.73 | 3969.64 | 78.09 | |
| 21050 | Legislative Council | April 1, 2011 | 4551.14 | 3961.73 | 3969.64 | 78.09 | |
| 21050 | Legislative Council | May 1, 2011 | 4551.14 | 3961.73 | 9429.28 | 78.09 | |
| 21050 | Legislative Council | June 1, 2011 | 4551.14 | 3961.73 | 3969.64 | 78.09 | |
| 21050 | Legislative Council | July 1, 2011 | 4551.14 | 3961.73 | 3969.64 | 78.09 | |
| 21050 | Legislative Council | August 1, 2011 | 4551.14 | 3961.73 | 3969.64 | 78.09 | Abdel Jabbar Salem |
| 21050 | Legislative Council | September 1, 2011 | 4551.14 | 3961.73 | 3969.64 | | Charged with the Payroll General Director's Responsibilities 78.09 |
| 21050 | Legislative Council | October 1, 2011 | 4760.89 | 4150.99 | 4149.44 | 87.55 | |
| 21050 | Legislative Council | November 1, 2011 | 4760.89 | 4150.99 | 4149.44 | 87.55 | |

CONFIDENTIAL

02:009535 [continued]

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Finance**
**General Directorate for Payroll**

Date: January 15, 2013

No: _____
**To Whom It May Concern**

Greetings,

The following is a report indicating the total income received by the employee named below during the specific time period along with the monthly applicable income tax imposed upon his salary.

Identity No. 902845643    Mohamed Abdel Rahman Salem Mousleh

| Code | Budget | Month | Total Monthly Salary | Amount Subject to Taxation | Net Salary | Monthly Income Tax |
|---|---|---|---|---|---|---|
| 21050 | Legislative Council | December 1, 2011 | 4760.86 | 4150.99 | 4149.44 | 87.55 |
| 21050 | Legislative Council | January 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | February 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | March 1, 2012 | 4900.66 | 4276.92 | 4523.33 | 88.85 |
| 21050 | Legislative Council | April 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | May 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | June 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | July 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | August 1, 2012 | 4900.66 | 4248.33 | 4246.91 | 87.42 |
| 21050 | Legislative Council | September 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | October 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | November 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| 21050 | Legislative Council | December 1, 2012 | 4900.66 | 4276.92 | 4274.07 | 88.85 |
| Total | | | 428,619.15 | 372,560.95 | 375,204.03 | 9,842.51 |

Abdel Jabbar Salem
Charged with the Payroll General Director's Responsibilities

CONFIDENTIAL

02:009536

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D 02: 009533-9536.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as D 02: 009533-9536.

Dated: March 6, 2014

Adnane Ettayebi

ss.: New Jersey

On the _6_ day of March, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
_6_ day of March, 2014

_____
Notary Public

TRAVIS D GARCIA
Notary Public
State of New Jersey
My Commission Expires Nov. 17, 2016
I.D.# 2352547

**Palestinian National Authority**
*Ministry of Finance*
General Directorate for Payroll

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة المالية
مديرية الرواتب العامة

التاريخ : 2013/01/15

No: _____

الرقم : _____

إلى من يهمه الأمر

تحية وبعد ،،،

فيما يلي كشف بأجمالي رواتب الموظف المذكور ادناه عن الفترة المحددة بالجدول وقيمة الضريبة الشهرية التي خصمت عن الموظف .

هوية   902845643   محمد عبد الرحمن سالم مصلح

| الرمز | ميزانية | الشهر | اجمالي الراتب الشهري | المبلغ الخاضع للضريبة | صافي الراتب | الضريبة الشهرية |
|---|---|---|---|---|---|---|
| 21050 | المجلس التشريعي | 2003/09/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2003/10/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2003/11/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2003/12/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/01/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/02/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/03/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/04/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/05/01 | 1,883.63 | 1,588.25 | 1,551.83 | 32.03 |
| 21050 | المجلس التشريعي | 2004/06/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/07/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/08/01 | 1,883.63 | 1,588.25 | 1,551.83 | 32.03 |
| 21050 | المجلس التشريعي | 2004/09/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/10/01 | 1,883.63 | 1,588.25 | 1,551.83 | 32.03 |
| 21050 | المجلس التشريعي | 2004/11/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2004/12/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2005/01/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2005/02/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2005/03/01 | 1,883.63 | 1,639.32 | 1,600.86 | 34.07 |
| 21050 | المجلس التشريعي | 2005/04/01 | 1,897.74 | 1,579.31 | 1,630.30 | 9.01 |
| 21050 | المجلس التشريعي | 2005/05/01 | 1,897.74 | 1,579.31 | 1,630.30 | 9.01 |
| 21050 | المجلس التشريعي | 2005/06/01 | 1,897.74 | 1,579.31 | 1,630.30 | 9.01 |
| 21050 | المجلس التشريعي | 2005/07/01 | 2,028.64 | 1,716.72 | 1,756.72 | 20.00 |
| 21050 | المجلس التشريعي | 2005/08/01 | 2,028.64 | 1,716.72 | 1,756.72 | 20.00 |
| 21050 | المجلس التشريعي | 2005/09/01 | 2,028.64 | 1,716.72 | 1,756.72 | 20.00 |
| 21050 | المجلس التشريعي | 2005/10/01 | 2,028.64 | 1,716.72 | 1,756.72 | 20.00 |
| 21050 | المجلس التشريعي | 2005/11/01 | 4,207.16 | 3,674.71 | 3,558.07 | 176.64 |
| 21050 | المجلس التشريعي | 2005/12/01 | 4,207.16 | 3,674.71 | 3,558.07 | 176.64 |
| 21050 | المجلس التشريعي | 2006/01/01 | 4,254.63 | 3,717.54 | 3,597.47 | 180.07 |
| 21050 | المجلس التشريعي | 2006/02/01 | 4,254.63 | 3,717.54 | 3,597.47 | 180.07 |
| 21050 | المجلس التشريعي | 2006/03/01 | 4,254.63 | 3,717.54 | 3,597.47 | 180.07 |
| 21050 | المجلس التشريعي | 2006/04/01 | 4,254.63 | 3,717.54 | 3,597.47 | 180.07 |
| 21050 | المجلس التشريعي | 2006/05/01 | 4,254.63 | 3,717.54 | 3,597.47 | 180.07 |

عبد الجبار سالم
مكلف بمهام مدير عام الرواتب
توقيع لنسخة

Tel : 2404917/8
تلفون : 2404917/8

**CONFIDENTIAL**

02:009533

**Palestinian National Authority**
*Ministry of Finance*
General Directorate for Payroll

بسم الله الرحمن الرحيم



السلطة الوطنية الفلسطينية
وزارة المالية
مديرية الرواتب العامة

التاريخ : 2013/01/15

الى من يهمه الامر

الرقم : _____   No: _____

تحية وبعد ،،،

فيما يلي كشف باجمالي رواتب الموظف المذكور ادناه عن الفترة المحددة بالجدول وقيمة الضريبة الشهرية التي خصمت عن الموظف .

هوية   902845643   محمد عبد الرحمن سالم مصلح

| الرمز | ميزانية | الشهر | اجمالي الراتب الشهري | المبلغ الخاضع للضريبة | صافي الراتب | الضريبة الشهرية |
|---|---|---|---|---|---|---|
| 21050 | المجلس التشريعي | 2006/06/01 | 4,254.63 | 3,717.54 | 3,597.47 | 180.07 |
| 21050 | المجلس التشريعي | 2006/07/01 | 4,302.70 | 3,760.93 | 3,637.39 | 183.54 |
| 21050 | المجلس التشريعي | 2006/08/01 | 4,302.70 | 3,760.93 | 3,637.39 | 183.54 |
| 21050 | المجلس التشريعي | 2006/09/01 | 4,302.70 | 3,760.93 | 3,637.39 | 183.54 |
| 21050 | المجلس التشريعي | 2006/10/01 | 4,302.70 | 3,760.93 | 3,637.39 | 183.54 |
| 21050 | المجلس التشريعي | 2006/11/01 | 4,302.70 | 3,760.93 | 3,637.39 | 183.54 |
| 21050 | المجلس التشريعي | 2006/12/01 | 4,302.70 | 3,760.93 | 3,637.39 | 183.54 |
| 21050 | المجلس التشريعي | 2007/01/01 | 4,351.36 | 3,804.84 | 3,677.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/02/01 | 4,345.36 | 3,804.84 | 3,671.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/03/01 | 4,345.36 | 3,804.84 | 3,671.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/04/01 | 4,345.36 | 3,804.84 | 3,671.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/05/01 | 4,345.36 | 3,804.84 | 3,671.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/06/01 | 4,345.36 | 3,804.84 | 3,671.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/07/01 | 4,345.36 | 3,804.84 | 3,671.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/08/01 | 4,345.36 | 3,804.84 | 3,671.79 | 187.05 |
| 21050 | المجلس التشريعي | 2007/09/01 | 4,345.36 | 3,804.83 | 3,671.78 | 187.05 |
| 21050 | المجلس التشريعي | 2007/10/01 | 4,075.83 | 3,435.10 | 3,331.62 | 157.48 |
| 21050 | المجلس التشريعي | 2007/11/01 | 4,075.83 | 3,430.87 | 3,327.73 | 157.14 |
| 21050 | المجلس التشريعي | 2007/12/01 | 4,075.83 | 3,562.26 | 3,448.61 | 167.65 |
| 21050 | المجلس التشريعي | 2008/01/01 | 4,125.09 | 3,606.72 | 3,600.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/02/01 | 4,125.09 | 3,606.72 | 3,600.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/03/01 | 4,125.09 | 3,606.72 | 3,600.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/04/01 | 4,152.09 | 3,606.72 | 4,263.08 | 60.34 |
| 21050 | المجلس التشريعي | 2008/05/01 | 4,152.09 | 3,606.72 | 3,308.08 | 60.34 |
| 21050 | المجلس التشريعي | 2008/06/01 | 4,152.09 | 3,606.72 | 3,308.08 | 60.34 |
| 21050 | المجلس التشريعي | 2008/07/01 | 4,152.09 | 3,606.72 | 3,627.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/08/01 | 4,152.09 | 3,606.72 | 3,627.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/09/01 | 4,152.09 | 3,606.72 | 3,627.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/10/01 | 4,152.09 | 3,606.72 | 3,627.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/11/01 | 4,152.09 | 3,606.72 | 3,627.38 | 60.34 |
| 21050 | المجلس التشريعي | 2008/12/01 | 4,152.09 | 3,606.72 | 3,627.38 | 60.34 |
| 21050 | المجلس التشريعي | 2009/01/01 | 4,274.26 | 3,579.82 | 3,601.83 | 58.99 |
| 21050 | المجلس التشريعي | 2009/02/01 | 4,274.26 | 3,716.79 | 3,731.95 | 65.84 |

صبري الجبار سالم
مكلف بمهام مدير عام الرواتب

Tel : 2404917/8

2404917/8

**CONFIDENTIAL**

02:009534

**Palestinian National Authority**
*Ministry of Finance*
General Directorate for Payroll

بسم الله الرحمن الرحيم



السلطة الوطنية الفلسطينية
وزارة المالية
مديرية الرواتب العامة

التاريخ : 2013/01/15

الى من يهمه الامر

No: _____   الرقم : _____

تحية وبعد ،،،

فيما يلي كشف بأجمالي رواتب الموظف المذكور ادناه عن الفترة المحددة بالجدول وقيمة الضريبة الشهرية التي خصمت عن الموظف .

هوية   902845643   محمد عبد الرحمن سالم مصلح

| الضريبة الشهرية | صافي الراتب | المبلغ الخاضع للضريبة | أجمالي الراتب الشهري | الشهر | ميزانية | الرمز |
|---|---|---|---|---|---|---|
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/03/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/04/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/05/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/06/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/07/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/08/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/09/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/10/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/11/01 | المجلس التشريعي | 21050 |
| 65.84 | 3,731.95 | 3,716.79 | 4,274.26 | 2009/12/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,838.61 | 3,829.06 | 4,398.86 | 2010/01/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,838.61 | 3,829.06 | 4,398.86 | 2010/02/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/03/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/04/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/05/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/06/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/07/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/08/01 | المجلس التشريعي | 21050 |
| 70.12 | 3,818.33 | 3,802.45 | 4,403.86 | 2010/09/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/10/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/11/01 | المجلس التشريعي | 21050 |
| 71.45 | 3,843.61 | 3,829.06 | 4,403.86 | 2010/12/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/01/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/02/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/03/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/04/01 | المجلس التشريعي | 21050 |
| 78.09 | 9,429.28 | 3,961.73 | 4,551.14 | 2011/05/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/06/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/07/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/08/01 | المجلس التشريعي | 21050 |
| 78.09 | 3,969.64 | 3,961.73 | 4,551.14 | 2011/09/01 | المجلس التشريعي | 21050 |
| 87.55 | 4,149.44 | 4,150.99 | 4,760.89 | 2011/10/01 | المجلس التشريعي | 21050 |
| 87.55 | 4,149.44 | 4,150.99 | 4,760.89 | 2011/11/01 | المجلس التشريعي | 21050 |

عبد الجبار سالم
مكلف بمهام مدير عام الرواتب

Tel : 2404917/8

2404917/8

CONFIDENTIAL

02:009535

**Palestinian National Authority**
*Ministry of Finance*
General Directorate for Payroll

بسم الله الرحمن الرحيم



السلطة الوطنية الفلسطينية
وزارة المالية
مديرية الرواتب العامة

التاريخ : 2013/01/15

الرقم : _____ No:

الى من يهمه الامر

تحية وبعد ،،،

فيما يلي كشف بأجمالي رواتب الموظف المذكور ادناه عن الفترة المحددة بالجدول وقيمة الضريبة الشهرية التي خصمت عن الموظف .

هوية   902845643   محمد عبد الرحمن سالم مصلح

| الرمز | ميزانية | الشهر | اجمالي الراتب الشهري | المبلغ الخاضع للضريبة | صافي الراتب | الضريبة الشهرية |
|---|---|---|---|---|---|---|
| 21050 | المجلس التشريعي | 2011/12/01 | 4,760.89 | 4,150.99 | 4,149.44 | 87.55 |
| 21050 | المجلس التشريعي | 2012/01/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/02/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/03/01 | 4,900.66 | 4,276.92 | 4,523.33 | 88.85 |
| 21050 | المجلس التشريعي | 2012/04/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/05/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/06/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/07/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/08/01 | 4,900.66 | 4,248.33 | 4,246.91 | 87.42 |
| 21050 | المجلس التشريعي | 2012/09/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/10/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/11/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| 21050 | المجلس التشريعي | 2012/12/01 | 4,900.66 | 4,276.92 | 4,274.07 | 88.85 |
| الاجمالي | | | 428,619.15 | 372,560.95 | 375,204.03 | 9,842.51 |

عبد الجبار سالم
مكلف بمهام مدير عام الرواتب

توقيع المدقق