PLAINTIFF'S EXHIBIT 112

State of Palestine
Public Security
Organization and Administration Institution



September 27, 2011
10:22:53

## Comprehensive Overview Statement

Date of Enlistment: January 19, 1986

**Fiscal No.:**
**Name:** Nasser Mahmoud Ahmed Aweis   **Marital Status:** Single +0
**Rank:** Colonel   **Date of Rank:** January 1, 2010
**Unit:** National Security/ Northern Governorates   **Work Description:**   **Personal No.:** 28714
**Observations 1:** 4073/725/4/95   **Date of Birth:** January 11, 1970
**Identity No.:** 900358664   **Mother's Name:** Aisha   **Military No.:** 083076581
**Order No.:** 2728/1   **Order Issue Date:** September 2, 1992   **Allocated to:**

**Promotions:**

| From | | To | | By Order | |
|---|---|---|---|---|---|
| Honorary Lieutenant | July 17, 1992 | Honorary First Lieutenant | July 17, 1995 | 3745/3 | April 22, 1999 Promotion |
| First Honorary Lieutenant | July 17, 1995 | Honorary Captain | July 17, 2000 | 8470/3 | August 7, 2000 |
| Honorary Captain | July 17, 2000 | Honorary Major | July 17, 2004 | 3317/3 | March 12, 2006 January 25, 2010 |
| Honorary Major | July 17, 2004 | Colonel | January 1, 2010 | 595/3 | Pursuant to Presidential orders |

**Promotion Register:**

**Transfer:**
Transferred   **On** December 1, 1995   **From** National Security/ Northern Provinces
**To** Public Intelligence/Northern Provinces   **By Order** 11842/15   December 4, 1995.   **Reason**

Transferred   **On** September 1, 2000   **From** Public Intelligence/ Northern Provinces
**To** National Security/ Northern Provinces   **By Order** 10332/7   September 16, 2000.   **Reason**

**Termination of Services:**

**Payment**

**Miscellaneous Items Related to Noncommissioned Officers**

**Miscellaneous Items Related to Officers:**
**By Order** 10335/15   December 13, 2003   **Reason**   **Finance** He was detained on April 9, 2003

**Sanctions**



Khalid

CONFIDENTIAL   02:009545

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

            Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

            Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009545.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009545.

                                                                       Adnane Ettayebi

ss.: New Jersey

On the [ 3 ] day of ~~February~~ March, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
3 day of ~~February~~ March, 2014

_____
Notary Public

CARMEN MUNIZ
Notary Public
State of New Jersey
My Commission Expires Dec. 06, 2015
I.D.# 2337751

دولة فلسطين
الأمن العام
هيئة التنظيم والإدارة

*2011/09/27*
*10:22:53*

| | | | |
|---|---|---|---|
| تاريخ الالتحاق | 1986/01/19 | بيان التدقيق الشامل | |
| الاسم: | ناصر محمود احمد عويص | | ح. اجتماعية: أعزب+٠ |
| الرتبة: | عقيد | | تاريخ الرتبة: 2010/01/01 |
| الوحدة: | الأمن الوطني / محافظات الشمال | | رقم الذاتية: 28714 |
| ملاحظات ١: | 4073/7 25/4/95 | | تاريخ الميلاد: 1970/01/11 |
| رقم الهوية: | 900358664 | الام: عائشة | الرقم العسكري: 061076581 |
| رقم أمر الاخذ: | 2728/1 | تاريخ أمر الاخذ: 1992/09/02 | معزز الى: |

**الترقيات**

| من ملازم شرف | 1992/07/17 الى ملازم اول شرف 1995/07/17 | بالأمر 3745/3 | 1999/04/22 | ترة |
| من ملازم اول شرف | 1995/07/17 الى نقيب شرف 2000/07/17 | بالأمر 8470/3 | 2000/08/07 | |
| من نقيب شرف | 2000/07/17 الى رائد شرف 2004/07/17 | بالأمر 3317/3 | 2006/03/12 | |
| من رائد شرف | 2004/07/17 الى عقيد 2010/01/01 | بالأمر 595/3 | 2010/01/25 | استلام ترقيات الاح ازب |

**توقيف القيد**

**النقل**

نقل في 1995/12/01 من الأمن الوطني / محافظات الشمال الى المخابرات العامة / محافظات الشمال بالأمر 11842/15 1995/12/04
بسبب

نقل في 2000/09/01 من المخابرات العامة / محافظات الشمال الى الأمن الوطني / محافظات الشمال بالأمر 10332/7 2000/09/16
بسبب

**إنهاء خدمات**

**إحالة للاستبدال**

**الصرف**

**متفرقات صف ضباط**

**متفرقات ضباط**

بالأمر 10335/15    2003/12/13    بسبب    المالية تم اعتقاله بتاريخ ٢٠٠٣/٤/٩

**عقوبات**



**CONFIDENTIAL**    02:009545