


PLAINTIFF'S EXHIBIT 113

**State of Palestine**
**Palestine Liberation Organization**
**Security Forces**
**Organization and Administration Institution**

## Comprehensive Overview Statement

**Date of Enlistment:** December 1, 1995
**Fiscal No.** 66539

| | | |
|---|---|---|
| **Name:** Ahmed Talab Mustafa al-Barghouti | | **Marital Status:** Single +0 |
| **Rank:** Security Captain | | **Date of Rank:** March 01, 2008 |
| **Unit:** Police Department/ Northern Provinces | **Work Description:** | **Identity No.:** 25378 |
| **Observations 1:** | | **Date of Birth:** March 15, 1976 |
| **Identity No.:** 994466860 | **Mother's Name:** Hadya | **Military No.:** 141071477 |
| **Order No.:** 11577/1 | **Order Issue Date:** November 26, 1995 | **Allocated to:** |

**Promotions:**

| From | | To | | | |
|---|---|---|---|---|---|
| Private | December 1, 1995 | Corporal | January 1, 1998 | By Order 249/3 | January 14, 1998 |
| From | | To | | | |
| Corporal | January 1, 1998 | Sergeant | January 1, 2001 | By Order 1914/3 | February 21, 2001 |
| From | | To | | | |
| Sergeant | January 1, 2001 | First Sergeant | January 1, 2004 | By Order 4861/3 | July 1, 2004 |
| From | | To | | | | |
| First Sergeant | January 1, 2004 | Warrant Officer | January 1, 2008 | By Order 1599/3 | November 13, 2008 |
| | | Pursuant to the directions of President | | | |
| From | January 1, 2010 | To | March 1, 2010 | By Order 2138/3 | March 7, 2010 (Exceptionally) Presidential Orders |
| Warrant Officer | | Security Captain | | | |

**Promotion Register:**

**Transfer:**

**Termination of Services:**

**Transfer to Provisional Retirement:**

**Payment**

**Miscellaneous Items Related to Non-commissioned Officers**
By order 4780/14   May 26, 2002   Reason   On the date of April 15, 2002, the above-mentioned was detained. He will continue to receive his salary until his situation is decided.
By order 3447/14   March 14, 2006   Reason   Confirmation of First Sergeant January 1, 2004.

**Miscellaneous Items Related to Officers**
By order 6016/15   July 28, 2010   Reason   The President   It has been ordered that the abovementioned should be promoted to the rank of Captain, on our end, per your instructions.
By order 3669/15   June 5, 2012   Reason   The President   It has been ordered to make a final adjustment to the above-mentioned without qualified exception (Providing service while in prison).

**Sanctions**

**Security Suspicion**

**Security Investigation**

[Stamp] State of Palestine
Palestine Liberation Organization     **CONFIDENTIAL**                    02:009546
Organization and Administration

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009546.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009546.

_____
Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D. # 2420914



دولة فلسطين
منظمة التحرير الفلسطينية
قوى الأمن
هيئة التنظيم والإدارة

| | |
|---|---|
| تاريخ الالتحاق: | 1995/12/01 |
| الرقم المالي: | 66539 |

**بيان التدقيق الشامل**

| | | | |
|---|---|---|---|
| الاسم: | احمد طلب مصطفى البرغوثي | م.اجتماعية: | اعزب+٠ |
| الرتبة: | نقيب امني | تاريخ الرتبة: | 2010/03/01 |
| الوحدة: | مديرية الشرطة / محافظات الشمال | صفة العمل: | |
| مكتشفات: | | تاريخ الميلاد: | 1976/03/15 |
| رقم الهوية: | 994466860 | الأم: هدية | رقم الذاتية: 25378 | الرقم العسكري: 092071477 |
| رقم امر الاخذ: 11577/1 | تاريخ امر الاخذ: 1995/11/26 | مفرز الى: | |

**الترقيات**

| | | | | |
|---|---|---|---|---|
| من جندي | 1995/12/01 الى عريف | 1998/01/01 | بالامر 249/3 | 1998/01/14 |
| من عريف | 1998/01/01 الى رقيب | 2001/01/01 | بالامر 1914/3 | 2001/02/21 |
| من رقيب | 2001/01/01 الى رقيب اول | 2004/01/01 | بالامر 4861/3 | 2004/07/01 |
| من رقيب اول | 2004/01/01 الى مساعد | 2008/01/01 | بالامر 15999/3 | 2008/11/13 | تعليمات الاخ الرئيس |
| من مساعد | 2008/01/01 الى نقيب امني | 2010/03/01 | بالامر 2138/3 | 2010/03/07 | استثناء/تعليمات الرئيس |

توقيف القيد
النقل
انهاء خدمات
احالة للاستيداع
الصرف

متفرقات ضعاف ضباط

| | | | |
|---|---|---|---|
| بالامر | 4780/14 | 2002.05.26 | بسبب   بتاريخ ٢٠٠٢/٤/١٥ تم اعتقال المذكور تصرف رواتب المذكور وحتى انت بوضعه |
| بالامر | 3447/14 | 2006.03.14 | بسبب   تثبيت رقيب اول ١/١/٢٠٠٤ |

متفرقات ضباط

| | | | |
|---|---|---|---|
| بالامر | 6016/15 | 2010/07/28 | بسبب   الاخ الرئيس/شرح بوضع المذكور طرفنا وتسوية وضعه للنقيب حسب تعليماتكم |
| بالامر | 3669/15 | 2012/06/05 | بسبب   الاخ الرئيس/شرح بوضع المذكور طرفنا واجر تسوية له استثناء يدون مؤهل (سجن بالخدمة) |

عقوبات
شبهات امنية
بحث امني



**CONFIDENTIAL**

02:009546