


PLAINTIFF'S EXHIBIT 114

**State of Palestine**
**Public Security**
**Organization and Administration Institute**

## Comprehensive Overview Statement

**Date of Enlistment:**
  May 1, 1996
**Fiscal No.:**
  69576
**Name:**
  Hilmi Abdel Karim Mohammed Hamash
**Rank:**
  Warrant Officer
**Unit:**
  Police Department/ Northern Governorates
**Observations 1:**

**Identity No.:**
  901415984
**Order No.:**
  4738/1

**Description of Work:**

**Mother's Name:**
  Rasmiya
**Order Issue Date:**
  June 1, 1996

**Marital Status:**
  Divorced +0
**Date of Rank:**
  April 1, 2006
**Personal No.:**
  44563
**Date of Birth:**
  May 9, 1977
**Military No.:**
  141051800
**Allocated to:**

**Promotions:**

| From | On | To | On | By Order | On |
|---|---|---|---|---|---|
| Private | May 1, 1996 | Corporal | April 1, 1998 | 4269/3 | April 13, 1998 |
| Corporal | April 1, 1998 | Sergeant | April 1, 2001 | 3856/3 | April 18, 2001 **Promotion** |
| Sergeant | April 1, 2001 | First Sergeant | April 1, 2004 | 4861/3 | July 1, 2004 **President's Instructions** |
| First Sergeant | April 1, 2004 | Warrant Officer | April 1, 2008 | 15999/3 | November 13, 2008 **President's Instructions** |

**Record Deletion:**

**Transfer:**

**Termination of Services:**

**Referral to Deposition:**

**Payment**
  **On** January 6, 2007  **By Order** 1546/14  March 12, 2009
  **Reason** Cancellation of the spousal (Rana's) allowance as of January 6, 2007, due to her divorce.

**CONFIDENTIAL**                                                 02:009547

| |
|---|
| **Miscellaneous Items Related to Non-commissioned Officers**<br>  **By Order** 165/15  January 8, 2002<br>  **Reason** Finance Administration/salary will continue to be paid as he has been detained by the other party on December 28, 2000. |
| **Miscellaneous Items Related to Officers** |
| **Sanctions** |
| **Security Suspicion** |
| **Security Investigation** |
| **Years of Detention** |



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                              Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                              Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009547.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009547.

*[signature]*
Eyal Sherf

ss.: ~~New Jersey~~ New York

On the [28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires AUG. 14 2017



دولة فلسطين
منظمة التحرير الفلسطينية
قوى الأمن
هيئة التنظيم والإدارة

| | |
|---|---|
| تاريخ الطباعة: | 1996/05/01 |
| الرقم المالي: | 69576 |

**بيان التدقيق الشامل**

| | | | |
|---|---|---|---|
| الاسم: | حلمي عبدالكريم محمد شماش | م. اجتماعية: | مطلق + ٠ |
| الرتبة: | مساعد | تاريخ الرتبة: | 2008/04/01 |
| الوحدة: | مديرية الشرطة / محافظات الشمال | صفة العمل: | |
| مؤهلاته: | | تاريخ الميلاد: | 1977/05/09 |
| رقم الهوية: | 901415984  أم رسمية | رقم الذاتية: 44563 | الرقم العسكري: 141051800 |
| رقم أمر الأخذ: | 4738/1 | تاريخ أمر الأخذ: 1996/06/01 | مفرز إلى: |

الترقيات

| | | | | |
|---|---|---|---|---|
| من جندي | 1996/05/01 إلى عريف | 1998/04/01 | بالأمر 4269/3 | 1998/04/13 |
| من عريف | 1998/04/01 إلى رقيب | 2001/04/01 | بالأمر 3856/3 | 2001/04/18  ترقية |
| من رقيب | 2001/04/01 إلى رقيب أول | 2004/04/01 | بالأمر 4861/3 | 2004/07/01  تعليمات الرئيس |
| من رقيب أول | 2004/04/01 إلى مساعد | 2008/04/01 | بالأمر 15999/3 | 2008/11/13  تعليمات الأخ الرئيس |

ترقين القيد
____
النقل
____
إنهاء خدمات
____
إحالة للاستيداع
____
العرف

| في | 2007/01/06 | بالأمر | 1546/14 | 2009/03/12 | بسبب | شطب علاوة الزوجة (رلا) من ٢٠٠٧/١/٦ لطلاقها |

متفرقات ضعاف ضباط

| بالأمر | 165/15 | 2002/01/08 | بسبب | الإدارة المالية / تصرف رواتبهم حيث تم اعتقالهم من قبل الطرف الآخر في ٢٨/١٢/٢٠٠ |

متفرقات ضباط
____
عقوبات
____
شبهة أمنية
____
بحث أمني
____
سنوات الاعتقال
____



CONFIDENTIAL

02:009547