**State of Palestine**
**Palestine Liberation Organization**
**National Security**
**Organization and Administration Institution**



## Comprehensive Overview Statement

**Date of Enlistment**: October 12, 1992
**Fiscal No.:** 17895
**Name:** Abdel Rahman Yousef Abdel Rahman Maqdad     **Marital Status**: Married +1
**Rank:** First Warrant Officer                     **Date of Rank**: March 1, 2008
**Unit:** National Security/ Northern Governorates
**Nature of Employment**: Detainee/ Detainees' file
**Notes 1:**

**Personal No.:** 24747                **Date of Birth**: August 4, 1976
**Identity No.:** 410066625            **Mother's Name**: Fawqya Mohamed Abd
**Military No.:** 131030727            **Order Issue Date:** November 10, 1992
**Order No.:**3350/1                   **Allocated to:**

### Promotions:

| From | On | To | On | By Order | On |
|---|---|---|---|---|---|
| Private | October 12, 1992 | Corporal | December 1, 1995 | 11777/3 | November 29, 1995 |
| From Corporal | On December 1, 1995 | To Sergeant | On March 1, 1999 | By Order 2182/3 | On March 10, 1999 Adjustment |
| From Sergeant | On March 1, 1999 | To First Sergeant | On March 1, 2002 | By Order 3918/3 | On May 4, 2002 On April 26, 2003 |
| From First Class Sergeant | On March 1, 2002 | To First Sergeant | On March 1, 2001 | By Order 3276/14 | Permanent Promotion/ President's Instructions |
| From First Sergeant | On March 1, 2001 | To Warrant Officer | On March 1, 2004 | By Order 3319/3 | On March 12, 2006 |
| From Warrant Officer | On March 1, 2004 | To First Warrant Officer | On March 1, 2008 | By Order 15998/3 | On 11/13/2008 President's instructions |

### Registration of Promotion

**Transfer**
He was transferred on November 01, 1995, from the Border Region / Gaza to National Security/ Northern Governorates by order 11574/7on November 22, 1995
**Reason**

### Termination of Services

### Transfer to Provisional Retirement:

**CONFIDENTIAL**                                    02: 009555

| Payment | | | |
|---|---|---|---|
| **On** October 14, 2003 | **By Order** 1762/9 | March 4, 2004 | **Reason** Assistance + allowance for the newborn Ahmed |

**Miscellaneous Items Related to Officers**

| | | |
|---|---|---|
| **By Order** 2870/14 | March 31, 1996 | **Reason** He can rejoin after the security blockade is lifted |
| **By Order** 3109/14 | April 26, 2004 | **Reason** The financial department informs you that he was arrested on March 6, 2004. His salary will be paid according to regulations. |
| **By Order** 5530/15 | July 11, 2010 | **Reason** Cancellation of spouse's allowance (Ms. Najla Maqdad) as of June 1, 2008 due to her work [illegible] |

[Stamp]   State of Palestine
          Palestine Liberation Organization
          Organization and Administration Institution

**CONFIDENTIAL**             02: 009555 [continued]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009555.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009555.

　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16., 2017
I.D.# 2420914



دولة فلسطين
منظمة التحرير الفلسطينية
قوى الأمن
هيئة التنظيم والإدارة

بيان التدقيق الشامل

| | |
|---|---|
| تاريخ الالتحاق: 1992/10/12 | |
| الرقم المالي: 17895 | |

| | | | |
|---|---|---|---|
| الاسم: عبدالرحمن يوسف عبدالرحمن مقداد | | م. اجتماعية: متزوج+1 | |
| الرتبة: مساعد اول | | تاريخ الرتبة: 2008/03/01 | |
| الموسسة: الأمن الوطني / محافظات الشمال | | صفة العمل: معتقل/ملف المعتقلين | |
| | | تاريخ الميلاد: 1976/08/04 | |
| رقم الهوية: 410066625 | الاب: فوقية محمد عبد الرحيم | الرقم الذاتي: 24747 | الرقم العسكري: 131030727 |
| رقم امر الأخذ: 3350/1 | تاريخ امر الأخذ: 1992/11/10 | مقرر الى: | |

الترفيعات

| | | | | |
|---|---|---|---|---|
| من جندي | 1992/10/12 الى عريف | 1995/12/01 | بالامر 11777/3 | 1995/11/29 |
| من عريف | 1995/12/01 الى رقيب | 1999/03/01 | بالامر 2182/3 | 1999/03/10 تسوية |
| من رقيب | 1999/03/01 الى رقيب اول | 2002/03/01 | بالامر 3918/3 | 2002/05/04 |
| من رقيب اول | 2002/03/01 الى رقيب اول | 2001/03/01 | بالامر 3276/14 | 2003/04/26 سنة قدم / تعليمات الرئيس |
| من رقيب اول | 2001/03/01 الى مساعد | 2004/03/01 | بالامر 3319/3 | 2006/03/12 |
| من مساعد | 2004/03/01 الى مساعد اول | 2008/03/01 | بالامر 15998/3 | 2008/11/13 تعليمات الاخ الرئيس |

توقيفين القيد

النقل

نقل في 1995/11/01 من المدودية / غزة  الى  الامن الوطني / محافظات الشمال  بالامر 11574/7  1995/11/22

انهاء خدمات

احالة للاستيداع

العسكرة

في 2003/10/14 بالامر 1762/9 2004/03/04 بسبب مساعدة + علاوة مولود احمد

مذكرات ملف خياط

| | | | |
|---|---|---|---|
| بالامر | 2870/14 | 1996/03/31 | بسبب يتكد الالتحاق بعد فك الطوق الامني |
| بالامر | 3109/14 | 2004/04/26 | بسبب اثابة قيدكم بانه تم اعتقاله بتاريخ 4/3/2004 تصرف رواتب حسب الحكم |
| بالامر | 5530/15 | 2010/07/11 | بسبب لطف علاوة الروح لابنه مقداد عثار من 28/1/6/2010 ذلك |

CONFIDENTIAL

02:009555