PLAINTIFF'S EXHIBIT 123

**Palestine Liberation Organization**
**Palestinian National Authority**
**National Security**
**Organization and Administration Institution**
**Individual & Officers Affairs**



**Number**: 7/2742
**Date**: April 19, 2009

## Transfer Order

In accordance with the instructions of His Excellency the President, the Commander-in-Chief of the Security Forces,

The salaries of the following military personnel, whose names are listed in the enclosed statement from General Headquarters/ Martyrs' Register/ Northern Provinces, were transferred to the Martyrs' Families & Injured Care Establishment as of July 1, 2009. The number of individuals totals (424). The list starts with General/ Ahmed Yusuf Hassan Abu Hmedan, and ends with cut off salary/ Jihad Abdel Hay Alyanal-Jaabari.

**Copies to:**

- Financial Central Administration
- The Martyrs' Families & Injured Care Establishment
- Officers Affairs
- Personal Affairs
- Compiler
- Circulation
- Computer

**Organization and Administration Institution**
[Signature]
April, 19

> SEAL OF THE
> **The State of Palestine**
> **Palestinian National Authority**
> **Organization and Administration**
> **Institution**

**CONFIDENTIAL**                                         02:009633

| Serial | Rank | Name | Date of Rank | Date of Martyrdom |
|---|---|---|---|---|
| 309 | Sergeant | Thayer Khalid Mahmoud Sarayeh | Mar. 7, 2004 | Mar. 7, 2004 |
| 310 | Sergeant | JadAzat Ahmed Dar Salim | Mar. 29, 2002 | Mar. 30, 2002 |
| 311 | Sergeant | Hassan Taysir Mohamed Zubaydi | Nov. 29, 2001 | Nov. 30, 2001 |
| 312 | Sergeant | Hassan Mahmid Ahmed Abu Mahmid | Oct. 20, 2000 | Oct. 20, 2000 |
| 313 | Sergeant | Hussein Hossni Hussein al-Ashqar | April 2, 2002 | April 3, 2002 |
| 314 | Sergeant | Khaled Sobhi Ali Sanjeq | Dec. 1, 2001 | Dec. 1, 2001 |
| 315 | Sergeant | Zahi Mahmoud Mohamed Zwatyeh | Feb. 20, 2002 | Feb. 21, 2002 |
| 316 | Sergeant | Zyad Mahmoud Asa'd Barghouti | Mar. 12, 2002 | Mar. 13, 2002 |
| 317 | Sergeant | Sa'id Ibrahim Sa'id Ramadan | Jan. 22, 2002 | Jan. 23, 2002 |
| 318 | Sergeant | Samara Nimer Abdullah Nimer | Nov. 16, 2000 | Nov. 16, 2000 |
| 319 | Sergeant | Shadi Ryad Mahmoud Melhem | Feb. 1, 2004 | Feb. 2, 2004 |
| 320 | Sergeant | Shadi Fayez Ismail Batat | April 1, 2002 | April 2, 2002 |
| 321 | Sergeant | Ayed Khaled Yusuf Abu Harb | Feb. 14, 2001 | Feb. 14, 2001 |
| 322 | Sergeant | Abd al-Moti Mohamed Salama Shari'ah | Oct. 24, 2001 | Oct. 24, 2001 |
| 323 | Sergeant | Issam Ali Sa'id Hamid | Jul. 7, 2004 | Jul. 7, 2004 |
| 324 | Sergeant | Imad Abdel Rahman Toufik al-Anati | Oct. 1, 2000 | Oct. 1, 2000 |
| 325 | Sergeant | Annan Tayssir Abdullah Qeshta | April 29, 2003 | April 30, 2003 |
| 326 | Sergeant | Fouad Mohamed Haasan Basharat | Mar. 3, 2002 | Mar. 4, 2002 |
| 327 | Sergeant | Fawaz Mashhour Mohamed Ferhan | Oct. 4, 2004 | Oct. 5, 2004 |
| 328 | Sergeant | Kamel Khaled Kamel Silawi | Sept. 6, 2002 | Sept. 7, 2002 |
| 329 | Sergeant | Loai Salim Suleiman Misshal | Dec. 7, 2001 | Dec. 8, 2001 |
| 330 | Sergeant | Maher Sherif Mohamed Abd Rabuh | Mar. 14, 2002 | Mar. 15, 2002 |
| 331 | Sergeant | Mohamed Hussein Ataallah Hashash | Feb. 20, 2002 | Feb. 21, 2002 |
| 332 | Sergeant | Mohamed Thiab Asa'd Sama'neh | Oct. 23, 2001 | Oct. 23, 2001 |
| 333 | Sergeant | Mohamed Faisal Ahmed Hamd | Feb. 1, 2004 | May 8, 2005 |
| 334 | Sergeant | Mohamed Mahmoud Toufiq Qalq | Sept. 29, 2000 | Sept. 30, 2000 |
| 335 | Sergeant | Mahmoud Ibrahim Hassan Khallil | Oct. 3, 2000 | Oct. 4, 2000 |
| 336 | Sergeant | Munthir Mohamed Amin al-Hadj | April 5, 2002 | April 6, 2002 |
| 337 | Sergeant | Mohanned Sa'id Muneeb Abu Halawa | Mar. 5, 2002 | Mar. 6, 2002 |
| 338 | Sergeant | Nael Tahssin Hussein Ramadan | Jan. 4, 2002 | Jan. 4, 2002 |
| 339 | Sergeant | Nidal Abdal-Karim Ali Zadouq | Dec. 5, 2001 | Dec. 6, 2001 |
| 340 | Sergeant | Hashim Daoud Ishtiwi Abu Hamdan | Feb. 1, 2004 | May 3, 2004 |
| 341 | Sergeant | Wael Dayfallah Ismail Nabahin | Oct. 25, 2001 | Oct. 26, 2001 |
| 342 | Sergeant | Wassim Ahmed Mohamed Saba'na | Oct. 14, 2002 | Oct. 15, 2002 |
| 343 | Sergeant | Yusuf Mohamed Ali Switat | Jan. 1, 2000 | Oct. 28, 2002 |
| 344 | Corporal | Ahmed Jamal Abdal-Fattah Odeh | May 1, 2000 | May 15, 2000 |
| 345 | Corporal | Ahmed Ata Fares Omri | Mar. 13, 2002 | Mar. 14, 2002 |
| 346 | Corporal | Ahmed Omar Jumua'h A'war | Sept. 17, 2002 | Sept. 18, 2002 |
| 347 | Corporal | Ahmed Mohamed Abdelhamid Dmissi | Dec. 13, 2001 | Dec. 13, 2001 |
| 348 | Corporal | Ahmed Mehdi Awad Omar | Feb. 9, 2004 | Feb. 9, 2004 |
| 349 | Corporal | Islam Fouad Jumu'ah Arheel | Jun. 23, 2002 | Jun. 24, 2002 |
| 350 | Corporal | Amjad Mohamed Kamal Sa'di | Dec. 1, 2003 | Dec. 2, 2003 |
| 351 | Corporal | Amin Mohamed Hafid Sawafteh | August 1, 2001 | August 1, 2001 |
| 352 | Corporal | Iyad Mohamed Fathi Qafisha | Oct. 5, 2001 | Oct. 5, 2001 |

[Signature]

**CONFIDENTIAL**  02:009634

SEAL OF THE State of Palestine
Palestinian National Authority
Organization and Administration Institution

Palestine Liberation Organization
Palestinian National Authority
National Security
Organization and Administration                Number: 7/2743
Individual & Officer Affairs                   Date: April 19, 2009

## Transfer Order

**In accordance with the instructions of his Excellency the President, the Commander in Chief of the Security Forces,**

The salaries of the following military personnel, whose names are listed in the enclosed statement from General Headquarters/ Martyrs' Register/ Northern Provinces, were transferred to the Martyrs' Families & Injured Care Establishment will take place as of 7/1/2009. The number of individual totals (885). The list starts with General/ Abd Al-Moti Hussein Ahmed Al-Sab'awi, and ends with the disabled brother Mohamed Abd Al- Rahman Al-Shanghoubi

**Copies to:**

- Financial Central Administration
- The Martyrs' Families & Injured Care Establishment
- Officers Affairs
- Personal Affairs
- Compiler
- Circulation
- Computer

**Organization and Administration**
[Signature]
04/19

SEAL OF THE
**The State of Palestine**
**Palestinian National Authority**
**Organization and Administration**

**CONFIDENTIAL**                               02:009635

| Serial | Rank | Name | Date of Rank | Date of Martyrdom |
|---|---|---|---|---|
| 705 | First Class Sergeant | Mu'een Abdelrazeq Abd Al-Qader Al-'Atal | Sept. 1, 2002 | Apr. 22, 2004 |
| 706 | First Class Sergeant | Malahi Hussein Gharib Nasr | Oct. 1, 1999 | Oct. 22, 2001 |
| 707 | First Class Sergeant | Mahdi Ahmed Hassan Abu Ramadan | Dec. 13, 2000 | Dec. 13, 2000 |
| 708 | First Class Sergeant | Naji Salem Ahmed A'bid | Apr. 1, 2002 | Apr. 2, 2002 |
| 709 | First Class Sergeant | Hani Radwan Abd El-Rahman A'shour | Mar. 8, 2002 | Mar. 8, 2002 |
| 710 | First Class Sergeant | Hisham Mousa Qao'ud Abu Jamous | Aug. 24, 2001 | Aug. 25, 2001 |
| 711 | First Class Sergeant | Haithem Abd Al-Majid Sa'id Al-Dao'ur | May 10, 2001 | May 11, 2001 |
| 712 | First Class Sergeant | Wael Mousa Hassan Al-Akhrass | Mar. 15, 2002 | Mar. 16, 2002 |
| 713 | First Class Sergeant | Wafi Salem Ismail A'sliyah | Oct. 4, 2004 | Oct. 5, 2004 |
| 714 | First Class Sergeant | Yusuf Mahmoud Saleh Al-Beshiti | Nov. 1, 1996 | Sept. 27, 1996 |
| 715 | Sergeant | Ibrahim Yusuf Ibrahim Washah | Dec. 1, 1998 | Dec. 15, 1998 |
| 716 | Sergeant | Ahmed Abd Al-Rahman Mohamed Abd Al-Qader | Nov. 4, 2002 | Nov. 5, 2002 |
| 717 | Sergeant | Amjad Yasser Mohamed Hamd | Feb.13, 2002 | Feb. 13, 2002 |
| 718 | Sergeant | Ayman Zaki A'tiah Al-Jazzar | Oct. 1, 1999 | Apr. 6, 2002 |
| 719 | Sergeant | Bakr Mohamed Ahmed Khadorah | Jan. 7, 2003 | Jan. 12, 1999 |
| 720 | Sergeant | Bahjat Ameen Ibrahimn Qadeeh | Aug. 1, 1997 | Apr. 5, 2002 |
| 721 | Sergeant | Jihad Hammad Awad Salim | Aug. 1, 1999 | Aug. 24, 1999 |
| 722 | Sergeant | Hazim Mohamed Ali Abu-Shahada | May 1, 1994 | Dec. 1, 1994 |
| 723 | Sergeant | Hussam Mohamed Harbi El-Ras | Oct. 5, 2004 | Oct. 6, 2004 |
| 724 | Sergeant | Hussam Mohamed Khaled A'liweh | Mar. 6, 2004 | Apr. 7, 2003 |
| 725 | Sergeant | Hassan Ibrahin Hassan Al-Maqoussi | Oct. 1, 1997 | Sept. 12, 1998 |
| 726 | Sergeant | Khalid Ahmed Mohamed Abu Sitta | Feb. 13, 2002 | Feb. 13, 2002 |
| 727 | Sergeant | Khaled Shua'ib Mohamed Swaileh | Mar. 3, 2002 | Mar. 4, 2002 |
| 728 | Sergeant | Raed Khalil A'tiya Hamdouna | Jun. 1, 1995 | Aug. 25,1996 |
| 729 | Sergeant | Raed Samir Labbad Al-Akhras | Oct. 30, 2001 | Oct. 31, 2001 |
| 730 | Sergeant | Raed 'Alayan Jabr Al-Raqb | Oct. 1, 1996 | Oct. 8/1996 |
| 731 | Sergeant | Rami Mohamed Mo'in Abu Al-'Oun | May 12, 2004 | May 13, 2004 |
| 732 | Sergeant | Rani Omar Mohamed Al-'Alam | Dec. 5, 2002 | Dec. 6, 2002 |
| 733 | Sergeant | Rafiq Mohamed Mahmoud Saqr | Oct. 24, 2001 | Oct. 24, 2001 |
| 734 | Sergeant | Ramzi Shahdah Mahoud Hassaballah | Oct. 4, 2004 | Oct. 5, 2004 |
| 735 | Sergeant | Ramzi Mohamed Khalil Al-Masri | Feb. 16, 2002 | Feb. 17, 2002 |
| 736 | Sergeant | Zaher As'ad Abd Al-Muttalib Sharab | Oct. 1, 1996 | Oct. 7/1996 |
| 737 | Sergeant | Zyad Khalil Abd Al-Fatah Soubh | Nov. 1, 2000 | May 14, 2002 |
| 738 | Sergeant | Sami Samir Mohamed Baroud | Aug. 30, 2001 | Aug. 30, 2001 |
| 739 | Sergeant | Sa'id Ibrahim Sa'id Ramadan | Jan. 22, 2002 | Jan. 23, 2002 |
| 740 | Sergeant | Sa'id Mahmoud Mohamed Amrish | Mar. 13, 2004 | Mar.14, 2004 |

**CONFIDENTIAL**　　　　　　　　　　　　02:009636

| 741 | Sergeant | Salman Mohamed Salman Qadoum | Jul. 1, 2000 | Jun. 11, 2002 |
|---|---|---|---|---|
| 742 | Sergeant | Suleiman Mohamed Suleiman Al-Majaydeh | Dec. 1, 2003 | Dec. 17, 2003 |
| 743 | Sergeant | Samir Sultan Mohamed Khafajeh | Dec. 14, 2004 | Dec. 14, 2004 |
| 744 | Sergeant | Sayd Salim Mahmoud Ziyarah | Oct. 3, 2001 | Oct. 3, 2001 |
| 745 | Sergeant | Shadi Ahmed Lafi Muslim | Jan. 9, 2002 | Jan. 9, 2002 |
| 746 | Sergeant | Shadi Fayez Khalil Al-Ma'ari | Nov. 1, 2002 | May 19, 2004 |
| 747 | Sergeant | Sabri Mahmoud Abd-Alqader [illegible] | Aug. 1, 2000 | Sept. 6, 2002 |
| 748 | Sergeant | Saqer Ouni Ahmed Saqer | Oct. 8, 2004 | Oct. 9, 2004 |

SEAL OF THE
**The State of Palestine**
**Palestinian National Authority**
**Organization and Administration**

[Signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009633-9634.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009633-9634.

_____
Adnane Ettayebi

ss.: New Jersey

On the [26] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
26 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
I.D.# 2420914

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009635-9636.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009635-9636.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [20] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
20 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

الرقم: 7/2742  منظمة التحرير الفلسطينية
التاريخ: 2009/4/19   السلطة الوطنية الفلسطينية
  الأمن العام
  هيئة التنظيم والإدارة
  شؤون الضباط والأفراد

## أمــــر نقــــل

بناءا على تعليمات الأخ الرئيس القائد الأعلى لقوى الأمن

تنقل رواتب العسكريين التالية أسماؤهم بالكشف المرفق من مرتب المقر العـام / كـشف الـشهداء / المحافظات الشمالية لمرتب مؤسسة رعاية أسر الشهداء والجرحى اعتبـاراً مـن 2009/7/1 وعــددهم (424) أولهــم عميــد ركــن / أحمــد يوسـف حسـن أبوحميـدان وآخــرهم راتب مقطوع / جهاد عبدالحي عليان الجعبري .

نسخه إلى:
- الإدارة المالية المركزية
- مؤسسة رعاية أسر الشهداء والجرحى
- شؤون الضباط
- الذاتية
- المصنف
- التداول
- الحاسوب

CONFIDENTIAL

02:009633

| م | الرتبة | الاسم | تاريخ الرتبة | تاريخ الاستشهاد |
|---|---|---|---|---|
| 309 | رقيب | ثائر خالد محمود سرية | 2004/03/07 | 2004/03/07 |
| 310 | رقيب | جاد عزات احمد دارسليم | 2002/03/29 | 2002/03/30 |
| 311 | رقيب | حسن تيسير محمد زبيدى | 2001/11/29 | 2001/11/30 |
| 312 | رقيب | حسن محميد احمد ابومحمد | 2000/10/20 | 2000/10/20 |
| 313 | رقيب | حسين حسنى حسين الاشقر | 2002/04/02 | 2002/04/03 |
| 314 | رقيب | خالد صبحى على سنجق | 2001/12/01 | 2001/12/01 |
| 315 | رقيب | زاهى محمود محمد زواتيه | 2002/02/20 | 2002/02/21 |
| 316 | رقيب | زياد محمود اسعد برغوثى | 2002/03/12 | 2002/03/13 |
| 317 | رقيب | سعيد ابراهيم سعيد رمضان | 2002/01/22 | 2002/01/23 |
| 318 | رقيب | سماره نمر عبدالله نمر | 2000/11/16 | 2000/11/16 |
| 319 | رقيب | شادى رياض محمود ملحم | 2004/02/01 | 2004/02/02 |
| 320 | رقيب | شادى فايز اسماعيل بطاط | 2002/04/01 | 2002/04/02 |
| 321 | رقيب | عائد خالد يوسف ابوحرب | 2001/02/14 | 2001/02/14 |
| 322 | رقيب | عبدالمعطى محمد سلامه شريعه | 2001/10/24 | 2001/10/24 |
| 323 | رقيب | عصام على سعيد حامد | 2004/07/07 | 2004/07/07 |
| 324 | رقيب | عماد عبدالرحمن توفيق العناتى | 2000/10/01 | 2000/10/01 |
| 325 | رقيب | عنان تيسير عبدالله قشطه | 2003/04/29 | 2003/04/30 |
| 326 | رقيب | فؤاد محمد حسن بشارات | 2002/03/03 | 2002/03/04 |
| 327 | رقيب | فواز مشهور محمد فرحان | 2004/10/04 | 2004/10/05 |
| 328 | رقيب | كامل خالد كامل سيلاوى | 2002/09/06 | 2002/09/07 |
| 329 | رقيب | لؤى سليم سليمان مسحل | 2001/12/07 | 2001/12/08 |
| 330 | رقيب | ماهر شريف محمد عبدربه | 2002/03/14 | 2002/03/15 |
| 331 | رقيب | محمد حسين عطاالله حشاش | 2002/02/20 | 2002/02/21 |
| 332 | رقيب | محمد ذياب اسعد سماعنه | 2001/10/23 | 2001/10/23 |
| 333 | رقيب | محمد فيصل احمد حمد | 2004/02/01 | 2005/05/08 |
| 334 | رقيب | محمد محمود توفيق قلق | 2000/09/29 | 2000/09/30 |
| 335 | رقيب | محمود ابراهيم حسن خليل | 2000/10/03 | 2000/10/04 |
| 336 | رقيب | منذر محمد امين الحاج | 2002/04/05 | 2002/04/06 |
| 337 | رقيب | مهند سعيد منيب ابوحلاوه | 2002/03/05 | 2002/03/06 |
| 338 | رقيب | نائل تحسين حسين رمضان | 2002/01/04 | 2002/01/04 |
| 339 | رقيب | نضال عبدالكريم على زدوق | 2001/12/05 | 2001/12/06 |
| 340 | رقيب | هاشم داوود اشتيوى ابوحمدان | 2004/02/01 | 2004/05/03 |
| 341 | رقيب | وائل ضيف الله اسماعيل نباهين | 2001/10/25 | 2001/10/26 |
| 342 | رقيب | وسيم احمد محمد سباعنه | 2002/10/14 | 2002/10/15 |
| 343 | رقيب | يوسف محمد على سويطات | 2000/01/01 | 2002/10/28 |
| 344 | عريف | احمد جمال عبدالفتاح عوده | 2000/05/01 | 2000/05/15 |
| 345 | عريف | احمد عطا فارس عمرى | 2002/03/13 | 2002/03/14 |
| 346 | عريف | احمد عمر جمعه اعور | 2002/09/17 | 2002/09/18 |
| 347 | عريف | احمد محمد عبدالحميد دميسى | 2001/12/13 | 2001/12/13 |
| 348 | عريف | احمد مهدى عواد عمر | 2004/02/09 | 2004/02/09 |
| 349 | عريف | اسلام فؤاد جمعه ارجيل | 2002/06/23 | 2002/06/24 |
| 350 | عريف | امجد مجيد كمال تويعدى | 2003/12/01 | 2003/12/02 |
| 351 | عريف | امين محمد حافظ برى افطه | 2001/08/01 | 2001/08/01 |
| 352 | عريف | اياد محمد فلاح قبيشه | 2001/10/05 | 2001/10/05 |

CONFIDENTIAL　　　　　　　　　　　　　　　　02:009634



الرقم: 7/2743

التاريخ: 2009/4/19

منظمة التحرير الفلسطينية

السلطة الوطنية الفلسطينية

الأمن العام

هيئة التنظيم والإدارة

شؤون الضباط والأفراد

---

أمـــــر نقـــل

---

بناءا على تعليمات الأخ الرئيس القائد الأعلى لقوى الأمن

---

تنقل رواتب العسكريين التالية أسماؤهم بالكشف المرفق من مرتب المقر العـام / كشف الـشهداء / المحافظات الجنوبية لمرتب مؤسسة رعاية أسر الـشهداء والجرحى اعتبـاراً مـن 2009/7/1 وعـددهم (885) أولهـم لـواء ركـن / عبـدالمعطي حسـين أحمـد الـسبعاوي وآخـرهم الأخ المعاق / راغب محمد عبدالرحمن الشنغوبي

---

نسخه إلى:

- الإدارة المالية المركزية
- مؤسسة رعاية أسر الشهداء والجرحى
- شؤون الضباط
- الذاتية
- المصنف
- التداول
- الحاسوب

CONFIDENTIAL   02:009635

| م | الرتبة | الاسم | تاريخ الرتبة | تاريخ الاستشهاد |
|---|---|---|---|---|
| 705 | رقيب أول | معين عبدالرازق عبدالقادر العطل | 2002/09/01 | 2004/04/22 |
| 706 | رقيب أول | ملاحي حسين غريب نصر | 1999/10/01 | 2001/10/22 |
| 707 | رقيب أول | مهدى احمد حسن ابورمضان | 2000/12/13 | 2000/12/13 |
| 708 | رقيب أول | ناجي سالم احمد عابد | 2002/04/01 | 2002/04/02 |
| 709 | رقيب أول | هاني رضوان عبدالرحمن عاشور | 2002/03/08 | 2002/03/08 |
| 710 | رقيب أول | هشام موسى قاعود ابوجاموس | 2001/08/24 | 2001/08/25 |
| 711 | رقيب أول | هيثم عبدالمجيد سعيد الداعور | 2001/05/10 | 2001/05/11 |
| 712 | رقيب أول | وائل موسى حسن الاخرس | 2002/03/15 | 2002/03/16 |
| 713 | رقيب أول | وافي سالم اسماعيل عسليه | 2004/10/04 | 2004/10/05 |
| 714 | رقيب أول | يوسف محمود صالح البشيتي | 1996/11/01 | 1996/09/27 |
| 715 | رقيب | ابراهيم يوسف ابراهيم وشاح | 1998/12/01 | 1998/12/15 |
| 716 | رقيب | احمد عبدالرحمن محمد عبدالقادر | 2002/11/04 | 2002/11/05 |
| 717 | رقيب | امجد ياسر محمد حمد | 2002/02/13 | 2002/02/13 |
| 718 | رقيب | ايمن زكي عطيه الجزار | 1999/10/01 | 2002/04/06 |
| 719 | رقيب | بكر محمد احمد خضوره | 2003/01/07 | 1999/01/12 |
| 720 | رقيب | بهجت امين ابراهيم قديح | 1997/08/01 | 2002/04/05 |
| 721 | رقيب | جهاد حماد عواد سليم | 1999/08/01 | 1999/08/24 |
| 722 | رقيب | حازم محمد علي ابوشحاده | 1994/05/01 | 1994/12/01 |
| 723 | رقيب | حسام محمد حربي الراس | 2004/10/05 | 2004/10/06 |
| 724 | رقيب | حسام محمد خالد عليوه | 2004/03/06 | 2003/04/07 |
| 725 | رقيب | حسن ابراهيم حسن المقوسي | 1997/10/01 | 1998/09/12 |
| 726 | رقيب | خالد احمد محمد ابوسته | 2002/02/13 | 2002/02/13 |
| 727 | رقيب | خالد شعيب محمد صويلح | 2002/03/03 | 2002/03/04 |
| 728 | رقيب | رائد خليل عطيه حمدونه | 1995/06/01 | 1996/08/25 |
| 729 | رقيب | رائد سمير لباد الاخرس | 2001/10/30 | 2001/10/31 |
| 730 | رقيب | رائد عليان جبر الرقب | 1996/10/01 | 1996/10/08 |
| 731 | رقيب | رامي محمد معين ابوالعون | 2004/05/12 | 2004/05/13 |
| 732 | رقيب | راني عمر محمد العالم | 2002/12/05 | 2002/12/06 |
| 733 | رقيب | رفيق محمد محمود صقر | 2001/10/24 | 2001/10/24 |
| 734 | رقيب | رمزي شحده محمود حسب الله | 2004/10/04 | 2004/10/05 |
| 735 | رقيب | رمزي محمد خليل المصري | 2002/02/16 | 2002/02/17 |
| 736 | رقيب | زاهر اسعد عبدالمطلب شراب | 1996/10/01 | 1996/10/07 |
| 737 | رقيب | زياد خليل عبدالفتاح صبح | 2000/11/01 | 2002/05/14 |
| 738 | رقيب | سامي سمير محمد بارود | 2001/08/30 | 2001/08/30 |
| 739 | رقيب | سعيد ابراهيم سعيد رمضان | 2002/01/22 | 2002/01/23 |
| 740 | رقيب | سعيد محمود محمد امريش | 2004/03/13 | 2004/03/14 |
| 741 | رقيب | سلمان محمد سلمان قدوم | 2000/07/01 | 2002/06/11 |
| 742 | رقيب | سليمان محمد سليمان المجايده | 2003/12/01 | 2003/12/17 |
| 743 | رقيب | سمير سلطان محمد خفاجه | 2004/12/14 | 2004/12/14 |
| 744 | رقيب | سيد سليم محمود زياره | 2001/10/03 | 2001/10/03 |
| 745 | رقيب | شادي احمد لافي مسلم | 2002/01/09 | 2002/01/09 |
| 746 | رقيب | شادي فايز خليل العقاربي | 2002/11/01 | 2004/05/19 |
| 747 | رقيب | صبري محمود عبدالقادر | 2000/08/01 | 2002/09/06 |
| 748 | رقيب | صقر عوني احمد صقر | 2004/10/08 | 2004/10/09 |

CONFIDENTIAL

02:009636