PLAINTIFF'S EXHIBIT 127

*In the Name of God, Most Gracious, Most Merciful*

**General Department of the Police**
**Organization and Administration Institution**



No.: [illegible]
Date:    /    /2001
Attachments: _____

## Administrative Order

Captain/ Majed Ismail al-Masri from the General Investigations Administration Bureau/ Nablus is penalized with the following:

1. A final warning followed by dismissal should he violate instructions.
2. [illegible] work with the police chief of the governorate of Nablus.

He is accused of firing a Kalashnikov on a public street in front of [illegible] Fatah in Nablus without justification.

- All competent authorities are required to execute this order within their jurisdictions.

Ghazi al-Jibali
The Police Director
[Signature]

[Stamp]  Nablus Governorate Police Headquarters
**Outgoing Correspondence** [logo] **Incoming Correspondence**
**Date:** April 11, 2001
**No.:** 8P/974
Area of Jurisdiction

Copy to:
- General Director of the General Investigations Administration
- Police's General Director for the Governorate of Nablus
- Deputy General Director of the General Investigations Administration / Northern Governorates
- Officers' Affairs – with a copy of the attachment

The Administration
The abovementioned individual's file
[handwritten]

**CONFIDENTIAL**     02:009641

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009641.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009641.

*[signature]*
Adnane Ettayebi

ss.: New Jersey

On the [3] day of ~~February~~ March, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
3 day of ~~February,~~ March 2014

_____
Notary Public

**CARMEN MUNIZ**
Notary Public
State of New Jersey
My Commission Expires Dec. 06, 2015
I.D.# 2337751



CONFIDENTIAL    02:009641