

PLAINTIFF'S EXHIBIT
128

**Palestinian National Authority**
**Public Security Administration**
**Northern Provinces Headquarters**
**Public Relations and Information**
**Tele-Fax: 2986646**
**P.O. Box1126** [illegible]



## Special Social Examination for the Military Prisoners

| | | | |
|---|---|---|---|
| **Prisoner's Full Name:** | Abdel Karim Rateb Younis Aweis | **Date of Birth:** | August 26, 1970 |
| **Place of Birth:** | Jenin refugee camp | **Identity No.:** | 980136675 |
| **Marital Status:** | Married | **Level of Education:** | Preparatory |
| **Father's Name:** | Rateb Younis Aweis | **Mother's name:** | Maryam Mohamed Abu 'Amira |
| **Spouse's Name:** | Amira Mohamed Younis Aweis | **Number of Family Members:** | 5 |

**Dependants other than the spouse and the children:**   The father and the mother

| | | | |
|---|---|---|---|
| **Military Rank and Date of Rank** | First Lieutenant October 1, 1999 | **Unit:** | General Intelligence |
| **Date of Detention:** | March 2002 | **Place of Detention (prison):** | [illegible] |
| **Length of Sentence:** | 5 life sentences | **Attorney's Name:** | Jawad Boulos |
| **Name of the Authorized Agent:** | | Amira Mohamed Younis Aweis | |
| **Identity No. of the Authorized Agent:** | | 907731526 | |
| **Account No.:** | 53349 | **Bank and Branch:** | Jordan-Jenin |

**CONFIDENTIAL**                                    02:009642

[illegible]

| No. | Name | Date of Birth | Identity No. | [illegible] | Profession | [illegible] |
|---|---|---|---|---|---|---|
| 1 | Najib | December 8, 1997 | 403213903 | Second year elementary | | |
| 2 | Samer | September 23, 2002 | 408733764 | Child | | |
| 3 | Rateb | December 31, 2000 | 406175471 | Child | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

**Does the prisoner have a family member who is a martyr/wounded/handicapped/detained?**
Martyred brother (Samer) and brother detained for (2) years [illegible]

**Current address of the prisoner's family:** Jenin refugee camp

Signature of the person completing the form:................................................

Date:..............................................................................................................

**CONFIDENTIAL**                                                    02:009643

[illegible]

**Address of** [illegible]: Jenin

**Date of Issue:** July 1, 2001          [illegible]: June 30, 2003

This card is valid for receiving treatment at medical service centers and other authorized centers.

[Stamp]  Medical Services
         The Jenin Clinic

*Effective until February 2, 2004*
*pending the issuance of the original* [illegible]

**CONFIDENTIAL**                    02:009644

**Palestinian National Authority**
**Department of Medical Services**

[photograph]

Stamp and signature
*Jalal* [illegible]
[Signature]

| No. | Name | Sex | Date of Birth |
|-----|------|-----|---------------|
| 1 | Najib | Male | December 8, 1997 |
| 2 | Rateb | Male | December 31, 2000 |
| 3 | Samer | Male | September 23, 2002 |

| *Family Health Insurance Card No.* | | |
|-----|-----|-----|
| 8 | 50156 | 38 |
| Last Name | Aweis | |
| Name | Abdel Karim Rateb Younis | |
| Identity No. | 980136675 | |
| Institution | General Intelligence | |
| Rank | Major | |
| Fiscal No. | 60048 | |
| Spouse's Name | Amira Mohamed Aweis | |
| Identity No. | 907721526 | |
| Date of Birth | February 21, 1981 | |
| Family's Address | Governorate of Jenin, Jenin | |
| Issue Date | December 27, 2011          Renewal | |
| Valid Until | December 26, 2013 | |

This card is valid for receiving treatment at medical service centers and other authorized centers.

**CONFIDENTIAL**                              02:009645

*In the Name of God, Most Gracious, Most Merciful*

*198*                        Palestinian National Authority

**Palestinian Public Security**
**General Intelligence**
**Central Administration**



No.:    MEG/235/AH
Date:    September 2, 2007

## Acknowledgment of Social Status

**Fiscal No.:** 60048
**Full Name:** Abdel Karim Rateb Younis Aweis
**Identity No.:** 980136675                    **Date of Birth:** August 26, 1970
**Rank:** Honorary Captain                      **Date of Rank:** October 1, 2002
**Department:** Governorate of Jenin Intelligence    **Marital Status:** Married
**Spouse's Name:** Amira Mohamed Younis Aweis    **Spouse's Occupation:** Housewife
**Number of Children:** 3

| No. | Child's Name | Date Of Birth | No. | Child's Name | Date Of Birth |
|-----|--------------|---------------|-----|--------------|---------------|
| 1. | Najib | December 8, 1997 | 9. | | |
| 2. | Rateb | December 31, 2000 | 10. | | |
| 3. | Samer | September 23, 2002 | 11. | | |
| 4. | | | 12. | | |
| 5. | | | 13. | | |
| 6. | | | 14. | | |
| 7. | | | 15. | | |
| 8. | | | 16. | | |

I, the undersigned, acknowledge that the above information is entirely true, and assume full responsibility for any error.

Individual acknowledging the accuracy of information

Name: ...................................................................

Signature: ............................................................

Department Director                  Director of General Intelligence
Ahmad Said [signature]
September 1, 2007

**CONFIDENTIAL**                                    02:009646

**Palestinian National Authority**
**Public Security**
**Department of Military Medical Services**



[photograph]
No.:_____
Date: _____
SNe [illegible]

| [illegible] | |
|---|---|
| Number (2) | |
| Family photos | |
| Number (2) | |

Type of Insurance: 1- Personal  2- Family  3- Parents
Insurance Status:  1- New  2- Renewal  3- Replacement for lost item  4- Replacement for damaged item

| Data of the Owner of the Personal Card |
|---|

**Tripartite Name:** Abdel Karim Rateb Younis       **Family Name:** Aweis
**Marital Status:** Married                          **Date of Birth:** August 26, 1970
**Blood Type:** A+                                   **Military Card No.:** [no entry]
**Identity No.:** 980136675                          **Fiscal No.:** 60048
**Department:** General Intelligence                 **Rank:** Security Major
**Address:** Jenin Refugee Camp                      **Place of Employment:** Jenin Intelligence/
                                                     currently detained

| Family Data |
|---|

**First Wife:** Amira Mohamed Younis Aweis    **Identity No.:** 907721526    **Date of Birth:** Feb 21,1981
**Second Wife:**                              **Identity No.:**              **Date of Birth:**

| Children's Data | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Name | Sex | Date of Birth | No. | Name | Sex | Date of Birth |
| 1 | Najib | Male | December 8, 1997 | 6 | | | |
| 2 | Rateb | Male | December 31, 2000 | 7 | | | |
| 3 | Samer | Male | September 23, 2002 | 8 | | | |
| 4 | | | | 9 | | | |
| 5 | | | | 10 | | | |

Commander's stamp      Stamp of the Financial      Stamp of the      Stamp of the General Director
                       Administration             Organization &    of Medical Services
                                                  Administration

| Observations by the Health Insurance Unit: |
|---|

[Stamp]  Palestinian National Authority
         [illegible]

**CONFIDENTIAL**

02:009647

*In the Name of God, Most Gracious, Most Merciful*
Palestinian National Authority

**Palestinian General Intelligence**
**Northern Governorates**
**Governorate of Jenin**

No.:    MEG/717/AD
Date:    June 9, 2010

## *In the Name of God, Most Gracious, Most Merciful*

To the Director of the Military Medical Services/Governorate of Jenin – May God Protect Him!

Greetings and respect to you,

| **Subject: Treatment** |
|:---:|

Please ensure that the son of **Major/ Abdel Karim Rateb Younis Aweis** receives the proper treatment. He currently has health insurance which is being renewed.

- The above mentioned is one of the Governorate of Jenin's intelligence officers and is being detained by the other party.

With the utmost respect and consideration,

Director of Intelligence of the Governorate of Jenin
[Signature]
[Stamp]  [illegible]

**CONFIDENTIAL**                    02:009648

*In the Name of God, Most Gracious, Most Merciful*
Palestinian National Authority



No.:   MEG/1220/AD
Date:   August 2, 2010

## *In the Name of God, Most Gracious, Most Merciful*

To the Director of the Military Medical Services/ Governorate of Jenin – May God Protect Him!

To the Brother, Military Medical Services/ Governorate of Jenin -  May God Protect Him!

| **Subject: Treatment** |
| --- |

[illegible] **Major/Abdel Karim Rateb Younis Aweis** to perform [illegible] treatment on [illegible] "**Amira Mohamed Younis Aweis**". He currently has family health insurance which is being renewed.

- General Intelligence Service Officers/ Governorate of Jenin, and is detained by [truncated]


With the utmost respect and consideration,


Director of Intelligence of the Governorate of Jenin
[Signature]
[Stamp]  [illegible]


**CONFIDENTIAL**                    02:009649

[image]

**Palestinian National Authority**
**Public Security**
**Department of Military Medical Services**



No.:_____
Date:_____

| Insurance No. | 50156 |
|---|---|

Personal Photo ID
(Personal Insurance)
Family Photo
(Family Insurance)

Type of Insurance: 1- Personal  2- Family  3- Parents
Insurance Status:   1- New     2- Renewal 3- Replacement for lost item  4- Replacement for damaged item

| Data of the Owner of the Personal Card |
|---|

**Tripartite Name:** Abdel Karim Rateb Younis    **Family Name:** Aweis
**Identity No.:** 980136675                        **Date of Birth:** August 26, 1970
**Rank:** Captain                                  **Police Card No.:** [no entry]
**Marital Status:** Married                         **Family's Address:** Jenin Refugee Camp
**Department:** General Intelligence               **Fiscal No.:** 60048
**Blood Type:** A+                                 **Place of Employment:** Jenin (Detained)

| Family's Data |
|---|

**First Wife:** Amira Mohamed Younis Aweis
**Date of Birth:** February 21, 1981          **Identity No.:** 907721526

| Children's Data | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Name | Sex | Date of Birth | No. | Name | Sex | Date of Birth |
| | Najib | Male | December 8, 1997 | | | | |
| | Rateb | Male | December 31, 2000 | | | | |
| | Samer | Male | September 23, 2002 | | | | |
| | | | | | | | |
| | | | | | | | |

Unit Commander    Financial Administration   Organization        General Director
                                             &Administration     of Medical Services

[Signature]       [Signature]                [Signature]

                              [Stamp] Palestinian National Authority
                              Financial Administration
[Stamp] Palestinian National Authority   Branch of Jenin        [Stamp] Palestinian National Authority
        Northern Governorates                                            Organization &Administration
        General Intelligence
        Governorate of Jenin

**CONFIDENTIAL**                                    02:009650

**Palestinian National Authority**
**Department of Medical Services**

| Family Health Insurance Card No. | | |
|---|---|---|
| 9 | 50156 | 38 |
| Last Name | Aweis | |
| Name | Abdel Karim Rateb Younis | |
| Identity No. | 980136675 | |
| Institution | General Intelligence | |
| Rank | Captain | |
| Fiscal No. | 60048 | |
| Spouse's Name | Amira Mohamed Aweis | |
| Identity No. | 907721526 | |
| Date of Birth | February 21, 1981 | |
| Family's Address | Governorate of Jenin, Jenin | |
| Issue Date | July 21, 2007        Renewal | |
| Valid Until | July 20, 2009 | |
| This card is valid for receiving treatment at medical service centers and other authorized centers | | |

[photograph]

Seal of the
Palestinian National Authority
Medical Services
Health Insurance

| No. | Name | Sex | Date of Birth |
|---|---|---|---|
| 1 | Najib | Male | December 8, 1997 |

**CONFIDENTIAL**

02:009651

## To Whom It May Concern

[emblem of the International Red Cross, Geneva]

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.:  ___Abdel Karim Rateb Younis Aweis___

From:  ___Jenin Camp/Jenin___          Identity No.: 980136675___

Was arrested by the Israeli authorities on Day:  _29_ Month: _03_ Year: _2002_

He/She is to date    Awaiting Trial ☐    Sentenced ☒  Administrative ☐

Length of sentence/administrative period:  ___Life Sentence___

He/She was released on Day:  _XXXXXXXXXX_  Month:  _XXXXXXXX_

(Check the box and underline the correct designation)

Date: ___September 31, 2003___
Place:  ___Jenin___

ICRC Delegate signature
[Signature]

[Stamp] International Committee of the Red Cross (ICRC)
[illegible]

**CONFIDENTIAL**                    02:009652

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

    Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009642-9652.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009642-9652.

Adnane Ettayebi

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16, 2017
ID.# 2420914

Palestinian
...ly Administration
Headquarters (WB)
...ons and Information
...te /Ramallah
Fax: 2986...
...O· IT26



استمارة بحث اجتماعي خاصة بالأسرى العسكريين

اسم الأسير الرباعي ............................................................ تاريخ الميلاد ...............

مكان الميلاد ........................ رقم الهوية ...............

الحالة الاجتماعية ........................ المؤهل العلمي ........................

اسم الأب ........................ اسم الأم ........................

اسم الزوجة ........................ عدد أفراد الأسرة .......... ٥

........................................................................................

........................................................................................

........................................................................................

........................................................................................

رقم الحساب .......... ٥٢٣٤٨ ........................ (ليدرس) ...........

CONFIDENTIAL

02:009642

| الرقم | البيان | المبلغ | رقم الشيك | التاريخ | الملاحظات | |
|---|---|---|---|---|---|---|
| ١ | | ٤.٣٢٣٩٦ | ٨/١٠/١٧/١٤/١ | ٤٩١٦٤٦ | | |
| ٢ | | ٤.٨٧٤٢٧٦ | ٥/٤/٥٧ | أبها | | |
| ٣ | | ٤.١١٧٥٤٤١ | (٢٣/١٠/٥٠) | فقط | | |
| ٤ | | | | | | |
| ٥ | | | | | | |
| ٦ | | | | | | |
| ٧ | | | | | | |



CONFIDENTIAL

02:009644

الجمهورية الوطنية الفلسطينية

وزارة الداخلية: الفلسطينية

| | |
|---|---|
| بطاقة تأمين صحي للأسرة رقم | |
| ٣٨ | ٢٥٤١٣ |
| اللقب | يونس |
| الاسم | عبد الكريم راتب يونس |
| رقم الهوية | 980136675 |
| الجنسية | المخابرات العامة |
| الرتبة | رائد |
| الرقم المالي | 60048 |
| اسم الزوجة | أميره محمد عويض |
| رقم الهوية | 907721526 |
| تاريخ الميلاد | 21/02/1981 |
| عنوان الأسرة | محافظة جنين - جنين |
| تاريخ الاصدار | 27/12/2011 تجديد |
| صالحة لغاية | 26/12/2013 |



الرجاء صلاحية الدخول إلى دوائر الخدمات الطبية والمراكز المعتمدة منها.



| الرقم | الاسم | الجنس | تاريخ الميلاد |
|---|---|---|---|
| 1 | دعيب | ذكر | 08/12/1997 |
| 2 | رقيب | ذكر | 31/12/2000 |
| 3 | سلس | ذكر | 23/09/2002 |

CONFIDENTIAL

02:009645

١٨٢

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية



مـن العـام الفلسطيني
المخابرات العامة
الإدارة المركزية

الرقــم: ٢٤٠/٢٤٠/ ح ض
التاريخ: ٤/٩/ ٤

إقرار حالة اجتماعية

الـرقم المالي : ........................ ٦٠٠٤٨

الاسم رباعي : عبد الكريم راتب يونس عويس

رقـم الهويـة : ٨٨١٢٣٦٦٧٥ .... تاريخ الميلاد : ٢٦/ ٨/ ١٩٧٠

الرتبـة : نقيب شرف ....... تاريخ الرتبة : ١/ ١٠/ ٢٠٠٤

الـنشرة : .. جهات تجدها من الحالة الاجتماعية . مكان عمل

اسم الزوجة : أميرة محمد يونس عويس وظيفتها : ربة منزل

عدد الأولاد : ٣

| م | اسم المولود | تاريخ الميلاد | م | تاريخ الميلاد | اسم المولود | م |
|---|---|---|---|---|---|---|
| ١. | نسيب | ٩٧/١٢/٨ | ٩. | | | |
| ٢. | راتب | ٢٠٠٠/١٢/٣١ | ١٠. | | | |
| ٣. | سامر | ٢٠٠٤/٩/٢٢ | ١١. | | | |
| ٤. | | | ١٢. | | | |
| ٥. | | | ١٣. | | | |
| ٦. | | | ١٤. | | | |
| ٧. | | | ١٥. | | | |
| ٨. | | | ١٦. | | | |

أقرّ أنا الموقع ادناه بأن البيانات السابقة صحيحة وفـي حالـة وجـود أي أخطـاء أتحمـل
المسؤولية كاملة ، وعلى ذلك أوقــع ...

المقر بما فيه

الاسـم : ................................

التوقيع : ................................

02:009646

مدير ادارة المخابرات العامة

مدير الدائرة
( أحمد )
١.٩.٢٠٠٧

**CONFIDENTIAL**

02:009647

المخابرات الوطنية الفلسطينية
الإدارة العامة ... ...
مديرية الخدمات ... ...

رقم التأمين الصحي

عدد (٢)

صورة عائلية

عدد (٢)

نوع التأمين : ١ – شخصي ☑ – عائلي    ٣ – الوالدين

حالة التأمين : ☑ – جديد    ٢ – تجديد    ٣ – بدل فاقد    ٤ – بدل تالف

## بيانات صاحب البطاقة الشخصية

الاسم الثلاثي : جميل كريم ربيع يوسف ...        اسم العائلة : حربي

الحالة الاجتماعية : متزوج        تاريخ الميلاد : ١٩٥٠/٨/١٠

فصيلة الدم : A        رقم البطاقة العسكرية : ٨٢

رقم الهوية : ٩٨٠١٨٢٦٦٧٥        الرقم المالي : حميد ..ربيع

الجهاز : المخابرات العامة        الرتبة : رائد أول

العنوان : لحم بريشه        مكان العمل : بيت لحم جهاز مخابرات عامة

## بيانات الأسرة

الزوجة الأولى : انتصار حميد يوسف عربية    رقم الهوية : ٩٠٧٧٥١٥٥٦    تاريخ الميلاد : ١٩٥١/١/١

الزوجة الثانية :        رقم الهوية :        تاريخ الميلاد :

### بيانات الأبناء

| الرقم | الاسم | الاسم | الرقم | تاريخ الميلاد | الجنس | تاريخ الميلاد | الجنس | الاسم | الرقم |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | ٦ | ١٩٩٩/٧/٣ | ذكر |  |  | حنين | ١ |
|  |  |  | ٧ | ٢٠٠١/١/٢ | ذكر |  |  | حاتم | ٢ |
|  |  |  | ٨ | ٢٠٠٤/٢/١٩ | ذكر |  |  | بسام | ٣ |
|  |  |  | ٩ |  |  |  |  |  | ٤ |
|  |  |  | ١٠ |  |  |  |  |  |  |

ختم مدير علم الخدمات الطبية        ختم التنظيم والإدارة        ختم الإدارة المالية

الصحي :

CONFIDENTIAL



السلطة الوطنية الفلسطينية
المخابرات العامة

بسم الله الرحمن الرحيم
المخابرات العامة

مديرية المخابرات العامة
إدارة علاقات الشمالية
محافظة جنين

**الرقم :** ........ / م . د
**التاريخ :** ........ / ...... / ...

بسم الله الرحمن الرحيم

الأخ مدير الخدمات الطبية العسكرية/محافظة جنين ،،،، حفظه الله
تحية واحترام ،،،،

## الموضوع: علاج .

ـ يرجى المساعدة في إجراء العلاج اللازم للأخ الرائد/ عبد الكريم راشد
يونس عويس علماً أنه يستفيد من الضمان الصحي، وتأمينه قيد التجديد.

ـ المذكور أحد ضباط مخابرات محافظة جنين وهو معتقل لدى الطرف الآخر .

مع فائق الاحترام والتقدير

,مدير مخابرات محافظة جنين

الرقم : ...............................

التاريخ : ...............................

بسم الله الرحمن الرحيم

...مات الطبية العسكرية/محافظة جنين ،،، حفظه الله

،،،

الموضوع: علاج.

عدة الرائد/عبد الكريم راتب يونس عويس في إجـرا ـــــ العلاج

" أميرة محمد يونس عويس"، علماً أنه يسـتفيد مـن الضمان

، العائلي قيد التجديد.

ضباط جهاز المخابرات العامة/محافظة جنين ومعتقـــــــل لـدى

مع الاحترام والتقدير

/مدير مخابرات مح.............. حَظة جنين

**CONFIDENTIAL**

02:009650



الإدارة العامة للتأمين الصحي

دولة فلسطين

وزارة الخدمات الطبية

| صورة شخصية |
| --- |
| (تأمين شخصي) |
| صورة عائلية |
| (تأمين عائلي) |

| رقم التأمين | ٠ | ١ | ٥ | ٦ |
|---|---|---|---|---|

**نوع التأمين:** ١ – شخصي     ٢ – عائلي     ٣ – الوالدين

**حالة التأمين:** ١ – جديد     ٢ – تجديد     ٣ – بدل فاقد     ٤ – بدل تالف

---

### بيانات صاحب البطاقة

**الاسم الثلاثي:** عبد الكريم راشد يونس عويسي     **اسم العائلة:** عويسي

**رقم الهوية:** ٨٨٠٢٦٦٢٧٥     **تاريخ الميلاد:** ٨/٦/١٩٨٨

**الرتبة:** نقيب     **رقم بطاقة الشرطة:** _____

**الحالة الاجتماعية:** متزوج     **عنوان الاسرة:** مخيم جنين

**الجهاز:** المخابرات العامة     **الرقم المالي:** ٢٠٠٨

**فصيلة الدم:** A+     **مكان العمل:** جنين (مقتبل)

---

### بيانات الاسرة

**اسم الزوجة:** اسماء محمد يونس عويسي

**تاريخ الميلاد:** ١/٣/١٨     **رقم الهوية:** ٨٥٧٧٦١٠٥٦

| م | الاسم | الجنس | ت.الميلاد | م | الاسم | الجنس | ت.الميلاد |
|---|---|---|---|---|---|---|---|
| | حسين | ذكر | ٩٧/١٥/٨ | | | | |
| | راشد | ذكر | ٠٠/١٥/٢١ | | | | |
| | ساهر | ذكر | ٠٩/٥/٢٣ | | | | |

مدير الخدمات الطبية     التنظيم والإدارة     الادارة المالية






السلطة الوطنية الفلسطينية
مديرية الخدمات الطبية

| | بطاقة تأمين صحي للأضرة رقم | |
|---|---|---|
| 9 | 50156 | 38 |
| اللقب | عويس | |
| الاسم | عبد الكريم راتب يونس | |
| رقم الهوية | 980136675 | |
| الجهاز | المخابرات العامة | |
| الرتبة | نقيب | |
| الرقم الملي | 60048 | |
| اسم الزوجة | ايسر محمد عويس | |
| رقم الهوية | 907721526 | |
| تاريخ الميلاد | 21/02/1981 | |
| عنوان الاسرة | محافظة جنين - جنين | |
| تاريخ الاصدار | 21/07/2007 | تجديد |
| صالحة لغاية | 20/07/2009 | |

البطاقة صالحة للعلاج في مراكز الخدمات الطبية والمراكز المتعاقدة معها.



الرقم: 1 | تجديد | ذكر | تاريخ الميلاد: 08/12/1997

CONFIDENTIAL                    02:009651

02:009652

**CONFIDENTIAL**

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that:

Mr./Mrs. ABDELKARIM RATEB YOUNES OWEIS

From: JENIN CAMP/JENIN          ID NO: 980136675

Was arrested by the Israeli Authorities on Day: 29    Month: 03    Year: 2002

He/She is to date:    Awaiting Trial ☐    Sentenced ☒    Administrative ☐

Length of sentence / administrative period: LIFE SENTENC.

He/She was released on Day: XXXXXXXXXX    Month: XXXXXXXX    Year: XXXXX

(Tick the box and underline the correct designation).

الى من يهمه الأمر

Date    31.03.2003
Place    JENIN

International Committee
of the Red Cross (ICRC)