PLAINTIFF'S
EXHIBIT
129

Dec 08. 2012 14:38 HP LASERJET FAX

## CONFIDENTIAL

General Intelligence          In the name of Allah, the Compassionate and Merciful



Northern Governorates          **Palestinian National Authority**

### Personal Information

| Name | Abdul Rahman Yousef Abdel Rahman Maqdad | | | | |
|---|---|---|---|---|---|
| Personal No. | 182696 | Identity No.: | 410036625 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Luqiya | Religion: | Muslim |
| Marital Status: | Married+1 | Place and Date of Birth: | 08/04/1976 Egypt | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under Arrest |
| Governorate: | Bethlehem | Area: | Al-Doha | Address: | |
| Occupation: | Government Employee | Work Address: | Bethlehem Governor's guard / First Sergeant | Place of Work: | |

### Arrest

| Arresting Authority: | The Occupation forces | Type of Arrest: | Unknown |
|---|---|---|---|
| Place of Arrest: | Al-Maskubiya | Main Charge: | |
| Date of Arrest: | 06/03/2004 | Organizational Status at Prison: | |
| Duration of Arrest: | | Date of Release: | |

02:009866 T

| Comments: | 1- Shooting at Gilo (confessed); 2- Shooting at a military Jeep in the area of Al-Sadr in Beit Jalla (confessed); 3- A shooting attempt in Al-Khader (confessed); 4- Claiming full and complete responsibility for planning, preparing and executing acts of martyrdom, which were carried out in Jerusalem by the martyr Ali Ja'ara from the Aida Refugee Camp on 1/29/2004 with 12 kg of explosives, and by the martyr Mohamed Zaul from Husan on 2/22/2004 with 10 kg of explosives (confessed); 5- Planning to kidnap two Israeli buses of the Egged bus company with Ali Abu Haliel and Izz A-Din al-Hamamra, and to have *istishhadiyin* [two people who perpetrate acts of martyrdom] take them to the Church of Nativity in order to launch a Palestinian prisoners' exchange deal with Israel (confessed). |
|---|---|

| Educational Level | | | | |
|---|---|---|---|---|
| Status | Educational Institution | Address | Specialty | Educational Level |
| Unknown | | | | Seconday School |
| Unknown | | | | High-School |

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1 | 08/12/2012 |

Dec 08. 2012 14:38 HP LASERJET FAX

## Confidential



General Intelligence | In the name of Allah, the Compassionate and Merciful
Northern Governorates | **Palestinian National Authority**

Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 06/12/2004 | | |

| | |
|---|---|
| Text of Report: | In a report issued by Attorney Fahmi al-Awiwi on 3/30/2004 regarding his visit to the Al-Maskubiya Detention Camp [in Western Jesusalem] and his meeting with the aforementioned prisoner, he indicated that the aforementioned is originally from Gaza and lived in Bethlehem in the area of Al-Duha. He is married and has one child, and he works as an Adjutant at the National Authority. He was arrested on 3/6/2004, taken at night from his home and transferred to the Etzion Camp, where he was kept for two hours. Then he was transferred to the Al-Maskubiya Detention Camp for extensive interrogations. Afterwards he was transferred to Ashkelon prison to the "stool pigeons" and stayed there for about 15 days. Then he returned to Al-Maskubiya to complete his interrogation, and remained there until 3/30/2004. The accusations ascribed to him are as follows: <br><br> 1- Shooting at the Gilo settlement (confessed). <br><br> 2- Shooting at a military Jeep in the area of Al-Sadr in Beit Jalla (confessed).3- A shooting attempt in Al-Khader (the Old City) (confessed). <br><br> 4- Claiming full and complete responsibility for planning, preparing and executing acts of martyrdom, which were carried out in Jerusalem by the martyr Ali Ja'ara from the Aida Refugee Camp on 1/29/2004 with 12 kg of explosives, and the martyr Mohamed Za'ul from Husan on 2/22/2004 with a 10-kg charge (confessed). <br><br> 5- Planning to kidnap two Israeli buses of Egged Company with Ali Abu Haliel and Izz al-Din Hamamra, and to have *istishhadiyin* [people who perpetrate acts of martyrdom] take them to the Church of Nativity in order to complete a prisoners' exchange deal with Israel (confessed). <br><br> ** Attorney Fahmi al-Awiwi also reported that the detained was not beaten up during the detention or during the interrogation. However, on the first day his hands and legs were tied for 24 hours behind his back while sitting on a chair. <br><br> ** The aforementioned was tied eight times to a chair for long periods of time, each time for 6-8 hours, and he spent eight days in solitary confinement cells. <br><br> ** He was threatened that his family would be arrested, his home demolished, his wife arrested and his family scattered. He was also threatened with a harsh sentence and a military interrogation, in case he did not give them full confession. <br><br> ** The aforementioned prisoner asked the lawyer to reassure his family through the phone numbers: 2745541 and 2750360. |

02:009867 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/16/2004 | | |
| Text of Report: | According to a report written by Attorney Hussein al-Sheikh on 2/10/2004, the prisoner [illegible], and there is nothing new. | | |

Abdel Rahman Maqdad [handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (2) | 12/08/2012 |

02:009867 T [continued]

Dec 08.  2012 14:38  HP LASERJET FAX



**Confidential**

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |

**Personal Reports**

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/22/2004 | | |

| Text of Report: | - The aforementioned is originally from Gaza. He came to Bethlehem with the arrival of the Authority.                   ).<br>- The aforementioned was among those besieged in the Church of the Nativity (the invasion of the Church).<br>- The aforementioned is a man of good morals. He is commited to the Fatah movement, and he is religious.<br>- The aforementioned is married to a woman from Bethlehem. She is an official in the al-Aman Charitable Society. |
|---|---|

**Personal Reports**

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | | | |

| Text of Report: | - The aforementioned is originally from Gaza. He came to Bethlehem with the arrival of the Authority.                   ).<br>- The aforementioned was among those besieged in the Church of the Nativity (the invasion of the Church).<br>- The aforementioned is a man of good morals. He is committed to the Fatah movement, and he is religious.<br>- He was arrested on 3/6/2004 in his home in Al-Doha, where he is a tenant in the house of Abu Mohamed Abu Salem. Ahmed Anton al-Masri al-Karkafa, the escort of the Brigadier General , was arrested with him. |
|---|---|

Abdul Rahman Maqdad [handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (3) | 12/08/2012 |

02:009868 T

Dec 08.  2012 14:38  HP LASERJET FAX

## Confidential



| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | | Unknown | Report Source: | |
| Subject: | | Information | Level of Confidence: | |
| Date Entered: | | 11/28/2004 | | |

| Text of Report: | In his confession, Izz A-Din al-Hamamra said that he [Maqdad] knew about the operation of the martyr Ja'ara; that he was the one who came up with the idea to kidnap the buses; and that he knew about the operation of Zaul and about its planning. Moreover, in his confession, prisoner Ahmed Salah said that he [Maqdad] performed the following:<br>-** He went to Ahmed al-Mughrabi and Ahmed Salah in order to manufacture an explosive charge for them.<br>-** He opened fire towards a patrol of the Occupation.<br>-** He asked Ahmed to bring the explosive belt to the *istishhadi* [a person whose intention is to commit an act of martyrdom].<br>-** He opened fire towards settlers' vehicles.<br>-** He possessed a Kalachnikov.<br>-** He asked Ahmed to buy a bag for the explosive charge.<br>-** He knew that someone was to carry out an *amaliya istishhadiya* [act of martyrdom].<br>-** He taught the *istishhadi* [a person whose intention is to commit an act of martyrdom] how to operate the explosive charge.<br>-** He knew about martyr Zaul's operation before it was carried out. |
|---|---|

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | | Unknown | Report Source: | |
| Subject: | | Information | Level of Confidence: | |
| Date Entered: | | 09/10/2005 | | |

| Text of Report: | A lawyer from the Prisoners' Club visited him. No news regarding his status. They talked with his wife. |
|---|---|

Abdul Rahman Maqdad [Handwritten]

| Username: | Page 4 | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009869 T

Dec 08.  2012 14:38   HP LASERJET FAX

General Intelligence         In the name of Allah, the Compassionate and Merciful



Northern Governorates         **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 04/12/2006 | | |

| Text of Report | In a response to a query submitted on 3/27/2006 to receive a public number: The aforementioned is working with the National Security forces. ▮▮▮▮ ▮▮▮▮                                    ▮▮ ▮▮ The aforementioned is married to the al-Qawatra Dar al-Hajj family, and his wife is active in the Women's Committee for Social Work of the Fatah movement. The aforementioned is a Fatah activist and is detained by the other side now. |
|---|---|

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None. | Report Date: | 10/18/2011 |
| Report Type: | Information | Report Source: | |
| Subject: | Special Request – Prisoners' File | Level of Confidence: | |
| Date Entered: | 11/23/2011 | | |

| Text of Report | The health condition of the aforementioned is good. Sentence duration of the aforementioned: 21 life sentences. He was arrested in 2004. The aforementioned is originally from Gaza, but resides in Bethlehem. His family's financial situation is average and their social status is good. The aforementioned is married and has no children (his wife is provided for by her family). The political affiliation of the aforementioned is Fatah |
|---|---|

Abdul Rahman Maqdad [Handwritten]

| Username: | Page (5) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009870 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009866-9870.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009866-9870.

Dated: February 20, 2014

_____
Yaniv Berman

CONFIDENTIAL                     P.2

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : عبد الرحمن يوسف عبد الرحمن مقداد

رقم الفرد : ١٨٢٢٦٦     رقم الهوية : ٤١٠٠٩٦٦٢٥

وظيفة أخرى :               رقم الوثيقة :

الجنس : ذكر     اسم الأم : فوقية     الديانة : مسلم

الحالة الاجتماعية : متزوج /١     مكان وتاريخ الميلاد : بيت لحم . ٤/٠٨/١٩٧٦     الجنسية : فلسطينية

الانتماء السياسي : فتح     حالة الانتماء : عضو     حالة الاعتقال : معتقل

المحافظة : بيت لحم     المنطقة : الدوحة     العنوان :

العمل : موظف حكومي     عنوان العمل : بيت لحم - مر الق الشهداء/ركب ارن     مكان العمل :

الاعتقال

جهة الاعتقال : قوات الاحتلال     فرع الاعتقال : غير معروف

مكان الاعتقال :     التهمة الرئيسية : الضفوعية

تاريخ الاعتقال : ٢٠٠٦/٠٣/٠٤     وضعية التنظيمي في السجن :

فترة الاعتقال :     تاريخ الافراج :

ملاحظات : ١- اطلاق نار على جيب ( معترف ) . ٢- اطلاق نار على جيب عسكري في منطقة السدر في بيت جالا ( معترف ) . ٣- محاولة اطلاق نار في الخضر ( معترف ) . ٤- المسؤولية الثالثة الكاملة و التخطيط و التجهيز و التنفيذ للعمليات الاستشهادية التي نفذت في القدس من قبل الشهيد علي جمارة / مخيم عايدة بتاريخ ٢٩/١/٢٠٠٤ برئة مقنبلون ١٢ كيلو و عملية الشهيد محمد زعول / حوسان بتاريخ ١٢/٢/٢٠٠٤ برئة متفجرات ١٠كيلو ( معترف ) . ٥- التخطيط لاختطاف حقائبي اسرائيليين لمواطن لشركة باسمات ابيد مع علي ابو هليل و عز الدين حندرو و السور مهما الى كنيسة المهد بواسطة استشهاديين من اجل اتمام صفقة لتبادل الاسرى مع اسرائيل ( معترف ) .

المستوى التعليمي :

| الحالة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | | | | ثانوي |
| غير معروف | | | | ثانوي |

      السلطة     

٠٨/١٢/٢٠١٢

NT AUTHORITY\NETWORK

(١)

02:009866

**CONFIDENTIAL**                              p.3

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | رقم التقرير |
|---|---|---|
| 01/01/1800 | تاريخ التقرير | |
| | مصدر التقرير | غير معروف |
| | درجة الثقة | |
| 12/08/2004 | تاريخ الإدخال | معلومات الموضوع |

نص التقرير

في تقرير ورد على لسان المحامي مهني العريوي بتاريخ ٢٠/٣/٢٠٠٤ حول زيارته لمعتقل العسكرية و التأكد
بالأمير المذكور اشار الى ان المذكور من غزة الامل وسكان بيت لحم منطقة الدرجة مشاروع ولد_ر
وعمل حساب في السلطة الوطنية و اعتقل بتاريخ ٦/٢/٢ من البيت ليلا و نقل الى معسكر صيدون حيث
مكث هناك سنامين ثم نقل الى العسكرية للتحقيق المكثف ... و بعد نقل الى سجن عسقلان عند المعبر و
مكث هناك ما يقارب (١٥) يوم ثم عاد الى العسكرية لاستكمال التحقيق معه و هو موجود هناك حتى تاريخ
٣٠/٢/٢٠٠٤ :- التهم الموجهة اليه :
1- اطلاق النار على مستوطنة جيلو ( معترف ) .
2- اطلاق النار على جيب عسكري في منطقة السدر في بيت جالا ( معترف ) .
3- مسؤولية اطلاق النار في الخضر: ( البلدة القديمة ) ( معترف )
4- المسؤولية الثانية الكاملة عن التخطيط و التمهيل و التنفيذ للعمليات الاستشهادية التي نفذت في القدس
بواسطة الشهيد علي جارة / منفذ عملية بتاريخ ٢٩/١/٢٠٠٤ بزنة مشغروت ٤٢ كيلو و الشهيد محمد زعول /
حزيران بتاريخ ٢٢/٢/٢٠٠٤ بواسطة عبوة وزنها ( ٦٠ ) كيلو ... ( معترف )
5- التخطيط للاختطاف حائلين اسرائيليين كدودان لشركة أيدن مع خلي أبو على و نور الدين حمامرة و السير
بهما الى مدينة بيت لحم و كنيسة المهد بواسطة استشهادين و ذلك من أجل اتمام صفقة لتبادل الاسرى مع
اسرائيل ... ( معترف ) .

** هذا وقد افاد المحامي مهني العريوي بان المعتقل لم يتم ضربه أثناء الاعتقال و لا اثناء التحقيق و لكنه تم
توجيه اول تهمة لمدة ١٤ ساعة و بيده و رجليه مكبلتين الى الخلف و هو معلق على كرسي .
** تم توجيه المذكور لفترات طويلة ( ٨ ) ما زاد عن ٦- ٨ ساعات و مكث في الزنازين الانفرادية لمدة
٨ أيام
** تم تهديد باعتقال الاعلو و عدم بيته و اعتقال زوجته و تشتيت حياته و يخضع حالته و باحكام العالية و بتحقيق عسكري
اذا لم يقم الاعتراف الكامل لهم .
** طلب الاسير المذكور من المحامي مراجعة الاهل على ارقام الهواتف ( ٢٧٤٥٥٤١ ) و ( ٢٧٥٠٣٦٠ ) .

تقارير الشخص:

| | | رقم التقرير |
|---|---|---|
| 01/01/1900 | تاريخ التقرير | |
| | مصدر التقرير | غير معروف |
| | درجة الثقة | |
| 16/09/2004 | تاريخ الإدخال | معلومات الموضوع |

نص التقرير

ورد في تقرير المحامي حسين الشيخ بتاريخ ٤/٢/١٠/٢٠٠٤ ان الاسير
المذ زيارتكاته و لا جديد

خبر (١) كُنا مُعتمد

NT AUTHORITY\NETWORK

02:009867

(٤)

UH Dec 2012 14:38    HP LASERJET FAX    CONFIDENTIAL    P.4

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | |
|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 22/08/2004 | | |

نص التقرير
- اصل المذكور من غزة حضر الى بيت لحم منذ دخول السلطة وصل مرافق لدى العميد احمد عبد سابقا وبعدها عمل مرافق للسلطة فرع رافع (متجدد المدني).
- المذكور كان من متدين المحاضرين في كنيسة المهد (الاجتماع الكنيسة).
- المذكور شاب مبد من الناحية الاخلاقية ويعمل مرافق من الشباب المتدربين في شركة فتح ومتدين.
- المذكور متزوج من فتاة من بيت لحم وهي مسؤولة في جمعية الاحسان الخيرية.

**تقارير الشخص:**

| | | |
|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | | | |

نص التقرير
- اصل المذكور من غزة حضر الى بيت لحم منذ دخول السلطة وصل مرافق لدى العميد احمد عبد سابقا وبعدها عمل مرافق للسلطة ابو رافع (مصدر المدني).
- المذكور كان من متدين المحاضرين في كنيسة المهد (الاجتماع الكنيسة).
- المذكور شاب مبد من الناحية الاخلاقية ويعمل مرافق من الشباب المتدربين في شركة فتح ومتدين.
- اعتقل من منزله الكائن في الدوحة وهو مستأجر في منزل (ابو محمد ابو سلم) بتاريخ 3/3/2004 واعتقل معه ايضا مرافق العميد ويدعى فسحت تعاون المصري في الكركفة.

  



02:009868

**CONFIDENTIAL**                    P.5

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

المخابرات العامة
المحافظات الشمالية

تقارير الشخص:

رقم التقرير

تاريخ التقرير    01/01/1900

نوع التقرير    غير معروف

الموضوع    معلومات

درجة الثقة

تاريخ الادخال    28/11/2004

ملخص التقرير

اعترف عليه من الذين جاءته انه كان يعلم عن عملية الشهيد جعفر / و انه صاحب فكرة خطف الجرحات /
العلم عن عملية رحيل و التفطيط بها .
كما و اعترف عليه المتهم احمد صلاح بانه قام بما يلي :-
** انه ترجمه الى احمد المغربي و احمد صلاح لوضع لهم عبوة ناسفة .
** اطلاق النار باتجاه دورية احتلالية .
** انه طلب من احمد ان ينقل الحزام الناسف إلى الاستشهادي .
** اطلاق النار باتجاه سيارات المستوطنين .
** حيازة سلاح كاشن .
** طلب من احمد ان يشتري حقيبة للعبوة الناسفة .
** وعلم ان شخص سيقوم بعملية استشهادية .
** انه علم الاستشهادي كيف يشغل العبوة الناسفة .
** المعرفة بعملية الشهيد و عزل بل تنفيذها .

تقارير الشخص:

رقم التقرير

تاريخ التقرير    01/01/1900

نوع التقرير    غير معروف

الموضوع    معلومات

درجة الثقة

تاريخ الادخال    10/08/2005

نص التقرير    تمت زيارته من قبل محامي نادي الاسير و لا جديد بالنسبه اوضحه وتم التحدث مع زوجته

NT AUTHORITY\NETWORK    02:009869

CONFIDENTIAL

08 Dec 2012 14:38    HP LASERJET FAX                                    P.5

المخابرات العامة                                        بسم الله الرحمن الرحيم
المحافظات الشمالية                          السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | خبر معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 12/04/2006 | | |

نص التقرير

في رد لكتابنا مقدم بتاريخ ٢٠٠٦/٢/٢٧ المحصول على رقم جنوبي.
المذكور من المقيمين مع قوات الامن الوطني . و عمل مرافق مع الجنيد احمد عبد سابقا ثم التقى الي المحافظة .
مرافق امني للمحافظ ابراهيم زاغبري
المذكور متزوج من عائلة الفواهرة دار الحاج وزوجته شتيمة مع لجنة المرأة للعمل الاجتماعي للحركة فتح
المذكور نشيط حركة فتح وهو مكبل حاليا لذي المارف الاخر
لاملاحظات

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 18/10/2011 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | احتجاج خاص - ملف الاسرى | درجة الثقة | |
| تاريخ الادخال | 23/11/2011 | | |

نص التقرير

الوضع الصحي للمذكور جيد
الحالة السكنية للمذكور ٢٦ عزاب واعتقل عام ٢٠٠٤ المذكور اصلا من غزة وهو ساكن مدينة بيت لحم
المذكور الوضع الاقتصادي لعائلته متوسط والوضع الاجتماعي لعائلته جيد
المذكور متزوج وليس لديه ابناء " الزوجة يحبها العليا "
المذكور انتماءه فتح



| | |
|---|---|
| | المصنفة |
| ٠٨/١٢/٢٠١٢ | |


NT AUTHORITY\NETWORK

02:009870

(S)