

PLAINTIFF'S EXHIBIT
130

08 DEC 2012 14:38 HP LAZERJET FAX

**Confidential**

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

## Personal Information

| Name | Hilmi Abdel Karim Mohamed Hamash | | | | |
|------|------|------|------|------|------|
| Personal No. | 229207 | Identity No.: | 901405984 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Rasmiyah | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | 05/09/1977 Jerusalem | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Unknown |
| Governorate: | Bethlehem | Area: | Al-Dheisheh | Address: | |
| Occupation: | Government Employee | Work Address: | Bethlehem / Sergeant / implicated in Nimr Taleb Buji's confession. | Place of Work: | |

## Arrest

| Arresting Authority: | | Type of Arrest: | Unknown |
|------|------|------|------|
| Place of Arrest: | Al-Maskubiya | Main Charge: | |
| Date of Arrest: | 10/03/2004 | Organizational Status at Prison: | |
| Duration of Arrest: | | Date of Release: | |
| Comments: | | | |

## Educational Level:

| Status | Educational Institution | Address | Specialty | Educational Level |
|------|------|------|------|------|
| Unknown | | | | High-School |

| Username: | Page (6) | Report CreatedOn: |
|------|------|------|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009871 T

Dec 08. 2012 14:38  HP LASERJET FAX     **Confidential**     P.8 

General Intelligence     In the name of Allah, the Compassionate and Merciful

Northern Governorates     **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | // | Report Date: | 12/08/2012 |
| Report Type: | Security Check | Report Source: | |
| Subject: | Security Check / Information | Level of Confidence: | |
| Date Entered: | 12/08/2004 | | |

| | |
|---|---|
| Text of Report: | The aforementioned was born in Bethlehem and lives in the al-Dheisheh Refugee Camp. The aforementioned went to school in the refugee camp for his elementary education. The aforementioned is currently detained by the Israelis. He was sentenced to six life terms. The aforementioned used to work prior to his arrest in the Palestinian police force and is still on its payroll to this day. The aforementioned is a member of Fatah movement. Since he entered prison, the aforementioned belonged to Fatah movement. During the second Intifada, the aforementioned was active in an al-Aqsa [Martyrs'] Brigades group, which was responsible for carrying out acts of martyrdom and shootings. The aforementioned suffers from weak vision on account of his arrest. The aforementioned was married to a woman from the al-Dheisheh Refugee Camp and divorced her following his arrest. The aforementioned has brothers, who work for the Palestinian police force. The family of the aforementioned is affiliated with the Fatah movement. The financial status of the family of the aforementioned is good. |

Hilmi Hamash [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (7) | 12/08/2012 |

**02:009872 T**

**Confidential** 

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
|---|---|
| Northern Governorates | **Palestinian National Authority** |

**Personal Reports**

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/18/2004 | | |

| Text of Report: | On 5/12/2004, Attoerney Fahmi al-Awiwi visited the aforementioned prisoner and found out that the prisoner is in Nitzan prison in Ramla. |
|---|---|

**Personal Reports**

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 01/19/2006 | | |

| Text of Report: | On 12/23/2005, Attorney Mamoon al-Hashim indicated in his report that the prisoner Taleb Nimr Buji said in his confession that the aforementioned (Hilmi Hamash) took 1,500 bullets from him. |
|---|---|

**Personal Reports**

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 04/12/2006 | | |

| Text of Report: | In a response to a querry submitted on 3/27/2006 to receive a public number:<br>The aforementioned was born in the al-Dheisheh Refugee Camp. He lived there and attended elementary school and high school in Bethlehem.<br>The aforementioned used to work for the Palestinian police force in Bethlehem.<br>The aforementioned was arrested in his home two years ago. His house, in the al-Dheisheh Refugee Camp, was demolished.<br>The aforementioned has limited social relations.<br>The aforementioned is currently detained by the Israelis.<br>The financial status of the aforementioned is poor.<br>No comments. |
|---|---|

Hilmi Hamash [Handwritten]

02:009873 T

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (8) | 12/08/2012 |

Dec 08.  2012 14:55  HP LASERJET FAX    **Confidential**



| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

**Personal Reports**

| Report No.: | | | Report Date: | 01/01/1900 |
|---|---|---|---|---|
| Report Type: | | Unknown | Report Source: | |
| Subject: | | Information | Level of Confidence: | |
| Date Entered: | | 08/17/2007 | | |

| Text of Report: | The aforementioned lives in the al-Dheisheh Refugee Camp, and worked for the police force in Bethlehem. The aforementioned was detained by the Israelis during this Intifada and was sentenced to several life terms for military activities on behalf of the Fatah movement. The aforementioned has two brothers, Hamud and Amin Hamash, who work for the police force. The aforementioned was active in Fatah movement, and he has extensive social relations within the camp. The aforementioned has an average financial status. No security or moral comments regarding the aforementioned to date. |
|---|---|

**Personal Reports**

| Report No.: | | | Report Date: | 01/01/1900 |
|---|---|---|---|---|
| Report Type: | | Unknown | Report Source: | |
| Subject: | | Information | Level of Confidence: | |
| Date Entered: | | 09/04/2005 | | |

| Text of Report: | The Prisoner's Club lawyer was unable to visit the aforementioned, since the Israeli police informed him that he is not in the al-Maskubiya Detention Center, as it seems that the aforementioned was transferred to the stool pigeons' cells. It should be noted that [illegible] ended for the prisoner on 4/8/2004, and therefore the Prisoness' Club lawyer was informed that he is not in the al-Maskubiya Detention Center and that he will follow up on his condition during the next visit. |
|---|---|

02:009874 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/24/2005 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report from 5/3/2004: He is still in al-Maskubiya, even though his file was handed to the prosecution. | | |

Hilmi Hamash [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (9) | 12/08/2012 |

02:009874 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX  **Confidential**                                          P.4

General Intelligence           In the name of Allah, the Compassionate and Merciful



Northern Governorates                   **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/26/2005 | | |

| Text of Report: | Mamoon al-Hashim indicated in his report on 4/29/2004: |
|---|---|
| | In addition to the lawyer's previous visit of the prisoner, he mentioned that he was not summoned for interrogation to this day. Furthermore, the prisoner stated that he was taken to Bethlehem at night some time ago. During his interrogation he stated that he had a revolver gun that did not work. The gun was taken by the soldiers, who arrested him. He stated that he also had a 16 Glock pistol, which he had taken at the time from the martyr Isa Abayat. He concealed it in a vegetable garden. The prisoner was then asked by the soldiers, who escorted him to Bethlehem, to reveal the whereabouts of that pistol. He told them that it was in that garden. However, they were unable to find the pistol. He was brought back to the al-Maskubiya Detention Center, and during the interrogation the interrogators said to him: "Are you making fun of us, Hilmi?! Way to go", but the prisoner stated that he did not know who took the pistol from there. |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/08/2005 | | |

| Text of Report: | Attornety Fahmi al-Ewawi indicated in his report on 5/13/2004 that the prisoner was transferred to Nitzan Prison in Ramla. |
|---|---|

**02:009875 T**

Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 02/04/2006 | | |

| Text of Report: | During his confession, prisoner Taleb Nimr Buji said that he sold the aforementioned 1,500 9-mm bullets. [This information was included in] the indictment that was issued against Taleb Nimr Buji. |
|---|---|

Hilmi Hamash [Handwritten]

| Username: | Page (10) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009875 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX | **Confidential** | P.5



General Intelligence | In the name of Allah, the Compassionate and Merciful

Northern Governorates | **Palestinian National Authority**

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | | Unknown | Report Source: | |
| Subject: | | Information | Level of Confidence: | |
| Date Entered: | | 01/19/2006 | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 12/23/2005: |
|---|---|
| | During his confession, the aforementioned implicated prisoner Taleb Nimr Buji (according to what the interrogators said about prisoner Taleb Buji), and said that Taleb sold him weapons and ammunition. However, prisoner Taleb denied the interrogators' accusation to the effect that he sold weapons and ammunition to the aforementioned. |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | | Unknown | Report Source: | |
| Subject: | | Information | Level of Confidence: | |
| Date Entered: | | 11/26/2004 | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 3/29/2004: |
|---|---|
| | He could not speak with the aforementioned prisoner since he was prohibited from meeting with the lawyer until 4/1/2004. |
| | His arrest was extended to 35 days in order to complete his interrogation, starting from 3/29/2004. |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/26/2004 | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 3/15/2004: The aforementioned prisoner is prohibited from meeting with the lawyer for 8 days [starting from] 3/21/2004. Therefore, his arrest was extended to 18 days in order to complete the interrogation. |
|---|---|

Hilmi Hamash [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (11) | 12/08/2012 |

02:009876 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX          **Confidential**          P.6          

General Intelligence          In the name of Allah, the Compassionate and Merciful

Northern Governorates                  **Palestinian National Authority**

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | | Report Source: | |
| Subject: | Information | | Level of Confidence: | |
| Date Entered: | 11/27/2004 | | | |

| Text of Report: | Attorney Ma'mun al-Hashim indicated in his report on 2/15/2004: The aforementioned prisoner is prohibited from meeting with the lawyer for 7 days, ending on 3/21/2004. |
|---|---|

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | | Report Source: | |
| Subject: | Information | | Level of Confidence: | |
| Date Entered: | 11/27/2004 | | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 3/15/2004: The aforementioned prisoner is prohibited from meeting with the lawyer for 8 days, ending on 3/21/2004. Therefore, his arrest was extended to 18 days in order to complete his interrogation. |
|---|---|

02:009877 T

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | | Report Date: | 01/01/1900 |
| Report Type: | | Unknown | Report Source: | |
| Subject: | | Information | Level of Confidence: | |
| Date Entered: | | 12/26/2004 | | |
| Text of Report: | During his confession, Ahmed Salah implicated him, and said that he fired towards a military patrol. He also said that he [Hamash] knew that Ali Ja'ara was intending to carry out an act of martyrdom and that he had helped him with it. | | | |

Hilmi Hamash [Handwritten]

| Username: | | |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (12) | Report Created On: |
| | | 12/08/2012 |

Dec. 08 2012 14:55 HP LASERJET FAX          **Confidential**          P.7



General Intelligence                    In the name of Allah, the Compassionate and Merciful
Northern Governorates                        **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/10/2005 | | |

| Text of Report: | The prisoner was visited by the Prisoner's Club lawyer on 3/29/2004. The lawyer could not speak with the prisoner since he was prohibited from meeting with the lawyer until 4/1/2004. His arrest was extended to 35 days in order to complete his interrogation, starting from 3/29/2004. |
|---|---|

| Personal Reports | | | |
|---|---|---|---|

| Report No.: | None | Report Date: | 10/18/2011 |
|---|---|---|---|
| Report Type: | Information | Report Source: | |
| Subject: | Prisoners' Form | Level of Confidence: | |
| Date Entered: | 10/25/2011 | | |

| Text of Report: | Health: good. Sentenced to 6 life terms / al-Dheisheh Refugee Camp Family's financial status is good Married Political Affiliation: Fatah |
|---|---|

Hilmi Hamash [Handwritten]

| Username: | Page (13) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                    Plaintiffs,

          vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009871-9878.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009871-9878.

Dated:  February 20, 2014

                                        Yaniv Berman

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**المعلومات الشخصية :**

| | | |
|---|---|---|
| الاسم : | حلمي عبد الكريم محمد هماش | |
| رقم الفرد : | ٢٢٩٣٠٧ : رقم الهوية | ٩٠١٠١٠٩٨٤ |
| وثيقة أخرى : | رقم الوثيقة | |
| الجنس | ذكر : اسم الأم | رسمية : الدولة | مبتلي |
| الحالة الاجتماعية | متزوج ٧ : مكان وتاريخ الميلاد | ٩/٠٥/١٩٧٢ - القدس : الجنسية | فلسطينية |
| الانتماء السياسي | فتح : جهة الانتماء | عضو : حالة الاعتقال | غير معروف |
| المحافظة : | بيت لحم : المنطقة | الدهيشة : العنوان | |
| العمل | موظف حكومي : عنوان العمل | بيت لحم/ركيب/طابق الأعلان: من نمر خالص بروني | : مكان العمل | |

**الاعتقال**

| | | |
|---|---|---|
| جهة الاعتقال : | | نوع الاعتقال : غير معروف |
| مكان الاعتقال : | | التهمة الرئيسية |
| تاريخ الاعتقال : | ٠٢/١٠/٢٠٠٤ | وضعه التنظيمي في السجن |
| فترة الاعتقال : | | تاريخ الافراج |
| ملاحظات : | | |

**المستوى التعليمي :**

| العلة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | | | | ثانوي |

   

الملف : (٤)

٢٠١٢/١٢/٠٨

NT AUTHORITY\NETWORK

02:009871

00 Dec 2012 14:30    HP LASERJET FCONFIDENTIAL                                    P.8



بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | // | |
| نوع التقرير | بحث امني | مصدر التقرير | |
| الموضوع | بحث فني / معلومات | درجة الثقة | |
| تاريخ الادخال | 08/12/2012 | تاريخ التقرير | 08/12/2012 |

نص التقرير:

المذكور من مواليد بيت لحم وسكان مخيم الدهيشة .
المذكور درس في مدارس المخيم حتى المرحلة الاعدادية .
المذكور جوازي مبطال لدى الاسر الوائل ويسكن مع 6 مودات .
المذكور كان قبل اعتقال يعمل في جهاز الشرطة الفلسطينية وما زال طى مرتبها حتى اللحظة .
المذكور ينتمي الى حركة فتح .
المذكور منذ دخوله السجن عاش تحت اطار حركة فتح .
المذكور وفي اثناء الانتفاضة الثانية اشط في مجموعة تابعة لكتاب الاقصى مسؤولة عن تنفيذ عمليات استشهادية واطلاق نار .
المذكور يعاني من جنسية في النظر الى اعتقاله .
المذكور مترويج من فتاة من مخيم الدهيشة وكام بتطليقها بعد اعتقاله .
المذكور له اقتام يساورن في جهاز الشرطة الفلسطينية .
المذكور منتيظه العائلي ينتمي الى حركة فتح .
المذكور وضع حالته المادي جيد .

    المطبعة  

NT AUTHORITYNETWORK

(7)                                                            02:009872

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 18/11/2004 | | |

نص التقرير: انه بتاريخ ١٣-٠٥-٢٠٠٤ قام المحامي فهمي العويوي بزيارة المعتقل المذكور و تبين له ان المعتقل موجود في قسمان بالرملة.

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 19/01/2006 | | |

نص التقرير: ورد في تقرير المحامي ملوون للمحامي بتاريخ ٢٣/١٢/٢٠٠٥
ان الاسير طلب امر بوجي قام بالاعتراف على المذكور ( حلس دمش) بانه اخذ منه ١٥٠ رصاصه

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 12/04/2006 | | |

نص التقرير: الى رد لاعلاج مكم بتاريخ ٢٧/٢/٢٠٠٦ للمسجل على رقم عمومي
المذكور من مواليد ومكان سكنه مخيم الدهيشة ودرس في مدارسها المرحلة الا عدادية والثانوية في بيت لحم
المذكور كان يعمل سابقا في جهاز الشرطة الفلسطينية في بيت لحم
المذكور تم اعتقاله من منزله قبل سنتين حيث تم هدم منزله الكائن في مخيم الدهيشة
المذكور علاقاته الاجتماعية محدودة
المذكور حاليا معتقل لدى الاسرائيليين
المذكور وضعه المادي سيء
لا ملاحظات

NT AUTHORITY\NETWORK

النسخة:

(٩)

02:009873

08 Dec 2012 14:38    HP LASERJET FAX    **CONFIDENTIAL**    P.10

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 17/09/2007 | | |

نص التقرير:
المذكور من سكان مخيم الدهيشة ويعمل في جهاز الشرطة في مدينة بيت لحم
المذكور معتقل لدى الأسرائيليين خلال هذه الانتفاضة وحكم عليه بالمؤبدات لقيامه بنشاطات عسكرية داخل حركة فتح
المذكور له اخوين هما جهود وامين هنتابل ويعملان في جهاز الشرطة
المذكور كان نشيطا في حركة فتح وعلاقاته الاجتماعية واسعة داخل المخيم
المذكور وضعه المادي متوسط
المذكور لم يلاحظ عليه امنية او اخلالية حتى الان

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 04/09/2005 | | |

نص التقرير:
لم يتمكن محامي قاضي الاسير من زيارة المذكور لحول اخبرته الشرطة الاسرائيلية بانه غير موجود في معتقل العسكرية حيث ان المذكور على ما يبدو نقل الى غرفة المستشفى شما بان لدى المحامي عن الاسير بتاريخ ٢٠٠٤/٣/٢ لذلك تم اخبار محامي نادي الاسير بانه غير موجود في معتقل العسكرية وانه سيقوم بمتابعته في الزيارة القادمة

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 24/10/2005 | | |

نص التقرير:
ورد في تقرير المحامي مامون العشيم بتاريخ ٢٠٠٤/٣/٣

انه ما يزال حتى الان في العسكرية على الرغم من نقل ملفه للنيابة

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | رقم التقرير |
| 01/01/1900 | تاريخ التقرير |
| غير معروف | نوع التقرير | | مصدر التقرير |
| معلومات | الموضوع | | درجة الثقة |
| 26/10/2005 | تاريخ الادخال |

نص التقرير

ورد في تقرير المحامي سالمون العثيم بتاريخ ٢٩/٤/٢٠٠٤

بالاضافة الى زيارة المحامي السابقة للاسير اورد بانه لم يستدعى للتحقيق حتى تاريخ اليوم هذا وقد ذكر الاسير انه وقت ان تم انفاذ الى بيت لحم في ساعات الليل قبل فترة حيث كان قد ذكر وقت التحقيق معه بانه كان عنده مسدس نوع طلقومية لا يعمل وقد تم اخذ المسدس من قبل الجنود الذين كانوا باعتقاله وكما ذكر بانه كان عنده ايضا مسدس من نوع ١٦ طوكا وكان يخفيه في حاكورة ابداع حوث كان قد اخذ الاسير وقيادها من الشهيد عيسى حيات هذا وبعد ان طلب من الاسير ان يخبر الجنود الذين كانوا يمركثته الى بيت لحم عن مكان تواجد ذلك المسدس اخبر انه كان موجودا في تلك الحاكورة الا انهم لم يجدوا المسدس وتم اعادته الى العسكرية وفي التحقيق قال له المحققون بانك تضحك علينا و نخبى وهذا واحد صفر منك الا ان الاسير ذكر بانه لا يعلم من اين باخذ المسدس من مكانه.

**تقارير الشخص:**

| | رقم التقرير |
| 01/01/1900 | تاريخ التقرير |
| غير معروف | نوع التقرير | | مصدر التقرير |
| معلومات | الموضوع | | درجة الثقة |
| 08/11/2005 | تاريخ الادخال |

نص التقرير

ورد في تقرير المحامي فهمي العويري بتاريخ ١٢/٥/٢٠٠٤

انه تم نقل الاسير الى سجن فيتسدان / الرملة.

**تقارير الشخص:**

| | رقم التقرير |
| 01/01/1900 | تاريخ التقرير |
| غير معروف | نوع التقرير | | مصدر التقرير |
| معلومات | الموضوع | | درجة الثقة |
| 04/02/2006 | تاريخ الادخال |

نص التقرير

قام الاسير بطلب غير يوجى بالاعتراف على المذكور حسب لائحة الاتهام المقدمة ضد طالب غير يوجى انه قام ببيع المذكور ١٥٠٠ رصاصة ٩ ملم.

الصفحة : (١٥)

NT AUTHORITY NETWORK

02:009875

UB Dec 2012 14:55    HP LASERJET FD**CONFIDENTIAL**    p.5

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 19/09/2006 | | |

نص التقرير

ورد في تقرير المحامي مأمون الحطيم بتاريخ ٢٣/١٢/٢٠٠٥

إن المذكور ملزم بالإعتراف على الذي يرجى حسبي ما قلته إستجابتون للتصوير طالب برجى بأنه كان بإيديه أسلحة نارية وذخيرة الآن الآسير ( طالب ) نفى تلك التهمة الموجه له من قبل المحققين بأنه كان بيوخ أسلحة وذخائر للمذكور.

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 29/11/2004 | | |

نص التقرير

ورد في تقرير المحامي مأمون الحطيم بتاريخ ٤ /٢٣/ ٢/٢٠ انه لم يستمتع الحديث عن الآسير المذكور وبنسبة سيتم رفع على (الإتفاق مع المحامي لغاية تاريخ ٤ /٦/٢٠ /١ بتمديد إعتقاله ٢٠ يوما الإستكمال التحقيق معه إبتداءا من تاريخ اليوم ٤ /٦/٢٠ /٢٦

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 25/11/2004 | | |

نص التقرير

ورد في تقرير المحامي مأمون الحطيم بتاريخ ١٥/٢/٢٠٠٤ ان الآسير المذكور.
يرجى عليه منع من اللقاء المحامي لمده ٨ ايام بتاريخ ٢١/٣/٢٠٠٤ وعليه فقد تم تمديد إعتقاله لمدة ١٨ يوما لإستكمال التحقيق.

الصفحة : الأخ

NT AUTHORITY\NETWORK

(١١)

02:009876

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | |
| تاريخ التقرير | 01/01/1900 | |
| نوع التقرير | غير معروف | |
| مصدر التقرير | | |
| الموضوع | معلومات | |
| درجة الثقة | | |
| تاريخ الادخال | 27/11/2004 | |

نص التقرير: ورد في تقرير المصلحي مأمون المعلوم بتاريخ ٢٠٠٤/٣/١٥ ان الأسير المذكور، منع من الالتقاء المصلحي لمدة ٧ ايام تنتهي بتاريخ ٢٠٠٤/٣/٢١

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | |
| تاريخ التقرير | 01/01/1900 | |
| نوع التقرير | غير معروف | |
| مصدر التقرير | | |
| الموضوع | معلومات | |
| درجة الثقة | | |
| تاريخ الادخال | 27/11/2004 | |

نص التقرير: ورد في تقرير المصلحي مأمون المعلوم بتاريخ ٢٠٠٤/٣/١٥ ان الأسير المذكور، منع من الالتقاء المصلحي لمدة ٨ ايام تنتهي ٢٠٠٤/٣/٢٨ وعليه تم تمديد اعتقاله لمدة ١٨ يوما لاستكمال التحقيق معه

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | |
| تاريخ التقرير | 01/01/1900 | |
| نوع التقرير | غير معروف | |
| مصدر التقرير | | |
| الموضوع | معلومات | |
| درجة الثقة | | |
| تاريخ الادخال | 26/12/2004 | |

نص التقرير: اعترف طيه لحمل سلاح انه قام باطلاق النار بالجولة دورية عسكرية . وانه يعرف ان علي جمارة يقوي القيام بعملية استشهادية و انه ساعد في ذلك

صبي شامش



NT AUTHORITY\NETWORK

الصفحة
(١٢)

٠٨/١٢/٢٠١٢

02:009877

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 10/09/2005 | | |
| نص التقرير | | | |

تمت زيارة الأسير من قبل محامي تابع الاسير بتاريخ ٢٩/٣/٢٠٠٤ حيث لم يستطع التحدث مع الاسير بسبب رغبة مقع عليه من الالتقاء مع المحامي شفهية بتاريخ ١/٤/٢٠٠٤ حيث تم تمديد اعتقاله لمدة ٢٥ يوم لاستكمال التحقيق معه ابتداءا من تاريخ اليوم ٢٨/٣/٢٠٠٤

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 18/10/2011 |
| نوع التقرير | معلومات | مصدر التقرير | - |
| الموضوع | نموذج خاص بالاسرى | درجة الثقة | |
| تاريخ الادخال | 25/10/2011 | | |
| نص التقرير | | | |

الاسم جمال
حكومته : مليشيات تنظيم الدخلة
الوضع الاقتصادي العائلة جيد
متزوج
الانتماء السياسي فتح





الصفحة

(١٣)

NT AUTHORITY\NETWORK

02:009878