

PLAINTIFF'S EXHIBIT 131

Dec 08. 2012 14:55 HP LASERJET FAX          **Confidential**          P.8

General Intelligence          In the name of Allah, the Compassionate and Merciful

Northern Governorates          **Palestinian National Authority**

## Personal Information

| Name | Ahmed Salah Ahmed Salah | | | | |
|---|---|---|---|---|---|
| Personal No. | 220743 | Identity No.: | 901739659 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Intisar | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | 10/23/1977 Jordan | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under Arrest |
| Governorate: | Bethlehem | Area: | Al-Doha | Address: | |
| Occupation: | Government Employee | Work Address: | Bethlehem / 2nd Lieutenant (honorary rank) on 1/4/2009 | Place of Work: | |

## Arrest

| | | | | |
|---|---|---|---|---|
| Arresting Authority: | | | Type of Arrest: | Unknown |
| Place of Arrest: | Al-Maskubiya Detention Center | | Main Charge: | |
| Date of Arrest: | 08/03/2001 | | Organizational Status at Prison: | |
| Duration of Arrest: | | | Date of Release: | |

| Comments: | He works in the Bethlehem Intelligence. |
|---|---|

02:009879 T

| Educational Level | | | | |
|---|---|---|---|---|
| Status | Educational Institution | Address | Specialty | Educational Level |
| Unknown | The Qalandiya Institute | | | Diploma |

| Username: | | Page (14) | Report Created On: |
|---|---|---|---|
| NT AUTHORITY\NETWORK | | | 12/08/2012 |

02:009879 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX | **Confidential** | P.9

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

## Personal Reports

| Report No.: | None | Report Date: | 10/18/2011 |
|---|---|---|---|
| Report Type: | Information | Report Source: | |
| Subject: | Information Query – Urgent – Fatah File | Level of Confidence: | |
| Date Entered: | 10/25/2011 | | |

| Text of Report: | **Health condition:** |
|---|---|
| | Bad, he was injured in the sensitive area [the crotch] during his imprisonment. |
| | **Sentence duration / how much time has he already served in prison / Address** |
| | Twenty-one life terms / already served six years. |
| | The financial situation of the family is bad. |
| | **Married / Single / Number of children and the person who supports them:** |
| | Single |
| | **Political affiliation** |
| | Fatah, intelligence officer |

## Personal Reports

| Report No.: | // . | Report Date: | 12/08/2011 |
|---|---|---|---|
| Report Type: | Security Check | Report Source: | |
| Subject: | Security Check – Information | Level of Confidence: | |
| Date Entered: | 12/08/2011 | | |

| Text of Report: | The aforementioned was born in Bethlehem and lives in the al-Dheisheh Refugee Camp. |
|---|---|
| | The aforementioned went to schools in Bethlehem up until secondary school. |
| | The aforementioned is at the moment imprisoned in Israel and was sentenced to 21 life terms. |
| | The aforementioned is a member of the General Security Service in Bethlehem. |
| | The aforementioned is affiliated with the Fatah movement. |
| | The aforementioned, since his imprisonment, has been a member of the Fatah movement. |
| | During the second intifada, the aforementioned was engaged in a *fida'i* [self sacrifice] activity. |
| | The mother of the aforementioned died approximately two years ago after she visited him in the Nafha Prison, and now his only remaining relative is his sister, Amani. |
| | The aforementioned is loved and appreciated by all. ▮▮▮▮▮▮▮▮▮▮ |
| | The financial situation of the family of the aforementioned is poor. |
| | The family of the aforementioned is affiliated with Fatah. |
| | No security or moral comments |

02:009880

Ahmed Salah  [Handwritten]

| Username: | Page (15) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009880 T [continued]

Dec. 08 2012 14:55 HP LASERJET FAX          **Confidential**          P.10

General Intelligence          In the name of Allah, the Compassionate and Merciful



Northern Governorates          **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/17/2009 | | |
| Text of Report: | | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/16/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report from 04/02/2004, that the aforementioned prisoner [...] The report is enclosed. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/18/2004 | | |
| Text of Report: | Attorney Mamun al-Hashim indicated in his report from 04/02/2004, that the aforementioned prisoner [...] The report is enclosed. | | |

02:009881 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/24/2004 | | |
| Text of Report: | During his confession, Ali al-Mughrabi implicated him in shooting on Gilo and in throwing improvised explosive devices in the al-Doha Refugee Camp. | | |

Ahmed Salah [Handwritten]

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (16) | 12/08/2012 |

**02:009881 T [continued]**

Dec. 08 2012 14:58 HP LASERJET FAX     **Confidential**      P.11

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/25/2004 | | |

| Text of Report: | 1 – Production and manufacturing of bombs (made from *Umm al-Abd* [Mother of Satan])<br>2- Membership in a banned organization / [The Al-Aqsa Martyrs'] Brigades.<br>3- Shooting at Israelis.<br>4- Causing the death of others.<br>5- Helping the *Shahid* [Martyr] Ali Ja'ara to prepare for an *Amaliya Istishhadiya* [act of martyrdom].<br>6- Causing the death of people in an *Amaliya Istishhadiya* carried out by Ali Ja'ara.<br>7- Having known about the preparations for the *Amaliya Istishhadiya* that was carried out by Mohamed Zaul from the village Husan. |
|---|---|

## Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/16/2004 | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/29/2004 that his arrest was extended by 22 days, and that on 03/29/2004 his case was passed on to the military prosecution in Ofer, in order to file an indictment. |
|---|---|

02:009882 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/26/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/15/2004 that beginning on 03/20/2004 he will be prevented from seeing an attorney for a period of 8 days. His arrest was extended by 18 days in order to complete the investigation. | | |

Ahmed Salah [Handwritten]

Following: report No. 3067 dated
12/08/2011 – Bethlehem General
Intelligence [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (17) | 12/08/2012 |

02:009882 T [continued]

Dec. 08 2012 14:58 HP LASERJET FAX

## Confidential

| General Intelligence Northern Governorates | In the name of Allah, the Compassionate and Merciful **Palestinian National Authority** | |
|---|---|---|

### Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 08/02/2006 | | |

| Text of Report | Regarding letter number 91/2001, which was sent by the military prosecutor to the commander of the region. The subject of the letter is the detention of the aforementioned in the intelligence prison. It reads as follows:<br><br>With reference to case no. 375/2001 referred by the police headquarters in Bethlehem to the military prosecution, concerning the act of causing harm and possession of stolen money by the aforementioned. The injured child is still hospitalized and is receiving intensive care. The accused confessed to the charges against him, and was detained at the military intelligence prison for a week and will be brought to trial.<br>Signature of military prosecutor Lieutenant Colonel Kamel al-Qawasmi.<br><br>In an attached note to the manager, it is mentioned that the military prosecutor was informed that it was agreed with the commander of the region to detain brother Ahmed Salah in our intelligence center.<br>The prosecutor sent a letter to the Brigadier General, the commander of the region. A copy is attached. He is awaiting an answer from the Brigadier General.<br>The prosecutor sent letter no. m/91/2001 to the head of the intelligence on 1 Dec 2001. The subject was a summoning to the court.<br>The summoning reads as follows:<br>Please send the aforementioned to the secretary office of the military court in Bethlehem on Saturday, 1 Dec. 2012, at 12:00 pm as we want to hold a hearing in his case. |
|---|---|

### Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 03/28/2007 | | |

| Text of Report | Blood Type: O+<br><br>Military no.: 41038 |
|---|---|

Ahmed Salah [Handwritten]

| Username: | Page (18) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009883 T

Dec. 08 2012 14:58 HP LASERJET FAX

**Confidential**

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 08/22/2009 | | |

| Text of Report: | An honorary 2nd Lieutenant. Rank was conferred on the aforementioned on 1.1.2006 |
|---|---|

## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/27/2004 | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/15/2004: His prevention from seeing a lawyer, which lasted 8 days, ended on 03/21/2004. His arrest was extended by 18 days in order to complete the investigation. |
|---|---|

Ahmed Salah [Handwritten]

Page (19)

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009884 T

Dec. 08 2012 14:58 HP LASERJET FAX

**Confidential**



General Intelligence
Northern Governorates

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**

## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/12/2005 | | |

| Text of Report: | The prisoner was initially supposed to be transferred from the former, and his file was to be transferred from the former over to the prosecution. However, because the holidays were near and it was not possible to prepare the indictment, his transfer to Ofer was postponed. His arrest was extended by 22 days and the handing over of his file to the prosecution began on 04/19/2004 until 05/10/2004. |
|---|---|

## Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/16/2005 | | |

| Text of Report: | On Monday, 8 Mar. 2004, at 5 pm, a six-person force (one of them masked) from the Israeli special units arrived in a gray Mitsubishi Lancer at the house of citizen Adel al-Jaabari in the city Al-Doha, near the al-Jarashi Concrete Factory, where bother Ahmed Salah lives with his family. He was at home at the time.<br><br>A few minutes later, a Ford Transit arrived with many special unit soldiers in order to reinforce the first unit in besieging the house. An Arab-looking man with a beard and long hair was in the Ford and was seen by one of the daughters of the owner of the aforementioned house.<br><br>Then, an Israeli bulldozer opened the sand barrier that leads to Beith Jalla, and a large force of the occupation forces arrived to the area. They started shooting at the house of the aforementioned person, asking him through loudspeakers to get out and turn himself in. The occupation forces besieged many houses and evacuated their residents. |
|---|---|

02:009885 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/24/2005 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report about the aforementioned prisoner from 03/05/2004 that the prisoner was transferred to the Ramleh Prison. | | |

Ahmed Salah [Handwritten]

| Username: | Page (20) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009885 T [continued]

Dec. 08 2012 14:58 HP LASERJET FAX

**Confidential**



General Intelligence                          In the name of Allah, the Compassionate and Merciful
Northern Governorates                                      **Palestinian National Authority**

Personal Reports

| Report No.: | None | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/26/2005 | | |

| Text of Report: | Attorney Mamoon al-Hashim indicated the following in his report about the aforementioned prisoner from 03/29/2004: In addition to the lawyer's previous visit to the prisoner, [the report also] mentioned that up until now he has not been summoned for investigation. He is in a cell with several prisoners awaiting their transfer from the al-Maskubiya Detention Center to one of the main prisons. He is in good health condition and sends his regards to his family. |
|---|---|

Personal Reports

| Report No.: | | Report Date: | 03/09/2010 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Under arrest | Level of Confidence: | |
| Date Entered: | 03/09/2010 | | |

| Text of Report: | Date of arrest: 8 Mar 2004<br>Sentence duration: 21 life terms, plus 15 years.<br>Rank: honorary 2nd Lieutenant. |
|---|---|

Ahmed Salah (Handwritten)

Page (21)

| Username: |
|---|
| NT AUTHORITY\NETWORK |

| Report Created On: |
|---|
| 12/08/2012 |

02:009886 T

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                    Plaintiffs,

        vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009879-9886.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:0009879-9886.

Dated: February 20, 2014

                                    Yaniv Berman

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

المعلومات الشخصية :

| | |
|---|---|
| الاسم : | أحمد صلاح أحمد صلاح |

| | | | |
|---|---|---|---|
| رقم الترد : | ٢٢٠٧٤٣ | رقم الهوية : | ٩٠١٧٣٩٦٥٦ |
| وثيقة أخرى : | | رقم الوثيقة : | |

| | | | |
|---|---|---|---|
| الجنس : | ذكر | اسم الأم : | انتصار | الديانة | مسلم |
| الحالة الاجتماعية : | أعزب | مكان وتاريخ الميلاد | ٢٣/٠١/١٩٧٧ الأردن | الجنسية | فلسطينية |
| الانتماء السياسي : | فتح | حالة الانتماء : | عضو | حالة الاعتقال : | معتقل |
| المحافظة : | بيت لحم | المنطقة | الدوحة | العنوان | |
| العمل : | موظف حكومي | عنوان العمل | بيت لحم/ملازم عرب بتاريخ ١/٤/٢٠٠٦ | مكان العمل | |

الاعتقال

| | | | |
|---|---|---|---|
| جهة الاعتقال : | | نوع الاعتقال | غير مصروف |
| مكان الاعتقال : | العسكرية | التهمة الرئيسية | |
| تاريخ الاعتقال : | ٢٠٠٨/٨/٣٠ | وضعه التنظيمي في السجون | |
| فترة الاعتقال : | | تاريخ الافراج | |
| ملاحظات : | يعمل في مخابرات بيت لحم | | |

المستوى التعليمي :

| الحالة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | معهد قلنديا | | | دبلوم |

   : المصلحة



(١٤)

02:009879

09 Dec 2012 14:55     HP LASERJET FAX                                    P.9
**CONFIDENTIAL**



المخابرات العامة                   بسم الله الرحمن الرحيم
المحافظات الشمالية      السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 18/10/2011 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | احتياج معلومات – عاجل – ملف فتح | درجة الثقة | |
| تاريخ الادخال | 25/10/2011 | | |

نص التقرير

الوضع الصحي
سليم وتم اصابته اثناء الاعتقال في المنطقة الصيانة

مدة المحكومية / وكم قضى حتى الآن اي في المعتقلات ومكان السكن
واحد وعشرون مؤبد وكذبى 9 سنوات

الوضع الاقتصادي مع العائلة

متزوج / اعزب / عدد الاولاد ومن يعيلهم
اعزب

الانتماء
فتح / جناح ط مفارزات

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | // | تاريخ التقرير | 08/12/2012 |
| نوع التقرير | بحث أمني | مصدر التقرير | |
| الموضوع | بحث أمني / معلومات | درجة الثقة | |
| تاريخ الادخال | 08/12/2012 | | |

نص التقرير

المذكور من مواليد بيت لحم وسكان مخيم الدهيشة .
المذكور درس في احد مدارس بيت لحم حتى المرحلة الثانوية .
المذكور حاليا معتقل لدى الاسرائيلين ومحكوم 21 مؤبد .
المذكور احد ابناء جهاز المخابرات العامة في بيت لحم .
المذكور ينتمي الى حركة فتح .
المذكور ومنذ اعتقاله كان تحت انظار حركة فتح .
المذكور وفي الانتفاضة الثانية اشتد في العمل النضالي ضد الاسرائيلين .
المذكور والدته توفيت قبل حوالي العامين بعد زيارتها له اي سجون تلقفه وحاليا بقي له شقيقة وحيدة تدعى امني .
المذكور شخصيته محبوبة ومقبولة على الجميع حيث شغل مناصب تنظيمية عديدة في السجون وعلها موجه عام حركة فتح في سجون للفئة الصحراوي .
المذكور وضع عائلته النادي مع .
المذكور محيطه العائلي ينتمي الى حركة فتح .
لا ملاحظات امنية او اخلاقية .



الصفحة : 

(١٥)

NT AUTHORITY\NETWORK

02:009880

CONFIDENTIAL

HP LASERJET FAX                                                 P.10

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية                    السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 17/11/2009 | | |

نص التقرير

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 16/10/2004 | | |

نص التقرير  ورد في تقرير المحامي مأمون الحكيم بتاريخ ٢٠٠٤/٤/٢ أن الأسير المذكور.
التقرير مرفق

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 18/11/2004 | | |

نص التقرير  يرد في تقرير المحامي مأمون الحكيم بتاريخ ٢٠٠٤/٤/٢ أن الأسير المذكور.
التقرير مرفق

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 21/11/2004 | | |

نص التقرير  يعترف عليه على طلب المغربي بأنه قام بإطلاق النار على سمعي سالم و إلقاء اكراع لتبنة في الدوحة.

٠٨/١٢/٢٠١٢

(١٦)

NT AUTHORITY\NETWORK

02:009881

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | |
| نوع التقرير | غير معروف | |
| الموضوع | معلومات | تاريخ التقرير | 01/01/1900 |
| تاريخ الادخال | 25/11/2004 | مصدر التقرير | |
| | | درجة الثقة | |

نص التقرير:
1- إنتاج وصناعة قنبلة (( مادة أم العبد )).
2- المتاجرة في منطقة مقاربة / كتائب.
3- إطلاق نار باتجاه اسرائيليين.
4- التدريب في مثل الخزان.
5- مساعدة الشهيد على جهازه للتحضير للعملية الاستشهادية.
6- تسببه بموت أشخاص في عملية استشهادية نفذها على جماعه.
7- العلم بالتحضير للعملية الاستشهادية التي قام بها محمد زعول /حوسان.

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 26/11/2004 | | |

نص التقرير: ورد في تقرير المخابس مامون الخشتم بتاريخ ١٠/٣/٢٠٠٤ أن الأسير المذكور ... أمضى أعتقاله ٢٢ يوما ورفع ملفه للقضاء العسكري في حوض التقديم لأنحة اتهام وذلك ابتداء من تاريخ اليوم ٢٦/٢/٢٠٠٤.

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 26/11/2004 | | |

نص التقرير: ورد في تقرير المخابس مامون الخشتم بتاريخ ١٠/٣/٢٠٠٤ أن الأسير المذكور.
يوجد عليه ملم من الكتاب السياسي لمدة ٥ أيام بالأريخ ٢٠/٣/٢٠٠٤ وعليه فقد تم تمديد اعتقاله لمدة ١٨ يوما لاستكمال التحقيق.

تاريخ الكتاب وأمر المحكمة
تاريخ ٢٠١٢/١٢/٨
قانون ينام

NT AUTHORITY\NETWORK
02:009882

(١٧)

JB Dec 2012 14:58        HP LASERJET FAX                    p.2

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة

المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | خير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الادخال | 02/08/2006 | |

نص التقرير

أتى كتاب موجه من المدعي العام العسكري ويحمل الرقم ٩١/٢٠٠١ بتاريخ ١/١٢/٢٠٠١ وموجه الى قائد المنطقة

وموضوع الكتاب حول املاك المذكور لدى بنون الاستخبارات ، ونص الكتاب كما يلي:
اشارة الى القضية المحالة من قيادة شرطة بيت لحم الى النيابة العسكرية رقم ٣٧٥/٢٠٠١ بتهمة التسبب بالايذاء
وحيازة مال مسروق من قبل المذكور اعلاه ، حيث ان الطلق المصاب ما زال في المستشفى تحت العناية الحثيثة
( المركزة ) وقد اعترف المتهم بالتهم المنسوبة اليه لقد تم توقيفه لدى سجن الاستخبارات العسكرية لمدة اسبوع
تمهيدا للقدوم الى المحاكمة حسب الاصول .
توقيع المدعي العام العسكري / مقدم / كامل القواسمي

=============================================================================
وفي ملاحظة مرفقة الى البريد انه تم ابلاغ المدعي العام العسكري بان اتفاق مع قائد المنطقة على مكان توقيف
الاخ احمد صلاح بمارافقا في المخابرات .
المدعي العام قام بترجيع كتاب السيد مدير المنطقة قائد المنطقة ومرافق نسخة عنه ، بانتظار رد اليمين طي كتابه .
=============================================================================
ورد كتاب من المدعي العام العسكري الى مدير المخابرات يحمل الرقم ٩١/٢٠٠١/م وبتاريخ ١/١٢/٢٠٠١
ونصوصه وعد بدعوة للمتابعة .
ونحوى الدعوى كما يلي :
يرجى ارسال الاخ المذكور اعلاه الى ديوان المحكمة العسكرية ببيت لحم وذلك يوم السبت الموافق
٧/١٢/٢٠٠١ الساعة ١٠ ظهرا وذلك لسماح اقواله في القضية المذكورة لديبا .

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | خير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الادخال | 28/03/2007 | |

نص التقرير

فصيلة الدم +O
الرقم العسكري ٤١٠٣٨ .





NT AUTHORITY\NETWORK
02:009883

الصفحة

٠٨/١٢/٢٠١٢

(١٤)

J8 Dec 2012 14:58    HP LASERJET FAX                                    P.3

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 22/08/2009 | | |

نص التقرير: المذكور اعطي رتبة ملازم شرف بتاريخ ١/٤/٢٠٠٩

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 27/11/2004 | | |

نص التقرير: ورد في تقرير المباحث مأمون التحليم بتاريخ ١٥/٣/٢٠٠٤ ان الاسير المذكور التقرير مرفق

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 27/11/2004 | | |

نص التقرير: ورد في التقرير السماسي مأمون مأمون العشيم بتاريخ ٢٠٠٤/٣/١٥ ان الاسير المذكور، متع من الالتقاء المجلسي لمدة ٨ ايام تنتهي بتاريخ ٢١/٢/٢٠٠٤ وعليه فقد تم تمديد اعتقاله لمدة ١٨ يوما لاستكمال التحقق معه

  

: النسخة

(١٩)

NT AUTHORITY NETWORK
02:009884

08 Dec 2012 14:59    HP LASERJET FAX    P.7

**CONFIDENTIAL**

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | غير معروف |
| الموضوع | معلومات |
| تاريخ الادخال | 12/09/2005 |

| | |
|---|---|
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: بدايه كان من المفروض ان يتم نقل الاسير من السابق حول: للنيابه من السابق الا انه وبسبب قرب الاعياد وعدم تمكن النيابه من تحسين لائحة التهم له لاجل نقله الى حوض رقم تمديده في المبيكوريه لمدة ٢٢ يوم وتسهيل ملفه للنيابه ابتداء من تاريخ ٢٠٠٤/٤/١٩ ولغاية تاريخ ٢٠٠٤/٥/١٠.

**تقارير الشخص:**

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | غير معروف |
| الموضوع | معلومات |
| تاريخ الادخال | 06/10/2005 |

| | |
|---|---|
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: في تمام الساعة الخامسة من زف جنب كبير يوم الاثنين الموافق ٤ ... الاثنين لمجموعة من الوحدات الخاصة الامر الزايد المناطق محاصرة سيارة ( ميموري في لحسن ) في سكن ... طلبين سكة الاهرام بناط مجموعة منزل المواطن داخل الجعفري في اربد للخروج بالبناب من منزله ... الحراشي حيث يمكن الاخ احمد صلاح الجعفري مع العائلة العائلة في حين كان في بئر المنطقة الامع المنكورة وبدل المنزل ... روم لعطلات معظيرف بئولرة ( فورد و لرتيت ) بداخلها عدد كبير من الوحدات الخاصة لتعزيز القوة الخاصة السابقة في محاصرة المنزل حيث كان يرسل بنباز ... الفورد ايضا ليتحدث مناسبه عربيه متحى حول الشعر حوث شاهدته لحدى بنات مناسب العقار المنكورة
وبعد ذلك بلحظات لمدة عزيزة اسرائيلية ... الجدار الترابي المؤدي الى لسكان بيوت هالاً وتدفقت قوة كبيرة من قوات الاحلال لتعزز المرفق وبدار بإطلاق الدار على منزل المنكورة حين ... عالمادات ... الصوت على الاخ احمد بان يخرج من المنزل ويسلم نفسه في حين كانت قوات الاحتلال قد حاصروا عدد كبير من المنازل في الحي نفسه وإفر غزها من سكانها

**تقارير الشخص:**

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | غير معروف |
| الموضوع | معلومات |
| تاريخ الادخال | 24/10/2005 |

| | |
|---|---|
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: ورد في تقرير المحامي مأمون الخشيم بتاريخ ٢٠٠٤/٥/٣
انه تم نقل الاسير الى سجن الرملة

| | الصفحة | | |
|---|---|---|---|
| ٢٠١٢/١٢/٠٨ | | | NT AUTHORITY\NETWORK |

(٢٥)

02:009885

p.5

9 Dec 2012 14:58     HP LASERJET FAX

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية
السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | تاريخ التقرير | 01/01/1800 |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الادخال | 26/10/2005 | |

نص التقرير

ورد في التقرير المخابي مأمون المختوم بتاريخ ٢٩/٤/٢٠٠٤
الله بالاضافة الى زيارة المحامي المسابقة للامين ذكر بانه لغاية اليوم لم يتم استدعائه للتحقيق حيث انه ينتظر نقله
من معتقل المسكوبية الى أحد السجون المركزية حيث ابدائي غرفة تضم عدد من الاسرى
ما يخصورمن وضعه لمحبسي جيد ويرسل السلام الى الاهل

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | تاريخ التقرير | 09/03/2010 |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معتقل | درجة الثقة |
| تاريخ الادخال | 09/03/2010 | |

نص التقرير

تاريخ الاعتقال ٤/٢/٢٠٠٨
سنة الحكم ٢١ مؤبد+١٥ عام
الرقم بملازم شرف







(٢١)



NT AUTHORITY\NETWORK

02:009886