PLAINTIFF'S EXHIBIT 132

Dec 08. 2012 14:58 HP LASERJET FAX     **Confidential**     P.6

General Intelligence      In the name of Allah, the Compassionate and Merciful

Northern Governorates     Palestinian National Authority



### Personal Information

| Name | Ali Munir Yousef Ja'arah | | | | |
|---|---|---|---|---|---|
| Personal No. | 190372 | Identity No.: | 851454710 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Fathiya | Religion: | Muslim |
| Marital Status: | Unknown | Place and Date of Birth: | 30/01/1979 Hebron | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Unknown |
| Governorate: | Bethlehem | Area: | Bethlehem | Address: | |
| Occupation: | *Istishhadi* [A person who performs an act of martyrdom] | Work Address: | | Place of Work: | |

### Educational Level

| Status | Educational Institution | Address | Specialty | Educational Level | Status |
|---|---|---|---|---|---|
| Unknown | | | | | Unknown |

| Username: NT AUTHORITY\NETWORK | Page (22) | Report Created On: 12/08/2012 |
|---|---|---|

02:009887 T

Dec 08, 2012 14:58  HP LASERJET
FAX  **Confidential**
P.7

General Intelligence  In the name of Allah, the Compassionate and Merciful

Northern Governorates  **Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | // | Report Date: | 12/08/2012 |
| Report Type: | Security Check | Report Source: | |
| Subject: | Security Check - Information | Level of Confidence: | |
| Date Entered: | 12/08/2012 | | |
| Text of Report: | The aforementioned used to work in the Palestinian Police force in Bethlehem. The aforementioned carried out an *Amaliya Istishhadiya* [act of martyrdom] inside Israel during the second intifada, which resulted in deaths. A group belonging to the al-Aqsa Martyrs' Brigades claimed responsibility for the operation. | | |

Ali Ja'arah [Handwritten]

| Username: | Page (23) | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009888 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009887-9888.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009887-9888.

Dated: February 20, 2014

_____
Yaniv Berman

8 Dec 2012 14:58   HP LASERJET FAX **CONFIDENTIAL**   p.6

المخابرات العامة

بسم الله الرحمن الرحيم

المعلومات الشخصية :

**الاسم :** علي مذير يوسف جعاره

| | | | | |
|---|---|---|---|---|
| رقم الفرد : | ١٩٠٣٧٢ | رقم الهوية : | ٨٥١٤٥٤٧١٠ | |
| وثيقة أخرى : | | رقم الوثيقة | | |
| الجنس | ذكر | اسم الأم : | لطفية | الذرية  مسلم |
| الحالة الاجتماعية | غير معروف | مكان وتاريخ الميلاد | ٣٠/٠١/١٩٧٩ الخليل | الجنسية: فلسطينية |
| الانتماء السياسي: | فتح | جهة الانتماء | عضو | حالة الاعتقال : غير معروف |
| المحافظة : | بيت لحم | المتعلقة : | بيت لحم | العنوان |
| العمل | استشهادي | عنوان العمل | | مكان العمل |

**المستوى التعليمي :**

| الحالة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | | | | غير معروف |


NT AUTHORITY\NETWORK

الصفحة (22)

تاريخ والتوقيع
٠٨/١٢/٢٠١٢

02:009887

**CONFIDENTIAL**                                                                 p.7

بسم الله الرحمن الرحيم

| المخابرات العامة | | السلطة الوطنية الفلسطينية |
| --- | --- | --- |
| المحافظات الشمالية | | |

تقارير الشخص:

| رقم التقرير | // | تاريخ التقرير | 08/12/2012 |
| --- | --- | --- | --- |
| نوع التقرير | بحث أمني | مصدر التقرير | |
| الموضوع | بحث أمني / معلومات | درجة الثقة | |
| تاريخ الإدخال | 08/12/2012 | | |

نص التقرير: المذكور كان يعمل في جهاز الشرطة الفلسطينية في بيت لحم
المذكور قام بتنفيذ عملية استشهادية في الانتفاضة الثانية داخل اسرائيل وذلك فيما قتل، بحيث كانت العملية
مجموعة تابعة لكتائب شهداء الأقصى.

علي جعار ؟






NT AUTHORITY\NETWORK         02:009888