PLAINTIFF'S EXHIBIT 133

Dec 08, 2012 14:59 HP LASERJET FAX

**Confidential**   P.1

General Intelligence
Northern Governorates

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**

### Personal Information

| | | | | | |
|---|---|---|---|---|---|
| Name | Ali Mohamed Hamed Haliel | | | | |
| Personal No. | 260510 | Identity No.: | 920619276 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Suhailah | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | 01/22/1985 Bethlehem | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under Arrest |
| Governorate: | Bethlehem | Area: | Al-Doha | Address: | Ramon Prison |
| Occupation: | 21 life terms | Work Address: | | Place of Work: | |

### Educational Level

| Status | Educational Institution | Address | Specialty | Educational Level | Status |
|---|---|---|---|---|---|
| Unknown | | | | | Elementary |

[Handwrriten:] Following letter No. 5067 dated 12/08/2012 – Bethlehem General Intelligence

### Previous Organizations

| Previous Organization | First Position | Second Position | Organizational Activity | Date of Enrollment | Level of Risk |
|---|---|---|---|---|---|
| Hamas | Unknown | Unknown | Unknown | 10/30/2010 | Unknown |

| Username: NT AUTHORITY\NETWORK | Page (24) | Report Created On: 12/08/2012 |
|---|---|---|

02:009889 T

Dec 08. 2012 14:59  HP LASERJET FAX                 **Confidential**                                P.2

General Intelligence          In the name of Allah, the Compassionate and Merciful
Northern Governorates              **Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | // | Report Date: | 12/08/2012 |
| Report Type: | Security Check | Report Source: | |
| Subject: | Security Check - Information | Level of Confidence: | |
| Date Entered: | 12/08/2012 | | |
| Text of Report: | The aforementioned was born in Bethlehem and lives in the town al-Doha. The aforementioned went to schools in Bethlehem up until secondary school. The aforementioned is affiliated with the Fatah movement. The aforementioned is now imprisoned in Israel. He was sentenced to 21 life terms. The aforementioned was an operative during the second intifada in a cell belonging to the al-Aqsa [Martyrs'] Brigades, which was responsible for carrying out *Amaliyat Istishhadiya* [acts of martyrdom]. He transferred explosives and an explosive belt. The father of the aforementioned owns a furniture store in the town al-Doha. The aforementioned is one of the quiet people inside the prison. The financial state of the family of the aforementioned is good. There are no security or moral comments. | | |

Ali Haliel [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (25) | 12/08/2012 |

02:009890 T

Dec 08. 2012 14:59 HP LASERJET FAX    **Confidential**    P.3

General Intelligence  In the name of Allah, the Compassionate and Merciful
Northern Governorates  **Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 07/13/2004 | | |

Text of Report:

A report written by the attorney, Fahmi al-Ewawi, regarding his visit to the Al-Maskubiya Detention Center on 04/04/2004 and his conference with the detainee, states that the aforementioned is a resident of Al-Doha. He is 19 years old, single, and works with his father.

- According to the statement of the aforementioned, he was arrested on the night of 06/03/2004 in his house. He was taken to the Etzion military camp, where he was kept for an hour. Then he was transferred to the Al-Maskubiya Detention Canter for a thorough investigation. Afterwards, he was transferred to the jail in Be'er-Sheba, with the stool pigeons. Then he returned to the Al-Maskubiya Detention Canter for the completion of his investigation. He was still there while this report was being drafted.

- He is charged with the following:

1 – Joint responsibility for *Amaliyat Istishhadiya* [acts of martyrdom], which were carried out by the *Istishhadiyayni* [two people who perform an act of martyrdom], Ali Ja'ara from the Aida Refugee Camp and Mohamedd al-Zaul from Husan / Confessed.

2- Shooting on route 60 / Confessed

3- Admitted that Ali Murad Abu Haliel wanted to carry out the *Amaliya Istishhadiya* [act of martyrdom] / Confessed

4- Training youths in military activity. Among the youths: Nael Masalmah, Yahya Khurshid, Mohamed al-Jaraish, Hatem al-A'raj and Fuad al-Sayuri/ Confessed.

5- Ready to execute an *Amaliya Istishhadiya* [act of martyrdom] at any moment/Confessed.

6- Planning along with Abdul Rahman Maqdad and Izz A-Din al-Hamamrah to kidnap two Israeli busses belonging to the Egged Bus Company. Two *Istishhadi* [a person who commits an act of martyrdom] were to drive them to the Church of Nativity in order to strike a deal with Israel to exchange Palestinian prisoners / Confessed.

7 – Mohamed [illegible] was the person who taught him how to prepare explosives and detonators. He also helped him. / Confessed.

8- Training youths in the making of detonators / Confessed.

9- Gave up, during the investigation, the explosives in the Al-Doha region. They were blown up.

- The attorney mentioned that the aforementioned was not beaten during his arrest and investigation but his hands and feet were tied behind his back while sitting on a chair every day from 7 am 11 pm.

- He was kept in solitary confinement for a period of 10 days.

- He was threatened that unless he gave a full confession, his family would be arrested, the house demolished and his family banished. He was also threatened that he would receive the maximum sentence (life in prison) and will undergo a military investigation.

He asked to contact his family and reassure them at the following number: 02-27707735.

02:009891 T

Ali Haliel [Handwritten]

| Username: | Page (26) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/8/2012 |

Dec 08. 2012 14:59  HP LASERJET FAX                    **Confidential**        P.4

General Intelligence               In the name of Allah, the Compassionate and Merciful
Northern Governorates                      **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/10/2004 | | |

| Text of Report: | The aforementioned is originally from Beit Awwa, and lives in al-Doha / Bethlehem. The aforementioned attended junior high, but did not complete his studies. He works with his father in a carpentry shop in al-Doha and also works with his brothers in a furniture store. The aforementioned cares about his work and has no problems worthy of mentioning. The father of the aforementioned has a good family reputation and works in the family business in Bethlehem. The aforementioned is good from a moral and security aspects. The aforementioned left secondary school in Bethlehem in 2003/2004. When the [Bethlehem] district was invaded, Ali al-Mughrabi visited him several times. After Ali's arrest, a continuous contact with Al-Mughrabi's family was kept. The aforementioned is from the Fatah movement ▮▮▮▮▮▮▮▮▮▮ The aforementioned had good relations with Mohamed Ahmed Artasi, who was arrested with him last time. The aforementioned visited him almost every day. The aforementioned was arrested along with Mohamed Ahmed Asaad. |
|---|---|

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 12/26/2004 | | |

| Text of Report: | Prisoner Ahmed Salah said in his confession that the aforementioned did the following:<br>**He asked Ahmed al-Mughrabi to teach him how to build explosive devices.<br>**He fired at an occupation forces patrol.<br>**He asked Ahmed to transfer the explosive belt to the *Istishhadi* [a person who commits an act of martyrdom].<br>**He fired at settlers' cars.<br>**He learnt how to prepare explosives and explosive belts.<br>**He possessed explosive materials (both *Umm al-Abed* [Mother of Satan] and acetone), and intended to use them in an *Amaliya Istishhadiya* [act of martyrdom]. |
|---|---|

02:009892 T

Ali Haliel [Handwritten]

| Username: | Page (27) | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

Dec 08. 2012 14:59 HP LASERJET FAX

**Confidential** P.5

General Intelligence
Northern Governorates

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**

## Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/08/2005 | | |

| Text of Report: | As stated in report of attorney Fahmi al-Ewawi dated 05/13/2004, the prisoner was transferred to the Nitzan / Ramleh Prison. |
|---|---|

## Personal Reports

| Report No.: | None | Report Date: | 10/18/2011 |
|---|---|---|---|
| Report Type: | Information | Report Source: | |
| Subject: | Information Query – Urgent – Fatah File | Level of Confidence: | |
| Date Entered: | 10/25/2011 | | |

| Text of Report: | **Health condition:** Good<br>**Sentence duration / How long has already been served / Address**<br>Sentenced to 21 life terms / Served eight years / He is from al-Doha.<br>**The family's financial and social status:**<br>Good<br>**Married / Single / Number of children and the person who supports them:**<br>Single<br>**Political affiliation:**<br>Hamas Movement |
|---|---|

Ali Haliel [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (28) | 12/08/2012 |

02:009893 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009889-9893.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009889-9893.

Dated: February 20, 2014

Yaniv Berman

Case 1:04-cv-00397-GBD-RLE    Document 927-64    Filed 07/02/15    Page 9 of 14

09 Dec 2012 14:59   HP LASERJET FAX   **CONFIDENTIAL**   p.1

بسم الله الرحمن الرحيم

| المخابرات العامة | السلطة الوطنية الفلسطينية |
|---|---|
| المحافظات الشمالية | |

**المعلومات الشخصية:**

- الاسم: علي محمد حمد هليل
- رقم الفرد: ٢٦٠٩١ — رقم الهوية: ٩٢٤٦٢٤٩٢٧٦
- وثيقة أخرى: — رقم الوثيقة:
- الجنس: ذكر — اسم الأم: سهيلة — المدينة: بيت لحم
- الحالة الاجتماعية: أعزب — مكان وتاريخ الميلاد: ٢٢/٠١/١٩٨٨ بيت لحم — الجنسية: فلسطينية
- الانتماء السياسي: فتح — حالة الانتماء: عضو — حالة الاعتقال: معتقل
- المحافظة: بيت لحم — المنطقة: — الفرعية: — العنوان: سجن ريمون
- السن: 21 مزيد — عنوان العمل: — مكان العمل:

**المستوى التعليمي:**

| الحالة | المرحلة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير متزوج | | | | اعدادي |

**التنظيمات السابقة**

| التنظيم السابق | المنصب الأول | المنصب الثاني | النشاط التنظيمي | تاريخ الالتحاق | درجة الخطورة |
|---|---|---|---|---|---|
| حماس | غير معروف | غير معروف | غير معروف | 30/10/2010 | غير معروف |





التاريخ: ٠٨/١٢/٢٠١٢   الصفحة: (٢٩)   

NT AUTHORITY\NETWORK

02:009889

09 Dec 2012 14:59   HP LASERJET FAX   CONFIDENTIAL   p.2

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

تقارير الشخص:

| | |
|---|---|
| رقم التقرير | // |
| نوع التقرير | بحث أمني |
| الموضوع | بحث أمني / معلومات |
| تاريخ الادخال | 08/12/2012 |

| | |
|---|---|
| تاريخ التقرير | 08/12/2012 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير:

المذكور من مواليد بيت لحم ويسكن بلدة الدوحة.
المذكور درس حتى المرحلة الثانوية في مدارس بيت لحم.
المذكور ينتمي الى حركة فتح.
المذكور حاليا معتقل لدى الاسرائيليين ومحكوم 11 مؤبد.
المذكور رأي الانتفاضة الثانية نشط في خلية تتبع لكتائب الأقصى مسؤولة عن تنفيذ عمليات استشهادية حيث قام بنقل مواد متفجرة وحزام ناسف.
المذكور والده يملك محل للمفروشات في مدينة الدوحة.
المذكور من التخصيصات الهادئة داخل السجن.
المذكور رضيع حالته المادية جيد.
لا ملاحظات أمنية أو أخلاقية.



  الصفحة



02:009890

08 Dec 2012 14:59     HP LASERJET FAX          **CONFIDENTIAL**                    p.9



| | بسم الله الرحمن الرحيم | المخابرات العامة |
| --- | --- | --- |
| | السلطة الوطنية الفلسطينية | المحافظات الشمالية |

**تقارير الشخص:**

| | | |
| --- | --- | --- |
| رقم التقرير | | |
| نوع التقرير | غير مصروف | تاريخ التقرير: 01/01/1900 |
| الموضوع | معلومات | مصدر التقرير: |
| تاريخ الإدخال | 13/07/2004 | درجة الثقة: |

نص التقرير:

في تقرير وردة عن المحامي فهمي شويكي حول زيارته لمتهم للمسكوبية بتاريخ 4-4-2004 وجلوسه مع المعتقل اشار ان المذكور من سكان النوعمة العمر ( 19 ) عاماً اعزب يعمل مع والده .
- حوت المادة المذكور قد اعتقل بتاريخ 1-3-2004 من البيت ليلاً الى معسكر تسجون فمكث هناك ساعه ثم نقل الى المسكوبية للتحقيق المكثف ويخضعها نقل الى سجن بئر السبع عند العساكر ثم اعادلى المسكوبية لاستكمال التحقيق معه ورهن جرجوه بها على اعداد هذا التقرير .
- حوت التهم المنسوبه اليه على النحو الاتي :-
1- المشاركه في المسؤوليه عن العمليات الاستشهاديه التي نفذها الاستشهاديان علي جعاره ، سعيد عابده ، ومحمد الزهول جوسان/معترف .
2- اطلاق النار على جنود ( 10 ) / معترف
3- يعترف على علي مراد ابو هلال يريد تنفيذ عمليه استشهاديه / معترف
4- تدريب شبابا على اعمال عسكريه عليهم بلال سنابله و يحيى خورشيد ومحمد الجراشي وحاتم الاعرج وفواد السنوري / معترف
5- مستعد لتنفيذ عمليه استشهاديه في اي لحظه / معترف
6- التخطيط لاغتيالات حفلات اس للبنان تعودان لشركه ابيد ، مع عبد الرحمن مقداد و عز الدين حماوره و الصبر بهما الى كيفيه المهد بواسطه استشهاديين من اجل اتمام صفقه لتبادل الاسرى الفلسطينيين مع اسرائيل / معترف
7- احمد هويم الذي عشت على كيفية صناعة المفجرات والمتفجرات ولكن يساعد احدا / معترف
8- تعريف كمانر على كيفيه صناعة المفرقعات / معترف
9- يعلم المزرلة لعمليه الرجمه اثناء التحقيق ولمس تعتبرها .
رغم ذكر المحامي ان المذكور لم يتم اسرته اثناء الاعتقال ولم يتم التحقيق لكنه شيحه لمدة ( 9 ) ايام وكل يوم من الساعة ( 7 ) صباحا وحتى الساعه ( 11 ) ليلاً ويداه ورجلاه مكبله الى الخلف وجالس على كرسي .
- مكث بالانزانه الانفرادية مدة ( 10 ) ايام .
- تم تهديده باعتقال الاهل وهدم البيت وتشديد عقلته و بالاحكام العاليه ( المؤيدات ) وبتحقيق العسكري اذا لم يتم الاعتراف الكامل لهم .
نطلب متابعة الاهل على الرقم التالي 2770735-02





          02:009891

المخابرات العامة     بسم الله الرحمن الرحيم     السلطة الوطنية الفلسطينية
المحافظات الشمالية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الإدخال | 10/09/2004 | |
| تاريخ التقرير | 01/01/1900 | |

نص التقرير:
المذكور الأصل من بيت عوا وسكان بيت لحم /الدوحة
المذكور درس المرحلة الاعدادية ولم يكمل دراسته , يعمل مع والده في النجارة في الدوحة ويعمل مع اخوته ايضا وفي معرض المفروشات
المذكور مهتم في عيله وليس له أي مشاكل تذكر
والد المذكور يتمتع بسمعه جيده وكان يعمل في مكتب أبو أمين بيت لحم
المذكور جيد من الناحية الاخلاقية و الأمنية
المذكور ترك الدراسة الثانوية لعام 2003/2004 مدرسة بيت لحم الثانوية
خلال فترة الاجتياحات للمحافظة كان يتردد عليه على المغربي وبعد اعتقال على بقيت العلاقة مع عائلة المغربي حيث كان الاتصال مستمر بينهم
المذكور من تنظيم فتح وفي الآونة الأخيرة بدأ يصلي
كان المذكور مع علاقة جيدة مع المدعو محمد أحمد ارمضاني الذي قتل معه أنور فخر, المذكور كان يتردد عليه شبه يومي
حيث تم اعتقال المذكور مع محمد اسعد اسعد

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الإدخال | 26/12/2004 | |
| تاريخ التقرير | 01/01/1900 | |

نص التقرير:
اعترف عليه المعتقل أحمد صلاح بأنه قام بما يلي :-
** أنه توجه الى أحمد المغربي ليخفيه صناعة العبوة الناسفة
** اطلاق النار باتجاه دورية احتلالية
** له طلب من أحمد أن ينقل الحزام الناسف الى الاستشهادي
** اطلاق النار باتجاه سيارات المستوطنين
** تعلم صناعة المتفجرات و الحزام الناسف
** حيازة مواد متفجرة ( ام الفتح + استون ) للتحضير للعملية الاستشهادية







NT AUTHORITY\NETWORK     02:009892







02:009893