PLAINTIFF'S EXHIBIT 135

Dec 08. 2012 14:26   HP LASERJET FAX   **Confidential**   P.3

General Intelligence — In the name of Allah, the Compassionate and Merciful

Northern Governorates — **Palestinian National Authority**

## Personal Information

| | | | | | |
|---|---|---|---|---|---|
| Name | Mohamed Issa Mohamed Ma'ali | | | | |
| Personal No. | 244571 | Identity No.: | 907277113 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Su'ad | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | 10/09/1977 Bethlehem | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under arrest |
| Governorate: | Bethlehem | Area: | Al-Dheisheh | Address: | |
| Occupation: | Laborer | Work Address: | Bethlehem | Place of Work: | |

## Arrest

| | | | |
|---|---|---|---|
| Arresting Authority: | | Type of Arrest: | Unknown |
| Place of Arrest: | | Main Charge: | |
| Date of Arrest: | 03/29/2004 | Organizational Status at Prison: | |
| Duration of Arrest: | | Date of Release: | |

| | |
|---|---|
| Comments: | |

02:009899 T

| Educational Level | | | | |
|---|---|---|---|---|
| Status | Educational Institution | Address | Specialty | Educational Level |
| Unknown | | | | High School |
| Unknown | | | | Unknown |

Mohamed Ma'ali [handwritten]

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page (34) | 12/08/2012 |

02:009899 T [continued]

Dec 08. 2012 14:26  HP LASERJET FAX

**Confidential**   P.4

General Intelligence
Northern Governorates

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**

## Personal Reports

| Report No.: | // | Report Date: | 12/08/2012 |
|---|---|---|---|
| Report Type: | Security Check | Report Source: | |
| Subject: | Security Check - Information | Level of Confidence: | |
| Date Entered: | 12/08/2012 | | |

**Text of Report:**

The aforementioned was born in Bethlehem and lives in the Al-Dheisheh Refugee Camp. The aforementioned went to school in Bethlehem until high school.
The aforementioned is a member of the Fatah movement.
During the second Intifada the aforementioned was active in a cell of the Al-Aqsa Martyrs' Brigades, which was responsible for carrying out *amaliyat istishhadiya* [acts of martyrdom] and shooting attacks inside Israel. The aforementioned is currently imprisoned. He was sentenced to 21 life terms. The aforementioned was arrested while in his aunt's house in the Al-Dheisheh Refugee Camp (Ma'ruf al-Atrash). One of his aunt's sons was arrested with him. He was sentenced to two years in prison and was released.
While in prison, the aforementioned was a member of the Fatah movement ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The aforementioned maintains good relations with everyone in prison and has a popular personality. The family of the aforementioned is affiliated with the Popular Front and with the Fatah movement. The aforementioned has a brother named Shadi, who is currently detained by the Israelis, and he is a member of the Popular Front. He is suspected of committing security offenses, as he was interrogated during the first Intifada in the Israeli prisons.
The aforementioned is known by the name Hamuda Zamr.

The aforementioned has a brother named Imran, who is a member of the Popular Front. [Imran] was pursued during the second Intifada, and was [illegible].

The financial status of the aforementioned's family is average.

No security or moral comments

Mohamed Ma'ali [Handwritten]

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page \\ | 12/08/2012 |

02:009900 T

Dec 08. 2012 14:26 HP LASERJET FAX  **Confidential**  P.5 

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

## Personal Reports

| Report No.: | // | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 04/29/2004 | | |

| Text of Report: | The aforementioned was born in the al-Dheisheh Refugee Camp. He attended school there. Previously, he was active in the Popular Front, but now he has no connection with them. The aforementioned was arrested together with a group of Fatah members on account of his pursued brother, Imran Issa Ma'ali. He was given a notification to go to Etzion, but he did not go. Date of arrest: 3/29/2004.<br>- The aforementioned was arrested on 3/29/2004 in the Al-Maskubiya Detention Camp. He was accused of taking part in transporting the martyrs Ali Ja'ara and Mohamed Zaul into Israel's territory. In addition, he was accused of planting an explosive charge during the invasions, throwing five pipe-bombs at military patrols, possessing a Kalatchnikov and being affiliated with Fatah.<br>- The aforementioned confessed all of the accusations against him. |
|---|---|

## Personal Reports

| Report No.: | // | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/16/2004 | | |

| Text of Report: | Attorney Fahmi Ewawi indicated in his report on 4/8/2004:<br>The prisoner is still in the Beer Sheba Prison. |
|---|---|

02:009901 T

**Personal Reports**

| Report No.: | // | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/30/2004 | | |
| Text of Report: | Attorney Fahmi Ewawi indicated in his report on 4/8/2004: The prisoner is still in the Beer Sheba Prison. | | |

**Personal Reports**

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 09/30/2004 | | |
| Text of Report: | Attorney Mamoon al-Hashim indicated in his report on 4/4/2004: The aforementioned prisoner is still with the Beer Sheba (Eshel) stool pigeons. | | |

Mohamed Ma'ali [Handwritten]

| Username: | Page [handwritten] | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

Dec 08. 2012 14:26  HP LASERJET FAX                  **Confidential**                          P.6

General Intelligence            In the name of Allah, the Compassionate and Merciful
Northern Governorates                  **Palestinian National Authority**



## Personal Reports

| Report No.:   |            | Report Date:        | 01/01/1900 |
|---------------|------------|---------------------|------------|
| Report Type:  | Unknown    | Report Source:      |            |
| Subject:      | Information| Level of Confidence:|            |
| Date Entered: | 11/18/2004 |                     |            |

| Text of Report: | On 5/12/2004, Attorney Fahmi Ewawi visited the aforementioned prisoner and found out that the prisoner was in the Beer Sheba Prison. |
|---|---|

## Personal Reports

| Report No.:   |            | Report Date:        | 01/01/1900 |
|---------------|------------|---------------------|------------|
| Report Type:  | Unknown    | Report Source:      |            |
| Subject:      | Information| Level of Confidence:|            |
| Date Entered: | 11/18/2004 |                     |            |

| Text of Report: | [redacted] |
|---|---|

02:009902 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 12/02/2004 | | |
| Text of Report: | Attorney Fahmi Ewawi indicated in his report on 4/15/2004: The aforementioned prisoner is prohibited from meeting with the lawyer until 4/19/2004. | | |

Mohamed Ma'ali [Handwritten]

| Username: | Page | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

02:009902 T [continued]

Dec 08. 2012 14:26  HP LASERJET FAX              **Confidential**              P.7
General Intelligence              In the name of Allah, the Compassionate and Merciful
Northern Governorates              **Palestinian National Authority**

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | | 01/01/1900 |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 09/10/2005 | | | |
| Text of Report: | The prisoner was visited by the Prisoner's Club lawyer and he is still in the Beer Sheba prison. | | | |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | | 01/01/1900 |
| Report Type: | Unknown | Report Source: | | |
| Subject: | Information | Level of Confidence: | | |
| Date Entered: | 11/08/2005 | | | |
| Text of Report: | Attorney Fahmi Ewawi indicated in his report on 5/13/2004: The prisoner was transferred to the Beer Sheba Prison. | | | |

02:009903 T

## Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 04/12/2006 | | |

| Text of Report: | In response to a request sent on 3/27/2006 for acquiring a public number:<br>The aforementioned was born in the al-Dheisheh Refugee Camp. He lives there.<br>The aforementioned attended elementary school in the Camp and high school in Bethlehem.<br>The aforementioned is originally from the village al-Jura.<br>The aforementioned was active during the al-Aqsa Intifada. He was an active member of the Popular [Front for the Liberation of Palestine].<br>The aforementioned person was arrested while at his home after several confessions had implicated him. He then exposed some charges and improvised explosive devices in Jabal Safayat in al-Dheisheh.<br>The aforementioned has two imprisoned brothers, and also a pursued brother called Imran Ma'ali, who is a member of the Popular [Front for the Liberation of Palestine] in the governorate.<br>His financial situation is average.<br>The aformentioned's family has good reputation.<br>No comments. |
|---|---|

Mohamed Ma'ali [Handwritten]

| Username: | Page | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 |

Dec 08. 2012 14:26 HP LASERJET FAX    **Confidential**    P.8

| General Intelligence | In the name of Allah, the Compassionate and Merciful |
| Northern Governorates | **Palestinian National Authority** |

## Personal Reports

| Report No.: | **** | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/07/2006 | | |

| Text of Report: | The aforementioned was an associate of the service since 1/4/2000. He operated through brother Ahmed Salah.<br>The aforementioned works in a hotel in Tel Bayut.<br>The aforementioned was arrested by the Palestinian police for a week because of a Palestinian issue.<br>The aforementioned speaks Arabic and Hebrew fluently.<br>The educational attainment of the aforementioned person is elementary [school].<br>The aforementioned followed up on a case of drugs in a Billiard club in al-Dheisheh refugee camp.<br>The aforementioned followed up on a case of rape and sodomy in the Al-Dheisheh Refugee Camp. |
|---|---|

## Personal Reports

| Report No.: | None | Report Date: | 10/18/2001 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 10/25/2001 | | |

| Text of Report: | Health condition: good<br>21 life sentences, served 7 years<br>The al-Dheisheh Refugee Camp<br>Financial and social status: average<br>Married<br>Political affiliation: Fatah |
|---|---|

Mohamed Ma'ali [Handwritten]

| Username: | | Report Created On: | |
|---|---|---|---|
| NT AUTHORITY\NETWORK | | 12/08/2012 | |

02:009904 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

            Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

            Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009899-9904.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009899-9904.

Dated: February 20, 2014

                                                                           Yaniv Berman

08 Dec 2012 14:26   HP LASERJET FAX   CONFIDENTIAL   p.3

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

## المعلومات الشخصية:

**الاسم:** محمد عيسى محمد معالي

**رقم القيد:** ٢٤٤٥٧١     **رقم الهوية:** ٩٠٧٣٧٧١١٣

**وثيقة أخرى:**   **رقم الوثيقة:**

**الجنس:** ذكر   **اسم الأم:** سعاد   **اللقب:** الدبغة   **الاسم:**

**الحالة الاجتماعية:** أعزب   **مكان وتاريخ الميلاد:** ١٩٧٧/١٠/٢ - بيت لحم   **الجنسية:** فلسطينية

**الانتماء السياسي:** فتح   **حلقة الانتماء:** عضو   **حالة الاعتقال:** معتقل

**المحافظة:** بيت لحم   **المنطقة:** الدهيشة   **العنوان:**

**العمل:** عامل   **عنوان العمل:** بيت لحم   **مكان العمل:**

## الاعتقال:

**جهة الاعتقال:**   **نوع الاعتقال:** غير معروف

**مكان الاعتقال:**   **التهمة الرئيسية:**

**تاريخ الاعتقال:** ٢٠٠٤/٠٣/٢٩   **وضعه التنظيمي في السجن:**

**فترة الاعتقال:**   **تاريخ الإفراج:**

**ملاحظات:**

## المستوى التعليمي:

| الحالة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| غير معروف | | | | ثانوي |
| غير معروف | | | | غير معروف |


NT AUTHORITY\NETWORK
 الصفحة
 تاريخ إنشاء الملف ٠٨/١٢/٢٠١٢

02:009899

08 Dec 2012 14:26 HP LASERJET FAX CONFIDENTIAL p.4



بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | // | تاريخ التقرير | 08/12/2012 |
| نوع التقرير | بحث امني | مصدر التقرير | |
| الموضوع | بحث امني /معلومات | درجة الثقة | |
| تاريخ الإدخال | 08/12/2012 | | |

نص التقرير:

المذكور من مواليد بيت لحم وسكان مخيم الدهيشة .
المذكور درس في مدارس بيت لحم حتى المرحلة الثانوية .
المذكور ينتمي الى حركة فتح .
المذكور ولى الانتفاضة الثانية نشط في خلية تابعة لكتائب شهداء الاقصى مسؤولة عن تنفيذ عمليات استشهادية داخل اسرائيل وضفائف الملاكي الخ .
المذكور معتقل حاليا ومحكوم ٢١ مؤبد .
المذكور تم اعتقاله من منزل عمته في مخيم الدهيشة ( معروف الاطرش ) حيث تم اعتقال احد ابناء عمته معه وحكم بالسجن لمدة عامين وتم الافراج عنه .
المذكور في السجن هاش تحت اظار حركة فتح وشغل مناصب تنظيمية عديدة في السجون منها امين سر المجلس الثوري للحركة .
المذكور يتمتع بعلاقات جيدة مع الجميع داخل السجون وذو شخصية محبوبة .
المذكور للعائلي ينتمي الى الجبهة الشعبية وحركة فتح .
المذكور له شقيق يدعى شادي معتقل لدى الامن الوطني حاليا وينتمي الى الجبهة الشعبية ويوجد عليه شبهات ليلية حيث تم التحقيق معه عن الانتفاضة الاولى داخل السجون الاسرائيلية .
المذكور معروف بليس عنيدا زين .
المذكور له شقيق كان مشارك اثناء الانتفاضة الثانية وينتمي الى عمران وينتمي الى الجبهة الشعبية وتم اعتقاله .
المذكور وضع عائلته المادي مرتفع .
لا ملاحظات امنية او اخلاقية .

محمد معالي





02:009900

08 Dec 2012 14:26   HP LASERJET FAX   CONFIDENTIAL   p.5

بسم الله الرحمن الرحيم

**المخابرات العامة**
**المحافظات الشمالية**

**السلطة الوطنية الفلسطينية**

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | تاريخ التقرير: 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الإدخال | 29/04/2004 | |

نص التقرير: المذكور من مواليد مخيم الدهيشة ويكناها ويدرس في مدارسها. كان له نشاط سابق في البيئة الشبية، أما الآن فلا يوجد له أي علاقة بهم. اعتقل المذكور مع مجموعة تابعة لحركة فتح بسبب اخفاء المطارد ويدعى عمران عيسى معالي، على الرغم من إعطاءه بلاغ أذهاب إلى عصيون ولكنه لم يذهب. تاريخ الاعتقال 29/3/2004. المذكور معتقل بتاريخ 29/3/2004 في سجن المسكوبية بتهمة المشاركة في ايصال الشهداء على جعاره ومسعد زهول داخل منطقة اسرائيل بالاضافة الى تهمة زرع عبوه بفيقه اثناء الاجتياحات كذلك اتهم جبهة كراع على دوريات الجيش ومبيرة كلاشنكوف كذلك الانتماء الى تنظيم فتح. المذكور اعترف بجميع التهم الموجهة اليه.

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | تاريخ التقرير: 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الإدخال | 16/09/2004 | |

نص التقرير: ورد في تقرير المحامي فهمي الشعيبي بتاريخ 8/9/2004 ان الاسير مازال موجود في سجن بئر السبع.

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | تاريخ التقرير: 01/01/1900 |
| نوع التقرير | غير معروف | مصدر التقرير |
| الموضوع | معلومات | درجة الثقة |
| تاريخ الإدخال | 30/09/2004 | |

نص التقرير: ورد في تقرير المحامي مأمون الحشيم بتاريخ 4/4/2004 ان الاسير المذكور مازال عند عسقلان بير السبع (ايتل)

محمد معالي

NT AUTHORITY\NETWORK   02:009901

| | بسم الله الرحمن الرحيم | المخابرات العامة |
|---|---|---|
| | السلطة الوطنية الفلسطينية | المحافظات الشمالية |

**تقارير الشخص:**

| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
|---|---|---|---|
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 18/11/2004 | | |

نص التقرير: أنه بتاريخ 13-9-2004 قام المحامي لميس العزوني بزيارة المعتقل المذكور و تبين له أن الموكل موجود في سجن بئر السبع

**تقارير الشخص:**

| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
|---|---|---|---|
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 28/11/2004 | | |

نص التقرير: أعترف عليه بسمه صلاح أحمد صلاح الدكن بعلم بعملية الشهيد زعول، و أنه استلم كلشن و قنبلة يدوية و انه تبرع بتوصيل الشهيد إلى حرش أبي الغين، و له علاقة بنقل الاستشهادي محمد زعول إلى القدس، و كذلك الاستيلاء على جرارة

**تقارير الشخص:**

| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
|---|---|---|---|
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 02/12/2004 | | |

نص التقرير: يرد أن قريبه المحامي فهمي العزوني بتاريخ 15/4/2004 أن الأسير المذكور ممنوع من لقاء المحامي حتى 19/4/2004

NT AUTHORITY\NETWORK   02:009902

بسم الله الرحمن الرحيم

| المخابرات العامة | السلطة الوطنية الفلسطينية |
|---|---|
| المحافظات الشمالية | |

## تقارير الشخص:

| رقم التقرير |  | تاريخ التقرير | 01/01/1900 |
| لوع التقرير | غير معروف | مصدر التقرير |  |
| الموضوع | معلومات | درجة الثقة |  |
| تاريخ الإدخال | 10/09/2005 | | |

نص التقرير: تمت زيارة الأسير من قبل محامي نادي الأسير حيث انه ما زال موجودا في سجن بئر السبع

## تقارير الشخص:

| رقم التقرير |  | تاريخ التقرير | 01/01/1900 |
| لوع التقرير | غير معروف | مصدر التقرير |  |
| الموضوع | معلومات | درجة الثقة |  |
| تاريخ الإدخال | 08/11/2005 | | |

نص التقرير: ورد في تقرير المحامي مهني العبودي بتاريخ 4/11 : 13/9/1
انه تم لفن الأسير إلى سجن بئر السبع

## تقارير الشخص:

| رقم التقرير |  | تاريخ التقرير | 01/01/1900 |
| لوع التقرير | غير معروف | مصدر التقرير |  |
| الموضوع | معلومات | درجة الثقة |  |
| تاريخ الإدخال | 12/04/2006 | | |

نص التقرير:
في رد أحضاركم المتم بتاريخ 27/3/2006 للحصول على رقم عمومي
المذكور من مواليد وسكان مخيم الدهيشة
المذكور درس في مدارس المخيم للمرحلة الاعدادية والثانوية في بيت لحم
المذكور من البلد الأصلي للجورة
المذكور كان من النشطاء في انتفاضة الأقصى ومن العناصر النشيطين في الشعبية
المذكور تم اعتقاله من منزله وذلك بسبب وجود اعترافات على المذكور وبعد كشف المذكور عن بعض الحبوات
والكراع الموجودة في جبل سفيات في الدهيشة
المذكور يوجد لديه شقيقين معتقلين ويوجد لديه اخ سفارد ويدعى حسرن صعابي وهو من كوادر الشعبية في
المحافظة
المذكور وضعه المادي متوسط
المذكور عائلته تملك سمعة جيدة
لا ملاحظات

المنمة

NT AUTHORITY\NETWORK

02:009903

| | |
|---|---|
| المخابرات العامة | بسم الله الرحمن الرحيم |
| المحافظات الشمالية | السلطة الوطنية الفلسطينية |

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | **** | تاريخ التقرير | 01/01/1980 |
| نوع التقرير | غير معروف | مصدر التقرير | |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 07/11/2006 | | |

نص التقرير:
المذكور سبق للجهاز اعتقالا من 1/1/2000 وعمل عن طريق الأخ أحمد صلاح
المذكور يعمل كمندل في للذي في تل بيوت
المذكور اعتقل لدى الشرطة الفلسطينية لمدة اسبوع على خلفية مشكلة شخصية
المذكور يجيد العربية و العبرية
المذكور تحصيله العلمي ابتدائي
المذكور لم يصنابه قضية متعلقة بمخدرات في محل البليار دو في مخيم الدهيشة
المذكور لم يصنابه قضية اغتصاب و ارتباط في مخيم الدهيشة

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 18/10/2011 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | امروج خامس الاسرى | درجة الثقة | |
| تاريخ الإدخال | 25/10/2011 | | |

نص التقرير:
الوضع الصحي جيد
21 مرة اسير 14 سنوات
مخيم الدهيشة
الوضع الاقتصادي والاجتماعي متوسط
متزوج
الانتماء السياسي فتح



   الصفحة   

02:009904