PLAINTIFF'S EXHIBIT 136

## Confidential

FROM: General Intelligence Northern Governorates

FAX NO.: Dec. 06 2012 01:17AM P.2

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**



| Personal Information | | | | | | |
|---|---|---|---|---|---|---|
| Name | Mohamed Sami Ibrahim Abdullah | | | | | X |
| Personal No. | 224811 | Identity No.: | 979469954 | | | |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | | |
| Sex: | Male | Mother's Name: | Khuriya | Religion: | Muslim | |
| Marital Status: | Unknown | Place and Date of Birth: | 05/04/1974 Ramallah | Nationality: | Palestinian | |
| Political Affiliation: | Fatah | Affiliation Status: | Unknown | Imprisonment Status: | Under arrest | |
| Governorate: | Jerusalem | Area: | Bir Nabala | Address: | Bir Nabala | |
| Occupation: | None | Work Address: | | Place of Work: | | |

Username: NT AUTHORITY\NETWORK

Page 1/2

Report Created On: 12/06/2012

02:009905 T

| FROM | **Confidential**<br>FAX NO.: | Dec. 06 2012 01:17AM  P.2 |  |
|---|---|---|---|
| General Intelligence<br>Northern Governorates | In the name of Allah, the Compassionate and Merciful<br>**Palestinian National Authority** | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | * | Report Date: | 12/07/2012 |
| Report Type: | Security Check | Report Source: | |
| Subject: | | Level of Confidence: | |
| Date Entered: | 12/06/2012 | | |
| Text of Report: | * The aforementioned is a member of the Fatah movement and was arrested in 2002.<br>* The aforementioned was sentenced to 5 life terms, having been accused of killing Israelis.<br>* The aforementioned has participated in murders with [illegible] Shehadeh and [three illegible names] – all of them members of the al-Aqsa Martyrs' Brigades.<br>* After the aforementioned was imprisoned, he sat in the ▮▮▮▮▮▮▮▮. He is engaged in organizational activities in prison. | | |

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 2/2 | 2/06/2012 |

02:009906 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>    Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009905-9906.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009905-9906.

Dated: February 20, 2014

_____
Yaniv Berman

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : محمد سامي أبراهيم عبد الله

رقم الهوية : 224811    رقم الهوية : 979469954
رقم التويتر :            رقم التويتر : 0

الجنس : ذكر    اسم الام : حورية    الديانة : مسلم
الحالة الاجتماعية : غير متزوج    مكان وتاريخ الميلاد : 04/05/1974 رام الله    الجنسية : فلسطينيا
الانتماء السياسي : فتح    حالة الانتماء :     حالة الاعتقال : غير متزوف    منقول
المنطقة : القدس    المؤسسة : بير نبالا    العنوان : بيرنبالا
المهنة :     عنوان العمل :     مكان العمل :



المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

تقارير المختص:
رقم التقرير:
نوع التقرير:
الموضوع:
تاريخ الإدخال: 06/12/2012
نص التقرير:

تاريخ التقرير: 07/12/2012
مصدر التقرير: المطلع
درجة الثقة:

جهة البث: بحث أمني

- المذكور ينتمي لحركة فتح و اعتقل عام 2002
- المذكور حكم عليه 5 مؤبد وإجمالي أسرائيلي
- المذكور شارك في بعمليات قتل مع حمله، عبدالله و محمد أبو سعدة و أميد العرموش و الحسن أبو حميد و جميعهم واممن لعذاب شهداء الأقصى
- المذكور منذ دخوله السجن يسجن في غرف حركة فتح و له نشاطات تنظيمية داخل السجن


06/12/2012 الصفحة 2/2


اسم المستخدم: NT AUTHORITY\NETWORK    02:009906