PLAINTIFF'S EXHIBIT 138



09-Jun-2006 04:02 From   To: 2969908

General Intelligence
Northern Governorates

**Confidential**
In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**

| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Walid Abdel Aziz Abdel Hadi Anjas | | | | |
| Personal No. | 181872 | Identity No.: | 906448105 | | |
| [Referencing] Another Doc.: | | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Halima | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | 01/04/1980 Ramallah | Nationality: | Palestinian |
| Political Affiliation: | Hamas | Affiliation Status: | Member | Imprisonment Status: | Not detained |
| Governorate: | Ramallah & Al-Bireh | Area: | Kharbata Bani Hareth | Address: | Syria |
| Occupation: | None | Work Address: | None | Place of Work: | Ex-prisoner |
| Arrest | | | | | |
| Arresting Authority: | The Israeli army | | Type of Arrest: | Security | |
| Place of Arrest: | Ohaley Qeidar | | Main Charge: | Membership in a military cell | |
| Date of Arrest: | 01/01/2003 | | Organizational Status at Prison: | Military | |
| Duration of Arrest: | * | | Date of Release: | 10/22/2011 | |
| Comments: | As of today: The aforementioned is still detained by the occupation forces. 19 Jan 2009. ===============H S=============== He was released as part of the Shalit deal and was deported from the homeland. | | | | |

| Educational Level | | | | |
|---|---|---|---|---|
| Status | Educational Institution | Address | Specialty | Educational Level |
| Graduate | | | Unknown | B.A. |

| Username: | Page 1/8 | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

02:009909 T

| | | | |
|---|---|---|---|
| 02 | Confidential | To: 2969908 p. | |
| General Intelligence | In the name of Allah, the Compassionate and Merciful | | |
| Northern Governorates | **Palestinian National Authority** | | |

### Personal Description

| | | | |
|---|---|---|---|
| Height | 175 | Body Structure | Regular |
| Hair Color | Black | Eye Color | Green |
| Skin Tone | White | Blood Type | Unknown |
| Identifying Marks | None | | |

### Personal Reports

| | | | |
|---|---|---|---|
| Report No.: | 4896 | Report Date: | 01/17/2009 |
| Report Type: | Security Check | Report Source: | 312 |
| Subject: | Under arrest | Level of Confidence: | |
| Date Entered: | 01/19/2009 | | |
| Text of Report: | As of today: The aforementioned is still detained by the occupation forces, 1/19/2009 ===H S============ | | |

| [Illegible] | | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 2/8 | 12/06/2012 |

02:009910 T

Confidential     To: 2969908  P. 03



General Intelligence     In the name of Allah, the Compassionate and Merciful

Northern Governorates     **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Information | Report Source: | 312 |
| Subject: | Unknown | Level of Confidence: | |
| Date Entered: | 10/10/2005 | | |

| Text of Report: | Entered on 3/20/2005, based on letter no. OGR/2005/3319, sent by the Ramallah Intelligence on 3/19/2005. Arrived as 4643 on 3/19/2005. The letter read as follows:<br>He was born in Kharbata Bani Hareth where he attended school and obtained a high school diploma. He joined the Birzeit University and graduated with a BA degree in History and Political Science. During this period he was a member of the Fatah Movement. Less than a year after his graduation in 2002 (the year in which he graduated) he was arrested and it was discovered then that he belonged to the Silwan Jerusalem military cell that was captured at the time.<br>He is now a prisoner in the Ohaley Qeidar Military Prison inside Israel. He was sentenced to 1,050 years.<br>Walid was a quiet man, loved by all. He is a sociable man.<br>He has good relationships in the village.<br>His arrest surprised the people.<br>Opinion of the officer in charge of the Tanzim File: currently without any notable activity. Detainee, who poses no danger.<br>Opinion of the officer in charge of the Political File: currently detained. |

02:009911 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 1224 | Report Date: | 02/03/2010 |
| Report Type: | Information | Report Source: | 307 |
| Subject: | Information | Level of Confidence: | Good |
| Date Entered: | 06/03/2010 | | |
| Text of Report: | Hudhayfah was summoned to the Military Intelligence on Monday, 3/1/2010. He was resummoned on Tuesday, 3/2/2010 and was not released until 8:00 PM, and it is believed that he is still at the Military Intelligence. It should be noted that the aforementioned is a member of Hamas and was a member of the Silwan cell, which included Mohamed Erman and Walid Anjas. He was sentenced for six years by the Occupation. | | |

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 3/8 | 12/06/2012 |

02:009911 T [continued]

Confidential   To: 2969908   P. 04

General Intelligence   In the name of Allah, the Compassionate and Merciful

Northern Governorates   **Palestinian National Authority**



## Personal Reports

| Report No.: | 4644-D | Report Date: | 06/12/2010 |
|---|---|---|---|
| Report Type: | Information | Report Source: | 307 |
| Subject: | New developments | Level of Confidence: | Good |
| Date Entered: | 06/13/2010 | | |

Text of Report: According to the Personal Information Update Form we received on the aforementioned, dated: ___
The aforementioned is a member of Hamas.
The aforementioned is a resident of Kharbata Bani Hareth.
The aforementioned is detained by the other side.
The aforementioned is single.
Educational attainment: university student
The aforementioned has good status from both security and moral aspects.
Last activities of the aforementioned: the aforementioned is currently detained and sentenced to 36 life sentences.
The aforementioned was a member of the Silwan military cell that also included Mohamed Erman and Ibrahim Hamed. He was sentenced to 36 life sentences and had relations - excellent relations - with Anas Anjas as well as with Mohamed Erman.=================================================================

## Personal Reports

| Report No.: | 4644/D | Report Date: | 06/12/2010 |
|---|---|---|---|
| Report Type: | Personal | Report Source: | 307 |
| Subject: | Hamas | Level of Confidence: | Good |
| Date Entered: | 06/17/2010 | | |

Text of Report: The aforementioned is under arrest and is sentenced to 36 life sentences.
The aforementioned is a member of the Silwan military cell that also included Mohamed Arafat and Ibrahim Hamed.
He had excellent relations with Anas Mohamed Anjas, and also with Mohamed Arafat.

h@a

| Username: | Page 4/8 | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 06/12/2010 |

02:009912 T

| | | | | |
|---|---|---|---|---|
| General Intelligence Northern Governorates | **Confidential** In the name of Allah, the Compassionate and Merciful **Palestinian National Authority** | | To: 2969908  P. 05 |  |

### Personal Reports

| Report No.: | 3621/D | Report Date: | 05/02/2010 |
|---|---|---|---|
| Report Type: | Security check | Report Source: | 307 |
| Subject: | Hamas | Level of Confidence: | |
| Date Entered: | 06/22/2010 | | |
| Text of Report: | The aforementioned is under arrest and sentenced to 36 life sentences. He is a member of the Silwan cell. | | |

### Personal Reports

| Report No.: | 3649 | Report Date: | 09/05/2010 |
|---|---|---|---|
| Report Type: | Personal | Report Source: | 325 |
| Subject: | Hamas | Level of Confidence: | |
| Date Entered: | 09/18/2010 | | |
| Text of Report: | According to the Personal Information Update Form we received from the region, and according to the source regarding the aforementioned's status, we inform you that: The aforementioned had no activities recently. He is under arrest and was sentenced to 36 years. ",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,44",,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,," | | |

02:009913 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 7172 | Report Date: | 12/06/2010 |
| Report Type: | Information | Report Source: | 335 |
| Subject: | New developments | Level of Confidence: | Good |
| Date Entered: | 09/12/2010 | | |
| Text of Report: | Subject: Yousef Abdel Aziz Abdel Hadi Anjas – Kharbata Bani Hareth – Hamas. The aforementioned is a member of Hamas Movement at the site. He voted for Hamas Movement during the elections for the Legislative [Council]. The aforementioned has a brother called Waldi Anajs of Hamas, sentenced to 36 life terms. The aforementioned is married to his cousin Muftiya, sister of Khaled Tawfiq, a Hamas Movement official at the site. The aforementioned currently works in the settlement Kiryat Sefer. All of the aforementioned's family are Hamas members and he has good relations with them. | | |

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 5/8 | 12/06/2012 |

02:009913 T [continued]

To: 2969908  P. 06

General Intelligence

Northern Governorates

**Confidential**

In the name of Allah, the Compassionate and Merciful

**Palestinian National Authority**



| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | 1 | Report Date: | 10/19/2011 |
| Report Type: | Information | Report Source: | Hamas |
| Subject: | Release | Level of Confidence: | Good |
| Date Entered: | 10/26/2011 | | |
| Text of Report: | - The aforementioned was released on 10/18/2011 as part of the [Shalit prisoners'] exchange deal between Hamas and the Israeli government.<br>- The aforementioned was deported to Syria.<br>- The aforementioned is a member of al-Qassam Brigades. He was a member in the cell of Ibrahim Hamed/Silwad (then the commander of al-Qassam).<br>- The aforementioned was sentenced to thirty-six life terms. | | | |

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | 1 | Report Date: | 10/27/2011 |
| Report Type: | Security check | Report Source: | Region 325 |
| Subject: | Security check | Level of Confidence: | Good |
| Date Entered: | 10/27/2011 | | |
| Text of Report: | - The aforementioned was born in Kharbata Bani Hareth where he attended school.<br>- The aforementioned studied at Birzeit University.<br>- The aforementioned person was detained by the occupation and sentenced to 36 life terms for his involvement in the Hebrew University suicide bombing.<br>- The aforementionedwas released in the prisoners' exchange deal between Hamas and Israel on 10/17/2011 and was deported to Syria.<br>- According to the information we have, the aforementioned travelled this year to perform the Hajj. | | | |

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 6/8 | 12/06/2012 |

02:009914 T

To: 2969908  P. 07

**Confidential**



General Intelligence

Northern Governorates

In the name of Allah, the Compassionate and Merciful

**Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 3603 | Report Date: | 11/01/2011 |
| Report Type: | Information | Report Source: | 325 |
| Subject: | Follow-up of Hamas File | Level of Confidence: | |
| Date Entered: | 11/12/2011 | | |
| Text of Report: | Subject: Follow-up of the Hamas File<br>- Name: Akram Abdel Aziz Abdel Hadi Anjas    - Identity No.: 944520360<br>- Date of Birth: 3/21/1970    - Place of Residence: Kharbata Bani Hareth<br>- Subject: Teacher    - Affiliation: Hamas<br>* The aforementioned traveled to Saudi Arabia to perform the duty of Hajj, where he will meet his brother, Walid Abdel Aziz Anjas, an ex-prisoner, who was deported to Syria.<br>* The aforementioned is a member of Hamas. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 2212 | Report Date: | 03/06/2012 |
| Report Type: | Information | Report Source: | 325 |
| Subject: | Hamas F. [File] | Level of Confidence: | |
| Date Entered: | 11/12/2011 | | |
| Text of Report: | We would like to inform you that the aforementioned was one of the freed prisoners, who were deported to Qatar. He got married at the beginning of this month in Qatar.<br>* It should be mentioned that his brother went at the beginning of the month to attend the wedding and arrived four days ago (Fatah).<br>* In addition, ▇▇▇▇▇▇▇, as well as ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ attended the wedding. | | |

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 7/8 | 06/12/2012 |

02:009915 T

To: 2969908  P. 08

## Confidential



General Intelligence

In the name of Allah, the Compassionate and Merciful

Northern Governorates

**Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 1215 | Report Date: | 10/22/2012 |
| Report Type: | Information | Report Source: | The sources |
| Subject: | Follow-up of Hamas File | Level of Confidence: | |
| Date Entered: | 10/22/2012 | | |

| Text of Report: | - The aforementioned is from Kharbata Bani Hareth. He is a member of Hamas movement. He was deported as part of the Shalit deal.<br>- The aforementioned attended school in Kharbata Bani Hareth and then joined Birzeit University.-<br>The aforementioned joined Hamas' ranks through Mohamed Erman, who recruited him to the [Izz al-Din] al-Qassam Brigades and participated in several operations alongside him.<br>- The aforementioned was arrested in 2002 and was sentenced to 37 life sentences. He served 8 years before being released as part of the Shalit deal. He was deported to Syria and then to Qatar.<br>- After his deportation from Jordan, the aforementioned got married and the wedding was celebrated in Qatar.<br>- After his deportation, he travelled to Jordan and spent there a whole month with his relatives. |
|---|---|

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 8/8 | 06/12/2012 |

02:009916 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009909-9916.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009909-9916.

Dated: February 20, 2014

Yaniv Berman

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

## المعلومات الشخصية :

| | | | |
|---|---|---|---|
| الاسم : | وليد عبد العزيز عبد الهادي انجاص | | |
| رقم الفرد : | ١٨١٨٧٢ | رقم الهوية : | ٩٠٦٤٤٨١٠٥ |
| وثيقة أخرى : | | رقم الوثيقة | |
| الجنس : | ذكر | اسم الأم : | حليمة | الديانة | مسلم |
| الحالة الاجتماعية : | أعزب | مكان وتاريخ الميلاد | ١٩٨٠/١/١ رام الله | الجنسية : | فلسطينية |
| الانتماء السياسي : | حماس | حالة الانتماء | عضو | حالة الاعتقال : | غير معتقل |
| المحافظة : | رام الله والبيرة | المنطقة : | غربايني حارث | العنوان : | سوريا |
| العمل : | بلا | عنوان العمل | بلا | مكان العمل : | اسير محرر |

## الاعتقال

| | | | |
|---|---|---|---|
| جهة الاعتقال : | الجيش الإسرائيلي | نوع الاعتقال | أمني |
| مكان الاعتقال : | عتدار | التهمة الرئيسية | انتماء لخلية عسكرية |
| تاريخ الاعتقال | ١/٠١/٢٠٠٣ | وضعه التنظيمي في السجن | عسكري |
| فترة الاعتقال | | تاريخ الافراج | ٢٢/١/٢٠١١ |
| ملاحظات : | بتاريخه : | | |

مازال المذكور قيد الاعتقال لدى قوات الاحتلال ١٩/١/٢٠٠٩
=====================ح بن =====================
تم الافراج عنه ضمن صفقة شليط وتم ابعاده الى خارج الوطن

## المستوى التعليمي :

| الحالة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| خروج | | | غير معروف | بكالوريوس |

الصفحة : ٨\٦



02:009909

CONFIDENTIAL TO 2969908 P.02



المخابرات العامة
المحافظات الشمالية
السلطة الوطنية الفلسطينية
بسم الله الرحمن الرحيم

**الصفات الشخصية:**

| | | | |
|---|---|---|---|
| الطول | ١٧٥ | البنية | عادية |
| لون الشعر | اسود | لون العيون | العسلي |
| لون البشرة | ابيض | فصيلة الدم | غير معروف |
| علامة فارقة | بلا | | |

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | ٤٨٩٦ | تاريخ التقرير | 17/01/2009 |
| نوع التقرير | بحث امني | مصدر التقرير | ٣١٢ |
| الموضوع | قيد الاعتقال | درجة الثقة | |
| تاريخ الادخال | 19/01/2009 | | |

نص التقرير:
بتاريخه:
المذكور قيد الاعتقال لدى قوات الاحتلال ١٩/١/٢٠٠٩

الصفحة: 218

NT AUTHORITY\NETWORK

02:009910

**CONFIDENTIAL**

المخابرات العامة
المحافظات الشمالية
السلطة الوطنية الفلسطينية

تقارير الشخص:

| الحقل | القيمة |
|---|---|
| رقم التقرير | |
| نوع التقرير | مطبوعات |
| الموضوع | غير معروف |
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |
| تاريخ الإدخال | 10/10/2005 |

نص التقرير:
أدخل بتاريخ ٢٠/٣/٢٠٠٥ بناءً على كتب مخابرات رقم أ.هـ ع م ر / ٣٢١٩/٢٠٠٥ بتاريخ ١٩/٣/٢٠٠٥
الوارد ٤٦٤٣ بتاريخ ١٦/٣/٢٠٠٥ الذي انه :-
ولد في خربثا بني حارث ودرس فيها حتى انهى الثانوية العامة في البلدة بتفوق بيرزيت والتحق بجامعة بيرزيت والتي درست فيها
بحصوله على بكالوريوس تاريخ وعلوم سياسية وكان في هذه الفترة محسوبا على حركة فتح فذا أنتهى عامه
تخرجه من الجامعة عام ٢٠٠٢ أي بعد التخرج وقد اعتقل وتبين بعد الاعتقال أنه ينتمي إلى خلية بلوان القدس
العسكرية التي مسكت في هذه الفترة.
الآن هو سجين في سجن هداريم العسكري داخل إسرائيل ومحكوم ١٠٠ عاماً.
كان ولد انسان هادئ محبوب من قبل الجميع وهو انسان اجتماعي.
علاقته جيدة داخل القرية.
وخبر اعتقاله فوجئ الناس بذلك.
رأي مسؤول ملف التنظيم :حاليا بدون اي نشاط بذكر   معتقل لا يشكل أي خطورة.
رأي مسؤول الملف السياسي :معتقل حاليا

تقارير الشخص:

| الحقل | القيمة |
|---|---|
| رقم التقرير | ١٣٢٤ |
| نوع التقرير | معلومات |
| الموضوع | معلومات |
| تاريخ التقرير | 02/03/2010 |
| مصدر التقرير | ٢٠٧ |
| درجة الثقة | جيدة |
| تاريخ الإدخال | 06/03/2010 |

نص التقرير:
تم استدعاءه (جديدة) لدى جهاز الاستخبارات العسكرية وذلك يوم الاثنين الموافق ١/٣/٢٠١٠ ثم عاود المراجعة
يوم الثلاثاء الموافق ٢/٣/٢٠١٠ ولم يفرج عنه حتى كتابة الثلاثة مساءً ويعتقد انه ما زال إلى الآن لدى
الاستخبارات العسكرية
علما ان المذكور من عناصر حماس وكان ضمن خلية بلوان التي تضم محمد عرمان ووليد انجاص وحكم عليه
أبعد ست سنوات لدى الاحتلال

02:009911

ID 2969908 P.04

**CONFIDENTIAL**

المخابرات العامة
المحافظات الشمالية
بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | د - ٤٦٤٤ | تاريخ التقرير | 12/06/2010 |
| نوع التقرير | معلومات | مصدر التقرير | ٣٠٧ |
| الموضوع | مستجدات | درجة الثقة | جيدة |
| تاريخ الإدخال | 13/06/2010 | | |

نص التقرير:
المذكور وحسب ذاتية تجديد للمعلومات الواردة إلينا في التاريخ المذكور أفادت بالآتي:
المذكور ينتمي إلى حماس
المذكور من سكان قرية عربنا بني حارث
المذكور معتقل لدى الطرف الآخر
المذكور أعزب
التحصيل العلمي للمذكور هو طالب جامعي
المذكور جيد أمنيا وأخلاقيا
آخر نشاطات المذكور: المذكور معتقل حاليا ومحكوم عليه ٣٦ مؤبد
المذكور كان ضمن خلية سلوان العسكرية مع محمد عرمان وإبراهيم خالد وحكم عليه ٣٦ مؤبد وكانت تربطه علاقة مع أنس انجاص - علاقة مميزة وأيضا محمد عرمان

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | ١٦٦٣/١ | تاريخ التقرير | 12/06/2010 |
| نوع التقرير | ذاتية | مصدر التقرير | ٣٠٧ |
| الموضوع | حماس | درجة الثقة | |
| تاريخ الإدخال | 17/06/2010 | | |

نص التقرير:
المذكور معتقل ومحكوم عليه ٣٦ مؤبد
المذكور ضمن خلية سلوان العسكرية مع محمد عرفات وإبراهيم خالد
كان تربط أنس محمد انجاس به علاقة مميزة وأيضا محمد عرفات

h@a



الصفحة 4|8  NT AUTHORITY\NETWORK

02:009912

TO  2969908                                    P.05

**CONFIDENTIAL**

| | بسم الله الرحمن الرحيم | المخابرات العامة |
|---|---|---|
| | السلطة الوطنية الفلسطينية | المحافظات الشمالية |

**تقارير الشخص:**

| رقم التقرير | ٣٦٤٧/د | تاريخ التقرير | 02/05/2010 |
| نوع التقرير | بحث أمني | مصدر التقرير | ٢٠٧ |
| الموضوع | حماس | درجة الثقة | |
| تاريخ الإدخال | 22/06/2010 | | |

نص التقرير: المذكور معتقل لدى الاحتلال ومحكوم عليه ٣٦ مؤبد من ضمن مجموعة سلوان

**تقارير الشخص:**

| رقم التقرير | ٣٦٤٩ | تاريخ التقرير | 05/09/2010 |
| نوع التقرير | ذاتية | مصدر التقرير | ٣٢٥ |
| الموضوع | حماس | درجة الثقة | |
| تاريخ الإدخال | 18/09/2010 | | |

نص التقرير: بناءاً على ذاتية تجنيد المعلومات الواردة إلينا من المنطقة وحسب المصدر حول وضع المذكور تفيدكم بما يلي: المذكور لا يوجد له أي نشاط لصالح مؤخراً حيث أنه معتقل ومحكوم عليه ٣٦ عام
44

**تقارير الشخص:**

| رقم التقرير | ٧١٧٤ | تاريخ التقرير | 06/12/2010 |
| نوع التقرير | معلومات | مصدر التقرير | ٣٢٥ |
| الموضوع | سجلات | درجة الثقة | جيدة |
| تاريخ الإدخال | 09/12/2010 | | |

نص التقرير: الموضوع - يوسف عبد العزيز عبد الهادي انجاص - خريجا بني حارث - حماس
المذكور من عناصر حركة حماس داخل الموقع حيث قام بانتخاب حركة حماس في فترة الانتخابات التشريعية
المذكور يوجد له أخ يدعى ولدي انجاص - حماس ومحكوم ٣٦ مؤبد
المذكور متزوج من ابنة خالته وتدعى مقبية وهي شقيقه خالد توفيق - مسؤول حركة حماس داخل الموقع
المذكور يعمل حاليا في مستوطنة كريات سيفر
محيط عائلة المذكور جميعا من عناصر حركة حماس وعلاقته جيدة معهم


NT AUTHORITY\NETWORK

الصفحة : 5\8

02:009913

CONFIDENTIAL

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

## تقارير الشخص:

| رقم التقرير | 1 | تاريخ التقرير | 19/10/2011 |
| نوع التقرير | معلومات | مصدر التقرير | قسم حماس |
| الموضوع | افراج | درجة الثقة | |
| تاريخ الادخال | 26/10/2011 | | |

نص التقرير:
** المذكور افرج عنه بتاريخ 18/10/2011م ضمن صفقة التبادل بين حماس والحكومة الاسرائيلية.
** المذكور تم ابعاده الى سوريا.
** المذكور عضو في كتائب القسام وكان ضمن خلية تابعة للمدعو/ ابراهيم حامد/ سلواد (قائد القسام في حينه).
** المذكور كان محكوم عليه بالسجن المؤبد ست وثلاثون مرة.

## تقارير الشخص:

| رقم التقرير | 2 | تاريخ التقرير | 27/10/2011 |
| نوع التقرير | بحث امني | مصدر التقرير | المنطقة 35 |
| الموضوع | بحث امني | درجة الثقة | |
| تاريخ الادخال | 27/10/2011 | | |

نص التقرير:
** المذكور من مواليد حزنا ويدرس في مدارسها.
** المذكور درس في مدرسة بير زيت.
** المذكور كان معتقل في الاحتلال ومحكوم 36 سؤيد بتهمة العيام بعملية تفجير في الجامعة العبرية.
** المذكور افرج عنه في صفقة تبادل الاسرى بين حماس واسرائيل بتاريخ 17/10/2011م وتم ابعاده للخارج الى سوريا.
** المذكور وحسب المعلومات لدينا لدينا انه ترجه هذا العلم لاداء فريضة الحج.


NT AUTHORITY\NETWORK

02:009914

CONFIDENTIAL   TO 2969928   P.07

المخابرات العامة
المحافظات الشمالية    السلطة الوطنية الفلسطينية
بسم الله الرحمن الرحيم

تقارير الشخص:

| | | | |
|---|---|---|---|
| 01/11/2011 | تاريخ التقرير | ٣٦٠٣ | رقم التقرير |
| ٣٢٥ | مصدر التقرير | معلومات | نوع التقرير |
| | درجة الثقة | متابعة ملف حماس | الموضوع |
| | | 12/11/2011 | تاريخ الإدخال |

نص التقرير

الموضوع: متابعة ملف حماس
- الاسم: أكرم عبد العزيز عبد الهادي ادحاض
- تاريخ الميلاد: ٢١/٣/١٩٧٠
- الموضوع: مدرس
- رقم الهوية: ٩٤٤٥٢٨٣٦٠
- مكان السكن: خربتا بني حارث
- الانتماء: حماس

- المذكور قام بقديم إلى السعودية لأداء فريضة الحج, وسيقوم بلقاء شقيقه وليد عبد العزيز ادحاض وهو أسير محرر مبعد إلى سوريا.
- المذكور أحد أعضاء حماس.

تقارير الشخص:

| | | | |
|---|---|---|---|
| 06/03/2012 | تاريخ التقرير | ٢٦١٢ | رقم التقرير |
| ٣٢٥ | مصدر التقرير | معلومات | نوع التقرير |
| | درجة الثقة | حماس | الموضوع |
| | | 10/03/2012 | تاريخ الإدخال |

نص التقرير

نود إعلامكم أن المذكور هو أحد الأسرى المحررين الذين أبعدوا إلى قطر قد عقد قرانه في بداية الشهر الحالي في قطر.
- علما أن شقيقه الذي قد سافر في بداية الشهر لحضور حفل الزفاف وحضر منذ أربع أيام لفتح /
- يذكر قد حضر حفل الزفاف كل من التوأم يوسف القرضاوي ورئيس المكتب السياسي لحركة حماس خالد مشعل.

   : الصفحة 7\8   

NT AUTHORITY\NETWORK

02:009915

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية
السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | ١٢١٥ | تاريخ التقرير | 22/10/2012 |
| نوع التقرير | معلومات | مصدر التقرير | المصادر |
| الموضوع | متابعة ملف المصادر | درجة الثقة | |
| تاريخ الإدخال | | | 22/10/2012 |

نص التقرير:
- المذكور من خربتا بني حارث وهو ينتمي إلى حركة حماس وهو مبند للخارج في منطقة شفابط.
- المذكور درس حتى الثانوية في مدرسة خربتا بني حارث ومن ثم اكمل دراسته الجامعية في جامعة بيرزيت.
- المذكور التحق في صفوف حماس من خلال محمد عرمان الذي ادخله على كتائب القسام وشارك معه في عدة عمليات.
- اعتقل المذكور عام ٢٠٠٣ وحكم عليه ٣٧ مؤبد قضى منها ٨ سنوات قبل ان يتم الافراج عنه في صفقة شاليط وإبعاده إلى سوريا ومن ثم إلى قطر.
- تزوج المذكور بعد ابعاده من الاردن واقام حفلة الزواج بقطر.
- بعد إبعاده جاء الى الاردن ومكث فيها شهر كامل عند اقاربه.

الصفحة : 8\8

NT AUTHORITY\NETWORK

02:009916