

The [illegible] Authority

Palestinian General Intelligence

Northern Governorates

Nablus Governorate



No: N B / 1939 / 2012    Date: 12/12/2012

To the brother head of Operations / Northern Governorates, may Allah protect him,

Blessing of the nation.

### Re: Response to Query

In response to your letter no. ONG/1830/Z dated 12/05/2012, concerning the security check, we would like to inform you the following:

- Saed Wadah Hamed Awada

– The aforementioned is a member of Fatah and the al-Aqsa [Martyrs'] Brigades.

– The aforementioned *istashhada* [was killed as a martyr] in Jerusalem during an operation of the al-Aqsa [Martyrs'] Brigades. The aforementioned had carried out the *amaliya istishhadiya* [act of martyrdom].

– The father of the aforementioned works as a stall vendor.

– Before he *istashhada* [was killed as a martyr], the aforementioned worked as a laborer in Nablus.

Sincerely,

Head of Intelligence – Nablus Governorate

Issued on 12/12/2012
MF

CONFIDENTIAL

02:009917 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009917.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009917.

Dated: February 20, 2014

_____
Yaniv Berman

NO. 6182   P. 1/7

السلطة الوطنية

المخابرات العامة الفلسطينية
المحافظات الشمالية
محافظة نابلس

الرقم: ن ب/١٩٢٩/ --- التاريخ: ١٢/٢٠/ ---

الأخ/ مدير العمليات – المحافظات الشمالية       حفظه الله،،،
تحية الوطن والبناء،،

الموضوع: رد احتجاز

ردا على كتابكم رقم:ع م ش/١٨٣٠/ز       بتاريخ: ٢٠١٢/١٢/٥
بخصوص البحث الأمني،                    نفيدكم:-

• سائد وضاح حامد عوادة.

- المذكور من أعضاء فتح و كتائب الاقصى.
- استشهد المذكور في القدس في عملية لكتائب الاقصى حيث أن المذكور قام بتنفيذ العملية الاستشهادية.
- والد المذكور يعمل بائع على بسطة.
- المذكور قبل استشهاده كان يعمل عامل في نابلس.

مع فائق الاحترام

مدير مخابرات محافظة نابلس

حرر بتاريخ: ٢٠١٢/١٢/١٢
م.ق

CONFIDENTIAL                02:009917