PLAINTIFF'S EXHIBIT 142

09-Mar-2007 04:41 FROM　　　　**Confidential**　　　To 2969908

General Intelligence　　　In the name of Allah, the Compassionate and Merciful

Northern Governorates　　**Palestinian National Authority**



| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Ahmed Taleb Moustafa Barghouti | | | | |
| Personal No. | 189614 | Identity No.: | 994466860 | | |
| [Referencing] Another Doc.: | None | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Hadiya | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | 03/15/1976 Jenin | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under arrest |
| Governorate: | Jenin | Area: | Jenin | Address: | Be'er Sheba – Negev Prison |
| Occupation: | He was brother Marwan al-Barghouti's bodyguard. | Work Address: | Ramallah | Place of Work: | |
| Arrest | | | | | |
| Arresting Authority: | The Israeli Occupation | Type of Arrest: | Security | | |
| Place of Arrest: | Be'er Sheba – Negev Prison | Main Charge: | Murder of Israelis | | |
| Date of Arrest: | 01/01/1900 | Organizational Status at Prison: | Fatah - member | | |
| Duration of Arrest: | | Date of Release: | | | |
| Comments: | The aforementioned was sentenced to 15 life sentences and 50 years for killing Israelis. | | | | |

Page 1/2

| [Illegible] | | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

02:009924 T

09-Mar-2007 04:41 FROM        **Confidential**    To 2969908

General Intelligence     In the name of Allah, the Compassionate and Merciful

Northern Governorates     **Palestinian National Authority**



| Personal Description | | | |
|---|---|---|---|
| Height | 175 | Body Structure | Medium |
| Hair Color | Blonde | Eye Color | Honey |
| Skin Tone | White | Blood Type | Unknown |
| Identifying Marks | None | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Information | Report Source: | |
| Subject: | Unknown | Level of Confidence: | |
| Date Entered: | 10/16/2007 | | |
| Text of Report: | Based on the personal [report] of the Political Security [Service] no. 9485, dated 10/01/2007, which stated the following:<br>*** The aforementioned was born in Jenin and lived in al-Bireh, but currently he is imprisoned.<br>*** The aforementioned used to work as brother Marwan al-Barghouti's bodyguard, but he was arrested by the Israeli occupation forces and was sentenced to fifteen life terms, plus fifty years. He is currently serving his prison sentence in the al-Naqab prison.<br>*** The aforementioned is good in terms of security and moral.<br>        Entered     Sadam | | | |

| [Illegible] |
|---|
| NT AUTHORITY\NETWORK |

Page 2/2

| [Illegible] |
|---|
| 12/06/2012 |

02:009925 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                  Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                  Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009924-9925.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009924-9925.

Dated: February 20, 2014

_____
Yaniv Berman

19-MAR-2007  04:41  FROM  **CONFIDENTIAL**  TO  2969908  P

المخابرات العامة — المحافظات الشمالية — السلطة الوطنية الفلسطينية

بسم الله الرحمن الرحيم

## المعلومات الشخصية:

| الحقل | القيمة |
|---|---|
| الاسم | أحمد طلب مصطفى برغوثي |
| رقم الفرد | ١٨٦٦١٤ |
| رقم الهوية | ٩١٤٤٦٦٨٢٠ |
| رتبة أخرى | لا يوجد |
| رقم الوثيقة | — |
| الجنس | ذكر |
| اسم الأم | هدية |
| الديانة | مسلم |
| الحالة الاجتماعية | أعزب |
| مكان وتاريخ الميلاد | ١٥/٣/١٩٧٦ جنين |
| الجنسية | فلسطينية |
| الانتماء السياسي | فتح |
| صفة الانتماء | عضو |
| حالة الاعتقال | معتقل |
| المحافظة | جنين |
| المنطقة | جنين |
| العنوان | السبع - سجن النقب |
| العمل | كان مرافق الأخ مروان البرغوثي |
| عنوان العمل | رام الله |
| مكان العمل | — |

## الاعتقال:

| الحقل | القيمة |
|---|---|
| جهة الاعتقال | الاحتلال الإسرائيلي |
| نوع الاعتقال | أمني |
| مكان الاعتقال | السبع - سجن النقب |
| التهمة الرئيسية | قتل إسرائيليين |
| تاريخ الاعتقال | ١١/١/٢٠٠١ |
| وضعه التنظيمي في السجن | فتح - عضو |
| مدة الاعتقال | — |
| تاريخ الإفراج | — |

ملاحظات: المذكور محكوم عليه بخمسة عشر مؤبداً وخمسين سنة وذلك بتهمة قتل إسرائيليين.



الصفحة: 1\2

NT AUTHORITY\NETWORK 02:009924

بسم الله الرحمن الرحيم

**المحافظات الشمالية**    **السلطة الوطنية الفلسطينية**    المخابرات العامة

**الصفات الشخصية :**

| | | | |
|---|---|---|---|
| الطول | ١٧٥ | البنية | ممتلئ البنية |
| لون الشعر | الشقر | لون العيون | عسلي |
| لون البشرة | أبيض | فصيلة الدم | غير معروف |
| علامة فارقة | لا يوجد | | |

**تقارير الشخص :**

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | غير مرموز | درجة الثقة | |
| تاريخ الإدخال | 16/10/2007 | | |

نص التقرير: بناءا على ذاتية الأمن السياسي الواردة إلينا والتي تحمل تاريخ (٢٠٠٧/١٠/٠١) بـــــ زكريا كلب (حمزة) إنقد بلاوي
***المذكور - من مواليد مدينة جنين ويسكن مخيم قباطية أنه خلايا غير مفعلة
***المذكور - كان يعمل مع فتح الحركة مروان البرغوثي ولكن تم اعتقاله من قوات الاحتلال الإسرائيلي ويحكم طيلة خمسة عشر بروانا يمضون مدة والآن يقبع ولا حكم في سجن النقب
***المذكور - ج . . . أننا . ولد . . . . بلاوي
النقر    عدلم



٢\٢ الصفحة

02:009925