PLAINTIFF'S EXHIBIT 143



6[?] Dec. 2012 14:40  Mail. 3GD PG1 Ramallah  IPFAXUSER33@falcon       **Confidential**       NO.7178 P 47/52

General Intelligence — In the name of Allah, the Compassionate and Merciful
Northern Governorates — Palestinian National Authority

| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Marwan Hasib Hussein al-Barghouti | | | | |
| Personal No. | 180911 | Identity No.: | 959251745 | | |
| [Referencing] Another Doc.: | None | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Zahriya | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | 06/06/1959 Kubar | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under arrest |
| Governorate: | Ramallah Al-Bireh | Area: | Kubar | Address: | |
| Occupation: | Under arrest | Work Address: | | Place of Work: | |
| **Arrest** | | | | | |
| Arresting Authority: | Israel | Type of Arrest: | Security | | |
| Place of Arrest: | Be'er Sheba | Main Charge: | Al-Aqsa Martys' Brigades Leadership | | |
| Date of Arrest: | 02/15/2004 | Organizational Status at Prison: | Member | | |
| Duration of Arrest: | | Date of Release: | | | |
| Comments: | Sentenced to 5 life sentences. | | | | |

Page 1/4

| Username: | Report created on: |
|---|---|
| NT AUTHORITY\NETWORK | 12/06/2012 |

02:009926 T

6[?] Dec. 2012 14:40  Mail. 3GD PG1 Ramallah    **Confidential**    NO.7178 P
48/52
　　　　　　　　IPFAXUSER33@falcon
General Intelligence       In the name of Allah, the Compassionate and Merciful
Northern Governorates      **Palestinian National Authority**



### Arrest

| | | | |
|---|---|---|---|
| Arresting Authority: | Israel | Type of Arrest: | Administrative |
| Place of Arrest: | Jneid Prison | Main Charge: | Incitement – Students Council |
| Date of Arrest: | 01/01/1985 | Organizational Status at Prison: | Member |
| Duration of Arrest: | | Date of Release: | 01/01/1991 12:00AM |
| Comments: | Was deported to Jordan. | | |

### Arrest

| | | | |
|---|---|---|---|
| Arresting Authority: | Israel | Type of Arrest: | Security |
| Place of Arrest: | Ramallah Prison | Main Charge: | Armed cell |
| Date of Arrest: | 01/01/1975 | Organizational Status at Prison: | Member |
| Duration of Arrest: | | Date of Release: | 01/01/1983 12:00AM |
| Comments: | Sentenced to 4.5 years. | | |

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 2/4 | 12/06/2012 |

02:009927 T

6[?] Dec. 2012 14:40  Mail. 3GD PGI Ramallah    **Confidential**    NO.7178 P 49/52
IPFAXUSER33@falcon

General Intelligence    In the name of Allah, the Compassionate and Merciful
Northern Governorates    **Palestinian National Authority**



### Personal Description

| Height | 165 | Body Structure | Medium |
|---|---|---|---|
| Hair Color | Black | Eye Color | Brown |
| Skin Tone | Fair | Blood Type | Unknown |
| Identifying Marks | None | | |

### Personal Reports

| Report No.: | 8510 | Report Date: | 08/22/2009 |
|---|---|---|---|
| Report Type: | Security Check | Report Source: | Officer 740 |
| Subject: | The aforementioned was elected as a member of Fatah's Central [Committee] | Level of Confidence: | Good |
| Date Entered: | 08/27/2009 | | |

| Text of Report: | *** The aforementioned was elected as a member of a Central Committee of Fatah movement on 8/7/2009 during the sixth conference in Bethlehem.<br>----------------------------------------<br>The aforementioned is a commander in Fatah.<br>The aforementioned is imprisoned by the Occupation.<br>The aforementioned is originally from Kubar.<br>His wife is a member of a Revolutionary Council and is active in the field of defending prisoners' rights.<br>********************************* |
|---|---|

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 3/4 | 12/06/2012 |

02:009928 T

6[?] Dec. 2012 14:40  Mail. 3GD PG1 Ramallah   **Confidential**   NO.7178 P 50/52
IPFAXUSER33@falcon

General Intelligence   In the name of Allah, the Compassionate and Merciful
Northern Governorates   **Palestinian National Authority**



## Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Information | Report Source: | |
| Subject: | Unknown | Level of Confidence: | |
| Date Entered: | 10/10/2006 | | |

**Text of Report:**

* Letter of the Ramallah and al-Bireh Intelligence A.M.R/258/S, dated 4/12/2004
================================
Amended on 1/31/2005, based on communication no. OIR/2623/S, dated 1/30/2005, incoming no. A.M./M.M./1311, dated 1/30/2005.
* The aforementioned was born in Kubar, attended the village elementary school and then completed junior high and high school in the Al-Amir Hassan High School.
* He was arrested before graduating high school and was sentenced to four years, to which six more months were added following an interrogation of a collaborator in the prison.
* After he was released from prison, he enrolled at the Birzeit University, where he was very active and became head of the Students' Council in the university, and on account of this position he was exiled to Jordan in 1987.
* He worked in the offices of Fatah Movement in Jordan and returned in 1994; He then nominated himself to the Legislative Council and became a member.
* In the beginning of the current Intifada, he became one of its symbols when he was arrested and sentenced to 5 life sentences, and is still imprisoned to this day.
* He is an ambitious man, and he occupied himself in prison in studies, becoming proficient in Hebrew, English and French.
Opinion of the officer in charge of the Organization File: Very important. He is very active, and he has influence inside prison.
Opinion of the officer in charge of the Political File: Currently imprisoned.
================================
Amended on 11/30/2005, based on O.I.R/7993/S, dated 11/13/2005, which informed that the aforementioned was nominated in the Legislative Council elections (Primaries) and received 33,941 votes.

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 4/4 | 12/06/2012 |

02:009929 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009926-9929.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009926-9929.

Dated: February 20, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Yaniv Berman

6. DEC. 2012 14:40   Mail 3GD PGI Ramalla  CONFIDENTIAL                NO.7178   P. 47/52
:pfaxuser33@falcon

بسم الله الرحمن الرحيم

المخابرات العامة

المحافظات الشمالية     السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : مروان حسيب حسين برغوثي

رقم الفرد : ۱۸۰۹۱۱   رقم الهوية : ٩٥٩٢٥١٧٤٥

وثيقة أخرى :     رقم الوثيقة :

الجنس : ذكر   اسم الأم : زهرة   الديانة : مسلم

الحالة الاجتماعية : متزوج/ة   مكان وتاريخ الميلاد : ٦/٦/١٩٥٩ كوبر   الجنسية : فلسطيني

الانتماء السياسي : فتح   حالة الانتماء : عضو   حالة الاعتقال : معتقل

المحافظة : رام الله والبيرة   المنطقة : كوبر   العنوان : كوبر

العمل : معتقل   عنوان العمل :   مكان العمل : معتقل

الاعتقال

جهة الاعتقال : اسرائيل   نوع الاعتقال : أمني

مكان الاعتقال : بئر السبع   التهمة الرئيسية : قيادة كتائب شهداء الأقصى

تاريخ الاعتقال : ١٥/٤/٢٠٠٤   وضعه التنظيمي في السجن : عضو

فترة الاعتقال :     تاريخ الإفراج :

ملاحظات : حكم ٥ مؤبدات


NT AUTHORITY\NETWORK

الصفحة: 1\4


٠٦/١٢/٢٠١٢

02:009926

**CONFIDENTIAL**

المخابرات العامة
المحافظات الشمالية
السلطة الوطنية الفلسطينية
بسم الله الرحمن الرحيم

## الاعتقال

| الحقل | القيمة | الحقل | القيمة |
|---|---|---|---|
| جهة الاعتقال: | اسرائيل | نوع الاعتقال | إداري |
| مكان الاعتقال: | سجن اجنيد | التهمة الرئيسية | كفر بن مجلس طلبة |
| تاريخ الاعتقال | 1/01/1985 | وضعه التنظيمي في السجن | عضو |
| فترة الاعتقال | Jan 1 1991 12:00AM | تاريخ الافراج | |
| ملاحظات: | تم ابعاده الى الاردن | | |

## الاعتقال

| الحقل | القيمة | الحقل | القيمة |
|---|---|---|---|
| جهة الاعتقال: | اسرائيل | نوع الاعتقال | فعلي |
| مكان الاعتقال: | سجن رام الله | التهمة الرئيسية | خلية مسلحة |
| تاريخ الاعتقال | 1/01/1978 | وضعه التنظيمي في السجن | عضو |
| فترة الاعتقال | Jan 1 1983 12:00AM | تاريخ الافراج | |
| ملاحظات: | حكم 5 علم | | |


NT AUTHORITY\NETWORK

الصفحة: 2\4

02:009927

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**الصفات الشخصية :**

| | | | |
|---|---|---|---|
| الطول | 165 | البنية | متوسطة |
| لون الشعر | أسود | لون العينين | بني |
| لون البشرة | قمحي | الفصيلة الدم | غير معروف |
| علامة فارقة | لا يوجد | | |

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | 5810 | تاريخ التقرير | 22/08/2009 |
| نوع التقرير | بحث أمني | مصدر التقرير | ضابط 740 |
| الموضوع | أفرز المذكور في عضوية مركزية حركة فتح | درجة الثقة | جيدة |
| تاريخ الإدخال | 27/08/2009 | | |

نص التقرير:
***تم انتخاب المذكور عضو لجنة مركزية لحركة فتح وذلك بتاريخ 9/8/2007 أثناء انعقاد المؤتمر السادس في بيت لحم.

المذكور فلاح فلسطيني.
المذكور معتقل لدى الاحتلال.
المذكور أصله من كوبر.
لديه عنصر مهم بارز ونشيط في مجال الدفاع عن حقوق الأسرى.
************



02:009928

CONFIDENTIAL



المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

تقارير الشخص:

رقم التقرير

تاريخ التقرير   01/01/1900

نوع التقرير   معلومات

مستوى التأييد

الموضوع   غير معروف

درجة الثقة

تاريخ الإدخال   10/10/2005

نص التقرير

* كتاب مخابرات رام الله والبيرة ع م ر / ٢٥٨ / ص بتاريخ ١٢ / ٤ / ٢٠٠٤

تم التعديل بتاريخ ٣١/١/٢٠٠٥ بناءاً على كتاب رقم ع م ر/ ٢٦٢٣ /ص بتاريخ ٣٠/١/٢٠٠٥ والوارد إلينا رقم ع /م م/ ١٣١١ / بتاريخ ٣٠/١/٢٠٠٥
* المذكور من مواليد كوبر درس المرحلة الإبتدائية في مدرسة القرية ثم أكمل المرحلة الإعدادية والثانوية في الأمير حسن للثانوية
* تم اعتقاله قبل تقديم الثانوية وحكم عليه أربع سنوات ثم أضيف عليها ست أشهر على أثر التحقيق مع أحد العملاء في داخل السجن
* بعد خروجه من السجن التحق بجامعة بيرزيت حيث كان من الأخوة النشيطين جداً حيث أصبح رئيس مجلس الطلبة في الجامعة وعلى أثر هذا النشاط تم إبعاده إلى الأردن في عام ١٩٨٧
* عمل في الأردن في مكتب حركة فتح وعاد عام ١٩٩٤ وربح نفسه للمجلس التشريعي وفاز في عضويته
* في بداية الانتفاضة الحالية كان لقد زمرت ها حيث تم اعتقاله وحكم عليه ٥ مؤبدات وما زال في المعتقل إلى تاريخه
* جه استعرض طموح جداً فيعمل وكله في السجون في التعلم حيث يتقن اللغة العبرية والإنجليزية والفرنسية
* رأي مسؤول ملف التنظيم : هم هذا الذي يستاهل أن يقدم في الحقل
* رأي مسؤول الملف السياسي : معتقل حالياً

تعديل بتاريخ ٣٠/١١/٢٠٠٥ بناء على ع م ر / ٧١٩٣/ص بتاريخ ١٢/١١/٢٠٠٥ الذي ان المذكور ترشح لانتخابات التشريعية ( المرايمرز ) وحصل على ٣٣١٤١ من الأصوات



الصفحة: 4/4

NT AUTHORITY\NETWORK

02:009929