PLAINTIFF'S EXHIBIT 146

FAX NO.
General Intelligence
Northern Governorates

Merciful

**Confidential**

In the name of Allah, the Compassionate and

**Palestinian National Authority**

Dec. 06 2012 02:03AM P.4



| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Fares Sadeq Mohamed Ghanem | | | | |
| Personal No. | 224813 | Identity No.: | 025808985 | | |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | |
| Sex: | Male | Mother's Name: | | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | 09/28/1974 Jerusalem | Nationality: | Palestinian |
| Political Affiliation: | | Affiliation Status: | | Imprisonment Status: | Not detained |
| Governorate: | Jerusalem | Area: | Kafr Aqb | Address: | Kafr Aqb |
| Occupation: | Laborer | Work Address: | | Place of Work: | |

Username:
NT AUTHORITY\NETWORK

Page 1/2

Report Created On:
12/06/2012

02:009943 T

FROM: FAX NO. Dec. 06 2012 02:03AM P.5

**Confidential**

General Intelligence
Northern Governorates

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | / | Report Date: | 12/06/2012 |
| Report Type: | Security check | Report Source: | |
| Subject: | | Level of Confidence: | |
| Date Entered: | 12/06/2012 | | |

Text of Report:

* The aforementioned is affiliated with the Fatah movement.

* The aforementioned has a Jerusalimite identity card.

* The aforementioned is a member of the Al-Aqsa Martyrs' Brigades. He participated in several attacks against settlers on bypass roads, during which some of them were killed.

* The aforementioned is sentenced to a number of life terms.

* The aforementioned is from a good family with an excellent financial situation. They own excavators, bulldozers and trucks.

* The names of the members of the cell that the aforementioned belongs to are: Hussam Shahada, Mohamed Abu Sneneh, Mohamed Sami Abdullah and others.

* The cell is charged with killing several settlers.

* Since his arrest, the aforementioned has been living in the Fatah movement's [prison] cells. He is engaged is several activities in prison.

| Username: | Page 2/2 | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

02:009944 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009943-9944.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009943-9944.

Dated: February 20, 2014

                                                                Yaniv Berman

FROM : FAX NO. **CONFIDENTIAL** Dec. 06 2012 02:03AM P4

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

**المعلومات الشخصية :**

| الاسم : | فراس صادق محمد غانم |

| رقم الفرد : | 224813 رقم الهوية : | 025806985 |
| وثيقة أخرى : | | رقم الوثيقة 0 |
| الجنس : | ذكر | اسم الأم : | | الديانة | مسلم |
| الحالة الاجتماعية : | متزوج لا | مكان وتاريخ الميلاد | 1974/09/28 القدس | الجنسية | فلسطينية |
| الانتماء السياسي : | فتح | حالة الانتماء | موالي | حالة الاعتقال : | غير معتقل |
| المحافظة : | القدس | المنطقة : | كفر عقب | العنوان : | كفر عقب |
| العمل : | عامل | عنوان العمل | | مكان العمل | |



اسم المستخدم :
NT AUTHORITY\NETWORK

الصفحة : 1\2

تاريخ الطباعة 06/12/2012

02:009943

FROM :  FAX NO. CONFIDENTIAL  Dec. 06 2012 02:03AM P5

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقرير الشخص:

| رقم التقرير: | | تاريخ التقرير: | 06/12/2012 |
| نوع التقرير: | بحث امني | مصدر التقرير: | |
| الموضوع: | | درجة الثقة: | |
| تاريخ الادخال: | 06/12/2012 | | |

نص التقرير:

المذكور ينتمي الى حركة فتح
المذكور يحمل هوية مقدسية
المذكور عضو في كتائب شهداء الاقصى وشارك في عدة عمليات استهدفت المستوطنين على طرق الالتفافية حيث تم قتل عدد منهم
المذكور محكوم عدة مؤبدات
المذكور من عائلة جيده وروؤسهم المادي ممتاز، يملكون عدة براجر وجرافات وشاحنات
ابناء مجموعة المذكور (حسام شحاده ومحمد ابو عتيله ومحمد سامي عبدالله ) وغيرهم
المجموعه مليئه بقتل عدد من المستوطنين
المذكور منذ اعتقاله يعيش في غرف حركة فتح وله شاملات داخل السجن

| 06/12/2012 | الصفحة 2\2 | اسم المستخدم: NT AUTHORITY\NETWORK |

02:009944