PLAINTIFF'S EXHIBIT
147



19 MAR 2007 04:35 FROM    TO 2969908    P04
General Intelligence
Northern Governorates

**Confidential**
In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**



## Personal Information

| Name | Ibrahim Jamil Abd al-Ghani Hamed | | | | |
|---|---|---|---|---|---|
| Personal No. | 179480 | Identity No.: | 991260886 | | |
| [Referencing] Another Doc.: | None | Doc. No. | 0 | | |
| Sex: | Male | Mother's Name: | Zaynab | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | 11/14/1965 Silwad | Nationality: | Palestinian |
| Political Affiliation: | Hamas | Affiliation Status: | Leader | Imprisonment Status: | Under arrest |
| Governorate: | Ramallah Al-Bireh | Area: | Silwad | Address: | Silwad |
| Occupation: | Currently under arrest | Work Address: | | Place of Work: | Graduate in Political Science - Birzeit University |

## Telephones and Addresses

| Type | No. |
|---|---|
| Cellcom | 052384394 |

## Arrest

| Arresting Authority: | Israel | Type of Arrest: | Security |
|---|---|---|---|
| Place of Arrest: | | Main Charge: | Leader of the military wing |
| Date of Arrest: | 05/23/2006 | Organizational Status at Prison: | |
| Duration of Arrest: | | Date of Release: | |
| Comments: | The events on 5/23/2006: the Al-Balu' area was raided near the house of the president, brother Abu Mazen, and the house in which the aforementioned was at, was targeted and surrounded for several hours. Then the aforementioned turned himself over to the Israeli military force that was there, and was taken to an unknown place. The imprisonment state was changed from 'not-imprisoned' to 'imprisoned'. ................................................. Al-A'ama\5/23/2006 | | |

02:009945 T

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1/7 | 12/06/2012 |

**Confidential**
In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**



## Personal Description

| Height | 175 | Body Structure | Full |
|---|---|---|---|
| Hair Color | Gray | Eye Color | Black |
| Skin Tone | Golden | Blood Type | Unknown |
| Identifying Marks | None | | |

## Personal Reports

| Report No.: | | Report Date: | 06/18/2006 |
|---|---|---|---|
| Report Type: | Security check | Report Source: | Al-Ayyam newspaper |
| Subject: | | Level of Confidence: | |
| Date Entered: | 08/18/2008 | | |

| Text of Report: | According to what had been published in *Al-Ayyam* newspaper on 6/18/2006 on page 9, the Occupation forces have prevented the Prisoner's Friends' lawyer, Saleh Mahamid, from visiting the prisoner: 6/2006/Ibrahim ================= MMH |
|---|---|

## Personal Reports

| Report No.: | None | Report Date: | 05/23/2006 |
|---|---|---|---|
| Report Type: | Security check | Report Source: | The events |
| Subject: | Arrest | Level of Confidence: | |
| Date Entered: | 05/26/2009 | | |

| Text of Report: | The events of 5/23/2006: The Al-Balu area was raided near the house of the president, brother Abu Mazen, and the house in which the aforementioned was at was targeted and surrounded for several hours. Then the aforementioned turned himself over to the Israeli military force that was there, and was taken to an unknown place. The imprisonment state was changed from 'not-imprisoned' to 'imprisoned'. ................................................. Al-A'ama/5/23/2006 |
|---|---|

| [Illegible] | Page 2/7 | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

19 MAR 2007 04:35 FROM
General Intelligence
Northern Governorates

**Confidential**    TO 2969908    P06
In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Information | Report Source: | The events |
| Subject: | Unknown | Level of Confidence: | |
| Date Entered: | 10/10/2005 | | |

| Text of | 10/15/2003 |
|---|---|
| Report: | ================================================================ |

===============

Amended on 3/22/2005, based on an unnumbered and undated letter from Ramallah, incoming no. 4824 on 3/21/2005.

* The aforementioned was born in Silwad, where he studied and graduated from high school. He later enrolled at the Birzeit University, studied there and graduated with specialization in Political Sciences.

* The aforementioned was arrested several times during his studies.

* The aforementioned joined the ranks of Hamas while studying in the university.

* The aforementioned is a commander in the Al-Qassam Brigades and is currently being pursued and is a most wanted person by Israel.

* The aforementioned has a firm character and is beloved. He is most wanted by Israel.

* Opinion of the officer in charge of the Organization File: The aforementioned is dangerous and is pursued by the Israelis.

* Opinion of the officer in charge of the Political File: The aforementioned is considered as Israel's most wanted man in Hamas. He is dangerous.

================================================================

| [Illegible] | Page 3/7 | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

**02:009947 T**

19 MAR 2007 04:35 FROM
General Intelligence
Northern Governorates

**Confidential**    TO 2969908    P07

In the name of Allah, the Compassionate and Merciful

**Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | MMR -1966 / S | Report Date: | 03/25/2010 |
| Report Type: | Information | Report Source: | Ramallah Intelligence |
| Subject: | Interrogation summary | Level of Confidence: | Good |
| Date Entered: | 03/27/2010 | | |

**Text of Report:**

Name: Basam Abdel Rahim Abdel Razeq, Hamas.

Accusation: suspicion – money transfers.

The aforementioned was brought to us on Tuesday, 2/9/2010, and we learnt the following from his interrogation:

He was born in Kuwait and is currently living in Silwad. He studies in the Al-Quds Open University and specializes in Islamic law [illegible].

The aforementioned has worked as an Imam and a preacher in the Abu Ubeida Mosque in Silwad since 2003.

The aforementioned joined Hamas in 1991 through Ibrahim Jamil Mari Hamed, and he is still there. The aforementioned was arrested by the Israelis five times, and [served] five years in total. He was charged with activities on behalf of Hamas.

The aforementioned was active in Hamas's military wing in 1997 through Ribhi Khuzna Hamed from Silwad. He received from him more than one weapons, as well as ammunition.

The aforementioned indicated that he received from Hamas sums of money to his account in Arab Bank. His wife was the one to collect the money. The money was given to him benefits for the time he spent in prison.

The aforementioned indicated that in 2008 he went to Abdallah Adas from Silwad – a leader in Hamas – and asked him perpetrate operations inside the Green Line and Jerusalem.

The aforementioned indicated that in 2008 he went to Abdallah Adas from Silwad and asked him to provide him with a weapon. He claims that he did not receive from him a weapon at the time.

The aforementioned indicated that in 2008 he went to Abdallah Adas from Silwad and asked him to send $500 to Gaza.

The aforementioned indicated that in May 2009 he was called back and questioned by Abdallah Adas – Hamas – Silwad – in regard to a suspicion that he collaborated with the Israeli intelligence.

The aforementioned indicated that Abdallah Adas informed him that a person by the name of Abdallah was ordered by the Majd Apparatus and the [Izz al-Din] al-Qassam Brigades to interrogate him.

| [Illegible] | Page 4/7 | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

**02:009948 T**

19 MAR 2007 04:36 FROM
General Intelligence
Northern Governorates

**Confidential**    TO 2969908    P08

In the name of Allah, the Compassionate and Merciful

**Palestinian National Authority**



## Personal Reports

| Report No.: | None | Report Date: | 02/08/2010 |
|---|---|---|---|
| Report Type: | Unknown | Report Source: | The interrogation |
| Subject: | Summary of Fayez Hamed's interrogation | Level of Confidence: | |
| Date Entered: | 04/19/2010 | | |

| Text of Report: | Information Summary Form |
|---|---|
| | Source of information (the confession): Fayez Abdel Majid Jaber Hamed. The person who was mentioned in the confession: Ibrahim Jamil Hamed. The information was obtained on 2/8/2010. Details of confession: The aforementioned indicated that he joined Hamas in 1990 through Ibrahim Jamil Hamed, along with Abdallah Ismail Hamed and the martyr Husni Abdel Rauf Abad. They used to attend religious and security lessons that were delivered by Ibrahim Hamed. The aforementioned said that in 1992 their contact person change to Issa Juma al-Najar. The aforementioned indicated that the two people mentioned above participated in Hamas activities in the village Silwad: they veiled their faces, wrote slogans, distributed proclamations, and threw stones and Molotov Cocktails. |

## Personal Reports

| Report No.: | None | Report Date: | 09/23/2010 |
|---|---|---|---|
| Report Type: | Information | Report Source: | Confession: Nidal Rabah Jum'a Sa'ad |
| Subject: | Information Summary Form | Level of Confidence: | |
| Date Entered: | 10/24/2010 | | |

| Text of Report: | Source of the information (the confession): Nidal Rabah Juma Sa'ad. |
|---|---|
| | The person who was mentioned in the confession: Ibrahim Hamed from Silwad. Date of confession: 9/23/2010. Confession details: The aforementioned said that he joined Hamas in 1987 through Ibrahim Hamed from Silwad. This happened after Ibrahim Hamed followed him and others in the mosque. |

| [Illegible] | Page 5/7 | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

02:009949 T

19 MAR 2007 04:36 FROM
General Intelligence
Northern Governorates

**Confidential** TO 2969908
In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 2783 | Report Date: | 11/04/2010 |
| Report Type: | Information | Report Source: | 800 |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 01/16/2011 | | |

| Text of Report: | A new house is currently under construction for Ibrahim Jamil Abd al-Ghani Hamed / Silwad / Hamas.<br>A former commander in the [Izz al-Din] al-Qassam Brigades in the [West] Bank, who is currently imprisoned by the Occupation forces.<br>Ibrahim's brother, Jamil, is currently building a house for Ibrahim. Ibrahim Hamed's family is currently living in Jordan. The source indicates that the aforementioned is building [the house] at the expense of Hamas Movement |
|---|---|

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | None | Report Date: | 05/11/2010 |
| Report Type: | Information | Report Source: | Confession of Hasan Abdel Rahman Ladadiwa |
| Subject: | Latest developments | Level of Confidence: | Good |
| Date Entered: | 02/05/2011 | | |

| Text of Report: | The source of the information (the confession): Hasan Abdel Rahman Ladadiwa.<br>Date of confession: 5/11/2010.<br>Confession details: The aforementioned stated that Najeh Madir / Salfit / Hamas, told him that Adib Ziyada from Qaladiya is the one who rented the storehouse in which Ibrahim Hamed, commander of the [Izz al-Din] al-Qassam Brigades, was caught.<br>He added that Adib Ziyada is among Ibrahim Hamed's most trusted people. |
|---|---|

02:009950 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | MMR / 1714 / S | Report Date: | 03/11/2010 |
| Report Type: | Information | Report Source: | Manager's office |
| Subject: | Telephone number | Level of Confidence: | |
| Date Entered: | 04/14/2011 | | |
| Text of Report: | According to the information, Ibrahim Hamed, who is imprisoned in Israel in the Nafha Prison, possesses a cellular telephone, the number of which is 052384394. The prison administration has confiscated 30 cellular telephones from the prisoners. | | |

| Username: | Page 6/7 | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

02:009950 T [continued]

[Illegible]                          **Confidential**              TO 2969908  P.10
General Intelligence      In the name of Allah, the Compassionate and Merciful     
Northern Governorates          **Palestinian National Authority**

**Personal Reports**

| Report No.: | 8812 | Report Date: | 05/24/2011 |
|---|---|---|---|
| Report Type: | Information | Report Source: | 800 |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 06/01/2011 | | |

| Text of Report: | An interview with Ibrahim Hamed's wife / Silwad. The wife was interviewed by a journalist from Islam Online. During the interview, she spoke about her suffering during the long imprisonment of her husband, Ibrahim Hamed, a commander in the Al-Qassam Brigades, and stated that she cannot contact him by phone. Contact is maintained through belated messages which are, hopefully, one year old. Other subjects are attached to the message. |
|---|---|

**Personal Reports**

| Report No.: | None | Report Date: | 02/04/2011 |
|---|---|---|---|
| Report Type: | Information | Report Source: | Confession of Hasan Abdel Rahman Ladadiwa |
| Subject: | Information Summary Form | Level of Confidence: | |
| Date Entered: | 04/24/2012 | | |

| Text of Report: | The source of the information: Hasan Abdel Rahman Ladadiwa. The person mentioned in the confession: Adib Ziyada, Qalandiya. Date of confession: 5/11/2010. Confession details: The aforementioned stated that Najeh Madi / Salfit / Hamas, told him that Adib Ziyada from Qaladiya is the one who rented the storehouse in which Ibrahim Hamed, commander of the [Izz al-Din] al-Qassam Brigades, was caught. He added that Adib Ziyada is among Ibrahim Hamed's most trusted people. |
|---|---|

| [Illegible] | Page 7/7 | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/06/2012 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009945-9951.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009945-9951.

Dated: February 20, 2014

                                        Yaniv Berman

19-MAR-2007  04:35  FROM                                    TO  2969988              P.04

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
السلطة الوطنية الفلسطينية          المحافظات الشمالية

**المعلومات الشخصية :**

| | |
|---|---|
| الاسم : | ابراهيم جميل عبد الغني حامد |
| رقم الفرد : | ١٧٩٤٨٠   رقم الهوية : ٩٩١٢١٠٨٨٦ |
| وثيقة أخرى : | بلا   رقم الوثيقة : |
| الجنس | ذكر   اسم الام : زينب   الديانة : مسلم |
| الحالة الاجتماعية : | متزوج / لا   مكان وتاريخ الميلاد : سلواد / ١٤/١١/١٩٦٦   الجنسية : فلسطينية |
| الانتماء السياسي : | حماس   حالة الانتماء : كادر   حالة الاعتقال : معتقل |
| المحافظة : | رام الله والبيرة   المنطقة : سلواد   العنوان : سلواد |
| العمل : | معتقل حاليا   عنوان العمل : بلا   مكان العمل : تخريج علوم سياسية من ج بيرزيت |

**هواتف وعناوين :**

| النوع | الرقم |
|---|---|
| خلوي | 052384394 |

**الاعتقال :**

| | |
|---|---|
| جهة الاعتقال : | اسرائيلي   نوع الاعتقال : أمني |
| مكان الاعتقال : | قائد الجناح العسكري   التهمة الرئيسية : |
| تاريخ الاعتقال : | ٢٢/٠٥/٢٠٠٦   وضعه التنظيمي في السجن : |
| فترة الاعتقال : | تاريخ الافراج : |

ملاحظات : حسب الأحداث بتاريخ ٢٣/٥/٢٠٠٦ ، فقد تم اقتحام منطقة البالوع بالقرب من منزل السيد الرئيس الاخ ابو مازن ، واستهداف المنزل الذي كان متواجدا فيه المذكور ، حيث حوصر بضعة ساعات تم قام المذكور بتسليم نفسه للقوة العسكرية الاسرائيلية المتواجدة في المكان ، ونقل الى جهة غير معروفة .
وتم تغيير وضع الاعتقال من غير معتقل الى معتقل .     الاعصى ٢٣/٥/٢٠٠٦ .



٢٠١٢/١٢/٠٦

NT AUTHORITY\NETWORK

02:009945

19-MAR-2007  04:35  FROM                                TO  2969908                      P.05

**CONFIDENTIAL**



بسم الله الرحمن الرحيم

المخابرات العامة

المحافظات الشمالية        السلطة الوطنية الفلسطينية

---

الصفات الشخصية :

| | | | |
|---|---|---|---|
| الطول | ١٧٠ | | ممتلئ |
| لون الشعر | أسود | لون العيون | |
| لون البشرة | حنطي | فصيلة الدم | غير معروف |
| علامة فارقة | لا توجد | | |

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 18/06/2006 |
| نوع التقرير | بحث امني | مصدر التقرير | جريدة الأيام |
| الموضوع | | درجة الثقة | |
| تاريخ الادخال | 18/06/2006 | | |

نص التقرير : حسب ما ورد في جريدة الأيام بتاريخ ١٨/٦/٢٠٠٦ ، فقد قامت قوات الاحتلال بشن حملة اعتقال السبت عشية محمد من زيارة الأسير، إبراهيم/٦/٢٠٠٦====== ج . م . ج

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 23/05/2006 |
| نوع التقرير | بحث امني | مصدر التقرير | الأحداث |
| الموضوع | | درجة الثقة | اعتقال |
| تاريخ الادخال | 26/05/2009 | | |

نص التقرير : حسب الأحداث بتاريخ ٢٣/٥/٢٠٠٦ ، فقد تم اقتحام منطقة البالوع بالقرب من منزل السيد الرئيس الأخ ابو مازن ، واستهداف المنزل الذي كان متواجداً فيه المذكور ، حدث حوصر عدة ساعات ثم كام المذكور بشام نسبة القوة العسكرية الادرائيلية المتواجدة في المكان ، ونقل الى جهه غير معروفة . رقم تفوير رفضع الاعتقال من غير معقل الى معتقل ، ........ الاعمى/٢٣/٥/٢٠٠٦ .

---



الصفحة : 2/7


NT AUTHORITY\NETWORK
02:009946

TO 2969908    P.06

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية            السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | |
|---|---|---|
| رقم التقرير | | 01/01/1900 تاريخ التقرير |
| نوع التقرير | معلومات | مصدر التقرير |
| الموضوع | غير معروف | درجة الثقة |
| تاريخ الإدخال | 10/10/2005 | |
| نص التقرير | | |

١٠/١٠/٢٠٠٣

تم التعديل بتاريخ ٢٧/٣/٢٠٠٥ بناءً على كتاب رقم لا رقم له أو تاريخ والوارد لدينا رقم ٤٨٢٤ وتاريخ
٢١/٣/٢٠٠٥

* المذكور من مواليد سلواد درس فيها وانهى الثانوية العامة ومن ثم التحق بجامعة بيرزيت ودرس فيها وأنهى
  منها بتخصص علوم سياسية
* تم اعتقال المذكور عدة مرات في أيام الدراسة
* التحق المذكور في صفوف حماس في أيام الجامعة.
* المذكور قائد كتائب القسام ومطارد حالياً
* المذكور خارق ومجتهد وهو يطالب أول لإسرائيل
**راى مسؤول ملف التنظيم: المذكور خطير ومطلوب من قبل الاسرائيليين وهو من المطاردين لاسرائيل
**راى مسؤول الملف السياسي: المذكور يعتبر قتيل أول لإسرائيل في حركة حماس وهو خطير.



الصفحة 3\7


NT AUTHORITY\NETWORK
02:009947

**CONFIDENTIAL**



بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير: | م م ر ـ ١٩٦٦ / ص | | |
| نوع التقرير: | معلومات | تاريخ التقرير | 25/03/2010 |
| الموضوع | ملخص استجواب | مصدر التقرير | مخابرات رام الله |
| تاريخ الانخفاض | | درجة الثقة | جيدة |
| | 27/03/2010 | | |

نص التقرير:

الاسم: بسام عبدالرحيم عبدالرزاق حسن
التهمة: انتماء ـ حوالات مالية
أحضر المذكور لطرفنا يوم الثلاثاء الموافق ٩/٢/٢٠١٠ ومن خلال استجوابه اتّضح بما يلي:
أنه من مواليد الكويت وسكان منطقة دخفيا ويدرس في جامعة القدس المفتوحة تخصص شريعة اسلامية سنة ثانية
المذكور يعمل امام وخطيب مسجد ابو عبيدة ـ سلوان منذ العام ٢٠٠٣ م
المذكور أتمام لحمايس عام ١٩٩١ عن طريق ابراهيم جمل مرعي خالد وما زال الى الآن
المذكور اعتقل لدى الامر بالفترة خمسة مرات بمجموع خمسة سنوات على قضايا نشاط لصالح حماس
المذكور عمل ضمن الجناح العسكري التابع لحماس في العام ١٩٩٧ عن طريق ريحي خزنة خالد سلواد وقد
استلم منه اكثر من قطعة سلاح انفقة الى نخيرة
أفاد المذكور انه استلم من حماس مبلغ مالية على حسبية المفتوح في البنك العربي وان زوجته هي التي كانت
تستلم المبلغ والانفاق كانت عبارة عن مستحقات بدل السجن
أفاد المذكور انه توجه الى المدعو عبدالله بعض ـ سلواد ـ قيادي في حماس ـ وطلب منه تنفيذ عمليات داخل
الخط الاخضر والقص وذلك في عام ٢٠٠٨
أفاد المذكور انه توجه الى المدعو عياش عمان ـ سلواد في العام ٢٠٠٨ وطلب منه تزويده بسلاح ويدعي انه
لم يستلم منه أي قطعة سلاح حتى ذلك الوقت
أفاد المذكور انه توجه الى عبدالله عياش ـ سلواد ـ في العام ٢٠٠٨ وطلب منه ارسال مبلغ ٥٠٠ دولار الى غزة
أفاد المذكور انه بحث عن اجهزة الاتصال والتحقق منه من قبل عبدالله بعض عبدالله عياش ـ سلواد ـ حول موضوع الاشتباه
بالارتباط مع المخابرات الاسرائيلية وذلك في شهر ٢٠٠٩/٥ م
أفاد المذكور انه تم ابلاغه من قبل عبدالله حسن بان المدعو عبدالله مكلف من قبل جهاز مجد وكلف بالتحقيق
معه


NT AUTHORITYNETWORK

02:009948

TO   2969908

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية          السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| بلا | رقم التقرير | 08/02/2010 | تاريخ التقرير |
| غير مصروف | نوع التقرير | التحقق | مصدر التقرير |
| ملخص استجواب فايز حامد | الموضوع | | درجة الثقة |
| 19/04/2010 | تاريخ الادخال | | |

نص التقرير:

نموذج تقرير معلومات

مصدر المعلومة (الأعتراف) فايز عبد المعبود جبر حامد
الشخص الوارد عليه الاعتراف/ابراهيم جميل حامد
تاريخ الحصول على المعلومة/8/2/2010

تفاصيل الاعتراف
افاد المذكور انه التحق بصفوف حركة حماس بالعام 1990 من خلال ابراهيم جميل حامد وكان معه كل من
(عبدالله اسماعيل حامد + الشهيد حسني صبار زوف عباد) حيث كانوا يتامرون. جلسات دينية وامنية. على يد
ابراهيم حامد وافاد المذكور انه بالعام 1992م حولت علاقتهم للمدعو عيسى جمعة النجار
افاد المذكور انه شارك المذكورين في نشاطات حركة حماس داخل قرية سلواد من تنظيم وكتابة شعارات وتوزيع
بيانات ورشق حجارة وزجاجات حارقة

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| بلا | رقم التقرير | 23/09/2010 | تاريخ التقرير |
| معلومات | نوع التقرير | اعتراف/نضال رباح جمعة سعد | مصدر التقرير |
| نموذج تقرير معلومات | الموضوع | | درجة الثقة |
| 24/10/2010 | تاريخ الادخال | | |

نص التقرير:

مصدر المعلومة الاعتراف/ نضال رباح جمعة سعد
الشخص الوارد عليه الاعتراف / ابراهيم حامد - سلواد
تاريخ الاعتراف / 2010/9/22
تفاصيل الاعتراف :-
افاد المذكور انه انتمى لحركة حماس بالعام 1987 عن طريق ابراهيم حامد / سلواد وذلك من خلال متابعة
ابراهيم حامد له ولاخرين من خلال المسجد



الصفحة :   5\7


NT AUTHORITY\NETWORK

02:009949

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة

السلطة الوطنية الفلسطينية

المحافظات الشمالية

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | ۲۷۸۲ | تاريخ التقرير | 04/11/2010 |
| نوع التقرير | معلومات | مصدر التقرير | ۸۰۰ |
| الموضوع | معلومات | درجة الثقة | |
| | | تاريخ الادخال | 16/01/2011 |

نص التقرير
يتم حاليا بناء منزل جديد للمدعو ابراهيم جميل عبد الغني خالد / مليزا / حماس
لقد سبق للكتائب القسام في الضفة حاليا معتقل لدى قوات الاحتلال
حيث يقوم شقيقه جميل في الفترة الحالية ببناء منزل الشقيقة ابراهيم ويذكر ان عائلة ابراهيم خالد موجودة حاليا
في الاردن ويؤكد المصدر ان المذكور يقوم بالبناء على حساب حركة حماس

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 11/05/2010 |
| نوع التقرير | غير معروف | مصدر التقرير | اعتراف من المدعو حسن عبد الرحمن حسن لدلوو |
| الموضوع | الخر المستجدات | درجة الثقة | جيدة |
| | | تاريخ الادخال | 05/02/2011 |

نص التقرير
مصدر المعلومة (الاعتراف): حسن عبد الرحمن حسن لدلوو
تاريخ الحصول على الاعتراف : ۲۰۱۰/۵/۱۱

تفاصيل الاعتراف:
اكد المذكور ان المدعو ملوح ماضر سالميت - حمانن انلفه ان المدعو اديب زيادة - للنذيا هو من استاجر
المخزن الذي ضبط له ابراهيم حامد قائد كتائب القسام
وان اديب زيادة من اكثر الاشخاص الذين يعتمد عليهم ووثق بهم ابراهيم حامد

**تقارير الشخص:**

| | | | |
|---|---|---|---|
| رقم التقرير | م ع ز/۱۷۱٤ / س | تاريخ التقرير | 11/03/2010 |
| نوع التقرير | معلومات | مصدر التقرير | مكتب العدل |
| الموضوع | رقم هاتف | درجة الثقة | |
| | | تاريخ الادخال | 14/04/2011 |

نص التقرير
- بصب المعلومات فإن المعتقل لدى الاسرائيليين ابراهيم حامد في سجن نفحه يمتلك جهاز هاتف نقال ورقمه *
۰۵۲۳۸٤٢٩٤ * علما ان ادارة السجن قامت بمصادرة ۳۰ جهاز هاتف من المعتقلين .



617 : الصفحة
۲۰۱۲/۱۲/۰۱



NT AUTHORITY\NETWORK
02:009950

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

المخابرات العامة

المحافظات الشمالية          السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| | | |
|---|---|---|
| رقم التقرير | ٨٨١٢ | تاريخ التقرير | 24/05/2011 |
| نوع التقرير | معلومات | مصدر التقرير | ٨٧٠ |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الانتقال | 01/06/2011 | | |

**إذن التقرير:**
مقابلة صحفية مع زوجة إبراهيم حامد - نداء
كانت المذكورة بمقابلة صحفية مع اسلام اون لاين نت وذكرت فيها معاناتها على طول اعتقال زوجها ابراهيم
حامد أحد مسؤولين كتائب القسام، أفادت إنها لا تستطيع التواصل معه هاتفيا
وتم التواصل بالرسائل المتأخرة عام على الأمل من كتابتها
ومواضيع أخرى مرفقة بالرسالة

**تقارير الشخص:**

| | | |
|---|---|---|
| رقم التقرير | بلا | تاريخ التقرير | 04/02/2011 |
| نوع التقرير | معلومات | مصدر التقرير | اعتراف - حسن عبد الرحمن حسين ادارو |
| الموضوع | نموذج تفريغ معلومات | درجة اللغة | |
| تاريخ الالتقاء | 24/04/2012 | | |

**إذن التقرير:**
مصدر المعلومة / حسن عبد الرحمن حسين ادارو
الشخص الوارد عليه الاعتراف / اديب زيادة - قلنديا
تاريخ الاعتراف ٢٠١٠/٢/١١
أفاد المذكور أن المدعو للمج ماضي - سلفيت - وعمل بابلغه أن المدعو اديب زيادة - قلنديا هو من استأجر
المخزن الذي ضبط به ابراهيم حامد قائد كتائب القسام وأم اديب زيادة من أكثر الأشخاص الذين يتقدر ويثق
بهم ابراهيم حامد

          ٧/٧ : الصفحة          
NT AUTHORITY\NETWORK
02:009951