PLAINTIFF'S EXHIBIT 148

## Confidential



General Intelligence  —  In the name of Allah, the Compassionate and Merciful

Northern Governorates  —  **Palestinian National Authority**

| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Mohamed Mashhur Mohamed Hashaika | | | | |
| Personal No. | 355792 | Identity No.: | 906818513 | | X |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | |
| Sex: | Male | Mother's Name: | Hanan | Religion: | Muslim |
| Marital Status: | Single | Place and Date of Birth: | 07/30/1981 Nablus | Nationality: | Palestinian |
| Political Affiliation: | Islamic Jihad | Affiliation Status: | Member | Imprisonment Status: | Unknown |
| Governorate: | Nablus | Area: | Taluza | Address: | Taluza |
| Occupation: | | Work Address: | | Place of Work: | Police trainee |

[Illegible]
NT AUTHORITY\NETWORK

Page 1/3

[Illegible]
02/25/2012

02:009952 T

| General Intelligence | In the name of Allah, the Compassionate and Merciful |  |
| Northern Governorates | **Palestinian National Authority** | |

| Personal Reports |||||
|---|---|---|---|---|
| Report No.: | 00 | Report Date: | 11/03/2011 ||
| Report Type: | Personal [Report] | Report Source: | ||
| Subject: | | Level of Confidence: | ||
| Date Entered: | 11/12/2011 ||||
| Text of Report: | The aforementioned is currently a member of the Order Maintenance and Interference Police in Nablus. He left his studies this year due to his low level.<br>* His father lacks his mental faculties and is a sick person. He was involved in an accident while he was studying in West Germany and as a result he is not a normal person and holds no responsibility for his actions.<br>* His mother is morally corrupt and there are security suspicions against her. She used to use her house as a brothel because his father is not sane.<br>* Maher, the eldest brother of the aforementioned, works in Ramallah at the moment. He is a student and is 20 years-old.<br>* The rest of the siblings of the aforementioned are all under 15.<br>* There are no conflicts inside the family.<br>* His situation changed, especially after the istishhad [death as a martyr] of Ayman Rashid Hashaika. He started to read the Quran and go to the mosque.<br>* At that time he started to have a very strong relationship people from Hamas, including the brothers of the aforementioned:<br>- Ahmed Rashid Hashaika (Hamas)<br>- Mohamed Rashid Hashaika (Hamas)<br>- Firas Rashid Hashaika (Hamas)<br>* Originally, the aforementioned intended to perform his operation in the Netanya area, and he was arrested in Tulkarm by the [Palestinian] Authority. He was transferred to Ramallah and was imprisoned there. During the invasion into Ramallah he escaped from prison and intended to perform his operation through people of the Islamic Jihad, but then the Al-Aqsa [Martyrs'] Brigades have taken him from them.<br>- Recently he was employed by the Palestinian police in the Tal police station<br>- The aforementioned used to engage in physical exercises and listened to songs - national songs in particular. ||||

02:009953 T

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 00 | Report Date: | 11/29/2011 |
| Report Type: | Information | Report Source: | Raed Janajra |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 11/29/2011 | | |
| Text of Report: | The aforementioned has performed an Amaliya Istishhadiya [act of martyrdom] in Jerusalem in the area of the French Hill, using an explosive belt weighing 10 kilograms, which resulted in the death of two people and in the injury of several other Israelis.<br>The operation case as a response to the istishhad [death as a martyr] of Ayman Hashaika, Mahmud Abu Hanud and Raed al-Karmi. The Al-Aqsa Martyrs' Brigades have broadcast a video of him [of the aforementioned], in which he talked about it.<br>- The mother of the aforementioned has a bad moral reputation.<br>- The father of the aforementioned has been suffering from a mental disease for a long time.<br>- The brothers of the aforementioned:<br>* Maher - works for the Military Police in Nablus. He is his eldest brother.<br>* Mahdi -23 years-old, works for the Special Police in Jenin. | | |

| [Illegible] |
|---|
| NT AUTHORITY\NETWORK |

Page 2/3

| [Illegible] |
|---|
| 02/25/2012 |

02:009953 T [continuied]

## Confidential



General Intelligence          In the name of Allah, the Compassionate and Merciful

Northern Governorates        **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | NB/2011/8934 | Report Date: | 11/27/2011 |
| Report Type: | Information | Report Source: | NB/2011/8934 |
| Subject: | Response to Query | Level of Confidence: | |
| Date Entered: | 12/12/2011 | | |
| Text of Report: | In response to the letter of the brothers in the Legal Department no. D.Q/992/103 on 11/26/2011, regarding the aforementioned, we hereby inform you of the following:<br>- The aforementioned used to work at the Tal police station in Nablus and practiced Karate in the Shotokan Center.<br>- The aforementioned intended to perform an Amaliya Istishhadiya [act of martyrdom] in Netanya, when he was arrested by the Tulkarm Intelligence. He was transferred to Ramallah, and that was before Ramallah was invaded.<br>The aforementioned escaped during the invasion into Ramallah and intended to perform an operation on behalf of the Islamic Jihad after his escape, but the Al-Aqsa [Martyrs'] Brigades have taken him from the Islamic Jihad.<br>- On 3/21/2002, the aforementioned was martyred in the Sbarro operation in French Hill, Jerusalem. A statement on behalf of Fatah movement was distributed in his village on 3/21/2011 to commemorate his istishhad [act of martyrdom]. | | |

| [Illegible] | | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 3/3 | 02/25/2012 |

02:009954 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009952-9954.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009952-9954.

Dated: February 20, 2014

_____
Yaniv Berman

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : محمد مشهور محمد حشايكة

رقم الفرد : رقم الهوية : 355792   906818513

وثيقة أخرى : رقم الوثيقة   0

الجنس : ذكر   اسم الأم : حنان   الذرية : سفاح

الحالة الاجتماعية : أعزب   مكان وتاريخ الميلاد : 30/07/1981 نابلس   الجنسية : فلسطينية

الانتماء السياسي : جهاد اسلامي   حالة الانتساب : عضو   حالة الاعتقال : غير معروف

المحافظة : نابلس   المنطقة : طلوزة   العنوان : طلوزة

العمل : عنوان العمل :   مكان العمل : تدرب الشرطة

الصفحة : 1\3

25/02/2012


NT AUTHORITY\NETWORK

02:009952

CONFIDENTIAL

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

المخابرات العامة
المحافظات الشمالية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | 00 | تاريخ التقرير | 03/11/2011 |
| نوع التقرير | ثانية | مصدر التقرير | |
| الموضوع | | درجة الثقة | |
| تاريخ الادخال | 12/11/2011 | | |

نص التقرير:
* المذكور ملتحق حاليا بدورة تعرفه حفظ النظام والتدخل في نابلس وقد ترك الدراسة هذا العام لضعف مستواه
* والده لا يمتلك قواه العقليه فهو انسان مريض وتعرض لحادث اثناء دراسته في الثانويه التربويه مما جعله العنان غير طبيعي وغير مسؤول عن تصرفاته
* والدته سالمه اخلاقيا وسمعتها امنيا وقد كان منزلها كمركز دعاره كون زوجها غير عاقل
* اخ المذكور ماهر اكبر هم يعمل حاليا في رام الله وهو طالب مدرسه وعمره 20 عام
* اما بقيه اخوة المذكور فلا يتجاوزن الخامسه عشر
* لا خلافات عائليه لاسرته
* حصل تغيير على وضعه خامسه بعد استشهاد المدعو " ايمن رشيد حشايكه " حيث انه اصبح يقرا القران بكثرة ويلازم بالمسجد
* انتدته علاقته حبها مع اشخاص من حركة حماس ومنهم اشقاء المذكور :
- احمد رشيد حشايكه /حماس
- محمد رشيد حشايكه /حماس
- ابراس رشيد حشايكه /حماس
* ابن البدايه المذكور كان ينوي تنفيذ عمليته في منطقة نتانيا وتم ترقيته في طولكرم عن طريق السلطه وتم تحويله الى رام الله وسجنه هناك وبعد اجتياح رام الله هربنا من السجن وكان ينوي تنفيذ عمليته عن طريق اشخاص من الجهاد الاسلامي وقامت كتائب الاقصى في حيفا بأنه منهم
- كان يعمل على ملاك الشرطه الفلسطينيه في الفترة الاخيره /مركز شرطه تل
- كان المذكور ويتدرب بشكل رياضي جيد والاستماع للأغاني الوطنيه خاصه

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | 00 | تاريخ التقرير | 29/11/2011 |
| نوع التقرير | معلومات | مصدر التقرير | رائد جلاجزة |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الادخال | 29/11/2011 | | |

نص التقرير:
* قام المذكور اعلاه بتنفيذ عمليه استشهاديه في القدس في منطقة التله الفرنسيه حيث كانت عباره عن حزام ناسف وزن 10كغم اسفر عنها قتل شخصين وعدد من الاصابات من الاسرائيليين
حيث كانت العمليه ردا على استشهاد كلا من " ايمن حشايكه، محمود ابو هنود، رائد الكرمي/ وقامت كتائب شهداء الاقصى ببث شريط مصور له يتحدث به عن ذلك
- والد المذكور اعلاه سيئه السمعه اخلاقيا
- والد المذكور اعلاه يعاني من مرض عقلي منذ فترة طويله
- اشقاء المذكور :
* ماهر/ يعمل في الشرطة العسكريه - نابلس وهو اكبر اشقاءه
* مهدي /23 عام/ ويعمل في الشرطة الخاصه / جنين.

25/02/2012    الصفحه : 2\3    NT AUTHORITY\NETWORK

02:009953

CONFIDENTIAL



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

المخابرات العامة
المحافظات الشمالية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | ن.ب/8934/2011 | تاريخ التقرير | 27/11/2011 |
| نوع التقرير | معلومات | مصدر التقرير | ن.ب/8934/2011 |
| الموضوع | رد احتجاج | درجة الثقة | |
| تاريخ الادخال | 12/12/2011 | | |

نص التقرير:

ردا على كتاب الإخوة في الدائرة القانونية رقم : د ق/992/103    بتاريخ 26/11/2011 بخصوص المذكور اعلاه    نفيدكم:-

- المذكور كان يعمل في مركز شرطة تل بنابلس وكان يلعب الكاراتيه في مركز الشوتوكان
- المذكور كان ينوي تنفيذ عملية استشهادية في تنانيا حيث تم اعتقاله من مخابرات بتوناكرم وتحويله الى رام الله وبهذا كان قبل احتجاج مدينة رام الله
- قام المذكور اعلاه بالهرب اثناء لجاج رام الله حيث كان ينوي تنفيذ عملية باسم الجهاد الاسلامي بعد هروبه ، الا ان كتائب الاقصى اخذره من الجهاد الاسلامي
- المذكور بتاريخ 21/3/2002 استشهد في عملية سبارو في التل الفرنسية في القدس وتم توزيع بيان بتاريخ 21/3/2011 ، في قريته بمناسبة ذكرى استشهاده حيث القي البيان باسم حركة فتح