

## Confidential

FROM:  
General Intelligence  
Northern Governorates

FAX NO:   Dec. 06 2012 01:18PM P4

In the name of Allah, the Compassionate and Merciful  
**Palestinian National Authority**



| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Mohamed Ishaq Shehadeh Awda | | | | X |
| Personal No. | 206447 | Identity No.: | 026291302 | | |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | |
| Sex: | Male | Mother's Name: | Ghulum[?] | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | 04/23/1973 Jerusalem | Nationality: | Palestinian |
| Political Affiliation: | Hamas | Affiliation Status: | Cadre | Imprisonment Status: | Under arrest |
| Governorate: | Jerusalem | Area: | Silwan | Address: | Silwan |
| Occupation: | Under arrest | Work Address: | | Place of Work: | |

| Username: NT AUTHORITY\NETWORK | Page 1/3 | Report created on: 12/06/2012 |
|---|---|---|

02:009959 T

PLAINTIFF'S EXHIBIT 151

FAX NO: **Confidential** Dec. 06 2012 01:18PM P5

General Intelligence — In the name of Allah, the Compassionate and Merciful
Northern Governorates — **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 12/14/2009 |
| Report Type: | Unknown | Report Source: | |
| Subject: | | Level of Confidence: | |
| Date Entered: | 02/18/2011 | | |
| Text of Report: | The aforementioned was born in Silwan and lives there.<br>The aforementioned is commander of a Hamas military cell.<br>The aforementioned is a very dangerous young man and a soldier.<br>He was sentenced to 9 life sentences and additional 40 years. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 07/08/2010 |
| Report Type: | Information | Report Source: | |
| Subject: | Letter to the brother Head of the [West] Bank | Level of Confidence: | |
| Date Entered: | 07/13/2010 | | |
| Text of Report: | The newspaper *Yediot Aharonot* has published the names of forty Palestinian prisoners whose names Netanyahu refused to include in the [prisoners'] exchange deal, and refused to release them. Among them there are several prisoners from the Jerusalem governorate, ▓▓▓▓ ▓▓▓▓, and the aforementioned, Mohamed Awda, is one of them. The aforementioned was sentenced to 9 life sentences and additional 40 years, and is imprisoned since 2004. | | |

02:009960 T

| Personal Reports | | | | |
|---|---|---|---|---|
| Report No.: | | Report Date: | 07/22/2006 | |
| Report Type: | Information | Report Source: | | |
| Subject: | | Level of Confidence: | | |
| Date Entered: | 12/06/2012 | | | |
| Text of Report: | The aforementioned used to work in the Hebrew University and is a member of the Al-Qassam Brigades, the military wing of Hamas Movement. The aforementioned has performed many operations, among them the Hebrew University bombing, the Sbarro restaurant bombing and others, along with the rest of his group: Wael Qassem, Alaa al-Abasi and Wisam al-Abasi. The aforementioned is currently sentenced to life imprisonment. | | | |

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 2/3 | 12/06/2012 |

02:009960 T [continued]

**Confidential**

FROM: General Intelligence

Northern Governorates

FAX NO:   Dec. 06 2012 01:18PM P6

In the name of Allah, the Compassionate and Merciful

**Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | * | Report Date: | 12/06/2012 |
| Report Type: | Security check | Report Source: | |
| Subject: | | Level of Confidence: | |
| Date Entered: | 12/06/2012 | | |
| Text of Report: | The aforementioned used to work at the Hebrew University. The aforementioned joined a military cell belonging to the [Izz al-Din] al-Qassam Brigades, and [illegible] in the military activitiy. His cell took part in several military operations in Jerusalem and Tel Aviv. The operations in which his cell took part: An operation in the Hebrew University. An operation in Jaffa Street. Exploding a bus in Tel Aviv. An attempt to explode an oil pipeline in Jerusalem, which went all the way to Beer Sheba. The attempt fail and led to the exposure of the cell. The aforementioned was sentenced in 2002 to 10 life terms. The aforementioned's family members are affiliated with all the organizations: Fatah, Hamas and the Front. | | |

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 3/3 | 12/06/2012 |

02:009961 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                  Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                  Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009959-9961.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009959-9961.

Dated: February 20, 2014

                                                  Yaniv Berman

CONFIDENTIAL
FROM :                              FAX NO. :                        Dec. 06 2012 01:18AM P4

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : محمد اسحق شحادة عودة

رقم الفرد : 206447    رقم الهوية : 026291302

رقم البطاقة : 0

الجنس : ذكر    اسم الأم : مأمون    الدولة : سوريا

الحالة الاجتماعية : متزوج /    مكان وتاريخ الميلاد : 23/04/1973 القدس    الجنسية : فلسطينية

الانتماء السياسي : حماس    حالة الانتماء : كادر    حالة الاعتقال : معتقل

المديرية : القدس    المنطقة : جاورن    العنوان : جاورن

المهنة : مستخدم    عنوان العمل :    مكان العمل :



06/12/2012    1\3    المصدر    اسم المستخدم : NT AUTHORITY\NETWORK    02:009959

FROM :                    FAX NO. CONFIDENTIAL              Dec. 06 2012 01:18AM P5

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

رقم التقرير
نوع التقرير
الموضوع
تاريخ الاعتقال : 18/02/2010
نص التقرير :

تاريخ التقرير : 14/12/2009
مصدر التقرير
وجهة النشر

المذكور من مواليد سكان سلوان
المذكور مسؤول عن خلية عسكري لحماس
المذكور طالب حطين جدا وعسكري
محكوم 9 مؤبدات و10 عام

تقارير الشخص:

رقم التقرير
نوع التقرير : مخزونات
الموضوع : رسالة إلى الأخ منير الصفة
تاريخ الاعتقال : 15/07/2010
نص التقرير :

تاريخ التقرير : 08/07/2010
مصدر التقرير
وجهة النشر : الأخ

ورد في قائمة (وثيقة المسربين) اسماء ارهبون اسرى فلسطينيا معنى برامن (تقليدي) افراج اسلامي
يذكر متابعة للمسؤول وافراج عنهم ومن بينهم يمر الأسرى عن محطة القدس وينقلون الى حركة
حماس والمذكور معد دورة عسكرية
المذكور محكوم 9 مؤبدات و40 عام ومن معتقل من عام 2004

تقارير الشخص:

رقم التقرير
نوع التقرير : مخزونات
الموضوع : بريد الأخ
تاريخ الاعتقال : 06/12/2012
نص التقرير :

تاريخ التقرير : 22/07/2006
مصدر التقرير
وجهة النشر

المذكور كان يدرس في الجامعة النجاح وينتمي لحركة حماس في الجناح العسكري لكتائب القسام - قام
المذكور بالعديد من العمليات منها قتيبر في الجامعة العبرية فرقي بسلام سيدلوي وغيرها من وقتلي
مجموعته بيام وذلك قاسم وصلاح للجباري موسام النجباني و لهذا المذكور حكم عليه بتأبيد المؤبد

| تاريخ انشاء التقرير | | اسم المستخدم | |
| 06/12/2012 | 2/3 الصفحة | NT AUTHORITY\NETWORK | 02:009960 |

CONFIDENTIAL

FROM :  FAX NO. :  Dec. 06 2012 01:16AM P6



المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

تقارير الشخص:
رقم التقرير
نوع التقرير
الموضوع
تاريخ الإدخال
نص التقرير

تاريخ التقرير: 06/12/2012
مستوى التقرير: بحث أمني
درجة الأهمية:
06/12/2012

المذكور كان ينتمي في الدراسة السورية
المذكور اصبح لمجموعة عسكرية بدأت تقلب القدر وضمنت في البناء العسكري
مجموعة شاركت في عدة عمليات عسكرية في القدس وتل أبيب
العمليات التي شاركت بها مجموعته وهي
عملية في الجامعة العبرية
عملية في شارع يافا
تفجير حافلة في تل ابيب
مسؤولة كبير متهم وقود في العادل حيث سيار الصواريخ جاءى بذر السبع ولم نقبل وهو من سالم في
كشف الفتنة
المذكور ، ومكرم مضرة مؤيدات ومحلق منذ عام 2002
منه عائلة المذكور بها مختلف الانتماءات فتح وحماس وجبهة

06/12/2012   ... 3\3   الصفحة   اسم المستخدم: NT.AUTHORITY\NETWORK

02:009961