

## Confidential

FROM:  
General Intelligence  
Merciful  
Northern Governorates

FAX NO:  
In the name of Allah, the Compassionate and

Dec. 06 2012 01:18PM P7

**Palestinian National Authority**



| Personal Information | | | | | |
|---|---|---|---|---|---|
| Name | Wael Mahmoud Mohamed Ali Qasem | | | | |
| Personal No. | 176526 | Identity No.: | 28192755 | | |
| [Referencing] Another Doc.: | Jerusalem identity card | Doc. No. | | | |
| Sex: | Male | Mother's Name: | Ibtisam | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | 03/25/1971 Silwan | Nationality: | Palestinian |
| Political Affiliation: | Hamas | Affiliation Status: | Member | Imprisonment Status: | Under arrest |
| Governorate: | Jerusalem | Area: | Silwan | Address: | Silwan |
| Occupation: | Imprisoned. Several life sentences, plus 800 years. | Work Address: | | Place of Work: | |

| Username: | | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1/3 | 12/06/2012 |

02:009962 T

FROM:        FAX NO:      **Confidential**        Dec. 06 2012 01:19PM P8

General Intelligence     In the name of Allah, the Compassionate and Merciful

Northern Governorates     **Palestinian National Authority**

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 14/12/2009 |
| Report Type: | Information | Report Source: | Abu Hasan |
| Subject: | | Level of Confidence: | |
| Date Entered: | 12/20/2009 | | |
| Text of Report: | The aforementioned is under arrest. He was sentenced by the Occupation to several life terms, plus 800 years, for planning several amaliyat istishhadiya [acts of martyrdom] inside Israel. | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 01/01/1900 |
| Report Type: | Information | Report Source: | |
| Subject: | | Level of Confidence: | |
| Date Entered: | 10/10/2005 | | |
| Text of Report: | 4/8/2004 ............................................................<br>* Based on the list attached to the letter of the governorate no. 915/M.A/Q on 6/26/2004, the risk level of the aforementioned has been changed from "weak" to "very dangerous". | | |

02:009963 T

## Personal Reports

| Report No.: | | Report Date: | 07/08/2010 |
|---|---|---|---|
| Report Type: | Information | Report Source: | |
| Subject: | Letter to the brother Head of the West Bank | Level of Confidence: | |
| Date Entered: | 07/13/2010 | | |

| Text of Report: | The newspaper *Yediot Aharonot* has published the names of forty Palestinian prisoners whose names Netanyahu refused to include in the [prisoners'] exchange deal, and refused to release them. Among them there are several prisoners from the Jerusalem governorate, who are members of the Hamas Movement, and the aforementioned, Wael Qasem, is one of them. The aforementioned was sentenced to several life sentences and additional 800 years, and is imprisoned since 2004. |
|---|---|

## Personal Reports

| Report No.: | | Report Date: | 12/16/2010 |
|---|---|---|---|

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 2/3 | 12/06/2012 |

02:009963 T [continued]

| General Intelligence<br>Northern Governorates | **Confidential**<br>In the name of Allah, the Compassionate and Merciful<br>**Palestinian National Authority** |  |
|---|---|---|

| [Illegible] | | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 3/3 | 12/06/2012 |

02:009964 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009962-9964.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009962-9964.

Dated: February 20, 2014

_____
Yaniv Berman

**CONFIDENTIAL**

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : وائل محمود محمد علي قاسم

رقم الفرد : 176526  رقم الهوية : 28192755

وثيقة أخرى : هوية قدس   رقم الوثيقة :

الجنس : ذكر   اسم الأم :   ابتسام   الكنية : المعلم

الحالة الاجتماعية : متزوج / 1   مكان وتاريخ الميلاد : 1971/03/26 سلوان   الجنسية : فلسطينية

الانتماء السياسي : حماس   حالة الانتماء : عضو   حالة الاعتقال : معتقل

المحافظة : القدس   المنطقة : سلوان   العنوان : سلوان

الاسم : معتقل مؤبدات 800+عام   عنوان العمل :   مكان العمل :


NT AUTHORITY\NETWORK

06/12/2012   الصفحة 1\3

02:009962

FROM : FAX NO. CONFIDENTIAL Dec. 06 2012 01:19AM P5

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | معلومات |
| الموضوع | |
| تاريخ الإدخال | 20/12/2009 |
| تاريخ التقرير | 14/12/2009 |
| مصدر التقرير | أبو حسين |
| درجة الثقة | |

نص التقرير: المذكور معتقل ويحكوم عدة مؤبدات و 800 سنة . أدى الاعتقال على خلفية قيامه بتخطيط عدة عمليات استشهادية داخل إسرائيل.

تقارير الشخص:

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | معلومات |
| الموضوع | غير معروف |
| تاريخ الإدخال | 10/10/2005 |
| تاريخ التقرير | 01/01/1900 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: 2004/416 بناءا على الكشف الدوري لكتاب المحافظة رقم 915 / م ع / ق بتاريخ 26/ 6/ 2004 فقد تم تنزيل درجة الخطورة للمذكور من متوسط الى خطر جدا.

تقارير الشخص:

| | |
|---|---|
| رقم التقرير | |
| نوع التقرير | معلومات |
| الموضوع | رسالة الى الأخ مدير الضفة |
| تاريخ الإدخال | 13/07/2010 |
| تاريخ التقرير | 08/07/2010 |
| مصدر التقرير | |
| درجة الثقة | |

نص التقرير: ورد في صحيفة (ديفوت أحرونوت) أسماء أربعون أسيرا فلسطينيا ممن يرفض (النتياهو) افراج اسمائهم ضمن صفقة التبادل والافراج عنهم وحين تسليم بعض الأسرى من محافظة القدس ويتنتمون الى حركة حماس والمذكور وائل قاسم من ضمنهم
المذكور محكوم بالسجن عدة مؤبدات و 800 عام وهو معتقل منذ عام 2004

تقارير الشخص:

| | |
|---|---|
| رقم التقرير | |
| تاريخ التقرير | 16/12/2010 |

تاريخ الإدخال: 06/12/2012   الصفحة 2\3   اسم المستخدم: NT AUTHORITY\NETWORK

02:009963

CONFIDENTIAL



المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

08/12/2012   3\3 : الصفحة

NT AUTHORITY\NETWORK

02:009964