

PLAINTIFF'S EXHIBIT 153

10 DEC 2012 14:28 [Illegible]   **Confidential**   NO 6767 P 8/59

General Intelligence  
Northern Governorates

In the name of Allah, the Compassionate and Merciful  
**Palestinian National Authority**

### Personal Information

| | | | | | |
|---|---|---|---|---|---|
| Name | Sa'id Ibrahim Sa'id Ramadan | | | | X |
| Personal No. | 314285 | Identity No.: | 904564804 | | |
| [Referencing] Another Doc.: | None | Doc. No. | 0 | | |
| Sex: | Male | Mother's Name: | Aziyya | Religion: | Muslim |
| Marital Status: | Unknown | Place and Date of Birth: | 12/181978 | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Affiliation Status: | Supporter | Imprisonment Status: | Unknown |
| Governorate: | Nablus | Area: | Tal | Address: | |
| Occupation: | Under arrest | Work Address: | | Place of Work: | |

### Personal Reports

| | | | |
|---|---|---|---|
| Report No.: | | Report Date: | 05/21/2010 |
| Report Type: | Internal | Report Source: | 2180+103+165+2290 |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 05/21/2010 | | |
| Text of Report: | The aforementioned was martyred during a Fatah operation in Israel. | | |

| Username: | | Report Created On: |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 1/2 | 12/10/2012 |

02:009965 T

10 DEC 2012 14:28 [Illegible]     Confidential     NO 6767  P 9/59

General Intelligence     In the name of Allah, the Compassionate and Merciful

Northern Governorates     **Palestinian National Authority**



| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 0 | Report Date: | 12/24/2011 |
| Report Type: | Information | Report Source: | |
| Subject: | Attachments | Level of Confidence: | |
| Date Entered: | 12/24/2011 | | |
| Text of Report: | Attachments . | | |

| Personal Reports | | | |
|---|---|---|---|
| Report No.: | 00 | Report Date: | 12/09/2012 |
| Report Type: | Personal | Report Source: | 2290 |
| Subject: | | Level of Confidence: | |
| Date Entered: | 12/10/2012 | | |
| Text of Report: | * The aforementioned is a member of Fatah Movement. <br> * He was employed by the Marine Police in Nablus. <br> * He carried out an amaliya istishhadyia [act of martyrdom] in occupied Jerusalem in 2003 on behalf of the Al-Aqsa Martyrs' Brigades in ratiliation for the istishhad [death as a martyr] of Raed al-Karmi. | | |

[Illegible]  
NT AUTHORITY\NETWORK     Page 2/2     [Illegible]  
12/10/2012

02:009966 T

10 DEC 2012 14:28 [Illegible]

**Confidential**
**Palestinian National Authoruity**

58377
**General Intelligence**
**Palestinian Governorates**
**(Nablus Governorate Intelligence)**



Source: 2024
Follower: Ramadan
Date: 06/22/96

| | | | |
|---|---|---|---|
| 1. Identity No.: | 904564804 | Name of Father: | Ibrahim |
| 2. Name: | Sa'id | Alias: | Ramadan |
| 3. Name of Grandfather: | Sa'id | Mother's Name: | |
| 4. Commonly Used Name: | | Place of Birth: | |
| 5. Date of Birth: Body | 12/18/1978 | Structure (description): | |
| 6. Complexion: | | Eye color: | |
| 7. Hair color: | | Identifying Marks: | |
| 8. Marital Status: | Single | Spouse Name: | |
| 9. Number of Children: | | Training: | Maritime Police course |
| 10. Education: | 1st class of Junior High School | Languages: | |
| 11. Residence Address: | Village of Tal / Nablus | Work Address: | |
| 12. Name of Organization (the subject): | Fatah | Position in the Organization: | |
| 13. Level of Extremism: | | Level of Risk: | |
| 14. Authority: | | Type of weapons used by him: | |

**Life Milestones**

- Response to local query / police course

- The aforementioned is the oldest son in the family.

- He came to the village from Kuwait after the Gulf War.

- The family's financial situation is poor.

- He is good in terms of security and morals.

[Signature]

[illegible]/30/97

02:009967 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>               Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>               Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009965-9967.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009965-9967.

Dated: February 20, 2014

                                                                                   Yaniv Berman

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية
السلطة الوطنية الفلسطينية

المعلومات الشخصية :

الاسم : سعيد ابراهيم سعيد رمضان

| | | |
|---|---|---|
| رقم الفرد : | 314285 | رقم الهوية : 904564804 |
| وثيقة أخرى : | | رقم الوثيقة : 0 |
| الجنس : | ذكر | اسم الام : عزية | الديانة : مسلم |
| الحالة الاجتماعية : | غير معروف | مكان وتاريخ الميلاد : 18/12/1978 | الجنسية : فلسطينية |
| الانتماء السياسي : | فتح | حالة الانتماء : مؤيد | حالة الاعتقال : غير معروف |
| المحافظة : | نابلس | المنطقة : تل | العنوان : |
| العمل : | | عنوان العمل : | مكان العمل : |

تقارير الشخص :

| | | |
|---|---|---|
| رقم التقرير : | | تاريخ التقرير : 21/05/2010 |
| نوع التقرير : | ذاتية | مصدر التقرير : 2180+103+165+2290 |
| الموضوع : | معلومات | درجة الثقة : |
| تاريخ الادخال : | 21/05/2010 | |
| نص التقرير : | المذكور استشهد في عملية فتح في اسرائيل | |


10/12/2012

الصفحة : 1\2


NT AUTHORITY\NETWORK

02:009965

10. DEC. 2012 14:29   Mail 4G PGI NABLUS **CONFIDENTIAL**   NO. 6767   P. 9/59
infaxuser34@falcon

المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

**تقارير الشخص:**

| الحقل | القيمة |
|---|---|
| رقم التقرير | 0 |
| تاريخ التقرير | 24/12/2011 |
| نوع التقرير | معلومات |
| مصدر التقرير | |
| الموضوع | مرفقات |
| درجة الثقة | |
| تاريخ الإدخال | 24/12/2011 |
| نص التقرير | مرفقات |

**تقارير الشخص:**

| الحقل | القيمة |
|---|---|
| رقم التقرير | 00 |
| تاريخ التقرير | 09/12/2012 |
| نوع التقرير | ذاتية |
| مصدر التقرير | 2290 |
| الموضوع | |
| درجة الثقة | |
| تاريخ الإدخال | 10/12/2012 |

نص التقرير:
* المذكور من عناصر حركة فتح
* كان متفرغ على ملاك الشرطة البحرية في نابلس
* نفذ عملية استشهادية في القدس المحتلة عام 2003 باسم كتائب شهداء الأقصى رداً على استشهاد زائد الكرمي


NT AUTHORITY\NETWORK

10/12/2012     الصفحة 2\2

02:009966

10. DEC. 2012 14:28   M>i1 4G PGI NABLUS                    NO. 6767   P. 5/59
rptaxuser346fal CONFIDENTIAL

# السلطة الوطنية الفلسطينية



المخابرات العامة
المحافظات الفلسطينية
(مخابرات محافظة نابلس)

الصادر: ......... 58377
المتابع: سعدي
التاريخ: ك؟؟؟/؟؟؟؟

1- رقم الهوية: ............
2- الاســـم: ............
3- اسم الجد: ............
4- الاسم المتداول: ............
5- تاريخ الميلاد: ١٩٦٧ ............

اســم الاب: ابراهيم
اللقـــب: عرفات
اســم الام: ............
مكان الميلاد: ............
الطول/أوصاف/: ............

6- لون البشرة: ............
7- لون الشعر: ............
8- الحالة الاجتماعية: ............
9- عدد الاولاد: ............
10- التحصيل العلمي: أول اعدادي
11- عنوان السكن: عزبة على / نابلس
12- اسم التنظيم (الوضع): (............)
13- درجة التعصب: ............
14- المهنــة: ............

لون العينين: ............
علامات فارقة: ............
اسم الزوجة: ............
المهنة: جمعية سعد الخيرية
اللغـــات: ............
عنوان العمل: ............
نوع تسلسل التنظيم أو الجهة: ............
درجة النشاط ............

نوع الاسلحة التي يجيد استخدامه: ............

**أهم مفاصل في حياته**

- .. احتجاج على / احمد شوار
- .. اعتقل ......... عام ٢٠٠٦
- .. عين إلى الزنزانة من الكرسي يوم .. الأمن
- .. متبع دراسة الثنوية يعمل
- .. عمنه من الداخل .. جيد

[signature]

02:009967