

**PLAINTIFF'S EXHIBIT 157**

## Confidential

FROM:  FAX NO: 0  Dec 11 2006 09:08AM P1
[Handwritten]: Follow up to brother Shadi
[Signature] 12/10/2012

General Intelligence
Northern Governorates

In the name of Allah, the Compassionate and Merciful
**Palestinian National Authority**



### Personal Information

| Name | Nasser Jamal Mousa Shawish | | | | |
|---|---|---|---|---|---|
| Personal No. | 250799 | Identity No.: | 993006188 | | |
| [Referencing] Another Doc.: | | Doc. No. | 0 | | |
| Sex: | Male | Mother's Name: | Tarab | Religion: | Muslim |
| Marital Status: | Married | Place and Date of Birth: | 05/25/1975 Tulkarm | Nationality: | Unknown |
| Political Affiliation: | Fatah | Affiliation Status: | Member | Imprisonment Status: | Under arrest |
| Governorate: | Tubas | Area: | Aqaba | Address: | Aqaba |
| Occupation: | * | Work Address: | | Place of Work: | |

### Educational Level

| Status | Educational Institution | Address | Specialty | Educational Level |
|---|---|---|---|---|
| Graduate | Aqaba schools | Aqaba | None | Junior High School |

| Username: NT AUTHORITY\NETWORK | Page 1/4 | Report Created On: 12/11/2012 |
|---|---|---|

02:009988 T

FROM: FAX NO: 0  Dec 11 2006 09:09AM P2   **Confidential**

General Intelligence   In the name of Allah, the Compassionate and Merciful
Northern Governorates   Palestinian National Authority



## Personal Reports

| Report No.: | | Report Date: | 01/01/1900 |
|---|---|---|---|
| Report Type: | Information | Report Source: | |
| Subject: | Unknown | Level of Confidence: | |
| Date Entered: | 10/10/2005 | | |

Text of Report: 3/30/2004

On 8/18/2001, several young men, including the aforementioned, were seen engaging in suspicious activities in the mourning house of the shahid [martyr] Izz al-Din al-Masri. They followed each person, who arrived at the mourning house and delivered a speech. They also tried to get acquainted with anyone, who arrived from out of the area.

Entered on 5/2/2007   Sirin

## Personal Reports

| Report No.: | | Report Date: | 12/25/2011 |
|---|---|---|---|
| Report Type: | Information | Report Source: | 53 |
| Subject: | Prisoner Card, held by the occupation forces | Level of Confidence: | |
| Date Entered: | 12/10/2005 | | |

Text of Report:

**Prisoner Card of the Occupation Forces**

| Full Name: | Naser Jamal Mousa Shawish | Alias: | |
|---|---|---|---|
| Identification No.: | 993006188 | Nationality: | Palestinian |
| Political Affiliation: | Fatah | Current Address: | Nablus |
| Date of Birth: | 5/25/75 | Place of Birth: | Tulkarem Camp |
| Date of Arrest: | 2001 | Place of Detention: | Shata Prison |
| Type of Arrest: | Security | Sentenced to: | [Several] Life terms |
| Marital Status: | Married | Health Condition: | Good |
| No. of Children: | 2 | No. of Siblings: | 14 |
| Wife's Name: | Mona Mohamed al-Shawish | Mother's Name: | Tarab Nimr Shehadeh |
| Primary Profession: | None. | Education: | high school |

Confidential   02:009989 T

| Text of Report: | Prior Arrests in Israel: None. |
|---|---|
| | Prior Summoning for Interrogations in Israel: None. |
| | General comments (security and moral status, change of affiliation and any other comments): |
| | [redacted] |
| | The aforementioned was arrested for membership in a military cell of Fatah's Al-Aqsa [Martyrs'] Brigades. He killed five Israeli citizens and recruited istishhadiyin [people ready to commit acts of martyrdom]. |
| | [redacted] |
| | The aforementioned bought an 890-meter plot of land near the [illegible] gas station in Al-Fariah, in order to build a house. |
| | His wife is a teacher, and she is originally from Nablus. |

| [Illegible] | | [Illegible] |
|---|---|---|
| NT AUTHORITY\NETWORK | Page 2/4 | 12/11/2012 |

02:009989 T [continued]

**Confidential**

FROM: General Intelligence Northern Governorates
FAX NO: 0
Dec 11 2006 09:09AM P3

In the name of Allah, the Compassionate and Merciful

Palestinian National Authority



### Personal Reports

| Report No.: | - | Report Date: | 12/09/2012 |
|---|---|---|---|
| Report Type: | Information | Report Source: | 53 |
| Subject: | New development | Level of Confidence: | |
| Date Entered: | 12/10/2012 | | |

| Text of Report: | The aforementioned is still a prisoner in Israel. He was sentenced to five life terms and is currently in the Shata Prison. He has already served approximately 10 years.<br>The political affiliation of the aforementioned is Fatah / The Al-Aqsa Martyrs' Brigades.<br>The aforementioned received a high school diploma in prison and began university studies in political science. However, in the past year the Prison Service Authority punished him and did not let him study.<br>Last year he thought about divorcing his wife, Muna al-Shawish from Nablus, but he changed his mind. |
|---|---|

### Personal Reports

| Report No.: | 1 | Report Date: | 09/23/1991 |
|---|---|---|---|
| Report Type: | Information | Report Source: | File of the aforementioned |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 12/10/2012 | | |

| Text of Report: | [see next page] |
|---|---|

[Illegible]
NT AUTHORITY\NETWORK

Page 3/4

[Illegible]
12/11/2012

02:009990 T

FROM:  FAX NO: 0 **Confidential**   Dec 11 2006 09:09AM P4
General Intelligence   In the name of Allah, the Compassionate and Merciful
Northern Governorates   **Palestinian National Authority**



| | |
|---|---|
| Text of Report: | The aforementioned studied in Aqaba until junior high school.<br>The aforementioned served as a soldier in the National Security and was later fired. He worked in Palestine '48 [inside Israel] in agriculture. Now he works in construction in Jerusalem area.<br>The aforementioned was arrested for three months by the National Security Service as a result of a moral issue. There are rumors, according to which the aforementioned raped a young woman, whose cousin is ▬.<br>The aforementioned tried to have sex with the wife of his brother ▬, whose name is ▬ ▬. When she refused he threatened her with a gun.<br><br>The aforementioned and his father had a quarrel with ▬ Qabatiya. Following the quarrel, the aforementioned distributed three leaflets on 1/7/1998.<br><br>The first leaflet: A copy of the indictment the Military Prosecution issued against the aforementioned, according to which he was arrested after he left the military service without a reason.<br><br>The second leaflet: A copy of a reconciliation document between the Al-Shawish family and the sons of ▬.<br><br>The third leaflet: A copy of an indictment, in which ▬ from Aqaba (deceased) accuses ▬ from Aqaba of raping her.<br><br>The aforementioned, his brothers and his father placed pressure on ▬ ▬ who was killed after she married the aforementioned. They forced her to accuse her uncle ▬ of raping her.<br><br>The aforementioned causes problems in the village and provokes the people of the village.<br>The aforementioned formed a group called "The Mount of Fire Commandos" during the Intifada and attacked a number of the Youth members with sticks and knives.<br>The aforementioned and his group seized the weapons of ▬, a Black Panther from Raba.<br><br>The aforementioned and his father and brothers possess guns. The aforementioned, his father and his brothers possess weapons. The aforementioned had a brown 14mm gun with a wooden handle.<br>He tried to have sex with his brother ▬ wife, ▬ ▬.<br><br>The aforementioned was seen by an Intelligence patrol in Tubas while holding a gun. He escaped when they tried to arrest him.<br><br>The aforementioned fired from a gun in the wedding of Masoud Tawfiq Masoud Abu Ara/ Aqaba.<br><br>The family of the aforementioned is in contact with a collaborator called ▬ Palestine 48, who is originally from Nur Shams. He visits the home of the father of the aforementioned. |

02:009991 T

## Personal Reports

| Report No.: | | Report Date: | 12/09/2012 |
|---|---|---|---|
| Report Type: | Information | Report Source: | File of the aforementioned |
| Subject: | Information | Level of Confidence: | |
| Date Entered: | 12/10/2012 | | |

| Text of Report: | On 08/19/1999 he distributed a statement on behalf of the Islamic Jihad. |
|---|---|

In 1999, head of the Tourism and Antiquities in Khan Yunis, ▬ sent information, according to which the aforementioned was trying to deteriorate his wife, ▬ from Aqaba, through drugs and sex. It is worth mentioning that ▬ was ▬ fiancé before she married the aforementioned, Nasser.

In 1998 the aforementioned tried to harass the wife of his brother ▬

In 1998 we received information from First Lieutenant ▬ from the Drug Enforcement [Department] in Jericho according to which the aforementioned kidnapped a young woman from Nablus, whose name is ▬.

In 2001 the aforementioned carried an M16, an MP5 and a Kalashnikov and worked for the Islamic Jihad.

There is information, according to which he had sex with his wife ▬ before they were married, and that he had sex with his wife's friend, ▬.

| Username: | Page 4/4 | Report created on: |
|---|---|---|
| NT AUTHORITY\NETWORK | | 12/11/2012 |

02:009991 T [continued]

# CONFIDENTIAL
## Personal Report

| | | | | |
|---|---|---|---|---|
| File No: | 59120 | | | |
| Identification No: | 993006188 | Additional Docs.: | | |
| No: | | Nationality: | Palestinian | Personal Photo |
| First Name: | Nasser | Father's Name: | Jamal | |
| Grandfather's Name: | Mousa | Family Name: | Al-Shawish | |
| Commonly Used Name: | | | | |
| Date of Birth: | 5/26/1976 | Place of Birth: | | |
| Sex: | Male | Marital Status: | Married | |
| Mother's Name: | | | | |
| Educational Level: | Jounior High | Place of Graduation: | | |
| Affiliation Status: | Member | Political Affiliation: | Fatah | |
| Distrcit: | Tubas | Region: | Aqaba | |
| Address: | Aqaba | Religion: | | |
| Current Occupation: | * | Work Address: | | |

| Combat File | Political File | [Illegible] File | Mosques File | Foundations File | Student File |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

### Complementary Pesonal [File] – Political File

| | | | |
|---|---|---|---|
| Activity/Charge: | Military Wing | Risk Level: | Low |
| Detention Status: | Under arrest | First Organizational Position: | |
| Second Organizational Position: | | Third Organizational Position: | |
| Brief: | He was arrested on 06/01/2012 and was – Sentenced to 4 life terms, plus 55 years. | | |

### Friends and Relatives

| | | | |
|---|---|---|---|
| Name: | | Identification No: | |
| Mother's Name: | | Age or Date of Birth: | |
| Education: | | Political Affiliation: | |
| Nationality: | | Relationship: | |
| Comments: | | | |

### Reports

| | | | | | |
|---|---|---|---|---|---|
| Letter No.: | [Illegible] | Letter Date: | 03/09/07 | Date of Entry: | 10/2/2009 |
| Letter Type: | Report | | Charge: | | |
| Source of Letter: | Tubas | | Confidence Level: | | |

02:009992 T

**Confidential**

| Place of Storage: | | Subject: | Information report |
|---|---|---|---|

| Text of Letter: | <ul><li>This information was written in the report of ■■■■■■ from Aqaba / The Democratic Front / 906239637.</li><li>The aforementioned indicated that in 1997 he participated in the burning of a Mercedes Thunder, which belonged to a citizen by the name of Mohamed Mustafa Mohamed Qasem / Aqaba / Fatah. His partners in the act were Nasser Jamal Mousa al-Shawish, 993006188/ Fatah, who is detained now by the Israelis and with ■■■■■■ / Aqaba/ Fatah.</li><li>The aforementioned said that in 1995 he and Nasser al-Shawish burned an agricultural tractor that belonged to citizen Fathi Raja Awda Abu Ara, 929177079/Aqaba/ Fatah/ former employee of the Preventive Security. He claimed they did it following an organizational dispute.</li><li>The aforementioned said that in 1994 he and Nasser al-Shawish set the canteen of Aqaba Boys Primary School on fire.</li></ul> |
|---|---|

02:009993 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>　　　　　　　　Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009988-9993.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009988-9993.

Dated: February 20, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Yaniv Berman

FROM : FAX NO.CONFIDENTIAL Dec. 11 2006 09:00AM P1

بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

**المعلومات الشخصية :**

| الاسم : | ناصر جمال موسى شاويش |
|---|---|

| رقم الفرد : | 260799 | رقم الهوية : | 993006186 |
| وثيقة أخرى : | | رقم الزوجة | |
| الجنس | ذكر | اسم الأم : | طرب | الديانة | مسلم |
| الحالة الاجتماعية | متزوج / لا | مكان وتاريخ الميلاد | 25/05/1975 طولكرم | الجنسية | غير معروف |
| الانتماء السياسي | فتح | حالة الانتماء | عضو | حالة الاعتقال : | معتقل |
| المحافظة : | طولكرم | السلطة : | عقابا | العنوان : | عقابا |
| النسل | | طول ان النسل | | مكان النسل | |

**المستوى التعليمي :**

| الحالة | المؤسسة التعليمية | العنوان | التخصص | المستوى التعليمي |
|---|---|---|---|---|
| خريج | مدارس عقابا | عقابا | بلا | اعدادي |



11/12/2012   الصفحة : 1\4   NT AUTHORITY\NETWORK

02:009988

FROM :  
FAX NO. :0  
CONFIDENTIAL  
Dec. 11 2006 09:09AM P2

المخابرات العامة  
المحافظات الشمالية

بسم الله الرحمن الرحيم  
السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 01/01/1900 |
| نوع التقرير | معلومات | مصدر التقرير | |
| الموضوع | غير معروف | درجة الثقة | |
| تاريخ الإدخال | 10/10/2005 | | |

نص التقرير: 2004\3\30  
بتاريخ 2001/8/18 لوحظ وجود تحركات مشبوه له لعدد من الشبان من بينهم المذكور في بيت عزاء الشهيد " عز الدين المصري " وذلك ظهر من خلال تصرفاتهم حيث انهم يراقبون كل من يحضر الى بيت العزاء ويلقي القبض ومن يحضر من خارج المنطقة بحاولون التعرف علبه

ادخل بتاريخ 2007/5/2   سرين

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | | تاريخ التقرير | 25/12/2011 |
| نوع التقرير | معلومات | مصدر التقرير | 53 |
| الموضوع | بطاقة معتقل لدى قوات الاحتلال | درجة الثقة | |
| تاريخ الإدخال | 10/12/2012 | | |

نص التقرير:  
بطاقة معتقل لدى قوات الاحتلال  
الاسم الرباعي: ياسر جمال موسى شاويش      اللقب:  
رقم الهوية: 993006188                       الجنسية: فلسطيني  
الانتماء السياسي: فتح                         العنوان الحالي: نابلس  
تاريخ الميلاد: 25/5/1975                      مكان الميلاد: مخيم طول كرم  
تاريخ الاعتقال: 2001                          مكان الاعتقال: سجن شطة  
نوع الاعتقال: امني                            الحكم: خمس مؤبدات  
الحالة الاجتماعية: متزوج                      الوضع الصحي: جيد  
عدد الأولاد: اثنين                            عدد الإخوة: اربع عشر شقيق  
اسم الزوجة: منى محمد شاويش                   اسم الأم: طرب نمر شحاده  
المهنة الأصلية: بلا                           التحصيل العلمي: ثانوي  
اعتقالات سابقة طرف الاسرائيليين: لا يوجد  
استدعاءات سابقة طرف الإسرائيليين: لا يوجد

ملاحظات عامة ( الوضع الأمني والأخلاقي وتغيير الانتماء واية ملاحظات اخرى)

المذكور اعتقل على خلفيه انتمائه لخلايه عسكريه في كتائب الاقصى/فتح وقتل مواطنين اسرائيليين وحدهم خمسه وتجنيد استشهاديين

المذكور اشترى قطعة ارض بمساحة 890م في منطقة محطة محروقات السوده /للفارعه من اجل بناء منزل عليها  
زوجته تعمل مدرسه وهي من نابلس في الاصل

11/12/2012     الصفحة : 2\4     NT AUTHORITY\NETWORK  
02:009989



بسم الله الرحمن الرحيم

المخابرات العامة
المحافظات الشمالية

السلطة الوطنية الفلسطينية

تقارير الشخص:

| | | | |
|---|---|---|---|
| 09/12/2012 | تاريخ التقرير | ؟ | رقم التقرير |
| 53 | مصدر التقرير | معلومات | نوع التقرير |
| | درجة الثقة | مستجد | الموضوع |
| | | 10/12/2012 | تاريخ الادخال |

نص التقرير:

المذكور ما زال معتقل لدى الاسرائيلين و محكوم خمس مؤبدات و حاليا في سجن شطة و حاليا مضى من حكمة عشر سنوات تقريبا
المذكور انتماءه السياسي فتح / كتائب شهداء الاقصى
المذكور حصل على شهادة التوجيهي بداخل السجن ولتنتب الى الجلسة تخصصي علوم سياسية الا انه منذ علم انقطع من الدراسة كعقاب من قبل ادارة السجن للاسرى
خلال العام الماضي كان لديه نية لطلاق زوجته ( منى الشاويش *) و هي من نابلس الا انه عدل عن هذة الفكرة

تقارير الشخص:

| | | | |
|---|---|---|---|
| 23/09/1991 | تاريخ التقرير | 1 | رقم التقرير |
| ملف المذكور | مصدر التقرير | معلومات | نوع التقرير |
| | درجة الثقة | معلومات | الموضوع |
| | | 10/12/2012 | تاريخ الادخال |

نص التقرير



11/12/2012　　　3\4　الصفحة :　　NT AUTHORITY\NETWORK

02:009990

FROM :                           FAX NO. :0                     Dec. 11 2006 09:09AM  P4
                                 CONFIDENTIAL



المخابرات العامة
المحافظات الشمالية

بسم الله الرحمن الرحيم
السلطة الوطنية الفلسطينية

درس المذكور حتى المرحلة الإعدادية في مدارس عقابا
عمل المذكور جندي في صفوف الأمن الوطني ثم فصل ويعمل في طوره في فلسطين 48 في مجال الزراعة
ويعمل حاليا في منطقة القدس في مجال البناء
اعتقل المذكور لدى جهاز الأمن الوطني على خلفية مشكلة أخلاقية حدثت معه لمدة ثلاثة شهور
حيث قاموا بأن المذكور قام باغتصاب فتاة تكون بنت خال المذكور المدعو [محجوب]
حاول المذكور ممارسة الجنس مع زوجة شقيقة عدنان ويدعى رائده محمد يوسف نزال /قباطية وعند رفضها
حاول الضغط عليها بقوة السلاح
قام المذكور ووالده يحل مشكلة مع المدعو [محجوب] على اثر هذه المشكلة قام
المذكور بتوزيع ثلاث منشورات بتاريخ 7/1/98
المنشور الأول : يسوره عن اقرار اتهام من القرية العسكرية على المذكور تبين ان صلاته اعتقاله جاءت لأنه
ترك الخدمة العسكرية بدون سبب
المنشور الثاني : يحوي على صوره مسلح وتسابح بين ال الشاويش وابناء مصطفى محمد حمدان ابو
عمره / عقابا
المنشور الثالث : يحوي صوره عند الزل والتهام من المعزو ه الله محمود مصطفى حمدان / عقابا / منزوفه لسها
المدعو [محجوب] / عقابا بأنه قام باغتصابها
قام المذكور وشقاوه ووالده بالضغط على المدعو ه الله محمود مصطفى حمدان / عقابا قلت بعد زواجها من
المذكور حيث قاموا بإجبارها على اتهام عمها [محجوب] / عقابا بأنه قام باغتصابها
يقوم المذكور بإثارة المشاكل في القرية ويقوم باستفزازات لأهالي القرية
المذكور شكل مجموعه اطلق عليها (كوندوز جهل النفر) لاين الانتقاشه حيث قام المذكور بالاعتداء على عدد
من عناصر الشبيبه وضربهم بالعصي والسكاكين
اشترى المذكور ويمجوعة على اسلحة المدعو [محجوب] لأبهد اسود /رابا
المذكور ووالده وشقاوه وملكون السلاح حيث ان المذكور اشهر مسدس 14 ملم /ادم خشب/ازنه ابي عندما حاول
ممارسة الجنس مع زوجة شقيقة عدنان المعزو رائده محمد يوسف نزال /ابو رقعه /قباطية
شوهد المذكور من قبل دوريه مخابرات طولكرم وهو يحمل مسدس وابن خلويا عند محاوله اعتقاله
قام المذكور بالطلاق دار في مرين المدعو /مسعود توفيق مسعود ابو عمره /عقابا
لاهره المذكور علاقة مع عميل يدعى [محجوب] الفلسطيني 48 واسمه من نور شمس /حيث يتردد على بيت
والد المذكور

تقارير الشخص:

| | | | |
|---|---|---|---|
| رقم التقرير | --- | تاريخ التقرير | 09/12/2012 |
| نوع التقرير | معلومات | مصدر التقرير | ملف المذكور |
| الموضوع | معلومات | درجة الثقة | |
| تاريخ الإدخال | 10/12/2012 | | |

نص التقرير:
- بتاريخ 19/8/2001 قام بتوزيع بيان باسم الجهاد الإسلامي
في عام 1999 وردت معلومة من " [محجوب] / مدير المدرسة والاثر في خان يونس " وتحدث بان
المذكور يعمل على استغلال زوجته " منى النجاري / تعمل مدرسة في عقابا " و ذلك من خلال المخدرات و
ايضس : علما ان [محجوب] هو خطيب على سابقة لأبل زواجها من المذكور اعلاه ناصر .
قام المذكور بمحاولة التحرش بزوجة شقيقه " عدنان " وتدعى " رائده " وذلك عام 1998
- عام 1998م وردتنا معلومات من " ملازم اول / [محجوب] / مكافحة المخدرات - اريحا " بان المذكور
اعلاه قام باختطاف فتاة من نابلس تدعى " منى النجاري "
- عام 2001 المذكور كان يحمل سلاح من نوع أم 16 و أم بي 5 و كلاشنكوف و كان يصل لصالح الجهاد
الإسلامي
- هناك معلومات مفادها انه مارس الجلس مع زوجته " منى " لبل زواجهما و انه مارس الجنس مع صديقة
زوجته " صفاء المصري "

| | 4\4 | : المصنفة | NT AUTHORITY\NETWORK |
|---|---|---|---|
| 11/12/2012 | | | |

02:009991

**CONFIDENTIAL**

ذاتية المتهم

| | | | |
|---|---|---|---|
| رقم الملف | 59120 | | |
| رقم الهوية | 993006188 | وثيقة أخرى | |
| رقمها | | الجنسية | فلسطينية |
| الاسم الأول | ناصر | اسم الأب | جمال |
| اسم الجد | موسى | اسم العئلة | الشاويش |
| اسم المعتاد | | | |
| تاريخ الميلاد | 5/25/1975 | مكان الميلاد | |
| الجنس | ذكر | الحالة الاجتماعية | متزوج |
| اسم الأم | | | |
| المستوى التعليمي | إعدادي | مكان التخرج | |
| حالة الانتماء | عضو | الانتماء التنظيمي | فتح |
| المحافظة | طولكرم | المنطقة | عقابا |
| العنوان | عقابا | المدينة | |
| العمل الحالي | * | عنوان العمل | |

ملف المتبوعة | الملف السياسي | ملف المعتقل | ملف المساجد | ملف المؤسسات | ملف التلاوية
☑ | ☐ | ☐ | ☐ | ☐ | ☐

**ذاتية تكميلية - ملف الأمني**

| | | | |
|---|---|---|---|
| النشاط/التهمة | جناح عسكري | درجة الخطورة | ضعيف |
| وضع الاعتقال | معتقل | المنصب التنظيمي الأول | |
| المنصب التنظيمي الثاني | | المنصب التنظيمي الثالث | |
| ملخص | اعتقل بتاريخ 2002\6\11 محكوم 4 مؤبدات + 55 عام | | |

**أصدقاء وأقارب**

| | | | |
|---|---|---|---|
| الاسم | | رقم الهوية | |
| اسم الأم | | السن أو تاريخ الميلاد | |
| التحصيل العلمي | | المهنة | |
| مكان العمل | | الانتماء السياسي | |
| الجنسية | | العلاقة | زوجة |
| ملاحظات | | | |

تقارير

| | | | |
|---|---|---|---|
| رقم الكتاب | أ ع / 400 / ط | تاريخ الكتاب | 09/02/07 | تاريخ الإدخال | 2/10/2009 |
| نوع الكتاب | تقرير | التهمة | |
| مصدر الكتاب | طولكرم | درجة الثقة | |

02:009992

**CONFIDENTIAL**

| مكان الصفة | | الموضوع | تقرير معلومات |
|---|---|---|---|
| نص الكتاب | | | |

* وردت هذه المعلومات في تقرير المدعو ███ /عقايا/ جبهة ديمقراطية/906239637
* افاد المذكور انه في عام 1997 شارك في احراق سيارة من نوع " مرسيدس بنز " تعود ملكيتها للمواطن " محمد مصطفى محمد قاسم / عقايا / فتح " وشاركه في ذلك المدعو " ناصر جمال موسى الشاويش / 993006188 / فتح / معتقل حاليا لدى الاسرائيليين والمدعو ███ عقايا / فتح "
* افاد المذكور انه في عام 1995 اقدم بمشاركة " ناصر الشاويش " على احراق جرار زراعي تعود ملكيته للمواطن " فتحي رجا جودة ابو عرة / 929177079 / عقابا / فتح / امن وقائي متقاعد " وذلك على خلاف شخصي كما يدعي
* افاد المذكور انه عام 1994 اقدم المذكور وبرفقة المدعو " ناصر الشاويش " على احراق مقصف مدرسة عقابا الاساسية للبنين

02:009993