

PLAINTIFF'S EXHIBIT
159

**CONFIDENTIAL**  1 s/ 428/ A    [illegible] under arrest

Fatah  S/2632-02044

m f/ 1186    **A Security Check for the Political File**    01/03/2005

| Identity Card No.: | 902845643 | Full Name: | | | [illegible] Abdel Rahman Salem Mousleh |
|---|---|---|---|---|---|
| Mother's Name: | Fahima | Commonly-used Family Name: | | | Al-Tarifi |
| Date of Birth: | 04/25/1977 | Place of Birth: | | | Ramallah |
| Political Affiliation: | Al-Aqsa Martyrs | Wing: | | | Military |
| Risk Level: | | Place of Residence: | | | Umm al-Sharayet |
| Some Information About Him: | Graduated middle school in Al-Amaari. Currently imprisoned and sentenced to 9 life terms / Al-Aqsa Martyrs | | | | |
| Position in the Organization: | None | Imprisonment Status: | | | Yes / Security [offenses] |
| Profession: | Employee at the telecommunications company / driver | Work Address: | | | No address at the moment. Employed by [illegible] company |
| Height: | 175 cm | Distinctive Features: | | | None/ thin |
| Body Size: | Medium | Complexion: | | | Brownish |
| Hair Color: | Black | Eye Color: | | | Brown |
| Education: | Middle school | Place of Education: | | | Al-Amaari/ Ramallah |
| Marital Status: | Married | | | | |
| Nature: | Quarrelsome | | | | |
| His Desires: | - | | | | |
| Self-Confidence: | Strong | | | | |
| Shortcomings: | - | | | | |
| His Cars: | None | | | | |
| His Telephone Numbers: | None | | | | |
| Extra Income Resources: | None | | | | |
| Properties: | House | | | | |
| Daily work | Currently in prison. | | | | |
| Wife's No. | Full Name | Family Name | | Profession | Information about her and her affiliation |
| 1. | Khalida Mousleh | Mousleh | | Clerk | Employee at the telecommunications company |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

02:009997 T

CONFIDENTIAL

| Child No. | Name | Age | Mother's Name | Profession | Information about her and her affiliation |
|---|---|---|---|---|---|
| 1. | Ahmed | 3 years | Khalida | Young | He is young, 3 years-old. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Brother No. | Name | Age | Mother's Name | Profession | Information about him and his affiliation |
|---|---|---|---|---|---|
| 1. | Salem | 30 years-old | Fahima | Aluminum | Married/ works in aluminum [illegible] |
| 2. | Sami | 29 years-old | Fahima | Clerk | He is an employee at the Ministry of Civil Affairs |
| 3. | Mahmoud | 24 years-old | Fahima | Unemployed | Blind / Injured by a landmine. |
| 4. | Ahmed | 22 years-old | Fahima | Aluminum | Works in aluminum with his brother Salem/engaged |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Friend's Full Name | Age | Political Affiliation | Profession | Information about him |
|---|---|---|---|---|
| Tareq Mohamed Dawud [illegible] | 28 years-old | Al-Aqsa Martyrs | Wanted | Wanted/ Al-Aqsa Martyrs |
| [illegible] Ibrahim Mousa [illegible] | 28 years-old | Al-Aqsa Martyrs | Imprisoned | Al-Aqsa Martyrs / two life sentences |
| Zaidan Muhareb | 27 years-old | Al-Aqsa Martyrs | Wanted | Al-Aqsa Martyrs/ Wanted |

02:009998 T

CONFIEDENTIAL

| Full Name of Relatives who work in the [Palestinian] Authority | Age | Political Affiliation | Profession | Information about him |
|---|---|---|---|---|
| Shafiq Sami Abdel Rahman | 30 years-old | Fatah | Employee | In the Ministry of Civil Affairs |
| His father Abdel Rahman | 50 years-old | Fatah/ [illegible] | Employee | In the office of [illegible] |
| His sister Arij | 23 years-old | No affiliation | [illegible] | Ramallah directorate/ [illegible] |
| His brother Ahmed | 22 years-old | Fatah | Special Units | Fatah/[illegible]/ Special Units [illegible] |

## Detention Appendix

| Detained by (1) | Detained from | Reason of Detention | Main Charge | Date of Detention |
|---|---|---|---|---|
| The occupation | Home | Al-Aqsa Martyrs | Killing 9 Israelis | At the beginning of the Intifada |
| **Type of Detention** | **Status in the Organization** | **Current Status** | **Date of Release** | **Notes** |
| Security | | | | |
| **Detained by (2)** | **Detained from** | **Reason of Detention** | **Main Charge** | **Date of Detention** |
| | | | | |
| **Type of Detention** | **Status in the Organization** | **Current Status** | **Date of Release** | **Notes** |
| | | | | |
| **Detained by (3)** | **Detained from** | **Reason of Detention** | **Main Charge** | **Date of Detention** |
| | | | | |
| **Type of Detention** | **Status in the Organization** | **Current Status** | **Date of Release** | **Notes** |
| | | | | |

**Notes about minor detention periods:**

**Personal information:** He finished middle school from Al-Amaari School. Afterwards he worked as a driver for the telecommunications company. Then he was active with the Al-Aqsa Martyrs' [Brigades] and was arrested during the Al-Aqsa Intifada. He was sentenced to 9 life terms for killing 9 Israelis. His house was demolished after he was arrested.

02:009999 T

**CONFIDENTIAL**

General comments about him:
His brother Sami was arrested several times. His wife Khalida works in the telecommunications company. He is known as Abu [illegible].

[Signature] 12/04                                    The case officer
                                                     [Signature]

| | | |
|---|---|---|
| **The opinion of the officer in charge of the organization's file regarding the level of importance and the reason for it.** | He is imprisoned and therefore not active. He was very active before he was arrested. | |
| **The opinion of the officer in charge of the political file regarding the level of importance and the reason for it.** | Currently imprisoned.<br><br>[Signature] | |
| **The opinion of the Head of the Governorate regarding the level of importance and the reason for it.** | | |

**Political Activity Appendix**

| Activity No. | Name | Responsibility | Date | Weapon Used | Weapon Source | Results |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4

02:010000 T

**CONFIDENTIAL**

Palestinian National Authority

Palestinian General Security                    No.: GSR/576/ [illegible]

General Intelligence                                                 Date: 06/20/2004

[West] Bank Governorates Directorate          [Handwritten:] 30119/[illegible]


To the Head of the Intelligence in Ramallah and al-Bireh, may Allah protect you,

Greetings,

### Subject: Security Check

| | | | |
|---|---|---|---|
| **Full name:** | Mohammed Abdel Rahman Salem Mousleh | **Identity card no.:** | 902845643 |
| **Place and Date of Birth:** | The [United Arab] Emirates - 23 years-old | | |
| **Address:** | Umm al-Sharayet | **Town of Origin:** | Dir Tarif |
| **Profession and Place of Work:** | The office of the Movement's Higher [Committee] | | |
| **Education:** | Middle school | | |
| **Marital Status:** | Married | **Husband's/Wife's name:** | |
| **Family Status:** | Good | | |
| **Political Affiliation:** | Fatah | | |
| **Sentences and imprisonment:** | Yes | | |
| **Security Status:** | Good | | |
| **Moral Status:** | Good | | |
| **Comments:** | The aforementioned has been imprisoned by the Israeli side for two years. He is sentences to 9 life terms. The army demolished his house about two months ago. He was one of the Fatah military activists in the region. His alias is "Abu Satha". | | |

The case officer: N. R                              Regional officer: [Signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:009997-10001.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:009997-10001.

Dated: February 20, 2014

Yaniv Berman

**CONFIDENTIAL**

بحث امني للملف السياسي

| | |
|---|---|
| الاسم الرباعي: | |
| اسم العائلة المعتمد: | |
| مكان الميلاد: | |
| الجناح: | |
| مكان السكن: | |
| درجة الخطورة: | |
| نبذة مختصرة عنه: | |
| حالة الاعتقال: | |
| مكان العمل: | |
| علامات فارقة: | |

| | |
|---|---|
| رقم الهوية: | ٩٠٢٨٤٥٦٩٣ |
| اسم الأم: | |
| تاريخ الميلاد: | ١٩٧٧/٩/٣٠ |
| الانتماء السياسي: | |
| المنصب التنظيمي: | |
| المهنة: | |
| الطول: | |
| البنية: | |
| لون الشعر: | |
| التحصيل العلمي: | |
| الحالة الاجتماعية: | |
| طباعه: | |
| رغبته: | |
| قوة الشخصية: | |
| نقاط ضعفه: | |
| مميزاته: | |
| ارقام هواتفه: | |
| مصادر دخل أخرى: | |
| علاقاته: | |
| اعمال يومية يقوم بها: | |

| لون البشرة: | |
| لون العين: | |
| مكان التحصيل العلمي: | |

| نبذة عنها والتماءها | عملها | اسم عائلتها | الاسم الرباعي | ترتيب الزوجة |
|---|---|---|---|---|
| | مدرسة | | | ١. |
| | | | | ٢. |
| | | | | ٣. |
| | | | | ٤. |

02:009997

**CONFIDENTIAL**

| ترتيب الأبن | الإبن | العمر | اسم الأم | عمله | نبذه عنه وانتماؤه |
|---|---|---|---|---|---|
| ١. | أحمد | | خلدة | عامل | غير ٣ سنوات |
| ٢. | | | | | |
| ٣. | | | | | |
| ٤. | | | | | |
| ٥. | | | | | |
| ٦. | | | | | |
| ٧. | | | | | |
| ٨. | | | | | |
| ٩. | | | | | |

| ترتيب الأخ | الاسم | العمر | اسم الأم | عمله | نبذه عنه وانتماؤه |
|---|---|---|---|---|---|
| ١. | سالم | | | | |
| ٢. | عباس | | | | |
| ٣. | محمد | | | | |
| ٤. | محمد | | | | |
| ٥. | | | | | |
| ٦. | | | | | |
| ٧. | | | | | |
| ٨. | | | | | |
| ٩. | | | | | |
| ١٠. | | | | | |

| الاسم الرباعي للصديق | العمر | الانتماء السياسي | عمله | نبذه عنه |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

٢

02:009998

**CONFIDENTIAL**

| نبذه عنه | عمله | الانتماء السياسي | العمر | الاسم الثلاثي وكنيته يكتب بخط واضح في الخانة |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| تاريخ الاعتقال | التهمة الرئيسية | سبب الاعتقال | مكان الاعتقال | جهة الاعتقال (١) |
|---|---|---|---|---|
| ملاحظات | تاريخ الافراج | وضعه الخاص | وضعه التنظيمي | نوع الاعتقال |
| تاريخ الاعتقال | التهمة الرئيسية | سبب الاعتقال | مكان الاعتقال | جهة الاعتقال (٢) |
| ملاحظات | تاريخ الافراج | وضعه الخاص | وضعه التنظيمي | نوع الاعتقال |
| تاريخ الاعتقال | التهمة الرئيسية | سبب الاعتقال | مكان الاعتقال | جهة الاعتقال (٣) |
| ملاحظات | تاريخ الافراج | وضعه الخاص | وضعه التنظيمي | نوع الاعتقال |

ملاحظات لفترات اعتقال غير رئيسية

٣

02:009999

**CONFIDENTIAL**



02:010000

**CONFIDENTIAL**

السلطة الوطنية الفلسطينية



رئاسة جهاز المخابرات الفلسطيني
المخابرات العامة
مدينة محافظات الضفة

الرقم: ف م/١/١٥٧٦

التاريخ: ٢٠٠٦/٦/١

٣٦٦/

الأخ/ مدير مخابرات محافظة رام الله والبيرة ... حفظه الله

تحية وبعد ..

الموضوع: بحث أمني

| الاسم الرباعي: | عبد الرحمن سائب أبو سرية منصور | رقم الهوية: ٩٥٢٣٧٤٦٩٣ |
|---|---|---|

| مكان وتاريخ الميلاد: | أبو ديس - ٢٠٠٢ | |
| عنوان السكن: | رام الله/ ريفا | البلد الأصلي: أبو ديس/ طريق |
| المهنة ومكان العمل: | عامل مجركة المطبوع | |
| المؤهل العلمي: | ثانوي | |
| الحالة الاجتماعية: | متزوج | اسم الزوجة: |
| وضع الأسرة: | جيد | |
| الانتماء التنظيمي: | فتح | |
| الأحكام والسجون: | لا يوجد | |
| الوضع الأمني: | جيد | |
| الوضع الأخلاقي: | جيد | |

ملاحظات: المذكور معتقل لدى أجهزة أمن السلطة منذ حوالي ٥ و حكم عليه
بالسجن ٤ عام أفرج عنه بعد كفالة ٥٠٠٠ دينار
كما هو مسجل بأجهزة أمن السلطة رقم ٢ م��� المطبخ الأبو سطي

ضابط الحالة: ميس

مسؤول المنطقة: م

02:010001