PLAINTIFF'S
EXHIBIT
162

[Illegible]

Fatah                          MQ/8    Entered

                                       Imprisoned          AS/ 427/ [illegible]


## Security Report for the Political File

| Identification No.: | 959251745 | Full Name: | Marwan Hasib Hussein al-Barghouti |
|---|---|---|---|
| Mother's Name: | Zuhriyah Abdel Rahim | Common Family Name: | al-Barghouti |
| Date of Birth: | 06/06/1959 | Place of Birth: | Kubar |
| Political Affiliation: | Fatah | Wing: | Political |
| Risk Level: | | Place of Residence: | Kubar |
| Brief Comment about Him: | | | |
| Position in the Organization: | Secretary General of Fatah Movement | Imprisonment Status: | He was arrested while visiting the house of Ziyad Abu Ein. |
| Profession: | A member of the Legislative Council | Workplace: | Ramallah |
| Height: | 165 | Identifying Marks: | None |
| Body Structure: | Good | Complexion: | Brownish |
| Hair Color: | Black | Eye Color: | Brown |
| Education: | M.A. in political sciences | Place of Education: | Birzeit University |
| Marital Status: | Married | | |
| His Nature: | Quiet and composed | | |
| His Desires: | | | |
| Self-Confidence: | Very strong | | |
| Weakness Points: | None | | |
| His Cars: | Currently, he does not have a car because he is imprisoned. | | |
| His Telephone Numbers: | | | |
| Other Income Sources: | The salary + his wife's job | | |
| His Possessions: | His house in Ramallah | | |
| His Daily Activities | He is currently in prison. | | |

| Wife's No. | Full Name | Family Name | Profession | Information about her and her Affiliation |
|---|---|---|---|---|
| 1. | Fadwa Mohamed Ismail | Al-Barghouti | Lawyer | She is about 40 years-old. She is a member of Fatah Movement and a well-known figure in the homeland. |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

1

| Child No. | Name | Age | Mother's Name | Profession | Information about him and his Affiliation |
|---|---|---|---|---|---|
| 1. | ███ | 22 years-old | Fadwa | Student | He is currently detained in prison. He is a member of the Fatah Movement. |
| 2. | Sharaf | 15 years-old | Fadwa | Pupil | |
| 3. | Arab | 12 year-old | Fadwa | Pupil | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| Brother No. | Name | Age | Mother's Name | Profession | Information about him and his Affiliation |
| 1. | Atef | 55 years-old | Zuhriya | A soldier | He works in the National Security. He is a member of the Fatah Movement. |
| 2. | Hisham | 52 years-old | Zuhriya | A clerk in Saudi Arabia | He has been working for around twenty years. He is a member of the Fatah Movement. |
| 3. | Issam | 50 years-old | Zuhriya | An employee of the Ramallah municipality. | He is a supporter of the Fatah Movement. |
| 4. | Muqbel | 38 years-old | Zuhriya | An employee in the Ministry of Information | A member of the Fatah Movement |
| 5. | Mohamed | 33 years-old | Zuhriya | He works in the General Intelligence Service | A member of the Fatah Movement |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| Friend's Full Name | Age | Political Affiliation | Profession | Information about him | |
| Ahmed Ghathem | 50 years-old | Fatah | Undersecretary of the Ministry of Local Government | | |
| Qaddoura Fares | 50 years-old | Fatah | A member of the Legislative Council | | |
| | | | | | |

2

**CONFIDENTIAL**                    02:010016 T

| Full Name of Relatives who work in the [Palestinian] Authority | Age | Political Affiliation | Profession | Information about him |
|---|---|---|---|---|
| Atef – brother | 55 | Fatah | National Security | |
| Muqbel – brother | 38 | Fatah | Ministry of Information | |
| Mohamed – brother | 32 | Fatah | General Intelligence | |

## Imprisonment Appendix

| Imprisoned by (1) | Place of Imprisonment | Reason of Imprisonment | Main Charge | Date of Imprisonment |
|---|---|---|---|---|
| Israel | Ramallah Prison | Security | An armed cell | 1978 |
| **Type of Imprisonment** | **Status in the Organization** | **Current Status** | **Date of Release** | **Notes** |
| Sentence | Good | Imprisoned | 1983 | He was sentenced for 4.5 years |
| **Imprisoned by (2)** | **Place of Imprisonment** | **Reason of Imprisonment** | **Main Charge** | **Date of Imprisonment** |
| Israel | Jneid Prison | Security | Incitement/ Student Council | 1985 |
| **Type of Imprisonment** | **Status in the Organization** | **Current Status** | **Date of Release** | **Notes** |
| Administrative | Good | Imprisoned | He was deported to Jordan after an imprisonment period of more than a year. | |
| **Imprisoned by (3)** | **Place of Imprisonment** | **Reason of Imprisonment** | **Main Charge** | **Date of Imprisonment** |
| Israel | Beersheba | Security | Leader of the Al-Aqsa Martyrs' Brigade | 04/15/2004 |
| **Type of Imprisonment** | **Status in the Organization** | **Current Status** | **Date of Release** | **Notes** |
| Sentence | Good | Imprisoned | He was sentenced to five life terms and forty years. | |

**Notes about Minor Detention Periods:** None.

**Personal Information:** He was born in Kubar in 1958. He attended primary school at the village's school and then he attended middle school and high school in Prince Hassan High School. He was arrested before he graduated from high school. He was sentenced to four years, to which six more months were added later following an interrogation of a collaborator in prison. After his release, he joined the Birzeit University and was one of the most active brothers there. He became head of the Student Council at the university. As a result of this activity, he was deported to Jordan in 1987.

CONFIDENTIAL                    02:010017 T

He worked there at the offices of [illegible]. Then he returned to the land of the homeland in [illegible] and was nominated and elected as a member of the Legislative Council. He became one of the most prominent figures at the beginning of the Intifada and was arrested and sentenced to five life terms. He is still in prison.

> **General Information about him:** He is one of the brothers, who enjoy a very strong personality. He is ambitious. He used the [illegible] inside prisons for learning. He mastered the Hebrew language, as well as English and French.

| | |
|---|---|
| **The Opinion of the Officer in Charge of the Organization File, Regarding the Level of Importance and the Reason for it:** | Very important. He is very active and has influence even form within the prison. |
| **The Opinion of the Officer in Charge of the Political File, regarding the Level of Importance and the Reason for it:** | Currently imprisoned.<br><br>[Signature] |
| **The Opinion of the Head of the Governorate, Regarding the Level of Importance and the Reason for it:** | |

### Appendix of Military Activities

| Activity No. | Activity Definition | The Party Responsible for the activity | Activity Date | The weapon Used | Weapon Source | Results of the Activity |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[Signature]

12/05/2004

4

CONFIDENTIAL        02:010018 T

10/11/2005    13:18    C1AD4 92962144                          PI/ 8  No. 890 [Illegible]
<u>To be used</u>  2938

In the name of Allah, the Compassionate and Merciful
Palestinian National Authority

Palestinian General Intelligence
Northern Governorates
Central Operations

The Fatah File was transferred to the archive

No.: _____

Date: 11/12/2005

Member of the Legislative Council                          Abu al-Qassam

### Personal Information - Candidate for the Legislative Council

| Name | Mawan Hasib Hussein Al-Barghouti | Alias | Marwan Al-Barghouti | Identification Card | 959251745 |
|---|---|---|---|---|---|
| Date of Birth | 06/06/1959 | Current Governorate | Ramallah | Current Region | Ramallah |
| Former Governorate | Ramallah | Former Region | Ramallah | Affiliation | Fatah |
| Profession | Secretary General of Fatah Movement | Academic Qualification | Master's degree in political science | Supported by | Fatah Organization |
| Financial Status | Good | | | | |
| Security Status | Very good | | | | |
| Moral Status | Very good | | | | |

**His Involvement in the Situation**    He is currently imprisoned.

| | |
|---|---|
| Political | Good |
| Social | Good |
| Economic | Good |
| Institutional | Good |

| His Personal Traits (Characteristics) | He has a strong personality and is an eloquent speaker. | |
|---|---|---|
| The Extent to which people like his behavior and personality | Very good | |
| Weakness Points | None | |
| Strength Points | Very good, through the organizational base and his competence | |
| His Influence on the Society | Strong | |
| The Most Prominent Candidates Competing against Him | 1. None | 2. |
| He has Chances for Winning if he is nominated as | Independent (   )      Tribal (      ) | Party Member (✓) |

The chances of keeping him for the benefit of Fatah in case he wins: Very strong
**The Way to do it:** Assigning him the position of the Secretary General of the Fatah Movement in the West Bank
[Illegible]    /Kubar Site/    629    Seen [illegible] [signature] 11/13/2005

**CONFIDENTIAL**                                    02:010019 T

In the name of Allah, the Compassionate and Merciful

Palestinian National Authority

Palestinian General Intelligence

Northern Governorates

Central Operations

No.:

Date:

**Information about his Family:**

He is respected by the al-Barghouti family in the homeland and abroad. He is considered a symbol that raises the family's reputation. They have all devoted themselves for his sake so that he could reach the goal.

**Personal Information:**

He studied at Prince Hassan High [School] during the 1970s. He was then arrested and was sentenced to 4 years. He got his high school diploma while in prison, and then joined the Birzeit University and was one of the first members of the Student Council at the university. He was deported before the First Intifada and he had an influential role in Amman concerning the occupied land. He returned to the homeland upon the entrance of the [Palestinian] Authority. [Illegible] in the Legislative [Council] during the first phase and he is a member of the Legislative [Council] until now. He has been imprisoned since the invasion of Ramallah in 2002. He is sentenced to several life terms and is still in prison at the moment. He enjoys great popularity among the youth and is very active in national activities on the level of the homeland.

- The aforementioned was head of the Student Council at Birzeit University.

- ███████, the son of the aforementioned, was arrested by the Israelis.

- He is the Secretary General of the Fatah Movement in the West Bank.

- He won in the elections for the Legislative Council in 1996.

- His wife, Fadwa al-Barghouti, is a member of the Ramallah Municipal Council.

- He worked as a lecturer at the Al-Quds University in Abu Dis.

**CONFIDENTIAL**                                          02:010020 T

In the name of Allah, the Compassionate and Merciful

To brother Head of Intelligence in the Ramallah and Al-Bireh Governorate, may Allah protect you,

### Re: The File of the Legislative [Council]

The [information you] required about Brother Marwan al-Barghouti.

Marwan Hasib Hussein, 45 years-old, has a Master's degree from the Birzeit University. He joined the Fatah Movement in 1976 and was arrested several times. He was deported abroad in 1981. He married his cousin, Fadwa Ismail al-Barghouti, and has four children: Qassam, Ruba, Sharaf and Arab.

1. Qassam, his eldest son, graduated from high school three years ago and joined a university in the Arab [Republic] of Egypt. He was arrested by the occupation forces while on his way back from Egypt, and he is still in prison.

2. Ruba: She is his second child. She graduated from high school in Ramallah and is a student in the Birzeit University at the moment, studying engineering.

3. Sharaf: He is a pupil at the Evangelical School.

4. Arab: He is a pupil at the Evangelical School.


His relationship with his brothers and the al-Barghouti family is generally good. On the social level they were also good.

His daily routine: He has been in prison for four years now.

His wife lives in Ramallah, Al-Tira, and she is a lawyer. She works at the office of the Popular Campaign for the Release of Marwan al-Barghouti in Ramallah, in the Al-Ramouni building. He has no suspicious relationships or corruption outside the country or in the *Dakhil* [inside].

The house is located in a building opposite the Chinese embassy in Al-Tira.

He has an Audi that belongs to the Legislative [Council] and a Golf for his wife.

He was supported and nominated by the Fatah Movement, in addition to being socially accepted.

02/23/2006

610

[Signature]

02/23/2006

CONFIDENTIAL                    02:010021 T

To: Brother Abu Jihad, may Allah protect you,

Greeting of the nation and of development,

The Legislative [Council] File

Marwan al-Barghouti / Kubar

1. Weakness points, if any (The wife, children, etc.)

2. A description of the house from a security point of view - in Al-Tira Neighborhood.

Is it a private house or an apartment in a building? In which floor? On which side?

A description of the house from inside, if possible. Is it fortified or penetrable? The condition of the windows, are they made of aluminum or iron? Do they have shutters? The doors. The lighting at night: is it strong or weak? Is the house fenced, or not? Are there any guards? Who are they? In case there are [guards], what is their affiliation? Names of his escorts and drivers of his family, if there are any.

3. A description of the cars

The Audi: its color, its model.

The Golf: its color, its model

4. Possessions: real estate, companies, organizations, and their financing sources.

With respect,

The Legislative [Council] File

[Illegible]

**CONFIDENTIAL**        02:010022 T

In the name of Allah, the Compassionate and Merciful

To brother Head of Intelligence in the Ramallah and Al-Bireh Governorate, may Allah protect you,

**Re: The File of the Legislative [Council]**

The [information you] required about Brother Marwan al-Barghouti

Marwan Hasib Hussein, 45 years-old, has a Master's degree from the Birzeit University. He joined the Fatah Movement in 1976 and was arrested several times. He was deported abroad in 1981. He married his cousin, Fadwa Ismail al-Barghouti, and has four children: Qassam, Ruba, Sharaf and Arab.

1. Qassam, his eldest son, graduated from high school three years ago and joined a university in the Arab [Republic] of Egypt. He was arrested by the occupation forces while on his way back from Egypt, and he is still in prison.

2. Ruba: She is his second child. She graduated from high school in Ramallah and is a student in the Birzeit University at the moment, studying engineering.

3. Sharaf: He is a pupil at the Evangelical School.

4. Arab: He is a pupil at the Evangelical School.


His relationship with his brothers and the al-Barghouti family is generally good. On the social level they were also good.

His daily routine: He has been in prison for four years now.

His wife lives in Ramallah, Al-Tira, and she is a lawyer. She works at the office of the Popular Campaign for the Release of Marwan al-Barghouti in Ramallah, in the Al-Ramouni building. He has no suspicious relationships or corruption outside the country or in the *Dakhil* [inside].

The house is located in a building opposite the Chinese embassy in Al-Tira.

He has an Audi that belongs to the Legislative [Council] and a Golf for his wife.

He was supported and nominated by the Fatah Movement, in addition to being socially accepted.

02/23/2006

610

[Signature]

02/23/2006

**CONFIDENTIAL**                    02:010023 T

In the name of Allah, the Compassionate and Merciful

To: The highly respected brother Head of Intelligence in the Ramallah and al-Bireh Governorate,

Greeting and respect,

### Subject: Personal Information about: Marwan Al-Barghouti

* Place of Residence: Ramallah, Al-Tira Neighborhood, al-Zahra Building/ Second floor, Western side. The building is opposite the Chinese embassy.

* The building is not guarded.

* His cars: A Mitsubishi jeep, and a maroon Golf that his wife uses on a daily basis.

* The lighting: Natural lighting and the street light.

* According to the enquiry that we did, the condition of the house and of the family is normal, and no changes to its surrounding or structure have taken place.


With respect.


Seen                              113

[Signature]


Operations

[Illegible]

The Legislative [Council]

The Head                                                                    2938

10/03/2005

In the name of Allah, the Compassionate and Merciful

To brother Head of Intelligence in the Ramallah and Al-Bireh Governorate, may Allah protect you,

Greeting of the nation,

### Subject: The Legislative Council Elections

There are no candidates for the Legislative Council in the village Kubar, except for Marwan al-Barghouti who is on the *Watan* list.

However, the [candidates], whom the people in the village talk about, according to information available to us, are:

1. Basem Fakhri: He is from the village Surda. He talked with some of the brothers in the Fatah Movement about supporting him for the elections. His position in the region is not good because of his lack of self-confidence. I am referring to his position in the three villages: Kubar, Abu Shkheidam and Al-Mazraa. Currently, he gives people who visit him a sum of money that does not exceed 200 dinars.

I think, according to the youth's activities (but not all the people), that we will want to benefit from him if we can.

2. Kamal al-Sheikh from Al-Mazraa al-Qibliya: He is the strongest candidate in terms of education, self-confidence and his warrior history. This is sufficient for convincing the Fatah cadre to support him in the elections. This is what caused the fact that the municipal elections in al-Mazraa, which caused a family dispute, especially within the Al-Ladadwah family, will weaken him in the town Al-Mazraa.

Kindly accept our utmost respect.                    The Northern Region

                                                     Kubar

                                                     610

Seen

[Illegible]

[Signature]                         Seen

10/04/2005

                        We sent the names of the people, who are going to nominate themselves.
                                                              [Illegible]

**CONFIDENTIAL**                                            02:010025 T

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:010015-10025.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:010015-10025.

Dated: February 20, 2014

Yaniv Berman

بحث امني للملف السياسي

| | الاسم الرباعي: | | رقم الهوية: 959.25 / 745 |
|---|---|---|---|
| الرقوعي | اسم العائلة المعتاد: | زهره عبد الرحيم | اسم الأم: |
| | مكان الميلاد: | | تاريخ الميلاد: 1958/4/16 |
| | الجناح: | | الانتماء السياسي: |
| | مكان السكن: | | درجة الخطورة: |

| | | | نبذة مختصرة عنه: |
|---|---|---|---|
| | حالة الاعتقال: | | المنصب التنظيمي: |
| | مكان العمل: | | المهنة: |
| | علاقات فائقة: | | الطول: |
| | لون البشرة: | | البنية: |
| | لون العيون: | | لون الشعر: |
| | مكان التحصيل العلمي: | | التحصيل العلمي: |
| | | | الحالة الاجتماعية: |
| | | | طباعه: |
| | | | رغباته: |
| | | | قوة الشخصية: |
| | | | نقاط ضعفه: |
| | | | شيول اللة: |
| | | | ارقام هواتفه: |
| | | | ضمانات دخل اخرى: |
| | | | أملاك له: |
| | | | أعمال يومية يقوم بها: |

| لبذة عنها واتجاهاتها | عملها | اسم عائلتها | الاسم الرباعي | ترتيب الزوجة |
|---|---|---|---|---|
| | حامده | الرقوعي | فدوى جواد اسماعيل | ١ |
| | | | | ٢ |
| | | | | ٣ |
| | | | | ٤ |

١

**CONFIDENTIAL**          02:010015

| نبذة عنه وانتماؤه | عمله | اسم الأم | العمر | الاسم | ترتيب الابن |
|---|---|---|---|---|---|
| حساب لها و امعتنا بوضوح بيت الأحمق و م قر ر ر متح | خالس | بردى | عربت | ناسم | ① |
| | | | | | ٢ |
| | خالس | بردى | ١٥ | ستوخ | ③ |
| | خالس | مبردى | ٢٨ | عربه | ٤ |
| | | | | | ٥ |
| | | | | | ٦ |
| | | | | | ٧ |
| | | | | | ٨ |
| | | | | | ٩ |
| | | | | | ١٠ |

| نبذة عنه وانتماؤه | عمله | اسم الأم | العمر | الاسم | ترتيب الأخ |
|---|---|---|---|---|---|
| معلوم الأمن الراهبي و لحق | خالس | بردى | ٢٤ | عاطى | ① |
| بيت أخبار ح ح متح | خالس | بردى | ٢٤ | حسنم | ② |
| وهو وزير ر الله سلا نار حق حق | خالس | بردى | ٢٥ | علطام | ③ |
| و لم خير ر ر زان و أسلم عليم منذ أعمام | خالس | بردى | ٢٣ | رمل | ④ |
| و لعام سن بها منح | خالس | بردى | ٢٣ | محسن | ⑤ |
| | | | | | ٧ |
| | | | | | ٨ |
| | | | | | ١٠ |

| نبذة عنه | عمله | الانتماء السياسي | العمر | الاسم الرباعي للصديق |
|---|---|---|---|---|
| وم أحمد خالد | | تيم | ٥٠ | أحمد غنتجم |
| خالق محم خضري | | تيم | ٢٥ | منور ثابت |
| | | | | أياد ٢ عم |

**CONFIDENTIAL**                    02:010016

| نبذه عنه | عمله | الانتماء السياسي | العمر | الأسم الرباعي لأقارب يعملون في السلطة |
|---|---|---|---|---|
|  |  |  | ٥٠ |  |
|  |  |  | ٢٨ |  |
|  |  |  | ٣٤ |  |

### ملحق الاعتقال

| جهة الاعتقال (١) | مكان الاعتقال | سبب الاعتقال | الجهة الرابطة | تاريخ الاعتقال |
|---|---|---|---|---|
|  |  |  |  | ١٩٧١ |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الافراج | ملاحظات |
|  |  |  | ١٩٨٣ |  |
| جهة الاعتقال (٢) | مكان الاعتقال | سبب الاعتقال | الجهة الرئيسية | تاريخ الاعتقال |
| اسرائيل |  |  |  | ١٩٨٥ |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الافراج | ملاحظات |
| اداري |  |  |  |  |
| جهة الاعتقال (٣) | مكان الاعتقال | سبب الاعتقال | الجهة الرئيسية | تاريخ الاعتقال |
| اسرائيل |  |  |  | ٢٠٠٣ |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الافراج | ملاحظات |

ملاحظات لفترات اعتقال غير رئيسية:

سيرته الذاتية عن ابو حريد لعام ١٩٦٩ ... الجعفر الارشد ...

حيث تم اطلاع حماسته الوسم ... والمدير ... والمدير والمدير ٢٠٠١ وتم وضع جميع
المشترين وماز عضويته. وفي بداية الاشتباه كان الحدو روزعها حيث تم اعتقاله
ويطلب عليه منه مؤيدات ووسائل مع المعتقل حين هذا التاريخ.

```
ملاحظات عامة عنه:
يعتبر الأخ عنصر الزاوي شخص ... منهم استقل
اعتقل من داخل الحريت حيث استقى النقل التعويض الخليفيت
والرئيسي
```

```
رأي مسؤول ملف التنظيم في ترجة الأمنية وسببه
رأي مسؤول الملف السياسي في ترجة الأمنية وسببه
رأي مدير المحافظة في ترجة الأمنية وسببه
```

```
ملحق النشاط العسكري
```

| نتيجة | مصدر السلاح | السلاح المستخدم | تاريخه | مسؤوليته | أسمه | رقم النشاط |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CONFIDENTIAL                    02:010018

بسم الله الرحمن الرحيم

**السلطة الوطنية الفلسطينية**

المخابرات العامة الفلسطينية
المحافظات الشمالية
العمليات المركزية

الرقم:
التاريخ:

* ثانية مرشح مجلس تشريعي *

| الأسم | | | | | | | |
|---|---|---|---|---|---|---|---|
| اسم الزوجة | | | | | | | |
| المحافظة السابقة | | | | المحافظة الحالية | | | |
| المنطقة السابقة | | | | المنطقة الحالية | | | |
| المهنة | | | | | | | |
| الوضع الاقتصادي | | | | | | | |
| الوضع الأمني | | | | | | | |
| الوضع الأخلاقي | | | | | | | |

| مشاركته في الوضع | | | | | | | |
|---|---|---|---|---|---|---|---|
| السياسي | | | | | | | |
| الاجتماعي | | | | | | | |
| الاقتصادي | | | | | | | |
| مؤسساتي | | | | | | | |

| مواصفاته الشخصية (سمات) | | |
|---|---|---|
| مدى رضى الناس في مستواه وشخصيته | | |
| نقاط ضعف | | |
| نقاط قوة | | |
| مدى تأثيره في المجتمع | | |

| أبرز المرشحين المنافسين له | 1- | 2- |

فرصته في النجاح في حال رشح نفسه له ( )  مستقل ( )  ( )حزبي  ( )تنظيمي

ما هي فرصة احتوائه لصالح فتح في حال فوزه :

طريقة احتوائه :

CONFIDENTIAL                                02:010019

.1/10/2005    13:48    C1ADH → 92962144                        NO.892    P03



بسم الله الرحمن الرحيم

**السلطة الوطنية الفلسطينية**

المخابرات العامة الفلسطينية
المحافظات الشمالية
العمليات المركزية

الرقم : ..................
التاريخ : ..................

**نبذة عن محيطه العائلي :**

.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................

**السيرة الذاتية :**

.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................
.....................................................................................

- السيد المذكور عام اعتقل لدى الاسرائيليين ،
- .......... أصدر ركنة فتح في الضفة
- نجح في انتخابات التشريعي عام ١٩٩٦
- .......... قيد الرئيس / ........ / ........ بلدي ٢ ، بلده ، الله ، ر
- عمل هو .......... عضوية (كتلة) أبو الرئيس ،

**CONFIDENTIAL**                                    02:010020

بسم الله الرحمن الرحيم

610

02:010021

الا ابو جهاد حفظه الله / (١)
شيخ الوطن والبناء / ١

ملف الـــشــــهي

مراسم العرونى / كبير

(٢) لقا فحوحفيف وأمومحيت (١ازوج - هـروار مـ جـ حـ : ١٤ )
(٣) وحصف البيت أصلا / روعى الرام

هل هو قديم بعد بيت مستقل ١ شقة عمارة / اى اطار بها / واخرجة
وصف البيت داخلي / ام فخم / من هو قمسها وقابل للدخر ام / وضع الشارع
وهي المنيم عدد الغرفات ٢ الشبابيك / الالوان / الالارة بيار / حالة ام كبيره
هل التزل مالفسوم ٢٢٢ / حجم البيت وفهم وانقاد اهام وهلي
يجب مراعاتيارة والفاتوته وبافتيره ابوجيد

(٣) وصف السيارة
الالون / الرقم / موديلها ،
الحوادث / ,

(٤) الملكات / عقارات شركات مؤسسات وما هى مصدر كونها

ص ١٤ فرام



CONFIDENTIAL

02:010023

بسم الله الرحمن الرحيم

CONFIDENTIAL

02:010024



**CONFIDENTIAL**

02:010025