PLAINTIFF'S EXHIBIT 164

[Handwritten:] Hamas GI/984 32/21
07/13/2005 1021

## A Security Check for the Political File

| Identity Card No.: | None | Full Name: | Abdullah Ghaleb Abdullah al-Jamal |
|---|---|---|---|
| Mother's Name: | Safa Sa'id al-Nabi Awni | Common Family Name: | al-Barghouti |
| Date of Birth: | 1973 | Place of Birth: | Kuwait |
| Political Affiliation: | Hamas | Wing: | The Izz al-Din al-Qassam Brigades |
| Risk Level: | Very dangerous | Place of Residence: | Beit Rima |
| Brief Comment About Him: | He was in Kuwait and returned to Jordan in 1991, and then he came to the [West] Bank with a visit permit. | | |
| Position in the Organization: | Engineer | Detention Status: | He is in the occupation prisons. |
| Profession: | Engineer | Work Address: | Beit Rima |
| Height: | 163 | Distinctive Features: | None |
| Body Size: | Stout | Complexion: | Brownish |
| Hair Color: | Black | Eye Color: | Hazel |
| Education: | A diploma in engineering | Place of Education: | Korea |
| Marital Status: | Married | | |
| Nature: | Very quiet | | |
| His Desires: | Not specified | | |
| Self-Confidence: | Very strong | | |
| Shortcomings: | None | | |
| His Cars: | None | | |
| His Telephone Numbers: | None | | |
| Extra Income Resources: | Agricultural lands, olive oil | | |
| Properties: | House, Agricultural land | | |
| Day work that he used to do: | He used to sell vegetables in a grocery shop in Beit Rima | | |

| Wife No. | Full Name | Family Name | Profession | Information about her and her affiliation |
|---|---|---|---|---|
| 1. | Hiaym Eid Abed al-Barghouti | Al-Barghouti | Housewife | No affiliation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

[Handwritten:] His Identity Card No.: 123123124 07/13/2005

| Child No. | Name | Age | Mother's Name | Profession | Information about him and his affiliation |
|---|---|---|---|---|---|
| 1. | Tala | 8 | Hiaym | Pupil | No affiliation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Brother No. | Name | Age | Mother's Name | Profession | Information about him and his affiliation |
|---|---|---|---|---|---|
| 1. | He has a brother in Jordan, but he has never come here and we do not know what his name is. | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Friend's Full Name | Age | Political Affiliation | Profession | Information about him |
|---|---|---|---|---|
| Bilal Ya'qoub al-Barghouti | 28 | Hamas | Student [illegible] | In prison |
| | | | | |
| | | | | |
| | | | | |

| Full Name of Relatives who work in the [Palestinian] Authority | Age | Political Affiliation | Profession | Comments About Him |
|---|---|---|---|---|
| Khaled Taher al-Jamal | 30 | Fatah | The Governorate | |
| Issam Taher al-Jamal | 29 | Fatah | Ministry of Labor | |
| | | | | |
| | | | | |

**Detention Appendix**

| Detained by (1) | Place of Detention | Reason of Detention | Main Charge | Date of Detention |
|---|---|---|---|---|
| | | | | |
| Type of Detention | Status in the Organization | Current Status | Date of Release | Comments |
| | | | | |
| Detained by (2) | Place of Detention | Reason of Detention | Main Charge | Date of Detention |
| | | | | |
| Type of Detention | Status in the Organization | Current Status | Date of Release | Comments |
| | | | | |
| Detained by (3) | Place of Detention | Reason of Detention | Main Charge | Date of Detention |
| | | | | |
| Type of Detention | Status in the Organization | Current Status | Date of Release | Comments |
| | | | | |

| Comments about minor detention periods: |
|---|
| Personal information: He lived in Kuwait and returned to Jordan after the Iraqi invasion. He learnt electronics and then traveled to South Korea and studied engineering. He returned to Jordan and then came to the West Bank with a visit permit. He opened a shop for satellite dish installation and then left it and opened a vegetable shop. Later he joined Hamas and continued working with them until he was arrested. |

| General comments about him: The aforementioned is now in prison. |
|---|

| | |
|---|---|
| The opinion of the person in charge of the Organization File concerning the level of importance and the reason for it: | The aforementioned is currently detained. He is very dangerous and his situation is being checked. |
| The opinion of the person in charge of the Political File concerning the level of importance and the reason for it: | The aforementioned is currently detained. |
| The opinion of the Head of the Governorate concerning the level of importance and the reason for it: | |

**Political Activity Appendix**

| Activity No. | Definition | Responsibility | Date | Weapon Used | Weapon Source | Results |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

In the name of Allah, the Compassionate and Merciful

Palestinian National Authority [Handwriting] Sent

General Intelligence [Handwritten:] GI/32
Northern Governorates
Ramallah Governorate

Identity Card No.: 123123124

Number: GI/ 6139/S
Date: 08/08/2005

To: Head of the Central Operations / Northern Governorates, may Allah protect him,

I send you the greeting of the homeland,

**Subject: The Political Security File / The Hamas Movement File**

- Before the arrest of Abdullah Ghaleb Abdullah al-Jamal (al-Barghouti), a resident of Beit Rima, who is known as Kamel, was in touch with the Izz al-Din al-Qassam Brigades leader Ibrahim Hamed, aka Salah-1, a resident of Silwad who is wanted and pursued by the Israeli authorities. The contact was arranged through Sayyed Abdel Karim Sheikh Qasem, aka Salah-2, and was conducted through letters and dead drops. Abdullah received approximately $117,000, which he was supposed to use for financing the military wing of the Hamas movement.
- Abdullah al-Barghouti was arrested by the Israelis and was sentenced to 67 life terms.
- The aforementioned used the explosive material Umm al-Abed [Mother of Satan] to produce charges and bombs.
- Abdullah had a constant and close relationship with Bilal al-Barghouti, a resident of Beit Rima / Hamas.

**General comments:**

Abdullah al-Jamal:

- Holds a bachelor degree in designing and producing satellite receivers from a university in South Korea.
- The aforementioned lived with his family in Kuwait, but during the Gulf events in 1990 his family was forced to leave from Kuwait to Jordan and then to the homeland.
- The height of the aforementioned is 180 cm.
- His complexion is brownish.
- He has a son called Osama and a daughter.
- Attached is a copy of the information about the aforementioned.

Source: Al-Ribat Newspaper, published by the Hamas Movement - Second Issue, dated 08/04/2005.

Kindly accept our utmost respect.

Head of Intelligence in

the Ramallah and al-Bireh Governorate

Taysir Nabhan

[Signature]

**CONFIDENTIAL** **02:010034 T**



02:010035 T



**02:010035 T [continued]**

01/05/2007 13:34 [Handwritten:] GI/32 NO. 065 P09

In the name of Allah, the Compassionate and Merciful

Palestinian National Authority

General Intelligence

Northern Governorates

Central Operations

---

Identification Card No.: 123123124

No.: CO/GI/162

Date: 01/25/2007

To: Head of General Intelligence/Ramallah and al-Bireh Governorate, may Allah protect you,

I send you the greeting of the homeland,

**Subject: The Institutions Security File**

**The Judicial Council**

Please provide us with an urgent security report about the following person, as it is important to us.

| # | Name | Identification Card | Ministry | Address |
|---|---|---|---|---|
| 1. | Abdullah Ghaleb Abdullah al-Jamal | H891198 Jordanian Passport | Judicial Council | Beit Rima Be informed that the aforementioned is detained by the Israelis. For more information call 2860596 |

For buying land plot number 138, area number 8 in Ramallah (a 135 m² apartment).

Attached is the durable power of attorney.

With my greetings

Head of Central Operations

Northern Governorates

Abu Dawoud

[Signature]

[Stamp] Palestinian National Authority

General Intelligence
Northern Governorates
Central Operations

Ready
A letter was sent
to the central [illegible]
01/25/2007

**CONFIDENTIAL** **02:010036 T**

**Irrevocable Durable Power of Attorney**

I, the undersigned [illegible] Ali Abd al-Jamal, holder of Identification Card No. [illegible], in my capacity as the owner of apartment number 222, which is the southern apartment in the ground level, except for its roof in the second building, and which is built on land lot number 138, area number 8 in Ramallah with an area of 135 m² - I hereby admit with all the shar`i [pertaining to moral code and religious law of Islam] and legal [illegible] that I constitute and appoint attorney [illegible] Mohamed Hamdan, holder of Identification Card No. [illegible] to act in my name for the sale, evacuation and renunciation of the abovementioned apartment to the [illegible] Abdullah Ghaleb Abdullah al-Jamal, holder of Jordanian passport number 891198, who has paid me the entire price agreed on [illegible].

His attorneys have the right to [illegible] and to represent him in front of all official and nonofficial [illegible], including the Department of Land and Survey, the financial [illegible] laws, Absentee Property, departments of implementation and execution and all [illegible] and courts of all types and jurisdiction be they shar'i, religious, military [illegible] and in presenting and signing all papers and documents [illegible] and in initiating lawsuits [illegible] presenting documents [illegible] and making decisions [illegible] law and replying to them [illegible] and in doing all [illegible], in appointing all [illegible] and discharging them, in appointing [illegible] my aforementioned attorney [illegible] to agree with the aforementioned buyer [illegible] discharging the attorney, or changing the power of attorney. [Illegible] executing [illegible] registering the abovementioned sale [illegible] duly.

GI/32 Identity Card Number: 123123124

To: Head of Intelligence in the Ramallah and al-Bireh, may Allah protect him,

Through the respected Head of Bani Zeid Intelligence Office,

Name: Abdullah Ghaleb al-Jamal "al-Barghouti"

Age: 33

Marital Status: Married

Education: Diploma

Security Status: Good

Moral Status: Good

Place of Residence: Currently in prison

Profession: -

Political Affiliation: Hamas

Comments: The aforementioned is one of the leaders of the Izz al-Din al-Qassam [Brigades]. He is responsible for manufacturing explosives for the Izz al-Din [al-Qassam] Brigades. He is now in prison, and is accused of a number of attacks that resulted in the death of 70 Israelis.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

**DECLARATION OF YANIV BERMAN**

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:010030-10038.
2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.
3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:010030-10038.

Dated: February 20, 2014

Yaniv Berman

32/21
٢٠٠١

٩١٨٤/٢٤٣

حماس
١٢/٧/٢٠٠٥

# بحث امني للملف السياسي

| | | | |
|---|---|---|---|
| رقم الهوية: | لا يوجد | الاسم الرباعي: | عبد الرحمن [illegible] عبد الله [illegible] |
| اسم الأم: | صفا سعيد [illegible] | اسم العائلة المعتاد: | البرغوثي |
| تاريخ الميلاد: | ١٩٧٣ | مكان الميلاد: | الكويت |
| الانتماء السياسي: | حماس | الجناح: | كتائب عز الدين القسام |
| درجة الخطورة: | خطير جدا | مكان السكن: | بيت ريما |
| نبذة مختصرة عنه: | يقيم في الكويت عاد إلى الأرض عام ١٩٩١ [illegible] | | |
| المنصب التنظيمي: | مهندس | حالة الاعتقال: | موجود في سجون الاحتلال |
| المهنة: | مهندس | مكان العمل: | بيت ريما |
| الطول: | ١٦٧ | علامات فارقة: | لا يوجد |
| البنية: | جسيم | لون البشرة: | حنطي |
| لون الشعر: | أسود | لون العيون: | عسلي |
| التحصيل العلمي: | دبلوم هندسة | مكان التحصيل العلمي: | بيرزيت |
| الحالة الاجتماعية: | متزوج | | |
| طباعه: | هادئ جدا | | |
| رغباته: | غير محدودة | | |
| قوة الشخصية: | قوية جدا | | |
| نقاط ضعفه: | لا يوجد | | |
| سياراته: | لا يوجد | | |
| أرقام هواتفه: | لا يوجد | | |
| مصادر دخل أخرى: | أراضي زراعية [illegible] الزيتون | | |
| أملاك له: | منزل + ٦ دونم أرض زراعية | | |
| أعمال يومية يقوم بها: | [illegible] بيت ريما | | |

| ترتيب الزوجة | الاسم الرباعي | اسم عائلتها | عملها | نبذة عنها وانتماءها |
|---|---|---|---|---|
| .1 | [illegible] | البرغوثي | ربة منزل | لا انتماء لها |
| .2 | | | | |
| .3 | | | | |
| .4 | | | | |

١٢/٧/٢٠٠٥

1

123/23/21 [illegible]

| ترتيب الابن | الاسم | العمر | اسم الأم | عمله | نبذه عنه وانتماؤه |
|---|---|---|---|---|---|
| .1 | تالا | ٨ | هيام | طالبة | [illegible] |
| .2 | | | | | |
| .3 | | | | | |
| .4 | | | | | |
| .5 | | | | | |
| .6 | | | | | |
| .7 | | | | | |
| .8 | | | | | |
| .9 | | | | | |
| .10 | | | | | |

| ترتيب الأخ | الاسم | العمر | اسم الأم | عمله | نبذه عنه وانتماؤه |
|---|---|---|---|---|---|
| .1 | لا أحد موجود [illegible] | | | | |
| .2 | | | | | |
| .3 | | | | | |
| .4 | | | | | |
| .5 | | | | | |
| .6 | | | | | |
| .7 | | | | | |
| .8 | | | | | |
| .9 | | | | | |
| .10 | | | | | |

| الاسم الرباعي للصديق | العمر | الانتماء السياسي | عمله | نبذه عنه |
|---|---|---|---|---|
| زياد يعقوب الزرو | ٢٨ | حماس | طالب [illegible] | [illegible] |
| | | | | |
| | | | | |
| | | | | |

CONFIDENTIAL

02:010031

| الاسم الرباعي لأقارب يعملون في السلطة | العمر | الانتماء السياسي | عمله | نبذه عنه |
|---|---|---|---|---|
| حازم طاهر الجمل | ٣٠ | فتح | المحافظه | |
| عصام طاهر الجمل | ٢٩ | فتح | وزاره العمل | |
| | | | | |
| | | | | |

**ملحق الاعتقال**

| جهة الاعتقال (1) | مكان الاعتقال | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
|---|---|---|---|---|
| | | | | |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الإفراج | ملاحظات |
| | | | | |
| جهة الاعتقال (2) | مكان الاعتقال | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
| | | | | |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الإفراج | ملاحظات |
| | | | | |
| جهة الاعتقال (3) | مكان الاعتقال | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
| | | | | |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الإفراج | ملاحظات |
| | | | | |

ملاحظات لفترات اعتقال غير رئيسية:

سيرته الذاتية: [illegible] في دولة الكويت بعد احتلال العراق لها [illegible] للأردن و [illegible] ثم [illegible] الى الكويت [illegible] و [illegible] الى الضفة الغربية [illegible] فتح [illegible] التركيبة [illegible] الى حين اعتقاله

ملاحظات عامة عنه:

المذكور موجود حالياً داخل السجن

| | |
|---|---|
| رأي مسؤول ملف التنظيم في درجة الأهمية وسببه | المذكور معتقل حالياً، وهو خطير جداً وموضوعه خطير للغاية. |
| رأي مسؤول الملف السياسي في درجة الأهمية وسببه | المذكور حالياً معتقل |
| رأي مدير المحافظة في درجة الأهمية وسببه | |

ملحق النشاط العسكري

| رقم النشاط | أسبابه | مسؤوليته | تاريخه | السلاح المستخدم | مصدر السلاح | نتائجه |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

المخابرات العامة الفلسطينية
المحافظات الشمالية
محافظة رام الله

32/٢٢

الرقم: ع ح/٦١٢٩/٤٠

التاريخ: ٨/٨/٢٠٠٥م

رقم صورة /1283123724

الاخ مدير العمليات المركزية / المحافظات الشمالية ،،، حفظه الله

تحية الوطن ،،،

**الموضوع: ملف الامن السياسي / ملف حركة حماس**

- قبل اعتقال المدعو / عبدالله غالب عبدالله الجمل ( البرغوثي ) / من سكان بيت ريما و الذي يلقب بكامل ، كان على اتصال مع مسؤول كتائب عز الدين القسام المدعو / إبراهيم حامد الملقب بصلاح ( ١ ) / من سكان بلدة سلواد وهو من المطاردين و المطلوبين للسلطات الاسرائيلية وكان الاتصال يتم عن طريق المدعو / بلال عبدالكريم شيخ قاسم الملقب بصلاح ( ٢ ) من خلال الرسائل و النقاط الميتة حيث حصل المدعو / عبدالله على مبلغ ما يقارب عن ١١٧ الف دولار امريكي مقابل ان يقوم بتمويل الجناح العسكري لحركة حماس .
- المدعو عبدالله البرغوثي تم القاء القبض عليه من قبل الإسرائيليين وتم حكمه لمدة ٦٧ مؤبد .
- المذكور كان يستخدم مادة أم العبد المتفجرة لصنع العبوات و القنابل .
- المدعو عبد الله كان على اتصال دائم وعلى علاقة وثيقة بالمدعو / بلال البرغوثي / من سكان بلدة بيت ريما / حماس .

ملاحظات عامة :

- عبدالله الجمل :
  - حاصل على بكالوريوس في مجال تصميم وتصنيع اللواقط الفضائية من احدى الجامعات في كوريا الجنوبية .
  - المذكور كان يعيش في الكويت مع اسرته وخلال أحداث حرب الخليج في العام ١٩٩٠ اضطرت اسرته لمغادرة الكويت إلى الأردن ومنها إلى ارض الوطن .
  - طول المذكور ١٨٠ سم .
  - لون البشرة قمحي .
  - له من الابناء ولد يدعى / اسامة وبنت .
  - مرفق طي صورة عن المعلومات التي تخص المذكور .

المصدر : مجلة الرباط الصادرة عن حركة حماس / العدد الثاني بتاريخ ٢٠٠٥/٨/٤ .

وتفضلوا بقبول فائق الاحترام

مدير مخابرات محافظة
رام الله والبيرة
تيسير نبهان

٦٦٩ ع

CONFIDENTIAL

02:010034



يا أيها الذين آمنوا اصبروا وصابروا ورابطوا واتقوا الله لعلكم تفلحون

# حماس تحذر من محاولات إذلال الأسير القسامي عبد الله البرغوثي

تقرير خاص:

أدان مصدر مسؤول في حركة المقاومة الإسلامية (حماس) ما يتعرض له المجاهد الأسير (عبد الله البرغوثي)، والذي يقضي حكماً بـ (67) مؤبداً في السجون الصهيونية، من محاولات إذلال مبرمجة من قبل إدارة مصلحة السجون الصهيونية..

و أفادت المعلومات الواردة من داخل السجون أن الأسير القسامي البطل (عبد الله البرغوثي) تحت رقابة دائمة من خلال كاميرات مثبتة في زنزانته الانفرادية تغطي كامل الزنزانة بما فيها الحمام، وتشير المعلومات الواردة أن هذه الكاميرات تخرج أشعة غريبة من المرجح أنها قد تتسبب في مضار صحية مع مرور الوقت والجدير ذكره أن المجاهد (عبد الله البرغوثي) يقضي حكمه في زنزانة منفردة معزولة عن بقية غرف المعتقلين مما يعزل المجاهد البطل عن بقية إخوانه والعالم الخارجي..

وحملت حركة المقاومة الإسلامية (حماس) حكومة العدو، وإدارة مصلحة السجون أي ضرر قد يتعرض له المجاهد (عبد الله البرغوثي) وبقية إخوانه المعتقلين داعية كافة المؤسسات الحقوقية والإنسانية للتصدي لهذه الممارسات المذلة والانتهاكات المتمادية بحق إخواننا المعتقلين..

من هو الرجل ؟!!

ولد عبد الله جمال البرغوثي صاحب أكبر ملف أمني في تاريخ الكيان الصهيوني وأخطر مهندس بعد يحيى عياش عام 1972م في الكويت حيث كانت تقيم أسرته قبل حرب الخليج الأولى المسماة عاصفة الصحراء، وشارك فيها بالتصدي للقوات الأمريكية التي غزت الكويت ولم يكن قد أكمل الثانية عشرة من عمره، قبل أن يعتقله ويفرج عنه بعد نهاية الحرب عاد إلى الأردن حيث أقامت العائلة لتغادر بعدها بكوريا الجنوبية لإكمال تعليمه الجامعي وهناك درس الهندسة الإلكترونية في مجال تصميم وتصنيع اللواقط الفضائية، كما حصل على حزام أسود في لعبة الجودو وبقي هناك خمسة سنوات..

تجنيده..

في العام 1999م عاد عبد الله البرغوثي إلى مسقط رأسه بيت ريما شمال رام الله، ليتزوج من إحدى الأخوات الفاضلات الملتزمات ليرزقه الله منها بنت وولد ابتهام أسامة، يمتلك عبد الله بنية قوية زادها طوله البالغ 180 سم، لم يكن أي من المحيطين به يعلم عن مهاراته الإبداعية في مجال تصنيع المتفجرات، وبعد طول بحث أرشده حدسه لابن عمه بلال البرغوثي المحكوم 16 مؤبد بعلاقة بالعمل العسكري، وفي بداية شهر آذار من العام اصطحبه عبد الله إلى منطقة نائية قرب بيت ريما، وأخذ قطعة صغيرة جداً من نادم أم العبد المتفجرة التي قام بتصنيعها، وتفعيلها أمام بلال الذي ذهل للطاقة التفجيرية التي أحدثتها، انطلق بلال مباشرة إلى مدينة نابلس لإخبار قائده في الكتائب الشهيد القسامي أيمن حلاوة بتفاصيل ما حدث، وهناك طلب بلال البرغوثي من عبد الله البرغوثي الانضمام لصفوف كتائب القسام حسب أوامر أيمن و ترتيب لقاء له مع حلاوة في مدينة نابلس..

وبعد فترة وجيزة التقى المهندس مع مسؤول كتائب القسام في منطقة رام الله وهو المطارد إبراهيم حامد والملقب "صلاح 1" وهو من بلدة سلواد ليعمل تحت إمرته وأعطى المهندس البرغوثي لقب "كاتل"، واستمرت الاتصالات بين الاثنين من خلال النقاط الميتة أو الرسل وكان أهم حلقة وصل بينهما هو سيد عبد الكريم شيخ قاسم الملقب "صلاح 2" وقد نقل للمهندس خلال العمل مبلغ 117 ألف دولار لتمويل العمل العسكري في حماس..

لمزيد من التفاصيل.. زيارة موقع كتائب القسام على الشبكة الدولية بواسطة العنوان التالي:

www.alqassam.ws

5/01/2007 13:34 NO.065 009

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

المخابرات العامة الفلسطينية
المحافظات الشمالية
العمليات المركزية

الرقم: ع م/م/ [illegible]
التاريخ: ٢٠٠٧/١/٢٥

123/23/24

الأخ مدير المخابرات العامة / محافظة رام الله والبيرة... حفظه الله.
تحية الوطن وبعد،

## الموضوع: ملف امن المؤسسات
## مجلس القضاء

يرجى تزويدنا ببحث امني عاجل للمذكور أدناه للأهمية.

| # | الاسم | الهوية | الوزارة | العنوان |
|---|---|---|---|---|
| 1. | عبد الله غالب عبد الله الجمل | ٨٩١١٩٨هـ | مجلس القضاء | بيت ريما/علما ان المذكور معتقل من قبل الجانب الإسرائيلي للمراجعة هاتف٥٩٦، ٢٨٦ |

وذلك من اجل شراء الارض رقم(١٣٨) حوض رقم(٨)من أراضي رام الله(عبارة عن شقة مساحتها ٢٥٠م٢).

مرفق الوكالة الدورية.

مع تحياتي

مدير العمليات المركزية
المحافظات الشمالية
أبو داوود

5/01/2007 13:34 NO.865 D10

22 Jan 2007 12:49 HP LASERJET FAX 022864[illegible]

## وكالة دورية غير قابلة للعزل

انا الموقعة اسمي ادناه السيدة [illegible] علي عبد الجمل وحاملة هوية رقم (906998[illegible]) بصفتي المالكة للشقة رقم (22) من القطعة [illegible] الجنوبية [illegible] [illegible] [illegible] عددا [illegible] من البناء [illegible] [illegible] [illegible] رقم 139 من الحوض رقم (8) [illegible] [illegible] [illegible] [illegible] والبالغة مساحتها (135) متر مربع [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] وكلت عني وأقمت مقامي [illegible] [illegible] [illegible] [illegible] [illegible] محمد [illegible] وحامل هوية رقم (906[illegible]236) [illegible] [illegible] عني في البيع والفراغ والتنازل عن الشقة المذكورة اعلاه [illegible] [illegible] عبد الله [illegible] [illegible] [illegible] [illegible] (891198 [illegible]) [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] الحق بالاقرار بالقبض [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] والمالية وامام [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] والقروية والمحاكم [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] والشرعية [illegible] [illegible] [illegible] [illegible] [illegible] المحاكم وفي تقديم وتوقيع كافة الاوراق [illegible] [illegible] [illegible] [illegible] واقامة القضايا [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] والتحكيم والاقرار والابراء [illegible] [illegible] [illegible] [illegible] [illegible] والعدلية والرد عليها [illegible] [illegible] [illegible] [illegible] [illegible] المجدد وفي القيام بكافة [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] وكالتي المذكورة اعلاه [illegible] [illegible] [illegible] [illegible] [illegible] المذكور اعلاه [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] او عزل الوكيل او تعديل الوكالة [illegible] [illegible] [illegible] [illegible] تسجيل المبيع الموصوف اعلاه [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] حسب الاصول.



32/ج ت

123/23/24 [illegible]

حضرة الأخ مدير مخابرات رام الله والبيرة / حفظكم الله
بواسطة مسؤول مكتب مخابرات [illegible] المحترم

الاسم: عبد الله غالب كمال البرغوثي
العمر: ٣٣ عاماً
الحالة الاجتماعية: [illegible]
المؤهل العلمي: [illegible]
الوضع الأمني: [illegible]
الوضع الاقتصادي: جيد
مكان السكن: [illegible]
المهنة: [illegible]
الانتماء السياسي: [illegible]

ملاحظات: [illegible]

CONFIDENTIAL