PLAINTIFF'S EXHIBIT 165

Palestinian National Authority

Sent

Palestinian General Security
General Intelligence
West Bank Governorates Department
Department: _____



No.: GSR/ 3043/ 4
Date: 03/03/2005

To brother Head of the Northern Governorates Intelligence, may Allah protects him,
Greeting of the nation,

Subject: Walid Abdullah Anjas

Having searched for the aforementioned, we came to the conclusion that there is no one by that name in Kharbatha Bani Hareth, and that there are no Hamas fugitives in the village. There are two people named Walid Anjas, of almost the same age, who are members of Hamas, but they are not dangerous:

1. Walid Abdel Aziz Anjas

Identification Card No.: 906448105

Date of Birth: 04/01/1980

Address: Kharbatha Bani Hareth

Education: B.A. in the Arabic Language.

Affiliation: Hamas

The aforementioned has been imprisoned for a year-and-a-half, and six months ago he was sentenced to life in prison.

The security and moral status of the aforementioned is good.

The aforementioned is a member of the military wing of the Hamas Movement and of the cell that was arrested following the Hebrew University bombing.

2. Walid Nimer al-Abed Anjas
Identification Card No.: 907225684
Date of Birth: 04/08/1982

Address: Kharbatha Bani Hareth

Education: B.A. in the Arabic Language

Affiliation: Considered a Hamas member

The aforementioned is considered a member of Hamas Movement, but is not active.

The security and moral status of the aforementioned is good.

The aforementioned wants to work in the Monetary Authority.
Kindly accept our utmost respect.

Head of Intelligence,
The Ramallah and Al-Bireh Governorate
[Signature]

**CONFIDENTIAL**

02:010039 T

44

## Data Renewal - [Personal] Report

MH/ 646

Date: 09/05/2010

No.: W/3649

| Full Name | Walid Abdel Aziz Abdel Hadi Anjas | Identification No. | 906448105 |
|---|---|---|---|
| Political Affiliation | Hamas | Place of Residence | Imprisoned |
| Current Job | Imprisoned | Workplace | - |
| Education | University Student | Marital Status | Single |
| Name of Husband / Wife | - | Husband's/ Wife's Profession | - |
| Security and Moral Status | Good | | |
| Imprisonment Status | Imprisoned | | |
| The Last Activities of the Aforementioned (Political, Field, Military) and his Risk Level | The aforementioned is imprisoned. He was sentenced to 36 life terms. | | |

## Friends of the Aforementioned

| Full Name | Profession | Place of Residence | Political Affiliation | Current Job |
|---|---|---|---|---|
| Mohamed Hassan Erman | Under arrest | Kharbatha Bani Hareth | Hamas | |
| | | | | |
| | | | | |

Further information you may find important: -

Case Officer: 325      Officer in Charge of the Region: Western Region    09/05/2010

[Signature]

CONFIDENTIAL                     02:010040 T

## Data Renewal - [Personal] Report

MH/ 646    Hamas                    Date: 06/12/2010

No.: W/4464

| Full Name | Walid Abdel Aziz Anjas | Identification No. | 906448105 |
|---|---|---|---|
| Political Affiliation | Hamas | Place of Residence | Kharbatha Bani Hareth |
| Current Job | Under arrest | Workplace | - |
| Education | University Student | Marital Status | Single |
| Name of Husband/ Wife | - | Husband's/ Wife's Profession | - |
| Security and Moral Status | Good | | |
| Imprisonment Status | Imprisoned | | |
| The Last Activities of the Aforementioned (Political, Field, Military) and his Level of Danger | The aforementioned is currently imprisoned and sentenced to 36 life terms. | | |

### Friends of the Aforementioned

| Full Name | Profession | Place of Residence | Political Affiliation | Current Job |
|---|---|---|---|---|
| Anas Ahmed Abdullah Anjas | None | Kharbatha Bani Hareth | Hamas | |
| | | | | |
| | | | | |

**Further Information that you might Find Important:** The aforementioned was a member of the Silwan Military Cell, along with Mohamed Erman and Ibrahim Hamed. He was sentenced to 36 life terms. He had a special connection with Anas Ahmed Anjas, as well as with Mohamed Erman.

Case Officer: 307    Officer in Charge of the Region: Western Region           06/13/2010

[Signature]

**CONFIDENTIAL**                                    02:010041 T

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al.,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02:010039-10041.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02:010039-10041.

Dated: February 20, 2014

                                                          Yaniv Berman

السلطة الوطنية الفلسطينية



رئاسة جهاز الشرطي الفلسطيني
المخابرات العامة
مديرية محافظات الشمال

الرقم: ٢٤/ ٢٢.٩/ ٩
التاريخ: ٢/٢/ ٥٠

دائرة :

الاخ مدير المخابرات العامة المحافظات الشمالية... حفظه الله.

تحية الوطن،،

الموضوع: وليد عبدالله انجاص

بعد البحث والتحري عن المذكور تبين لنا انه لايوجد في قرية خربثا بني حارث هذا الأسم وانه لايوجد نظاميين من حركة حماس في القرية ويوجد شخصين باسم وليد البياض يتقص العمر تقريبا انتمائهم السياسي حماس وغير خطيرين وهما:-

1- وليد عبدالعزيز عبدالهادي انجاص
رقم الهوية: 906448105
تاريخ الميلاد: 1980/4/1
العنوان: خربثا بني حارث
التحصيل العلمي: بكالوريوس لغة عربية
الانتماء: حماس
المذكور معتقل منذ حوالي عام ونصف وحكم قبل ستة شهور مؤبد
الوضع الامني والأخلاقي للمذكور جيد .
المذكور ينتسب للجناح العسكري لحركة حماس وبن الخلية التي تم اعتقالها على خلفية تفجير في الجامعة العبرية.

2- وليد لطفي العبد انجاص
رقم الهوية: 907225684
تاريخ الميلاد: 08/04/82
العنوان: خربثا بني حارث.
التحصيل العلمي: بكالوريوس لغة عربية
الانتماء: محسوب على حركة حماس
المذكور محسوب على حركة حماس ولا يوجد له أي نشاط.
الوضع الأمني والأخلاقي للمذكور جيدين.
المذكور يرغب بالعمل في سلطة النقد .

وتفضلوا بقبول فائق الاحترام

مدير مخابرات محافظة
رام الله والبيرة

CONFIDENTIAL                                     02:010039



CONFIDENTIAL    02:010040



CONFIDENTIAL                    02:010041