

PLAINTIFF'S EXHIBIT
380

[Line numbering in Hebrew original]

Date: March 10, 2003                                      File Number: 3739/02

**Military Court**
**Beit El**
**Transcript**

| Court Hearing dated March 10, 2003 | Before the Presiding Judge: Lieutenant-Colonel Netanel Benichou<br>Judge: Captain Yitzhak Ozadin<br>Judge: Captain Ben Zion Shefer |
| --- | --- |

Prosecutor: Legal Officer Rostislav Pasek
Defense Attorney: Not represented

**Defendant: Nasser Jamal Mousa Shawish        Identity No. 993006188/ Prisons Service – Present**

**Recorder: Corporal Sivan Shemesh**
**Interpreter: Staff Sergeant Mohamed Nasreddin**

**The Presiding Judge opens the hearing and identifies the Defendant.**

## <u>HEARING</u>













3

6



I do not regret my actions.



4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                                        Plaintiffs,

          vs.                                                    No. 04 Civ. 00397 (GBD) (RLE)

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                        Defendants.

### DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1.     The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as P5: 59-62.

2.     I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience.  I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3.     To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P5: 59-62.

                                        _____
                                        Rina Ne'eman

ss.:  New Jersey

On the 28 ] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014


Notary Public

HIRUT J MHRETE
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES SEPT. 7, 2015
I.D.# 2332704

תאריך: 10/03/03                                    תיק מס': 3739/02

בית המשפט הצבאי
ב י ת - א ל
- פ ר ו ט ו ק ו ל -

דיון בית משפט מיום: 10/03/2003          בפני אב"ד: סא"ל נתנאל בנישי
                                        שופט: סרן יצחק איידין
                                        שופט: סרן בן ציון שפר

תובע: קמ"ש רוסטיסלב כסק
סניגור: ללא ייצוג

נאשם: נאצר ג'מאל מוסא שוויש   ת.ז.: 993006188 / שב"ס - נוכח

רשמת: רב"ט סיון שמש
מתורגמן: סמ"ר מוחמד נסראלדין

אב"ד פותח את הישיבה ומזהה את הנאשם.

מהלך דיון





אני ██████████████████████████████████████    24
████████████████████████ לא מתחרט על מעשיי.    25