

PLAINTIFF'S EXHIBIT 398

Date: 10 Shevat 5763  
January 13, 2003

Case No.: 3159/02

## The Military Court in Beit El

## Transcript of a Hearing in a Single Judge Session

**Before Judge:** Major Eli Bar-On

**Prosecutor:** Lieutenant Vladi Borodovsky – attending

**Defense counsel:** Adv. Shukri - attending

**Defendant:** Bashar Hassan Abed Barghouti Identity No. 934469768 / Megiddo – attending

**Interpreter:** Sergeant Hamad Hamadan

**Stenographer:** Corporal Sivan Harel

The President of the Court opens the session and identifies the Defendant.

## Course of Hearing

Prosecutor: We have reached a plea bargain in the framework of which I shall ask to file an amended indictment. The Defendant shall withdraw his not guilty plea, shall plead guilty to the amended indictment and the parties will plead for sentencing freely.

Defense counsel: I confirm the statements of my colleague and ask for the Court to permit the Defendant to withdraw his not guilty plea.

## Decision

In view of the plea bargain that the parties have reached, I permit the Prosecutor to amend the indictment and for the Defendant to withdraw his not guilty plea.

**Handed down and announced today, January 13, 2003, in public and in the presence of the parties.**

[Signature]  
**Judge**

Prosecutor: I file an amended indictment.

[Stamp] P 6: 357

1

Defense counsel: I have explained to my client the amended indictment; he understands and pleads guilty to it.

Defendant: my defense counsel has explained to me the amended indictment; I understand and plead guilty to it.

## Verdict

Based on the admission of guilt, I convict the Defendant of the offense attributed to him in the amended indictment.

**Handed down and announced today, January 13, 2003, in public and in the presence of the parties.**

　　　　[Signature]
　　　　**Judge**

[Stamp] P 6: 357 [continued]











[Stamp] P 6: 360



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

        Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

        Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF RINA NE'EMAN

Rina Ne'eman hereby certifies as follows:

1. The attached translation from Hebrew to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as P6: 357-360.

2. I am a professional translator with a B.A. in International Relations from the Hebrew University of Jerusalem (Israel) and 30 years of translation experience. I am fluent in Hebrew and English, and I am qualified to translate accurately from Hebrew to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Hebrew-language document bearing the bates number, P6: 357-360.

                                                          Rina Ne'eman

ss.: New Jersey

On the [28] day of February, 2014 before me, the undersigned, personally appeared Rina Ne'eman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
24 day of February, 2014

_____
Notary Public

**HALA Y GOBRIAL**
Notary Public
State of New Jersey
My Commission Expires Apr. 18, 2017
I.D.# 2419990

Case 1:04-cv-00397-GBD-RLE   Document 927-89   Filed 07/02/15   Page 11 of 15

מספר התיק: 3159/02

תאריך: י' שבט, תשס"ג
13 ינואר, 2003

## בית המשפט הצבאי בבית אל

### פרוטוקול הדיון של ישיבת דן יחיד

בפני השופט: רס"ן אלי בר-און

תובע: סגן ולדי בורודובסקי - נוכח
סניגור: עו"ד שוקרי - נוכח

נאשם: בשאר חסן עבד ברגותי ת.ז 934469768 / מגידו - נוכח

מתורגמן: סמל חאמד חמדאן
רשמת: רב"ט סיון הראל

-----------------------------------------------------------

אבה"ד פותח את הישיבה ומזהה את הנאשם.

### מהלך הדיון

תובע: הגענו להסדר טיעון, במסגרתו אבקש להגיש כתב אישום מתוקן. הנאשם יחזור בו מכפירתו, יודה בכתב האישום המתוקן והצדדים יטענו לעונש באופן חופשי.

סניגור: אני מאשר את דברי חברי ומבקש מביהמ"ש כי יתיר לנאשם לחזור בו מכפירתו.

### החלטה

לנוכח הסדר הטיעון אליו הגיעו הצדדים, אני מתיר לתובע לתקן את כתב האישום ולנאשם לחזור בו מכפירתו.

ניתן והודע היום, 13/01/03, בפומבי ובמעמד הצדדים.

_____
שופט

תובע: אני מגיש כתב אישום מתוקן.

סניגור: הסברתי למרשי את כתב האישום המתוקן, הוא מבין אותו ומודה בו.

נאשם: סניגורי הסביר לי את כתב האישום המתוקן, אני מבין אותו ומודה בו.

### הכרעת-דין

על יסוד ההודאה באשמה, אני מרשיע את הנאשם בעבירה המיוחסת לו בכתב האישום המתוקן.

ניתן והודע היום, 13/01/03, בפומבי ובמעמד הצדדים.

_____
שופט

1

P 6: 357



