



CONFIDENTIAL

P 6: 000440