

PLAINTIFF'S EXHIBIT

894

Palestinian National Authority
Ministry of Detainees' and Ex-Detainees' Affairs

## Detainee's/Ex-Detainee's File

### Personal Information

| File No.: | Identity No.: | Gender: | Modification Date: |
|---|---|---|---|
| 453147 | 907377113 | Male | September 8, 2010 |

| Name: | | | Tel: |
|---|---|---|---|
| Mohamed | Issa | Mohamed Ma'ali | |

| Cashing Center: | Address: | | |
|---|---|---|---|
| 26  Bethlehem | Ramallah | 723631 | |

| Marital Status: | Number of Spouses: | Number of Children: |
|---|---|---|
| Single | 0 | 0 |

### Financial Information

| Name: | Identity No.: | Relation: | Address: |
|---|---|---|---|
| Souad Mohamed Ahmed Ma'ali | 989790985 | | |

| Name of Agent: | Identity No.: | Relation: | Address: |
|---|---|---|---|
| | 0 | | |

| Bank: | Branch: | Account No.: |
|---|---|---|
| 7 Palestine Investment Bank | Bethlehem | 75018 |

| Allocation: | Arrears: |
|---|---|
| 4000 | 0 |

| Accreditation Start Date: | End Date: |
|---|---|
| July 1, 2004 | August 1, 2013 |

### Detention Information

| Date of Detention: | Detention Status: | Sentenced: |
|---|---|---|
| March 29, 2004 | Sentenced | **Day**: 0, **Month**: 0, **Year**: 999 |

| Employment: | Date of Release: | Date of Actual Release: |
|---|---|---|
| 1 not identified | 0 | 0 |

| Organization: | Prison: | Statement No.: |
|---|---|---|
| 1    Fatah | 1 not stated | 20050261 |

**CONFIDENTIAL**                              02:009344

**Expenditures**

| Year | Month | Allocation | Arrears | Reimbursement | Reference | Name of Beneficiary | Identity No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------------|-----------|---------------------|--------------|------|--------|-------------|
| 2012 | 12 | 4000 | 0 | 400 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 11 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 10 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 9 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 8 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 7 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 6 | 4000 | 0 | 400 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 5 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 4 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 3 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 2 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |

CONFIDENTIAL

02:009344 [continued]

| 2011 | 9 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 6 | 4000 | 0 | 400 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 4 | 4000 | 8100 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 3 | 1300 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |

December 31, 2012                    8:40:43 a.m.                    1

CONFIDENTIAL

02:009344 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 2 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2011 | 1 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 12 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 11 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 10 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 9 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 8 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 7 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 6 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 5 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 4 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 3 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 2 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2010 | 1 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 12 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 11 | 1300 | 0 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |

CONFIDENTIAL

02:009345

| Year | # | Amount | | | | Name | Account | Bank | City | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | 10 | 1300 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 9 | 1300 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 8 | 1300 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 7 | 1300 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 6 | 1300 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 5 | 1300 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 4 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 3 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 2 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2009 | 1 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 12 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 11 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 10 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 9 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 8 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 7 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 6 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |

CONFIDENTIAL

02:009345 [continued]

| 2008 | 5 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 4 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 3 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 2 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2008 | 1 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 12 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 11 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 10 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |

December 31, 2012          8:40:43 a.m.          2

CONFIDENTIAL

02:009345 [continued]

**Palestinian National Authority**
**Ministry of Detainees' Affairs**



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 9 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 8 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 7 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 6 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 5 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 4 | 1000 | 0 | 0 | 0 | Souad Mohamed Ahmed Ma'ali | 989790985 | Palestine Investment Bank | Bethlehem | 75018 |
| 2007 | 3 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2007 | 2 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2007 | 1 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 12 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 11 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 10 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 9 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 8 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 7 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 6 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 5 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 4 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 3 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 2 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2006 | 1 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 12 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 11 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 10 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 9 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 8 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 7 | 1300 | 0 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |

**CONFIDENTIAL**

02:009346

| 2005 | 6 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | 5 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 4 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 3 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 2 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2005 | 1 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2004 | 12 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2004 | 11 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2004 | 10 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2004 | 9 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2004 | 8 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| 2004 | 7 | 1300 | 0 | 0 | Iman Maarouf Ahmed Ma'ali | 921658217 | Arab Bank | 9050 | 723631 |
| | | 181,800 | 8,100 | 1,600 | 0 | | | | |

December 31, 2012     8:40-43 a.m.     3

CONFIDENTIAL

02:009346 [continued]

[illegible] handwritten          [illegible] handwritte[illegible]          [illegible] handwritten

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees' & Ex-Detainees**



### Detainee's Application Form

| Application No. | 4 | 5 | 3 | 1 | 4 | 7 | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Date Application was Filled Out** | March 31, 2011 | | | **Division/ Ministry's Branch** | | | Bethlehem | | |

**1. Detainee's Main Information**

| Identity No. (nine cells) | 9 | 0 | 7 | 3 | 7 | 7 | 1 | 1 | 3 |
|---|---|---|---|---|---|---|---|---|---|

| Full Name | First Name | Father's Name | Grandfather's Name | Family Name |
|---|---|---|---|---|
| | Mohamed | Issa | Mohamed | Ma'ali |

| Mother's Name | | Gender | | Male ☒ | Female |
|---|---|---|---|---|---|
| **Date of Birth** | | **Place of Birth** | | | |

| Educational Qualification: | Illiterate | Elementary ☒ | Secondary | Diploma | University | Post Graduate Studies |
|---|---|---|---|---|---|---|

| Profession Before Being Detained: | | Organization | |
|---|---|---|---|
| **Date of Detention:** | March 29, 2004 | **Place of Detention** | Beersheba |

| Detention Status | Arrested | Sentenced ☒ | Administrative | Released | Others |
|---|---|---|---|---|---|

| In case the person is sentenced, what is the sentence according to the Red Cross Certificate: | Day | Month | Year | Date of expected release according to the Court's verdict | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | Life Sentence | | | | | |

| Permanent Address: | Governorate | Bethlehem | Community | Al-Dahisha |
|---|---|---|---|---|
| **Notes:** | | | | |

**CONFIDENTIAL**                    02:009348

**2. Previous Detention Information:**

Number of previous detentions and the current detention __X__. Only those proven with a certificate from the Red Cross, in a timeline from newest to oldest.

| No. | Date of Detention | Type of Detention | Date of Release | Detention period | | | Notes |
|-----|------------------|-------------------|-----------------|------|-------|------|-------|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

**CONFIDENTIAL**          **02:009348** [continued]

Palestinian National Authority
Ministry of Detainees' & Ex-Detainees' Affairs
General Department of Detainees' & Ex-Detainees



**3. Social Status Information:**

| Social Status: | Single ☒ | | Married | | Divorced | | Widow(er) | |
|---|---|---|---|---|---|---|---|---|
| If Married: | **Fill In Spouse and Children Data** | | | | | | | |
| Spouse's Identity No.: | | | | | | | Date of Marriage: | / / |
| Spouse's Name: | | | | | | | Number of Children: | |

**Data of Children and First Wife:** (Male children under 18 years, and all unmarried females without regard to their ages)

| No. | Name | Date of Birth | Social Status | Level of Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Beneficiary Information:**

| Identity No.: | 9 | 8 | 9 | 7 | 9 | 0 | 9 | 7 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Name: | Souad Mohamed Ahmed Ma'ali | | | | | Relation: | | Mother | |
| Date of Power of Attorney: | | | | | Period of Effectiveness for the Power of Attorney | | | | |
| Bank: | Palestine Investment Bank | | | Branch | | | Bethlehem | | |
| Account No.: | | 7 | 5 | 0 | 1 | 8 | | Account only in shekels | |
| Landline Phone No.: | 2751684 | | | Cell Phone No.: | | | | | |
| Permanent Address: | Governorate | | Bethlehem | | Community | | Al-Dahisha | | |
| Notes: | | | | | | | | | |

| Applicant's comments: | |
|---|---|
| Acknowledgment: | I, the signatory below, attest that the information provided in this application is entirely true and I assume full responsibility for its accuracy. |
| Applicant's Signature: | [Signature] |

2

**CONFIDENTIAL**

02:009349

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Department of Detainees' & Ex-Detainees'**



| 5. For Official Use: | | [Stamp]  Palestinian National Authority General Department Detainees & Ex-Detainees | |
|---|---|---|---|
| Supervisor Name / the Employee: | Belal Zarbia | | |
| Supervisor Notes / the Employee: | | Governorate of Bethlehem | |
| Date: | March 31, 2011 | Signature | [Signature] |
| Name of the Head of the Department: | Khadr al-Araaj | | |
| Notes of Head of the Department: | Conditions were met | | |
| Date: | April 2, 2011 | Seal and Signature | [Signature] |

**Enclosed documents: Put a checkmark next to the applicable document (certification and authentication by the Head of the Department)**

| ☐ Copy of the detainee/ ex-detainee's identity card | ☐ Copy of beneficiary's identity card |
|---|---|
| ☐  Red Cross certificates | ☐ Bill of indictment |
| ☐ Court Ruling (if any) | ☐ Copy of the debit card |
| ☐ Copy of the marriage certificate | ☐ Copies of children's birth certificates |
| ☐ Rider (wife/wives) | ☐ Others (specify) |

**6. Approval and Authentication:**

| 1. Approval from Department of Detainees' Affairs | ☐ I approve the detainee's application (consistent with laws and regulation) | | |
|---|---|---|---|
| Certifier Name | | | |
| Date | /  / | Seal and signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and Justifications | | | |
| | | | |
| 2. Approval from Department of Legal Affairs | ☐ I approve the detainee's application (Consistent with laws and regulation) | | |
| Certifier Name | | | |
| Date | /  / | Seal and Signature | |
| | ☐ I do not approve the detainee's application | | |
| Reasons and Justification | | | |

3

**CONFIDENTIAL**                    02:009350

**Palestinian Authority**    Identity Card

**Identity No.:** 9 8979098 5
**First Name:** Souad
**Father's Name:** Mohamed
**Grandfather's Name:** Ahmed
**Family Name:** Ma'ali
**Mother's Name:** Khadija
**Date of Birth:** May 19, 1958
**Place of Birth:** Beit Jala
**Sex:** Female        **Religion:** Muslim
**Issued in:** Bethlehem        **On:** September 26, 2004



SEAL OF THE
Palestinian Authority
Department of Civil
Affairs
[Signature]

---

**Palestinian Authority**        ID card (Annex)

**Identity No.:** 9 8979098 5

## Palestine Investment Bank

**Branch**: Bethlehem

| Name | Souad Ma'ali |
|---|---|
| **Account No.** | 75018 |
| **Date of Opening the Account** | |

**CONFIDENTIAL**                                02:009352

*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Detainees' & Ex-Detainees' Affairs**
**General Directorate of Detainees' Affairs** 

April 3, 2011

Brother/Abdul Jabbar Salem, May God Protect Him
Designee of the General Director of Payroll
Ministry of Finance

Through the Respected Brother / Shokri Salmeh
Director General of the General Department of Detainees' Affairs
Ministry of Detainees' & Ex-Detainees' Affairs

Greetings,

### Subject: Acknowledgment of Detention Status of Ex-Detainee

The Directorate of the Ministry of Detainees' and Ex-Detainees' Affairs in the Governorate of Bethlehem acknowledges that Detainee Mohamed Issa Mohamed Ma'ali, bearer of Identity No. 907377118, from the province of Bethlehem, has completed his sentence in the prisons of the Israeli occupation as a result of his fight for his country. He was a security detainee during the period of his detention.

Respectfully yours,

Approval and Authentication of the General          The Director of the Directorate of the Ministry
Department of Detainees' Affairs                    of Detainees' Affairs in the:

General Director of the General Department __       Governorate of: Bethlehem _____

Signature & Stamp _____            Name of the Director: Khadr al-Araaj _____

Date _____             Seal & Signature [Signature] _____

> [Stamp]   Palestinian National Authority
>           Ministry of Detainees & Ex-Detainees Affairs
>           Governorate of Bethlehem

**CONFIDENTIAL**                              **02:009353**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                      Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                  Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF EYAL SHERF

Eyal Sherf hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:009344-9353.

2. I am a professional translator with a Certificate in Arabic to English translation from New York University. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:009344-9353.

Eyal Sherf

ss.: New Jersey *New York*

On the 28] day of February, 2014 before me, the undersigned, personally appeared Eyal Sherf, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

ANGELICA PINZON
Notary Public - State of New York
NO. 01PI6251092
Qualified in Queens County
My Commission Expires NOV. 14 2015

| Palestinian National Authority |  | السلطة الوطنية الفلسطينية |
|---|---|---|
| Ministry of Detainees Affairs | | وزارة شؤون الأسرى والمحررين |

<div dir="rtl">

## ملف أسير / محرر

### البيانات الشخصية

| | | | | | |
|---|---|---|---|---|---|
| 08/09/2010 | تاريخ التعديل | ذكر | الجنس | 907377113 | رقم الهوية | 453147 | رقم الملف |
| | تلفون | | معالى | محمد | عيسى | محمد | الاسم |
| | | | رام الله 723631 | العنوان | بيت لحم | 26 | مركز صرف |
| 0 | عدد الابناء | | 0 | عدد الزوجات | | أعزب | حالة زواجية |

### البيانات المالية

| | | | |
|---|---|---|---|
| العنوان | الصلة | 989790985 الهوية | سعاد محمد احمد معالى | اسم |
| العنوان | الصلة | 0 الهوية | | اسم الوكيل |
| 75018 رقم الحساب | الفرع | بيت لحم | الاستشارالفلس 7 | البنك |
| 01/08/2013 نهاية | بداية الاعتماد 01/07/2004 | 0 المتأخرات | 4000 المخصص |

### بيانات الأسر

| | | | | |
|---|---|---|---|---|
| 999 سنة | 0 شهر | 0 الحكم يوم | محكوم | الحالة الاعتقالية | 29/03/2004 | تاريخ الأسر |
| 0 | | 0 تاريخ تحرير فعلي | 0 | تاريخ تحرر | غيرمحدد | 1 | العمل |
| 20050261 رقم كشف | | غيرمحدد 1 | السجن | فتح | 1 | التنظيم |

## المصروفات

| السنة | شهر | المخصص | المتأخرات | التعويض | المرجع | اسم المستفيد | رقم الهوية | البنك | الفرع | رقم الحساب |
|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | 12 | 4000 | 0 | 400 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 11 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 10 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 9 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 8 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 7 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 6 | 4000 | 0 | 400 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 5 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 4 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 3 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 2 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2012 | 1 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 12 | 4000 | 0 | 400 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 11 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 10 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 9 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 8 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 7 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 6 | 4000 | 0 | 400 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 5 | 4000 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 4 | 4000 | 8100 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |
| 2011 | 3 | 1300 | 0 | 0 | 0 | سعاد محمد احمد معالى | 989790985 | الاستشارالفلس | بيت لحم | 75018 |

</div>

السلطة الوطنية الفلسطينية | **Palestinian National Authority**
وزارة شؤون الاسرى والمحررين | **Ministry of Detainees Affairs**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 2 | 2011 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 1 | 2011 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 12 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 11 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 10 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 9 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 8 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 7 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 6 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 5 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 4 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 3 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 2 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 1 | 2010 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 12 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 11 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 10 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 9 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 8 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 7 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 6 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1300 | 5 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 4 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 3 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 2 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 1 | 2009 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 12 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 11 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 10 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 9 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 8 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 7 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 6 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 5 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 4 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 3 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 2 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 1 | 2008 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 12 | 2007 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 11 | 2007 |
| 75018 | بيت لحم | الاستشارالقدس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 10 | 2007 |

| | Palestinian National Authority<br>Ministry of Detainees Affairs |  | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 75018 | بيت لحم | الاستشارالفلس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 9 | 2007 |
| 75018 | بيت لحم | الاستشارالفلس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 8 | 2007 |
| 75018 | بيت لحم | الاستشارالفلس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 7 | 2007 |
| 75018 | بيت لحم | الاستشارالفلس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 6 | 2007 |
| 75018 | بيت لحم | الاستشارالفلس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 5 | 2007 |
| 75018 | بيت لحم | الاستشارالفلس | 989790985 | سعاد محمد احمد معالى | 0 | 0 | 0 | 1000 | 4 | 2007 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 3 | 2007 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 2 | 2007 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 1 | 2007 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف أحمد معالى | 0 | 0 | 0 | 1300 | 12 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 11 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 10 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 9 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 8 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 7 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 6 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 5 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف أحمد معالى | 0 | 0 | 0 | 1300 | 4 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 3 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 2 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 1 | 2006 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 12 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 11 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 10 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 9 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 8 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 7 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 6 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 5 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 4 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 3 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 2 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 1 | 2005 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 12 | 2004 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 11 | 2004 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 10 | 2004 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 9 | 2004 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 8 | 2004 |
| 723631 | 9050 | البنك العربي | 921658217 | ايمان معروف احمد معالى | 0 | 0 | 0 | 1300 | 7 | 2004 |
| | | | | | 0 | 1600 | 8100 | 181800 | | |

453147    2069



№    01584

## TO WHOM IT MAY CONCERN

CICR  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **MOHAMMAD ISSA MOHAMMAD  MAALI**

From :    **BETHLEHEM**                    ID NO: 90737711-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **29.03.2004**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ____ عيسى ____ محمد ____ معالي ____

من ____ بيت لحم ____ هوية رقم ____ 90737711-3 ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٩ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة ____ إداري ____

محكوم/ة أو إداري لمدة ____ مدى الحياة ____

وهو/هي أطلق سراحه/ها في يوم ____ / شهر ____ / سنة ____

Date:  **14.02.2005**

التاريخ

Place:  **BETHLEHEM-NR**

المكان




MARIA FERRARA
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**

02:009347

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السـلـطــة الـوطـنـيــة الفـلـسـطـيـنـيـة
وزارة شـــؤون الأســرى والمـحـــررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | ٧ | ٥ | ٢ | ١ | ٩ | ٧ | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|---|
| | بيت لح | المديرية/فرع الوزارة: | | 2011 / 3 / 31 | | | | | تاريخ تعبئة الاستمارة: |

### 1. المعلومات الرئيسية للأسير:

| ٩ | ٥ | ٧ | ٣ | ٧ | ٧ | ١ | ١ | ٣ | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | الاسم الرباعي: |
|---|---|---|---|---|
| صلاح | محمد | عيسى | محمد | |

| اسم الأم: | | | | |
| الجنس: ☒ ذكر ☐ أنثى | | | | |
| مكان الولادة: / / | | | | |
| المؤهل العلمي: ☐ أمي ☒ الأساسية ☐ ثانوي ☐ دبلوم ☐ جامعي ☐ دراسات عليا | | | | |
| المهنة قبل الأسر: | | | | |
| التنظيم: | | | | |
| تاريخ الأسر: 28 / 3 / 2007 | مكان الاعتقال: بيت لحم | | | |
| الوضع الاعتقالي: ☒ موقوف ☒ محكوم ☐ إداري ☐ محر ☐ أخرى | | | | |

| الغرام | الشهر | اليوم | سنة. | شهر. | يوم | في حالة محكوم مدة الحكم |
|---|---|---|---|---|---|---|
| | | | مدى الحياة | | | حسب قرار الحكم: |

| العنوان الدائم: المحافظة: بيت لحم | التجمع السكاني: ١ الدهيشة |
|---|---|

ملاحظات:

### 2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة:_____ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

1

CONFIDENTIAL

02:009348

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطــة الوطنيــة الفلسطينية

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

---

3. بيانات الوضع الاجتماعي:

| | | | | | |
|---|---|---|---|---|---|
| الحالة الاجتماعية: | ☑ أعزب | ☑ متزوج | ☑ مطلق | ☑ أرمل | |

| | |
|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء |
| رقم هوية الزوج/ة: | |
| اسم الزوج/ة: | عدد الأولاد: | تاريخ عقد الزواج | / / |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

---

4. بيانات الوكيل "المستفيد":

| | |
|---|---|
| رقم الهوية "المستفيد": | 9 8 4 7 9 0 9 8 5 |
| اسم الوكيل "المستفيد": | سينا د. احمد سدلكم |
| تاريخ الوكالة إن وجدت: | / / | صلة القرابة: ام |
| البنك: | الاستثمار الفلسطيني | مدة سريان الوكالة: |
| رقم الحساب: | 7 5 0 1 8 | فرع البنك: بيتلحم | الحساب جاري شيكل فقط |
| رقم الهاتف الأرضي: | 275168 | رقم الهاتف النقال: |
| العنوان الدائم للمستفيد: | المحافظة: بيتلحم | التجمع السكني: الدهيشة |
| ملاحظات: | |

---

| | |
|---|---|
| ملاحظات مقدم الطلب: | |
| إقــرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | بكر بكر د |

2

CONFIDENTIAL

02:009349

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



الســلطــة الوطنيــة الفـلسـطينيـة

وزارة شـــؤون الأســرى والمـحـــررين

الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| | | |
|---|---|---|
| اسم المرشد/الموظف: | بلاد زرية | |
| ملاحظات المرشد/الموظف: | | |
| التاريخ: | ١٢ / ٣ / ١٤ ٢٠ | التوقيع: |
| اسم مدير المديرية: | حطاب كلافرح | |
| ملاحظات مدير المديرية: | ـــــ سكرتير المستشار | |
| التاريخ: | ١٤ / ٤ / ١١ ٢٠ | الختم والتوقيع: ( سهى ... ) |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| صورة هوية المستفيد | ☐ | صورة هوية الأسير/المحرر | ☐ |
| لائحة الاتهام | ☐ | شهادات الصليب الأحمر | ☐ |
| صورة بطاقة الحساب البنكي | ☐ | قرار الحكم (إن وجد) | ☐ |
| صور شهادات الميلاد للأبناء | ☐ | صورة عقد الزواج مصدقة طبق الأصل | ☐ |
| أخرى (ب... د) | ☐ | ملف إثبات قرابة زوج/زوجات | ☐ |

6. الاعتماد والمصادقة:

| | |
|---|---|
| 1. اعتماد شؤون الأسرى: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

| | |
|---|---|
| 2. اعتماد الشؤون القانونية: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: / /. | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

3

CONFIDENTIAL

02:009350



**TO WHOM IT MAY CONCERN**

№ 01584

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **MOHAMMAD ISSA MOHAMMAD  MAALI**

From :    **BETHLEHEM**                                    ID NO: **90737711-3**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **29.03.2004**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR** هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ___ محمد عيسى محمد معالي . ___

من ___ بيت لحم ___ . هوية رقم ___ 90737711-3 ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم _29_ / شهر _٣_ / سنة _٢٠٠٤_

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ محكوم/ة ___ إداري ___

محكوم/ة أو إداري لمدة ___ مدى الحياة ___

وهو/هي أطلق سراحة/ها في يوم ___ // ___ / شهر ___ // ___ / سنة ___ // ___

Date:    **14.02.2005**

التـاريـخ

Place:    BETHLEHEM-NR

المكــان

MARIA FERRARA
ICRC Delegate
توقيع مندوب اللجنة

**CONFIDENTIAL**

02:009351



CONFIDENTIAL

02:009352

Palestinian National Authority

Ministry of Detainees & Freed Detainees Affair

Gen.Directorate of Detainees Affars



الوطنيــــة الفلسطينيـــة

زون الأســــرى والمحريــــن

امة لشـــــؤون الاســـــرى

٣ / ٢٤ / ١ / ١ / 20 م

الأخ/عبد الجبار سالم سالم حفظه الله

المكلف بمهام مدير عام الرواتب

وزارة المالية

بواسطة الأخ / شكري سلمة / المحترم

بر غام الإدارة العامة لشؤون الأسرى

وزارة شؤون الأسرى والمحررين

تجية طيبة وبعد

الموضوع: إقرار الحالة الاعتقالية للأسير المصري

تشهد مديرية وزارة شؤون الأسرى والمحررين في محافظة ............ لحم ............ بأن الأسير /

جيد بسسيسي جمد مجا لرا ... حامل / ة هوية رقم ......... 90.73.77.11.5 من

محافظة بيسسيسم ..... قد أمضى / ة كافة محكوميته / ها في سجون الاحتلال الإسرائيلي على

خلفية نضاله الوطني وهو أسير امني طوال فترة اعتقاله.

وتفضلوا بقبول فائق الاحترام ،،

مصادقة الإدارة العامة لشؤون الأسرى

مدير عام الإدارة العامة ...............

التوقيع والختم .....................

التاريخ ...........................

مدير مديرية وزارة شؤون الأسرى

محافظة ..........................

اسم المدير ......................

التوقيع والختم ...................

**CONFIDENTIAL**

02:009353