| FROM: LAW OFFICE | Ghasan Abu [rest of name cut off]<br>FAX NO. : 00972 2 2345315 | Apr. 23 2004 03:32PM P3 |

To the gentlemen of the Palestinian Prisoner's Club-The Legal Unit

[illegible]


PLAINTIFF'S EXHIBIT
1030

**Greetings,**
**Subject: Visit to the al-Maskubiya Detention Center**

Today, Friday 22 April 2004, I had the opportunity to visit several prisoners at the al-Maskubiya Detention Center. Please see the report below:

1. **Prisoner Hilmi Abdel Karim Mohamed Hamash** from Bethlehem

    The prisoner was arrested on 9 March 2004 while at home. He was directly transferred to the al-Maskubiya Detention Center where he was interrogated on his connection to martyr Ali Ja'ara, who served with him in the police force. The prisoner said he denied he had ever helped the martyr and said they had just been friends and colleagues in the police force. He said he had gone to his [Ja'ara's] house after his *Istishhad* [death as a martyr] to give his condolences and that Ahmed Salah was with him. The prisoner also added that most people knew it had been Ali Ja'ara's intention to carry out an attack and that this was written in the police statements. He added he had no knowledge of the attack Ali had intended to carry out and that Ahmed Salah had told him not to get involved in the matter of Ali Ja'ara in any way whatsoever. After Ali Ja'ara had perpetrated the attack, Ahmed Salah called the prisoner to tell him about it. The prisoner inquired him about the attack and Ahmed told him that it had been perpetrated by Ali Ja'ara. Since the prisoner did not agree to the attack and was against it, he became so furious that he hung up the telephone on Ahmed Salah. A week after the attack Ahmed Salah came to the prisoner's house and the prisoner threw him out.

    The prisoner was also interrogated on his participation in the shooting incident several weeks prior to the attack by Ali Ja'ara. He said that he and Ahmed Tawfiq, Wael Khalil Faraj, and Ahmed Salah had taken a walk in the area [controlled by] the Liaison Office in Beit Jala and that upon their arrival Ahmed Salah and Ahmed Tawfiq opened fire. The prisoner and Ali Faraj were against the attack and ran away from the there. They returned to Ahmed Salah's home by car.

    The prisoner also mentioned his imprisonment in 1991 on the charge of being a member of the school's Student Union along with Imad Shahin, Shadi Maali, and Ahmed Salah. When he was asked about Imad Shahin, the prisoner said he was just a friend and a colleague and that they were not involved in any matters or activities.

    The prisoner also said he had been imprisoned with Mohamed Azmi Alqam, Mustafa Qaraqi, Muhib al-Walji, and Ismail Qaraqi on the charge of throwing stones at Israeli soldiers in 1995.

| CONFIDENTIAL | 02:010201 |

The prisoner said the interrogators had accused him of trading in bullets. They said he was working with a man from Beer Sheba, who would bring him bullets, by the name of Abu Jawhar, but the prisoner denied he had any knowledge of that.

The interrogators also accused him of having in his possession a gun with a drum magazine and a 16[mm] gun hidden at a storage yard, but the prisoner denied he had any gun in his possession.

The prisoner said he had gone with Mohamed Jamil al-Liham and Ahmed Salah to shoot empty Cola cans in an uninhabited area.

The interrogators asked him about the bus takeover but the prisoner denied he had any knowledge of that. The Interrogators also asked him about his relation to Zaher (Abdel Rahman Maqdad) and he said he had nothing to do with him and that they had not been involved in any activities.

**CONFIDENTIAL**          02:010201 [continued]

The interrogators also accused him of helping Ahmed Salah take lemon salt to sell it at Zaher's house. They added that the prisoner's duty had been to drive Ahmed but the prisoner denied that and said he had only joined Ahmed for a short ride in his car and had no idea why Ahmed had the salt and what he intended to do with it.

The interrogators also accused him of supplying bullets to Taleb Buja Musalamah but the prisoner denied that. The interrogators asked him about his relations with Nasser Abu Mufrih and the martyr Issa Abayat and Atef Abayat. They also asked him about Mohamed Shamarkha and the prisoner said he was just a friend and a colleague in the police force, nothing more.

The prisoner said he had been interrogated on Martyr Mohamed Zaul's attack and on his own involvement in the attack. The prisoner denied he had any knowledge of the attack and anything to do with the martyr and the attack.

[redacted]

**The Prisoner said he had been taken to the *Asafir* [informants. Literally: birds] of Ashkelon where he stayed for ten days. He knew he was being interrogated by them and was asked about the following:**

- The prisoner said he had gone to the house of Ali Ja'ara to give his condolences.
- He said Ali had asked him before his martyrdom for a larger explosive belt than the one which is being used, and by doing so he informed the prisoner of the attack; nonetheless, the prisoner said he had not been involved in the attack at the time.
- The prisoner said he had detonated an explosive device (a gas tank wired to a battery) and that he had found it while walking with Rami Muslih. Rami noticed the gas tank and the prisoner took it from Rami. He detonated the charge in the vicinity of the UNRWA offices but since this was at night and the line of sight was not clear, the charge exploded when the tank was more than one hundred meters away from it.
- The prisoner said the collaborators had talked in front of him about a girl from Bethlehem, who wanted to conduct a suicide attack. The prisoner denied any relation to the girl or to the attack and the interrogators did not mention that girl again during the course of the interrogation.
- The prisoner mentioned a meeting he had with Nidal Abu Akar (according to an intelligence report) and with Mohamed Shahin Shamarkha and Mohamed al-Sajdi to discuss matters that pertained to the Popular Front. The prisoner denied that and said the meeting

revolved around cultural and social matters and that no political matters were discussed.

The prisoner said he had been interrogated for 4 days and that he had been psychologically tortured. One member of the intelligence unit used to attack him during the interrogation and beat him in his entire body and in the head while he was strapped to the chair with his hands tied. He was also deprived of sleep for 12 days and the interrogators, in an attempt to put pressure on him, threatened that they would demolish his house and arrest and interrogate his father and his wife.

As for his health condition, he is in good health and says he does not suffer from any diseases.

He sends his wishes to his entire family.

**Entered.**

**1[?]/2/2002**

**Entered**

**Date: 7/**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02: 010201-02.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02: 010201-02.

Dated: February 23, 2014

_____
Yaniv Berman

Case 1:04-cv-00397-GBD-RLE   Document 927-96   Filed 07/02/15   Page 6 of 8

FROM : LAW OFFICE
FAX NO. : 02972 2 2343315
غسان أبو

Apr. 23 2004 03:32PM



السادة نادي الأسير الفلسطيني – الوحدة القانونية

تحية طيبة ،،،

الموضوع : زيارة معتقل المسكوبية .

لقد تمكنت هذا اليوم الجمعة الموافق 23/4/2004 من زيارة عدد من الأسرى في معتقل المسكوبية وذلك وفق التقرير الآتي :-

1. الأسير حلمي عبد الكريم محمد هماش : من بيت لحم .
اعتقل الأسير بتاريخ 9/3/2004 من بيته ونقل مباشرة إلى معتقل المسكوبية وقد حقق معه حول علاقته بالشهيد علي جعاره باعتباره كان معه في جهاز الشرطة وقد ذكر الأسير بأنه أنكر تقديم أية مساعدة للشهيد حيث أنه مجرد صديق وزميل في جهاز الشرطة وقد ذهب إلى بيته بعد استشهاده لتقديم واجب العزاء وكان معه وقت ذلك أحمد صلاح وقت ذكر الأسير بأن معظم الناس كانت على علم بأن علي جعاره كان يريد تنفيذ عملية حيث كان ذلك مدون في الإفادات الخلاصة بالشرطة وكما ذكر الأسير بأنه لم يكن يعرف نوع العملية التي كان يريد تنفيذها علي وكما أن أحمد صلاح لم يخبر الأسير بأن لا يتدخل بموضوع علي جعاره نهائيا ، وبعد تنفيذ علي جعاره العملية اتصل أحمد صلاح مع الأسير وأخبره وسأل الأسير عن تلك العملية فأخبره أحمد بأن علي جعاره من قام بتنفيذها ومن شدة غضب الأسير ولسبب عدم موافقته على العملية ومعارضته لها أغلق الهاتف بوجه أحمد صلاح وبعد أسبوع من العملية حضر أحمد صلاح إلى بيت الأسير فقام الأسير بطرده من بيته .
هذا وقد حقق مع الأسير أيضا بخصوص مشاركته في إطلاق النار قبل حصول عملية علي جعاره بعدة أسابيع حيث ذكر بأنه مع كل من أحمد توفيق ووائل خليل فرج وأحمد صلاح ذهبوا الى شمه هوا عند بيت جمال  - منطقة الارتباط  وعند وصولهم بدأ أحمد صلاح ومع أحمد توفيق بإطلاق النار إلا أن الأسير مع وائل فرج هربوا من المكان لعدم موافقتهم على ذلك ورجعوا بالسيارة حيث عادوا إلى بيت أحمد صلاح لوحدهم .
وكما ذكر الأسير بأنه سنة 91 سجن بتهمة انتمائه للاتحاد للطلبة في المدرسة مع كل من عماد شاهين وشادي معالي وأحمد صلاح وكما سؤل عن عماد شاهين فذكر بأنه مجرد صديق وزميل ولا تربطه معه أية مواضيع أو أية نشاطات .
وكما ذكر بأنه سجن مع محمد عزمي عالم ومصطفى قراقع ومهيب الولجي وإسماعيل قراقع بتهمة إلقاء حجارة على الجنود الإسرائيليين وكان ذلك سنة 95 .
هذا وقد ذكر الأسير بأن المحققون اتهموه بالمتاجرة بالرصاص حيث ذكر للمحققين بأنه كان يتعامل مع شخص من بير السبع ويدعى أبو جوهر بأنه كان يحضر إليه رصاص إلا أن الأسير أنكر معرفته وعلمه بذلك .
وكما اتهمه المحققون بحيازته لمسدس طاحونة ومسدس 16 ومخفيه في حاكورة ابداع ولكن أنكر الأسير حيازته لأي مسدس .
وكما ذكر الأسير بأنه ذهب مع كل من محمد جميل اللحام ولحمد صلاح وكاتوا يطلقوا النار في منطقة خالية باتجاه علب كولا فارغة .
هذا وقد سأله المحققون عن موضوع لاختطاف الباص ولكن أنكر الأسير علمه بذلك وسأله المحققون عن علاقته مع زاهر (عبد الرحمن مقداد )وأنكر بأنه لا توجد معه أية علاقة أو أي نشاط .

وكذلك اتهمه المحققون بمساعدة أحمد صلاح بنقل ملح الليمون لبيت زاهر حيث ذكر المحققون بان أحمد قام بشرائه وكان دور الأسير سباقة لأحمد إلا أن الأسير أنكر ذلك وذكر بأنه كان مع أحمد لمجرد شمة هوا في سيارته ولا يعلم لماذا كان الملح مع أحمد وماذا يريد أن يفعل به .

وقد اتهمه المحققون بأنه كان يعطي طالب بوجه مسلمه رصاص إلا أن الأسير أنكر ذلك وكما ساله المحققون عن علاقته مع كل من ناصر أبو مفرح وللشهيد عيسى عبيات وعاطف عبيات .

وكما سأله المحققون أيضا عن محمد شمارخه وذكر الأسير بأنه مجرد صديق وزميل له في الشرطة ليس أكثر .

وكما ذكر الأسير بأنه حقق معه حول عملية الشهيد محمد زعول فيما إذا كانت له علاقة بها ولكن أنكر الأسير وجود أية علاقة أو معرفة بالشهيد وبالعملية

هذا وقد أتهمه المحققون بأنه من أعضاء كتائب شهداء الأقصى إلا أن الأسير أنكر أية ارتباط له بالكتائب وأنكر ذلك .

هذا وقد ذكر الأسير بأنه نقل إلى عصافير عسقلان حيث مكث عندهم لمدة عشرة أيام وقد كان يعلم بتواجده عندهم وقد سأله العصافير عن الأمور التالية :

- ذكر الأسير بأنه ذهب إلى بيت علي جعاره لتقديم واجب العزاء .
- ذكر بأن علي قبل استشهاده طلب منه حزام ناسف لكبر من الذي يتم استعماله حيث تم ذكر موضوع قيامه بالعملية إلا أن الأسير ذكر بأنه لم يتدخل بذلك وقتها .
- ذكر الأسير بأنه قام بتفجير عبوة ناسفة (اسطوانة غاز موصول بها بطارية مع أسلاك) حيث كان وقتها يتمشى مع رامي مصلح وشاهد رامي للعبوة وقد أخذها الأسير من رامي وقام بتفجيرها بالقرب من وكالة الغوث وقد انفجرت قبل أن تصل الدبابة بمائة متر بسبب عدم وضوح الرؤية حيث أن ذلك كان ليلا .
- ذكر الأسير بان العملاء ذكروا لأمامه بأن فتاه من بيت لحم كانت تريد تنفيذ عملية استشهادية ولكن نفى الأسير معرفته بالفتاة وبذلك الموضوع وكما أن المحققون لم يقوما بذكروا فيما بعد بالتحقيق موضوع تلك الفتاة .
- ذكر الأسير بأنه جلس مع نضال أبو عكر ( حسب معلومات استخبارية ) وبحضور محمد شاهين شمارخه ومحمد السجدي لاجتماع يتعلق بالجبهة الشعبية إلا أن الأسير نفى ذلك وذكر بان الاجتماع كان بخصوص جلسات ثقافية واجتماعية ولم يتطرقوا لأية مواضيع سياسية .

هذا وقد ذكر الأسير بأنه حقق معه لمدة ٤٠ يوما تمت التعذيب النفسي حيث أن أحد أفراد المخابرات كان يقوم بالاعتداء عليه لشاء التحقيق معه وضربه على كافة أنحاء جسمه وضربه على رأسه وهو مقيد اليدين ومشبوح على للكرسي وكما ذكر بأنه حرم من النوم لمدة ١٢ يوما وكما أن المحققون كانوا يقومون بتهديده بهم بيته واعتقال والده وزوجته والتحقيق معهم من أجل الضغط عليه .

ولما بخصوص وضعه الصحي جيد ولا يعاني من أية أمراض كما ذكر .

يرسل السلام إلى كافة الأهل .