PLAINTIFF'S EXHIBIT 1035

[illegible]   Hamas

**Security Check**   No.: W/4483
Date: 05/06/2010

7- [illegible] his relationship with Anas Anjas.
M.H. [illegible]   06/10/2010

| First Name | Mohamed | Father's Name | Hassan | Grandfather's Name | Ahmed | Family Name | Erman |
|---|---|---|---|---|---|---|---|
| Identity No. | 901056259 | Additional Document | | Document No. | | | |
| Sex | Male | Commonly Used Name | | Alias | | | |
| Date of Birth | 35 years [old] | Place of Birth | | Nationality | | | |
| Marital Status | Married | Wife's Name | - | Wife's Nationality | | Wife's Profession | |
| Number of Children | 2 | Mother's Name: | Tamam | | | | |
| Political Affiliation | Hamas | Affiliation Status | | Religion | | Muslim | |
| Security Status | | Good | | Moral Status | | Good | |
| Current Address | Kharbatha Bani Hateth | Change of Residence | | Type of Residence | | Owner | |
| Current Job | | Prison | | Work Address | | Job Category | - |
| Educational Level | | High School | | Graduated from | Nilin School | | |

| Height | 175 | Body Structure | Medium | Hair Color | Black |
|---|---|---|---|---|---|
| Eye Color | Brown | Skin Tone | Light Brown | Weakness Points | - |
| His Wishes | | Self-Confidence | Strong | Nature | Irascible |
| His Daily Activities | - | | | Identifying Marks | |
| Vehicle Model | | Color | | Registration Plate No. | |
| Year of Manufacture | | Structure Form | | Comments about the Vehicle | |
| Telephone No. | | Mobile Phone: | | | |

| | | | Wives | | | |
|---|---|---|---|---|---|---|
| | Full Name or Identity No. | Age | Wife's Profession | Wife's Nationality | Wife's Affiliation | Information about Her |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |

**CONFIDENTIAL**   02:010227

...

| | | | Children | | | |
|---|---|---|---|---|---|---|
| | Name | Identity No. | Age | Education | Profession and Workplace | Affiliation | Information about Him |
| 1. | Bilal | | 11 | Pupil | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |

**CONFIDENTIAL**     02:010227 [continued]

| Brothers | | | | | | |
|---|---|---|---|---|---|---|
| | Name | Identity No. | Age | Education | Profession and Workplace | Affiliation | Information about Him |
| 1 | Wahid | | 56 | - | Money Changer/Ramallah | Hamas | |
| 2 | | | | | | | |
| 3 | Mufid | | 49 | Primary School | Shop Owner | None | |
| 4 | | | | | | | |
| 5 | Abdel Aziz | | 40 | High school | Association Director | Fatah | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |

| Friends | | | | | | |
|---|---|---|---|---|---|---|
| Full Name | Identity No. | Age | Education | Profession and Workplace | Affiliation | Information about him |
| Anas Ahmed Abdullah Anjas | | 35 | B.A. | School Canteen | Hamas | Currently imprisoned (the Preventive [Security Force]) |
| Walid Abdel Aziz Anjas | | 34 | University Student | Prisoner | Hamas | Imprisoned (the Occupation) |
| | | | | | | |
| | | | | | | |
| **Very Precise Past and Present Description of the Circle of Connections of the Aforementioned:** | | | | | | |
| | | | | | | |

**CONFIDENTIAL**                    02:010228

| Relatives Working for the [Palestinian] Authority | | | | | | |
|---|---|---|---|---|---|---|
| Full Name | Identity No. | Relationship | Education | Profession and Workplace | Affiliation | Information about him |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Imprisonment Appendix | | | | | |
|---|---|---|---|---|---|
| Arresting Party (1) | Place of Arrest | Reason of Arrest | Main Charge | Date of Arrest | |
| The occupation | | Security / Criminal | Military cell | | |
| Type of Arrest | Organizational Status in Prison | Current Status | Date of Release | Comments | |
| Sentence / detention / administrative | | Imprisoned / Outside the Prison | | | |
| Arresting Party (2) | Place of Arrest | Reason of Arrest | Main Charge | Date of Arrest | |
| | | Security / Criminal | | | |
| Type of Imprisonment | Organizational Status in Prison | Current Status | Date of Release | Comments | |
| Sentence / Detention / Administrative | | Imprisoned / Outside the Prison | | | |

**CONFIDENTIAL**          02:010228 [continued]

## Personal Information and General Comments about Him

The aforementioned is a resident of Kharbata Bani Hareth. He is good in terms of security and morals. He studied, up to middle school, in a school in Kharbata. He studied at the Open University. He worked for PALTEL. He was a member of the Silwan military cell that carried out the Hebrew University attack and other attacks. He is sentenced to 36 life terms [illegible] Silwan cell. Other members of the cell are [illegible], Walid Anjas, Ibrahim Hamed.

While in prison, the aforementioned wrote a book called "Engineers of Death" about the formation of the cell.

Anas Ahmed Abdullah Anjas had a distinguished relationship with him.

**Recommendation of the Head of the Region:** _____.

| Appendix of the Military Activity | | | | | | |
|---|---|---|---|---|---|---|
| Activity No. | Activity Definition | Party Responsible for the Activity | Date | Weapon Used | Weapon Source | Results of the Activity |
| | | | | | | |

**Personal Information - Struggle**

| | |
|---|---|
| Type of weapon, if found: | |
| Cases he was involved in - confirmed | |
| Immoral relationships - confirmed | |
| Relationships with other countries – confirmed | |

| Wing | Political / Military / Field / Arming / Unspecified | Organizational Position | Cadre / Member / Supporter / None | Danger Level | Low / Dangerous / Very Dangerous |
|---|---|---|---|---|---|
| Arrest Status | Imprisoned / Not imprisoned | Monthly Income | | Income Source | |
| Possessions | A house | | | | |

**CONFIDENTIAL**                              02:010229

**Continuation of Personal Information - Struggle/ Summary:**

_____ .
_____

### Personal Information - Media and Companies

| | |
|---|---|
| Date of Appointment: | |
| Salary: | |
| Administrative Position: | |

### Personal Information – Municipalities

| | | |
|---|---|---|
| Position: | | |
| Election Period: | From: | To: |
| Current Position: | | |
| His Activities inside Municipality: | | |

### Personal Information - Transportation

| Name of Vehicle Owner | Route | Permit Number | No. of Passengers | Registration Plate No. (Taxi) |
|---|---|---|---|---|
| | | | | |

### Personal Information - Teachers

| School Name | Town / Neighborhood | Governorate |
|---|---|---|
| | | |

School Type (Governmental, UNRWA, Private):

Name of University / Institution from which he Graduated: ( ) Year of Graduation ( )

| Signature of Head of the Western Region | Case Officer | Date |
|---|---|---|
| [Signature] | 307 | 06/10/2010 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02: 010227-30.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02: 010227-30.

Dated: February 23, 2014

_____
Yaniv Berman

Case 1:04-cv-00397-GBD-RLE    Document 927-97    Filed 07/02/15    Page 8 of 12

بحــــث أمــــني

الرقـم: ٢٢٨٢/٢
التاريخ: ٦/٥/٢٠١٠

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| العائلة | عربان | اسم الجد | احمد | اسم الأب | صوا | الاسم الأول | محمد |
| | | رقمها | | وثيقة أخرى | 901556259 | رقم الهوية | |
| | | اللقب | | الاسم المعتاد | محمد | الجنس | ذكر |
| | | الجنسية | | مكان الميلاد | | تاريخ الميلاد | ٥٣ عام |
| عملها | | جنسيتها | | اسم الزوجة | — | الحالة الاجتماعية | متزوج |
| | | | | اسم الأم | نعام | عدد الأبناء | ٧ |
| | | الديانة | مسلم | حالة الانتماء | حماس | الانتماء السياسي | حماس |
| | | الوضع الأخلاقي | جيد | | جيد | الوضع الأمني | |
| | | نوع السكن | ملك | تنقلات أخرى | حربيا صارت | العنوان الحالي | حربيا صارت |
| | | تصنيف العمل | — | عنوان العمل | | العمل الحالي | سكن |
| | | مكان التخرج | مدرسة نور | | ثانوي | مستوى التعليمي | ثانوي |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| سود | | لون الشعر | | البنية | | الطول | |
| | | نقاط ضعفه | | لون البشرة | أسمر | لون العيون | بني |
| عصبي | | طباعه | | قوة الشخصية | قوي | رغباته | |
| | | علامات فارقة | | | | أعمال يومية | |
| | | رقم اللوحة | | اللون | | نوع السيارة | |
| | | ملاحظات على السيارة | | شكل الهيكل | | سنة الإنتاج | |
| | | | | رقم الخلوي | | رقم الهاتف | |

## الزوجـــــات

| الاسم الرباعي أو رقم الهوية | العمر | عملها | جنسيتها | انتماءها | نبذة عنها | |
|---|---|---|---|---|---|---|
| | | | | | | 1. |
| | | | | | | 2. |
| | | | | | | 3. |

## الأبنـــــاء

| | الاسم | الهوية | العمر | التحصيل العلمي | المهنة ومكانها | انتماؤه | نبذة عنه |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | سلام | | ١٨ | مدرسة | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |

CONFIDENTIAL                               02:010227

## الأخــــوة

| الاسم | الهوية | العمر | التحصيل العلمي | المهنة ومكانها | انتماؤه | نبذة عنه |
|---|---|---|---|---|---|---|
| 1. وسيم | | ٢٦ | | طرزي/اللـ | محمد | |
| 2. | | | | | | |
| 3. معتز | | ١٩ | توجيهي | صاحب محل | سرايا | |
| 4. | | | | | | |
| 5. عبد الرزاق | | ٢٤ | ثانوي | بيع كعك | فتح | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |

## الأصــــدقاء

| الاسم الرباعي | رقم الهوية | العمر | التحصيل العلمي | المهنة ومكانها | انتماؤه | نبذة عنه |
|---|---|---|---|---|---|---|
| أنس أحمد عبد الله أبو لبن | | ٢٥ | بكالوريس | مهندس مدني | حماس | طالب كيمياء (والد كلا) |
| وليد عكاوي الزنجلي | | ٢٤ | طب بشري | | حماس | كيميا (وجوه حملا) |

### دائرة علاقات المذكور/ة بكل دقة قديماً وحديثاً:

### أقــــارب يعملون في السلطة

| الاسم الرباعي | رقم الهوية | العلاقة | التحصيل العلمي | المهنة ومكانها | انتماؤه | نبذة عنه |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

### ملحــــق اعتقــال

| جهة الاعتقال(1) | مكان المعتقل/ات | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
|---|---|---|---|---|
| الأحتلال | | أمني / جنائي | طليعة عسكرية | |
| نوع الاعتقال | وضعه التنظيمي في السجن | وضعه الحالي | تاريخ الإفراج | ملاحظات |
| حكم / توقيف / إداري | | معتقل/ خارج السجن | | |
| جهة الاعتقال(2) | مكان المعتقل/ات | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
| | | أمني / جنائي | | |
| نوع الاعتقال | وضعه التنظيمي في السجن | وضعه الحالي | تاريخ الإفراج | ملاحظات |
| حكم / توقيف / إداري | | معتقل/ خارج السجن | | |

سيرته الذاتية و الملاحظات العامة عنه :

الكدكدس من سكان قرية حرملا بنو حسان -
هبسم متازن طفرتيب ... دييت جدا للاعداد به ومدري حربيا
ودرس في دباسة الفرصين عقل في الانصال ان لم كينه
سان حن طلبة سلوان العسكري . ولن كانت تنفير داخل الجامعه
والعدية سر تفجيرات اقرن محكوم حبس فرد من طلبه سلوان
و من ضنها .   وليد اغاهم ار ، براهم صابر —

يرصد للكدكدس كتابة اللعن برد إلى قوى السجن و أنه ممسك الاذن بعد ت
عن كشف تشكيل أكليه —
كما شم ترتيط أنس احمد عبدالله  في حمل حركته منه ب

وصية مسؤول المنطقة:

## ملحق النشاط العسكري

| رقم النشاط | اسم النشاط | مسؤولية النشاط | تاريخه | السلاح المستخدم | مصدر السلاح | نتائجه |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## ذاتية المكافحة

| نوع السلاح إن وجد | |
| --- | --- |
| قضايا متورط بها مثبتة | |
| علاقات لا أخلاقية – مثبتة | |
| علاقات مع دول أخرى مثبتة | |

| الجناح | سياسي / عسكري / ميداني تسليح / غير محدد | المنصب التنظيمي | كادر / عضو / مناصر / بلا | درجة الخطورة | ضعيف / خطير خطير جدا |
|---|---|---|---|---|---|
| وضع الاعتقال | معتقل / غير معتقل | الدخل الشهري | | مصدر الدخل | |
| أملاكه | بيت | | | | |

CONFIDENTIAL    02:010229

تابع ذاتية المكافحة / الخلاصة:

## ذاتية الإعلام والشركات

| | |
|---|---|
| | تاريخ التعيين |
| | قيمة الراتب |
| | المنصب الإداري |

## ذاتية البلديات

| | |
|---|---|
| | الصفة |
| من :-   الى :- | الفترة الانتخابية |
| | الوضع الحالي |
| | نشاطاته داخل البلدية: |

## ذاتية المواصلات

| اسم مالك السيارة | رقم لوحة السيارة "العمومي" | عدد الركاب | رقم البيرمت | مجرى الخط |
|---|---|---|---|---|
| | | | | |

## خاص ذاتية المعلمين

| اسم المدرسة | البلد / الحي | المحافظة |
|---|---|---|
| | | |

- تصنيف المدرسة ( حكومي - وكالة - خاصة )
- اسم الجامعة – المعهد، التي تخرج منها: (        )    - سنة التخرج (        )

| توقيع مسؤول المنطقة | ضابط الحالة | التاريخ |
|---|---|---|
| العربي | 307 | |

CONFIDENTIAL                                  02:010230