

[Handwritten:] Ramallah E.M.R/3219/2005  S 176064
03/19/2005    3522

## Security Check for the Political File

Incoming: 4643 03/19/2005  37  A.S./663/E

| Identity No.: | 906448105 | Full Name: | Walid Abdel Aziz Abdel Hadi Anjas |
|---|---|---|---|
| Mother's Name: | Halima Younis | Commonly Used Family Name: | Anjas |
| Date of Birth: | 04/01/1980 | Place of Birth: | Khabrata Bani Hareth |
| Political Affiliation: | Hamas Movement | Wing: | Military |
| Risk Level: | Medium | Place of Residence: | Kharbatha Bani Hareth |
| Brief comment about him: |  | He studied History and Political Science at the Birzeit University. He is a very good person and is liked [rest of sentence cut off]. | |
| Organizational Status: | | Status of Arrest: | Under arrest |
| Occupation: | None. | Workplace: | None. |
| Height: | 175 cm | Unique Features: | None. |
| Body Structure: | Regular | Skin Tone: | White |
| Hair Color: | Black | Eye Color: | Green |
| Educational Level: | B.A. in History. | Educational Institute: | Birzeit University. |
| Marital Status: | Single | | |
| Nature: | Quiet | | |
| Wishes: | None. | | |
| Will Power: | Strong will power. | | |
| Weaknesses: | None. | | |
| Cars: | None. | | |
| Cellular Phone Numbers: | None. | | |
| Other Sources of Income: | None. | | |
| Possessions: | None. | | |
| Daily Works: | Currently under arrest. | | |

| Wife No. | Full Name | Her Family Name | Her Work | Brief Comment about Her and Her Affiliation |
|---|---|---|---|---|
| 1. | None | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

[Handwritten:] Rami Farhan 03/20/2005 [illegible] 03/12/2005

**CONFIDENTIAL**      02:010249

| Son No. | Name | Age | Mother's Name | Work | Comment about Him and His Affiliation |
|---|---|---|---|---|---|
| 1. | None | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| Brother No. | Name | Age | Mother's Name | Work | Comment about Him and His Affiliation |
| 1. | Mohamed | 42 | Halima | Journalist | Good person, quiet / Fatah |
| 2. | Yousef | 40 | Halima | Laborer | Good person, quiet / Fatah |
| 3. | Hani | 29 | Halima | Laborer | Good person, quiet / Supports Hamas |
| 4. | Ashraf | 18 | Halima | Student | Good person, quiet / none. |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Friend's Full Name | Age | Political Affiliation | Work | Comment about Him |
|---|---|---|---|---|
| Mohamed Hasan Erman | 33 | Hamas | Under arrest | Good person / and an illiterate activist. |
| | | | | Hamas Movement |
| | | | | |
| | | | | |

2

**CONFIDENTIAL**  02:010250

| Full Name of Relatives Working in the [Palestinian] Authority | Age | Political Affiliation | Work | Comment about Him |
|---|---|---|---|---|
| Mustafa Yousef Anjas | 33 | Fatah | | Good person. Works in the Tanzim in Kharbatha. |
| Mohamed Abdel Aziz Abdel Hadi Anjas | 42 | Fatah | Religious Court / Ramallah | Quiet person and good from all aspects. |
| | | | | |
| | | | | |

| **Imprisonment Appendix** | | | | |
|---|---|---|---|---|
| Arresting Party (1) | Place of Arrest | Reason for Arrest | Main Charge | Date of Arrest |
| Israeli army | Ohalei Qedar Prison | Military activity | His affiliation to a military cell. | 2003 |
| Arrest Type | Organizational Status | His Current Status | Date of Release | Comments |
| Demonstrations | Military | Under arrest | -- | Sentenced to 1050 years. |
| Arresting Party (2) | Place of Arrest | Reason for Arrest | Main Charge | Date of Arrest |
| | | | | |
| Arrest Type | Organizational Status | His Current Status | Date of Release | Comments |
| | | | | |
| Arresting Party (3) | Place of Arrest | Reason for Arrest | Main Charge | Date of Arrest |
| | | | | |
| Arrest Type | Organizational Status | His Current Status | Date of Release | Comments |
| | | | | |
| Comments about minor periods of arrest: | | | | |
| | | | | |

His Background: He was born in Kharbatha Bani Hareth, where he studied until he graduated from high school. He then joined the Birzeit University, where he obtained a B.A. in History and Political Science. During this period of time, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Less than one year since he graduated from university in 2002, in other words – in the year he graduated, he was arrested. After his arrest it became clear that he belonged to the Silwan / Jerusalem military cell, which was captured at that time. He is now in the Ohalei Qedar Military Prison inside Israel. He is sentenced to 1050 years.

3

**CONFIDENTIAL**   02:010251

**General Comments About Him:**
Walid was a quiet man, who was liked by all. He is illiterate [illegible].
He had good social relations in the village.
When he was arrested, people were surprised by that.

| | |
|---|---|
| Opinion of the Officer in Charge of the Political File, Regarding the Level of Importance and the Reason for It | Currently, the aforementioned is not engaged in any notable activity. The aforementioned is under arrest and does not constitute any danger. |
| Opinion of the Officer in Charge of the Political File, Regarding the Level of Importance and the Reason for It | He is currently under arrest [signature]. |
| Opinion of the Head of Governorate, Regarding the Level of Importance and the Reason for It | |

| Military Activity Appendix | | | | | | |
|---|---|---|---|---|---|---|
| Activity No. | Definition | Responsibility | Date | Weapon in Use | Weapon Source | Results |
| (1) | Operation | Izz al-Din al-Qassam | 2002 | Explosives | " | Death and injury |
| (2) | Operation | Izz al-Din al-Qassam | 2002 | Explosives | | " |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[Handwritten] Walid's role in the cell, according to the charges again him, was lookout and helping in transferring the explosives [rest of sentence cut off].

4

**CONFIDENTIAL**                    02:010252

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, et al.,

         Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

         Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02: 010249-52.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02: 010249-52.

Dated: February 23, 2014

                                            Yaniv Berman

بحث أمني للملف السياسي

| | | | |
|---|---|---|---|
| رقم الهوية: | 906448105 | الاسم الرباعي: | وليد عبد العزيز عبد القادر الجاعي |
| اسم الأم: | حليمة حسن | اسم العائلة المعتاد: | الجاعي |
| تاريخ الميلاد: | 1-4-1980 | مكان الميلاد: | قرشا بني حارث |
| الانتماء السياسي: | حركة حماس | الجناح: | عسكري |
| درجة الخطورة: | متوسطة | مكان السكن: | قريتا بني حارث |
| نبذة مختصرة عنه: | درس في جامعة بيرزيت تاريخ وعلوم سياسية ودراسات جيد عبد المجيد | | |
| المنصب التنظيمي: | | حالة الاعتقال: | معتقل |
| المهنة: | بلا | مكان العمل: | لا يوجد |
| الطول: | 170 سم | علامات فارقة: | لا يوجد |
| البنية: | عادية | لون البشرة: | أبيض |
| لون الشعر: | أسود | لون العيون: | خضراء |
| التحصيل العلمي: | بكالوريوس تاريخ | مكان التحصيل العلمي: | جامعة بيرزيت |
| الحالة الاجتماعية: | أعزب | | |
| طباعه: | هادئ | | |
| رغباته: | لا يوجد | | |
| قوة الشخصية: | قوت الشخصية | | |
| نقاط ضعفه: | لا يوجد | | |
| سياراته: | لا يوجد | | |
| أرقام هواتفه: | لا يوجد | | |
| مصادر دخل أخرى: | لا يوجد | | |
| أملاك له: | لا يوجد | | |
| أعمال يومية يقوم بها: | معتقل حالياً | | |

| ترتيب الزوجة | الاسم الرباعي | اسم عائلتها | عملها | نبذة عنها وانتماءها |
|---|---|---|---|---|
| 1. | لا يوجد | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

CONFIDENTIAL   02:010249

| ترتيب الابن | الاسم | العمر | اسم الأم | عمله | نبذه عنه وانتماؤه |
|---|---|---|---|---|---|
| ١. | لا يوجد | | | | |
| ٢. | | | | | |
| ٣. | | | | | |
| ٤. | | | | | |
| ٥. | | | | | |
| ٦. | | | | | |
| ٧. | | | | | |
| ٨. | | | | | |
| ٩. | | | | | |
| ١٠. | | | | | |

| ترتيب الأخ | الاسم | العمر | اسم الأم | عمله | نبذه عنه وانتماؤه |
|---|---|---|---|---|---|
| ١. | محمد | ٤٢ | حلمة | مراسل | أسامة حمد الخاري / فتح |
| ٢. | يوسف | ن | حلمة | عامل | ....... / فتح |
| ٣. | هاني | ٢٩ | حلمة | عامل | ....... / بلا |
| ٤. | أشرف | ١٨ | حلمة | طالب | ....... / بلا |
| ٥. | | | | | |
| ٦. | | | | | |
| ٧. | | | | | |
| ٨. | | | | | |
| ٩. | | | | | |
| ١٠. | | | | | |

| الاسم الرباعي للصديق | العمر | الانتماء السياسي | عمله | نبذه عنه |
|---|---|---|---|---|
| محمد حسن خداش | ٣٢ | حماس | معتقل | أسامة حمد / الشيوخ |
| | | | | بركة حماس |

| الاسم الرباعي لأقارب يعملون في السلطة | العمر | الانتماء السياسي | عمله | نبذه عنه |
|---|---|---|---|---|
| مصدر عزت ابراهيم | ١٣ | فتح | المخابرات العامة | يعمل في نظم فرعي |
| محمد عبد العزيز عبد الدين العام | ٤٤ | فتح | الحكم الروحي الاسلامي | عمر السواري |

## ملحق الاعتقال

| جهة الاعتقال (١) | مكان الاعتقال | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
|---|---|---|---|---|
| الجيش الاسرائيلي | نابلس عسكرت | ت عسكرت | استجواب/ملف عسكري | ٣ـ< |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الإفراج | ملاحظات |
| محكوم / ١٠٠ سنة | | معتقل | | |

| جهة الاعتقال (٢) | مكان الاعتقال | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
|---|---|---|---|---|
| مراجعات | عسكرت | معتقل | | |
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الأفراج | ملاحظات |

| جهة الاعتقال (٣) | مكان الاعتقال | سبب الاعتقال | التهمة الرئيسية | تاريخ الاعتقال |
|---|---|---|---|---|
| نوع الاعتقال | وضعه التنظيمي | وضعه الحالي | تاريخ الأفراج | ملاحظات |

ملاحظات لفترات اعتقال غير رئيسية:

سيرته الذاتية: برجع فترة اعتقاله عدة مرات قبل ان الشخص البيت في القفز ما سبب ان رصاص وانت داخل البيت بحوزة على بقت كلاورسكي تابع لأخي البقت واسبق ذي هذة الفترة صوبت على ذي ذي وي ما قمت ذي عنده خاله يا النبت كانت عميلة وكاسف ذي هذة الفترة وقد اعتقل وقمت سيرك عنده انت بنتي ال٢ علاقت ذي اعسبه الفتى وقد استشهد في هذة العسكرية والاشهار انت ال٢ ...
هاتة لواء الاسرائيلي العسكرية التابعة لها ويمكن مستمد ١٠٠ عام /ام
مكتب العسكرية داخل اسرائيل محكوم مدى الحياة

٣
CONFIDENTIAL    02:010251

ملاحظات عامة عنه:
كان وليد اساسا طالبت جيدت مسا قبل اجمو وصرنا ما اصبح
وكانت علاقته الرومانية مع وائل القريمي
وكن اعتقاله قرض انا سبينالو

| | |
|---|---|
| رأي مسؤول ملف التنظيم في درجة الأهمية وسببه | المذكور ماليا بدون اي نشاط يذكر الملذكور مستقل ولا يشكل اي خطورة . |
| رأي مسؤول الملف السياسي في درجة الأهمية وسببه | - يعمل ماليا . |
| رأي مدير المحافظة في درجة الأهمية وسببه | |

ملحق النشاط العسكري

| رقم النشاط | اسمه | مسؤوليته | تاريخه | السلاح المستخدم | مصدر السلاح | نتائجه |
|---|---|---|---|---|---|---|
| (١) | عملية | عز الدين المصري | كندك | تفجيرات | | استشهد |
| (٢) | عملية | | | تفجيرات | | |

لوزيد دور وليد في الكلية حسب القسم الموجه له المراقبة والمساعدة في نقل المتفجرات مو

٤

CONFIDENTIAL                    02:010252