

PLAINTIFF'S
EXHIBIT
1041

[Handwritten:] /666    Hamas   2003/22/3 [illegible]     176619/[illegible]
**Security Check for the Political File**   Change and addition 3533
37

| Identity No.: | 991260886 | Full Name: | | Ibrahim Jamil Abd al-Ghani Hamed |
|---|---|---|---|---|
| Mother's Name: | Zeinab | Commonly Used Family Name: | | Dar Mari |
| Date of Birth: 11/14/65 | 35 years old | Place of Birth: | | Silwad |
| Political Affiliation: | Hamas / al-Qassam Brigades | Wing: | | Military |
| Risk Level: | Very dangerous | Place of Residence: | | Silwad / his neighborhood is unknown |
| Brief comment about him: | Leader of the al-Qassam Brigades. He is a fugitive, wanted by the Israelis. | | | |
| Organizational Status: | Leader of the al-Qassam Brigades | Status of Arrest: | | Currently – a fugitive |
| Occupation: | Unavailable | Workplace: | | --- |
| Height: | 175 cm | Unique Features: | | None |
| Body Structure: | [illegible] | Skin Tone: | | Brownish |
| Hair Color: | Black [illegible] | Eye Color: | | Black |
| Educational Level: | B.A. in Political Science | Educational Institute: | | Birzeit University |
| Marital Status: | Married | | | |
| Nature: | Moral person, fighter, liked, fugitive. | | | |
| Wishes: | ██████████████ | | | |
| Will Power: | Very strong. | | | |
| Weaknesses: | None. | | | |
| Cars: | None. | | | |
| Cellular Phone Numbers: | --- | | | |
| Other Sources of Income: | None | | | |
| Possessions: | None | | | |
| Daily Work: | Unknown. [illegible], has been a fugitive for years. | | | |

| Wife No. | Full Name | Her Family Name | Her Work | Brief Comment about Her and Her Affiliation |
|---|---|---|---|---|
| 1. | Asma Abdel Razaq [illegible] Hamed | | Housewife | She was [illegible] because she hid her [illegible] |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

Ramallah         No.: none.   Date: none.                    [signature]
Incoming 48241               3/21/2005

**CONFIDENTIAL**                              02:010259

| Son No. | Name | Age | Mother's Name | Work | Comment about Him and His Affiliation |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| Brother No. | Name | Age | Mother's Name | Work | Comment about Him and His Affiliation |
| 1. | Mohamed | 55 | Zeinab | Contractor | Municipality member / Hamas |
| 2. | Adib | 37 | Zeinab | Sergeant | Quiet / non-affiliated |
| 3. | Hussein | 35 | Zeinab | Farmer | [illegible] / Hamas |
| 4. | Jamil | 33 | Zeinab | Laborer | Quiet / non-affiliated |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Friend's Full Name | Age | Political Affiliation | Work | Comment about Him |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

He has been a fugitive for years. Has no specific friends.     [signature]

2

**CONFIDENTIAL**                    02:010260

| Full Name of Relatives Working in the [Palestinian] Authority | Age | Political Affiliation | Work | Comment about Him |
|---|---|---|---|---|
| Riyad Mari Mohamed Mari | 42 | Fatah | Governor's bodyguard | |
| | | | | |
| | | | | |

| Imprisonment Appendix | | | | |
|---|---|---|---|---|
| Arresting Party (1) | Place of Arrest | Reason for Arrest | Main Charge | Date of Arrest |
| Arrest Type | Organizational Status | His Current Status | Date of Release | Comments |
| Arresting Party (2) | Place of Arrest | Reason for Arrest | Main Charge | Date of Arrest |
| Arrest Type | Organizational Status | His Current Status | Date of Release | Comments |
| Arresting Party (3) | Place of Arrest | Reason for Arrest | Main Charge | Date of Arrest |
| Arrest Type | Organizational Status | His Current Status | Date of Release | Comments |
| | | | | |
| Comments about minor periods of arrest: | | | | |
| He was arrested several times when he was a university student. He is currently a fugitive. | | | | |

His Background: The aforementioned was born in Silwad and studied there until high school. He joined the Birzeit University and studied Political Science. He joined the ranks of Hamas since he was a university student, and he is currently the leader of the al-Qassam Brigades and a fugitive.

[signature]

3

**CONFIDENTIAL**                    02:010261

**General Comments About Him:**
- **Moral person**
- **He is liked in his town.**
- **Hamas / al-Qassam Brigades**
- **Leader of the Brigades**
- **A fugitive. The number one wanted person by Israel.**

| | |
|---|---|
| Opinion of the Officer in Charge of the Political File, Regarding the Level of Importance and the Reason for It | The aforementioned is dangerous, and is wanted by the Israelis. |
| Opinion of the Officer in Charge of the Political File, Regarding the Level of Importance and the Reason for It | The aforementioned is considered by Israel as the number one wanted person in Hamas. He is dangerous. |
| Opinion of the Head of Governorate, Regarding the Level of Importance and the Reason for It | |

| Military Activity Appendix | | | | | | |
|---|---|---|---|---|---|---|
| Activity No. | Definition | Responsibility | Date | Weapon in Use | Weapon Source | Results |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

4

**CONFIDENTIAL**                    02:010262

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

                  Plaintiffs,

    vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as D 02: 010259-62.

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D 02: 010259-62.

Dated: February 23, 2014



Yaniv Berman)

بحث أمني للملف السياسي

| الحقل | البيان |
|---|---|
| الاسم الرباعي: | إبراهيم محمد علي بنز... |
| رقم الهوية: | 991260 886 |
| اسم العائلة المعتمد: | دار عرف |
| اسم الأم: | زينب |
| مكان الميلاد: | ... |
| تاريخ الميلاد: | ٦٥/١/١٤ |
| الانتماء السياسي: | ... |
| المخاج: | العسكري |
| مكان السكن: | ... |
| درجة الخطورة: | ... |
| نبذة مختصرة عنه: | ... |
| حالة الاعتقال: | ... |
| المنصب التنظيمي: | ... |
| مكان العمل: | ... |
| المهنة: | لا يوجد |
| علامات فارقة: | ... |
| الطول: | ١٧٥ |
| لون البشرة: | ... |
| البنية: | ... |
| لون العيون: | ... |
| لون الشعر: | ... |
| مكان التحصيل العلمي: | ... |
| التحصيل العلمي: | ... |
| الحالة الاجتماعية: | ... |
| طباعه: | ... |
| رغبته: | ... |
| قوة الشخصية: | ... |
| نقاط ضعفه: | لا يوجد |
| سياراته: | لا يوجد |
| أرقام هواتفه: | ... |
| مصادر دخل أخرى: | لا يوجد |
| أملاك له: | لا يوجد |
| أعمال يومية يقوم بها: | ... |

| ترتيب الزوجة | الاسم الرباعي | اسم عائلتها | عملها | نبذة عنها وانتماءها |
|---|---|---|---|---|
| ١. | ... | ... | ربة بيت | ... |
| ٢. | | | | |
| ٣. | | | | |
| ٤. | | | | |

CONFIDENTIAL

02:010259

| نبذه عنه وانتماؤه | عمله | اسم الأم | العمر | الاسم | ترتيب الابن |
|---|---|---|---|---|---|
|  |  |  |  |  | ١. |
|  |  |  |  |  | ٢. |
|  |  |  |  |  | ٣. |
|  |  |  |  |  | ٤. |
|  |  |  |  |  | ٥. |
|  |  |  |  |  | ٦. |
|  |  |  |  |  | ٧. |
|  |  |  |  |  | ٨. |
|  |  |  |  |  | ٩. |
|  |  |  |  |  | ١٠. |

| نبذه عنه وانتماؤه | عمله | اسم الأم | العمر | الاسم | ترتيب الأخ |
|---|---|---|---|---|---|
| كفر سلاح / احم | شرطة | زينب | ٥٠ | ح | ١. |
| هداية / بلا | رصف | تراب | ٢٧ | اديب | ٢. |
| منشار / عباس | مزارع | زينب | ٤٦ | صه | ٣. |
| ش بريد / بلا | عامل | زينب | ٣٢ | كمل | ٤. |
|  |  |  |  |  | ٥. |
|  |  |  |  |  | ٦. |
|  |  |  |  |  | ٧. |
|  |  |  |  |  | ٨. |
|  |  |  |  |  | ٩. |
|  |  |  |  |  | ١٠. |

| نبذه عنه | عمله | الانتماء السياسي | العمر | الاسم الرباعي للصديق |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

ضباط رتب منتسبات لاينصحابنا صديق صديق

٢

CONFIDENTIAL        02:010260

| الاسم الرباعي لأقارب يعملون في السلطة | العمر | الانتماء السياسي | عمله | نبذة عنه |
|---|---|---|---|---|
| رمضان عمر درويش زكية | ٢٤ | فتح | مراقب صانلا | |
| | | | | |
| | | | | |

## ملحق الاعتقال

| تاريخ الاعتقال | التهمة الرئيسية | سبب الاعتقال | مكان الاعتقال | جهة الاعتقال (١) |
|---|---|---|---|---|
| ملاحظات | تاريخ الإفراج | وضعه الحالي | وضعه التنظيمي | نوع الاعتقال |
| تاريخ الاعتقال | التهمة الرئيسية | سبب الاعتقال | مكان الاعتقال | جهة الاعتقال (٢) |
| ملاحظات | تاريخ الأفراج | وضعه الحالي | وضعه التنظيمي | نوع الاعتقال |
| تاريخ الاعتقال | التهمة الرئيسية | سبب الاعتقال | مكان الاعتقال | جهة الاعتقال (٣) |
| ملاحظات | تاريخ الأفراج | وضعه الحالي | وضعه التنظيمي | نوع الاعتقال |

ملاحظات لفترات اعتقال غير رئيسية:

اعتقل عده مرات الهم دراسة في جامعة مصر

صولية نظار ه

سيرته الذاتية:

٣

CONFIDENTIAL

02:010261

ملاحظات عامة اخرى

| | |
|---|---|
| رأي مسؤول ملف التنظيم في درجة الأهمية وسببه | المذكور خطير وطباره من ضمن الاسرائيليا وهو من المطلوبين بالاسرائيل . |
| رأي مسؤول الملف السياسي في درجة الأهمية وسببه | ـ المذكور بصدر المطلوب الاردني بن قبل وهو لو ديا الا سرائيلية و ضخص . |
| رأي مدير المحافظة في درجة الأهمية وسببه | |

### ملحق النشاط العسكري

| نتائجه | مصدر السلاح | السلاح المستخدم | تاريخه | مسؤوليته | اسمه | رقم النشاط |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

٤

CONFIDENTIAL

02:010262