# Katherine Baker



- Nightmares, sleep issues

- Deep sadness

- Low mood

- Anger

- Hopelessness

- Limited ability to work for years

- Socially withdrawn, difficulty communicating with people

- Loss of enjoyment in life

- Impact on marriage



PLAINTIFF'S EXHIBIT 1274

# Richard Blutstein



- Intense emotional pain

- Loss of enjoyment in life

- Withdrew from community activities

- Weight issues

- Not comfortable around people

- Low mood affected professional interactions

- Impact on marriage

# Rivkah Blutstein



- Family life changed dramatically

- Very sad

- Withdrawn, social interactions difficult

- Obsesses over details of the explosion

- Extreme avoidance

- Loneliness

- Hyper-Vigilance, anxiety

- Nightmares