IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                              Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                              Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

**SUPPLEMENTAL DECLARATION OF CARMELA T. ROMEO IN SUPPORT OF APPLICATION FOR AN ORDER DIRECTING DEFENDANTS TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

CARMELA T. ROMEO hereby declares:

1. I am a member of the bar of this Court and am associated with the law firm of Arnold & Porter LLP, counsel for the plaintiffs in the above-captioned action. I make this supplemental declaration to provide additional documents in further support of plaintiffs' application for an order directing defendants to deposit funds into the registry of the Court.

2. Attached as Exhibit 9 to this declaration is a true and correct copy of the official "Certificate of a Public Shareholding Company" for the Palestine Investment Fund, issued by the Palestinian National Authority's Ministry of Economy Industry & Companies Controller, as submitted in *Ungar v. PA*, Case No. 1:00-cv-00105-L-DLM (D. R.I.), DE 588-1 (filed on Nov. 11, 2010) at p. 7.

3. Attached as Exhibit 10 to this declaration is a is a true and correct copy of the Palestine Investment Fund's Annual Report for the year 2013, obtained from the official website of the Palestine Investment Fund, available at www.pif.ps/index.php?lang=en.

- 2 -

    4.    Attached as Exhibit 11 to this declaration is a is a true and correct copy of the Palestine Investment Fund's Annual Report for the year 2014, obtained from the official website of the Palestine Investment Fund, available at www.pif.ps/index.php?lang=en.

    5.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 13, 2015

                                        /s/ Carmela T. Romeo
                                          Carmela T. Romeo