# EXHIBIT 9



Palestinian National Authority
Ministry of Economy Industry
& I Companies Controller

IIS~uIIr~Ir~
COMPANIES CONTP,nl,LkII
Ea t
t,I=rsJ.Ia "CU,,·¡
· 0l
CC NOIrIYII !n.

# Certificate of a Public Shareholding Company Issued by Companies Controller
## In accordance with Companies Law No. (12) for the year 1964

This is to certify that Sharekat Sundouk Alistithmar Alfilistinee "Palestine Investment Fund" Public Shareholding Company, Address Gaza,

With details below is registered at the Companies Registry as Public Shareholding Company wider No. (56260718) on 17/3/2003

With Issued Share capital US $ 500,000,000.00

| Shareholders | Address | Activity | Authorized Signature on behalf of the Company |
|---|---|---|---|
| Palestinian National Authority | Gaza | General Investment as detailed in Company's Articles of Association. | As determined by Board of Directors |



Comps us Co"r"
CONTROLLER
Omar Alltroib
D>1.55t~

COMPANIES
e, ι39
J'aʲᵘ'FYᶦ



MINISTRY
OF ECONOMY, INDUSTRY 6 TRADE

CONFIDENTI 1

C 00412