# EXHIBIT B



[logo]
The Palestinian Authority

**The Palestinian Authority**

**Ministry of National Economy**

Companies Controller

**Companies Controller**
[logo]
**Ministry of National Economy**

[logo]
The Palestinian Authority

Private Joint-Stock Company Certificate, issued by the Companies Controller

## By virtue of the Companies Law No. 12 (1964) and its modifications,

I hereby declare that: Al-Sanabel for Trade and Investment Co., whose head office is located in Ramallah,

and whose details are listed below, was registered in the Private Joint-Stock Companies registry under No. 562482216

on 2/18/2009, with paid capital of USD 50,000,000.00

| Shareholders | Address | Main Goals | Authorized Signatories |
|---|---|---|---|
| Mohammad Ibrahim Mohammad Shtayyeh | Tal | Real estate activities, on a fee or contract basis. | Only the chairman of the management board, or a person with written authorization from him. |
| Mo'in Ilyas Yusuf Khoury | Jericho | Real estate activities with owned or rented properties. | |
| Mostafa Fayez Mustafa Abu Al-Rub | Jericho | Investment in securities (stocks and bonds). | |
| Mahmoud Rida Abbas Abbas | Gaza | Non-specialized wholesaling of various goods, Or: Specialized wholesale has not been mentioned previously. | |
| | | Wholesale trade on a fee or contract basis. | |

Comments:

[Illegible] on 2/22/2011 instead of the certificate
that was issued on [illegible].

**Companies Controller**
[logo]
**Ministry of National Economy**

Nizam Ayub[cut off]
Companies Controller

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE PALESTINE LIBERATION ORGANIZATION, *et al.*, <br><br> Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF YANIV BERMAN

Yaniv Berman hereby certifies, under penalty of perjury of the laws of the United States, pursuant to 28 U.S.C. § 1746(1) as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by my office, to the best of my knowledge and belief. The document is designated as "Sanabel's updated registration certificate."

2. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Sanabel's updated registration certificate."

Dated: July 7, 2015

Yaniv Berman



السلطة الفلسطينية
وزارة الإقتصاد الوطني
مراقب الشركات

شهادة تسجيل شركة مساهمة خصوصية
بالإستناد لقانون الشركات رقم (12) لسنة 1964 وتعديلاته

أشهد بأن : شركة السنابل للتجارة والاستثمار
المبينة تفاصيل بياناتها أدناه قد سجلت في سجل الشركات
بتاريخ : 18/02/2009   برأس مال قيمته ( 60,000,000.00 دولار أمريكي )   مساهمة خصوصية   تحت رقم ( 562482216 )   ومقرها الرئيسي : رام الله

| أسماء الشركاء | العنوان | الغايات الرئيسية | المفوضون بالتواقيع |
|---|---|---|---|
| | | الأنشطة العقارية على أساس عقد أو نظير رسم | رئيس مجلس الإدارة |
| محمد إبراهيم محمد اشتيه | نابلس | الأنشطة العقارية في الممتلكات المملوكة أو المؤجرة | |
| معين الياس يوسف خوري | اريحا | الاستثمار في الأوراق المالية (أسهم سندات) | |
| مصطفى ذيب مصطفى أبو الرب | اريحا | البيع بالجملة لمجموعة متنوعة من السلع دون تخصص أو البيع المتخصص بالجملة لم يذكر سابقا | |
| محمود رضا عيسى عيش | غزة | تجارة الجملة على أساس عقد أو نظير رسم | |

ملاحظات : صدرت بتاريخ 2011/2/22 بدلا من الشهادة الصادرة بتاريخ 2009/2/18