# Appendix 1



# Bradley Wendt
Senior Consultant

MBA, Finance
Dartmouth College

MBA, Marketing
University of Colorado

BS, Management
United States
Air Force Academy

Bradley Wendt has over 25 years of experience as a senior practitioner in the financial markets. Industry expertise includes municipal and government finance, municipal credit, fixed income capital markets, regulatory compliance, best execution practices, bond insurance, and securities pricing.

Mr. Wendt created and ran Goldman Sachs' Municipal Capital Markets Group specializing in new issue structuring and origination, interest rate swaps, structured bond and note products, auction rate securities, credit arbitrage, portfolio optimization and product development.  Additionally, Mr. Wendt managed suitability and markup procedures for all of Goldman Sachs municipal derivative products and oversaw Goldman Sachs' municipal capital markets proprietary trading.

As the co-founder of BondDesk Group, Mr. Wendt created the *best execution* standard for wealth management fixed income. Mr. Wendt served as the senior credit and compliance officer for BondDesk's broker-dealer subsidiary, which transacts 20,000 retail tickets per day. BondDesk's broker-dealer transacts all fixed income asset classes including corporates, municipals, certificates of deposit, treasuries, and agencies.

Mr. Wendt was the founding member of the broker-dealer committee that created the SIFMA municipal swap index and was honored by Institutional Investor with its *Deal of the Year Award* for innovative capital markets financings.

## Professional history

*Senior Consultant*, **Charles River Associates**, New York, 2014 to present

Provide expert litigation analysis and testimony as independent consultant to global consulting firm. Assignments include: FINRA broker-dealer compliance, sovereign and municipal ability-to-pay analyses, high yield security pricing.

Subject expertise includes: Fixed income capital markets, government and municipal finance, SEC, FINRA and MSRB regulatory audits and compliance, broker-dealer best execution practices, securities pricing, auction rate securities, wealth management, bond insurance, and electronic trading.

*Co-Founder and President*, **The BondFactor Company**, New York, 2009 - 2013

Commercialized seven US Patents for transformational capital structure for municipal bond insurance.  Directed BondFactor's highly interactive credit and rating analyses for Moody's, Standard & Poor's, A.M. Best, and Kroll Bond Ratings.  Company awarded two preliminary financial strength ratings of 'AA+', the highest ratings in the bond insurance industry.

Formed and directed partnership to create BondFactor's proprietary Net Asset Value (NAV) pricing engine for investment grade municipal bonds based solely on MSRB trade data and primary market new originations. Recruited 25 senior executives with specialties in surveillance, credit, operations, technology, capital markets, and rating agencies.

*Investor, Manager,* **United Sports Equities LLC,** Dallas, 2006 - 2008

Limited Liability Company formed to develop public/private real estate partnerships for municipal mixed-use development. The LLC owned or controlled baseball stadiums and related real estate.

*Co-Founder, President & Chief Operating Officer,* **BondDesk Group**, New York, NY 2001- 2006

Wrote and executed the business plan that became the standard for best execution practices for fixed income wealth management. Company owned by employees and 15 investment banks with Goldman Sachs having the largest ownership stake.

Served as President and Senior Compliance Officer for the BondDesk's broker-dealer subsidiary. Led multiple FINRA audits and SEC reviews with zero discrepancies. BondDesk's broker-dealer filings integrated with Goldman Sachs' regulatory filings due to ownership percentage.

Scaled Company to 120 professionals with 50 broker-dealer firms and 100,000 registered representatives trading on the BondDesk Electronic Communications Network (ECN). Daily ECN trading volume averaged 20,000 tickets for corporates, municipals, CDs, treasuries, agencies, and CDOs.

BondDesk sold to private equity for $320 million with subsequent purchase in 2013 by Thomson-Reuters Tradeweb.

*Managing Director, Municipal Capital Market*, **Goldman, Sachs & Co.**, New York, 1990 - 2000

Created and ran Goldman Sachs' Municipal Capital Markets Group specializing in new issue structuring and origination, interest rate swaps, structured bond and note products, auction rate securities, credit arbitrage, portfolio optimization and product development.

Managed internal compliance, suitability and markup procedures for all Goldman Sachs municipal derivative products. Oversaw Group's proprietary trading, compliance reporting, and credit review.

Head of Goldman Sachs' $40 billion short-term municipal remarketing desk for auction rates securities (ARS), floating rate securities with daily, weekly and actual bond rate resets. Founding member of the broker-dealer committee that created the SIFMA municipal swap index.

New product launches included MuniCPIs and IndexedNotes. Awarded Institutional Investor *Deal of the Year* for long-dated tax-exempt hedging strategy.

*Director, Municipal Capital Markets*, **Merrill Lynch & Company**, New York, 1984 - 2000

Founding member of business unit that created the municipal interest rate swap market. Executed first-of-kind municipal swap, capital markets, and bond bank transactions.

***Captain, Space Defense Command*, United States Air Force**, Colorado Springs, 1977 - 1982

Directed astrodynamic software development for United States and Canada's joint-command early warning system.  Received the Joint Service Commendation Medal for meritorious contribution to North America's nuclear defense.

## Subject expertise

- **Municipal Capital Markets** - Fixed income securities structuring, credit, origination, trading, remarketing, hedging, price discovery, and end-of-day portfolio pricing.

- **Municipal Finance** - Authored 300 plans of finance and made 1,000 finance presentations to governments and municipal issuers on behalf of Goldman Sachs and Merrill Lynch.

- **Credit  Analyses** - Municipal (general obligation, tax-backed, revenue), corporate, sovereign, letters of credit.

- **FINRA and SEC Regulatory Audits** - Broker-dealer audits: Know Your Customer, trading analysis, electronic record keeping, price discovery, and best execution practices.

- **Compliance (SEC, FINRA, MSRB)** - Retail and institutional customer suitability, investor diligence, and financial disclosure.

- **Short-term Securities** - Auction and variable rate primary market origination, managed $40 billion remarketing program.

- **Wealth Management** - Broker-dealer credit review and regulatory compliance; broker workstation analytical tools.

## Securities industry exams

General Securities Representative Examination – Series 7
General Securities Principal Examination – Series 24
Municipal Securities Principal Examination – Series 53
Uniform Securities Agent State Law Examination – Series 63
No current FINRA registration.

## Publications and Events

The Bond Buyer, *Commentary* – The Commonwealth of Puerto Rico, January 27, 2015
The Bond Buyer, *Commentary* – The Municipal Bankruptcy Crisis, July 24, 2014
CRA Insights: *The Municipal Bankruptcy Crisis: Lessons from Detroit*, July 2014
CRA Insights: *The Commonwealth of Puerto Rico: The next chapter*, November 2014

Charles River Associates and Penn Law legal seminar: *The Municipal Credit Crisis*, May 2015