# Appendix 2

# Document Considered

## Documents from Counsel

-Palestinian Authority Post-Trial Motion, April 30, 2015

-Defendants' Motion to Stay, May 4, 2015

-Defendants' Memorandum of Law in Support of their Motion to Stay Execution of the Judgment and to Waive the Bond Requirement. May 4, 2015

-April 30, 2015 Declaration of Shukry Bishara, Minister of Finance and Planning, The Palestinian Authority (May 4, 2015 Defendants' Memorandum of Law in Support of their Motion to Stay, Exhibit A)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-1 ("PA Fiscal Operations for January 2015")

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-2 ("PA Fiscal Operations for February 2015")

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-3 ("PA Fiscal Operations for December 2014")

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-4 ("West Bank and Gaza—IMF Assessment Letter for the Norwegian Authorities", International Monetary Fund, April 8, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-5 ("PA Fiscal Operations for December 2013")

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-6 ("Fiscal Developments: Fourth Quarter and Full Year 2014", Ministry of Finance, State of Palestine, January 3, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-7 ("GFS Yearbook Questionnaire West Bank and Gaza", International Monetary Fund, July 1, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-8 ("Fiscal Developments & Macroeconomic Performance: Fourth Quarter and Fiscal Year 2013", Ministry of Finance, State of Palestine)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-9 ("Fiscal Developments: Fourth Quarter and Full Year 2012", Ministry of Finance, State of Palestine, February 26, 2013)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-10 ("Palestinian Government's Reforms – Work in Progress – Challenges and Risks", Ministry of Finance, January 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-11 ("Fiscal Reforms, Entrenched Challenges and Future Objectives", Ministry of Finance, Fiscal Sector Working Group, April 8, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-12 ("Will ICC membership help or hinder the Palestinians' cause", British Broadcasting Corporation, February 26, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-13 ("The economic siege of Palestine", Chicago Tribune, April 1, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-14 ("Statement at the End of an IMF Mission to the West Bank and Gaza", International Monetary Fund, January 29, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-15 ("Qatar lends Palestinians $100 million to pay salaries: Palestinians", Reuters, April 8, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-16 (Letter No. MoF/MoF.I/346/2015 from PA Minister of Finance Shukry Bishara to Prime Minister of Israel Benjamin Netanyahu, April 9, 2-15)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-17 ("West Bank and Gaza – Report to the Ad Hoc Liaison Committee", International Monetary Fund, September 12, 2014)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-18 ("PA Commetments Report", March 24, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-19 (PA Bank Account Statements for Bank of Palestine, Arab Bank, Bank of Jordan and Cairo Amman Bank, March 31, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-20 (Petroleum Authority Bank Account Statements for National Bank and Bank of Palestine, March 31, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-21 ("Economic Monitoring Report to the Ad Hoc Liasion Committee", World Bank, September 22, 2014)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-22 ("West Bank and Gaza – Report on Macroeconomic Developments and Outlook", International Monetary Fund, June 30, 2014)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-23 ("Summary of Main Donors Contribution", Palestinian Authority Ministry of Finance, International Relations and Projects Department)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-24 ("PNA Budget Projections for 2014", Ministry of Finance, State of Palestine, Budget General of Directorate)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-25 ("PA Fiscal Operations for March 2015")

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-26 ("West Bank and Gaza – Selected Issues", International Monetary Fund, September 11, 2013)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-27 ("Global Financial Development Report 2013: Bank Regulation and Supervision Survey", World Bank)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-28 ("Occupied Palestinian Territory: Gaza Emergency Situation Report", United Nations Office for the Coordination of Humanitarian Affairs, September 4, 2014)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-29 ("Gaza Situation Report 90", United Nations and Works Agency for Palestine Refugees in the Near East, April 30, 2015)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-30 ("Gaza homes 'uninhabitable' as tens of thousands come back to rubble", The Guardian, August 11, 2014)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-31 ("Palestinians put Gaza reconstruction cost at $7.8 billion", Reuters, September 4, 2014)

-April 30, 2015 Declaration of Shukry Bishara, Exhibit A-32 ("Conference Pledges $5.4 Billion to Rebuild Gaza Strip", International New York Times, October 12, 2014)

-May 4, 2015 Defendants' Memorandum of Law in Support of their Motion to Stay, Exhibit B ("Palestinians squeezed after Israel withholds tax", Financial Times, February 27, 2015)

-May 4, 2015 Defendants' Memorandum of Law in Support of their Motion to Stay, Exhibit C ("Israel backs down and returns frozen funds to Palestinians", The Washington Post, February 27, 2015)

-May 29, 2015 Declaration of Carmela T. Romeo in Support of Application for an Order Directing Defendants to Deposit Funds into the Registry of the Court and in Opposition to Motion to Stay Execution of Judgment and to Waive the Bond Requirement

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 1 (PA Operating Budget for the Year 2012, Ministry of Finance, February 24, 2013)

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 2 (May 2008 Declaration of Prime Minister Salam Fayyad in *Knox v. Palestinian Liberation Organization*)

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 3 (May 5, 2005 Order in *Ungar v. Palestinian Authority*)

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 4 ("Palestine Investment Fund Annual Report 2012", Palestine Investment Fund, December 31, 2012)

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 5 (Letter from Head of the PLO Mission Afif Safieh to Secretary of State Condoleeza Rice, April 27, 2006)

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 6 (Letter from Secretary of State Condoleeza Rice to PA President Mahmoud Abbas, January 12, 2007)

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 7 (Letter from Jeffrey Buckholtz to Judge Victor Marrero, February 29, 2008)

-May 29, 2015 Declaration of Carmela T. Romeo, Exhibit 8 (Letter from Minister of Finance Salam Fayyad to Secretary of State Condoleeza Rice, June 18, 2005)

-June 15, 2015 Defendants' Reply in Support of their Rule 62 Motion to Stay Execution of the Judgment and to Waive the Bond Requirement

-June 15, 2015 Defendants' Reply in Support of their Rule 62 Motion to Stay, Exhibit A ("PA Fiscal Operations for April 2015")

-June 15, 2015 Defendants' Reply in Support of their Rule 62 Motion to Stay, Exhibit B ("The Government of Palestine's Report to the Ad Hoc Liaison Committee", May 27, 2015)

-June 15, 2015 Defendants' Reply in Support of their Rule 62 Motion to Stay, Exhibit C (June 2008 Supplemental Declaration of Prime Minister Salam Fayyad in *Knox v. Palestinian Liberation Organization*)

-June 15, 2015 Defendants' Reply in Support of their Rule 62 Motion to Stay, Exhibit D ("Bylaw of the Palestine Investment Fund Company of 2007 and its Amendments")

-June 15, 2015 Defendants' Reply in Support of their Rule 62 Motion to Stay, Exhibit E (PA Public Budget 2015 Briefing)

**Public Documents**

-European Commission, Evaluation of the European Union's Cooperation with the occupied Palestinian territory and support to the Palestinian people, Final Report, Volume 1, July 2014

-European Court of Auditors, "European Union Direct Financial Support to the Palestinian Authority", Special Report No. 14, 2013

-Haaretz, "Israel releases withheld tax revenues to Palestinian Authority", March 27, 2015

-International Monetary Fund, West Bank and Gaza Staff Report Prepared for the September 2013 Meeting of the Ad Hoc Liaison Committee, September 11, 2013

-International Monetary Fund, World Economic and Financial Surveys, Fiscal Monitor, April 2015

-International Monetary Fund, "West Bank and Gaza – Report to the Ad Hoc Liaison Committee", May 18, 2015

-International Monetary Fund eLibrary

-Israel Ministry of Foreign Affairs, "PA grants and salaries for Palestinian terrorists," June 25, 2014

-Palestinian Monetary Authority, Consumer Price Index

-Palestinian Monetary Authority, External and Internal Debt on Palestinian Government

-Palestinian Monetary Authority, Revenues, Expenditures, and Financing Sources of PNA Financial Operations (Cash Basis)

-Palestinian Authority Ministry of Finance, November 2013 Monthly Report

-Palestinian Authority Ministry of Finance, December 2014 Monthly Report

-Palestinian Authority Ministry of Finance, Monthly Reports

-Palestinian Authority Ministry of Finance, "Fiscal Developments: Fourth Quarter and Full Year 2014", January 3, 2015

-Palestinian Ministry of Detainees and Ex-Detainees Affairs, "Decree Number (1) of 2013 concerning the amendment of the Prisoners and Released Prisoners Law Number (19) of 2004", January 8, 2013

-Palestinian Ministry of Detainees and Ex-Detainees Affairs, "Prisoners and Released Prisoners Law Number (19) of 2004", December 22, 2014

-United Nations Development Programme, Karim Nashashibi, "Palestinian Public Finance Under Crisis Management: Restoring Fiscal Sustainability", March 31, 2015

-World Bank, Supplemental Financing Document for a Proposed Gaza Emergency Response Supplemental Financing in the Amount of US$41 Million to the Palestine Liberation Organization, October 17, 2014

-World Bank, Economic Monitoring Report to the Ad Hoc Liaisons Committee, May 27, 2015

-World Bank, World Development Indicators, Table 4.12, Central government finances, 2012

-World Bank, World Development Indicators, Table 5.7, World Development Indicators: Military expenditures and arms transfers, July 1, 2015