# EXHIBIT 1

Exhibit 1
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Quantification of Identified Cost-Saving or Revenue-Raising Initiatives**

| | | Millions of USD | |
|---|---|---|---|
| **Potential Initiative** | | **Avg. Impact Per Year** | **3-Year Impact** |
| Maintain Employee Compensation at 2015 Levels | [1] | $170 | $509 |
| Compensation For Gaza Employees Not Working | [2] | $560 | $1,679 |
|    Offset Related to Maintaining Compensation | [3] | ($49) | ($148) |
| Tax and Electricity Payments in Gaza | [4] | $550 | $1,650 |
|    Offset for Gaza Employees Not Working | [5] | ($58) | ($173) |
| IMF Domestic Tax Collection Initiative | [6] | $315 | $945 |
| Unresolved Commercial Issues With Israel | [7] | $230 | $690 |
|    Subtotal | | $1,717 | $5,151 |
| Allowances: Contingencies and Overlapping Savings (30%) | | ($517) | ($1,551) |
| **Total** | | **$1,200** | **$3,600** |

*Sources and Notes:*
[1] Annual savings estimated at approximately $87 million in 2016, $169 million in 2017, and $253 in 2018, totaling $509 million over the three years.  See Exhibit 17
[2] See Exhibit 15
[3] The $170 million of compensation savings are reduced by $49 million (29.2%), as $560 million in compensation for employees in Gaza not working represents an estimated 29.2% of the PA's total employee compensation expense of $1,919 million in 2013.
[4] See Exhibit 16
[5] The Gaza PA employees from [2] are estimated to represent about 16% of Gaza's employed work force.  This figure represents 16% of the $350 million in potential Gaza tax revenue estimated by the World Bank  (see Exhibit 16).
[6] The IMF suggested that domestic tax revenue could potentially be increased from 4.6% of GDP to 7% of GDP (an increase of 2.4% of GDP).  This increase does not include separate initiatives for Gaza.  In 2015, the GDP of the West Bank and Gaza was reported to be approximately $13.1 billion (2.4% × $13.1 billion = $315 million). Source: International Monetary Fund, "West Bank and Gaza – Report to the Ad Hoc Liaison Committee," May 18, 2015, p. 36
[7] Exhibit A-10 to the April 30, 2015 Declaration of Shukry Bishara