# EXHIBIT 2

Exhibit 2

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**West Bank and Gaza: Operating Income -- Surplus / (Deficit)**

|  |  | 2010 | 2011 | 2012 | 2013 | 2014 | Projections 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| *In millions of USD* |  |  |  |  |  |  |  |  |  |  |
| Total Operating Revenue | [1] | $3,029 | $2,861 | $2,846 | $3,567 | $3,611 | $3,616 | $3,980 | $4,201 | $4,404 |
| Total Operating Expense | [2] | $3,074 | $3,325 | $3,525 | $3,693 | $3,895 | $3,988 | $4,146 | $4,271 | $4,412 |
| **Operating Income - Surplus / (Deficit)** |  | **($45)** | **($464)** | **($679)** | **($127)** | **($284)** | **($373)** | **($166)** | **($70)** | **($8)** |

*Sources and Notes:*

[1] See Exhibit 3

[2] See Exhibit 4