# EXHIBIT 3

Exhibit 3

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**West Bank and Gaza: Historical and Projected Operating Revenue, Including Non-Development Grants**

|  |  | 2010 | 2011 | 2012 | 2013 | 2014 | Projections | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 2015 | 2016 | 2017 | 2018 |
| *In millions of NIS* | [1] |  |  |  |  |  |  |  |  |  |
| Taxes |  | 6,019 | 6,406 | 7,035 | 7,426 | 8,852 | 9,486 | 10,329 | 11,156 | 11,887 |
| External Budget Support Grants |  | 4,276 | 2,915 | 2,986 | 4,532 | 3,676 | 3,234 | 3,832 | 3,848 | 3,856 |
| Other Revenue |  | 1,009 | 915 | 954 | 921 | 966 | 1,023 | 1,091 | 1,163 | 1,239 |
| **Total Operating Revenue** |  | **11,304** | **10,236** | **10,975** | **12,879** | **13,494** | **13,743** | **15,252** | **16,167** | **16,982** |
| *In millions of USD* | [2] |  |  |  |  |  |  |  |  |  |
| Taxes |  | 1,613 | 1,790 | 1,825 | 2,057 | 2,369 | 2,496 | 2,695 | 2,899 | 3,083 |
| External Budget Support Grants |  | 1,146 | 815 | 774 | 1,255 | 984 | 851 | 1,000 | 1,000 | 1,000 |
| Other Revenue |  | 270 | 256 | 247 | 255 | 258 | 269 | 285 | 302 | 321 |
| **Total Operating Revenue** |  | **3,029** | **2,861** | **2,846** | **3,567** | **3,611** | **3,616** | **3,980** | **4,201** | **4,404** |
| *% growth* |  | - | -5.5% | -0.5% | 25.3% | 1.2% | 0.1% | 10.1% | 5.6% | 4.8% |

***Sources and Notes:***

[1] Sources: IMF, *West Bank and Gaza Report to the Ad Hoc Liaison Committee*, May 18, 2015; IMF, West Bank and Gaza Staff Report Prepared for the September 2013 Meeting of the Ad Hoc Liaison Committee; Monthly Ministry of Finance Reports

[2] Translated to USD using the exchange rates employed by the International Monetary Fund. See Exhibit 19