# EXHIBIT 4

Exhibit 4

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**West Bank and Gaza: Historical and Projected Expenses**

|  |  | 2010 | 2011 | 2012 | 2013 | 2014 | Projections 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| *In millions of NIS* | [1] | | | | | | | | | |
| Compensation of Employees | | 6,017 | 6,381 | 6,812 | 6,928 | 7,336 | 7,617 | 7,949 | 8,266 | 8,594 |
| Use of Goods and Services | | 1,840 | 1,792 | 2,112 | 2,148 | 2,274 | 2,361 | 2,464 | 2,562 | 2,664 |
| Grants | | 880 | 501 | 1,072 | 760 | 1,022 | 900 | 850 | 800 | 750 |
| Other Expenses | | 2,735 | 3,223 | 3,597 | 3,500 | 3,923 | 4,281 | 4,625 | 4,810 | 5,003 |
| **Expense** | | **11,472** | **11,897** | **13,593** | **13,336** | **14,555** | **15,159** | **15,888** | **16,438** | **17,011** |
| *In millions of USD* | [2] | | | | | | | | | |
| Compensation of Employees | | 1,612 | 1,783 | 1,767 | 1,919 | 1,963 | 2,004 | 2,074 | 2,148 | 2,229 |
| Use of Goods and Services | | 493 | 501 | 548 | 595 | 609 | 621 | 643 | 666 | 691 |
| Grants | | 236 | 140 | 278 | 210 | 273 | 237 | 222 | 208 | 194 |
| Other Expenses | | 733 | 901 | 933 | 969 | 1,050 | 1,126 | 1,207 | 1,250 | 1,297 |
| **Expense** | | **3,074** | **3,325** | **3,525** | **3,693** | **3,895** | **3,988** | **4,146** | **4,271** | **4,412** |

[1] Sources: IMF, *West Bank and Gaza Report to the Ad Hoc Liaison Committee*, May 18, 2015; IMF, West Bank and Gaza Staff Report Prepared for the September 2013 Meeting of the Ad Hoc Liaison Committee; Monthly Ministry of Finance Reports

[2] Translated to USD using the exchange rates employed by the International Monetary Fund. See Exhibit 19