# EXHIBIT 5

Case 1:04-cv-00397-GBD-RLE    Document 931-7    Filed 07/13/15    Page 1 of 2

Exhibit 5

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**West Bank and Gaza: Historical and Projected Expenses as % of Total Expenses and as % of GDP**

|  |  | 2010 | 2011 | 2012 | 2013 | 2014 | Projections | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 2015 | 2016 | 2017 | 2018 |
| *% of Total Expenses* | [1] |  |  |  |  |  |  |  |  |  |
| Compensation of Employees |  | 52.4% | 53.6% | 50.1% | 51.9% | 50.4% | 50.2% | 50.0% | 50.3% | 50.5% |
| Use of Goods and Services |  | 16.0% | 15.1% | 15.5% | 16.1% | 15.6% | 15.6% | 15.5% | 15.6% | 15.7% |
| Grants |  | 7.7% | 4.2% | 7.9% | 5.7% | 7.0% | 5.9% | 5.3% | 4.9% | 4.4% |
| Other Expenses |  | 23.8% | 27.1% | 26.5% | 26.2% | 27.0% | 28.2% | 29.1% | 29.3% | 29.4% |
| **Expense** |  | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** | **100%** |
| Nominal GDP (in millions of NIS) | [2] | 31,148 | 34,977 | 43,322 | 44,843 | 47,628 | 49,856 | 53,197 | 56,685 | 60,367 |
| *Expenses as % of Nominal GDP* | [3] |  |  |  |  |  |  |  |  |  |
| Compensation of Employees |  | 19.3% | 18.2% | 15.7% | 15.4% | 15.4% | 15.3% | 14.9% | 14.6% | 14.2% |
| Use of Goods and Services |  | 5.9% | 5.1% | 4.9% | 4.8% | 4.8% | 4.7% | 4.6% | 4.5% | 4.4% |
| Grants |  | 2.8% | 1.4% | 2.5% | 1.7% | 2.1% | 1.8% | 1.6% | 1.4% | 1.2% |
| Other Expenses |  | 8.8% | 9.2% | 8.3% | 7.8% | 8.2% | 8.6% | 8.7% | 8.5% | 8.3% |
| **Expense** |  | **36.8%** | **34.0%** | **31.4%** | **29.7%** | **30.6%** | **30.4%** | **29.9%** | **29.0%** | **28.2%** |

[1] Calculated using Exhibit 4

[2] Sources: IMF, West Bank and Gaza Report to the Ad Hoc Liaison Committee, May 18, 2015; IMF, West Bank and Gaza Staff Report Prepared for the September 2013 Meeting of the Ad Hoc Liaison Committee; Monthly Ministry of Finance Reports

[3] Calculated using expense categories contained in Exhibit 4