# EXHIBIT 6

Exhibit 6
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Functional Expenditures by Palestinian Authority by PA Organization in 2014**
**(Thousands of NIS, unless noted otherwise)**

| Item | Wages and Salaries | Transfer Expenditure | Use of Goods and Services | Development Expenditure | Social Contributions | Interest Payments | Minor Capital Expenditure | Total Expenditure |
|---|---|---|---|---|---|---|---|---|
| Public Order and Safety | 3,454,860 | 0 | 375,289 | 194,521 | 339,893 | 0 | 24,152 | 4,388,716 |
| Social Protection | 231,897 | 2,623,900 | 15,548 | 44,646 | 9,524 | 0 | 709 | 2,926,223 |
| Education | 2,204,072 | 54,033 | 197,130 | 147,600 | 216,278 | 0 | 391 | 2,819,504 |
| Health | 749,430 | -2 | 1,203,402 | 16,677 | 66,101 | 0 | 14,849 | 2,050,456 |
| General Public Services | 709,160 | 365,279 | 442,356 | 302,918 | 49,473 | 87,472 | 8,707 | 1,965,366 |
| Economic Affairs | 249,162 | 29,161 | 36,672 | 291,115 | 23,681 | 0 | 1,690 | 631,481 |
| Recreation, Culture and Religion | 259,468 | 0 | 86,114 | 18,645 | 24,071 | 0 | 5,759 | 394,059 |
| Housing and Community Amenities | 83,086 | 0 | 33,441 | 41,308 | 7,407 | 0 | 1,393 | 166,634 |
| Environmental Protection | 10,763 | 0 | 2,027 | 19 | 1,169 | 0 | 266 | 14,245 |
| Defense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total:** | **7,951,898** | **3,072,371** | **2,391,979** | **1,057,449** | **737,597** | **87,472** | **57,916** | **15,356,684** |

*Sources and Notes:*
[1]   Source: Ministry of Finance, December 2014 Monthly Report