# EXHIBIT 7

Exhibit 7
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Functional Expenditures by Palestinian Authority by PA Organization in 2014**
**(% of Total Expenditures)**

| Item | Wages and Salaries | Transfer Expenditure | Use of Goods and Services | Development Expenditure | Social Contributions | Interest Payments | Minor Capital Expenditure | Total Expenditure |
|---|---|---|---|---|---|---|---|---|
| Public Order and Safety | 22.5% | - | 2.4% | 1.3% | 2.2% | - | - | 28.6% |
| Social Protection | 1.5% | 17.1% | - | - | - | - | - | 19.1% |
| Education | 14.4% | - | 1.3% | 1.0% | 1.4% | - | - | 18.4% |
| Health | 4.9% | - | 7.8% | - | - | - | - | 13.4% |
| General Public Services | 4.6% | 2.4% | 2.9% | 2.0% | - | 0.6% | - | 12.8% |
| Economic Affairs | 1.6% | - | - | 1.9% | - | - | - | 4.1% |
| Recreation, Culture and Religion | 1.7% | - | 0.6% | - | - | - | - | 2.6% |
| Housing and Community Amenities | 0.5% | - | - | - | - | - | - | 1.1% |
| Environmental Protection | - | - | - | - | - | - | - | - |
| Defense | - | - | - | - | - | - | - | - |
| **Total:** | **51.8%** | **20.0%** | **15.6%** | **6.9%** | **4.8%** | **0.6%** | **-** | **100.0%** |

*Sources and Notes:*
[1] Calculated using Exhibit 6 (figures less than 0.49% not presented)