# EXHIBIT 8

Exhibit 8
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

| | Comparison of Government Expenditures by Levels of Government - Percent of GDP in 2012 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Expenditure Levels by Comparable Governments [1] | | | | | | | | |
| **Country** | **Germany** | **United States** | **Lebanon** | **Egypt** | **Greece** | **Tunisia** | **Jordan** | **Morocco** | **West Bank and Gaza [2]** |
| Compensation of Employees | 1.6% | 2.4% | 6.3% | 7.9% | 11.2% | 12.3% | 13.5% | 13.9% | 15.7% |

*Sources and Notes:*

[1] Government Expenditure on Compensation of Employees in 2012 at the following levels of government: Germany, Central Government; United States, Central Government; Lebanon, Budgetary Central Government; Egypt, Central Government; Greece, Central Government; Tunisia, Central Government; Jordan, Budgetary Central Government; Morocco, Central Government  (Source: International Monetary Fund eLibrary)

[2] See Exhibit 5.  Does not include expenditures for compensation of employees incurred by the De Facto Government of Gaza.