# EXHIBIT 9

Exhibit 9
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Comparison of Government Outlays by Function - Percent of Total Expenditure in 2012**

| Country | Outlays by Comparable Governments [1] | | | | | West Bank and Gaza [2] |
|---|---|---|---|---|---|---|
| | Lebanon | Egypt | Tunisia | Yemen | Jordan | |
| Defense | 7% | 6% | 5% | 12% | 13% | - |
| Public Order and Safety | 3% | 6% | 10% | 6% | 13% | 30% |

***Sources and Notes:***
[1] Source: International Monetary Fund eLibrary
[2] Does not appear to include spending by the De Facto Government of Gaza