# EXHIBIT 10

Exhibit 10
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Wage Bill and Employee Count (2004-2014)**

|  |  | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2009 - 2014 Increase |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Count | [1] | 130,101 | 178,546 | 163,573 | 144,380 | 142,937 | 147,726 | 150,400 | 153,053 | 154,218 | 154,356 | 155,682 | 5.4% |
| % Change |  | - | 37% | -8% | -12% | -1% | 3% | 2% | 2% | 1% | 0% | 1% |  |
| Wage Bill (NIS millions) | [1] | 3,898 | 4,494 | 5,303 | 5,264 | 5,145 | 5,361 | 6,017 | 6,381 | 6,812 | 6,928 | 7,336 | 36.8% |
| % Change |  | - | 15% | 18% | -1% | -2% | 4% | 12% | 6% | 7% | 2% | 6% |  |
| Consumer Price Index | [2] | 100.00 | 104.11 | 108.11 | 110.12 | 121.01 | 124.34 | 129.00 | 132.72 | 136.40 | 138.76 | 141.16 | 13.5% |
| % Change |  | - | 4% | 4% | 2% | 10% | 3% | 4% | 3% | 3% | 2% | 2% |  |

**Sources and Notes:**
[1] Source: Exhibit A-10 to Declaration of S. Bishara
[2] Source: Palestine Monetary Authority