# EXHIBIT 11

Case 1:04-cv-00397-GBD-RLE    Document 931-13    Filed 07/13/15    Page 1 of 2

Exhibit 11

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**West Bank and Gaza: Armed Forces Personnel**

| | | Armed Forces Personnel 2013 | |
|---|---|---|---|
| | | **Approx. Employees** | **% of Labor Force** |
| West Bank and Gaza | | | |
| **Reported by World Bank** | [1] | **56,000** | **5.7%** |
| **Pro Forma With De Facto Government Security Employees** | [2] | **72,000** | **7.3%** |
| Lebanon | [1] | 80,000 | 4.8% |
| Egypt | [1] | 836,000 | 3.0% |
| Yemen | [1] | 138,000 | 1.9% |
| Tunisia | [1] | 48,000 | 1.2% |
| United States | [1] | 1,433,000 | 0.9% |
| Germany | [1] | 182,000 | 0.4% |
| Democratic People's Republic of Korea ("North Korea") | [1] | 1,379,000 | 9.1% |

*Sources and Notes:*

[1] Source: World Bank Development Indicators, Table 5.7. A 2015 UNDP paper suggests that the Palestnian Authority had 65,286 security personnel in September 2014.

[2] Assumes 16,000 security personnel employed by the De Facto Government in Gaza, as reported by the UNDP (Source: Karim Nashashibi, Palestinian Public Finance Under Crisis Management: Restoring Fiscal Sustainabilitiy)