# EXHIBIT 12

Exhibit 12

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Palestinian Authority Monthly Expenditures in Gaza as of November 2013**
**(NIS millions, unless noted otherwise)**

| Cash Expense Category | Monthly Gaza Expenditures | | |
|---|---|---|---|
| | NIS [1] | USD [2] | % of Total |
| Salaries to Military | 138.0 | $38.0 | 42% |
| Salaries to Civilians | 104.2 | $28.7 | 31% |
| **Salaries** | **242.2** | **$66.7** | **73%** |
| Electricity Bill to IEC | 40.0 | $11.0 | 12% |
| Health Referrals | 16.0 | $4.4 | 5% |
| Assistance to Vulnerable Families | 15.7 | $4.3 | 5% |
| Social Allowances | 12.8 | $3.5 | 4% |
| Allowances to Prisoners | 2.9 | $0.8 | 1% |
| Water Authority Projects | 1.9 | $0.5 | 1% |
| Local Government Projects | 0.5 | $0.1 | 0% |
| Energy Authority Projects | 0.5 | $0.1 | 0% |
| **Total** | **332.5** | **$91.6** | **100%** |

*Sources and Notes:*

[1] Source: UNDP, Palestinian Public Finance Under Crisis Management

[2] Based on an exchange rate of 3.63 NIS/USD, as reported by the Palestinian Authority Ministry of Finance November 2013 Monthly Report.