# EXHIBIT 13

Exhibit 13

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**IMF-Estimated Long-Term Revenue Increase Potential**

| Item | Percent of GDP [1] | | | | | |
|---|---|---|---|---|---|---|
| | Actual (2014) | Domestic Measures | Gaza | Clearance Measures | Total Potential | Increase Over Actual |
| **Total Revenue** | **21.9%** | **3.6%** | **3.0%** | **3.6%** | **32.1%** | **10.2%** |
| Tax Revenues | 19.9% | 2.5% | 2.0% | | 24.4% | 4.5% |
| Domestic Tax Revenues | 4.5% | 2.5% | 2.0% | | 9.0% | 4.5% |
| Income Tax | 1.4% | 1.5% | 1.0% | | 3.9% | 2.5% |
| Value-added Tax | 2.0% | 1.0% | 1.0% | | 4.0% | 2.0% |
| Customs | 0.6% | 0.0% | 0.0% | | 0.6% | 0.0% |
| Excises on Beverages | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% |
| Excises on Tobacco | 0.5% | 0.0% | 0.0% | | 0.5% | 0.0% |
| Property Tax | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% |
| Clearance Revenue | 15.4% | 0.0% | 0.0% | 3.6% | 19.0% | 3.6% |
| Nontax Revenues | 2.0% | 1.1% | 1.0% | | 4.1% | 2.1% |
| Domestic Fees and Charges | 1.9% | 1.0% | 1.0% | | 3.9% | 2.0% |
| Investment Profits | 0.1% | 0.1% | 0.0% | | 0.2% | 0.1% |

***Sources and Notes:***
[1] Source: IMF, West Bank and Gaza Report to the Ad Hoc Liaison Committee, May 18, 2015