# EXHIBIT 14

Exhibit 14

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**IMF-Estimated Long-Term Revenue Increase Potential**

| Item | Total Increase (% of GDP) [1] | Total Increase (Millions of USD) [2] |
|---|---|---|
| **Total Revenue** | **10.2%** | **$1,338** |
| Tax Revenues | 4.5% | $590 |
| Domestic Tax Revenues | 4.5% | $590 |
| Income Tax | 2.5% | $328 |
| Value-added Tax | 2.0% | $262 |
| Customs | 0.0% | $0 |
| Excises on Beverages | 0.0% | $0 |
| Excises on Tobacco | 0.0% | $0 |
| Property Tax | 0.0% | $0 |
| Clearance Revenue | 3.6% | $472 |
| Nontax Revenues | 2.1% | $275 |
| Domestic Fees and Charges | 2.0% | $262 |
| Investment Profits | 0.1% | $13 |

*Sources and Notes:*

[1] See Exhibit 13

[2] Estimated using the IMF-reported GDP for 2015 of $13,118 million US dollars (Source: IMF, West Bank and Gaza Report to the Ad Hoc Liaison Committee, May 18, 2015)