# EXHIBIT 15

Exhibit 15

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Est. Expenses for Palestinian Authority Employees in Gaza That are Not Working**
**(Millions of USD, unless noted otherwise)**

| | | |
|---|---|---:|
| PA Monthly Expeditures In Gaza | [1] | |
|     Salaries to Military | | $38.0 |
|     Salaries to Civilians | | $28.7 |
|         Monthly Total | | $66.7 |
| | | |
| Estimated % of PA Gaza Employees Not Working | [2] | |
|     Military | | 100% |
|     Civilian | | 30% |
| | | |
| Est. PA Monthly Expeditures In Gaza For Employees Not Working | [3] | |
|     Salaries to Military | | $38.0 |
|     Salaries to Civilians | | $8.6 |
|         Monthly Total | | $46.6 |
| | | |
| **Est. Annual Expense for PA Employees Not Working** | [4] | **$560** |

*Sources and Notes:*

[1] See Exhibit 12

[2] Assumes all PA security personnel are not currently working and that 30% of civilian PA employees are not currently working (Sources: Evaluation Commissioned by the Evaluation Unit of the Directorate General for Development and Cooperation -- EuropAid (European Commission), July 2014)

[3] Based on the percent of PA employees working contained in [2]

[4] = [3] × 12