# EXHIBIT 16

Exhibit 16
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**World Bank-Estimated Gaza Tax and Electricity Savings**

| Potential Revenue/Cost Items [1] | Millions of U.S. Dollars |
|---|---:|
| Tax Payments | $350 |
| Electricity Payment Collections | $200 |
| **Potential Add'l Annual Revenue** | **$550** |

*Sources and Notes:*
[1] Based on estimates contained within the World Bank's Supplemental Financing Document for a Proposed Gaza Emergency Response Supplemental Financing, October 17, 2014 and the World Bank's Economic Monitoring Report to the Ad Hoc Liaisons Committee, May 27, 2015.