# EXHIBIT 17

Exhibit 17
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Maintaining Employee Compensation at 2015 Levels**

|  |  | 2014 | 2015 (Projections) | 2016 (Projections) | 2017 (Projections) | 2018 (Projections) | Avg. / Year |
|---|---|---|---|---|---|---|---|
| Compensation of Employees (NIS, millions) | [1] | 7,336 | 7,617 | 7,949 | 8,266 | 8,594 | |
| *% increase* | | - | 3.8% | 4.4% | 4.0% | 4.0% | |
| Effect of Maintaining Employee Compensation at 2015 Levels | | | | | | | |
| But-For Compensation of Employees (NIS, millions) | [2] | 7,336 | 7,617 | 7,617 | 7,617 | 7,617 | |
| Annual Savings (NIS, millions) | [3] | - | - | 332 | 649 | 977 | |
| Annual Savings (USD, millions) | [4] | - | - | $87 | $169 | $253 | **$170** |
| **Cumulative Savings (USD, millions)** | [5] | **$0.0** | **$0.0** | **$86.6** | **$255.3** | **$508.6** | |

[1] See Exhibit 4
[2] Assumes total compensation remains unchanged from 2015 levels.
[3] = [1] - [2]
[4] Sum of annual savings contained in [3]
[5] Translated at rates of NIS/USD of 3.83, 3.85, and 3.86 for 2016, 2017, and 2018, respectively (Source: IMF, West Bank and Gaza Report to the Ad Hoc Liaison Committee, May 18, 2015).