# EXHIBIT 18

Exhibit 18
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Estimate of Effect of 2% Increase in Employee Compensation Per Year**

|  |  | 2014 | 2015 | Projections 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Compensation of Employees (NIS, millions) | [1] | 7,336 | 7,617 | 7,949 | 8,266 | 8,594 |
| *% increase* |  | - | 3.8% | 4.4% | 4.0% | 4.0% |
| IMF Recommended Wage Growth Rate | [1] |  |  | 2.0% | 2.0% | 2.0% |
| Effect of 2.0% Increase in Employee Compensation |  |  |  |  |  |  |
| But-For Compensation of Employees (NIS, millions) | [2] | 7,336 | 7,617 | 7,769 | 7,925 | 8,083 |
| Annual Savings (NIS, millions) | [3] | - | - | 180 | 341 | 511 |
| Annual Savings (USD, millions) | [4] | - | - | $47 | $89 | $132 |
| **Cumulative Savings (USD, millions)** | **[5]** | **$0.0** | **$0.0** | **$46.9** | **$135.6** | **$268.0** |

[1] See Exhibit 4
[2] Assumes total compensation increases at a rate of 2% (approximately inflation) per year, per IMF recommendations.
[3] = [1] - [2]
[4] Sum of annual savings contained in [3]
[5] Translated at rates of NIS/USD of 3.83, 3.85, and 3.86 for 2016, 2017, and 2018, respectively (Source: IMF, West Bank and Gaza Report to the Ad Hoc Liaison Committee, May 18, 2015).