# EXHIBIT 19

Exhibit 19

*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**West Bank and Gaza: Historical and Projected Implied Exchange Rate**

|  | 2010 | 2011 | 2012 | 2013 | 2014 | Projections 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|
| Net Revenue - NIS | 7,028 | 7,321 | 7,989 | 8,348 | 9,817 | 10,509 | 11,421 | 12,319 | 13,126 |
| Net Revenue - USD | 1,883 | 2,046 | 2,072 | 2,312 | 2,627 | 2,765 | 2,980 | 3,201 | 3,404 |
| Implied Exchange Rate | 3.73 | 3.58 | 3.86 | 3.61 | 3.74 | 3.80 | 3.83 | 3.85 | 3.86 |

[1] Sources: IMF, West Bank and Gaza Report to the Ad Hoc Liaison Committee, May 18, 2015; IMF, West Bank and Gaza Staff Report Prepared for the September 2013 Meeting of the Ad Hoc Liaison Committee; Monthly Ministry of Finance Reports