# EXHIBIT 20

Exhibit 20
*Mark I. Sokolow, et al. v. Palestine Liberation Organization, et al.*

**Offset in Potential Gaza Tax Increases Due to Employees Not Working**

| | | |
|---|---|---:|
| Civilian PA Employees Not Working | [1] | 7,894 |
| Security PA Employees Not Working | [2] | 35,000 |
| Total PA Employees Not Working in Gaza | [3] | 42,894 |
| | | |
| Gaza Labor Force | [4] | 454,900 |
| Gaza Unemployment Rate | [5] | 43% |
| Gaza Employed | [6] | 260,203 |
| | | |
| Total PA Employees as % of Total Gaza Employed | [7] | 16% |
| Potential Tax Revenue From Gaza (USD, millions) | [8] | $350 |
| Offset for Gaza Employees Not Working | [9] | $57.7 |

*Sources and Notes:*

[1] Assumes 26,314 permanent civilian PA employees in Gaza (Source: United Nations Development Programme, Karim Nashashibi, "Palestinian Public Finance Under Crisis Management: Restoring Fiscal Sustainability", March 31, 2015, p. 46), 30% of whom are reportedly not working (See Exhibit 15)

[2] Assumes 35,000 PA security personnel permanent in Gaza (Source: United Nations Development Programme, Karim Nashashibi, "Palestinian Public Finance Under Crisis Management: Restoring Fiscal Sustainability", March 31, 2015, p. 46), all of whom are reportedly not working.

[3] = [1] + [2]

[4] Labor force in Gaza in the 4th quarter of 2014 (Source: Palestinian Central Bureau of Statistics, February 12, 2015 press release)

[5] Unemployment rate in Gaza in the 4th quarter of 2014 (Source: Palestinian Central Bureau of Statistics, February 12, 2015 press release)

[6] = (1 - [5]) × [4]

[7] = [3] ÷ [6]

[8] See Exhibit 16

[9] = [8] × [7]