# Exhibit A

**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Thursday, May 07, 2015 4:40 PM
**To:** Burlingame, John A.; Baloul, Gassan A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; Mordechai Haller; rachelmayweiser@gmail.com
**Subject:** RE: Sokolow v. PLO

John,

We will ask the Court for the following schedule:

>May 29:  Plaintiffs' opposition.

>June 15:  Defendants' reply.

You should not assume by our silence on the subject of a cross-motion that we agree with your position.  However, we can address that issue at the appropriate time.

Best,

Kent

---

**From:** Burlingame, John A. [mailto:john.burlingame@squirepb.com]
**Sent:** Thursday, May 07, 2015 4:28 PM
**To:** Yalowitz, Kent A.; Baloul, Gassan A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; Mordechai Haller; rachelmayweiser@gmail.com
**Subject:** RE: Sokolow v. PLO

Kent,

We'd like June 15 for our reply brief.  Thanks.

**John A. Burlingame**
Partner
john.burlingame@squirepb.com

T   +1 202 626 6871         Washington, D.C.
T   +1 703 720 7859         Northern Virginia

---

**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Thursday, May 07, 2015 4:18 PM
**To:** Burlingame, John A.; Baloul, Gassan A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; Mordechai Haller; rachelmayweiser@gmail.com
**Subject:** RE: Sokolow v. PLO

May 25 is memorial day.  Assume we plan to file our papers on May 29.  What date do you want for yours?

**From:** Burlingame, John A. [mailto:john.burlingame@squirepb.com]
**Sent:** Thursday, May 07, 2015 4:05 PM
**To:** Yalowitz, Kent A.; Baloul, Gassan A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; Mordechai Haller; rachelmayweiser@gmail.com
**Subject:** RE: Sokolow v. PLO

Kent,

I believe Gassan is out of the country and I have not yet connected with him. I consider the proposed cross-motion to be material that properly belongs in an opposition, and that any reply in support of that cross-motion would be an improper sur-reply.
My initial thought for a briefing schedule is:

May 25 for your opposition to our motion to stay
June 8 for our reply.

We are happy to consider alternative dates.

John

**John A. Burlingame**
Partner
john.burlingame@squirepb.com

T   +1 202 626 6871        Washington, D.C.
T   +1 703 720 7859        Northern Virginia

---

**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Thursday, May 07, 2015 11:18 AM
**To:** Burlingame, John A.; Baloul, Gassan A.
**Cc:** McMillan, Lucy S.; Romeo, Carmela; Machnes, Tal; Mordechai Haller; rachelmayweiser@gmail.com
**Subject:** Sokolow v. PLO

Dear Gassan and John,

Consistent with my voicemail message to Gassan, we propose the following schedule on the motion for a stay:

May 29:  Plaintiffs' opposition and cross-motion for a monthly deposit into the registry of the court consistent with prior decisions in *Knox* and *Ungar*.
June 10:  Defendants' reply and opposition to cross-motion
June 24:  Plaintiffs' reply in support of cross-motion


Please let us hear from you by 4:00 p.m. today if you have a reaction to this proposal.

Best,

2

Kent

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

--------------------------------------------------------------------
44 Offices in 21 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
--------------------------------------------------------------------

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com