# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

July 17, 2015

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      The Court should deny defendants' request to delay the upcoming hearing in this matter or to strike the reply papers in support of plaintiffs' application for an order to deposit funds into the registry of the Court. DE 932.

      Defendants cannot claim to be unfairly surprised by the reply. Plaintiffs disclosed long ago that they would seek a deposit order and applied for one by submitting a proposed order to show cause to the Clerk's office and to the Court's Chambers. *See* Letter from Kent A. Yalowitz to Hon. George B. Daniels (May 29, 2015), with accompanying Proposed Order to Show Cause and Declaration of Kent A. Yalowitz in Support of Application (Ex. 1 hereto). The submission of a reply in support of an application brought by letter or proposed order to show cause is entirely proper and permitted under the applicable rules.

                                    Respectfully,

                                      Kent A. Yalowitz

cc:    All ECF Counsel