UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICES
OR GENERAL PURPOSE COMPUTING DEVICES
INTO THE COURTHOUSE OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
———————————————————————x



The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys and paralegal are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04-cv-00397.

The date(s) for which such authorization is provided is July 28, 2015.

| Attorney | Devices |
|---|---|
| Gassan A. Baloul | (1) Laptop; (2) Cell Phone |
| John A. Burlingame | (1) Laptop; (2) Cell Phone |
| Alexandra E. Chopin | (1) Laptop; (2) Cell Phone |
| **Paralegal** | **Devices** |
| Theresa L. Burton | (1) Laptop; (2) Cell Phone |

The attorneys and paralegal identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney or paralegal that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:   July ___, 2015

_____
The Honorable George B. Daniels
United States District Judge