UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>                Defendants. | No. 1:04-cv-0397 (GBD) (RLE) |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

      Please enter my appearance as counsel in this case for Defendants Palestine Liberation Organization and Palestinian Authority. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: July 27, 2015

                                                /s/ Mitchell R. Berger
                                                Mitchell R. Berger (Bar No. MB-4112)
                                                SQUIRE PATTON BOGGS (US) LLP
                                                 2550 M Street, NW
                                                 Washington, DC 20037
                                                 Telephone: (202) 457-5601
                                                 Facsimile: (202) 457-6315
                                                 mitchell.berger@squirepb.com