

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
| --- | --- |
| P.O. Box 883 | 20 Massachusetts Ave., N.W. |
| Washington, D.C. 20044 | Washington, D.C.  20530 |

July 27, 2015

<u>Via ECF</u>

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

  Re: *Sokolow, et al. v. Palestine Liberation Organization, et al.*
     Docket No. 04-CV-397 (GBD)(RLE) – Potential participation of the
     United States pursuant to 28 U.S.C. § 517

Dear Judge Daniels:

  The United States understands that the Court has scheduled a hearing on pending motions for July 28, 2015 in the above-referenced case.  The United States has been carefully considering whether to submit a Statement of Interest, pursuant to 28 U.S.C. § 517, to inform the Court of its views on issues relevant to one of the pending motions in this matter, specifically the Rule 62 Motion to Stay Execution of the Judgement and to Waive the Bond Requirement (ECF No. 897) filed by defendants Palestinian Authority and Palestine Liberation Organization.

  Section 517 of Title 28 permits the Attorney General to send "[t]he Solicitor General, or any officer of the Department of Justice . . . to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States."  The United States needs additional time to complete its deliberations and to file a Statement of Interest, if any, with respect to the Rule 62 Motion.  The United States expects to conclude its deliberations on this issue no later than August 10, 2015.  On or before that date, therefore, the United States intends either to file such a Statement of Interest or to advise the Court that it has determined not to make such a filing.  For that reason, the United States respectfully requests that the Court defer any ruling on the pending Rule 62 Motion to afford the United States this limited amount of additional time to determine whether to file a Statement of Interest.

  The United States wishes to clarify that it is not hereby requesting that the Court postpone the hearing currently scheduled for July 28, 2015 with respect to the Rule 62 Motion or

otherwise.  Rather, the United States asks only that the Court defer its ruling on the Rule 62 Motion to afford the United States the time it needs to complete its deliberations and to file a Statement of Interest, if any.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        ANTHONY J. COPPOLINO
        Deputy Director

        _/s/ Michelle R. Bennett_____
        MICHELLE R. BENNETT
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W.
        Washington, D.C.  20530
        Tel: (202) 305-8902
        Fax: (202) 616-8470
        Email: michelle.bennett@usdoj.gov

        *Attorneys for the United States of America*

cc: All ECF Counsel