UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 28 2015

| | |
|---|---|
| MARK I. SOKOLOW, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:04-cv-0397 (GBD) (RLE) |
| ) | |
| PALESTINE LIBERATION ORGANIZATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Alexandra E. Chopin, for admission to practice Pro Hac Vice in the above caption action is granted.

Applicant has declared that she is a member in good standing of the bars of the state of New York, and of the District of Columbia; and that her contact information is as follows:

> Alexandra E. Chopin
> SQUIRE PATTON BOGGS (US) LLP
> 2550 M Street, NW
> Washington, DC 20037
> Telephone: (202) 457-5623
> Facsimile:  (202) 457-6315
> alexandra.chopin@squirepb.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Palestine Liberation Organization and Palestinian Authority, in the above captioned action;

**IT IS HEREBY ORDERED** that Alexandra E. Chopin is admitted to practice Pro Hac Vice in the above captioned action in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July ___, 2015   JUL 2 6 2015

_____
The Honorable George B. Daniels
United States District Judge