UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                :

MARK I. SOKOLOW, *et al.*,               :

                                     Plaintiffs,       :       No. 04 Civ. 00397 (GBD) (RLE)

             -vs.-                            :       **MOTION FOR WITHDRAWAL**
                                                      :       **OF APPEARANCE**

THE PALESTINE LIBERATION          :
ORGANIZATION, *et al.*,                 :

                                 Defendants.    :
------------------------------------------------------------ X

       **PLEASE TAKE NOTICE** that Sara K. Pildis hereby respectfully requests permission to withdraw her appearance in the above-referenced action on behalf of Plaintiffs. The law firm of Arnold & Porter LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated: New York, New York                 ARNOLD & PORTER LLP
        July 30, 2015

                                                       By:    /s/ Sara K. Pildis
                                                             Sara K. Pildis
                                                             399 Park Avenue
                                                             New York, NY  10022
                                                             Tel:  (212) 715-1000
                                                             Sara.pildis@aporter.com