UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br>             Plaintiffs, <br> v. <br><br> PALESTINE LIBERATION <br> ORGANIZATION, et al., <br>             Defendants. | ) <br> ) <br> ) <br> ) <br> )  No. 1:04-cv-0397 (GBD) (RLE) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to the Court's July 28, 2015 ruling, the Palestinian Authority and the Palestine Liberation Organization hereby withdraw DE 906, including all exhibits filed in connection with DE 906. The Court is respectfully requested to remove DE 906 from the Docket. Plaintiffs consent to this request.

Dated: August 4, 2015

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com

Mitchell R. Berger (Bar No. MB-4112)
John A. Burlingame (*admitted pro hac vice*)
Alexandra E. Chopin (*admitted pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
mitchell.berger@squirepb.com
john.burlingame@squirepb.com
alexandra.chopin@squirepb.com

-2-

*Attorneys for Defendants Palestinian Authority
and Palestine Liberation Organization*