UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br>                 Plaintiffs, <br> v. <br><br><br> PALESTINE LIBERATION <br> ORGANIZATION, et al., <br>                 Defendants. | No. 1:04-cv-0397 (GBD) (RLE) |

**NOTICE OF FILING EXHIBITS**

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") hereby file the following trial exhibits offered by the PA and the PLO at trial: 17, 18, 29, 70, 71, 72, 73, 74, and 75.  Consistent with the Court's July 28, 2015 ruling, each of these exhibits was either admitted into evidence, or the subject of a ruling by the Court that the exhibit was not admissible.

Dated:  August 4, 2015

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com

Mitchell R. Berger (Bar No. MB-4112)
John A. Burlingame *(admitted pro hac vice)*
Alexandra E. Chopin *(admitted pro hac vice)*
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
mitchell.berger@squirepb.com

john.burlingame@squirepb.com
alexandra.chopin@squirepb.com

*Attorneys for Defendants Palestinian Authority
and Palestine Liberation Organization*