# UNITED NATIONS

# A S



## General Assembly
## Security Council

Distr.
GENERAL

A/48/486
S/26560
11 October 1993

ORIGINAL:  ENGLISH

GENERAL ASSEMBLY
Forty-eighth session
Agenda item 10
REPORT OF THE SECRETARY-GENERAL ON
 THE WORK OF THE ORGANIZATION

SECURITY COUNCIL
Forty-eighth year

<u>Letter dated 8 October 1993 from the Permanent Representatives
of the Russian Federation and the United States of America to
the United Nations addressed to the Secretary-General</u>

    As co-sponsors of the peace process launched at Madrid in October 1991 and
witnesses to the signing at Washington, D.C., on 13 September 1993 of the
Declaration of Principles on Interim Self-Government Arrangements, including its
Annexes, and its Agreed Minutes, by the Government of the State of Israel and
the Palestine Liberation Organization, we have the honour to enclose the above
document (see annex).

    We would be grateful if you would have the present letter and its
attachment circulated as an official document of the forty-eighth session of the
General Assembly, under agenda item 10, and of the Security Council.

(Signed)  Madeleine K. ALBRIGHT
Ambassador
Permanent Representative
to the United Nations of the
United States of America

(Signed)  Yuliy M. VORONTSOV
Ambassador
Permanent Representative
to the United Nations of
the Russian Federation



DEFENDANT'S
EXHIBIT
NO. 18

/...

02:008157

A/48/486
S/26560
English
Page 2

<u>Letter dated 8 October 1993 from the Permanent
Representative of Israel to the United Nations
addressed to the Secretary-General</u>

I have the honour to enclose the Declaration of Principles on Interim Self-Government Arrangements, including its Annexes, and its Agreed Minutes, signed at Washington, D.C., on 13 September 1993 by the Government of the State of Israel and the Palestine Liberation Organization and witnessed by the United States of America and the Russian Federation (see annex).

I would be grateful if you would have the present letter and its attachment circulated as an official document of the forty-eighth session of the General Assembly, under agenda item 10, and of the Security Council.

(<u>Signed</u>)   Gad YAACOBI
Ambassador
Permanent Representative

/...

02:008158

A/48/486
S/26560
English
Page 3

<u>Letter dated 8 October 1993 from the Permanent
Observer of Palestine to the United Nations
addressed to the Secretary-General</u>

I have the honour to enclose the Declaration of Principles on Interim Self-Government Arrangements, including its Annexes, and its Agreed Minutes, signed at Washington, D.C., on 13 September 1993 by the Government of the State of Israel and the Palestine Liberation Organization and witnessed by the United States of America and the Russian Federation (see annex).

I would be grateful if you would have the present letter and its attachment circulated as an official document of the forty-eighth session of the General Assembly, under agenda item 10, and of the Security Council.

<u>(Signed)</u>  Dr. Nasser AL-KIDWA
Permanent Observer of Palestine
to the United Nations

/...

A/48/486
S/26560
English
Page 4

ANNEX

Declaration of Principles on Interim
Self-Government Arrangements

The Government of the State of Israel and the PLO team (in the Jordanian-Palestinian delegation to the Middle East Peace Conference) (the "Palestinian Delegation"), representing the Palestinian people, agree that it is time to put an end to decades of confrontation and conflict, recognize their mutual legitimate and political rights, and strive to live in peaceful coexistence and mutual dignity and security and achieve a just, lasting and comprehensive peace settlement and historic reconciliation through the agreed political process. Accordingly, the two sides agree to the following principles:

## Article I

AIM OF THE NEGOTIATIONS

The aim of the Israeli-Palestinian negotiations within the current Middle East peace process is, among other things, to establish a Palestinian Interim Self-Government Authority, the elected Council (the "Council"), for the Palestinian people in the West Bank and the Gaza Strip, for a transitional period not exceeding five years, leading to a permanent settlement based on Security Council resolutions 242 (1967) and 338 (1973). It is understood that the interim arrangements are an integral part of the whole peace process and that the negotiations on the permanent status will lead to the implementation of Security Council resolutions 242 (1967) and 338 (1973).

## Article II

FRAMEWORK FOR THE INTERIM PERIOD

The agreed framework for the interim period is set forth in this Declaration of Principles.

## Article III

ELECTIONS

1.   In order that the Palestinian people in the West Bank and Gaza Strip may govern themselves according to democratic principles, direct, free and general political elections will be held for the Council under agreed supervision and international observation, while the Palestinian police will ensure public order.

2.   An agreement will be concluded on the exact mode and conditions of the elections in accordance with the protocol attached as Annex I, with the goal of holding the elections not later than nine months after the entry into force of this Declaration of Principles.

/...

02:008160

A/48/486
S/26560
English
Page 5

3.    These elections will constitute a significant interim preparatory step toward the realization of the legitimate rights of the Palestinian people and their just requirements.

## Article IV

### JURISDICTION

Jurisdiction of the Council will cover West Bank and Gaza Strip territory, except for issues that will be negotiated in the permanent status negotiations. The two sides view the West Bank and the Gaza Strip as a single territorial unit, whose integrity will be preserved during the interim period.

## Article V

### TRANSITIONAL PERIOD AND PERMANENT STATUS NEGOTIATIONS

1.    The five-year transitional period will begin upon the withdrawal from the Gaza Strip and Jericho area.

2.    Permanent status negotiations will commence as soon as possible, but not later than the beginning of the third year of the interim period, between the Government of Israel and the Palestinian people's representatives.

3.    It is understood that these negotiations shall cover remaining issues, including:  Jerusalem, refugees, settlements, security arrangements, borders, relations and cooperation with other neighbours, and other issues of common interest.

4.    The two parties agree that the outcome of the permanent status negotiations should not be prejudiced or preempted by agreements reached for the interim period.

## Article VI

### PREPARATORY TRANSFER OF POWERS AND RESPONSIBILITIES

1.    Upon the entry into force of this Declaration of Principles and the withdrawal from the Gaza Strip and the Jericho area, a transfer of authority from the Israeli military government and its Civil Administration to the authorized Palestinians for this task, as detailed herein, will commence.  This transfer of authority will be of a preparatory nature until the inauguration of the Council.

2.    Immediately after the entry into force of this Declaration of Principles and the withdrawal from the Gaza Strip and Jericho area, with the view to promoting economic development in the West Bank and Gaza Strip, authority will be transferred to the Palestinians in the following spheres:  education and culture, health, social welfare, direct taxation and tourism.  The Palestinian side will commence in building the Palestinian police force, as agreed upon.

/...

A/48/486
S/26560
English
Page 6

Pending the inauguration of the Council, the two parties may negotiate the transfer of additional powers and responsibilities, as agreed upon.

<u>Article VII</u>

INTERIM AGREEMENT

1.    The Israeli and Palestinian delegations will negotiate an agreement on the interim period (the "Interim Agreement").

2.    The Interim Agreement shall specify, among other things, the structure of the Council, the number of its members, and the transfer of powers and responsibilities from the Israeli military government and its Civil Administration to the Council.  The Interim Agreement shall also specify the Council's executive authority, legislative authority in accordance with Article IX below, and the independent Palestinian judicial organs.

3.    The Interim Agreement shall include arrangements, to be implemented upon the inauguration of the Council, for the assumption by the Council of all of the powers and responsibilities transferred previously in accordance with Article VI above.

4.    In order to enable the Council to promote economic growth, upon its inauguration, the Council will establish, among other things, a Palestinian Electricity Authority, a Gaza Sea Port Authority, a Palestinian Development Bank, a Palestinian Export Promotion Board, a Palestinian Environmental Authority, a Palestinian Land Authority and a Palestinian Water Administration Authority and any other Authorities agreed upon, in accordance with the Interim Agreement, that will specify their powers and responsibilities.

5.    After the inauguration of the Council, the Civil Administration will be dissolved, and the Israeli military government will be withdrawn.

<u>Article VIII</u>

PUBLIC ORDER AND SECURITY

    In order to guarantee public order and internal security for the Palestinians of the West Bank and the Gaza Strip, the Council will establish·a strong police force, while Israel will continue to carry the responsibility for defending against external threats, as well as the responsibility for overall security of Israelis for the purpose of safeguarding their internal security and public order.

<u>Article IX</u>

LAWS AND MILITARY ORDERS

1.    The Council will be empowered to legislate, in accordance with the Interim Agreement, within all authorities transferred to it.

/...

A/48/486
S/26560
English
Page 7

2.    Both parties will review jointly laws and military orders presently in force in remaining spheres.

## Article X

### JOINT ISRAELI-PALESTINIAN LIAISON COMMITTEE

In order to provide for a smooth implementation of this Declaration of Principles and any subsequent agreements pertaining to the interim period, upon the entry into force of this Declaration of Principles, a Joint Israeli-Palestinian Liaison Committee will be established in order to deal with issues requiring coordination, other issues of common interest and disputes.

## Article XI

### ISRAELI-PALESTINIAN COOPERATION IN ECONOMIC FIELDS

Recognizing the mutual benefit of cooperation in promoting the development of the West Bank, the Gaza Strip and Israel, upon the entry into force of this Declaration of Principles, an Israeli-Palestinian Economic Cooperation Committee will be established in order to develop and implement in a cooperative manner the programmes identified in the protocols attached as Annex III and Annex IV.

## Article XII

### LIAISON AND COOPERATION WITH JORDAN AND EGYPT

The two parties will invite the Governments of Jordan and Egypt to participate in establishing further liaison and cooperation arrangements between the Government of Israel and the Palestinian representatives, on the one hand, and the Governments of Jordan and Egypt, on the other hand, to promote cooperation between them.  These arrangements will include the constitution of a Continuing Committee that will decide by agreement on the modalities of admission of persons displaced from the West Bank and Gaza Strip in 1967, together with necessary measures to prevent disruption and disorder.  Other matters of common concern will be dealt with by this Committee.

## Article XIII

### REDEPLOYMENT OF ISRAELI FORCES

1.    After the entry into force of this Declaration of Principles, and not later than the eve of elections for the Council, a redeployment of Israeli military forces in the West Bank and the Gaza Strip will take place, in addition to withdrawal of Israeli forces carried out in accordance with Article XIV.

2.    In redeploying its military forces, Israel will be guided by the principle that its military forces should be redeployed outside populated areas.

02:008163

A/48/486
S/26560
English
Page 8

3.    Further redeployments to specified locations will be gradually implemented commensurate with the assumption of responsibility for public order and internal security by the Palestinian police force pursuant to Article VIII above.

## Article XIV

### ISRAELI WITHDRAWAL FROM THE GAZA STRIP AND JERICHO AREA

Israel will withdraw from the Gaza Strip and Jericho area, as detailed in the protocol attached as Annex II.

## Article XV

### RESOLUTION OF DISPUTES

1.    Disputes arising out of the application or interpretation of this Declaration of Principles, or any subsequent agreements pertaining to the interim period, shall be resolved by negotiations through the Joint Liaison Committee to be established pursuant to Article X above.

2.    Disputes which cannot be settled by negotiations may be resolved by a mechanism of conciliation to be agreed upon by the parties.

3.    The parties may agree to submit to arbitration disputes relating to the interim period, which cannot be settled through conciliation.  To this end, upon the agreement of both parties, the parties will establish an Arbitration Committee.

## Article XVI

### ISRAELI-PALESTINIAN COOPERATION CONCERNING REGIONAL PROGRAMMES

Both parties view the multilateral working groups as an appropriate instrument for promoting a "Marshall Plan", the regional programmes and other programmes, including special programmes for the West Bank and Gaza Strip, as indicated in the protocol attached as Annex IV.

## Article XVII

### MISCELLANEOUS PROVISIONS

1.    This Declaration of Principles will enter into force one month after its signing.

2.    All protocols annexed to this Declaration of Principles and Agreed Minutes pertaining thereto shall be regarded as an integral part hereof.

/...

A/48/486
S/26560
English
Page 9

DONE at Washington, D.C., this thirteenth day of September 1993.

For the Government of Israel:                    For the PLO:

(Signed)  Shimon PERES                           (Signed)  Mahmud ABBAS

                          Witnessed By:

The United States of America                     The Russian Federation

(Signed)  Warren CHRISTOPHER                     (Signed)  Andrei V. KOZYREV

/...

A/48/486
S/26560
English
Page 10

ANNEX I

Protocol on the Mode and Conditions of Elections

1.    Palestinians of Jerusalem who live there will have the right to participate in the election process, according to an agreement between the two sides.

2.    In addition, the election agreement should cover, among other things, the following issues:

     (a)  The system of elections;

     (b)  The mode of the agreed supervision and international observation and their personal composition;

     (c)  Rules and regulations regarding election campaigns, including agreed arrangements for the organizing of mass media, and the possibility of licensing a broadcasting and television station.

3.    The future status of displaced Palestinians who were registered on 4 June 1967 will not be prejudiced because they are unable to participate in the election process owing to practical reasons.

/...

A/48/486
S/26560
English
Page 11

ANNEX II

Protocol on Withdrawal of Israeli Forces
from the Gaza Strip and Jericho Area

1.    The two sides will conclude and sign within two months from the date of entry into force of this Declaration of Principles an agreement on the withdrawal of Israeli military forces from the Gaza Strip and Jericho area. This agreement will include comprehensive arrangements to apply in the Gaza Strip and the Jericho area subsequent to the Israeli withdrawal.

2.    Israel will implement an accelerated and scheduled withdrawal of Israeli military forces from the Gaza Strip and Jericho area, beginning immediately with the signing of the agreement on the Gaza Strip and Jericho area and to be completed within a period not exceeding four months after the signing of this agreement.

3.    The above agreement will include, among other things:

       (a)  Arrangements for a smooth and peaceful transfer of authority from the Israeli military government and its Civil Administration to the Palestinian representatives;

       (b)  Structure, powers and responsibilities of the Palestinian authority in these areas, except:  external security, settlements, Israelis, foreign relations and other mutually agreed matters;

       (c)  Arrangements for the assumption of internal security and public order by the Palestinian police force consisting of police officers recruited locally and from abroad (holding Jordanian passports and Palestinian documents issued by Egypt).  Those who will participate in the Palestinian police force coming from abroad should be trained as police and police officers;

       (d)  A temporary international or foreign presence, as agreed upon;

       (e)  Establishment of a joint Palestinian-Israeli Coordination and Cooperation Committee for mutual security purposes;

       (f)  An economic development and stabilization programme including the establishment of an Emergency Fund, to encourage foreign investment and financial and economic support.  Both sides will coordinate and cooperate jointly and unilaterally with regional and international parties to support these aims;

       (g)  Arrangements for a safe passage for persons and transportation between the Gaza Strip and Jericho area.

02:008167

A/48/486
S/26560
English
Page 12

4.    The above agreement will include arrangements for coordination between both parties regarding passages:

      (a)   Gaza - Egypt;

      (b)   Jericho - Jordan.

5.    The offices responsible for carrying out the powers and responsibilities of the Palestinian authority under this Annex II and Article VI of the Declaration of Principles will be located in the Gaza Strip and in the Jericho area pending the inauguration of the Council.

6.    Other than these agreed arrangements, the status of the Gaza Strip and Jericho area will continue to be an integral part of the West Bank and Gaza Strip, and will not be changed in the interim period.

/...

A/48/486
S/26560
English
Page 13

ANNEX III

Protocol on Israeli-Palestinian Cooperation
in Economic and Development Programmes


The two sides agree to establish an Israeli-Palestinian Continuing Committee for Economic Cooperation, focusing, among other things, on the following:

1.   Cooperation in the field of water, including a Water Development Programme prepared by experts from both sides, which will also specify the mode of cooperation in the management of water resources in the West Bank and Gaza Strip, and will include proposals for studies and plans on water rights of each party, as well as on the equitable utilization of joint water resources for implementation in and beyond the interim period.

2.   Cooperation in the field of electricity, including an Electricity Development Programme, which will also specify the mode of cooperation for the production, maintenance, purchase and sale of electricity resources.

3.   Cooperation in the field of energy, including an Energy Development Programme, which will provide for the exploitation of oil and gas for industrial purposes, particularly in the Gaza Strip and in the Negev, and will encourage further joint exploitation of other energy resources.  This Programme may also provide for the construction of a petrochemical industrial complex in the Gaza Strip and the construction of oil and gas pipelines.

4.   Cooperation in the field of finance, including a Financial Development and Action Programme for the encouragement of international investment in the West Bank and the Gaza Strip, and in Israel, as well as the establishment of a Palestinian Development Bank.

5.   Cooperation in the field of transport and communications, including a Programme, which will define guidelines for the establishment of a Gaza Sea Port Area, and will provide for the establishing of transport and communications lines to and from the West Bank and the Gaza Strip to Israel and to other countries.  In addition, this Programme will provide for carrying out the necessary construction of roads, railways, communications lines, etc.

6.   Cooperation in the field of trade, including studies, and Trade Promotion Programmes, which will encourage local, regional and interregional trade, as well as a feasibility study of creating free trade zones in the Gaza Strip and in Israel, mutual access to these zones and cooperation in other areas related to trade and commerce.

7.   Cooperation in the field of industry, including Industrial Development Programmes, which will provide for the establishment of joint Israeli-Palestinian Industrial Research and Development Centres, will promote Palestinian-Israeli joint ventures, and provide guidelines for cooperation in the textile, food, pharmaceutical, electronics, diamonds, computer and science-based industries.

/...

A/48/486
S/26560
English
Page 14

8.    A Programme for cooperation in, and regulation of, labour relations and cooperation in social welfare issues.

9.    A Human Resource Development and Cooperation Plan, providing for joint Israeli-Palestinian workshops and seminars, and for the establishment of joint vocational training centres, research institutes and data banks.

10.    An Environmental Protection Plan, providing for joint and/or coordinated measures in this sphere.

11.    A Programme for developing coordination and cooperation in the field of communications and media.

12.    Any other programmes of mutual interest.

/...

02:008170

A/48/486
S/26560
English
Page 15

ANNEX IV

Protocol on Israeli-Palestinian Cooperation
concerning Regional Development Programmes

1.   The two sides will cooperate in the context of the multilateral peace efforts in promoting a Development Programme for the region, including the West Bank and the Gaza Strip, to be initiated by the Group of Seven.  The parties will request the Group of Seven to seek the participation in this Programme of other interested States, such as members of the Organisation for Economic Cooperation and Development, regional Arab States and institutions, as well as members of the private sector.

2.   The Development Programme will consist of two elements:

     (a)  An Economic Development Programme for the West Bank and the Gaza Strip;

     (b)  A Regional Economic Development Programme.

     A.   The Economic Development Programme for the West Bank and the Gaza Strip will consist of the following elements:

          (1)  A Social Rehabilitation Programme, including a Housing and Construction Programme;

          (2)  A Small and Medium Business Development Plan;

          (3)  An Infrastructure Development Programme (water, electricity, transportation and communications, etc.);

          (4)  A Human Resources Plan;

          (5)  Other programmes.

     B.   The Regional Economic Development Programme may consist of the following elements:

          (1)  The establishment of a Middle East Development Fund, as a first step, and a Middle East Development Bank, as a second step;

          (2)  The development of a joint Israeli-Palestinian-Jordanian Plan for coordinated exploitation of the Dead Sea area;

          (3)  The Mediterranean Sea (Gaza) - Dead Sea Canal;

          (4)  Regional desalinization and other water development projects;

          (5)  A regional plan for agricultural development, including a coordinated regional effort for the prevention of desertification;

/...

02:008171

A/48/486
S/26560
English
Page 16

    (6)  Interconnection of electricity grids;

    (7)  Regional cooperation for the transfer, distribution and industrial exploitation of gas, oil and other energy resources;

    (8)  A Regional Tourism, Transportation and Telecommunications Development Plan;

    (9)  Regional cooperation in other spheres.

3.    The two sides will encourage the multilateral working groups and will coordinate towards their success.  The two parties will encourage inter-sessional activities, as well as pre-feasibility and feasibility studies, within the various multilateral working groups.

/...

02:008172

A/48/486
S/26560
English
Page 17

### Agreed Minutes to the Declaration of Principles
### on Interim Self-Government Arrangements

#### A. GENERAL UNDERSTANDINGS AND AGREEMENTS

Any powers and responsibilities transferred to the Palestinians pursuant to the Declaration of Principles prior to the inauguration of the Council will be subject to the same principles pertaining to Article IV, as set out in these Agreed Minutes below.

#### B. SPECIFIC UNDERSTANDINGS AND AGREEMENTS

#### Article IV

It is understood that:

1. Jurisdiction of the Council will cover West Bank and Gaza Strip territory, except for issues that will be negotiated in the permanent status negotiations: Jerusalem, settlements, military locations and Israelis.

2. The Council's jurisdiction will apply with regard to the agreed powers, responsibilities, spheres and authorities transferred to it.

#### Article VI (2)

It is agreed that the transfer of authority will be as follows:

1. The Palestinian side will inform the Israeli side of the names of the authorized Palestinians who will assume the powers, authorities and responsibilities that will be transferred to the Palestinians according to the Declaration of Principles in the following fields: education and culture, health, social welfare, direct taxation, tourism and any other authorities agreed upon.

2. It is understood that the rights and obligations of these offices will not be affected.

3. Each of the spheres described above will continue to enjoy existing budgetary allocations in accordance with arrangements to be mutually agreed upon. These arrangements also will provide for the necessary adjustments required in order to take into account the taxes collected by the direct taxation office.

4. Upon the execution of the Declaration of Principles, the Israeli and Palestinian delegations will immediately commence negotiations on a detailed plan for the transfer of authority on the above offices in accordance with the above understandings.

/...

02:008173

A/48/486
S/26560
English
Page 18

### Article VII (2)

The Interim Agreement will also include arrangements for coordination and cooperation.

### Article VII (5)

The withdrawal of the military government will not prevent Israel from exercising the powers and responsibilities not transferred to the Council.

### Article VIII

It is understood that the Interim Agreement will include arrangements for cooperation and coordination between the two parties in this regard.  It is also agreed that the transfer of powers and responsibilities to the Palestinian police will be accomplished in a phased manner, as agreed in the Interim Agreement.

### Article X

It is agreed that, upon the entry into force of the Declaration of Principles, the Israeli and Palestinian delegations will exchange the names of the individuals designated by them as members of the Joint Israeli-Palestinian Liaison Committee.  It is further agreed that each side will have an equal number of members in the Joint Committee.  The Joint Committee will reach decisions by agreement.  The Joint Committee may add other technicians and experts, as necessary.  The Joint Committee will decide on the frequency and place or places of its meetings.

### ANNEX II

It is understood that, subsequent to the Israeli withdrawal, Israel will continue to be responsible for external security, and for internal security and public order of settlements and Israelis.  Israeli military forces and civilians may continue to use roads freely within the Gaza Strip and the Jericho area.

DONE at Washington, D.C., this thirteenth day of September 1993.

For the Government of Israel:              For the PLO:

(Signed)  Shimon PERES                     (Signed)  Mahmud ABBAS

Witnessed By:

The United States of America              The Russian Federation

(Signed)  Warren CHRISTOPHER               (Signed)  Andrei V. KOZYREV

- - - - -

02:008174

AS
الأمم المتحدة

Distr.
GENERAL

A/48/486*
S/26560*
8 November 1993
ARABIC
ORIGINAL: ENGLISH



الجمعية
العامة

مجلس
الأمن

الجمعية العامة
الدورة الثامنة والأربعون
البند ١٠ من جدول الأعمال
تقرير الأمين العام عن أعمال المنظمة

مجلس الأمن
السنة الثامنة والأربعون

رسالة مؤرخة ٨ تشرين الأول/أكتوبر ١٩٩٣ موجهة الى الأمين العام
من الممثلين الدائمين للاتحاد الروسي والولايات المتحدة الأمريكية
لدى الأمم المتحدة

بوصفنا المشتركين في رعاية عملية السلام التي بدأت في مدريد في تشرين الأول/أكتوبر ١٩٩١ والشاهدين على توقيع حكومة دولة اسرائيل ومنظمة التحرير الفلسطينية في واشنطن العاصمة في ١٢ أيلول/سبتمبر ١٩٩٣، على إعلان المبادئ المتعلق بترتيبات الحكم الذاتي المؤقت، بما في ذلك مرفقاته والمحضر المتفق عليه، نتشرف بأن نرفق طيه الوثيقة الآنفة الذكر (انظر المرفق).

وسنكون ممتنين إذا تكرمتم بتعميم هذه الرسالة ومرفقها كوثيقة رسمية من وثائق الدورة الثامنة والأربعين للجمعية العامة، في إطار البند ١٠ من جدول الأعمال، ومن وثائق مجلس الأمن.

(توقيع) مادلين ك. ألبرايت
السفيرة
الممثلة الدائمة للولايات المتحدة الأمريكية
لدى الأمم المتحدة

(توقيع) يولي م. فورونتسوف
السفير
الممثل الدائم للاتحاد الروسي
لدى الأمم المتحدة

* أعيد إصدارها لأسباب فنية.

../..    091193  091193  93-62082

03:000487

02:008175

A/48/486
S/26560
Arabic
Page 2

رسالة مؤرخة ٨ تشرين الأول/أكتوبر ١٩٩٢ موجهة الى الأمين العام
من الممثل الدائم لاسرائيل لدى الأمم المتحدة

أتشرف بأن أرفق طيه إعلان المبادئ المتعلق بترتيبات الحكم الذاتي المؤقت، بما في ذلك مرفقاته
والمحضر المتفق عليه، الذي وقعته في واشنطن العاصمة في ١٢ أيلول/سبتمبر ١٩٩٢ حكومة دولة اسرائيل
ومنظمة التحرير الفلسطينية وشهدت على توقيعه الولايات المتحدة الأمريكية والاتحاد الروسي (انظر
المرفق).

وساغدو ممتنا إذا تكرمتم بتعميم هذه الرسالة ومرفقها كوثيقة رسمية من وثائق الدورة الثامنة
والأربعين للجمعية العامة، في إطار البند ١٠ من جدول الأعمال، ومن وثائق مجلس الأمن.

(توقيع) جاد يعقوبي
السفير
الممثل الدائم

J..

93-62082

03:000488

02:008176

A/48/486
S/26560
Arabic
Page 3

رسالة مؤرخة ٨ تشرين الأول/أكتوبر ١٩٩٣ موجهة الى الأمين العام
من المراقب الدائم لفلسطين لدى الأمم المتحدة

أتشرف بأن أرفق طيه إعلان المبادئ المتعلق بترتيبات الحكم الذاتي المؤقت، بما في ذلك مرفقاته
والمحضر المتفق عليه، الذي وقّته في واشنطن العاصمة في ١٢ أيلول/سبتمبر ١٩٩٣ حكومة دولة اسرائيل
ومنظمة التحرير الفلسطينية وشهدت على توقيعه الولايات المتحدة الأمريكية والاتحاد الروسي (انظر
المرفق).

وسأغدو ممتنا إذا تكرمتم بتعميم هذه الرسالة ومرفقها كوثيقة رسمية من وثائق الدورة الثامنة
والأربعين للجمعية العامة، في إطار البند ١٠ من جدول الأعمال، ومن وثائق مجلس الأمن.

(توقيع) الدكتور ناصر القدوة
المراقب الدائم لفلسطين
لدى الأمم المتحدة

./..

93-62082

03:000489

02:008177

A/48/486
S/26560
Arabic
Page 4

المرفق

إعلان مبادئ بشأن ترتيبات بالحكم الذاتي المؤقت

إن حكومة دولة اسرائيل وفريق منظمة التحرير الفلسطينية (في الوفد الأردني - الفلسطيني لدى مؤتمر السلام في الشرق الأوسط) ("الوفد الفلسطيني")، ممثلا للشعب الفلسطيني، يتفقان على أن الوقت قد حان لوضع حد لعقود من المواجهة والنزاع، ويعترف كل منهما بالحقوق المشروعة والسياسية للآخر، ويسعيان الى الحياة في تعايش سلمي وكرامة وأمن متبادلين، والى تحقيق تسوية سلمية عادلة ودائمة وشاملة، ومصالحة تاريخية عن طريق العملية السياسية المتفق عليها.

وبناء عليه، يتفق الجانبان على المبادئ التالية:

المادة الأولى

هدف المفاوضات

إن هدف المفاوضات الاسرائيلية - الفلسطينية في إطار عملية السلام في الشرق الأوسط الجارية هو، في جملة أمور، إنشاء سلطة حكم ذاتي فلسطينية مؤقتة، المجلس المنتخب ("المجلس")، للشعب الفلسطيني في الضفة الغربية وقطاع غزة، وذلك لفترة انتقالية لا تزيد عن خمس سنوات تؤدي الى تسوية دائمة على أساس قراري مجلس الأمن ٢٤٢ (١٩٦٧) و ٣٣٨ (١٩٧٣). ومن المفهوم أن الترتيبات المؤقتة هي جزء لا يتجزأ من عملية السلام الكاملة وأن المفاوضات بشأن الوضع الدائم ستؤدي الى تنفيذ قراري مجلس الأمن ٢٤٢ (١٩٦٧) و ٣٣٨ (١٩٧٣).

المادة الثانية

إطار الفترة الانتقالية

مبين في إعلان المبادئ هذا الإطار المتفق عليه للفترة الانتقالية.

/...

93-62082

03:000490

A/48/486
S/26560
Arabic
Page 5

المادة الثالثة

الانتخابـــات

١ -    لتمكين الشعب الفلسطيني في الضفة الغربية وقطاع غزة من أن يحكم نفسه وفقا للمبادئ الديمقراطية، تجرى انتخابات سياسية عامة حرة مباشرة لانتخاب المجلس تحت إشراف متفق عليه ومراقبة دولية، بينما تتولى الشرطة الفلسطينية ضمان الأمن العام.

٢ -    يعقد اتفاق بشأن الطريقة والشروط الدقيقة لإجراء الانتخابات وفقا للبروتوكول الملحق بوصفه المرفق الأول، بهدف إجراء الانتخابات في موعد لا يتجاوز تسعة أشهر من بدء سريان إعلان المبادئ هذا.

٢ -    تشكل هذه الانتخابات خطوة تحضيرية مؤقتة هامة نحو إعمال الحقوق المشروعة للشعب الفلسطيني وتحقيق متطلباته العادلة.

المادة الرابعة

الولايـــة

تشمل ولاية المجلس اقليم الضفة الغربية وقطاع غزة، باستثناء المسائل التي سيتم التفاوض عليها في مفاوضات الوضع الدائم. ويعتبر الجانبان الضفة الغربية وقطاع غزة وحدة اقليمية واحدة يحافظ على سلامتها خلال الفترة الانتقالية.

المادة الخامسة

الفترة الانتقالية ومفاوضات الوضع الدائم

١ -    تبدأ الفترة الانتقالية البالغة خمس سنوات لدى الانسحاب من قطاع غزة ومنطقة أريحا.

٢ -    تبدأ مفاوضات الوضع الدائم بين حكومة إسرائيل وممثلي الشعب الفلسطيني في أقرب وقت ممكن، على ألا يتجاوز ذلك بداية السنة الثالثة من الفترة الانتقالية.

/...

93-62082

03:000491

02:008179

A/48/486
S/26560
Arabic
Page 6

٢ -   من المفهوم أن هذه المفاوضات تشمل القضايا المتبقية، بما في ذلك: القدس، واللاجئون، والمستوطنات، والترتيبات الأمنية، والحدود، والعلاقات والتعاون مع الجيران الآخرين، والقضايا الأخرى التي تهم الجانبين.

٤ -   يتفق الطرفان على ألا تمس الاتفاقات التي يتم التوصل اليها للفترة الانتقالية أو تستبق نتائج مفاوضات الوضع الدائم.

المادة السادسة

نقل السلطات والمسؤوليات على سبيل التحضير

١ -   يبدأ لدى سريان إعلان المبادئ هذا والانسحاب من قطاع غزة ومنطقة أريحا نقل السلطة من الحكم العسكري الاسرائيلي وإدارته المدنية الى الفلسطينيين المفوضين بهذه المهمة على النحو المفصل هنا. ويكون نقل السلطة هذا ذا طابع تحضيري الى أن يتم تنصيب المجلس.

٢ -   يتم فور بدء سريان إعلان المبادئ هذا والانسحاب من قطاع غزة ومنطقة أريحا، توخيا لتعزيز التنمية الاقتصادية في الضفة الغربية وقطاع غزة، نقل السلطة الى الفلسطينيين في المجالات التالية: التعليم والثقافة، والصحة، والرعاية الاجتماعية، والضرائب المباشرة، والسياحة. ويشرع الجانب الفلسطيني في بناء قوة الشرطة الفلسطينية على النحو المتفق عليه. وللطرفين، ريثما يتم تنصيب المجلس، أن يتفاوضا بشأن نقل سلطات ومسؤوليات إضافية حسبما يتفق عليه.

المادة السابعة

الاتفاق المؤقت

١ -   يتفاوض الوفدان الاسرائيلي والفلسطيني على اتفاق بشأن الفترة الانتقالية ("الاتفاق المؤقت").

٢ -   يحدد الاتفاق المؤقت، في جملة أمور، تكوين المجلس، وعدد أعضائه، ونقل السلطات والمسؤوليات من الحكم العسكري الاسرائيلي وإدارته المدنية الى المجلس. ويحدد الاتفاق المؤقت أيضا سلطة المجلس التنفيذية، وسلطته التشريعية وفقا للمادة التاسعة أدناه، والأجهزة القضائية الفلسطينية المستقلة.

/...

93-62082

03:000492

02:008180

A/48/486
S/26560
Arabic
Page 7

٢ -   يتضمن الاتفاق المؤقت ترتيبات، تنفذ لدى تنصيب المجلس، لتولي المجلس جميع الصلاحيات والمسؤوليات التي سبق نقلها وفقا للمادة السادسة أعلاه.

٤ -   لتمكين المجلس من تعزيز النمو الاقتصادي، يقوم المجلس لدى تنصيبه بجملة أمور منها إنشاء سلطة الكهرباء الفلسطينية وسلطة ميناء غزة، ومصرف التنمية الفلسطيني، والمجلس الفلسطيني لترويج الصادرات، وسلطة البيئة الفلسطينية، وسلطة الأراضي الفلسطينية، وسلطة إدارة المياه الفلسطينية، وأية سلطات أخرى يتفق عليها بموجب الاتفاق المؤقت الذي يحدد صلاحياتها ومسؤولياتها.

٥ -   بعد تنصيب المجلس تُحل الإدارة المدنية ويُسحب الحكم العسكري الاسرائيلي.

المادة الثامنة

النظام العام والأمن

ضمانا للنظام العام والأمن الداخلي للفلسطينيين في الضفة الغربية وقطاع غزة، ينشئ المجلس قوة شرطة قوية، بينما تواصل اسرائيل تولي مسؤولية الدفاع ضد التهديدات الخارجية ومسؤولية أمن الاسرائيليين عموما بغرض الحفاظ على أمنهم الداخلي وعلى النظام العام لهم.

المادة التاسعة

القوانين والأوامر العسكرية

١ -   تكون للمجلس سلطة التشريع، وذنا لأحكام الاتفاق المؤقت، في إطار جميع السلطات المنقولة اليه.

٢ -   يستعرض الطرفان معا القوانين والأوامر العسكرية السارية حاليا في المجالات المتبقية.

/..

03:000493

02:008181

A/48/486
S/26560
Arabic
Page 8

المادة العاشرة

لجنة الارتباط الإسرائيلية - الفلسطينية المشتركة

توخيا لسلاسة تنفيذ إعلان المبادئ هذا وأية اتفاقات لاحقة تتصل بالفترة الانتقالية تنشأ عند بدء
سريان إعلان المبادئ هذا لجنة ارتباط إسرائيلية - فلسطينية مشتركة تعالج المسائل التي تتطلب التنسيق
والمسائل الأخرى التي تهم الجانبين والمنازعات.

المادة الحادية عشرة

التعاون الإسرائيلي - الفلسطيني في الميادين الاقتصادية

إدراكا لما يحققه التعاون في النهوض بتنمية الضفة الغربية وقطاع غزة وإسرائيل من فائدة
مشتركة، تنشأ عند بدء سريان إعلان المبادئ هذا لجنة إسرائيلية - فلسطينية للتعاون الاقتصادي، وذلك
للتعاون في وضع وتنفيذ البرامج المحددة في البروتوكولين الملحقين بوصفهما المرفق الثالث والمرفق الرابع.

المادة الثانية عشرة

الارتباط والتعاون مع الأردن ومصر

يقوم الطرفان بدعوة حكومتي الأردن ومصر إلى الاشتراك في وضع ترتيبات أخرى للارتباط
والتعاون بين حكومة إسرائيل والممثلين الفلسطينيين من جهة وحكومتي الأردن ومصر من جهة أخرى، من
أجل تعزيز التعاون فيما بينهم. وتشمل هذه الترتيبات إنشاء لجنة دائمة تقرر بالاتفاق أشكال دخول
الأشخاص النازحين من الضفة الغربية وقطاع غزة في عام ١٩٦٧، إلى جانب التدابير اللازمة للحيلولة دون
وقوع الاضطراب والفوضى. وتعالج هذه اللجنة المسائل الأخرى التي تكون محل اهتمام مشترك.

/..

93-62082

03:000494

02:008182

A/48/486
S/26560
Arabic
Page 9

المادة الثالثة عشرة

إعادة وزع القوات الإسرائيلية

١ -   تجرى بعد بدء سريان إعلان المبادئ هذا، وفي موعد لا يتجاوز عشية انتخابات المجلس، إعادة وزع القوات العسكرية الإسرائيلية في الضفة الغربية وقطاع غزة، بالإضافة إلى انسحاب القوات الإسرائيلية الذي يتم وفقا للمادة الرابعة عشرة.

٢ -   تسترشد إسرائيل، لدى إعادة وزع قواتها العسكرية، بمبدأ أن تكون إعادة وزع قواتها العسكرية خارج المناطق المأهولة بالسكان.

٣ -   يتم بالتدريج تنفيذ عمليات إعادة وزع إلى مواقع محددة تتناسب مع تولي قوة الشرطة الفلسطينية للمسؤولية عن النظام العام والأمن الداخلي عملا بالمادة الثامنة أعلاه.

المادة الرابعة عشرة

إنسحاب إسرائيل من قطاع غزة ومنطقة أريحا

تنسحب إسرائيل من قطاع غزة ومنطقة أريحا، على النحو المفصل في البروتوكول الملحق بوصفه المرفق الثاني.

المادة الخامسة عشرة

حـل المنازعـــات

١ -   تحل المنازعات التي تنشأ من تطبيق أو تفسير إعلان المبادئ هذا، أو أية اتفاقات لاحقة تتصل بالفترة الانتقالية، عن طريق المفاوضات من خلال لجنة الارتباط المشتركة التي ستنشأ عملا بالمادة العاشرة أعلاه.

J..

93-62082

03:000495

02:008183

A/48/486
S/26560
Arabic
Page 10

٢ -   يجوز حل المنازعات التي يتعذر حلها عن طريق المفاوضات بواسطة آلية توفيق يتفق عليها الطرفان.

٢ -   للطرفين أن يتفقا على إحالة المنازعات التي تتصل بالفترة الانتقالية والتي يتعذر حلها عن طريق التوفيق إلى التحكيم. وتحقيقا لهذا الغرض، يقوم الطرفان بالاتفاق فيما بينهما بإنشاء لجنة تحكيم.

المادة السادسة عشرة

التعاون الإسرائيلي - الفلسطيني فيما يتعلق بالبرامج الإقليمية

يعتبر كلا الطرفين أن الأفرقة العاملة المتعددة الأطراف أداة مناسبة لتشجيع إنشاء "خطة مارشال" والبرامج الإقليمية وغيرها من البرامج، بما فيها برامج خاصة لصالح الضفة الغربية وقطاع غزة، على النحو المشار إليه في البروتوكول الملحق بوصفه المرفق الرابع.

المادة السابعة عشرة

أحكـام متفرقـة

١ -   يبدأ سريان إعلان المبادئ هذا بعد شهر واحد من توقيعه.

٢ -   تعتبر جميع البروتوكولات الملحقــة بإعلان المبادئ هذا والمحضر المتفق عليه المتصل به جزءا لا يتجزأ منه.

حرر في واشنطن العاصمة في اليوم الثالث عشر من أيلول/سبتمبر ١٩٩٢.

| عن منظمة التحرير الفلسطينية | عن حكومـــة إسرائيـل |
|---|---|
| (توقيع) محمود عباس | (توقيع) شمعون بيريز |

شهد عليه:

| الاتحـــاد الروسي | الولايات المتحدة الأمريكية |
|---|---|
| (توقيع) أندريه ف. كوزيريف | (توقيع) وارين كريستوفر |

./..                                   93-62082

03:000496

02:008184

A/48/486
S/26560
Arabic
Page 11

المرفق الأول

البروتوكول المتعلق بطريقة الانتخابات وشروطها

١ -  يكون للفلسطينيي القدس الذين يعيشون فيها حق الاشتراك في عملية الانتخابات، وفقا لاتفاق بين الجانبين.

٢ -  بالإضافة إلى ذلك، ينبغي أن يشمل اتفاق الانتخابات، في جملة أمور أخرى، المسائل التالية:

(أ)    نظام الانتخابات؛

(ب)   طريقة الإشراف المتفق عليه والمراقبة الدولية وتكوين أفرادهما؛

(ج)   القواعد والأنظمة المتعلقة بالحملات الانتخابية بما في ذلك ترتيبات متفق عليها لتنظيم وسائط الإعلام، وإمكانية الترخيص بمحطة للإذاعة والتلفزيون.

٣ -  لا يترتب على عدم تمكن الفلسطينيين النازحين الذين كانوا مسجلين في ٤ حزيران/يونيه ١٩٦٧ من الاشتراك في عملية الانتخابات لأسباب عملية، أي مساس بمركزهم مستقبلا.

/...                                                                                          93-62082

03:000497

02:008185

A/48/486
S/26560
Arabic
Page 12

المرفق الثاني

البروتوكول المتعلق بانسحاب القوات الإسرائيلية
من قطاع غزة ومنطقة أريحا

١ -   يعقد الجانبان خلال شهرين من تاريخ بدء سريان إعلان المبادئ هذا ويوقعان اتفاقا بشأن انسحاب القوات العسكرية الإسرائيلية من قطاع غزة ومنطقة أريحا. ويشمل هذا الاتفاق ترتيبات شاملة تطبق في قطاع غزة ومنطقة أريحا بعد الانسحاب الإسرائيلي.

٢ -   تقوم إسرائيل بتنفيذ انسحاب معجل ووفقا لجدول زمني للقوات العسكرية الإسرائيلية من قطاع غزة ومنطقة أريحا، على أن يبدأ هذا الانسحاب فور توقيع الاتفاق المتعلق بقطاع غزة ومنطقة أريحا ويتم خلال فترة لا تتجاوز أربعة أشهر من توقيع هذا الاتفاق.

٣ -   يشمل الاتفاق المذكور أعلاه، في جملة أمور أخرى، ما يلي:

(أ)   ترتيبات لنقل السلطة بطريقة سلسة وسلمية من الحكم العسكري الإسرائيلي والإدارة المدنية التابعة له إلى الممثلين الفلسطينيين؛

(ب)   هيكل السلطة الفلسطينية في هذه المناطق وسلطاتها ومسؤولياتها، فيما عدا: الأمن الخارجي، والمستوطنات، والإسرائيليين، والعلاقات الخارجية، والمسائل الأخرى التي يتفق عليها الجانبان؛

(ج)   ترتيبات لتولي قوة الشرطة الفلسطينية التي تتألف من شرطيين معينين محليا ومن الخارج (يحملون جوازات سفر أردنية ووثائق فلسطينية صادرة عن مصر) مسؤولية الأمن الداخلي والنظام العام. وينبغي تدريب الذين سيشتركون في قوة الشرطة الفلسطينية القادمين من الخارج كأفراد وضباط شرطة؛

(د)   وجود دولي أو أجنبي مؤقت حسبما يتفق عليه؛

(ه)   إنشاء لجنة تنسيق وتعاون فلسطينية - إسرائيلية مشتركة لأغراض الأمن المتبادل؛

../..

93-62082

03:000498

02:008186

A/48/486
S/26560
Arabic
Page 13

(و)    وضع برنامج للتنمية الاقتصادية والاستقرار، بما في ذلك إنشاء صندوق طوارئ، لتشجيع الاستثمار الأجنبي والدعم المالي والاقتصادي. ويقوم الجانبان مجتمعين ومنفردين بالتنسيق والتعاون مع الأطراف الإقليمية والدولية لدعم هذه الأهداف:

(ز)    ترتيبات مرور آمن للأشخاص ووسائط النقل بين قطاع غزة ومنطقة أريحا.

٤ -    يشمل الاتفاق المذكور أعلاه ترتيبات تنسيق بين الطرفين فيما يتعلق بالمرور بين:

(أ)    غزة ومصر؛

(ب)    أريحا والأردن.

٥ -    يكون مقر المكاتب المسؤولة عن الاضطلاع بصلاحيات ومسؤوليات السلطة الفلسطينية بموجب هذا المرفق الثاني والمادة السادسة من إعلان المبادئ في قطاع غزة ومنطقة أريحا، الى أن يتم تنصيب المجلس.

٦ -    فيما عدا هذه الترتيبات المتفق عليها، يظل مركز قطاع غزة ومنطقة أريحا جزءا لا يتجزأ من الضفة الغربية وقطاع غزة، ولا يتغير في الفترة الانتقالية.

/..

93-62082

03:000499

02:008187

A/48/486
S/26560
Arabic
Page 14

المرفق الثالث

بروتوكول بشأن التعاون الإسرائيلي - الفلسطيني المشترك
في البرامج الاقتصادية والإنمائية

يتفق الجانبان على إنشاء لجنة إسرائيلية - فلسطينية دائمة للتعاون الاقتصادي، تركز، في جملة
أمور، على ما يلي:

١ -    التعاون في ميدان المياه، بما في ذلك برنامج لتنمية الموارد المائية يعده خبراء من الجانبين، يحدد
أيضا طريقة التعاون في إدارة الموارد المائية في الضفة الغربية وقطاع غزة، وسيتضمن مقترحات
لدراسات وخطط حول حقوق المياه لكل طرف، وكذلك حول الاستخدام المنصف للموارد المائية المشتركة،
لتنفيذها خلال الفترة الانتقالية وما بعدها.

٢ -    التعاون في ميدان الكهرباء، بما في ذلك برنامج لتنمية الطاقة الكهربائية، سيحدد أيضا طريقة
التعاون لإنتاج الموارد الكهربائية وصيانتها وشرائها وبيعها.

٣ -    التعاون في ميدان الطاقة، بما في ذلك برنامج لتنمية الطاقة، يعد لاستغلال النفط والغاز لأغراض
صناعية، لا سيما في قطاع غزة والنقب، وسيشجع على المزيد من الاستغلال المشترك لموارد الطاقة
الأخرى. ويمكن أن يشمل هذا البرنامج أيضا ترتيبات لإنشاء مجمّع صناعي بتروكيميائي في قطاع غزة
وتمديد خطوط أنابيب للنفط والغاز.

٤ -    التعاون في مجال التمويل، بما في ذلك برنامج تنمية وعمل مالي لتشجيع الاستثمار الدولي في
الضفة الغربية وقطاع غزة، وفي إسرائيل، فضلا عن إنشاء مصرف تنمية فلسطيني.

٥ -    التعاون في ميدان النقل والاتصالات، بما في ذلك برنامج سيحدد المبادئ التوجيهية لإنشاء منطقة
ميناء بحري في غزة، ويتضمن ترتيبات لإنشاء خطوط نقل واتصالات من وإلى الضفة الغربية وقطاع غزة
إلى إسرائيل وإلى بلدان أخرى، وبالإضافة إلى ذلك، سيتضمن هذا البرنامج ترتيبات لتنفيذ ما يلزم من بناء
الطرق والسكك الحديدية وخطوط الاتصالات وما شابه ذلك.

/...

93-62082

03:000500

02:008188

A/48/486
S/26560
Arabic
Page 15

٦ - التعاون في ميدان التجارة، بما في ذلك الدراسات وبرامج ترويج التجارة، التي ستشجع التجارة المحلية والإقليمية والأقاليمية، فضلا عن دراسة جدوى لإنشاء مناطق تجارة حرة في قطاع غزة وفي إسرائيل، وإمكانية الوصول المتبادل إلى هذه المناطق، والتعاون في المجالات الأخرى المتصلة بالتجارة في شتى صورها.

٧ - التعاون في ميدان الصناعة، بما في ذلك برامج تنمية صناعية تتضمن ترتيبات لإنشاء مراكز إسرائيلية - فلسطينية مشتركة للبحث والتطوير في مجال الصناعة، وتشجع المشاريع الفلسطينية - الإسرائيلية المشتركة، وتضع المبادئ التوجيهية للتعاون في صناعات النسيج والصناعات الغذائية والدوائية والالكترونية وصناعة الماس وصناعة الحواسيب والصناعات ذات الأساس العلمي.

٨ - برامج للتعاون في علاقات العمل وتنظيمها والتعاون على معالجة قضايا الرعاية الاجتماعية.

٩ - خطة لتنمية الموارد البشرية والتعاون بشأنها، تتضمن ترتيبات لعقد حلقات عمل وندوات إسرائيلية - فلسطينية مشتركة، ولإنشاء مراكز تدريب مهني ومعاهد أبحاث ومصارف بيانات مشتركة.

١٠ - خطة لحماية البيئة، تتضمن ترتيبات لاتخاذ تدابير مشتركة و/أو منسقة في هذا المجال.

١١ - برامج لتنمية التنسيق والتعاون في ميدان الاتصالات ووسائط الإعلام.

١٢ - أي برامج أخرى تهم الجانبين.

03:000501

02:008189

A/48/486
S/26560
Arabic
Page 16

المرفق الرابع

بروتوكول بشأن التعاون الاسرائيلي - الفلسطيني فيما يختص
ببرنامج التنمية الاقليمي

١ -    سيتعاون الجانبان، في إطار الجهود السلمية المتعددة الأطراف، على تشجيع وضع برنامج إنمائي
للمنطقة، بما فيها الضفة الغربية وقطاع غزة. تبادر إليه مجموعة البلدان السبعة. وسيطلب الطرفان من
مجموعة البلدان السبعة أن تسعى الى مشاركة الدول الأخرى المهتمة بالأمر في هذا البرنامج، كالدول الأعضاء
في منظمة التعاون والتنمية في الميدان الاقتصادي ودول ومؤسسات المنطقة العربية، فضلا عن القطاع
الخاص.

٢ -    وسيتألف البرنامج الإنمائي من عنصرين، هما:

(أ)    برنامج تنمية اقتصادية للضفة الغربية وقطاع غزة؛

(ب)    برنامج إقليمي للتنمية الاقتصادية.

ألف ـ    سيتألف برنامج التنمية الاقتصادية للضفة الغربية وقطاع غزة من العناصر التالية:

(١)    برنامج تأهيل اجتماعي، بما فيه برنامج إسكان وبناء؛

(٢)    خطة لتنمية المؤسسات الاقتصادية الصغيرة والمتوسطة الحجم؛

(٣)    برنامج لتنمية الهياكل الأساسية (المياه، والكهرباء، والنقل والاتصالات، وما شابه ذلك)؛

(٤)    خطة موارد بشرية؛

(٥)    برامج أخرى.

/...

93-62082

03:000502

02:008190

A/48/486
S/26560
Arabic
Page 17

باء ـ  يمكن أن يتألف البرنامج الإقليمي للتنمية الاقتصادية من العناصر التالية:

(١)    إنشاء صندوق تنمية للشرق الأوسط، كخطوة أولى، ومصرف تنمية للشرق الأوسط، كخطوة
ثانية؛

(٢)    وضع خطة إسرائيلية - فلسطينية - أردنية مشتركة لتنسيق استغلال منطقة البحر الميت؛

(٣)    قناة البحر الأبيض المتوسط (غزة) ـ البحر الميت؛

(٤)    مشاريع إقليمية لتحلية المياه وغير ذلك من مشاريع تنمية الموارد المائية؛

(٥)    خطة إقليمية للتنمية الزراعية، بما في ذلك جهد إقليمي منسق لمنع التصحر؛

(٦)    ربط الشبكات الكهربائية بعضها ببعض؛

(٧)    التعاون الإقليمي على نقل الغاز والنفط وغيرهما من موارد الطاقة، وعلى توزيعها
واستغلالها صناعيا؛

(٨)    خطة إقليمية لتنمية السياحة والنقل والاتصالات السلكية واللاسلكية؛

(٩)    التعاون الإقليمي في مجالات أخرى.

٣ ـ    سيشجع الطرفان أفرقة العمل المتعددة الأطراف وسيستانان بهدف إنجاحها. وسيشجع الطرفان
الأنشطة المضطلع بها فيما بين دورات مختلف أفرقة العمل المتعددة الأطراف، فضلا عن دراسات الجدوى
والدراسات التمهيدية لها، داخل تلك الأفرقة.

../..

93-62082

03:000503

02:008191

A/48/486
S/26560
Arabic
Page 18

المحضر المتفق عليه فيما يختص بإعلان المبادئ المتعلقة

بترتيبات الحكم الذاتي المؤقت

ألف - تفاهمات واتفاقات عامة

إن أية صلاحيات ومسؤوليات منقولة إلى الفلسطينيين، عملا بإعلان المبادئ، قبل تنصيب المجلس
ستخضع للمبادئ نفسها المتعلقة بالمادة الرابعة، حسبما هو مبين أدناه في هذا المحضر المتفق عليه.

باء - تفاهمات واتفاقات محددة

المادة الرابعة

من المفهوم:

١  -  أن ولاية المجلس ستشمل إقليم الضفة الغربية وقطاع غزة، باستثناء القضايا التي سيجري التفاوض
عليها في مفاوضات تحديد الوضع الدائم، ألا وهي: القدس، والمستوطنات، والمواقع العسكرية،
والاسرائيليون.

٢  -  أن ولاية المجلس ستنطبق فيما يختص بالصلاحيات والمسؤوليات والمجالات والسلطات المتفق
عليها والسلطات المنقولة إليه.

المادة السادسة (٢)

من المتفق عليه أن نقل السلطة سيكون على النحو التالي:

١  -  سيبلغ الجانب الفلسطيني الجانب الاسرائيلي بأسماء الفلسطيديين المفوضين الذين سيتولون
الصلاحيات والسلطات والمسؤوليات التي ستنقل إلى الفلسطينيين وفقا لإعلان المبادئ في الميادين التالية:
التعليم والثقافة، والصحة، والرعاية الاجتماعية، والضرائب المباشرة، والسياحة، وأية سلطات أخرى متفق
عليها.

/..

93-62082

03:000504

02:008192

A/48/486
S/26560
Arabic
Page 19

<div dir="rtl">

٢ - من المفهوم أن حقوق هذه المكاتب والتزاماتها لن تمس.

٣ - سيستمر كل من المجالات المبينة أعلاه في التمتع بما هو قائم من مخصصات الميزانية وفقا لترتيبات سيتفق عليها الجانبان. وستشمل هذه الترتيبات أيضا التعديلات الضرورية اللازمة لكي توضع في الحسبان الضرائب التي يجبيها مكتب الضرائب المباشرة.

٤ - لدى تنفيذ إعلان المبادئ، سيبدأ الوفدان الاسرائيلي والفلسطيني على الفور مفاوضات بشأن خطة تفصيلية لنقل السلطة الى المكاتب السالفة الذكر وفقا للتفاهمات السالفة الذكر.

### المادة السابعة (٢)

سيتضمن الاتفاق المؤقت أيضا ترتيبات تنسيق وتعاون.

### المادة السابعة (٥)

لن يحول انسحاب الحكم العسكري دون ممارسة اسرائيل للصلاحيات والسلطات غير المنقولة إلى المجلس.

### المادة الثامنة

من المفهوم أن الاتفاق المؤقت سيشمل ترتيبات تعاون وتنسيق بين الطرفين في هذا الصدد. واتفق أيضا على أن يتم نقل الصلاحيات والمسؤوليات إلى الشرطة الفلسطينية على مراحل، حسب المتفق عليه في الاتفاق المؤقت.

### المادة العاشرة

من المتفق عليه أن الوفدين الاسرائيلي والفلسطيني سيتبادلان، لدى سريان إعلان المبادئ، بتبادل أسماء الأفراد الذين سمّاهما الوفدان لعضوية لجنة الارتباط الاسرائيلية - الفلسطينية المشتركة، واتفق كذلك على أن يكون لكل جانب عدد مساو لعدد أعضاء الجانب الآخر في اللجنة المشتركة. وستتوصل اللجنة

</div>

../..

93-62082

03:000505

02:008193

A/48/486
S/26560
Arabic
Page 20

المشتركة إلى القرارات بالاتفاق. ويمكن للجنة المشتركة أن تضيف أسماء فنيين وخبراء، حسب الضرورة. وستقرر اللجنة المشتركة وتيرة اجتماعاتها ومكان، أو أماكن، اجتماعاتها.

المرفق الثاني

من المفهوم أن اسرائيل ستظل، بعد الانسحاب الاسرائيلي، مسؤولة عن الأمن الخارجي، وعن الأمـن الداخلي والنظام العام للمستوطنات والاسرائيليين. ويجوز للقوات العسكرية الاسرائيلية والمدنيين الاسرائيليين مواصلة استعمال الطرق بحرية في قطاع غزة ومنطقة أريحا.

حرر في واشنطن العاصمة في الثالث عشر من أيلول/سبتمبر ١٩٩٣.

عن حكومة اسرائيل:                     عن منظمة التحرير الفلسطينية:

(توقيع) شمعون بيريز     (توقيع)     محمود عباس

شهد عليه:

الولايات المتحدة الأمريكية                     الاتحاد الروسي
(توقيع) وارين كريستوفــر                     (توقيع) أندريه ف. كوزيريف

‎- - - - -

‎../..

93-62082

03:000506

02:008194