



tabbies®

DEFENDANT'S
EXHIBIT
74