

**PALESTINE MAPS**

Oslo II, 1995



Palestinian Academic Society for the Study of International Affairs (PASSIA)



DEFENDANT'S EXHIBIT 75