UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MARK I. SOKOLOW, et al.,

                Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION and
PALESTINIAN AUTHORITY,

                Defendants.

------------------------------------- x

ORDER

04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

    For the reasons stated at the oral argument dated July 28, 2015, any exhibits admitted into evidence during the trial in this action may be filed on the electronic docket. In addition, any exhibits sought to be admitted but ruled inadmissible may be filed on the electronic docket. No exhibit may be filed under seal without prior authorization of the Court.

Dated: August 4, 2015
      New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge