UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br>            Plaintiffs,<br>    v.<br><br>PALESTINE LIBERATION<br>ORGANIZATION, et al.,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:04-cv-0397 (GBD) (RLE)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING EXHIBITS

Defendants the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO") hereby file the corrected trial exhibit DTE70 offered by the PA and the PLO at trial. The correct DTE70 was filed as an attachment to DE 945, but the exhibit was improper labeled as DTE10. Consistent with the Court's July 28, 2015 ruling, this exhibit was either admitted into evidence, or the subject of a ruling by the Court that the exhibit was not admissible.

Dated:  August 7, 2015

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
gassan.baloul@squirepb.com

Mitchell R. Berger (Bar No. MB-4112)
John A. Burlingame *(admitted pro hac vice)*
Alexandra E. Chopin *(admitted pro hac vice)*
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
mitchell.berger@squirepb.com

-2-

john.burlingame@squirepb.com
alexandra.chopin@squirepb.com

*Attorneys for Defendants Palestinian Authority
and Palestine Liberation Organization*