# Exhibit 7

| PALESTINIAN AUTHORITY DEBT AND ARREARS Estimated As of July 2015 | | List of Sources: |
|---|---|---|
| **PA Total Indebtedness and Arrears** | **$5,405,496,076.00** | |
| Palestinian Authority Debt | Amount Owed in Dollars [1] | |
| Domestic Loans & Overdrafts - Total | $1,272,172,917.00 | |
| Total Bank Loans | $668,007,044.00 | |
| Al-Quds Bank | $137,818,064.00 | PA Ministry of Finance Local Loans Report |
| Bank of Palestine | $131,683,829.00 | PA Ministry of Finance Local Loans Report |
| Egyptian Arab Land Bank | $53,981,616.00 | PA Ministry of Finance Local Loans Report |
| Palestinian Investment Bank | $23,432,703.00 | PA Ministry of Finance Local Loans Report |
| Arab Bank | $78,850,888.00 | PA Ministry of Finance Local Loans Report |
| National Bank | $60,735,647.00 | PA Ministry of Finance Local Loans Report |
| Housing Bank for Trading & Financing | $111,501,027.00 | PA Ministry of Finance Local Loans Report |
| Jordan Ahli Bank | $29,630,615.00 | PA Ministry of Finance Local Loans Report |
| Palestine Commercial Bank | $11,253,189.00 | PA Ministry of Finance Local Loans Report |
| Jordan Commercial Bank | $20,956,632.00 | PA Ministry of Finance Local Loans Report |
| Jordan Kuwait Bank | $8,162,834.00 | PA Ministry of Finance Local Loans Report |
| Total Bank Overdrafts | $369,392,031.00 | |
| Bank of Jordan | $30,817,743.00 | PA Ministry of Finance Local Loans Report |
| Cairo Amman Bank | $85,096,047.00 | PA Ministry of Finance Local Loans Report |
| Bank of Palestine | $93,011,690.00 | PA Ministry of Finance Local Loans Report |
| Arab Bank | $160,466,551.00 | PA Ministry of Finance Local Loans Report |
| Total Petroleum Authority Loans and Overdrafts | $220,942,675.00 | |
| Palestinian Islamic Bank | $50,055,828.00 | PA Ministry of Finance Local Loans Report |
| Arab Islamic Bank | $48,966,797.00 | PA Ministry of Finance Local Loans Report |
| Bank of Palestine | $25,588,541.00 | PA Ministry of Finance Local Loans Report |
| Arab Bank | $50,030,442.00 | PA Ministry of Finance Local Loans Report |
| National Bank | $46,301,067.00 | PA Ministry of Finance Local Loans Report |
| Other Public Institution Loans | $13,831,167.00 | PA Ministry of Finance Local Loans Report |
| Foreign Loans - Total | $1,072,800,000.00 | |
| Al Aqsa Fund | $517,500,000.00 | June 2015 Financials, Table 7a at June column |
| Arab Fund for Economic & Social Development | $55,600,000.00 | June 2015 Financials, Table 7a at June column |
| Islamic Development Bank | $45,200,000.00 | June 2015 Financials, Table 7a at June column |
| World Bank | $273,200,000.00 | June 2015 Financials, Table 7a at June column |
| European Investment Bank | $47,700,000.00 | June 2015 Financials, Table 7a at June column |
| International Fund for Agriculture Development | $2,600,000.00 | June 2015 Financials, Table 7a at June column |
| OPEC | $20,300,000.00 | June 2015 Financials, Table 7a at June column |
| Spain | $77,800,000.00 | June 2015 Financials, Table 7a at June column |
| Italy | $27,600,000.00 | June 2015 Financials, Table 7a at June column |
| China | $5,300,000.00 | June 2015 Financials, Table 7a at June column |
| Other PA Debt - Total | $2,260,523,159.00 | |
| Palestinian Pension Fund | $1,840,289,070.00 | Commetments Report, July 23, 2015 |
| Palestinian Investment Fund | $95,824,671.00 | Commetments Report, July 23, 2015 |
| Palestinian Monetary Authority | $3,188,086.00 | Commetments Report, July 23, 2015 |
| Israel Government (clearance revenues advance) | $146,857,437.00 | Commetments Report, July 23, 2015 |
| Paz and Bazan Petroleum Authority Overdrafts | $174,363,895.00 | Commetments Report, July 23, 2015 |
| Private Sector Arrears - Total | $800,000,000.00 | |
| World Bank Calculation of Private Sector Arrears | (approx.) $800,000,000.00 | World Bank July 16, 2015 letter |

[1] Exchange Rate for 2015 is 3.92. *See* June 2015 Operations, at 1.