# Exhibit 15

**Bank of Palestine**

Date: 21/7/2015
Ref: 977/2015

FAO: Ministry of Finance

Greetings:

<u>**Re: Facilities to your account no.**</u> ▬

In reference to the abovementioned subject, it has been agreed to renew and increase the overdraft limit from 450 million shekels to 550 million shekels on the following terms:

1. An interest rate of 6.9 % shall be imposed;

2. The increase will be guaranteed by the local revenues; and

3. The temporary facilities granted to the account in the amount of 100 million shekels shall be cancelled.

Respectfully,
Bank of Palestine
Ramallah Branch

//Illegible signature and stamp of the Bank of Palestine//