# Exhibit 17

# Annex to the Overdraft Facility Agreement
# (Shekels)

_____

The Annex is made and entered into by and between:

**First Party:**   The National Bank, a public joint stock company, Al-Masyoun branch or any other branch to which the facilities granted under this agreement will be transferred.

Address: Ramallah, Al-Masyoun

(hereinafter referred to as the "Bank"); and

**Second Party:**   The Ministry of Finance, the State of Palestine.

Address: Ramallah

(hereinafter referred to as the "Borrower" and/or "Customer")

In reference to the Overdraft Facility Agreement signed on 29 September 2008, the Annex to the Overdraft Facility Agreement signed on 26 July 2009, the Annex to the Overdraft Facility Agreement signed on 20 May 2012 and the subsequent annexes to the original agreement as duly signed by the parties, it has been agreed as follows:

## Article (1)

The overdraft limit granted to the Second Party in the amount of 450,000,000 shekels shall be increased by 275,000,000 shekels at an annual interest rate of 7.15% without commission. The purpose of the increase shall be to pay 60% of the employees' salaries for the months of December 2014, January 2015 and February 2015. The Second Party shall repay the

increase by no later than 5 April 2015 or on the date on which the Israeli clearance revenues transfer for the months of January, February and March 2015 is made, whichever is earlier.

## Article (2)

The Second Party does hereby acknowledge that its balance due on the overdraft account as of 25 February 2015 is 668,337,271.03 shekels. It is hereby agreed that the aforesaid balance due is part of the original facilities granted to the customers under the overdraft account mentioned in Article 2.a (1).

## Article (3)

Before granting the aforesaid increase, the following requirements shall be met:

1. The approval of the Palestinian Monetary Authority shall be obtained before granting the increase;
2. The 28 February 2015 installment and the relevant debit interest shall be paid before granting the increase.
3. The value of the 12 March 2015 installment and the relevant debit interest shall be withheld before granting the increase and shall be used to make the repayment on the specified maturity date.

## Article (4)

This annex shall be deemed an integral part of the original agreement and complementary thereto.

In witness whereof, this annex has been signed on Wednesday, 4 March 2015.

| First Party | Second Party |
|---|---|
| The Bank | The Borrower |
| The National Bank | Ministry of Finance |
| Al-Masyoun Branch | State of Palestine |
| //signature and stamp of the Bank// | //signature// |

Case 1:04-cv-00397-GBD-RLE    Document 949-17    Filed 08/07/15    Page 4 of 4