Exhibit 18

Date:23/07/2015

**Your Excellency Shoukry Bshara**
**Minister of Finance**
**Dear sir ,,,**

### Subject : Commetments Report

| | amounts | amount in dollers |
|---|---|---|
| First: Balances for Domestic &Foriegn Loans | amount in dollers | |
| **Total Domestic Bank loans** | 668,007,000 | |
| Overdraft | 369,392,000 | |
| Total Loans for Petroleum Authority | 220,943,000 | |
| Total Loans for Other public institutions | 13,843,000 | |
| Total Domestic debt | | 1,272,185,000 |
| | Jordanian Dinars | |
| Balance  for Monitory Authority Loan at22/07/2015 | 2,257,165 | 3,188,086 |
| **Total Foriegn Loans** | | 1,072,809,000 |
| Total Domestic &Foiegn Loans untill 6/2015 | | 2,348,182,086 |
| | | |
| Second : Commetments for Ministries & Private Sector | amount in dollers | |
| Payment Requests in Bisan System in Progress & Not Ready for  Disbursment | 410,265,265 | |
| Payment Requests in Bisan System  Ready for  Disbursment (Sign 2) | 128,783,913 | |
| Total ( Data from Bisan System at23/07/2015)*1 | | 539,049,178 |
| | | |
| Third : Overdrafts for Petroleum Authority | amount in dollers | |
| Overdraft for Pazian Company | 81,619,454 | |
| Overdraft for Paz Company | 92,744,441 | |
| Total Overdrafts for Petroleum Authority at the end of 6/2015 | | 174,363,895 |
| Fourth : Balance for Palestinian Investment Fund Loan at22/07/2015 | | 95,824,671 |
| | amount in shakels | |
| :Fifth : Clearance Advance ( from 2012 until now ) | 560,011,465.00 | 146,857,437 |
| Totals ( Identical Balances ) | | 3,304,277,267 |
| **Sixth : Commetments for Palestinian Pention Agency - Civelians & Milletary** | amount in shakels | |
| **Government's Share - Accumulated Balance** | 3,933,863,597 | |
| **Employees' Share -  Accumulated Balance** | 2,758,194,449 | |
| **Employees' Loans Installments** | 41,114,235 | |
| **Employee End of services rewards -Accumulated Balance** | 177,629,631 | |
| **Total in Shakels** | 6,910,801,912 | 1,812,289,070 |
| | amounts in dollers | |
| Due Loans for Palestinian Pention Agency ( from years 1997& 1996) | 28,000,000.00 | 28,000,000.00 |
| metments for Palestinian Pention Agency ( Inidential Balances22/07/2015  *2 | | 1,840,289,070 |
| **Total Commetments** | | 5,144,566,337 |

Note :

*1 The amount of Arears until 23/07/2015 is (357,911,334 $ ) .

*2 Commetments for Palestinian Pention Agency are inidentical Cause the reconcilation between the Agency & PMOF is not completed

*3 The Ceilings of overdrafts for Petroleum Authority are (390 million NIS ) in Pazian Company &  (390 million NIS ) in Paz Comany .

With Best Regards,,,