Exhibit 22

**Minister of Finance**

**Speech/Presentation to the LDF**

**Monday 18th May 2015**

Good Morning,

**A. Introduction**

1. The last time I had the pleasure of meeting with representatives of the international community and the Government's development partners was on April 8th at a quarterly meeting of Fiscal Sector Working Group co-chaired by the IMF representative, our good friend, Ragnar Gudmundsson.

2. At that meeting, we discussed openly several issues of mutual concern. As those who were present will recall, I dealt with--- fully and openly--- with three main themes:

- The HamdallahGovernment's **achievements** since its appointment.

- Our work in **progress** that requires further traction.
- The serious **challenges** that we face, for which feasible remedies must be found.

3. Notwithstanding that, there remains some lingering concerns here and there, that this Government may not be doing enough in terms of implementing its reform agenda.

4. Let me say upfront that everybody is entitled to have their own view, but surely not to have their own facts.

5. Accordingly, allow me today to go through, again with you, what I believe to be the most pertinent facts.

6. As you all know, for this Government, and for the Ministry of Finance in particular, the overarching concern is to establish a sustainable fiscal policy and good public financial management. This will require:

- Better revenue collection and administration;
- A better balance of consumption and investment and development expenditure; combined with

- A progressive reduction in the recurrent budget deficit to ensure that public sector debt remains sustainable and affordable;

- Better planning and budgeting;

- Better accounting and reporting

7. Of equal importance, and as a matter of national strategy, we must aim at being less dependent on financial support from donors while continuing to co-operate with our development partners.

**Let me give a brief overview on revenue collection and administration:**

**B. Revenue collection and administration:**

8. Gross revenues increased from NIS 8.4 billion in 2012 to NIS 9.2 billion in 2013 i.e.—a 9% increase, and by a further 14% increase in 2014 where gross revenues amounts to NIS 10.4 billion.

*See slide 1: Gross Revenues 2012-2015*

3

| Indicator/Year | 2012 | 2013 | 2014 | Q1 2015 | Q1 Annualized |
|---|---|---|---|---|---|
| **Gross Revenues** | 8,423 | 9181 | 10445 | 2883 | 11,532 |
| **% Change** | - | 9% | 14% | - | 10% |
| **% of GDP** | 19.4% | 20.4% | 23.0% | - | 24.7% |



9.  Gross domestic revenues, excluding non-recurring items (i.e. NIS 80 million outstanding files paid by LTU in domestic taxes), have increased from NIS 3 billion in 2013 to NIS 3.1 billion in 2014—i.e. a 4% increase.

10.  In 2013, we drew up a revenue action plan and in 2014 developed a revenue strategy.

4

11.  To enhance domestic tax revenue performance, the tax base has been expanded horizontally; in 2014, 11,200 new tax payers were registered, which is 93% of the target which was set for that year. In Q1 2015, another 2,367 new taxpayers were registered with goal of reaching 12,000 additional taxpayers by year-end 2015.

*Slide 2: Spreading the tax base horizontally*

| Year | 2012 | 2013 | 2014 | Q1 2015 | Projected 2015 |
|---|---|---|---|---|---|
| No. of Registered Taxpayers | 151,212 | 156,231 | 167,431 | 169,798 | 179,431 |
| Increase | - | 5019 | 11200* | 2367 | 12,000 |



5

12. Revenues from the clearance system of the quasi-customs union with and dominated by Israel, represent 70% of our revenues.

*Slide 3 Clearance Revenues*

| Indicator/Year | 2012 | 2013 | 2014 | Q1 2015* | Projected 2015 |
|---|---|---|---|---|---|
| Clearance Revenues | 5,617 | 6,103 | 7,331 | 1,891 | 7,697 |
| % Change | 10% | 9% | 20% | - | 5% |
| % of GDP | 12.9% | 13.6% | 16.1% | - | 16.5% |



13. These improvements in clearance revenue performance are mostly due to more diligent follow through efforts by the Ministry of Finance teams, and certainly not as a result of economic expansion.

14. Then, as you know, clearance revenue payments were frozen by Israel with crippling political, economic and social impacts. We have had to adopt a crisis management mode based on cash rationing from December 2014 through April 2015.

15. During that period, cash expenditures have been cut and we were forced into new arrears. 40 per cent of public sector wages for all but the lowest paid have not been paid with immediate and future multiplier impacts on economic activity. What the social consequences of a 40 per cent cut in what is, for many households and extended families, a principal source of income, we here today can only imagine.

16. In 2014, this Government amended the Investment Promotion Law of 1998. This is of course a major landmark achievement. As you surely know, the original law was tantamount to a zero rate open-ended tax holiday, and resulted in a tax expenditure leakage from the treasury of an estimated NIS 200-250 million per year. Of course, the positive impact will emerge over the next two years, as the previous exemptions begin to expire.

7

8

**(Continued Work in Progress)**

17.  Our work on taxpayer registration continues. This is the corner stone of our revenue enhancement strategy, which focuses on spreading --- as wide as possible --- the tax base. We have set a target for increase in the registered taxpayers for the period up to 2016. In 2014, we met our objective and in 2015 we are on track. This has come about through intensive, diligent fieldwork and follow through.

18.  Since the freeze of transfer of funds, we have engaged in intensive behind the scenes efforts with the Israeli counterparts; and have in fact demanded the immediate re-activation of the conciliation frameworks provided for under the Paris Protocol. I am happy to report that on Wednesday May the 6th, we had our first Joint Economic Committee (JEC) meeting with the Israeli Ministry of Finance, after a hiatus --- of fifteen years! --- during which time numerous files gathered dust.

19.  I have here with me a Catalogue of the issues that must be discussed with the Israeli counterpart. I would be more than happy to hand over copies of this document to those of you who may be interested in appreciating and understanding the scale of the task that we face.

20. In a nutshell, you should be aware that if we succeed in fixing the issues on the revenue side, this will have a positive contribution to our clearance revenues of no less than USD 20 million per month. And, if simultaneously we are able to reduce overbilling and unverified amounts of deductions, we are sure that we will be able to save somewhere between USD 5-10 million per month. Hence, the favorable combined impact would probably be above USD 25 million per month; thus over approximately USD 300 million per year; which would be a game changer in terms of getting this Government to our objective of sustainable fiscal stability.

21. Currently, and as we speak, my staff is reviewing all other forms of revenues for the Palestinian Authority including: commissions, registration fees, public administration fees, professional licenses, court fees, and so on. Once completed, and the target date is 15th of June, we expect that our revenues will increase by up to NIS 200 million per annum, which will constitute a 5% boost to overall revenues.

22. Finally, I would like to emphasize that these improvements in domestic and clearances revenues were achieved despite daunting conditions including: (i) a political rapport with Israel that reached a trough when peace negotiations were aborted in April 2014, (ii) devastating warfare in Gaza in May through July 2014 and (iii) a series of military escalations in the West Bank during the most of the second quarter of 2014.

**On the expenditure side....**

**C. Rebalancing Expenditure**

23. It is a fact that compensation of employees continues to grow, and this wage bill issue is our biggest challenge. However, I should emphasize that managing the public sector wage bill is a major fiscal and labor policy challenge for this Government compounded by an inheritance of policy and custom and practice from the past.

    a. Embedded in our labor legislation is a requirement for an automatic annual increase of 1.25%.

    b. Before we came into office there was a series of wage settlements, which had built-in inflationary impacts on the wage bill in 2013 and 2014.

    c. Overstaffing in certain PA organizations (security, public education and health).

24. In 2014, wages increased by 6% relative to 2013 as a result of a relatively small increase in public employment which was mostly due to extraordinary factors (i.e. court decisions and security personnel).

*Slide 4 and 5: Wages and Expenditures*

| Indicator/Year | 2012 | 2013 | 2014 | Q1 2015 |
|---|---|---|---|---|
| Wage Bill (NIS Millions) | 6812 | 6928 | 7336 | 1801 |
| % Change | 6.8% | 1.7% | 5.9% | - |
| Employee Count | 154218 | 154386 | 155682 | - |
| Change | 1165 | 168 | 1296 | - |

| Replacements/Hiring 2014 | Number |
|---|---|
| Security Personnel | 454 |
| Cabinet decision to re-hire personnel in the education sector | 698 |
| Exceptional hiring by presidential decree | 11 |
| Replacements | 133 |
| Total | 1296 |

25.  In 2015, no increases in headcount will occur with a neutral balance between retirees and new employees.

11

26.   Nonwage expenditures increased from NIS 5.6 in 2013 to 6.2 in 2014 --- an increase of 9%. Most of this increase was due to a rise in operational expenditures of 28%, as a result of increased deductions from the clearance revenues for health referrals.

### Slide 6: Nonwage expenditures

| Indicator/Year | 2012 | 2013 | 2014 | Q1 2015 |
|---|---|---|---|---|
| Nonwage Expenditure* | 5709.0 | 5648 | 6198 | 1689 |
| % Change | - | -1.07% | 9.74%* | - |
| Net Lending | 1,072 | 760 | 1,022 | 0 |
| % Change | - | -29.1% | 34.5% | - |

27.   In 2014, better control of the system of referrals to health care providers in Israel reduced the number of unauthorized and unnecessary referrals. The number of cases referred cases in 2014 was around 200 cases less than in 2013. In 2015, the cost of referrals is expected to decline by 40%, owing to enhanced monetary control and audit.

12

28.    This Government has been phasing out the fuel subsidy since Q3 2013; the cost of the subsidy was reduced by 2/3 from its peak in Q2 2013 to no more than NIS 25 million per month by end 2014. This reduction translates into savings of around NIS 45 million per month or NIS 540 million per year.

*Slide 7: Fuel Subsidy*



29.    At the end of 2014, we committed to resume the transfer of wage contributions to the pension fund. In 2015, a minimum of NIS 10 million per month will be transferred. These monthly transfers are embedded in the Annual Budget Law of 2015. Accordingly, since October, NIS 120 million have already been transferred to the pension fund, and I am proud that we upheld to our commitment even during the freeze of our funds.

13

30. We recognize that private sector arrears are a corrosive factor that is damaging to the health of our economy, and has been a key priority of this Government since day 1. In 2014, four rounds of accelerated payments were made by to reduce private sector arrears. A total of USD 81 million was paid to reduce arrears from USD 554 million in 2013, to USD 473 million in 2014. The reduction of private sector arrears to USD 250 million by end of 2015 is again embedded in the 2015 Annual Budget Law and these arrears are to be eliminated altogether in 2016. In fact, we are currently in the process of paying USD 120 million to further reduce private sector arrears to USD 350 million--- a reduction of USD 200 million in just one year.

31. A commitment to reduce commercial bank debt was also adopted in 2014; total bank debt was reduced by USD 160 million, of which USD 120 million was a reduction in domestic bank debt, to avoid crowding out the private sector. Hence, the monthly debt service in terms of interest has been reduced by virtually 40%, from an average of NIS 69 million in Q1 2014 to an average of NIS 43 million in Q1 2015.

32. 'Net lending' increased by 34% in 2014 compared to 2013 due to arbitrary deductions by Israel on electricity, water and sewage.

14

33. Net-lending is a mis-nomer. It is a summary term, which actually refers to public utility financing. Sustainable financing of public utilities has been a major reform priority for this Government.

a. In November 2014, a Cabinet Decision introduced administrative measures to address non-payment for electricity services by preventing non-paying customers from obtaining access to some public services (e.g. renewing a driver's license, travel, etc.).

b. This Government established PETL (Palestinian Electricity Transmission Ltd.) as the main manager of electricity supplied through the grid in Israel. PETL has the authority to disconnect electricity from municipalities or distribution companies in case of non-payment.

c. Overall, collection rates have increased from 67% in 2013 to 82% in 2014.

*Slide 8: collection rates increase*

| Indicators | 2013 | 2014 |
|---|---|---|
| 1. Collection Rate | 67% | 82% |

d. Additionally, we will be negotiating with the Israeli counterparts tso that the PA will pay at wholesale rather than retail prices for electricity.

e. This Government has started to phase out electricity subsidies and plans to eliminate them altogetherover the next two years.

f. The Government also plans to audit electricity bills retrospectively for the past 10 years, as over-estimated electricity bills with no PA meter reading access is a major issue.

**D. Deficit**

34. The result of this work (on revenues and expenditure management) gets translated into the deficit picture, where we have achieved a reduction in the recurrent deficit in 2013 and 2014.

35. The recurrent budget deficit in 2012 ratcheted up by 24% from the previous year and stood at NIS 5.6 billion up from NIS 4.5 billion in 2011. By end 2013, the budget deficit was NIS 0.5 billion lower, and stood at NIS 4.9

billion--- a decline of 10%. The recurrent budget deficit was further reduced in 2014, where it fell by NIS 300 million or 5% from 2013, to NIS 4.6 billion.

### *Slide 9 Budget Deficit*

| Indicator/Year | 2012 | 2013 | 2014 | 2015 Budget with Clearance | 2015 Budget with out Clearance |
|---|---|---|---|---|---|
| *Recurrent Balance* | -5,603 | -4,988 | -4,738 | -4,462 | -12,159 |
| *% Change* | - | -4% | -5% | -6% | +157% |
| *Recurrent Balance as % of GDP* | - | -10.7% | -10.4% | -10% | -26% |

36. I would like to emphasize that our objective for 2015 is a further 6% reduction in the recurrent budget deficit; this actually means that over the twenty months that the Hamdallah/Bishara Government has been in power, the deficit will have been slashed by over 20%.

17

## E. Conclusion:

I would like to conclude by saying that open dialogue based on mutual trust and respect is the principle that should govern, the relationship between this Government and you (our development partners), at all times. --- I am sure you will agree, our partnership will be better for it.

Allow me to quote Albert Einstein, who has said: "Not everything that can be measured counts, and not everything that counts can be measured".

For instance, 1,296 extra headcount can be measured but it doesn't really count. Yet it appears that for some this is the most flagrant indicator of the Palestinian Government's shortcomings. We must look it in the right perspective of an occupied country with 43% unemployment in Gaza and 18% unemployment in the West Bank.

Let me tell you, of the 1,296 that were added in 2014, 700 were the result of Supreme Court Ruling – which we cannot disregard.   Another 450 were security personnel, of which, 300 were fresh graduates from the Istiqlal University.  As I have explained time and again to development partners, this was a one-time occurrence that will not be repeated. By year-end, you can hold us to task if there are any increases in head count. Nevertheless, we are carrying foreword the zero-net hiring policy and it is set out in the 2015 Annual Budget Law.

**Let me touch briefly on matters that truly count but cannot be measured:**

1. During an uncertain and extended period of loss of 70% of our revenues, we paid only 60% of public sector wages, without witnessing anysign of protest. We, the Government and the public sector workforce, behaved with dignity and composure and in solidarity. The supportive attitude of both the public sector personnel and the private sector is demonstrative of their confidence in the Government and its commitment to do things right.

2. Within 24 hours of receiving the clearance funds, we acted to redeem the entire wage bill obligation and immediately commenced the redemption of private sector arrears, with the one intention of consolidating mutual confidence between this Government and society at large. To measure the positive impact would be difficult, but we are certain that it counts.

3. When Israel, in early April, transferred the clearance funds they had withheld, with what we considered unacceptable deductions including the non-transfer of the entire product of the March clearance values, this

Government promptly returned the whole amount and insisted on an equitable transfer. This is an act the true value of which cannot be measured, but I tell you that it has served to blunt the financial coercive tool of choice that the Israelis have used time and again.

4. In the height of the financial crisis, a regional country (I'd rather not mention) offered us a loan, at a time when we desperately needed the funds; but we declined the offer because we deemed the conditionswere not in our long-term interests. This is another indicator of our self-confidence, the importance of which cannot be measured, but in my mind really counts.