# Exhibit 23

Palestinian National Authority  
Ministry of Finance  
Office of the Minister



السلطـة الوطنيـة الفلسطينيـة  
وزارة الماليـة  
مكـتب الـوزيـر

No. : MoF/S.I /1219/2015   الرقـم : ..........

Date : 15/7/2015   التاريخ : ..........

H.E. Moshe Kahlon  
Minister of Finance  
State of Israel  
1 Kaplan Street  
Jerusalem 9103002

Your Excellency,

As you are probably aware, I have tried telephoning you on 11 June, 2015. The sole purpose of my phone call was to extend to you my warmest congratulations and best wishes for success in your endeavours as Minister of Finance for the State of Israel.

I was of course heartened that your office eventually proposed a meeting to be held on the 13th July, 2015, which I promptly accepted, only to be informed shortly thereafter that this meeting was cancelled.

Your Excellency, I had hoped that such a meeting would have helped in setting the stage to facilitate a constructive rapport that ought to govern the relationship between our respective ministerial functions.

Our concerns, as a matter of fact, intersect at multiple levels. In particular, over the past several years, the economic relationship between us had become, to a very large extent, closely intertwined. Indeed, the Paris Protocol of 1995 emanating from the Oslo Accords has provided the guidelines regulating the economic, financial and trade interactions between us.

Yet, over the years, and in the absence of constructive dialogue, numerous areas of imbalances and distortions have accumulated to the detriment of our economic relationship. At this point, I do not wish to burden you with the details, but I believe it is important to provide you with just a brief catalogue of the major outstanding issues:

i. The need to review the operating modalities, claims, counter-claims, and amounts relating to the purchase of power from the Israeli Electricity Company, and more importantly set forth a rational pathway for the continuation of the commercial relationship.

ii. The need to access comprehensive data regarding the imports of goods and services by the Palestinian Authority and Palestinian businesses from the Israeli market which covers all information relating to VAT, customs, and other trade related excise paid.

---

Ramallah  Tel: 00970-2-2978846/7/8   Fax: 00970-2-2978845         P.O. Box 795 Ramallah  
Gaza      Tel: 00970-8-2826188       Fax: 00970-8-2820696         E-mail: minister@pmof.ps

| Palestinian National Authority | | السلطة الوطنية الفلسطينية |
|---|---|---|
| Ministry of Finance |  | وزارة المالية |
| Office of the Minister | | مكتب الوزير |

No. : ................................                                                      ................................ : الرقم

Date : ................................                                                     ................................ : التاريخ

    iii.    The need for regular and uninterrupted transfer of taxes levied on Palestinian workers in Israel in addition to the health insurance fees that ought to be remitted to the Palestinian Authority.

    iv.    The need to adjust the pro-rata fee sharing of border crossing revenues in accordance with stipulated agreements;

    v.    The requirement for transfer taxes from commercial establishments and Israeli businesses collected in Area C, as well as other land registration fees levied in Area C.

    vi.    The requirement to revise the processing fees that Israel charges on a monthly basis for the transfer of monies owed to the Palestinian Authority.

I wish to assure Your Excellency that, on our part, we are committed to honour any financial obligation that we engage in, but it is absolutely vital that transparency and validity of all amounts concerned be satisfactorily determined. Furthermore, it is important that the resolution of these matters takes place through an equitable and balanced fulfilment of reciprocal financial obligations.

I am convinced that through dialogue based on mutual respect, we shall be able to do things right. The future of both our societies shall be the better for it.

I look forward to meeting with you at your earliest convenience. Until then, please accept my assurance of my highest regards.

Sincerely,

Shukry Bishara
Minister of Finance

Ramallah   Tel: 00970-2-2978846/7/8   Fax: 00970-2-2978845             P.O. Box 795 Ramallah
Gaza       Tel: 00970-8-2826188       Fax: 00970-8-2820696             E-mail: minister@pmof.ps