# Exhibit 25

| | Local Loans | | |
|---|---|---|---|
| | Local loans and facilities granted to the Palestnian Ministry of Finance on 30/6/2015 | | |
| 30/06/2015 NIS | 30/06/2015 | USD 31/05/2015 | Financing Bank |
| 520,635,301.76 | 137,818,064.37 | 134,320,250.73 | Al-Quds Bank |
| 497,462,000.00 | 131,683,828.78 | 131,827,201.32 | Bank of Palestine |
| 203,926,349.44 | 53,981,615.65 | 53,816,705.06 | Egyptian Arab Land Bank |
| 421,217,427.95 | 111,501,026.54 | 109,352,911.58 | Housing Bank for Trade & Finance |
| | | | |
| 88,521,720.72 | 23,432,702.63 | 22,824,773.89 | Palestine Investment Bank |
| 297,875,000.00 | 78,850,888.11 | 80,340,533.28 | Arab Bank |
| 229,441,052.34 | 60,735,646.65 | 59,043,659.55 | The National Bank |
| 111,935,575.52 | 29,630,615.33 | 29,248,688.81 | Jordan Ahli Bank |
| 42,511,172.49 | 11,253,189.11 | 10,922,829.38 | Palestine Commercial Bank |
| 79,167,868.24 | 20,956,631.88 | 20,866,473.91 | Jordan Commercial Bank |
| 30,836,738.38 | 8,162,834.10 | 8,135,595.68 | Jordan Kuwait Bank |
| **2,523,530,206.83** | **668,007,043.13** | **660,699,623.19** | **Total Finances by local banks** |

| 30/06/2015 NIS | | USD 30/06/2015 | | USD 31/05/2015 | | Financing Bank |
|---|---|---|---|---|---|---|
| 116,420,186.80 | Debit | 30,817,742.75 | Debit | 30,481,582.51 | Debit | Bank of Jordan |
| 321,467,335.00 | Debit | 85,096,046.54 | Debit | 78,477,003.53 | Debit | Cairo Amman Bank |
| 351,370,260.50 | Debit | 93,011,689.78 | Debit | 95,438,084.37 | Debit | Bank of Palestine |
| 606,194,489.06 | Debit | 160,466,550.83 | Debit | 177,086,041.64 | Debit | Arab Bank |
| *1,395,452,271.36* | *Debit* | *369,392,029.90* | *Debit* | *381,482,712.05* | *Debit* | *Total overdraft facilities* |
| *3,918,982,478.19* | | *1,037,399,073.03* | | *1,042,182,335.24* | | overdraft facilities to Ministry of Finance |

| 30/06/2015 NIS | USD 30/06/2015 | USD 31/05/2015 | Financing Bank |
|---|---|---|---|
| | | | eral Petroleum Corporation by local banks |
| 189,095,900.00 | 50,055,827.62 | 48,856,939.85 | *Palestinian Islamic Bank* |
| 184,981,870.72 | 48,966,797.45 | 48,214,955.68 | *Arab Islamic Bank* |
| 189,000,000.00 | 50,030,441.80 | 41,597,767.67 | *Arab Bank* |
| 96,665,831.93 | 25,588,541.16 | 18,512,499.11 | *Bank of Palestine* |
| 174,911,540.07 | 46,301,066.81 | 39,435,277.13 | *National Bank* |
| *834,655,142.72* | *220,942,674.83* | *196,617,439.44* | Total Finances by local banks |
| | | | oleum Corporation by local organizations |
| 50,750,000.00 | 13,434,100.11 | 13,112,339.81 | ement and Development of Orphans Fund |
| 1,500,000.00 | 397,067.00 | 399,183.55 | Palestinian Maintenance Fund |
| *52,250,000.00* | *13,831,167.11* | *13,511,523.36* | Total finances by local organizations |
| *886,905,142.72* | *234,773,841.95* | *210,128,962.80* | nces to General Petroleum Corporation |

State of Palestine  
Ministry of Finance  
General Accountant  
General Debt Department  

دولة فلسطين  
وزارة المالية  
المحاسب العام  
دائرة الدين العام  



*Local loans and facilities granted to Palestinian Ministry of Finance as of 30/6/2015*

| Total amount in USD which is equal (loan balance+ amount due ) | Amount due in USD as of it at 30/06/2015 | Amount due by original coins at 30/06/2015 | Loan Balance as of it at 30/06/2015 in USD | Outstanding balance by original coins at 30/06/2015 | Loan Balance as of it at 31/05/2015 in USD | Orginal amount in $ | Original Amount | Currency | Quds Bank | البيـــــــــان |
|---|---|---|---|---|---|---|---|---|---|---|
| 109,470,354.84 | 96,509,046.31 | 364,582,224.26 | 12,961,308.53 | 48,963,935.22 | 106,116,497.97 | 97,149,058.95 | 367,000,000.00 | ILS | loan 367 milon NIS | تمويل (367) مليون شيكل |
| 6,224,504.94 | 5,376,898.80 | 20,312,310.61 | 847,606.13 | 3,202,001.69 | 6,179,255.97 | 6,353,071.98 | 24,000,000.00 | ILS | loan 24 milon NIS | تمويل (24) مليون شيكل |
| 22,123,204.59 | 22,123,204.59 | 22,123,204.59 | – | – | 22,024,496.79 | 25,000,000.00 | 25,000,000.00 | USD | loan 25 milon USD | تمويل (25) مليون دولار |
| 137,818,064.37 | 124,009,149.71 | | 13,808,914.66 | | 134,320,250.73 | 128,502,130.93 | | | Total loans for quds bank | مجموع قروض بنك القدس |
| | | | | | | | | | Bank of Palestine | بنك فلسطين المحدود |
| 71,683,828.78 | – | – | 71,683,828.78 | 270,800,000.00 | 71,827,201.32 | 92,648,966.30 | 350,000,000.00 | ILS | loan 350 milion NIS | قرض (350) مليون شيكل |
| 60,000,000.00 | – | – | 60,000,000.00 | 60,000,000.00 | 60,000,000.00 | 100,000,000.00 | 100,000,000.00 | USD | Loan 100 milion USD | تمويل (100) مليون دولار |
| 131,683,828.78 | – | | 131,683,828.78 | | 131,827,201.32 | 192,648,966.30 | | | Total loans for bank of palestine | مجموع قروض بنك فلسطين |
| | | | | | | | | | Egyptian Arab Land Bank | البنك العقاري المصري العربي |
| 53,981,615.65 | 13,119,933.12 | 13,119,933.12 | 40,861,682.53 | 40,861,682.53 | 53,816,705.06 | 52,000,000.00 | 52,000,000.00 | USD | Loan 52 milion USD | قرض 52 مليون دولار |
| 53,981,615.65 | 13,119,933.12 | | 40,861,682.53 | | 53,816,705.06 | 52,000,000.00 | | | Total Egyptian Arab Land Bank | مجموع قروض البنك العقاري المصري العربي |
| | | | | | | | | | Palestiniane Investment Bank | بنك الإستثمار الفلسطيني |
| 23,432,702.63 | 2,917,574.38 | 11,021,720.72 | 20,515,128.25 | 77,500,000.00 | 22,824,773.89 | 23,824,019.91 | 90,000,000.00 | ILS | loan 90 milion USD | تمويل 90 مليون دولار |
| 23,432,702.63 | 2,917,574.38 | | 20,515,128.25 | | 22,824,773.89 | 23,824,019.91 | | | Total Palestiniane Investment Bank | مجموع قروض بنك الاستثمار الفلسطيني |
| | | | | | | | | | Arab Bank | البنك العربي |
| 36,100,007.94 | – | – | 36,100,007.94 | 136,375,000.00 | 37,192,538.24 | 66,177,833.07 | 250,000,000.00 | ILS | loan 250 milion NIS | تمويل رقم (306) 250 مليون شيكل |
| 42,750,880.17 | – | – | 42,750,880.17 | 161,500,000.00 | 43,147,995.04 | 52,942,266.46 | 200,000,000.00 | ILS | loan 200 milion | تمويل رقم (376) 200 مليون شيكل |
| 78,850,888.11 | – | | 78,850,888.11 | | 80,340,533.28 | 119,120,099.53 | | | Total loans Arab Bank | مجموع قروض البنك العربي |
| | | | | | | | | | National Bank | البنك الوطني |
| 5,002,978.59 | 5,002,978.59 | 18,899,752.23 | – | – | 4,925,523.87 | 8,989,755.67 | 33,960,600.00 | ils | loan 33.960 milion NIS | تمويل (33.960) مليون شيكل |
| 55,732,668.05 | 8,992,761.38 | 33,971,954.67 | 46,739,906.67 | 176,569,345.44 | 54,118,135.68 | 52,942,266.46 | 200,000,000.00 | ils | loan 200 milion NIS | تمويل (200) مليون شيكل |
| 60,735,646.65 | 13,995,739.97 | | 46,739,906.67 | 176,569,345.44 | 59,043,659.55 | 61,932,022.13 | | | Toatl loans forNational Bank | مجموع قروض البنك الوطني |
| | | | | | | | | | Housing bank for trading & financing | بنك الإسكان للتجارة والتمويل |
| 66,977,260.87 | 32,338,688.65 | 22,928,130.26 | 34,638,572.22 | 24,558,747.70 | 66,440,037.52 | 66,327,142.45 | 47,025,944.00 | JOD | loan 47 milion JOD | تمويل (47) مليون دينار |
| 44,523,765.66 | 20,710,145.69 | 78,236,717.36 | 23,813,619.98 | 89,960,712.18 | 42,912,874.06 | 45,280,835.16 | 171,057,411.00 | ILS | loan 171 milion NIS | تمويل (171) مليون شيكل |
| 111,501,026.54 | 53,048,834.34 | | 58,452,192.20 | | 109,352,911.58 | 111,607,977.62 | | | Total loans for Housing bank | مجموع قروض بنك الإسكان للتجارة والتمويل |
| | | | | | | | | | Jordan Ahli Bank | البنك الاهلي الاردني |
| 18,904,030.51 | 5,810,804.84 | 4,119,860.63 | 13,093,225.67 | 9,283,097.00 | 18,835,521.54 | 18,724,751.76 | 13,275,849.00 | JOD | loan 13,275 milion JOD | تمويل (13.275) مليون دينار |
| 10,726,584.82 | 3,285,446.56 | 12,411,431.47 | 7,441,138.26 | 28,110,388.00 | 10,413,167.27 | 10,630,197.74 | 40,157,698.00 | ILS | loan 40,157 milion NIS | تمويل (40.157) مليون شيكل |
| 29,630,615.33 | 9,096,251.40 | | 20,534,363.93 | | 29,248,688.81 | 29,354,949.50 | | | Total loans for Jordan Ahli Bank | مجموع قروض البنك الاهلي الاردني |
| | | | | | | | | | Palestine Commercial Bank | البنك التجاري الفلسطيني |
| 11,253,189.11 | 2,307,720.03 | 8,717,873.95 | 8,945,469.08 | 33,793,298.54 | 10,922,829.38 | 10,597,139.00 | 40,032,812.00 | ILS | loan 40,032 milion NIS | تمويل رقم ( 40.032 ) مليون شيكل |
| 11,253,189.11 | 2,307,720.03 | | 8,945,469.08 | | 10,922,829.38 | 10,597,139.00 | | | Total loans for Commercial Bank | مجموع قروض البنك التجاري الفلسطيني |
| | | | | | | | | | Jordan Commercial Bank | البنك التجاري الاردني |
| 20,956,631.88 | 4,429,002.82 | 3,140,163.00 | 16,527,629.06 | 11,718,089.00 | 20,866,473.91 | 19,746,121.30 | 14,000,000.00 | JOD | loan 14 milion JOD | تمويل (14) مليون دينار |
| 20,956,631.88 | 4,429,002.82 | | 16,527,629.06 | | 20,866,473.91 | 19,746,121.30 | | | Total Jordan Commercial Bank | مجموع قروض البنك التجاري الاردني |
| | | | | | | | | | Jordan Kuwait Bank | البنك الاردني الكويتي |
| 8,162,834.10 | 162,834.10 | 162,834.10 | 8,000,000.00 | 8,000,000.00 | 8,135,595.68 | 8,000,000.00 | 8,000,000.00 | USD | loan 8.330 milion USD | تمويل ( 8.330 ) مليون دولار |
| 8,162,834.10 | 162,834.10 | | 8,000,000.00 | | 8,135,595.68 | 8,000,000.00 | | | Total Jordan Kuwait Bank | مجموع قروض البنك الاردني الكويتي |
| 668,007,043.13 | 223,087,039.87 | | 444,920,003.26 | | 660,699,623.19 | 757,333,426.21 | | | Total Domesic Loans USD | مجموع القروض المحلية / دولار |

| البنك الممول | | العملة | أصل القرض | | رصيد القرض في 31/05/2015دولار | رصيد القرض في 30/06/2015 | رصيد القرض في 30/06/2015دولار |
|---|---|---|---|---|---|---|---|
| Jordan Bank | | Currency | Origenal amount of loan | | Balance of the loan in USD | Balance at 30/06/2015 | Balance at 30/06/2015 USD |
| بنك الأردن | Bank of Jordan | ILS | 120,000,000.00 | | | 1,070,199.00   credit jod | 1,509,448.52   credit |
| | | | | | | 8,621,151.00   credit usd | 8,621,151.00   credit |
| | | | | | | 78,149,821.00   credit nis | 20,687,143.24   credit |
| | | | | مدين/ يورو | | 0.00 | 0.00   credit |
| مجموع جاري مدين بنك الاردن | Total Over Draft for Bank of Jordan | | | | 30,481,582.51   credit | | 30,817,742.75   credit |
| بنك القاهرة عمان | Cairo Amman Bank | ILS | 320,000,000.00 | | | 321,467,335.00   credit nis | 85,096,046.54   credit |
| | | | | مدين/ دولار | | 0.00 | 0.00   credit |
| | | | | مدين/ دينار | | 0.00 | 0.00   credit |
| مجموع جاري مدين بنك القاهرة عمان | Total Over Draft for Cairo Amman Bank | | | | 78,477,003.53   credit | | 85,096,046.54   credit |
| بنك فلسطين المحدود | Bank of Palestine | ILS | 550,000,000.00 | | | 347,138,098.98   credit nis | 91,891,388.67   credit |
| | | | | مدين/ دولار | | 0.00 | 0.00   credit |
| | | JOD | 6,045,272.00 | | | 794,293.49   credit jod | 1,120,301.11   credit |
| | | | | مدين/ يورو | | 0.00 | 0.00   credit |
| | | | | مدين/ جنيه استرليني | | 0.00 | 0.00   credit |
| مجموع جاري مدين بنك فلسطين المحدود | Total Over Draft for Bank of Palestine | | | | 95,438,084.37   credit | | 93,011,689.78   credit |
| البنك العربي * | Arab Bank | ILS | 450,000,000.00 | | | 606,194,489.06   credit nis | 160,466,550.83   credit |
| سقف الكشف الاضافي لحساب التسهيلات | there is additional celing by 271milion | | | مدين/ دولار | | 0.00 | 0.00   credit |
| بمبلغ 200 مليون شيكل بنسبة فائدة 6.9% | with interest rate 6.9% | | | مدين/ دينار | | 0.00 | 0.00   credit |
| | | | | مدين/ يورو | | 0.00 | 0.00   credit |
| مجموع جاري مدين البنك العربي | Total Over Draft for Arab Bank | | | | 177,086,041.64   credit | | 160,466,550.83   credit |
| مجموع تسهيلات الجاري مدين | Total Over Draft for MOF | | | | 381,482,712.05   credit | | 369,392,029.90   credit |
| مجموع رصيد القروض وتسهيلات الجاري مدين لوزارة المالية | Total loans & Over Draft | | | | 1,042,182,335.24 | | 1,037,399,073.03 |

تسهيلات الجاري مدين الممنوحة لوزارة المالية بتاريخ30/06/2015
The Over Draft for Ministry of Finance at 30/06/2015   Financing Bank

| | Loans and the Over Draft for Petroleum Authority at 30/06/2015 تمويلات الهيئة العامة للبترول بتاريخ 30/06/2015 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Balance at 30/06/2015 USD** | **Balance at 30/06/2015** | **Balance at 31/05/2015 USD** | **Oreginal amount in USD** | **Origenal amount of loan** | **Currency** | | **Financing Bank** | |
| رصيد القرض في 30/06/2015 دولار | رصيد القرض في 30/06/2015 | رصيد القرض في 31/05/2015 دولار | أصل القرض /دولار | أصل القرض | العملة | | | البنك الممول |
| | | | | | | Palestinian Islamic BANK | | البنك الإسلامي الفلسطيني |
| 50,055,827.62 | 189,095,900.00 | 48,856,939.85 | 40,000,000.00 | 151,108,000.00 | ILS | loan 151,108 milion NIS | | تمويل رقم (1) |
| – | – | – | 40,000,000.00 | 40,000,000.00 | USD | loan 40 milion USD | | تمويل رقم (3) |
| 50,055,827.62 | | 48,856,939.85 | 80,000,000.00 | | | **Total Amount** | | مجموع تمويلات البنك الاسلامي الفلسطيني |
| | | | | | | Arab Islamic Bank | | البنك الإسلامي العربي |
| 12,822,284.91 | 9,091,000.00 | 23,651,183.20 | 28,208,744.71 | 20,000,000.00 | jod | loan 20 milion JOD | | تمويل رقم (1) |
| 36,144,512.54 | 136,543,125.01 | 24,563,772.48 | 19,853,349.92 | 75,000,000.00 | ils | loan 75 milion NIS | | تمويل رقم (2) |
| 48,966,797.45 | | 48,214,955.68 | 48,062,094.63 | | | **Toatal Amount** | | مجموع تمويلات البنك الاسلامي العربي |
| 25,588,541.16 | 96,665,831.93 | 18,512,499.11 | 52,942,266.46 | 200,000,000.00 | ILS | Bank of Palestine loan 200 milion NIS | | بنك فلسطينk تمويل 200 مليون شيقل |
| 25,588,541.16 | | 18,512,499.11 | 52,942,266.46 | | | **Total Bank of Palestine** | | مجموع بنك فلسطين |
| 50,030,441.80 | 189,000,000.00 | 41,597,767.67 | 200,000,000.00 | 200,000,000.00 | ILS | Arab Bank 200 milion NIS | | البنك العربي تمويل 200 مليون |
| 50,030,441.80 | | 41,597,767.67 | 200,000,000.00 | | | **Total Arab Bank** | | مجموع البنك العربي |
| 46,301,066.81 | 174,911,540.07 | 39,435,277.13 | 52,942,266.46 | 200,000,000.00 | ILS | National Bank 200milion NIS | | البنك الوطني تمويل 200 مليون شيقل |
| 46,301,066.81 | | 39,435,277.13 | 52,942,266.46 | | | **Total National Bank** | | مجموع تمويل البنك الوطني |
| 13,434,100.11 | 50,750,000.00 | 13,112,339.81 | 13,235,566.61 | 50,000,000.00 | ILS | Orphanage Institution | | مؤسسة إدارة وتنمية أموال اليتامى |
| 13,434,100.11 | | 13,112,339.81 | 13,235,566.61 | | | **Total Orphanage Institution** | | تمويل 50 مليون شيقل |
| 397,067.00 | 1,500,000.00 | 399,183.55 | 397,067.00 | 1,500,000.00 | ILS | Palestinian Alimony Fund 1.5 milion NIS | | صندوق النفقة الفلسطينيتمويل 1,5 مليون شيقل |
| 397,067.00 | | 399,183.55 | 397,067.00 | | | **Total Palestinian Alimony Fund** | | مجموع صندوق النفقة |
| 234,773,841.95 | | 210,128,962.80 | 447,579,261.16 | | | **Total Loans and Over Draft for Petrleum Authority** | | مجموع تمويلات الهيئة العامة للبترول |

Local Loans:

General Petroleum Corporation Facilities: Facilities granted against cheques because oil distribution companies make the payment after 42 days. Therefore, they are not debt.

Overdraft facilities by Arab Bank are only for the purpose of paying salaries. The statement is until the arrival of the Israeli clearance revenues transfer.

ge rate in relation to transfers to the aforesaid banks; the exchange rate list by Palestinian Monetary Authority is as follows according to the exchange rates of the financial system as of 30/6/2015

Finances in US dollar has been closed by Palestinian Islamic Bank

| 30/06/2015 | 31/05/2015 | Currency |
|---|---|---|
| 3.7777 | 3.8704 | USD/NIS |
| 0.7090 | 0.7090 | Dinar/USD |
| 1.1167 | 1.0987 | EURO/USD |
| 1.5700 | 1.5291 | British pound/USD |

تدقيق
مسعود برناط



اعداد:
فراس حنفر

| 30/06/2015 NIS | USD 30/06/2015 | USD 31/05/2015 | Item |
|---:|---:|---:|:---|
| | Local loans and facilities granted to Palestnian Ministry of Finance as of 30/6/2015 | | |
| 842,755,910.50 | 223,087,039.87 | 207,561,985.48 | **Arrears** |
| | | | **Short-term loans** |
| 3,202,001.69 | 847,606.13 | 1,050,635.59 | 24 million shekels/Qudus Bank |
| 116,420,186.80 | 30,817,742.75 | 30,481,582.51 | Overdraft/Bank of Jordan |
| 321,467,335.00 | 85,096,046.54 | 78,477,003.53 | Overdraft/Cairo Amman Bank |
| 351,370,260.50 | 93,011,689.78 | 95,438,084.37 | **Overdraft/Bank of Palestine** |
| 606,194,489.06 | 160,466,550.83 | 177,086,041.64 | Overdraft/Arab Bank |
| 189,095,900.00 | 50,055,827.62 | 48,856,939.85 | hekels/Islamic Palestinian Bank/General Petrolum Corporation |
| 48,438,745.71 | 12,822,284.91 | 23,651,183.20 | illion dinars/Arab Islamic Bank/General Petrolum Corporation |
| 136,543,125.01 | 36,144,512.54 | 24,563,772.48 | lion shekels/Arab Islamic Bank/General Petrolum Corporation |
| 96,665,831.93 | 25,588,541.16 | 18,512,499.11 | llion shekels/Bank of Palestine/General Petrolum Corporation |
| 174,911,540.07 | 46,301,066.81 | 39,435,277.13 | million shekels/National Bank/General Petrolum Corporation |
| 189,000,000.00 | 50,030,441.80 | 41,597,767.67 | 200 million shekels/Arab Bank/General Petrolum Corporation |
| 50,750,000.00 | 13,434,100.11 | 13,112,339.81 | Development of Orphans Fund/General Petrolum Corporation |
| 1,500,000.00 | 397,067.00 | 399,183.55 | /Palestinian Maintenance Fund/General Petrolum Corporation |
| 3,128,315,326.27 | 828,100,517.85 | 800,224,295.92 | **Total short-term loans** |
| | | | **Long-term loans** |
| 226,662,000.00 | 60,000,000.00 | 60,000,000.00 | USD 100 m/Bank of Palestine |
| 161,500,000.00 | 42,750,880.17 | 43,147,995.04 | 200 million shekels/Arab Bank |
| 77,500,000.00 | 20,515,128.25 | 20,346,734.19 | 90 million shekels/Palestinian Investment Bank |
| 176,569,345.44 | 46,739,906.67 | 46,240,355.00 | 200 million shekels/National Bank |
| 270,800,000.00 | 71,683,828.78 | 71,827,201.32 | 350 million shekels/Bank of Palestine |
| 136,375,000.00 | 36,100,007.94 | 37,192,538.24 | Finance No. 306/250 million shekels/Arab Bank |
| 154,363,178.09 | 40,861,682.53 | 42,095,238.09 | USD 52 million/Egyptian Land Bank |
| 48,963,935.22 | 12,961,308.53 | 16,065,964.82 | 367 million shekels/Qudus Bank |
| 130,854,134.28 | 34,638,572.22 | 36,852,224.11 | 47.025 million dinars /Housing Bank for Trade & Finance |
| 89,960,712.18 | 23,813,619.98 | 22,970,002.27 | 171.057 million shekels/Housing Bank for Trade & Finance |
| 28,110,388.00 | 7,441,138.26 | 7,608,768.76 | 40.157 million shekels/Jordan Ahli Bank |
| 49,462,278.61 | 13,093,225.67 | 13,731,487.69 | 13.275 million dinars/Jordan Ahli Bank |
| 33,793,298.54 | 8,945,469.08 | 8,998,976.37 | 40.032 million shekels/Palestinian Commercial Bank |
| 62,436,424.28 | 16,527,629.06 | 17,009,516.22 | 14 million dinars/Jordan Commercial Bank |
| 30,221,600.00 | 8,000,000.00 | 8,000,000.00 | 8 million dollars/Jordan Kuwait Bank |
| 1,450,910,294.64 | 444,072,397.13 | 452,087,002.12 | **Total Long-term loans** |
| 4,579,225,620.91 | 1,272,172,914.98 | 1,252,311,298.04 | **Total loans and facilities** |

اعداد: فراس خنفر               تدقيق:  مسعود برناط

| State of Palestine | | | | | | | | | دولة فلسطين |
|---|---|---|---|---|---|---|---|---|---|
| Ministry of Finance | | | | | | | | | وزارة المالية |
| General Accountant | | | | | | | | | المحاسب العام |
| General Debt Department | | | | | | | | | دائرة الدين العام |



| 30/06/2015 | | 31/05/2015 | | 31/12/2014 | 31/12/2013 | 31/12/2012 | 31/12/2011 | 31/12/2010 | البيان |
|---|---|---|---|---|---|---|---|---|---|
| Shekel/million | USD/million | Shekels/million | USD/million | USD/million | USD/million | USD/million | USD/million | USD/million | Loans |
| 845.958 | 223.935 | 807.414 | 208.613 | 165.733 | 363.080 | 382.036 | | | Short term |
| 1,677.572 | 444.072 | 1,749.758 | 452.087 | 465.257 | 298.249 | 336.622 | | | Long term |
| 2,523.530 | 668.007 | 2,557.172 | 660.700 | 630.990 | 661.329 | 718.658 | 506.139 | 345.038 | Total |
| | | | | | | | | | overdraft facilities |
| 1,395.452 | 369.392 | 1,476.491 | 381.483 | 302.700 | 366.296 | 480.288 | | | short term |
| | | | | | | | | | long term |
| 1,395.452 | 369.392 | 1,476.491 | 381.483 | 302.700 | 366.296 | 480.288 | 440.953 | 390.702 | Total |
| | | | | | | | | | Petrolum Co/Banks |
| 834.655 | 220.943 | 760.988 | 196.617 | 180.951 | 225.392 | 177.554 | | | Short term |
| | | | | | | | | | Long term |
| 834.655 | 220.943 | 760.988 | 196.617 | 180.951 | 225.392 | 177.554 | | | |
| | | | | | | | | | Petrolum co./organizations |
| 52.250 | 13.831 | 52.295 | 13.512 | 13.409 | 14.592 | 8.219 | | | Short term |
| 52.250 | 13.831 | 52.295 | 13.512 | 13.409 | 14.592 | 8.219 | | | |
| | | | | | | | | | |
| 886.905 | 234.774 | 813.283 | 210.129 | 194.360 | 239.984 | 185.773 | 151.456 | 103.825 | Total |
| | | | | | | | | | |
| 4,805.888 | 1,272.173 | 4,846.946 | 1,252.311 | 1,128.050 | 1,267.609 | 1,384.719 | 1,098.548 | 839.565 | Total |

| اعداد | | | تدقيق : | |
|---|---|---|---|---|
| فراس خنفر | | | مسعود برناط | |

**State Of Palestine**  
**Ministry of Finance**  
**General Accountant**  
**General Debts Department**

دولة فلسطين  
وزارة المالية  
المحاسب العام  
دائرة الدين العام



Table 8: Public Debt

|  | May.2015 | Jun.2015 |
|---|---|---|
| ( In millions of US dollars) | | |
| **Total Public debt** | 2,319.59 | 2,344.98 |
| **Domestic debt** | | |
| **Bank loans** | **660.700** | **668.007** |
| Short term | 208.613 | 223.935 |
| Long term | 452.087 | 444.072 |
| **Overdraft (5)** | **381.483** | **369.392** |
| Short term | 381.483 | 369.392 |
| **Petroleum Authority** | **196.617** | **220.943** |
| Short term | 196.617 | 220.943 |
| Other public institutions (1) | 13.512 | 13.831 |
| Short term | 13.512 | 13.831 |
| Total Demostic debt ( short term) | 800.224 | 828.101 |
| Total Demostic debt ( long term) | 452.087 | 444.072 |
| **Total Demostic debt** | **1,252.31** | **1,272.17** |
| **Foreign debt** | | |
| **Arab Financial Institutions** | | |
| Al Aqsa Fund (2) | 517.441 | 517.473 |
| Arab Fund for economic & soc | 55.560 | 55.644 |
| Islamic Development Bank (3) | 44.692 | 45.213 |
| **International and Regional Institutions** | | |
| World Bank | 273.557 | 273.214 |
| European Investment Bank | 43.989 | 47.689 |
| IFAD | 2.562 | 2.591 |
| OPEC | 20.285 | 20.285 |
| **Bilateral loans** | | |
| Spain | 76.696 | 77.806 |
| Italy | 27.238 | 27.636 |
| China (4) | 5.256 | 5.258 |
| **Total Foriegn debt** | **1,067.277** | **1,072.809** |

(1) Loan from the Orphanage Institution and Alimony Fund Palestinian to the Petroleum Authority.  
(2) Loans of Al-Aqsa Fund include USD 5 million guaranteed by the Ministry of Finance  
(3) Loans of the Islamic Development Bank include USD 7.8 million guaranteed by the Ministry of Finance  
(4) Details of the Chinese loans are obtain from the 2007 budget

PREPERED BY:                             AUDITED BY:

FIRAS KHANFER                            MASOUD BORNAT  
ALA'A REZEQ ALLAH

| | | |
|---:|---:|---:|
| | 1,000,000.00 | |
| 517,473,260.02 | 3.7777 | 1,954.86 |
| 55,643,510.74 | 3.7777 | 210.20 |
| 45,212,809.32 | 3.7777 | 170.80 |
| 273,214,287.14 | 3.7777 | 1,032.12 |
| 47,688,537.48 | 3.7777 | 180.15 |
| 2,591,024.57 | 3.7777 | 9.79 |
| 20,284,946.61 | 3.7777 | 76.63 |
| 77,806,465.93 | 3.7777 | 293.93 |
| 27,635,687.78 | 3.7777 | 104.40 |
| 5,258,062.34 | 3.7777 | 19.86 |

| | | |
|---|---|---|
| **State Of Palestine** | | دولة فلسطين |
| **Ministry of Finance** | | وزارة المالية |
| **General Accountant** | | المحاسب العام |
| **General Debts Department** | | دائرة الدين العام |



\* Table 8: Public Debt

| | May.2015 | Jun.2015 |
|---|---:|---:|
| | ( In millions of ILS ) | |
| **Total Public debt** | **8,977.74** | **8,858.64** |
| **Domestic debt** | | |
| **Bank loans** | **2,557.172** | **2,523.530** |
| Short term | 807.414 | 845.958 |
| Long term | 1,749.758 | 1,677.572 |
| **Overdraft (5)** | **1,476.491** | **1,395.452** |
| Short term | 1,476.491 | 1,395.452 |
| **Petroleum Authority** | **760.988** | **834.655** |
| Short term | 760.988 | 834.655 |
| **Other public institutions (1)** | **52.295** | **52.250** |
| Short term | 52.295 | 52.250 |
| **Total Demostic debt ( short term)** | **3,097.188** | **3,128.315** |
| **Total Demostic debt ( long term)** | **1,749.758** | **1,677.572** |
| **Total Demostic debt** | **4,846.946** | **4,805.888** |
| **Foreign debt** | | |
| **Arab Financial Institutions** | | |
| Al Aqsa Fund | 2,002.705 | 1,954.859 |
| Arab Fund for economic & s | 215.040 | 210.204 |
| Islamic Development Bank | 172.976 | 170.800 |
| **International and Regional Institutions** | | |
| World Bank | 1,058.777 | 1,032.122 |
| European Investment Bank | 170.256 | 180.153 |
| IFAD | 9.915 | 9.788 |
| OPEC | 78.511 | 76.630 |
| **Bilateral loans** | | |
| Spain | 296.845 | 293.929 |
| Italy | 105.422 | 104.399 |
| China (2) | 20.343 | 19.863 |
| **Total Foriegn debt** | **4,130.791** | **4,052.749** |

(1) Loan from the Orphanage Institution and Alimony Fund Palestinian to the Petroleum Authority.
(2)  القروض الخاصة بصندوق الاقصى تشمل مبلغ (5 مليون دولار) بكفالة وزارة المالية
(3)  القروض الخاصة بالبنك الاسلامي للتنتيمة تشمل مبلغ (7.8 مليون دولار) بكفالة وزارة المالية
(4)  البيانات الخاصة بالقروض الصينية تم الحصول عليها من موازنة 2007
(*)  سعر صرف تحويل من دولار الى شيكل بتاريخ 31/05/2015 هو (3.8704),وبتاريخ 30/06/2015 هو (3.7777)حسب سعر الصرف على النظام المالي

PREPERED BY:                                   AUDITED BY:

FIRAS KHANFER                              MASOUD BORNAT
ALA'A REZEQ ALLAH