# Exhibit B

**State of Palestine**
**Ministry of National Economy**



دولة فلسطين
وزارة الاقتصاد الوطني

---

التاريخ:- 2015/8/3



لمن يهمه الامر

يشهد مكتب مراقب الشركات بوزارة الاقتصاد الوطني ان **شركة صندوق الاستثمار الفلسطيني هي شركة مساهمة عامة** ومسجله لدينا تحت الرقم (562600718) وان اسهم هذه الشركه مسجلة بالكامل باسم الشعب الفلسطيني هي غير قابله للتداول او الرهن، ولا يجوز لاي شخص المطالبه بتلك الاسهم او بيعها او المطالبه بالارباح المترتبه عنها خلافا لاحكام النظام الاساسي وذلك استنادا لنص الماده (8) من النظام الاساسي.

اعطيت هذه الشهاده بناء على طلب الشركه
بعد استيفاء الرسوم القانونية ،،،

د. حاتم سرجان
مراقب الشركات

| | | |
|---|---|---|
| **State of Palestine** | [emblem] Palestine | **State of Palestine** |
| **Ministry of National Economy** | | **Ministry of National Economy** |

Date:- 8/3/2015

[stamp:] Companies Controller
   [emblem: Palestine]
   Ministry of National Economy

## To Whom It May Concern

The Ministry of National Economy's Companies Controller hereby certifies that the **Palestinian Investment Fund Company is a public joint-stock company** registered with us under no. **562600718** and that this company's shares are fully registered in the name of the Palestinian people. Pursuant to Article (8) of the Company's by-laws, these shares are not tradable or mortgageable, and no person may claim or sell these shares, or demand the dividends arising therefrom contrary to the provisions of the by-laws.

**This certificate was issued at the company's request after legal fees were paid**.

[stamp:] Companies Controller           [signature]
   [emblem: Palestine]                **Dr. Hatem Sarjan**
   Ministry of National Economy        **Companies Controller**

# CERTIFICATE OF TRANSLATION



## TRANSPERFECT LEGAL SOLUTIONS

I, Rasha Toppozada-Yow, am a professional translator and work with TransPerfect Translations Ltd, with UK offices at 45 Moorfields, 5th Floor, London EC2Y 9AE. My qualifications include ten years of legal document translation experience and I am competent to translate from **Arabic** into **English**. I hereby certify that I translated the following document:

**DOC030815**

Signed:

Name: Rasha Toppozada-Yow

Date:    August 4, 2015

---

TransPerfect Translations Ltd, 45 Moorfields, 5th Floor, London EC2Y 9AE, a professional translation agency and international communications firm which is ISO 9001:2008 and EN 15038:2006 certified, is competent to translate from **Arabic** into **English**. As a project manager employed by TransPerfect, I oversaw the translation process and hereby certify that this translation is, to the best of my professional knowledge and belief, a faithful rendering of the following document:

**DOC030815**

Signed:

Name: Yasmin Shawi Sanchez

Title: Project Manager

Date: August 4, 2015

TransPerfect Translations Ltd. maintains the following memberships and certifications:





