UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
: 
MARK I. SOKOLOW, et al.,                            :
:
                Plaintiffs,   :   No. 04 Civ. 00397 (GBD) (RLE)
:
-vs.-                                               :   **MOTION FOR WITHDRAWAL**
:   **OF APPEARANCE**
THE PALESTINE LIBERATION                            :
ORGANIZATION, et al.,                               :
:
                Defendants.  :
------------------------------------------------------- X

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: AUG 11 2015]*

**SO ORDERED:**

*/s/ George B. Daniels*
**George B. Daniels, U.S.D.J.**

**Dated:** AUG 11 2015

**PLEASE TAKE NOTICE** that Sara K. Pildis hereby respectfully requests permission to withdraw her appearance in the above-referenced action on behalf of Plaintiffs. The law firm of Arnold & Porter LLP will continue to appear on behalf of Plaintiffs and no delay in the progress of this action will result from this withdrawal. I am not asserting a retaining or charging lien in this action.

Dated: New York, New York
       July 30, 2015

ARNOLD & PORTER LLP

By: ___/s/ Sara K. Pildis___
    Sara K. Pildis
    399 Park Avenue
    New York, NY 10022
    Tel: (212) 715-1000
    Sara.pildis@aporter.com