Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICES
OR GENERAL PURPOSE COMPUTING DEVICES
INTO THE COURTHOUSE OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

----------------------------------------------------------x



The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorneys and paralegals are authorized to bring the Personal Electronic Devices and/or the General Purpose Computing Devices (collectively, "Devices"), and file boxes listed below into the Courthouse for use in a proceeding or trial in the action captioned Sokolow, et al. v. PLO, et al., No. 04-cv-00397.

The date(s) for which such authorization is provided is August 24, 2015.

| Attorney | Devices |
|---|---|
| Gassan A. Baloul | (1) Laptop; (2) Cell Phone |
| Mitchell R. Berger | (1) Laptop; (2) Cell Phone |
| John A. Burlingame | (1) Laptop; (2) Cell Phone |
| Alexandra E. Chopin | (1) Laptop; (2) Cell Phone |
| **Paralegal** | **Devices** |
| Theresa L. Burton | (1) Laptop; (2) Cell Phone; (3) External Hard Drive; (4) Six Boxes of Files |

| Megan M. Fenton | (1) Cell Phone |
|---|---|

The attorneys and paralegals identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its Environs constitutes a certification by the attorney or paralegals that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: August 21, 2015
AUG 21 2015

The Honorable George B. Daniels
United States District Judge