UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MARK I. SOKOLOW, et al.,

                Plaintiffs,

-against-

PALESTINE LIBERATION ORGANIZATION
and PALESTINIAN AUTHORITY,

                Defendants.

------------------------------------- x

ORDER
04 Civ. 397 (GBD)

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: AUG 24 2015*

GEORGE B. DANIELS, United States District Judge:

    It is hereby ORDERED that

    Final judgment in favor of Plaintiffs against Defendants in the amount of the jury award of $218.5 million, trebled automatically pursuant to the Antiterrorism Act, 18 U.S.C. § 2333(a), for a total judgment of $655.5 million will be entered within the next sixty (60) days;

    Plaintiffs' request for prejudgment interest is denied; and

    Execution of the judgment will be stayed pending appeal to the United States Court of Appeals for the Second Circuit if Defendants post a bond or deposit cash with the Clerk of the Court in the amount of $10 million before September 23, 2015, and in the amount of $1 million every thirty (30) days thereafter.

    The Clerk of the Court is instructed to close the motion at ECF No. 897.

Dated: August 24, 2015
       New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge