UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>       Plaintiffs,<br><br> vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>       Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

  PLEASE TAKE NOTICE that all plaintiffs in the above-referenced action hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of this Court entered on August 24, 2015 staying execution of the judgment pending appeal. [DE 957]

Dated: August 27, 2015
   New York, New York

Respectfully submitted,

ARNOLD & PORTER LLP

By: /s/ Kent A. Yalowitz
   Kent A. Yalowitz
   Lucy S. McMillan
   Carmela T. Romeo
   Tal R. Machnes

399 Park Avenue
New York, New York 10022
(212) 715-1000
kent_yalowitz@aporter.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MARK I. SOKOLOW, et al.,

                Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION
and PALESTINIAN AUTHORITY,

                Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 24 2015

ORDER
04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

    It is hereby ORDERED that

    Final judgment in favor of Plaintiffs against Defendants in the amount of the jury award of $218.5 million, trebled automatically pursuant to the Antiterrorism Act, 18 U.S.C. § 2333(a), for a total judgment of $655.5 million will be entered within the next sixty (60) days;

    Plaintiffs' request for prejudgment interest is denied; and

    Execution of the judgment will be stayed pending appeal to the United States Court of Appeals for the Second Circuit if Defendants post a bond or deposit cash with the Clerk of the Court in the amount of $10 million before September 23, 2015, and in the amount of $1 million every thirty (30) days thereafter.

    The Clerk of the Court is instructed to close the motion at ECF No. 897.

Dated: August 24, 2015
       New York, New York

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge