# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>                  Plaintiffs,<br><br>      v.<br><br>PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>                  Defendants. | No. 1:04-cv-0397 (GBD) (RLE) |

## [PROPOSED] ORDER

Upon consideration of Defendants the Palestinian Authority and the Palestine Liberation Organization's request that this Court take certain steps to prevent interference with funds Defendants attempt to deposit in the registry of this Court pursuant to this Court's August 24, 2015 Order staying execution of judgment (Dkt. No. 957), it is hereby

ORDERED that Defendants' request be and hereby is granted; and it is further

ORDERED that any funds Defendants transfer to the United States for deposit in the registry of the Court pursuant to the referenced August 24, 2015 Order shall not be subject to seizure by attachment or any other method.

Dated:   September ___, 2015
             New York, New York

                                          **SO ORDERED:**

                                          _____
                                          The Honorable George B. Daniels
                                          United States District Judge