N.Y.S.D. Case #
04-cv-0397(GBD)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand and fifteen.

Before:     Raymond J. Lohier, Jr.,
            *Circuit Judge.*

_____

Mark I. Sokolow, *et al.*,

Plaintiffs-Appellants,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

Defendants-Appellees.

_____

ORDER
Docket No. 15-2739

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/2015

Plaintiffs-Appellants have filed a motion to modify the stay of execution of judgment pending appeal and request expedited briefing and oral argument on the merits of the appeal. Defendants-Appellees cross-move to dismiss the appeal for lack of appellate jurisdiction. The parties have each submitted proposed schedules for briefing and argument of the motions.

IT IS HEREBY ORDERED that the motion to modify and cross-motion to dismiss shall be heard before a three judge motions panel sitting during the week of October 5, 2015. The parties will receive notice once the motions are set for argument. IT IS FURTHER ORDERED that the parties must comply with the following schedule for the two motions: Defendants-Appellees' opposition to the motion to modify is due September 14, 2015; Plaintiffs-Appellants' opposition to the cross-motion to dismiss is due September 17, 2015; Plaintiffs-Appellants' reply in support of their motion to modify is due September 21, 2015; and Defendants-Appellees' reply in support of their motion to dismiss is due September 24, 2015.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 8, 2015