# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

September 8, 2015

<u>VIA ECF</u>

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              <u>Docket No. 04-CV-397 (GBD)(RLE)</u>

Dear Judge Daniels:

    I write in response to defendants' letter of September 3, 2015, requesting protection of the funds in the Court's registry. (DE 967.)

    Plaintiffs respectfully suggest that any order entered in connection with this request omit the phrase "ORDERED that Defendants' request be and hereby is granted" as vague, and that the court modify the proposed operative language as follows:

> ORDERED that any funds ~~that any funds~~ Defendants transfer to the United States for deposit in the registry of the Court pursuant to the referenced August 24 Order shall not be subject to seizure by attachment or any other method **<span style="color:red">by any person not a party to this action</span>**.

                          Respectfully,

                          Kent A. Yalowitz

cc:    All ECF Counsel