

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY  10112

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

September 9, 2015

**VIA ECF AND FAX**

Honorable George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Room 1310
500 Pearl Street
New York, NY 10007-1312

Re:   Sokolow v. Palestine Liberation Organization, et al., No. 1:04-cv-0397 (GBD);
      Response to Plaintiffs' Letter of September 8, 2015.

Dear Judge Daniels:

On behalf of the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), we write in response to Plaintiffs' letter of September 8, 2015 (Dkt. No. 971). Plaintiffs seek to revise the proposed order submitted by Defendants (Dkt. No. 967-1) in a way that would permit "a party to this action" to attach or seize funds that Defendants transfer to the Court's Registry pursuant to Your Honor's August 24 Order (Dkt. No. 957), without regard to the pendency or outcome of Defendants' appeal of the judgment.

Such a result would eviscerate the purpose of the appeal bond, which should not be subject to seizure by Plaintiffs or anyone else. As Your Honor noted at the August 24, 2015 hearing, cash deposited by Defendants with the Court is to be maintained "in an interest-bearing account" and "[will] be returned to the defendants if an appeal is successful, but obviously . . . held on behalf for payment to the plaintiff[s] if [the] appeal is unsuccessful." Tr. (8/24/15), at 31:25-32:3.

Moreover, the orders entered in *Estate of Ungar v. Palestinian Authority*, Case No. 00-cv-105L (D.R.I.), ensured that the PA could satisfy court-ordered obligations without interference. *See* Exs. B and C to Defendants' Sept. 3, 2015 Letter at Dkt. Nos. 967-2 and 967-3, respectively. By contrast here, the revision Plaintiffs propose would *permit* them to interfere with the Defendants' efforts to comply with the Court's August 24 Order.

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

September 9, 2015

The Plaintiffs offer no justification for their revision, and the PA and PLO respectfully request that the Court enter the proposed order submitted by Defendants without alteration.

Respectfully submitted,

Gassan A. Baloul

cc: All Counsel of Record (via ECF)