# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

September 10, 2015

**VIA ECF AND HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
              Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

      During the conference before Your Honor on August 24, 2015, we asked for permission to file the first portion of Plaintiffs' Fee Application on September 14, 2015, so as to preserve the issue pending the appeal of the case. At the time, we did not realize that September 14 is the first day of Rosh Hashanah. As such, we are writing to inform Your Honor that instead of filing the Fee Application on September 14, we will file it after judgment is entered, in compliance with the Federal Rules.

                                                          Respectfully,

                                                             Kent A. Yalowitz

cc:    All ECF Counsel