**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK I. SOKOLOW, et al.,                          :

                Plaintiffs,       :

      -against-                           :

PALESTINE LIBERATION ORGANIZATION    :
and PALESTINIAN AUTHORITY,                :

             Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2015

ORDER
04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

It is hereby ORDERED that any funds Defendants transfer to the United States for deposit with the Court pursuant to this Court's August 24, 2015 Order (ECF No. 957) shall not be subject to seizure by attachment or other method.

Dated: September 11, 2015
      New York, New York

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge