UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARK I. SOKOLOW, et al.,

                Plaintiffs,

-against-

PALESTINE LIBERATION ORGANIZATION
and PALESTINIAN AUTHORITY,

                Defendants.

------------------------------------------------------------x

ORDER
04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

    All funds deposited by Defendants with the Court pursuant to the Court's order, dated August 24, 2015 (ECF No. 957), shall be deposited into an interest-bearing account known as the Court Registry Investment System.

Dated: September 14, 2015
       New York, New York

                              SO ORDERED:

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge