# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PALESTINE LIBERATION ORGANIZATION, et al., <br><br> Defendants. | No. 1:04-cv-0397 (GBD) (RLE) |

## NOTICE OF APPEAL OF DEFENDANTS PALESTINIAN AUTHORITY AND PALESTINE LIBERATION ORGANIZATION

Dated: October 5, 2015

Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872 9815
Gassan.Baloul@squirepb.com

Mitchell R. Berger (MB-4112)
John A. Burlingame (*admitted pro hac vice*)
Alexandra E. Chopin (*admitted pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Mitchell.Berger@squirepb.com
John.Burlingame@squirepb.com
Alexandra.Chopin@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*

Defendants the Palestinian Authority and the Palestine Liberation Organization hereby appeal to the United States Court of Appeals for the Second Circuit the judgment entered by the district court on October 1, 2015 (ECF No. 980), including all interlocutory orders in this case (before trial, during trial, and after trial) rendered final and appealable by that final judgment.

Dated: October 5, 2015

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872 9815
Gassan.Baloul@squirepb.com

Mitchell R. Berger (MB-4112)
John A. Burlingame (*admitted pro hac vice*)
Alexandra E. Chopin (*admitted pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Mitchell.Berger@squirepb.com
John.Burlingame@squirepb.com
Alexandra.Chopin@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, a true and correct copy of the foregoing was filed with the Clerk via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

/s/ Gassan A. Baloul
Gassan A. Baloul (Bar No. 4324919)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6155
Facsimile: (202) 457-6315
Email: Gasson.Baloul@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*
