

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY  10112

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

October 13, 2015

**VIA ECF AND FAX**

Honorable George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Room 1310
500 Pearl Street
New York, NY 10007-1312

Re:   Sokolow v. Palestine Liberation Organization, et al., No. 1:04-cv-0397 (GBD).

Dear Judge Daniels:

On behalf of the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), we write in response to the letter Plaintiffs filed earlier today (Dkt. No. 984).  By their letter, Plaintiffs ask the Court to extend the time by which they must submit a fee application pursuant to Rule 54(d)(2)(B) until after appellate proceedings have concluded.  Among the reasons Plaintiffs provide for seeking the enlargement of time is their potential claim for an upward adjustment of their fees.  The PA and PLO do not oppose Plaintiffs' request to effectively stay briefing on their fee application but reserve the right to object to any claim for an upward adjustment.

Respectfully submitted,

Gassan A. Baloul

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.