# ARNOLD & PORTER LLP

Kent A. Yalowitz
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

[Stamp: USDC / DATE OCT 14 2015]

October 13, 2015

SO ORDERED:

*[signature]*

George B. Daniels, U.S.D.J.

Dated: OCT 14 2015

VIA ECF

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

>   Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
>   Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

We respectfully request that the Court enlarge the time to submit a fee application pursuant to Fed. R. Civ. P. 54(d)(2)(B) until after appellate proceedings have been completed.

A fee application at this time would require piecemeal evaluation of the plaintiffs' fee award. In addition, the delay in the payment of fees due to the stay of execution would merit an upward adjustment, which cannot be set until appellate proceedings are complete. *See Perdue v. Kenny A. ex rel. Winn,* 559 U.S. 542, 556 (2010) ("Compensation for [the delay in fees paid under fee-shifting statutes] is generally made 'either by basing the award on current rates or by adjusting the fee based on historical rates to reflect its present value.'") (citing *Missouri v. Jenkins,* 491 U.S. 274, 282 (1989)).

While plaintiffs originally requested (and defendants agreed) that the fee application be stayed once filed, an enlargement would be more efficient because it will eliminate the burden of requiring plaintiffs to amend and supplement the fee application after the appeal is complete.

# ARNOLD & PORTER LLP

Hon. George B. Daniels
October 13, 2015
Page 2

                                                  Respectfully,

                                                  Kent A. Yalowitz

cc:    All ECF Counsel