# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| REUVEN GILMORE, *et al.*,           )<br>                                     )<br>            Plaintiffs,              )<br>                                     )<br>v.                                   )   Case No. 01-cv-0853-GK<br>                                     )<br>PALESTINIAN INTERIM SELF-            )<br>GOVERNMENT AUTHORITY, *et al.*,     )<br>                                     )<br>            Defendants.              )<br>                                     ) | |

## NOTICE PURSUANT TO LOCAL CIVIL RULE 7(b)

Defendants Palestinian Interim Self-Government Authority (a/k/a Palestinian Authority) and Palestine Liberation Organization ("Defendants"), pursuant to Local Civil Rule 7(b), respectfully submit this Notice to advise the Court of Plaintiffs' failure to oppose Defendants' Motion for Release of Bond (Dkt. #393 and 393-1) within the time provided by the Local Rules.

1. On March 3, 2016, Defendants filed a Motion for Release of Bond, seeking the release of the $1 million bond it posted pursuant to this Court's Order of December 28, 2009 vacating the entry of default, along with accrued interest. In short, the purpose of the bond has been fully satisfied, and the bond is no longer required, because Defendants litigated this case to conclusion on the merits and prevailed. Accordingly, the amount of the bond, together with accrued interest, should be released from the Registry of the Court and returned to Defendants.

2. Pursuant to LCvR 7(b), Plaintiffs were to file their memorandum of points and authorities in opposition to Defendants' motion not later than March 21, 2016 (the 14 days for opposition provided by LCvR 7(b), plus three days for service by ECF). Defendants failed to do

so. Pursuant to LCvR 7(b): "If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." LCvR 7(b).

3. Plaintiffs have failed to file an opposition to Defendants' Motion for Release and have not sought an extension of time to do so. Accordingly, pursuant to LCvR 7(b), Defendants' Motion for Release should be deemed conceded, and Defendants respectfully request that the Court grant the proposed order that accompanied that Motion.

Dated: March 22, 2016                                     Respectfully submitted,


/s/ Mitchell R. Berger
Gassan A. Baloul (*Pro Hac Vice*)
Mitchell R. Berger (D.C. Bar No. 385467)
Alexandra E. Chopin (D.C. Bar No. 490736)
Aaron W. Knights (D.C. Bar No. 489555)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 626-6000
Facsimile:   (202) 457-6315
gassan.baloul@squirepb.com
mitchell.berger@squirepb.com
alexandra.chopin@squirepb.com
aaron.knights@squirepb.com

*Attorneys for Defendants Palestinian Authority and Palestine Liberation Organization*

2