# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X

REUVEN GILMORE, *et al.*,

                Plaintiffs,                Docket No: 01-cv-853 (GK)

            -against-

THE PALESTINIAN INTERIM SELF-GOVERNMENT
AUTHORITY, *et al.*,

                Defendants.

---------------------------------------------------------------------X

## MOTION BY PLAINTIFFS TO SET A BRIEFING SCHEDULE

On March 3, 2016, the Defendants filed a Motion for Release of Bond [DE 393].

At the time they filed the motion, defense counsel indicated that they would consent to a reasonable briefing schedule. Due to a miscommunication among plaintiff's counsel, the discussion of a briefing schedule was not had with defense counsel. Earlier today defense counsel filed a notice indicating to the Court that their motion was unopposed [DE 397].

Thereafter, the undersigned on behalf of plaintiffs spoke to defense counsel Mitchell R. Berger, Esq. and agreed upon a briefing schedule for the motion, with plaintiffs' opposition to be due April 21, 2016 and defendants' reply to be due May 23, 2016.

It is respectfully requested that the court "so-order" this briefing schedule.

Dated:    Brooklyn, New York
           March 22, 2016

-2-

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiff*

by: _____
Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:

Dated:    Brooklyn, New York
          March 22, 2016

                                      Robert J. Tolchin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

REUVEN GILMORE, *et al.*,

                Plaintiffs,                Docket No: 01-cv-853 (GK)

        -against-

THE PALESTINIAN INTERIM SELF-GOVERNMENT
AUTHORITY, *et al.*,

                Defendants.

-------------------------------------------------------------------X

## ORDER

This matter having come before the Court on the Plaintiffs' motion to set a briefing schedule with the consent of all parties, it is

ORDERED that the Defendants' Motion for Release of Bond [DE 393] shall be briefed according to the following schedule:

Plaintiffs' opposition papers shall be due on or before April 21, 2016; and

Defendants' reply papers shall be due on or before May 23, 2016.

Dated:   March ___, 2016

                                                          Gladys Kessler
                                                          U.S.D.J.