# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

REUVEN GILMORE, et al.,

                Plaintiffs,                Docket No: 01-cv-853 (GK)

         -against-

THE PALESTINIAN INTERIM SELF-GOVERNMENT
AUTHORITY, et al.,

                Defendants.

-----------------------------------------------------------------X

## ORDER

This matter having come before the Court on the Plaintiffs' motion to set a briefing schedule with the consent of all parties, it is

ORDERED that the Defendants' Motion for Release of Bond [DE 393] shall be briefed according to the following schedule:

Plaintiffs' opposition papers shall be due on or before April 21, 2016; and

Defendants' reply papers shall be due on or before May 23, 2016.

Dated: March 23, 2016

                                                            *Gladys Kessler*
                                                            Gladys Kessler
                                                            U.S.D.J.