UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MARK I. SOKOLOW, et al.,

                            Plaintiffs,

        v.

PALESTINIAN LIBERATION ORGANIZATION, et al.,

                            Defendants.

------------------------------------ x

ORDER

04-cv-00397 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiffs' letter request, (ECF No. 990), that this Court order that any funds released by the United States District Court for the District of Columbia in *Gilmore v. Palestinian Authority* (Docket No. 01 Civ. 853) be added to the registry of this Court as additional security is DENIED.

Dated: New York, New York
       April 4, 2016

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge