UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MARK I. SOKOLOW, et al.,

                Plaintiffs,

   v.

PALESTINIAN LIBERATION ORGANIZATION, et al.,

                Defendants.

------------------------------------ x



ORDER

04-cv-00397 (GBD)

GEORGE B. DANIELS, District Judge:

    That portion of this Court's August 24, 2015 Order which provided that Defendants post a bond or deposit cash with the Clerk of the Court "in the amount of $1 million every thirty (30) days," (*see* ECF No. 957), is hereby vacated.

Dated: New York, New York
       September 19, 2016

SO ORDERED.

GEORGE B. DANIELS
United States District Judge