

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112

O     +1 212 872 9800
F     +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

November 28, 2016

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*, Docket No. 04-CV-397 (GBD)(RLE); Request to Vacate Bond Order and for Immediate Return of Bond Funds.

Dear Judge Daniels:

      Today, the Court of Appeals issued its Mandate vacating the judgment in, and directing the dismissal of, this action.  *See* Dkt. # 996.

      Accordingly, Defendants Palestinian Authority and Palestine Liberation Organization, respectfully request that this Court immediately vacate the remainder of its August 24, 2015 Order concerning *supersedeas* bond funds (Dkt. #957) ("Bond Order), and direct the Clerk of the Court forthwith to release from the Court's Registry, and return to Defendants through their undersigned counsel, the $22 million (plus accrued interest) that Defendants deposited as *supersedeas* security pursuant to the Bond Order.[1]

      The Bond Order expired by its terms upon issuance of the mandate, which concluded all proceedings in the parties' cross-appeals.[2]  Further, the Court of Appeals today denied Plaintiffs' motion to stay issuance of the Mandate, by which Plaintiffs had sought to require Defendants to

---

[1] Promptly after the Court of Appeals issued its decision in this action, but before the Mandate issued, the Court previously vacated that portion of the Bond Order that had required Defendants to make additional monthly deposits of $1 million as *supersedeas* security.  *See* Dkt. #995.

[2] The Bond Order provides that "[e]xecution of the judgment will be stayed <u>pending appeal to the United States Court of Appeals for the Second Circuit</u> if Defendants post a bond or deposit cash with the Clerk of the Court in the amount of $10 million before September 23, 2015, and in the amount of $1 million every thirty (30) days thereafter."  Dkt. # 957 (emphasis added).

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

Hon. George B. Daniels
November 28, 2016

2

maintain *supersedeas* funds on deposit for Plaintiffs' benefit pending their contemplated petition for *certiorari*. See Order dated November 28, 2016, Appeal No. 15-3135 (2d Cir.), Dkt. #246 (copy attached as Exh. A).

      The grounds supporting this request to vacate the remainder of the Bond Order, and to return forthwith the bond funds to Defendants, are set forth more fully in (i) Defendants' September 12, 2016 application to terminate the Bond Order's monthly deposit requirement (Dkt. #994, copy attached as Exh. B), and (ii) Defendants' Opposition (filed in the Court of Appeals) to Plaintiffs' "'Emergency' Motion to Stay Mandate Pending Petition for Certiorari" (copy attached as Exh. C).

                                      Respectfully submitted,

                                      Squire Patton Boggs (US) LLP


                                      /s/Gassan A. Baloul
                                      Gassan A. Baloul


cc: All ECF Counsel