# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

November 29, 2016

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
         Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    Given the current procedural posture, we agree that the Court is obliged to release the funds on deposit with the Clerk of the Court.

    Plaintiffs plan to petition the United States Supreme Court for a writ of certiorari. Plaintiffs reserve all rights in the event that further proceedings are held as a consequence of that Petition.

                        Respectfully,

                        Kent A. Yalowitz

cc: All ECF Counsel