

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112

O    +1 212 872 9800
F    +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

November 30, 2016

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*, Docket No. 04-CV-397 (GBD)(RLE); Proposed Order on Defendants' Request to Vacate Bond Order and for Immediate Return of Bond Funds.

Dear Judge Daniels:

      On behalf of Defendants Palestinian Authority and Palestine Liberation Organization, and at the Court's direction, we respectfully submit (at Tab A) Defendants' proposed order granting their application (ECF No. 997) to vacate all remaining provisions of this Court's August 24, 2015 Order (ECF No. 957) ("Bond Order") and to return to Defendants forthwith all funds deposited by Defendants into the Court's Registry pursuant to the Bond Order together with all interest accrued thereon. The proposed order also reflects Plaintiffs' confirmation to the Court that, given the current procedural posture of this action, the Court is obliged to release those funds to Defendants (ECF No. 998).

      We provided Defendants' proposed order to Plaintiffs' counsel for review and comment more than 24 hours ago, stressing the urgency of prompt return of the funds given Defendants' financial needs (as set out in Defendants' appellate briefing in opposition to Plaintiffs' unsuccessful motion to stay the mandate; *see* ECF No. 997-3 at 16-19). Plaintiffs advised us that they do not perceive any urgency, and that they would have comments on Defendants' proposed order "today or tomorrow." *See* Tab B.[1] We informed Plaintiffs' counsel that we would submit Defendants' proposed order at 4:00 p.m. today, given that: Defendants urgently need the funds; Defendants' proposed order is quite short and thus does not require extensive time to review and

---

[1]     At Plaintiffs' request, we attach at Tab B counsel for the parties' written exchanges on the subject of the proposed order.

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

Hon. George B. Daniels
November 30, 2016

comment; and, Plaintiffs have already confirmed that the Court is obliged to release the funds to Defendants (*see* ECF No. 998).

Notwithstanding the foregoing, Plaintiffs have not yet provided any substantive comments on Defendants' proposed order.

For the above reasons, Defendants respectfully request that the Court enter Defendants' proposed order at the Court's earliest convenience.

                                        Respectfully submitted,

                                        Squire Patton Boggs (US) LLP

                                        /s/Gassan A. Baloul
                                        Gassan A. Baloul

cc: All ECF Counsel