# Tab A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARK I. SOKOLOW, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER |
| PALESTINE LIBERATION ORGANIZATION, et al., | ) ) ) ) | No. 1:04-cv-0397 (GBD) |
| Defendants. | ) ) | |

GEORGE B. DANIELS, District Judge:

Upon consideration of the application of Defendants Palestinian Authority and Palestine Liberation Organization (ECF No. 997) to vacate all remaining provisions of this Court's August 24, 2015 Order (ECF No. 957) ("Bond Order") and to return to Defendants forthwith all funds deposited by Defendants into the Court's Registry pursuant to the Bond Order together with all interest accrued thereon; and, noting Plaintiffs' confirmation to the Court that, given the current procedural posture of this action, the Court is obliged to release those funds to Defendants (ECF No. 998), it is hereby

ORDERED that Defendants' application is granted; and it is further

ORDERED all remaining portions of this Court's Bond Order (ECF No. 957) are hereby vacated; and it is further

ORDERED that the Clerk of the Court is directed to return forthwith to Defendants all funds deposited by them into the Court's Registry pursuant to the Bond Order, together with all interest accrued thereon, by Treasury check made payable to "Squire Patton Boggs (US) LLP as attorneys for The Palestinian Authority."

Dated:   New York, New York
        November __, 2016

                                  **SO ORDERED.**

                                  _____
                                  GEORGE B. DANIELS
                                  United States District Judge