# Tab B

## Knights, Aaron

| | |
|---|---|
| **From:** | Knights, Aaron |
| **Sent:** | Wednesday, November 30, 2016 10:24 AM |
| **To:** | 'Yalowitz, Kent A.' |
| **Cc:** | Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; Romeo, Carmela; Hashimoto, Ken L.; Boccanfuso, Anthony; McMillan, Lucy S.; Horton, Philip W.; Machnes, Tal; rtolchin@berkmanlaw.com; cstrong@berkmanlaw.com; Mordechai Haller (hallermm@gmail.com) |
| **Subject:** | RE: Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order |

Kent,

Your assumption about our fees is a false premise. It would be a more productive use of your time to comment on our proposed order rather than trying to make groundless rhetorical points.

Aaron

---

**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Wednesday, November 30, 2016 10:20 AM
**To:** Knights, Aaron
**Cc:** Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; Romeo, Carmela; Hashimoto, Ken L.; Boccanfuso, Anthony; McMillan, Lucy S.; Horton, Philip W.; Machnes, Tal; rtolchin@berkmanlaw.com; cstrong@berkmanlaw.com; Mordechai Haller (hallermm@gmail.com)
**Subject:** RE: Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order

Aaron,

Since you have asked that the Court deliver the funds to your law firm—presumably because you intend to hold the money until your unpaid fees are addressed—your claims that your clients' situation is so dire and urgent that it cannot wait until tomorrow strike me as unpersuasive.

If you must file without our comments, please include this note with your submission and let Judge Daniels know that we have comments will provide them as soon as we are able to do so.

Kent

_____
Kent A. Yalowitz
**Arnold & Porter LLP**
399 Park Avenue
New York, NY 10022-4690

Office: +1 212.715.1113
kent.yalowitz@aporter.com
www.arnoldporter.com

---

**From:** Knights, Aaron [mailto:aaron.knights@squirepb.com]
**Sent:** Wednesday, November 30, 2016 10:15 AM
**To:** Yalowitz, Kent A.
**Cc:** Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; Romeo, Carmela; Hashimoto, Ken L.; Boccanfuso, Anthony;

1

McMillan, Lucy S.; Horton, Philip W.; Machnes, Tal; rtolchin@berkmanlaw.com; cstrong@berkmanlaw.com; Mordechai Haller (hallermm@gmail.com)
**Subject:** RE: Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order

Kent,

We will hold off on filing until 4 p.m. to await any comments from you. This is a simple, one-page order, and Plaintiffs are already on record as to their substantive position. Defendants have explained the urgency of the release of these funds in our opposition to the motion to stay, so we believe it is both feasible and appropriate to finalize this before close of business today.

Aaron

---

**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Wednesday, November 30, 2016 10:03 AM
**To:** Knights, Aaron
**Cc:** Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; Romeo, Carmela; Hashimoto, Ken L.; Boccanfuso, Anthony; McMillan, Lucy S.; Horton, Philip W.; Machnes, Tal; rtolchin@berkmanlaw.com; cstrong@berkmanlaw.com; Mordechai Haller (hallermm@gmail.com)
**Subject:** RE: Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order

Aaron,

We will provide comments today or tomorrow.

Kent

_____
Kent A. Yalowitz
**Arnold & Porter LLP**
399 Park Avenue
New York, NY 10022-4690

Office: +1 212.715.1113
kent.yalowitz@aporter.com
www.arnoldporter.com

---

**From:** Knights, Aaron [mailto:aaron.knights@squirepb.com]
**Sent:** Wednesday, November 30, 2016 8:58 AM
**To:** Yalowitz, Kent A.
**Cc:** Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; Romeo, Carmela; Hashimoto, Ken L.; Boccanfuso, Anthony; McMillan, Lucy S.; Horton, Philip W.; Machnes, Tal; rtolchin@berkmanlaw.com; cstrong@berkmanlaw.com; Mordechai Haller (hallermm@gmail.com)
**Subject:** RE: Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order

Kent,

When can we expect your comments, as the Court would like us to move promptly?

Thank you.

Best regards,

Aaron

---

**From:** Yalowitz, Kent A. [mailto:Kent.Yalowitz@APORTER.COM]
**Sent:** Wednesday, November 30, 2016 8:56 AM
**To:** Knights, Aaron
**Cc:** Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; Romeo, Carmela; Hashimoto, Ken L.; Boccanfuso, Anthony; McMillan, Lucy S.; Horton, Philip W.; Machnes, Tal; rtolchin@berkmanlaw.com; cstrong@berkmanlaw.com; Mordechai Haller (hallermm@gmail.com)
**Subject:** RE: Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order

Aaron,

We have not had an opportunity to review your order.  We will have comments on it but not at noon.  If you feel you must submit it at noon, please include this note in your submission and advise the Court that we have not had the opportunity to comment.

Best,

Kent

_____
Kent A. Yalowitz
**Arnold & Porter LLP**
399 Park Avenue
New York, NY 10022-4690

Office: +1 212.715.1113
kent.yalowitz@aporter.com
www.arnoldporter.com

---

**From:** Knights, Aaron [mailto:aaron.knights@squirepb.com]
**Sent:** Wednesday, November 30, 2016 8:25 AM
**To:** Yalowitz, Kent A.
**Cc:** Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; Romeo, Carmela; Hashimoto, Ken L.; Boccanfuso, Anthony; McMillan, Lucy S.; Horton, Philip W.; Machnes, Tal; rtolchin@berkmanlaw.com; cstrong@berkmanlaw.com
**Subject:** RE: Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order

Kent,

We intend to submit our proposed order to Judge Daniels at noon today.  If Plaintiffs have any comment on the proposed order, please let us know by 10:30 a.m.

Best regards,

Aaron

---

**From:** Knights, Aaron
**Sent:** Tuesday, November 29, 2016 3:33 PM
**To:** 'kent_yalowitz@aporter.com'
**Cc:** Baloul, Gassan A.; Berger, Mitchell; Chopin, Alexandra; 'carmela.romeo@aporter.com'; 'ken_hashimoto@aporter.com'; 'anthony_boccanfuso@aporter.com'; 'lucy.mcmillan@aporter.com'; 'philip.horton@aporter.com'; 'tal.machnes@aporter.com'; 'rtolchin@berkmanlaw.com'; 'cstrong@berkmanlaw.com'
**Subject:** Sokolow v. PLO, Case No. 04-civ-397 -- Proposed Order

Kent,

Judge Daniels' clerk called us following receipt of your letter of earlier today concerning the bond order and asked that we submit a proposed order for release of the bond funds, after confirming with you that Plaintiffs have no objection to the form of the proposed order.  Please let us know Plaintiffs' position as soon as possible so that we may tender the proposed order to Judge Daniels today as he requested.

Best regards,

Aaron



**Aaron W. Knights**
Principal
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037

T +1 202 457 5159
O +1 202 457 6000
F +1 202 457 6315
M +1 202 250 4520

aaron.knights@squirepb.com | squirepattonboggs.com

-------------------------------------------------------------------
46 Offices in 21 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
-------------------------------------------------------------------

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com