# ARNOLD & PORTER LLP

**Kent A. Yalowitz**
Kent.Yalowitz@aporter.com

+1 212.715.1113
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 1, 2016

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:   *Sokolow, et al. v. Palestinian Liberation Organization, et al.*
               Docket No. 04-CV-397 (GBD)(RLE)

Dear Judge Daniels:

    I enclose plaintiffs' comments on defendants' proposed order, which we respectfully request be clarified to reserve plaintiffs' rights in the event that further proceedings are held as a consequence of plaintiffs' anticipated petition for a writ of certiorari.

                                       Respectfully,

                                       Kent A. Yalowitz

cc:   All ECF Counsel