UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>     Defendants. | [PROPOSED] ORDER<br><br>No. 1:04-cv-0397 (GBD) |

GEORGE B. DANIELS, District Judge:

  Upon consideration of the application of Defendants Palestinian Authority and Palestine Liberation Organization (ECF No. 997) to vacate all remaining provisions of this Court's August 24, 2015 Order (ECF No. 957) ("Bond Order") and to return to Defendants forthwith all funds deposited by Defendants into the Court's Registry pursuant to the Bond Order together with all interest accrued thereon; and, noting Plaintiffs' confirmation to the Court that, given the current procedural posture of this action, the Court is obliged to release those funds to Defendants, subject to Plaintiffs' reservation of rights to seek reinstatement or modification of the bond in the event of further proceedings resulting from their anticipated petition for a writ of certiorari (ECF No. 998), it is hereby

  ORDERED that Defendants' application is granted without prejudice to Plaintiffs' rights to seek reinstatement or modification of the bond in the event further proceedings arise as a consequence of Plaintiffs' anticipated petition for a writ of certiorari; and it is further

  ORDERED all remaining portions of this Court's Bond Order (ECF No. 957) are hereby vacated; and it is further