

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza
23rd Floor
New York, NY 10112

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com

December 1, 2016

<u>VIA ECF</u>

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    *Sokolow, et al. v. Palestinian Liberation Organization, et al.*, Docket No. 04-CV-397 (GBD)(RLE); Letter in Support of Defendants' Proposed Order on Defendants' Request to Vacate Bond Order and for Immediate Return of Bond Funds.

Dear Judge Daniels:

      On behalf of Defendants Palestinian Authority and Palestine Liberation Organization, and at the Court's direction, we respectfully reply to Plaintiffs' letter (ECF No. 1000) in response to Defendants' proposed order granting their application to vacate all remaining provisions of this Court's August 24, 2015 Order (ECF No. 957) ("Bond Order") and to return to Defendants forthwith all funds deposited by Defendants into the Court's Registry pursuant to the Bond Order together with all interest accrued thereon (the "Bond Funds").

      Defendants cannot agree to Plaintiffs' revisions to Defendants' proposed order because, given the procedural posture of this case, Plaintiffs have no "rights" to "reserve" with respect to the Bond Funds. The Court of Appeals denied Plaintiffs' motion to stay issuance of the Mandate, and the Mandate vacated the judgment in, and directed dismissal of, this action. The Bond Order's purpose – to secure the now-vacated judgment "<u>pending appeal to the United States Court of Appeals for the Second Circuit</u>" – has now been entirely exhausted. Further, in denying Plaintiffs' motion to stay issuance of the Mandate, the Court of Appeals considered and rejected Plaintiffs' effort to impose any conditions upon the return of the Bond Funds. Plaintiffs' revisions to Defendants' proposed order in substance asks this Court to act contrary to the Mandate of the Court of Appeals.

      Accordingly, Defendants respectfully request that the Court enter Defendants' proposed order at the Court's earliest convenience.

44 Offices in 21 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

Hon. George B. Daniels
December 1, 2016

2

        Respectfully submitted,

        Squire Patton Boggs (US) LLP


        /s/Gassan A. Baloul
        Gassan A. Baloul

cc: All ECF Counsel