UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
MARK I. SOKOLOW, et al.,                       :
:
                    Plaintiffs,                :
    v.                                         :            ORDER
:
PALESTINIAN LIBERATION ORGANIZATION,:           04-cv-397 (GBD)
et al.,                                        :
:
                    Defendants.                :
:
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC-02-2016

GEORGE B. DANIELS, District Judge:

Upon consideration of the application of Defendants Palestinian Authority and Palestine Liberation Organization (ECF No. 997) to vacate all remaining provisions of this Court's August 24, 2015 Order (ECF No. 957) ("Bond Order") and to return to Defendants forthwith all funds deposited by Defendants into the Court's Registry pursuant to the Bond Order together with all interest accrued thereon, it is hereby

ORDERED that Defendants' application is granted; and it is further

ORDERED that all remaining portions of this Court's Bond Order (ECF No. 957) are hereby vacated; and it is further

ORDERED that the Clerk of Court is directed to return forthwith to Defendants all funds deposited by them into the Court's Registry pursuant to the Bond Order, together with all interest accrued thereon, by Treasury check made payable to "Squire Patton Boggs (US) LLP as attorneys for The Palestinian Authority."

Dated: December 1, 2016
       New York, New York

                                    SO ORDERED.

                                    *George B. Daniels* (signature)
                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE