UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARK I. SOKOLOW, et al.,

                Plaintiffs,

    v.

PALESTINIAN LIBERATION ORGANIZATION,
et al.,

                Defendants.

------------------------------------------------------------x

ORDER

04-cv-397 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: DEC 02 2016*

GEORGE B. DANIELS, District Judge:

    By order and mandate of the Second Circuit Court of Appeals, the District Court judgment is VACATED and the case is hereby ordered DISMISSED for want of jurisdiction.

Dated: December 1, 2016
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE