

Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY  10112

O   +1 212 872 9800
F   +1 212 872 9815
squirepattonboggs.com

Gassan A. Baloul
gassan.baloul@squirepb.com
(202) 457-6155

September 14, 2020

**VIA ECF**

Honorable George B. Daniels
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Room 1310
500 Pearl Street
New York, NY 10007-1312

**Re:**   *Sokolow v. Palestine Liberation Organization, et al.*, No. 1:04-cv-0397 (GBD);
Defendants' Reply In Support Of Its Letter of September 11, 2020 (Dkt. No. 1008).

Dear Judge Daniels:

On behalf of the Palestinian Authority ("PA") and the Palestine Liberation Organization ("PLO"), we write a reply in support of the proposal in our letter of September 11, 2020 (Dkt. # 1008).

This Court has full discretion, and many compelling reasons, to require Plaintiffs to amend their complaint.  Under the Second Circuit's mandate, this Court will ultimately decide all factual and legal issues surrounding the applicability of the PSJVTA to this case, including its constitutionality.  The Court and parties can handle those tasks on remand far more efficiently if Plaintiffs, from the outset, amend their complaint to make express jurisdictional allegations.  If the issues are already set forth in the mandate and the statute, as Plaintiffs' claim, then this will not be a large burden.  Either way, a complaint containing allegations relevant to Plaintiffs' newly asserted basis for jurisdiction will assist this Court and Defendant throughout every stage of this remand.

Plaintiffs overstate their cases in an effort to avoid stating their jurisdictional claims. *Jacobson* itself never indicated that amending the pleadings was "extraneous" to a remand.  *United States v. Jacobson*, 15 F.3d 19, 22 (2d Cir. 1994).  And Judge Winter's concurrence in *Corporación Mexicana de Mantenimiento Integral, S. de R.L. de C.V. v. Pemex-Exploración y Producción*, 832 F.3d 92, 115 (2d Cir. 2016), which Plaintiffs highlight, stands for the proposition that a *Jacobson*

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP                                          Honorable George B. Daniels
                                                                      September 14, 2020

remand should proceed in an orderly, straightforward manner *so everyone stays on the same page*. Amending the pleadings is a necessary first step to avoid unpleasant surprises of the sort experienced by Judge Winter.  *Id*. at 115-16.

    None of the cases Plaintiffs cite constrain this Court's discretion to require amended pleadings for reasons of order and efficiency, especially when Plaintiffs ultimately bear the burden to allege a jurisdictional theory.  *See, e.g., Astor Chocolate Corp. v. Elite Gold Ltd*., 2020 U.S. Dist. LEXIS 78862, at *19 n.3 (S.D.N.Y. May 5, 2020) (once a defendant objects to personal jurisdiction, it is "incumbent upon the plaintiff to make a *prima facie* showing of jurisdiction through its pleadings and affidavits"); *Danaher Corp. v. Travelers Indem. Co*., 2014 U.S. Dist. LEXIS 39300, at *16 (S.D.N.Y. Mar. 21, 2014) (dismissing with leave to amend where the "sole allegation that would support personal jurisdiction … appears to be an unsupported afterthought").

    For these reasons, Defendants respectfully submit that the Court should direct Plaintiffs to file a second amended complaint stating their jurisdictional allegations under the PSJVTA within thirty days; and, that Defendants should be directed to file their response to Plaintiffs' amended complaint, including any Rule 12(b)(2) motion to dismiss, thirty days thereafter.

                            Respectfully submitted,

                            Squire Patton Boggs (US) LLP


                            Gassan A. Baloul
                            Partner