UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------x
MARK I. SOKOLOW et al.,

                     Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION et al.,

                     Defendants.
------------------------------------x

ORDER

04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Consistent with the mandate issued by the Second Circuit Court of Appeals, Plaintiffs shall file briefing by November 2, 2020 regarding the applicability of the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA"), Pub. L. No. 116-94, div. J, tit. IX, § 903, 133 State. 3082, to this case and address any issues regarding its application, including its constitutionality.[1]

    Defendants shall file their opposition by December 15, 2020.

    Plaintiffs shall file any reply by January 15, 2021.

Dated: New York, New York
       September 15, 2020

                                     SO ORDERED.

                                     GEORGE B. DANIELS
                                   United States District Judge

---

[1] Plaintiffs' outstanding request to conduct discovery for the purpose of determining the applicability of the PSJVTA to this case is denied. Defendants' outstanding request that this Court direct Plaintiffs to file a second amended complaint stating their jurisdictional allegations under the PSJVTA is denied.