# Arnold & Porter

Kent A. Yalowitz
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

October 21, 2020

**BY ECF**

Hon. George B. Daniels
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow et al. v. Palestine Liberation Organization et al.*
                No. 04 Civ. 397 (GBD)

Dear Judge Daniels:

    We represent plaintiffs in the above-referenced action.

    We respectfully request a 10-day enlargement of the time set in the Court's order dated September 15, 2020 (D.E. 1011) to file briefing regarding the applicability of the PSJVTA to this case. Although we have been working diligently to prepare our papers, the additional ten days will allow us to provide the most efficient and helpful presentation to the Court. The reset date would be November 12, 2020.

    Defendants consent to the request and seek an enlargement of their time to file their opposition, to January 8, 2021, with plaintiffs' reply due February 9, 2021. Plaintiffs consent to this request.

    The parties are thus in agreement in seeking the Court's approval for the following revised schedule:

        November 12, 2020: Plaintiffs briefing

        January 8, 2020: Defendants' opposition

        February 9, 2020: Plaintiffs' reply

                              Respectfully yours,

                              Kent A. Yalowitz

cc:  ECF Counsel

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com