UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK I. SOKOLOW, et al.,

                *Plaintiffs*,

  v.

PALESTINE LIBERATION ORGANIZATION, et al.,

                *Defendants*.

Case No. 04 Civ. 397 (GBD)

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that Stephen K. Wirth of Arnold & Porter Kaye Scholer LLP hereby appears on behalf of all plaintiffs in the above-referenced action, certifies that he is admitted to practice in this Court, and requests notice of all matters in this action.

Dated: Whitefish, Montana
       November 13, 2020

                          ARNOLD & PORTER
                            KAYE SCHOLER LLP

                        By: /s/ Stephen K. Wirth
                            Stephen K. Wirth
                            601 Massachusetts Ave. NW
                            Washington, DC 20001
                            Tel: (202) 942-6739
                            Fax: (202) 942-5999
                            stephen.wirth@arnoldporter.com