# EXHIBIT A

## Summary of Terror Attacks that Killed or Injured U.S. Nationals

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 1. | 05 June 1968 | Los Angeles | Robert F. Kennedy | Sirhan Sirhan |
| 2. | 05 September 1972 | Munich | David Berger | Yusuf Nazzal<br>Mohammed Masalha<br>Luttif Afif<br>Afif Ahmed Hamid<br>Khalid Jawad<br>Ahmed Chic Thaa |
| 3. | 11 March 1978 | Tel Aviv | Gail Rubin | Dalal Said Mohammad al-Mughrabi |
| 4. | 14 May 1979 | Tiberias | Haim Mark | Ziad Abu Ein |
| 5. | 02 May 1980 | Hebron | Eli Haze'ev (aka James E. Mahon, Jr.) | Yasser Hasin Mohammed al-Zaydat<br>Adnan Jabbar Mahmoud Jabbar<br>Tayseer Mahmoud Taha Tayseer<br>Mohammed Abdel Rahman Salah Shubaki |
| 6. | 08 October 1985 | Achille Lauro Ship | Leon Klinghoffer | Maged Moussef al-Molqi<br>Ibrahim Fatayer Abdelatif<br>Ahmed Marrouf al-Assadi<br>Mohammed Issa Abbas<br>Sa'ad Yussuf |
| 7. | 09 October 1994 | Jerusalem | Scott Dobberstein | Hassan Mahmoud 'Isa Abbas |
| 8. | 10 October 1994 | Lod (abduction); Bir Naballah (execution) | Nachshon Wachsman<br>Esther Wachsman<br>Menashe Yechezkel Wachsman<br>Yitzchak (Tzachi) Wachsman<br>Uriel Wachsman<br>Raphael Wachsman<br>Eliahou Wachsman<br>Chaim (Hayim) Zvi Wachsman | Jihad Ya'amur<br>Salah A-Din Hassan Salem Jadallah<br>Hassan Natshe<br>Abd El Karim Yassin Bader |
| 9. | 25 December 1994 | Jerusalem | Sara Greenberg | Ayman Kamel Radi |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 10. | 22 January 1995 | Netanya (Beit Lid Junction) | Gila Afriat-Kurtzer | Anwar Mohammed Atiyyah Sukar<br>Salah Abd al-Hamid Shaker Mohammad |
| 11. | 09 April 1995 | Kfar Darom | Seth (Shlomo) Klein Ben-Haim<br>Alisa Flatow | Khaled Mohammad Mahmoud al-Khatib |
| 12. | 21 August 1995 | Jerusalem | Joanne Davenny | Sufyan Salem Abd Rabbo al-Jabarin |
| 13. | 25 February 1996 | Jerusalem | Ira Weinstein<br>Matthew Eisenfeld<br>Sara Duker<br>Leah Stein Mousa | Akram Ibrahim Mahmoud Qawasme<br>Ayman Mohammed Nazmi Abd al-Jalil al-Razim<br>Mohammed Atiya Mahmoud Abu Warda<br>Magdi Mohammad Abu Wardah<br>Hassan Abdel Rahman Hassan Salameh |
| 14. | 04 March 1996 | Tel Aviv | Lawrence Belkin | Ramez Abed al-Kader Mohammad Abid |
| 15. | 09 June 1996 | Beit Shemesh | Yaron Ungar | Raid Fakhri Abu Hamadiyah<br>Jamal Fatah Tzabich Al Hor<br>Rahman Ismai Abdel Rahman Ghaneimat |
| 16. | 30 July 1997 | Jerusalem (Mahane Yehuda Market) | Leah Stern<br>Joseph Stern<br>Yocheved Kushner<br>Shimson Stern<br>Shaul Stern | Moaz Sa'id Ahmed Sa'id Bilal<br>Taufik Ali Mohammed Yassin<br>Muawiya Mohammad Ahmed Jarara |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 17. | 04 September 1997 | Jerusalem (Ben Yehuda Street) | Abraham Mendelson<br>Gregg Salzman<br>Stuart Elliot Hersh<br>Avi Elishis<br>Daniel Miller<br>Yael Botvin<br>Diana Campuzano<br>Jenny Rubin<br>Noam Rozenman<br>Deborah Rubin<br>Renay Frym<br>Elena Rozenman<br>Tzvi Rosenman | Bashar Mohammad As'ad Sawalha<br>Yousef Jameel Ahmad Shuli<br>Khalil Ibrahim Tawfiq Sharif |
| 18. | 31 December 2000 | Ofra | Binyamin Kahane | Mustafa Mahmoud Mohamed Masalmani |
| 19. | 28 March 2001 | Neve Yamin | Netanel Herskovitz<br>Martin Herskovitz<br>Yaakov Herskovitz<br>Pearl Herskovitz | Tareq Muhammad Abd al-Latif Abu Mariam<br>Fadi Attallah Yusuf Amer |
| 20. | 01 June 2001 | Tel Aviv (Dolphinarium) | U.S. Victim per DOJ OVT | Raed Al-Hutari<br>Said Hussein Hasan Hutari |
| 21. | 09 August 2001 | Jerusalem | Steven Greenbaum<br>Alan Hayman<br>Shirlee Hayman<br>Malka Chana Roth<br>Frimet Roth<br>Elisheva Roth<br>Pesia Roth<br>Rivka Roth Rappaport<br>Zvi Roth<br>Shaya Roth<br>Pinchas Roth<br>Judith Lilian Greenbaum | Ahlam al-Tamini<br>Bilal Yaqub Ahmed Barghouti<br>Muhammad Waal Muhammad Daghlas<br>Izz al-Din Shuheil Ahmad al-Masri |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 22. | 04 November 2001 | Jerusalem | Ilana Schertzman Cohen<br>Leslie Schertzman<br>Donald Schertzman<br>Daniel Schertzman<br>Ariella Schertzman Fisher<br>Abraham Schertzman<br>Yehuda Schertzman<br>Chana Aidel Miller<br>Myriam Miller<br>Tova Miller | Hatem Yaqin Ayesh Shweiki |
| 23. | 01 December 2001 | Jerusalem | Jason Kirschenbaum<br>Isabelle Kirschenbaum<br>Martin Kirschenbaum<br>Joshua Kirschenbaum<br>David Kirschenbaum<br>Danielle Teitlebaum | Nabil Mahmoud Al-Halabiah<br>Osama Mohammed Bahr |
| 24. | 12 December 2001 | Emmanuel (near) | Benyamin Andrew Pilant<br>Rebecca Pilant<br>Samuel Philips Haistings Pilant<br>Robert Eliot Haistings Pilant<br>Elizabeth Anna Haistings Pilant | Asem Yousef Mohamed Hamed (aka Assem Yousef Rihan) |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 25. | 17 January 2002 | Hadera | Aharon Ellis<br>Prince Shaleak<br>Mellonee Ellis<br>Jordan Ellis<br>Francine Ellis<br>Lynne Ellis<br>Yihonadav Ellis<br>Tsaphirah Ellis<br>Aron Carter<br>Reuven Carter<br>Shanon Carter<br>Shayrah Carter<br>Amitai Carter<br>Yoshavyah Carter<br>Leslye Knox | Ahmed Ali Mahmoud Abu-Khader<br>Nasser Mahmoud Ahmed Aweis<br>Abdul Salaam Sadek Mer'y Hassoun |
| 26. | 22 January 2002 | Jerusalem (Jaffa Road) | Shayna Gould<br>Ronald Gould<br>Elise Gould<br>Jessica Gould Rine<br>Shmuel Waldman<br>Henna Waldman<br>Morris Waldman | Mohamed Sami Ibrahim Abdullah<br>Majed Isma'il Mohamed Al-Masri<br>Fares Sadeq Mohamed Ghanem<br>Ibrahim Adnan Najib Abdel Hai<br>Mohamed Abdel Rahman Salem Mousleh<br>Bashar Barghouti<br>Said Ibrahim Said Ramadan |
| 27. | 27 January 2002 | Jerusalem (Jaffa Road) | Elana Sokolow<br>Jamie Sokolow<br>Lauren Sokolow<br>Mark Sokolow<br>Rena Sokolow | Munzar Mahmoud Khalil Noor<br>Wafa Ali Khalil Idris |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 28. | 16 February 2002 | Karnei Shomron | Steven Braun<br>Chana Friedman<br>Keren Shatsky<br>Leor Thaler<br>Rachel Thaler<br>Hillel Trattner | Sadek Abdel Hafez |
| 29. | 18 February 2002 | Kibbutz Kissufim | Moshe Saperstein | Jihad Naim Mutzran<br>Nizar Khadar Mohammed Dahliz<br>Mohammad Mahmoud Mohammad Al Kasir |
| 30. | 09 March 2002 | Jerusalem | Asael Anicca<br>Joseph Cohen | Fouad Ismail Al-Hourani |
| 31. | 21 March 2002 | Jerusalem | Alan J. Bauer<br>Yehonathon Bauer<br>Binyamin Bauer<br>Yehuda Bauer<br>Daniel Bauer | Kahira Sa'id Al-Sa'di<br>Abdel Karim Ratab Yunis Aweis<br>Nasser Jamal Mussa Shawish (aka Adham)<br>Sana'a Mohamed Shehadeh<br>Mohammed Mashhoor Mohammed Hashaika |
| 32. | 24 March 2002 | Umm Safah (near) | Esther Klieman | Tamar Rassem Salim Rimawi<br>Hussam Abdul-Kader Ahmad Halabi<br>Ahmed Hamad Rushdie Hadib |
| 33. | 27 March 2002 | Netanya | Moshe Naimi<br>Hannah Rogen | Abbas al-Sayed<br>Abdel-Basit Mohammed Qasem Odeh |
| 34. | 31 March 2002 | Efrat | Deborah Fenichel<br>Ilanit Fenichel<br>Moshe Fenichel<br>Netanel Fenichel | Jamil Khalaf Mustafa Hamed |
| 35. | 07 May 2002 | Rishon Lezion | Esther Babler<br>Jacqueline Chambers<br>Levana Cohen Harooch | Muhammad Imran<br>Mohammad Jamil Muamar |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 36. | 19 May 2002 | Netanya | Gloria Kushner | Allam Ahmad Asad Kaabi<br>Du'a Ziyad Jamil Jayusi<br>Osama Adel Mohammad Beshkar |
| 37. | 18 June 2002 | Gilo | Faye Chana Benjaminson<br>Gila Aluf<br>Sheila Gottlieb<br>Moshe Gottlieb<br>Seymour Gottlieb | Fahmi Id Ramdan Mashahara<br>Mohammed Hazza Al-Ghoul |
| 38. | 19 June 2002 | Jerusalem (French Hill) | Leonard Mandelkorn | Sa'id Wadah Hamid Awada |
| 39. | 30 July 2002 | Jerusalem | Meshulam Ben Meir | Hazem Atta Sarasra |
| 40. | 31 July 2002 | Jerusalem (Hebrew University) | Marla Anne Bennett<br>Benjamin Blutstein<br>Dina Carter<br>Janis Ruth Coulter<br>David Gritz<br>Norman Gritz<br>Diane Coulter Miller<br>Robert Coulter, Jr.<br>Robert Coulter, Sr.<br>Larry Carter<br>Shaun Coffel<br>Richard Blutstein<br>Katherine Baker<br>Rebekah Blutstein | Abdullah Ghaleb Abdullah Barghouti<br>Ibrahim Jamil Abd al-Ghani Hamed<br>Ahmed Taleb Moustafa Barghouti<br>Mohammed Arman<br>Wael al-Qassim<br>Walid Anjas<br>Mohamed Awda |
| 41. | 31 August 2002 | Har Bracha | Jacob Rand<br>Dalit Rand | Yusef Ibrahim Hasan Atalla |
| 42. | 19 September 2002 | Tel Aviv | Avraham Sisso | Mahmud Hamad Mahmud Sharitah<br>Iyad Naeem Radad |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 43. | 27 October 2002 | Ariel | Yitzhak Zahavy<br>Julie Zahavy<br>Tzvee Zahavy<br>Bernice Zahavy | Muhammed Kzid Faysal Bastami |
| 44. | 28 November 2002 | Beit Shean | Bat Zion Levi | Omar Muhammad Awadh Abu al-Rab<br>Yousef Muhammad Ragheb Abu Al-Rab |
| 45. | 29 January 2003 | Israeli Highway Route 60 (near Ein Yabrud) | Jacob Steinmetz<br>Deborah Steinmetz | Hisham Abd al-Qader Ibrahim Hijazi<br>Jaser Isma'il Musa al-Barghuthi<br>Muayad Hamad |
| 46. | 05 March 2003 | Haifa | Abigail Litle<br>Philip Litle<br>Heidi Litle<br>Elishua Litle<br>Hannah Litle<br>Josiah Litle<br>Noah Litle | Fadi al-Ja'aba<br>Munir Rajbi<br>Mu'az Waal Taleb-Abu Sharakh<br>Mahmoud Omran Al-Qawasmeh |
| 47. | 07 March 2003 | Kiryat Arba | Eli Natan<br>Debra Ruth Horovitz<br>Moshe Horovitz<br>Leah Horovitz<br>Shulamite Horovitz<br>Batsheva Horovitz<br>Nechama Horovitz<br>Tvi Horovitz<br>Ari Horovitz<br>David Horovitz<br>Tovi Horovitz<br>Uri Horovitz<br>Bernice Wolf<br>Stanley Wolf<br>Brian Wolf | Abdallah Ahmad Abd Abu Seif<br>Muhsin Muhammad Omar al-Qawasmeh<br>Fadi Ziyad Muhammad Fakhoury |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 48. | 30 April 2003 | Tel Aviv | Daniel Rozenstein<br>Jack Baxter<br>Julia Rozenstein Schon<br>Fran Strauss Baxter<br>Billy Baxter<br>Catharine Baxter<br>Barbara Psaroudis<br>Alexander Rozenstein<br>Esther Rozenstein | Asef Mohammad Hanif<br>Omar Sharif Khan |
| 49. | 18 May 2003 | Jerusalem | Steven Averbach<br>Tamir Averbach<br>Devir Averbach<br>Sean Averbach<br>Adam Averbach<br>David Averbach<br>Maida Averbach<br>Michael Averbach<br>Eileen Sapadin | Samer Atrash<br>Basem Jamal Darwish al-Takruri |
| 50. | 11 June 2003 | Jerusalem | Alan Beer<br>Harry Leonard Beer<br>Estelle Carroll<br>Phyllis Maisel<br>Anna Beer<br>Phyllis Pam<br>Natan Pam<br>Raziel Pam<br>Neemah Pam Fisher | Omar Salah Sharif<br>Abdel-Muti Mohammad Saleh Shabaneh |
| 51. | 17 June 2003 | Israeli Highway Route 6 | Shira Leibovitch | Mohammed Mustafa Mohammed Abu Dura<br>Ibrahim Yusuf Ibrahim Atiya<br>Tarek Ahmed Abdel-Karim Hasayin<br>Samach Samir Mohammed Shubaki |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 52. | 20 June 2003 | Israeli Highway Route 60 | Eugene Goldstein<br>Lorraine Goldstein<br>Barbara Goldstein-Ingardia<br>Michael Goldstein<br>Chana Freedman | Ahmad Mustafa Saleh Hamad<br>Khaled Abd al-Mua'z Zein al-Din Omar<br>Ahmad Khaled Dawud Hamed |
| 53. | 19 August 2003 | Jerusalem | Shalom Goldstein<br>Ora Cohen<br>Meirav Cohen<br>Daniel Cohen<br>Orly Cohen<br>Shira Cohen<br>Elchanan Cohen | Nasim Rashad Abd el-Wadud Za'tari<br>Abdallah Yihya Sharbati<br>Jalal Jamal Ya'mur<br>Raed Abdel-Hamid al-Razaq Misk |
| 54. | 09 September 2003 | Jerusalem | David Applebaum<br>Naava Applebaum<br>Debra Applebaum | Ramiz Fahmi Izz al-Din Abu Salim |
| 55. | 04 October 2003 | Haifa | Chaya Ben-Zaken Zilberstein<br>Clara Ben-Zaken | Hanadi Taysir Abd al-malik Jaradat |
| 56. | 29 January 2004 | Jerusalem | Karen Shifra Goldberg<br>Chana Bracha Goldberg<br>Esther Zahava Goldberg<br>Yitzhak Shalom Goldberg<br>Shoshana Malka Goldberg<br>Eliezer Simcha Goldberg<br>Yaakov Moshe Goldberg<br>Tzvi Yehoshua Goldberg | Mohamed Ma'ali<br>Ahmed Salah<br>Ali Mohamed Abu Haliel<br>Abdul Rahman Maqdad<br>Hilmi Hamash<br>Ahmed Sa'ad<br>Ali Ja'ara |
| 57. | 22 February 2004 | Jerusalem | Rebecca Nevies | Izz al-din Halid Hussain al-Hamamra<br>Mohammad Issa Khalil Zghool |
| 58. | 22 September 2004 | Jerusalem | Michael Spitz | Zaynab Ali Isa Abu Salem |
| 59. | 17 April 2006 | Tel Aviv | Daniel Wultz<br>Yekutiel Wultz<br>Sheryl Wultz<br>Amanda Wultz | Muhammad Amoudi<br>Fawaz Rajbi<br>Fawzi Badriya<br>Samer Samih Mohammad Hammad |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 60. | 06 March 2008 | Jerusalem | Avraham David Moses<br>Rivkah Martha Moses<br>Naftali Andrew Moses<br>David Moriah<br>Elisha Dan Moses<br>N.M.<br>C.M.<br>O.D.M.<br>A.M.<br>Aviad Moriah<br>Naftali Shitrit<br>Gila Rachel Shitrit<br>Meiri Shitrit<br>Oshrat Shitrit<br>Noya Shitrit<br>Yedidya Shitrit<br>A. Shitrit<br>E. Shitrit<br>H. Shitrit | Alaa Hisham Abu Dheim |
| 61. | 18 December 2010 | Beit Shemesh | Kristine Luken | Ayad Fatafta |
| 62. | 12 June 2014 | Halhul (kidnapped) | Naftali Fraenkel | Hussam al-Qawasmeh<br>Ghassan Talal Salman Qawasme<br>Ahmed Abrahim Mohamad Qawasme<br>Maher Mustpha Mohamad al-Qawasme<br>Hasan Ali Qawasme<br>Hisham Isa Ibd al-Rahman Qawasme |
| 63. | 22 October 2014 | Jerusalem | Chaya Zissel Braun<br>Shmuel Braun<br>Chana Braun<br>Esther Braun<br>Murray Braun | Abdel Rahman Idris al-Shaludi |

| No. | Date | Location | U.S. Victims | Confirmed Perpetrators |
|---|---|---|---|---|
| 64. | 18 November 2014 | Jerusalem | Aryeh Kupinsky<br>Moshe Twersky<br>Kalman Ze'ev Levine | Uday Abu Jamal<br>Ghassan Muhammad Abu Jamal |
| 65. | 01 October 2015 | Israeli Highway Route 60 | Eitam Henkin | Yahia Muhamad Naif Abdullah Hajj Hamed<br>Samir Zahir Ibrahim Kusa<br>Karam Lutfi Fatahi Razek Al Masri<br>Amjad Adel Muhamad Aliwi |
| 66. | 13 October 2015 | Jerusalem | Richard Lakin<br>Micah Avni Lakin<br>Manya Lakin | Balal Abu-Ga'aanem<br>Bahaa Muhammad Khalil Alyan |
| 67. | 19 November 2015 | Gush Etzion | Ezra Schwartz<br>Michael Benzakein<br>Jason Geller | Mohammed Abdel Basset al-Haroub |
| 68. | 08 March 2016 | Tel Aviv (Jaffa) | Taylor Force<br>Stuart Force<br>Robbi Force<br>Kristen Anne Force | Muhammad Awieda<br>Bilal Sawan<br>Bashar Muhammad Abd al-Qader Masalha |
| 69. | 30 June 2016 | Kiryat Arba | Hallel Yaffa Ariel | Mohammad Naser Mahmoud Tarayreh |
| 70. | 01 July 2016 | South Hebron Hills | Chava Mark<br>Pedaya Mark<br>Tehilla Mark | Mohammed Abdel Mohammed al-Amarya<br>Suhib Jabara Ahmed Alfakiyah<br>Alaa Raed Salah Zajayer |
| 71. | 08 January 2017 | Jerusalem | U.S. Victim per DOJ OVT | Fadi Ahmad HamdanAl-Qunbar |
| 72. | 13 December 2018 | Ofra | Nathaniel Felber<br>Judi Felber<br>Joseph Felber<br>Daniel Felber<br>Adina Felber | Asem Umar Saleh al-Barghouti<br>Anees Ahmd Yosef Mashal |
| 73. | 16 August 2019 | Elazar | U.S. Victim per DOJ OVT | Ala'Khader al-Hreimi |

**Individuals who died participating in terror attacks that killed or injured U.S. nationals**

| No. | Date of Attack | Location | Individual Who Died Perpetrating Attack |
|---|---|---|---|
| 1. | 05 September 1972 | Munich | Yusuf Nazzal |
| 2. | 05 September 1972 | Munich | Mohammed Masalha |
| 3. | 05 September 1972 | Munich | Luttif Afif |
| 4. | 05 September 1972 | Munich | Afif Ahmed Hamid |
| 5. | 05 September 1972 | Munich | Khalid Jawad |
| 6. | 05 September 1972 | Munich | Ahmed Chic Thaa |
| 7. | 11 March 1978 | Tel Aviv | Dalal Said Mohammad al-Mughrabi |
| 8. | 09 October 1994 | Jerusalem | Hassan Mahmoud 'Isa Abbas |
| 9. | 10 October 1994 | Lod, Israel (abduction) | Salah a-Din Hassan Salem Jadallah |
| 10. | 10 October 1994 | Lod, Israel (abduction) | Hassan Natshe |
| 11. | 10 October 1994 | Lod, Israel (abduction) | Abd El Karim Yassin Bader. |
| 12. | 25 December 1994 | Jerusalem | Ayman Kamel Radi |
| 13. | 22 January 1995 | Netanya (Beit Lid Jct.) | Anwar Mohammed Atiyyah Sukar |
| 14. | 22 January 1995 | Netanya (Beit Lid Jct.) | Salah Abd al-Hamid Shaker Mohammad |
| 15. | 09 April 1995 | Kfar Darom | Khaled Mohammad Mahmoud al-Khatib |
| 16. | 21 August 1995 | Jerusalem | Sufyan Salem Abd Rabbo al-Jabarin |
| 17. | 25 February 1996 | Jerusalem | Magdi Mohammad Abu Wardah |
| 18. | 04 March 1996 | Tel Aviv | Ramez Abed al-Kader Mohammad Abid |
| 19. | 30 July 1997 | Jerusalem (Mahane Yehuda Market) | Taufik Ali Mohammed Yassin |
| 20. | 30 July 1997 | Jerusalem (Mahane Yehuda Market) | Muawiya Mohammad Ahmed Jarara |
| 21. | 04 September 1997 | Jerusalem (Ben Yehuda St.) | Bashar Mohammad As'ad Sawalha |
| 22. | 04 September 1997 | Jerusalem (Ben Yehuda St) | Yousef Jameel Ahmad Shuli |
| 23. | 04 September 1997 | Jerusalem (Ben Yehuda St.) | Khalil Ibrahim Tawfiq Sharif |
| 24. | 28 March 2001 | Neve Yamin | Fadi Attallah Yusuf Amer |

| No. | Date of Attack | Location | Individual Who Died Perpetrating Attack |
|---|---|---|---|
| 25. | 01 June 2001 | Tel Aviv (Dolphinarium) | Said Hussein Hasan  Hutari |
| 26. | 09 August 2001 | Jerusalem | Izz al-Din Shuheil Ahmad al-Masri |
| 27. | 04 November 2001 | Jerusalem (French Hill) | Hatem Yaqin Ayesh Shweiki |
| 28. | 01 December 2001 | Jerusalem (Ben Yehuda St.) | Nabil Mahmoud Al-Halabiah |
| 29. | 01 December 2001 | Jerusalem (Ben Yehuda St.) | Osama Mohammed Bahr |
| 30. | 12 December 2001 | Emmanuel (near) | Asem Yousef Mohamed Hamed (aka Assem Yousef Rihan) |
| 31. | 17 January 2002 | Hadera | Abdul Salaam Sadek Mer'y Hassoun |
| 32. | 22 January 2002 | Jerusalem (Jaffa Road) | Said Ibrahim Said Ramadan |
| 33. | 27 January 2002 | Jerusalem (Jaffa Road) | Wafa Ali Khalil Idris |
| 34. | 16 February 2002 | Karnei Shomron | Sadek Abdel Hafez |
| 35. | 18 February 2002 | Kibbutz Kissufim | Mohammad Mahmoud Mohammad Al-Kasir |
| 36. | 09 March 2002 | Jerusalem | Fouad Ismail Al-Hourani |
| 37. | 21 March 2002 | Jerusalem | Mohammed Mashhoor Mohammed Hashaika |
| 38. | 27 March 2002 | Netanya | Abdel-Basit Mohammed Qasem Odeh |
| 39. | 31 March 2002 | Efrat | Jamil Khalaf Mustafa Hamed |
| 40. | 07 May 2002 | Rishon Lezion | Mohammad Jamil Muamar |
| 41. | 19 May 2002 | Netanya | Osama Adel Mohammad Beshkar |
| 42. | 18 June 2002 | Gilo | Mohammed Hazza Al-Ghoul |
| 43. | 19 June 2002 | Jerusalem (French Hill) | Sa'id Wadah Hamid Awada |
| 44. | 30 July 2002 | Jerusalem (Hebrew Univ.) | Hazem Atta Sarasra |
| 45. | 31 August 2002 | Har Bracha | Yusef Ibrahim Hasan Atalla |
| 46. | 19 September 2002 | Tel Aviv | Iyad Naeem Radad |
| 47. | 27 October 2002 | Ariel | Muhammed Kzid Faysal Bastami |
| 48. | 28 November 2002 | Beit Shean | Omar Muhammad Awadh Abu al-Rab |
| 49. | 28 November 2002 | Beit Shean | Yousef Muhammad Ragheb Abu al-Rab |
| 50. | 05 March 2003 | Haifa | Mahmoud Omran Al-Qawasmeh |
| 51. | 07 March 2003 | Kiryat Arba | Muhsin Muhammad Omar al-Qawasmeh |
| 52. | 07 March 2003 | Kiryat Arba | Fadi Ziyad Muhammad Fakhoury |
| 53. | 30 April 2003 | Tel Aviv | Asef Mohammad Hanif |

| No. | Date of Attack | Location | Individual Who Died Perpetrating Attack |
|---|---|---|---|
| 54. | 30 April 2003 | Tel Aviv | Omar Sharif Khan |
| 55. | 18 May 2003 | Jerusalem | Basem Jamal Darwish al-Takruri |
| 56. | 11 June 2003 | Jerusalem | Abdel-Muti Mohammad Saleh Shabaneh |
| 57. | 19 August 2003 | Jerusalem | Raed Abdel-Hamid al-Razaq Misk |
| 58. | 09 September 2003 | Jerusalem | Ramiz Fahmi Izz al-Din Abu Salim |
| 59. | 04 October 2003 | Haifa | Hanadi Taysir Abd al-malik Jaradat |
| 60. | 29 January 2004 | Jerusalem | Ali Ja'ara |
| 61. | 22 February 2004 | Jerusalem | Mohammad Issa Khalil Zghool |
| 62. | 22 September 2004 | Jerusalem | Zaynab Ali Isa Abu Salem |
| 63. | 17 April 2006 | Tel Aviv | Samer Samih Mohammad Hammad |
| 64. | 06 March 2008 | Jerusalem | Alaa Hisham Abu Dheim |
| 65. | 22 October 2014 | Jerusalem | Abdel Rahman Idris al-Shaludi |
| 66. | 18 November 2014 | Jerusalem | Uday Abu Jamal |
| 67. | 18 November 2014 | Jerusalem | Ghassan Muhammad Abu Jamal |
| 68. | 13 October 2015 | Jerusalem | Bahaa Muhammad Khalil Alyan |
| 69. | 08 March 2016 | Tel Aviv (Jaffa) | Bashar Muhammad Abd al-Qader Masalha |
| 70. | 30 June 2016 | Kiryat Arba | Mohammad Naser Mahmoud Tarayreh |
| 71. | 08 January 2017 | Jerusalem | Fadi Ahmad HamdanAl-Qunbar |
| 72. | 16 August 2019 | Elazar | Ala'Khader al-Hreimi |

**Individuals who pled guilty to participating in terror attacks that killed or injured U.S. nationals**

| No. | Date of Attack | Location | Individual Who Pled Guilty |
|-----|----------------|----------|-----------------------------|
| 1. | 25 February 1996 | Jerusalem | Akram Ibrahim Mahmoud Qawasme |
| 2. | 25 February 1996 | Jerusalem | Ayman Mohammed Nazmi Abd al-Jalil al-Razim |
| 3. | 25 February 1996 | Jerusalem | Mohammed Atiya Mahmoud Abu Warda |
| 4. | 31 December 2000 | Ofra | Mustafa Mahmoud Mohamed Masalmani |
| 5. | 09 August 2001 | Jerusalem | Ahlam al-Tamini |
| 6. | 09 August 2001 | Jerusalem | Bilal Yaqub Ahmed Barghouti |
| 7. | 09 August 2001 | Jerusalem | Muhammad Waal Muhammad Daghlas |
| 8. | 17 January 2002 | Hadera | Ahmed Ali Mahmoud Abu-Khader |
| 9. | 22 January 2002 | Jerusalem (Jaffa Road) | Mohamed Sami Ibrahim Abdullah[*] |
| 10. | 22 January 2002 | Jerusalem (Jaffa Road) | Ibrahim Adnan Najib Abdel Hai[*] |
| 11. | 22 January 2002 | Jerusalem (Jaffa Road) | Mohamed Abdel Rahman Salem Mousleh[*] |
| 12. | 22 January 2002 | Jerusalem (Jaffa Road) | Bashar Barghouti[*] |
| 13. | 18 February 2002 | Kibbutz Kissufim | Nizar Khadar Mohammed Dahliz |
| 14. | 21 March 2002 | Jerusalem | Kahira Sa'id Al-Sa'di[*] |
| 15. | 21 March 2002 | Jerusalem | Abdel Karim Ratab Yunis Aweis[*] |
| 16. | 21 March 2002 | Jerusalem | Sana'a Mohamed Shehadeh[*] |
| 17. | 24 March 2002 | Umm Safah (Near) | Tamar Rassem Salim Rimawi |
| 18. | 24 March 2002 | Umm Safah (Near) | Hussam Abdul-Kader Ahmad Halabi |
| 19. | 24 March 2002 | Umm Safah (Near) | Ahmed Hamad Rushdie Hadib |
| 20. | 19 May 2002 | Netanya | Allam Ahmad Asad Kaabi |
| 21. | 19 May 2002 | Netanya | Du'a Ziyad Jamil Jayusi |
| 22. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Abdullah Ghaleb Abdullah Barghouti[*] |
| 23. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Ahmed Taleb Moustafa Barghouti[*] |
| 24. | 19 September 2002 | Tel Aviv | Mahmud Hamad Mahmud Sharitah |

---

[*] Indicates an individual involved in one of the attacks giving rise to the *Sokolow* case.

| No. | Date of Attack | Location | Individual Who Pled Guilty |
|---|---|---|---|
| 25. | 29 January 2003 | Israeli Highway Route 60 (near Ein Yabrud) | Hisham Abd al-Qader Ibrahim Hijazi |
| 26. | 05 March 2003 | Haifa | Fadi al-Ja'aba |
| 27. | 05 March 2003 | Haifa | Munir Rajbi |
| 28. | 05 March 2003 | Haifa | Mu'az Waal Taleb-Abu Sharakh |
| 29. | 07 March 2003 | Kiryat Arba | Abdallah Ahmad Abd Abu Seif |
| 30. | 18 May 2003 | Jerusalem | Samer Atrash |
| 31. | 11 June 2003 | Jerusalem | Omar Salah Sharif |
| 32. | 20 June 2003 | Israeli Highway Route 60 | Khaled Abd al-Mua'z Zein al-Din Omar |
| 33. | 20 June 2003 | Israeli Highway Route 60 | Ahmad Khaled Dawud Hamed |
| 34. | 19 August 2003 | Jerusalem | Nasim Rashad Abd el-Wadud Za'tari |
| 35. | 19 August 2003 | Jerusalem | Abdallah Yihya Sharbati |
| 36. | 19 August 2003 | Jerusalem | Jalal Jamal Ya'mur |
| 37. | 29 January 2004 | Jerusalem | Mohamed Ma'ali[*] |
| 38. | 17 April 2006 | Tel Aviv | Muhammad Amoudi |
| 39. | 17 April 2006 | Tel Aviv | Fawaz Rajbi |
| 40. | 12 June 2014 | Halhul (kidnapped) | Ahmed Abrahim Mohamad Qawasme |
| 41. | 12 June 2014 | Halhul (kidnapped) | Maher Mustpha Mohamad al-Qawasme |
| 42. | 12 June 2014 | Halhul (kidnapped) | Hasan Ali Qawasme |
| 43. | 12 June 2014 | Halhul (kidnapped) | Hisham Isa Ibd al-Rahman Qawasme |
| 44. | 01 October 2015 | Israeli Highway Route 60 | Karam Lutfi Fatahi Razek Al Masri |
| 45. | 19 November 2015 | Gush Etzion | Mohammed Abdel Basset al-Haroub |
| 46. | 08 March 2016 | Tel Aviv (Jaffa) | Muhammad Awieda |
| 47. | 08 March 2016 | Tel Aviv (Jaffa) | Bilal Sawan |
| 48. | 13 December 2018 | Ofra | Asem Umar Saleh al-Barghouti |
| 49. | 13 December 2018 | Ofra | Anees Ahmd Yosef Mashal |

**Individuals who were convicted of participating terror attacks that killed or injured U.S. nationals**

| No. | Date of Attack | Location | Convicted Individual |
|---|---|---|---|
| 1. | 05 June 1968 | Los Angeles | Sirhan Sirhan |
| 2. | 14 May 1979 | Tiberias | Ziad Abu Ein |
| 3. | 02 May 1980 | Hebron | Yasser Hasin Mohammed al-Zaydat |
| 4. | 02 May 1980 | Hebron | Adnan Jabbar Mahmoud Jabbar |
| 5. | 02 May 1980 | Hebron | Tayseer Mahmoud Taha Tayseer |
| 6. | 02 May 1980 | Hebron | Mohammed Abdel Rahman Salah Shubaki |
| 7. | 08 October 1985 | Achille Lauro Ship | Maged Moussef al-Molqi |
| 8. | 08 October 1985 | Achille Lauro Ship | Ibrahim Fatayer Abdelatif |
| 9. | 08 October 1985 | Achille Lauro Ship | Ahmed Marrouf al-Assadi |
| 10. | 08 October 1985 | Achille Lauro Ship | Mohammed Issa Abbas |
| 11. | 08 October 1985 | Achille Lauro Ship | Sa'ad Yussuf |
| 12. | 10 October 1994 | Lod, Israel (abduction) | Jihad Ya'amur |
| 13. | 25 February 1996 | Jerusalem | Hassan Abdel Rahman Hassan Salameh |
| 14. | 09 June 1996 | Beit Shemesh | Raid Fakhri Abu Hamadiyah |
| 15. | 09 June 1996 | Beit Shemesh | Jamal Fatah Tzabich Al Hor |
| 16. | 09 June 1996 | Beit Shemesh | Rahman Ismai Abdel Rahman Ghaneimat |
| 17. | 30 July 1997 | Jerusalem (Mahene Yehuda) | Moaz Sa'id Ahmed Sa'id Bilal |
| 18. | 28 March 2001 | Neve Yamin | Tareq Muhammad Abd al-Latif Abu Mariam |
| 19. | 01 June 2001 | Tel Aviv (Dolphinarium) | Raed Al-Hutari |
| 20. | 17 January 2002 | Hadera | Nasser Mahmoud Ahmed Aweis |
| 21. | 22 January 2002 | Jerusalem (Jaffa Road) | Majed Isma'il Mohamed Al-Masri[*] |
| 22. | 22 January 2002 | Jerusalem (Jaffa Road) | Fares Sadeq Mohamed Ghanem[*] |
| 23. | 27 January 2002 | Jerusalem (Jaffa Road) | Munzar Mahmoud Khalil Noor[*] |
| 24. | 18 February 2002 | Israel | Jihad Naim Mutzran |
| 25. | 21 March 2002 | Jerusalem | Nasser Jamal Mussa Shawish (aka Adham)[*] |
| 26. | 27 March 2002 | Netanya | Abbas al-Sayed |

| No. | Date of Attack | Location | Convicted Individual |
|---|---|---|---|
| 27. | 07 May 2002 | Rishon Lezion | Muhammad Imran |
| 28. | 18 June 2002 | Gilo | Fahmi Id Ramdan Mashahara |
| 29. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Ibrahim Jamil Abd al-Ghani Hamed[*] |
| 30. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Mohammed Arman |
| 31. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Wael al-Qassim |
| 32. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Walid Anjas |
| 33. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Mohamed Awd |
| 34. | 29 January 2003 | Israeli Highway Route 60 (near Ein Yabrud) | Jaser Isma'il Musa al-Barghuthi |
| 35. | 29 January 2003 | Israeli Highway Route 60 (near Ein Yabrud) | Muayad Hamad |
| 36. | 17 June 2003 | Israeli Highway Route 6 | Mohammed Mustafa Mohammed Abu Dura |
| 37. | 17 June 2003 | Israeli Highway Route 6 | Ibrahim Yusuf Ibrahim Atiya |
| 38. | 17 June 2003 | Israeli Highway Route 6 | Tarek Ahmed Abdel-Karim Hasayin |
| 39. | 17 June 2003 | Israeli Highway Route 6 | Samach Samir Mohammed Shubaki |
| 40. | 20 June 2003 | Israeli Highway Route 60 | Ahmad Mustafa Saleh Hamad |
| 41. | 29 January 2004 | Jerusalem | Ahmed Salah[*] |
| 42. | 29 January 2004 | Jerusalem | Ali Mohamed Abu Haliel[*] |
| 43. | 29 January 2004 | Jerusalem | Abdul Rahman Maqdad[*] |
| 44. | 29 January 2004 | Jerusalem | Hilmi Hamash[*] |
| 45. | 29 January 2004 | Jerusalem | Ahmed Sa'ad[*] |
| 46. | 22 February 2004 | Jerusalem | Izz al-din Halid Hussain al-Hamamra |
| 47. | 17 April 2006 | Tel Aviv | Fawzi Badriya |
| 48. | 18 December 2010 | Beit Shemesh | Ayad Fatafta |
| 49. | 12 June 2014 | Halhul | Hussam al-Qawasmeh |
| 50. | 12 June 2014 | Halhul | Ghassan Talal Salman Qawasme |
| 51. | 01 October 2015 | Israeli Highway Route 60 | Yahia Muhamad Naif Abdullah Hajj Hamed |
| 52. | 01 October 2015 | Israeli Highway Route 60 | Samir Zahir Ibrahim Kusa |

| No. | Date of Attack | Location | Convicted Individual |
|---|---|---|---|
| 53. | 01 October 2015 | Israeli Highway Route 60 | Amjad Adel Muhamad Aliwi |
| 54. | 13 October 2015 | Jerusalem | Balal Abu-Ga'aanem |
| 55. | 01 July 2016 | S. Hebron Hills | Mohammed Abdel Mohammed al-Amarya |
| 56. | 01 July 2016 | S. Hebron Hills | Suhib Jabara Ahmed Alfakiyah |
| 57. | 01 July 2016 | S. Hebron Hills | Alaa Raed Salah Zajayer |