# EXHIBIT 1



PLAINTIFF'S
EXHIBIT
512

Al-Khafash: Releases were not based on seniority and did not include prisoners from Jerusalem and the interior

Al-Tadamun: Occupation Military Courts extend the detention period of nine prisoners

European Network: Darar Abu Sisi suffers from a dangerous health decline and must be released immediately.

[Photo caption] For the second time, the occupation extends the "administrative" detention for Representative Atun for six months.

## The Law for Detainees and Released Detainees, its Systems and Regulations, as approved by the Palestinian Council of Ministers

## The Law for Detainees and Released Detainees, its Systems and Regulations, as approved by the Palestinian Council of Ministers

Notice 112: The Palestinian Center for the Defense of Detainees objects to and rejects the appearance of Comrade Thamer Sabaineh before the Court of Appeals and calls the Committee for Freedoms to put an end these violations… more

Notice 111: The Palestinian Center for the Defense of Detainees warns all against going around prisoner strikes and affirms that the prisoners are continuing their battle with all confidence… more

The Law for Prisoners and Released Prisoners

Number 19 of 2004

Having examined the Revised Foundational Law, and upon approval by the Legislative Council in its December 22, 2004 session, the President of the Palestinian National Authority has issued the following law:

### Article 1

The following words and expressions shall have the specific meanings below unless otherwise indicated:

National Authority: Palestinian National Authority

Council of Ministers: Council of Ministers of the National Authority

Ministers [sic]: Ministry of Detainees' and Ex-Detainees' Affairs or the Ministry in charge thereof

Prisoner: Anyone who is kept in prisons of the occupation for offenses of participating in the struggle against the occupation

Released Prisoner: Any prisoner who has been released from prisons of the occupation

## Article 2

Prisoners and Released Prisoners are a struggling class and an inseparable part of the fabric of the Arab Palestinian Society, and the provisions of this law guarantee a dignified life for them and their families.

## Article 3

To achieve the objectives of this law, the National Authority will employ all possible means to achieve the following:

1. Free the prisoners from the prisons of the occupation.

2. Provide prisoners with all the required legal assistance.

3. Provide prisoners and their families with all the financial services that they are entitled to in accordance with the regulations of this law and the salary scale used.

4. Afford the prisoners and their children an opportunity for education.

5. Rehabilitate released prisoners.

6. Secure employment for the released prisoners based on standards that take into account the years that they spent in prison and their educational levels, according to a system to be established by the Council of Ministers.

## Article 4

The National Authority may not sign or co-sign a peace agreement to resolve the Palestinian issue that does not include the release of all prisoners.

## Article 5

1. Every male released prisoner who has spent a period of no less than five years, and every female prisoner who has spent a period of no less than three years, in the prisons of the occupation shall be exempt from the following:

Tuition fees in governmental schools and universities

Health insurance fees

Fees for any training course within the framework of the programs organized by the official departments in charge

2. The Council of Ministers shall specify the cases where the above exemptions apply according to a system established to that effect.

### Article 6

The National Authority shall give each prisoner, without discrimination, a monthly allowance while he is in prison and shall provide him with a clothing allowance twice a year according to the system established to that effect.

### Article 7

1. The Authority must give every prisoner a monthly salary specified by the system, to be proportionate with the cost of living.

2. Prisoners' family members shall receive a portion of the prisoners' salary based on the standard of legal expenditure in effect.

3. The prisoner shall appoint an agent to collect his monthly salary or what remains of it.

### Article 8

1. The years of imprisonment shall be calculated for each prisoner or released prisoner employee according to Article 107 of the Civil Service Law Number 4 of 1998 and the regulations issued to that effect.

2. The Authority undertakes to pay the insurance premiums and salaries for each imprisoned employee for the years of [his] imprisonment.

### Article 9

The Ministry must cooperate with the agencies in charge to prepare a certified database of prisoners and released prisoners, the conditions and the reasons for their detainment, and the crimes to which they were subjected by the occupation.

### Article 10

The National Authority may file lawsuits of crimes committed by the occupiers against the prisoners, and to demand any compensation for the harm they suffered as a result of such crimes. Each prisoner and released prisoner may file such lawsuit.

### Article 11

The Council of Ministers shall establish the necessary systems to implement the provisions of this law.

### Article 12

Every provision that is in contradiction to the provisions of this law shall be null and void.

### Article 13

All relevant agencies, each in its own capacity, shall start implementing and enforcing the provisions of this law within thirty days of its publication in the gazette.

Issued in the city of Gaza on December 27, 2004 A.D.,
corresponding to Dhul Qaada 15, 1425 A.H,
Ruhi Fatouh,
President of the Palestinian National Authority
Regulations Associated with the Law [of Prisoners and Released Prisoners]
Decision of the Council of Ministers number ( ) of 2006
Regarding the Regulations Associated with the Law of Prisoners and Released Prisoners

After examination of the Law of Prisoners and Released Prisoners, number 19 of 2004, approved by the Legislative Council in its December 22, 2004 session, and by the President of the Palestinian National Authority on December 27, 2004, and its publication in the Palestinian Gazette, issue number 54 of April 23, 2005, in light of what the Minister of Detainees and Ex-Detainees Affairs has shown in meeting number 40 of the Council of Ministers, held on November 23, 2005, and based on what the Council of Ministers has approved in the same meeting, the following was decided:

### Article 1

The following regulations of the law of Prisoners and Released Prisoners are issued:

1. System to secure employment for released detainees.

2. System of monthly salary payment to the detainees and their families.

3. System to secure a living allowance and yearly clothing allowance for prisoners inside Israeli prisons and detention centers.

4. System of Exemption from School and college tuition fees, health insurance fees, and training courses fees.

### Article 2

For the purposes of applying the provisions of this law, the following words and expressions shall have the specific meanings below unless the context indicates otherwise.

Ministry: The Ministry of Detainees' and Ex-Detainees' Affairs

Minister: The Minister of Detainees' and Ex-Detainees' Affairs

Prisoner: Anyone who is kept in prisons of the occupation for participating in the struggle against the occupation

Released Prisoner: Any prisoner who has been released from the prisons of the occupation

General Directorate of Administrative and Financial Affairs: The General Directorate of Administrative and Financial Affairs in the Ministry

Relevant Employee: The Relevant Employee in the Administrative and Financial Affairs Section

Evidentiary Documents: All necessary documentation, diplomas, incarceration documents, certificates of marital status and certificates of expertise, etc.

Agent: The individual who is authorized to receive the salary on behalf of the prisoner

Bank: A bank that is present and authorized by the Palestinian National Authority to operate in the Palestinian territories

Oversight and Examination Section: Oversight and Examination Section in the Ministry

General Administration for the Released Prisoners Rehabilitation Program: The General Administration for the Released Prisoners Rehabilitation Program in the Ministry of Detainees Affairs

Education Section: Education Section in the General Administration for the Released Prisoners Rehabilitation Program in the Ministry.

Training Section: Training Section in the General Administration for the Released Prisoners Rehabilitation Program in the Ministry

Health Insurance Section: Health Insurance Section in the General Administration for the Released Prisoners Rehabilitation Program in the Ministry

Section for Communications with the Prisons: A section of the General Directorate of Detainees and Ex-Detainees Affairs

Canteen Items: Items purchased with the monthly living allowance that the prisoner receives

I. System to secure employment for released prisoners

## Article 3

A. Every released prisoner has the right to guaranteed employment in one of the Authority's ministries or agencies if he meets the following conditions:

1. Having spent a period of five years or more in prison because of his resistance to the occupation, without exception, whether in one period or over several periods.

2. This period/ these periods are confirmed with official papers issued by the Red Cross or a certificate from the relevant ministry that proves the accuracy of his imprisonment.

3. The prisoners who were detained long ago or were detained in Arab prisons because of their struggle for the cause, and who do not have official papers issued by the Red Cross, may get a proof of detention certified by the Minister.

4. The released prisoner must not work in any official or local organization from which he receives a regular salary.

5. He must not have any other source of income, whether from business or running a workshop, factory, or service office from which he derives an adequate income.

6. He must not own lands or moveable or non-moveable properties from which he derives a permanent income that allows him to live honorable dignified life.

7. By exception, the same conditions apply to female prisoners who spend a period of not less than two and a half years in captivity. This base salary is to be cut off when she finds work.

## Article 4

If a prisoner has spent more than three years in prison, and, during or as a result of his detention, contracted an incurable disease which caused him to have to stop work, his prisoner file may be examined to see if he is eligible to benefit from the base salary after the conditions mentioned in Article 3 are met, in addition to the following:

1. That he contracted the disease during his detention or because of it.

2. That he did not receive any compensation for having contracted this disease.

3. That he demonstrates his inability to work with a medical report issued by a governmental medical committee.

4. That he is not receiving benefits from any other organization because of his handicap.

### Article 5

A. The General Directorate for Administrative and Financial Matters, via the Relevant Employee, shall receive all the necessary evidentiary documents from the released prisoner, and verify that they are in good order.

B. The Relevant Employee shall prepare a special file for each released prisoner containing the Evidentiary Documents and necessary recommendations.

C. The Relevant Employee shall organize the prisoner files according to the years of detention.

D. All files that are ready and accompanied by a report shall be shown to the Minister for approval.

E. The General Directorate for Administrative Affairs shall send a copy of the file to the general employee cabinet, and another copy to the Ministry of Finance.

F. The released prisoner shall be notified of the answer from the general employee cabinet and the Ministry of Finance. The deficiencies in the file shall be worked on to complete the file, through the Ministry of Detainees and Ex-Detainees Affairs.

### Article 6

A. After completion of the procedures relative to the appointment of the released prisoner, the released prisoners shall be fill vacancies in the ministries, agencies and other governmental organizations, to replace other employees who no longer work there or by virtue of a new financial appropriation, in accordance with the general yearly fiscal budget law.

B. The employment level of the released prisoner shall be determined based on the number of years that he spent in prison and the educational diplomas that he received.

C. In case there are no vacancies, the released prisoner shall be assigned to the Cultural and Developmental Club, once it is created, and shall receive the base salary on a monthly basis.

D.  Released prisoners who spent five years or more shall receive titles as shown in the following chart and the corresponding salaries specified by the employee salary scale currently used by the Ministry of Finance for all employees of the Palestinian National Authority in accordance with the civil service law.

| Number of years in prison | Civilian Title | Military Rank |
| --- | --- | --- |
| 5 to 7 years | Section head | Lieutenant |
| 7 to 8 years | Deputy Director | Captain |
| 8 to 10 years | Director C | Major |
| 10 to 15 years | Director B | Lieutenant Colonel + seniority |
| 15 to 20 years | Director A | Colonel + seniority |
| 20 to 23 years | Director General | Brigadier General |
| 23 to 25 years | Assistant Undersecretary | Brigadier General |
| 25 years and more | Undersecretary of the Ministry | Brigadier General with seniority |

In case any of them works in a civilian or military position, he must possess all educational requirements needed for this position.

E.  The following shall be done:

Released prisoners shall be given the titles they deserve.

Those who are able to work will be candidates for work in the civil or military organizations with the rank that will be given to them.

F.  Prisoners who spent less than five years, and to whom section 3/7 and Article 4 of the executive regulations of the law of prisoners and released prisoners does not apply shall be entitled to unemployment benefits for a period of six months.

G.  Newly released prisoners shall receive immediate financial assistance to help them build their futures, according to the following table:

| | |
| --- | --- |
| Less than one year, he shall receive | $500 |
| From 1 to 3 years, he shall receive | $1,000 |
| From 3 to 5 years, he shall receive | $2,000 |
| From 5 to 8 years, he shall receive | $3,000 |
| From 8 to 11 years, he shall receive | $4,000 |
| From 11 to 15 years, he shall receive | $5,000 |
| From 15 to 18 years, he shall receive | $6,000 |
| From 18 to 21 years, he shall receive | $7,000 |
| From 21 to 25 years, he shall receive | $8,000 |
| More than 25 years, he shall receive | $10,000 |

H. Released prisoners who have not received a monthly salary for the period of their detention may collect their dues for this period as arrears from the Ministry of Detainees and Ex-Detainees Affairs.

### Article 7

The base salary shall be considered a personal right for the released prisoner throughout his life, and under no condition at all can it be transferred to another beneficiary.

### Article 8

1. Payment of base salary to a released prisoner will be stopped in the following cases:

   A. If he practices or it becomes clear that he practices another profession from which he derives a regular income.

   B. If he is detained again by the Israeli occupation army. In this case, his status is changed to "victim" and the salary is paid by the Ministry of Detainees and Ex-Detainees Affairs.

   C. If he occupies a vacant position in one of the government organizations, agencies, or ministries, and thus becomes an employee of such agency receiving a full salary.

   D. If he dies, his heirs shall benefit from his salary as follows:

   Married Prisoner:

   1- His wife and minor children shall receive 75% of the value of the salary.

   2- His youngest minor son or his unmarried daughters shall receive 50% of the value of the salary.

   Single Prisoner:

   1- His parents (provided that the deceased has been their provider throughout his life) + minor siblings shall receive 50% of his salary.

   2- His last minor brother or his unmarried unemployed sister shall receive 50% of the salary.

   E. If he is asked to work for an official agency where there is a vacancy and he refuses to adhere to this request

II. Monthly salary payment system to prisoners and their families

**Article 9**

Every Palestinian or Arab prisoner in Israeli prisons or detention centers has the right to receive a salary that is paid to him or his family if the following conditions are met:

A. If he was detained as a result of his resistance to the occupation

B. If he is not receiving a monthly salary from any other governmental or non-governmental institution.

**Article 10**

The prisoners' relatives must produce the following evidentiary documents:

1. Original certificate from the Red Cross documenting his detention. This document shall be renewed every 3 months for the prisoners who are still in detention and once a year for the prisoners who have been sentenced.

2. The charge sheet issued by the Israeli military prosecutor.

3. A copy of the prisoner's personal identity card.

4. A copy of the personal identity card of the prisoner's agent.

5. A copy of the prisoner's marriage certificate, if he is married.

6. A copy of the birth certificates of the prisoner's children.

7. The account number, [which is] in the name of the agent, in a bank inside the territories of the National Authority.

8. The sentence, if the Israeli courts have sentenced him.

**Article 11**

All evidentiary documents shall be submitted to the Relevant Employee at the branch of the Ministry of Detainees Affairs in the prisoner's place of residence. If he is not a resident of the areas that fall under the supervision of the Palestinian National Authority, the documents shall be submitted to the branch nearest to his place of residence.

**Article 12**

If the prisoner is married, his wife is his legal agent. If he is not married, one of his parents is his agent. The prisoner may authorize another person to collect his salary by means of a power of attorney issued by the Red Cross and signed by him.

**Article 13**

The General Directorate for Detainees Affairs shall prepare a special file containing all the evidentiary documents for the prisoner, its observations on the file and the specified the salary that he shall receive based on his status. The complete file shall be submitted to the Department of Oversight and Examination to confirm the accuracy of the documents and that the salary corresponds with the information in the file.

**Article 14**

The financial approval of the prisoner's file shall be effective when it is confirmed that he is not receiving a salary from any governmental or private organization, once all documents are completed and there is a charge sheet in the file. If there is no charge sheet, it will be approved if he was subjected to an administrative detention.

**Article 15**

The salary shall be paid effective the date of approval of the file and not the date of detention. For those who are approved, the period between the date of detention and the date of approval, for those who are approved, hall be paid in the form of arrears after approval.

**Article 16**

If the prisoner remains in prison and has more than one wife, each of them shall receive the full salary of the prisoner for fifteen years. After that, the prisoner's file shall be studied and a decision shall be made regarding the salary, taking into account the ages of the prisoner's children and dividing up the salary increase resulting from the increase in the years of detention, to be shared equally between the two wives.

**Article 17**

Prisoners from Jerusalem shall receive a special allowance to support their resistance, and in view of their higher cost of living.

## Article 18

The salary shall be paid for all children until they are 18 years old and for unemployed unmarried daughters.

## Article 19

Payment of the salary shall be stopped in the following situations:

1. If the prisoner is released from prison.

2. If the prisoner dies in prison, his salary shall be changed to a deceased's as follows:

   Married Prisoner:

1. His wife and minor children shall receive 75% of his salary.

2. His last minor son or unmarried daughters shall receive 50% of his salary.

   Single Prisoner:

   His parents (provided that the deceased was their only provider throughout his life) and his minor siblings shall receive 50% of his salary.

   His last minor brother and his unmarried unemployed sister shall receive 50% of his salary.

## Article 20

The prisoner's salary of shall be paid based on the years he spent in prison, according to the following schedule:

| Number of years in prison | Base salary in shekels | Allowance for the wife in shekels | Allowance for children up to 18 years old in shekels | Allowance for Jerusalem in shekels |
|---|---|---|---|---|
| From the beginning of incarceration to 5 years | 1000 | 300 | 50 for each son/daughter | 300 |
| 5 to 10 years | 1300 | 300 | 50 for each son/daughter | 300 |
| 10 to 15 years | 2000 | 300 | 50 for each son/daughter | 300 |
| 15 to 17 years | 2500 | 300 | 50 for each son/daughter | 300 |

| Number of years in prison | Base salary in shekels | Allowance for the wife in shekels | Allowance for children up to 18 years old in shekels | Allowance for Jerusalem in shekels |
|---|---|---|---|---|
| 17 to 20 years | 3000 | 300 | 50 for each son/daughter | 300 |
| 20 to 25 years | 3500 | 300 | 50 for each son/daughter | 300 |
| More than 25 years | 4000 | 300 | 50 for each son/daughter | 300 |

### Article 21

The prisoners' salaries shall begin with the minimum wage in the territory of the Palestinian National Authority. The base salary shall be linked to the cost of living table.

III: System of Exemption from School and college tuition fees, health insurance fees, and training courses fees, for released prisoners.

### Article 22

A. Every prisoner has the right to an exemption from school and university tuition fees and fees for training courses within the context of the program that specialized official agencies organize, if he meets the following conditions:

   1. That he spent a period of no less than five years in prison, or three years in the case of a female prisoner, for resisting the occupation, whether in one period or over separate periods, substantiated by official Red Cross documents.

   2. Prisoners who are not able to produce official the Red Cross documents because he was detained a long time ago may produce a proof of detention paper certified by the Minister.

B. The services that the Program for Released Prisoners Rehabilitation Program offers shall continue to be provided to released prisoners, regardless of the length of time that they spend in prison, in accordance with the conditions agreed upon between the program and the donor nations, as well as the program's policy.

### Article 23

A. A released prisoner who benefits from the education service must present the following documents:

1. Detention verification certificate (Red Cross)

2. Last educational degree that he received.

3. Certificate of enrollment in a university (for those who want to benefit from university education)

4. A copy of the prisoner's identification card.

B. In order for the released prisoner to benefit from the Health Insurance Service, he must present the following documents:

1. Detention verification certificate (Red Cross)

2. Two personal photographs and a photo of co-beneficiaries from the insurance coverage.

3. A copy of the prisoner's identification card.

C. In order for the released prisoner to benefit from the training service in training courses organized by specialized agencies, he must present the following documents.

1. Detention verification certificate (Red Cross)

2. Last educational degree that he received.

3. A copy of his identification card.

## Article 24

1. The General Administration for the Released Prisoners Rehabilitation Program shall receive all necessary evidentiary documents from the released prisoners, through its specialized employees, verify their accuracy and that they satisfy the requirements.

2. The specialized employee shall prepare a special file for each released prisoner containing the necessary evidentiary documents recommendations.

3. All reviews concerning requests to benefit from the exemption shall be done by the specialized employee.

4. A prisoner who wishes to benefit from the exemption from fees for the training program must sign a promise not to quit the program.

### Article 25

The General Administration for the Released Prisoners Rehabilitation Program is the only specialized agency that corresponds with the agencies from which the prisoner wishes to benefit, and it is the only agency authorized to receive responses.

### Article 26

1. Benefitting from the exemption from school and university fees and being from the training courses is a personal right of the released prisoner and it may not be relinquished to another.

2. Fees for health insurance will be deducted monthly from the monthly base salary of the released prisoner who receives a base salary.

### Article 27

1. Prisoners whose income exceeds 3000 Shekels shall not be exempt from university tuition fees except if they have more than one child.

2. Prisoners who have more than one child and their income exceeds 5000 Shekels shall not be exempt from university tuition fees.

### Article 28

1. To continue to benefit from the exemption from university tuition fees, the released prisoners must obtain a cumulative grade average of more than 60%.

2. To continue to benefit from the exemption from training fees, prisoners must not quit the training.

### Article 29

The exemption for university tuition fees is offered once.

### Article 30

Exceptionally, male prisoners who spent a period of less than 5 years, and female prisoners who spent less than three years, in prison may benefit from the health insurance service for a period of one year.

### Article 31

Services will no longer be offered to the prisoner in the following situations:

1. If he continues no to take part in the training program.

2. If he does not obtain, for two consecutive semesters, a cumulative grade average of 60% or higher, for those who benefit exemption from university tuition fees.

3. If the prisoner dies, his right to benefit does not pass on to his heirs.

4. Exceptionally, if the prisoner dies, his family continues to benefit from the exemption from health insurance fees.

IV: System of monthly payments to prisoners inside the prison and a clothing allowance twice a year.

### Article 32

Every prisoner inside the prison who was detained because of his resistance to the occupation, and who imprisoned with the general population or in solitary confinement as a punishment measure by the administration of the detention center, is entitled to monthly payments and a clothing allowance twice a year, regardless of his party or organizational affiliation.

### Article 33

Every prisoner receives a monthly living allowance within the prison (the canteen) provided by the Ministry and agreed upon with the Ministry of Finance.

### Article 34

The General Directorate of Detainees and Ex-Detainees Affairs' Department of Communications with the Prisons is the only agency authorized to distribute the monthly living allowances to the prisoners, according to the following procedures:

1. The Department shall be informed of the correct number of prisoners in each prison, based on its communication with each prison individually.

2. The Department shall prepare special lists with the prisoners' names and their bank account numbers within the prison.

3. The Department shall prepare the required payment authorizations according to the number of prisoners and based on the lists that they have, and the Minister shall sign them in order to facilitate the payment process.

4. The Department shall have the discretionary power to send the expenses to the [account] number of each prisoner individually, or to divide the amounts into [smaller] fractions as needed.

5.  The Department shall keep a copy of each payment authorization sent.

### Article 35

In the case of widespread transfers in the prisons, the Department of Communications with the Prisons, after conducting the necessary communications, may specify a payment procedure as needed in each individual prison. The same applies in the case of inspection and confiscation of prisoners' possessions in the prison.

### Article 36

In the case of general disorders in the prison, aggression by the prison administration against the prisoners, and confiscation of their possessions, the Minister may, at the earliest opportunity he has, submit an urgent request to provide emergency help to the prisoners, to be distributed based on the need of each prisoner.

### Article 37

A 400 Shekel clothing allowance shall be paid to prisoners twice a year, to the prisoners' agents, in addition to their salary; once in the middle of the year, and once again at the end of the year, through the Ministry of Finance.

### Article 38

A prisoner shall lose his right to a monthly living allowance and a clothing allowance in the following situations:

1.  If the prisoner is released from detention.

2.  If the prisoner dies while in detention.

3.  If the prisoner cuts off relationships with the group of prisoners and prefers to live in solitary [confinement] for reasons connected with his national group.

### Article 39

After agreement with both parties, the Ministry of Finances and the Ministry of Detainees and Ex-Detainees Affairs, the Council of Ministers issues its decision in this regard.

### Article 40

All relevant agencies, each as it applies to them, must implement this decision effective the date it is issued. Such decision shall also be published in the official gazette.

Ahmed Qurei

Chairman of the Council of Ministers

Source: Website of the International Campaign of the Ministry of Detainees and Ex-Detainees Affairs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                          Plaintiffs,

            vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                          Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF CLARK HAYES

Clark Hayes hereby certifies as follows:

1.      The attached translation from Arabic to English is an accurate representation of the
document received by Rina Ne'eman Hebrew Language Services, to the best of my
knowledge and belief.  The document is designated as "Palestinian Law, The Prisoners
Law of Detainees and Ex-Detainees (Nov. 19, 2004)."

2.      I am a professional translator with advanced ACTFL Certification in Arabic.  I am fluent
in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3.      To the best of my knowledge and belief, the accompanying text is a true, full and
accurate translation of the Arabic-language document designated as "Palestinian Law,
The Prisoners Law of Detainees and Ex-Detainees (Nov. 19, 2004)."

Dated: February _28_, 2014

                                                    _____
                                                    Clark Hayes

ss.: New Jersey

On the 28 day of February, 2014 before me, the undersigned, personally appeared Clark Hayes, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
28 day of February, 2014

Notary Public

LANORE C. SMITH
NOTARY PUBLIC, State of New York
No. 01SM6162573
Qualified in Kings County
Commission Expires March 12, 2015

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARK I. SOKOLOW, *et al.*,

      Plaintiffs,

 vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

      Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

### DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief.  The document is designated as "Palestinian Government Decision Regarding Payments to Prisoners (2006)."

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida.  I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document designated as "Palestinian Government Decision Regarding Payments to Prisoners (2006)."

Dated: February 28, 2014

             _____
             Adnane Ettayebi

ss.:  New Jersey

On the ꙅꙅ day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
ꙅꙅ day of February, 2014

_____
Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

المركز الفلسطيني للدفاع عن الأسرى

2013/10/28 01:10:44







الخلف: الإلتزامات لم ترتبط القضية ولم تشمل أسرى القدس والداخل..

التضامن: معالم الاحتلال العسكرية تعدد توقف ( 9 أسير)..

الشبكة الأوروبية: ضرار أبو سيسي يعاني من تدهور صحي خطير ويجب الإفراج عنه فوراً..

الاحتلال يجدد الاعتقال "الإداري" للنائب عطون 6 أشهر للمرة الثانية..

الاحتلال يجدد الاعتقال "الإداري" للنائب عطون 6 أشهر للمرة الثانية

قانون الأسرى والمحررين والأنظمة واللوائح التابعة له بعد إقراره من قبل مجلس الوزراء الفلسطيني

بيان (112): المركز الفلسطيني للدفاع عن الأسرى يستنكر ويرفض تقديم الزميل ثامر سباعة لمحكمة الاستئناف وبدعو لجنة الحريات لتحجيم تلك الانتهاكات........المزيد

بيان (111): المركز الفلسطيني للدفاع عن الأسرى يعلن الجميع من الاتفاق على إضراب الأسرى ويؤكد أن الأسرى يواصلون معركتهم بكل ثقة........المزيد

قانون الأسرى والمحررين والأنظمة واللوائح التابعة له بعد إقراره من قبل مجلس الوزراء الفلسطيني

قانون الاسرى والمحررين
رقم (19) لسنة 2004م
رئيس السلطة الوطنية الفلسطينية
بعد الاطلاع على القانون الأساسي المعدل
وبناء على ما اقره المجلس التشريعي بجلسته المنعقدة بتاريخ 2004/12/22م
اصدر القانون التالي :

**مادة (1)**

يكون للكلمات والعبارات التالية المعاني المخصصة لها أدناه ما لم تدل علي خلاف ذلك :
السلطة الوطنية : السلطة الوطنية الفلسطينية.
مجلس الوزراء : مجلس وزراء السلطة الوطنية.
الوزراء: وزارة شئون الاسرى والمحررين أو الوزارة المختصة بهم.
الأسير: كل من يقبع في سجون الاحتلال علي خلفية مشاركته في النضال ضد الاحتلال .
الأسير المحرر: كل أسير تم تحريره في سجون الاحتلال.

**مادة(2)**

الأسرى والأسرى المحررين شريحة مناضلة وجزء لا يتجزأ من نسيج المجتمع العربي الفلسطيني وتكفل أحكام هذا القانون حياة كريمة لهم ولأسرهم.

هل تعتقد ان انعقاد الاعلام الفلسطيني مهتم بقضية الأسرى في سجون الاحتلال على النحو المطلوب؟
○ مهتم بدرجة عالية
○ مهتم بدرجة ضعيفة
○ غير مهتم بالقضية
تصويت
عرض النتائج
استفتاءات سابقة

**مادة (3)**

لتحقيق أهداف هذا القانون تعمل السلطة الوطنية بكل الوسائل الممكنة على ما يلي :
1. تحرير الأسرى من سجون الاحتلال .
2. تقديم كل المتطلبات القانونية لمساعدة الأسير .
3. توفير الحقوق المالية للأسير وأسرته طبقا لأحكام هذا القانون وبما يتوافق مع سلم الرواتب المعمول به.
4. توفير فرصة التحصيل العلمي للأسير وأبنائه.
5. تأهيل الاسرى المحررين.
6. تأمين الوظائف للأسرى المحررين وفقا لمعايير تأخذ بعين الاعتبار السنوات التي أمضاها الأسير في السجن وتحصيله العلمي وذلك وفق نظام يصدره مجلس الوزراء.



( مادة 4 )

لا يجوز للسلطة الوطنية التوقيع أو المشاركة في التوقيع على معاهدة سلام لحل القضية الفلسطينية دون إطلاق سراح جميع الأسرى .



الأسير معاذ بلال وموظف يسجل بماء الذهب (مقل/ فؤاد الخفش)

( مادة 5 )

المركز الفلسطيني للدفاع عن الأسرى

1. كل أسير محرر أمضى في سجون الاحتلال مدة لا تقل عن خمس سنوات وكل أسيرة أمضت مدة لا تقل عن ثلاث سنوات يتم إعفاؤهم مما يلي :

رسوم التعليم الدراسي الجامعي الحكومي

رسوم التأمين الصحي

رسوم أي دورة تأهيلية في نطاق البرامج التي تنظمها الجهات الرسمية المتخصصة

2- يحدد مجلس الوزراء حالات الإعفاء المذكورة في الفقرة السابقة وفقا للنظام يصدر بهذا الشأن .

**مادة ( 6 )**

تمنح السلطة الوطنية كل أسير ودون تمييز مصروفا شهريا داخل السجن وتصرف له بدل ملابس مرتين في العام وفقا لنظام يصدر بهذا الشأن .

**مادة ( 7 )**

1- على السلطة أن تصرف لكل أسير راتبا شهريا يحدده النظام ويكون مربوطا بجدول غلاء المعيشة .

2- يصرف لأفراد عائلة الأسير جزء من راتبه طبقا لمعايير النفقة القانونية المعمول بها .

3- يحدد الأسير وكيله في استلام راتبه الشهري أو ما تبقى منه .

**مادة ( 8 )**

1- تحسب سنوات الأسر لكل موظف من الأسرى والمحررين وفقا لأحكام المادة(107) من قانون الخدمة المدنية (4) لسنة 1998 واللوائح الصادرة بهذا الشأن .

2- تلتزم السلطة الوطنية بدفع أقساط التأمين والمعاشات للأسير الموظف من سنوات الأسر.

مادة (9)

على الوزارة بالتعاون مع الجهات ذات العلاقة إعداد قاعدة بيانات موثقة عن الأسرى والأسرى المحررين وظروف وأسباب اعتقالهم وجرائم الاحتلال التي مورست بحقهم .

**مادة (10)**

يكون للسلطة الوطنية الحق بإقامة الدعاوى المتعلقة بجرائم المحتلين بحق الأسرى والمطالبة بأي تعويضات عن الأضرار التي لحقت بهم نتيجة لذلك ولكل أسير وأسير محرر الحق في إقامة مثل هذه الدعاوى .

**مادة ( 11 )**

يصدر مجلس الوزراء الأنظمة اللازمة لتنفيذ أحكام هذا القانون

**مادة ( 12 )**

يلغى كل حكم يخالف أحكام هذا القانون

**مادة ( 13 )**

على جميع الجهات المختصة – كل فيما يخصه – تنفيذ أحكام هذا القانون ويعمل به بعد ثلاثين يوما من تاريخ نشرة في الجريدة الرسمية .

صدر بمدينة غزة بتاريخ : 27/ديسمبر/2004ميلادية

الموافق : 15/ذو القعدة /1425هـ هجرية

روحي فتوح

رئيس السلطة الوطنية الفلسطينية

الأنظمة التابعة للقانون

قرار مجلس الوزراء رقم ( ) لسنة 2006م

بأنظمة قانون الأسرى والمحررين

مجلس الوزراء :

بعد الإطلاع على قانون الأسرى والمحررين رقم (19) لسنة 2004 والمقر من قبل المجلس التشريعي بجلسته المنعقدة بتاريخ 2004/12/22، ومن رئيس السلطة الوطنية الفلسطينية بتاريخ 2004/12/27م، ونشره في الوقائع الفلسطينية في العدد الرابع والخمسون بتاريخ 2005/4/23، وعلى ضوء ما عرضه وزير شؤون الأسرى والمحررين بجلسة مجلس الوزراء رقم ( 40 ) والمنعقدة بتاريخ 2005/11/23، وعلى ما أقره مجلس الوزراء بنفس الجلسة .

قرر ما يلي :

**مادة (1)**

تصدر أنظمة قانون الأسرى والمحررين التالية :

1- نظام تأمين الوظائف للأسرى المحررين .

2- نظام صرف راتب شهري للأسير وأسرته .

3- نظام تأمين مصروف وبدل ملابس سنوياً. للأسير داخل السجون والمعتقلات الإسرائيلية.

4- نظام إعفاء من رسوم التعليم المدرسي والجامعي ورسوم التأمين الصحي ورسوم الدورات التأهيلية .

**مادة (2)**



لغايات تطبيق أحكام هذا القانون يكون للكلمات والعبارات التالية المعاني المخصصة لها أدناه، ما لم تدل القرينة على خلاف ذلك

الوزارة : وزارة شؤون الأسرى والمحررين .

الوزير : وزير شؤون الأسرى والمحررين .

الأسير : كل من يقع في سجون الإحتلال على خلفية مشاركته في النضال ضد الإحتلال .

الأسير المحرر : كل أسير تم تحريره من سجون الإحتلال .

الإدارة العامة للشؤون الإدارية والمالية : الإدارة العامة للشؤون الإدارية والمالية في الوزارة.

الموظف المختص : الموظف المختص في دائرة الشؤون الإدارية والمالية .

الأوراق الثبوتية : كل ما يلزم من مستندات وشهادات علمية وشهادات إثبات اعتقال وشهادات الحالة الاجتماعية والخبرة .. الخ .

الوكيل : الشخص المخول باستلام الراتب نيابة عن الأسير.

البنك : أحد البنوك المتواجدة في الأراضي الفلسطينية وتعمل وفق تصريح من السلطة الوطنية الفلسطينية.

دائرة الرقابة والتدقيق : دائرة الرقابة والتدقيق بالوزارة .

الإدارة العامة لبرنامج تأهيل الأسرى المحررين : الإدارة العامة لبرنامج تأهيل الأسرى المحررين في وزارة الأسرى .

دائرة التعليم : دائرة التعليم في الإدارة العامة لبرنامج تأهيل الأسرى المحررين في الوزارة .

دائرة التدريب : دائرة التدريب في الإدارة العامة لبرنامج تأهيل الأسرى المحررين في الوزارة .

دائرة التأمين الصحي : دائرة التأمين الصحي في الإدارة العامة لبرنامج تأهيل الأسرى المحررين في الوزارة .

دائرة الاتصال بالسجون : دائرة من دوائر الإدارة العامة لشؤون الأسرى والمحررين .

المقصف : الحاجات التي يتم شراؤها بالمصروف الشهري الذي يصل للأسير .

**أولاً : نظام تأمين الوظائف للأسرى المحررين**

**مادة (3)**

أ‌- لكل أسير محرر الحق في أن تؤمن له وظيفة في إحدى وزارات أو أجهزة السلطة إذا توفرت فيه الشروط التالية:–

1– أن يكون قد أمضى فترة من خمس سنوات فما فوق داخل الأسر بسبب مقاومته للاحتلال دون استثناء سواء كانت هذه الفترة على مرة واحدة أو بفترات متقطعة.

2– أن تكون هذه الفترة / الفترات مثبتة بأوراق رسمية صادرة عن منظمة الصليب الأحمر أو شهادة من الوزارة المسؤولة تثبت صحة اعتقاله .

3– يمكن للأسرى الذين اعتقلوا قديماً أو اعتقلوا في السجون في السجون العربية على خلفية نضاله للقضية ولا يمتلكون الأوراق الرسمية الصادرة عن الصليب الأحمر، الحصول على ما يثبت صحة اعتقاله ومصدقة من الوزير .

4– أن لا يكون الأسير المحرر يعمل في أي مؤسسة رسمية أو أهلية يتقاضى منها راتب دوري .

5– أن لا يكون له مصدر رزق آخر سواء من تجارة أو إدارة معمل أو مصنع أو مكتب خدمات يدر عليه دخلاً مناسباً.

6–أن لا يمتلك عقارات وأملاك منقولة أو غير منقولة تدر عليه دخلاً دائماً يمكنه من الحياة الكريمة .

7–استثناءاً تنطبق نفس الشروط على الأسيرات اللاتي امضين فترة لا تقل عن عامين ونصف داخل الأسر، وينقطع هذا الراتب المقطوع عند حصولها على عمل .

**مادة (4)**

الأسير الذي أمضى ما يزيد عن ثلاث سنوات داخل الأسر، وأصيب أثناء الاعتقال أو بسببه بمرض عضال أقعده عن العمل يمكن النظر في ملفه للاستفادة من الراتب المقطوع بعد توفر الشروط الواردة في المادة (3) إضافة إلى التالي :

1– أن تكون إصابته بالمرض أثناء الاعتقال أو بسببه .

2– أن لا يكون قد تلقى أي تعويضات عن هذه الإصابة .

3– أن يثبت عدم مقدرته على العمل بتقرير طبي صادر عن لجنة طبية حكومية .

4– أن لا يكون مستفيداً من أي مؤسسة أخرى بسبب إعاقته .

**مادة (5)**

أ– تتسلم الإدارة العامة للشؤون الإدارية والمالية عبر الموظف المختص من الأسير المحرر كافة الأوراق الثبوتية اللازمة، وتتأكد من مطابقتها للشروط .

ب– يعد الموظف المختص ملفاً خاصاً لكل أسير محرر يتضمن الأوراق الثبوتية والتوصيات اللازمة.

ج– يرتب الموظف المختص ملفات الأسرى وفقاً لسنوات الاعتقال التي أمضاها داخل الأسر.

د– تعرض كافة الملفات الجاهزة مرفقة بتقرير عنها على الوزير وذلك للمصادقة عليها .

هـ– ترسل الإدارة العامة للشؤون الإدارية نسخة عن الملف لديوان الموظفين العام ونسخة أخرى لوزارة المالية.

و– يتم تبليغ الأسير المحرر برد ديوان الموظفين العام، ووزارة المالية ويتم العمل على استكمال للنواقص الموجودة في الملف من خلال وزارة شؤون الأسرى والمحررين .

**مادة (6)**

المركز الفلسطيني للدفاع عن الأسرى

أ– بعد استكمال الإجراءات الخاصة بتعيين الأسير المحرر يتم توزيع الأسرى المحررين على الشواغر في الوزارات والأجهزة والمؤسسات الحكومية الأخرى وذلك بدلاً من موظف شاغر أو اعتماد مالي حديث وفقاً لقانون الموازنة العامة السنوي .

ب– تحدد درجة الأسير المحرر الوظيفية استناداً إلى عدد السنوات التي أمضاها في الأسر، والشهادات العلمية الحاصل عليها .

ج– في حال عدم وجود شاغر يفرز على (منتدى الثقافة والتنمية ) بعد إنشاءه و يصرف للأسير المحرر راتب مقطوع بشكل شهري.

د– يحصل الأسرى المحررين الذين أمضوا خمس سنوات فما فوق على الدرجات المبينة في الجدول التالي وما يقابلها من رتب يحدد حسب سلم الرواتب للوظائف المعمول به من قبل وزارة المالية لكافة موظفي السلطة الوطنية الفلسطينية وفق قانون الخدمة المدنية .

| عدد سنوات السجن | الدرجة المدنية | الرتبة العسكرية |
|---|---|---|
| 5 سنوات وأقل من 7 سنوات | رئيس قسم | ملازم |
| 7 سنوات وأقل من 8 سنوات | نائب مدير | نقيب |
| 8 سنوات وأقل من 10 سنوات | مدير C | رائد |
| 10 سنة وأقل من 15 سنة | مدير B | مقدم+ أقدمية |
| 15 سنة وأقل من 20 سنة | مديرA | عقيد+ أقدمية |
| 20 سنة وأقل من 23 سنة | مدير عام | عميد |
| 23 سنة وأقل من 25 سنة | وكيل مساعد | عميد |
| 25 سنة وما فوق | وكيل وزارة | عميد بأقدمية |

وفي حالة شغل أي منهم لوظيفة مدنية أو عسكرية يلزم استكمال كافة المستلزمات العلمية المطلوبة لهذه الوظيفة .

هـ– يتم العمل بما يلي :

يمنح الأسرى المحررين درجاتهم المستحقة .

من يملك الإمكانيات للعمل يتم ترشيحه للعمل في المؤسسة المدنية أو العسكرية مع الرتبة التي يتم منحها له.

و–الأسرى الذين أمضوا أقل من خمس سنوات، ولا ينطبق عليهم ما ورد في البند 7/3، والمادة الرابعة من اللائحة التنفيذية لقانون الأسرى والمحررين يستفيدون من دورة بطالة مدتها ستة شهور .

ز– تقدم للأسرى المحررين حديثاً للمساهمة في بناء مستقبلهم المساعدات المالية الفورية لهم حسب الجدول التالي :

| أقل من عام يصرف له | ($500) |
|---|---|
| أكثر من عام وحتى ثلاث سنوات يصرف له | ($1000) |
| أكثر من 3 سنوات وحتى 5 سنوات ويصرف له | ($2000) |
| أكثر من 5 سنوات وحتى 8 سنوات يصرف له | ($3000) |
| أكثر من 8 سنوات وحتى 11 سنوات يصرف له | ($4000) |
| أكثر من 11 عام وحتى 15 عام يصرف له | ($5000) |
| أكثر من 15 عام وحتى 18 عام يصرف له | ($6000) |
| أكثر من 18 عام وحتى 21 عام يصرف له | ($7000) |
| أكثر من 21 عام وحتى 25 عام يصرف له | ($8000) |
| أكثر من 25 عام يصرف له | ($10000) |

ح– الأسرى المحررين الذين لم يتقاضوا راتب شهري عن فترة اعتقالهم يمكنهم الحصول على مستحقاتهم عن هذه الفترة كمتأخرات عبر وزارة شؤون الأسرى والمحررين.

## مادة (7)

يعتبر الراتب المقطوع حق شخصي للأسير المحرر أثناء حياته لا يجوز بأي من الأحوال تحويله إلى منتفع آخر .

## مادة (8)

1– يوقف صرف الراتب المقطوع عن الأسير المحرر في الحالات التالية:–

أ– إذا مارس أو اتضح انه يمارس مهنة أخرى تدر عليه أجراً دورياً.

ب– إذا أعيد اعتقاله من قبل جيش الاحتلال الإسرائيلي، يحول في هذه الحالة إلى متضرر ويعتمد الراتب المصروف من وزارة شؤون الأسرى والمحررين.

ج– إذا مارس وظيفته في حالة وجود شاغر في أحد المؤسسات أو الأجهزة أو الوزارات الحكومية وينتقل بذلك إلى ملاك الجهة المعنية ويحصل على راتب كامل .

د– إذا توفي ينتفع ورثته من الراتب وفقاً للتالي :–

الأسير المتزوج :

1–الزوجة والأبناء القصر ينتفعوا بما قيمته 75% من الراتب .

2– آخر الأبناء القصر أو البنات الغير متزوجات ينتفعوا بما قيمته 50% من الراتب .

الأسير الأعزب :

المركز الفلسطيني للدفاع عن الأسرى

1- الوالد والوالدة (شرط أن يكون المتوفي هو المعيل لهما أثناء حياته) + الأشقاء القصر ينتفعوا بما نسبته75%.
من الراتب .

2- آخر شقيق قاصر أو البنت غير المتزوجة ولا تعمل ينتفعوا بما نسبته 50% من الراتب .

هـ- إذا طلب منه الالتحاق بأحد الجهات الرسمية التي بها شواغر، ورفض الامتثال لهذا الطلب

**ثانياً : نظام صرف رواتب شهري للأسير وأسرته**

**مادة (9)**

لكل أسير فلسطيني أو عربي داخل السجون والمعتقلات الإسرائيلية الحق في أن يتلقى راتباً شهرياً وصرف له أو
لأسرته إذا توافرت فيه الشروط التالية:-

أ- إذا كان اعتقاله بسبب مقاومته للاحتلال.

ب-إذا لم يكن يتلقى راتباً شهرياً من أي مؤسسة حكومية أو غير حكومية أخرى.

**مادة (10)**

على ذوي الأسير إحضار الأوراق الثبوتية التالية :

1- شهادة أصلية من الصليب الأحمر تفيد باعتقاله، ويتم تجديد هذه الورقة كل3. شهور، للأسير الذي مازال قيد
التوقيف، وكل عام للأسير المحكوم .

2- لائحة الاتهام الصادرة من النيابة العسكرية الإسرائيلية.

3- صورة البطاقة الشخصية للأسير.

4- صورة عن البطاقة الشخصية لوكيل الأسير.

5- صورة عن شهادة الزواج إذا كان متزوج.

6- صورة عن شهادات ميلاد الأبناء.

7- رقم حساب باسم الوكيل في إحدى البنوك داخل أراضي السلطة الوطنية.

8- قرار الحكم إذا ما صدر عليه حكم من المحاكم الإسرائيلية.

**مادة (11)**

يتم تسليم كافة الأوراق الثبوتية للموظف المختص في المقر الفرعي لوزارة الأسرى في مكان سكن الأسير، وإن لم يكن
من سكان المناطق التي تقع تحت إشراف السلطة الوطنية الفلسطينية، يتم تسليم الأوراق في أقرب مقر فرعي لمكان
سكناه.

**مادة (12)**

إذا كان الأسير متزوج، فزوجته هي الوكيل الشرعي له، وإن كان غير متزوج أحد والديه، ويمكن للأسير أن يوكل
شخص آخر لاستلام راتبه بموجب وكالة صادرة من الصليب الأحمر ومذيلة بتوقيعه.

**مادة (13)**

تعد الإدارة العامة لشؤون الأسرى ملفاً خاصاً يتضمن كافة الأوراق الثبوتية للأسير وملاحظاتها على الملف والمقدار
المحدد للراتب المقرر صرفه وفقاً للحالة، وتعرض الملف كاملاً على دائرة الرقابة والتدقيق للتيقن من صحة الأوراق
وتطابق الراتب مع محتويات الملف.

**مادة (14)**

يسري اعتماد الملف للأسير مالياً عند التأكد من عدم تقاضيه راتب من أي مؤسسة حكومية أو خاصة بمجرد اكتمال
جميع الأوراق ووجود لائحة اتهام في الملف، وفي حالة عدم وجود لائحة اتهام يتم اعتماده إذا كان اعتقاله إدارياً .

**مادة (15)**

يتم صرف الراتب من تاريخ اعتماد الملف وليس من تاريخ الاعتقال، والفترة الواقعة بين تاريخ الاعتقال وتاريخ
الاعتماد لمن يتم اعتماده تصرف كمتأخرات رواتب بعد الاعتماد .

**مادة (16)**

إذا كان الأسير متزوج من أكثر من زوجة، تحصل كل منهما على راتب الأسير كاملاً لمدة خمسة عشر عاماً، إذا ما
بقي الأسير في الأسر، ويعد ذلك يتم دراسة ملف الأسير والبت في الراتب، آخذين بعين الاعتبار كبر أولاد الأسير
وتقسيم زيادة الراتب الناتج عن زيادة سنوات الاعتقال مناصفة بين الزوجتين.

**مادة (17)**

تصرف علاوة خاصة للأسرى من سكان القدس لدعم صمودهم، ونظراً لارتفاع مستوى المعيشة لديهم.

**مادة (18)**

يصرف الراتب للأبناء حتى سن 18 سنة، وللبنت غير المتزوجة والتي لا تعمل .

**مادة (19)**

يوقف صرف الراتب في الحالات التالية :

1- إذا تحرر الأسير من الأسر .

2- إذا توفي الأسير داخل الأسر يحول إلى راتب متوفي وفقاً للتالي .

الأسير المتزوج :

1- ينتفع الزوجة والأبناء القصر بما قيمته 75% من الراتب .

المركز الفلسطيني للدفاع عن الأسرى

2– ينتفع آخر الأبناء القصر أو البنات غير المتزوجات بما قيمته 50% من الراتب .

الأسير الأعزب :

1– ينتفع الوالد والوالدة (شرط أن يكون المتوفي هو المعيل الوحيد لهما أثناء حياته،) والأشقاء القصر بما نسبته 50% من الراتب .

2– آخر شقيق قاصر والشقيقة غير المتزوجة ولاتعمل ينتفعون بما نسبته 50% من الراتب .

**مادة (20)**

يتم صرف الراتب للأسير إستناداً للسنوات التى أمضاها فى الأسر وفقاً للجدول التالى :

| عدد سنوات الأسر | الراتب الأساسي بالشيكل | علاوة الزوجة بالشيكل | علاوة الأبناء حتى سن 18 سنة بالشيكل | علاوة القدس بالشيكل |
|---|---|---|---|---|
| من بدء الأسر وأقل من 5 سنوات | 1000 | 300 | 50 لكل ابن / ابنة | 300 |
| من 5 سنوات وأقل من 10سنوات | 1300 | 300 | 50 لكل ابن / ابنة | 300 |
| من 10سنوات وأقل من 15 سنة | 2000 | 300 | 50 لكل ابن/ ابنة | 300 |
| من 15 سنة وأقل من 17سنة | 2500 | 300 | 50 لكل ابن/ ابنة | 300 |
| من 17سنة وأقل من 20 سنة | 3000 | 300 | 50 لكل ابن/ ابنة | 300 |
| من 20سنة وأقل من 25سنة | 3500 | 300 | 50 لكل ابن/ ابنة | 300 |
| أكثر من 25 سنة | 4000 | 300 | 50 لكل ابن/ ابنة | 300 |

**مادة (21)**

تبدأ رواتب الأسرى من الحد الأدنى للأجور في السلطة الوطنية الفلسطينية ويربط الراتب الأساسي بجدول غلاء المعيشة.

ثالثاً : نظام إعفاء الأسرى المحررين من رسوم التعليم المدرسي والجامعي ورسوم الدورات التأهيلية

**مادة (22)**

أ– لكل أسير محرر الحق في الإعفاء من رسوم التعليم المدرسي والجامعي ورسوم الدورات التأهيلية في نطاق البرامج التي تنظمها الجهات الرسمية المختصة، إذا توافرت فيه الشروط التالية:

1– أن يكون قد أمضى فترة لا تقل عن خمس سنوات أو الأسيرة التي أمضت فترة لا تقل عن ثلاث سنوات داخل الأسر بسبب مقاومته للاحتلال، سواء على فترة واحدة أو فترات متقطعة، وإن تكون هذه الفترة مثبتة بأوراق رسمية صادرة عن منظمة الصليب الأحمر.

2– الأسير الذي لا يستطيع إحضار الأوراق الرسمية الصادرة عن الصليب الأحمر بسبب قدم فترة الاعتقال يمكنه إحضار ورقة إثبات اعتقال مصادق عليها من الوزير .

ب– تستمر الخدمات التي يقدمها برنامج تأهيل الأسرى المحررين بتقديم خدمة للأسير المحرر بغض النظر عن المدة التي أمضاها داخل الأسر وفقاً للشروط المتفق عليها بين البرنامج والدول المانحة، والسياسة المتبعة من قبل البرنامج.

**مادة (23)**

أ – الأسير المحرر الذي يستفيد من خدمة التعليم عليه إحضار المستندات التالية:–

1– شهادة إثبات اعتقال ( صليب احمر ).

2– آخر شهادة تعليمية حصل عليها .

3– شهادة قيد في الجامعة ( من يرغب في الاستفادة من التعليم الجامعي ) .

4– صورة بطاقة هوية للأسير.

ب – حتى يستفيد الاسير المحرر من خدمة التامين الصحي عليه إحضار المستندات التالية:

1– شهادة إثبات اعتقال ( صليب احمر).

2– صورتين شخصية + صورة للمستفيدين معه من التامين.

3– صورة عن بطاقة هوية الاسير.

ج – لكي يستفيد الأسير المحرر من خدمة التدريب في الدورات التأهيلية التي تنظمها الجهات المختصة، عليه إحضار المستندات التالية :

1– شهادة إثبات اعتقال ( صليب احمر ).

2– آخر شهادة تعليمية حصل عليها.

3– صورة عن بطاقة هويته.

**مادة (24)**

1– تتسلم الإدارة العامة لبرنامج تأهيل الأسرى المحررين وعبر موظفيها المختصين من الأسرى المحررين كافة الأوراق الثبوتية اللازمة وتتأكد من صحتها ومطابقتها للشروط.

2– يعد الموظف المختص ملف خاص لكل أسير محرر يتضمن الأوراق الثبوتية والتوصيات اللازمة.

3– كافة المراجعات بخصوص طلبات الاستفادة من الإعفاء تتم عند الموظف المختص .

4- على الأسير الذي يرغب بالاستفادة من الإعفاء من رسوم الدورات التدريبية التوقيع على تعهد بعدم الانقطاع عن الاستفادة من هذه الخدمة .

**مادة (25)**

الإدارة العامة لبرنامج تأهيل الأسرى المحررين هي الجهة الوحيدة المختصة بمراسلة الجهات التي يرغب الأسير الاستفادة منها، وهي الجهة الوحيدة المخولة بتلقي الردود .

**مادة (26)**

1- لالاستفادة من الإعفاء من الرسوم المدرسية والجامعية، والاستفادة من الإعفاء من الدورات التأهيلية هو حق شخصي للأسير المحرر لا يجوز التنازل عنه لغيره.

2- يتم خصم رسوم التأمين الصحي شهرياً للأسير المحرر الذي يتقاضى راتب مقطوع من راتبه الشهري المقطوع .

**مادة (27)**

1- الأسير الذي يزيد دخله عن ثلاث آلاف شيكل لا يعفى من رسوم الجامعة إلا إذا كان عنده أكثر من ولد .

2- الأسير الذي عنده أكثر من ولد ودخله يزيد عن خمسة آلاف شيكل لا يعفى من رسوم الجامعة.

**مادة (28)**

1- لالاستمرار في الاستفادة من الإعفاء من رسوم التعليم الجامعي على الأسير المحرر أن يحصل على معدل تراكمي يزيد عن 60% .

2- للاستمرار في الاستفادة من الإعفاء من رسوم التدريب على الأسير الالتزام بعدم الانقطاع عن التدريب .

**مادة (29)**

تقدم خدمة الإعفاء من رسوم التعليم الجامعي لمرة واحدة.

**مادة (30)**

استثناءً يمكن للأسرى الذين أمضوا فترة أقل من 5 سنوات والأسيرات اللاتي أمضين فترة أقل من ثلاث سنوات، الاستفادة من خدمة التأمين الصحي لمدة عام واحد .

**مادة (31)**

يتم التوقف عن تقديم الخدمات للأسير في الحالات التالية:

1- إذا استمر انقطاعه عن الاستفادة من خدمة التدريب.

2- إذا لم يحصل ولفصلين متتاليين على معدل تراكمي 60% وما فوق للمستفيدين من خدمة الإعفاء من رسوم التعليم الجامعي .

3- إذا توفي الأسير لا ينتقل الحق في الاستفادة لورثته.

4- استثناءً تستمر عائلة الأسير من الاستفادة من الإعفاء من رسوم التأمين الصحي في حالة وفاته .

رابعا : نظام تأمين مصروف شهري للأسير داخل السجن وبدل ملابس مرتين سنوياً.

**مادة (32)**

يحق لكل أسير داخل السجن أعتقل على خلفية مقاومة الاحتلال، ويتواجد بين بقية الأسرى، أو موجود في العزل الانفرادي كإجراء عقابي من إدارة المعتقل، يحق له أن يحصل على مصروف شهري وبدل ملابس بمعدل مرتين في العام بغض النظر عن انتمائه الحزبي والتنظيمي .

**مادة (33)**

يحصل كل أسير على مصروف شهري داخل الأسر (الكنتينة) المعمول به في الوزارة والمتفق عليه مع وزارة المالية .

**مادة (34)**

دائرة الاتصال بالسجون في الإدارة العامة لشؤون الأسرى والمحررين هي الجهة الوحيدة المخولة بتوزيع المصروف على الأسرى وفقاً للإجراءات التالية:

1- تحصل الدائرة على الأعداد الصحيحة عن عدد الأسرى في كل سجن استنادا لاتصالاتها مع كل سجن على حدى .

2- تعد الدائرة قوائم خاصة بأسماء الأسرى وأرقام الحسابات الخاصة بهم داخل السجن.

3- تجهز الدائرة أذنات الصرف المطلوبة وفقاً لعدد الأسرى واستناداً للقوائم التي لديها وتوقعها من الوزير لتسيير عملية الصرف .

4- للدائرة الصلاحيات ووفقا لتقديراتها أن ترسل المصروف على رقم كل أسير على حدى، أو أن تقسم المبالغ على مجموعات وفقا للحاجة .

5- على الدائرة أن تحتفظ بصورة عن كل أذن صرف يصدر .

**مادة (35)**

في حالة حدوث تنقلات واسعة في السجون، لدائرة الاتصال بالسجون وبعد إجرائها لاتصالاتها اللازمة أن تحدد آلية الصرف وفقا للحاجة لكل سجن على حدى، ونفس الشيء يسري في حالة حدوث تفتيش ومصادرة لمقتنيات الأسرى في السجن.

**مادة (36)**

في حالة حدوث اضطرابات عامة في السجون، واعتداء إدارة السجن على الأسرى ومصادرة مقتنياتهم، يمكن للوزير في اقرب فرصة التقدم بطلب عاجل لتقديم مساعدة طوارئ للأسرى توزع وفقاً لحاجة كل سجن.

**مادة (37)**

يصرف بدل ملابس للأسرى بمعدل مرتين في السنة بقيمة 400 شيكل كل مرة لوكيل الأسرى زيادة على راتبه، مرة في منتصف السنة وأخرى في آخر السنة من خلال وزارة المالية .

**مادة (38)**

يفقد الأسير حقه في تلقي المصروف الشهري وبدل الملابس في الحالات التالية:

1- إذا تحرر الاسير من المعتقل.

2- إذا توفي الاسير داخل المعتقل.

3- إذا قطع الأسير علاقته بمجموع الأسرى وآثر الحياة الانفرادية لأسباب تتعلق مع المجموع الوطني الأسير .

**مادة (39)**

بعد الاتفاق مع الطرفين وزارة المالية ووزارة شؤون الأسرى والمحررين يصدر قرار مجلس الوزراء بالخصوص .

**مادة (40)**

على جميع الجهات المختصة، كل فيما يخصه تنفيذ هذا القرار ويعمل به من تاريخ صدوره، وينشر في الجريدة الرسمية .


أحمد قريع

رئيس مجلس الوزراء

المصدر / موقع الحملة الدولية التابع لوزارة شؤون الأسرى والمحررين

 اضافة رد   طباعة   حفظ

تعليقات سابقة

1  يقطع الراتب

| الأسم : سامي مصطفى ابو بكر |
|---|
| البلد : الجديد النابلس |

بسم الله الرحمن الرحيم انا اسير معنون هرجعت من السجن فتاريخ 2010/6/13 عملت وزارة الأسرى على اول اب راتب عطلته لي لمدة 6 شهور ، وبعد ذلك عملت على قطع الراتب مع العلم اني محبست 6 سنوات في السجون الصهيونية وحدة 5 شهور ، و راتب مقطوع وكلما سئلت عن السبب قالو لي للظلمت في اعطائه وان اليه يحاسب المرتب على موقف عطلني والشهر القادم ح ترجع وهي فاتت 5 شهور واحد على الرغم هل بعث مع العلم اني مزوج وذوي عطفه وانا طالب و اب جامعة النجاح وزجتي طالبه في جامعة القدس مع العلم انا داخل السجن لم يبرئ لي سوى 1300 شكل فقط بعد قضت 5 سنوات وتم دفع المرتب عني 5 شهور وانا تلقيت زيارة الراتب التي هي المفروض لي يبرئ لي سوى نصف ، 5 سنوات واحد التي ان لم يتم انزل الصفحة المحدوده من الرئيس انوكم ساعي ابو بكر اسير مزوج من السجن قبل سنة هذا هو الحال ارجو ان يقدم لنا المساعده انكم بمخلصكم

683986                                            عودة للخلف>>                                            2011