# EXHIBIT 2



**The State of Palestine**

**The Council of Ministers**

General Secretariat   Sessions and Resolutions   The Information Center   Government Strategy
Studies and Articles   Electronic Services   Health Regulations   Contact Us

Homepage > Service Directory > Renewal of allocations and financial settlements

# Renewal of allocations + Financial Settlements

## The issuing entity:

The General Directorate for Prisoners and Ex-Prisoners

## The beneficiary category:

Incarcerated and released prisoners

## Website

## Description of the Service

**Renewal of allocations + Financial Settlements**

**Sites and branches at which the service is provided**

- The headquarters of the Commission (Ramallah-Al-Bireh District) and branches (Ramallah - Jerusalem - Hebron - Bethlehem - Nablus - Jenin - Tul Karm - Qalqilyah - Salfit -

Tubas - Jericho), along with the branches in the southern districts (Gaza Strip)

## Conditions for receiving the service

- **1 -** Renewal of allocations concerning incarcerated prisoners, including both government employees and those who are not government employees. Renewal of allocations will be done for each accredited security-related prisoner, and the renewal will be done every three months for incarcerated prisoners, and for those sentenced for a term near the release date – in accordance with the verdict relevant to the prisoner.

- **2 -** Financial arrangements concerning ex-prisoners. An assessment of the prisoner's financial situation will be done after he is released, and after the required documents are presented. After that, all of the financial allowances and unemployment benefits will be disbursed to the prisoner, and the settlement will be done for both government employees and those that are not government employees, all in accordance with the regulations and statutes.

## Required documents

| Document | Number of copies |
|---|---|
| 1 - Documents required for the disbursal and for the renewal procedure for the prisoner: | 0 |
| a) A signed Red Cross certificate with a recent date, and for sentenced prisoners, a Red Cross certificate stating the period of the sentence and the verdict itself, in Hebrew. | 0 |
| 2 – The financial settlement | 0 |
| a) A signed Red Cross document with the date of arrest, date of release and verdict, in Hebrew, or administrative documents for prisoners sentenced to administrative detention, is required. | 0 |

**Actions**

| Action | Period of time |
|---|---|
| 1 - The requests for renewal and financial settlements are received from the branch bureaus. Lists and reports are prepared for the Legal Department for approval, after which they are sent to the Salaries Department for execution. Next, they are sent to oversight by the Salaries Department. | The completion of this procedure will require over two weeks between the verification, authorization and allocation |

**Fees**

| Amount | Fees |
|---|---|

**Questions and comments may be referred to:**

| Organization | Phone number | E-mail |
|---|---|---|
| The General Directorate for Prisoners and Ex-Prisoners | | |

## Forms

| Form |
|---|
| |

Homepage | Contact Us

Copyright © 2020 The General Secretariat of the Council of Ministers.

All rights reserved.

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing pages contains an accurate translation into English of the Arabic document attached.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 4 November 2020.

Yaniv Berman



- **English**

- الامانة العامة

- جلسات وقرارات

- المركز الإعلامي

- استراتيجية الحكومة

- دراسات ومقالات

- الخدمات الإلكترونية

- البروتوكول الصحي

- اتصل بنا

- الرئيسية

- دليل الخدمات

- منحة الإفراج

## منحة الإفراج

الجهة المقدمة للخدمة
الادارة العامة لشؤون الأسرى والمحررين
الفئة المستفيدة
الأسرى المحررين والذين قضوا سنة في السجن فأكثر
الموقع الإلكتروني
وصف الخدمة
خدمة تصرف للاسير المحرر (كنفقة)
أماكن وفروع تقديم الخدمة

- مقر الهيئة (محافظة رام الله والبيرة)- المديريات (رام الله - القدس - الخليل - بيت لحم - نابلس - جنين - طولكرم- قلقيلية - سلفيت - طوباس - أريحا) بالإضافة إلى مديريات المحافظات الجنوبية (قطاع غزة)

شروط الحصول على الخدمة

- 1-أن يكون الأسير المحرر قضى عاما فأكثر في السجون الاسرائيلية .
- 2- أن يكون حكم على قضية امنيه
- 3- أن يقوم الأسير بإحضار المعززات اللازمة للصرف .
- 4- احضار شهادة صليب اصلية للأسير
- 5- احضار لائحة اتهام واضحة
- 6-احضار قرار حكم واضح
- 7-صورة هوية الاسير
- 8-كتاب من البنك موضح فيه رقم الحساب والايبان بالدولار

الوثائق المطلوبة

| عدد النسخ | الوثيقة |
|---|---|
| 1 | 1-شهادة صليب اصلية |
| 1 | 2-لائحة اتهام واضحة |

| عدد النسخ | الوثيقة | |
|---|---|---|
| | 1 | 3- قرار حكم واضح |
| | 1 | 4- صورة هوية الاسير |
| | 1 | 5- حساب بنكي للاسير وايبان دولار |

الإجراءات

| المدة الزمنية | الإجراء | |
|---|---|---|
| 0 | 1- يتم استلام الوثائق اللازمو المطلوبة من الاسير او ذويه |
| 0 | 2- تدقيق معاملات المديريات |
| 0 | 3- ارسالها في كشوفات موضح فيها الأسماء ومرفقة بالملفات لكل اسير |
| 0 | 4- يتم فرز المنح وفق لسنوات الافراج |
| 0 | 5- يتم عمل كشوفات وقوائم لكل فئة من المنح |
| 0 | 6- ترفع الكشوفات للدائرة القانونية للتأكد من أمنية السجنة |
| 0 | 7- ترفع كشوفات بالاسماء لصرفها الى الدائرة المالية |
| 0 | 8- يتم صرف المنح لحوالات بنكية فقط للاسير نفسه |
| 0 | 9- تصرف المنح بشيكات شخصية للاسير في بعض الحالات وتحول الى قريب درجة أولى كالأب او الشقيق |

الرسوم

| المبلغ | الرسوم |
|---|---|
| مجاناً | |
| مجانا | 0 |

الجهة المختصة للإستفسار

| البريد الإلكتروني | الهاتف | الجهة |
|---|---|---|
| | 2408604 | الادارة العامة لشؤون الأسرى والمحررين |

النماذج

**النموذج**

[منحة الإفراج](#)

- **قرارات مجلس الوزراء**

  - [قرارات جلسة مجلس الوزراء رقم (80) بتاريخ 26/10/2020م](#)
  - [قرارات جلسة مجلس الوزراء رقم (79) بتاريخ 19/10/2020م](#)
  - [قرارات جلسة مجلس الوزراء رقم (78) بتاريخ 12/10/2020م](#)
  - [قرارات جلسة مجلس الوزراء رقم (77) بتاريخ 07/10/2020م](#)

[المزيد](#)

- **خطط الحكومة**

  - [خطة تنمية العنقود الزراعي في قلقيلية](#)
  - [أجندة السياسات الوطنية 2017-2022](#)
  - [الخطة الوطنية الفلسطينية للإنعاش المبكر وإعادة الإعمار في غزة لعامي 2009- 2010](#)
  - [خطة الإصلاح والتنمية الفلسطينية 2010 – 2008](#)

المزيد

- الصفحة الرئيسية

- اتصل بنا

حقوق التأليف والنشر © 2020 الامانة العامة لمجلس الوزراء.
جميع الحقوق محفوظة.