# EXHIBIT 4

## The [Palestinian] Authority Resists Pressure from the Occupation to Halt Salaries to Prisoners and Martyrs



The Palestinian Authority announced that it refused to bow to Israeli pressure that would force it to halt the payment of monthly allowances to prisoners and the families of martyrs.

Al-Alam - Palestine

Ibrahim Milham, the spokesman of the government in Ramallah, issued the following statement: "The government confirms that it refuses to bow to Israeli pressure, will remain loyal to the prisoners and the martyrs, and will preserve their rights, regardless of how much pressure is applied."

Milham said that Prime Minister Muhammad Shtayyeh had instructed that a committee be formed, headed by Azzam a-Shawwa, the Governor of the Palestinian Monetary Authority, [with a representative of] the Commission for Prisoners and Ex-Prisoners (which is subject to the Palestine Liberation Organization) and a representative of the Ministry of Finance, in order to study possible responses to the Israeli threats.

Released prisoners have complained that some of the Palestinian banks have closed their accounts, supposedly because the occupation authorities had threatened them.

Recently, the Palestinian Prisoner Society revealed that the occupation authorities issued a military directive to monitor and punish all individuals, organizations and banks working with prisoners and their families, and opening bank accounts for them.

The decision aims to prevent the monthly salaries provided by the Palestine Liberation Organization from reaching the families of those who are currently incarcerated, and those who were once

incarcerated.

According to official Palestinian data, the number of Palestinian prisoners in the prisons of the Israeli occupation is now approximately 5,000, of which 200 are children, and 700 are suffering from various illnesses.

Case 1:04-cv-00397-GBD-RLE   Document 1017-4   Filed 11/12/20   Page 3 of 5

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing pages contain an accurate translation into English of the Arabic document attached.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 6 November 2020.

Yaniv Berman

## السلطة ترفض ضغوط الإحتلال لوقف رواتب الأسرى والشهداء



الجمعة ٠٨ مايو ٢٠٢٠ - ٥١:٠٤ بتوقيت غرينتش

أعلنت السلطة الفلسطينية، رفضها الخضوع للضغوط الإسرائيلية لإجبارها على وقف المخصصات المالية الشهرية للأسرى وذوي الشهداء.

العالم - فلسطين

وقال المتحدث باسم الحكومة في رام الله إبراهيم ملحم، في بيان: إن "الحكومة تؤكد رفضها الخضوع للضغوط الإسرائيلية، وستظل وفية للأسرى والشهداء ومحافظة على حقوقهم مهما بلغت الضغوط".

وأشار ملحم أن رئيس الوزراء محمد اشتية، أوعز بتشكيل لجنة برئاسة محافظ سلطة النقد عزام الشوا، وهيئة شؤون الأسرى والمحررين التابعة لمنظمة التحرير (وممثل عن وزارة المالية لدراسة سبل الرد على التهديدات الإسرائيلية).

واشتكى أسرى محررون، بقيام بعض المصارف الفلسطينية، باغلاق حساباتهم، بذريعة ممارسة سلطات الاحتلال تهديدات بحقهم.

وكان "نادي الأسير" الفلسطيني، قد كشف مؤخرا، عن إصدار سلطات الاحتلال، أمرا عسكريا يقضي بملاحقة ومعاقبة جميع الأشخاص والمؤسسات والمصارف، التي تتعامل مع الأسرى وعائلاتهم وتفتح حسابات بنكية لهم.

ويهدف القرار إلى منع وصول الرواتب الشهرية، التي تقدمها منظمة التحرير الفلسطينية، لأهالي المعتقلين الحاليين، والمعتقلين السابقين.

ويبلغ عدد المعتقلين الفلسطينيين في سجون الاحتلال الإسرائيلي، حوالي 5 آلاف، منهم 200 طفل و700 يعانون من أمراض مختلفة، بحسب بيانات رسمية فلسطينية.