# EXHIBIT 5

Translation of the Speech by Mahmoud Abbas on May 19, 2020

[https://tinyurl.com/yxcppq4c]

We vow to our honorable martyrs and heroic prisoners (just now, the Israelis have asked the banks not to pay the prisoners, but we shall keep paying them, no matter how much the [Israelis] scream) and to our heroic wounded people, that we'll be true to our pledge and faithful to our word, until we achieve victory, freedom, independence and [the right of] return, so that we may, together, hoist the flag of Palestine over the Al-Aqsa mosque and the Church of the Holy Sepulchre, in our Jerusalem, the eternal capital of our state, Palestine.

May the peace, mercy and blessings of Allah be upon you. Thank you, to all of you.

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language transcript.

3. The transcript accurately records a speech delivered by Mahmoud Abbas, as published in a video on Facebook, available at https://tinyurl.com/yxcppq4c.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 6 November 2020.

_____
Yaniv Berman

[https://tinyurl.com/yxcppq4c]

ونعاهد شهداءنا الأكرمين وأسرانا البواسل (الآن طلبوا من البنوك ان لا تدفع للأسرى، راح ندفع للأسرى غصبن عن أبوهم) وجرحانا الأبطال، أن نظلّ الأوفياء للعهد والقسم حتّى النصر والحرّيّة والاستقلال والعودة، لنرفع معًا علم فلسطين فوق المسجد الأقصى وكنيسة القيامة، في قدسنا العاصمة الأبدية لدولتنا فلسطين، والسلام عليكم ورحمة الله وبركاته وشكرًا لكم جميعًا.