# EXHIBIT 6



**WAFA News Agency**

**Abu Bakr: The banks are continuing to disburse salaries of prisoners and martyrs' families until a dedicated banking institution is established for them**

Ramallah, June 1, 2020 – WAFA

Qadri Abu Bakr, the chairman of the Prisoners and Ex-Prisoners Affairs Commission, stated that the banks would continue paying the salaries of prisoners and of martyrs' families until a dedicated banking institution is set up for them. During a telephone conversation with WAFA, he added that a meeting was held yesterday, at the behest of President Mahmoud Abbas and in the presence of Prime Minister Muhammad Shtayyeh, as well as the President's legislative advisor Ali Muhana, the Finance Ministry, the Commission of Prisoners and Ex-Prisoners Affairs, the Palestine Monetary Authority, and representatives of the banks.

During the meeting, an agreement was reached, calling for the allowances of the prisoners and of the martyrs' families to continue being paid until the Lending Banking Institution, an organization under the Palestine Liberation Organization, would turn into a dedicated bank for them. He explained that the idea of establishing this bank emerged after the "Israeli Military Governor's" decision of March 9 to warn the banks against continuing to disburse allowances and pay into the savings accounts of prisoners and families of martyrs. He confirmed that the bank would be established within four months, and that it would be considered a national achievement, since stopping the payment of those allowances would belittle the martyrs' history and sacrifices, and act against their struggle.

He indicated that a government meeting will convene later today to authorize the bank, and that a recommendation would be made to President Mahmoud Abbas to ratify it.

On May 8, the Prime Minister announced the agreement with the banks to freeze all activities tied to prisoners' accounts a those banks, in light of the Israeli threat to take action against them.

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing pages contains an accurate translation into English of the Arabic document attached.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 4 November 2020.

*Yaniv Berman*









تاريخ النشر: 01/06/2020 09:47 ص

# أبو بكر: البنوك مستمرة بصرف رواتب الأسرى وذوي الشهداء إلى حين تطوير مؤسسة مصرفية خاصة بهم

رام الله 1-6-2020 وفا- قال رئيس هيئة شؤون الاسرى والمحررين قدري أبو بكر، إن البنوك مستمرة بصرف رواتب الأسرى وذوي الشهداء، الى حين تطوير مؤسسة مصرفية لتصبح بنكا خاصا بهم.

وأضاف أبو بكر في اتصال هاتفي مع "وفا"، أن اجتماعا عقد أمس، بتعليمات من الرئيس محمود عباس، وبحضور رئيس الوزراء محمد اشتية، ومستشار الرئيس للشؤون القانونية علي مهنا، ووزارة المالية، وهيئة الأسرى، وسلطة النقد، وممثلين عن البنوك، وتم الاتفاق خلاله على استمرار البنوك بصرف مخصصات الأسرى وذوي الشهداء إلى حين الانتهاء من تطوير المؤسسة المصرفية للاقراض التابعة لمنظمة التحرير الفلسطينية لتصبح بنكا خاصا بهم.

وأوضح أن فكرة إنشاء هذا البنك جاءت بعد قرار "الحاكم العسكري الإسرائيلي" في التاسع من اذار/ مارس المنصرم، الذي حذر فيه البنوك من الاستمرار بصرف مستحقات ومدخرات الاسرى وذوي الشهداء.

وأكد أبو بكر أنه سيتم انجاز البنك خلال اربعة شهور، ما يعد انجازا وطنيا، كون التوقف عن صرف رواتبهم يستهدف تاريخ ونضال وتضحيات الأسرى والشهداء.

ولفت الى ان جلسة مجلس الوزراء التي ستعقد اليوم الاثنين، ستقر البنك وسيتم رفع توصية للرئيس محمود عباس للمصادقة عليها.

وكان رئيس الوزراء أعلن في الثامن من الشهر المنصرم، الاتفاق مع البنوك على تجميد أي إجراء بخصوص حسابات الأسرى لديها عقب التهديد الإسرائيلي باتخاذ إجراءات بحقها.

- 

م.ج

## أحدث الاخبار

- 📷 "العمل": لأسباب فنية تأخر صرف الدفعة الأولى م ...

  09/تشرين الثاني 2020/ 01:42 م

- 📷 6 وفيات و680 إصابة جديدة بفيروس "كورونا" و470 ...

  09/تشرين الثاني 2020/ 01:29 م

- 📷 تعاملت مع 771 قضية: "الضابطة" تتلف 13.4 طن بض ...

  09/تشرين الثاني 2020/ 12:50 م

- 📷 "هيئة الأسرى": المعتقل المصاب علي عمرو يقبع ب ...

  09/تشرين الثاني 2020/ 12:33 م

- 📷 اللجنة الدولية ادعم شحنات نأعم من الإدارة ال...

## فيديو



**الاحتلال يدمر خربة حمصة الفوقا ويشتت سكانها**

## اقرأ أيضا

72 مستوطنا يقتحمون المسجد الأقصى



72 مستوطنا يقتحمون المسجد الأقصى

09/11/2020 11:51 ص



الاحتلال يعتقل شابين من طوباس على حاجز الحمرا العسكري

09/11/2020 10:44 ص



(محدث) الاحتلال يعتقل 13 مواطنا من الضفة

09/11/2020 09:24 ص



نقابة الصحفيين: 70 انتهاكا إسرائيليا بحق الصحفيين في ال

08/11/2020 09:53 م



الاحتلال يقيّد حركة أمين سر "فتح" في القدس

08/11/2020 01:50 م

---

تواصل معنا   عنواننا   عن وفا

جميع الحقوق محفوظة لوكالة الأنباء والمعلومات الفلسطينية وفا © 2020