# EXHIBIT 8



**WAFA News Agency**

Palestine News & Info Agency

**Despite Having Been Transferred from the Finance [Ministry]: Four Banks Have Not Disbursed Prisoners' Allowances**

Ramallah, July 5, 2020 - WAFA

Qadri Abu Bakr, the chairman of the Prisoners and Ex-Prisoners Affairs Commission, stated on Sunday that four banks had not disbursed the allowances of over 150 prisoners' families.

During a telephone conversation with WAFA, Abu Bakr added that the Prisoners' Commission had received phone calls from the prisoners' families, during which they informed the commission that four banks had not paid the allowances of their imprisoned family members.

He stated that the Finance Ministry had transferred all of the prisoners' allowances into their bank accounts, along with the date the allowances were to be paid, but that some of the banks had not committed to the decision to continue disbursing these allowances.

He explained that the commission, in collaboration with the prime minister's office and the [Palestine] Monetary Authority, was following up on the situation to find a solution to this problem as quickly as possible, in order to compel the banks to pay the prisoners' allowances until such time as the Dedicated Banking Institution for Prisoners and Martyrs is established.

Abu Bakr demanded that all banks commit to paying the prisoners' allowances and refrain from closing any of the accounts, or cancelling any of the ATM cards, considering that failing to pay the prisoners' allowances would violate the directives of the [Palestine] Monetary Authority and the government, and that it would violate the agreement that had previously been concluded.

On May 8th, Prime Minister Muhammad Shtiah had announced that an agreement had been reached with the banks on the freezing of any procedures tied to prisoners' accounts held at those banks, following an Israeli threat to take action against them, until the Dedicated Bank for Prisoners and Martyrs is established, within four months.

It should be noted that the occupation authorities had issued a resolution on March 9th of this year, in which they warned the banks against continuing to disburse allowances to the prisoners and martyrs' families and pay into their savings accounts.
-
A.A. / M.J.

CERTIFICATE OF TRANSLATION

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator. I am fluent in Arabic and English, and capable of translating accurately between the two languages.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language document.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel

July 24, 2020

_____

Yaniv Berman



وكالة وفا
سنديانة الاعلام الفلسطيني

رام الله 5-7-2020- وفا- قال رئيس هيئة شؤون الأسرين والمحررين قدري أبو بكر، الأحد، إن لجنة أبو كون تعبر عن تصرف لم يدو من 150 اكثر رابت.

وأضاف أبو بكر في اتصالي هاتفي مع "وفا"، أن هيئة الأسرى تلقت مكالمات هاتفية من ذوي الأسرى تفيد بأبو كون تعبر أن لم تصرف رابت بانيهم المعتقلين.

وأكد أن وزارة المالية جميع حولت رابت الأسرى إلى حسابهم البنكية مع دعم تصرف الأسرى، لا أن بعض لم تملزم اللجنة هذه بصرف الاستمرار بقرار.

أن هيئة تتابع مع مكتب رئيس الوزراء وسلطة النقد لحل هذه القضية بأسرع وقت ممكن، مازال والكون بصرف تصرف رابت وأوضح

الأسرى إلى حين تطوير المؤسسة المصرفية الخاصة بالأسرى وذويهم.

وطالب أبو بكر، جميع الكون بضرورة التزام بصرف تصرف الأسرى وعدم تعطيلي لأي من الحسابات أو القاطعات

الإداريين، اعتبر أن عدم تصرف رابت الأسرى هو مخالفة لتعليمات سلطة النقد والحكومة والاتفاق الذي تم التوصل إليه سابقا.

حساب خصوص إجراء أي تجميد على الكون والاتفاق، ويام/ روايا من الأمان في أعلن شتية محمد الوزراء رئيس وكان

الأسرى لديها، بعد تهديد بقبع إجراءات إسرائيلي إذا تخاذها حتى ينجح فقهي كبلك الخاص بالأسرى وذويهم والشهداء 4 خلال شهور.

وذكري أثبات للاحتلال سلطات أصدرت قرارا في 9 مارس منصرم، تحذر فيه الكون من الاستمرار بصرف المستحقات المالية

وذوي الشهداء الأسرى.

- 
أ./ أ. م.ج