# EXHIBIT 9

**English Translation of Interview of Qadri Abu Bakr**

(https://www.facebook.com/samertayem2020/videos/321807815502094)

34:45 - 37:16

**Samir Taym:** Abu Fadi, we're looking at the subject of visits, people have started saying that they're coming on the 22nd of July, they were talking to us about visits during the coronavirus outbreak.

**Qadri Abu Bakr (Abu Fadi):** Before the 6th, we had a meeting with the Red Crescent, and they informed us that the [Israel] Prison Service had agreed to prison visits after the 6th.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** Now, we and the Red Crescent came to an agreement with the Ministry of Health. They sent us the protocol that we need to follow, for example, if the bus is [for] 50 [passengers], there can be less than half, sterilization of the bus, gloves. Also… at the first stage, only three prisons will be visited: Ofer Prison, Ktzi'ot Prison and Rimon Prison, these are the three prisons that they will visit, and the visits will begin on the 12th, the 13th and the 14th. The visits will continue to the rest of the prisons, but as for the regions that are contaminated with coronavirus, they might be delayed a bit.

**Samir Taym:** I see.

**Qadri Abu Bakr (Abu Fadi):** So that will... that's based on...

**Samir Taym:** But you're still having consultations with the Red Crescent on this subject?

**Qadri Abu Bakr (Abu Fadi):** We're consulting, and, of course, we also agree, we basically want to maintain the wellbeing of our people, and preparations have begun. Now, the Red Crescent has announced that those who want to register... almost all of them went and registered, and the [visits] will begin on the 12th, the 13th and the 14th.

**Samir Taym:** Abu Fadi, are we talking about one visit, or two?

**Qadri Abu Bakr (Abu Fadi):** No, I mean, there are going to be three visits.

**Samir Taym:** Three visits.

**Qadri Abu Bakr (Abu Fadi):** 12th, 13th and 14th.

**Samir Taym:** I see, for example, there is a message saying that there's a visit on July 22nd…

**Qadri Abu Bakr (Abu Fadi):** The 12th, the 13th and the 14th, and on the 22nd they may be completed, as I said, to the areas. But this also depends on the Israelis procedures. We don't want to be taken by surprise tomorrow, we want to see how the spread of the pandemic… the Israeli side might prevent [the visits].

**Samir Taym:** With regards to the salaries, have they all been received at the banks?

**Qadri Abu Bakr (Abu Fadi):** Regarding the salaries, everything was fine. On Wednesday, obviously, after having discussions with some of the banks that were disbursement stations, almost all of the prisoners… we didn't receive almost any phone call from any prisoner.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** They went to the banks and they [the banks] disbursed to them.

**Samir Taym:** That's wonderful, that's the very least we can give our prisoners, who have given their lives, their blood, years of their lives so that we can live freely and with dignity. We'll go now to the district that we take pride and joy in, it is the homeland's district that has been beset with the most arrests – the Hebron district.

## CERTIFICATE OF TRANSLATION

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator. I am fluent in Arabic and English, and capable of translating accurately between the two languages.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language transcript.

3. The transcript accurately records a portion of an interview of Qadri Abu Bakr appearing in a video published on Facebook starting at 34:45 and continuing through 37:16. I viewed the video at https://www.facebook.com/samertayem2020/videos/321807815502094.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel

September 1, 2020


_____

Yaniv Berman

مقابلة: يردق وبأ ركب

(https://www.facebook.com/samertayem2020/videos/321807815502094)

34:45 - 37:16

سامر ميت:وبأ يداف ، عييذ حا انهفوشند ضموم عو زلارايتا ، هنإسانلا صد تيا وغلبت هذاحا انجنيياب   7  22 ،
كتةانلينرعضوم عو زلارايتا يف لظ وروكلا انر.

يردق وبأ ركب  "وبأ يداف " :عييذ لبق   6 ر هّملا كنا يف انلإجامتعا حا انذعصلا بيل  ر ملأا وغلياأ انذهذا
ر داإ ة

نوجملا وتمّفا عيل زرايذةىرسلأا  نعب  6 ر هّملا .

سامر ميت: مذ

يردق وبأ ركب  "وبأ يداف " : لأ ه ، انقفتلحا انصلا بيل  ر ملأا مع زوراضلا انةحد، عبوثانلا وربلالوكّوتيلإا
زلام ديقتنهيف، هنإسانلا    عيل سليدملالاث   50 نوكذ هيفلاقأ زهصنلا   ، ميهتضنانبلا   ، مكلا ملتا ،هضيأانهيلا
رحا   ورويزليف حرملا اتةل ولأليل وغلبانذتلاث  نوجمدوأل يهّد ؛ نجمد وعرف نجموبةقنلا  رونزومد،يانه
تتلاثلا  نوجمديلا رحا هورويزيلا، أدبتيزلارايتا يف   12و   13 و  14وستدولمكتذ ةيقبل نوجملا ، نكل
ملاطّظانذ يلا  وم ةعوبخ انيللولوقند ، وروكلابانذنكمد  لجأتت يوشد

سامر ميت:ها  ا                            .

يردق وبأ ركب  "وبأ يداف " : عييذ رحا ، انهمانبعيل ..

سامر ميتنشيد لا زونتذ شمبروتلا  عصلا بيل  انهضموملا عو ؟

يردق وبأ ركب  "وبأ يداف " : شمبروتلا ، وحا انمنيقفتذضوبد وط لعبدحا انذانذبعينصنرحلا   عيل اللهدتمد
هأانذل و أدبغ إاداد، الإا  رتشنصلا بيل  ر ملأا يلا نهدبد جميدولار وحا اولجمو ارقنذ ابيد روحا  أدبتيانه يف
12 و  13و   14

سامر ميت:ميكذد  نه زرايذةالإ زراينيذذ وبأ يداف ؟

يردق وبأ ركب  "وبأ يداف " : لا ، عييذ تتلاث زرايتا رحا نوكذ

سامر ميت:تتلاث زرايتا

يردق وبأ ركب  "وبأ يداف " : 12و   13 و  14

سامر ميت: ها امضوم عو ملاثهذا إيف زرايدقيف  7   22يف سوةّقلا

من **يسرد وبأ "وبأ ركب يدافّ":** 12 و 13 و 14 يفو 22 نكمم لمكتسث تلاق اناً قطانملل، نكل يذه ةنورقم مع نوكي نيكمن ...لوباء انتشار فيكـ فوشذ اندبـ اركب اندبـ فيئجافتن اركب شلاب1 السرائيليّة الجلاءاراءت يف نامكـ الجانب الإسرائيليّ

**كلام مهتّ:** ةبسنلاب بتاورلل، تلصو كونبلا ؟ةملاك سامر

**يسرد وبأ ركب "وبأ يدافّ":** بتاورلا، لكـ يشنكاء مامث، مويـ ءاعبرلأا دعب تلااصتا اعبط ّمـ ضعبـ كونبلا أريس يأ لاو نمـ مكلامةّ يأ لاو ّتقريبا متلقئانش تقريبا لأرسلا ّىرصـ لكوّ فـرصـ ةقوفـ تناك ىلا

ذعم **:متّه سامر**

**يسرد وبأ ركب "وبأ يدافّ":** اوحار ىلع كونبلا مهلفرصناو

**سامر متّه:** لكّ مارتحلاا، اذه طسباً عيشنكمم مدقتيّ انارسلاً ّيلا اوّمدق مهحاور أ، مهؤامد، نينسد مهرمعـ نمـ الطولا حمفاظةّ تناكـ امكـ هيدا رختفنو تعدّزرتني الحمافظةّ إلا هذنبـ ّهيا ايّهـ حوّرـ رحوّ ّةمارك نأ لجأ ىيحد اللخيلـ حمفاظةّ ،ا اعتقادبـ اقتناعـ تبوكنملا.