# EXHIBIT 10



**WAFA News Agency**

Date of publication: July 27, 2020 at 7:35 PM

**The General Intelligence Service presents a grant to the families of martyrs and prisoners affiliated with the service in the Jenin District**

Jenin, July 27th, 2020 – WAFA -

On Monday, the General Intelligence Service presented a grant to the families of martyrs and prisoners affiliated with the service in the district.

A delegation from the General Intelligence Service presented the grant to 25 families of martyrs, as well as eight families of prisoners affiliated with the General Intelligence Service.

The commander of the GIS in Jenin, Brigadier General Muhammad Ghannam, reaffirmed that the objective of the Service, pursuant to the instructions of the GIS commander, Major General Majed Faraj, is to implement what Mahmoud Abbas had repeatedly stated – that if we were left with just one penny, it would be given to the families of martyrs and prisoners.

W.A./A

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing page contains an accurate translation into English of the Arabic document attached.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 6 November 2020.

_____
Yaniv Berman





### جهاز المخابرات العامة يقدم مكرمة لأسر شهداء وأسرى منتسبيه في محافظة جنين

تاريخ النشر: 27/07/2020 07:35 م

جنين 27-7-2020 وفا- قدم جهاز المخابرات العامة في جنين، اليوم الإثنين، مكرمة لأسر شهداء وأسرى منتسبي الجهاز في المحافظة.

وسلم وفد من الجهاز المكرمة لـ25 عائلة من أسر الشهداء، و8 عائلات من ذوي الأسرى المنتسبين للمخابرات العامة.

وأكد مدير الجهاز في جنين العميد محمد غنام، أن رسالة الجهاز وبتعليمات من رئيسه اللواء ماجد فرج، التأكيد على ما قاله الرئيس محمود عباس مرارا بأنه لو بقي قرش واحد لدينا سيصرف لصالح عائلات الشهداء والأسرى.

—

ث.أ/و.أ