# EXHIBIT 11

# English Translation of Interview of Qadri Abu Bakr

[https://www.youtube.com/watch?v=UBJcFvBRsfc&feature=emb_logo]

Host: Of course, to begin, please allow me to welcome my guest in the studio, General Qadri Abu Bakr, the Chairman of the Commission for Prisoners and Ex-Prisoners. Mr. Qadri, good morning, we're glad to have you here with us.

Qadri Abu Bakr: Hello. Good Morning.

Host: Ok. Before we talk about what the Commission for Prisoners is all about, and about its current financial status and the debt it has amassed... regarding the issue of the two injured brothers from the Jad'un family, what happened yesterday in the Jenin Refugee Camp, and what the occupation forces did, when they raided the camp and blew up the door to the brothers' house, which led to this explosion... They were near the door, and the explosion caused them to be seriously wounded. They are now in critical condition. They are being treated at the hospital in Afula. Let's talk first about Ahmad and Muhammad Jad'un and what happened to them, Mr. Qadri.

Qadri Abu Bakr: This is how the occupation behaves, I mean, this is a new thing, blasting doors. Usually, when they want to make an arrest, they knock on the door, they open it, I mean... They broke into the house this time, and into other houses in the past. Like Abu Hamid's house.

Host: Right.

Qadri Abu Bakr: They blasted the door open, it's something they have been doing for a while.

Host: They used an explosive device.

Qadri Abu Bakr: They come, they put the device there, it looks like they tried this recently, you know, and they blow up the house. They were nearby, of course. The two injuries were very serious. I mean, one of them was wounded in the neck and the head, and the other was wounded in his leg. It looks like a main artery was sliced, and that he lost a lot of blood. Our lawyers kept tabs on where they are located, and determined that they are currently on life support.

Host: Yes.

Qadri Abu Bakr: We truly fear for their lives, because their lives... I mean, their wounds were very serious, and this is some of what the soldiers of the occupation do routinely to our people and our citizens.

Host: Yes. Do you believe that the occupation had a specific goal in mind when they blasted the door open? The method used to make an arrest, and particularly, blowing up doors...

Qadri Abu Bakr: Of course this was intentional. It was intentional. It is meant to cause as much harm as possible to Palestinian citizens and to our Palestinian people. They... we even heard that they were only there for a few moments... they came to the door and wanted to open it, it looks like they were standing directly behind the door, they wanted to open it, and they blew it up. That's why they were wounded so badly.

Host: They meant to harm those standing behind the door.

Qadri Abu Bakr: Of course. That's right.

Host: Ok. How is the Commission following up on the health status of the two Jad'un brothers?

Qadri Abu Bakr: As I said before, the two brothers are on life support, and in very critical condition. One of them is in a coma. The second one, Ahmad, Ahmad, and Mahmoud is the older one, one of them is 22 years old, and the one is 27 and in a coma. We all wish them full recovery.

Host: We wish them a full and speedy recovery, them and all of the others who were wounded, and we wish that all of the prisoners would be released. Yes. General, Mr. Qadri Abu Bakr, I mean, the debt that the Commission for Prisoners, a while ago, you stated that you would resign if the allowances aren't paid, I mean, in case the Ministry of Finance does not make those allocations for the Commission, even if these are partial allocations... Let's start by talking about the problem. First of all, what are the Commission's allocations and where are they spent? We know that there are prisoners studying at the universities, so there are payments made to the universities for teaching the prisoners. Could you, first of all, please explain this to us?

Qadri Abu Bakr: First of all, there's an economic crisis, affecting the Commission and the \[Palestinian] Authority in general. We're seeing that the Authority is finding it difficult to insure a half salary for its employees. Regarding the Commission for Prisoners... I mean, there's a canteen which is paid for every month for the prisoners. This has not been affected. I mean, it was paid until the beginning of August... they transferred the canteen payment to us as usual.

Host: Prisoners' payments.

Qadri Abu Bakr: Even the prisoners' allowances are paid as well. What happens to the \[government] employees happens to the Commission for Prisoners as well. We have been under heavy pressure, particularly at the Commission for Prisoners. For instance, the salaries in Gaza. They have been getting half of their monthly salaries for a long time. Moreover, the monthly salary payments have been disrupted, particularly in Gaza. There seem to be lots of malicious false reporting that has been coming out, and they are a problem for us as well, because everyone calls us. We are the address, they contact us. Another issue is...

Host: So, who is issuing these reports?

Qadri Abu Bakr: I don't know. From Gaza, of course. People, I mean.

Host: Yes.

Qadri Abu Bakr: Currently, you have the universities, for instance, any prisoner who's released from prison… while in prison, he is covered, whether he's studying at the university or for high school diploma, anything. Any prisoner who is released, has the right to study for a year at the university. He can study carpentry, smithery, and so on, we can cover the costs of any profession he wants to study. We also cover up to 5,000 shekels in dental treatments... we cover [dental] implants.

Host: But does this \[apply] to all sentences or only to prisoners sentenced to a specific number of years?

Qadri Abu Bakr: I'm talking about any prisoner sentenced to at least one year.

Host: Over one year.

Qadri Abu Bakr: He is eligible, I mean.

Host: OK.

Qadri Abu Bakr: Now, the [Palestinian] Authority, even the Finance Ministry is acknowledging this. It isn't saying "I don't want to pay." But some institutions have begun, because the debt hasn't been settled for a while, they've begun taking measures...

Host: Like who?

Qadri Abu Bakr: I mean, like the American University, for example. There are three or four who have finished their degree, and one of them has completed his degree a bit more than a year ago, and had an opportunity to be appointed for a position in a particular field, but he can't work because they've blocked his degree.

Host: They've blocked it because the debt hasn't been paid?

Qadri Abu Bakr: Because the debt wasn't paid, even though we all pay, I mean, a while ago, we paid them 17,000 dollars. Al-Quds Open University, for instance, I'd say that it has 2 million... they said that it had nearly 2.5 million dollars.

Host: In debt?

Qadri Abu Bakr: In debt, but nonetheless, they're committed, and the president of the university, our brother, Dr. Anwar, said that even if debt amounted to 250 million dollars, "I wouldn't prevent even one prisoner warrior from studying".

Host: To finish his degree...

Qadri Abu Bakr: We also owe money to Abu Dis University, but not as much as we owe the university... In any case, the situation is starting to move.

Host: What's the approximate amount of debt to the universities, do you have any idea, Mr. Qadri?

Qadri Abu Bakr: Over 3 million dollars.

Host: To the universities?

Qadri Abu Bakr: To the universities.

Host: Ok.

Qadri Abu Bakr: 3.5 million.

Host: OK, that means... this implies that you haven't paid those debts for quite some time... There aren't allocations for settling the debt to the universities...

Qadri Abu Bakr: The economic crisis has been underway for a year, for two years...

Host: Yes, for about two years now...

Qadri Abu Bakr: And we are paying parts \[of the debt], little by little, you know, this year... at the end of this year, we agreed that we'd pay the universities 100,000 dinars each month.

Host: Yes.

Qadri Abu Bakr: Of course, there isn't... they gave us 100,000 dinars, but at the end of last year the corona crisis set in, and the crisis... it's been frozen for a year, but we hope there will be a meeting with the Finance Ministry this week... it was supposed to be last week, the week passed by, they were very busy in arranging the salaries or half salaries, in collaboration with the president and the prime minister, through a loan from the banks, whom, of course, the Palestinian Authority owes money to, an

amount that, to my understanding, is about five billion shekels, and these debts... we're in an untenable position.

Host: Yes, this meeting, or this call for a meeting came after you had sent the president and the prime minister... after you updated them about this issue, and informed them of this crisis.

Qadri Abu Bakr: Of course, the crisis is well-known, everyone knows about it.

Host: The situation, I mean... But you informed them that you intend to submit your resignation...

Qadri Abu Bakr: No, that's old. It's nothing new... But we... now, I'm saying, for example, that the salaries that were nearly cut off every month... I mean, now there's a mechanism allowing us to participate in studying these files... Before that, the salaries would be cut off, without any consultation with us, now, today, it could be that the entities that pay the salaries...

Host: The prisoners' salaries?

Qadri Abu Bakr: The salaries of some of the prisoners...

Host: Some of the prisoners...

Qadri Abu Bakr: Yes.

Host: You requested that the issue be handled in consultation with you.

Qadri Abu Bakr: Some will be done in consultation, and we'll study some of the files and the people whose salaries were cut off... Especially in the prisons, but also outside of the prisons, that's what I want to say.

Host: Yes.

Qadri Abu Bakr: Because some of them had their salaries cut off. The other issues, there's a way of handling them, of course, it could be that the salaries that were cut off have nothing to do with the Finance Ministry, and it isn't the body that pays…

Host: So, who makes the decisions on this subject?

Qadri Abu Bakr: Now, as I've said before, false reports come in, they could be going to security \[forces], or to other agencies, they are the ones that recommend halting the salaries, because we have a monitoring committee regarding the situation in Gaza... and we're trying to be part of this committee If we were part of this committee, definitely, we'd have information as well, we could receive guidance from them today, and put an end to this situation.

Host: Yes. OK, so let's talk about the fact that sometimes, things don't come easily, or prospects for a solution don't come easily. In other words, you've applied pressure in this direction, and even if this is an old issue, you've threatened, you've said you'd submit your resignation, and then came the responses and the discussion, and conversations on the topic...

Qadri Abu Bakr: I mean, look, we're under tremendous pressure..

Host: Yes. From whom?

Qadri Abu Bakr: From the people, of course. The prisoners' families. From incarcerated prisoners. From ex-prisoners. We have an enormous amount of requests that we're unable of handle...

Host: To fulfill... yes...

Qadri Abu Bakr: So one prisoner, from Gaza, for example, his salary was cut off, and so on, and they tell me, he tells me that they can't live.

Host: Right.

Qadri Abu Bakr: I was approved to receive a salary of 6,000 shekels, it's become 3,000 shekels, when the salary was set, I rely on that 3,000 shekels, and now, I only get half of the 3,000 shekels. So I say that we're in financial distress, and that there are other entities. He says to me – you're the one we turn to. If you can't solve our problems, go ahead. Resign. He's right. He's absolutely right. So they also understand.

Host: So one of the prisoners told you these things, that you...

Qadri Abu Bakr: More than one.

Host: More than one. Not...

Qadri Abu Bakr: And I'm moved by... the thing is... I feel your pain, definitely, it's a very tough situation.

Host: Yes.

Qadri Abu Bakr: And as you've said, everyone is suffering from this situation, but the prisoners are especially suffering. As for myself, I personally feel that not enough is being done, in general, and in regard to us as well. We're the ones not doing enough.

Host: Ok. This failure, I mean, prisoner affairs should be a priority for everyone, including the payment of financial allowances to them. Mr. Qadri, do you believe

that there is negligence , that the prisoners' issue is being neglected, and that it isn't one of the priorities concerning financial allocations?

Qadri Abu Bakr: No. I don't think so. That's because when the Israelis blocked the clearinghouse, a full salary was paid to them. One hundred percent was paid to the prisoners, and fifty percent was paid to the employees.

Host: Yes, OK…

Qadri Abu Bakr: Personally, having served 17 years in prison, had I been paid half, I might have refused [to accept it]. I'd stand out, because this is a general issue...

Host: Yes.

Qadri Abu Bakr: Sometimes, some of the prisoners are asking... prisoners are now calling me and asking why they weren't paid a hundred percent. We tell them that this is an American provocation, and that this is a crisis for everyone, we wouldn't discriminate. Also, there are topics that we would discuss in the past with the president. For example, ex-prisoners, when they go out of prison, they receive an ex-prisoner's salary without doing anything. We suggested to the president that it's vital that we integrate the prisoners, instead of them feeling like they're above everyone else and doing nothing. We have people with diplomas, who have graduated high school, who have a bachelor's or master's degree, we have people who have completed their doctorates. Why don't we absorb them into the institutions of the [Palestinan] Authority? Thank God, a few days ago, the president accepted this recommendation and formed a high-level committee chaired by Prime Minister Muhammad Shtayyeh, in order to start integrating these prisoners. We have 7,000 [ex-]prisoners, or almost 8,000. These ex-prisoners receive salaries, and this is used against us in Europe, in the United States and in Israel... [they say] that these people get salaries because they've killed or something like that. No. The prisoner, too, needs to feel that he's contributing, that he's giving.

Host: Being productive, yes.

Qadri Abu Bakr: And this is a really amazing step on the part of the president.

Host: That they'll be integrated into government institutions...

Qadri Abu Bakr: Yes, we'll start integrating them, and that's a great step on the part of the president. It is well-received by the prisoners' families, and by the prisoners themselves, incarcerated prisoners and ex-prisoners alike.

Host: Yes... finding them jobs...

Qadri Abu Bakr: Yes, in the security forces, or in the ministries and institutions of the [Palestinian] Authority, or in the Authority's commissions as well... This is a very positive step.

Host: Yes. OK... prospects for a solution. You are saying that we are on the way to a solution... Has the Finance Ministry contacted you again? Is there going to be a meeting soon to resolve this problem, particularly in regard to the universities and the pressure you're under?

Qadri Abu Bakr: Yes, there will be a meeting. I said that there was supposed to be a meeting last week, which was postponed to this week, because...

Host: A meeting with whom?

Qadri Abu Bakr: Yes, with the Finance Ministry. It could be a deputy-minister from our side, and a deputy-minister from their side, and some others - the general director, the official responsible for finance... but I'm telling you, this crisis... we are on our way to solving it, largely speaking, God willing, the clearing house issue will be resolved and the situation will return to what it was.

Host: Although it's not just the universities... the offices... the Commission's offices haven't paid their rants for a while...

Qadri Abu Bakr: Not [only] the Commission, the ministries, too... I was informed that many ministries haven't paid, just like us. There's the issue of the cars, the issue of the [government] employees, we have countless problems. There are also other ministries with problems... this is because of the economic situation. The political situation will be resolved, because the the political situation is also a reflection of the economic situation.

Host: Let's hope that these things are resolved soon.

Qadri Abu Bakr: God willing.

Host: Your message, Mr. Qadri, as chairman of the Commission for Prisoners, what is the message you are conveying to all of the relevant parties, so that this issue, so that the Commission and all of the institutions that handle prisoners' affairs continue their important work?

Qadri Abu Bakr: Yes, we're facing pressure from the prisoners, the ex-prisoners and their families, who have been following this issue, in general, and have been following our situation in particular, regarding the prisoners... We're playing our part.

Qadri Abu Bakr: Providing services. We hope that we won't fall short, even though we are always falling short of our prisoners' [expectations] and their suffering, I mean, the prisoners are facing very, very difficult conditions, particularly in the last two weeks. The temperature in Hebron and Ramallah, I was in Hebron… it reached 46 degrees [celsius], and in the Negev and the prisons in the desert, I'm sure the temperature has surpassed 50 degrees, without air conditioners...

Host: Right, may Allah help them.

Qadri Abu Bakr: And some of them don't have fans. In some parts of the Negev, for instance, they're living in a tent, and the situation there is tough, particularly for those who are sick...

Host: During the heat spell, all of them...

Qadri Abu Bakr: The situation is very bad. God willing, things will get better and better, and God willing, we'll rejoice with our prisoners when they are free... the female prisoners as well...

Host: Yes. The martyred prisoner, Dawud al-Khatib, who died in prison of a heart attack... were the particulars of this incident clarified?

Qadri Abu Bakr: Yes, in the beginning, someone called us... He said that he suffered from a heart attack, and that the nurses rushed over to him and saved him, so we welcomed the good news, that they were taking care...

Host: OK.

Qadri Abu Bakr: But the reports that came in afterwards were that... no... the reports were that he was praying, he seemed to be slumped over... his fellow inmates grabbed him, of course, and called for help. They splashed cold water on his face, they asked him "should we call the doctor?" He replied "no, everything is OK," he resumed praying, he turned over, and was foaming at the mouth. They called a policeman, the policeman was slow, he came late, and said to them, no, I want to see, I want to look through the window... of course, all of this happened, and this happens quickly, you need to...

Host: Of course.

Qadri Abu Bakr: He went to call for the nurses, they rushed in, but too much time had passed. And that's why... Had the policeman used his authority and done his duty, and had he gone to call them, they might have saved him, especially since they knew that this prisoner had suffered from a heart attack earlier, in 2017.

Host: Yes.

Qadri Abu Bakr: He has an open heart surgery and his life was saved that time. This time, it was the same thing, you know, these kinds of situations, and when we learned that he still had... he was in prison for 18 years and had 3 months left to go, and they knew about his medical condition, but they weren't compassionate, he should have been released earlier, but of course, they...

Host: This hesitation, I mean, there are quite a few medical files on the prisoners.

Is there pressure... is there any intervention on the part of international organizations regarding this issue, particularly regarding the medical issue?

Qadri Abu Bakr: Regarding medical issues, before COVID, people appealed and all countries took measures, and released hundreds of thousands of prisoners. What should have happened is that during this pandemic, if the Israelis wish to comply with international law and international conventions… We asked for the ill to be released, as well as the elderly, the women, all of the children. Of course, our brother, Dawud, was among those who wereritically ill, having suffered from a heart attack and after open heart surgery. He only had three months left to go.

Host: 3 months until his release...

Qadri Abu Bakr: Why didn't they release him?

Host: May Allah have mercy on his soul.

Qadri Abu Bakr: This is just one of the occupation's daily crimes against our people.

Host: OK, thank you very much for being here, General Qadri Abu Bakr, chairman of the Commission for Prisoners. Best wishes.

Qadri Abu Bakr: It's a pleasure, may God bless you.

Host: And may Allah release all of our prisoners and break their bonds, with Allah's help.

Qadri Abu Bakr: God willing.

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2.   The foregoing English-language text is a full and accurate translation of the attached Arabic-language transcript.

3.      The transcript accurately records an interview of Qadri Abu Bkar, as published on 6 September 2020 on YouTube, available at https://www.youtube.com/watch?v=UBJcFvBRsfc&feature=emb_logo.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 10 November 2020

Yaniv Berman

[https://www.youtube.com/watch?v=UBJcFvBRsfc&feature=emb_logo]

المذيعة: طبعًا إسمحوا لي بالبداية أن أرحّب بضيفي بالاستوديو اللواء قدري أبو بكر، رئيس هيئة شؤون الأسرى والمحررين.

أستاذ قدري صباح الخير أهلاً بك معنا.

قدري أبو بكر: أهلاً وسهلاً. صباح النور.

المذيعة: طيب. قبل ما نتحدث عن يعني هيئة شؤون الأسرى ووضعها المالي والديون التي تتراكم عليكم يعني قضية الشقيقين الجريحين جدعون وما حدث بالأمس في مخيم جنين وما قامت به قوات الاحتلال التي قامت باقتحام المخيم وتفجير باب منزل الشقيقين وبالتالي أدى ذلك إلى هذا التفجير. كانوا متواجدين بمكان قريب من الباب فبالتالي أدى إلى إصابتهم إصابات خطيرة.

هم الآن بوضع صحي خطير. متواجدين في المستشفى في العفولة. منتحدث عن أحمد ومحمد جدعون وما حدث معهما بالبداية أستاذ قدري.

قدري أبو بكر: يعني هذا أسلوب الاحتلال... يعني هذه جديدة صارت، موضوع تفجير الباب... يعني اذا بدهم يعتقلوا دائمًا بيطرقوا الباب، بيفتحوا يعني ما... اقتحموا البيت المرة وكمان في بيوت سابق. دار أبو حميد مثلاً

المذيعة: صحيح

قدري أبو بكر: فجّروا الباب كمان عندهم من فترة

المذيعة: بعبوة ناسفة استخدموها

قدري أبو بكر: بيجوا، حطّوا الجهاز هذا... بيبدو أنهم جرّبوه حديثًا يعني وفجّروا البيت. كانوا قريبين طبعًا. الإصابتين كانت خطيرة جدًا يعني أحدهم أصيب بالرقبة والرأس والثاني برجله بيبدو إنه في شريان رئيسي إنه انقطع ففقد كتير من الدم. المحامين من عنّا تابعوا وين وحددوا إنهم حاليًا بالإنعاش موجودين

المذيعة: نعم

قدري أبو بكر: فهناك خشية على حياتهم فعلاً لأنه حياتهم، يعني الإصابة كانت بليغة جدًا وهذا جزء من الممارسة اللي بيمارسوها جنود الاحتلال تجاه شعبنا والمواطنين بشكل عام.

المذيعة: نعم. هل تعتقد إنه استخدام يعني تفجير الأبواب كان مقصود من قِبل الاحتلال لغاية معيّنة. هذا الأسلوب في الاعتقال وهو تفجير الأبواب تحديدًا.

قدري أبو بكر: طبعًا مقصود. هو مقصود. إلحاق أكبر ضرر ممكن بالمواطن الفلسطيني وبشعبنا الفلسطيني. وهما يعني... حتى سمعنا إنه كانوا كلهم لحظات يعني كاينين جايين بدهم يفتحوا الباب فجّروه، بيبدو إنهم كاينين يعني خلف الباب مباشرة بدهم يفتحوا الباب فجّروه. منشان هيك كان في ضرر كبير عليهم.

المذيعة: قاصدين يؤذوا اللي موجودين خلف الباب.

قدري أبو بكر: طبعًا. أكيد

المذيعة: طيب. كيف تتابعون في الهيئة الحالة الصحية للأسيرين جدعون؟

قدري أبو بكر: الأسيران زي ما حكيت هم بالإنعاش وصعب جدًا وضعهم الصحي وفي واحد منهم في غيبوبة. الثاني اللي هو أحمد، أحمد ومحمود الكبير، واحد 22 سنة وواحد 27 سنة في غيبوبة. نسأل الله لهم الشفاء.

المذيعة: نسأل الله الشفاء العاجل لهم ولكافة الجرحى وأيضًا الإفراج عن الأسرى. طيب. أستاذ لواء، الأستاذ قدري أبو بكر يعني الديون تتراكم على هيئة شؤون الأسرى، قبل فترة أنت قلت أنا سأستقيل إذا لم تُصرف المخصصات في حال يعني وزارة المالية لم تصرف مخصصات الهيئة ولو جزئيًا. نتحدث بالبداية عن المشكلة. ما هي مخصصات الهيئة بالبداية وأين تُصرف يعني.

إحنا منعرف إنه كمان في الأسرى بيتعلموا في الجامعات وبالتالي في هناك مخصصات للجامعات مقابل تعليم الأسرى. هل لك أن تشرح لنا بالبداية هذا الموضوع؟

قدري أبو بكر: أولاً هناك في أزمة اقتصادية سواء إن كان عن الهيئة أو على السلطة بشكل عام نحن منشوف يعني في صعوبة للسلطة تؤمّن نص راتب للموظفين. هلق بالنسبة لهيئة الأسرى عنّا إحنا في كنتينا اللي هي بتُصرف شهري للأسرى.

هذه لم تُمَسّ. تُصرف حتى يعني أول شهر آب... حوّلوا لنا للكنتينا كما هي.

المذيعة: مصروف الأسرى

قدري أبو بكر: حتى مخصصات الأسرى طبعًا تُصرف كمان. ما يقع على الموظفين يقع على هيئة شؤون الأسرى. عنّا يعني إحنا نتعرض لضغط شديد خاصة في هيئة شؤون الأسرى. مثلاً في غزة في هناك رواتب، نص راتب من زمان وأعطوهم الشهر أكم من شهر نص، نص الراتب. كذلك الأمر هناك في قطع للرواتب بشكل شهري خاصة في غزة. يبدو إنه هناك تقارير كيدية كثيرة تخرج فهذه كمان بتشكل بالنسبة إلنا لأنه الكل بيتصل. إحنا العنوان بيتصلوا فينا. مسألة أخرى...

المذيعة: يعني مِن مَن تخرج هذه التقارير؟

قدري أبو بكر: بأعرفش. من غزة طبعًا. ناس يعني.

المذيعة: نعم.

قدري أبو بكر: حاليًا الجامعات على سبيل المثال، إحنا كل أسير بيخرج من المعتقل... في المعتقل مغطى مغطى سواء إن كان بالجامعة، أو في الدراسة وتوجيهي وكل إشي بيخرج... كل أسير بيخرج بعد سنة إله حق يدرس في الجامعة، يدرس في نجارة، حدادة كذه، أي مهنة ممكن إحنا منغطي له إياها. منغطي كمان علاج الأسنان لـ 5000 شيكل، منغطي الزراعة.

المذيعة: بس لكل المحكوميات ولا لأسرى اللي حكموا عدد معيّن من السنوات؟

قدري أبو بكر: لكل الأسرى اللي ما بعد السنة أنا بأحكي

المذيعة: ما بعد السنة

قدري أبو بكر: ما إله حق يعني

المذيعة: تمام

قدري أبو بكر: هلق السلطة، حتى وزارة المالية يعني مقرة بهذا الإشي. مش بتقول بديش أدفع. لكن بعض المؤسسات بدأت لأنه صار فترة ما تسددش، بدؤوا في اتخاذ إجراءات

المذيعة: زي مين؟

قدري أبو بكر: يعني زي الجامعة الأمريكية مثلاً. في تلات إلى أربعة خلصوا شهادتهم وفي أخ من الإخوان إله سنة وشوي شهادته خالصة وصح إله تعيين في مجال معيّن ومش قادر يشتغل لأن شهادته حاجزينها

المذيعة: حاجزينها بسبب عدم التسديد؟

قدري أبو بكر: عدم التسديد مع إنه إحنا مندفع كلنا يعني... قبل فترة دفعنالهم 17 ألف دولار. جامعة القدس المفتوحة على سبيل المثال إلها... يعني كنت أحكي إنه مليونين قالوا قاربت على مليونين ونص دولار

المذيعة: الديون؟

قدري أبو بكر: الديون ومعها ملتزمين ورئيس الجامعة أخونا الدكتور أنور قال لو اتوصل منتين وخمسين مليون دولار أنا بقدرش أمنع واحد أسير مناضل من إنه يدرس

المذيعة: أن يكمّل شهادته

قدري أبو بكر: جامعة أبو ديس كمان إلها علينا لكن مش بالحد اللي هي في الجامعة. على كل حال بدأت الأمور تتحلحل

المذيعة: قديش قيمة الديون تقريبًا للجامعات؟ في عندك فكرة أستاذ فكري؟

قدري أبو بكر: أكثر من 3 مليون دولار

المذيعة: للجامعات؟

قدري أبو بكر: للجامعات

المذيعة: طيب.

قدري أبو بكر: 3 ونص مليون

المذيعة: طيب هذا يعني بيدل إنه إلكم فترة طويلة يمكن ما سددتوا. لا يوجد مخصصات لتسديدها للجامعات

قدري أبو بكر: الأزمة المالية مستمرة منذ أكثر من سنة، سنتين

المذيعة: نعم فمن سنتين تقريبًا

قدري أبو بكر: فمندفع أجزاء إحنا شوي شوي يعني السنة هاد الحالي آخر السنة هاد اتفقنا إنه نوخد مائة ألف دينار شهري للجامعات

المذيعة: نعم

قدري أبو بكر: طبعًا فيشي... أعطونا مائة ألف دينار... والزمان هذه في آخر العام الفائت دخلت الأزمة كورونا والأزمة... وشو اسمه اتجمدت طبعًا إلى هالسنة... لكن يعني منأمل وهلق في اجتماع رح يكون مع وزارة المالية الأسبوع الحالي... كان مفروض الأسبوع اللي فات فكانوا مشغولين جدًا بترتيب الراتب... نص الراتب... بالتعاون مع الرئيس ورئيس الوزراء بالقرض من البنوك اللي إلها علينا طبعًا على السلطة قاربت حسبما فهمت حوالي 5 مليار شيكل هذه الديون كمان يعني إحنا وضعنا لا يُحسد عليه

المذيعة: نعم هذا اللقاء أو الدعوة للقاء جاءت بعد ما أنت حضرتك أرسلت لرئيس ولرئيس الوزراء يعني تخبرهم بهذا الموضوع وأطلعتم على هذه الأزمة

قدري أبو بكر: طبعًا الأزمة معروفة ومعروفة عالجميع هذه

المذيعة: صورة الوضع يعني... لكن أخبرتهم إنه كان بنيتك تقديم الاستقالة

قدري أبو بكر: لا هذه قديمة كمان... مش حتى جديدة على المستوى الذي... لكن إحنا... أنا بأقول حاليًا مثلاً الرواتب اللي هي شبه تتقطع شهري... يعني في آلية حاليًا إنه ممكن نشترك إحنا في دراسة الملفات هذه. قبل كان ينقطع الراتب بدون أي استشارة بالنسبة إلنا... حاليًا ممكن يكون إحنا اليوم يعني الجهات اللي بتدفع الراتب

المذيعة: رواتب الأسرى؟

قدري أبو بكر: رواتب بعض الأسرى

المذيعة: بعض الأسرى

قدري أبو بكر: نعم

المذيعة: طالبت إنه يكمّل الموضوع بالتشاور معكم

قدري أبو بكر: في رح يكون بالتشاور ورح نقوم بدراسة بعض الملفات والناس اللي مقطوعة رواتبهم. خاصة بالسجون وبرة السجون يعني أنا بدي أحكي

المذيعة: نعم

قدري أبو بكر: لأنه في قسم انقطع راتبهم. المسائل الأخرى كمان في علاج... هذه طبعًا قطع الرواتب ممكن لا دخل للمالية فيها ولا هي الجهة اللي بتصرف...

المذيعة: مين يعني مين بيحدد هذا الموضوع؟

قدري أبو بكر: هلق زي ما حكيت تقارير كيدية تيجي ممكن للأمن ممكن لمؤسسات أخرى هي اللي بتوصي بوقف الراتب لأنه في عنّا إحنا لجنة متابعة لموضوع غزة... وإحنا ساعين لنكون ضمن هذه اللجنة. إذا كنا ضمن اللجنة بالتأكيد عنّا معلومات كمان ممكن إنه نسترشد فيها إحنا اليوم ويتم الحد من هذا الموضوع

المذيعة: نعم طيب يعني خلينا نحكي إنه الأمور أحيانًا لا تأتي بسهولة أو بوادر الحل لا تأتي بسهولة. يعني أنت ضغطت بهذا الاتجاه وحتى لو كان الموضوع قديم لكن أنت هددت... قلت بتقديم استقالتك وبعدها جاءت الاستجابات والحوارات والحديث بهذا الموضوع

قدري أبو بكر: يعني أنا بأحكي... تشوفي... إحنا في ضغط هائل بالنسبة إلنا

المذيعة: نعم. مِن؟

قدري أبو بكر: طبعًا من الناس. أهالي الأسرى. من أسرى داخل السجن. من الأسرى خارج المعتقل. في عنّا كم هائل من المطالب اللي مش قادرين إحنا نتعاطى معها

المذيعة: تلبوها اه

قدري أبو بكر: يعني واحد أسير مثلاً من غزة انقطع راتبه إلى آخره بيحكي لي إنه إحنا مش قادرين نعيش

المذيعة: صحيح

قدري أبو بكر: أنا ألقى راتب 6 آلاف شيكل حتى صار 3 آلاف شيكل لما حدد الراتب اعتمد الـ 3 آلاف وهسا أنا بوخذ نص الـ 3 آلاف. يعني بأقول إحنا عم بضائقة مالية وفي هناك يعني جهات أخرى. بيقول لي أنت عنواننا إذا مش قادر أنت تحل مشكلتنا تفضل استقيل. محق هو. بالتأكيد محق. يعني يفهموا كمان...

المذيعة: يعني أحد الأسرى قالك هذا الكلام إنه أنت

قدري أبو بكر: أكثر من واحد

المذيعة: أكثر من واحد. مش..

قدري أبو بكر: وأنا متلمس... يعني ألمهم... ومتلمس وجعكم بالتأكيد يعني وضع صعب كثير

المذيعة: نعم

قدري أبو بكر: وهذا الوضع زي ما حكيت عالجميع لكن بشكل خاص بالنسبة للأسرى، بالنسبة إلي شخصيا بشعر إنه في هناك قصور يعني في شكل عام وقصور تجاهنا كمان. إحنا اللي مقصرين.

المذيعة: طيب. هذا التقصير... يعني قضايا الأسرى لازم تكون من الأولويات عند الجميع حتى في موضوع صرف المخصصات المالية الخاصة بهم. هل يعني أستاذ قدري تعتقد إنه في هناك تقصير وإهمال لقضية الأسرى وأنها ليست من ضمن الأولويات فيما يتعلق بالمخصصات المالية التي تُصرف؟

قدري أبو بكر: لا. أنا ما باعتقد. يعني بدليل إنه لما اقتطعوا الإسرائيليين المقاصة صُرف إلهم راتب كامل. الأسرى كان مصروف إلهم مائة في المائة والموظفين كانوا خمسين في المائة.

المذيعة: نعم طب

قدري أبو بكر: أنا شخصيًا كأسير إللي 17 سنة. يعني انصرف خمسين في المائة ممكن أنا يمكن أرفض، أتميز يعني... لأنه هذه قضية عامة

المذيعة: نعم

قدري أبو بكر: في بعض الأحيان يعني بيطلبوا بعض الأسرى حاليًا يعني بيتصلوا فيّ أسرى... ليش ما انصرف لنا مائة في مائة؟ منقول لهم هذه كانت تحدي أمريكي... هذه حاليًا ضائقة عالجميع يعني بيصيرش أي تمييز. كمان في إحنا مسائل كنا منتناقش فيها مع الرئيس في السابق. يعني مثلاً الأسير المحرر... يعني بيخرج من السجن وبيوخذ راتب كأسير محرر بدون ما يعمل وبدون أي شيء. وكنا طارحين للرئيس إنه ضرورة استيعابهم يعني استيعاب الأسرى بدل ما يشعر الواحد إنه هو عالي وقاعد. في عنّا حملة شهادات، في توجيهي، في البكالوريوس، في الماجستير، في عنّا الدكتوراه خلصوا. ليش ما نستوعبهم إحنا في مؤسسات السلطة؟ فالحمد لله قبل أيام معدودة الرئيس وافق على هذا الاقتراح وشكل لجنة من أعلى مستوى اللي كان رئيسها دولة رئيس الوزراء محمد اشتية للبدء باستيعاب هؤلاء الأسرى. عنّا 7 آلاف أسير إحنا تقريبًا أو 8. هدول المحررين بيوخذوا الراتب دا وهاد تُستغل حتى ضدنا في أوروبا وفي أمريكا وفي إسرائيل إنه هدول بيوخذوا راتب لأنه قتلوا، لأنه عملوا كذا. لا. لازم هو كمان الأسير بده يشعر إنه بيعطي، بيقدم.

المذيعة: بينتج. نعم.

قدري أبو بكر: فهذه خطوة رائعة جدًا من قبل الرئيس

المذيعة: رح يتم استيعابهم في المؤسسات يعني

قدري أبو بكر: اه البدء في استيعابهم وهذه يعني خطوة جدًا ممتاز من الرئيس، ولاقت ارتياح لدى أهالي الأسرى ولدى الأسرى نفسهم سواء إن كانوا في السجن أو خارج السجن

المذيعة: نعم استيعابهم في الوظائف يعني

قدري أبو بكر: اه نعم. في الأمن، في الأجهزة الأمنية أو في الوزارات ومؤسسات السلطة أو بهيئات السلطة كمان.

هذه خطوة إيجابية جدًا.

المذيعة: نعم طيب. بوادر الحل. أنت تقول إن الأمر في طريقه إلى الحل. هل تواصلت معكم وزارة المالية مرة أخرى؟ يعني هل سيكون في اجتماع قريب لحل هذه القضية وخاصة فيما يتعلق بالجامعات والضغوط اللي عليكم؟

قدري أبو بكر: نعم صار في حديث وفي اجتماع. قلت أن كان لازم يكون الأسبوع اللي فات. اتأجل للأسبوع الحالي لأنه...

المذيعة: اجتماع مع من؟

قدري أبو بكر: نعم مع وزارة المالية. ممكن يكون وكيل وزارة من عنّا ووكيل وزارة من عندهم وبعض المدير العام، المسؤول المالي. لكن هذه أزمة أنا بأقول في طريقها إن شاء الله للحل كشكل عام لأنه إن شاء الله إنه تنتهي مسألة المقاصة وبيرجع الوضع إلى ما كان عليه

المذيعة: مع إنه الموضوع مش بس الجامعات يعني المقرات، مقرات الهيئة أيضًا لم تدفع أجراتها منذ فترة

قدري أبو بكر: مش الهيئة... كمان الوزارات... يعني أنا طلعت إنه في وزارات كثيرة كمان مش مدفوعة زينا. عنّا مسألة السيارات، عنّا مسألة الموظفين الهيكلة، عنّا مشاكل لا تعدّ ولا تحصى. كمان في وزارات ثانية فيها مشاكل. يعني إن شاء الله هذه مربوطة في الوضع المالي. الوضع السياسي بده يتحلل لأنه الوضع السياسي أيضًا هو انعكاس للوضع المالي

المذيعة: نأمل أن تُحلّ هذه الأمور قريبًا

قدري أبو بكر: إن شاء الله

المذيعة: رسالتك أستاذ قدري، أنت رئيس هيئة شؤون الأسرى، ما الرسالة التي توجّهها لكل الجهات المختصة حتى تبقى هذه القضية وحتى تبقى الهيئة وكل المؤسسات التي تُعنى بشؤون الأسرى مستمرة في هذا العمل الهام؟

قدري أبو بكر: نعم أنا بأقول يعني ضغط بالنسبة إلنا إحنا منواجهه على الأسرى والمحررين وأهلنا اللي راعوا هذه المسألة بشكل عام وراعوا وضعنا بشكل خاص يعني في الأسرى. إحنا منقوم في دورنا

قدري أبو بكر: تقديم الخدمات ونأمل إنه ما نقصر مع إنه إحنا دائمًا مقصرين تجاه أسرانا وعذباتهم. يعني الأسرى بيمروا في ظرف صعب جدًا جدًا خاصةً في الآونة... يعني في الأسبوعين اللي فاتت... درجة الحرارة وصلت في الخليل ورام الله... كنت أنا في الخليل 46 درجة... يعني بالنقب والسجون الصحراوية أنا متأكد اتجاوزت الخمسين... بدون اير كونديشيونر...

المذيعة: صحيح كان الله بعونهم

قدري أبو بكر: وفي قسم بدون مراوح. حتى القسم من النقب مثلاً ـ في الخيم عايشين. فوضع كثير صعب خاصة عالمرضى ...

المذيعة: في الموجة الحارة هاي كلهم يعني

قدري أبو بكر: يعني الوضع كثير سيء وإن شاء الله الأمور تتحسن أكثر وأكثر وإن شاء الله منفرح في أسرانا كلهم وهم أحرار... وأسيراتنا

المذيعة: نعم. يعني الشهيد الأسير داوود الخطيب أيضًا الذي توفي داخل السجن بجلطة قلبية... هل وضحت حيثيات الأمور بما يتعلق...

قدري أبو بكر: نعم في البداية يعني اتصلوا فينا أحد الـ... قال إنه هو أصابته جلطة وهرعت إليه قوة... خلينا نقول الممرضين بسرعة وأنقذوه. يعني استبشرنا خير إنه بيهتموا

المذيعة: تمام

قدري أبو بكر: لكن التقارير اللي أجت ما بعد هيك... لا... كانت التقارير إنه هو صلَّى... يبدو إنه ضاخ.. مسكوه الإخوان... طبعًا أسعفوه وحطّوا على وجهه مياه باردة. قالوه "نستدعي الدكتور؟" قال لهم "لا، الوضع كويس." رجع يصلي مرة ثانية، قلب وبدأ الزبد يطلع. استدعوا الشرطي... الشرطي تلكأ يعني اتأخر في المجيء. قال لهم "لا بدي أشوف اطلع عالشباك"... طبعًا هذه صار وهذه شغلة سريعة هذه لازم...

المذيعة: طبعًا

قدري أبو بكر: رح استدعى الممرضين. أجوا بسرعة لكن بعد مرور فترة. فلذلك كانت... الشرطي لو استخدم صلاحياته وواجبه ورح استدعاهم، ممكن كان أنقذوه، وخاصة إنه هذا المريض كمان عرفنا إنه كان مصاب بجلطة قبل هيك بـ 2017

المذيعة: نعم

قدري أبو بكر: وتم إجراء عملية قلب مفتوح وأنقِذ منها. وهذه المرة نفس الشيء. يعني حالات زي هيك ولما عرفنا إنه إله لسه 18 سنة بالسجن ظايله 3 شهور وعارفين حالته المرضية لكن بيرحموش. كان مفروض إنه يشمل الإفراج المبكر لكن هم طبعًا

المذيعة: هذا التلكؤ يعني في أكثر من ملف صحي خاص بالأسرى. في ضغوطات باتجاه إنه تدخّل جهات دولية في هذا الموضوع وتحديدًا الملف الصحي؟

قدري أبو بكر: في الملف الصحي... يعني قبل جاءت كورونا ناشدوا العالم وكل الدول اتخذت إجراءات وأخرجوا مئات الآلاف من الأسرى. المفروض إنه في هذه الجائحة... يعني لو الإسرائيليين بدهم يستجيبوا للقوانين والأعراف الدولية... وإحنا طالبنا إخراج الناس المرضى، إخراج الناس الكبار السن، المرأة إلى آخره الأطفال. أخونا... طبعًا داوود... من ضمن حالات المرضى الحرجة اللي أصابته جلطة وقلب مفتوح ولم يبقَ له إلا 3 شهور

المذيعة: 3 شهور للإفراج

قدري أبو بكر: ليش ما يخرجوه؟

المذيعة: رحمه الله

قدري أبو بكر: هذه المسألة هي جرائم يرتكبها الاحتلال بحق أسرانا كل يوم

المذيعة: طيب شكرًا جزيلاً لإلك على حضورك الأستاذ اللواء قدري أبو بكر رئيس هيئة شؤون الأسرى والمحررين تحياتي لإلك

قدري أبو بكر: أهلاً وسهلاً حياكم الله

المذيعة: وفرج الله عن أسرانا وفك قيدهم بإذن الله

قدري أبو بكر: إن شاء الله