# EXHIBIT 12



## WAFA News Agency

**وكالة الأنباء والمعلومات الفلسطينية**
**Palestine News & Info Agency**

**IMPORTANT NEWS**    s Department mourns his death        Vatican foreign minister offers condol



---

| HOME | CABINET |
|------|---------|

     

28/September/2020 09:24 PM

# PM Shtayyeh says financial crisis is a result of US and Israel's money war against the Palestinians



The Palestinian cabinet holding its meeting in Ramallah through video conference. (WAFA Images0

RAMALLAH, Monday, September 28, 2020 (WAFA) – The financial crisis facing the Palestinian government is due to the money war waged by the United States and Israel against the Palestinians, today said Prime Minister Muhammad Shtayyeh.

Speaking through a video conference at the weekly cabinet meeting in Ramallah, Shtayyeh also said that the discontinuation in Arab financial support has also contributed to this crisis.

"The cause of the financial crisis that we have been facing for months is the money war waged by the American administration, and later Israel, and the discontinuation of Arab aid other than what Arab funds provide for projects, as well as the European Union, Asian countries and the World Bank, and these are mostly for projects and not for salaries," he said.

"The United States was providing us about $500 million, and these funds stopped and the aid that came from the Arab countries, amounting to about $350 million, has stopped, except what the funds provide us, and the Arab countries have not abided by their decisions related to the financial safety net to protect Palestine from extortion," he explained.

Shtayyeh said, "The Corona pandemic caused great damage to the world economy and to our economy, and our income decreased by 60%. Then came the issue of Israeli annexation based on the (US) Deal of the Century when the Palestinian leadership decided to absolve itself from the agreements signed with Israel, including the financial agreement. After that all relations with Israel were stopped. We implemented an austerity program and expenditures were reduced by about 70%, but in order to enhance your (the public) role and steadfastness and alleviate your suffering, we borrow about 400 million (Israeli) shekels ($115 million) from banks every month to pay only half the salaries, and we pay interest to the banks on this amount."

The Prime Minister explained that 350,000 salaries are paid every month, which go to military and civilian personnel, the needy families who amount to 120,000, including 81,000 families in the Gaza Strip, 140,000 employees in the West Bank and Gaza, in addition to 75,000 retired military and civilian personnel in the West Bank and Gaza, as well as the families of prisoners and martyrs at home and in the Diaspora.

Shtayyeh addressed the public employees, saying, "Your salaries will be paid to you in full when we get them (the clearance tax revenues collected by Israel) without any political blackmail from Israel or the United States."

He explained in figures the size of the massive deficit facing the treasury as a result of the cessation of financial support.

"We need about 1.2 billion shekels ($350 million) per month of which about 500 million shekels ($145 million) are from the clearance, which is completely stopped now, and local taxes have dropped from 350 million shekels ($100 million) a month to 200 million shekels ($58 million). The clearance has stopped for reasons related to the Palestinian leadership's decision to stop dealing with Israel, and the government is committed to that in order to face the blackmail that Israel is trying to dictate to us," he said, assuring people that he is confident that "this affliction will go away."

M.K.

## Related News



Prime Minister Shtayyeh: Israel should choose between two states and becoming a demographic melting pot



PM Shtayyeh, UNRWA chief discuss UN agency's financial crisis



President Abbas ready for engagement in a serious process, says Premier



Prime Minister Shtayyeh calls on Romania to put pressure on Israel to stop violations, settlement expansion

## Latest News

# Latest News

⊙ Vatican foreign minister offers condolences ...

10/November/2020 09:48 PM

📷 President Abbas marking Arafat's death anniv ...

10/November/2020 07:18 PM

⊙ Foreign Ministry records 13 new coronavirus ...

10/November/2020 07:08 PM

📷 Cancer-stricken Palestinian prisoner dies in ...

10/November/2020 04:58 PM

⊙ Israeli forces raze Palestinian-owned land i ...

10/November/2020 04:19 PM

📷 The staff of Saeb Erekat's Negotiations Affa ...

10/November/2020 03:05 PM

📷 UPDATE: World leaders mourn the death of Ion ...

10/November/2020 02:07 PM

📷 Daily coronavirus report in Palestine: 14 de ...

10/November/2020 01:52 PM

📷 On behalf of the PLO Executive Committee, Ha ...

10/November/2020 12:50 PM

# Video



**Palestinian school under imminent threat of demolition in th ...**

## Read More

### Israeli occupation forces detain 13 Palestinians from t

🕐 10/November/2020 12:37 PM



### Israel demolishes carwash workshop in Jerusalem-distric

🕐 10/November/2020 11:06 AM



### Israeli military infiltrates central Gaza border, raze

🕐 10/November/2020 10:51 AM



### UNRWA says it needs $70m to pay its 28,000 staff, conti

🕐 09/November/2020 02:07 PM



### Woman journalist, brothers among 12 Palestinians Israel

🕐 09/November/2020 12:22 PM



CONTACT US    OUR ADDRESS    ABOUT US       ALL RIGHTS RESERVED TO WAFA © 2020