# Exhibit 1

**CDCR Inmate Locator**
**Public Inmate Locator System**

Visit CDCR.ca.gov
Contact CDCR
Accessibility Settings

- Home
- Rehabilitative Programs
- Questions
- Visitation Information

## Inmate Information

**The information displayed below is subject to change and may update daily**

| | |
|---|---|
| Inmate Name | SIRHAN, SIRHAN BISHARA |
| CDCR Number | B21014 |
| Age | 76 |
| Admission Date | 05/23/1969 |
| Current Location | RJ Donovan Correctional Facility |
| Location Link | Directions |
| Parole Eligible Date (Month/Year) | 04/1972 |
| Parole Eligible Date Information | **The Parole Eligible Date displayed above is subject to change.**<br><br>The parole eligible date shown above is the first date the inmate is (or was) eligible for a parole suitability hearing by the Board of Parole Hearings to determine if the inmate should be released. Inmates may earn credits for participating in rehabilitative programming, which may move their parole eligible dates to an earlier date. Inmates could also be found guilty of an institutional rules violation, which could result in a loss of credits that may move their parole eligible dates further into the future. Parole eligible dates may also change based on a variety of other reasons, including court orders, changes in law, and routine audits. Parole eligible dates displayed on this website are updated regularly.<br><br>For more information about the parole suitability hearing process, please visit the Board of Parole Hearings' Parole Suitability Hearing Overview |
| Additional Information | **VICTIM NOTIFICATION:** Victims who would like to request notice and an opportunity to attend this inmate's parole suitability hearing or who would like to request notice of this inmate's release must register with CDCR's Office of Victim and Survivor Rights and Services. For further information, or to inquire about court ordered restitution, please visit CDCR's Office of Victim and Survivor Rights and Services website or call toll-free 1-877-256-6877<br><br>**BOARD OF PAROLE HEARINGS:** For more information about the Board of Parole Hearings, please visit the Board's website |

View Board of Parole Hearings' Actions

**Information current as of: 11/11/2020**

Back to Results    New Search

### Governor
**Gavin Newsom**
Visit Governor's website



### CDCR Secretary
**Kathleen Allison**
Visit Secretary's page

### Innovation By
**EIS**
Enterprise Information Services



Copyright © 2020 California Department of Corrections and Rehabilitation