# Exhibit 3

*SECRETARY'S AWARD—Deputy Secretary Kenneth Rush is shown with members of the families of the late Ambassador Cleo A. Noel, Jr., and the late Deputy Chief of Mission George Curtis Moore after he presented their widows with the Department's highest award—the Secretary's Award (posthumous)—on July 16. Shown, left to right, are Mrs. Dan Wolfe and Mrs. Homer Schrader, Mr. Moore's aunts; Mrs. David H. Wyatt (Lucy Moore), partially hidden; Mrs. Moore, Miss Catherine Moore, Miss Janet Noel, Mrs. Noel and Deputy Secretary Rush. Mrs. Noel's son, John, was unable to attend the ceremony in the Deputy Secretary's office because he was in Italy.*

# Noel and Moore Honored with Department's Highest Award

Deputy Secretary Kenneth Rush presented the Department's highest honor, the Secretary's Award, to the widows of Ambassador Cleo A. Noel, Jr., and Deputy Chief of Mission George Curtis Moore at a solemn ceremony in his office on July 16.

Ambassador Noel, U.S. envoy to the Sudan, and Mr. Moore were murdered by Black September Palestinian guerrillas at the Saudi Arabian Embassy in Khartoum on March 2. (See NEWSLETTER, March).

The Secretary's Award was bestowed posthumously on the slain diplomats in recognition of their outstanding service in the highest traditions of selflessness and devotion to duty.

Attending the ceremony were members of the Noel and Moore families, personal friends, and top officials of the Department.

Deputy Secretary Rush eulogized the slain diplomats for their steadfast courage and exemplary fortitude in the face of danger. He also praised their distinguished careers in the Department and the Foreign Service.

He expressed the Department's grief to the widows at their great loss. Others in the group also expressed personal condolences to the Noel and Moore families.

The citation on Ambassador Noel's plaque read:

"For outstanding courage and dedication to duty for which he gave his life, Khartoum, March 2, 1973."

The citation on Mr. Moore's plaque read:

"For exceptional leadership and devotion to closer ties of friendship with Sudan for which he gave his life, Khartoum, March 2, 1973."



*CALCUTTA—Ambassador Daniel P. Moynihan met with Consul General Herb Gordon and other staff members during his recent visit here. Pictured are, counterclockwise from right, Mr. Gordon, the Ambassador, Political Officer Peter Burleigh, Dr. Chester E. Finn, the Ambassador's Counsel; David Good, Director, American University Center; Economic/Commercial Officer Betty-Jane Jones, Political Officer Charles Coudert, and Assistant Cultural Affairs Officer Alan King.*

**DEPARTMENT OF STATE NEWSLETTER**

Digitized by Google

# Department Cites Staff at Khartoum

Secretary Rogers on August 3 presented the Department's Distinguished Honor Award to the American Embassy Staff at Khartoum for its "calm, resolute performance of duty" during the tragic kidnapping and subsequent murder of Ambassador Cleo A. Noel, Jr., and Deputy Chief of Mission G. Curtis Moore. (See NEWSLETTER, March).

The presentation was made during the swearing-in ceremony of William D. Brewer as the new U.S. Ambassador to the Democratic Republic of the Sudan.

Melville A. Sanderson, Jr., Administrative Officer at the Embassy, also was granted the Superior Honor Award for his outstanding leadership during the tragedy.

Ambassador Brewer will present the Distinguished Honor Award to the staff and the Superior Honor Award to Mr. Sanderson at a ceremony in Khartoum.

The citation accompanying the Distinguished Honor Award read:

"Despite four days of mounting tension and unceasing anxiety, the Embassy Staff functioned flawlessly with a professionalism which paid the highest tribute to the two slain leaders."

In nominating the Embassy Staff for the high award David D. Newsom, Assistant Secretary for African Affairs, wrote:

" . . . Because of the small size of the staff, personnel had to remain at the Chancery for up to four days, in many cases with no more rest than could be gained by lying down on top of a desk for an hour or two. Deputy Under Secretary William B. Macomber (now U.S. Ambassador to Turkey), who arrived the day after the assassinations, has repeatedly stated that he has never seen an Embassy perform as well, with personnel functioning as capably after four exhausting, sleepless days as they had on the first day.

"The intelligence, sensitivity and grace with which the entire Embassy staff performed during the terrible, lengthly ordeal in Khartoum are not only in the finest traditions of the Foreign Service, but the stuff of which new traditions are made. We believe that this performance merits



TO KHARTOUM—*William D. Brewer is sworn in as the new U.S. Ambassador to the Democratic Republic of the Sudan by Ambassador Marion H. Smoak, Acting Chief of Protocol, at a ceremony in the Secretary's office on August 3. Mrs. Brewer holds the Bible as Secretary Rogers looks on.*

the recognition of a distinguished honor award."

Cited were Mr. Sanderson; Murat Natirboff, Political Officer; Samuel R. Peale, Political Officer; Edwin L. Brawn, General Services Officer; Margaret E. Thorsen, Secretary; Peggy K. Seepe, Secretary; Carol A. Roehl, Consular Assistant; Robert T. Grimste, Communications and Records Officer; Michael E. Bendersky, Telecommunications Officer; and Phillip R. Sneed, Telecommunications Assistant.



LAGOS—*Shown at the West African Consolidated Administrative Services Center (WACASC), are, left to right, U.S. Ambassador to Nigeria John E. Reinhardt; Charles E. Gates, Administrative Officer, WACASC; and Dr. Curtis E. Tarr, Under Secretary for Security Assistance and Acting Deputy Under Secretary for Management. Dr. Tarr, who was accompanied by William G. Bradford, Executive Director, Bureau of African Affairs, toured WACASC on July 8, their last stop during their inspection of and orientation visit to West African posts.*

Digitized by Google