# Exhibit 6

MFA ▸ Press Room ▸ 2016 ▸ Incitement to murder by the Palestinian Authority 27 Mar 2016

# Incitement to murder by the Palestinian Authority

**27 Mar 2016**

**This week, the Palestinian Authority and the Fatah Movement "celebrated" the anniversary of the 1978 Coastal Road massacre, in which 37 Israelis were murdered in cold blood, including 12 children.**

(Communicated by the MFA Spokesperson)

The systematic incitement to murder Israelis, led by official Palestinian Authority institutions, continues to intensify.

This week, the Palestinian Authority and the Fatah Movement "celebrated" the anniversary of the Coastal Road massacre, in which 37 Israelis were murdered in cold blood, including 12 children. On 11 March 1978, a group of terrorists from the Fatah Movement, led by Dalal Mughrabi, murdered Gail Rubin, an American tourist, then hijacked a bus and indiscriminately murdered its passengers.

Over the past few days, the event has been commemorated in high-profile public celebrations throughout the Palestinian Authority, as a hallmark of Palestinian heroism. The glorification by the PA of the 1978 female arch-terrorist Dalal Mughrabi is directly linked to the Palestinian terrorists who operate today, perpetrating murderous attacks with the encouragement of the PA.

Israeli Prime Minister Benjamin Netanyahu has requested Ambassador Danny Danon, the Permanent Representative of Israel to the UN, to submit a complaint against the PA, for turning a loathsome terrorist into a role model for Palestinian society as a wave of Palestinian terrorism and violence continues to rage, fed by a murderous campaign of incitement.

It is intolerable that generations of Palestinians are being educated to hatred of Jews and adoration of murderers.

**See also**

▸ Palestinian terror and incitement




Official Fatah Facebook: Invitation to ceremony marking 38th anniversary of the death as martyrs (shahids) of Dalal Mughrabi
Copyright: Courtesy PMW

MFA ▸ Press Room ▸ 2016 ▸ Incitement to murder by the Palestinian Authority 27 Mar 2016

2016

**Tools and Information**

- Contact us
- Contact info
- Israeli missions worldwide
- Subscribe to RSS
- Subscribe to Newsletters
- Consular services FAQ
- Treaties and Agreements
- Historical Documents
- MFA ID Card Application Form
- Consular services in Israeli missions abroad

# Incitement to murder by the Palestinian Authority

**27 Mar 2016**

This week, the Palestinian Authority and the Fatah Movement "celebrated" the anniversary of the 1978 Coastal Road massacre, in which 37 Israelis were murdered in cold blood, including 12 children.

(Communicated by the MFA Spokesperson)

The systematic incitement to murder Israelis, led by official Palestinian Authority institutions, continues to intensify.

This week, the Palestinian Authority and the Fatah Movement "celebrated" the anniversary of the Coastal Road massacre, in which 37 Israelis were murdered in cold blood, including 12 children. On 11 March 1978, a group of terrorists from the Fatah Movement, led by Dalal Mughrabi, murdered Gail Rubin, an American tourist, then hijacked a bus and indiscriminately murdered its passengers.



Official Fatah Facebook: Invitation to ceremony marking 38th anniversary of the death as martyrs (shahids) of Dalal Mughrabi
Copyright: Courtesy PMW

Over the past few days, the event has been commemorated in high-profile public celebrations throughout the Palestinian Authority, as a hallmark of Palestinian heroism. The glorification by the PA of the 1978 female arch-terrorist Dalal Mughrabi is directly linked to the Palestinian terrorists who operate today, perpetrating murderous attacks with the encouragement of the PA.

Israeli Prime Minister Benjamin Netanyahu has requested Ambassador Danny Danon, the Permanent Representative of Israel to the UN, to submit a complaint against the PA, for turning a loathsome terrorist into a role model for Palestinian society as a wave of Palestinian terrorism and violence continues to rage, fed by a murderous campaign of incitement.

It is intolerable that generations of Palestinians are being educated to hatred of Jews and adoration of murderers.

**See also**

▸ Palestinian terror and incitement



Print version   Send To Friend

Terms of use | Site Map | ContactUs  gov
All rights reserved to the State of Israel © 2013

Document title: Incitement to murder by the Palestinian Authority 27 Mar 2016
Capture URL: https://mfa.gov.il/MFA/PressRoom/2016/Pages/Incitement-to-murder-by-the-Palestinian-Authority-27-Mar-2016.aspx
Capture timestamp (UTC): Thu, 29 Oct 2020 16:38:54 GMT
Page 2 of 2