# Exhibit 7

CLASSIFIED ADS

Home › News › Israel News › Profile of a US Citizen Killed in Israel by Terrorists

News   Israel News

# Profile of a US Citizen Killed in Israel by Terrorists

   

David Bedein of the Israel Resource News Agency profiles at least one US citizen that was killed in Israel by Palestinian terrorists who are now being released from prison

David Bedein of the Israel Resource News Agency profiles at least one US citizen that was killed in Israel by Palestinian terrorists who are now being released from prison

**David Bedein of the Israel Resource News Agency profiles at least one US citizen that was killed in Israel by Palestinian terrorists who are now being released from prison**

Number 5 on the list of killers set to be freed by the gov't of Israel are the killers who murdered Freddie Rosenfeld, an American citizen Steven Frederick Rosenfeld was born to Eugene and Ethel Rosenfeld in New York on 29 August 1941.

He immigrated to Israel in 1968 and volunteered at Kibbutz Masada, where he was injured when a truck he was driving hit a landmine. Following rehabilitation, Frederick began working on archaeological digs in the Ein Bokek area, where he met his wife, Rachel.



Historical Hearing Device Bill

Aidion    OPEN






On Saturday, 7 June 1989, Frederick went on a hike in the hills near Ariel.



**RECOMMENDED**


**3 Ways Your Cat Asks for Help**


**Bad Taste Coming Through the Keurig Machine?**


**Help Save Baltimore - Contribute To Kim Klacik For Congress Today.**


**Say Goodbye to Your Dog's Endless Itching and Paw-licking**

He encountered a group of shepherds who stole a knife that he had in his possession, stabbed him to death, and hid his body on the side of the path. A different shepherd who was passing through the area found the body the next day.

Frederick was 48 at the time of his death. He was survived by his wife and brother.

The killers were caught because Freddie took their picture as they attacked him and, in his dying moments, put the camera in his pocket…

At the time, our agency provided full news coverage of Freddie's murder for the foreign press based in Israel.

Since Israel's justice system has now failed Freddie Rosenfeld, perhaps the US justice system will come through.

US law requires the FBI to investigate any instance in which an American citizen is murdered outside of the US.

At this time, there has never been a case in which the US has prosecuted a murderer of an American citizen in Israel

US law requires the US to prosecute in which an American citizen is murdered outside of the US.

At this time, there has never been a case in which the US has prosecuted a murderer of an American citizen in Israel

Here is a partial list of Americans murdered in terror attacks in Israel. And there are more. Many more than are listed here.

June 17, 1969: Shirley Louise Anderson, a 25 year-old tourist from Rochester, New York, was killed when the PLO shelled the Israeli resort town of Kallia.

December 27, 1969: Leon Holtz, 48, a tourist from Brooklyn, New York, was killed when PLO terrorists fired shots at a tourist bus near Hebron.

February 23, 1970, Halhoul, West Bank. PLO terrorists open fire on a busload of pilgrims killing Barbara Ertle of Michigan and wounding two other Americans.

May 30, 1972, Ben Gurion Airport, Israel. Three members of the Japanese Red Army, acting on the PFLP's behalf, carried out a machine-gun and grenade attack at Israel's main airport, killing 26 and wounding 78 people. Many of the casualties were American citizens, mostly from Puerto Rico.

November 14, 1975, Jerusalem, Israel. Lola Nunberg, 53, of New York, was injured during a bombing attack in downtown Jerusalem. Fatah claimed responsibility for the bombing, which killed six people and wounded 38.

November 21, 1975, Ramat Hamagshimim, Israel. Michael Nadler, an American-Israeli from Miami Beach, Florida, was killed when axe-wielding terrorists from the Democrat Front for the Liberation of Palestine, a PLO faction, attacked students in the Golan Heights.

March 11, 1978, Tel Aviv, Israel. Gail Rubin, niece of U.S. Senator Abraham Ribicoff, was among 38 people shot to death by PLO terrorists on an Israeli beach.

June 2, 1978, Jerusalem, Israel. Richard Fishman, a medical student from Maryland, was among six killed in a PLO bus bombing in Jerusalem. Chava Sprecher, another American citizen from Seattle, Washington, was injured.

May 4, 1979, Tiberias, Israel. Haim Mark and his wife, Haya, of New Haven, Connecticut were injured in a PLO bombing attack in northern Israel.

May 2, 1980, Hebron, West Bank. Eli Haze'ev, an American-Israeli from Alexandria, Virginia, was killed in a PLO attack on Jewish worshippers walking home from a synagogue in Hebron.

July 1, 1983, Hebron, Israel. Aharon Gross, 19, an American-Israeli from New York, was stabbed to death by PLO terrorists in the Hebron marketplace.


Historical Hearing Device Bill
Aidion   OPEN


May 2, 1980, Hebron, West Bank. Eli Haze'ev, an American-Israeli from Alexandria, Virginia, was killed in a PLO attack on Jewish worshippers walking home from a synagogue in Hebron.

July 1, 1983, Hebron, Israel. Aharon Gross, 19, an American-Israeli from New York, was stabbed to death by PLO terrorists in the Hebron marketplace.

December 19, 1983, Jerusalem, Israel. Serena Sussman, a 60-year-old tourist from Anderson, South Carolina, died from injuries from the PLO bombing of a bus in Jerusalem 13 days earlier.

July 6, 1989, Between Tel Aviv and Jerusalem, Israel. A member of Palestinian Islamic Jihad seized control of the steering wheel of a crowded bus enroute from Tel Aviv to Jerusalem and drove the bus off a cliff in the area of Kiryat Ye'arim. 16 civilians were killed, including two Canadians and one American.

December 1, 1993, north of Jerusalem, West Bank. Yitzhak Weinstock, 19, whose family came from Los Angeles, CA, was killed in a drive-by shooting. Hamas took responsibility for the attack

Sometime in 1994: near Atzmona, Gaza. U.S. citizen Mrs. Sheila Deutsch of Brooklyn, NY injured in a shooting attack.

October 9, 1994. Nachshon Wachsman, 19, whose family came from New York, was kidnapped and then murdered by Hamas.

October 9, 1994: Jerusalem, Israel. Shooting attack on cafe-goers in Jerusalem. U.S. citizens Scot Doberstein and Eric Goldberg were injured.

April 9, 1995, Kfar Darom and Netzarim, Gaza Strip. Two suicide attacks were carried out within a few hours of each other in Jewish settlements in the Gaza Strip. In the first attack a suicide bomber crashed an explosive-rigged van into an Israeli bus in Netzarim, killing eight including U.S. citizen Alisa Flatow, 20, of West Orange, NJ. More than 30 others were injured. In the second attack, a suicide bomber detonated a car bomb in the midst of a convoy of cars in Kfar Darom, injuring 12. The Palestine Islamic Jihad (PIJ) Shaqaqi Faction claimed responsibility for the attacks. U.S. citizens Chava Levine and Seth Klein were injured.

June 15, 1995: Jerusalem, Israel. U.S. citizen Howard Tavens of Cleveland, OH was injured in a stabbing attack.

August 21, 1995, Jerusalem, Israel. A bus bombing in Jerusalem by the Islamic Resistance Movement (Hamas) killed four, including American Joan Davenny of New Haven, CT, and wounded more than 100. U.S. citizens injured: Chanoch Bleier, Judith Shulewitz, Bernard Batta.

September 9, 1995. Ma'ale Michmash. American killed: Unborn child of Mrs. Mar


Ad
Historical Hearing Device Bill
Aidion    OPEN



August 21, 1995, Jerusalem, Israel. A suicide bomber in Jerusalem. The Islamic Resistance Movement (Hamas) killed four, including American Joan Davenny of New Haven, CT, and wounded more than 100. U.S. citizens injured: Chanoch Bleier, Judith Shulewitz, Bernard Batta.

September 9, 1995. Ma'ale Michmash. American killed: Unborn child of Mrs. Mara Frey of Chicago. Mara Frey was injured.

February 25, 1996, Jerusalem, Israel. A suicide bomber blew up a commuter bus in Jerusalem, killing 26, including three U.S. citizens, and injuring 80 others, among them three other U.S. citizens. Hamas claimed responsibility for the bombing. U. S. citizens killed: Sara Duker, of Teaneck, NJ, Matthew Eisenfeld of West Hartford, CT, Ira Weinstein of Bronx, NY. U.S. citizens injured: Beatrice Kramer, Steven Lapides, and Leah Stein Mousa.

March 4, 1996, Tel Aviv, Israel. A suicide bomber detonated an explosive device outside the Dizengoff Center, Tel Aviv's largest shopping mall, killing 20 persons and injuring 75 others, including two U.S. citizens. Both Hamas and the Islamic Jihad claimed responsibility for the bombing. U.S. citizens injured included Julie K. Negrin of Seattle, WA.

May 13, 1996, Beit-El, West Bank. Arab gunmen opened fire on a hitchhiking stand near Beit El, wounding three Israelis and killing David Boim, 17, an American-Israeli from New York. No one claimed responsibility for the attack, although either the Islamic Jihad or Hamas are suspected. U.S. citizens injured: Moshe Greenbaum, 17.

June 9, 1996, outside Zekharya. Yaron Ungar, an American-Israeli, and his Israeli wife were killed in a drive-by shooting near their West Bank home. The PFLP is suspected.

Perhaps people will ask visiting US Congresspeople at the King David Hotel, if they will ask that the US law will be enforced in the case of the killers of Freddie Rosenfeld.

The head of the delegation is Rep. Eric Cantor, whose 16 year old cousin, Daniel Cantor Wultz, was murdered in 2006 in Tel Aviv.

Another significant visiting Congressman is: Rep. Robert Pittenger chairman of the Congressional Task Force on Terrorism and Unconventional Warfare.


Historical Hearing Device Bill
Aidion    OPEN



