# Exhibit 8

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  Legitimate Fraud Prevention Interest

# Comprehensive Report

**Date:** 10/20/20
**Reference Code:** 0027109.00002.K.YALOWITZ

**Report processed by:**
Arnold & Porter, Kaye, Scholer LLP
601 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001
202-942-5000 Main Phone
202-942-5999 Fax

**Report Legend:**
🟦 - Shared Address
🟥 - Deceased
◪ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: HAIM MARK 🟥
Date of Birth: **6/xx/1925**
Date of Death: **5/3/2018**  (INDIAN RIVER, FL)
Age at Death: **92 (Born 95 years ago)**
SSN: 572-28-xxxx   issued in **California** between **1/1/1936** and **12/31/1951**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**

🟥 HAIM MARK
Age: **95**   SSN: 572-28-xxxx

🟥 HAIM H MARK
Age: **95**   SSN: 572-28-xxxx

🟥 HAIM P MARK
Age: **91**   SSN: 572-28-xxxx

🟥 HAIM J MARK
Age: **91**   SSN: 572-28-xxxx

🟥 HAIM PHILIP MARK
Age: **95**   SSN: 572-28-xxxx

🟥 MARK HAIM
Age: **95**   SSN: 572-28-xxxx

🟥 MARK HAIN
Age: **95**   SSN: 572-28-xxxx

🟥 MARK J HAIM
Age: **95**   SSN: 572-28-xxxx

🟥 PHILIP MARK
Age: **91**   SSN: 572-28-xxxx

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
   HANA Y MARK   DOB: 6/xx/1925
   572-28-xxxx    issued in California  between  1/1/1936  and  12/31/1951

HANA MARK  DOB: 6/xx/1925
572-28-xxxx     issued in California  between  1/1/1936  and  12/31/1951
HANA J MARK  DOB: 6/xx/1925
572-28-xxxx     issued in California  between  1/1/1936  and  12/31/1951
PHILIP H MARK
572-28-xxxx     issued in California  between  1/1/1936  and  12/31/1951
P H MARK
572-28-xxxx     issued in California  between  1/1/1936  and  12/31/1951

**Address Summary:**   View All Address Variation Sources

137 CAPRONA ST 1053, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY (Oct 2010 - Sep 2020)
  **Utility Locator - Connect Date:**   10/6/2010
SEBASTIAN, FL 32958-5607 (May 2018)
65 MESSINA DR APT 1053, EAST HAVEN, CT 06512-2369, NEW HAVEN COUNTY (Feb 2001 - Mar 2011)
  **Utility Locator - Connect Date:**   10/6/2010
65 MESSINA DR APT A1053, EAST HAVEN, CT 06512-5319, NEW HAVEN COUNTY (Mar 2001 - Nov 2010)
432 WOODWARD AVE APT 1ST, NEW HAVEN, CT 06512-5034, NEW HAVEN COUNTY (Nov 1988 - Aug 2007)
1409 S PALMWAY, LAKE WORTH, FL 33460-5711, PALM BEACH COUNTY (Dec 1991 - Sep 2002)
1 BREWERY SQ APT 133, NEW HAVEN, CT 06513-4349, NEW HAVEN COUNTY (Dec 1989 - Mar 2001)
56556344 432 WOODWARD AVE, NEW HAVEN, CT 06512, NEW HAVEN COUNTY (Oct 1998)
834 COTTON BAY DR W APT 612, WEST PALM BEACH, FL 33406-9052, PALM BEACH COUNTY (Nov 1995)
15630 NORTH RD APT 68, LOXAHATCHEE, FL 33470-3805, PALM BEACH COUNTY (Sep 1991)
RR 1 BOX 347, STARKS, ME 04911-9706, SOMERSET COUNTY (May 1991)
RR 1 BOX 347, ANSON, ME 04911-9801, SOMERSET COUNTY (Dec 1990 - May 1991)
PO BOX 347, ANSON, ME 04911-0347, SOMERSET COUNTY (Jan 1991)
21 MORRIS ST, HAMDEN, CT 06517-3424, NEW HAVEN COUNTY (Nov 1988 - Jan 1990)
1 BREWERY SQ APT T105, NEW HAVEN, CT 06513-4345, NEW HAVEN COUNTY (Nov 1988 - Mar 1989)
65 MESSINA DR APT 855C, EAST HAVEN, CT 06512-2369, NEW HAVEN COUNTY
65 MESSINA DR APT 1065, EAST HAVEN, CT 06512-2369, NEW HAVEN COUNTY

**Active Address(es):**   View All Address Variation Sources

  [None Found]

**Previous And Non-Verified Address(es):**   View All Address Variation Sources
137 CAPRONA ST 1053, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY (Oct 2010 - Sep 2020)
  **Utility Locator - Connect Date:**   10/6/2010
  **Name Associated with Address:**
    HAIM MARK
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 31-39-19-00001-6030-00014.0
      Book - 777
      Page - 1914
     Owner Name: MICHAEL G VANHOUTON
      Property Address: - 137 CAPRONA ST, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY
      Sale Price - $33,500
      Land Usage - SFR
      Subdivision Name - SEBASTIAN HIGHLANDS
      Total Market Value - $93,080
      Assessed Value - $72,473
      Land Value - $17,809
      Improvement Value - $75,271
      Land Size - 14,810 Square Feet
      Year Built - 1982
      Legal Description - SEBASTIAN HIGHLANDS SUB UNIT 17 BLK 603 LOT 14 PBI 8-46 TO 46P
      Data Source - A
  **Neighborhood Profile (2010 Census)**

      Average Age: 47
      Median Household Income: $59,964
      Median Owner Occupied Home Value: $192,605
      Average Years of Education: 12

SEBASTIAN, FL 32958-5607 (May 2018)
    **Name Associated with Address:**
      HAIM PHILIP MARK
    **Neighborhood Profile (2010 Census)**
      Average Age: 47
      Median Household Income: $59,964
      Median Owner Occupied Home Value: $192,605
      Average Years of Education: 12

65 MESSINA DR APT 1053, EAST HAVEN, CT 06512-2369, NEW HAVEN COUNTY (Feb 2001 - Mar 2011)
    **Utility Locator - Connect Date:** 10/6/2010
    **Name Associated with Address:**
      HAIM J MARK
      203-469-9210

    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - EHAV M:210 B:2617 L:001
        Book - 2032
        Page - 167
        Owner Name: 65 MESSINA DRIVE LLC
        Owner Name 2: EAST FARM VILLAGE
        Property Address: - 65 MESSINA DR, NEW HAVEN, CT 06512-2369, NEW HAVEN COUNTY
        Owner Address: 140 N BRANFORD RD, BRANFORD, CT 06405-2840, NEW HAVEN COUNTY
        Land Usage - COMMERCIAL (GENERAL)
        Assessed Value - $16,134,550
        Lender Name - KEY BANK NA
        Data Source - B
    **Neighborhood Profile (2010 Census)**
      Average Age: 49
      Median Household Income: $37,778
      Median Owner Occupied Home Value: $207,456
      Average Years of Education: 12

65 MESSINA DR APT A1053, EAST HAVEN, CT 06512-5319, NEW HAVEN COUNTY (Mar 2001 - Nov 2010)
    **Name Associated with Address:**
      HAIM P MARK
    **Neighborhood Profile (2010 Census)**
      Average Age: 49
      Median Household Income: $37,778
      Median Owner Occupied Home Value: $207,456
      Average Years of Education: 12

432 WOODWARD AVE APT 1ST, NEW HAVEN, CT 06512-5034, NEW HAVEN COUNTY (Nov 1988 - Aug 2007)
    **Name Associated with Address:**
      HAIM MARK
    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - NHVN M:042 B:0950 L:00400
        Book - 6502
        Page - 344
        Owner Name: WILSON BAUTISTA
        Property Address: - 432 WOODWARD AVE, NEW HAVEN, CT 06512-5034, NEW HAVEN COUNTY
        Owner Address: 7 ORCHARD AVE, NEW HAVEN, CT 06512-4437, NEW HAVEN COUNTY
        Sale Price - $158,000
        Land Usage - DUPLEX (2 UNITS, ANY COMBINATION)
        Assessed Value - $164,710
        Land Size - 26136 SF
        Year Built - 1900
        Lender Name - WORLD SAVINGS BANK

      Data Source - B
   **Neighborhood Profile (2010 Census)**
      Average Age: 37
      Median Household Income: $85,951
      Median Owner Occupied Home Value: $237,727
      Average Years of Education: 14

**1409 S PALMWAY, LAKE WORTH, FL 33460-5711, PALM BEACH COUNTY** (Dec 1991 - Sep 2002)
   **Name Associated with Address:**
      HAIM P MARK
      **Current Residents at Address:**
      ROBERT E LINDSAY JR
      MICHELLE M LUDWIG
   **Property Ownership Information for this Address**
      **Property:**
         Parcel Number - 38434427010760110
         Book - 7058
         Page - 207
         Owner Name: MARK HAIM
         Property Address - 1409 S PALMWAY, LAKE WORTH, FL 33460-5711, PALM BEACH COUNTY
         Owner Address: 1409 S PALMWAY WORTH, LAKE WORTH, FL 33460, PALM BEACH COUNTY
         Sale Date - 12/16/1991
         Sale Price - $75,000
         Seller Name: LEE A THORVALDSON
         Loan Amount - $67,000
         Loan Type - CONVENTIONAL
         Data Source - A
   **Neighborhood Profile (2010 Census)**
      Average Age: 44
      Median Household Income: $44,032
      Median Owner Occupied Home Value: $185,737
      Average Years of Education: 13

**1 BREWERY SQ APT 133, NEW HAVEN, CT 06513-4349, NEW HAVEN COUNTY** (Dec 1989 - Mar 2001)
   **Name Associated with Address:**
      HAIM P MARK
   **Neighborhood Profile (2010 Census)**
      Average Age: 36
      Median Household Income: $31,795
      Median Owner Occupied Home Value: $180,263
      Average Years of Education: 13

**56556344 432 WOODWARD AVE, NEW HAVEN, CT 06512, NEW HAVEN COUNTY** (Oct 1998)
   **Name Associated with Address:**
      PHILIP MARK
   **Neighborhood Profile (2010 Census)**
      Average Age: 41
      Median Household Income: $70,777
      Median Owner Occupied Home Value: $280,294
      Average Years of Education: 13

**834 COTTON BAY DR W APT 612, WEST PALM BEACH, FL 33406-9052, PALM BEACH COUNTY** (Nov 1995)
   **Name Associated with Address:**
      HAIM H MARK
      203-7879

   **Neighborhood Profile (2010 Census)**
      Average Age: 32
      Median Household Income: $52,614
      Median Owner Occupied Home Value: $171,053
      Average Years of Education: 13

**15630 NORTH RD APT 68, LOXAHATCHEE, FL 33470-3805, PALM BEACH COUNTY** (Sep 1991)
   **Name Associated with Address:**
      HAIM J MARK
   **Neighborhood Profile (2010 Census)**

    Average Age: 43
    Median Household Income: $79,196
    Median Owner Occupied Home Value: $374,365
    Average Years of Education: 12

RR 1 BOX 347, STARKS, ME 04911-9706, SOMERSET COUNTY (May 1991)
  **Name Associated with Address:**
    HAIM MARK

RR 1 BOX 347, ANSON, ME 04911-9801, SOMERSET COUNTY (Dec 1990 - May 1991)
  **Name Associated with Address:**
    HAIM H MARK

PO BOX 347, ANSON, ME 04911-0347, SOMERSET COUNTY (Jan 1991)
  **Name Associated with Address:**
    HAIM MARK

  **Neighborhood Profile (2010 Census)**
    Average Age: 38
    Median Household Income: $44,375
    Median Owner Occupied Home Value: $86,400
    Average Years of Education: 12

21 MORRIS ST, HAMDEN, CT 06517-3424, NEW HAVEN COUNTY (Nov 1988 - Jan 1990)
  **Name Associated with Address:**
    HAIM P MARK
    **Current Residents at Address:**
    TONY M DICKINSON
    PAUL W MCKECHNIE
    SUSAN K MCQUADE
    203-7879

  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 002128 - 000180
      Book - 1981
      Page - 267
      Owner Name: PAUL W MCKECHNIE
      Property Address: - 21 MORRIS ST, HAMDEN, CT 06517-3424, NEW HAVEN COUNTY
      Sale Price - $125,000
      Land Usage - SFR
      Assessed Value - $228,200
      Land Size - 7,405 Square Feet
      Year Built - 1928
      Seller Name: JUSTINE F MILLER
      Loan Amount - $100,000
      Loan Type - CONVENTIONAL
      Lender Name - WORLD SLA
      Data Source - A

  **Neighborhood Profile (2010 Census)**
    Average Age: 40
    Median Household Income: $78,571
    Median Owner Occupied Home Value: $258,333
    Average Years of Education: 15

1 BREWERY SQ APT T105, NEW HAVEN, CT 06513-4345, NEW HAVEN COUNTY (Nov 1988 - Mar 1989)
  **Name Associated with Address:**
    HAIM H MARK
    203-7879

  **Neighborhood Profile (2010 Census)**
    Average Age: 36
    Median Household Income: $31,795
    Median Owner Occupied Home Value: $180,263
    Average Years of Education: 13

65 MESSINA DR APT 855C, EAST HAVEN, CT 06512-2369, NEW HAVEN COUNTY
  **Name Associated with Address:**

      HAIM H MARK
   **Neighborhood Profile (2010 Census)**
     Average Age: 49
     Median Household Income: $37,778
     Median Owner Occupied Home Value: $207,456
     Average Years of Education: 12

65 MESSINA DR APT 1065, EAST HAVEN, CT 06512-2369, NEW HAVEN COUNTY
   **Name Associated with Address:**
      HAIM P MARK
   **Neighborhood Profile (2010 Census)**
     Average Age: 49
     Median Household Income: $37,778
     Median Owner Occupied Home Value: $207,456
     Average Years of Education: 12

## Bankruptcies:

   [None Found]

## Liens and Judgments:

   Filing Number:   9516904
   Filing Type:  CIVIL JUDGMENT
   Book/Page:  9077/1945
   Location:  PALM BEACH COUNTY CIRCUIT COURT
   State:  FL
   Original Filing Date: 1/4/1996
   Amount: $4,685
   Debtor Name:  MARK J HAIM
   Debtor SSN: 572-28-xxxx
   Debtor Address:  1409 S PALMWAY, LAKE WORTH, FL 33460-5711
   Creditor: MARYLAND CASUALTY INSURANCE COMP

## UCC Filings:
   [None Found]

## Phones Plus:   Phone Finder Ultimate
   [None Found]

## People at Work:
*Maximum 50 People at Work records returned*

   Name:  HAIM MARK
   SSN:  572-28-xxxx
   Company:  G.N. USA MARKETING CORPORATION
   Phone:
   FEIN:
   Dates:

## Driver's License Information:
   Name: HAIM PHILIP MARK
   DL Number: xxxx-xxx-xx-xxx-x
   State: Florida

License Address: 137 CAPRONA ST, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY
DOB: 06/xx/1925
Potential SSN: 572-28-xxxx
Gender: Male
Ethnicity: WHITE
Expiration Date: 06/27/2019
Issue Date: 01/03/2011
License Type: ORIGINAL
License Class: Identification Card
Height: 5'03
Data Source: Governmental

Name: HAIM P MARK
DL Number: xxxx-xxx-xx-xxx-x
State: Florida
License Address: 1409 S PALM WAY, LAKE WORTH BEACH, FL 33460-5711, PALM BEACH COUNTY
DOB: 06/xx/1925
Potential SSN: 572-28-xxxx
Gender: Male
Ethnicity: WHITE
Expiration Date: 06/07/1998
Issue Date: 11/21/1991
License Class: Non-Commercial - Regular Operator License
Height: 5'06
Data Source: Governmental
Restrictions:  Corrective Lenses

Name: HAIM P MARK
DL Number: xxxxxxx
State: Maine
License Address: RR 1 BOX 347, STARKS, ME 04911, SOMERSET COUNTY
DOB: 06/xx/1925
Potential SSN: 572-28-xxxx
Gender: Male
Expiration Date: 06/07/1994
Issue Date: 12/12/1990
Status: ACTIVE
License Class: Class C - Passenger Vehicles
Height: 5'06
Weight: 165
Data Source: Governmental
Hair Color: Gray
Eye Color: Brown
Restrictions:  Geographical

Name: HAIM P MARK
DL Number: xxxx-xxx-xx-xxx-x
State: Florida
License Address: 1409 S PALM WAY, LAKE WORTH BEACH, FL 33460-5711, PALM BEACH COUNTY
DOB: 06/xx/1925
Potential SSN: 572-28-xxxx
Gender: Male
Ethnicity: WHITE
License Type: RECORD DELETED
Height: 5'06
Data Source: Governmental

**Possible Properties Owned by Subject:**

**Property:**
   Parcel Number - 38434427010760110
   Book - 7058
   Page - 207
   Owner Name: MARK HAIM
   Property Address - 1409 S PALMWAY, LAKE WORTH, FL 33460-5711, PALM BEACH COUNTY
   Owner Address: 1409 S PALMWAY WORTH, LAKE WORTH, FL 33460, PALM BEACH COUNTY
   Sale Date - 12/16/1991
   Sale Price - $75,000
   Seller Name: LEE A THORVALDSON
   Loan Amount - $67,000
   Loan Type - CONVENTIONAL
   Data Source - A

**Motor Vehicles Registered To Subject:**

**Vehicle:**
   Description: White 2003 Subaru Forester - 4 Dr Wagon Sport Utility
   VIN: JF1SG63603H740148
   State Of Origin: FLORIDA
   Engine: 4 Cylinder 150 Cubic Inch
   Anti Lock Brakes: 4 wheel standard
   Air Conditioning: Standard
   Daytime Running Lights: Not available
   Power Steering: Standard
   Power Brakes: Standard
   Power Windows: Standard
   Security System: Anti-theft device
   Roof: None / not available
   Price: 20845
   Radio: AM/FM CD
   Front Wheel Drive: No
   Four Wheel Drive: No
   Tilt Wheel: Not available
   Data Source: Governmental

*Registrant(s)*
     Record Type: HISTORICAL
     Name: HAIM PHILIP MARK
     Potential SSN: 572-28-xxxx
     Address: 137 CAPRONA ST, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY
     DOB: 6/xx/1925
     Sex: Male
     Age: 95
     DL #: xxxxxxxxxxxxx
     Tag Number: N905WI
     License State: FL
     Earliest Registration Date: 2/3/2012
     Latest Registration Date: 3/1/2019
     Expiration Date: 3/10/2020
     Reported Name: MARK HAIM PHILIP


     Record Type: HISTORICAL
     Name: HANA JUDITH MARK
     Potential SSN: 044-30-xxxx
     Address: 673 BALBOA ST, SEBASTIAN, FL 32958-4503, INDIAN RIVER COUNTY
     DOB: 3/xx/1937
     Sex: Female

Age: 83
DL #: xxxxxxxxxxxx
Tag Number: N905WI
License State: FL
Earliest Registration Date: 3/1/2019
Latest Registration Date: 3/1/2019
Expiration Date: 3/10/2020
Reported Name: MARK HANA JUDITH

**Vehicle:**
Description: White 2003 Subaru Forester - 4 Dr Wagon Sport Utility
VIN: JF1SG63603H740148
State Of Origin: FLORIDA
Engine: 4 Cylinder 150 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Anti-theft device
Roof: None / not available
Price: 20845
Radio: AM/FM CD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Owner(s)*
Name: HAIM PHILIP MARK
Potential SSN: 572-28-xxxx
Address: 137 CAPRONA ST, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY
DOB: 6/xx/1925
Sex: Male
Age: 95
DL #: xxxxxxxxxxxx
Title Number: 0105570305
Title Issue Date: 1/3/2011

Name: HANA JUDITH MARK
Potential SSN: 044-30-xxxx
Address: 137 CAPRONA ST, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY
DOB: 3/xx/1937
Sex: Female
Age: 83
DL #: xxxxxxxxxxxx
Title Number: 0105570305
Title Issue Date: 1/3/2011

*Lien Holder(s)*
None

**Vehicle:**
Description: 2001 Toyota Camry - Sedan 4 Door
VIN: 4T1BF22K11U115066
State Of Origin: CONNECTICUT
Engine: 6 Cylinder 183 Cubic Inch

Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 22385
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Owner(s)*

Name: HAIM P MARK
Potential SSN: 572-28-xxxx
Address: 65 MESSINA DR APT A1053, EAST HAVEN, CT 06512-5319, NEW HAVEN COUNTY
DOB: 6/xx/1929
Sex: Male
Age: 91
DL #: xxxxxxxxxxxxx
Title Number: 026048532
Title Issue Date: 3/12/2001

*Registrant(s)*

Record Type: EXPIRED
Name: HAIM P MARK
Potential SSN: 572-28-xxxx
Address: 65 MESSINA DR APT A1053, EAST HAVEN, CT 06512-5319, NEW HAVEN COUNTY
DOB: 6/xx/1929
Sex: Male
Age: 91
DL #: xxxxxxxxxxxxx
Tag Number: 594PMN
Earliest Registration Date: 3/12/2001
Latest Registration Date: 3/12/2001
Expiration Date: 3/12/2003


Record Type: EXPIRED
Name: HANA J MARK
Potential SSN: 044-30-xxxx
Address: 65 MESSINA DR APT A1053, EAST HAVEN, CT 06512-5319, NEW HAVEN COUNTY
DOB: 3/xx/1937
Sex: Female
Age: 83
DL #: xxxxxxxxxxxxx
Tag Number: 594PMN
Earliest Registration Date: 3/12/2001
Latest Registration Date: 3/12/2001
Expiration Date: 3/12/2003

*Lien Holder(s)*
None


**Vehicle:**

Description: Red 1991 Subaru Loyale - Station Wagon

VIN: JF2AN52B3MD400443
State Of Origin: FLORIDA
Engine: 4 Cylinder 108 Cubic Inch
Restraints: Passive (automatic) belts
Anti Lock Brakes: Not available
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 11299
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: Yes
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

Name: HAIM P MARK

Potential SSN i : 572-28-xxxx

Address: 834 COTTON BAY DR W APT 612, WEST PALM BEACH, FL 33406-9052, PALM BEACH COUNTY

DOB: 6/xx/1925
Sex: Male
Age: 95
DL #: xxxxxxxxxxxxx
Title Number: 0070155554
Title Issue Date: 7/25/1997
Odometer Mileage: 106239

*Registrant(s)*

Record Type: EXPIRED
Name: HAIM P MARK

Potential SSN i : 572-28-xxxx

Address: 834 COTTON BAY DR W APT 612, WEST PALM BEACH, FL 33406-9052, PALM BEACH COUNTY

DOB: 6/xx/1925
Sex: Male
Age: 95
DL #: xxxxxxxxxxxxx
Tag Number: KFQ41R
Earliest Registration Date: 11/14/1995
Latest Registration Date: 11/14/1995
Expiration Date: 6/7/1996
Decal Date: 0000

*Lien Holder(s)*
   None


**Vehicle:**
Description: 1984 Mercury Cougar - Sedan 2 Door
VIN: 1MEBP92F1EH713863
State Of Origin: MAINE
Engine: 8 Cylinder 302 Cubic Inch
Price: 9978
Front Wheel Drive: No
Four Wheel Drive: No

Data Source: Governmental

*Owner(s)*
Name: DANIEL C BURNS
Address: RR 1 BOX 347, ANSON, ME 04911, SOMERSET COUNTY
DOB: 3/xx/1969
Sex: Male
Age: 51
Title Issue Date: 5/30/1991

Name: HAIM MARK
Potential SSN: 572-28-xxxx
Address: RR 1 BOX 347, ANSON, ME 04911, SOMERSET COUNTY
DOB: 6/xx/1925
Sex: Male
Age: 95
DL #: xxxxxxxxxxxxx
Title Issue Date: 5/30/1991

*Lien Holder(s)*
None

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Florida Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
Name: HAIM PHILIP MARK
Address: 65 MESSINA DR APT A1053, EAST HAVEN, CT 06512-5319
DOB: 6/xx/1925
Gender: Male
Last Vote Date: 11/2/2010
Registration Date: 12/27/2011
Political Party: REPUBLICAN
State of Registration: Connecticut
Status: INACTIVE

Name: HAIM PHILIP MARK

Address: 65 MESSINA DR 1053, EAST HAVEN, CT 06512-2369
DOB: 6/xx/1925
Gender: Male
Last Vote Date: 11/8/2005
Registration Date: 9/6/2001
Political Party: NONE DECLARED
State of Registration: Connecticut
Status: ACTIVE

Name: HAIM PHILIP MARK
Address: 65 MESSINA DR 1053, EAST HAVEN, CT 06512-2369
DOB: 6/xx/1925
Gender: Male
Last Vote Date: 11/2/2010
Registration Date: 9/6/2001
Political Party: REPUBLICAN
State of Registration: Connecticut

Name: HAIM PHILIP MARK
Address: 65 MESSINA DR APT 1053, EAST HAVEN, CT 06512-2369
DOB: 6/xx/1925
Gender: Male
Last Vote Date: 11/3/2009
Registration Date: 9/6/2001
Political Party: NONE DECLARED
State of Registration: Connecticut
Status: ACTIVE

Name: HAIM PHILIP MARK
Address: 65 MESSINA DR APT 1053, EAST HAVEN, CT 06512-2369
DOB: 6/xx/1925
Gender: Male
Last Vote Date: 11/2/2010
Registration Date: 9/6/2001
Political Party: REPUBLICAN
State of Registration: Connecticut
Status: ACTIVE

Name: HAIM PHILIP MARK
Address: 1409 S PALMWAY, LAKE WORTH, FL 33460-5711
DOB: 6/xx/1925
Gender: Male
Ethnicity: WHITE
Last Vote Date: 3/28/1995
Political Party: DEMOCRAT
State of Registration: Florida
Status: INACTIVE

Name: HAIM PHILIP MARK
Address: 137 CAPRONA ST, SEBASTIAN, FL 32958-5607
DOB: 6/xx/1925
Gender: Male
Ethnicity: WHITE
Registration Date: 1/3/2011
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: HAIM PHILIP MARK
Address: 137 CAPRONA ST, SEBASTIAN, FL 32958-5607
DOB: 6/xx/1925

10/20/2020　　Case 1:04-cv-00397-GBD-RLE　　Document 1018-8　　Filed 11/12/20　　Page 15 of 15
Comprehensive Report

Gender: Male
Ethnicity: WHITE
Last Vote Date: 11/8/2016
Registration Date: 1/3/2011
Political Party: REPUBLICAN
State of Registration: Florida
Status: ACTIVE

**Hunting/Fishing Permit:**
  [None Found]

**Concealed Weapons Permit:**
  [None Found]

**Possible Associates:**

  \* ROBERT EMMETT BURNS  DOB: 12/xx/1963 DOD: 11/16/2019  (INDIAN RIVER, FL)  Age at Death: 55 (Born 56 years ago)
  044-58-xxxx     issued in Connecticut  between  1/1/1973  and  12/31/1973
    **Names Associated with Associate:**
      \* ROBERT BURNS  DOB: 12/xx/1963 DOD: 11/16/2019  (INDIAN RIVER, FL)  Age at Death: 55 (Born 56 years ago)
      044-58-xxxx     issued in Connecticut  between  1/1/1973  and  12/31/1973
      \* ROBERT E BURNS           DOB: 12/xx/1963 DOD: 11/16/2019  (INDIAN RIVER, FL)  Age at Death: 55 (Born 56 years ago)
    **Previous And Non-Verified Address(es):**
    SEBASTIAN, FL 32958-4503 (Nov 2019)
    157 ENGLAR DR, SEBASTIAN, FL 32958-5624, INDIAN RIVER COUNTY (Jul 2016 - Mar 2019)
    673 BALBOA ST, SEBASTIAN, FL 32958-4503, INDIAN RIVER COUNTY (Nov 2018)
    159 CAPRONA ST, SEBASTIAN, FL 32958-5607, INDIAN RIVER COUNTY (May 2009 - Mar 2016)
    25 DAYTON ST APT C1, NEW HAVEN, CT 06515-2806, NEW HAVEN COUNTY (Nov 1993 - Nov 2010)
    5080 FAIRWAYS CIR APT 305, VERO BEACH, FL 32967-7444, INDIAN RIVER COUNTY (Mar 2008 - Mar 2009)
    11665 NE 18TH DR, NORTH MIAMI, FL 33181-3201, MIAMI-DADE COUNTY (Jan 2006 - Jan 2007)
    132 TEMPLE ST APT, NEW HAVEN, CT 06510-2625, NEW HAVEN COUNTY (Dec 2004 - Mar 2006)
    8 HEATHER RD, HAMDEN, CT 06518-2417, NEW HAVEN COUNTY (May 1995 - Dec 2004)
    69 HINE ST APT, WEST HAVEN, CT 06516-4711, NEW HAVEN COUNTY (Jun 1990 - Dec 1990)

**Possible Relative Summary:**  *(Click on name to link to more details within this report - No Charge)*

  > \* HANA JUDITH MARK , Age 83
    >> \* HANA T MARK  - (AKA), Age 83
    >> \* HANA Y MARK  - (AKA), Age 83
    >> \* J HANA  - (AKA), Age 83
    >> \* JUDY MARK  - (AKA), Age 83
    >> \* HANA MARK  - (AKA), Age 83
    >> \* T HANA  - (AKA), Age 83
    >> \* HANAH J MARK  - (AKA), Age 83
    >> \* MARK HAIN  - (AKA), Age 83
    >> \* MARK HANA  - (AKA), Age 83
    >> \* HANA J MARK  - (AKA), Age 83
    >> \* DAVID JOHNSTON COOK , Age 64
      >>> \* DAVID J MARK  - (AKA), Age 64
      >>> ROSE M CORBIN , Age 60
        >>>> ROSE M GLASSER  - (AKA), Age 60
        >>>> ROSE M COOK  - (AKA), Age 60