# Exhibit 10

# THE U.S. NATIONAL ARCHIVES & RECORDS ADMINISTRATION

www.archives.gov                                    Thursday, October 8, 2020

## Display Full Records

**File Unit:** Application (SS-5) Files, 1936 - 2007 *(Last Names M through N)*
**in the Series:** Numerical Identification Files (NUMIDENT), created 1936 - 2007, documenting the period 1936 - 2007. - *Record Group 47* (info)

**Brief Scope:** This series contains records for every social security number (SSN) assigned to individuals with a verified death or who would have been over 110 years old by December 31, 2007.

These files do not contain records of all Social Security Number applications. The files only contain applications of deceased individuals. You may wish to View the FAQs for this series.

< Previous Record | Next Record >

| Field Title | Value | Meaning |
|---|---|---|
| REFERENCE NUMBER | 65254818574 | 65254818574 |
| INTERVIEW | | |
| SOCIAL SECURITY NUMBER | 224648776 | 224648776 |
| CITIZENSHIP | | |
| OFFICE CODE | | |
| FORM | 1 | SS-5 [historic value/meaning] |
| ENTRY CODE | 0 | Original SSN [social security number] |
| PRINT CODE | | |
| CYCLE DATE (YEAR) | 1963 | 1963 |
| CYCLE DATE (MONTH) | 04 | April |
| CYCLE DATE (DAY) | XX | Not captured or reported |
| FIRST NAME | JAMES | JAMES |
| FIRST NAME OVERFLOW | | |
| MIDDLE NAME | ELI | ELI |
| MIDDLE NAME OVERFLOW | | |
| LAST NAME | MAHON | MAHON |
| LAST NAME OVERFLOW | | |
| SUFFIX NAME | JR | JR |
| FILLER 1 | | |
| DATE OF BIRTH (MONTH) | 10 | October |
| DATE OF BIRTH (DAY) | 19 | 19 |
| DATE OF BIRTH (YEAR) | 1947 | 1947 |

| | | |
|---|---|---|
| SEX | 1 | Male |
| RACE | 0 | Unknown |
| MOTHER'S FIRST NAME | MARY | MARY |
| MOTHER'S FIRST NAME OVERFLOW | | |
| MOTHER'S MIDDLE NAME | H | H |
| MOTHER'S MIDDLE NAME OVERFLOW | | |
| MOTHER'S LAST NAME | ICE | ICE |
| MOTHER'S LAST NAME OVERFLOW | | |
| MOTHER'S SUFFIX NAME | | |
| FATHER'S FIRST NAME | JAMES | JAMES |
| FATHER'S FIRST NAME OVERFLOW | | |
| FATHER'S MIDDLE NAME | E | E |
| FATHER'S MIDDLE NAME OVERFLOW | | |
| FATHER'S LAST NAME | MAHON | MAHON |
| FATHER'S LAST NAME OVERFLOW | | |
| FATHER'S SUFFIX NAME | | |
| PLACE OF BIRTH CITY | MITCHEL FIEL | MITCHEL FIEL |
| PLACE OF BIRTH CITY OVERFLOW | O | Overflow [value in preceding field exceeds field size] |
| STATE OR FOREIGN COUNTRY OF BIRTH | NY | New York |
| OTHER FIRST NAME | | |
| OTHER FIRST NAME OVERFLOW | | |
| OTHER MIDDLE NAME | | |
| OTHER MIDDLE NAME OVERFLOW | | |
| OTHER LAST NAME | | |
| OTHER LAST NAME OVERFLOW | | |
| OTHER SUFFIX NAME | | |
| FILLER 2 | | |
| SIGNATURE FIRST NAME | | |
| SIGNATURE FIRST NAME OVERFLOW | | |

| | | |
|---|---|---|
| SIGNATURE MIDDLE NAME | | |
| SIGNATURE MIDDLE NAME OVERFLOW | | |
| SIGNATURE LAST NAME | | |
| SIGNATURE LAST NAME OVERFLOW | | |
| SIGNATURE SUFFIX NAME | | |
| SIGNATURE CODE | S | Client's signature |
| FILLER 3 | | |
| NOTIFY FIELD OFFICE CODE | | |
| CARD ISSUED CODE | | |
| DISABILITY STATUS | | |
| DATE OF BIRTH CHANGED INDICATOR | | |
| PRIOR DATE OF BIRTH (MONTH) | | |
| PRIOR DATE OF BIRTH (DAY) | | |
| PRIOR DATE OF BIRTH (YEAR) | | |
| CORRESPONDENCE DESTRUCTION CODE | | |
| BIRTH CERTIFICATE NUMBER | | |
| FILLER 4 | | |
| ALIEN REGISTRATION NUMBER | | |
| HISPANIC OR LATINO INDICATOR | | |
| NOT HISPANIC OR LATINO INDICATOR | | |
| ETHNIC INDICATOR | | |
| NATIVE AMERICAN RACE INDICATOR | | |
| ASIAN RACE INDICATOR | | |
| AFRICAN AMERICAN RACE INDICATOR | | |
| HAWAIIAN OR PACIFIC ISLANDER RACE INDICATOR | | |
| WHITE RACE INDICATOR | | |
| RACE INDICATOR | | |
| CONTROL NUMBER ON SOCIAL SECURITY NUMBER CARD | | |
| FILLER 5 | | |

| | | |
|---|---|---|
| DIFFERENT NUMBER REASON CODE | | |
| CONVERSION RECORD SOURCE CODE | A | Conversion record added to ALPHIDENT and NUMIDENT |
| SOURCE OF THE RECORDS WITH ENTRY CODE G | | |
| FLAGGED FOR DELETION INDICATOR | | |
| SOURCE FILE | File_16 | File_16 |

< Previous Record | Next Record >

Page URL: http://aad.archives.gov/aad/record-detail.jsp

The U.S. National Archives and Records Administration
8601 Adelphi Road, College Park, MD 20740-6001 • Telephone: 1-86-NARA-NARA or 1-866-272-6272