# Exhibit 13

Travel Advisory: Level 4 - Do Not Travel…  Read More

English

# U.S. Embassy in Mali

**Global Health Advisory:** COVID-19 Information Read More...

Visas | U.S. Citizen Services | Our Relationship | Business | Education & Culture | Embassy | News & Events

## Key Officers

Home / Embassy / U.S. Embassy Bamako / Key Officers

- Ambassador –  Dennis B. Hankins
- Deputy Chief of Mission – Silvia Eiriz
- Director, USAID Mali  – Scott Dobberstein
- Public Affairs Officer– Paul Cunningham
- Director National Institute of Health Mali – Fatoumata Bathily
- Defense Attaché – Lieutenant Colonel Ellen Canupp
- Office of Security Cooperation – Major Amanda Parker
- Consular  Officer – Paul Bullard
- Regional Security Officer – David Howell
- Political Officer – Kari Jaksa
- Management Officer – Michael McKeown

### Contact Us

ACI 2000
Rue 243, Porte 297
Bamako, Mali

Tel: +223 20 70 23 00
Fax: +223 20 70 24 79

Hours of Operation

Monday - Thursday 07:30 - 17:00
Friday 07:30 - 11:30

The U.S. Embassy in Bamako is closed on both American and Malian holidays

