# Exhibit 14

Sections = The Washington Post — Democracy Dies in Darkness — Sign In — Get 3 months for $1

# SUICIDE BOMBER INJURES 13 IN JERUSALEM

By **Barton Gellman**
December 26, 1994

JERUSALEM, DEC. 25 -- A suicide bomber wounded 13 people this morning but managed to kill only himself when he mistimed the detonation of a satchel of explosives near a bus full of Israeli airmen.

Hundreds of soldiers had gathered near the Jerusalem Convention Center on Zalman Shazar Avenue, as they do each Sunday morning, for chartered bus rides back to their bases after weekend leave. Security officials said Israel was spared a major loss of life when something caused the bomb to go off prematurely at about 6:10 a.m.

The Islamic Resistance Movement, or Hamas, claimed responsibility for the attack. The political impact was heightened here by disclosure that the bomber was a member of the Gaza Strip's Palestinian police force, which is controlled by Yasser Arafat's Palestinian Authority under a self-rule agreement with Israel.




Document title: SUICIDE BOMBER INJURES 13 IN JERUSALEM - The Washington Post
Capture URL: https://www.washingtonpost.com/archive/politics/1994/12/26/suicide-bomber-injures-13-in-jerusalem/0be195f1-b89f-4bd6-b0db-30d50077bcb0/
Capture timestamp (UTC): Thu, 29 Oct 2020 17:12:32 GMT
Page 1 of 8

 

Residents of Gaza said they had often seen the man, whose name was released by both Hamas and Israeli authorities, directing traffic in a dark blue police uniform, and official Palestinian sources acknowledged he was a member of the force.

In a leaflet distributed to news agencies and Palestinian journalists in Gaza, Hamas pledged "to continue armed resistance until the liberation of all the occupied Palestinian lands," a reference to the entire territory of Israel. It said its attack was in revenge for Jewish expansion in Jerusalem and for the killings of militant figures in Gaza and the West Bank. The leaflet also saluted the Hezbollah forces fighting Israel in southern Lebanon and said the Jerusalem attack was a gift "to the spirits of the martyrs" killed by a car bomb last week in Beirut.

Today's target was notable not only for the large number of potential casualties but for its psychological distance from the occupied territories. The soaring convention center, known as the Hall of the Nation, is a fixture in Israel's cultural and commercial worlds, with bookings ranging from the cellist Yo-Yo Ma to the annual Jerusalem Business Conference. Today's attack continued a pattern set in October -- at Jerusalem's pedestrian mall and on Dizengoff Street in Tel Aviv -- in which Hamas strikes at the icons of normal Israeli life.

**Most Read Politics**

1. As Election Day nears, Trump ponders becoming one thing he so despises: A loser 
2. How Trump waged war on his own government 
3. Analysis: The 3 most likely paths to victory for Biden and Trump, in maps 
4. Millions of mail ballots have not been returned as window closes for Postal Service delivery 
5. Can Democrats win Texas? A surge of new voters and Trump antipathy give them reason to hope. 


Latest episode: Can we trust polling in...

Conference. Today's attack continued a pattern set in October -- at Jerusalem's pedestrian mall and on Dizengoff Street in Tel Aviv -- in which Hamas strikes at the icons of normal Israeli life.



The force of today's explosion blew glass and metal from a nearby bus shelter across the six-lane boulevard and into a parking lot on the other side. The blackened and mutilated remains of the bomber lay in the center lane amid pieces of a chartered bus that the main force of the blast had damaged.

Eli Bramli, who drove the bus, said in an interview nearby that he runs a regular route from Jerusalem to an air base near Ramla and that most of his passengers are uniformed troops. In the seconds before the explosion, he said, a man in civilian clothes joined a knot of late-arriving soldiers and looked as though he intended to climb aboard.

"I closed the rear door and pulled away," Bramli said. "Only passengers I know get on the bus."

Jerusalem Mayor Ehud Olmert, who was briefed at the scene by Maj. Gen. Arye Amit, the Jerusalem district police commander, said "technical evidence" suggested that the bomber sought to move toward another bus after Bramli turned him away. "Some kind of accident" with the detonator, he said, set off the bomb, apparently before the bomber intended.






**Latest episode**
Can we trust polling in battleground states?
▶ Listen 29:13

Unparalleled reporting. Expert insight. Clear analysis. Everything you've come to expect from the newsroom of The Post -- for your ears.

The Washington Post
Subscribe for one year for $29

Get this offer now

Already a subscriber? Sign in

detonator, he said, set off the bomb, apparently before the bomber intended.



"It was very lucky that it happened here and at that time," Amit said.

Olmert, who made a close inspection of the man's remains, said: "No doubt the fact that his body is shattered, rather than others, is the preferred result."

Of the 13 people known to be injured, hospital officials said only two -- including a Palestinian, Abdallah Rasher -- were in serious condition. Eight of the wounded were treated and released.

Among those slightly injured was Sara Greenberg, a 20-year-old American student at the University of Michigan. Greenberg said at a hospital emergency room that she was seated in a bus across the street from the explosion and had just turned away from the window when the blast blew shards of window glass into her back.

"I was in a lot of pain, and I was crying out to my friends to help me," she said. "I felt really scared. I didn't know if I'd been shot. I didn't know what had happened to me."









The irony, she said, was that her family in Pittsburgh had been anxious about her 10-month volunteer tour in Israel, fearing she might be harmed in a terrorist attack.

"I, like, laughed at them," she said. "I said Israel's not about that. There's a normal life here."

Amir Borda, 24, who delivers eggs for a local company, said from his hospital bed that he had been standing at a nearby bus stop when the blast rocked the street. "I was thrown through the air," he said, bleeding from his left ear. "I saw one man, the whole side of his face looked very bad."

Traffic in Tel Aviv as well as Jerusalem ground to a standstill for hours, as police mounted security checks at roads leading to and from Israel's two largest cities.

Hamas and Israeli police identified the bomber as Ayman Kamel Radi, 21, of the Gaza Strip town of Khan Yunis. Until last week, according to witnesses there, he was a traffic policeman. Spokesmen for Israel and the Palestinian Authority said they were investigating that report and could not confirm or deny it.







washingtonpost.com
© 1996-2020 The Washington Post
Help
Policies and Standards
Terms of Service
Privacy Policy
Print Products Terms of Sale
Digital Products Terms of Sale
Submissions and Discussion Policy
RSS Terms of Service
Ad Choices
Contact Us



Privacy Policy
Print Products Terms of Sale
Digital Products Terms of Sale
Submissions and Discussion Policy
RSS Terms of Service
Ad Choices
Contact Us

Marwan Kanafani, a spokesman for Arafat, said the chairman of the Palestine Liberation Organization "condemns such a criminal act, especially as it took place on Christmas, the holiest of the days for Christians. {Arafat} and the authority are hoping the injured will have a fast recovery."

Prime Minister Yitzhak Rabin, whose public standing has been harmed by recent terrorist attacks, made no public comment today.

Binyamin Netanyahu, who leads the opposition Likud bloc, repeated his assertion that Rabin's grant of limited self-rule to Palestinians was to blame. "This attack is the manifestation of the government's policy, but it will become a lot more frequent and a lot more deadly if the government follows through with its intention to vacate the army from the West Bank," he said.

0 Comments

**Barton Gellman**
Barton Gellman writes for the national staff. He has contributed to three Pulitzer Prizes for The Washington Post, most recently the 2014 Pulitzer Prize for Public Service. Follow



The Washington Post
Subscribe for one year for $29
Get this offer now
Already a subscriber? Sign in

**The Post Recommends**

What happens to Fox News if 

