# Exhibit 15

  Search

    

**Sara Greenberg, LCSW**
PhD Social Work student

🔒 Message    More...

Retry Premium Free



🔒 Message    More...

Get the latest jobs and indus 



Daniel, explore relevant op with **Earthjustice**

Follow

# Sara Greenberg, LCSW

PhD Social Work student

Denver, Colorado, United States · 113 connections · **Contact info**

 Colorado State University

 Colorado State University

## People also viewed

 **Michelle Hindle**
• 3rd
Business Developmer
Manager at Cisco

 **Yinglu "Elaine" Zh**
• 3rd 
Biostatistician I at Da
Farber Cancer Institut

 **Xueqi Wang**
• 3rd
Ph.D. Candidate in
Biostatistics at Duke..

## About

Specialties: Counseling, Dialectical Behavioral Therapy, Social Justice, Feminism, GLBT issues, Creative Therapies

## Experience

 **PhD Social Work Research Assistant**
Colorado State University
Sep 2019 – Present · 1 yr 3 mos
Fort Collins, CO

Research Assistant at Colorado State University

 Messaging  



**Sara Greenberg, LCSW**
PhD Social Work student

Thornton, CO

**Outpatient Therapist**
Dec 2013 – Oct 2014 · 11 mos

**Partial Hospitalization Therapist/Case Manager**
Exempla Lutheran West Pines
2011 – 2013 · 2 yrs
Wheat Ridge, CO

**Outpatient Therapist**
Colorado West Mental Health
2010 – 2011 · 1 yr

Provide outpatient therapy for adults, families and children

**Therapist intern**
The Children's Hospital of Denver
Aug 2008 – May 2009 · 10 mos

Adolescent Psychiatric Unit

**Show 1 more experience** ⌄

## Education

 **Colorado State University**
MSW, Social Work
2007 – 2009

Universal Music Grou

 **Donna Golec**
Owner

  Messaging  



 **Sara Greenberg, LCSW**
PhD Social Work student

2001 – 2003
Activities and Societies: Writing Center Fellow, GLBT Community

 **University of Colorado Boulder**
BA, Women's Studies
1999 – 2001
Activities and Societies: GLBT community, International Women's Day

 **New College of Florida**
Women's Studies, Environmental Studies
1995 – 1997
Activities and Societies: The Clothesline Project, Womyn's Herstory Symposium, Feminist Newsletter, Creator of Recycling Program

 **University of Michigan**
Environmental Studies
1992 – 1994
Activities and Societies: Student Cooperative Housing, Diversity Committee

 **Allderdice**
1988 – 1992

**Show fewer education** ∧

## Skills & endorsements

Program Coordination · 1

 Full- or Part-time, Evening
Boston Univ. No GRE/GM.

 Messaging  



 **Sara Greenberg, LCSW**
PhD Social Work student

**Clinical Training** · 1

**Elmar Dornberger MA, LPC** has given an endorsement for this skill

Show more ⌄

## Interests

 **Colorado State University**
247,984 followers

 **Naropa University**
9,513 followers

 **New College of Florida**
7,346 followers

 **University of Michigan**
524,544 followers

 **Community Reach Center**
1,889 followers

 **American Psychological Associatio**
516,484 followers

See all

 Messaging



 **Sara Greenberg, LCSW**
PhD Social Work student

 Messaging