# Exhibit 16

# Possible People Information

### Date of Birth Summary

| Date of Birth | Source |
|---|---|
| 03/1974 (Age: 46) | Experian Credit Header      Experian Credit Header Real Time |
| | People Find      People Historical #1      People Historical |
| | #2      People Household #1      People Household #2 |

### SSN Summary

| SSN | Source |
|---|---|
| 160-54-XXXX - issued in PA in 1975-1976 | Docket      Equifax Credit Header      Experian Credit |
| | Header      Experian Credit Header Real Time      People |
| | Find      People Historical #1      People Historical |
| | #2      Utility #1      Utility #2      Utility #3      Utility |
| | #4      Utility #5      Utility #6      Utility #7      Utility #8 |

### Voter Registrations

| Political Party | Last Voted Date | Confidence Score | View Full Text |
|---|---|---|---|
| DEMOCRAT | 03/03/2020 | 99% | Full-Text |

# Permissible Uses and FCRA Disclaimer

### Permissible Uses

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.

GLB - For use in complying with federal, state, or local laws, rules, and other applicable legal requirements.

VOTERS - Use in connection with a non-commercial purpose.

Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.