Exhibit 20

**Israeli Security Agency [logo]**

# Suicide Terrorists in the Current Conflict

**September 2000 - September 2007**

L_C089061

## <u>Table of Contents:</u>

**Foreword**.............................................................................................................**1**

**Suicide Terrorists - Personal Characteristics**.................................................**2**

**Suicide Terrorists Over 7 Years of Conflict - Geographical Data**.............................**3**

**Suicide Attacks since the Beginning of the Conflict**...................................................**5**

**L_C089062**

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

## Foreword

Since September 2000, the State of Israel has been in a violent and ongoing conflict with the Palestinians, in which the Palestinian side, including its various organizations, has carried out attacks against Israeli citizens and residents.

During this period, over **27,000** attacks against Israeli citizens and residents have been recorded, and over **1000** Israeli citizens and residents have lost their lives in these attacks. Out of these, **155** (May 2007) attacks were suicide bombings, carried out against Israeli targets by **178** (August 2007) suicide terrorists (male and female). (It should be noted that from 1993 up to the beginning of the conflict in September 2000, **38** suicide bombings were carried out by **43** suicide terrorists).

Despite the fact that suicide bombings constitute **0.6%** of all attacks carried out against Israel since the beginning of the conflict, **the number of fatalities in these attacks is around half of the total number of fatalities**, making suicide bombings the most deadly attacks. **<u>From the beginning of the conflict up to August 2007, there have been 549 fatalities and 3717 casualties as a result of 155 suicide bombings.</u>**

Over the years, suicide bombing terrorism has become the Palestinians' leading weapon, while initially bearing an ideological nature in claiming legitimate opposition to the occupation. However, during the period of conflict, a trend emerged in which ideological motives declined in comparison to growing financial motives. Terrorist headquarters initiate and control terrorist activities by transferring large sums of money to operatives in the field, who **earn a living** from directing terrorist activity, and don't necessarily act out of pure ideological motives. In many cases the terrorists enlisted to carry out suicide bombings are Palestinians with social or financial problems, who agree to carry out the attack in exchange for the promise that the terrorist organization, for which they are carrying out the attack, will take care of their family financially after their death.

With the establishment of the buffer zone, which makes it more difficult for terrorist organizations to carry out attacks, terrorist organizations have increased their use of "weak" populations, such as: minors, women, sick persons, persons suffering from a negative social image etc., for carrying out suicide bombings, while exploiting their personal situations and their innocent appearances in an attempt to deceive security forces at the various inspections.

**This booklet presents an overview detailing the perpetrators of suicide bombings over 7 years of conflict with the Palestinians, from September 2000 to August 2007.**

L_C089063

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**


<u>February 22, 2004:</u> Suicide terrorist detonation on the route 14 bus in Jerusalem

8 killed and 60 injured




**<u>Muhmmad Za'oul</u>** - A resident of <u>Husan</u>, **aged 23**, married + one young son, a construction worker, worked in the Jerusalem area. The suicide terrorist detonated an explosive device which was carried in a bag on the route 14 bus, near Liberty Bell Park in Jerusalem. The epicenter of the explosion was located in the center of the bus, opposite the back door. The suicide terrorist was apparently seated during the explosion. The Fatah's al-Aqsa Martyrs' Brigades claimed responsibility for this attack. The suicide terrorist was not known as an operative or involved in political activity (besides the fact that a few years ago he was involved in religious activity and became close to "Da'wa" authorities, but following pressure from his family he ceased his activity and distanced himself from these authorities). At the start of the events, he was injured by soldier gunfire during riots in his village following the running over of a local resident by an Israeli vehicle.


\*\*\*


<u>January 29, 2004:</u> Suicide terrorist detonation on the route 19 bus in Jerusalem

11 killed and 44 injured




**<u>Ali Ja'ara</u>** - A resident of <u>the Al-'aida/Bethlehem refugee camp</u>, **aged 25**, a Bethlehem police officer, detonated himself on an "Egged" bus (route 19) in central Jerusalem. The epicenter of the explosion was at the rear part of the bus. The suicide terrorist carried the explosive device with him, weighing 6-8kg, in a bag. The Bethlehem "al-Aqsa Martyrs' Brigades" claimed public responsibility for the attack.

The suicide terrorist left behind a will, in his handwriting, in which he states that he carried out the act to avenge those who were killed in the massacre which occurred in the al-Zeitun neighborhood. It was also stated in the will that this act is part of a series of impending acts, to avenge the al-Zeitun neighborhood martyrs and all Palestinian martyrs. In his will, the suicide terrorist asked his mother to forgive him and not to shed a tear for him as he is submitting to the will of Allah.


\*\*\*

**18**

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>October 9, 2003:</u> Suicide terrorist detonation at the Tulkarem coordination and liaison office,
2 soldiers injured

**Ahmad Safadi** - a resident of <u>Urif/Nablus</u>, **aged 18**, a student at a vocational high school (auto mechanics) in Nablus, arrived at the coordination and liaison office in Tulkarem with a black backpack, waited with other Palestinians in the waiting area and at a certain point got up, approached the reception window of the facility and detonated himself with his back, and the backpack, facing the window.

The suicide terrorist left a will behind, written in his handwriting on October 8, 2004, in which he wrote: "In my blood I write the path of freedom and walking the path of righteousness for Islam, to raise the prestige of the Islamic nation." He also called in his will for the submissive Arab regimes to abandon the path of fear and treason and called for the Palestinian people to continue in the path of resistance. Responsibility for the attack was claimed by Fatah.

\*\*\*

<u>October 4, 2003:</u> Suicide attack at "Maxim" restaurant in Haifa
21 killed and 48 injured

**Hanadi Jaradat** - a female resident of <u>Jenin</u>, single, **aged 29**, a law studies graduate at the Al-Quds Open University. Her brother was killed before her eyes in the operation to shoot down her beloved, Salah Jaradat, who was head of the Islamic Jihad network in Jenin. She carried out the attack to avenge both of their deaths.

The suicide terrorist was transported from Barta'a to Haifa by Jamal Musa Mahajna, supposedly in order to arrange matters at Rambam Hospital for her sick father. On the way she asked to eat at a restaurant, where she detonated herself. The explosive device weighed 4kg and included ball bearings, chopped construction iron and copper foil.

\*\*\*

21

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

<u>May 18, 2003:</u> Suicide terrorist detonation on a bus on French Hill in Jerusalem,

7 killed and 20 injured



**Bassem Takruri** - a resident of <u>Hebron</u>, **aged 19**, a first year computer course student at the Polytechnic, detonated himself on Egged bus no. 6, near French Hill, **while dressed as an ultra-orthodox Jew**: black trousers, white shirt, a skullcap and a tsitsit [a vest worn by religious Jews]. The suicide terrorist was dressed on the morning of the attack during his stay at the home of one of the recruits operated by the Hebron Hamas network, **Samer Atrash**. In his interrogation, Samer Atrash admitted collecting intelligence ahead of the attack, picking up the suicide terrorist from the Abu Dis area and smuggling him into Jerusalem, hosting him overnight at his home as well as preparing and leading him to the location of the attack.

*\*\*\**

<u>May 17, 2003:</u> Suicide terrorist detonation near Gross Square in Hebron,

2 killed



**Fuad Qawasmeh** - a resident of <u>Hebron</u>, **aged 22**, a Hamas operative, arrived in the Gross Square area in Hebron, **dressed as a religious Jew**, was suspected by soldiers who called for him to stop and then detonated himself near a number of Israelis. The suicide terrorist was an administrative detainee after being arrested as part of the incursion into the city of Hebron as part of Operation "Defensive Shield." The suicide terrorist was linked to a group of Hamas operatives from the "Jihad" mosque, 4 of which carried out 2 suicide attacks on March 7, 2003, one in Kiryat Arba and the other in the Negohot settlement. Interrogation material revealed that 3 other terrorists were recruited for Hamas activity along with the suicide terrorist. All four were interested in carrying out a suicide attack, but this suicide terrorist was chosen for the execution of the attack by **Bassel Qawasmeh**, a senior member of the Hamas network in Hebron, who directed the attack.

*\*\*\**

27

L_C089089

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>May 8, 2003:</u> Suicide terrorist detonation in a car bomb adjacent to a tank in the Gaza Strip

no casualties

 **Mahmud Anani** - a resident of the <u>Nuseirat refugee camp in Deir al-Baleh</u>, **aged 22**, single, a Fatah police officer and operative, detonated himself in a vehicle bomb near a tank, close to Kfar Darom. Several minutes before the attack, deflection gunfire was fired at our forces on the Tencher route. Scans after the attack revealed that the truck contained 2 gas cylinders and explosive devices on its doors, but due to a fault only one gas cylinder detonated during the attack. The "al-Aqsa Martyrs' Brigades" claimed public responsibility for the attack.

\*\*\*

<u>April 30, 2003:</u> Suicide terrorist detonation at the entrance to Mike's Place pub in Tel Aviv

an additional suicide terrorist cast an explosive device nearby, 3 killed and 62 injured

**The suicide terrorists**

          

Hanif Asef, **aged 22**, a <u>British citizen</u>, detonated himself at the entrance to "Mike's Place" pub on the promenade in Tel Aviv. Omar Sharif, **aged 27**, a <u>British citizen</u>, also tried to carry out a suicide attack along with Hanif but due to a fault in the explosive device he could not carry out his plan and fled the scene, while disposing of the charge in his possession. The charge Amar was carrying was made up of standard explosives weighing around 5kg, without fragmentation, and was concealed in a book cover. Omar's body emerged from the sea around two weeks after the attack. The Hamas organization claimed responsibility for the attack and published a videotape in which both of the Brits make speeches before departing for the attack. Analysis of the passport findings reveals that the two arrived in the area on a route which started on April 8 in Syria, through Jordan on April 11 and entered the area on April 12. General investigations revealed that for their movements in Israel, the Gaza Strip and the West Bank, the terrorist pair was assisted by a number of foreign left wing operatives staying in the area.

28

L_C089090

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

<u>June 18, 2002:</u> Suicide bomber detonation on a bus in the Gilo neighborhood of Jerusalem, 19 killed and 50 injured



**Muhammad al-Ghul** - a resident of <u>Nablus</u>, **aged 22,** a religious law Masters Degree student at Al-Najah University, detonated himself on Egged bus no. 32 on Dov Yosef St. in the Gilo neighborhood of Jerusalem. The suicide terrorist was spotted, recruited and trained by the Hamas military network in Samaria. After two failed attempts to dispatch the suicide terrorist for an attack and the elimination of Qais Adwan (one of the Hamas network's leaders in Samaria), the suicide terrorist was directed by Mazen Fuqaha to **Muhanad Taher**, who at that point was head of the Hamas network in Samaria (killed). Mahaned Taher brought the suicide terrorist to **Khalil Marwan Khalil**, a member of the organization in Samaria (detained), who drove him to Azaria in east Jerusalem where he was supposed to be collected by prior arrangement of **Ali Alan**, a Hamas military operative from Bethlehem. Ali used the assistance of his friend **Ramadan Mushahara,** and his brother, **Fahmi Mushahara**, both residents of east Jerusalem with blue identity cards (detained), for the execution and planning of the attack. After the gathering of intelligence carried out by Fahmi, the target of the attack was chosen – Egged route 32 traveling from the Gilo neighborhood direction towards the center of Jerusalem. The target was chosen as attractive for carrying out an attack given the fact that it stops at the Beit Safafa station, an area with a large Arab population, where a visibly Arab person would not be viewed suspiciously. As part of the preparations for the attack, Fahmi traveled on this bus route several times, bought a multiple-entry ticket and even had holes punched in it so that the suicide terrorist could use it without raising suspicion. The suicide terrorist was transferred to Bethlehem, was accommodated overnight in the city and the next morning driven to the Abu Dis area in Jerusalem, where he was picked up by Fahmi and the two continued on the route towards west Jerusalem, with Ramadan Mushahara driving in front and alerting them to any Israeli checkpoints. Upon their arrival at the bus station near Beit Safafa the suicide terrorist was dropped off, he boarded the bus and detonated himself.

\*\*\*

<u>June 17, 2002:</u> Detonation of a suicide terrorist suspected by border forces near Marja/Yarkon, no casualties

**Ala Marshud** - a resident of <u>Balata refugee camp/Nablus</u>, **aged 20**, an electrical appliance factory worker, detonated himself in Marja, after being suspected by border forces who called for him to stop and strip. Responsibility was claimed by Fatah's Al-Nazir Brigades. The Israeli Security Agency's interrogation of **Samer Hashash**, a Tanzim

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

Tabih linked the suicide terrorist with Iyad Sualaha. After the attack, Abu Tabih met with Iyad Suwalha who expressed disappointment at the failure of the attack.

\*\*\*

<u>May 19, 2002:</u> Suicide bomber detonation at a market in Netanya,

3 killed and 60 injured

<u>**Osama Bashkar**</u> - a resident of <u>Askar refugee camp/Nablus</u>, **aged 18,** wandered around the market in Netanya wearing an IDF uniform and carrying a black bag, he was suspected due to his Middle Eastern appearance and detonated himself immediately thereafter. Responsibility for the attack was claimed by the "Popular Front" organization, the attack was carried out by the "PFLP" network in Nablus, with **Alam Ka'abi** in its center. The network operatives behind this attack were in constant contact with the PFLP prisoners in Jericho via messengers and also in continuous contact by phone. During the previous days Ahad Oulma and the other PFLP prisoners had been updated regarding the plans to carry out the attack. On May 23, 2002, **Adel Adnan Mahmud Jum'a**, a resident of Tayibe, was arrested. In his interrogation with the Israeli Security Agency he admitted that he had driven the suicide terrorist together with a female who served as the suicide terrorist's guide. Adal noted that he understood that he was transporting a suicide terrorist only after dropping the suicide terrorist off and hearing the explosion. After the attack, he returned the suicide terrorist's guide to Baqa al-Gharbiyye. On June 6, 2002, **Du'a Ziyad Jamil Jayusi**, a resident of Tulkarem, studying at al-Najah University, was arrested. Du'a mentioned in her interrogation that she was requested by the Popular Front network in Nablus to lead the suicide terrorist into Netanya to give him an innocent appearance. Du'a also added that before dropping the suicide terrorist off at the market in Netanya, the terrorists looked into the options of carrying out the attack at the mall in Netanya and in the promenade area.

\*\*\*

<u>May 8, 2002:</u> Suicide bomber sustains heavy injuries at a shuttle stop at Megiddo intersection,

3 injured

<u>**Zaydan Zaydan**</u> - a resident of <u>Jenin</u>, **aged 19,** was injured in the detonation of an explosive device he was carrying in his bag at a shuttle stop at Megiddo intersection. After the explosion, shots were fired toward the suicide terrorist by a bomb disposal police officer who was at the site. The suicide terrorist was injured in his arms and legs. The rest of the explosive device which remained in the bag was later detonated by a police robot. In his interrogation, the suicide terrorist informed the Israeli Security Agency that he had asked **Mahmud Tuwalba** (killed), one of the heads of the Islamic Jihad in Jenin, to depart for the attack. A person acting on behalf of Mahmud provided the suicide terrorist with a device weighing

44

L_C089106

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

around 18kg. The suicide terrorist took a taxi to Anin, walked from there to Umm al-Fahm and continued by hitchhiking to Wadi Ara. Responsibility for the attack was claimed by the Islamic Jihad.

\*\*\*

<u>May 7, 2002:</u> Suicide bomber detonation at a billiards club in Rishon LeZion,

16 killed and 51 injured



**Muhammad Mu'amar** - a resident of <u>the Krayot/Nablus</u>, **aged 28,** originally from Jordan, associated with Hamas, entered "Sheffield" club on Sahrur St. in the Rishon LeZion industrial zone, carrying a suitcase, he walked toward the center of the room, to a gathered crowd near the slot machine and detonated himself. The Izz al-Din al-Qassam Brigades publicly claimed responsibility for the attack; the message also included threats of further attacks. The attack was carried out by the Hamas network in Ramallah in collaboration with a Jerusalem cell, with **Muhammad Imran** serving as the contact person between **Wael Qasem** (killed), a Hamas operative from Ras al-Amoud, and **Ibrahim Hamed**, head of the Hamas network in Ramallah. In practice, Amran transferred the instructions for carrying out the attacks, transferred the suicide terrorists and the explosive devices.

\*\*\*

<u>April 20, 2002:</u> Suicide bomber detonation near a checkpoint in Qalqilya,

no casualties

<u>Unknown</u> - a suicide terrorist detonated near checkpoint 108, west of Qalqilya during a suspect arrest procedure. The Hamas website quoted a spokesperson on behalf of the Izz al-Din al-Qassam Brigades who announced that the perpetrator of the attack near Qalqilya was **Mahmud Muhammad Yusuf Shuli**, from Asira ash-Shamaliya, north of Nablus. The spokesperson said in a telephone call that so far responsibility had not been officially claimed due to security reasons. Mahmud Shuli worked for National Security, he had informed his family in the past that he would carry out an attack and then disappeared. The attack was carried out by a collaboration between the Hamas military networks in Nablus and Qalqilya.

\*\*\*

L_C089107

Israeli Security Agency [logo]

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 31, 2002:</u> Suicide bomber detonation near a medical clinic in Efrat,

6 injured



**<u>Jamil Hamid</u>** – a resident of <u>Bethlehem</u>, a minor **aged 16**, who was recruited by Fatah, arrived in a vehicle from the direction of Wadi Nis up to the Efrat settlement gate, exited the vehicle about 10m from the gate, entered the settlement on foot and detonated himself near an MDA (Magen David Adom) station. Responsibility for the attack was claimed by the al-Aqsa Brigades. The explosive device which was on his person was prepared by **Yahya Da'masa** and **Ahmad Mugrabi**, among the leaders of the Fatah network in Bethlehem. **Riyad al-Amur** and **Ibrahim Ubiyat** were the initiators and directors of the attack.

\*\*\*

<u>March 31, 2002:</u> Suicide bomber detonation at "Matza" restaurant in Haifa,

15 killed and 34 injured

**<u>Shadi Tubasi</u>** – a resident of <u>Jenin</u>, **aged 24**, holder of an Israeli ID, due to his mother being an Israeli citizen from Muqeible, entered the "Matza" restaurant in Neve Sha'anan/Haifa carrying on his person a device concealed in a khaki colored explosive belt, and detonated himself. The attack was carried out under the direction of the Hamas network in Jenin, headed by **Qais Adwan**. The suicide terrorist had been arrested in the past for disorderly conduct as well as being arrested in Israel for criminal offenses. According to the interrogation of Bilal Ruzi, Shadi was arrested in the Palestinian Authorities [*sic*] and accused of collaboration. The suicide terrorist wanted to clear his name and approached Hamas asking to prove that he is not a collaborator by carrying out a suicide attack. His arrival at the site of the attack and selection of an attack target were done independently, with no accompaniment, while exploiting the fact he carried an Israeli ID.

\*\*\*

48

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 27, 2002:</u> Suicide bomber detonation at the "Park" Hotel in Netanya

29 killed and 144 injured

 <u>**Abd al-Baset Odeh**</u> – a resident of <u>Tulkarem</u>**, aged 25**, entered the Park Hotel in Netanya while dozens of citizens were having their Leil Haseder (Passover) meal and detonated himself. The attack was directed by the Hamas military networks in Tulkarem and Nablus, headed by **Abbas al-Sayyid** and **Muhanad Taher**. Abbas al-Sayyid, responsible for the attack from Tulkarem (detained), served as the Hamas military leader in the area. Abbas admitted in his interrogation that he had planned to execute the attack many months earlier, but his plans were postponed. Abbas was the one who instructed **Ma'amar Shachruri**, an operative from the network, to obtain 2 explosive belts from the military network in Nablus and was the one who suggested for **Fathi Hatsib** to lead the suicide terrorist into Israel and locate an appropriate target destination for the attack. Before the attack, Abbas and other operatives from the network prepared Abd al-Baset for the execution of the attack - the suicide terrorist shaved his beard, applied make up, wore a pair of feminine blue jeans, women's shoes, a straight hair wig, a brown shirt and a brown leather coat with a leopard print collar. This was all for the purpose of assimilating himself in crowded areas in Israel. Abbas equipped the suicide terrorist with the explosive belt, which had the appearance of a khaki colored vest with pockets, in which the explosive materials were concealed, which weighed 10kg, and explained to him how to operate it. After photographing the suicide terrorist with an M-16 rifle, the movement's flag in the background and photos of Shahids [martyrs], Abbas wrote the suicide terrorist's will in which it is stated that he is going to carry out an attack on behalf of the Izz al-Din al-Qassam Brigades. In addition, Abbas equipped the suicide terrorist with a woman's ID. **Muhanad Taher**, a resident of Nablus, who served as head of the military arm of Hamas in Samaria (killed), was responsible for supplying explosive belts from the network in Nablus to the network in Tulkarem. **Fathi Hasib**, a Tulkarem resident (detained), admitted in his interrogation that he had purchased a vehicle in Israel in which he led the suicide terrorist up to Tulkarem, where the two got into another car and drove from there into Israel.

\*\*\*

50

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 9, 2002:</u> Suicide bomber detonation at Café "Moment" in Jerusalem,

11 killed and 58 injured



**Fuad Hurani** – a resident of <u>Al'Arub refugee camp</u> (born in Bethlehem), **aged 22**, a student at the teachers college in Ramallah, a religious Hamas operative, his father is a Palestinian Authority officer. Around two years before the attack, he was suspected by the Palestinian Preventative Security Services of intending to carry out a suicide attack as part of Hamas. The Hamas headquarters in Ramallah was responsible for the execution of this attack with assistance from an east Jerusalem cell. At the Israeli Security Agency it was revealed that **Ibrahim Hamed**, head of the military Hamas in Ramallah told **Muhammad Arman** that he had a suicide terrorist available and instructed him to transfer him to **Wa'el Qasem**, commander of the east Jerusalem cell. The collection point for the departure for the attack was set in the mosque in Beit Hanina. Arman and the suicide terrorist met at the al-Bireh mosque. Hamed took the suicide terrorist from the mosque, equipped him for the attack and accompanied him to a taxi stand, from which the suicide terrorist drove to the new Beit Hanina mosque. In his interrogation he said that the suicide terrorist waited for him near the new Beit Hanina mosque, where he picked him up and dropped him off at the intersection before the café, showed the suicide terrorist the attack target and drove away. Moreover, along with other cell members, Wa'el Qasem dealt in gathering information on additional destinations for attacks.

\*\*\*

<u>March 7, 2002:</u> Detection of a suicide terrorist with an explosive device concealed in a birdcage in

Karkur, no casualties



**Bilal Walid Ali** – a resident of <u>Sanur/Jenin</u>, **aged 18**, was walking around with a birdcage in the Karkur area. An Israeli citizen who suspected him called out to him in Hebrew to stop and when he received no reply, spoke to him in Arabic. The suicide terrorist placed the birdcage on the ground and then the citizen noticed pipes on the suicide terrorist's body, presuming he had an explosive belt. The citizen retreated and the suicide terrorist fled the scene. The birdcage he left behind was found to be booby trapped with an improvised explosive device and a switch. The next day, the suicide terrorist was caught and admitted in his interrogation that he had agreed to carry out a suicide attack after falling out with his father and becoming tired of his life. According to him he was photographed by his dispatchers holding a gun and a pistol, had the explosive belt strapped to him and was equipped with the booby trapped birdcage. After receiving instructions as to how to operate the devices,

54

L_C089116

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>July 9, 2001:</u> (Partial) suicide terrorist detonation in a cart bomb harnessed to a donkey next to an IDF post in Dahaniya/Rafah



**Murad Abu Ma'ilak** – a resident of <u>Nazirat refugee camp</u> in the Gaza Strip, **aged 23**, a student at the Open University in Gaza, approached the Dahaniya settlement gate while riding a donkey with a cart, which was carrying a large water container. When he attempted to activate the explosive device, a partial detonation occurred which knocked it off the cart. When he attempted to flee, he was shot by the checkpoint soldiers and arrested. In his interrogation, the suicide terrorist said that **Nabil Sharihi**, an Islamic Jihad operative active in the northern [Gaza] Strip, recruited and dispatched him to an attack after the suicide terrorist approached him on his own initiative and requested to carry out a suicide attack. The suicide terrorist received 2,500 NIS from Sharihi and in accordance with his instructions, went to Rafah where he met with a person named Saleh. The two stayed overnight together and the next day (the day of the attack), they traveled to an orchard near Dahaniya, where the suicide terrorist received a cart harnessed to a donkey, which contained an explosive device and an activation mechanism, as well as receiving a briefing on how to carry out the attack.

\*\*\*

<u>June 1, 2001:</u> Suicide terrorist detonation at the entrance to a club in the "Dolphinarium" in Tel Aviv, 22 killed and 83 injured

**Sa'id [al-]Hutari** – a resident of <u>Qalqiliya</u> (originally from Jordan), **aged 22**, a Hamas operative, detonated himself near a group of young people at the entrance to the "Water World" club in the Tel Aviv Dolphinarium. The Hamas military network in Qalqiliya carried out this attack. The network was established by **Salim al-Hija**, a 30-year-old from Nablus, one of the senior members of the Hamas organization in Judea and Samaria and the person responsible for the organization's military network in Northern Samaria. At the head of the network, **al-**Hija placed Abd al-Rahman Hamad, who he knew from a joint stint in Ayman prison. **Mahmud Nadi** (detained) was the taxi driver who drove the suicide terrorist to the Dolphinarium. In his interrogation at the Israeli Security Agency, he said that **Anas Abd al-Karim Dawud**, a resident of Qalqiliya, associated with Hamas and with a criminal record, was the one who coordinated the transport of the suicide terrorist from Qalqiliya to Tel Aviv while being in contact via telephone with Mahmud and the suicide terrorist throughout the drive.

\*\*\*

74

L_C089136