# Exhibit 22

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                          Plaintiffs,<br><br>    vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>                          Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## **DECLARATION OF JACQUELINE CHAMBERS**

I, Jacqueline Chambers, hereby declare as follows based on my personal knowledge:

1.    I am a native-born citizen of the United States.

2.    I suffered severe emotional distress when my mother, Esther Bablar, was severely injured in a terrorist attack that took place in Rishon Letzion, Israel on May 7, 2002. She died of her injuries the following morning.

3.    My mother became a naturalized citizen of the United States on January 24, 1978.

4.    The attack also caused severe emotional distress to other members of my family including my sister, Levana Cohen Harooch, who is also a citizen of the United States.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Nov 9, 2020  _____

                                                              *Jacqueline Chambers (Nov 9, 2020 20:27 EST)*
                                                              Jacqueline Chambers