# Exhibit 28

# THE WASHINGTON FREE BEACON


COUPON CODES AVAILABLE   GET CODES   CapitalOne Shopping

NATIONAL SECURITY

# Palestinian Government Continues Payments to Terrorists Despite Cash Crunch

Non-public State Department report to Congress discloses pay-to-slay operation

   



Palestinian president Mahmoud Abbas / Getty Images

Adam Kredo - OCTOBER 30, 2020 5:15 PM

The Palestine Liberation Organization continues to pay terrorists and their families from government coffers despite a massive cash crunch that has paralyzed the Palestinian government, according to a non-public State Department report obtained by the *Washington Free Beacon*.

Known as a policy of "pay to slay," the Palestinian government

ADVERTISEMENT



ADVERTISEMENT



How To Easily Clean Toilet

You will never have to scrub a toilet again if you try this new toilet cleaner.

ADVERTISEMENT



The Palestine Liberation Organization continues to pay terrorists and their families from government coffers despite a massive cash crunch that has paralyzed the Palestinian government, according to a non-public State Department report obtained by the *Washington Free Beacon*.

Known as a policy of "pay to slay," the Palestinian government uses money from international donors and other aid groups to financially support imprisoned terrorists and their families. The practice has long attracted international scorn and played a significant role in the Trump administration's 2018 decision to cut nearly $200 million in U.S. funding to the Palestinian government. While the move was meant to pressure Palestinian leaders into ending the payments, the PLO has continued the practice under the radar, according to a recent report submitted by the State Department to Congress.

"Despite fiscal constraints ... the [Palestinian Authority] continued to make payments through the PLO to Palestinians connected to terrorism," according to the report. "This is despite Israel's decision to suspend extension of sovereignty into the West Bank. The recipients of the payments included Palestinian terrorists in Israeli prison, released Palestinian terrorists, and the families of Palestinians who were wounded or died while committing terrorist acts or in connection with terrorism."

The continuation of these payments is likely to frustrate lawmakers and U.S. diplomats who have been working to make the Palestinian government solvent and more likely to engage in peace talks with Israel. While the State Department did not say how much the Palestinian government spends on terrorists, outside groups put the number at upwards of $300 million a year. The pay-to-slay program has been a major roadblock with Israel, which moved in February to fine any banks that facilitate these payments. Palestinian leaders, however, have vowed to continue supporting terrorists.

A State Department official, speaking on background, confirmed the report's findings when contacted by the *Free Beacon* and said the U.S. government rejects the Palestinian government's continued policy of paying convicted terrorists.

"The biannual Palestine Liberation Organization Commitments Compliance Act Report reflects the Department's findings of continued payments by the Palestinian Authority to Palestinians connected to terrorism," the official said. "The United States strongly condemns the Palestinian Authority's practice of paying terrorist or their

ADVERTISEMENT



POPULAR STORIES IN POLITICS



AOC Spews Gloom on Cover of Vanity Fair: America 'Still in a Lot of Trouble' if Biden Wins



Eliana Johnson: Pence Got the Better of Harris on Court Packing



"The biannual Palestine Liberation Organization Commitments Compliance Act Report reflects the Department's findings of continued payments by the Palestinian Authority to Palestinians connected to terrorism," the official said. "The United States strongly condemns the Palestinian Authority's practice of paying terrorist or their families.

"The [Palestinian Authority] argues these transfers are social payments for families who have lost their primary breadwinner," according to the report. "The United States and Israel argue that the payments incentivize, encourage, and reward terrorism, given higher monthly payments for lengthier prison sentences tied to more severe crimes."

The report also identified Iranian-backed terrorist organizations operating in the Gaza Strip as a "serious threat" to the United States and Israel. This includes Hamas, Palestinian Islamic Jihad, and other militant groups funded by Tehran.

Repeated attacks by these groups, as well as Hamas's efforts to "build its arsenal used for terrorism against Israel were the primary factors in the worsening economic and humanitarian situation in Gaza," the report states.

"Terrorist groups and their sympathizers continued to smuggle illegal weapons and cash into the Gaza Strip via the few remaining underground tunnels located along the Egypt-Gaza border," according to the report, which notes this runs afoul of commitments made by Palestinian leaders to crack down on terror-related activities.

The State Department also highlighted public statements from Palestinian president Mahmoud Abbas and other top officials promoting violence against Israel. Palestinian schools and media outlets "continue to promote the idea that Israel does not have a right to exist" and they "support the elimination of Israel on maps," according to the report. "PLO and PA leaders have praised Palestinian terrorists and claimed that all forms of resistance are legitimate."

Palestinian leaders continued in recent months to feed the International Criminal Court information about alleged war crimes, the report notes. Both the United States and Israel have rejected these efforts and continue to boycott the court over its investigation into supposed crimes.


**Harris: Biden Admin Will Repeal Tax Cuts 'On Day One'**


**Cal Cunningham Refuses to Take Position on Joe Biden's Refusal to Take Position on Court Packing**

ADVERTISEMENT


**How To Easily Clean Toilet**
You will never have to scrub a toilet again if you try this new toilet cleaner.

**Sponsored Stories**


[Photos] Remember Him? You

Document title: Palestinian Government Continues Payments to Terrorists Despite Cash Crunch
Capture URL: https://freebeacon.com/national-security/palestinian-government-continues-payments-terrorists-despite-cash-crunch/
Capture timestamp (UTC): Wed, 11 Nov 2020 04:02:13 GMT

Palestinian leaders have also furnished the International Criminal Court information about alleged war crimes, the report notes. Both the United States and Israel have rejected these efforts and continue to boycott the court over its investigation into supposed crimes.

**Brain Fog? Eat This Once Daily**
Boston Brain Science
Open

This entry was posted in National Security and tagged Terrorism. Bookmark the permalink.

Tweet  Share  MAIL  PRINT

### Related Articles

 Jihadist Attack in France Kills Three

 Video: Dem Senate Candidate Has No Idea What the Patriot Act Is

 In Defense of Privilege: Those Who Have It Need Not Suffer in The Name of 'Fairness'

 Concerns Emerge As Congress Moves to Hand Airport Security to Private Sector

 Finally, An Obama Legacy Worth Celebrating

 Lawsuit Alleges Qatar Secretly Financed Terror Attacks that Killed Americans

 Sudan Owes Victims of Embassy Bombings $4 Billion, Supreme Court Rules

 U.S. to Block Iran Receiving $1.6 Billion From 'Victory' Over 9/11 Victims

 **Adam Kredo** is senior writer reporting on national security and foreign policy matters for the Washington Free Beacon. An award-winning political reporter who has broken news from across the globe, Kredo's work has been featured in the Wall Street Journal, the Weekly Standard, Commentary Magazine, the Drudge Report, and the Jerusalem Post, among many others. His Twitter handle is @Kredo0. His email address is kredo@freebeacon.com.


[Photos] Remember Him? You Better Sit Down Before You See What He Looks Like Now
Trivia.com


[Photos] Meet The Woman Don Lemon Is Romantically Involved With In 2020
Mister Stocks


[Photos] Inside Rachel Maddows Humble Cabin Where She Lives With Her Partner
History Chronicle

Recommended by Outbrain