# Exhibit 29

Cour internationale de Justice
Enregistré au Greffe le :

International Court of Justice
Filed in the Registry on :

29 JAN. 2004 / 8. (1)

# INTERNATIONAL COURT OF JUSTICE

## LEGAL CONSEQUENCES OF THE CONSTRUCTION OF A WALL IN THE OCCUPIED PALESTINIAN TERRITORY

## (REQUEST FOR AN ADVISORY OPINION)

### WRITTEN STATEMENT

### SUBMITTED BY

### PALESTINE

**30 JANUARY 2004**

# INTERNATIONAL COURT OF JUSTICE

# LEGAL CONSEQUENCES OF THE CONSTRUCTION OF A WALL IN THE OCCUPIED PALESTINIAN TERRITORY

## (REQUEST FOR AN ADVISORY OPINION)

## WRITTEN STATEMENT

## SUBMITTED BY

## PALESTINE

**30 JANUARY 2004**

**TABLE OF CONTENTS**

Page

**PART A.        INTRODUCTION AND COMPETENCE**

**CHAPTER 1.   INTRODUCTION** ................................................................................... 1

    (1)  THE TERMS OF THE REQUEST
    (2)  SCOPE OF THE PRESENT REQUEST
    (3)  TERMINOLOGY
    (4)  STRUCTURE OF THIS WRITTEN STATEMENT

**CHAPTER 2.   THE COURT IS COMPETENT TO GIVE THE ADVISORY OPINION
              REQUESTED, AND THERE ARE NO COMPELLING REASONS
              PREVENTING THE COURT FROM GIVING ITS OPINION** ......................... 11

    (1)  THE COURT IS COMPETENT TO GIVE THE REQUESTED ADVISORY OPINION
        (a)  *Jurisdiction ratione personae: the request was made by a duly authorized organ*
        (b)  *The Resolution was validly adopted from the procedural point of view*
        (c)  *The Resolution adopting the request was intra vires the Assembly*
        (d)  *Jurisdiction ratione materiae: the Court is asked to give an opinion on a legal question*

    (2)  THERE ARE NO COMPELLING REASONS PREVENTING THE COURT FROM GIVING THE REQUESTED
        ADVISORY OPINION
        (a)  *The question put to the Court is both urgent and relevant, and is likely to have a practical
            and contemporary effect*
        (b)  *The Eastern Carelia Case is distinguishable from the present case*
        (c)  *The giving of an advisory opinion does not depend on the consent of any particular State or
            group of States, and no State can prevent the giving of an opinion*
        (d)  *The mere fact that the question may have been politically motivated cannot prevent the
            Court from rendering its advisory opinion*

    (3)  CONCLUSION


**PART B.        FACTUAL BACKGROUND** ................................................................. 35

**CHAPTER 3.   A CHRONOLOGY OF THE MAIN EVENTS CONCERNING PALESTINE**

    (1)  THE TERRITORY OF PALESTINE

    (2)  JERUSALEM

    (3)  THE PALESTINIAN PEOPLE

    (4)  THE PALESTINIAN REPRESENTATIVE ENTITY

    (5)  THE PALESTINIAN AUTHORITY


**CHAPTER 4. ISRAEL'S ATTEMPTS TO CHANGE THE LEGAL STATUS OF THE
             OCCUPIED PALESTINIAN TERRITORY, INCLUDING EAST JERUSALEM**
     .......................................................................................................................... 51

    (1)  SETTLEMENT POLICY AND PRACTICE: AN OVERVIEW
        (a)  *Phases of settlement activities*
        (b)  *Methods of appropriating land for Israeli settlements*

(2)  Effects of the presence of Settlements and Settlers in the Occupied Palestinian Territory
    (a)  Economic and Development Effects
    (b)  Conditions for Violence

(3)  Financial Incentives for Settling in the Occupied Palestinian Territory

(4)  Extending Territorial Jurisdiction

(5)  International reaction to Israeli settlements policy and practice

(6)  Annexation and the regime in East Jerusalem
    (a)  Legislation and de jure Annexation
    (b)  Status of Palestinian Jerusalemites

(7)  Other Illegal Measures Related to Occupied East Jerusalem
    (a)  Moving the Border around East Jerusalem
    (b)  House Demolitions
    (c)  Dual Transportation Networks
    (d)  Settlement Construction

(8)  Conclusions


**CHAPTER 5.    THE POLICIES AND PRACTICES OF ISRAEL, THE OCCUPYING POWER, AND THE SECURITY SITUATION IN THE OCCUPIED PALESTINIAN TERRITORY** ................................................................... 83

(1)  Introduction

(2)  Israeli Policies and Practices

(3)  The Current Security Situation

(4)  Conclusions


**PART C.        THE WALL** ............................................................................................ 101

**CHAPTER 6.    THE WALL BEING BUILT BY ISRAEL IN THE OCCUPIED PALESTINIAN TERRITORY, INCLUDING IN AND AROUND EAST JERUSALEM**

(1)  Introduction

(2)  The Route of the Wall: Existing, Decided and Projected Phases
    (a)  Phase I of the Wall
    (b)  Phase II of the Wall
    (c)  Projected Phase III of the Wall
    (d)  East Jerusalem
    (e)  Summary: The Wall Depicted by Reference to the Green Line
    (f)  Correlation of the Wall Route to the Green Line

(3)  The Regime of the Wall and Accompanying Measures and Effects
    (a)  Physical Structure and Characteristics of the Wall
    (b)  Walled Enclaves
    (c)  Property Demolition and Levelling of Land
    (d)  Establishment of a Closed Zone and a Permit System

ii

    (e)   *De Facto Annexation and Confiscation of Land*
    (f)   *Displacement and Other Demographic Effects*

  (4)  CORRELATION OF THE ROUTE OF THE WALL TO SETTLEMENTS, ROADS AND WATER RESOURCES
    (a)   *Relationship to Settlements and Roads*
    (b)   *Relationship of the Wall to Water Resources*

  (5)  THE SOCIAL AND ECONOMIC EFFECTS OF THE WALL
    (a)   *Social Effects of the Wall*
    (b)   *Economic Effects of the Wall*
    (c)   *Health Effects of the Wall*
    (d)   *Education Effects of the Wall*
    (e)   *Effects of the Wall on the Cultural Heritage*

  (6)  CONCLUSIONS

**PART D.      LEGAL ANALYSIS** ............................................................................ 155

**CHAPTER 7.    ISRAEL IS IN OCCUPATION OF PALESTINIAN TERRITORY**

  (1)  INTRODUCTION

  (2)  THE REGIME OF OCCUPIED TERRITORY
    (a)   *In general*
    (b)   *Application of the regime of occupation to Palestine*

  (3)  THE REQUEST DOES NOT REQUIRE THE COURT TO DETERMINE THE BOUNDARIES OF PALESTINE
    (a)   *The division of 'Mandated Palestine'*
    (b)   *Recognition of the Division of Mandated Palestine: Agreements between Israel and Palestine*
    (c)   *Recognition of the Division of Mandatory Palestine: The Position of the United Nations*
    (d)   *International recognition that the Palestinian territory is occupied within the meaning of the Fourth Geneva Convention*

  (4)  CONCLUSION

**CHAPTER 8.    ISRAEL IS BOUND BY INTERNATIONAL HUMANITARIAN LAW AND INTERNATIONAL HUMAN RIGHTS LAW IN RESPECT OF ITS CONDUCT IN OCCUPIED PALESTINIAN TERRITORY** ............................ 180

  (1)  INTRODUCTION

  (2)  INTERNATIONAL HUMANITARIAN LAW
    (a)   *Basic principles of international humanitarian law in the Hague and Geneva Conventions*
    (b)   *Israel's obligation to comply with international humanitarian law in the Occupied Palestinian Territory*

  (3)  INTERNATIONAL HUMAN RIGHTS LAW

  (4)  CONCLUSION

**CHAPTER 9    ISRAEL'S VIOLATIONS OF THE APPLICABLE LAW THROUGH THE CONSTRUCTION AND MAINTENANCE OF THE REGIME OF THE WALL** ............................................................................................................................ 194

  (1)  THE PRINCIPLES OF INTERNATIONAL HUMANITARIAN LAW

  (2)  THERE IS NO LAWFUL BASIS FOR THE BUILDING OF THE WALL
      *(a)  The Wall lacks any justification as a security measure*
      *(b)  The Wall may not be diverted to protect Israeli settlements in the Occupied Palestinian Territory, including East Jerusalem,*
      *(c)  The Wall may not be diverted to protect annexed territory in East Jerusalem*
      *(d)  There is no justification for the construction of the Wall in the eastern part of the West Bank*
      *(e)  The Wall is an attempt to change the status of the Occupied Palestinian Territory, including East Jerusalem*
      *(f)  Conclusion on Israel's right to construct the Wall*

  (3)  THE EFFECTS OF THE WALL VIOLATE INTERNATIONAL LAW AND RENDER IT A DISPROPORTIONATE MEASURE
      *(a)  The Wall violates the right to freedom of movement*
      *(b)  The Wall violates the right to earn a livelihood*
      *(c)  The Wall violates fundamental rights to welfare*
      *(d)  The Wall violates the right to family life*
      *(e)  The Wall is a form of collective punishment*
      *(f)  The Wall violates property rights of Palestinians*
      *(g)  The Wall violates the right of the Palestinian people to self-determination*

  (4)  THE WALL IS NOT JUSTIFIED BY SELF-DEFENCE
  (5)  CONCLUDING REMARKS

**CHAPTER 10. VIOLATIONS OF THE RIGHT OF THE PALESTINIAN PEOPLE TO SELF-DETERMINATION** .................................................................................................... 235

  (1)  THE RIGHT OF THE PALESTINIAN PEOPLE TO SELF-DETERMINATION AS RECOGNIZED BY THE INTERNATIONAL COMMUNITY AND THE UNITED NATIONS

  (2)  THE CONSTRUCTION OF THE WALL GRAVELY INFRINGES THE RIGHT OF THE PALESTINIAN PEOPLE TO SELF-DETERMINATION
      *(a)  The Wall severs the territorial sphere over which the Palestinian People are entitled to exercise their right of self-determination and constitutes a violation of the legal principle prohibiting the acquisition of territory by the use of force*
      *(b)  The route of the Wall is designed to change the demographic composition of the Occupied Palestinian Territory, including East Jerusalem, by reinforcing the Israeli settlements and by facilitating their extension - in disregard of the fact that these settlements are illegal according to international law*
      *(c)  By the creation of Palestinian enclaves, discrimination against and humiliation of the Palestinian population, and the creation of unbearable economic conditions, the Wall is having the clear and foreseeable effect of leading to the forced displacement of the Palestinian population into increasingly limited areas regarded as safe and livable for Palestinians. The Wall is part of a policy of reducing and parcelling out the territorial sphere over which the Palestinian people are entitled to exercise their right of self-determination, establishing non-contiguous Palestinian areas similar to Bantustans.*
      *(d)  The Wall violates the right of the Palestinian people to permanent sovereignty over their natural resources in the Occupied Palestinian Territory, including East Jerusalem, and destroys the economic and social basis of the life of the Palestinian people*
      *(e)  The Wall endangers the feasibility of a viable State of Palestine and consequently undermines the future of negotiations based on the 'two State' principle*

**CHAPTER 11. LEGAL CONSEQUENCES OF ISRAEL'S BREACHES** ................................269

   (1)  LEGAL CONSEQUENCES FOR ISRAEL
       (a)  *Continued duty to perform the obligation breached*
       (b)  *Cessation of the wrongful act*
       (c)  *Reparation*

   (2)  CONSEQUENCES OF A PENAL CHARACTER

   (3)  LEGAL CONSEQUENCES FOR STATES OTHER THAN ISRAEL

   (4)  GENERAL CONCLUSION

**CHAPTER 12. CONCLUSIONS** ..................................................................................302

**APPENDICES**  (The appendices follow the Written Statement and are separately paginated)

1.      TABLES OF UN SECURITY COUNCIL RESOLUTIONS RESPECTING PALESTINE

2.      CLOSED ZONE PERMIT SYSTEM

3.      SUMMARY OF RECENT ISRAELI ACTIVITY IN CONSTRUCTION OF THE WALL

**ANNEXES**

**VOLUME 1: MAPS AND PHOTOGRAPHS**

    1.      Cross Section of the Wall Complex

    2.      Photographs Section

    3.      Map 1: The Wall in Occupied Palestinian Territory, Including East Jerusalem

    4.      Map 2: Historical Division of Palestine

    5.      Map 3: The Wall in the West Bank

    6.      Map 4: The Wall in East Jerusalem

    7.      Map 5: The Wall and Closure in the West Bank

    8.      Map 6: Israeli Settlement Plans in Occupied Palestinian Territory, Including East Jerusalem

    9.      Map 7: Israeli and Palestinian-Controlled Areas in the West Bank, March 2000

    10.     Map 8: The Wall and Israeli Settlement Expansion in the West Bank

    11.     Map 9: The Wall and Israeli Settler Population in the West Bank

    12.     Map 10: The Wall and Water Resources in the West Bank

13.     Map 11: The Wall and West Bank Topography

14.     Map 12a: The Wall in the West Bank – Section a: South of Qalqilya Area

15.     Map 12b: The Wall in the West Bank – Section b: Qalqilya Area

16.     Map 12c: The Wall in the West Bank – Section c: South of Tulkarm Area

17.     Map 12d: The Wall in the West Bank – Section d: Tulkarm Area

18.     Map 12e: The Wall in the West Bank – Section e: North of Tulkarm Area

19.     Map 12f: The Wall in the West Bank – Section f: Qaffin Area

20.     Map 12g: The Wall in the West Bank – Section g: Umm ar-Rihan Area

21.     Map 12h: The Wall in the West Bank – Section h: Zububa Area

22.     Map 12i: The Wall in the West Bank – Section i: East of Zububa Area

23.     Map 12j: The Wall in the West Bank – Section j: Faqqu'a Area

24.     Map 12k: The Wall in the West Bank – Section k: Jalbun Area

25.     Map 13: The Wall and the Closed Zone

26.     Briefing Map—Occupied Palestinian Territory, Including East Jerusalem: The Wall in the West Bank

## VOLUME 2: DOCUMENTARY ANNEXES

1)     **Annex 1**     Report of the Special Rapporteur of the Commission on Human Rights on the situation of human rights in the Palestinian territories occupied by Israel since 1967, 4 October 2001, A/56/440

2)     **Annex 2**     Report of the Special Rapporteur of the Commission on Human Rights, Mr. John Dugard, on the situation of human rights in the Palestinian territories occupied by Israel since 1967, 6 March 2002, E/CN.4/2002/32

3)     **Annex 3**     Report of the Special Rapporteur of the Commission on Human Rights on the situation of human rights in the Palestinian territories occupied by Israel since 1967, 29 August 2002, A/57/366

4)     **Annex 4**     Report of the Special Rapporteur of the Commission on Human Rights on the situation of human rights in the Palestinian territories occupied by Israel since 1967, Addendum, 16 September 2002, A/57/366/Add.1

5)     **Annex 5**     Report of the Special Rapporteur of the Commission on Human Rights on the situation of human rights in the Palestinian territories occupied by Israel since 1967, submitted in accordance with Commission resolutions 193/2A and 2002/8, 17 December 2002, E/CN.4/2003/30

6)  **Annex 6**   Report of the Special Rapporteur of the Commission on Human Rights on the situation of human rights in the Palestinian territories occupied by Israel since 1967, submitted in accordance with Commission resolution 193/2A, 8 September 2003, E/CN.4/2004/6

7)  **Annex 7**   Human Rights Committee, Concluding Observations of the Human Rights Committee: Israel, 18 August 1998, CCPR/C/79/Add.93

8)  **Annex 8**   Human Rights Committee, Concluding Observations of the Human Rights Committee: Israel, 21 August 2003, CCPR/CO/78/ISR

9)  **Annex 9**   Commission on Human Rights, Question of the Violation of Human Rights in the Occupied Arab Territories, including Palestine, Report of the High Commissioner on her visit to the occupied Palestinian territories, Israel, Egypt and Jordan (8-16 November 2000), E/CN.4/2001/114, 29 November 2000

10) **Annex 10**  Commission on Human Rights, Question of the Violation of Human Rights in the Occupied Arab Territories, including Palestine, Report of the human rights inquiry commission established pursuant to Commission resolution S-5/1 of 19 October 2000, E/CN.4/2001/121, 16 March 2001

11) **Annex 11**  International Committee of the Red Cross, Statement to the Conference of High Contracting Parties to the Fourth Geneva Convention, Geneva, 5 December 2001, International Review of the Red Cross, vol. 84, No. 847, September 2002, pp. 692-695

12) **Annex 12**  B'Tselem (The Israeli Information Centre for Human Rights in the Occupied Territories), Land Grab. Israel's Settlement Policy in the West Bank, May 2002

13) **Annex 13**  B'Tselem (The Israeli Information Centre for Human Rights in the Occupied Territories), Behind the Barrier: Human Rights Violations as a result of Israel's Separation                Barrier,              April               2003, www.btselem.org/Download/2003_Behind_The_Barrier_Eng.doc

14) **Annex 14**  Ms. Catherine Bertini, Personal Humanitarian Envoy of the Secretary-General, Mission Report, 11-19 August 2002, http://domino.un.org/bertini_rpt.htm

*        *        *

**PART A.**           **INTRODUCTION AND COMPETENCE**

**Chapter 1.**      **INTRODUCTION**

1.      This Written Statement is filed in accordance with the Order of the Court

dated 19 December 2003 in response to the United Nations General Assembly's

request for an advisory opinion on the legal consequences of the construction of a

Wall in the Occupied Palestinian Territory.  This introductory chapter examines the

terms of the Request, discusses its scope and outlines the structure of this Written

Statement.

**(1)      The Terms of the Request**

2.      The request was made by the United Nations General Assembly in

Resolution A/ES-10/14 of 8 December 2003.   In that resolution, the General

Assembly decided, pursuant to Article 96, paragraph 1, of the United Nations Charter,

to request the International Court of Justice to give an urgent advisory opinion on the

following question:

> "What are the legal consequences arising from the construction of the
> wall being built by Israel, the occupying Power, in the Occupied
> Palestinian Territory, including in and around East Jerusalem, as
> described in the report of the Secretary-General, considering the rules
> and principles of international law, including the Fourth Geneva
> Convention of 1949, and relevant Security Council and General
> Assembly resolutions?"

3.      The Request was transmitted to the Court by the United Nations Secretary-

General in a letter dated 8 December 2003.[1]

1

Minister, letters of Mutual Recognition by the PLO and Israel.[70] The Declaration of Principles on Interim Self-Government Agreements of 13 September 1993,[71] Agreement on the Gaza Strip and the Jericho Area of 4 May 1994,[72] Agreement on Preparatory Transfer of Powers and Responsibilities of 29 August 1994,[73] Protocol on Further Transfer of Powers and Responsibilities of 27 August 1995,[74] the Israeli – Palestinian Interim Agreement on the West Bank and the Gaza Strip of 28 September 1995,[75] Protocol Concerning the Redeployment in Hebron of 17 January 1997,[76] Sharm El-Sheikh Memorandum of 4 September 1999,[77] Protocol Concerning Safe Passage between the West Bank and the Gaza Strip of 5 October 1999[78], and subsequent arrangements, were all signed and executed by the State of Israel and the PLO.

### (5)    The Palestinian Authority

118.    Following the signing of the Declaration of Principles, the Palestine Central Council, acting on behalf of the PNC, convened in Tunis on 10-11 October 1993. In that meeting, the Council endorsed the Oslo Agreement and resolved to establish the Palestinian Authority ('PA'), nominated Yasser Arafat to be the president of the PA and authorized him to select its members. The PA was made accountable to the PLO Executive Committee.

---

[70]    The Palestine YBIL., Vol. 7 (1992/1994), p. 230.
[71]    Ibid., p. 232.
[72]    Ibid., p. 243.
[73]    The Palestine YBIL., Vol. 8 (1994/1995), p. 315.
[74]    Ibid., p. 341.
[75]    Ibid., p. 353.
[76]    The Palestine YBIL., Vol. 9 (1996/1997), p. 437.
[77]    The Palestine YBIL., Vol. 11 (2000/2001), p. 339.

119.    The PA was structured like any council of ministers, with each member to carry one portfolio. The Palestinian security forces that were established were kept under the command of Mr. Arafat. The PA remains responsible for the negotiations with the State of Israel, but its ultimate authority is the PLO.

120.    On 20 January 1996, a general election was held and the Palestinians in the OPT elected, Mr. Yasser Arafat as the president, and elected their first legislative body, the Palestinian Legislative Council (the 'PLC').[79] Palestinians living in East Jerusalem participated in these elections and elected seven members to the Council.[80] The PLC consists of 88 representatives. This body is still functioning in the Occupied Palestinian Territory despite the expiration of its term on 4 May 1999. Under the prevailing coercive situation in the Occupied Palestinian Territory, further elections have not yet been possible.

---

[78]    *Ibid.*, p. 343.
[79]    This arrangement was expressed in article IV of the Interim Agreement of 1995.
[80]    *Ibid.*, Article II (3).

49