# Exhibit 30



### State of Palestine   Ministry of Foreign Affairs

Main >> Palestine in the United Nations >> The right of the Palestinian people to self-determination is an inalienable and nonnegotiable right, as it is for other nations.

**The right of the Palestinian people to self-determination is an inalienable and nonnegotiable right – as it is for other nations.**

Sixty-four years have passed and the natural, historic and legal right of the Palestinian people to establish their own independent and sovereign state is yet to be implemented. This right is a historic debt that the international community owes the Palestinian people.

The Palestinians aspire to obtain further international recognition of their state within the 1967 borders, including East Jerusalem, as stipulated in the relevant UN resolutions. In addition, the Palestinians demand to join the United Nations as a full member state.

It is noteworthy that UN General Assembly Resolution 181 (II), which constituted the legal basis for the admission of Israel as a full member state in the UN, stipulated that sympathetic consideration should be given to the application of the second state mentioned in the resolution, i.e., Palestine, to join the UN. Thus, the international recognition of the State of Palestine and accepting it as a full member of the UN are consistent with the efforts aimed at establishing a peaceful solution to the Israeli-Palestinian conflict.

**Why do the Palestinians seek international recognition and membership in the UN?**

The establishment of the independent and sovereign State of Palestine is a natural, historic and legal right of the Palestinian people, guaranteed by the international law and the international humanitarian law. According to the international law, nations are entitled to the sovereign right to declare independence and establish their own states. The recognition by the international community, represented by the UN, of the right of the Palestinian people to self-determination is an international position established in several resolutions, including UN General Assembly resolutions 3236, 2649 and 455/65, which reaffirmed that the right of the Palestinians to self-determination is an inalienable right, and that the Palestinian people are entitled to establish an "independent and sovereign" state. UN General Assembly Resolution 2672 indicated that the respect for the inalienable rights of the Palestinian people is an indispensable element in the establishment of a just and lasting peace in the Middle East. Besides, in its advisory opinion issued in 2004 concerning the construction of the separation wall in the Palestinian territory, the International Court of Justice rendered the undermining of the Palestinians' right to self-determination illegal.

**Why should the international community support the Palestinian demand?**

A249

The recognition of the State of Palestine within the 1967 borders is an investment in peace and is a sovereign decision of each state. 128 states recognize the State of Palestine within the 1967 borders, including 9 out of the 10 countries with the highest population density in the world, the population of which accounts for 75 percent of the world's population. Recognizing the State of Palestine and supporting its admission to the UN are an indication that Israel is not entitled to any part of the territory which it has occupied in 1967. This is consistent with UN Security Council Resolution 242, which declares the inadmissibility of seizing the territory of other countries through force. Supporting Palestine in its demand is a peaceful measure that contributes to the implementation of the international law. It reaffirms the commitment of the international community to the two-state solution.

Furthermore, the right of the Palestinian people to self-determination is one of the peremptory norms that countries are obliged to respect, and that are applicable to all people. Being so, the members of the international community are obliged to refer to them and allow them to guide their actions. The UN has repeatedly recognized that the Palestinian people are entitled to all human rights enshrined in the relevant international charters and conventions. Therefore, the Palestinian people must be given the opportunity and allowed to "determine their political status and freely pursue their economic, social and cultural development" in accordance with the first article shared by the International Covenant on Civil and Political Rights, the International Covenant on Economic, Social and Cultural Rights and other international covenants.

**Who recognizes Palestine?**

128 states recognize the State of Palestine, and this number is rising every day. Most of the recognitions came after the PLO National Council declared the independence of Palestine in 1988. Upon that declaration, the Palestine Liberation Organization made it unequivocally clear that that declaration did not affect nor alter any of the legitimate rights of the Palestinian refugees wherever they were, including their right to return and compensation, as well as [rights pertaining to] the status of occupied East Jerusalem, or any other right.

Palestine enjoys full membership in many regional and international organizations. It is a full member in the Arab League, where it represents all Palestinians. Palestine also enjoys full membership in the Non-Aligned Movement, in the Organization of Islamic Cooperation and in the Group of 77 (G77). Palestine stands for the rights and interests of the Palestinian people in all these organizations.

The United Nations is the international body that represents the international community. Since 1974, the Palestinian people have been represented in this organization by their sole legitimate representative, the Palestine Liberation Organization. There have never been any division or discrimination in representing the Palestinian people in this organization, as all sectors and groups of the Palestinian people are represented by the PLO in the UN, be they those who live under occupation, those who live in refugee camps or those who live in exile.

In this way, obtaining a reaffirmation of the existing recognition of Palestine is consistent with the position of the PLO and the relevant UN resolutions.

A250

**Is the September bid a declaration of the state?**

On November 15, the PLO National Council, being the highest legislative body of the PLO, declared the independence of Palestine in the territory occupied by Israel in 1967. This declaration was viewed as a historic declaration as it embodied the PLO's acceptance of the two-state solution and the relevant UN resolutions. Following that declaration, around 100 states declared their recognition of the State of Palestine.

**Does Palestine qualify for statehood and membership in the UN?**

Palestine possesses all the qualifications stipulated by the Montevideo Convention on the Rights and Duties of States (1933). The Palestinian people represents the permanent population of our land, whose right to self-determination has been repeatedly recognized by the UN, as well as by the International Court of Justice in 2004. Moreover, the world recognizes our right to our territory within the 1967 borders, notwithstanding the Israeli occupation. We are also capable of establishing relationships with other states and have embassies and diplomatic missions in more than 100 states.

The State of Palestine also qualifies for membership in the UN, as it is a peace-loving state that accepts the obligations contained in the United Nations Charter and is able and willing to carry out these obligations. There are no other conditions for membership in the UN, and Palestine is entitled to membership in the UN even though it is occupied.

**Does Palestine possess an institutional readiness for statehood?**

Certainly. Two years ago, the Palestinian government announced its plan for building the institutions of the Palestinian state, a plan adopted by the international community that supported its implementation. The international community and the international organizations, including the World Bank, the International Monetary Fund, the European Union and the United Nations, recognized in April 2011 the institutional readiness of the Palestinians to statehood and agreed that the only remaining obstacle to the Palestinian state is the continued Israeli occupation. A recent report issued by the International Monetary Fund confirmed that the Palestinians are capable of governing their own selves as other established states, a view adopted by the International Coordinating Committee of Donors. Palestinian Prime Minister, Salam Fayyad, considered this assessment a birth certificate of the Palestinian state.

**Will this step terminate the Israeli occupation?**

Even though membership in the UN will not actually end the Israeli military occupation in the Palestinian territory, the Palestinians believe that this is a vital step that would directly contribute to the termination of the occupation and the implementation of Palestinian rights. The application for UN membership represents a big move forward, capable of re-establishing the international law as a basic element in peace efforts in the region. Furthermore, it will end any discussions or doubts concerning the Palestinian state and its borders.

**Is this a symbolic step?**

A251

On the contrary. An international recognition will bring the Palestinians closer to freedom and establish a solution based on the two-state proposal, a formula agreed upon by the international community as the only path to peace in the region. This step would enhance the chances of achieving a just and comprehensive solution on the basis of the international resolutions agreed upon, as it reaffirms the relevant international resolutions, such as UN Security Council Resolution 242. Moreover, this step is consistent with the Arab Peace Initiative, which has been endorsed by the Organisation of Islamic Cooperation. The Initiative promises an Arab recognition of Israel and normal diplomatic relations between the Arab states and Israel, provided that the occupation is ended and a just, agreed upon solution for the refugee problem is achieved. Therefore, an international recognition of the State of Palestine would consolidate these benchmarks and protect the two-state solution.

**Will this step affect the status of the PLO as the sole representative of the Palestinian people?**

No. The Palestinian moves that aim at obtaining an international recognition and membership in the UN do not affect the status of the PLO as the sole legitimate representative of the Palestinian people. Moreover, this step does not affect the PLO's ability to implement the legal rights of the Palestinian people and to protect them. A UN recognition cannot, and will not, by itself alter the internal laws of the PLO.

Only the Palestinian people have the right to determine the manner in which they should govern themselves. It is the choice of the Palestinian people and its leadership to preserve the PLO as the mandate holder. Only the Palestinian people can determine their own destiny. Moreover, nations are entitled to the freedom of determining their own political government structures. It is the right and the decision of the Palestinian people, and therefore, no initiative in the UN concerning the recognition of the right of the Palestinian people to self-determination and a Palestinian state can 'end' the PLO.

It is noteworthy that the Palestinians have preserved the status and role of the PLO when the legislative arm, represented by the Palestinian National Council, declared the independence of Palestine in 1988. The PLO had then formed the provisional government of Palestine.

Moreover, the Palestinian National Covenant and the declaration of the independence of Palestine in 1988 have both stressed the protection of the Palestinian national rights and the role of the PLO as the representative of the Palestinian people, both inside the occupied Palestinian territories (including approximately 2 million internally displaced persons in the West Bank, including East Jerusalem, and the Gaza Strip) or in the diaspora.

Although the name of the Palestine Liberation Organization and its status as representative in the UN was changed in 1988 and 1989 to 'Palestine', there were no doubts concerning its being the organization representing all Palestinians everywhere, in the international Organization [the UN] and in other organizations.

In addition, according to legislation in the Palestinian National Authority (the Palestinianan Authority), the Palestinian Authority is an authority that belongs to the PLO and derives its legitimacy and mandate from the PLO. Consequently, the Palestinian National Authority cannot replace the PLO as a representative of the State of Palestine and the Palestinian Authority cannot dissolve the PLO or introduce changes into it, exactly as it cannot assume roles or functions not delegated to it by the PLO.

A252

**Does the Palestinian application [for membership] in the UN undermine the right of return of the Palestinian people?**

Any claim that the Palestinian initiative in the UN would in any way alter or revoke the rights of refugees is unfounded. The right to self-determination, which is in the core of the Palestinian application [for membership] in the UN, is an inalienable national Palestinian right. In addition, obtaining one national right does not cancel other rights. The Palestinian people's right of return is an individual and collective right enshrined in a number of UN resolutions. At the same time, the right to independence and self-determination is an inalienable, national and sovereign right established in a number of UN resolutions and in the provisions of the international law. The same applies to the rest of the national and humanitarian rights.

The refugee problem is a core issue, one of the final status issues and a political problem that calls for a just and comprehensive solution.

The recognition of the State of Palestine does not revoke the rights, the legal status or the demands of Palestinian refugees. Besides, the recognition of the State of Palestine does not cancel the need for reaching a just and comprehensive solution for the refugee problem. This cannot be the case. We must reach a just and permanent solution on the basis of the international law and the UN resolutions, in particular UN General Assembly Resolution 194. The refugee problem is an essential issue for the Palestinian people and a regional priority that touches on the states bordering Palestine and that have been hosting Palestinian refugees for over six decades, especially Jordan, Lebanon and Syria.

Finally, one should recall that the UN and the international community have repeatedly affirmed the inalienable rights of the Palestinian people, including the right to self-determination and the right of the Palestinian refugees to return and compensation for over six decades of Palestinian displacement and diaspora. These rights are reaffirmed in more than 14 resolutions that are adopted by the overwhelming majority in the UN General Assembly every year.

**Does this step violate signed agreements?**

The recognition of the State of Palestine is in line with the core principles of the Declaration of Principles and the interim Oslo Accords, including the principle of the two-state solution and the relevant UN resolutions, including Resolutions 242 and 338. Israel has been undermining these benchmarks and principles through its unilateral measures, including the ongoing illegal construction works in Israeli settlements in occupied Palestinian territory, especially in East Jerusalem.

**Is the Palestinian step unilateral?**

On the contrary. Turning to the UN, which represents the voice of the world, is a collective step par excellence. Palestine turns to the world to make it a partner in establishing a solution to protect peace in the region. Therefore, the Palestinians cannot be accused of taking a unilateral step.

However, reality shows that Israel, the occupying power, is the party that seeks to change the legal status and the status quo in the occupied Palestinian territories through illegal measures, such as the continuation of illegal settlements in the Palestinian territories, the illegal

A253

separation wall, the annexation of Palestinian lands and other unilateral policies and measures. Pertinent here is that the number of Israeli settlers has doubled from 236,000 settlers in 1993 to over 500,000 settlers nowadays. Other proofs to the Israeli attempts to change the status of the occupied Palestinian territories include the annexation of East Jerusalem, the territories and the no man's land, the closure of the Jordan Valley and the Dead Sea and forbidding Palestinian citizens from entering them. The international community views all unilateral Israeli measures as illegal and as obstacles to peace.

**Do the Palestinians try to delegitimize Israel?**

Many countries that recognize the state of Palestine, such as the Russian Federation and the People's Republic of China, also recognize Israel and maintain strong ties with it. The Palestinians recognized Israel in 1993, but Israel has not recognized them back, yet.

On the other hand, the international community considers the unilateral, aggressive policies of the Israeli occupation illegal and does not recognize them nor does it recognize the changes they bring about on the ground. It is clear to the Palestinians that the policies and practices of Israel on the ground for 44 years of occupation rise to the actual annexation of Palestinian territory, yet another illegitimate measure.

**Do the Palestinians refuse to go back to the negotiating table?**

The Palestinians realize that ending the conflict requires both parties to reach a comprehensive peace agreement that addresses all unresolved issues, including the right of return for refugees, security, water, and other issues, once there exists a serious Israeli partner.

Negotiations are not a goal per se. Rather, they are a peaceful way that civilized states, including Palestine, agree to be the right way for resolving disputes and conflicts. Palestine is committed in principle to reaching a final solution for the conflict in a peaceful way.

**How long will it take for the Palestine membership application to be processed?**

The activities of the 66th session of the UN General Assembly began in September. Therefore, September marks the beginning of the procedure for obtaining a membership for Palestine in the UN. It should be noted that there is no specific time frame for processing a membership application, and while some states have obtained membership within days after applying for it, the procedure took much longer in other cases.

**What will happen if the veto power is used in the Security Council to block Palestine's membership application?**

Palestine has many options, including reapplying for membership repeatedly, as was the case in several precedents in the UN. As a matter of fact, many current UN members had to reapply for membership before gaining the approval of the Security Council. In some cases, such as in the case of Japan, Ireland, Portugal and Jordan, the veto power was repeatedly used to block the membership application.

Source: the [PLO] Negotiations Affairs Department

A254

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The English-language text above is a full and accurate translation of the Arabic-language document below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 4, 2019

Yaniv Berman



# حقُّ الشعب الفلسطيني في تقرير المصير هو حق غير قابل للتصرف ولا يخضع للتفاوض – شأنهم في ذلك شأن الشعوب الأخرى

أربعٌ وستون عاماً مرت وما زال حقُّ الشعب الفلسطيني الطبيعي والتاريخي والقانوني في إقامة دولته المستقلة ذات السيادة ينتظر التنفيذ. ويمثل هذا الحقُّ ديناً تاريخياً يتحتّم على المجتمع الدولي الوفاء به تجاه الشعب الفلسطيني.

ويسعى الفلسطينيون لزيادة الاعتراف الدولي بدولتهم على حدود عام 1967، بما يشمل القدس الشرقية كما نصت عليه قرارات الأمم المتحدة ذات الصلة. هذا ويطالب الفلسطينيون بانضمامهم للأمم المتحدة كدولة عضو كامل العضوية.

جديرٌ بالذكر أن قرار الجمعية العامة للأمم المتحدة 181 II – والذي يشكل الأساس القانوني لقبول إسرائيل عضواً كاملاً في الأمم المتحدة – نص على وجوب النظر بإيجابية لطلب الدولة الثانية المنصوص عليها في القرار، أي فلسطين، الانضمام كعضو في وبهذا يكون الاعتراف الدولي بدولة فلسطين وقبولها عضواً كاملاً في الأمم المتحدة متوائماً مع الجهود الرامية لإيجاد حل سلمي للصراع الإسرائيلي-الفلسطيني.

**لماذا يسعى الفلسطينيون للاعتراف الدولي والعضوية في الأمم المتحدة؟**

إقامة دولة فلسطين مستقلة وذات سيادة هو حق طبيعي وتاريخي وقانوني للشعب الفلسطيني يكفله القانون الدولي والقانون الدولي الإنساني. وبحسب القانون الدولي فإن للشعوب الحق السيادي في إعلان الاستقلال وإقامة الدولة. اعتراف الأسرة الدولية المتحدة، بحقِّ الشعب الفلسطيني في تقرير مصيره هو موقف دولي رسخ في قرارات عدة من ضمنها قرارات الجمعية العامة للأمم المتحدة (3236) و (2649) و (65/455) والتي أكدت أن حق الفلسطينيين في تقرير المصير هو حقٌ غير قابل للتصرف للشعب الفلسطيني إقامة دولته "مستقلة وذات سيادة". كما أكد قرار الجمعية العامة للأمم المتحدة (2672) على أن احترام حقوق الشعب الفلسطيني غير القابلة للتصرف بشكل جزء حيوياً من التوصل إلى سلم عادل ودائم في الشرق الأوسط. وفضلاً محكمة العدل الدولية في فتواها الاستشارية الصادرة في العام 2004 بشأن تشييد جدار الفصل في الأرض الفلسطينية المحتلة، بعدم قانونية تقويض حق الفلسطينيين في تقرير المصير.

**لماذا يتوجب على المجتمع الدولي دعم المطالب الفلسطيني؟**

الاعتراف بدولة فلسطين على حدود العام 1967 هو استثمار في السلم وهو قرارٌ سيادي لكل دولة بعينها. وتعترف 128 دولة بدولة فلسطين على حدود 1967 بما فيها 9 من أصل العشر دول ذات الكثافة السكانية الأعلى في العالم. شعوب هذه الدول تشكل 75% من إجمالي سكان العالم. ويرحب الاعتراف بدولة فلسطين ودعم انضمامها إلى هيئة الأمم المتحدة عدم أحقية إسرائيل بأي جزء من الأراضي التي احتلتها في العام 1967 وهذا يتفق مع قرار مجلس الأمن 242 والذي أكد على عدم أحقية الاستيلاء على الأراضي بالقوة. تأييد فلسطين في طلبها يمثل خطوة سلمية تساهم في تطبيق القانون الدولي وتعيد التأكيد على التزام المجتمع الدولي بحل الدولتين.

هذا ويشكل حق الشعب الفلسطيني في تقرير مصيره أحد الحقوق الجمعية للأمم التي يتعيّن على الدول احترامها وهو حقٌ يشمل الناس أجمعين، مما يُلزم أعضاء الأسرة الدولية الاحتكام إليه والاسترشاد به في أفعالها. هذا وقت اعترفت الأمم المتحدة تكراراً أن لكل الحق في حقوق الإنسان المنصوص عليها في المواثيق والمعاهدات الدولية ذات الصلة. وعليه يجب إتاحة الفرصة للشعب الفلسطيني وتمكينه من "تقرير وضعه السياسي وحريته في السعي لتحقيق نماء الاقتصادي والاجتماعي والثقافي"، وذلك على نحو الأولى المشتركة في العهد الدولي الخاص بالحقوق المدنية والسياسية والعهد الدولي الخاص بالحقوق الاقتصادية والاجتماعية والثقافية والمواثيق الدولية الأخرى.

**من يعترف بفلسطين؟**

تعترف 128 دولة بدولة فلسطين وهذا العدد يتزايد كلّ يوم. وجاءت معظم الاعترافات بعد إعلان المجلس الوطني لمنظمة التحرير الفلسطينية استقلال فلسطين في عام 1988. في ذلك الوقت، أكدت منظمة التحرير الفلسطينية بشكل لا يترك مجالاً للشك أن يؤثر أو يغير من الحقوق المشروعة للاجئين الفلسطينيين أينما كانوا، بما في ذلك العودة والتعويض أو وضع القدس الشرقية المحتلة أو أي حق آخر.

وتتمتع فلسطين بالعضوية الكاملة في عديد من الهيئات الإقليمية والدولية فهي عضو كامل العضوية في جامعة الدول العربية وتمثيلها في هذه الهيئة هي لجميع الفلسطينيين. وتتمتع فلسطين أيضاً بالعضوية الكاملة في حركة عدم الانحياز ومنظمة التعاون الإسلامي ال 77. وتمثل فلسطين حقوق ومصالح الشعب الفلسطيني في جميع هذه الهيئات.

الأمم المتحدة هي المنظمة الدولية التي تمثل المجتمع الدولي. ومنذ العام 1974، كان الشعب الفلسطيني ممثلاً في هذه المنظمة من خلال ممثلهم الشرعي والوحيد، منظمة التحرير الفلسطينية ولم يكن هناك في أي وقت من الأوقات تقسيم أو تمييز في الفلسطيني في هذه المنظمة حيث كانت وستبقى جميع شؤون وتجمعات الشعب الفلسطيني – من يرزح تحت الاحتلال والتجمعات في مخيمات اللجوء وأولئك الذين يعيشون في المنافي ممثلة في الأمم المتحدة عبر منظمة التحرير.

وبهذا، يكون الحصول على تأكيد على الاعتراف الدولي القائم بفلسطين متماشياً مع موقف منظمة التحرير الفلسطينية وقرارات الأمم المتحدة ذات الصلة.

**هل استحقاق أيلول إعلان للدولة؟**

في 15 نوفمبر / تشرين الثاني، أعلن المجلس الوطني لمنظمة التحرير الفلسطينية وهو أعلى سلطة تشريعية في المنظمة استقلال فلسطين على الأرض التي احتلتها إسرائيل في العام 1967. وقد عُبر هذا الإعلان تاريخيا حيث أنه جسد قبول المنظمة وقرارات الشرعية الدولية ذات الصلة. هذا وقامت حوالي 100 دولة بالاعتراف بدولة فلسطين في حينه.

**هل تستوفي فلسطين شروط الدولة وعضوية الأمم المتحدة؟**

فلسطين تستوفي كافة الشروط المنصوص عليها في معاهدة مونتفيديو للعام 1933 عن حقوق وواجبات الدول فشعبنا الفلسطيني هو الشعب الذي أقام بشكل دائم على أرضنا وقد اعترفت الأمم المتحدة مرارا وتكراراً بحقنا في تقرير مصيرنا وكذلك محكمة العدل : عام 2004.و يعترف العالم بحقنا بأرضنا على حدود عام 1967 رغم الاحتلال الإسرائيلي لها. وكذلك لدينا القدرة على إقامة علاقات مع الدول الأخرى ولدينا سفارات وبعثات دبلوماسية في أكثر من 100 دولة.

دولة فلسطين تستوفي أيضاً شروط العضوية في الأمم المتحدة فهي دولة محبة للسلم وملتزمة بالمبادئ المنصوص عليها في ميثاق الأمم المتحدة ولديها القدرة والرغبة بتطبيق هذه الالتزامات. ولا توجد شروط أخرى للعضوية في الأمم المتحدة ويمكن لـ عضواً في الأمم المتحدة بالرغم من وجودها تحت الاحتلال.

**هل هناك جاهزية مؤسساتية في فلسطين للدولة؟**

بالتأكيد. قبل عامين، أعلنت الحكومة الفلسطينية عن خطتها لبناء مؤسسات الدولة الفلسطينية والتي تبنتها الأسرة الدولية ودعمت تطبيقها. لأن أنهت الحكومة خططها وكانت الأسرة الدولية والمؤسسات الدولية بما فيها البنك الدولي وصندوق النقد الدولي والأمم المتحدة قد اعترفت في نيسان 2011 بجاهزية الفلسطينيين والمؤسساتية للدولة والاتفاق أن العائق الوحيد المتبقي للدولة الفلسطينية هو استمرار الاحتلال الإسرائيلي. ولقد أكد تقرير حديث لصندوق النقد الدولي أن الفلسطينيين يمتلكون القدرة على إدا الدول الراسخة وتبنت اللجنة التنسيقية للمانحين الدوليين هذا الرأي. وقد اعتبر رئيس الوزراء الفلسطيني سلام فياض هذه التقييم بمثابة شهادة ميلاد للدولة الفلسطيني.

**هل ستنهي هذه الخطوة الاحتلال الإسرائيلي؟**

مع أن الحصول على العضوية في الأمم المتحدة لن تزيل الاحتلال العسكري الإسرائيلي عن الأرض الفلسطينية بشكل فعلي، يؤمن الفلسطينيون أن هذه خطوة حيوية وستساهم بشكل مباشر في إنهاء الاحتلال وتحقيق الحقوق الفلسطينية. ويشكل التوجه للحصول على العضوية نقلة نوعية تعيد الاعتبار للقانون الدولي كعنصر أساس في مساعي السلم في المنطقة وستنهي أي نقاش أو تشكيك فيما يتعلق بالدولة الفلسطينية وحدودها.

A256

هل هذ خطوة رمزية؟

بل على العكس، فالاعتاف الدولي وعضوية الأمم المتحدة تقرب الفلسطينيين من الحرية وترسخ الحل على أساس الدولتين وهي الصيغة التي يتفق المجتمع الدولي أنها السبيل للسم في المنطقة. وتعزز هذه الخطوة فرص الوصول إلى حل عادل وش المرجعيات الدولية المتفق عليها من خال التأكيد على القرارات الدولية ذات العقة مثل قرار مجلس الأمن 242. وتنسجم هذه الخطوة أيضاً مع مبادرة السم العربية، والتي تم تبنيها من قبل مؤتمر التعاون الإسامي، والتي تعد بالاعتاف العربي بإن دبلوماسية طبيعية بين الدول العربية وإسرائيل حال إنهاء احتلها للأراضي العربية الذي بدء عام 1967 والتوصل إلى حل عادل ومتفق علي لقضية الاجئين. وبهذا، سيشكل الاعتاف الدولي بدولة فلسطين ترسيخاً لهذه المرجعيات وحماية لحل الدولتين.

هل تؤثر هذه الخطوة على مكانة منظمة التحرير الفلسطينية باعتبارها الممثل الوحيد للشعب الفلسطيني؟

كا الحق الفلسطيني من أجل الحصول على عتاف دولي وعضوية في الأمم المتحدة لا يؤثر على مكانة منظمة التحرير الفلسطينية بوصفها الممثل الشرعي والوحيد للشعب الفلسطيني. بالإضافة إلى ذلك، فإن هذه الخطوة لا تؤثر على قدرة المنظمة ف القانونية للشعب الفلسطيني وحمايتهم. عتاف الأمم المتحدة بفلسطين لا يمكن ولن يغير في حد ذات القوانين الداخلية لمنظمة التحرير الفلسطينية.

وحق الشعب الفلسطيني الذي يملك شرعية تحديد الكيفية التي سيحكم بها نفسه. وخيار الشعب الفلسطيني وقياد هو الحفاظ على منظمة التحرير الفلسطينية باعتبارها صاحبة الولاية في الحكم. وحق الشعب الفلسطيني الذي يختار مصيرى وعاوة على ذا هي التي تمتلك حرية تحديد الهياكل السياسية للحكم. هذا هو حق الشعب الفلسطيني وقيار. ولهذ السبب، لا يمكن لأي مبادرة في الأمم المتحدة تتعلق بالاعتاف بحق الشعب الفلسطيني في تقرير المصير والدولة الفلسطينية أن "تنهي" منظمة التحرير الفلس

تجدر الإشارة إلى أن الفلسطينيين حافظو على مكانة ودور منظمة التحرير الفلسطينية عندما قامو الذراع التشريعي، ممثل بالمجلس الوطني الفلسطيني، بإعن استقال فلسطين في عام 1988 وأنشأت منظمة التحرير الفلسطينية في حيت الحكومة المؤقتة ل

هذ وقد أكد ميثاق منظمة التحرير الفلسطينية وإعن استقال فلسطين عام 1988 وعلى حماية الحقوق الوطنية الفلسطينية ودور منظمة التحرير الفلسطينية باعتبارها ممثل الشعب الفلسطيني، سواء داخل الأراض الفلسطينية المحتلة (بما في ذلك ما يقر لاجئ مقيمين في الأراض الفلسطينية المحتلة نفسها بين الضفة الغربية ، بما في ذلك القدس الشرقية ، وقطاع غزة) أو في الشتات.

وبالرغم من تغيير مسمى منظمة التحرير ووضعها التمثيلي في الأمم المتحدة في العامين 1988 و 1989 إلى "فلسطين"، لم يكن هناك أي شك في أن منظمة التحرير الفلسطينية هي المنظمة التي تمثل كل الفلسطينيين، أينما كانو، في المنظمة الدولية وغيرها.

بالإضافة إلى ذلك ، فإن التشريع في السلطة الوطنية الفلسطينية (السلطة الفلسطينية) يؤكد أن السلطة الفلسطينية هي سلطة تابعة لمنظمة التحرير الفلسطينية وتستمد شرعيتها وولايتها من منظمة التحرير الفلسطينية. وبالتالي، لا يمكن للسلطة الوطنية الفل محل منظمة التحرير الفلسطينية كممثل لدولة فلسطين ولا تستطيع السلطة الفلسطينية حل أو تغيير منظمة التحرير الفلسطينية، تماما مثلما لا يمكنها أن تفترض أدوار ووظائف لم تمنح لها من قبل منظمة التحرير الفلسطينية.

هل يشكل يقوض طلب فلسطين لدى الأمم المتحدة حق الشعب الفلسطيني بالعودة؟

أي دعاء بأن المبادرة الفلسطينية في الأمم المتحدة ستغير بأي شكل من الأشكال أو تلغي حقوق اللاجئين ليس لها أساس من الصحة. الحق في تقرير المصير وهو في صميم الطلب الفلسطيني لدى الأمم المتحدة، هو واحد من حقوق الشعب الفلسطيني الوط للتصرف. بالإضافة إلى ذلك، فبل أحد الحقوق الوطنية لا يلغي الحقوق الأخرى. إن حق الشعب الفلسطيني في العودة هو حق فردي وجماعي منصوص علي في عديد من قرارات الأمم المتحدة. وفي الوقت نفس، فإن الحق في الاستقال وتقرير المصير وسيادي وغير قابل للتصرف وقد كرست العديد من قرارات الأمم المتحدة ونصوص القانون الدولي. وينطبق الشيء نفس على جميع الحقوق الوطنية والإنسانية الأخرى.

قضية اللاجئين هي قضية رئيسية وهي أحد قضايا الوضع النهائي وقضية سياسية تتطلب حل عادلا وشاملا.

ولا ينفي الاعتاف بدولة فلسطين الحقوق أو الوضع القانوني أو مطالبات اللاجئين الفلسطينيين. بالإضافة إلى ذلك، فإن الاعتاف بدولة فلسطين لا ينفي الحاجة إلى التوصل إلى حل عادل وشامل لقضية اللاجئين. هذ غير ممكن. إن التوصل إلى حل أساس القانون الدولي وقرارات الأمم المتحدة، ولا سيما قرار الجمعية العامة للأمم المتحدة ذات الصلة، بما فيها القرارين 242 و338. وقد قامت إسرائيل بتقويض هذه المرجعيات و إخطائها الأحادية، بما فيها توصل البناء غير الشرعي في المستوطنات الإسرائيلية على الأراض الفلسطينية المحتلة وخاصة في القدس الشرقية. وتشكل قضية اللاجئين أمر جوهرياً بالنسبة للشعب الفلسطيني وأولوية على الصعيد الإقليمي تخص الدول المجاورة لفلسطين التي استضافت اللاجئين الفلس من ستة عقود، لا سيما الأردن ولبنان وسوريا.

أخيراً، يجدر التذكير أن الأمم المتحدة والمجتمع الدولي أكدوا مرار وتكرار على حقوق الشعب الفلسطينية غير القابلة للتصرف بما فيها حق في تقرير المصير وحق اللاجئين الفلسطينيين في العودة والتعويض طوال أكثر من ستة عقود من التشريد والت ويتم التأكيد على هذه الحقوق في أكثر من 14 قرار يتم تبنيهم بغالبية ساحقة في الجمعية العامة للأمم المتحدة بشكل سنوي.

هل تنتهك هذه الخطوة الاتفاقات الموقعة؟

إن الاعتاف بدولة فلسطين يتماشى مع جوهر الأسس التي تستند إليها إعن المبادئ واتفاقية أوسلو الانتقالية، بما يشمل مبدء حل الدولتين وقرارات الأمم المتحدة ذات الصلة، بما فيها القرارين 242 و338. وقد قامت إسرائيل بتقويض هذه المرجعيات و إخطائها الأحادية، بما فيها توصل البناء غير الشرعي في المستوطنات الإسرائيلية على الأراض الفلسطينية المحتلة وخاصة في القدس الشرقية.

هل الخطوة الفلسطينية أحادية الجانب؟

على العكس من ذلك تماماً فالذهاب إلى الأمم المتحدة، وهي التي تمثل صوت العالم، هي خطوة جماعية بامتياز. فلسطين ذهبت إلى العالم لإشراكه في إيجاد حل يحمي السم في المنطقة. من هنا، لا يمكن اتهام الفلسطينيين باتخاذ خطوة أحادية.

ولكن الواقع يؤكد أن إسرائيل - القوة القائمة بالاحتال - هي من يسعى إلى تغيير الوضع القانونيّ والفعليّ للأراض الفلسطينية المحتلة من خال خطواتها غير القانونية المتمثلة باستمرار الاستيطان غير الشرعي على الأراض الفلسطينية المحتلة بالإضافة الشرعي وضع الأراضي الفلسطينية وغيرها من السياسات والإجراءات الأحادية. هذ وقد تضاعف تعداد المستوطنين الإسرائيليين من 236,000 مستوطن في العام 1993 إلى ما يربو على 500,000 مستوطن في أيامنا هذ. ومن الشواهد الأخرى المحاولات التي تبذلها إسرائيل لتغيير وضع الأراض الفلسطينية المحتلة ضد القدس الشرقية والأراضي والمنطقة الحم وإغاق منطقة الأغور والبحر الميت ومنع المواطنين الفلسطينيين من الوصول إليهما. وتعتبر الأسر الإسرائيلية كل الإجراءات الإسرائي قانونية وعقبات أمام السم.

هل يحاول الفلسطينيون نزع الشرعية عن إسرائيل؟

الكثير من الدول التي تعترف بدولة فلسطين، مثل جمهورية روسيا الاتحادية وجمهورية الصين الشعبية تعترف أيضاً بإسرائيل وتقيم معها عاقات متينة. وقد عترف الفلسطينيون بإسرائيل في العام 1993 ولكن إسرائيل لم تبادلهم الاعتاف حتى الان.

في المقابل، تعتبر الأسرة الدولية سياسات إسرائيل الاحتلالية العدوانية والأحادية الجانب غير شرعية ولا تعترف بها أو بما نتج عنها من تغييرات على الأراض. ويبدو جلياً للفلسطينيين أن سياسات وممارسات إسرائيل على الأراض منذ أربعة وأربعين ع ترتقي إلى الضم الفعلي للأراض الفلسطينية وهذ أيضاً إجراء غير شرعي.

هل يرفض الفلسطينيون العودة إلى التفاوض؟

يدرك الفلسطينيون أن إنهاء الصراع يتطلب من الطرفين التوصل إلى اتفاق سم شامل يعالج كافة القضايا العالقة بما يشمل حق اللاجئين في العودة والأمن والميا وغيرها حالما يتوفر شريك إسرائيلي جدي.

المفاوضات ليست هدفا بحد ذاتها ولكنها الطريقة السلمية التي تتفق الدول الحضارية بما فيها فلسطين أنها الأسلوب الصحي لحل النزاعات والصراعات. فلسطين ملتزمة التزاما مبدئياً بالتوصل لحل نهائي للصراع بشكل سلمي.

كم من الوقت ستستغرق إجراءات عضوية فلسطين؟

بدأت أعمال الدورة السادسة والستين للجمعية العامة للأمم المتحدة في أيلول وعلي، يشكل أيلول بداية عملية نيل عضوية فلسطين في الأمم المتحدة. ويتعين التنوي أن لا توجد فترة زمنية محددة لعملية الحصول على العضوية حيث تمكن بعض الأعضاء م

A257

العضوية بعد أيام من تقديم الطلب بينما تطلب إكمال الإجراءات فترة أطول بكثير في حالات أخرى.

ماذا سيحدث إذا استخدم حق النقض في مجلس الأمن ضد طلب فلسطين في العضوية؟

فلسطين لديها خيارات كثيرة, بما في ذلك تكرار عملية طلب العضوية العديد من المرات. هذا ينسجم مع سوابق عدة في الأمم المتحدة. في الواقع, كان العديد من أعضاء الأمم المتحدة الحاليين قد اضطروا إلى تكرار طلب العضوية عدة مرات قبل الحصول مجلس الأمن. في بعض الحالات , مثل اليابان وايرلندا والبرتغال والأردن استعمل حق النقض ضد طلب انضمامها ممي.

المصدر : دائرة شؤون المفاوضات

A258