# Exhibit 31

# The Diplomatic Corps Law No. 13 - 2005

After reviewing. the Amended Basic Law and its amendments, particularly section 40 of the law, Consular Fee Law No. 1 (2001), Law No. 4 (1998) regarding the enactment of the Civil Service Law and its amendments, the foreign minister's proposal, and the bill presented by the ministerial committee, and based on what the Palestinian Legislative Council (PLC) had ratified in the session it held on the 25th of August, 2005, on behalf of the Palestinian Arab nation, I, President of the Palestine Liberation Organization's Executive Committee and President of the Palestinian National Authority, hereby enact the following law: The Preamble to the Palestinian Diplomacy Law: The Palestinian Diplomatic Corps Law represents a crucial step in developing the Palestinian diplomatic corps, which was established by the Palestine Liberation Organization (PLO) through the political bureau, so that it would be able to continue carrying out the tasks it was assigned to.

This step is part of the process of integrating Palestinian efforts, particularly those performed by the PLO's political bureau and the Palestinian Ministry of Foreign Affairs. The PLC's ratification of the Palestinian Diplomatic Corps Law does not amount to an interference in the affairs of the PLO or detract from the fact that it is considered the sole legitimate representative of the Palestinian people. It is under the authority of the Palestinian National Authority and it is committed to the provisions of the preamble to the Palestinian National Authority's Basic Law.

The PLC's ratification of this law is a reflection of its conviction that Palestinian diplomatic efforts must be organized, its foresight regarding the establishment of future Palestinian diplomatic work, and its realization of the fact that it will completely transition into the future Palestinian State, exercising sovereignty over all of the Palestinian territories occupied since the 4th of June, 1967, with Jerusalem as its capital.

## Article I

*Terminology and General Provisions*

### Section 1

In order to implement the provisions of this law, the following words and expressions shall have the meanings listed below, unless the context indicates otherwise:

The National Authority: The Palestinian National Authority.

The President: The President of the National Authority.

The Ministry: The Ministry of Foreign Affairs.

The Headquarters: The Headquarters of the Ministry.

The Minister: The Minister of Foreign Affairs.

The Corps: The Diplomatic Corps.

The Committee: The Committee of Corps Officers.

The Mission: The ambassador, or the permanent mission, or the legation, or the general consulate.

The Head of the Mission: The ambassador, or the permanent representative, or the general legator, or the charge d'affaires, or the general consul.

Corps staff: The member of the diplomatic staff authorized and assigned by the Ministry of Foreign Affairs, who works in the headquarters or in one of the Palestinian missions abroad.

The professional attaché: The commercial or cultural attaché, or the attaché in another field, appointed by the Minister to serve in one of the Missions, upon which the provisions of the law apply.

The Administrative Official: The official appointed under the Civil Service Law.

The Local Official: The locally-appointed official assigned to work at one of the Palestinian missions abroad.

The program: The diplomatic training program.

Section 2

The opening or closure of Palestinian missions shall be determined through a presidential decision, based on the Minister's recommendation.

## Article II

*The Ministry of Foreign Affairs: Organizational Structure and Tasks*

Section 3

The Ministry is charged with the following tasks:

1. Contributing to the creation of Palestinian foreign policy, and implementing the policy in a way that serves the Palestinian people's prime interests.

2. Representing Palestine abroad, and strengthening Palestinian ties with Islamic, Arab and other states and organizations.

3. Overseeing all missions politically, administratively and financially, to include appointments and transfers, in accordance with the law.

4. Developing and growing international collaboration with Palestine, and representing Palestine at all foreign bodies.

5. Fostering Palestinian interests abroad, strengthening the connection with them, and deepening the communication of those interests with foreign nations and countries.

6. Issuing diplomatic passports in accordance with a protocol issued by the cabinet.

Section 4

The organizational structure of the Ministry shall be as follows:

1. The Ministry of Foreign Affairs shall have a special organizational structure made up of sectors and

departments, which shall be laid out in a protocol issued by the cabinet, based on the Minister's recommendation.
2. Each Palestinian mission abroad shall adopt a staff structure, which will determine the number of diplomatic staff, consular staff, administrative staff, professional attachés, and local staff, based on the Minister's recommendation.

## Article III

*Service levels and diplomatic ranks*

Section 5

1. The Ministry shall establish the Corps and use the diplomatic nomenclature in accordance with section 6 of this law.

2. The Ministry's employees will be classified into two categories:

A. Those working as part of the diplomatic corps, which are subject to the provisions of this law.

B. Administrative employees that are subject to the provisions of the Civil Service Law.

3. A protocol shall define the standards according to which the employees of the Ministry of Foreign Affairs shall be classified as either administrative or diplomatic.

Section 6

In accordance with the provisions of this law:

1. Uniform nomenclature for diplomatic ranks shall be adopted at the headquarters and at the missions.

2. The diplomatic ranks shall be as follows: Ambassador - First Counselor - Counselor - First Secretary - Second Secretary - Third Secretary - Attaché

## Article IV

*Appointments, promotions and training*

Section 7

Appointments:

A. The nomination or transfer of an ambassador, or summoning the ambassador back to headquarters, shall be determined through a presidential decision, based on the Minister's recommendation.

B. The appointment of the remaining members of the diplomatic corps, their transfer or their return to the headquarters shall be determined by the Minister.

Section 8

A. With the exception of ambassadors, members of the diplomatic corps receiving their first appointment shall have the rank of attaché.

B. In extraordinary cases, members of the diplomatic corps other than ambassadors may be given a rank higher than the rank of attaché, as long as this meets the staffing needs of the Ministry and the Missions.

C. No more than ten ambassadors may be appointed through a political appointment, provided that their term does not exceed four years.

Section 9

When an ambassador is assigned to head a mission abroad for the first time, he shall appear before the President, and in the presence of the President, he shall make the following oath: "I solemnly swear, by great Allah, that I shall be completely loyal to my country and its holy places, that I shall represent Palestine and its people honorably and faithfully, and that I shall respect the constitution and the law, and Allah is witness to what I say".

Section 10

1. The Committee of the Diplomatic Corps Staff shall be established, based on the minister's decision, and shall be charged with the following tasks:

A. Reviewing draft rules and regulations pertaining to diplomatic work.

B. Reviewing appointments, promotions, transfers, and assignments of the diplomatic corps.

C. Evaluating members of the diplomatic corps and establishing relevant evaluation standards.

2. The committee shall make its recommendations to the Minister, who shall adopt them where necessary.

Section 11

The following conditions shall apply to anyone applying to serve in a diplomatic corps position:

1. The individual must be Palestinian and must be fully trained.

2. The individual must have received at least one university degree.

3. The individual will be commissioned in accordance with the results of a general examination conducted by the Ministry to select the members of the diplomatic corps, and the selection shall be made by a special committee formed for this purpose. A protocol shall define the relevant conditions.

4. The individual may not have been convicted of a criminal offense or misdemeanor with moral turpitude or a breach of faith.

5. The individual must be of good repute and have good manners.

Section 12

1. If a member of the diplomatic corps or his spouse has a foreign citizenship, he may not serve in a diplomatic capacity in the state that he or his spouse is a citizen of.

2. A member of the diplomatic corps whose spouse is a foreign citizen must inform the Minister thereof.

Section 13

Members of the diplomatic corps must commit to the following:

1. Conducting themselves in a way that upholds the reputation of the country.

2. Refraining from divulging any information he is not allowed to disseminate to others.

3. Refraining from any activities, with or without pay, other than those in the framework of the diplomatic corps' service.

Section 14

With the exception of ambassadors, members of the diplomatic corps receiving an appointment in the Ministry for the first time shall appear before the members of the committee and make the following oath: "I solemnly swear, by great Allah, that I shall be loyal to my country and its holy places, that I shall safeguard the national interest, that I shall perform my duties with determination, and that I shall respect the constitution and the law, and Allah is witness to what I say".

Section 15

Promotion of members of the diplomatic corps shall be based on academic standards and competency, in accordance with the conditions defined by the protocol.

Section 16

A diplomatic training program will be established at the Ministry, headed by one of the members of the diplomatic corps with the rank of ambassador, who is appointed by the Minister. The training program is meant to prepare new diplomats who had been hired by the Ministry, and to raise the competency of the members of the diplomatic corps.

## Article V

*The duration of a diplomatic post abroad*

Section 17

The longest period of time for a diplomatic post in one country is four years. This duration of a post staffed by a member of the diplomatic corps may be extended by one year in the same country, following a decision made by the Minister based on the requirements of the public interest.

Section 18

The maximum term of continuous service abroad for a member of the diplomatic corps shall not exceed ten years.

## Article VI

*The financial rights of the members of the diplomatic corps*

Section 19

The base salary, representation and vocational type allowances for members of the diplomatic corps shall be defined in accordance with the Table 1 in the annex to this law.

Section 20

The pension rights of the diplomatic corps shall be defined in accordance with the provisions of the General Pension Law.

Section 21

A protocol issued by the cabinet shall define the allowances and added benefits given to members of the diplomatic corps when they are posted abroad.

Section 22

Members of the diplomatic corps are eligible for retirement upon reaching the age of sixty. In exceptional cases, an ambassador's service may be extended by one year, with the option for renewal, with the approval of the President, based on the recommendation of the Minister. The total extension may not exceed five years.

Section 23

In accordance with the provisions of the law, a protocol shall stipulate provisions concerning remuneration of the members of the diplomatic corps working abroad, as well as that of the non-diplomatic staff working at a mission, for the following cases:

1. Work-related death

2. Work-related injury resulting in partial or full disability.

## Article VII

*Secondment and unpaid leave*

Section 24

A member of the diplomatic corps may be seconded to a particular regional or international organization by decision of the cabinet, based on a recommendation from the Minister, and the period of secondment may be renewed provided that it does not exceed five years.

Section 25

A member of the diplomatic corps will be given unpaid leave to accompany his/her spouse to work abroad, in accordance with the provisions of the law, during the period in which he is posted abroad.

## Article VIII

*Discipline*

Section 26

In accordance with the provisions of the law, a disciplinary board shall be formed, whose tasks and functions shall be set out in a protocol issued by the cabinet.

Section 27

1. The Minister may have a member of the diplomatic corps investigated for failing to honor his/her obligations or meet the requirements of his/her post. The Minister shall define, in an issued decision, who will conduct the investigation. The results of the investigation shall be presented to the board, which shall recommend to the Minister whether to close the case, issue a warning, or to take disciplinary action.

2. None of the sanctions stipulated by this law may be applied to a member of the diplomatic corps until after the conclusion of the investigation by the board that will be formed for this purpose, and not unless the employee's testimony and statement of defense had been heard.

Section 28

The disciplinary measures that may be taken against members of the diplomatic corps are the following:

1. Warning

2. Reproach

3. Caution

4. Reassignment

5. Forced retirement

6. Dismissal from service.

Section 29

1. Warnings against members of the diplomatic corps from the rank of attaché to first secretary shall be issued by a decision of the Minister.

2. The application of such a penalty to those with the rank of minister and above, with the exception of ambassadors, shall be made by a decision of the Minister, and based on a recommendation by the board.

3. The Minister shall remove the second sanction imposed against one of the members of the diplomatic corps from the employee's service file after one year has passed, based on an annual performance assessment report. If another warning had been issued before the first warning had been removed, the posting of the employee abroad shall be delayed by two years. Moreover, the employee may be passed over for promotion once.

Section 30

The Minister may suspend a member of the diplomatic corps if the investigation so requires, provided that the suspension period does not exceed three months, unless determined otherwise by the disciplinary board. The suspension shall not result in withholding the employee's salary, benefits, or any other sums of money payable to the employee, unless the disciplinary board decides otherwise.

Section 31

The head of the mission may temporarily suspend one of the employees of the mission if there are compelling and urgent reasons to do so, provided that he informs the Minister of the matter. The Minister may cancel or extend the suspension, taking into account the provisions of section 29 of the law.

Section 32

The disciplinary board's decision must list the reasons that led to the decision, and it must be signed by the chairman of the board and by its members.

## Article IX

*Special provisions on the work of the diplomatic and consular missions*

Section 33

In the absence of the head of the mission, or if the head of the mission is unable to perform his duties or has vacated his post, his duties shall be taken up by the next highest-ranking member of the diplomatic corps in the mission, or by a person appointment by the Ministry, serving at one of the diplomatic missions abroad. The officer shall be styled "chargé d'affaires ad interim", "consul ad interim", or "supervisor charged with upholding the interests", and a protocol shall list the steps that must be taken in this regard.

Section 34

Based on a decision of the President and a recommendation of the Minister, any individual who is not a member of the diplomatic corps may be assigned to temporary assume the duties of a diplomatic post or to perform a specific mission. In such a case, this individual shall be termed "ambassador extraordinary and plenipotentiary", and the decision shall specify the remuneration he will be given.

Section 35

The staff of the consular missions shall perform their duties in accordance with the provisions stated in a protocol, unless they contravene international conventions or customs, or the laws of the receiving country, provided that they conform with the provisions of the Palestinian laws, Palestinian regulations and the instructions of the PLO for carrying out these duties.

Section 36

The head and members of the consular mission are charged with assisting and protecting their citizens in the countries within the jurisdiction of the missions, and with upholding their interests. They must uphold and promote Palestinian interests, under the auspices of the head of the diplomatic mission in the receiving state.

Section 37

1. The head of the diplomatic missions shall be considered the general consul for the state in his jurisdiction, if no consul or consul general is present, and he may reassign all or part of the consular duties to a member of that diplomatic mission.

2. In the absence of a the head of a consular diplomatic mission or if he is prevented from performing his duties, all of his duties shall be assumed by the member of the consular staff who will succeed him in his position, provided that the head of the diplomatic mission in the consular jurisdiction had not assigned the duties of the head of the diplomatic mission to one of the staff members who will act in his stead, subject to approval by the competent entity at the Ministry.

Section 38

1. Pending a decision by the President, and based on the Minister's recommendation, honorary consuls may be appointed in some of the countries that Palestine has interests in, and they will have

the same duties as the staff of the consular diplomatic mission. Honorary consuls shall not receive salaries, and a protocol shall specify the remuneration that they may be given.

2. When necessary, pending a decision by the President and based on the Minister's recommendation, the fostering of Palestinian interests in one or more countries may be assigned to a consular representative in a friendly country.

Section 39

In accordance with the provisions of the General Budget Law, heads of missions may appoint local staff and raise their salaries, with the approval of the Minister. He may give them vacation time and dismiss them, in accordance with the locally applicable laws.

## Article X

*Professional attachés:*

Section 40

A. Professional attachés from other ministries are considered the assets of the mission. They will report to the mission head, and the administrative and financial provisions set out in the table shall apply to them. Moreover, if necessary, Ministry employees assigned to the mission may be appointed as professional attachés. The assignment of professional attachés and the names and descriptions of their posts shall be determined by a decision by the Minister.

B. The relations between the mission, the head of the mission and entity relevant to the attaché's tasks shall be established through the Ministry, and the protocol shall specify the steps that must be taken in this regard.

## Article XI

*Transitional and concluding provisions*

Section 41

Until sovereignty is achieved in the State of Palestine, the president of the National Authority and the president of the Executive Committee of the Palestine Liberation Organization shall ratify all of the decisions of the president referred to in this law.

Section 42

The Minister shall prepare the regulations required for the implementation of this law, which will be issued in a decision of the cabinet.

Section 43

The Civil Service Law shall apply to the members of the diplomatic corps in every way, unless otherwise directed by this law and the protocol.

Section 44

Anything that contradicts the provisions of this law shall be considered null and void.

Section 45

Each of the relevant entities must implement the provisions of this law in their respective areas of competence, and must follow the law as of the date it is published in the Official Gazette.

Issued in the city of Ramallah on September 9th, 2005 of the Gregorian calendar, which is the equivalent of: 20 Shaaban, 1426 of the Islamic calendar.

Mahmoud Abbas ("Abu Mazen"), the President of the Executive Committee of the Palestine Liberation Organization and the President of the Palestinian National Authority.

Table 1: List of base salaries, vocational type allowances, representative allowances, scheduled salary increments for the members of the diplomatic corps:

| Diplomatic rank | Monetary sum in U.S. dollars | | |
|---|---|---|---|
| | Base salary | Vocational type allowance | Total |
| Ambassador | 1350 | 1148 | 2498 |
| First Counselor | 1050 | 840 | 1890 |
| Counselor | 950 | 684 | 1634 |
| First Secretary | 850 | 519 | 1369 |
| Second Secretary | 780 | 445 | 1225 |
| Third Secretary | 700 | 399 | 1099 |
| Attaché | 620 | 267 | 887 |

1. The numbers specified above are given in U.S. Dollars, until such time as these numbers are replaced with amounts designated in Palestinian Pounds.
2. Representation allowance: 50% of the base salary for members of the diplomatic corps
3. Scheduled salary increments 1.25% for each year of service per rank, with the exception of the rank of ambassador.

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The English-language text above is a full and accurate translation of the Arabic-language document below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 4, 2019

Yaniv Berman

# قانون السلك الدبلوماسي رقم (13) لسنة 2005م

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية رئيس السلطة الوطنية الفلسطينية بعد الاطلاع على القانون الأساسي المعدل وتعديلاته لا سيما المادة (40) منه، وعلى قانون الرسوم القنصلية رقم (1) لسنة 2001م، وعلى قانون رقم (4) لسنة 1998م بإصدار قانون الخدمة المدنية وتعديلاته، وعلى ما عرضه وزير الشؤون الخارجية، وعلى مشروع القانون المقدم من مجلس الوزراء، وبناء على ما أقره المجلس التشريعي في جلسته المنعقدة بتاريخ 25/8/2005م، وباسم الشعب العربي الفلسطيني: أصدرنا القانون التالي: مقدمة القانون الدبلوماسي الفلسطيني يمثل قانون السلك الدبلوماسي الفلسطيني خطوة بالغة الأهمية على طريق تطوير السلك الدبلوماسي الفلسطيني الذي أنشأته منظمة التحرير الفلسطينية عبر الدائرة السياسية، بحيث يكون قادراً على الاستمرار في حمل المهام الموكلة إليه. ويأتي ذلك في إطار تكامل الأداء الفلسطيني وبخاصة بين الدائرة السياسية في منظمة التحرير الفلسطينية ووزارة الشؤون الخارجية في السلطة الوطنية الفلسطينية. إن إقرار المجلس التشريعي لقانون السلك الدبلوماسي الفلسطيني لا يشكل مساساً أو انتقاصاً من منظمة التحرير الفلسطينية باعتبارها الممثل الشرعي والوحيد للشعب الفلسطيني وهي مرجعية السلطة الوطنية الفلسطينية، وذلك التزاماً بما ورد في مقدمة القانون الأساسي للسلطة الوطنية الفلسطينية. إن إقرار المجلس التشريعي الفلسطيني لهذا القانون يعبر عن قناعته بضرورة تنظيم العمل الدبلوماسي الفلسطيني، واستشرافه إقامة مستقبل العمل الوطني الفلسطيني، وإدراكه حقيقة التحول الكامل نحو الدولة الفلسطينية المستقلة ذات السيادة على جميع الأراضي الفلسطينية المحتلة منذ الرابع من حزيران (يونيو)1967 وعاصمتها القدس.

**الفصل الأول**

تعاريف وأحكام عامة

مادة (1)

لغايات تطبيق أحكام هذا القانون يكون للكلمات والعبارات التالية المعاني المخصصة لها أدناه ما لم تدل القرينة على خلاف ذلك. السلطة الوطنية: السلطة الوطنية الفلسطينية. الرئيس: رئيس السلطة الوطنية. الوزارة: وزارة الشؤون الخارجية. المقر: مقر الوزارة. الوزير: وزير الشؤون الخارجية. السلك: السلك الدبلوماسي. اللجنة: لجنة موظفي السلك. البعثة: السفير أو البعثة الدائمة أو المفوضية العامة أو القنصلية العامة. رئيس البعثة: السفير أو المندوب الدائم أو المفوض العام أو القائم بالأعمال أو القنصل العام. موظف السلك: الموظف الدبلوماسي المصنف والمعتمد من قبل وزارة الشؤون الخارجية والذي يعمل بها في المقر وفي البعثات الفلسطينية في الخارج. الملحق الفني: الملحق التجاري والثقافي وغيره، المعين من الوزير في إحدى البعثات، وتنطبق عليه أحكام القانون. الموظف الإداري: الموظف المعين بموجب قانون الخدمة المدنية. الموظف المحلي: الموظف المعين محلياً للعمل في البعثات الفلسطينية في الخارج. البرنامج: برنامج التدريب الدبلوماسي.

مادة (2)

يتم استحداث البعثات الفلسطينية أو إغلاقها بقرار من الرئيس بناءً على تنسيب من الوزير.

A226

## الفصل الثاني

مهام وهيكلية وزارة الشؤون الخارجية

مادة (3)

تتولى الوزارة المهام التالية: 1. الإسهام في وضع السياسة الخارجية الفلسطينية وتنفيذها بما يخدم المصالح الوطنية العليا للشعب الفلسطيني. 2. تمثيل فلسطين خارجياً وتعزيز العلاقات الفلسطينية مع الدول والمنظمات الدولية والإقليمية عربياً وإسلامياً ودوليًا. 3. الإشراف على جميع البعثات سياسياً وإدارياً ومالياً، بما في ذلك التعيينات والتنقلات وفقاً للقانون. 4. تنمية وتطوير التعاون الدولي مع فلسطين وتمثيل فلسطين لدى الجهات الخارجية. 5. رعاية مصالح الفلسطينيين في الخارج، وتعزيز العلاقة معهم وتعميق تواصلهم مع شعبهم ووطنهم. 6. اعتماد جواز السفر الدبلوماسي وفقاً لنظام يصدر عن مجلس الوزراء.

مادة (4)

تكون هيكلية الوزارة على النحو التالي: 1. تكون لوزارة الخارجية هيكلية خاصة تتكون من قطاعات وإدارات ويصدر بها نظام عن مجلس الوزراء بناء على تنسيب من الوزير. 2. يعتمد هيكل وظيفي لكل بعثة من بعثات فلسطين في الخارج يحدد فيه عدد الوظائف الدبلوماسية والقنصلية والإدارية والملحقين الفنيين والوظائف المحلية بقرار من الوزير.

## الفصل الثالث

التصنيفات الإدارية والمراتب الدبلوماسية

مادة (5)

1. تقوم الوزارة بإنشاء السلك واستخدام التسميات الدبلوماسية طبقا للمادة (6) من هذا القانون. 2. يصنف العاملون في الوزارة إلى نوعين: أ. العاملون في السلك ويخضعون لأحكام هذا القانون. ب. الموظفون الإداريون ويخضعون لأحكام قانون الخدمة المدنية. 3. تحدد بنظام المعايير التي يتم بموجبها تصنيف العاملين بوزارة الشئون الخارجية كدبلوماسيين أو إداريين.

مادة (6)

وفقا لأحكام هذا القانون: 1. تعتمد تسميات موحدة للمراتب الدبلوماسية في المقر وفي البعثات. 2. تكون المراتب الدبلوماسية على النحو التالي: سفير- مستشار أول -مستشار - سكرتير أول - سكرتير ثاني- سكرتير ثالث- ملحق.

## الفصل الرابع

التعيين والترقية والتدريب

مادة (7)

يكون التعيين: أ. السفير وتسميته ونقله وإعادته للمقر بقرار من الرئيس بناءً على تنسيب من الوزير. ب. باقي موظفي السلك أو نقلهم أو إعادتهم للمقر بقرار من الوزير.

مادة (8)

أ. يعين موظف السلك لأول مرة برتبة ملحق باستثناء السفير. ب. يجوز في حالات استثنائية تعيين موظفين دبلوماسيين دون مرتبة سفير برتبة أعلى من رتبة ملحق، على أن يكون ذلك وفقاً للاحتياجات الوظيفية للوزارة والبعثات. ج. يجوز تعيين عدد لا يزيد عن عشرة سفراء تعيينًا سياسيًا، على ألا تتجاوز مدة خدمتهم الأربع سنوات.

مادة (9)

يؤدي السفير المكلف برئاسة بعثة في الخارج عند تعيينه لأول مرة لرئاسة بعثة في الخارج أمام الرئيس وبحضور الوزير اليمين التالي: "أقسم بالله العظيم أن أكون مخلصاً للوطن ومقدساته وأن أمثل فلسطين وشعبها بكل أمانة وشرف، وأن أحترم الدستور والقانون والله على ما أقول شهيد".

مادة (10)

1. بقرار من الوزير تشكل لجنة تسمى "لجنة موظفي السلك" تتولى المهام التالية: أ. النظر في مشروعات الأنظمة والقواعد الخاصة بالعمل الدبلوماسي. ب. النظر في التعيينات والترقيات والنقل والندب لموظفي السلك. ج. تقييم موظفي السلك ووضع المعايير لذلك. 2. ترفع اللجنة توصياتها للوزير لاتخاذ المقتضى.

مادة (11)

يشترط فيمن يتقدم للعمل بوظيفة من وظائف السلك ما يلي: 1. أن يكون فلسطينياً متمتعاً بالأهلية الكاملة. 2. أن يكون حاصلاً على الدرجة الجامعية الأولى على الأقل. 3. أن يتم تعيينه وفقاً لمسابقة عامة تجريها الوزارة لاختيار موظفي السلك ويتم الاختيار من قبل لجنة متخصصة يتم تشكيلها لهذا الغرض، ويحدد النظام شروط ذلك. 4. ألا يكون محكوما بعقوبة في جناية أو جنحة مخلة بالشرف أو الأمانة. 5. أن يكون حسن السمعة والسلوك.

مادة (12)

1. لموظف السلك أو زوجه حمل جنسية أخرى شريطة أن لا تكون خدمته الدبلوماسية في الدولة التي يحمل جنسيتها أو زوجه. 2. على موظف السلك عند زواجه من أجنبي/ة إبلاغ الوزير.

مادة (13)

على موظفي السلك الالتزام بما يلي: 1. السلوك اللائق بسمعة الوطن. 2. عدم الإفضاء بأية معلومات غير مسموح بنشرها للغير. 3. عدم القيام بأي عمل آخر بأجر أو دون أجر أثناء الخدمة في السلك.

مادة (14)

فيما عدا السفراء يؤدي موظف السلك الذي يعين في الوزارة لأول مرة أمام الوزير وبحضور أعضاء من اللجنة اليمين التالي: "أقسم بالله العظيم أن أكون مخلصًا للوطن ومقدساته وحريصا على المصلحة الوطنية ومتفانياً في أداء عملي، وأن أحترم الدستور والقانون والله على ما أقول شهيد".

مادة (15)

تكون الترقية بناءً على معايير الأقدمية والكفاءة لموظفي السلك وفق الشروط التي يحددها النظام.

مادة (16)

ينشأ برنامج للتدريب الدبلوماسي بالوزارة، ويرأسه أحد موظفي السلك بمرتبة سفير ويعينه الوزير، ويهدف البرنامج إلى إعداد الدبلوماسيين الجدد المقبولين للعمل بالوزارة ورفع مستوى أداء العاملين بالسلك.

**الفصل الخامس**

مدة العمل الدبلوماسي في الخارج

مادة (17)

يكون الحد الأقصى للعمل الدبلوماسي في دولة واحدة أربع سنوات، ويجوز بقرار من الوزير بناءً على مقتضيات المصلحة العامة تمديد مدة عمل موظف السلك لسنة واحدة فقط في الدولة ذاتها.

مادة (18)

المدة القصوى للعمل المتواصل لموظف السلك في الخارج يجب ألا تزيد عن عشر سنوات.

**الفصل السادس**

الحقوق المالية لموظفي السلك

مادة (19)

يحدد الراتب الأساسي وعلاوات طبيعة العمل والتمثيل والعلاوات الدورية لموظفي السلك وفقاً للجدول رقم (1) الملحق بهذا القانون.

مادة (20)

تحدد الحقوق التقاعدية لموظفي السلك وفقاً لأحكام قانون التقاعد العام.

مادة (21)

تحدد بنظام يصدر عن مجلس الوزراء العلاوات والبدلات الإضافية التي تصرف لموظفي السلك الدبلوماسي لدى ابتعاثهم للعمل في الخارج.

مادة (22)

يحال موظف السلك للتقاعد عند بلوغه سن الستين، ويجوز تمديد خدمة السفراء استثنائياً سنة واحدة قابلة للتجديد بموافقة الرئيس بناءً على تنسيب من الوزير وبحد أقصى خمس سنوات.

مادة (23)

وفقا لأحكام القانون تصدر بنظام أحكام التعويض لموظفي السلك العاملين في الخارج وكذلك موظفي البعثة غير الدبلوماسيين في الحالات التالية: 1. في حالة الوفاة بسبب العمل. 2. الإصابة بعجز جزئي أو كلي بسبب العمل.

**الفصل السابع**

الإعارة والإجازة بدون راتب

مادة (24)

يجوز إعارة موظف من السلك للعمل في منظمة إقليمية أو دولية لمدة معينة بقرار من مجلس الوزراء بناءً على تنسيب من الوزير ويجوز تجديد مدة الإعارة، بشرط ألا تزيد عن خمس سنوات.

مادة (25)

يمنح موظف السلك إجازة بدون راتب لمرافقة الزوج/ الزوجة للعمل في الخارج وفقاً لأحكام القانون خلال فترة الابتعاث.

**الفصل الثامن**

التأديب

مادة (26)

وفقًا لأحكام القانون يشكل مجلس للتأديب وتحدد مهامه واختصاصاته بنظام يصدر عن مجلس الوزراء.

مادة (27)

1. للوزير أن يحيل موظف السلك إلى التحقيق عند مخالفته لواجباته أو مقتضيات وظيفته و يحدد الوزير بقرار منه من يقوم بمباشرة التحقيق، وتعرض النتائج على اللجنة، وترفع اللجنة توصياتها إلى الوزير إما بحفظ الموضوع أو بتوقيع التنبيه أو الإحالة للتأديب. 2. لا يجوز توقيع أي من الجزاءات المنصوص عليها في هذا القانون على موظف السلك إلا بعد التحقيق معه من قبل لجنة تشكل لهذه الغاية، وسماع أقواله وتحقيق دفاعه.

مادة (28)

الجزاءات التأديبية التي يجوز توقيعها على موظفي السلك تكون على الوجه التالي: 1. التنبيه. 2. اللوم. 3. الإنذار. 4. النقل إلى وظيفة أخرى. 5. الإحالة إلى التقاعد. 6. الفصل من الخدمة.

مادة (29)

1. يكون توقيع جزاء التنبيه على موظفي السلك من درجة ملحق إلى درجة سكرتير أول بقرار من الوزير. 2. يكون توقيع هذا الجزاء من درجة مستشار فما فوق باستثناء السفراء بقرار من الوزير بناءً على توصية من اللجنة. 3. يرفع الوزير جزاء التنبيه الثاني الذي وقع على أحد موظفي

السلك من ملف خدمته بعد مضي سنة بناء على تقرير تقييم الأداء السنوي، وإذا تكرر التنبيه قبل رفع التنبيه الأول، يتم تأخير نقله للخارج لمدة سنتين، كما يجوز علاوة على ذلك تخطيه في الترقية مرة واحدة.

مادة (30)

للوزير أن يوقف موظف السلك عن عمله إذا اقتضت مصلحة التحقيق ذلك على ألا تزيد مدة الوقف على ثلاثة أشهر إلا بقرار من مجلس التأديب، ولا يترتب على وقف الموظف وقف مرتبه وبدلاته وما يمنح له من مبالغ أخرى ما لم يقر مجلس التأديب غير ذلك.

مادة (31)

لرئيس البعثة عند وجود أسباب قوية وموجبة للاستعجال أن يوقف مؤقتاً أيّ موظف من موظفي البعثة شريطة أن يخطر الوزير بذلك. وللوزير إلغاء الوقف أو مده مع مراعاة ما نصت عليه المادة (29) من القانون.

مادة (32)

يجب أن يشتمل قرار مجلس التأديب على الأسباب التي بنى عليها وأن يوقع من رئيس المجلس ومن أعضائه.

**الفصل التاسع**

الأحكام الخاصة بعمل بعثات التمثيل الدبلوماسي والقنصلي

مادة (33)

في حال غياب رئيس البعثة أو وجود ما يمنعه عن مباشرة عمله أو خلو منصبه، يحل محله موظف السلك الذي يليه في الترتيب في نفس البعثة، أو من يندب من الوزارة أو من بعثاتها الدبلوماسية في الخارج. ويكون لقبه (القائم بالأعمال بالنيابة، أو القنصل العام بالنيابة، أو المشرف على رعاية المصالح)، ويبين النظام الإجراءات الواجب إتباعها.

مادة (34)

يجوز بقرار من الرئيس، بناء على تنسب من الوزير أن يعهد إلى أيّ شخص من غير موظفي السلك القيام بأعمال وظيفة دبلوماسية بصفة مؤقتة أو بأداء مهمة خاصة، ويمنح في هذه الحالة لقب سفير فوق العادة مفوض، ويحدد القرار المكافأة التي تمنح له.

مادة (35)

يمارس أعضاء بعثات التمثيل القنصلي اختصاصاتهم وفقاً لما يحدده النظام، على ألا يتعارض ذلك مع الاتفاقيات والأعراف الدولية وقوانين البلاد التي يؤدون أعمالهم فيها، ويشترط إتباع أحكام القوانين والأنظمة الفلسطينية والتعليمات المنظمة لمباشرة هذه الاختصاصات.

مادة (36)

رئيس وأعضاء بعثات التمثيل القنصلي مكلفون بمساعدة وحماية مواطنيهم الموجودين في دائرة اختصاصهم ورعاية مصالحهم، وعليهم أن يحافظوا على المصالح الفلسطينية وتنميتها تحت إشراف رئيس البعثة الدبلوماسية في الدولة المعتمدين لديها.

مادة (37)

1. يعتبر رئيس البعثة الدبلوماسية قنصلاً عاماً في دائرة اختصاص بعثته في حالة عدم وجود قنصل عام أو قنصل، وله أن يعهد باختصاصاته القنصلية (كلها أو بعضها) إلى أحد أعضاء البعثة الدبلوماسية التابعين لها. 2. في حال غياب أو وجود مانع لدى رئيس بعثة التمثيل القنصلي، يحل محله -في جميع اختصاصاته- عضو البعثة القنصلية الذي يليه في الوظيفة، وذلك ما لم ينتدب رئيس البعثة الدبلوماسية الموجودة في دائرتها القنصلية أحد موظفي البعثة الدبلوماسية للقيام بأعمال رئيس البعثة القنصلية بالنيابة، وذلك بالرجوع إلى الجهة المختصة بالوزارة.

مادة (38)

1. يجوز بقرار من الرئيس، بناء على تنسيب من الوزير، تعيين قناصل فخريين في بعض البلاد التي يكون لفلسطين مصالح فيها، ويكون لهم نفس اختصاصات أعضاء بعثات التمثيل القنصلي، ولا يتقاضى القناصل الفخريون رواتب، و يحدد النظام المكافآت التي يجوز منحها لهم. 2. عند الضرورة يجوز بقرار من الرئيس، بناء على اقتراح من الوزير، إسناد رعاية المصالح الفلسطينية في بلد أو أكثر إلى الممثل القنصلي لبلد صديق.

مادة (39)

وفقاً لأحكام قانون الموازنة العامة لرؤساء البعثات تعيين الموظفين والمستخدمين المحليين، وزيادة رواتبهم بعد موافقة الوزير، ومنحهم الإجازات وفصلهم وفقاً للقوانين المعمول بها محلياً.

## الفصل العاشر

الملحقون الفنيون

مادة (40)

أ. يعتبر الملحقون الفنيون من الوزارات الأخرى من ملاك البعثة ويرتبطون برئيسها وتطبق عليهم الأحكام المالية والإدارية المنصوص عليها في اللائحة، كما يجوز تعيين ملحقين فنيين من بين موظفي الوزارة المصنفين في البعثات إذا اقتضت الضرورة ذلك، ويتم تعيين الملحقين الفنيين وتحدد تسمية وظائفهم ووصفها بقرار من الوزير. ب. تنظم العلاقات بين البعثة ورئيسها والجهة ذات العلاقة بمهام الملحق من خلال الوزارة، و يحدد النظام الإجراءات الواجب إتباعها.

## الفصل الحادي عشر

أحكام انتقالية وختامية

مادة (41)

إلى حين ممارسة السيادة في دولة فلسطين فإن رئيس السلطة الوطنية، رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية يصادق على كافة قرارات الرئيس المنصوص عليها في هذا القانون.

مادة (42)

تعد الوزارة الأنظمة اللازمة لتنفيذ هذا القانون، وتصدر بقرار من مجلس الوزراء.

مادة (43)

يسري قانون الخدمة المدنية على موظفي السلك في كل ما لم يرد به نص في هذا القانون والنظام.

مادة (44)

يلغى كل ما يتعارض مع أحكام هذا القانون.

مادة (45)

على جميع الجهات المختصة -كلٌّ فيما يخّصه- تنفيذ أحكام هذا القانون، ويعمل به من تاريخ نشره في الجريدة الرسمية.

صدر في مدينة رام الله بتاريخ:24/9/2005 ميلادية الموافق : 20 /شعبان /1426هجرية محمود عباس (أبو مازن) رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية رئيس السلطة الوطنية الفلسطينية جدول رقم (1) جدول الرواتب الأساسية وعلاوة طبيعة العمل وعلاوة التمثيل والعلاوة الدورية لموظفي السلك الدبلوماسي الدرجة الوظيفية الكادر المالي بالدولار الأمريكي الراتب الأساسي علاوة طبيعة عمل الإجمالي سفير 1350 1148 2498 مستشار أول 1050 840 1890 مستشار 950 684 1634 سكرتيرأول 850 519 1369 سكرتير ثان 780 445 1225 سكرتير ثالث 700 399 1099 ملحق 620 267 887 1- الأرقام أعلاه بالدولار الأمريكي إلى أن يتم استبدالها إلى أرقام تستند إلى الجنيه الفلسطيني. 2- علاوة التمثيل: 50% من الراتب الأساسي لموظفي السلك. 3- علاوة دورية: 1.25% لكل سنة من سنوات الخدمة على الدرجة باستثناء درجة سفير.

---

عن منظومة القضاء والتشريع في فلسطين – المقتفي –، اعداد معهد الحقوق في جامعة بيرزيت.