# Exhibit 32

# The Palestinian National Authority



[seal of the Advisory and Legislation Bureau]

# Palestinian Gazette

## The official gazette of the Palestinian National Authority

### Issued by
### The Advisory and Legislation Bureau

Issue 63, 29 Rabi al-Awal 1427 (Hijri calendar) – April 27, 2006

Correspondence: Advisory and Legislation Bureau,
Gaza, Telephone: 08-2829118, Fax: 08-2829197

-1-

A234

### Decision No. 122 of 2005

**President of the Executive Committee of the Palestine Liberation Organization**
**President of the Palestinian National Authority**

In accordance with the revised Basic Law of 2003 and its amendments,

and in accordance with the Diplomatic Service Law No. 13 of 2005, including its seventh article,

with the authorization of the Minister of Foreign Affairs,

and by the powers vested in us,

**we have decided as follows:**

### Article 1

Mr. Riyad Mansour shall be appointed as an ambassador in the Ministry of Foreign Affairs and shall be appointed head of Palestine's mission to the United Nations in New York.

### Article 2

Every agency affected by this decision shall be required to implement it, each in its own area of responsibility. This decision shall go into effect from the date that it is issued, and it shall be published in the official gazette.

Issued in the city of Ramallah, on September 10, 2005, which coincides to the 6th of Shaaban, 1426 (Hijri calendar).

**Mahmoud Abbas**
**President of the Executive Committee of the Palestine Liberation Organization**
**President of the Palestinian National Authority**

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2.      The English-language text above is a full and accurate translation of the Arabic-language document below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  March 4, 2019

                                                                  Yaniv Berman

A237

السُّلطة الوطنيَّة الفلسطينيَّة




# الوقائع الفلسطينيَّة

### الجَرِيدة الرَّسمِيَّة للسُّلطة الوطنيَّة الفلسطينيَّة

تصدُر عَن
ديوان الفَتوى والتشَريع

| | | |
|---|---|---|
| ٢٧ إبريل ٢٠٠٦م | ٢٩ ربيع أول ١٤٢٧هـ | العدد الثالث والستون |

المراسَـــلات: ديــوان الفتـــوى والتشـــريع

غـزة - تليفون: ٠٨-٢٨٢٩١١٨          فاكس: ٠٨-٢٨٢٩١٩٧

-١-

# قرار رقم ( ١٢٢ ) لسنة ٢٠٠٥م

## رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية
## رئيس السلطة الوطنية الفلسطينية

بعد الاطّلاع على القانون الأساسي المعدل لسنة ٢٠٠٣م وتعديلاته ،

وعلى قانون السلك الدبلوماسي رقم ( ١٣ ) لسنة ٢٠٠٥م، ولاسيما المادة ( ٧ ) منه ،

وبتنسيب من وزير الشؤون الخارجية .

وبناء على الصلاحيات المخولة لنا ،

**قــــررنا ما يلـــي:**

### مادة (١)

يعين السيد رياض منصور سفيراً في وزارة الشؤون الخارجية ويعين رئيساً لبعثة فلسطين في الأمم المتحدة / نيويورك.

### مادة (٢)

على الجهات المختصة كافّة – كلٌّ فيما يخصّه – تنفيذ هذا القرار، ويعمل به من تاريخ صدوره ، وينشر في الجريدة الرسمية .

صدر في مدينة رام الله بتاريخ : ١٠ / ٩ / ٢٠٠٥ ميلادية .

الموافق  : ٦ / شعبان ١٤٢٦ هجرية .

**محمود عباس**

رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية

رئيس السلطة الوطنية الفلسطينية

A240