# Exhibit 33



Permanent Observer Mission of
The State of Palestine to the United Nations
New York

# Mission Team

The team works in unison representing the State of Palestine in all bodies and committees of the United Nations, striving to protect and advance the rights of the Palestinian people in the international arena, ensuring Palestine's rightful presence among the community of nations, and strengthening relations with the international community on the basis of the Charter of the United Nations and international law.

**H.E. Dr. Riyad H. Mansour**
Ambassador, Permanent Observer of the State of Palestine to the United Nations

**Ms. Feda Abdelhady-Nasser**
Ambassador, Deputy Permanent Observer of the State of Palestine to the United Nations

**Ms. Nadya Rasheed**
First Counsellor

**Mr. Majed Bamya**
First Counsellor

**Mr. Abdallah Abushawesh**
Counsellor

**Ms. Nada Tarbush**
First Secretary

**Ms. Sahar Abushawesh**
First Secretary

**Ms. Sahar Salam**
Adviser

**Ms. Nadia Ghannam**
Adviser

Share Tweet Email Share Like 2

Search this website ... Search

STAY CONNECTED

Follow @Palestine_UN

UN Membership Submission

Adobe Flash Player is out of date

Find Your Favorite Topic

Adobe Flash Player is out of date

CALENDAR OF POSTS

*December 2019*

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |

Case 1:04-cv-00397-GBD-RLE    Document 1018-33    Filed 11/12/20    Page 3 of 8



**ABOUT PALESTINE** | **STATUS OF PALESTINE** | **MISSION DOCUMENTS** | **UN RESOLUTIONS** | **CONFERENCES** | **PALESTINE PROGRAMMES**

**SPECIAL MEETINGS AND EVENTS** | **INTERNATIONAL INSTRUMENTS**

## 71st Session of the United Nations General Assembly



Search this website …   **Search**

**STAY CONNECTED**

Follow @Palestine_UN

**UN Membership Submission**

### Letters sent to Secretary-General, President of Security Council, & President of General Assembly

### 9 November 2020 – Escalating Israeli Violations against the Palestinian People

Excellency, I write to once again draw attention to the critical situation in the Occupied Palestinian Territory, including East Jerusalem, due to the illegal policies and practices of Israel, the occupying Power, being perpetrated relentlessly and mercilessly against the Palestinian people. As the world continues to grapple with the COVID-19 pandemic and its vast short […]

Share  Tweet  Email  Share   Like 7

Adobe Flash Player is out of date

**Find Your Favorite Topic**

### 29 October 2020 – Israeli-U.S. Agreement and Illegal Israeli Settlements

Excellency, Israel, the occupying Power, continues its violations and aggressions against the Palestinian people, entrenching its illegal colonial occupation, causing immense human suffering, and destroying the prospects for a just peace. With every passing day, it is trampling international law, mocking the international consensus, and dismantling the two-State solution on the pre-1967 borders. Regrettably this […]

Share  Tweet  Email  Share   Like 7

Adobe Flash Player is out of date

**CALENDAR OF POSTS**

### 15 October 2020 – Israeli Settlements and Other Violations

Excellency, I write to draw your attention to the critical situation in the Occupied Palestinian Territory, including East Jerusalem, due to the ongoing and escalating illegal policies and practices of Israel, the occupying Power, perpetrated against the Palestinian people. Most letters circulated in the recent period by the Security Council mention the effects of the […]

Share  Tweet  Email  Share   Like 12



November 2020

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |



15 October 2020 – Israeli Settlements and Other Violations

Excellency, I write to draw your attention to the critical situation in the Occupied Palestinian Territory, including East Jerusalem, due to the ongoing and escalating illegal policies and practices of Israel, the occupying Power, perpetrated against the Palestinian people. Most letters circulated in the recent period by the Security Council mention the effects of the […]

Share Tweet Email Share Like 12

November 2020

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

« Oct

## ARCHIVES

ARCHIVES

Select Month

## Press Releases

### السفير منصور يطلب من مجلس الأمن توفير الحماية للشعب الفلسطيني تحت الاحتلال

عقد مجلس الأمن، برئاسة استونيا، جلسة مفتوحة عالية المستوى حول حماية المدنيين في النزاعات المسلحة اليوم الأربعاء، الموافق 27 أيار 2020، حيث ألقى السفير منصور كلمة تطرق فيها إلى حالة الشعب الفلسطيني التي وصفها مكتب تنسيق الشؤون الإنسانية "بأنها أزمة حماية طويلة الأمد بسبب عدم احترام القانون الدولي، وغياب المساءلة عن الانتهاكات". وطالب منصور بالحماية […]

Share Tweet Email Share Like 10

### Press Release (Arabic), 13 December 2019

بيان صحفي 13 ديسمبر 2019 الجمعية العامة تعتمد بأغلبية ساحقة قرارات لصالح فلسطين إعتمدت الجمعية العامة للأمم المتحدة اليوم بأغلبية ساحقة (بناء على توصية اللجنة الرابعة التابعة لها والمعنية بالمسائل السياسية الخاصة وإنهاء الإستعمار) قرارات تتعلق بوكالة الأمم المتحدة لإغاثة وتشغيل لاجئي فلسطين في الشرق الأدنى (الأونروا)، وباللجنة الخاصة المعنية بالتحقيق في الممارسات الإسرائيلية التي […]

Share Tweet Email Share Like 2

### 25 May 2018 – Press Release

نيويورك، 25 مايو 2018 خبر صحفي ضمن جهود بعثة دولة فلسطين المراقبة الدائمة لدى الأمم المتحدة لشرح أبعاد قرار الإدارة الأمريكية غير القانوني بنقل سفارتها إلى القدس، وعلى اثر ما تداولته الصحافة بشأن حضور القائم بأعمال سفارة الدومينيكان في إسرائيل بحضور حفل افتتاح السفارة الأمريكية بالقدس، اجتمع السفير الدكتور رياض منصور، المراقب الدائم لدولة فلسطين […]

Share Tweet Email Share Like 11

## Statements

### Statement by H.E. Riad Malki, Foreign Minister of the State of Palestine, before the Security Council Open Debate, 26 October 2020

Mr. President, At the outset, I wish to thank Your Excellency Deputy Minister Vershinin for presiding over this meeting and for the leadership role of Russia in the pursuit of Middle East peace. Let me also thank my brother Mohamed Ali Nafti, Secretary of State for Foreign Affairs of Tunisia, … [Read More...]

### Statement of H.E. President Mahmoud Abbas President of the State of Palestine UN General Assembly General Debate of the 75 th Session 25 September 2020

In the name of God, the Merciful, H.E. Mr. Volkan Bozkir, President of the General Assembly H.E. Mr. António Guterres, Secretary General Ladies and Gentlemen, Heads and Members of delegations, I wondered while preparing this statement what more could I tell you, after all that I have said in … [Read More...]

### Statement by H.E. Minister Riyad Mansour, Permanent Observer of the State of Palestine to the United Nations, before the United Nations Security Council, Open Debate on the Situation in the Middle East, including the Palestine Question, 21 July 2020

Mr. President, We appreciate your presence among us today, which highlights the importance of the matter at hand especially at this critical juncture. We also express our appreciation as to Mr. Mladenov and to the briefers, Mr. Shikaki and Mr. Levy, for their important

أعمال سفارتهم التي كانت في أريئيل بحضور حفل افتتاح السفارة الأمريكية بالقدس، اجتمع السفير الدكتور رياض منصور، المراقب الدائم لدولة فلسطين […]

  

presence among us today, which highlights the importance of the matter at hand especially at this critical juncture. We also express our appreciation as to Mr. Mladenov and to the briefers, Mr. Shikaki and Mr. Levy, for their important presentations. Mr. … [Read More...]

## Recent Posts

- 9 November 2020 – Escalating Israeli Violations against the Palestinian People 09 November 2020
- 29 October 2020 – Israeli-U.S. Agreement and Illegal Israeli Settlements 29 October 2020
- Statement by H.E. Riad Malki, Foreign Minister of the State of Palestine, before the Security Council Open Debate, 26 October 2020 26 October 2020
- 15 October 2020 – Israeli Settlements and Other Violations 15 October 2020
- Statement of H.E. President Mahmoud Abbas President of the State of Palestine UN General Assembly General Debate of the 75 th Session 25 September 2020 25 September 2020
- 17 September 2020 – Israeli Violations in the Occupied Palestinian Territory, including East Jerusalem 17 September 2020
- 17 August 2020 – Israeli Colonization and Human Rights Violations in Palestine 17 August 2020

## STAY CONNECTED

  

## Mission of the State of Palestine to the UN

- About Palestine
  - Government of the State of Palestine
  - Palestine Liberation Organization
  - Diplomatic Relations
- Status of Palestine
  - Membership Application
  - Resolutions & Reports on Status
- Mission Documents
  - Statements
  - Identical Letters
  - Press Releases
  - Mission Reports on GA
  - Fact Sheets
- UN Resolutions
  - General Assembly
  - 10th Emergency Special Session
  - Security Council
  - The Wall – Landmark Documents
- Conferences
- Palestine Programmes
- Special Meetings and Events
  - Arria-Formula Meetings of the Security Council
    - May 2016: Protection of Civilians
    - Oct 2016: Illegal Israeli Settlements: Obstacles to Peace and the Two-State Solution
  - Palestine Flag at the UN
    - Raising of Palestine's Flag at the United Nations
  - International Day of Solidarity with the Palestinian People Observances
    - 29 November 2016
  - 2017: International Year to End the Israeli Occupation
  - International Year of Solidarity with the Palestinian People 2014
    - 2014 for Palestine Events
    - 2014 for Palestine Statements
- International Instruments
  - Treaties & Conventions
- Home
- Mission Team
  - Welcome Message
  - Ambassador
  - Former Ambassadors

Home   Mission Team   Contact   Sitemap                                08 November 2020

**Permanent Observer Mission of The State of Palestine to the United Nations — New York**

ABOUT PALESTINE | STATUS OF PALESTINE | MISSION DOCUMENTS | UN RESOLUTIONS | CONFERENCES | PALESTINE PROGRAMMES
SPECIAL MEETINGS AND EVENTS | INTERNATIONAL INSTRUMENTS

You are here: Home / About Palestine / Palestine Liberation Organization

# Palestine Liberation Organization



*The Palestine Liberation Organization* (PLO) was established in 1964 and has been the embodiment of the Palestinian national movement. It is a broad national front, or an umbrella organization, comprised of numerous organizations of the resistance movement, political parties, popular organizations, and independent personalities and figures from all sectors of life. The Arab Summit in 1974 recognized the PLO as the "sole and legitimate representative of the Palestinian people" and since then the PLO has represented Palestine at the United Nations, the Movement of Non-Aligned Countries (NAM), the Organization of the Islamic Conference (OIC), and in many other fora. In addition to its broad national and political goals, the PLO has dealt with numerous tasks with regard to the life of the Palestinian people in their main communities and throughout the world through the establishment of several institutions in such realms as health, education and social services. As such, the PLO is more than a national liberation movement striving to achieve the national goals of the Palestinian people, including the independence of the State of Palestine with East Jerusalem as its capital.

**Structure of the Palestine Liberation Organization**

*Palestine National Council*

The PNC, which is the highest decision-making body of the PLO, is considered to be the parliament of all Palestinians inside and outside of the Occupied Palestinian Territory, including Jerusalem. The PNC normally sets PLO policies, elects the Executive Committee and makes the necessary changes in its own membership, as well as changes to the Palestine National Charter (a special meeting is required) and to the Fundamental Law of the organization. The PNC also elects a speaker, two deputies and a secretary, who make up the Bureau of the Council. The Council has its own standing committees for various aspects of its work, such as its legal and political committees. The composition of the PNC represents all sectors of the Palestinian community worldwide and includes numerous organizations of the resistance movement, political parties, popular organizations (each of the above is represented by specific quotas) and independent personalities and figures from all sectors of life, including intellectuals, religious leaders and businessmen.

*Central Council*



committees for various aspects of its work, such as its legal and political committees. The composition of PNC reflects all sectors of the Palestinian community worldwide and includes numerous organizations of the resistance movement, political parties, popular organizations (each of the above is represented by specific quotas) and independent personalities and figures from all sectors of life, including intellectuals, religious leaders and businessmen.

### Central Council

The Central Council, which was established by the PNC in 1973, is the second leading body of the PLO. The Council functions as an intermediary body between the PNC and the Executive Committee. At present, the membership stands at 124, including 15 representatives of the PLC.

### Executive Committee

The Executive Committee is the daily leading body of the PLO and it represents the organization at the international level. The Committee is elected by the members of PNC and it is responsible to the PNC. Its main function is to execute the policies and decisions set out by the PNC and the Central Council. The Committee is also responsible for adopting a budget and for overseeing the functioning of the departments of the PLO, the responsibilities of which are distributed among its members. Decisions of the Committee are taken by a simple majority. Its membership stands at 18, including its Chairman.

Members of the Executive Committee:

- Chairman:
    - H.E. Dr. Mahmoud Abbas (Abu Mazen)

- Secretary-General:
    - Mr. Yasser Abed Rabbo

- Members:

- Dr. Zakaria Al-Agha
- Mr. Mohammad Zuhdi Al-Nashashibi
- Mr. Hanna 'Amireh
- Dr. Hanan Ashrawi
- Dr. Sa'eb Erekat
- Mr. Ali Is'haq
- Mr. Mahmoud Ismail
- Mr. Taysir Khaled
- Dr. Riad Khodari
- Mr. Ahmad Majdalani
- Mr. Abdel Rahim Malouh
- Mr. Saleh Ra'fat
- Mr. Farouk Qaddoumi
- Mr. Ahmad Qurei'
- Mr. Ghassan Shaka'a

- Observers:
    - Mr. Jamil Shahada
    - Mr. Wasel Abu Yousef

### Palestine National Fund

The Fund is managed by a board of directors and by a chairman who is elected by the PNC and who automatically serves on the Executive Committee. The other members of the board are appointed by the Executive Committee, with a maximum of 11 members. Revenues for the fund come from two sources – a fixed tax on the wages earned by all Palestinians living in Arab countries and collected by those respective governments and from financial contributions by Arab governments and peoples, an amount that in



November 2020

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

« Oct

ARCHIVES

ARCHIVES

Select Month

*Palestine National Fund*

The Fund is managed by a board of directors and by a chairman who is elected by the PNC and who automatically serves on the Executive Committee. The other members of the board are appointed by the Executive Committee, with a maximum of 11 members. Revenues for the fund come from two sources – a fixed tax on the wages earned by all Palestinians living in Arab countries and collected by those respective governments and from financial contributions by Arab governments and peoples, an amount that in the past was substantial.

*Palestine Liberation Army*

The Palestine Liberation Army (PLA) was established as the official military branch of the PLO in 1964, in accordance with the resolutions of the 1st Palestinian Conference (the 1st PNC). At that time, three brigades were established: Ein Jalut in Gaza and Egypt, Kadissiyah in Iraq, and Hiteen in Syria. In practice, those brigades were dominated by the general command of the armed forces of their respective host countries. Over time, however, changes were made to the PLA's structure, including, for instance, the establishment in 1968 of commando units in Gaza to fight against the Israeli occupation, known as Kuwat al-Tahrir Al-Sha'biya (Popular Liberation Troops). With the establishment of the Palestine National Authority (PNA) in the mid 1990's, important parts of those brigades were absorbed into the PNA security forces.

*Departments*

The Organization has established departments that are responsible for several important spheres of work, each headed by a member of the Executive Committee. The departments include, among others, the Political Department, the Department of Returnees, the Department of Culture and Information, and the Department of Popular Organizations.



## Recent Posts

- 29 October 2020 – Israeli-U.S. Agreement and Illegal Israeli Settlements 29 October 2020
- Statement by H.E. Riad Malki, Foreign Minister of the State of Palestine, before the Security Council Open Debate, 26 October 2020 26 October 2020
- 15 October 2020 – Israeli Settlements and Other Violations 15 October 2020
- Statement of H.E. President Mahmoud Abbas President of the State of Palestine UN General Assembly General Debate of the 75 th Session 25 September 2020 25 September 2020
- 17 September 2020 – Israeli Violations in the Occupied Palestinian Territory, including East Jerusalem 17 September 2020
- 17 August 2020 – Israeli Colonization and Human Rights Violations in Palestine 17 August 2020
- 6 August 2020 – Israeli Violations and Escalation of Settlement Activities 06 August 2020

## STAY CONNECTED

  

## Mission of the State of Palestine to the UN

- About Palestine
  - Government of the State of Palestine
  - Palestine Liberation Organization
  - Diplomatic Relations
- Status of Palestine
  - Membership Application
  - Resolutions & Reports on Status
- Mission Documents
  - Statements
  - Identical Letters
  - Press Releases
  - Mission Reports on GA
  - Fact Sheets
- UN Resolutions
  - General Assembly
  - 10th Emergency Special Session
  - Security Council
  - The Wall – Landmark Documents
- Conferences
- Palestine Programmes