Exhibit 35



State of Palestine
3,859 Tweets

Follow

**State of Palestine**
@Palestine_UN
Official Twitter of the Mission to the United Nations
NY · Joined July 2013
**1,450** Following **59.4K** Followers
Followed by Mazlobran

Tweets | Tweets & replies | Media | Likes

**State of Palestine** @Palestine_UN · Nov 2
SAVE THE DATE: 12 November at 10:00am (EST). See details below:
@UNISPAL @UN #Palestine #CEIRPP #Rights4Palestine

> **UN CEIRPP** @UNISPAL · Oct 22
> SAVE THE DATE | @UNISPAL is organising the Virtual Event: "International Parliamentarians and the #Palestine Question" on @UNWebTV.
>
> Thursday, 12 November 2020, 10.00 a.m. – 12.00 p.m. (NY Time)
>
> More info: un.org/unispal
>
> #Rights4Palestine #CEIRPP

1 · 6 · 15

**State of Palestine** @Palestine_UN · Oct 29
29 October 2020 – Israeli-U.S. Agreement and Illegal Israeli Settlements. Read our statement in its entirety here: @UN @antonioguterres @UNISPAL #Palestine #Settlements #UNSC

8

**State of Palestine** @Palestine_UN · Oct 26
"It is ludicrous 2 claim that the obstacles 2 peace is #Palestinian intransigence,when our positions are actually aligned w/ intl. consensus & the resolutions of this Council,while Israeli positions & policies are flagrantly in breach of intl. law & @UN resolutions" - FM #Maliki

## You might like

**Huawei** @Huawei — Promoted — Follow
**Palestine PLO-NAD** @nadplo — Follow
**Palestine Info Center** @pinfoen — Follow
Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

Messages



**State of Palestine**

the resolutions of this Council,while Israeli positions & policies are flagrantly in breach of intl. law & @UN resolutions" - FM #Malki

6 28 48

## Who to follow

**Huawei** @Huawei
Follow
Welcome to the official Huawei Twitter account. Huawei is a leading global provider of ICT infrastructure and smart devices.
Promoted

**Palestine PLO-NAD** @nadplo
Follow
The official Twitter account of the Palestine Liberation Organization - Negotiations Affairs Department.

**PM of Palestine** @PalestinePMO
Follow
The official Twitter account for the office of the Prime Minister of the State of Palestine @DrShtayyeh

Show more

**State of Palestine** @Palestine_UN · Oct 26
Statement by H.E. Riad Malki, Foreign Minister of the State of #Palestine, before the Security Council Open Debate, 26 October 2020 . Read H.E. Malki's entire statement here: [illegible] @UNISPAL @MofaPPD @UN #UNSC @UNNewsArabic @PalestineZDK

1 10 16

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestin... · Oct 26
Coming up later today: @UN Security Council will discuss President Mahmoud Abbas's call to hold an international peace conference (10:00 EST). Session will be live-streamed here: webtv.un.org #Palestine

1 10 12

## Topics to follow

Tweets about the Topics you follow show up in your Home timeline

## You might like

**Huawei** @Huawei
Follow
Promoted

**Palestine PLO-NAD** @nadplo
Follow

**Palestine Info Center** @palinfoen
Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



State of Palestine

**Topics to follow**
Tweets about the topics you follow show up in your Home timeline.

**Black Lives Matter**
Social movement                                    ✕  Follow

**COVID-19: health experts**
All about covid-19: health experts                 ✕  Follow

See more

↻ State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestin... · Oct 25
Statement by @Dr.HananAshrawi on vicious murder of 18-year-old Amer
Snoubar: "Such crimes are perpetrated and perpetuated by Israeli
occupation soldiers because they are part of a regime that awards criminality
and ensures impunity for crimes, domestically and internationally."

منظمة التحرير الفلسطينية
دائرة الدبلوماسية والسياسات العامة
Palestine Liberation Organization
Department of Public Diplomacy and Policy

For Immediate Release
October 25, 2000

Dr. Hanan Ashrawi: Murder of Amer Snoubar is a
monstrous act of brutality motivated by hate and encouraged by
impunity

The vicious murder of 18-year-old Amer Snoubar at the hands of an Israeli
occupation forces is a monstrous act of brutality against a defenseless young
man whose only crime was being Palestinian. Israeli occupation soldiers
bludgeoned Amer this dawn and medical authorities have confirmed that he...

♡ 3      ↻ 8      ♡ 14      ⬆

**State of Palestine** ✓ @Palestine_UN · Oct 24
@Palestine_UN Save the Date: 12 November for @UNISPAL event. See
details below: #Palestine

Ⓝ **UN CEIRPP** ✓ @UNISPAL · Oct 23
SAVE THE DATE | @UNISPAL is organising the Virtual Event:
"International Parliamentarians and the #Palestine Question" on
@UNWebTV.

Thursday, 12 November 2020, 10.00 a.m. – 12.00 p.m. (NY Time)

More info: un.org/unispal

#Rights4Palestine #CEIRPP

Virtual Event

International Parliamentarians and the Palestine Question

♡ 1      ↻ 2      ♡ 10      ⬆

**State of Palestine** ✓ @Palestine_UN · Oct 23
23 October 2020 | OHCHR | UN expert calls for Israel to end practice of

---

**You might like**

Ⓗ  **Huawei** ✓
   @Huawei                    Follow
   🏢 Promoted

   **Palestine PLO-NAD** ✓
   @nadplo                    Follow

   **Palestine Info Center**
   @palinfoen                 Follow

Show more

**What's happening**

US election · 🔴 LIVE
**Election results: Presidential race
is undecided as ballot counting
continues, according to AP, ABC
and NBC**

**#ThePostElection** 🗳️
Now is definitely not the time to stop reading.
🏢 Promoted by The Washington Post

★ etalk · 30 minutes ago
**Hilarie Burton joins husband
Jeffrey Dean Morgan on 'The
Walking Dead'**

★ CNBC · 25 minutes ago
**Election 2020: Tracking the Road
to 270**

US election · LIVE
**New York: Get local updates
about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More...   © 2020 Twitter, Inc.

**Messages**

---

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



**State of Palestine** @Palestine_UN · Oct 22
[23 October 2020] OHCHR | UN expert calls for Israel to end practice of administrative detention and immediately release Maher Al-Akhras. Read entire press release here: ows.co/ab5RSc @OHCHR_MENA #Palestine @UN #HumanRightsViolations

State of Palestine Retweeted

**EU and Palestinians** @EUpalestinen · Oct 19
EU Heads of Mission & likeminded countries visited today Um al-Kheir and Khirbet Al-Majaz Palestinian communities in the South Hebron Hills facing constant threat of demolition, eviction, & dispossession. Full press release here: bit.ly/37yllXe2

**State of Palestine** @Palestine_UN · Oct 15
On 14 and 15 October, the Israeli government approved the construction of another 5,000 #settlement units in the Occupied #Palestinian Territory, including East #Jerusalem.

"Israeli Settlements and Other Violations" Read full statement here: ows.co/ab5Xdm @UN

**State of Palestine** @Palestine_UN · Oct 15
Statement by UN Special Coordinator Nickolay Mladenov on advancement of settlement units in the occupied West Bank
unsco.unmissions.org/statement-un-... @nmladenov @UNSCAL #Israeli-#settlement @UN #OPT #Jerusalem

Statement by UN Special Coordinator Nickolay Mlad...
On 14 and 15 October, the Israeli authorities advanced nearly 5,000 housing units, most of which are in...
unsco.unmissions.org

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Oct 15
NEW Media Brief - Israel's Illegal Settlement Approvals: A Testament that Annexation is an Ongoing Process. #53YearsOccupation #Palestine ows.co/ab5RWz

**# ANNEXATION**
**#53YEARSOCCUPATION**
**NADPLO**

## You might like

**Huawei** @Huawei
Promoted
[Follow]

**Palestine PLO-NAD** @nadplo
[Follow]

**Palestine Info Center** @palinfoen
[Follow]

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 53 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More...  © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT





**State of Palestine**

1 · 15 · 16

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestine · Oct 6

Israel uses #AdministrativeDetention to detain hundreds of #Palestinians without charge or trial every year. Maher Al-Akhras is protesting this cruel measure. He's been on hunger strike since Israel detained him on July 22. His life is now in grave danger. #StopAD #SaveMaher

8 · 144 · 181

Show this thread

**State of Palestine** @Palestine_UN · Oct 5

On October 5th, take time to celebrate #WorldTeachersDay - a global event launched by the UN Educational, Scientific and Cultural Organization @UNESCO in 1994. Today we celebrate and honor our #teachers in # #Palestine @UNESCOarabic

> **PLO Department of Public Diplomacy & Policy** @Palestine · Oct 5
> #Palestinian teachers are everyday heroes. Their dedication and sacrifice despite the dangers and all odds imposed by the Israeli occupation are an inspiration. They provide hope and teach life. This #WorldTeachersDay and everyday, we are eternally grateful.

## You might like

**Huawei** @Huawei · Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 38 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 23 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

Messages

State of Palestine

**State of Palestine** @Palestine_UN · Oct 2
Op-Ed by @DrHananAshrawi published by @CNN : The normalization deals between the UAE, Bahrain and Israel normalize the abnormal. Read Dr. Ashrawi's Op-Ed below. @UN @PalestinePDP #UAE #Bahrain #Palestine #Jerusalem @CNNArabic

> **PLO Department of Public Diplomacy & Policy** @Palestine... · Oct 2
> Op-Ed by @DrHananAshrawi. The normalization drive led by the US admin is exacerbating dangerous fault lines within the region and enhancing an artificial polarization along sectarian divides... Our region is now more precarious, unpredictable, and unstable.edition.cnn.com/2020/10/01/opi...

### You might like

**Huawei** @Huawei — Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · Oct 2
SAVE THE DATE: The Security Council debate on the Middle East Peace Process (Question of #Palestine) with @nmladenov will hold on 26 October 2020 at 10:00 a.m. (NY Time).

#Rights4Palestine

### What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 38 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More — © 2020 Twitter, Inc.

**State of Palestine** @Palestine_UN · Oct 2
Speech by H.E. Dr. Amal Hamad, Minister of Women's Affairs of the State of #Palestine at yesterday's high-level meeting on the 25th anniversary of the Fourth World Conference on Women in the GA Hall #UNGA #Beijing25 @UN

Minister of Women's Speech.mp4
drive.google.com

**State of Palestine** @Palestine_UN · Sep 29
Today, 29 September 2020: Security Council Briefing on the Situation in the Middle East, Reporting on UNSCR 2334 (As delivered by Special Coordinator Mladenov) unsco.unmissions.org/security-counc... @UN #Palestine #UNSC #2334 @nmladenov @UNISPAL #Jerusalem #UNGA75

Security Council Briefing on the Situation in the Midd...

Messages



**State of Palestine**

Today, 29 September 2020. Security Council briefing on the situation in the Middle East, Reporting on UNSCR 2334 (As delivered by Special Coordinator Mladenov) unsco.unmissions.org/security-counc... @UN #Palestine #UNSC #2334 @nmladenov @UNISPAL #Jerusalem #UNGA75

Security Council Briefing on the Situation in the Midd...
Mister President, Members of the Security Council, On behalf of the Secretary-General, I will devote this...
unsco.unmissions.org

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Sep 30

President Mahmoud Abbas: With the departure of Sheikh Sabah Al-Ahmad Al-Jaber Al-Sabah, Palestine has lost an Arab leader and a leader of humanity (...) Our loss of this great Arab leader in this sensitive period of our history is a great loss. #Kuwait #Palestine

State of Palestine Retweeted

**الأمم المتحدة** @UNarabic · Sep 25

أمام الجمعية العامة للأمم المتحدة: كلمة الرئيس محمود عباس، دولة فلسطين

الكلمة بالعربية والإنكليزية bit.ly/2S51472
لتنزيل الفيديو bit.ly/3j6F...
مزيد من المعلومات bit.ly/...
#UNGA

State of Palestine

**State of Palestine** @Palestine_UN · Sep 25

25 September 2020 - Statement of H.E. Pres. Mahmoud Abbas, Pres. of the State of Palestine at the @UN General Assembly, General Debate of the 75th Session #UNGA #Palestine @UNISPAL #UN75 @UNarabic

**You might like**

**Huawei** @Huawei · Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More · © 2020 Twitter, Inc.

**Messages**



### State of Palestine ✔

You might like

Huawei ✔
@Huawei                    Follow
Promoted

Palestine PLO-NAD ✔
@nadplo                    Follow

Palestine Info Center
@palinfoen                 Follow

Show more

State of Palestine Retweeted

UN Multimedia @UNmultimedia · Sep 25
#UN75 – day 4, 9/25
Speaking now:
Micronesia

Coming up:
South Sudan
Holy See @Holysee
Palestine @Palestine_UN

Full list of speakers: bit.ly/3NDQ9UK

What's happening

US elections · LIVE
Election results: Presidential race
is undecided as ballot counting
continues, according to AP, ABC
and NBC

#ThePostElection 🗳
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
Hilarie Burton joins husband
Jeffrey Dean Morgan on 'The
Walking Dead'

State of Palestine Retweeted

Jamie McGoldrick @jamiemcgoldrick1 · Sep 25
After nearly 3 years in #Palestine, it's time to bid farewell. It's been an
honour serving as @UN Resident/Humanitarian Coordinator. While
challenges remain, I trust that the excellent people I've had the privilege to
know will keep working to bring this country a better future.

CNBC ✔ · 25 minutes ago
Election 2020: Tracking the Road
to 270

US elections · LIVE
New York: Get local updates
about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more···  © 2020 Twitter, Inc.

State of Palestine ✔ @Palestine_UN
Secretary General of the @UN @antonioguterres addresses the issue of
#Palestine in his remarks to the General Assembly in the opening of the
#UN75
(#UNGA 75th session). President Abbas will be addressing the #UN this
coming Friday, 25 September in the morning session.

PLO Department of Public Diplomacy & Policy @plopadp · Sep 22
Secretary-General of the @UN 🇺🇳 @antonioguterres on #Palestine 🇵🇸
during #UNGA

Show this thread

In the Middle East – with a period of
calm in Gaza and annexation of parts
of the occupied West Bank put aside
at least for the time being – I urge

Messages



**State of Palestine** @Palestine_UN

17 September 2020 – Israeli Violations in the Occupied Palestinian Territory, including East Jerusalem. Read our full statement here: bit.ly/3bzUmQ7 @UNISPAL #UN #Palestine #Annexation #COVID19 #Jerusalem #OPT @UNReliefs

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestin... Sep 16

#OnThisDay in 1982, Israeli forces that had invaded Beirut allowed Lebanese phalangist militias to enter the Sabra and Shatila refugee camps and massacre at least 3,000 mostly #Palestinian men, women and children while they laid siege to the camps and watched. #NeverForget

Show this thread

**State of Palestine** @Palestine_UN  Sep 13

#WATCH Dr. Hanan Ashrawi on @cnn discussing the #UAE #Bahrain-Israel deals and their implications on #Palestine. See full interview below: @UN @UNISPAL #Palestine #OPT @CNN @PalestinMoFANY @UAEMissionToUN @BeckyCNN @UNnewsAlain

**PLO Department of Public Diplomacy & Policy** @Palestin... Sep 15

WATCH @DrHananAshrawi's take on UAE-Bahrain-Israel deals and their implications on #Palestine and wider region on @CNN Connect the World with @BeckyCNN.

Full interview bit.ly/2RrsN1L

You might like

Huawei @Huawei
Follow

Palestine PLO-NAD @nadolo
Follow

Palestine Info Center @palinfoen
Follow

Show more

**What's happening**

US elections  LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk  58 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC  25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections  LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more—  © 2020 Twitter, Inc.

Messages





**State of Palestine**

9

**State of Palestine** @Palestine_UN · Sep 14

المجلس الاقتصادي والاجتماعي يعتمد قرارين بشأن التبعات الاقتصادية والاجتماعيه للاحتلال الإسرائيلي maannews.net/news/2016315.h... #فلسطين #Palestine @UN #ECOSOC

المجلس الاقتصادي والاجتماعي يعتمد قرارين بشأن التبعا...
نيويورك -معا- اعتمد المجلس الاقتصادي والاجتماعي للأمم المتحدة في نيويورك اليوم الأثنين، بأغلبية ساحقة قرارين
maannews.net

4 1

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestin... · Sep 11

@DrHananAshrawi: Normalization with Israel will not solve the conflict, justice in #Palestine is a moral and legal imperative cannot be ignored nor denied.

bit.ly/2DUPec...

منظمة التحرير الفلسطينية
دائرة الدبلوماسية والسياسات العامة
Palestine Liberation Organization
Department of Public Diplomacy and Policy

For Immediate Release
September 11, 2020

**Dr. Hanan Ashrawi: Normalization with Israel will not solve the conflict**

"The Bahrain-Israel announcement is not a peace deal. It is US President Donald Trump playing to his base in the wake of elections and a reward to Israel's escalating aggression and impunity. Normalization has been taking place between Bahrain and Israel surreptitiously. The US administration has

4 37 33

State of Palestine Retweeted

**OCHA oPt (Palestine)** @ochaopt · Sep 8

Read our latest situation report on #COVID19 in the occupied #Palestinian territory: ochaopt.org/C19/17

WHO in occupied Palestinian territory

1 11 14

**You might like**

**Huawei** @Huawei — Follow
Promoted

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @pinfocenter — Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Messages**

WHO in occupied Palestinian territory

**State of Palestine** @Palestine_UN · Sep 8

UNCTAD's new report on #Palestine warns that #COVID19 is devastating the already shattered economy. Estimates on the cost of the pandemic point to an economic loss of up to 35% of GDP. Read full report below. @UNCTAD @UNCTADNewsroom

**UNCTAD** @UNCTAD · Sep 8

#COVID19 is devastating the already shattered Palestinian economy.
@UNCTAD warns in a new report.

Estimates on the cost of the pandemic point to an economic loss of up to 35% of GDP. bit.ly/3isOi2D

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestine... · Sep 2

READ: @Dr_HananAshrawi reacts to #US sanctions on #IntlCrimCourt officials: World must reject US sanctions on ICC Officials and protect them from bullying. As a State Party to the Rome Statute, 🇵🇸 is committed to protecting the Court and its independence. #AccountabilityMatters

منظمة التحرير الفلسطينية
دائرة الدبلوماسية والسياسات العامة
Palestine Liberation Organization
Department of Public Diplomacy and Policy

For Immediate Release
September 2 2020

Dr. Hanan Ashrawi: World must reject US sanctions on ICC officials and protect them from bullying

"Imposing sanctions on the ICC Prosecutor, Ms. Fatou Bensouda, and Head of the Jurisdiction, Complementarity and Cooperation Division at the ICC, Mr. Phakiso Mochochoko, is an unprecedented act of aggression against the global rules-based order, and a direct assault against the indispensable principle of accountability.

Show this thread

State of Palestine Retweeted

**Jamie McGoldrick** @jamiemcgoldrick · Aug 31

Israel must immediately allow entry of fuel and other essential items into #Gaza. Hamas must end actions risking further destabilization. Read my full statement: ochaopt.org/content/israel...

---

**You might like**

**Huawei** @Huawei          Follow
Promoted

**Palestine PLO-NAD** @nadplo     Follow

**Palestine Info Center** @palinfoen     Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 52 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more···  © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT





State of Palestine
3,859 Tweets

statement: ochaopt.org/content/israel...

1 · 31 · 58

State of Palestine @Palestine_UN · Aug 27
#LIVENOW: #Jerusalem Conference on Palestinian Youth. Link to watch panel in link below: @UN @UNISPAL #Palestine #Annexation

UN CEIRPP @UNISPAL · Aug 27
Join #UN #Jerusalem Conference on Palestinian Youth now live @UNWebTV w/ Minister Fadi Hidmi, Reem Natsheh @WclacPalestine, Micha Kurz and Rochelle Watson @fosnalive on #PalestinianYouth in #Jerusalem

#Rights4Palestine

Watch live: tinyurl.com/y5ft5qjd

State of Palestine @Palestine_UN · Aug 25
(25 August 2020) Security Council Briefing on the Situation in the Middle East, including the Palestinian Question (As Delivered by UN Special Coordinator Mladenov) unsco.unmissions.org/security-counc... @UN @nmladenov #Palestine

Security Council Briefing on the Situation in the Midd...
Mister President, Members of the Security Council, I address you today following the agreement that was...
unsco.unmissions.org

1 · 10 · 14

State of Palestine Retweeted
UN CEIRPP @UNISPAL · Aug 24
Tomorrow | Special Coordinator @nmladenov will update the @UN Security Council on the #MiddleEast peace process at 10 a.m. est.

Watch live on @UNWebTV

2 · 6 · 4

State of Palestine Retweeted

## You might like

Huawei @Huawei — Promoted — Follow

Palestine PLO-NAD @nadplo — Follow

Palestine Info Center @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 38 minutes ago
Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'

CNBC · 25 minutes ago
Election 2020: Tracking the Road to 270

US elections · LIVE
New York: Get local updates about the elections

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More··· © 2020 Twitter, Inc.

Messages

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



**State of Palestine**

Yesterday, we celebrated #InternationalYouthDay

Statement by United Nations Humanitarian Coordinator and Resident Coordinator, Jamie McGoldrick, on the occasion. Read his statement here: @UN @UNFPAPALESTINE

Statement by United Nations Humanitarian Coordina...

palestine.un.org

5 · 3 · 16

**State of Palestine** @Palestine_UN · Aug 6

6 August 2020 – "Israeli Violations and Escalation of Settlement Activities" Read our full letter that was addressed to the @UN today: #UNISPAL #Palestine #Settlements #annexation #UNSC

4 · 18 · 37

**State of Palestine** @Palestine_UN · Jul 30

The Permanent Observer Mission of the State of #Palestine @Palestine_UN extends its best wishes for peace and prosperity on the occasion of Eid al-Adha. كل عام وانتم بخير #EidMubarak @UN

10 · 13 · 52

**State of Palestine** @Palestine_UN · Jul 29

#WatchNow: @PalestinePDP The reality of #occupation and #annexation in #Jerusalem @Palestine_UN #Palestine

**PLO Department of Public Diplomacy & Policy** @Palestin... · Jul 28

WATCH: The reality of occupation and #annexation in #Jerusalem summed up. Ethnic cleansing, land theft, oppression, persecution and other #IsraeliCrimes continue in the absence of #accountability.

1:43 4.4K views

4 · · 19

**State of Palestine** @Palestine_UN · Jul 28

Read the latest situation report by @ochaopt on the #COVID19 pandemic in the State of #Palestine

"COVID-19 Emergency Situation Report 14 (15 – 28 July 2020)" @Palestine_UN

## You might like

**Huawei** @Huawei — Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE

**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**

Now is definitely not the time to stop reading.

Promoted by The Washington Post

etalk · 38 minutes ago

**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago

**Election 2020: Tracking the Road to 270**

US elections · LIVE

**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More · © 2020 Twitter, Inc.

**Messages**



Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT











**State of Palestine**

**State of Palestine** @Palestine_UN · Jul 22

جلسة لمجلس الأمن تبحث الوضع في الشرق الأوسط .../wafa.ps/Pages/Details

#Palestine @UNNewsArabic @UN @UNISPAL @Palestine_UN

جلسة لمجلس الأمن تبحث الوضع في الشرق الأوسط

wafa.ps

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · Jul 21

SAVE THE DATE | Annual Conference on the Question of #Jerusalem, held jointly with @OIC_OCI, will be organised as a series of virtual events with the first being held on 28 July and titled "#Annexation in Practice – Palestinian Lives in Jerusalem" #Rights4Palestine @Palestine_UN

1 11 27

**State of Palestine** @Palestine_UN · Jul 21

Statement by H.E. Minister Riyad Mansour, Permanent Observer of the State of #Palestine to the @UN, before the United Nations Security Council, Open Debate on the Situation in the M.E. including the Palestine Question. 21 July 2020 Read here: .../abnCg5

2 3

State of Palestine Retweeted

**UN Media Liaison** @UNMediaLiaison · Jul 21

NOW: #UNSC quarterly debate (virtual) on the #MiddleEast incl the #Palestinian question with a briefing by:

Special Coordinator Nickolay @nmladenov

webtv.un.org @GermanyUN @UNSCO_MEPP @UNRWA

**You might like**

**Huawei** @Huawei · Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

**etalk** · 38 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

**CNBC** · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More · © 2020 Twitter, Inc.

**Messages**

**State of Palestine**

4 | 16 | 11

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestine... · Jul 18

On #MandelaDay, we honor the memory of a true friend of #Palestine. Madiba was an icon who understood that the struggle for justice, freedom and equality was interconnected and universal. We continue to be inspired by his leadership and experience.

NelsonMandela

4 | 16 | 40

State of Palestine Retweeted

**أخبار الأمم المتحدة** @UNNewsArabic · Jul 14

لجنة أممية معنية بممارسة الشعب الفلسطيني لحقوقه غير القابلة للتصرف تبحث خطط الضم التي "لا تزال تلوح بالأفق" رغم أن #إسرائيل لم تنفذها بعد

ماذا قال رئيس اللجنة الشيخ نيانغ @UNISPAL ؟

وإلى ماذا دعا المراقب الدائم لـ@Palestine_UN في الجلسة؟

التفاصيل:

لجنة فلسطين تبحث خطط الضم التي "لا تزال تلوح بالأفق"...
news.un.org

4 | 3 | 15

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · Jul 14

Amb. Riyad Mansour @Palestine_UN Calls on the occupying power not to implement this unilateral plan for annexation reminding that annexation is illegal and is a clear violation of UN resolutions.

#RightsofPalestine

Watch live: webtv.un.org/live-now/watch...

1 | 4 | 11

**State of Palestine** @Palestine_UN · Jul 13

Tomorrow (10:00 am EST) 14 July 2020, the @UN Committee on the Exercise of the Inalienable Rights of the #Palestinian People @UNISPAL will hold a meeting to discuss current political developments in the #OPT, including the current threat of #annexation. #Palestine #CEIRPP

**UN CEIRPP** @UNISPAL · Jul 13

**You might like**

**Huawei** @Huawei · Promoted · Follow

**Palestine PLO-NAD** @nadplo · Follow

**Palestine Info Center** @palinfoen · Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More · © 2020 Twitter, Inc.

**Messages**

**State of Palestine**

Tomorrow (10:00 am EST) 14 July 2020, the UN Committee on the Exercise of the Inalienable Rights of the #Palestinian People @UNISPAL will hold a meeting to discuss current political developments in the #OPT, including the current threat of #annexation. #Palestine #CEIRPP

**UN CEIRPP** @UNISPAL · Jul 13

The 401st meeting of the #CEIRPP will hold online at 10 a.m. on 14th July 2020.

Watch live on webtv.un.org

More: un.org/unispal/event/...

#Rights4Palestine

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jul 9

16 Years ago today: "All States are under an obligation not to recognize the illegal situation resulting from the construction of the wall and not to render aid or assistance in maintaining the situation created by such construction.." #InternationalCourtofJustice #Palestine

5 · 37 · 55

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jul 8

H.E. Ana Silvia Rodriguez Abascal, @DPRCubaONU, Vice-Chair of @UNISPAL and the Deputy Permanent Representative of Cuba to the UN @CUBAONU: #Cuba will always defend the legitimate rights of the Palestinian people. #Palestine #OneVoiceAgainstIsraelAnnexation #53YearsOccupation

## You might like

**Huawei** @Huawei — Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @pelinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Messages**

State of Palestine

5 6 31

**State of Palestine** @Palestine_UN · Jul 8

The @UN Committee on the Exercise of the Inalienable Rights of the #Palestinian People's latest issue of their quarterly newsletter (April - June 2020). Now available online (see below) @UNISPAL #Palestine

**UN CEIRPP** @UNISPAL · Jul 8

The latest issue of the #CEIRPP Newsletter for April-June 2020 is now available online!

un.org/unispal/docume...

#Rights4Palestine

1 16

**State of Palestine** @Palestine_UN · Jul 3

#PressRelease (3 July 2020) "The #Elders urge #European leaders to stand firm on Israeli #annexation threats" @Palestine_UN @TheElders @EUpalestinians @EUatUN #Palestine

**The Elders** @TheElders · Jul 3

The Elders have written to @EmmanuelMacron, Angela #Merkel, @BorisJohnson, Ursula @vonderleyen & @JosepBorrellF urging them to maintain their resolve against #Israel's plans to annex swathes of the #WestBank. Statement: theelders.org/news/elders-un...

6 4

**State of Palestine** @Palestine_UN · Jul 3

Dr. Ashrawi welcomes global call by international women leaders against Israeli annexation plo.ps/en/article/157... @Palestine_UN #Palestine #annexation

1 3 17

**State of Palestine** @Palestine_UN · Jul 3

Palestinian Civil Society Reiterates Call for Immediate Targeted Sanctions to Stop Israel's #Annexation and Apartheid. Read full statement here: alhaq.org/advocacy/17049... @alhaq_org @UN @UNISPAL #Palestine #Sanctions

Palestinian Civil Society Reiterates Call for Immediate Targeted Sanctions to Stop Israel's...
alhaq.org

1 11

**State of Palestine** @Palestine_UN · Jul 1

**You might like**

**Huawei** @Huawei Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 32 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More © 2020 Twitter, Inc.

**Messages**

**State of Palestine**

alhaq.org

2 · 11 · 38

**State of Palestine** @Palestine_UN · Jul 1

Any #annexation of #Palestinian land, whether in part or full, whether de jure – which Israel has already enacted in occupied East #Jerusalem – or de facto, is a grave breach of peremptory norms of international law. #Palestine @UN #OneVoiceAgainstIsraelAnnexation

**Palestine PLO-NAD** @nadplo · Jun 30

NEW Publication to all those interested to know more about the illegality of Israel's annexation and its impact on the lives of the people of #Palestine #OneVoiceAgainstIsraelAnnexation nad.ps/sites/default/...

STATE OF PALESTINE
PALESTINE LIBERATION ORGANIZATION
NEGOTIATIONS AFFAIRS DEPARTMENT
LOOMING
ANNEXATION

4 · 37 · 59

**State of Palestine** @Palestine_UN · Jun 26

The @UN Charter was signed 75 years ago today. Watch a clip of the late Chairman & Pres. Yasser #Arafat at minute (1:30) in the Commemoration of the signing of the Charter of the United Nations: youtu.be/gTMAaShvBmQ via @YouTube #Palestine #UN75

Commemoration of the signing of the Charter of the ...

Virtual ceremony to mark the commemoration of the signing of the Charter of the United Nations. The ...

youtube.com

6 · 6 · 30

**State of Palestine** @Palestine_UN · Jun 26

(26 June 2020) "Impending Annexation and Need for Accountability" Letter delivered today to the @UN on behalf of the State of #Palestine #UN75 #UNCharter (2/2)

1 · 10 · 

**State of Palestine** @Palestine_UN · Jun 26

(26 June 2020) "Impending Annexation and Need for Accountability" Letter delivered today to the @UN on behalf of the State of #Palestine #UN75 #UNCharter #Annexation (1/2)

## You might like

**Huawei** @Huawei · Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @pinfoen — Follow

Show more

## What's happening

US elections · LIVE

**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**

Now is definitely not the time to stop reading.

Promoted by The Washington Post

etalk · 38 minutes ago

**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC · 25 minutes ago

**Election 2020: Tracking the Road to 270**

US elections · LIVE

**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2020 Twitter, Inc.

**Messages**



**State of Palestine** ✔ @Palestine_UN · Jun 26
(26 June 2020) "Impending Annexation and Need for Accountability" Letter delivered today to the @UN on behalf of the State of #Palestine #UN75 #UNCharter #Annexation (1/2)

State of Palestine Retweeted

**Palestine PLO-NAD** ✔ @nadplo · Jun 25
Rev. Dr. @MaeEliseCannon, Executive Director of @churchesmepeac Annexing any (part) of the West Bank will entrench inequalities and abuses of Palestinian human rights #OneVoiceAgainstIsraelAnnexation #Palestine #53YearsOccupation #ChurchesAgainstAnnexation

**#53YEARSOCCUPATION** 🐦 NADPLO
**ONE VOICE AGAINST ISRAEL'S ANNEXATION**
Churches for Middle East Peace
**Rev. Dr. Mae Elise Cannon**
**CMEP stands against the annexation**
1:15  1.6K views

**State of Palestine** ✔ @Palestine_UN · Jun 25
Over 1,000 #European lawmakers from 25 countries sign an anti-annexation letter on 23 June condemning Israel's latest plan to illegally #annex #Palestinian territory in the occupied #WestBank. See copy of letter below:

Letter by European Parliamentarians Against Israeli A...
Joint letter by 1,080 parliamentarians from 25 European countries to European governments and ...
🔗 scribd.com

State of Palestine Retweeted

**You might like**

**Huawei** ✔ @Huawei
📣 Promoted
[Follow]

**Palestine PLO-NAD** ✔ @nadplo
[Follow]

**Palestine Info Center** @palinfoen
[Follow]

Show more

**What's happening**

US elections · 🔴 LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection 🗳️
Now is definitely not the time to stop reading.
📣 Promoted by The Washington Post

etalk ✔ · 38 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC ✔ · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more...  © 2020 Twitter, Inc.

**Messages**



**State of Palestine** ✓

⟲ State of Palestine Retweeted

**United Nations** ✓ @UN · Jun 25
The annexation of parts of the occupied West Bank would constitute a serious violation of international law & grievously harm the prospect of a two-State solution

-- @antonioguterres to UN Security Council on Wednesday, bit.ly/XA0YexfI

❝
**I call on the Israeli Government to abandon its annexation plans, and urge Israeli and Palestinian leaders to commit to meaningful dialogue.**
❞

António Guterres
United Nations Secretary-General
24 June 2020

**State of Palestine** ✓ @Palestine_UN · Jun 24
Remarks from @UN Secretary-General @antonioguterres regarding the impending threat of #annexation by Israel of illegally occupied land in #Palestine

**António Guterres** ✓ @antonioguterres · Jun 24
The annexation of parts of the occupied West Bank would constitute a serious violation of international law, grievously harm the prospect of a two-State solution and undercut the possibilities of a renewal of negotiations.

Show this thread

**State of Palestine** ✓ @Palestine_UN · Jun 24
Statement by H.E. Riad Malki, Min of Foreign Affairs, State of #Palestine, before @un Security Council's Monthly Briefing on the Situation in the M.E. including the Palestine Question, Quarterly Report of the Secretary-General on Resolution 2334 (2016) shar.es/aE67PK

**State of Palestine** ✓ @Palestine_UN · Jun 24
[24 June 2020] Statement by @UN Special Coordinator @mladenov.jr: Briefing to the Security Council on the situation in the Middle East, reporting on #UN res. #2334 #Palestine

**You might like**

**Huawei** ✓ @Huawei    Follow

**Palestine PLO-NAD** ✓ @nadplo    Follow

**Palestine Info Center** @palinfoen    Follow

Show more

**What's happening**

🔴 LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection** 🗳️
Now is definitely not the time to stop reading.
Promoted by The Washington Post

etalk · 30 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC ✓ · 28 minutes ago
**Election 2020: Tracking the Road to 270**

US election · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more···  © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



**State of Palestine** ✓ @Palestine_UN · Jan 24
#HappeningNow: The situation in the Middle East - Security Council Open VTC webtv.un.org/live-now/watch... @Palestine_UN @antonioguterres @mmladenoy #Palestine #Annexation #UNSC

Women and peace and security - Security Council Open VTC
An open debate (videoconference) on women and peace and security to commemorate the 20th anniversary of the adoption of the first Security ...
🔗 webtv.un.org

**State of Palestine** ✓ @Palestine_UN · Jan 23
Countries Raise $130 Million for #UNRWA and Commit Long-Term Support to #Palestine Refugees | UNRWA unrwa.org/newsroom/pres... via @UNRWA @unrwausa #COVID19

Countries Raise $130 Million for UNRWA and Commit Long-Term Support
At pledging conference, international donor community comes together to sustain funding for renewed UNRWA mandate
🔗 unrwa.org

**State of Palestine** ✓ @Palestine_UN · Jan 23
The State of #Palestine 🇵🇸 joins 🇯🇵🇯🇵 other countries to reconfirm its unwavering support to @IntlCrimCourt as an independent and impartial judicial institution, undeterred by any threats or measures against the #ICC, its officials and those cooperating with it. #JusticeMatters

The States mentioned hereafter have rendered this statement in support of the International Criminal Court (ICC) following the release of the US Executive Order of 11 June 2020:

Andorra, Argentina, Australia, Austria, Bangladesh, Belgium, Belize, Bolivia, Brazil, Bulgaria, Burkina Faso, Canada, Chile, Colombia, Costa Rica, Côte d'Ivoire, Croatia, Cyprus, Czech Republic, Democratic Republic of the Congo, Denmark, Dominican Republic, Ecuador, Estonia, Fiji, Finland, France, Gambia, Germany, Greece, Guyana, Iceland, Ireland, Italy, Latvia, Croatia, Liechtenstein, Lithuania, Luxembourg, Madagascar, Malta, Mexico, Namibia, Netherlands, New Zealand, Nigeria, Norway, Peru, Portugal, Romania, Saint Vincent and the Grenadines, San Marino, Senegal, Sierra Leone, Slovakia, Slovenia,

### You might like

Huawei ✓ @Huawei
🔲 Promoted
**Follow**

Palestine PLO-NAD ✓ @nadplo
**Follow**

Palestine Info Center @palinfoen
**Follow**

Show more

### What's happening

US election · **LIVE**
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection 🗳️
Now is definitely not the time to stop reading.
🔲 Promoted by The Washington Post

etalk ✓ · 58 minutes ago
**Hilarie Burton joins husband Jeffrey Dean Morgan on 'The Walking Dead'**

CNBC ✓ · 25 minutes ago
**Election 2020: Tracking the Road to 270**

US election · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More  © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



Andorra, Argentina, Australia, Austria, Bangladesh, Belgium, Belize, Bolivia, Brazil, Bulgaria, Burkina Faso, Canada, Chile, Colombia, Costa Rica, Côte d'Ivoire, Croatia, Cyprus, Czech Republic, Democratic Republic of the Congo, Denmark, Dominican Republic, Ecuador, Estonia, Fiji, Finland, France, Gambia, Germany, Greece, Guyana, Iceland, Ireland, Italy, Latvia, Lesotho, Liechtenstein, Lithuania, Luxembourg, Madagascar, Malta, Mexico, Namibia, Netherlands, New Zealand, Nigeria, Norway, Peru, Portugal, Romania, Saint Vincent and the Grenadines, San Marino, Senegal, Sierra Leone, Slovakia, Slovenia, South Africa, Spain, State of Palestine, Sweden, Switzerland, Trinidad and Tobago, Tunisia, Uganda, United Kingdom, Uruguay and Venezuela.

As States Parties to the Rome Statute of the International Criminal Court (ICC), we reaffirm

**State of Palestine** @Palestine_UN · Jun 23
The State of #Palestine 🇵🇸 proudly supports the appeal by @antonioguterres for a "Global Ceasefire Amid the #COVID19 Pandemic" by signing onto the statement of support alongside 170 Member States & Observers @UN, #UNSG

170
**APPEAL FOR A GLOBAL CEASEFIRE AMID THE COVID-19 PANDEMIC**

**State of Palestine** @Palestine_UN · Jun 22
With its 75th anniv. @UN launched a global campaign on solidarity,we kindly request u take time to fill out this  short survey (2 min): unT5.online/?lang=eng Pls fill out "State of Palestine" as the country location to ensure our answers are grouped together globally #Palestine

**JoinUN75** @JoinUN75 · Jun 11
Do you have a minute to help shape the future?

UN75.online #UN75

**JOIN THE CONVERSATION. BE THE CHANGE.**

SHAPING OUR FUTURE TOGETHER

UN75

GIF

**State of Palestine Retweeted**

**UNRWA** @UNRWA · Jun 20
This #WorldRefugeeDay, #UNRWA recalls 7 decades of displacement and dispossession of Palestine refugees since the 1948 Nakba & the services & hope provided by UNRWA since it started operations on the ground in May 1950, until such time as there is a just solution to their plight.

nakba

**You might like**

Huawei
@Huawei
Promoted
Follow

Palestine PLO-NAD
@nadplo
Follow

Palestine Info Center
@palinfoen
Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 2 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more...  © 2020 Twitter, Inc.

Messages



hope provided by UNRWA since it started operations on the ground in May 1950, until such time as there is a just solution to their plight.

**State of Palestine** ✔ @Palestine_UN · Jun 18
The State of #Palestine would like to congratulate all the newly elected members of the @UN #SecurityCouncil for the 2021-2022 term: @IrishmissionUN @IndiaUN @MexOnu @IndiaUNNewYork @KenyaMissionUN @Palestine_UN looks forward to working with you during your term on the Council.

> **PLO Department of Public Diplomacy & Policy** @Palestin... · Jun 18
> Congratulations to 🇮🇪 🇰🇪 🇳🇴 and 🇮🇳 on winning seats at the 🇺🇳 Security Council (2021-2022).
>
> This vote of confidence was about your resolve to uphold the UN Charter, which strictly prohibits #annexation & all other atrocity crimes. #Palestine & the world are watching. Do not fail us

**State of Palestine** ✔ @Palestine_UN · Jun 16
International Criminal Justice: Statement by the High Representative following the #US decision on possible sanctions related to the International Criminal Court. @ICC #ICC #Palestine #Sanctions @EULatEN @EUJustEnders @intlCrimCourt @Palestine_UN

> **Josep Borrell Fontelles** ✔ @JosepBorrellF · Jun 16
> My statement following US decision on possible sanctions related to International Criminal Court.
> Such sanctions are unacceptable and undermine the international criminal justice system.
> #EU reconfirms its unwavering support for @intlCrimCourt.
> europa.eu/ij78bY

**State of Palestine** ✔ @Palestine_UN · Jun 16
@UNHRC | Israeli annexation of parts of the #Palestinian West Bank would break international law – @UN experts call on the international community to ensure accountability. Read full statement here: linkgo/abhbW @ochaopt

## You might like

**Huawei** ✔ @Huawei — Promoted    ( Follow )

**Palestine PLO-NAD** ✔ @nadplo    ( Follow )

**Palestine Info Center** @palinfoen    ( Follow )

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC ✔ · 31 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   more...   © 2020 Twitter, Inc.

Messages

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



State of Palestine

**State of Palestine** @Palestine_UN · Jun 16

#OHCHR | Israeli annexation of parts of the #Palestinian West Bank would break international law – @UN experts call on the international community to ensure accountability. Read full statement here: @ohchr #Palestine #Annexation

3 · 14 · 11

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jun 16

Q&A| The Threat of Annexation: Israel's Acquisition of Lands Belonging to the State of #Palestine by Force. In English: | In Arabic: #OneVoiceAgainstIsraelAnnexation #53YearsOccupation

7 · 38 · 45

**State of Palestine** @Palestine_UN · Jun 13

Resolution Adopted by the Open-Ended Virtual Extraordinary Meeting of the @OIC_OCI Executive Committee at the Level of Foreign Ministers on the Threats of the #Israeli Occupation Govt. to Annex Parts of State of #Palestine's territory Occupied in 1967. oic-oci.org/topic/?t_id=23...

> **OIC** @OIC_OCI · Jun 10
>
> Resolution Adopted by the Open-Ended Virtual Extraordinary Meeting of the OIC Executive Committee at the Level of Foreign Ministers on the Threats of the #Israeli Occupation Government to Annex Parts of State of #Palestine's territory Occupied in 1967. oic-oci.org/topic/?t_id=23...

6 · 14 · 15

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jun 12

President of #SinnFein & Former Member of the European Parliament @MaryLouMcDonald: The global community must stand w/the Palestinian people at this time. We in #Ireland do... We'll stand with you today and tomorrow. #OneVoiceAgainstIsraelAnnexation #53YearsOccupation #Palestine

## You might like

**Huawei** @Huawei — Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 21 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

Messages











State of Palestine
#Palestine

15 154 306

**State of Palestine** @Palestine_UN · Jun 13
The State of #Palestine @Palestine_UN is happy to be among 132 signatories supporting @antonioguterres @UN Communications Response Initiative and call for global action to fight #infodemic in times of #COVID19 @UN_News_Centre

1 8 8

**State of Palestine** @Palestine_UN · Jun 11
An Open Letter to the Israeli Government Condemning Annexation opiniojuris.org/2020/06/11/an-... via @opiniojuris @UNISPAL @UN @PalestinePDP @nadplo #Palestine #Annexation #WestBank @UNarabic

An Open Letter to the Israeli Government Condemni...
Along with 211 of my fellow public international law scholars, I have signed the following open letter ...
opiniojuris.org

2 11 16

**State of Palestine** @Palestine_UN · Jun 11
In case you missed this virtual event @UN #UNISPAL on #annexation of the State of #Palestine. Watch video below. @DrRiyadAlmaliki @PalestinePDP @g77_2020 @nadplo @indonesiaunny @CUBAONU

**UN CEIRPP** @UNISPAL · Jun 4
ICYMI: #UN #Palestine Forum on #annexation: watch recorded video

**You might like**

Huawei @Huawei — Follow
Promoted

Palestine PLO-NAD @nadplo — Follow

Palestine Info Center @palinfoen — Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 51 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

Messages

**State of Palestine** Follow

In case you missed this virtual event on #annexation of the State of #Palestine. Watch video below.

UN CEIRPP @UNISPAL · Jun 4

ICYMI #UN #Palestine Forum on #annexation: watch recorded video here twitter.com/UNWebTV/status...

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jun 11

Former Vice President of the European Parliament and President of #AssoPacePalestina #LuisaMorgantini israel should not be above the law. #OneVoiceAgainstIsraelAnnexation #53YearsOccupation #Palestine

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jun 10

#Luxembourg Foreign Minister H.E.Jean #Asselborn : Israel must stop and put an end to occupation, to its illegal settlement policy, and to any plans of annexation. @MFA_Lu #OneVoiceAgainstIsraelAnnexation #53YearsOccupation #Palestine

## You might like

**Huawei** @Huawei · Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More © 2020 Twitter, Inc.

**Messages**

State of Palestine

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jun 8

Former UNRWA CG and Humanitarian activist @PKraehenbuehl. If we believe in dignity, justice, and rights, we have to speak out. Indifference/ skepticism is one of the worst forms of surrender. #Palestine #OneVoiceAgainstIsraelAnnexation #53YearsOccupation

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Jun 7

Palestinian-American businessman and writer @SamBahour returned to #Palestine with his family following the signing of the Oslo Interim Agreement to support the development of the economy of the future State of Palestine. #OneVoiceAgainstIsraelAnnexation #53YearsOccupation

## You might like

**Huawei** @Huawei — Follow
Promoted

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is decided, not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

**Messages**

**State of Palestine**
3,859 Tweets

7 70

**State of Palestine** @Palestine_UN · Jun 4
4 June 2020 – Escalating Israeli aggression against #Palestinian civilians and looming #annexation. Read full statement here: shar.es/aH9P0B @UN @UNISPAL #Palestine #UNSC @antonioguterres

1 13

**State of Palestine** @Palestine_UN · May 31
Save the Date:
4 June 2020: 10.00 am - 11.30 am (#NYC Time), @UNISPAL Forum on "The Question of #Palestine: Threats of #Annexation and the Prospects for Peace" will hold an event (see details below)
Event will be live-streamed @UNWebTV

@DrHananAshrawi @jz1600 @Palestine_UN

**UN CEIRPP** @UNISPAL · May 22
Save the date!
#rights4Palestine

3 18 17

**State of Palestine** @Palestine_UN · May 27
Release #Press (Arabic): السفير منصور يطلب من مجلس الأمن توفير الحماية للشعب الفلسطيني تحت الاحتلال #Arabic #UNSC #Palestine shar.es/aHRtQm @UNNewsArabic

2 6 8

**State of Palestine** @Palestine_UN · May 27
Statement by H.E. Minister Riyad Mansour, @palestine_un, Security Council open high-level video conference on Protection of Civilians in Armed Conflict, 27 May 2020. Read full statement here: shar.es/aHRC3Y @UN @PalestineUN #UNSC #Palestine

7 11

State of Palestine Retweeted
**PLO Department of Public Diplomacy & Policy** @Palestin... · May 22
18 Senate Democrats, led by Senators @ChrisVanHollen, @ChrisMurphyCT, and @timkaine, expressed yesterday grave concern regarding unilateral annexation of Palestinian territory. | bit.ly/...

## You might like

**Huawei** @Huawei — Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @pinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

**Messages**

State of Palestine ✓

18 Senate Democrats, led by Senators @ChrisVanHollen, @ChrisMurphyCT, and @timkaine, expressed yesterday grave concern regarding unilateral annexation of Palestinian territory. | bit.ly/3gIBZ4r

Show this thread

State of Palestine Retweeted

UN CEIRPP ✓ @UNISPAL · May 22
Save the date!
#rightofPalestine

UNITED NATIONS FORUM
*The Question of Palestine: Threats of Annexation and the Prospects for Peace*

State of Palestine ✓ @Palestine_UN · May 21
(Arabic) Press Release @arableague_gs : "Arab efforts to mobilize efforts to combat Israel's unlawful annexation plans in the Occupied Palestinian Territory" @UNarabic @UN/NewsArabic #Palestine @WAFA_PS #annexation #arab #OPT

State of Palestine ✓ @Palestine_UN · May 20
Read @ochaopt latest report on #COVID19 in the Occupied #Palestinian Territory. @UN #ocha #palestine

OCHA (Palestine) @ochaopt · May 20
Read our latest situation report on COVID-19 in the occupied Palestinian

**You might like**

Huawei ✓
@Huawei    Follow
Promoted

Palestine PLO-NAD ✓
@nadplo    Follow

Palestine Info Center
@palinfoen    Follow

Show more

**What's happening**

US election · LIVE
Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC ✓ · minutes ago
Election 2020: Tracking the Road to 270

US election · yesterday
USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline

US election · LIVE
New York: Get local updates about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more··· © 2020 Twitter Inc.

Messages



**State of Palestine** ✔

**State of Palestine** ✔ @Palestine_UN · May 20
Read @ochaopt latest report on #COVID19 in the Occupied #Palestinian Territory. #un #ocha #palestine

○ **OCHA oPt (Palestine)** @ochaopt · May 20
Read our latest situation report on COVID-19 in the occupied Palestinian territory: ochaopt.org/c19/rep9

♡ 1     ↱ 2     ♡ 6     ⬆

**State of Palestine** ✔ @Palestine_UN · May 20
(19 May, Wafa News) #Breaking: President #Abbas declares an end to all agreements and understandings with #Israel and the US Govt. this includes security agreements and cooperation. #north wafa.ps/page.aspx?id=x
#Palestine #PLO #WAFA_PS

♡ 1     ↱ 36     ♡ 49     ⬆

**State of Palestine** ✔ @Palestine_UN · May 20
(19 May)Draft Declaration:The Organization of #Islamic Cooperation (#OIC) Group Reaffirms Opposition to illegal #Israeli #Annexation Plans in the Occupied #Palestinian Territory, including East #Jerusalem. @OIC_OCI @OIC4UN @UN #Palestine @UAEMissionToUN

♡ 1     ↱ 26     ♡ 39     ⬆

**State of Palestine** ✔ @Palestine_UN · May 19
UN facilitates 14 tonnes of urgent medical supplies from the UAE to support COVID-19 response in the occupied Palestinian territory
unsco.unmissions.org/un-facilitates... @un @unsco @uaemissiontoun
#palestine #covid19 #aqel #uae #unsco

📄 UN facilitates 16 tonnes of urgent medical supplies fr...
The Office of the United Nations Special Coordinator for the Middle East Peace Process (UNSCO) represen...
∂ unsco.unmissions.org

♡ 4     ↱ 4     ♡ 16     ⬆

↱ State of Palestine Retweeted

**UN CEIRPP** ✔ @UNCEIRPU · May 18
Prime Minister of Palestine @OCHtayyeh calls for an international conference by the Quartet plus others, based on international law and UN

**You might like**

华为 **Huawei** ✔ @Huawei     [ Follow ]
        Promoted

**Palestine PLO-NAD** ✔ @nadplo     [ Follow ]

**Palestine Info Center** @palinfoen     [ Follow ]

Show more

**What's happening**

US elections · **LIVE**
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection 🗳
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC ✔ · 8 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more···  © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT





**State of Palestine**

4 · 8 · 16

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · May 18

Prime Minister of Palestine @DrShtayyeh calls for an international conference by the Quartet plus others, based on international law and UN Resolutions.
#Rights4Palestine @Unispal

7 · 18

**State of Palestine** @Palestine_UN · May 18

Tomorrow, 19 May, at 9:30pm #Palestine time (2:30 pm EST), the Palestinian Govt. will meet to discuss how we will move forward in response to Israel's announcement on the looming #annexation plan scheduled to take place this July @Palestine_UN @UNISPAL @UN

> **UN CEIRPP** @UNISPAL · May 18
> Prime Minister of Palestine @DrShtayyeh announces that tomorrow PA will meet to implement resolutions on establishment of the State of Palestine on 1967 borders with East Jerusalem as its capital.
> #Rights4Palestine @Unispal

**State of Palestine** @Palestine_UN · May 18

#LIVE @DrShtayyeh @UNISPAL "What do we (#Palestinians) need from the world and the @UN right now? Political statements are not enough. We need #sanctions and we need political recognition. Israel is not above the law" #Palestine #COVID19

5 · 10 · 35

State of Palestine Retweeted

**UN Multimedia** @UNmultimedia · May 18

Live @UN via @UNWebTV:

- #UNSC on #Syria, 10am

- @UN_Spokesperson press briefing, 12pm

- @UNISPAL special event: interactive conversation with @DrShtayyeh, Prime Minister of the State of #Palestine, 14:30pm @Palestine_UN

## You might like

**Huawei** @Huawei · Promoted · Follow

**Palestine PLO-NAD** @nadplo · Follow

**Palestine Info Center** @palinfoen · Follow

Show more

## What´s happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

**CNBC** · minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More — © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · May 12
New Media Brief - Palestinian Refugees: A Permanent State of Emergency for 72 Years! In ENG: #Nakba - and in Arabic: #Nakba #Palestine

PALESTINE REFUGEES: A PERMANENT STATE OF EMERGENCY FOR 72 YEARS

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestin... · May 12
Israel continues to censor Palestine TV's operation in occupied #Jerusalem, extends its closure order |

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · May 11

احفظوا التاريخ

سيستضيف رئيس وزراء دولة فلسطين، معالي السيد محمد اشتية، في سعادته تفاعلية حول التطورات السياسية الأخيرة والوضع الحالي في دولة فلسطين.

بتاريخ 18 مايو الساعة 2:30 – 3:45 بتوقيت نيويورك

للمشاهدة:

#دولة_فلسطين

**You might like**

Huawei @Huawei — Follow

Palestine PLO-NAD @nadplo — Follow

Palestine Info Center @palinfoen — Follow

Show more

**What's happening**

US election  **LIVE**
Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · minutes ago
Election 2020: Tracking the Road to 270

US election · yesterday
USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline

US election · LIVE
New York: Get local updates about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More —  © 2020 Twitter, Inc.

**Messages**



State of Palestine ✔

بتاريخ 18 مايو الساعة 2:30 – 3:45 بتوقيت نيويورك
للمشاهدة : unytar.com//borpbed
#حقوق_الفلسطين

حدث خاص للجنة الحقوق الفلسطينية التابعة
للأمم المتحدة

**18 مايو 2020**
(بتوقيت نيويورك) 3.45 p.m. – 2.30

لمعرفة المزيد
https://www.un.org/unispal/ar/

لجنة الأمم المتحدة المعنية بممارسة الشعب الفلسطيني لحقوقه غير القابلة للتصرف

---

**You might like**

Huawei ✔
@Huawei                               Follow

Palestine PLO-NAD ✔
@nadplo                               Follow

Palestine Info Center
@palinfoen                            Follow

Show more

---

State of Palestine Retweeted

**The Elders** ✔ @TheElders · May
"The principles of int'l law are the bedrock of our global order & provide a framework for defending rights and exercising power that is crucial to all global challenges." – Deputy Chair of The Elders, Ban Ki-moon, on the #Israeli #annexation threat: theelders.org/news/elde-... 5/6

"Israeli **annexation** of parts of the West Bank would not only be **an act of aggressive folly**, it would have a destructive influence on global rights and norms."

**BAN KI-MOON**
DEPUTY CHAIR OF THE ELDERS
FORMER SECRETARY-GENERAL OF THE UNITED NATIONS

Elders

Ban Ki-moon/Centre for Global Dialogue and Elders

Show this thread

---

**What's happening**

US election   🔴 LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection 🗳
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC ✔ · 9 minutes ago
**Election 2020: Tracking the Road to 270**

US election · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US election · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  more—  © 2020 Twitter, Inc.

---

State of Palestine ✔ @Palestine_UN · May
@TheElders call for new Middle East peace plan to counter Israeli annexation threat theelders.org/news/elder-... Sun #timeline #annexation #theelders

The Elders call for new Middle East peace plan to cou...
The Elders today called for new engagement from the international community to deliver a just outcome to...
& theelders.org

---

State of Palestine Retweeted

**OCHA oPt (Palestine)** @ochaopt · May 11
Today, #UN officials called for the release of child detainees, including #Palestinians, in light of #COVID19: ochaopt.org/C19-child-deta...

---

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT

**State of Palestine** Follow

#Palestinians, in light of #COVID19: ochaopt.org/C19-child-deta...

5 · 123 · 111

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · May 8

SAVE THE DATE:

Visit un.org/unispal/event/ for more information.

#Palestine

1 · 6 · 18

State of Palestine Retweeted

**الأمم المتحدة** @UNarabic · May 7

مع تحول انتباه العالم إلى مكافحة جائحة #كوفيد_19، يواجه الشعب الفلسطيني تحت الاحتلال أزمة إضافية - تهديد الضم

_لجنة أممية تدعو إسرائيل إلى وقف جميع التدابير الرامية إلى ترسيخ الاحتلال وضم الأراضي

@UNISPAL #Rights4Palestine

1 · 23 · 49

**State of Palestine** @Palestine_UN · May 7

(7 May 2020): Statement by the Patriarchs & Heads of the #HolyLand

## You might like

**Huawei** @Huawei · Promoted · Follow

**Palestine PLO-NAD** @nadplo · Follow

**Palestine Info Center** @palinfoen · Follow

Show more

## What's happening

US elections · LIVE

**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**

Now is definitely not the time to stop reading.

Promoted by The Washington Post

CNBC · minutes ago

**Election 2020: Tracking the Road to 270**

US elections · Yesterday

**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE

**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More · © 2020 Twitter, Inc.

**Messages**

