Exhibit 36







State of Palestine

1 25 49

**State of Palestine** @Palestine_UN · May 7

(7 May 2020): Statement by the Patriarchs & Heads of the #HolyLand #Churches on #Israeli Unilateral #Annexation Plans @UN @GovernmentRF @EUpalestinians #Palestine @nadplo @MofaPPD

PATRIARCHS AND HEADS
OF LOCAL CHURCHES OF JERUSALEM

**A Statement by the Patriarchs and Heads of the Holy Land Churches on Israeli Unilateral Annexation Plans**
**(May 7, 2020)**

As a result of the stagnation of the Peace Process in the Middle East between the Israelis and Palestinians, an array of plans for Israel to unilaterally annex West Bank land, backed mainly by right-wing factions, raises serious and catastrophic questions about the feasibility of any peaceful agreement to end the decades' long conflict, one that continues to cost many innocent lives as part of a vicious cycle of human tragedy and injustice.

The Council of Patriarchs and Heads of the Holy Land Churches views such unilateral annexation plans with the utmost concern and calls upon the State of Israel to refrain from such unilateral moves, which would bring about the loss of any remaining hope for the success of the peace process.

The Council also calls upon the United States of America, the Russian Federation, the European Union, and the United Nations to respond to these unilateral annexation plans with a time-delimited and phased Peace Initiative in line with International law and United Nations

11 31

State of Palestine Retweeted

**Itay Epshtain** @Epshtainitay · May 7

During the holy month of #Ramadan, amid the #COVID19 pandemic, #Israel has destroyed a record number of #Palestinian properties, including humanitarian aid provided by donor states, in breach of international humanitarian law #IHL

Jan Egeland and 3 others

1 107 69

Show this thread

**State of Palestine** @Palestine_UN · May 7

#Arabic #PressStatement: 6 May 2020: #ArabGroup Delegation meets w/ @antonioguterres in Mobilization against #Israeli Illegal #Annexation Plans in the Occupied #Palestinian #Territory @UN @UNNewsArabic @arableague_gs @TajalAlhaj @nadplo

**You might like**

**Huawei** @Huawei Follow
Promoted

**Palestine PLO-NAD** @nadplo Follow

**Palestine Info Center** @palinfoen Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

**Messages**

State of Palestine

9 · 14

**State of Palestine** @Palestine_UN · May 7

6 May 2020: #PressStatement #ArabGroup Delegation meets w/ @antonioguterres in mobilization against #Israels Illegal #Annexation Plans in the Occupied #Palestinian Territory @UN @arableague_gs @PalestinePOP #Palestine #UNSC

جامعة الدول العربية

Press Statement

Arab Group Delegation Meets with UN Secretary-General in Mobilization against Israel's Illegal Annexation Plans in the Occupied Palestinian Territory

1 · 26 · 51

**State of Palestine** @Palestine_UN · May 6

#Arabic #PressStatement @UNISPAL (5 May 2020) "Annexation is a Threat to the Two-State Solution" @UN @UNNewsArabic @UNISPAL @TalalAlHaj #COVID19 #Rights4Palestine #Annexation #Jerusalem

بيان اللجنة الجمعية العامة المعنية بممارسة الشعب الفلسطيني لحقوقه غير القابلة للتصرف

الضم هو تهديد لحل الدولتين:

مع تحول انتباه العالم إلى مكافحة جائحة كوفيد-19، يواجه الشعب الفلسطيني تحت الاحتلال أزمة إضافية - تهديد الضم

حتى أثناء حالة الطوارئ الصحية غير المسبوقة، واصلت اسرائيل، سلطة الاحتلال، ترسيخ الاحتلال الغير قانوني و اعلنت بصورة واضحة عن نيتها

2 · 10 · 17

**State of Palestine** @Palestine_UN · May 6

5 May 2020: Statement by @DrShtayyeh, Prime Minister of #Palestine (In the 9th week of the #COVID19 State of Emergency) @UNISPAL @ochaopt @UN @PalestinePOP #coronavirus

5 · 6

## You might like

Huawei @Huawei · Promoted · Follow

Palestine PLO-NAD @nadplo · Follow

Palestine Info Center @palinfoen · Follow

Show more

## What's happening

US elections · LIVE

**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**

Now is definitely not the time to stop reading.

Promoted by The Washington Post

CNBC · 21 minutes ago

**Election 2020: Tracking the Road to 270**

US election · Yesterday

**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE

**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More © 2020 Twitter, Inc.

Messages

**State of Palestine** @Palestine_UN · May 5
#PressStatement @UNISPAL (5 May 2020) "Annexation is a Threat to the Two-State Solution" @UN @PalestinePDP @nadplo @sochact #Palestine #COVID19 #RightsofPalestine @AP #Annexation #Jerusalem

🔁 **State of Palestine** Retweeted

**Hanan Ashrawi** @DrHananAshrawi · May 4
Indeed. The effective deterrent to #IsraeliAnnexation the real response to #IsraeliViolations, & the genuine exercise of #accountability in confronting persistent #IsraeliImpunity are all achieved by a robust sanctions regime that can put an end to #IsraeliCrimes

**Caabu** @Caabu · May 1
127 British politicians demand UK impose sanctions on Israel in the event of annexation of occupied Palestinian territory
caabu.org/news/news/127-...

See the Guardian's coverage of the letter from former Cabinet members, ministers, diplomats, MPs & Peers. theguardian.com/world/2020/may...

Show this thread

**State of Palestine** @Palestine_UN · May 1
#May1st, -Minister of Health,State of #Palestine,Dr. Mai Alkaila,has reported 10 new cases of the #coronavirus infection in the #oPt, bringing the total # of cases to 517 (@WHOoPt reported 507 yesterday).The # of cases in #Gaza still stand at 17. #COVID_19

🦠 **WHO in occupied Palestinian territory** @WHOoPt · Apr 30
WHO's oPt Coronavirus disease (COVID-19) Update 26*
Total cases in oPt: 507**
🔴 West Bank: 490
🟢 Gaza: 17
Deaths reported in oPt: 4**

**You might like**

**Huawei** @Huawei
🔵 Promoted                    Follow

**Palestine PLO-NAD** @nadplo      Follow

**Palestine Info Center** @palinfoen      Follow

Show more

**What's happening**

US election · 🔴 LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection
Now is definitely not the time to stop reading.
🔵 Promoted by The Washington Post

● CNBC ✔ · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US election · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US election · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More···   © 2020 Twitter, Inc.

**Messages**



WHO in occupied Palestinian territory ✔ @WHOoPt · Apr 30
WHO's oPt Coronavirus disease (COVID-19) Update 26*
Total cases in oPt: 507**
  • West Bank: 490
  • Gaza: 17
Deaths reported in oPt: 4**
  • West Bank: 4
  • Gaza: 0
Cases recovered: 94**
  • West Bank: 84
  • Gaza: 10

Full report: bit.ly/2VOnkEY
**now includes East Jerusalem

State of Palestine ✔ @Palestine_UN · May 1
As we commemorate #InternationalWorkersDay, let us take a moment to
celebrate & honor the dedication & hard work of all of our workers, who
continue to support the continuous growth of our nation, the State of
#Palestine and the world. #LaborDay #MayDay

State of Palestine ✔ @Palestine_UN · Apr 30
29 April 2020 — Letter by Amb. Dr. Riyad Mansour to the Pres of Security
Council regarding recent #UNSC @un meeting where Amb. Mansour was
accused of antisemitism once again by the #Israeli Rep. Read our response
here: shar.es/aHAFbM #Palestine @un @CommisonRepUN

State of Palestine ✔ @Palestine_UN · Apr 29
Occupied Territories Bill irishtimes.com/opinion/letter... #UN #Palestine
#Annexation #WestBank #Jerusalem #Annexation #Annexation
#OPT

You might like

Huawei ✔   @Huawei   Follow
🔵 Promoted

Palestine PLO-NAD ✔   @nadplo   Follow

Palestine Info Center   @palinfoen   Follow

Show more

What's happening

US election   LIVE
Election results: Presidential race
is undecided as ballot counting
continues, according to AP, ABC
and NBC

#ThePostElection 🦅
Now is definitely not the time to stop reading.
🔵 Promoted by The Washington Post

CNBC ✔ · 2 minutes ago
Election 2020: Tracking the Road
to 270

US election · Yesterday
USPS says they completed ballot
sweeps late Tuesday in over 10
states after the deadline

US election · LIVE
New York: Get local updates
about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More...  © 2020 Twitter, Inc.

Messages









**State of Palestine**
2,859 Tweets

Occupied Territories Bill
irishtimes.com

2 3 10

State of Palestine Retweeted

**IMEU** @theIMEU · Apr 28

Ever since Trump took office in 2016, Israel has built more illegal settlements on Palestinian land and displaced more families than in previous years. Now, Israel plans to begin annexing entire swathes of land in the West Bank.
aljazeera.com/news/2020/04/n...

6 53 49

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · Apr 28

The Compilation of @UN Resolutions and Decisions Adopted in 2019 on the question of #Palestine is available on @unispal in #English and #French

Here: un.org/unispal/docume...

#rights4palestine, #uedunyvoices

5 21

**State of Palestine** @Palestine_UN · Apr 28

Statement of #Solidarity and Appreciation to the City of #NewYork from 167 #UN Member States and Permanent Observers upon the initiative of the Hashemite Kingdom of #Jordan. Read full statement here: @un #covid19 #palestine @JordanUN_NY #NYC

## You might like

**Huawei** @Huawei — Follow
Promoted

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 5 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More — © 2020 Twitter, Inc.

**Messages**

**State of Palestine**

**State of Palestine** @Palestine_UN · Apr 28
Statement of #Solidarity and Appreciation to the City of #NewYork from 167 #UN Member States and Permanent Observers upon the initiative of the Hashemite Kingdom of #Jordan. Read full statement here:

State of Palestine Retweeted
**OCHA oPt (Palestine)** @ochaopt · Apr 26
We've revised our #COVID19 Response Plan for the occupied #Palestinian territory to include critical assistance in #EastJerusalem and in quarantine centres. We're now seeking $41.9 million for our emergency response.

State of Palestine Retweeted
**Jamie McGoldrick** @jamiemcgoldrick8 · Apr 24
Yesterday, Israeli authorities demolished a donor-funded home in Ein ad Duyuk at Tahta for lacking permits, displacing a family of 8. With the #COVID19 crisis, people are more vulnerable than ever. As Ramadan starts, I reiterate: demolitions must stop. 📷before/after

State of Palestine Retweeted
**Ibrahim Milhim | ابراهيم ملحم** @ibrahimmilhim · Apr 24
During this Evening's Press Briefing, Minister of Health Dr. Mai al-Kaileh announced the recording of 4 new #COVID19 cases raising the total number of confirmed cases in #Palestine to 484. So far, we've conducted 27,800 #Covid_19 tests & 103 cases have fully recovered.

**State of Palestine** @Palestine_UN · Apr
Statement by H.E. Minister Riyad Mansour, @palestine_un, before the United Nations Security Council, Debate on the Situation in the #MiddleEast, including the #Palestine Question, New York, 23 April 2020. Read full statement here:

State of Palestine Retweeted

## You might like

**Huawei** @Huawei — Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

**Messages**

**State of Palestine**

including the #Palestine Question, New York, 23 April 2020. Read full statement here:

2 13 30

State of Palestine Retweeted

**NorwayUN** @NorwayUN · Apr 23

Effects of #COVID19 are deeply felt in #MiddleEast. The pandemic and its consequences exacerbates already dire #humanitarian crises, threatening to create new ones.

Clear message from Norway's FM #EriksenSoreide

connected to today's #UNSC meeting:

Show this thread

State of Palestine Retweeted

**Ireland at UN** · Apr 23

"Ireland is deeply concerned by the impact of COVID-19 in the Middle East, and the risks are exacerbated in countries affected by conflict."

Ireland's full statement to the #UNSC Open Debate on the situation in the Middle East:

**State of Palestine** @Palestine_UN · Apr 23

## You might like

**Huawei** @Huawei Follow

**Palestine PLO-NAD** Follow

**Palestine Info Center** Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

**CNBC**
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More © 2020 Twitter, Inc.

**Messages**

State of Palestine 🔵

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"the #Palestinian ppl will never forgo their inalienable human rights,including to self-determination & independence...Even if the two-State solution is destroyed,it will not end their quest for freedom & justice."(cont.)
#Palestine #UN #UNSC

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"The real concerns & worries raised worldwide by this horrible pandemic cannot be used as an excuse to ignore human rights violations & look the other way, as #Israel would wish everyone do."(cont.) #COVID19 #Palestine

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"...the years have proven that statements alone will not compel #Israel's respect for the law,nor avert its looming destruction of the two-State solution as #annexation is unfolding on the ground as we speak"(cont.)

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"We reiterate the #US plan will not bring peace.This plan-and #Israels decision to proceed w/ #annexation-will destroy the two-State solution & entrench Israel's military control over the #Palestinian ppl and land"(cont.)

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"Most flagrant of these violations has been #Israels annexation push.Officials & extremists openly vow to #annex parts or all of the #WestBank & brag about plans 2 commit this crime & to do in full coordination w/the current @TheSamhUN admin"(cont.)

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"Whatever technical coordination has been achieved b/w the 2 sides in recent weeks 2 combat #COVID19 has been undercut by incessant violations. This is not politicization of the matter,as alleged by the #Israeli rep,these are hard facts"(cont.)

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"...the state of emergency declared on 5 March remains in place w/ a view to stopping the virus' spread,which would be disastrous,esp. in #Gaza where the health system is near collapse & an outbreak would gravely endanger lives...(cont.)

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"#Israel must be unequivocally called upon 2 respect its legal obligations under 4th Geneva Conv.& accountability 4 violations is imperative.Only this way can human lives be saved & can the potential for #Peace & justice ever be realized"(cont.)

**State of Palestine** ✔ @Palestine_UN · Apr 23
Amb. Mansour:"We also underscore @antonioguterres wise call for a global ceasefire,which Pres. #Abbas has endorsed on behalf of State of #Palestine.This must include a call on #Israel, the occupying Power to cease its war against the #Palestinian ppl" (cont.)

**State of Palestine** ✔ @Palestine_UN · Apr 23

**You might like**

Huawei ✔
@Huawei                    Follow
🔵 Promoted

Palestine PLO-NAD ✔
@nad0010                   Follow

Palestine Info Center
@palinfoen                 Follow

Show more

**What's happening**

US elections · LIVE
Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC

#ThePostElection 🗳️
Now is definitely not the time (to stop reading).
Promoted by The Washington Post

CNBC ✔ · 5 minutes ago
Election 2020: Tracking the Road to 270

US election · Yesterday
USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline

US election · LIVE
New York: Get local updates about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More...  © 2020 Twitter, Inc.

Messages









**State of Palestine**

#Palestine.This must include a call on #Israel, the occupying Power to cease its war against the #Palestinian ppl" (cont.)

1

**State of Palestine** @Palestine_UN · Apr 23

#NOW: Amb. Mansour @UN #SC briefing:"(we recognize) the valiant efforts of @UNRWA in support of the #Palestine refugees(helping protect them from the ravages of the pandemic;we appeal for urgent int. support to #UNRWA 2 ensure continuity of its wrk" (cont.)

**State of Palestine** @Palestine_UN · Apr 23

This morning, Amb. Dr. Riyad Mansour & Cheikh Niang, @unispal Chair will give statements & @nmladenov will brief the @UN #SC on the sit. in the #ME, including the #Palestinian question.

Watch live from 10 AM EST webtv.un.org/live/

#Rights4Palestine

This Tweet is unavailable.

1 2 7

State of Palestine Retweeted

**UNRWA** @UNRWA · Apr 22

This #EarthDay we remember our ties to the earth, its many blessings and our continued responsibility to build a world more beautiful than the one we inherited.

#UNRWA #forPalestineRefugees #InThisTogether #EarthDay2020 #SDG11 #ClimateAction

© 2011 UNRWA Photo by Alaa Ghosheh

7 16

**State of Palestine** @Palestine_UN · Apr 22

Watch full video of the virtual event: In conversation with #Palestinian Palestinian civil society "The #COVID-19 pandemic under occupation – national resilience and international support" April 21, 2020,on YouTube: #Palestine #Jerusalem #Gaza

**UN CEIRPP** @UNISPAL · Apr 22

You can also watch the full video of the virtual event: In conversation with Palestinian civil society "The COVID-19 pandemic under occupation – national resilience and international support" April 21, 2020, on YouTube: youtube.com/watch?v=CRW_ig...

1 1 1

State of Palestine Retweeted

**OCHA oPt (Palestine)** @ochaopt · Apr

Read our latest situation report on #COVID19 in the occupied #Palestinian territory: ochaopt.org/content/covid-...

## You might like

**Huawei** @Huawei Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE

**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**

Now is definitely not the time to stop reading.

Promoted by The Washington Post

CNBC · 31 minutes ago

**Election 2020: Tracking the Road to 270**

US elections · Yesterday

**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE

**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More — © 2020 Twitter, Inc.

**Messages**

**State of Palestine**

State of Palestine Retweeted

**OCHA oPt (Palestine)** @ochaopt · Apr 22

Read our latest situation report on #COVID19 in the occupied #Palestinian territory: ochaopt.org/content/covid-...

15 · 18

**State of Palestine** @Palestine_UN · Apr 21

Watch Amb. Mansour @Palestine_UN & members of the #Palestine civil society as they discuss the #COVID19 pandemic under #occupation. @UNISPAL @WomenPalestine @angrialt001 @issam_younis #RightsPalestine @AH_PCN #Gaza

> **UN CEIRPP** @UNISPAL · Apr 21
>
> Palestinian ambassador to UN at @unispal live conversation with Palestinian civil society: Fulfillment of #SDGs needed to help humanity, including in Palestine, to survive impact of pandemic– together.
>
> Watch live: tinyurl.com/y8pwremt
>
> #Rights4Palestine #COVID1

3 · 7

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · Apr 17

انضموا إلينا مباشرة يوم الثلاثاء 21 أبريل الساعة 10.00 صباحًا بتوقيت نيويورك لمناقشة الكترونية مع المجتمع المدني الفلسطيني بشأن وباء #كورونا في ظل الاحتلال

للمشاهدة انقر هنا facebook.com/UNPalestinian

للمزيد من المعلومات bit.ly/2X0KHGI

#فلسطين

@UNarabic @Palestine_UN

> In conversation with Palestinian civil society: "The CO...
> UN Committee on the Exercise of the Inalienable Rights of the Palestinian People: In conversation with...
> unorg

3 · 1

**State of Palestine** @Palestine_UN · Apr 20

Dr. Hanan Ashrawi: #Palestinian Leadership will Confront Israel's United Agenda of Permanent Aggression and #Annexation

dci.plo.ps/en/article/51...

1 · 1 · 8

State of Palestine Retweeted

**Simon Coveney** @simoncoveney · Apr 16

#Ireland strongly supports @WHO in efforts to coordinate a global response to combat #COVID19. So many countries rely on @UN expertise and capacity to save lives. Ireland is quadrupling our normal annual financial contribution to @WHO for 2020 to €9.5 million.

## You might like

**Huawei** @Huawei · Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @pinfocenter — Follow

Show more

## What's happening

US elections · LIVE

**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**

Now is definitely not the time to stop reading.

Promoted by The Washington Post

CNBC · 3 minutes ago

**Election 2020: Tracking the Road to 270**

US elections · Yesterday

**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE

**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More — © 2020 Twitter, Inc.

**Messages**

**State of Palestine**

**Simon Coveney** @simoncoveney · Apr 11

#Ireland strongly supports @WHO in efforts to coordinate a global response to combat #COVID19. So many countries rely on @UN expertise and capacity to save lives. Ireland is quadrupling our normal annual financial contribution to @WHO for 2020 to €9.5 million.

796 2.1K

State of Palestine Retweeted

**UN CEIRPP** @UNISPAL · Apr 17

Join us live on Tuesday 21 April at 10.00 am EST for a conversation with #Palestinian #civilsociety on the #COVID19Pandemic under occupation.

Watch here: facebook.com/UNpalestinian

More info: ...

#

#

In conversation with Palestinian civil society: "The CO...
UN Committee on the Exercise of the Inalienable Rights of the Palestinian People in conversation with ...
un.org

7 10

**State of Palestine** @Palestine_UN · Apr 17

April 17: day to honor our prisoners in Israeli prisons.Their health constantly at risk w/#COVID19 pandemic threatening the world,the #IsraeliOccupation refusing 2 provide sanitary env. 4 prisoners,esp. children. #PalestinianPrisonersDay @DrHananAshrawi

**PLO Department of Public Diplomacy & Policy** @PalestinePDP · Apr 17

READ| @DrHananAshrawi on #PalestinianPrisonersDay: "Palestinian Prisoners are Hostages to Israel's Gratuitous Cruelty and Must be Released"

bit.ly/3bkAVJM

منظمة التحرير الفلسطينية
دائرة الدبلوماسية والسياسات العامة
Palestine Liberation Organization
Department of Public Diplomacy and Policy

For Immediate Release
April 17 2020

**Dr. Ashrawi: Palestinian Prisoners are Hostages to Israel's Gratuitous Cruelty and Must be Released**

Palestinian political prisoners languishing in Israeli detention centers and prisons are hostages to Israel's gratuitous cruelty and victims of its regime of oppression and subjugation, which has maintained this illegal occupation for decades. Approximately 5000 Palestinians are currently imprisoned by Israel in deplorable conditions

8 11 30

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Apr 16

NEW Media Brief - Marking the #PalestinianPrisonersDay on 17 April: a renewed call to the international community to ensure the protection of #Palestine's prisoners, especially amidst the outbreak of #COVID19. In ENG: ... In AR: ...

**You might like**

**Huawei** @Huawei — Promoted — Follow

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 31 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

**Messages**

PALESTINE'S PRISONERS
BETWEEN THE THREAT OF COVID-19
AND ISRAEL'S ARBITRARY POLICIES

**State of Palestine** @Palestine_UN · Apr 16
COVID-19 Emergency Situation Report 4 (7 – 13 April 2020)
@hacq @oag/ramenV/covid... @UN @schaug1 #Palestine #Jerusalem #Gaza
#COVID–19

COVID-19 Emergency Situation Report 4 (7 – 13 April...
Second fatality recorded in the OPt. Undocumented
COVID-19 cases in East Jerusalem of increasing...
 ocha.org

**State of Palestine** @Palestine_UN · Apr 16
Israel's destruction of Palestinian property undermines efforts to curb Covid-
19 | NRC micro/news/2020/apri... @NRC_Norway @Norway oN
@UN @Norway=Palestine #COVID #Refugee @UN

PRESS RELEASE

NRC
NORWEGIAN
REFUGEE COUNCIL

Israel's destruction of Palestinian property undermines efforts to curb C...
Israel's recent targeting of homes and businesses, sanitation and hygiene
facilities in the occupied West Bank violates international law and...
 nrc.no

**State of Palestine** @Palestine_UN · Apr 15
15 April 2020 – Escalating Israeli violations – Threats of annexation in the
occupied #Palestinian territory. Read full statement here: bit.ly/3aH(FXV
 bit #Palestine #Jerusalem #gaza #covid19 #unsc #apl

**State of Palestine** @Palestine_UN · Apr 14
Amb. Mansour @Palestine_UN along w/ @mazzaemnes & other
Ambassadors from @UN engage in a discussion today regarding @UNRWA,
#Palestine, #COVID19 & #Gaza. You can watch the full video in link below:

🔵 **UN CEIRPP** @UNSPAL · Apr 14
The full video of today's conversation with Matthias Schmale, #UNRWA
Director in Gaza can be watched on the Committee YouTube page at the
link below:

youtube.com/watch?v=P--oqJU...

**You might like**

Huawei
@Huawei
Follow

Palestine PLO-NAD
@nadolo
Follow

Palestine Info Center
@palinfoen
Follow

Show more

**What's happening**

US election · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

#ThePostElection
Now is definitely not the time to stop voting
Promoted by The Messenger

CNBC ·
**Election 2020: Tracking the Road to 270**

US election · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US election · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   more—   © 2020 Twitter, Inc.

**Messages**



Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



**State of Palestine** ✔ @Palestine_UN · Apr 12

Prime Minister of the State of #Palestine, Dr. @mstayyeh delivers a message of solidarity and hope as many in the world celebrate #Easter during these extremely dark and unprecedented times. @UN #Palestine #COVID19

**Dr. Mohammad Shtayyeh** ✔ د. محمد اشتية @DrShtayyeh · Apr 12

To us in #Palestine, #Easter is a religious and national holiday. Our culture represents a mosaic of ideas, faiths, and experiences. Today, we join the prayer of millions around the world, may it heal our nations and bring us hope and light to overcome such dire times. #COVID19

♡ 2   ↻ 6   ♡ 34

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestin... · Apr 12

@OrHananAshrawi: "While the world works on saving lives, US and Israel working on killing prospects of peace through annexation"

Access here 👉 bit.ly/2wO7JMw

منظمة التحرير الفلسطينية
Palestine Liberation Organization

Dr. Hanan Ashrawi: While the world works on saving lives, US and Israel working on killing prospects of peace through annexation

12 April 2020

♡ 1   ↻ 17   ♡ 43

**State of Palestine** ✔ @Palestine_UN · Apr 12

(12 April) Statement by @UN Special Coordinator @nmladenov on the socio-economic impact of the #COVID19 impact in the occupied #Palestinian territory.

Statement by UN Special Coordinator Nickolay Mlad...
"I am concerned about the socio-economic consequences of the COVID-19 health crisis on the..."
unsco.unmissions.org

♡ 1   ↻ 1   ♡ 10

State of Palestine Retweeted

**Palestine PLO-NAD** ✔ @nadplo · Apr 10

NEW Infographic: Summary of Israeli violations since the State of #Palestine declared a state of emergency over the outbreak of #COVID19.
bit.ly/2XswnHr

STATE OF PALESTINE
PALESTINE LIBERATION ORGANIZATION
NEGOTIATIONS AFFAIRS DEPARTMENT
**ISRAELI VIOLATIONS UNDER COVID-19   5 MARCH - 3 APRIL 2020**
Key Israeli Violations    Israeli Violations in Occupied Palestine

**You might like**

Huawei ✔ @Huawei    Follow
Promoted

Palestine PLO-NAD ✔ @nadplo    Follow

Palestine Info Center @palinfoen    Follow

Show more

**What's happening**

US election · LIVE
Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC ✔ · minutes ago
Election 2020: Tracking the Road to 270

US election · Yesterday
USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline

US election · LIVE
New York: Get local updates about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More…  © 2020 Twitter, Inc.

Messages



**State of Palestine**

**State of Palestine** @Palestine_UN · Apr 10

The #European Union supports the #Palestinians with an assistance package of around €71 million in response to the #coronavirus pandemic - European External Action Service europa.eu/!Nv33by @EUatUN #Covid19 #Palestine #Gaza @UN

The European Union supports the Palestinians with a...
EEAS - European External Action Service - European Union External Action
eeas.europa.eu

State of Palestine Retweeted

**Estonia in UN** @EstoniaUN · Apr 9

#SecurityCouncil's Press Elements after VTC meeting with @UN SG @antonioguterres on #COVID19 affects on international peace & security around the world.

#EstoniaInUNSC

UNSC Press Elements on COVID-19

9 April 2020

The Security Council held a closed video-conference on the "Impact of Covid-19 on the issues that fall under the Council's mandate" on April 9, 2020, which was chaired by the President of the Council, H.E. Mr. Jose Singer.

The members of the Security Council were briefed by UN Secretary-General, Mr. Antonio Guterres.

The Members of the Security Council were briefed on the Secretary-General's appeal for a global ceasefire and on the

Liv in the UN and 2 others

State of Palestine Retweeted

**UNHCR, the UN Refugee Agency** @Refugees · Apr 9

When it comes to coronavirus... why should you care about refugees?

## You might like

**Huawei** @Huawei Follow
Promoted

**Palestine PLO-NAD** @nadplo Follow

**Palestine Info Center** @palinfoen Follow

Show more

## What's happening

US election · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US election · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

Messages



State of Palestine

**State of Palestine** @Palestine_UN · Apr 9

The #EU is trying to secure funds to address health, economic & social needs to tackle #COVID19. #StrongerTogether @Palestine_UN #Palestine @EUatUN

> **Josep Borrell Fontelles** @JosepBorrellF · Apr 9
>
> EU launches #TeamEurope to support partner countries around the world with €20 bn to fight the #coronavirus. We can only win this fight together #StrongerTogether
> @JuttaUrpilainen @OliverVarhelyi @JanezLenarcic @PhilHoganEU @EU_Commission
> europa.eu/!Cj69Cp

State of Palestine Retweeted

**PLO Department of Public Diplomacy & Policy** @Palestine... · Apr 9

State of #Palestine joins 122 other states and the European Union in signing a letter supporting UNSG @antonioguterres appeal on Gender-based violence and #COVID19, and recognizing women's prominent role in fighting the global pandemic.

**You might like**

Huawei @Huawei — Promoted — Follow

Palestine PLO-NAD @nadplo — Follow

Palestine Info Center @palinfoen — Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More — © 2020 Twitter, Inc.

Messages



Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT







State of Palestine

A Facebook event at
https://www.facebook.com/UN.palestinianrights/

**Committee on the Exercise of the Inalienable Rights of the Palestinian People**

Twitter: @unispal • Facebook: @UN.palestinianrights
YouTube: United Nations Division for Palestinian Rights

6 3

**State of Palestine** @Palestine_UN · Apr 7
@Palestine_UN #Palestine #WorldHealthDay #COVID19

**UNRWA** @UNRWA · Apr 7
Palestine refugee children receive health check-ups & medications at the UNRWA Ma'an Health Centre, Gaza during the COVID-19 outbreak.

This World Health Day, UNRWA honours seventy years of service by its health care team.

#WorldHealthDay #InThisTogether #UNRWACOVID19 #Nurses

1 10

**State of Palestine** @Palestine_UN · Apr 7
COVID-19 Emergency Situation Report 3 (1 - 6 April 2020)
ochaopt.org/content/covid-... @un @ocha #palestine #gaza #covid19

COVID-19 Emergency Situation Report 3 (1 - 6 April ...
State of Emergency across the oPt extended through early May 2020. Increasing shortages in personal ...
ochaopt.org

4 7

**State of Palestine** @Palestine_UN · Apr 7
COVID-19 Impact in MENA | PITAPOLICY pitapolicy.com/covid-19-impac...
via @PITAPOLICY @un #palestine #covid19 #mena @who

COVID-19 Impact in MENA
In addition to the economic and health impacts, COVID-19 exacerbates ongoing conflicts in the Easte...
pitapolicy.com

4 9

**State of Palestine** @Palestine_UN · Apr 7
@Palestine_UN #Palestine #Gaza #CoronavirusPandemic

**EU at UN-NY** @EUatUN · Apr 7
«Now, more than ever, is the time to agree on a worldwide truce, to stop all armed conflicts and immediately halt the fighting.»

HR/VP @JosepBorrellF on the EU's
strong support for SG's appeal for an immediate #globalceasefire in

## You might like

**Huawei** @Huawei
Promoted
Follow

**Palestine PLO-NAD** @nadplo
Follow

**Palestine Info Center** @palinfoen
Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

**Messages**

**State of Palestine**

**EU at UN-NY** @EU_UN · Apr 3

«Now, more than ever, is the time to agree on a worldwide truce, to stop all armed conflicts and immediately halt the fighting.»

HR/VP @JosepBorrellF on the EU's strong support for SG's appeal for an immediate #globalceasefire in light of the ##COVID19 pandemic.

EN

PRESS RELEASE

**Declaration by the High Representative Josep Borrell on behalf of the EU on the UN Secretary General's appeal for an immediate global ceasefire**

1 · 2 · 4

**State of Palestine** @Palestine_UN · Apr 2

2 April 2020 – #Israeli Violations amid COVID19 pandemic. Read our statement in full here: @un #Palestine #Gaza #Jerusalem #COVID19

1 · 10 · 11

**State of Palestine** @Palestine_UN · Apr 1

A new publication by @WHO highlights the importance of addressing the needs of #refugees & migrants when preparing for or responding to the #COVID19 pandemic. Read publication here:

euro.who.int/en/health-topi...

@UNISPAL #palestine #gaza @UN

WHO Europe

Measures against COVID-19 need to include refugee...

A new publication highlights the importance of addressing the needs of refugees and migrants when...

euro.who.int

3 · 10

**State of Palestine** @Palestine_UN · Mar 31

#UN Special Coordinator @nmladenov Briefs the #SC on the Implementation of SCR #2334 (2016) unsco.unmissions.org/un-special-coo... @un #palestine #gaza #covid19

UN Special Coordinator Nickolay Mladenov Briefs th...

Mister President, Members of the Security Council, On behalf of the Secretary-General, I will devote this...

unsco.unmissions.org

1 · 1 · 4

State of Palestine Retweeted

**Palestine PLO-NAD** @nadplo · Mar 30

Today, occupied #Palestine marks #LandDay as we and the world face the threat of #COVID19. With resilience and strength, we will defeat it despite the continued Israeli violations against the land and people of Palestine.

**You might like**

**Huawei** @Huawei · Promoted · Follow

**Palestine PLO-NAD** @nadplo · Follow

**Palestine Info Center** @palinfoen · Follow

Show more

**What's happening**

US elections · LIVE

**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**

Now is definitely not the time to stop reading.

Promoted by The Washington Post

CNBC · 3 minutes ago

**Election 2020: Tracking the Road to 270**

US elections · Yesterday

**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE

**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More © 2020 Twitter, Inc.

**Messages**

**State of Palestine**
3,823 Tweets

Follow

the continued Israeli violations against the land and people of Palestine.

7 · 78 · 86

Show this thread

**State of Palestine** @Palestine_UN · Mar 27
#LIVE NOW: @UN: Briefing will focus on outreach to Member States and other stakeholders on measures to mitigate the impact of this pandemic on the work of the #UN as we work through this worldwide crisis. #COVID2019 #Palestine @pmofa @Palestine_UN

> **UN Web TV** @UNWebTV · Mar 24
> LIVE briefing to Member States on the challenge posed by #COVID19 to the work of the Organisation & the activities of its principal organs. With #UNGA #UNSC @UNECOSOC Presidents & @UN Secretary-General @antonioguterres
> 27 March 10AM (EDT, NY time) twitter.com/i/broadcasts/1...

4 · 6 · 8

**State of Palestine** @Palestine_UN · Mar 26
Right now 195 countries around the world have reported cases of #COVID19. @antonioguterres "The world is only as strong as our weakest health system" #UNSG called for 2 billion to combat the pandemic worldwide over the next 9 months. #Palestine @pmofa

> **UN Humanitarian** @UNOCHA · Mar 25
> NOW: @antonioguterres @UNReliefChief @DrTedros @unicefchief virtually launch the #COVID19 Global Humanitarian Response Plan.
>
> Watch live
> twitter.com/i/broadcasts/1...
> Show this thread

9 · 4 · 7

State of Palestine Retweeted
**UNRWA** @UNRWA · Mar 30
#Gaza has been under blockade for more than 13 years. 1.4 m Palestine refugees are now at risk with the outbreak of the COVID-19 pandemic. Director of UNRWA Operations in Gaza, Matthias Schmale describes #UNRWA concerns & calls on donors to help avert a humanitarian catastrophe.

Search Twitter

## You might like

**Huawei** @Huawei · Promoted · Follow

**Palestine PLO-NAD** @nadplo · Follow

**Palestine Info Center** @pinfomen · Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

Messages



Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT



**State of Palestine** ✔ @Palestine_UN · Mar 24
COVID-19 Emergency Situation Report 1 (as of 1200 hrs, 24 March 2020) See report in full here: ...Gaza #covid-19 #coronavirus #stayathome 🔴

COVID-19 Emergency Situation Report 1 (as of 1200 ...
On 22 March, the Palestinian authority imposed a curfew in the West Bank for 14 days, obliging people...
ochaopt.org

**State of Palestine** ✔ @Palestine_UN · Mar 22
The State of #Palestine is now following suite with several nations around the world as they announce a national quarantine for 14 days to combat this international pandemic. #COVID-19 #CoronavirusOutbreak #StatemingtEective @pmofa @PalestinePMO

**Dr. Mohammad Shtayyeh** د. محمد اشتية @DrShtayyeh · Mar 21
Under the directions/ supervision of H.E. President Mahmoud Abbas, I today announced new strict measures against the spread of the #novelcoronavirus. Everyone should observe a compulsory 14-day quarantine in their homes as of 22:00 tonight (exceptions apply). #Palestine

State of Palestine Retweeted.

**PLO Department of Public Diplomacy & Policy** @Palestin... · Mar 23
@antoniogueterez told UN News that a possible COVID-19 outbreak in #Gaza can be terrible due to the long-term blockade, over population and limited health facilities in the region.

UN warns of 'frightening' consequences of virus in Gaza
UN humanitarian coordinator for the occupied Palestinian territory said that there can be frightening consequences of coronavirus in Gaza Strip...
middleeastmonitor.com

**State of Palestine** ✔ @Palestine_UN · Mar 21
Secretary-General's Appeal for Global Ceasefire un.org/sg/en/content/... @antonioguterres #palestine #covid19 #coronavirus #gaza

**State of Palestine** ✔ @Palestine_UN · Mar 20
OHCHR | COVID-19: Israel has 'legal duty' to ensure that #Palestinian in #OPT receive essential health services – UN expert ohchr.org/en/NewsEv... @un... #palestine #COVID19 #coronavirus

**You might like**

Huawei ✔ @Huawei
Promoted
[Follow]

Palestine PLO-NAD ✔ @nadplo
[Follow]

Palestine Info Center @palinfoen
[Follow]

Show more

**What's happening**

US election · 🔴 LIVE
Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC

#ThePostElection ✔
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC ✔ · 4 minutes ago
Election 2020: Tracking the Road to 270

US election · Yesterday
USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline

US election · LIVE
New York: Get local updates about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More—  © 2020 Twitter, Inc.

**Messages**



**State of Palestine** @Palestine_UN · Mar 20
OHCHR | COVID-19: Israel has 'legal duty' to ensure that #Palestinians in #OPT receive essential health services – UN expert #israel #OPt @un #palestine #COVID19 #coronavirus

**State of Palestine** @Palestine_UN · Mar 20
Protection of Civilians Report | 3 - 16 March 2020 ochaopt.org/pocr-16 #israel @un @ocha #palestine #conflict #coronavirus

State of Palestine Retweeted

**Palestinian Public Diplomacy** @MoFPPD · Mar 17
#Bethlehem has been under quarantine for 13 days. Despite the difficulties, we pray for fast recovery for all those affected by #coronavirus in #Palestine and abroad. A message of peace and solidarity from Bethlehem, the City of Peace, to the rest of the world!

#COVID19 #PMOFA

A message of peace and solidarity from Bethlehem

1:39  10.3K views

State of Palestine Retweeted

**UN Special Procedures** @UN_SPExperts · Mar 19
#COVID19: Israel has 'legal duty' to ensure that #Palestinians receive essential health services – UN expert Michael Lynk, urging all the authorities to apply an approach centered on human rights in their efforts to contain & roll back the pandemic 👉 ow.ly/uHWn50qPWd2

COVID-19

**State of Palestine** @Palestine_UN · Mar 17
(17 March 2020) Letter signed by 64 members of #US Congress & addressed to @SecPompeo called on US adm. to oppose #Israeli demolition of #Palestinian homes in the occupied #WestBank #DiPl6MoE #Palestine

**PLO Department of Public Diplomacy & Policy** @MoFAeu · Mar 17
US lawmakers call on their administration to oppose Israeli demolition of Palestinian homes | bit.ly/2IRNvU5

**You might like**

Huawei @Huawei    Follow
Promoted

Palestine PLO-NAD @nadplo    Follow

Palestine Info Center @palinfoen    Follow

Show more

**What's happening**

US elections · LIVE
Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC

#ThePostElection 🐦
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · minutes ago
Election 2020: Tracking the Road to 270

US election · Yesterday
USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline

US elections · LIVE
New York: Get local updates about the elections

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More···  © 2020 Twitter, Inc.

**Messages**

Document title: (1) State of Palestine (@Palestine_UN) / Twitter
Capture URL: https://twitter.com/palestine_un?lang=en
Capture timestamp (UTC): Wed, 04 Nov 2020 18:46:41 GMT





**State of Palestine**
3,659 Tweets

PLO Department of Public Diplomacy & Policy @Palesu... · Mar 17
US lawmakers call on their administration to oppose Israeli demolition of Palestinian homes | bit.ly/2IRNvU5

2 13

**State of Palestine** @Palestine_UN · Mar 17
Escalation of Illegal #Israeli Annexation Measures and Settler Violence amid the global pandemic of the #coronavirus #palestine #COVID-19 @un. Read @Palestine_UN statement in full here:

12 15

**State of Palestine** @Palestine_UN · Mar 6
Amb. Mansour w/ Prime Minister of @MYNewYorkUN1 @MalaysiaMFA H.E. Dr. Maharhir Bin Mohamad @ the Intl. Conference on the Question of #Palestine in #KualaLumpur. #rights4palestine @UNISPAL @UN

UN CEIRPP @UNISPAL · Feb 28

رئيس الوزراء الماليزي مهاتير محمد في مؤتمر #فلسطين: يجب أن تمد رابطة أمم جنوب شرق آسيا يدًا موحدة لدعم الشعب الفلسطيني، تقف ماليزيا إلى جانب حل الدولتين المبني على قرارات الأمم المتحدة.
#حقوق_الفلسطين

8 8 14

**State of Palestine** @Palestine_UN · Feb 26
26 February 2020 – Escalation of Illegal #Israeli Settlement Construction Read letter in full here: @un #palestine #jerusalem #settlements

8 3 16

**State of Palestine** @Palestine_UN · Feb 24
Security Council Briefing on the Situation in the #MiddleEast (As Delivered by SC Nickolay Mladenov) #palestine #jerusalem @un

Security Council Briefing on the Situation in the Midd...
Mister President, Members of the Security Council, Two weeks ago, I briefed this Council following the ...

## You might like

**Huawei** @Huawei
Promoted
Follow

**Palestine PLO-NAD** @nadplo
Follow

**Palestine Info Center** @palinfoen
Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More — © 2020 Twitter, Inc.

**Messages**

**State of Palestine** Follow
#Jerusalem @un

Security Council Briefing on the Situation in the Midd...
Mister President, Members of the Security Council,
Two weeks ago, I briefed this Council following the ...
unsco.unmissions.org

1 4 3

**State of Palestine** @Palestine_UN · Feb 20
20 February 2020 – Illegal #Israeli Settlement Activities. Read @palestine_un letter to @antonioguterres here: @un #palestine #jerusalem

1 1

**State of Palestine** @Palestine_UN · Feb 17
14 February 2020 – #Israeli Provocations & the U.S. Plan. Read the @palestine_un full statement here regarding the subject of #annexation, the supposed #dealofthecentury and the recent escalation of violence against the #Palestinian ppl:

12 17

**State of Palestine** @Palestine_UN · Feb 14
Statement by H.E. President Mahmoud #Abbas, President of the State of #Palestine, Delivered before the @UN Security Council on The Situation in the M.E, including the Palestine Question on 11 February 2020

1 6

**State of Palestine** @Palestine_UN · Feb 11

**State of Palestine** @Palestine_UN
Palestine_UN was LIVE
pscp.tv

1 6

**State of Palestine** @Palestine_UN · Feb 11
#Live : Pres #Abbas and former Israeli FM #Olmert at joint press event #Palestine

1 1 1

**State of Palestine** @Palestine_UN · Feb 11

## You might like

**Huawei** @Huawei Follow
Promoted

**Palestine PLO-NAD** @nadplo Follow

**Palestine Info Center** @palinfoen Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 51 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

**Messages**









State of Palestine

**State of Palestine** @Palestine_UN · Feb 11
#Live : Pres #Abbas and former Israeli FM #Olmert at joint press event #Palestine

**State of Palestine** @Palestine_UN · Feb 11
#Live: Press conference with President #Abbas and former #Israeli P.M. #Olmert. #DealOfTheCentury #Palestine

**State of Palestine** @Palestine_UN
#Live: Press conference with President #Abbas and former #Israeli P.M. #Olmert. #DealOfTheCentury #Palestine
pscp.tv

**State of Palestine** @Palestine_UN · Feb 11
Pres. #Abbas "...if this Council's resolutions are disregarded,then who do we resort to? Everytime I look at this map, I lose hope. Is this what the the #Palestinian ppl deserve? How did we get here? Our ppl will not surrender... @UN #DealOfTheCentury

United Nations

**State of Palestine** @Palestine_UN · Feb 11
Pres. #Abbas "...Who among you would accept a similar state and similar conditions? It's like swiss cheese. They (#Israelis) are strengthening the #apartheid regime...this plan is a plan to put an end to the Question of #Palestine..." @UN #DealOfTheCentury

## You might like

**Huawei** @Huawei — Follow
Promoted

**Palestine PLO-NAD** @nadplo — Follow

**Palestine Info Center** @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 5 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

**Messages**

State of Palestine

Pres. #Abbas "...Who among you would accept a similar state and similar conditions? It's like swiss cheese. They (#Israelis) are strengthening the #apartheid regime...this plan is a plan to put an end to the Question of #Palestine..." @UN #DealOfTheCentury

4 83 71

State of Palestine @Palestine_UN · Feb 11

#LIVE Listen to H.E. Pres. Mahmoud #Abbas as he addresses the @UN in the #SecurityCouncil regarding the latest @realDonaldTrump supposed #DealOfTheCentury #Palestine #Jerusalem @UNWebTV

UN CEIRPP @UNISPAL · Feb 11

Happening now! the Security Council will discuss the situation in the #MiddleEast, including the Palestinian question. Secretary-General @antonioguterres and @UN Special Coordinator @nmladenov will take part

Follow on @UNWebTV from 10 am NY time
#Palestine #Rights4Palestine

1 10 5

State of Palestine Retweeted

UN CEIRPP @UNISPAL · Feb 4

Happening now: "...resolving the Israeli-Palestinian conflict remains key to sustainable peace in the Middle East...It is critical that the important Egyptian-led intra-Palestinian reconciliation efforts continue..." @antonioguterres @UNWebTV

6 6 11

State of Palestine Retweeted

UN CEIRPP @UNISPAL · Feb 4

Congratulations to the Permanent Representatives of Senegal, Afghanistan, Cuba, Indonesia, Namibia, and Nicaragua, the new members of the Palestinian Rights Committee Bureau @Mission_Senegal @AfghanMissionUN @CUBAONU @indonesiaunny @NamibiaUN @NicaMission @Palestine_UN #Palestine

## You might like

Huawei @Huawei Promoted — Follow

Palestine PLO-NAD @nadplo — Follow

Palestine Info Center @palinfoen — Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 31 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

Messages

**State of Palestine**
3,659 Tweets

Follow

@NicaMission @Palestine_UN #Palestine

3 30 38

**State of Palestine** @Palestine_UN · Feb 4
The official #Palestinian position rejects this 'plan' & considers the so-called plan a declaration of hostility against the inalienable rights of the #Palestinian ppl. This 'plan' poses a serious threat to the the foundations of int. law @Palestine_UN

**PLO Department of Public Diplomacy & Policy** @Palestin... · Feb 2
Read| The official #Palestinian position from the Trump administration's so-called plan. "This 'plan' contains all the elements of perpetual conflict, oppression & injustice."
bit.ly/PLOposition
Show this thread

5 44 51

**State of Palestine** @Palestine_UN · Jan 30
Statement of @UN_PGA after the announcement by the #Trump administration regarding the so-called #DealOfTheCentury. @Palestine_UN #Palestine @UN #MiddleEastPeacePlan

**UN GA President** @UN_PGA · Jan 29
On the Middle East peace process the @UN is guided by decisions taken by Member States, in which a two-State solution is envisaged as the way forward with Israelis and Palestinians living side by side in peace and security according to international law.
Show this thread

3 11 16

**State of Palestine** @Palestine_UN · Jan 21
Happening Now: Watch #LIVE #SecurityCouncil Meeting on the situation in the Middle East, including the Question of #Palestine. Ambassador Dr Riyad Mansour of the State of Palestine will deliver his statement next. watch: webtv.un.org @UN

United Nations Web TV (@UNWebTV)
UN Web TV is available 24 hours a day with selected LIVE programming of United Nations meetings and events as well as with pre-recorded ...
webtv.un.org

Search Twitter

## You might like

**Huawei** @Huawei
Promoted
Follow

**Palestine PLO-NAD** @nadplo
Follow

**Palestine Info Center** @palinfoen
Follow

Show more

## What's happening

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More © 2020 Twitter, Inc.

**Messages**

United Nations Web TV (@UNWebTV)
UN Web TV is available 24 hours a day with selected LIVE programming
of United Nations meetings and events as well as with pre-recorded ...
webtv.un.org

**State of Palestine** @Palestine_UN · Jan 15
#Live @UN Handover ceremony of #577 Chairmanship from @Palestine_UN
to @mfaguyana: @antonioguterres "Deeply thanking the State of
#Palestine, you have lived up to your commitment; Min. Mansour,you have
shown your effectiveness & generosity to the #UN" @pmofa

RESERVED

**State of Palestine** @Palestine_UN · Jan 15
Min. Malki: "We (Group of #G77) stand together to leave no one behind;
#Palestine knows 1st hand what it feels like 2 be left behind. It was a great
honor to fight 4 the principles of a Group that has fought for so long 4 our
rights" @UN @pmofa @mfaguyana

**State of Palestine** @Palestine_UN · Jan 14
@palestine_un will handover its 2019 Chairmanship of #G77 to the Co-
operative Republic of Guyana in a ceremony  tomorrow Wed., 15 January at
3:00 pm (EST).

Watch the ceremony #LIVE at: webtv.un.org

@UN @antonioguterres @mfaguyana #G77 #Palestine

### You might like

Huawei
@Huawei
Promoted                          Follow

Palestine PLO-NAD
@nadplo                           Follow

Palestine Info Center
@palinfoen                        Follow

Show more

### What's happening

US election · LIVE
**Election results: Presidential race
is undecided as ballot counting
continues, according to AP, ABC
and NBC**

#ThePostElection
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 21 minutes ago
**Election 2020: Tracking the Road
to 270**

US election · Yesterday
**USPS says they completed ballot
sweeps late Tuesday in over 10
states after the deadline**

US election · LIVE
**New York: Get local updates
about the elections**

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More...  © 2020 Twitter, Inc.

**Messages**



**State of Palestine**
3,659 Tweets

United Nations Web TV (@UNWebTV)
UN Web TV is available 24 hours a day with selected LIVE programming of United Nations meetings and events as well as with pre-recorded...
webtv.un.org

2 9 5

**State of Palestine** @Palestine_UN · Jan 13
13 January 2020 – Escalating Illegal Israeli Settlement Activities Read letter in its entirety here: shar.es/a3kYLu @un #palestine #settlements #jerusalem #OPT

5 10 7

**State of Palestine** @Palestine_UN · Jan 7
#Today at the UN: Secretary-General @antonioguterres honors PermReps who have served @UN longer than 10 years at a ceremony hosted by the International Association of PR's #VintageAmbassadors #IAPR #Palestine

6 9

**State of Palestine** @Palestine_UN · Dec 19, 2019
Statement by H.E. Dr. Riyad Mansour, Minister, @Palestine_UN,before the @UN #SecurityCouncil, "The Situation in the #MiddleEast, including the #Palestine Question", 18 December 2019. Read statement here: shar.es/a3Rm1

15

State of Palestine Retweeted
**Pamela Falk** @PamelaFalk · Dec 18, 2019
#MiddleEast Now @UN ~ @Palestine_UN AmbRiyadMansour on the fate of peace in the region @CBSNews/UnitedNations

20 18

**State of Palestine** @Palestine_UN · Dec 11, 2019
11 December 2019 – Illegal Israeli Settlement Activities and Annexation Threats. Read letter in its entirety here: shar.es/a3... @un @Palestine_un #palestine #settlements

1 21

**You might like**

**Huawei** @Huawei Follow
Promoted

**Palestine PLO-NAD** @nadplo Follow

**Palestine Info Center** @palinfoen Follow

Show more

**What's happening**

US elections · LIVE
**Election results: Presidential race is undecided as ballot counting continues, according to AP, ABC and NBC**

**#ThePostElection**
Now is definitely not the time to stop reading.
Promoted by The Washington Post

CNBC · 3 minutes ago
**Election 2020: Tracking the Road to 270**

US elections · Yesterday
**USPS says they completed ballot sweeps late Tuesday in over 10 states after the deadline**

US elections · LIVE
**New York: Get local updates about the elections**

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More · © 2020 Twitter, Inc.

**Messages**