# Exhibit 37

Home > Whois Lookup > PalestineUn.org

## Whois Record for PalestineUn.org

**− Domain Profile**

| | |
|---|---|
| **Registrant Org** | Domains By Proxy, LLC |
| **Registrant Country** | us |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.whois.godaddy.com<br>Whois Server: whois.godaddy.com<br>(p) |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 2,723 days old<br>Created on 2013-05-30<br>Expires on 2023-05-30<br>Updated on 2014-08-14 |
| **Name Servers** | KURT.NS.CLOUDFLARE.COM (has 18,692,704 domains)<br>ZELDA.NS.CLOUDFLARE.COM (has 18,692,704 domains) |
| **Tech Contact** | — |
| **IP Address** | 104.28.22.100 - 555 other sites hosted on this server |
| **IP Location** | - California - San Francisco - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 8 changes on 8 unique IP addresses over 14 years |
| **Hosting History** | 9 changes on 6 unique name servers over 15 years |

**− Website**

| | |
|---|---|
| **Website Title** | State of Palestine Mission to the United Nations &mdash; State of Palestine Mission to the United Nations |
| **Server Type** | cloudflare |
| **Response Code** | 200 |

| Terms  | 1,610 (Unique: 514, Linked: 691)      |
|--------|---------------------------------------|
| Images | 19 (Alt tags missing: 0)              |
| Links  | 166  (Internal: 153, Outbound: 11)    |

**Whois Record ( last updated on 2020-11-12 )**

```
Domain Name: PALESTINEUN.ORG
Registry Domain ID: D168826213-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.whois.godaddy.com
Updated Date: 2014-08-14T15:14:00Z
Creation Date: 2013-05-30T16:17:36Z
Registry Expiry Date: 2023-05-30T16:17:36Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registrant Organization: Domains By Proxy, LLC
Registrant State/Province: Arizona
Registrant Country: US
Name Server: KURT.NS.CLOUDFLARE.COM
Name Server: ZELDA.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)

For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Hosting History |
| Monitor Domain Properties ▼ |
| Reverse IP Address Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |
| ⬇ Preview the Full Domain Report |



View Screenshot History

## Available TLDs

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| PalestineUn.com | Buy Domain |
| PalestineUn.net | Buy Domain |
| PalestineUn.org | View Whois |
| PalestineUn.info | Buy Domain |
| PalestineUn.biz | Buy Domain |
| PalestineUn.us | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2020 DomainTools

ICANN LOOKUP (/)

# Domain Name Registration Data Lookup

Enter a domain name

**Frequently Asked Questions (FAQ) (/faq)**

palestineun.org

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the Domain Name Registration Data Lookup Terms of Use.

## Domain Information

**Name:** palestineun.org

**Registry Domain ID:** D168826213-LROR

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientRenewProhibited (https://icann.org/epp#clientRenewProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
kurt.ns.cloudflare.com
zelda.ns.cloudflare.com

## Dates

**Registry Expiration:** 2023-05-30 16:17:36 UTC

**Updated:** 2014-08-14 15:14:00 UTC

**Created:** 2013-05-30 16:17:36 UTC

## Contact Information

**A note about our privacy policies and terms of service:**

**Registrant:**
We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

**Organization:** Domains By Proxy, LLC

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✕ Ok

Mailing Address: Arizona, United States

# Technical:

Organization: Domains By Proxy, LLC

Mailing Address: Arizona, United States

# Administrative:

Organization: Domains By Proxy, LLC

Mailing Address: Arizona, United States

# Billing:

Organization: Domains By Proxy, LLC

Mailing Address: Arizona, United States

*Redacted for privacy: some of the data in this object has been removed.*

# Registrar Information

Name: GoDaddy.com, LLC

IANA ID: 146

Abuse contact email: abuse@godaddy.com

Abuse contact phone: tel:480-624-2505

# DNSSEC Information

Delegation Signed: Unsigned

# Authoritative Servers

Registry Server URL: https://rdap.publicinterestregistry.net/rdap/org/domain/palestineun.org (https://rdap.publicinterestregistry.net/rdap/org/domain/palestineun.org)

Last updated from Registry RDAP DB: 2020-11-10 12:37:01 UTC

Registrar Server URL: https://rdap.godaddy.com/v1/domain/palestineun.org (https://rdap.godaddy.com/v1/domain/palestineun.org)

Last updated from Registrar RDAP DB: 2020-11-10 12:38:01 UTC

# A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes to privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✕ Ok


Youtube
(http://www.youtube.com/icannnews)


Twitter
(https://www.twitter.com/icann)


Linkedin
(https://www.linkedin.com/company/icann)


Flickr
(http://www.flickr.com/photos/icann)


Facebook
(http://www.facebook.com/icannorg)


Newletters
(https://www.icann.org/resources/pages/global-newsletter-2018)


Community Wiki
(https://community.icann.org/)


ICANN Blog
(https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy)  Terms of Service (https://www.icann.org/privacy/tos)  Cookies Policy (https://www.icann.org/privacy/cookies)

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies)  ✖ Ok

ENTITY INFORMATION

Search Date and Time: 11/10/2020 10:40:14 AM

Entity Details

| | |
|---|---|
| Entity Name: | DOMAINS BY PROXY, LLC |
| Entity ID: | R17247380 |
| Entity Type: | Foreign LLC |
| Entity Status: | Active |
| Formation Date: | 12/7/2011 |
| Reason for Status: | In Good Standing |
| Approval Date: | 12/14/2011 |
| Status Date: | |
| Original Incorporation Date: | 12/7/2011 |
| Life Period: | Perpetual |
| Business Type: | |
| Last Annual Report Filed: | |
| Domicile State: | Delaware |
| Annual Report Due Date: | |
| Years Due: | |
| Original Publish Date: | |

Statutory Agent Information

Name: CORPORATION SERVICE COMPANY

Appointed Status: Active 12/14/2011

Attention:

Address: 8825 N 23rd Avenue, Suite 100, Phoenix, AZ 85021, USA

Agent Last Updated: 8/31/2018

E-mail:

Attention:

Mailing Address:

County: Maricopa

Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | SPECIAL DOMAIN SERVICES LLC | | 14455 N HAYDEN RD STE 219, SCOTTSDALE, AZ, 85260, USA | 12/7/2011 | 12/14/2011 |

Page 1 of 1, records 1 to 1 of 1

Address

Attention:

Address: 8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA

County: Maricopa

Last Updated: 8/31/2018

Entity Principal Office Address

Attention:

Address: 2711 CENTERVILLE ROAD SUITE 400, WILMINGTON, DE, 19808, USA

County: Maricopa

Last Updated:

| Back | Return to Search | | Document History | Name/Restructuring History |
| Return to Results | | | Pending Documents | Microfilm History |