# Exhibit 38

Connect | Message | More...

Nadia Ghannam · 3rd

Director of Public Relations and Outreach at Palestinian Diplomatic Mission to the United States

Washington, District of Columbia, United States · 88 connections · Contact info

Palestinian Diplomatic Mission to the United States

George Mason University

## Experience

**Director of Public Relations and Outreach**
Palestinian Diplomatic Mission to the United States
Jun 2008 – Present · 12 yrs 6 mos

**Television Host**
ART / Arab Radio & Television
Jun 2004 – Apr 2007 · 2 yrs 11 mos

**Assistant Vice President and Financial Center Manager**
BB&T
Oct 2003 – Jan 2007 · 3 yrs 4 mos
Alexandria, Virginia

**Senior Branch Manager**
First Virginia Bank
May 1999 – Oct 2003 · 4 yrs 6 mos

## Education

**George Mason University**
Bachelor of Arts - BA, International Studies and History

**The Johns Hopkins University**
Master of Arts - MA, Public and Media Relations and Political Communications

