# EXHIBIT 57



Search Facebook

# Permanent Observer Mission of the State of Palestine to the United Nations

@Palestine.at.UN · Government Organization

Send Message

Home About Photos Videos More

Like

## About

See All

Welcome to the Facebook page of the Permanent Observer Mission of the State of Palestine to the United Nations

The Permanent Observer Mission of the State of Palestine to the United Nations is located in New York City. It is the official representative of the government of the State of Palestine. Its primary objective is to defend the interests of the Palestinian people and advance the attainment of the national rights of the Palestinian people through multilateralism at the United Nations through diplomatic and political efforts at its principal organs, main committees, and specialized agencies. See Less

7,045 people like this

7,277 people follow this

http://palestineun.org/

(212) 288-8500

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

**Permanent Observer Mission of the State of Palestine to the United Nations**
November 2 at 4:22 PM

SAVE THE DATE | UN Committee on the Exercise of the Inalienable Rights of the Palestinian People is organizing the Virtual Event: "International Parliamentarians and the Palestine Question"
Thursday, 12 November 2020, 10.00 a.m. – 12.00 p.m. (NY Time)
More info on www.un.org/unispal

United Nations Palestine Rights Committee United Nations #Palestine

**United Nations Palestine Rights Committee**
October 22 at 4:12 PM

SAVE THE DATE | UN Committee on the Exercise of the Inalienable Rights of the Palestinian People is organizing the Virtual Event: "International Parliamentarians and the Palestine Question"
Thursday, 12 November 2020, 10.00 a.m. – 12.00 p.m. (NY Time)
More info on www.un.org/unispal

1

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
October 29 at 9:05 PM



**Permanent Observer Mission of the State ...**    ✔ Send Message    👍 Like    🔍    ...

## About    See All

ℹ Welcome to the Facebook page of the Permanent Observer Mission of the State of Palestine to the United Nations.

ℹ The Permanent Observer Mission of the State of Palestine to the United Nations is located in New York City. It is the official representative of the government of the State of Palestine. Its primary objective is to defend the interests of the Palestinian people and advance the attainment of the national rights of the Palestinian people through multilateralism at the United Nations through diplomatic and political efforts at its principal organs, main committees, and specialized agencies. See Less

👍 7,045 people like this

🔖 7,277 people follow this

🌐 http://palestineun.org/

📞 (212) 288-8500

💬 Send Message

✉ nghannam.un@gmail.com

🗂 Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes    Unsure    No

## Photos    See All

## Videos    See All

4:04

---

Permanent Observer Mission of the State of Palestine to the United Nations
October 29 at 9:05 PM · 🌐

"..When it comes to the Palestine question, this US administration persists with its disrespect for international law and the resolutions and authority of the UN Security Council and absolute disregard for the rights of the Palestinian people. Following the provocative declaration made by the US Secretary of State in November 2019 that the Israeli settlements established in the Occupied Palestinian Territory are "not per se inconsistent with international law", and following the issuance by the US President of his so-called "Vision for Peace", which, inter alia, attempts to legitimize Israel's theft and colonization of the Palestinian land, the US and Israel yesterday signed agreements extending further US recognition and support to the illegal Israeli settlement regime and ongoing annexation attempts..."

Read our statement in its entirety below:

United Nations #Palestine #OPT #Settlements

PALESTINEUN.ORG
**29 October 2020 – Israeli-U.S. Agreement and Illegal Israeli Settlements**

👍😢 2                                    2 Shares

👍 Like        💬 Comment        ↪ Share

🧑 Write a comment...                    😊 📷 🎞

---

Permanent Observer Mission of the State of Palestine to the United Nations
October 26 at 4:04 PM · 🌐

"...Mr. President,

It is time to drop the old talking points.

It is ridiculous to claim that the Palestinians "never missed an opportunity to miss an opportunity", when in fact the PLO signed an agreement with Israel just months after the start of the first ever negotiations between the two sides, despite all the shortcomings of those accords, which history has proven."

Read H.E. Riad Malki's entire statement below as delivered before the United Nations #SecurityCouncil today 26 October, 2020.

PALESTINEUN.ORG
**Statement by H.E. Riad Malki, Foreign Minister of the State of Palestine, before the Security Council Open Debate, 26...**

👍 9                                    9 Shares

👍 Like        💬 Comment        ↪ Share

🧑 Write a comment...                    😊 📷 🎞

---

Permanent Observer Mission of the State of Palestine to the United Nations
October 25 at 3:00 PM · 🌐

Statement by @DrHananAshrawi on vicious murder of 18-year-old Amer Snoubar: "Such #crimes are perpetrated and perpetuated by Israeli occupation soldiers because they are part of that awards criminality and ensures #impunity for crimes, domestically and internationally."

United Nations Palestine Rights Committee United Nations #Palestine

منظمة التحرير الفلسطينية
دائرة الدبلوماسية والسياسات العامة
**Palestine Liberation Organization**
Department of Public Diplomacy and Policy



Permanent Observer Mission of the State ...

Send Message · Like · Search · ...

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes · Unsure · No

**Photos**  See All

**Videos**  See All

4:04

RESERVED

18

161 Views · a year ago

**Page Transparency**  See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2020

---

Palestine Liberation Organization
Department of Public Diplomacy

**For Immediate Release**
October 25 2020

### Dr. Hanan Ashrawi: Murder of Amer Snoubar is a monstrous act of brutality motivated by hate and encouraged by impunity

The vicious murder of 18-year-old Amer Snoubar at the hands of Israeli occupation forces is a monstrous act of brutality against a defenseless young man whose only crime was being Palestinian. Israeli occupation soldiers bludgeoned Amer this dawn and medical authorities have confirmed that he was beaten repeatedly on the back of the neck then left for dead.

Such crimes are perpetrated and perpetuated by Israeli occupation soldiers because they are part of a regime that awards criminality and ensures impunity for crimes, domestically and internationally. The daily structural violence against Palestinians, which is the lifeline of this illegal occupation, entrenches a culture of racism, hate, and dehumanization against the Palestinian people, allowing for such crimes to happen without shame, fear, regret, or accountability.

This hostile and hateful environment also allows for other forms of inhumane disregard for Palestinian lives, as demonstrated in the continued imprisonment of Maher al-Akhras, who is now on day 91 of his hunger strike to protest his detention without charge or trial under so-called "administrative detention." This cruelty is what drives Israeli occupation authorities to prevent Maher's elderly mother, wife and children from seeing him while he battles to stay alive. It explains the steep rise in demolition of Palestinian homes in the middle of a raging pandemic and provides context for Israel's targeting of schools, medical facilities, and other basic services.

The only way for these crimes to end is for the illegal Israeli regime of occupation to end. International concern and outrage will not save Palestinian lives or property. They will not protect Palestinian rights or dignity. The only responsible and moral response to these senseless crimes is accountability.

---

**PLO Department of Public Diplomacy & Policy**
October 25 at 11:24 AM · 🌐

Statement by @DrHananAshrawi on vicious murder of 18-year-old Amer Snoubar: "Such #crimes are perpetrated and perpetuated by Israeli occupation soldiers because they are part of a regime that awards criminality and ensures #impunity for crimes, domestically and internationally."

👍❤️😢 5            3 Shares

👍 Like      💬 Comment      ↪ Share

Write a comment...

---

**Permanent Observer Mission of the State of Palestine to the United Nations**  ...
October 24 at 8:44 PM · 🌐

SAVE THE DATE | UN Committee on the Exercise of the Inalienable Rights of the Palestinian People is organizing the Virtual Event: "International Parliamentarians and the Palestine Question"
Thursday, 12 November 2020, 10.00 a.m. – 12.00 p.m. (NY Time)

More info on www.un.org/unispal

United Nations Palestine Rights Committee United Nations #Palestine

UN Committee on the Exercise of the Inalienable Rights of the Palestinian People (CEIRPP)

*Virtual Event*

*"International Parliamentarians and the Palestine Question"*

12 November 2020, 10 a.m – 12 p.m (New York Time)

Virtual Event- Please visit www.un.org/unispal for details

#Rights4palestine

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT







Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

United Nations Palestine Rights Committee

October 22 at 4:12 PM

SAVE THE DATE | UN Committee on the Exercise of the Inalienable Rights of the Palestinian People is organizing the Virtual Event: "International Parliamentarians and the Palestine Question" Thursday, 12 November 2020, 10.00 a.m. – 12.00 p.m. (NY Time)

More info on www.un.org/unispal

1

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

October 23 at 1:56 PM

PRESS RELEASE: UN expert calls for Israel to end practice of administrative detention and immediately release Maher Al-Akhras

GENEVA (23 October 2020) – Israel should release a Palestinian detainee who has been on hunger strike for close to 90 days and end its practice of administrative detention, under which people can be held indefinitely without trial, sometimes for years.

Maher Al-Akhras began a hunger strike in late July after he was arrested. Israeli security forces accuse him of being a member of Islamic Jihad, a charge he denies. The Israeli Supreme Court has rejected his petitions for release three times.

"Mr. Al-Akhras is now in very frail condition, having gone without food for 89 days," said Michael Lynk, special rapporteur for the situation of human rights in the Palestinian Territory occupied since 1967. (read entire press release below)

United Nations United Nations OCHA #Palestine

OHCHR.ORG

**OHCHR | UN expert calls for Israel to end practice of administrative detention and...**

GENEVA (23 October 2020) – Israel should release a Palestinian detainee who has been on hunger strike for close to 90 days and end its...

9 1 Comment 5 Shares

Like Comment Share

Most Relevant

Write a comment...

Asoka Ishaya
Good job 1
Like · Reply · 1w

Permanent Observer Mission of the State of Palestine to the United Nations

October 19 at 6:41 PM

The 2020 Annual Report of Committee on the Exercise of the Inalienable Rights of the #Palestinian People to the UN General Assembly (A/75/35) is now available online at the link below.

To access the report in all 6 official languages (Arabic, Chinese, English, French, Russian, and Spanish) click on the Document Symbol at the bottom of the page.

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

**Photos** See All

**Videos** See All

18

161 Views · a year ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

To access the report in all 6 official languages (Arabic, Chinese, English, French, Russian, and Spanish) click on the Document Symbol at the bottom of the page.
https://www.un.org/.../2020-annual-report-of-committee.../

QUESTI

UN.ORG
**2020 Annual Report of Committee on the Exercise of the Inalienable Rights of the...**
Arabic: العربية Chinese: 中文 Español Français Russian: Русский

2

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
October 15 at 8:24 PM ·

"...Just this week, on 14 and 15 October, the Israeli government approved the construction of another 5,000 settlement units in the Occupied Palestinian Territory, including East Jerusalem, primarily in areas deep inside the West Bank. Such duplicity cannot be ignored as Israel persists with its violations and further undermines the two-State solution on the pre-1967 lines, paving way for an apartheid one-State reality, while it simultaneously disguises itself as a regional partner who believes in advancing peace and stability, attempting to promote its standing in the international community based on false credentials..."

Read letter in its entirety below:

United Nations #Palestine #Jerusalem #OPT

PALESTINEUN.ORG
**15 October 2020 – Israeli Settlements and Other Violations**

5

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
October 15 at 4:48 PM ·

15 OCTOBER 2020:

STATEMENT BY UN SPECIAL COORDINATOR NICKOLAY MLADENOV ON ADVANCEMENT OF SETTLEMENT UNITS IN THE OCCUPIED WEST BANK

United Nations #Palestine #Settlements #OPT

UNSCO.UNMISSIONS.ORG
Statement by UN Special Coordinator Nickolay Mladenov

Search Facebook

Permanent Observer Mission of the State ... | Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

UNSCO.UNMISSIONS.ORG

**Statement by UN Special Coordinator Nickolay Mladenov on advancement of settlement units in the occupied Wes...**

1

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

October 6 at 12:04 PM

WAFA News Agency - وكالة وفا

October 6 at 11:57 AM

Prime Minister Mohamed Ashtia's speech at the sixty-seventh session of the United Nations Conference on Trade and Development (United Nations Conference on Trade and Development) Council

See original · Rate this translation

2

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

September 29

29 September 2020:

SECURITY COUNCIL BRIEFING ON THE SITUATION IN THE MIDDLE EAST, REPORTING ON UNSCR 2334 (AS DELIVERED BY SPECIAL COORDINATOR MLADENOV)

United Nations #Palestine #UNSC #2334

UNSCO.UNMISSIONS.ORG

**Security Council Briefing on the Situation in the Middle East, Reporting on UNSCR 2334 (As delivered by Special...**

5 · 1 Comment

Like Comment Share

Most Relevant

Write a comment...

Jen An

https://ipbr.org.uk/.../ipbr-and-addameer-complaint-to.../

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook

Capture URL: https://www.facebook.com/Palestine.at.UN/

Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT









Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Jen An
https://lphr.org.uk/.../lphr-and-addameer-complaint-to.../

LPHR.ORG.UK
LPHR and Addameer complaint to the UN Working Group on Arbitrary Detention on the...

Like · Reply · 3w

Permanent Observer Mission of the State of Palestine to the United Nations
September 25 ·

Statement of H.E. President Mahmoud Abbas, President of the State of Palestine, United Nations General Assembly Debate of the 75th Session, 25 September 2020

United Nations #UN #UN75 #Palestine

17 6 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
September 23 ·

Secretary General of the @UN @antonioguterres addresses the issue of #Palestine in his remarks to the General Assembly in the opening of the #UNGA 75th session today, 22 September

H.E. President Mahmoud Abbas will be addressing the #UN this coming Friday, 25 September during the morning session

You will be able to watch President Abbas' speech telecast virtually on UN Web TV

United Nations Palestine Rights Committee #GA

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

**Photos** See All

**Videos** See All

18

161 Views · a year ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

TWITTER.COM

**PLO Department of Public Diplomacy & Policy on Twitter**

"Secretary-General of the @UN @antonioguterres on #Palestine ...

6

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

September 17 ·

"...While the international community focuses on mitigating the severe effects and consequences of COVID-19, the Israeli government is exploiting this period to escalate its violations to accelerate its settlement colonization and annexation schemes and further entrench its military occupation. Such unlawful and aggressive behavior is deepening the suffering of Palestinian civilians, including children, women and elderly, against the backdrop of the worries and fears caused by pandemic, and is taking us farther and farther away from the a viable and just solution to this grave injustice. Those who speak of peace and coexistence cannot continue to ignore the reality of all of these illegal actions that actually preclude the possibility of peace and coexistence and only perpetuate conflict and suffering..."

Read the letter in its entirety below:

United Nations #Palestine #COVID19 #Annexation

PALESTINEUN.ORG

**17 September 2020 – Israeli Violations in the Occupied Palestinian Territory, including East Jerusalem**

2

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

September 15 ·

WATCH: Dr. Hanan Ashrawi's take on UAE-Bahrain-Israel deals and their implications on Palestine and wider region on CNN Connect the World with Becky Anderson.

Full interview here: bit.ly/2RrsN1L

United Nations Palestine Rights Committee #Palestine للسفير فلسطين Palestine TV PLO Department of Public Diplomacy & Policy #CNN CNN

Search Facebook

Sina

Permanent Observer Mission of the State ...

Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

PLO Department of Public Diplomacy & Policy
September 15 ·

WATCH: Dr. Hanan Ashrawi's take on UAE-Bahrain-Israel deals and their implications on #Palestine and wider region on CNN Connect the World with Becky Anderson.

Full interview: bit.ly/2RrsN1L

7 · 1 Comment 3 Shares

Like · Comment · Share

Most Relevant

Write a comment...

Jeff Lecu
BREAKING NEWS

2020 Election should not be about whether you like a particular candidate or not. It should be about the party's views that will change America either more socialistic (communistic) or Patriotic (Putting America first).

Democrats believe in the following:

Killing babies even after birth.
Defunding police (anarchy)
Gun Control (Taking guns away from even those that are responsible)
Open Borders (Even during a pandemic)
Illegal Immigration (Destroying the autonomy of America0
Higher taxes (Both on rich and middle class)
Weak Military (Making America weak)
Over- regulations (Placing heavy burdens on small business and individuals)
Let anyone vote
Welfare state (Keeping Americans in bondage to the government)
Lockdown State (Ruining the great American Economy)
Big Government (Take away individual freedoms)
Against term limits (Keeping the swamp like it is)
Socialism (Taking away American freedom)
Communism
Political Correctness

Republicans and majority of Independents and the silent majority believe:

Letting babies live (Not allowing the savage ways abortion is being done)
Supporting police
Gun Rights for those responsible.
Border Control (Not allowing murderers and Drug cartels into America)
Legal Immigration (Making citizenship a privilege, not an entitlement)
Tax Breaks (Letting Americans handle how there money is spent)
Strong Military (Equals Strong America)
Small Business (The anchor of the economy)
Voter ID (Stopping fraudulent votes on both sides of the political scene)
Working class (The foundation of America)
Working economy (Making America Great and Keeping it Great)
Small Government (Equals more freedom)
Favor term limits (Draining the swamp)

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Great)
Small Government (Equals more freedom)
Favor term limits (Draining the swamp)
Capitalism (The bedrock of our economy)
Constitutional (Keeping America Great)
Free Speech (Not allowing government to strip away our freedom)

Like · Reply · 7w

Permanent Observer Mission of the State of Palestine to the United Nations

September 14 ·

14 September 2020: Press Release (Arabic):

The Economic and Social Council (ECOSOC) at the United Nations adopts
2 resolutions today regarding the Palestinian population:

One resolution adopted with a recorded vote of 47 in favor to 3 against with
4 abstentions, on the draft resolution "Economic and social repercussions of the
Israeli occupation on the living conditions of the Palestinian people in the
Occupied Palestinian Territory, including East Jerusalem, and the Arab population
in the occupied Syrian Golan";

The second resolution with a recorded vote of 43 in favor to 3 against with
8 abstentions, the Council adopted the resolution "Situation of and assistance
to Palestinian women"

#ECOSOC #Palestine #GA #UN

MAANNEWS.NET

المجلس الاقتصادي والاجتماعي يعتمد قرارين بشأن التبعات الاقتصادية والاجتماعية للاحتلال

نيويورك -معا- اعتمد المجلس الاقتصادي والاجتماعي للأمم المتحدة في نيويورك، اليوم الاثنين، بأغلبية ساحقة قرارين بشأن "التبعات الاقتصادية والاجتماعية

2

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

September 12 ·

WAFA News Agency - وكالة وفا

September 12 ·



Search Facebook · Sima

Permanent Observer Mission of the State ... Send Message · Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes · Unsure · No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

WAFA News Agency - وكالة وفا
September 12 ·

Ambassador Mansour: Palestine schools are under continuous Israeli abuse affecting 23,000 children

New York 12-9-2020 Wafa - Permanent Representative of the State of Palestine to the United Nations Ambassador Riyad Mansour, said Israel (the occupying Power), as documented in the annual report of the United Nations Secretary-General on children and armed conflict, has totally failed at Fulfilling their commitments, and violating these commitments in the most horrific way, by recording 118 incidents in the education sector in Occupied Palestine, which affected more than 23,000 children.

Details: https://wafa.ps/Pages/Details/9112

See original · Rate this translation

Like · Comment · Share

**Permanent Observer Mission of the State of Palestine to the United Nations**
September 12 ·

WAFA.PS

السفير منصور: مدارس فلسطين تتعرض لاعتداء إسرائيلي متواصل يؤثر على 23,000 طفل

Like · Comment · Share

**Permanent Observer Mission of the State of Palestine to the United Nations**
September 8 ·

COVID-19 Emergency Situation Report 17 (29 August – 8 September 2020)

Situation Overview:

The number of Palestinians in the oPt who contracted COVID-19 and are currently active increased by over 33 per cent during the reporting period from 8,313 to 11,077. The cumulative number of cases since the start of the crisis reached 35,518 (as of 16:00, 8 September). Fifty-seven more people died during the reporting period, bringing to 215 the cumulative number of fatalities. Thirty-two patients are in intensive care units (ICU), with five requiring mechanical ventilation.

Read full report by OCHA below:

United Nations OCHA occupied Palestinian territory United Nations OCHA United Nations #Palestine #COVID19

OCHAOPT.ORG

www.ochaopt.org

1

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
September 8 ·

UNCTAD's new report on Palestine warns that #COVID19 is devastating the already shattered economy.

Estimates on the cost of the pandemic point to an economic loss of up to 35% of GDP. The pandemic struck at a particularly distressing time for the occupied Palestinian territory. Even before it hit, forecasts for the Palestinian economy in 2020 and 2021 were already bleak, with GDP per capita projected to decrease by 3% to 4.5%.



for the occupied Palestinian territory. Even before it hit, forecasts for the Palestinian economy in 2020 and 2021 were already bleak, with GDP per capita projected to decrease by 3% to 4.5%.

High poverty and unemployment rates had persisted and GDP per capita declined for the third consecutive year as the Palestinian economy continued to slide in 2019 and the first half of 2020.

Get the full story: https://bit.ly/3iaOi2D

#Palestine United Nations Conference on Trade and Development

Report on
UNCTAD assistance to the Palestinian people:
**Developments in the economy of the Occupied Palestinian Territory**

UNITED NATIONS
UNCTAD

**United Nations Conference on Trade and Development** ✔
September 8 · 🌐

UNCTAD's new report on Palestine warns that #COVID19 is devastating the already shattered economy. Estimates on the cost of the pandemic point to an economic loss of up to 35% of GDP.

The pandemic struck at a particularly distressing time for the occupied Palestinian territory. Even before it hit, forecasts for the Palestinian economy in 2020 and 2021 were already bleak, with GDP per capita projected to decrease by 3% to 4.5%.

High poverty and unemployment rates had persisted and GDP per capita declined for the third consecutive year as the Palestinian economy continued to slide in 2019 and the first half of 2020.

Get the full story: https://bit.ly/3iaOi2D

1                                                    1 Share

👍 Like        💬 Comment        ↪ Share

✍ Write a comment…

**Permanent Observer Mission of the State of Palestine to the United Nations**
September 1 · 🌐

**Send Message**

nghanam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

| Yes | Unsure | No |

**Photos**                            See All

**Videos**                            See All

4:04

RESERVED

👍❤ 18
161 Views · a year ago

**Page Transparency**            See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020





Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

the United Nations
September 1 ·

"Israel must immediately allow entry of fuel and other essential items into Gaza; Hamas must end actions risking further destabilization"

Statement by Humanitarian Coordinator, Mr. Jamie McGoldrick

"The deterioration witnessed in recent weeks in the Gaza Strip is of grave concern. In the context of an escalation of hostilities with Palestinian armed groups launching projectiles into Israel, Israel has limited the transfer of certain goods into the blockaded coastal enclave, reduced the permissible fishing area and prevented fuel deliveries, including the UN-facilitated fuel for Gaza's sole Power Plant. As a result, the Gaza Power Plant ceased operations on 18 August, sharply reducing electricity provision to nearly 2 million Palestinians..."

Read statement in full below:

United Nations United Nations OCHA occupied Palestinian territory #Palestine

OCHAOPT.ORG
**www.ochaopt.org**

3

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
August 25 ·

25 August 2020

Briefing to the Security Council on the Situation in the Middle East by Special Coordinator for the Middle East Peace Process, Mr. Nickolay Mladenov

United Nations #UNSC #Palestine

UNSCO.UNMISSIONS.ORG
**Security Council Briefing on the Situation in the Middle East, including the Palestinian Question (As Delivered by...**

9

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
August 24 ·

Join us on 27 August at 10 a.m. NY Time on #UNWebTV for the upcoming #UN #Jerusalem Conference

"Annexation in Practice – Palestinian Youth in Jerusalem"

With #Palestine Minister of #Jerusalem Affairs Mr. Fadi Hidmi

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT





Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Permanent Observer Mission of the State of Palestine to the United Nations
August 13 ·

Yesterday, 12 August 2020, we celebrated #InternationalYouthDay

Statement by United Nations Humanitarian Coordinator and Resident Coordinator, Jamie McGoldrick, on the occasion. Read his statement below:

United Nations UNFPA #Palestine

PALESTINE.UNFPA.ORG

**Statement by United Nations Humanitarian Coordinator and Resident Coordinator, Jamie McGoldrick, on the...**

3

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
August 6 ·

"...As witnessed in recent days, the Israeli Prime Minister continues to push for and threaten annexation, insisting that "it's [annexation] not off the table, the option still exists" and that the Israeli government is carrying on with its discussions with the United States to implement this illegal plan. Confiscation of Palestinian property, demolition of Palestinian homes, and other military orders and measures continue to be carried out by the occupying forces in preparation for annexation. This includes recent military orders for the demolition of homes, structures and water wells of a Palestinian village in north of West Bank, Farasin, west of Jenin, which, if carried out, would result in the dispossession and displacement of 200 people. Moreover, Israeli settler leaders and gangs continue their provocative demands for annexation and incitement against the Palestinian people, terrorizing them in their homes, places of worship, and all over their land..."

Read letter in its entirety below:

United Nations United Nations Palestine Rights Committee #Palestine #Annexation

PALESTINEUN.ORG

**6 August 2020 – Israeli Violations and Escalation of Settlement Activities**

1

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 31

The Permanent Observer Mission of the State of Palestine to the United Nations extends its best wishes for peace and prosperity on the occasion of Eid al-Adha. كل عام وانتم بخير

United Nations #EidMubarak #Palestine

8 1 Share

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 29

WATCH: The reality of occupation and #annexation in #Jerusalem summed up. Ethnic cleansing, land theft, oppression, persecution and other #IsraeliCrimes continue in the absence of #accountability.

United Nations United Nations Palestine Rights Committee #Palestine

PLO Department of Public Diplomacy & Policy







Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

PLO Department of Public Diplomacy & Policy
July 28 ·

WATCH: The reality of occupation and #annexation in #Jerusalem summed up. Ethnic cleansing, land theft, oppression, persecution and other #IsraeliCrimes continue in the absence of #accountability.

5 14 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
July 28 ·

Read the lasted situation report by the United Nations OCHA Occupied Palestinian Territory on the #COVID19 pandemic in the State of #Palestine

United Nations OCHA occupied Palestinian territory United Nations

United Nations OCHA occupied Palestinian territory is sharing a COVID-19 Update.
July 28 ·

Read our latest situation report on COVID-19 in the occupied Palestinian territory: http://ochaopt.org/.../covid-19-emergency-situation...

World Health Organization - occupied Palestinian territory

3

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
July 27 ·

TOMORROW | Join us at 10.00 a.m. EST on Tuesday, 28 July for the Int'l Conference on the Question of #Jerusalem, held jointly with #OIC_OCI on UN Web TV for a discussion on "#Annexation in Practice – Palestinian Lives in Jerusalem"

Info here: https://bit.ly/2D0iMEO

#Rights4Palestine United Nations Palestine Rights Committee #Palestine United Nations

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

United Nations Palestine Rights Committee

July 27 ·

TOMORROW | Join us at 10.00 a.m. EST on Tuesday, 28 July for the Int'l Conference on the Question of #Jerusalem, held jointly with #OIC_OCI on UN Web TV for a discussion on "#Annexation in Practice – Palestinian Lives in Jerusalem"

Info here: https://bit.ly/2D0iMEO

#Rights4Palestine

4

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

July 24 ·

"...That Israel "refrained" from formally annexing large parts of the West Bank on 1 July should not be cause for relief among the international community. As stressed by Mr. Daniel Levy, President of the US/Middle East Project, in his briefing to the Security Council on 21 July, "Refraining from de jure annexation must of course carry no reward; avoidance of criminality is normative not prize-worthy".

It is clear the occupying Power has opted, for now, to go with its tried... See More

PALESTINEUN.ORG

**24 July 2020 – Escalating Israeli violations in Occupied Palestine**

3

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

July 23 ·

NEXT WEEK: Tuesday, 28 July 2020

Join us via UNWebTV for the upcoming #UN #Jerusalem Conference: "Annexation in Practice – Palestinian Lives in Jerusalem"

Featured speakers: Maha Abdallah, Hagit Ofran and Osamah Khalil... See More

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT





Send Message
nghannam.un@gmail.com
Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18
161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

the important vision presented by the Secretary-General in his statement on this occasion, Mandela devoted his life to fighting inequality and injustice, regardless of its sources, and in solidarity with all its victims.

This included solidarity with the Palestinian people, with Mandela stressing "We know too well our freedom is incomplete without the freedom of the Palestinians". There is a reason why those who have fought against colonialism and Apartheid remain the strongest advocates of the Palestinian cause. They recognize the similarity of our chains, but also our common aspiration to freedom, and we are proud to have them by our side in our ongoing just struggle..."

Read our full statement below:

#Palestine United Nations

PALESTINEUN.ORG
**Statement by H.E. Minister Riyad Mansour, Permanent Observer of the State of Palestine to the United Nations,...**

6 · 1 Share

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 21 ·

WATCH NOW (LIVE): The Situation in the Middle East (Security Council Open Debate) including the Question of #Palestine.

#Rights4Palestine

WEBTV.UN.ORG
**The situation in the Middle East - Security Council Open VTC**

7 · 1 Share

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 13 ·

The 401st meeting of the United Nations Committee on the Exercise of the Inalienable Rights of the Palestinian People #CEIRPP will hold a meeting online, tomorrow, Tuesday 14 July 2020, at 10 a.m. EST to discuss current political developments in the Occupied Palestinian Territory, including the current threat of annexation.

Watch here: http://webtv.un.org/

#Rights4Palestine United Nations Palestine Rights Committee #Palestine

#Rights4Palestine United Nations Palestine Rights Committee
#Palestine

**Permanent Observer Mission of the State ...**

🔵 Send Message   👍 Like   🔍   ...

📧 Send Message
✉️ nghannam.un@gmail.com
🏛️ Government Organization

### Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

| Yes | Unsure | No |

### Photos    See All

### Videos    See All

4:04

❤️😮 18
161 Views · a year ago

### 📘 Page Transparency    See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - May 13, 2013

📍 Page manager location: United States

### Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020

WEBTV.UN.ORG
**United Nations Web TV (@UNWebTV)**
UN Web TV is available 24 hours a day with selected LIVE program...

🔵 2

👍 Like    💬 Comment    ↪ Share

Write a comment...   😊 📷 🎞️

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 13 · 🌐

On 9 July 2020, the Palestinian Mission to the Kingdom of the Netherlands hosted a webinar to mark the 16th anniversary of the International Court of Justice's Advisory Opinion on the Legal Consequences of the Construction of the Wall in the Occupied Palestinian Territory. We were joined by distinguished panelist H.E. Minister Riyad Mansour, the Palestinian Ambassador to the United Nations, renowned for his extensive political and legal expertise.

H.E. Rawan Sulaiman, kickstarted the event by welcoming our esteemed speakers and attendees from the diplomatic corps and civil society.

Following that H.E. Minister Riyad Mansour, made an intervention where he firstly talked about how the critical juncture that the Palestinian struggle is going in the shadow of the Israeli occupying power's looming annexation. He provided context as to how the lack of accountability, including 3rd state responsibility, has exacerbated the situation on the ground and emboldened Israel, the occupying power, to commit further crimes including declaring its intention to annex 30% of the occupied West Bank. He noted that the question of Palestine deserves a just solution that is based on international law. Thus, despite the difficult times that we are going through and the continuous violations of international law that are committed against our people the Palestinian leadership will not relent until we end occupation and end Israel's impunity. Following that he alluded to the historic ICJ's advisory opinion on the Legal Consequences of the Construction of the Wall in the Occupied Palestinian Territory and stated that the conclusions of the ICJ indicated that the construction of the wall is illegal and tantamount to annexation. Moreover, the court asked the Security Council and the General Assembly and the High Contracting parties of the Fourth Geneva Convention along with Third state parties to take practical steps and measures to end Israel's violations.

According to him, the international community and 3rd states failed to uphold their responsibility under international law by taking practical measures, thus over the years, Israel continued to ignore the Advisory Opinion of the court, UNSC resolutions and international law. He expounded on that by noting that during the last 12 years more than 700 resolutions were adopted by the UNSC whereby a great majority related to the Middle East, about half of the resolutions were adopted under chapter 7 where measures such as economic sanctions were enforced. Withing that period of time only two resolutions were adopted on Palestine UNSC 1860 and UNSC 2334. Both resolutions were not adopted under chapter 7.



Permanent Observer Mission of the State ...    Send Message    Like    🔍    ...

enforced. Withing that period of time only two resolutions were adopted on Palestine UNSC 1860 and UNSC 2334. Both resolutions were not adopted under chapter 7.

Subsequently, Minister Mansour shed light on the current Palestinian efforts adopted by the leadership in confronting the annexation plan; which entailed mobilizing a large number of states, forces, institutions, and international legal structures in order to defend international law and the international legitimacy and isolate Israel, the occupying power, and the US administration from imposing their will against the Palestine question. He talked about the Palestinian efforts in garnering an overwhelming support from all members of the Security Council except for one, the General Assembly, the League of Arab States, the Organization of Islamic Cooperation, the Non-Aligned Movement and the African Union. According to him, the Palestinian leadership was able to build a massive front in opposing the unilateral plan of annexation. The Palestinian efforts culminated in a special session for the security council meeting that was held on the 24th of June which materialized in reiterating the international community's opposition of the illegal annexation and urged Israel not to go ahead with its plan. Moreover, Minister Mansour emphasized the importance of Palestinian unity and putting our internal house in order.

H.E. Mansour concluded his presentation by affirming that the Palestinian leadership's will utilize all the political, diplomatic and legal means within the international system in order to confront the Israeli occupying power's annexation plans. He hoped that the ICC will begin the process of the official investigation pertaining to the war crimes that have been committed by Israel, the occupying power, against the Palestinian people noting that Israel should not be allowed to carry on with its violations of international law. He also called on states to uphold their state responsibility under international law by taking practical steps and measures and exacting a cost on Israel's illegal occupation and violations of international law. He ended by stating that the Palestinian leadership will continue in its struggle to end the illegal occupation and establish an independent Palestinian state.

His intervention was followed by a Q&A. The webinar was moderated by Edwin van 't Pad, Policy Advisor.

#UnitedNations #Palestine #Annexation

**Send Message**

✉ nghannam.un@gmail.com

🏛 Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

| Yes | Unsure | No |

**Photos**    See All

**Videos**    See All

4:04

❤️ 18
161 Views · a year ago

🅕 **Page Transparency**    See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created · May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020

**Palestijnse Missie in Nederland**
July 13 · 🌐

On 9 July 2020, the Palestinian Mission to the Kingdom of the Netherlands hosted a webinar to mark the 16th anniversary of the International Court of Justice's Advisory Opinion on the Legal Consequences of the Construction of the Wall in the Occupied Palestinian Territory. We were joined by distinguished panelist H.E. Minister Riyad Mansour, the Palestinian Ambassador to the United

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT

Permanent Observer Mission of the State ...    ● Send Message    👍 Like    🔍    ...

Consequences of the Construction of the Wall in the Occupied Palestinian Territory. We were joined by distinguished panelist H.E. Minister Riyad Mansour, the Palestinian Ambassador to the United Nations, renowned for his extensive political and legal expertise.

H.E. Rawan Sulaiman, kickstarted the event by welcoming our esteemed speakers and attendees from the diplomatic corps and civil society.

Following that H.E. Minister Riyad Mansour, made an intervention where he firstly talked about how the critical juncture that the Palestinian struggle is going in the shadow of the Israeli occupying power's looming annexation. He provided context as to how the lack of accountability, including 3rd state responsibility, has exacerbated the situation on the ground and emboldened Israel, the occupying power, to commit further crimes including declaring its intention to annex 30% of the occupied West Bank. He noted that the question of Palestine deserves a just solution that is based on international law. Thus, despite the difficult times that we are going through and the continuous violations of international law that are committed against our people the Palestinian leadership will not relent until we end occupation and end Israel's impunity. Following that he alluded to the historic ICJ's advisory opinion on the Legal Consequences of the Construction of the Wall in the Occupied Palestinian Territory and stated that the conclusions of the ICJ indicated that the construction of the wall is illegal and tantamount to annexation. Moreover, the court asked the Security Council and the General Assembly and the High Contracting parties of the Fourth Geneva Convention along with Third state parties to take practical steps and measures to end Israel's violations.

According to him, the international community and 3rd states failed to uphold their responsibility under international law by taking practical measures, thus over the years, Israel continued to ignore the Advisory Opinion of the court, UNSC resolutions and international law. He expounded on that by noting that during the last 12 years more than 700 resolutions were adopted by the UNSC whereby a great majority related to the Middle East, about half of the resolutions were adopted under chapter 7 where measures such as economic sanctions were enforced. Withing that period of time only two resolutions were adopted on Palestine UNSC 1860 and UNSC 2334. Both resolutions were not adopted under chapter 7.

Subsequently, Minister Mansour shed light on the current Palestinian efforts adopted by the leadership in confronting the annexation plan; which entailed mobilizing a large number of states, forces, institutions, and international legal structures in order to defend international law and the international legitimacy and isolate Israel, the occupying power, and the US administration from imposing their will against the international community and the global consensus vis-à-vis the Palestine question. He talked about the Palestinian efforts in garnering an overwhelming support from all members of the Security Council except for one, the General Assembly, the League of Arab States, the Organization of Islamic Cooperation, the Non-Aligned Movement and the African Union. According to him, the Palestinian leadership was able to build a massive front in opposing the unilateral plan of annexation. The Palestinian efforts culminated in a special session for the security council meeting that was held on the 24th of June which materialized in reiterating the international community's opposition of the illegal annexation and urged Israel not to go ahead with its plan. Moreover, Minister Mansour emphasized the importance of Palestinian unity and putting our internal house in order.

H.E. Mansour concluded his presentation by affirming that the Palestinian leadership's will utilize all the political, diplomatic and legal means within the international system in order to confront the israeli occupying power's annexation plans. He hoped that the ICC will begin the process of the official investigation pertaining to the war crimes that have been committed by Israel, the occupying power, against the Palestinian people noting that Israel should not be allowed to carry on with its violations of international law. He also called on states to uphold their state responsibility under international law by taking practical steps and measures and exacting a cost on Israel's illegal occupation and violations of international law. He ended by stating that the Palestinian

---

🔘 Send Message
✉ nghannam.un@gmail.com
🏛 Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

| Yes | Unsure | No |

**Photos**    See All

**Videos**    See All

4:04

😊💙 18
161 Views · a year ago

**❶ Page Transparency**    See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

| Create Page |

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020



Permanent Observer Mission of the State ...   Send Message   Like

Send Message
nghannam.un@gmail.com
Government Organization

international law by taking practical steps and measures and exacting a cost on Israel's illegal occupation and violations of international law. He ended by stating that the Palestinian leadership will continue in its struggle to end the illegal occupation and establish an independent Palestinian state.

His intervention was followed by a Q&A. The webinar was moderated by Edwin van 't Pad, Policy Advisor.

11

Like   Comment   Share

Write a comment...

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes   Unsure   No

**Photos**   See All

Permanent Observer Mission of the State of Palestine to the United Nations
July 12 · 🌐

Ministry of Health of the State of Palestine:

Report on the status of the COVID-19 epidemic in the State of Palestine as of Sunday, 12 July 2020
Number of confirmed cases: 7,037
Number of deaths: 39
#COVID19 #Palestine

التحديث اليومي

كورونا بفلسطين

الأحد 12 تموز 2020

1237   39   5761   7037
الإصابات   النشطة   الوفيات   التعافي

الحالات النشطة في المحافظات

8   190   844
قطاع غزة   رام الله والبيرة   القدس

7   4140   335
جنين   الخليل   بيت لحم

24   160   36
أريحا والأغوار   نابلس   طولكرم

9   3   5
قلقيلية   طوباس   سلفيت

**Videos**   See All

RESERVED   4:04

18
161 Views · a year ago

🟦 **Page Transparency**   See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📋 Page created - May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

وزارة الصحة الفلسطينية ✓
July 12 · 🌐

Daily update of the epidemiological situation in Palestine - Coronavirus
Sunday-12/7/2020
⚙️ See original · Rate this translation

4   2 Shares

Like   Comment   Share

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT



Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 9

The @UN Committee on the Exercise of the Inalienable Rights of the #Palestinian People's latest issue of their quarterly newsletter (April - June 2020). Now available online (see below)
@UNISPAL #Palestine

QUESTI

UN.ORG
**CEIRPP Newsletter on Recent and Upcoming Activities – No. 4/April to Jun...**
CEIRPP Newsletter on Recent and Upcoming Activities – No. 4/April to June 2020 Download Document Type: CEIRPP Newsletter, Newsletter,...

Like Comment Share

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 1

(1 July 2020)

"Israel's extremist government decided today to keep everyone in the dark about if and how it will make use of the "golden opportunity" offered by the Trump administration to embark on de jure annexation of large swathes of the occupied Palestinian West Bank. No one should be misled, however. Israel will continue to quietly de facto annex occupied Palestinian territory, as it has done for decades, while trying to appease its Western allies. But as the UN High Commissioner for Human Rights, Michelle Bachelet, said, "Annexation is illegal. Period. Any annexation."

Read full statement below:

United Nations #Palestine #Annexation

ALHAQ.ORG
**Palestinian Civil Society Reiterates Call for Immediate Targeted Sanctions to Stop Israel's Annexation and...**

6 3 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
July 1

"The timing of this Negotiation Affairs Department (NAD) publication coincides with the impending annexation announced by the recently



Permanent Observer Mission of the State ...    ● Send Message    👍 Like    🔍    ...

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

| Yes | Unsure | No |

**Photos**    See All

**Videos**    See All

4:04

RESERVED

●● 18

161 Views · a year ago

**Page Transparency**    See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩  Page created · May 13, 2013

📍  Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020

---

"The timing of this Negotiation Affairs Department (NAD) publication coincides with the impending annexation announced by the recently formed Government of Israel. We have embarked on this publication not because of the novelty of illegal Israeli annexation of Palestinian land, but because of the urgency -now more than ever -of raising our voices against Israeli annexation that jeopardizes the viability of the State of Palestine and the right to self-determination, and entrenches occupation with its violations of Palestinian human rights.

The intertwine in politics: annexation, the daily life of Palestinians, and the future of the Palestinian state, is presented in the three parts of this publication with one unified and clear message by all contributing authors: "Annexation is illegal: it ends the two state solution, legalizes apartheid, and has to be stopped".

Read full report below:
United Nations #Palestine #Annexation

NAD.PS
**Looming Annexation: Israel's Denial of Palestine's Right to Exist**

●❤ 2    2 Shares

👍 Like    💬 Comment    ↗ Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
June 26 · 🌐

(26 June 2020 - "Impending Annexation and Need for Accountabilty)
Letter delivered today to the United Nations on behalf of the State of Palestine

United Nations #Palestine #Annexation

---









Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

deteriorate and tensions and emotions continue to be inflamed by the illegal crimes being perpetrated by Israel, the occupying Power, against the Palestinian people. This volatile situation has only intensified as Israel moves to annex parts of the West Bank, in blatant contempt of international law and the countless appeals and warnings from governments, parliamentarians, human rights and civil society organizations, legal scholars and leaders of conscience worldwide.

Forging ahead with illegal measures to "prepare the ground" for formal annexation, Israel continues its settlement activities, destruction of Palestinian homes and properties and forcible displacement of Palestinian civilians in areas it has marked for annexation, directly affecting at least 200 Palestinian communities. The institutionalized violence, terror and racism by the occupying forces and extremist settlers against the entire

+3

10 · 3 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 25 ·

MESSENGER
**Permanent Observer Mission of the State of Palestine to the United...**
Send Message

1

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 24 ·

(24 June 2020)

"...Israel needs to know that annexation will have immediate and tangible repercussions. That is why we have called on the international community to adopt effective measures, including sanctions, to deter annexation and all other unlawful policies that have prepared the ground for it. It must also be made clear that annexation will irreversibly impact Israel's relations with Palestine and the region. The Oslo accords were supposed to transform us into peace partners, but regrettably Israel continued waging a war against Palestinian lives and rights. It has violated the spirit and letter of the agreements, and with annexation, is taking a decision that will defeat their very purpose. These accords were supposed to pave the way for an end of occupation and a final peace agreement. They cannot survive annexation..."

Read statement in full below:

United Nations #Palestine #UNSC

PALESTINEUN.ORG
**Statement by H.E. Riad Malki, Minister of Foreign Affairs of the State of Palestine, before the United Nations Security...**

1 · 1 Share

Like Comment Share

Search Facebook

Permanent Observer Mission of the State ...

Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

1 | 1 Share

Like | Comment | Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 24 ·

(24 June 2020)

Nickolay Mladenov, Special Coordinator for the Middle East Peace Process, briefing to the Security Council on the situation in the Middle East, reporting on UNSCR 2334 (2016)

United Nations #Palestine #2334

NICKOLAY MLADENOV
UN SPECIAL COORDINATOR FOR THE MIDDLE EAST PEACE PROCESS
BRIEFING TO THE SECURITY COUNCIL ON THE SITUATION IN THE MIDDLE EAST, REPORTING ON UNSCR 2334 (2016)

24 June 2020

Mister President,

Members of the Security Council,

Secretary-General Guterres,

I am devoting my regular briefing on the situation in the Middle East to the fourteenth report on the implementation of Security Council resolution 2334 (2016). The written report you have already received covers the period from 21 March to 4 June 2020.

Before turning to developments that have occurred since the written report, I would like to reiterate the Secretary-General's grave concern over the continuing threat of Israeli annexation of parts of the occupied West Bank – a process officials have said could begin in a matter of days or weeks.

Deliberations over this move have brought this long-standing conflict to a critical juncture.

Annexation could irrevocably alter the nature of Israeli-Palestinian relations. It risks up-ending more than a quarter of a century of international efforts in support of a future viable Palestinian State living in peace, security and mutual recognition with the State of Israel.

The Secretary-General has just unequivocally stated that any move to annex occupied Palestinian territory would have serious implications in terms of international law, the two-State solution and the prospects of a negotiated, sustainable peace.

International and regional opposition has also been widespread. European leaders continue to voice their opposition to annexation and have also affirmed that it would amount to a violation of international law. Powerful statements rejecting such a move have been issued in the past weeks by His Majesty, the King of Jordan, the Arab League and leaders across the Arab world, including a strong message directly to the Israeli people from the United Arab Emirates.

In addition to the official statements, we have witnessed opposition to the move from Israeli and Palestinian civil society, think tanks, academics and many others.

Multiple opinion polls have indicated that Israelis are deeply divided over the issue and do not consider it a priority as the country is in the grips of an economic crisis and rising unemployment. Thousands of Israelis have protested the move at gatherings in Tel Aviv's Rabin Square and other locations across the country.

Mister President,

Recognising that both peoples have a right to live in their ancestral home, 27 years ago Israeli and Palestinian leaders agreed to embark on a noble but difficult road to resolve the conflict through

+2

8 | 4 Shares

Like | Comment | Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 23 ·

(June 23, 2020): "We strongly condemn the cold-blooded murder of 28-year-old Ahmed Erekat by Israeli occupation forces at a military checkpoint near Bethlehem.

Ahmed was on his way to pick up his mother and sister who were preparing for his sister's wedding later that day. On that fateful trip, he was executed by Israeli occupation forces and denied medical help.

Israel also attempted to slander Ahmad and excuse his murder. It is part of a tragically familiar pattern, where Israel habitually uses false pretexts that are all too familiar now to justify the murder of Palestinians by trigger happy soldiers. This is what Israel did when it shot and killed Iyad Hallaq, an autistic man shot dead by Israeli soldiers in Jerusalem on 30 May, and Fadi Samara, father of 5, who was killed in cold blood on on 29 May near Ramallah.

Israel continues its policy of shoot first and ask questions later, with full impunity and in the absence of accountability from a dysfunctional international community. This shooting is symptomatic of a brutal and racist system of structural violence that treats Palestinian lives and rights with abject disdain, considering the lives of our young men and

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

international community. This shooting is symptomatic of a brutal and racist system of structural violence that treats Palestinian lives and rights with abject disdain, considering the lives of our young men and women discardable.

Palestinian lives matter. It is time for the world to hold Israel to account and ensure that justice is done by Palestinian victims.

We renew our call on the international community to take concrete steps, beyond hollow statements, to hold Israel accountable for its heinous crimes."

United Nations #Palestine

DCI.PLO.PS

**Dr. Ashrawi: Israel must be held accountable for its kill first, justify later policy**

12 16 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

June 23 ·

(23 June 2020) During an extra-ordinary global meeting on UNRWA at ministerial level hosted today by the governments of Sweden and Jordan, 75 governments and non-governmental organisations made $130 million in financial commitments to sustain the operations and services of the United Nations Relief and Works Agency for Palestine refugees in the Near East (UNRWA). UNRWA is the UN agency responsible for providing protection, health care, education, relief and social services, emergency response and other lifesaving services to more than 5.6 million Palestine refugees across the Middle East. The needs of these refugees are rising as a consequence of the outbreak and long-term implications of the COVID-19 pandemic, the economic downturn in host countries, and the political instability on top of the continued occupation of Palestinian Territory, the blockade on Gaza, and the conflict in Syria.

UNRWA USA UNRWA United Nations #UNRWA #Palestine #COVID19

UNRWA.ORG

**Countries Raise $130 Million for UNRWA and Commit Long-Term Support to Palestine Refugees | UNRWA**

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

UNRWA.ORG

**Countries Raise $130 Million for UNRWA and Commit Long-Term Support to Palestine Refugees | UNRWA**

9 · 1 Comment 2 Shares

Like Comment Share

Most Relevant

Write a comment...

이인섭
To Complete 21st Century World Peace

The 21st century is the original century of world peace.... See More

Like · Reply · 19w

---

Permanent Observer Mission of the State of Palestine to the United Nations
June 23 ·

The State of #Palestine joins 66 other countries to reconfirm its unwavering support to @IntlCrimCourt as an independent and impartial judicial institution, undeterred by any threats or measures against the #ICC, its officials and those cooperating with it.

#JusticeMatters United Nations

**The States mentioned hereafter have endorsed this statement in support of the International Criminal Court (ICC) following the release of the US Executive Order of 11 June 2020:**

***Andorra, Argentina, Australia, Austria, Bangladesh, Belgium, Belize, Bolivia, Brazil, Bulgaria, Burkina Faso, Canada, Chile, Colombia, Costa Rica, Côte d'Ivoire, Croatia, Cyprus, Czech Republic, Democratic Republic of the Congo, Denmark, Dominican Republic, Ecuador, Estonia, Fiji, Finland, France, Gambia, Germany, Greece, Guyana, Iceland, Ireland, Italy, Latvia, Lesotho, Liechtenstein, Lithuania, Luxembourg, Madagascar, Malta, Mexico, Namibia, Netherlands, New Zealand, Nigeria, Norway, Peru, Portugal, Romania, Saint Vincent and the Grenadines, San Marino, Senegal, Sierra Leone, Slovakia, Slovenia, South Africa, Spain, State of Palestine, Sweden, Switzerland, Trinidad and Tobago, Tunisia, Uganda, United Kingdom, Uruguay and Venezuela.***

As States Parties to the Rome Statute of the International Criminal Court (ICC), we reconfirm our unwavering support for the Court as an independent and impartial judicial institution. In line with the 11 June press release of the President of the Assembly of States Parties, we reiterate our commitment to uphold and defend the principles and values enshrined in the Rome Statute and to preserve its integrity undeterred by any measures or threats against the Court, its officials and those cooperating with it.

We remain committed to an international rules-based order. The ICC is an integral part of this order and a central institution in the fight against impunity and the pursuit of justice, which are essential components of sustainable peace, security and reconciliation. We will therefore continue to respect our cooperation obligations under the Rome Statute and we call on all States to ensure full cooperation with the Court for it to carry out its important mandate of ensuring justice for the victims of the most serious crimes of international concern.

We recall that the ICC is a court of last resort, which anchors a system of justice for serious international crimes rooted in national courts. National authorities have the primary responsibility to investigate and prosecute Rome Statute crimes. The ICC only steps in when States are unwilling or unable to genuinely carry out national proceedings.

The ICC, as the world's first and only permanent international criminal court, is an essential component of the multilateral architecture upholding the rule-of-law. It embodies our collective commitment to fight impunity for international crimes. By giving our full support to the ICC and promoting its universal reach, we defend the progress we have made together towards an international rules-based order, of which international justice is an indispensable pillar.

16 · 5 Shares

Like Comment Share

Write a comment...

---

Permanent Observer Mission of the State of Palestine to the United Nations
June 23 ·



Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT



Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

https://twitter.com/JoinUN75

يرجى مشاركت الاستبيان مع الجميع! من المهم جداً أن نجمع أكبر عدد ممكن من الفلسطينيين لتعبئة الاستبيان!

TWITTER.COM

**JoinUN75 (@JoinUN75) | Twitter**

The latest Tweets from JoinUN75 (@JoinUN75). The world needs so...

4 · 1 Comment 1 Share

Like Comment Share

Most Relevant

Write a comment...

Frederick Bertolt Fritz Richter
**Lady Bunny** the U.N. survey is interesting, after taking it , if you choose, you can see the results so far. Guess what's the greatest concern? Universal Healthcare. Surprise, surprise.

Like · Reply · 19w

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 16 ·

16 June 2020:

"On 11 June President Donald Trump signed an executive order authorising the possible imposition of economic sanctions and visa restrictions on certain persons associated with the International Criminal Court (ICC), including agents of States Parties that cooperate with the Court.

The European Union expresses grave concern about the announced measures and reconfirms its unwavering support for the International Criminal Court."

(Read full statement below)

EEAS.EUROPA.EU

**International Criminal Justice: Statement by the High Representative following the US decision on possible...**

8 · 1 Comment 2 Shares

Like Comment Share











Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

8 1 Comment 2 Shares

Like Comment Share

Most Relevant

Write a comment...

**Taban Anis**
Nobody nor state is above the law, nobody or state has the right to uproot anyone, annex lands not theirs, kill other human beings irrespective of situation other than one under exception before the law, uproot the livelihood of others!
Impunity must be delt with fair and square, not even being a party state or not should be ground for impunity!

Like · Reply · 20w

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 16 ·

(16 June 2020) United Nations Human Rights Office of the High Commissioner (OHCHR)

"The agreement by the new coalition Government of Israel to annex significant parts of the occupied Palestinian West Bank after 1 July would violate a cornerstone principle of international law and must be meaningfully opposed by the international community, UN experts said today. Forty-seven of the independent Special Procedures mandates appointed by the Human Rights Council issued the following statement" : (read below)

United Nations OHCHR - Office of the High Commissioner of Human Rights #Palestine

OHCHR.ORG
**OHCHR | Israeli annexation of parts of the Palestinian West Bank would break...**
GENEVA (16 June 2020) – The agreement by the new coalition Government of Israel to annex significant parts of the occupied Palestinian We...

9 15 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 13 ·

Resolution Adopted by the Open-Ended Virtual Extraordinary Meeting of the Organisation of Islamic Cooperation #OIC Executive Committee at the Level of Foreign Ministers on the Threats of the #Israeli Occupation Government to Annex Parts of State of #Palestine's territory Occupied in 1967. Read resolution here: https://www.oic-oci.org/topic/?t_id=23484&t_ref=14035&lan=en

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Organisation of Islamic Cooperation (OIC)
June 10 ·

Resolution Adopted by the Open-Ended Virtual Extraordinary Meeting of the OIC Executive Committee at the Level of Foreign Ministers on the Threats of the #Israeli Occupation Government to Annex Parts of State of #Palestine's territory Occupied in 1967.
https://www.oic-oci.org/topic/?t_id=23484&t_ref=14085&lan=en

10 4 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
June 13 ·

The State of #Palestine is happy to be among 132 signatories supporting @antonioguterres United Nations Communications Response initiative and call for global action to fight #infodemic in times of #COVID19 United Nations News

8 4 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
June 11 ·

Over 100 international law experts and scholars around the world have signed onto a letter addressed to Israeli officials calling against the looming annexation of the West Bank.

Signatories warned that annexation would "constitute a flagrant violation of bedrock rules of international law, and would also pose a serious threat to international stability in a volatile region".

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

**Photos** See All

**Videos** See All

18

161 Views · a year ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

signatories warned that annexation would "constitute a flagrant violation of bedrock rules of international law, and would also pose a serious threat to international stability in a volatile region".

United Nations #Palestine #Annexation

OPINIOJURIS.ORG

**An Open Letter to the Israeli Government Condemning Annexation**

13 · 1 Comment 3 Shares

Like Comment Share

Most Relevant

Write a comment...

**Anhar Bhai**
Good initiative even though nothing will come out of it.
Like · Reply · 20w · Edited

**Permanent Observer Mission of the State of Palestine to the United Nations**
June 11 ·

Update from the Ministry of Health of the State of Palestine regarding COVID-19 as of (Thursday, June 11th, 2020):

ملخص الوضع الفلسطيني لفيروس كورونا- الخميس 11/6/2020

• عدد الإصابات الإجمالي: 665 إصابة

• عدد حالات التعافي: 565 حالة

• عدد حالات الوفاة: 5 حالات

• الحالات النشطة (التي لا تزال مصابة): 95 حالة

Summary of the Palestinian situation of coronavirus-Thursday 11/6/2020

• Total number of injuries: 665

• Number of recovery cases: 565

• Number of deaths: 5

• Active cases (still injured): 95 cases

#COVID19 #Palestine Moh_ps

See Translation

وزارة الصحة الفلسطينية was sharing a COVID-19 Update.
June 11 ·

Summary of the Palestinian situation of the Coronavirus - Thursday 11/6/2020

Total number of cases: 665 cases

• Number of recoveries: 565 cases

• Number of deaths: 5

• Active cases (still infected): 95 cases

See original · Rate this translation

4

Search Facebook

Permanent Observer Mission of the State ... | Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

See original · Rate this translation

4

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

June 4 ·

"As we somberly commemorate the passage of 53 years since the onset of Israel's occupation of Palestinian and Arab territories in 1967, I must write once again to draw the international community's attention to the ongoing protection crisis and deterioration of conditions as Israel, the occupying Power, continues its depraved dehumanization of the Palestinian people and colonization of Palestinian land..."

Read letter in its entirety below:

United Nations #UNSC United Nations Palestine Rights Committee #Palestine

PALESTINEUN.ORG

**4 June 2020 – Escalating Israeli aggression against Palestinian civilians and looming annexation**

7 · 1 Share

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

May 29 ·

Save the Date: 4 June 2020

The United Nations Forum on "The Question of Palestine: Threats of Annexation and the Prospects for Peace" will hold a virtual event on 4th of June with speakers:

Dr. Hanan Ashrawi
Member of the PLO Executive Committee

Mr. Yossi Beilin
Former Israeli Cabinet Minister

Mr. James Zogby
Founder and President of the Arab American Institute

10.00 am to 11.30 am (New York Time),

The event will be live-streamed on UN Web TV, and on this page.
http://www.webtv.un.org/

#Rights4Palestine United Nations Palestine Rights Committee #Palestine

Search Facebook

Permanent Observer Mission of the State ...  Send Message  Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

@UNISPAL @UN.palestinianrights UN General Assembly's Palestinian Rights Committee

**United Nations Palestine Rights Committee** updated their cover photo.

May 22

12 5 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

May 27

(27 May 2020) Arabic Press Release:

السفير منصور يطلب من مجلس الأمن توفير الحماية للشعب الفلسطيني تحت الاحتلال

Read statement in full below:

See Translation

PALESTINEUN.ORG

**السفير منصور يطلب من مجلس الأمن توفير الحماية للشعب الفلسطيني تحت الاحتلال**

4

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

May 27

"Mr. President,

I must address the situation of the Palestinian people, which OCHA characterizes "as a protracted protection crisis driven by lack of respect for international law, and a lack of accountability for violations", and let me do so by stating some hard truths.

1) There is no right to security of the occupying Power at the expense of the security and protection of the occupied people, or at the expense of a people's right to self-determination. There is no right to security that justifies permanent occupation or the illegal acquisition of land by force and its colonization. There is no right to security that justifies a blockade imposed on two million people for 13 years and the oppression of an entire nation. International law draws a clear line between legal action and war crimes and crimes against humanity. Allowing any country to blur this line places civilians in harm's way and undermines peace and security..."

Read the statement in its entirety below:

United Nations #UNSC #Palestine

PALESTINEUN.ORG

**Statement by H.E. Minister Riyad Mansour, Permanent Observer of the State of Palestine to the United Nations,...**

7

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to**

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Permanent Observer Mission of the State of Palestine to the United Nations
May 26 ·

(26 May 2020)

State of Palestine
Ministry of Health

Coronavirus Update: There have been ZERO reported cases in the past 24 hours. Since the start of the pandemic, there have been a total of 602 reported cases in all of Palestine.

#Palestine #COVID19 وزارة الصحة الفلسطينية

State of Palestine
Ministry of Health
Minister's Office

دولـــة فـلـسـطـين
وزارة الصحة
مكتب الوزير

**تقرير موجز عن الحالة الوبائية في فلسطين- فيروس كورونا/ كوفيد 19- الثلاثاء: 26/5/2020**

**الحالات الجديدة:** لم يتم تسجيل إصابات جديدة بفيروس كورونا في فلسطين خلال الـ24 ساعة الماضية.

**الإصابات**

- **العدد الإجمالي:** تم تسجيل **602** إصابة في جميع محافظات الوطن منذ بدء ظهور الفيروس في فلسطين: **319** في محافظة القدس، **228** في باقي المحافظات الشمالية، **55** في المحافظات الجنوبية
- **الحالات النشطة:** **114** حالة بينها **60** في محافظة القدس، و**18** حالة في محافظة الخليل، و**36** في المحافظات الجنوبية.
- **نسبة الحالات النشطة:** **18.9%** من مجمل الإصابات المسجلة.

**حالات التعافي**

- **الحالات الجديدة:** تم تسجيل **8** حالات تعافٍ (6 في محافظة الخليل من السموع، وحالتان من قطاع غزة)
- **العدد الإجمالي:** تم تسجيل **483** حالة تعافٍ
- **نسبة التعافي:** **80.2 %** من مجمل الإصابات المسجلة

**المحافظات الخالية من الإصابات بفيروس كورونا حتى الآن هي 9 محافظات: أريحا والأغوار، طوباس، سلفيت، جنين، قلقيلية، رام الله والبيرة، بيت لحم، طولكرم ونابلس.**

**وزيرة الصحة**
**د. مي سالم الكيلة**

Ministry of Health - Nablus- Tel.: 09/2384771/6 - Fax : 09/2384777
Ministry of Health -Ramallah- Behind Palestine Medical Complex
Tel.: 02/2984183 - Fax: 02/2984182
Ministry of Health - Gaza- Tel.: 08/2846949 - Fax : 08/2826295

9 · 2 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
May 23 ·

On behalf of the Permanent Observer Mission of the State of Palestine to the UN, we extend our best wishes for peace and prosperity on the occasion of Eid Al-Fitr

كل عام وانتم بخير. عيد مبارك

Search Facebook

Permanent Observer Mission of the State ... Send Message Like ···

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

36 · 2 Comments 2 Shares

Like Comment Share

Most Relevant

Write a comment...

**Joshua Ferguson**

Like · Reply · 23w

Most Relevant is selected, so some comments may have been filtered out.

**Permanent Observer Mission of the State of Palestine to the United Nations**

May 21 ·

Permanent Mission of the League of Arab States to the United Nations

(Arabic) Press Release: "Arab efforts to mobilize efforts in combating Israel's unlawful annexation plans in the Occupied Palestinian Territory"

United Nations UN News Arabic - أخبار الأمم المتحدة #Palestine #OPT #Annexation

جامعة الدول العربية
الوفد الدائم لدى الأمم المتحدة بنيويورك

**بيان صحفي عن الجهود العربية لحشد الجهود للتصدي لخطط الضم الإسرائيلية غير القانونية في الأرض الفلسطينية المحتلة**

متابعة للاجتماع الوزاري العربي الطارئ، المنعقد في ٣٠ أبريل ٢٠٢٠، لمواجهة خطط اسرائيل لضم أراض فلسطينية محتلة، أنهى وفد الترويكا العربية في نيويورك، برئاسة سلطنة عمان وعضوية كل دولة قطر ودولة الكويت بالاضافة إلى دولة فلسطين وجامعة الدول العربية وعدد من دول المنطقة، بما فيها المملكة الأردنية الهاشمية وجمهورية مصر العربية والجمهورية اللبنانية، سلسلة من الاجتماعات مع كل من الأمين العام للأمم المتحدة ورئيس مجلس الأمن (إستونيا) ورئيس الجمعية العامة للأمم المتحدة. كما عقدت الترويكا العربية اجتماعات ثنائية مع المندوب الدائم للإتحاد الأوروبي والمندوب الدائم لروسيا الاتحادية والمندوبة الدائمة الولايات المتحدة لدى الأمم المتحدة بصفتهم أعضاء في اللجنة الرباعية الدولية. وشدد الوفد العربي على عدم شرعية السياسة التي تنتهجها إسرائيل، السلطة القائمة بالاحتلال، في فلسطين المحتلة، بما فيها القدس الشرقية، لضم مناطق واسعة من الضفة الغربية، بما في ذلك غور الأردن، شمال البحر الميت، والأراضي التي بنيت عليها مستوطناتها بشكل غير قانوني، في انتهاك صارخ للقانون الدولي، ولقرارات الأمم المتحدة وميثاقها الذي يحظر الاستيلاء على أراضي الغير بالقوة.

كما دعا الوفد العربي جميع الشركاء الدوليين، بما في ذلك اللجنة الرباعية الدولية ومجلس الأمن، إلى بذل كل الجهود من أجل وضع حد لهذه السياسات والخطط غير القانونية، مؤكدا على دعوة الوزراء العرب إلى اتخاذ إجراءات دبلوماسية وسياسية وقانونية، بما يتماشى مع القانون الدولي وقرارات الشرعية الدولية ذات الصلة، في الأمم المتحدة وكذلك في العواصم ومع جميع الشركاء المعنيين، بهدف منع اسرائيل من ضم أراض في الضفة الغربية المحتلة.وجدد الوفد العربي استعداده للتعاون مع هذه الجهود، داعيا إلى إعادة تركيز الجهود الدولية من أجل إنهاء الاحتلال الإسرائيلي منذ ١٩٦٧، ودعم الشعب الفلسطيني في الحصول على حقوقه غير القابلة للتصرف، بما فيها حق تقرير المصير. وشدد على أن دولة فلسطين المستقلة ذات السيادة، وعاصمتها القدس الشرقية، هي أساس أي حل عادل ودائم وشامل للصراع العربي-الإسرائيلي وللسلام والأمن في المنطقة برمتها. وكرر الوفد الدعوة إلى إطلاق عملية سياسية برعاية دولية، وفي إطار زمني محدد، استنادا لمرجعيات وأسس الحل السلمي المجمع عليها دوليا بما فيها مبادرة السلام العربية، لرعاية المفاوضات بين الجانبين الفلسطيني والاسرائيلي، من أجل التوصل إلى حل عادل وشامل للصراع العربي- الإسرائيلي.

وبدورها أكدت الأطراف الدولية التي اجتمعت مع الوفد العربي على أهمية هذا الجهد العربي الدبلوماسي وعلى ضرورة التعاون والعمل بشكل جماعي لتحقيق السلام المنشود والأمن للأجيال القادمة في المنطقة ككل. وفي هذا السياق، تم التوافق بين الوفد العربي والوفد الروسي ووفد الاتحاد الأوروبي والأمين العام للأمم المتحدة على العمل سويا أملا في وقف الضم واستئناف المفاوضات [illegible]

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

العربية، بما في ذلك غور الأردن، شمال البحر الميت، والأراضي التي بنيت عليها مستوطناتها بشكل غير قانوني، في انتهاك صارخ للقانون الدولي، ولقرارات الأمم المتحدة وميثاقها الذي يحظر الاستيلاء على أراضي الغير بالقوة.

و أكد الوفد العربي على أن هذه السياسة تدمر إمكانية حل الدولتين على حدود ما قبل عام ١٩٦٧ محذرا من أن تلك الإجراءات الإسرائيلية غير القانونية، إذا لم تتوقف، فإنها لن تؤدي إلا إلى المزيد من الصراع والمعاناة وتدمير فرص السلام والأمن في المنطقة بأسرها.

ضرورة التعاون والعمل بشكل جماعي لتحقيق السلام المنشود والأمن للأجيال القادمة في المنطقة ككل. وفي هذا السياق، تم التوافق بين الوفد العربي والوفد الروسي ووفد الاتحاد الأوروبي والأمين العام للأمم المتحدة على العمل سويا أملا في وقف الضم واستئناف المفاوضات بين الجانبين ضمن إطار اللجنة الرباعية الدولية وعلى أساس الشرعية الدولية

*******

11 1 Comment 4 Shares

Like Comment Share

Most Relevant

Write a comment...

Nadeen Awwad

Can you please release the English version?

Like · Reply · 23w 1

Permanent Observer Mission of the State of Palestine to the United Nations

May 20 ·

(19 May 2020): DRAFT DECLARATION

The Organization of Islamic Cooperation (OIC) Group Reaffirms Opposition to Illegal Israeli Annexation Plans in the Occupied Palestinian Territory, including East Jerusalem

United Nations Organisation of Islamic Cooperation (OIC) #Palestine #Jerusalem #Annexation #OPT

**DRAFT DECLARATION**
**OIC Group Reaffirms Opposition to Illegal Israeli Annexation Plans**
**in the Occupied Palestinian Territory, including East Jerusalem**

1. The Organization of Islamic Cooperation (OIC) Group at the United Nations in New York convened at the Ambassadorial level on 19 May 2020 under the Chair of the United Arab Emirates to address, *inter alia*, the grave situation in the Occupied Palestinian Territory, including East Jerusalem, as a result of the illegal policies and measures of Israel, the occupying Power, in flagrant violation of international law, the purposes and principles of the Charter of the United Nations—including the inadmissibility of the acquisition of territory by force—and the relevant United Nations resolutions, including Security Council resolution 2334 (2016).

2. The OIC Group reaffirmed OIC resolutions on Palestine and Al-Quds Al-Sharif adopted by successive regular and extraordinary Islamic Summits and Ministerial Meetings. It also reaffirmed the centrality of the Question of Palestine and Al-Quds Al-Sharif to the Muslim Ummah, and its principled and unwavering support and solidarity with the Palestinian people and leadership. The OIC Group called on the international community to shoulder their responsibilities and take urgent action.

3. The OIC Group denounced all violations of international law perpetrated by Israel in the Palestinian land and against the Palestinian people, including grave breaches of the Fourth Geneva Convention, and called for these violations to immediately and completely cease. The OIC Group deplored the continued occupation and perpetration of violations by the occupying Power in contravention of international law and in contempt of repeated demands for cessation by the international community, including the UN General Assembly and the UN Security Council.

4. The OIC Group further deplored that, as countries face immense additional challenges caused by the COVID-19 pandemic and that have prompted the UN Secretary-General to call for a global ceasefire, Israel exploits this global crisis to further advance its illegal colonization and to deepen the oppression of the Palestinian people in violation of their inalienable human rights, including to self-determination and to return.

5. The OIC Group strongly condemned and unequivocally rejected Israel's plans concerning the annexation of Palestinian territory in the West Bank and called for the immediate and complete halt to all such illegal actions, including the confiscation of Palestinian land, the construction of settlements and the wall, the demolition of Palestinian homes and properties, and the forced displacement of Palestinian civilians. The OIC Group warned that the implementation of these illegal unilateral plans will undermine the efforts made by the international community towards achieving a two-State solution on the pre-1967 borders and the prospects for realizing a just, lasting, and comprehensive peace, and they will have grave consequences for the stability and security of the region and beyond.

6. The OIC Group reiterated its demands that Israel, as the occupying Power, fully respect all of its obligations under international law, including international humanitarian law and international human rights law, the UN Charter, and the relevant General Assembly and Security Council resolutions. In this regard, the OIC Group stressed the urgent need for the international community to hold Israel accountable for its actions to ensure that Israel respects its obligations.

7. The OIC Group recalled, in this regard, Security Council resolutions 2334 (2016) and 478 (1980), the resolutions of the General Assembly in its regular and emergency special sessions regarding the Question of Palestine, the relevant

8. The OIC Group called on the international community to engage in serious efforts to halt Israel's plans concerning the illegal annexation and to salvage the prospects for realizing the rights of the Palestinian people, including to self-determination and independence; the two-State solution on the pre-1967 borders; and a just and lasting peace in accordance with the longstanding international consensus and based on international law, the relevant UN resolutions, the Madrid principles, and the Arab Peace Initiative. The OIC Group specifically called on the Security Council to uphold its duties under the UN Charter and to address Israel's plans of annexation, which undermine opportunities for peace, and contradicts all efforts made by the international community to reach a lasting political solution in accordance with relevant international resolutions.

9. The OIC Group reaffirmed that peace and security in the Middle East region and a just, lasting, and comprehensive solution can only be achieved by bringing an end to the illegal Israeli occupation of the State of Palestine, including Al-Quds Al-Sharif, and of the other Arab territories occupied since June 1967. The OIC Group called for all efforts necessary to bring an end to this illegal occupation and to assist the Palestinian people in achieving their inalienable rights, including the right to exercise self-determination and to live securely, dignity and peace in a sovereign and independent State of Palestine, with Al-Quds Al-Sharif as its capital, and a

13 3 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

May 19 ·

(15 May 2020) Communique of the Coordinating Bureau of the Non-Aligned Movement (NAM) on illegal Israeli annexation plans in the Occupied Palestinian Territory (OPT)

@un #NAM #Palestine #Annexation

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Aligned Movement (NAM) on illegal Israeli annexation plans in the Occupied Palestinian Territory (OPT)

@un #NAM #Palestine #Annexation

CHAIR OF THE COORDINATING BUREAU OF THE NON-ALIGNED MOVEMENT

CHAIR OF THE COORDINATING BUREAU OF THE NON-ALIGNED MOVEMENT

COMMUNIQUE OF THE COORDINATING BUREAU OF THE NON-ALIGNED MOVEMENT ON ILLEGAL ISRAELI ANNEXATION PLANS IN THE OCCUPIED PALESTINIAN TERRITORY

16 · 3 Shares

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
May 19 ·

(19 May 2020) UN FACILITATES 14 TONNES OF URGENT MEDICAL SUPPLIES FROM THE UAE TO SUPPORT COVID-19 RESPONSE IN THE OCCUPIED PALESTINIAN TERRITORY

United Nations #Palestine #COVID19 #UNSCO #OPT

UNSCO.UNMISSIONS.ORG

**UN facilitates 14 tonnes of urgent medical supplies from the UAE to support COVID-19 response in the occupied...**

17 · 3 Shares

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
May 15 ·

(May 14, 2020): "Seventy-two years ago, the Nakba (Catastrophe) that was forced upon the Palestinian people began with a systematic campaign of ethnic cleansing, expulsion, mass murder, theft, and destruction by Zionist militias that later formed the Israeli army. Nakba ravished the thriving and prosperous Palestinian society, turning the majority of the Palestinian people into uprooted refugees, whose identity and basic rights were denied and whose plight continues until today. It is a collective and cumulative trauma that affects every Palestinian..."

Read Dr. Ashrawi's full statement below:







