# EXHIBIT 58



Search Facebook

Permanent Observer Mission of the State ... Send Message Like ...

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Palestinian..."

Read Dr. Ashrawi's full statement below:

United Nations #Palestine #Nakba72

DCI.PLO.PS

**Dr. Ashrawi: Nakba is a Continuum of Injustice that Must End**

14 4 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
May 14 ·

United Nations Palestine Rights Committee will host the Prime Minister of the State of Palestine, H.E. Mr. Mohammed Shtayyeh

Monday 18 May at 2:30 pm - 3:45 pm (EST)

For an interactive conversation about recent political developments and the current situation in the State of Palestine

The event will be live streamed on UN Web TV and simultaneously be livestreamed from UN WebTV unto the United Nations Palestine Rights Committee Facebook page

We welcome you to join the conversation and share this timely event with others

For more information visit https://www.un.org/unispal/

@un.palestinianrights @palestine_un #Palestine @DrShtayyeh

MAY 18 AT 6:30 PM

Conversation with Prime Minister of the St... Watch Now

This video is now available to watch

UN Web TV was live.
May 13 ·

Join us LIVE! @UN.palestinianrights will host Prime Minister, H.E. Mr. Mohammed Shtayyeh, for an interactive conversation about recent political developments and the current situation in the State of Palestine.



Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Mr. Mohammed Shtayyeh, for an interactive conversation about recent political developments and the current situation in the State of Palestine.

8 2 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

May 13 ·

"...Israeli officials have repeatedly stated their intention to annex Israeli settlements and other parts of the occupied West Bank. If implemented, such steps would not only constitute a serious violation of international law, but they would also effectively end the prospect of the two-State solution and close the door to negotiations between Israelis and Palestinians..." – UN Secretary-General Antonio Guterres (March 2020 report on resolution 2334 (2016)

Read our full statement below:

United Nations #Palestine #Annexation

PALESTINEUN.ORG

13 May 2020 – Impending annexation and escalating Israeli violations

4 1 Share

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

May 13 ·

Older persons are bearing the brunt of #COVID19. We must ensure their #HumanRights and dignity, and recognize their important contributions to the response to the pandemic. The State of #Palestine 🇵🇸 joins 139 signatories in supporting the #UNSG Antonio Guterres brief on COVID-19 and older persons.

United Nations @palestine_un

Statement of Support to the UN Secretary General's Policy Brief on The Impact of COVID-19 on Older Persons"





Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

6 2 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
May 11 ·

11 May 2020

In light of COVID-19 crisis, UN officials call for immediate release of all children in detention, including Palestinian children.

"We are seriously concerned over the continued detention of Palestinian children by Israeli authorities. At the end of March, 194 Palestinian children were detained by the Israeli authorities in prisons and detention centres, mainly in Israel, according to data released by the Israeli Prison Service. This is higher than the monthly average number of children detained in 2019. Of the total, the vast majority of these children have not been convicted of any offence but are being held in pre-trial detention."

United Nations OCHA #Palestine #COVID19 #Children

United Nations OCHA occupied Palestinian territory is sharing a COVID-19 Update.
May 11 ·

Today, United Nations officials called for the release of child detainees, including Palestinians, in light of COVID-19: ochaopt.org/C19-child-detainees

7 6 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
May 8 ·

SAVE THE DATE:

18 May 2020
(2:30 pm - 3:45 pm) EST

The United Nations Committee on the Exercise of the Inalienable Rights of the Palestinian People will host:

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT
Page 45 of 84











Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

+Patriarch Theophilos III, Greek Orthodox Patriarchate
+Patriarch Nourhan Manougian, Armenian Apostolic Orthodox Patriarchate
+Archbishop Pierbattista Pizzaballa, Apostolic Administrator, Latin Patriarchate
+Fr. Francesco Patton, ofm, Custos of the Holy Land
+Archbishop Anba Antonious, Coptic Orthodox Patriarchate, Jerusalem
+Vicar General Father Gabriel Daho, Syrian Orthodox Patriarchate
+Archbishop Aba Embakob, Ethiopian Orthodox Patriarchate
+Archbishop Yaser AL-Ayash, Greek-Melkite-Catholic Patriarchate
+Archbishop Mosa El-Hage, Maronite Patriarchal Exarchate
+Archbishop Suheil Dawani, Episcopal Church of Jerusalem and the Middle East
+Bishop Ibrahim Sani Azar, Evangelical Lutheran Church in Jordan and the Holy Land
+Father Ephram Samaan, Syrian Catholic Patriarchal Exarchate
+Rt Rev. Joseph Nersès Zabarian, Armenian Catholic Patriarchal Exarchate

14 9 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

May 7 ·

"During the holy month of Ramadan, amid the COVID-19 pandemic, Israel has destroyed a record number of Palestinian properties, including humanitarian aid provided by donor states, in breach of international humanitarian law."

#COVID19 #Palestine #Demolitions

**Record High Demolitions**

During the holy month of Ramadan, amid the COVID-19 pandemic, Israel has destroyed a record number of Palestinian properties, including humanitarian aid provided by donor states, in breach of international humanitarian law.

**+615%**

Increase in the daily average of demolitions during Ramadan, compared to 2015 - 2019

**+193%**

Increase compared to 2019, which previously had the highest daily average.

**Record Number of Demolitions**

In the first 13 days of Ramadan, Israel destroyed 16 Palestinian properties, more than in any previous full month of Ramadan.

**More Donor-Funded Structures Destroyed**

Five donor-funded structures have been destroyed in 13 days, exceeding the entire 30-day period in 2019.

**Affected Communities**

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Itay Epshtain
May 7 ·

During the holy month of Ramadan, amid the COVID-19 pandemic, Israel has destroyed a record number of Palestinian properties, including humanitarian aid provided by donor states, in breach of international humanitarian law.

7 2 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
May 7 ·

6 May 2020

Press Statement (English & Arabic)

Arab Group Delegation Meets with United Nations Secretary General in Mobilization against Israel's Illegal Annexation Plans in the Occupied Palestinian Territory

#Palestine #UNSG #Annexation #ArabGroup #OPT

جامعة الدول العربية
الوفد الدائم لدى الأمم المتحدة بنيويورك

6 May 2020

**Press Statement**

**Arab Group Delegation Meets with UN Secretary-General in Mobilization against Israel's Illegal Annexation Plans in the Occupied Palestinian Territory**

In follow-up of the emergency Arab Ministerial Meeting, convened on 30 April 2020, to address the looming threat of Israeli annexation of Palestinian Territory, the Arab Troika in New York, under the chairmanship of Oman and accompanied by the State of Palestine and the League of Arab States, met with United Nations Secretary-General António Guterres yesterday, 5 May 2020.

The Arab delegation emphasized the illegality of all colonization and annexation measures by Israel, the occupying Power, in Occupied Palestine, including East Jerusalem, and strongly condemned Israel's plans to annex large areas of the West Bank, including the Jordan Valley, northern Dead Sea area and lands on which it has illegally constructed its settlements and Wall, in grave violation of the Fourth Geneva Convention, UN resolutions and the Charter prohibiting the acquisition of territory by force. They deplored Israel's cynical exploitation of this period of global pandemic to advance these illegal plans, and underscored the international community's broad rejection and demands for a halt to these illegal actions.

The Arab delegation reaffirmed readiness to cooperate with these efforts and called for refocusing international action towards bringing an end to the illegal Israeli occupation and supporting the Palestinian people in realizing their inalienable rights, including to self-determination. They underscored that an independent, sovereign State of Palestine, with East Jerusalem as its capital, is the cornerstone of a just, lasting and comprehensive solution to the Arab-Israeli conflict and peace and security in the region. They reiterated the call for an internationally-sponsored political process, within a defined timeframe and based on the longstanding parameters, to shepherd negotiations for the achievement of a just solution to the Palestine question, and pledged full cooperation with, and support to, the Secretary-General, all UN organs, including the Security Council, and all relevant UN agencies in fulfilling this solemn responsibility.

+2

13 1 Comment 4 Shares

Like Comment Share

Most Relevant

Write a comment...

이인섭
-The 21st century is the era of global global e-government-

* It is necessary to transform the fixed consciousness of the world people *

When a person observes the nature of the moment while living in this world, thousands of ants line up one ant in

Search Facebook

Permanent Observer Mission of the State ...

Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

4:04

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

the world people

When a person observes the nature of the moment while living in this world, thousands of ants line up one ant in front and lift up a stalk of peanut in a sand bar, and numerous peanut pods hang up and climb together You can see the coming phenomenon, which is like a phenomenon in which all living things in one stem leading to one earth, one universe, are connected in a single line, entangled, entangled, exchanged, bitten, and bitten.

Thus, the 21st century is a global era in which a complete world is connected as one, and a global government in which the whole world is united. Now, our people must be transformed from social perception to national perception to global perception from the personal perception of whoever lives where. This is because the global world is now turning too fast. The reason why the world's reason is moving too fast is because the reason of the great universe nature is changing so fast.

What we see and hear, smell, taste, think, eat, speak, and act. All of these are one by one. From now on, we must move to the notion that not everyone is one of the small corners of the world, but a large people of the world and a large country in the era of global e-government where everyone participates. The 21st century is a time when a great shift in human consciousness is needed.

As a result, the whole world emerges from your ignorance, from your ignorance, from your ignorance of the nation and from your ignorance of the nation. You have to understand well that you are going to be well. Even today, people of the world need to know that the transformation of consciousness is gradually taking place without anyone having to do it. Now, for the new world of the 21st century, we need to move toward a global world peace era, the era of the world e-government, a bright and warm world.

The Gentle World of the East Lee In Seop.

Like · Reply · 25w 1

**Permanent Observer Mission of the State of Palestine to the United Nations**
May 6 ·

Committee on the Exercise of the Inalienable Rights of the Palestinian People (CEIRPP)

Arabic Press Statement: 5 May 2020

"Annexation is a Threat to the Two-State Solution"

United Nations Palestine Rights Committee #Palestine #Rights4Palestine United Nations OCHA occupied Palestinian territory #Annexation

**بيان الجنة الجمعية العامة المعنية بممارسة الشعب الفلسطيني لحقوقه غير القابلة للتصرف**

الضم هو تهديد لحل الدولتين

مع تحول انتباه العالم إلى مكافحة جائحة كوفيد-19، يواجه الشعب الفلسطيني تحت الاحتلال أزمة إضافية - تهديد الضم.

حتى أثناء حالة الطوارئ الصحية غير المسبوقة، واصلت إسرائيل، سلطة الاحتلال، ترسيخ الاحتلال الغير قانوني و أعلنت بصورة واضحة عن نيتها بضم الأراضي الفلسطينية المحتلة، مع استمرار حصار قطاع غزة.

يقع على عاتق المجتمع الدولي حشد دعمنا وتضامننا وراء الشعب الفلسطيني لمنع الضم، وهو ما يشكل خرقًا خطيرًا للقانون الدولي وانتهاكًا صارخًا لقرارات الأمم المتحدة، بما فيها القرار (2016) 2334، الذي يدعو إلى إنهاء الاحتلال الإسرائيلي الذي بدأ عام 1967 و تحقيق حقوق الشعب الفلسطيني، بما في ذلك تقرير المصير و الاستقلال. إن حظر الاستيلاء على الأراضي بالقوة مطلق

Search Facebook

Permanent Observer Mission of the State ...

Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

الأمم المتحدة، بما فيها القرار (2016) 2334، الذي يدعو إلى إنهاء الاحتلال الإسرائيلي الذي بدأ عام 1967 و تحقيق حقوق الشعب الفلسطيني، بما في ذلك تقرير المصير و الاستقلال. إن حظر الاستيلاء على الأراضي بالقوة مطلق في ميثاق الأمم المتحدة.

إن توسيع سيطرة إسرائيل على الأراضي الفلسطينية، بما في ذلك القدس الشرقية، يقوض حل الدولتين المتفق عليه دوليا. يبقى هدف تعايش إسرائيل و فلسطين جنب إلى جنب بسلام و أمان على حدود ما قبل عام 1967، مع القدس الشرقية عاصمة للدولة الفلسطينية، دون تغيير، لكنه غير محقق ومعرض لخطر كبير.

وتدعو اللجنة إسرائيل إلى الاستجابة لنداء الأمين العام الأخير بوقف عالمي لإطلاق النار. كما تدعو إسرائيل أيضا إلى الاستجابة للمطالبة الطويلة الأمد بوقف إجراءاتها وممارساتها غير القانونية في الأراضي الفلسطينية المحتلة، بما فيها القدس الشرقية، و وقف جميع التدابير الرامية إلى ترسيخ الاحتلال وضم الأراضي. كما تدعو اللجنة إسرائيل، وفقا لالتزاماتها بموجب القانون الدولي، إلى ضمان الاحترام الكامل لحقوق الإنسان للسكان المدنيين الفلسطينيين الخاضعين لسيطرتها، وتوفير المساعدة الإنسانية و توصيلها، بما في ذلك من منع لانتشاركوفيد-19.

نحن في الأمم المتحدة لدينا الأدوات اللازمة لكبح جماح العنف والظلم، و نسعى إلى السلام والعدالة والأمن للجميع. نحن ملتزمون بعدم استثناء أحد. بشكل لا يختلف عن مكافحة الوباء، يجب على كل منا -فرديا و جماعيا- أن

9 · 1 Share

Like · Comment · Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

May 6 ·

5 May 2020

Statement by Prime Minister Dr. Mohammed Shtayyeh

(In the Ninth week of COVID-19 State of Emergency)

#Palestine #COVID19

5 May 2020

STATEMENT BY PRIME MINISTER DR. MOHAMMAD SHTAYYEH
(In the Ninth week of COVID-19 State of Emergency)

"In the name of God, the Merciful, the Compassionate"

Today, I would like to tell you thank you for you've created a success story of our duty to protect you. I know that some of you have been distressed during the past period, whether financially, psychologically, or socially. However, this sacrifice has saved us all from an exacerbating pandemic in our homeland. Look at what has been happening in the world.

We've started in the right way, so let us successfully conclude this scene in a way that protects our people.

I assure you that we are in an essential stage towards exiting this pandemic. We've started with an order and will come out the same way. However, the danger is still present, and any surprises are possible.

Between yesterday and today, twelve COVID-19 cases were recorded in Al- Samu' Town (in Hebron Governorate). Today, twenty-five cases have made it to full recovery. It is the most pleasant to the President's heart to see that you are safe and to see that life would return to better than it was before this pandemic.

We hope that you understand that the measures we have been taking are not a punishment, but for your sake. And know that the security forces personnel, who have not returned to their homes for 60 days, are present for your safety. We extend our gratitude and appreciation to them along with the medical staff, emergency committees, municipal employees, popular and factional frameworks, and everyone who has been contributing to this national effort.

Today, we do not say, stay at your homes all day and night. Instead, fulfill your needs and work during the daytime, and stay at your homes at nighttime. The returning to normal movement without restrictions, returning to family visits and gatherings, may again lead us to the circle of danger. We will gradually reduce these restrictions according to the necessary health procedures.

The order today is to use masks, gloves, sterilizers, and keeping distance between people. The more you help us, the easier it will be for us to decide the mitigation of restrictions.

Now, we are in control of the virus's epidemiological map, and we have moved from the stage of waiting to test the suspected cases to examining suspected areas to guarantee they are pandemic-free.

Today, our ability to conduct tests has enabled us to mitigate restrictions in some areas, and we could obtain results of plate-based COVID-19 tests within ten minutes

5 · 1 Share

Like · Comment · Share

Write a comment...

Permanent Observer Mission of the State of Palestine to

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

**Permanent Observer Mission of the State of Palestine to the United Nations**
May 5

Committee on the Exercise of the Inalienable Rights of the Palestinian People (CEIRPP)

Press Statement: 5 May 2020

"Annexation is a Threat to the Two-State Solution"

United Nations Palestine Rights Committee #Palestine #Rights4Palestine #Annexation United Nations United Nations OCHA occupied Palestinian territory

**STATEMENT OF THE GENERAL ASSEMBLY COMMITTEE ON THE EXERCISE OF THE INALIENABLE RIGHTS OF THE PALESTINIAN PEOPLE**

ANNEXATION IS A THREAT TO THE TWO-STATE SOLUTION

As the world's attention is turned to fighting the Covid-19 pandemic, the Palestinian people under occupation face an additional crisis – the threat of annexation.

Even during the unprecedented health emergency, Israel, the occupying Power, has continued to entrench the illegal occupation and openly announced its intention to annex large areas of the Occupied Palestinian Territory, while continuing the blockade of the Gaza Strip.

It falls on the international community to rally our support and solidarity behind the Palestinian people to prevent annexation, which constitutes a grave breach of international law and flagrant violation of UN resolutions, including resolution 2334 (2016), which calls for an end to the Israeli occupation that began in 1967 and the fulfilment of the rights of the Palestinian people, including to self-determination and independence. The prohibition on acquisition of territory by force is absolute in the UN Charter.

The expansion of Israel's control over the Palestinian territory, including East Jerusalem, is eroding the internationally agreed two-State solution. The goal of Israel and Palestine living side by side in peace and security along the pre-1967 borders, with East Jerusalem as the capital of the Palestinian State, remains unchanged, yet unattained and at great risk.

The Committee calls on Israel to heed to the Secretary-General's recent call for a Global Ceasefire. It also calls on Israel to heed the long-standing demand for a halt to its illegal actions and practices in the Occupied Palestinian Territory, including East Jerusalem, including all measures aimed at entrenching the occupation and annexing territory. The Committee also calls on Israel, in accordance with its international law obligations, to ensure the full respect of the human rights of the Palestinian civilian population under its control and to provide humanitarian access and assistance, including to prevent the spread of Covid-19.

We in the United Nations have the tools to rein in violence and injustice, and seek peace, justice and security for all. We are committed to leaving no one behind. Not unlike the fight against the pandemic, each of us - individually, and collectively - must do our part and prevent the gross injustice of occupation and annexation. The Committee calls on the international community, particularly the Security Council, to shoulder its responsibilities and take urgent action to counteract the threat of annexation.

New York, 5 May 2020

24 5 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
May 1

In commemoration of #LaborDay, let us all take a moment to celebrate and show appreciation towards the dedication and hard work of all of our workers, who continue to support the continuous growth of our nation, and the world

#HappyLaborDay #Palestine #PresidentMahmoudAbbas



Search Facebook   Sina   2   2

Permanent Observer Mission of the State ...   Send Message   Like

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes   Unsure   No

**Photos**   See All

**Videos**   See All

18

161 Views · a year ago

**Page Transparency**   See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

President Mahmoud Abbas - الرئيس محمود عباس

May 1 ·

كل عام وعمال فلسطين بخير.

President Abbas wishes Palestinian workers a happy Labor Day

See Translation

6

Like   Comment   Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

May 1 ·

The updated COVID-19 Response Plan for the occupied Palestinian territory (oPt) presented through 28 April 2020 by United Nations OCHA occupied Palestinian territory

Figures in the report are are provided by the Palestinian Health Ministry. The site provides articles, statements, press releases and reports in relation to the COVID-19 crisis as it pertains to the State of #Palestine

#COVID19 #Palestine #Jerusalem #Gaza

OCHAOPT.ORG

www.ochaopt.org

Like   Comment   Share

Permanent Observer Mission of the State of Palestine to the United Nations

May 1 ·

The latest Compilation of #UN Resolutions and Decisions Adopted in 2019 on the question of #Palestine is available on @unispal in #English and #French

Here: https://www.un.org/.../compilation-of-un-resolutions-and-dec.../

United Nations #rights4palestine #palestine

DIVISION FOR PALESTINIAN RIGHTS

Distribution: LIMITED
A/AC.183/L.2/Add.41
16 April 2020

ENGLISH AND FRENCH ONLY

COMMITTEE ON THE EXERCISE















Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

DIVISION FOR PALESTINIAN RIGHTS ENGLISH AND FRENCH ONLY

COMMITTEE ON THE EXERCISE OF THE INALIENABLE RIGHTS OF THE PALESTINIAN PEOPLE

RESOLUTIONS, DECISIONS AND VOTING RECORDS OF THE GENERAL ASSEMBLY, THE SECURITY COUNCIL, THE ECONOMIC AND SOCIAL COUNCIL AND THE HUMAN RIGHTS COUNCIL RELATING TO THE QUESTION OF PALESTINE

2019

United Nations Palestine Rights Committee

April 28

The latest Compilation of #UN Resolutions and Decisions Adopted in 2019 on the question of #Palestine is available on @unispal in #English and #French

Here: https://www.un.org/.../compilation-of-un-resolutions-and.../

#rights4palestine, #tuesdayvibes

6 · 1 Share

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

May 1

1 May 2020 - The Minister of Health of the State of Palestine, Dr. Mai Alkaila has reported 10 new cases of the coronavirus infection, now bringing the total of cases to 517

#Palestine #COVID19

وزارة الصحة الفلسطينية

May 1

Minister of Health Dr. Mi Al-Kaila: 10 new cases of Coronavirus were recorded (in Beit Laka 8-Kharbatha Al-Masbah 1-Anata 1), 3 recovered cases (one in Nablus a... See More

See original · Rate this translation

Like Comment Share

**Permanent Observer Mission of the State of Palestine to the United Nations**

April 30

"During the recent VTC meeting of the United Nations Security Council on the Situation in the Middle East, including the Palestinian Question, held on 23 April, the Israeli Representative once again accused me of antisemitism. This accusation is too grave, even when used in such outrageous and untruthful manner, to be left unanswered..."

Read letter in its entirety below:

United Nations #Palestine #UNSC

PALESTINEUN.ORG

**29 April 2020 – Letter by Ambassador Dr. Riyad Mansour to the President of the Security Council**

1 · 3 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 28 ·

"...We, the representatives of our Nations to the UN, have come to know the spirit of New York City. We know the strength of its people. We know that New Yorkers will win over this vicious enemy. We share our commitment and stand in unity with the City of New York as we collectively work to defeat this unconventional enemy. And we will defeat it."

Read the full statement below:

United Nations #StateofPalestine #COVID19 #NewYork

PALESTINEUN.ORG
**Statement of Solidarity and Appreciation to the City of New York from 167 UN Member States and Permanent Observer...**

7 · 1 Comment 4 Shares

Like Comment Share

Most Relevant

Write a comment...

**Rima Isam Anabtawi**
Because " We teach life !" In'shallah , In'shallah ! What a poignant and proper sentiment .
Like · Reply · 27w

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 28 ·

وزيرة الصحة د. مي الكيلة: تسجيل ٦ إصابات جديدة بفيروس كورونا، إحداها في بيرنبالا والبقية في مدينة القدس ما يرفع عدد الإصابات إلى ٥٠١.

Minister of Health of the State of Palestine has reported 6 new infections from the coronavirus, raising the total number infections now to 501

#Palestine #COVID19

See Translation

**وزارة الصحة الفلسطينية**
April 28 ·

Minister of Health Dr. Mi Al-Kila: 6 new cases of Coronavirus were recorded, one of them in Bernbala and the rest in Jerusalem, bringing the number of cases to ... **See More**

See original · Rate this translation

3

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 24 ·

Ambassador Cheikh Niang, Chair, Palestinian Rights Committee, issued a statement for the live debate yesterday, 23 April, at the #UN Security Council on the situation in the #MiddleEast, including the #Palestinian question.

Read here: https://www.un.org/unispal/committee/chair-statements/

Watch here: http://webtv.un.org/.../middle-east-including-t.../5690582060001

Search Facebook    Sina

Permanent Observer Mission of the State ...    Send Message    Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes    Unsure    No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Read here: https://www.un.org/unispal/committee/chair-statements/

Watch here: http://webtv.un.org/.../middle-east-including-t.../5690582060001

#Rights4Palestine United Nations Palestine Rights Committee #Palestine #COVID19

**United Nations Palestine Rights Committee**

April 23 ·

Ambassador Cheikh Niang, Chair, Palestinian Rights Committee, issued a statement for the live debate holding now at the #UN Security Council on the situation in the #MiddleEast, including the #Palestinian question.

Read here: https://www.un.org/unispal/committee/chair-statements/

Watch here: http://webtv.un.org/.../middle-east.../5690582060001

#Rights4Palestine

7    1 Share

Like    Comment    Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

April 23 ·

"...Today, we also underscore the Secretary-General's wise call for a global ceasefire, which President Mahmoud Abbas has endorsed on behalf of the State of Palestine. This must include a call on Israel, the occupying Power, to cease its war against the Palestinian people; stop its denial of their right to self-determination; stop its colonization and de facto annexation of Palestinian land; end its immoral blockade on the Gaza Strip; and release the thousands of Palestinians, including children, that it has imprisoned, who are at great risk of contagion in crowded, unsanitary prisons.

Israel must be unequivocally called upon to respect its legal obligations under the 4th Geneva Convention, and accountability for violations is imperative. Only in this way can human lives be saved and can the potential for peace and justice ever be realized."

United Nations #UNSC #Palestine #Jerusalem #Gaza #COVID19

PALESTINEUN.ORG

**Statement by H.E. Minister Riyad Mansour, Permanent Observer of the State of Palestine to the United Nations,...**

8    1 Share

Like    Comment    Share

Write a comment...

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

April 23 ·

Ambassador Dr. Riyad Mansour of the State of #Palestine and Cheikh Niang @unispal Chair will give statements before the United Nations #SecurityCouncil this morning on the situation in the #MiddleEast, including the #Palestinian question.

Special Coordinator for the Middle East Peace Process Nickolay Mladenov @nmladenov will also brief the @UN Security Council in this morning's quarterly open debate.

Watch live from 10 AM EST here: http://webtv.un.org/live/

#Rights4Palestine #Palestine #Jerusalem #Gaza #COVID19

http://webtv.un.org/.../middle-east.../5690582060001

WEBTV.UN.ORG

**Middle East including the Palestinian question - Security Council Open VTC**

8 2 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

April 22 ·

(21 April 2020) Ambassador Dr. Riyad Mansour alongside Cheikh Niang, Chair, Palestinian Rights Committee encourages us to rally our solidarity with the #Palestinian people during the #COVID19 pandemic.

Ali Ghaith, Randa Siniora, and Issam Younis discuss how the Palestinian population in the West Bank – including East Jerusalem – and Gaza is coping with the COVID-19 pandemic under the ongoing occupation, political uncertainty in Israel and threats of annexation.

Watch below: https://tinyurl.com/y8pwremt

Speakers: Mr. Ali Ghaith, a Palestinian journalist and activist in East Jerusalem; Ms. Randa Siniora, Palestinian human rights and women's rights activist and General Director of the Women's Center for Legal Aid and Counselling in Ramallah; and Mr. Issam Younis, the Director-General of the Al Mezan Center for Human Rights in Gaza.

#Rights4Palestine #COVID19 United Nations #Palestine #Jerusalem #Gaza

Search Facebook

Sina

Permanent Observer Mission of the State ...

Send Message

Like

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

**Photos** See All

**Videos** See All

18

161 Views · a year ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

United Nations Palestine Rights Committee was live.
April 21 ·

Ali Ghaith, Randa Siniora, and Issam Younis discuss how the Palestinian population in the West Bank – including East Jerusalem – and Gaza is coping with the COVID-19 pandemic under the ongoing occupation, political uncertainty in Israel and threats of annexation.

1

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
April 22 ·

The UN Office for the Coordination of Humanitarian Affairs in the occupied Palestinian territory (OCHA oPt) latest situation report on #COVID19 in the occupied #Palestinian territory: (14-20 April 2020)

"As of 21 April, a total of 329 Palestinians are confirmed to have contracted COVID-19 in the oPt, excluding East Jerusalem: 314 in the West Bank, and 15 in the Gaza Strip. Two people have died and 69 have recovered. A total of 22,800 samples have been processed, according to the Palestinian Ministry of Health (MoH)."

United Nations United Nations OCHA #Palestine #Gaza #Jerusalem #COVID19

OCHAOPT.ORG
www.ochaopt.org

4

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
April 21 ·

تسجيل 5 إصابات جديدة بفيروس كورونا (3 إصابات في كفر عقب بينها لطفل 6 سنوات، وإصابتان في قطاع غزة)، ما يرفع حصيلة الإصابات في فلسطين إلى 466 إصابة، منها 132 في مدينة القدس.

Registration of 5 new infections of the corona virus (3 infections in Kafar Akab following a 6-Year-old, and 6 in the Gaza strip), raising the toll of injuries in Palestine to 466 of which 132 in City of Jerusalem

#Palestine #Gaza #Jerusalem #COVID19

See Translation

وزارة الصحة الفلسطينية
April 21 ·

5 new Coronavirus cases were recorded (3 cases in Kafr following a 6-year-old and 6 cases in the Gaza Strip), raising the

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

5 new Coronavirus cases were recorded (3 cases in Kafr following a 6-year-old and 6 cases in the Gaza Strip), raising the total number of cases in Palestine to 466, including 132 in The city of Jerusalem.

See original · Rate this translation

Like Comment Share

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Permanent Observer Mission of the State of Palestine to the United Nations

April 20 ·

(20 April 2020) - Read: Dr. Hanan Ashrawi - Palestinian Leadership will Confront Israel's United Agenda of Permanent Aggression and Annexation

United Nations #Palestine #Gaza #Jerusalem #Annexation

DCI.PLO.PS

Dr. Hanan Ashrawi: Palestinian Leadership will Confront Israel's United Agenda of Permanent Aggression and...

7 · 1 Comment 2 Shares

Like Comment Share

Most Relevant

Write a comment...

Elyas Elyas Benicio

Like · Reply · 28w

Permanent Observer Mission of the State of Palestine to the United Nations

April 20 ·

آخر تحديث لإحصائيات الإصابات بفيروس كورونا 20/4/2020
الساعة: 11:00

• الإصابات بالمحافظات الشمالية: 314
• الإصابات في المحافظات الجنوبية: 15...... See More

وزارة الصحة الفلسطينية

April 20 ·

Ministry of Health: 7 new cases of Coronavirus were recorded (2 Gaza Strip-2 Kafr after-case in Balata camp working in Al-Mutal Hospital and there were injured and no one from the camp - two cases in Beit Annan, Jerusalem district). Raising the total number of infections to 329 in all governorates and 120 cases in Jerusalem city.

See original · Rate this translation

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

See original · Rate this translation

3

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 18 ·

Join us live on Tuesday 21 April at 10:00 am EST for a conversation with #Palestinian civil society on the #COVID19 pandemic under occupation.

Watch here: https://facebook.com/UN.palestinianrights/

More info: https://bit.ly/2XKMiGI

#Rights4Palestine #Palestine

UN.ORG
**In conversation with Palestinian civil society: "The COVID-19 pandemic under...**
UN Committee on the Exercise of the Inalienable Rights of the Palestinian People In conversation with Palestinian civil society: "The COVID-19...

8 · 1 Share

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 17 ·

Today, 17 April marks #PalestinianPrisonersDay.

A renewed call to the international community has been made to ensure the protection of #Palestine's prisoners in Israel, especially amidst the outbreak of #COVID19 - and a demand that the occupying Power take immediate action to release all Palestinian child detainees.

"Israel, as occupying Power, is under legal obligation to ensure the physical and mental health and well-being of Palestinian prisoners and detainees. Article 10 of the International Covenant on Civil and Political Rights, mandates that "[a]ll persons deprived of their liberty shall be treated with humanity and with respect for the inherent dignity of the human person." Moreover, the UN Basic Principles for the Treatment of Prisoners (Nelson Mandela Rules) stipulate that, "Prisoners shall have access to the health services available in the country without discrimination on the grounds of their legal situation." Permanent Observer Mission of the State of Palestine to the United Nations

United Nations OCHA occupied Palestinian territory #Palestine #April17

منظمة التحرير الفلسطينية
دائرة الدبلوماسية والسياسات العامة
Palestine Liberation Organization
Department of Public Diplomacy and Policy

For Immediate Release
April 17, 2020

**Dr. Ashrawi: Palestinian Prisoners are Hostages to Israel's Gratuitous Cruelty and Must be Released**

Palestinian political prisoners languishing in Israeli detention centers and prisons are hostages to Israel's gratuitous cruelty and victims of its regime of oppression and



Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

4:04

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Palestinian political prisoners languishing in Israeli detention centers and prisons are hostages to Israel's gratuitous cruelty and victims of its regime of oppression and subjugation, which has maintained this illegal occupation for decades. Approximately 5000 Palestinians are currently imprisoned by Israel in deplorable conditions, including 432 so-called administrative detainees languishing in prison without charge or trial. In violation of international humanitarian law, Israel subjects Palestinians to a myriad of racist and illegitimate laws that deny them their basic rights to due process and justice.

On the Day of the Palestinian Prisoner, the Palestinian leadership renews its call for the release of all Palestinians imprisoned by Israel. This call takes on added urgency, as 700 Palestinian prisoners suffer from chronic illnesses and other underlying conditions that make them especially vulnerable during the COVID-19 pandemic.

As the Palestinian people confront the challenges of colonial occupation and this vicious virus, Israel has persisted in its illegal policies against Palestinian prisoners. It has denied them access to family and lawyer visits and refused to take any preventive measures inside prisons, including testing for COVID-19, even after 1 prisoner tested positive upon release and several occupation officers in prisons have tested positive. Israel has also persisted in its illegal policy of arbitrary mass detention of Palestinians. Since the outbreak of the pandemic, Israeli occupation forces have detained 357 Palestinians across the Occupied Palestinian Territory, including East Jerusalem. Among those detained are 48 children.

As an occupying power, Israel has undeniable and binding obligations under international law. It is directly responsible for the life and health of all prisoners and must face consequences for its grave violations of international law. We call on all human rights defenders and relevant international organizations to support our call for the release of Palestinian prisoners and their protection from this deadly virus.

###

PLO Department of Public Diplomacy & Policy
April 17 ·

Dr. Hanan Ashrawi on #PalestinianPrisonersDay: "Palestinian Prisoners are Hostages to Israel's Gratuitous Cruelty and Must be Released" | bit.ly/3bkAVJM

5 1 Comment 4 Shares

Like Comment Share

Most Relevant

Write a comment...

이인섭
To Complete 21st Century World Peace ··

The 21st century is the original century of world peace.

This requires the following steps:

First stage
Special structural reforms should be implemented to ensure that all UN structures are in line with the implementation of the World Continental Peace Federation for the 21st Century

2nd step
The world should hold a forward contest for the implementation of the World Continental Peace Confederation, which is committed to the start of world peace, with all the leaders of each country participating in the United Nations.

3rd step
The whole world should establish the World Humanity Education Center to restore the true humanity of the world, centered on the United Nations, and strive to cultivate world leaders and leaders of each country.

4th step
The whole world must build a new peaceful cooperative partnership with each other, centered around the United Nations.

5th step
We need to build a new peaceful cooperative partnership with each other around the world, centering on the current United Nations. Representative countries of each continent shall be in the order of each country of the continent.



Search Facebook

Permanent Observer Mission of the State ...

Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

### Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

### Photos

See All

### Videos

See All

18

161 Views · a year ago

### Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

### Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

current United Nations. Representative countries of each continent shall be in the order of each country of the continent.

6th step
The current United Nations must be reborn as a world-centred United Nations with a new birth, and must complete a comprehensive world peace project to continuously pursue a solid continental peace federation system centered on the United Nations.

7th step
After the above process, we should hold the World Confederation of Peace and Action Resolutions, which are committed to the practice of world peace in the 21st century, with the participation of representatives from all continents, leaders of each country, and representative leaders.

9 Aug 2019

Gentle World of the East Lee In Seop.

Like · Reply · 28w

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 15 ·

"...As the public health emergency persists in Palestine, with 369 confirmed cases (291 in the West Bank, 78 in East Jerusalem, and 13 in the Gaza Strip) and 2 deaths as of 15 April, Israel continues to cynically exploit the international community's focus on the life and death circumstances imposed by the COVID-19 pandemic, to entrench its illegal occupation, advance annexation, and escalate its repression of Palestinians. It is estimated that, in one month alone from 5 March to 5 April, Israel demolished or confiscated 47 Palestinian structures, conducted 267 arrests and 238 raids, killed 3 Palestinians and injured another 52..."

Read letter in its entirety below:

United Nations #Palestine #Jerusalem #Gaza #COVID19

PALESTINEUN.ORG
**15 April 2020 – Escalating Israeli violations – Threats of annexation**

5 · 4 Shares

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 14 ·

Ambassador Dr. Riyad Mansour participated today in a live virtual event to discuss the #COVID19 pandemic in #Gaza and ways to mitigate its impact on #Palestine refugees.

The full video of today's conversation, which included a briefing by Mr. Matthias Schmale, #UNRWA Director in Gaza, can be watched on the United Nations Palestine Rights Committee YouTube page at the link provided below:

https://www.youtube.com/watch?v=P--cgUF0Se4





Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

**Photos** See All

**Videos** See All

18

161 Views · a year ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

YOUTUBE.COM

**Conversation with Matthias Schmale, UNRWA Director on impact of COVID19 in Gaza - 14 April 2020**

14 1 Share

Like Comment Share

Most Relevant

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

April 12 ·

(12 April 2020) Dr. Hanan Ashrawi: While the world works on saving lives, US and Israel working on killing prospects of peace through annexation

United Nations #Palestine #Gaza #Jerusalem #Annexation #JordanValley

DCI.PLO.PS

**Dr. Ashrawi: While the world works on saving lives, US and Israel working on killing prospects of peace through...**

16 2 Comments 20 Shares

Like Comment Share

Most Relevant

Write a comment...

Peter Rasenberg
I wonder why the world remains silent about this

Like · Reply · 29w · Edited 1

Most Relevant is selected, so some comments may have been filtered out.

Permanent Observer Mission of the State of Palestine to the United Nations

April 12 ·

(12 April 2020) STATEMENT BY UN SPECIAL COORDINATOR NICKOLAY MLADENOV ON THE SOCIO-ECONOMIC IMPACT OF THE COVID-19 IMPACT IN THE OCCUPIED PALESTINIAN TERRIROTY

United Nations #Palestine #Gaza #Jerusalem #COVID19

UNSCO.UNMISSIONS.ORG

**Statement by UN Special Coordinator Nickolay Mladenov on the socio-economic impact of the COVID-19 impact in the...**

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

UNSCO.UNMISSIONS.ORG

**Statement by UN Special Coordinator Nickolay Mladenov on the socio-economic impact of the COVID-19 impact in the...**

6

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

April 10 ·

Join us here for a live conversation with Matthias Schmale, #UNRWA Director of Operations in Gaza on the #COVID19 pandemic in Gaza, next week - Tuesday 14th at 10.00 am EST

For more information: https://www.un.org/.../the-covid-19-pandemic-in-gaza-and-the.../

#rights4Palestine UNRWA Permanent Observer Mission of the State of Palestine to the United Nations #Palestine

United Nations Palestine Rights Committee

April 8 ·

Join us here for a live conversation with Matthias Schmale, #UNRWA Director of Operations in Gaza on the #COVID19 pandemic in Gaza, next week - Tuesday 14th at 10.00 am EST

For more information: https://www.un.org/.../the-covid-19-pandemic-in-gaza-and.../

#rights4Palestine UNRWA Permanent Observer Mission of the State of Palestine to the United Nations

4

Like Comment Share

Most Relevant

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

April 9 ·

Ambassador Dr. Riyad Mansour extends his deepest sympathies and condolences to the family of Dr. Saif Titi who passed away on 7 April 2020, as he tragically fell ill due to complications from COVID-19.

Dr. Titi, was a pillar in the Palestinian community in the New Jersey/ New York area and in the United States; a legacy among us that will be sorely missed. His dedication and commitment to the diaspora was







Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

**Photos** See All

**Videos** See All

18

161 Views · a year ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Dr. Titi, was a pillar in the Palestinian community in the New Jersey/ New York area and in the United States; a legacy among us that will be sorely missed. His dedication and commitment to the diaspora was unwavering, a level of devotion that will never be forgotten.

May the care and love of those around provide comfort and peace to his family during this difficult time. Allah yirhamo.

Palestinian American Community Center,NJ. USA #Palestine

25 4 Comments 9 Shares

Like Comment Share

Most Relevant

Write a comment...

Ali Mansour
May he Rest In Peace and In Haven
الله يرحمة

Like · Reply · 29w

Most Relevant is selected, so some comments may have been filtered out.

Permanent Observer Mission of the State of Palestine to the United Nations

April 7 ·

The daily report by the Ministry of Health in the State of Palestine:

As of this morning 10:00am Palestine time, there have been 260 cases of the coronavirus reported.

United Nations OCHA #Palestine #COVID19

State of Palestine
Ministry of Health
Minister's Office

دولــة فـلـسـطـين
وزارة الصحة
مكتب الوزير

آخر تحديث: 10:00 صباحا

التقرير اليومي حول مرض كوفيد19– الكورونا: 2020/4/7

الإصابات:

بلغ عدد الإصابات بفيروس كورونا في فلسطين 260 حالة، بينها 13 حالة في المحافظات الجنوبية، والبقية في المحافظات الشمالية، فيما لا تتوفر معلومات شاملة حول الإصابات في كامل محافظة القدس، بسبب إعاقة الاحتلال الإسرائيلي للجهات الرسمية الفلسطينية من الحصول على معلومات المرضى هناك.

حالات جديدة: تم تسجيل 7 إصابات جديدة (قطاع غزة 1، بدو قضاء القدس 2/ الجديرة 2/ دير جرير 1/ قطنة 1))

حالات التعافي: تم تسجيل 23 حالة تعافي لمصابين بمرض كوفيد 19 (18 في المحافظات الشمالية– 5 المحافظات الجنوبية)

حالات الوفاة: تم تسجيل حالة وفاة واحدة، لسيدة ستينية من قرية بدو قضاء القدس.

عدد المصابين الحاليين: يبلغ عدد المصابين الحاليين بفيروس كورونا 236 مصاباً.

الفحوصات المخبرية: تم اجراء 15140 فحص لعينات مشتبه باصابتها بمرض كوفيد19(كورونا) من المحافظات الشمالية والجنوبية في مختبرات وزارة الصحة منذ بدء رصد فيروس كورونا في فلسطين، وكانت جميعها سلبية، باستثناء الحالات الـ 260 المذكورة.

إجراءات الحجر البيتي:

يطبق الحجر الصحي على جميع القادمين إلى فلسطين والعمال العائدين من داخل الخط الأخضر لمدة 14 يوماً من تاريخ دخولهم إلى فلسطين.

الدكتورة مي سالم الكيلة

وزيرة الصحة

وزارة الصحة الفلسطينية

April 7 ·

Daily Coronavirus report in Palestine
Last update: 7/4/2020

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

April 7 ·

Daily Coronavirus report in Palestine
Last update: 7/4/2020
At 10:00 am

See original · Rate this translation

4

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 7 ·

The UN Office for the Coordination of Humanitarian Affairs in the occupied Palestinian territory (OCHA oPt) latest situation report on #COVID19 in the occupied #Palestinian territory: (1-6 April 2020)

"...As of 7 April, a total of 260 Palestinians have been confirmed to have COVID-19 in the oPt, 247 in the West Bank (excluding East Jerusalem Palestinians), and 13 in the Gaza Strip. Of these, one died on 25 March, 23 people have recovered, and the majority of the remainder are asymptomatic. While the current number of people detected positive for COVID-19 in the oPt, especially in Gaza, remains low relative to other countries, this may reflect the limited testing capacity..." Read report in its entirety below:

United Nations #Palestine #COVID19 #Gaza

OCHAOPT.ORG
www.ochaopt.org

5

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 5 ·

The latest Palestine Rights Committee Newsletter (January - March 2020) is now available.

Read here: https://bit.ly/2R53UsR

#Rights4Palestine #Palestine United Nations

UN Committee on the Exercise of the Inalienable Rights of the Palestinian People

Newsletter on Recent and Upcoming Activities
- No. 3/January-March 2020 –

**United Nations Palestine Rights Committee**
April 2 ·

The latest Palestine Rights Committee Newsletter (January - March 2020) is now available.

Read here: https://bit.ly/2R53UsR

#Rights4Palestine United Nations #Palestine

7

Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

### Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

### Photos

See All

### Videos

See All

18

161 Views · a year ago

### Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

### Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

7

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 2 ·

"... I must draw attention to the human rights violations and crimes that continue to be perpetrated by Israel, the occupying Power, against the Palestinian people. Even in these critical days, as the COVID-19 pandemic poses unprecedented challenges across the international community, including in Palestine, the occupying Power has not for a minute ceased its illegal policies and practices...

...As of this date, the State of Palestine has confirmed 155 cases of the COVID-19 virus, 12 of which are in the Gaza Strip, and one death caused by the virus. A state of emergency has been declared and the country is in lockdown with a view to stemming the virus' spread, protect our population, and ensure their well-being..."

Read the letter in its entirety below:

United Nations #Palestine #Gaza #Jerusalem #COVID19

PALESTINEUN.ORG
2 April 2020 – Israeli Violations amid COVID19 pandemic

7 · 6 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 1 ·

(30 March 2020) A new publication highlights the importance of addressing the needs of refugees and migrants when preparing for or responding to the COVID-19 pandemic.

United Nations World Health Organization (WHO) #Palestine #Refugees #COVID19

WHO Europe

EURO.WHO.INT
**Measures against COVID-19 need to include refugees and migrants**
A new publication highlights the importance of addressing the needs of refugees and migrants when preparing for or responding to the COVID ...

6

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
April 1 ·

The State of Palestine's daily report from the Ministry of Health:

1 April 2020 - As of today 134 confirmed cases have been reported in the #OPT - which includes an additional 12 cases reported directly in #Gaza

United Nations #Palestine #Gaza #Jerusalem #COVID19 وزارة الصحة الفلسطينية





Search Facebook

Permanent Observer Mission of the State ...

Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

United Nations #Palestine #Gaza #Jerusalem #COVID19 وزارة الصحة الفلسطينية

State of Palestine
Ministry of Health
Minister's Office

دولـــة فـلـسـطـين
وزارة الصحة
مكتب الوزير

**التقرير اليومي حول مرض كوفيد19- الكورونا: 1 /2020/4**

**الإصابات:**

بلغ عدد الإصابات بفيروس كورونا في فلسطين 134 حالة، بينها 12 حالات في المحافظات الجنوبية، والبقية في المحافظات الشمالية، فيما لا تتوفر معلومات شاملة حول الإصابات في كامل محافظة القدس، بسبب إعاقة الاحتلال الإسرائيلي للجهات الرسمية الفلسطينية من الحصول على معلومات المرضى هناك.

**حالات جديدة:** تم تسجيل 17 حالة إصابة جديدة، اثنتان منها في قطاع غزة، و 6 إصابات في محافظة رام الله والبيرة، و 9 إصابات في محافظة القدس.

**حالات التعافي:** تم تسجيل 18 حالة تعافي لمصابين بمرض كوفيد 19

**حالات الوفاة:** تم تسجيل حالة وفاة واحدة، لسيدة ستينية من قرية بدو قضاء القدس.

**عدد الإصابات الحالية:** يبلغ عدد المصابين الحاليين بفيروس كورونا 115 مصاباً.

**الفحوصات المخبرية:** تم اجراء 7553 فحصاً لعينات مشتبه باصابتها بمرض كوفيد19(كورونا) من المحافظات الشمالية والجنوبية في مختبرات وزارة الصحة منذ بدء رصد فيروس كورونا في فلسطين، وكانت جميعها سلبية، باستثناء الحالات الـ 134 المذكورة.

**إجراءات الحجر البيتي:**

يطبق الحجر الصحي على جميع المواطنين والزائرين القادمين إلى فلسطين والعمال العائدين من داخل الخط الأخضر لمدة 14 يوماً من تاريخ دخولهم إلى فلسطين.

الدكتورة مي سالم الكيلة
وزيرة الصحة

Ministry of Health - Nablus- Tel.: 09/2384771/6 - Fax : 09/2384777
Ministry of Health -Ramallah- Behind Palestine Medical Complex
Tel.: 02/2964183 - Fax : 02-2964182
Ministry of Health - Gaza- Tel. : 08/2846949 - Fax : 08/2826295

وزارة الصحة - نابلس - تلفون : 09/2384771/6 فاكس : 09/2384777
وزارة الصحة - رام الله - خلف مجمع فلسطين الطبي
تلفون : 02/2964183 فاكس : 02/2964182
وزارة الصحة - غزة - تلفون : 08/2846949 فاكس : 08/2826295

وزارة الصحة الفلسطينية

April 1 ·

Daily report on coronavirus
Wednesday: 1/4/2020

· See original · Rate this translation

7 · 1 Share

Like · Comment · Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

April 1 ·

Read OCHA's latest situation report on COVID-19 in the occupied Palestinian territory: ochaopt.org/content/covid-19-emergency-situation-report-2

United Nations OCHA United Nations #Palestine #COVID19

United Nations OCHA occupied Palestinian territory
March 31 · 🌐

Read our latest situation report on COVID-19 in the occupied Palestinian territory: ochaopt.org/content/covid-19-emergency-situation-report-2

❤️👍 6                                          1 Share

👍 Like          💬 Comment          ➤ Share

Write a comment...

---

Permanent Observer Mission of the State of Palestine to the United Nations
March 31 · 🌐

(30 March 2020) UN SPECIAL COORDINATOR NICKOLAY MLADENOV BRIEFS THE SECURITY COUNCIL ON THE IMPLEMENTATION OF SCR 2334 (2016)

United Nations #Palestine #Gaza #COVID19

UNSCO.UNMISSIONS.ORG
UN Special Coordinator Nickolay Mladenov Briefs the Security Council on the Implementation of SCR 2334 (2016)

👍 6                                          1 Share

👍 Like          💬 Comment          ➤ Share

Write a comment...

---

Permanent Observer Mission of the State of Palestine to the United Nations
March 30 · 🌐

On its 44th anniversary (30 March 1976), Palestine Land Day continues to be the symbol of resistance against the ever-expanding Israeli occupation and apartheid regime.

This historical day commemorates the killing of six Palestinians by Israeli occupation forces while peacefully protesting against Israeli confiscation of their land .

Today also marks the 2nd anniversary of the #GreatMarchOfReturn.

We continue to call for the end of the illegal blockade of #Gaza and call on the implementation of relevant UN Security Council Resolutions and for Israel to respect its obligations under international humanitarian law.

#PalestineLandDay #Palestine #Gaza United Nations #30March

---

### Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

| Yes | Unsure | No |

### Photos                    See All

### Videos                    See All

4:04
RESERVED
❤️👍 18
161 Views · a year ago

### Page Transparency          See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📷 Page created - May 13, 2013

📍 Page manager location: United States

### Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2020





Search Facebook

Sina

Permanent Observer Mission of the State ...

Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

24 · 6 Shares

Like | Comment | Share

Most Relevant

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

March 30 ·

While most of the world is practicing social distancing to try to stop the spread of #COVID19, Israeli prisons are still packed with #PalestinianPrisoners living in unsanitary conditions without the chance to protect themselves from the virus. With over 700 sick Palestinian prisoners, over 200 #PalestinianChildren, and tens of women and elderly in overcrowded Israeli prisons, we call on the international community and the United Nations to oblige the Israeli occupation to release Palestinian prisoners, especially those who are most at risk during this difficult time.

To make matters worse, the #IsraeliOccupation removed all doctors and nurses who were previously tending to Palestinian prisoners leaving only one nurse per prison which constitutes as medical negligence, especially as prisoners in overcrowded prisons are trying to fight the current COVID19 pandemic.

Source: هيئة شؤون الأسرى والمحررين The Commission of Detainees Affairs

Sabaaneh Cartoon كاريكاتير سباعنة :

United Nations OCHA #PMOFA #Palestine United Nations

Permanent Observer Mission of the State ...

Send Message    Like

Send Message
nghannam.un@gmail.com
Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes    Unsure    No

**Photos**    See All

**Videos**    See All

4:04

18
161 Views · a year ago

**Page Transparency**    See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📷 Page created - May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2020

---

**Palestinian Public Diplomacy** الدبلوماسية العامة الفلسطينية
March 25 · 🌐

While most of the world is practicing social distancing to try to stop the spread of #COVID19, Israeli prisons are still packed with #PalestinianPrisoners living in unsanitary conditions without the chance to protect themselves from the virus. With over 700 sick Palestinian prisoners, over 200 #PalestinianChildren, and tens of women and elderly in overcrowded Israeli prisons, we call on the international community and the United Nations to oblige the Israeli occupation to release Palestinian prisoners, especially those who are most at risk during this difficult time.

To make matters worse, the #IsraeliOccupation removed all doctors and nurses who were previously tending to Palestinian prisoners leaving only one nurse per prison which constitutes as medical negligence, especially as prisoners in overcrowded prisons are trying to fight the current COVID19 pandemic.

Source: هيئة شؤون الاسرى والمحررين The Commission of Detainees Affairs

Sabaaneh Cartoon سباعنة كاريكاتير: 🖌️✏️

#IsraeliCrimes #PalDigiplomacy #PMOFA

👍😢 10      3 Shares

👍 Like    💬 Comment    ↗ Share

Write a comment...

---

**Permanent Observer Mission of the State of Palestine to the United Nations**
March 27 · 🌐

#LIVE NOW (10:00 am EST)

Joint briefing for Member States on the COVID-19 pandemic:

Due to the unprecedented challenge posed by the COVID-19 pandemic to the work of the United Nations, the Presidents of the General Assembly, Security Council, Economic and Social Council and the Secretary-General will convene a joint virtual briefing for Member States.

The briefing will focus on outreach to Member States and other stakeholders, including the measures taken to mitigate the impact of this pandemic on the work of the Organisation, as well as the activities of the Principal Organs of the United Nations during this crisis. The Secretary-General will also update Member States on efforts across the United Nations system to respond to the crisis in its multiple dimensions and plan for the global recovery.

United Nations #Palestine #COVID19

WEBTV.UN.ORG
Joint briefing for Member States on the COVID-19 pandemic

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT



Search Facebook

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

Joint briefing for Member States on the COVID-19 pandemic

6 · 1 Comment

Like Comment Share

Most Relevant

Write a comment...

**Felipe Moraes Scavacini**
Hi his holiness 😀

Like · Reply · 31w

---

**Permanent Observer Mission of the State of Palestine to the United Nations**
March 24 ·

The UN Office for the Coordination of Humanitarian Affairs (OCHA) in the occupied Palestinian territory, mobilizes and coordinates assistance to people in need and has just published their first weekly "Situation Report" on #COVID19 in the #OPT.

This report is produced by OCHA oPt in collaboration with humanitarian partners. It covers the period from 5 March and the next report will be issued around 31 March.

See the report in full below:

United Nations United Nations OCHA #Palestine #Coronavirus

OCHAOPT.ORG
**www.ochaopt.org**

3

Like Comment Share

Write a comment...

---

**Permanent Observer Mission of the State of Palestine to the United Nations**
March 23 ·

"Under the directions/ supervision of H.E. President Mahmoud Abbas, I today announced new strict measures against the spread of the #novelcoronavirus. Everyone should observe a compulsory 14-day quarantine in their homes as of 22:00 tonight (exceptions apply)." Dr. Mohammad Shtayyeh, Prime Minister of the State of #Palestine (22 March 2020)

TWITTER.COM
**State of Palestine on Twitter**
"The State of #Palestine is now following suite with several nations around the world as they announce a national quarantine for 14 days to...

10

Like Comment Share

Write a comment...

---

**Permanent Observer Mission of the State of Palestine to the United Nations**
March 23 ·

Secretary-General of the United Nations, Antonio Guterres' appeal for a global ceasefire (23 March 2020) during this pandemic





Search Facebook

Permanent Observer Mission of the State ... | Send Message | Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes | Unsure | No

## Photos
See All

## Videos
See All

18

161 Views · a year ago

## Page Transparency
See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Secretary-General of the United Nations, Antonio Guterres' appeal for a global ceasefire (23 March 2020) during this pandemic

United Nations #Palestine #COVID19 #coronavirus #Gaza #Jerusalem

UN.ORG

**Secretary-General's Appeal for Global Ceasefire**

8 · 1 Share

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

March 20 ·

"The legal duty, anchored in Article 56 of the Fourth Geneva Convention, requires that Israel, the occupying power, must ensure that all the necessary preventive means available to it are utilized to 'combat the spread of contagious diseases and epidemics,'" said Michael Lynk, UN Special Rapporteur for the situation of human rights in the Palestinian Territory occupied since 1967.

United Nations #Palestine #COVID19

OHCHR.ORG

**OHCHR | COVID-19: Israel has 'legal duty' to ensure that Palestinians in OPT receiv...**

GENEVA (19 March 2020) - A UN human rights expert has urged Israel, the Palestinian Authority and Hamas to live up to their international legal...

10 · 30 Shares

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

March 20 ·

United Nations Office for the Coordination of Humanitarian Affairs (OCHA), just released their Protection of Civilians report covering two weeks in the occupied Palestinian territory (3 - 16 March 2020)

Latest on COVID-19 in the oPt:

"On 5 March, the Palestinian Prime Minister declared a state of emergency across the oPt to contain the spread of COVID-19. As of 19 March, there are 47 confirmed cases in the West Bank, all but six in Bethlehem city and two adjacent towns, and none in the Gaza Strip, and about 6,900 people are in home quarantine."

Read report in full below:

United Nations United Nations OCHA #Palestine #COVID-19 #coronavirus

OCHAOPT.ORG

**www.ochaopt.org**

4

Like · Comment · Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**

Permanent Observer Mission of the State ...    Send Message    Like    🔍    ...

Send Message

✉ nghannam.un@gmail.com

🏛 Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes    Unsure    No

**Photos**    See All

**Videos**    See All

4:04

RESERVED

❤️ 18

161 Views · a year ago

**Page Transparency**    See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩    Page created - May 13, 2013

📍    Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020

Permanent Observer Mission of the State of Palestine to the United Nations
March 17 · 🌐

As the situation on the ground continues to deteriorate in this global pandemic that we are all now facing, and as #Bethlehem (the City of Peace) approaches 13 days under a stringent quarantine, and after 41 confirmed cases as of today in #Palestine, the Permanent Observer Mission of the State of Palestine to the United Nations, would like to extend a message of solidarity with all nations around the world who have have been adversely affected by #COVID-19.

We hope that we are able to collectively get through this global pandemic quickly and that humanity emerges from these trying times safely. Please take the time to listen to a message of "peace and solidarity" directly from the State of Palestine.

United Nations   #Palestine   #PMOFA   #COVID-19   #coronavirus

English

from the Church of the Nativity where Jesus was born

WWW.MOFA.PNA.PS

A message of peace and solidarity from Bethlehem    Learn More

Palestinian Public Diplomacy الدبلوماسية العامة الفلسطينية
March 17 · 🌐

#Bethlehem has been under quarantine for 13 days. Despite the difficulties during this situation, we pray for fast recovery for all those affected by the novel #Coronavirus in #Palestine and abroad. A message of peace and solidarity from Bethlehem, the City of Peace, to the rest of the world!

#PalDigiplomacy   #PMOFA

❤️😢 8    7 Shares

👍 Like    💬 Comment    ↪ Share

Write a comment...    😊 🔗 📷

Permanent Observer Mission of the State of Palestine to the United Nations
March 17 · 🌐

"...the Bethlehem area, which is the epicenter of Palestine's COVID-19 outbreak and under strict measures of quarantine, has been targeted by Israeli settlers, who have exploited the cordoning off of the area, uprooting at least 1,200 olive and vine trees as part of their ongoing environmental terrorism. When news of suspected cases of COVID-19 at a hotel in Bethlehem appeared, Israeli social media users applauded the news with provocative comments and incitement against the Palestinian people, including such statements as: "amazing, I wish it kills them all", "finally, good news" and "I wish success to corona".

This utter disregard for Palestinian lives is without doubt the result of years of systematic dehumanization of the Palestinian people by the Israeli occupation authorities, from the Prime Minister on down. It has created a culture of incitement and hate prevalent among supporters and enablers of the Israeli occupation, especially among extremists..."

Read letter in its entirety below:



Permanent Observer Mission of the State ...

💬 Send Message    👍 Like    🔍    •••

Send Message

nghannam.un@gmail.com

Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

| Yes | Unsure | No |

**Photos**                    See All

**Videos**                    See All

4:04
RESERVID

18
161 Views · a year ago

**Page Transparency**         See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📇 Page created - May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020

created a culture of incitement and hate prevalent amongst supporters and enablers of the Israeli occupation, especially among extremists..."

Read letter in its entirety below:

United Nations #Palestine #Bethlehem #COVID19

PALESTINEUN.ORG
**13 March 2020 – Escalation of Illegal Israeli Annexation Measures and Settler Violence**

👍😢😡 8                                    4 Shares

👍 Like    💬 Comment    ↪ Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
February 26 · 🌐

"...Following the Israeli announcement just last week of plans to construct more than 14,000 settlement units throughout the Occupied Palestinian Territory, including in particular in and around Occupied East Jerusalem and Bethlehem, severing the continuum of these cities and further isolating them from the rest of their natural Palestinian environs, the Israeli Prime Minister made yet another brazen settlement announcement on 25 February.

Yesterday, Netanyahu pledged to build 3,500 new illegal settlement units in the so-called "E-1" area, aiming to connect the illegal "Maale Adumim" settlement with Occupied East Jerusalem. These plans are not only in grave breach of the Fourth Geneva Convention, thus constituting war crimes, but also threaten to completely sever the northern and southern parts of the West Bank and further isolate East Jerusalem, completely undermining the Territory's contiguity..."

Read letter in its entirety below:

United Nations #Palestine #Jerusalem

PALESTINEUN.ORG
**26 February 2020 – Escalation of Illegal Israeli Settlement Construction**

👍😢😡 20                          1 Comment  7 Shares

👍 Like    💬 Comment    ↪ Share

                                    Most Relevant ▾

Write a comment...

Adam Miller
You should be prepared, it's an apartheid state, that's what is/has been happening
Like · Reply · 35w

Permanent Observer Mission of the State of Palestine to the United Nations
February 24 · 🌐

24 FEBRUARY 2020: SECURITY COUNCIL BRIEFING ON THE SITUATION IN THE MIDDLE EAST (AS DELIVERED BY SC NICKOLAY MLADENOV)
#unitednations #palestine #jerusalem

UNSCO.UNMISSIONS.ORG
**Security Council Briefing on the Situation in the Middle East (As Delivered by SC Nickolay Mladenov)**

👍 13                                      1 Share

👍 Like    💬 Comment    ↪ Share



Permanent Observer Mission of the State ...

Send Message    Like    🔍    ...

Send Message

✉ nghannam.un@gmail.com

🌐 Government Organization

**Suggest Edits**

Is this the right email address for this page?

nghannam.un@gmail.com

Yes    Unsure    No

**Photos**    See All

**Videos**    See All

4:04

RESERVED

18    161 Views · a year ago

**Page Transparency**    See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - May 13, 2013

📍 Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2020

---

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
February 20 · 🌐

"...On 18 February, Israel announced that it plans to construct yet another illegal settlement, comprising 9,000 units and a shopping centre, in Occupied East Jerusalem between the Palestinian neighborhoods of Kafr Aqab, Qalandiya and Al-Ram. If implemented, this would entail the demolition of dozens of Palestinian homes and the forcible transfer of hundreds more Palestinian civilians and further undermine contiguity of the Palestinian land. This provocative scheme was followed by the announcement today of plans to construct 2,200 additional settlement units in the illegal "Har Homa" settlement in the Palestinian neighborhood of Jabal Abu Ghneim in Occupied East Jerusalem, as well as another 3,000 units in the illegal settlement of "Givat Hamatos", which would completely sever the connection between Occupied East Jerusalem and Bethlehem..." United Nations
#Palestine #Jerusalem

Read letter in its entirety below:

PALESTINEUN.ORG                                    ⓘ
20 February 2020 – Illegal Israeli Settlement Activities

😀😡😥 10                                          1 Share

👍 Like    💬 Comment    ↪ Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
February 17 · 🌐

"...All colonization and annexation must be stopped and reversed. States must not recognize as legitimate changes resulting from illegal Israeli policies and measures and acts of aggression in Occupied Palestine. An end must be brought to this illegal Israeli occupation of the West Bank, including East Jerusalem, and the Gaza Strip – the territory comprising the State of Palestine on the pre-1967 borders – and the Palestinian people must exercise their long-overdue right to self-determination, independence and sovereignty and must realize justice..."

Read letter in its entirety below:

PALESTINEUN.ORG                                    ⓘ
14 February 2020 – Israeli Provocations and the U.S. Plan

👍💗😡 13                                          2 Shares

👍 Like    💬 Comment    ↪ Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations
February 14 · 🌐

Statement by H.E. President Mahmoud Abbas that was delivered before the United Nations Security Council on 11 February 2020
@un #Palestine

PALESTINEUN.ORG                                    ⓘ
Statement by H.E. President Mahmoud Abbas, President of

Document title: (4) Permanent Observer Mission of the State of Palestine to the United Nations | Facebook
Capture URL: https://www.facebook.com/Palestine.at.UN/
Capture timestamp (UTC): Wed, 04 Nov 2020 19:05:34 GMT

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

PALESTINEUN.ORG

**Statement by H.E. President Mahmoud Abbas, President of the State of Palestine, Delivered before the United Nations...**

18 1 Comment 4 Shares

Like Comment Share

Most Relevant

Write a comment...

이인섭
-We must fulfill the responsibility of the warrant in the birth of the great universe.-

As human beings are born in this world, they pursue the natural harmony and happiness of all human beings, as well as fulfilling the role of a fundamental example... See More

Like · Reply · 37w

Permanent Observer Mission of the State of Palestine to the United Nations
February 12 ·

Nickolay Mladenov, Special Coordinator for the Middle East Peace Process,
briefs the Security Council meeting on the situation in the Middle East, including the Palestinian question (11 February 2020 )

United Nations #Palestine #Jerusalem #UNSC

UNSCO.UNMISSIONS.ORG

**UN Special Coordinator Nickolay Mladenov's Remarks at the Security Council Open Briefing on the Middle East**

23 1 Comment 14 Shares

Like Comment Share

Most Relevant

Write a comment...

이인섭
-Today's mild world story-

Pleasure is like winter snow falling in a river, melts easily, and greed is like a bubble in a small dish. Knowing this, if one's center is not always right, the judgment of the moment when he shakes and shakes away from t... See More

Like · Reply · 38w

Permanent Observer Mission of the State of Palestine to the United Nations
February 4 ·

Read: The official position by the State of #Palestine regarding the

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

4:04

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

the United Nations

February 4 ·

Read: The official position by the State of #Palestine regarding the recent so-called "Deal of the Century" announced by the current Trump administration

"The State of Palestine rejects this 'plan' and considers the so-called plan a declaration of hostility against the inalienable rights of the Palestinian people. This 'plan' poses a serious threat to the rules-based international order and the foundations of international law. It is a conceptually flawed, absolutist, and irresponsible agreement of surrender the US administration wants to coerce Palestine into signing, thus reverting to a world where conquerors take the spoils as victims are stripped of life and property..." (read statement in full below)

United Nations #Palestine #Jerusalem

DCI.PLO.PS

**Position Paper: The Trump Administration's so-called Plan**

Position Paper: The Trump Administration's so-called Plan

26 · 20 Shares

Like Comment Share

Write a comment...

Permanent Observer Mission of the State of Palestine to the United Nations

January 21 ·

Happening Now: Watch #LIVE the Security Council Meeting on the Situation in the Middle East, including the Question of Palestine

Tune into: webtv.un.org

United Nations #Palestine #SC

WEBTV.UN.ORG

**www.webtv.un.org**

8 · 1 Comment

Like Comment Share

Most Relevant

Write a comment...

이인섭

-Social welfare or social service is not a boast but a duty-

Social welfare is more important than the social welfare that is so loudly rumored regardless of the case of the state or local government social group, and the niche social welfare such as... See More

Like · Reply · 41w

Permanent Observer Mission of the State of Palestine to the United Nations

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

**Permanent Observer Mission of the State of Palestine to the United Nations**
January 14 ·

The State of Palestine will officially handover its 2019 Chairmanship of the Group of 77 to the Co-operative Republic of Guyana in a ceremony scheduled to take place at the United Nations Headquarters in New York, tomorrow Wednesday, 15 January at 3:00 pm (EST).

You can watch the ceremony live at: http://webtv.un.org/

United Nations #G77 #Palestine

WEBTV.UN.ORG

**United Nations Web TV (@UNWebTV)**

UN Web TV is available 24 hours a day with selected LIVE program...

8 · 5 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
January 13 ·

"...From the start of 2020, the Israeli government has continued the same destructive trends as in 2019, escalating settlement activities with the obvious aim of not only entrenching its illegal occupation but annexing our land, an unlawful objective publicly declared by various Israeli officials, including the Prime Minister and members of his Cabinet. As typical of this ruthless occupation, the latest plans for the construction of thousands more illegal colonial settlement units in our land were revealed as the Palestinian people were in the midst of holiday celebrations, undermining spirits and hopes for the new year..."

Read the letter in its entirety below:

United Nations #Palestine

PALESTINEUN.ORG

**13 January 2020 – Escalating Illegal Israeli Settlement Activities**

13 · 3 Shares

Like Comment Share

Write a comment...

**Permanent Observer Mission of the State of Palestine to the United Nations**
January 7 ·

Secretary-General of the United Nations H.E. António Guterres alongside the Executive Board Members of the International Association of Permanent Representatives (IAPR), hosted a ceremony today at the U.N. to honor Permanent Representatives who have

Permanent Observer Mission of the State ... Send Message Like

Send Message

nghannam.un@gmail.com

Government Organization

## Suggest Edits

Is this the right email address for this page?

nghannam.un@gmail.com

Yes Unsure No

## Photos

See All

## Videos

See All

18

161 Views · a year ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - May 13, 2013

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2020

Secretary-General of the United Nations H.E. Antonio Guterres, alongside the Executive Board Members of the International Association of Permanent Representatives (IAPR), hosted a ceremony today at the U.N. to honor Permanent Representatives who have served longer than ten years. Among those honored in today's Vintage Ceremony is H.E. Ambassador Dr. Riyad Mansour of the State of Palestine.

#VintageAmbassadors #Palestine #IAPR

35 2 Comments 5 Shares

Like Comment Share

Most Relevant

Write a comment...

Karimah Zuhdi Tarazi
CONGRATULATIONS

Like · Reply · 43w

View 1 more comment

Permanent Observer Mission of the State of Palestine to the United Nations
December 19, 2019 ·

"...As Palestinians prepare to welcome another year, their ordeal is nowhere close to an end. They continue to fear for their lives, for their families, for their homes and for their future. And yet, they find everyday the courage to persevere. They remain steadfast in the face of adversity and carry the hope to live and thrive on their own land, in dignity and freedom..." (18 December 2019)

United Nations #UNSC #Palestine

PALESTINEUN.ORG

**Statement by H.E. Dr. Riyad Mansour, Minister, Permanent Observer of the State of Palestine to the United Nations,...**

12 1 Comment 2 Shares

Like Comment Share

Most Relevant

Write a comment...

Hanna Kawas
It was reported that the Palestinian envoy to the UN, Riyad Mansour, was "delighted" at the Canadian "orphan" yes vote at the UNGA on "Palestinian self-determination" and described it as "very significant, very positive.", check my article on the sub... See More

PALESTINECHRONICLE.COM

Canada Wants to Be an 'Asset of Israel' at the UN Security Council

Like · Reply · 44w

Permanent Observer Mission of the State of Palestine to







