# Exhibit 59

Standard N.Y.B.T.U. Form 8007* 10-76-20M—Bargain and Sale Deed, with Covenant against Grantor's Acts—Individual or Corporation

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

REEL 510 PAGE 714

NYRPTT
$1045.00

1400

THIS INDENTURE, made the 9th day of January, nineteen hundred and eighty

BETWEEN

Janice D. Buckley
115 East 65th Street
New York, New York 10021

party of the first part, and  ZEHDI LABIB TERZI, in his capacity as the Permanent Observer, Head of Mission, of the Palestine Liberation Organization to the United Nations, /or his successor or successors Head of Mission, currently residing at 305 E. 40th Street, New York, New York 10016

party of the second part,

WITNESSETH, that the party of the first part, in consideration of

- - - - - - - - - Ten ($10.00) - - - - - - - - - - - - - dollars,

lawful money of the United States,    in hand    paid

by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City, County and State of New York, bounded and described as follows:

BEGINNING at a point in the northerly line or side of 65th Street opposite the center of a party wall distant 140 feet easterly from the corner formed by the intersection of the said line or side of 65th Street and the easterly side or line of Park Avenue (formerly 4th Avenue), thence running northwardly partly through the center of said party wall and on a line parallel with said easterly line of Park Avenue (formerly 4th Avenue), 100 feet 5 inches to the center line of the block between 65th Street and 66th Street, thence easterwardly on a line parallel with said northerly line of 65th Street and along said center line 20 feet, thence southerly on a line parallel with the easterly line of Park Avenue (formerly 4th Avenue) and partly through the center of a party wall 100 feet 5 inches to said northerly line of said 65th Street and thence westwardly along said northerly line of 65th Street 20 feet to the point or place of beginning, said dimensions more or less, said house and lot being known as number 115 East 65th Street.

REEL 510 PG 715

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

SUBJECT TO the easement agreement between Flora Whitney Miller, et al. and Joseph C. Hoagland, dated January 14, 1952 and recorded in Liber 4766, Cp 508.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

In presence of:

[signature]                                [signature: Janice D. Buckley]
                                          Janice D. Buckley

A271



STATE OF NEW YORK, COUNTY OF NEW YORK ss:

On the 6th day of January 19 80, before me personally came

Janice D. Buckley

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she executed the same.

*SANA H. SMITH*
Notary Public, State of New York
Commission Expires March 30, 1982

STATE OF NEW YORK, COUNTY OF ss:

On the day of 19 , before me personally came

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

REEL 510 PAGE 716

STATE OF NEW YORK, COUNTY OF ss:

On the day of 19 , before me personally came
to me known, who, being by me duly sworn, did depose and say that he resides at No.
that he is the
of , the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

STATE OF NEW YORK, COUNTY OF ss:

On the day of 19 , before me personally came
to me known, who, being by me duly sworn, did depose and say that he resides at No.
that he is the
of , the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

Title No. 01/0335 (FNY)

Janice D. Buckley

TO

Z. L. Terzi, in his capacity as Permanent Observer, the Head of Mission, of the Palestine Liberation Organization to the United Nations

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
Distributed by
TITLE GUARANTEE-
NEW YORK
A TICOR COMPANY

SECTION  5 Vol 4
BLOCK    1400
LOT      7
COUNTY OR TOWN  New York

RECORDED AT THE REQUEST OF
CITY TITLE INSURANCE COMPANY

Recorded At Request of The Title Guarantee Company
RETURN BY MAIL TO:

Robert W. Thabit, Esq.
801 Second Avenue
Suite 801
New York, New York

Zip No. 10017

S 3317

RECORDED IN NEW YORK COUNTY
BLOCK_____ LOT_____
SERIAL NUMBER
00886   1980 JAN 16 PM 11:08
J E Butler
Acting City Register

$1,045
REAL ESTATE
JAN 1 6 1980
TRANSFER TAX
NEW YORK
COUNTY

R 327

A272