# Exhibit 60

| U.S. Department of Justice | Supplemental Statement |
|---|---|
| Washington, DC 20530 | Pursuant to the Foreign Agents Registration Act of 1938, as amended |

OMB No. 1124-0002; Expires May 31, 2020

Revised 05/17

For Six Month Period Ending __06/30/2020__
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant  (b) Registration No.

   Squire Patton Boggs (US) LLP        2165

   (c) Business Address(es) of Registrant
   2550 M Street, NW
   Washington, DC 20037

2. Has there been a change in the information previously furnished in connection with the following?
   (a) If an individual:
      (1) Residence address(es)      Yes ☐   No ☐
      (2) Citizenship                Yes ☐   No ☐
      (3) Occupation                 Yes ☐   No ☐
   (b) If an organization:
      (1) Name                       Yes ☐   No ☒
      (2) Ownership or control       Yes ☐   No ☒
      (3) Branch offices             Yes ☐   No ☒

   (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.
   N/A

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

   Yes ☐    No ☒

   If yes, have you filed an amendment to the Exhibit C?   Yes ☐     No ☐
   If no, please attach the required amendment.

---

[1] The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

FORM NSD-2
Revised 05/17

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM
Case 1:04-cv-00397-GBD-RLE   Document 1018-60   Filed 11/12/20   Page 3 of 16

(PAGE 2)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

   Yes ☒   No ☐

   If yes, furnish the following information:

   | Name | Position | Date Connection Ended |
   |---|---|---|
   | Please see Attachment A | | |

   (b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

   Yes ☒   No ☐

   If yes, furnish the following information:

   | Name | Residence Address | Citizenship | Position | Date Assumed |
   |---|---|---|---|---|
   | | From time to time, partners not associated with the foreign principals join or leave the partnership | | | |

5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?

   Yes ☐   No ☒

   If yes, identify each such person and describe the service rendered.

   (b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?   Yes ☐   No ☒

   | Name | Residence Address | Citizenship | Position | Date Assumed |
   |---|---|---|---|---|

   (c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?   Yes ☒   No ☐

   If yes, furnish the following information:

   | Name | Position or Connection | Date Terminated |
   |---|---|---|
   | See Attachment B | | |

   (d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?   Yes ☒   No ☐

   If yes, furnish the following information:

   | Name | Position or Connection | Foreign Principal | Date Terminated |
   |---|---|---|---|
   | See Attachment B | | | |

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?

   Yes ☐   No ☐

   If no, list names of persons who have not filed the required statement.

   N/A

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?  Yes ☐  No ☒
   If yes, furnish the following information:

   Foreign Principal                                                     Date of Termination

8. Have you acquired any new foreign principal(s)² during this 6 month reporting period?  Yes ☐  No ☒
   If yes, furnish th following information:

   Name and Address of Foreign Principal(s)                              Date Acquired

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)² whom you continued to represent during the 6 month reporting period.

   1. The Government of the Republic of Cameroon; 2. The People's Republic of China; 3. The Government of Croatia; 4. The Palestinian Authority; 5. Temasek Holdings; 6. The Center for Studies and Media Affairs at the Saudi Royal Court; 7. The Embassy of the Republic of Korea; and 8) The Republic of Angola.

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?
    Exhibit A³        Yes ☐        No ☐
    Exhibit B⁴        Yes ☐        No ☐

    If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you represented during this six month period?  Yes ☒  No ☐
    If yes, have you filed an amendment to these exhibits?  Yes ☒  No ☐

    If no, please attach the required amendment.

---

2 The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)

3 The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.

4 The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM
Case 1:04-cv-00397-GBD-RLE  Document 1018-60  Filed 11/12/20  Page 5 of 16

(PAGE 4)

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?    Yes ☒    No ☐

    If yes, identify each foreign principal and describe in full detail your activities and services:

    See Attachment C

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?
    Yes ☒    No ☐

    If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

    See Attachment D

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?    Yes ☐    No ☒

    If yes, describe fully.

---

[5] "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM
Case 1:04-cv-00397-GBD-RLE   Document 1018-60   Filed 11/12/20   Page 6 of 16

(PAGE 5)

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**

During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?    Yes ☒    No ☐

If no, explain why.

See Attachment E

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

| Date | From Whom | Purpose | Amount |
|------|-----------|---------|--------|
|      |           |         |        |

Total _____

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**

During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?    Yes ☐    No ☒

If yes, have you filed an Exhibit D[8] to your registration?    Yes ☐    No ☐

If yes, indicate the date the Exhibit D was filed.    Date _____

(c) **RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?    Yes ☐    No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | Thing of Value | Purpose |
|-------------------|---------------|----------------|---------|
|                   |               |                |         |

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

Received by NSD/FARA Registration Unit   07/31/2020  1:57:18 PM
Case 1:04-cv-00397-GBD-RLE   Document 1018-60   Filed 11/12/20   Page 7 of 16

(PAGE 6)

15. (a) **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1) disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?   Yes ☒   No ☐
(2) transmitted monies to any such foreign principal?   Yes ☐   No ☐

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|---|---|---|---|
| | See Attachment F | | |

Total

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM
Case 1:04-cv-00397-GBD-RLE Document 1018-60 Filed 11/12/20 Page 8 of 16

(PAGE 7)

(b) **DISBURSEMENTS-THINGS OF VALUE**
During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

Yes ☐   No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|---|---|---|---|---|

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**
During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☒   No ☐

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|---|---|---|---|
|  | See Attachment G |  |  |

---

10, 11 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

(PAGE 8)

## V - INFORMATIONAL MATERIALS

16. (a) During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]  Yes ☒  No ☐

    If Yes, go to Item 17.

    (b) If you answered No to Item 16(a), do you disseminate any material in connection with your registration?  Yes ☐  No ☐

    If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17. Identify each such foreign principal.

    1. The Embassy of the Republic of Korea
    2. The Republic of Angola

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?  Yes ☐  No ☒

    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    ☐ Radio or TV broadcasts ☐ Magazine or newspaper ☐ Motion picture films ☐ Letters or telegrams
    ☐ Advertising campaigns ☐ Press releases ☐ Pamphlets or other publications ☐ Lectures or speeches
    ☐ Other (specify) _____

    **Electronic Communications**

    ☒ Email
    ☐ Website URL(s): _____
    ☐ Social media websites URL(s): _____
    ☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☒ Public officials      ☐ Newspapers                   ☐ Libraries
    ☒ Legislators           ☐ Editors                      ☐ Educational institutions
    ☐ Government agencies   ☐ Civic groups or associations ☐ Nationality groups
    ☐ Other (specify) _____

21. What language was used in the informational materials:

    ☒ English      ☐ Other (specify) _____

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?  Yes ☒  No ☐

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?  Yes ☒  No ☐

---

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM
Case 1:04-cv-00397-GBD-RLE Document 1018-60 Filed 11/12/20 Page 10 of 16

(PAGE 9)

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)  (Print or type name under each signature or provide electronic signature[13])

July 30, 2020  /s/ Edward J. Newberry

[13] This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM

# SQUIRE PATTON BOGGS (US) LLP

# FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

# ATTACHMENT C – ACTIVITIES

Received by NSD/FARA Registration Unit 07/31/2020 1:57:18 PM

FARA Reporting Period: January 1 – June 30, 2020

Attachment C – Section III, #11

1. **Government of the Republic of Cameroon**

There were no reportable activities performed on behalf of the Foreign Principal during this reporting period.

2. **Embassy of the People's Republic of China**

During the reporting period, Registrant counseled the Foreign Principal on U.S. Congressional matters. This included monitoring, compiling information, and analyzing the potential legal and political impacts of legislation regarding matters of interest to the Foreign Principal. Such legislation included the National Defense Authorization Act for Fiscal Year 2021, the FY2021 spending bills, and Foreign Principal-related provisions and amendments thereto. Moreover, Registrant advised the Foreign Principal on background and developments concerning other subjects, including U.S. policy regarding Hong Kong, Taiwan and Tibet; relations with North Korea; matters pertaining to the Asia-Pacific region, South China Sea, currency, human rights, immigration, trade, and sanctions legislation. More generally, Registrant monitored and informed the Foreign Principal of Congressional hearings and other events and developments regarding matters of interest to the Foreign Principal.

3. **Republic of Croatia**

There were no reportable activities performed on behalf of the Foreign Principal during this reporting period.

4. **The Government of the Republic of Angola**

During the reporting period, Registrant counselled the Foreign Principal as part of a program to (1) bring Angola's financial system up to international standards, (2) increase US trade and investment, and (3) enhance Angola's profile in the United States.

5. **The Palestinian Authority**

During the reporting period, Registrant advised the Foreign Principal in connection with legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. Government.

# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOD: JANUARY 1 – JUNE 30, 2020

### ATTACHMENT D – CONTACTS

# FARA Reporting Period: January 1 – June 30, 2020
## Attachment D – Section III, #12

| Date | Type | Met with – Office of Person Contacted | Name of Person(s) Contacted | Issue Discussed |
|---|---|---|---|---|
| 01/24/2020 | Email | Bureau of Democracy, Human Rights and Labor | Robert Destro | U.S. Angola Bilateral Relations |
| 01/24/2020 | Meeting | Representative John Curtis | Troy Dougall | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Senator Chris Coons | Thomas Mancinelli and Alexandra Davis | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Senator Jim Inhofe | Don Archer | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Representative Susan Wild | Rebekah Kirkwood | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Representative Dean Phillips | Caitlan Grady | U.S. Angola Bilateral Relations |
| 01/09/2020 | Email | Representative Houlahan | Vanessa Feldman | U.S. Angola Bilateral Relations |

3. **The Palestinian Authority**

During the reporting period, Registrant advised the Foreign Principal in connection with legal and strategic policy advice and advocacy on foreign policy and related issues in the U.S. Government.

The below reportable political contacts were made on behalf of the foreign principal.

| Date of Contact | Contact Type | Met with – Office of Person Contacted | Name of Person(s) Contacted | Issue Discussed |
|---|---|---|---|---|
| 01/13/2020 | Phone Call | Senate Appropriations Committee | Tim Reiser | U.S. - Palestinian Bilateral Relations |
| 01/9/2020 | Meeting | Senate Appropriations Committee | Tim Reiser | U.S. - Palestinian Bilateral Relations |
| 01/07/2020 | Email | Senate Appropriations Committee | Tim Reiser and Alex Carnes | U.S. - Palestinian Bilateral Relations |

# SQUIRE PATTON BOGGS (US) LLP

## FARA REPORTING PERIOOD: JANUARY 1 – JUNE 30, 2020

## ATTACHMENT E – FINANCIAL RECEIPTS

## FARA Reporting Period: January 1 – June 30, 2020
## Attachment E - Section IV, 14(a)

**Embassy of the People's Republic of China - Payments Received**                    **$165,000.00**

| 05/11/2020 | Embassy of the People's Republic of China | $165,000.00 |
|---|---|---|

**Government of the Republic of Cameroon - Payments Received#**                    **$80,000.00**

| 01/10/2020 | Government of the Republic of Cameroon | $40,000.00 |
|---|---|---|
| 06/04/2020 | Government of the Republic of Cameroon | $40,000.00 |

**Government of the State of Qatar - Payments Received**                    **$23,130.07**

| 01/29/2020 | Government of the State of Qatar | $23,130.07 |
|---|---|---|

**Palestinian Authority - Payments Received***                    **$1,375.50**

| 03/30/2020 | Palestinian Authority | $1,375.50 |
|---|---|---|

**Republic of Angola - Payments Received**                    **$2,050,000.00**

| 03/03/2020 | Republic of Angola | $683,336.00 |
|---|---|---|
| 03/13/2020 | Republic of Angola | $341,668.00 |
| 03/26/2020 | Republic of Angola | $341,668.00 |
| 04/29/2020 | Republic of Angola | $341,668.00 |
| 05/22/2020 | Republic of Angola | $341,660.00 |

**The Center for Studies and Media Affairs at the Royal Saudi Court - Payments Received**   **$233,766.40**

| 05/28/2020 | The Center for Studies and Media Affairs at the Royal Saudi Court | $233,766.40 |
|---|---|---|