# Exhibit 61

Nonetheless, managers and counsel generally limited their responses accordingly. I think the late Chief's time limit was a good one and would ask both sides to abide by it.

---

## MORNING BUSINESS

---

## NATIONAL SLAVERY AND HUMAN TRAFFICKING PREVENTION MONTH

Mr. GRASSLEY. Mr. President, today, I join my colleagues on an important resolution condemning human trafficking both at home and around the world.

Congress made human trafficking a federal crime 20 years ago with passage of the Trafficking Victims Protection Act. Since then, I have worked with my colleagues on several pieces of legislation to strengthen existing protections and continue putting victims first.

President Trump has also made addressing human trafficking one of his top priorities. He signed my bill, the Trafficking Victims Protection Act of 2017 into law, as well as other measures that I cosponsored, such as the Stop Enabling Sex Traffickers Act, the Abolish Human Trafficking Act and the Frederick Douglass Trafficking Victims Prevention and Reauthorization Act. He also proclaimed January as National Slavery and Human Trafficking Prevention Month.

---

## IOWA CAUCUSES

Mr. GRASSLEY. Mr. President, this coming Monday, the first in the Nation Iowa caucuses kick off the Presidential nomination process. The Presidential preference part of the caucus is just one part, however. In truth, the Iowa caucuses are an example of grassroots democracy. Iowa voters for each political party gather in each of the 1681 precincts across my State. At these neighborhood meetings, voters discuss issues of local and national importance and elect party officers and convention delegates. The platform planks approved and the officers and delegates elected often have a longer lasting impact on the political parties than the Presidential preference votes.

Mr. President, in a week, all political focus will be set on my home State of Iowa for the first in the Nation precinct caucuses. Many pundits ask why Iowa should be awarded this much impact in the Presidential nomination process? Iowans take this job seriously. They study the candidates' backgrounds and positions on issues and they thoughtfully listen to the debates. In Iowa, Presidential candidates must explain and discuss their positions and answer tough questions directly to citizens instead of relying on advertising. Candidates who have done this successfully will be rewarded with momentum and excitement that could launch the rest of their candidacy.

## SUPPORT FOR AMERICAN VICTIMS OF TERRORISM

Mr. LEAHY. Mr. President, this past December, H.R. 1865, the Further Consolidated Appropriations Act, 2020, was enacted into law as Public Law 116–94. I want to take a moment to offer some clarity regarding section 903 of division J of the Act, which is a modified version of the Promoting Security and Justice for Victims of Terrorism Act of 2019.

I commend the Republican and Democratic Senators who have dedicated their time to pursuing justice for American victims of terrorism. We all want these victims to have their day in court and to be appropriately compensated. It is also important that we do so in a manner that does not do more harm than good. That is the balance that was sought in section 903 on a bipartisan basis.

One component of section 903 is a provision that enables the Palestinian Authority and the Palestinian Liberation Organization, PA and PLO, to conduct certain activities in the United States "exclusively for the purpose of conducting official business" and activities "ancillary" to those listed in the provision without consenting to personal jurisdiction in civil cases. The provision was included because Senators of both parties understand that it is in our national interest to permit certain activities related to the official representation of the PA and PLO. Having been part of the negotiation that resulted in this language, I believe it is important that we have a clear understanding of the types of activities that are considered "ancillary" to the conduct of official business.

While the official business of any foreign mission necessarily includes meetings with Members of Congress and their staff, representatives of the executive branch, and other public officials, ancillary activities are those which may not be essential for the minimal functioning of the mission but which support the mission's primary operations. By way of example, I am confident that every Member of this body would, as I do, consider a public statement, the issuance of a press release, or a meeting or public appearance—while not essential—to be ancillary to his or her primary functions as a U.S. Senator and would reject any attempt to define such activities otherwise.

That is also why, with regard to the PA and PLO, while we may or may not agree with the statements of its representatives, the law contemplates that its representatives may meet with advocates regarding relevant issues, make public statements, and otherwise engage in public advocacy and civil society activities that are ancillary to the conduct of official business without consenting to personal jurisdiction. Such jurisdiction is provided for elsewhere in section 903.

The message in this bill is clear: Congress is committed to pursuing justice for American victims of terrorism

while ensuring appropriate standards regarding the ability of foreign missions to conduct official business in the United States. This is a solution that protects U.S. national interests, and I thank the Senators on both sides of the aisle who have worked together to find a way forward on this measure.

---

## THE PHILIPPINES

Mr. LEAHY. Mr. President I want to take a few moments to discuss an issue that has garnered some attention in recent months, which is our relations with the Government of the Philippines, including President Duterte's counter-drug strategy and his government's treatment of those who have openly criticized that strategy.

It is important to first recount the long history of friendship and strategic cooperation between the United States and the Philippines. Family and cultural ties that extend back many generations bind us together, as do our shared goals in East Asia and the Pacific. Our Armed Forces regularly engage in joint exercises to enhance regional security. Despite our differences, relations between our two countries are strong and based on mutual respect.

We should also extend our deepest sympathies to those harmed by the recent eruption of the Taal volcano in Luzon. It has displaced tens of thousands of families and destroyed the livelihoods of many. The U.S. Agency for International Development and international organizations that receive U.S. funding like the World Food Programme are responding with humanitarian aid to those in need, which I and others in Congress strongly support.

One of the manifestations of our longstanding, close relations with the Philippines is the assistance we provide annually to promote a wide range of interests there, from humanitarian and economic assistance to military assistance, which in fiscal year 2019 totaled more than $150 million. However, as is the case for other recipients of U.S. assistance, those funds are not an entitlement and they are not a blank check. For example, in the Philippines they may not be used to support police counter-drug operations. We condemn the thousands of extrajudicial executions of suspected drug users and drug-traffickers by police and their collaborators. Such a strategy is not consistent with due process and the rule of law, nor an effective way to combat the trafficking and abuse of illegal drugs that every country, including the United States, is struggling with. We do support treatment programs for Filipinos suffering from drug addiction.

We also stand strongly in support of freedom of expression, whether in the Philippines or anywhere else, including in our own country, and that, as well as President Duterte's counter-drug strategy, is what underlies our current