UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PALESTINE LIBERATION ORG., et al., <br><br> *Defendants*. | Case No. 04 Civ. 397 (GBD) <br><br> **NOTICE OF CONSTITUTIONAL QUESTION** |

PLEASE TAKE NOTICE that the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act (PSJVTA), Pub. L. No. 116-94, div. J, tit. IX § 903 (codified at 18 U.S.C. 2334(e)) has been drawn in question on instruction of the District Court in the above-captioned action, acting on instructions from the Court of Appeals. The questions are:

1. Does the PSJVTA violate the Due Process Clause of the Fifth Amendment?

2. Does the PSJVTA violate the separation of powers doctrine?

Plaintiffs have today filed a memorandum of law and supporting papers complying with the District Court's instruction and addressing these constitutional questions.

PLEASE TAKE FURTHER NOTICE that Rule 5.1(b) provides that the Court "must, under 28 U.S.C. § 2403, certify to the [Attorney General of the United States] that a statute has been questioned."

Dated: November 12, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER
　　　　　　　　　　　　　　　　　　　　KAYE SCHOLER LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Kent A. Yalowitz

*K<small>ENT</small>.Y<small>ALOWITZ</small>@<small>ARNOLDPORTER</small>.<small>COM</small>*
David Russell
  *D<small>AVID</small>.R<small>USSELL</small>@<small>ARNOLDPORTER</small>.<small>COM</small>*
250 West 55th Street
New York, NY 10019
T: (212) 836-8344

Stephen K. Wirth
  *S<small>TEPHEN</small>.W<small>IRTH</small>@<small>ARNOLDPORTER</small>.<small>COM</small>*
601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-6739

TO:   Attorney General of the United States
      United States Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530

      Audrey Strauss
      Acting United States Attorney
      Southern District of New York
      One St. Andrews Plaza
      New York, New York 10007