# EXHIBIT 3

PLAINTIFF'S
EXHIBIT
17



*In the Name of God, Most Gracious, Most Merciful*

**Palestinian National Authority**
**Ministry of Social Affairs**
**Martyrs' Families & Injured Care Establishment**

**In the Name of God, Most Gracious, Most Merciful**

## Social Examination

**Case:** Al-Aqsa Martyr/Military

| | |
|---|---|
| **Name:** | Wafa' Ali Khalil Idris |
| **Local No.:** | 496 |
| **Central No.:** | 013205 |
| **Governorate:** | Ramallah & al-Bireh / Al-Amaari Refugee Camp |
| **Date:** | February 14, 2002 |

Ramallah – Tel/fax: 02-2986268

**CONFIDENTIAL**

02:006761

## I: Personal Data

**Local No.:** 496  **Central No.:**
**Case Name:**   Wafa' Ali Khalil Idris  **Code Name:** ...
**Nationality:** Palestinian  **Identity No.:** 935068155
**Beneficiary's Full Name:** Wasfiya Mabrouk Saleh Idris  **Identity No.:** 935068122
          (Wife, Father, **Mother**, Brother, Sister)
**Mother's Full Name:** Wasfiya Mabrouk Saleh  **Identity No.:** 935068122
**Wife's Name:**  **Identity No.:**
**Date & Place of Birth:** October 22, 1971,  Ramallah (Al-  **Original Town:** Ramallah
Amaary Refugee Camp)
**Religion:** Muslim  **Gender:** Female   **Marital Status:** Divorced
**Previous Work:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  **Current Work:**
▓▓▓▓

**Academic Qualification:** 10th Grade  **Date & No. of Accreditation:**
**Date of Accreditation in the Establishment:**

## II: Administrative Data

**Military Rank:**  **Organizational Rank:**
**Rank Accreditation Letter:**  **No.**      **Date:**
**Development of Previous Allocation:**  **Current:**      **Modifications:**
**Organization to which he / she belongs:** Fatah  **Sector:**
**Date of Joining the Revolution:**  **Organizational:**   **Militarily:**   **Reordering:**
**Courses Attended:**
**Date & Place of Event:** January 27, 2002, Jerusalem

**Description of the Event:**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Wafa' Ali Khalil Idris blew herself up in
a crowd ▓▓▓▓▓▓▓ that resulted in killing one and injuring more than one hundred in addition to her immediate
death, ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓

**Brief Description about his/her Life**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Family Housing: Owned:** ✓       Leased       Joint

**Monthly Leasing Rate:**

**Complete Address:** Al-Amaary Refugee Camp, Abu Darweesh Street, near the Red Crescent Building

**Telephone:**   **Home:** 2961779 / 059337696,      Khalil  Idris  her  brother,  055513422,  Sultan  Idris  her
brother, Khalil: 0599535327, Khalil Home: 0599989594

**CONFIDENTIAL**  **02:006762**

PFS00000040.0002

Martyr of al-Aqsa/Ramallah: Wafa' Ali Khalil Idris [handwritten]

## III: Family Index: *Married / Single
**(1) Married:** Wives and minor children are recorded first, then adult offspring, then parents and siblings.
**(2) Single:** Parents and minor siblings are recorded first, then adult siblings.

2004/2005 [handwritten]

| Series | Name | Relationship | Date of Birth | Academic Qualification | Profession | Marital Status | Address |
|--------|------|-------------|---------------|------------------------|------------|----------------|---------|
| 1 | Wasfiya | Mother | 1939 | Illiterate | Housewife | Widow | Al-Ama'ary Refugee Camp |
| 2 | Khalil | Brother | 1967 | 12th Grade | Office Manager of Taxi Betunia | Married | " |
| 3 | Khaled | Brother | 1969 | 11th Grade | Driver | Married | " |
| 4 | Sultan | Brother | 1974 | 10th Grader | Driver | Married | " |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**No. of Dependants:** (1)
- **Married: wives and minor children:**
- **Single: parents and minor siblings:** Mother only.
- **Notes on Family Index:** Martyr's father is deceased.

**CONFIDENTIAL**

02:006763

[illegible handwriting]

**Department's Recommendation:**

* The martyr is one of the al-Aqsa Intifada martyrs; the martyr is divorced without children; her father is deceased; her mother is alive; she has three married brothers.
* She was martyred during a heroic martyrdom operation against the Zionists in the occupied city of Jerusalem.
* Therefore, we recommend that she is considered one of the al-Aqsa Intifada Martyrs according to the regulations.

**Date:** February 14, 2002          **Signature** Suleiman al-Deek

**Decision of the Director of the Establishment**: (          )

...................................................................................................................................
...................................................................................................................................
...................................................................................................................................
.................................................... Date: ........................ Signature...........................

**Allocation Calculation**

| Principal | Wife | Children | Father | Mother | Minor | Siblings | Total (in Dinars) |
|-----------|------|----------|--------|--------|-------|----------|-------------------|
| ............. | ....... | .............. | .......... | ............ | .......... | ............. | ........................... |

Other Bonuses:

Total (in Dinars):

Total (in Shekels):

**Approval of the General Director:**

She is considered (one of the al-Aqsa martyrs), confirmed, as of January 2, 2002 with an allocation of 600 Shekels a month.

**Date:** February 14, 2002                                    **Signature**[Signature]

| **Audit Notes** | **Date** | **Signature** |
|-----------------|----------|---------------|
| ...................................... | ................................................................ | |
| ...................................... | ................................................................ | |

| **Computer Notes** | **Date** | **Signature** |
|--------------------|----------|---------------|
| ...................................... | ................................................................ | |
| ...................................... | ................................................................ | |

**CONFIDENTIAL**                                              02:006764

[illegible] Judea and Samaria [Emblem] [illegible]   Staff Officer for Internal Affairs

## Certificate of Birth

Idris
Last Name

Wafa
First Name

[illegible]
Father's First Name

Khalil
Grandfather's Name

Wasfiya
Mother's First Name

[illegible]
Maternal Grandfather's Last Name

Sex   Female

Identity No. [illegible]

Born in            Al-Amari Camp
         Name of city / town

Name of Hospital

On [date]            22            [illegible]      1971
                     Day           Month            Year

Religion      Muslim

I hereby certify that the above newborn was registered in the Births Ledger for the year

$4/^5/_{265}/33/1971$

Issued at the Population Administration Office in Judea and Samaria on [illegible date].

[Stamp] Regional Population
         Administration Office      [Signature]
         Judea and Samaria         [Stamp] P. Katzav
         Office stamp              Birth Registration Clerk

**CONFIDENTIAL**

02:006765

PFS00000040.0005

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA      **IDENTITY DOCUMENT**

Identity Number       9 3506815 5

| | | | |
|---|---|---|---|
| First Name | **Wafa** | | |
| Father's Name | **Ali** | | |
| Grandfather's Name | **Khalil** | | |
| Last Name | **Idris** | | |
| Mother's Name | **Wasfiya** | | [Photograph] |
| Date of Birth | **October 22, 1971** | | [Stamp] Israel Defense Forces |
| Place of Birth | **Ramallah** | | [Signature] |
| Sex | **Female** | Religion | **Muslim** |
| Issued in | **Ramallah** | on date | **December 6, 1987** |

| Civil Administration in Judea and Samaria Area | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 3506815 5 |
| Last name | [Stamp] Received gas | Idris |
| First name | mask – Malha | Wafa |
| Address | Al- Refugee Camp | |
| | Al-Bireh | |
| | City | |
| Marital Status   Single | Spouse's Identity No. | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

Copy of the martyr's identity document [handwritten]

**CONFIDENTIAL**                    02:006766

PFS00000040.0006

| | | |
|---|---|---|
| Palestinian Authority | Annex to Identity Document | |
| | Identity No. | 9 3506812 2 |
| Last Name | | Idris |
| First Name | | Wasfiya |
| Address | Amari<br>Al-Bireh<br>City | |
| Marital Status Widow | | Spouse's Identity No. |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

[entirely illegible identity document]

| | | |
|---|---|---|
| Palestinian Authority | Annex to Identity Document | |
| | Identity No. | 9 3506812 2 |
| Last Name | | Idris |
| First Name | | Wasfiya |
| Address | Amari<br>Al-Bireh<br>City | |
| Marital status Widow | Spouse's Identity No. | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

[entirely illegible identity document]

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA     **IDENTITY DOCUMENT**

Identity No.            9 3506815 5

| | |
|---|---|
| First Name | **Wafa** |
| Father's Name | **Ali** |
| Grandfather's Name | **Khalil** |
| Last Name | **Idris** |
| Mother's Name | **Wasfiya** |
| Date of Birth | **October 22, 1971** |
| Place of Birth | **Ramallah** |
| Sex | **Female**      Religion      **Muslim** |
| Issued in | **Ramallah**      on date      **December 6, 1987** |

[Photograph]
[Stamp] Israel Defense Forces
[Signature]

| Civil Administration in Judea and Samaria Area | Annex to Identity Document | |
|---|---|---|
| | Identity No. | 9 3506815 5 |
| Last Name | [Stamp] Received gas | Idris |
| First Name | mask – Malha | Wafa |
| Address | Al-Amari Refugee Camp | |
| | Al-Bireh | |
| | City | |
| Marital Status   Single | Spouse's Identity No. | |
| Spouse's Name | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous first Name | | |

**CONFIDENTIAL**                    02:006772

PFS00000040.0009

[illegible] Judea and Samaria [Emblem] [illegible]   Staff Officer for Internal Affairs

## Certificate of Birth

| Idris | Wafa | [illegible] |
|---|---|---|
| Last Name | First Name | Father's first Name |

| Khalil | Wasfiya | [illegible] |
|---|---|---|
| Grandfather's Name | Mother's First Name | Maternal Grandfather's Last Name |

Sex   Female                     Identity No. [illegible]

Born in          Al-Amari Camp
                 Name of City / Town                     Name of Hospital

On [Date]             22              October        1971
                      Day             Month          Year

                 Religion       Muslim

I hereby certify that the above newborn was registered in the Births Ledger for the year

$4^5/_{265}$/33/1971

Issued at the Population Administration Office in Judea and Samaria on December 8, 1986.

[Stamp] Regional Population
        Administration Office       [Signature]
        Judea and Samaria           [Stamp] P. Katzav
        Office Stamp                Birth Registration Clerk

Copy of the martyr's identity document
[handwritten]

**CONFIDENTIAL**                              **02:006773**

PFS00000040.0010

CIVIL ADMINISTRATION IN JUDEA AND SAMARIA AREA     **IDENTITY DOCUMENT**

Identity Number          9 3506814 8

| | |
|---|---|
| First Name | **Khaled** |
| Father's Name | **Ali** |
| Grandfather's Name | **Khalil** |
| Last Name | **Idris** |
| Mother's Name | **Wasfiya** |
| Date of Birth | **May 16, 1969** |
| Place of Birth | **Al-Bireh** |
| Sex | **Male** |

[Photograph]
[Stamp] Israel Defense Forces
[Signature]

Religion     **Muslim**

Issued in     **Ramallah**          on date          **November** [illegible]**, 1992**

| Civil Administration in Judea and Samaria Area Annex to Identity Document | | |
|---|---|---|
| | Identity No. | 9 3506814 8 |
| Last Name | Idris | |
| First Name | Khaled | |
| Address | 0          0 | |
| | Al-Bireh | |
| | City | |
| Marital Status   Married | Spouse's Identity No. 9 3858496 8 | |
| Spouse's Name Marfat | | |
| Spouse's Identity No. | | |
| Spouse's Name | | |
| Previous Last Name | | |
| Previous First Name | | |

**CONFIDENTIAL**

02:006774

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MARK I. SOKOLOW, *et al.*,

                  Plaintiffs,

  vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                  Defendants.

No. 04 Civ. 00397 (GBD) (RLE)

## DECLARATION OF ADNANE ETTAYEBI

Adnane Ettayebi hereby certifies as follows:

1. The attached translation from Arabic to English is an accurate representation of the document received by Rina Ne'eman Hebrew Language Services, to the best of my knowledge and belief. The document is designated as D02:006761-6774.

2. I am a professional translator with a B.A. in Romance Language Literature from the University of Central Florida. I am fluent in Arabic and English, and I am qualified to translate accurately from Arabic to English.

3. To the best of my knowledge and belief, the accompanying text is a true, full and accurate translation of the Arabic-language document bearing the bates number D02:006761-6774.

Adnane Ettayebi

PFS00000040.0012

ss.: New Jersey

On the [29] day of February, 2014 before me, the undersigned, personally appeared Adnane Ettayebi, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is signed to this Declaration and acknowledged to me that he executed the same in his capacity, and that by his signature on this Declaration, the individual executed the Declaration.

Sworn to me this
29 day of February, 2014

Notary Public

CHRISTA A FLORES
Notary Public
State of New Jersey
My Commission Expires May 16,, 2017
I.D.# 2420914

PFS00000040.0013

PFS00000040.0014



السلطة الوطنية الفلسطينية

وزارة الشؤون الاجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : شهيدة / إنتفاضة الأقصى

الاسم : ................ رجاء عادل خليل ادريس .................

الرقم المحلي : ............. ٩٦٦ع ............. الرقم المركزي : ............. ١٢٥٠٥

المحافظة : ......... رام الله والبيرة / مخيم الأمعري .........

التاريخ : ................ ٢٠٠٤/٥/١٢ ..............

Ramallah - Tel/ Fax . 02-2986268

رام الله – تلفاكس : ٢٦٨ ٢٩٨٦ – ٠٢

CONFIDENTIAL

02:006761

PFS00000040.0015

أولاً : معلومات ذاتية :

الرقم المحلي : ............ الرقم المركزي : .............
اسم الحالة : ....... عماد علي خليل إدريس ........ الاسم الحركي : .............
الجنسية : ....... خليلية ....... رقم الهوية : ...... ٩٩٥٠٣٨١٥٥٠ .....
اسم المستفيد رباعي ...... جميعة سروات صالح إدريس ...... رقم الهوية : ٩٩٥٠٣٨١٥٥٠
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )
اسم الأم كامل : ........ جميعة سروات صالح إدريس ....... رقم هوية الأم : ٩٩٥٠٣٨١٥٥٠
اسم الزوجة : ........... رقم هوية الزوجة : ............
تاريخ ومكان الميلاد : ١٩٧٩/١١/٢٤ ــ أم الله (غير زوجي) البلد الأصلي : ...... الرملة ....
الديانة : .... مسلمة ..... الجنس : ذكر ..... الحالة الاجتماعية : ... مطلقة ....
العمل السابق : ............... العمل الحالي : ...........
المؤهل العلمي : .... عالي ....... 
تاريخ ورقم كتاب الاعتماد : ............
تاريخ الاعتماد بالمؤسسة : ............

ثانياً : معلومات ادارية :

الرتبة العسكرية : ............ الرتبة التنظيمية : ............
كتاب اعتماد الرتبة : ......... رقم : ....... تاريخ : .......
تطورات المخصص السابق : ....... الحالي : ....... التعديلات : .......
التنظيم التابع له : ............. القطاع : ...........
تاريخ الالتحاق بالثورة : ......... تنظيماً : ........ عسكرياً : ....... تفرغاً : .....
الدورات التي اجتازها : ...........
تاريخ ومكان الحادث : ٢٠٠١/١١/١٢ القدس ...
كيفية حدوث الحادث :
جسم اعتراك اعلام العدو وقد تبنت كتلة شهداء الأقصى (الانتفاضة) هذه العملية .. بطولة
موجز سيرته الذاتية :

سكن الأسرة : ملك : ....... ايجار : ....... مشترك : ......
الإيجار الشهري : ........
العنوان الكامل : منه المعرجة ــ شارع أبو درويش ــ قرب شارع إبراهيم إدر
رب تلفون : المنزل ٢٢٧٨٥٩٦٣ / ٩٧٧١٢٥ ٠ / عماد إدريس ، ٥٥٥٠١٧٤٤ سيلك إدريس
٠٥٩٩٥٧٥٧٠ ... فين ...... شعبي
٠٥٩٩٨٩٥٩٤ ... ليك المنزل ..... شعبي

CONFIDENTIAL

02:006762

ثالثا : الجدول الأسري : * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخرة
٢- الاعزب :يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | وصفية | الأم | ١٩٢٩ | أمية | ربة بيت | أرملة | م.الزمعري |
| ٢ | صبحي | أخ | ١٩٦٧ | ثانوي | مدير مكتب التصويب بوزا | متزوج | ٢ |
| ٣ | خالد | أخ | ١٩٦٩ | ع مع | سائق | متزوج | ٢ |
| ٤ | سلطان | أخ | ١٩٧٤ | ا مع | سائق | متزوج | ٢ |
| ٥ | | | | | | | |
| ٦ | | | | | | | |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : .....(١١).....

– المتزوج : الزوجات والابناء القصر : .....

– الاعزب : الوالدين والاخوة القصر : .....الأم فقط.....

ملاحظات على الجدول الاسري : ....والدالاسرية متوفي.....

CONFIDENTIAL

02:006763

PFS00000040.0017

توصية القسم :

* استمرة أثناء تنفيذها لعملية استشهادية بطولية ضد الصهاينة في مدينة التسمرة المحتلة .
* ليبلغ ذويه باعتمادها شهيدة من شهداء انتفاضة الأقصى وحسب النظام .

التاريخ : ١٤/٢/٢٠٠٤ ....... التوقيع : سمير بلبيسي

## قرار مدير المؤسسة : ( ................. )

.......................................................

.......................................................

.......................................................

التاريخ : ................. التوقيع : .................

## حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|-------|------|-------|-----|-----|----------|------------------|
| ............. | ............. | ............. | ............. | ............. | ............. | ............. |

علاوات أخرى : .................

المجموع بالدينار : .................

المجموع بالشيكل : .................

## اعتماد المدير العام :

التاريخ ٢٠٠٤/٢/١٥ ......... التوقيع

## ملاحظات التدقيق :

.......................................................

.......................................................

التاريخ ................. التوقيع

## ملاحظات الحاسب الآلي :

.......................................................

.......................................................

CONFIDENTIAL

02:006764



CONFIDENTIAL

02:006765



CONFIDENTIAL

02:006766

PFS00000040.0020



ملحق لبطاقة الهية
ספח מתעודת זהות
P 3506 1212

ملاصق אבו وقت ادريس

أمعارية אמעאריה
ابن בן בידה
أمامة אכמנה

CONFIDENTIAL

02:006768

PFS00000040.0021



CONFIDENTIAL

02:006770



CONFIDENTIAL

02:006772

PFS00000040.0023



CONFIDENTIAL



CONFIDENTIAL

02:006774