# EXHIBIT 8



**WAFA News Agency**

**Despite Having Been Transferred from the Finance [Ministry]: Four Banks Have Not Disbursed Prisoners' Allowances**

Ramallah, July 5, 2020 - WAFA

Qadri Abu Bakr, the chairman of the Prisoners and Ex-Prisoners Affairs Commission, stated on Sunday that four banks had not disbursed the allowances of over 150 prisoners' families.

During a telephone conversation with WAFA, Abu Bakr added that the Prisoners' Commission had received phone calls from the prisoners' families, during which they informed the commission that four banks had not paid the allowances of their imprisoned family members.

He stated that the Finance Ministry had transferred all of the prisoners' allowances into their bank accounts, along with the date the allowances were to be paid, but that some of the banks had not committed to the decision to continue disbursing these allowances.

He explained that the commission, in collaboration with the prime minister's office and the [Palestine] Monetary Authority, was following up on the situation to find a solution to this problem as quickly as possible, in order to compel the banks to pay the prisoners' allowances until such time as the Dedicated Banking Institution for Prisoners and Martyrs is established.

Abu Bakr demanded that all banks commit to paying the prisoners' allowances and refrain from closing any of the accounts, or cancelling any of the ATM cards, considering that failing to pay the prisoners' allowances would violate the directives of the [Palestine] Monetary Authority and the government, and that it would violate the agreement that had previously been concluded.

On May 8th, Prime Minister Muhammad Shtiah had announced that an agreement had been reached with the banks on the freezing of any procedures tied to prisoners' accounts held at those banks, following an Israeli threat to take action against them, until the Dedicated Bank for Prisoners and Martyrs is established, within four months.

It should be noted that the occupation authorities had issued a resolution on March 9th of this year, in which they warned the banks against continuing to disburse allowances to the prisoners and martyrs' families and pay into their savings accounts.
-
A.A. / M.J.

CERTIFICATE OF TRANSLATION

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator. I am fluent in Arabic and English, and capable of translating accurately between the two languages.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language document.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel

July 24, 2020

_____

Yaniv Berman

Page header



وكالة وفا
سنديانة الاعلام الفلسطيني

رام الله 5-7-2020 وفا- رئيس قائمة فتح شؤون الأسرى المحررين وقدري أبو بكر، أحلى موليا، إن قعبرأ كونت لم فرصت بتاور أكثر من 150 من ذوي الأسرى.

فاضاو وبأ ركب في اصتال يفتاه عم "افو"، أن ةئيه ىرسلأا تقلت تاملاكم ةيفتاه نم ىوذ ىرسلأا ديفت، نأب ةعبرأ كونب لم فرصت بتاور نيلقتعملا نهائانبا.

دكأو نأ ةرازو ةيلاملا تلوح عيمج بتاور ىرسلأا ىلإ مهتاباسح ةيكنبلا عم دوعو بتاورلا، لا نأ ضعب كونبلا مل مزتلت رارقب رامتسلاا فرصب هذه بتاورلا.

نأ ةئيهلا عباتت عم بتكم سيئر ءارزولا ةطلسو دقنلا لحل هذه ةيضقلا ىرسأب تقو نكمم، مازلاو كونبلا فرصب بتاور حضوأو

ىرسلأا ىلإ نيح ريوطت ةمسؤملا ةيفرصملا ةصاخلا ىرسلأاب ءادهشلاو.

بلاطو وبأ ركب، عيمج كونبلا ةرورضب مازتلاا فرصب بتاور ىرسلأا مدعو ليطعت ايا نم تاباسحلا وا تاقاطب فارصلا يلآلا، اربتعم نا مدع فرصب بتاور ىرسلأا وه ةفلاخم تاميلعتل ةطلس دقنلا ةموكحلاو فلاخيو قافتلاا يذلا مت هلصوتلا اقباس.

ناكو سيئر ءارزولا دمحم ةيتشا ىلعا في نأمثلا نم رايا/ ويام، قافتلاا عم كونبلا ىلع ديمجت يا ءارجإ وصوصخب تاباسح ىرسلأا اهديدب، بقع ديدهت يليئارسإلا ذاختاب تاءارجإ ةيئارج نيح زاجنا كنبلا صاخلا ىرسلأاب ءادهشلاو 4 روهشل.

ركذيو تاطلس لالتحلاا تردصأ ارارق في 9 سرام رصنملا، ضقي هيف كونبلا نم رارمتسلاا فرصب تاقحتسم ىرسلأا يوذو ءادهشلا.

–

أ./ م.ج