# EXHIBIT 9

**English Translation of Interview of Qadri Abu Bakr**

(https://www.facebook.com/samertayem2020/videos/321807815502094)

34:45 - 37:16

**Samir Taym:** Abu Fadi, we're looking at the subject of visits, people have started saying that they're coming on the 22nd of July, they were talking to us about visits during the coronavirus outbreak.

**Qadri Abu Bakr (Abu Fadi):** Before the 6th, we had a meeting with the Red Crescent, and they informed us that the [Israel] Prison Service had agreed to prison visits after the 6th.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** Now, we and the Red Crescent came to an agreement with the Ministry of Health. They sent us the protocol that we need to follow, for example, if the bus is [for] 50 [passengers], there can be less than half, sterilization of the bus, gloves. Also… at the first stage, only three prisons will be visited: Ofer Prison, Ktzi'ot Prison and Rimon Prison, these are the three prisons that they will visit, and the visits will begin on the 12th, the 13th and the 14th. The visits will continue to the rest of the prisons, but as for the regions that are contaminated with coronavirus, they might be delayed a bit.

**Samir Taym:** I see.

**Qadri Abu Bakr (Abu Fadi):** So that will... that's based on...

**Samir Taym:** But you're still having consultations with the Red Crescent on this subject?

**Qadri Abu Bakr (Abu Fadi):** We're consulting, and, of course, we also agree, we basically want to maintain the wellbeing of our people, and preparations have begun. Now, the Red Crescent has announced that those who want to register... almost all of them went and registered, and the [visits] will begin on the 12th, the 13th and the 14th.

**Samir Taym:** Abu Fadi, are we talking about one visit, or two?

**Qadri Abu Bakr (Abu Fadi):** No, I mean, there are going to be three visits.

**Samir Taym:** Three visits.

**Qadri Abu Bakr (Abu Fadi):** 12th, 13th and 14th.

**Samir Taym:** I see, for example, there is a message saying that there's a visit on July 22nd…

**Qadri Abu Bakr (Abu Fadi):** The 12th, the 13th and the 14th, and on the 22nd they may be completed, as I said, to the areas. But this also depends on the Israelis procedures. We don't want to be taken by surprise tomorrow, we want to see how the spread of the pandemic… the Israeli side might prevent [the visits].

**Samir Taym:** With regards to the salaries, have they all been received at the banks?

**Qadri Abu Bakr (Abu Fadi):** Regarding the salaries, everything was fine. On Wednesday, obviously, after having discussions with some of the banks that were disbursement stations, almost all of the prisoners… we didn't receive almost any phone call from any prisoner.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** They went to the banks and they [the banks] disbursed to them.

**Samir Taym:** That's wonderful, that's the very least we can give our prisoners, who have given their lives, their blood, years of their lives so that we can live freely and with dignity. We'll go now to the district that we take pride and joy in, it is the homeland's district that has been beset with the most arrests – the Hebron district.

## CERTIFICATE OF TRANSLATION

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator. I am fluent in Arabic and English, and capable of translating accurately between the two languages.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language transcript.

3. The transcript accurately records a portion of an interview of Qadri Abu Bakr appearing in a video published on Facebook starting at 34:45 and continuing through 37:16. I viewed the video at https://www.facebook.com/samertayem2020/videos/321807815502094.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel

September 1, 2020

_____
Yaniv Berman

المقابلة: كبر وأبو قديري

(https://www.facebook.com/samertayem2020/videos/321807815502094)

34:45 - 37:16

تيم راسر: بيبجينان إحاذه تبلغ توا ضد الناسلهن، ياراتزل وع موض شدفناذه حا، فأيدوبأ:تيم راسر ٢٢ ٧، انا كوروظ لف ياراتزل وع موضنيلتاكت.

كبر وأبو قديري "فأيدوبأ": قناكي يف امتجالحا اذنعصابيل رمألا وغلبأ اذهإ رهظ لبق ذيع: ٦ إدارة

الأشهر ٦ دبع ىرايزة ىلع اتفقنا والجون.

تيم راسر: نعم

كبر وأبو قديري "فأيدوبأ": لأه، انققحدا انصابيل رمألا عم ةروضاحلا ةحد،حة الضروز مع الأمر بيلصانا احدقتنا، ألأه: لا كوتيدولابر النذوعب،فيه تيندقيلم إلى البابس، على سليدب مللاث ٥٠ ن وكب هيفلأ نعصن، ةبتيقمد، اكتم أكلا، يظياأ، اح ورويل يف لحم ل اقلة ل ولأل ىغلب اذن ثلاث نوجد وأل يشد؛ نحن وعرف نجبوبقتنا دون ور،يبيم ل ثل اثلا نوجدي الن اح هورويزي، أدبتبز لا ي اتن يف ١٢ و ١٣ و ١٤ وستبالمه تكم ةي قبل ن وجلا، نكل ملاق طاذ يللا وم ةبو خ ان ي لق دن، وروك لاب ان دعك م لج أت ت ن هي

تيم راسر: ها.

كبر وأبو قديري "فأيدوبأ": إلى ابدعنا، احرضا، انهءنا..

تيم راسر بنتيس لا زوتك مبد ور تا عصاب ل ا انه ض وم لا وع؟

كبر وأبو قديري "فأيدوبأ": ت روبدم ش، وحا اذن م قف تض وب وط لاب بحا إذا اندبعينيصر حا ا ى ل ا ة ديدج ة م إ ا ه أ ل ا و أدب عل اذا د ال آ، ل م ألا ش ن ص ا ب ي ل ر م ل أل ا، ي ل ا ن ه دب دي ج و ل ا ر ج ج او لو ا ر ا ر ت ي ل ا ر و ح ا أدب ي ت ن ه ي ف ١٢ و ١٣ و ١٤

تيم راسر: كذ نه زرايةا و ا زراي ني ت وبأ يد اف؟

كبر وأبو قديري "فأيدوبأ": لا، ذيع ثلاث تا راز أحرا ن وكي

تيم راسر: اتايرز ثلاث

كبر وأبو قديري "فأيدوبأ": ١٢ و ١٣ و ١٤

تيم راسر: ها ام ضوم وع هن الم ث ل ا اي إف تيقي دار زة ٧ ٢٢يف ساي ا سا و ل

**فادي أبو ركب يردّ**: 12 و 13 و 14 وفي 22 ممكن نستكمل قلت أنا للمنطقة، لكن هذه المرونة تفرضها علينا كمان في الإجراءات الإسرائيليّة بلاش أتفاجئ تبكر اندبح شوش فيك نشتار ابولاء... الوكيدمكن كمان الجانب الإسرائيليّ

**ثمة سامر**: كم البنوك وصلت للراوتب بالنسبة؟

**فادي أبو ركب يردّ**: بالراوتب، تمام كان شي لك الأبرعاء يوم تلتاصد تبعد الأ طبع مع بعض البنوك اللي كانت فـ قوم فـ صار لكوّ أرسلي مقدرتبيرا شتنقيانا مقدرتبيرا ولا قدمالة مك من ولا يا أ يرما

**ثمة سامر**: ذعم

**فادي أبو ركب يردّ**: وانصرفهم البنوك على حاروا

**ثمة سامر**: الاحترام لكّ، اذه أبسط شيء ممكن شيعه مقتّديـ الأرسانايّ اللي قدموها مدماوأأو، دماوهم، من معرهم سنين لأجل أن يحذى بكرامة ومن حقّ آيّه، ذنه اىلإ المحاظفة التي تنفذ وتختر تعنى كامة ابدها كانت محاظفة الوطن الكمبوتة، ا، اعتقاليّ محاظفة، الخليل محاظفة.