# EXHIBIT 13

UNIVERSIDAD DE GRANADA

FACULTAD DE POLÍTICAS Y SOCIOLOGÍA



LOS MÁRTIRES SUICIDAS PALESTINOS (ISTISHHADIYIN):
REALIDADES Y NÚMEROS


PALESTINIAN SUICIDE MARTYRS (ISTISHHADIYIN):

FACTS AND FIGURES


TESIS DOCTORAL PRESENTADA POR:

BASSAM YOUSEF IBRAHIM BANAT


Granada, 2010

PFS00000208.0002

**Appendix H. Cooperation Letter with the Foundation Care/Families of Martyrs & Wounded in Palestine**

بسم الله الرحمن الرحيم

Palestine Liberation Organization
PALESTINIAN NATIONAL AUTHORITY

M's F. &I.C.E



منظمــة التحـريـر الفلسطينيــة
السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

Date : 24.7.2.445.6.                التاريخ : 24.7.2.445.6
                                    الرقــم : 0.3.1.2.445.6

Dear Professor Margarita Latiesa
Dean of Political and Sociology Faculty
Granada University

This is to certify that there is a full cooperation between the Foundation Care/Families of Martyrs & Wounded and the Palestinian student Bassam Banat in the PhD programmed "An'alisis de la Sociedad Contempor'anea" in Social Sciences, at the Faculty of Politics and Sociology, University of Granada. Mr. Banat has been given a list of all of the Palestinian Martyrs and the way they implemented the martyrdom operations. We highly appreciated such a very important study in the Palestinian struggle and issue. We are ready for any help to facilitate Mr. Banat mission in his study, which will have a good return for the Palestinian Society and the social research.

June 23, 2008

With respect,

Intesar Al-Wazeer
President of Foundation Care/Families of Martyrs & Wounded
Palestine

**Table No. (79). List of Palestinian suicide martyrs (Istishhadiyin) according to their names, district, date of martyrdom, way of martyrdom, place of martyrdom and party affiliation**

| No. | Name | District | Date of Martyrdom | Way of Martyrdom | Place of Martyrdom | Party Affiliation |
|---|---|---|---|---|---|---|
| 1. | Saher Hamdallah Tamam | Nablus | 16/04/1993 | Explosive Car | Beit Shean | Hamas |
| 2. | Ayman Salah Atallah | Gaza | 12/09/1993 | Explosive Car | Kisufim Settlement | Hamas |
| 3. | Bahaa Ideen Awad Najjar | Gaza | 14/09/1993 | Explosive Belt | Abbas Police Station | Hamas |
| 4. | Ashraf Basheer Mahdi | Gaza | 26/09/1993 | Explosive Car | Kisufim Settlement | Hamas |
| 5. | Suliman Mustafa Ghezan | Ramallah | 04/10/1993 | Explosive Car | Hadera | Hamas |
| 6. | Anwar Abdallah Aziz | Gaza | 13/12/1993 | Explosive Car | Nahal Oz Settlement | Islamic jihad |
| 7. | Raed Mohammed Zakarneh | Jenin | 06/04/1994 | Explosive Car | Afula | Hamas |
| 8. | Ammar Saleh Amarneh | Jenin | 30/04/1994 | Explosive Car | Hadera | Hamas |
| 9. | Saleh Abdel-Rahim Nazzal | Qalqilya | 19/10/1994 | Explosive Belt | Tel Aviv | Hamas |
| 10. | Hisham Ismail Hamad | Gaza | 11/11/1994 | Explosive Car | Netzarim Settlement | Islamic jihad |
| 11. | Ayman Kamel Radi | Gaza | 25/12/1994 | Explosive Bag | Jerusalem | Hamas |
| 12. | Anwar Mohammed Sukar | Gaza | 22/01/1995 | Explosive Car | Netanya | Islamic jihad |
| 13. | Salah Abdel-Hamid Shaker | Gaza | 22/01/1995 | Explosive Belt | Netanya | Islamic jihad |
| 14. | Khaled Mohammed Al-Khatib | Gaza | 09/04/1995 | Explosive Car | Kfar Darom Settlement | Islamic jihad |
| 15. | Imad Mahmoud Abu Amuna | Gaza | 09/04/1995 | Explosive Car | Kfar Darom Settlement | Islamic jihad |
| 16. | Moauya Ahmed Roqa | Gaza | 25/06/1995 | Explosive Car | Gush Katif Settlement | Hamas |
| 17. | Labib Anwar Azem | Nablus | 24/07/1995 | Explosive Belt | Tel Aviv | Hamas |
| 18. | Sufian Salim Al-Jabarin | Hebron | 21/08/1995 | Explosive Belt | Jerusalem | Hamas |
| 19. | Mohammed Abdel-Rahim Abu Hashim | Gaza | 02/11/1995 | Explosive Car | Gush Katif Settlement | Islamic jihad |
| 20. | Ribhi Ahmed Al-Kahlut | Gaza | 02/11/1995 | Explosive Belt | Gush Katif Settlement | Islamic jihad |
| 21. | Majdi Mohammed Abu Warda | Hebron | 25/02/1996 | Explosive Bag | Jerusalem | Hamas |
| 22. | Ibrahim Ahmed Sarahneh | Hebron | 25/02/1996 | Explosive Belt | Ashkelon | Hamas |
| 23. | Raed Abdel-Karim Shaghnobi | Nablus | 03/03/1996 | Explosive Belt | Jerusalem | Hamas |
| 24. | Ramiz Abdel-Qader Obaid | Gaza | 04/03/1996 | Explosive Belt | Tel Aviv | Islamic jihad |
| 25. | Moussa, Abdel-Qader Ighnimat | Hebron | 21/03/1997 | Explosive Bag | Tel Aviv | Hamas |
| 26. | Abdallah Ramadan Madhoun | Gaza | 01/04/1997 | Explosive Bag | Erez Checkpoint | Islamic jihad |
| 27. | Anwar Zakaria Shabarawi | Gaza | 01/04/1997 | Explosive Belt | Erez Checkpoint | Islamic jihad |
| 28. | Tawfiq Ali Yassin | Nablus | 30/07/1997 | Explosive Belt | Jerusalem | Hamas |
| 29. | Moauya Mohammed Jararah | Nablus | 30/07/1997 | Explosive Belt | Jerusalem | Hamas |
| 30. | Yousef Jameel Shuli | Nablus | 04/09/1997 | Explosive Bag | Jerusalem | Hamas |
| 31. | Khalil Ibrahim Sharif | Nablus | 04/09/1997 | Explosive Bag | Jerusalem | Hamas |
| 32. | Bashar Mohammed Sawalha | Nablus | 04/09/1997 | Explosive Bag | Jerusalem | Hamas |
| 33. | Yousef Mohammed Izghir | Jerusalem | 05/11/1998 | Explosive Car | Jerusalem | Islamic jihad |
| 34. | Suliman Moussa Tahayna | Jenin | 05/11/1998 | Explosive Bag | Jerusalem | Islamic jihad |
| 35. | Nabil Faraj Al-Areer | Gaza | 26/10/2000 | Explosive Car | Kisufim Settlement | Islamic jihad |
| 36. | Hamdi Arafat Inseo | Gaza | 07/11/2000 | Explosive Bag | Rafah Coast | Hamas |
| 37. | Hashim Abdallah Najjar | Hebron | 22/12/2000 | Explosive Belt | Beit Shean | Hamas |
| 38. | Hamid Faleh Abu Hejla | Nablus | 01/01/2001 | Explosive Car | Netanya | Hamas |
| 39. | Ahmed Omar Ilyan | Tulkarem | 04/03/2001 | Explosive Belt | Netanya | Hamas |
| 40. | Deaa Hussein Taweel | Ramallah | 27/03/2001 | Explosive Belt | Jerusalem | Hamas |
| 41. | Fadi Attallah Amer | Qalqilya | 28/03/2001 | Explosive Belt | Kefar Sava | Hamas |
| 42. | Imad Kamel Zubeidi | Nablus | 22/04/2001 | Explosive Belt | Kefar Sava | Hamas |
| 43. | Jamal Abdel-Ghani Nasser | Nablus | 29/04/2001 | Explosive Belt | Shafi Shamron Settlement | Hamas |
| 44. | Mahmoud Ahmed Marmash | Tulkarem | 18/05/2001 | Explosive Belt | Netanya | Hamas |
| 45. | Hussein Hasan Abu Nasr | Gaza | 25/05/2001 | Explosive Car | Netzarim Settlement | Hamas |
| 46. | Alaa Hilal Sabbah | Jenin | 25/05/2001 | Explosive Car | Hadera | Islamic jihad |
| 47. | Osama Nimer Abu Hayja | Jenin | 25/05/2001 | Explosive Car | Hadera | Islamic jihad |
| 48. | Abdel-Muti Ali Assar | Gaza | 29/05/2001 | Explosive Belt | Erez Checkpoint | Hamas |
| 49. | Ismail Arafat Ashour | Gaza | 29/05/2001 | Explosive Car | Erez Checkpoint | Hamas |
| 50. | Said Hasan Al-Hutari | Qalqilya | 01/06/2001 | Explosive Belt | Tel Aviv | Hamas |
| 51. | Ismail Basher Almasuabe | Gaza | 22/06/2001 | Explosive Car | Dugit Settlement | Hamas |
| 52. | Nafith Ayish Nedir | Gaza | 09/07/2001 | Explosive Car | Kisufim Settlement | Hamas |

PFS00000208.0334

| No. | Name | District | Date of Martyrdom | Way of Martyrdom | Place of Martyrdom | Party Affiliation |
|---|---|---|---|---|---|---|
| 53. | Ibrahim Mohammed Al-Wahadneh | Bethlehem | 16/07/2001 | Explosive Bag | Jerusalem | Fateh |
| 54. | Salem Taleb Darawi | Bethlehem | 16/07/2001 | Explosive Belt | Jerusalem | PFLP |
| 55. | Nidal Ibrahim Abu Shadof | Jenin | 16/07/2001 | Explosive Belt | Hadera | Islamic jihad |
| 56. | Ashraf Mohammed Saed | Nablus | 08/08/2001 | Explosive Bag | Hamra Checkpoint | Hamas |
| 57. | Ezzedeen Shahil Al-Masri | Jenin | 09/08/2001 | Explosive Belt | Jerusalem | Hamas |
| 58. | Mohammed Mahmoud Nasr | Jenin | 10/08/2001 | Explosive Belt | Haifa | Islamic jihad |
| 59. | Raed Nabil Barghouthi | Ramallah | 04/09/2001 | Explosive Belt | Jerusalem | Hamas |
| 60. | Mohammed Shaker Hbaishe | Jenin | 09/09/2001 | Explosive Belt | Nahariyya | Hamas |
| 61. | Abdel-Fattah Mohammed Rashid | Tulkarem | 09/09/2001 | Explosive Car | Netanya | Islamic jihad |
| 62. | Ahmed Abdel-Moneim Daraghmeh | Jenin | 10/10/2001 | Explosive Car | Beit Shean | Islamic jihad |
| 63. | Fouad Khader Abu Srriya | Gaza | 17/10/2001 | Explosive Belt | Jerusalem | PFLP |
| 64. | Taysir Ahmed Al-Ajrami | Gaza | 06/11/2001 | Explosive Belt | Erez Checkpoint | Hamas |
| 65. | Moaid Mahmoud Salah-Adin | Tulkarem | 08/11/2001 | Explosive Belt | Umm El Fahm | Hamas |
| 66. | Samer Omar Shawahna | Jenin | 29/11/2001 | Explosive Belt | Hadera | Islamic jihad |
| 67. | Nabil Mahmoud Al-Halabiah | Jerusalem | 01/12/2001 | Explosive Belt | Jerusalem | Hamas |
| 68. | Osama Mohammed Bahr | Jerusalem | 01/12/2001 | Explosive Belt | Jerusalem | Hamas |
| 69. | Maher Mohedin Habisheh | Nablus | 02/12/2001 | Explosive Belt | Haifa | Hamas |
| 70. | Daoud Ali Abu Sway | Bethlehem | 05/12/2001 | Explosive Belt | Jerusalem | Islamic jihad |
| 71. | Nimer Mohammed Abu Sefen | Jenin | 09/12/2001 | Explosive Belt | Haifa | Islamic jihad |
| 72. | Amjad Abed Rabbo Fayyad | Gaza | 12/12/2001 | Explosive Belt | Gush Katif Settlement | Hamas |
| 73. | Ali Ibrahim Ashour | Gaza | 12/12/2001 | Explosive Belt | Gush Katif Settlement | Hamas |
| 74. | Mohammed Jamil Faraj | Tulkarem | 15/12/2001 | Explosive Bag | Sha'ar Efraim Checkpoint/ Tulkarem | Islamic jihad |
| 75. | Safwat Abdel-Rahman Abu Aisha | Nablus | 25/01/2002 | Explosive Belt | Tel Aviv | Islamic jihad |
| 76. | Wafa Ali Idris | Ramallah | 27/01/2002 | Explosive Belt | Jerusalem | Fateh |
| 77. | Murad Mohammed Abu Assal | Tulkarem | 30/01/2002 | Explosive Belt | Hadera | Islamic jihad |
| 78. | Sadiq Ahead Abdel-Hafiz | Qalqilya | 16/02/2002 | Explosive Belt | Karni Shamron Settlement | PFLP |
| 79. | Mohammed Abdel-Hamid Hamodah | Nablus | 17/02/2002 | Explosive Belt | Hadera | Fateh |
| 80. | Abdel-Jaber Abdel-Qader Khaled | Qalqilya | 17/02/2002 | Explosive Belt | Hadera | Fateh |
| 81. | Yasser Said Odeh | Bethlehem | 18/02/2002 | Explosive Car | Maale Adumim Settlement | Fateh |
| 82. | Omar Abdel-Fattah Yassin | Nablus | 19/02/2002 | Explosive Bag | Beit Shean | Fateh |
| 83. | Mohammed Tawfiq Dar Yassin (Ashmali) | Bethlehem | 22/02/2002 | Explosive Belt | Efrata Settlement | Fateh |
| 84. | Darene Mohammed Abu Aisha | Nablus | 27/02/2002 | Explosive Belt | Maccabim Settlement Checkpoint | Fateh |
| 85. | Mohammed Ahmed Ashuaani | Bethlehem | 02/03/2002 | Explosive Belt | Jerusalem | Fateh |
| 86. | Abdel-Karim Issa Tahayna | Jenin | 05/03/2002 | Explosive Belt | Afula | Islamic jihad |
| 87. | Shadi Mohammed Nassar | Nablus | 07/03/2002 | Explosive Belt | Ariel Settlement | PFLP |
| 88. | Mahmoud Said Salah | Nablus | 08/03/2002 | Explosive Belt | Jerusalem | Fateh |
| 89. | Fouad Ismail Al-Hourani | Hebron | 09/03/2002 | Explosive Belt | Jerusalem | Hamas |
| 90. | Akram Ishaq Nabtiti | Bethlehem | 17/03/2002 | Explosive Belt | Jerusalem | Islamic jihad |
| 91. | Ra'fat Salim Abu Diyak | Jenin | 20/03/2002 | Explosive Belt | Umm El Fahm | Islamic jihad |
| 92. | Mohammed Mashhour Hashikeh | Nablus | 21/03/2002 | Explosive Belt | Jerusalem | Fateh |
| 93. | Inad Rashid Shkirat | Nablus | 22/03/2002 | Explosive Car | Salem Checkpoint/Jenin | Fateh |
| 94. | Khaled Yousef Moussa | Bethlehem | 26/03/2002 | Explosive Belt | Jerusalem | Fateh |
| 95. | Shadi Ibrahim Hamamra | Bethlehem | 26/03/2002 | Explosive Belt | Jerusalem | Fateh |
| 96. | Abdel-Basit Mohammed Odeh | Tulkarem | 27/03/2002 | Explosive Belt | Netanya | Hamas |
| 97. | Ayat Mohammed Al-Akhras | Bethlehem | 29/03/2002 | Explosive Belt | Jerusalem | Fateh |
| 98. | Mohanad Ibrahim Salahat | Nablus | 30/03/2002 | Explosive Belt | Tel Aviv | Fateh |
| 99. | Fathi Jihad Omaira | Nablus | 30/03/2002 | Explosive Belt | Baqa El Gharbiyya | Fateh |
| 100. | Majdi Abdel-Jawad Khanfar | Jenin | 30/03/2002 | Explosive Belt | Baqa El Gharbiyya | Fateh |

330

PFS00000208.0335

| No. | Name | District | Date of Martyrdom | Way of Martyrdom | Place of Martyrdom | Party Affiliation |
|---|---|---|---|---|---|---|
| 101. | Jamil Khalaf Hamed | Bethlehem | 31/03/2002 | Explosive Belt | Efrata Settlement | Fateh |
| 102. | Shadi Zakaria Toubasi | Jenin | 31/03/2002 | Explosive Belt | Haifa | Hamas |
| 103. | Rami Mohammed Ashuaani | Bethlehem | 01/04/2002 | Explosive Bag | Jerusalem | Fateh |
| 104. | Akram Fadel Khalifa | Jenin | 03/04/2002 | Explosive Belt | Baqa El Gharbiyya | Fateh |
| 105. | Ragheb Ahmed Jaradat | Jenin | 10/04/2002 | Explosive Bag | Haifa | Islamic jihad |
| 106. | Refat Khalil Al-Ju´beh | Hebron | 11/04/2002 | Explosive Belt | Hebron Settlement (Hesbeh) | Hamas |
| 107. | Andaleeb Khalil Taqatqa | Bethlehem | 12/04/2002 | Explosive Belt | Jerusalem | Fateh |
| 108. | Abdallah Hasan Abu Odeh | Gaza | 14/04/2002 | Explosive Car | Gush Katif Settlement | Islamic jihad |
| 109. | Mahmoud Mohammed Shuli | Nablus | 22/04/2002 | Explosive Car | Kefar Sava | Fateh |
| 110. | Mohammed Jamil Muamar | Nablus | 07/05/2002 | Explosive Bag | Tel Aviv | Hamas |
| 111. | Osama Adel Beshkar | Nablus | 19/05/2002 | Explosive Belt | Netanya | PFLP |
| 112. | Issa Abed Rabbo Badir | Bethlehem | 22/05/2002 | Explosive Belt | Tel Aviv | Fateh |
| 113. | Amer Mohammed Shkukani | Ramallah | 24/05/2002 | Explosive Car | Tel Aviv | Fateh |
| 114. | Jihad Ibrahim Titi | Nablus | 27/05/2002 | Explosive Belt | Tel Aviv | Fateh |
| 115. | Muhanad Mahmoud Abu Zur | Nablus | 31/05/2002 | Explosive Belt | Shafi Shamron Settlement | Fateh |
| 116. | Hamza Arif Samudi | Jenin | 05/06/2002 | Explosive Car | Haifa | Islamic jihad |
| 117. | Omar Mohammed Ziyada | Nablus | 11/06/2002 | Explosive Belt | Herzliya | Fateh |
| 118. | Alaa Suleiman Marshoud | Nablus | 17/06/2002 | Explosive Belt | Hadera | Fateh |
| 119. | Saed Wadhah Awadeh | Nablus | 18/06/2002 | Explosive Belt | Jerusalem | Fateh |
| 120. | Mohammed Hazza Al-Ghoul | Jenin | 18/06/2002 | Explosive Belt | Jerusalem | Hamas |
| 121. | Mohammed Ismail Attallah | Nablus | 17/07/2002 | Explosive Belt | Tel Aviv | Fateh |
| 122. | Ibrahim Yasser Naji | Nablus | 17/07/2002 | Explosive Belt | Tel Aviv | Fateh |
| 123. | Hazem Atta Sarasra | Bethlehem | 30/07/2002 | Explosive Belt | Jerusalem | Fateh |
| 124. | Khaldoon Walid Shablo | Nablus | 01/08/2002 | Explosive Car | Umm El Fahm | Fateh |
| 125. | Mujahed Khaled Hamada | Jenin | 04/08/2002 | Explosive Belt | Haifa | Hamas |
| 126. | Mohammed Zaki Al-Asfar | Nablus | 05/08/2002 | Explosive Bag | Umm El Fahm | Fateh |
| 127. | Medhat Marzouk Ghawadrah | Jenin | 18/09/2002 | Explosive Car | Umm El Fahm | Islamic jihad |
| 128. | Iyad Naeem Radad | Nablus | 19/09/2002 | Explosive Belt | Tel Aviv | Hamas |
| 129. | Rafiq Mohammed Hammad | Qalqilya | 10/10/2002 | Explosive Belt | Tel Aviv | Hamas |
| 130. | Ashraf Salah Al-Asmar | Jenin | 21/10/2002 | Explosive Car | Tel Aviv | Islamic jihad |
| 131. | Mohammed Fawzi Hassanein | Jenin | 21/10/2002 | Explosive Car | Tel Aviv | Islamic jihad |
| 132. | Mohammed Kzid Bastami | Nablus | 27/10/2002 | Explosive Belt | Ariel Settlement | Hamas |
| 133. | Khaled Nabil Sawalhi | Nablus | 04/11/2002 | Explosive Belt | Kefar Sava | Hamas |
| 134. | Mustafa Mazen Hanani | Nablus | 07/11/2002 | Explosive Belt | Jet Checkpoint/ Qalqilya | Islamic jihad |
| 135. | Iyad Mohammed Harb | Nablus | 07/11/2002 | Explosive Belt | Jet Checkpoint/ Qalqilya | Islamic jihad |
| 136. | Mohammed Lotfi Hanani | Nablus | 10/11/2002 | Explosive Belt | Haifa | Hamas |
| 137. | Burhan Hasan Hanani | Nablus | 10/11/2002 | Explosive Belt | Haifa | Hamas |
| 138. | Mohammed Awad Hamdieh | Gaza | 15/11/2002 | Explosive Belt | Afula | Islamic jihad |
| 139. | Nael Azmi Abu Hulail | Bethlehem | 21/11/2002 | Explosive Bag | Jerusalem | Hamas |
| 140. | Jamal Ali Ismail | Gaza | 22/11/2002 | Explosive Car | Dugit Cost | Islamic jihad |
| 141. | Mohammed Samih Al-Masri | Gaza | 22/11/2002 | Explosive Car | Dugit Cost | Islamic jihad |
| 142. | Samir Imad Anuri | Nablus | 05/01/2003 | Explosive Belt | Tel Aviv | Fateh |
| 143. | Barraq Refat Kholfeh | Nablus | 05/01/2003 | Explosive Belt | Tel Aviv | Fateh |
| 144. | Mahmoud Daoud Al-Jamasi | Gaza | 17/01/2003 | Explosive Car | Dugit Settlement | Hamas |
| 145. | Mohammed Izzat Amum | Gaza | 09/02/2003 | Explosive Car | Gush Katif Settlement | Islamic jihad |
| 146. | Sami Adel Abdel-Salam | Gaza | 09/02/2003 | Explosive Car | Gush Katif Settlement | Islamic jihad |
| 147. | Suleiman Ali Moqdad | Gaza | 09/02/2003 | Explosive Car | Gush Katif Settlement | Islamic jihad |
| 148. | Mahmoud Omran Al-Qawasmeh | Hebron | 05/03/2003 | Explosive Belt | Haifa | Hamas |
| 149. | Rami Mohammed Ghanem | Tulkarem | 30/03/2003 | Explosive Belt | Netanya | Islamic jihad |
| 150. | Ahmed Khaled Al-Khatib | Nablus | 24/04/2003 | Explosive Belt | Kefar Sava | Fateh |
| 151. | Mahmoud Said Al-Anani | Gaza | 09/05/2003 | Explosive Car | Kfar Darom Settlement | Fateh |
| 152. | Fouad Jawad Al-Qawasmeh | Hebron | 17/05/2003 | Explosive Belt | Hebron Settlement (Hesbeh) | Hamas |
| 153. | Mujahid Abdel-Fattah Al-Jabari | Hebron | 18/05/2003 | Explosive Belt | Jerusalem | Hamas |
| 154. | Basem Jamal Al-Takruri | Hebron | 18/05/2003 | Explosive Belt | Jerusalem | Hamas |
| 155. | Shadi Suleiman Anebahin | Gaza | 19/05/2003 | Explosive Car | Kfar Darom Settlement | Hamas |
| 156. | Hiba Azem Daraghmeh | Jenin | 19/05/2003 | Explosive Bag | Afula | Islamic jihad |

PFS00000208.0336

| No. | Name | District | Date of Martyrdom | Way of Martyrdom | Place of Martyrdom | Party Affiliation |
|---|---|---|---|---|---|---|
| 157. | Ahmed Khalid Jad Al-Haq | Gaza | 29/05/2003 | Explosive Belt | Sofa Checkpoint | DFLP |
| 158. | Abdel-Muti Mohammed Shabaneh | Hebron | 11/06/2003 | Explosive Belt | Jerusalem | Hamas |
| 159. | Ahmed Ali Abahra | Jenin | 19/06/2003 | Explosive Belt | Beit Shean | Islamic jihad |
| 160. | Ahmed Khairy Yahya | Jenin | 08/07/2003 | Explosive Belt | Tel Aviv | Islamic jihad |
| 161. | Islam Yousef Iqtaishat | Nablus | 12/08/2003 | Explosive Bag | Ariel Settlement | Hamas |
| 162. | Khamis Ghazi Jerwan | Nablus | 12/08/2003 | Explosive Belt | Tel Aviv | Fateh |
| 163. | Raed Abdel-Hamid Messk | Hebron | 19/08/2003 | Explosive Bag | Jerusalem | Hamas |
| 164. | Ramiz Fahmi Abu Salim | Ramallah | 09/09/2003 | Explosive Belt | Jerusalem | Hamas |
| 165. | Ihab Abdel-Qader Abu Salim | Ramallah | 09/09/2003 | Explosive Belt | Tel Aviv | Hamas |
| 166. | Hanadi Taysir Jaradat | Jenin | 04/10/2003 | Explosive Belt | Haifa | Islamic jihad |
| 167. | Ahmed Mustafa Safdi | Nablus | 09/10/2003 | Explosive Belt | Israeli military liaison center/ Tulkarem | Fateh |
| 168. | Sabaih Kamal Abu Saud | Nablus | 03/11/2003 | Explosive Belt | Neve Menashe Settlement | Fateh |
| 169. | Saer Kamal Hanani | Nablus | 25/12/2003 | Explosive Belt | Tel Aviv | PFLP |
| 170. | Iyad Bilal Al-Masri | Nablus | 11/01/2004 | Explosive Belt | Jena Safoot Checkpoint/ Qalqilya | Islamic jihad |
| 171. | Reem Saleh Rayashi | Gaza | 14/01/2004 | Explosive Belt | Erez Checkpoint | Hamas |
| 172. | Ali Munir Ja'ara | Bethlehem | 29/01/2004 | Explosive Belt | Jerusalem | Hamas |
| 173. | Mohammed Issa Zaool | Bethlehem | 22/02/2004 | Explosive Belt | Jerusalem | Fateh |
| 174. | Abdel-Hamid Hamdan Khatab | Gaza | 28/02/2004 | Explosive Car | Kfar Darom Settlement | Islamic jihad |
| 175. | Nabil Ibrahim Massoud | Gaza | 14/03/2004 | Explosive Bag | Ashdod | Fateh |
| 176. | Mahmoud Zuhair Salem | Gaza | 14/03/2004 | Explosive Belt | Ashdod | Hamas |
| 177. | Fadi Ahmed Al-Amoudi | Gaza | 17/04/2004 | Explosive Belt | Erez Checkpoint | Fateh |
| 178. | Tariq Dhiab Hamed | Gaza | 28/04/2004 | Explosive Car | Kfar Darom Settlement | Hamas |
| 179. | Sami Ziad Salameh | Nablus | 22/05/2004 | Explosive Car | Mechola Settlement | PFLP |
| 180. | Ahmed Abdel-Afu Al-Qawasmeh | Hebron | 31/08/2004 | Explosive Belt | Beersheba | Hamas |
| 181. | Nasim Mohammed Al-Jabari | Hebron | 31/08/2004 | Explosive Belt | Beersheba | Hamas |
| 182. | Yousef Taleb Ighbari | Qalqilya | 14/09/2004 | Explosive Belt | Habla Checkpoint/ Qalqilya | Fateh |
| 183. | Zainab Ali Abu Salem | Nablus | 22/09/2004 | Explosive Bag | Jerusalem | Fateh |
| 184. | Amer Abdel-Rahim Abdallah | Nablus | 01/11/2004 | Explosive Belt | Tel Aviv | PFLP |
| 185. | Adham Ahmed Hajileh | Gaza | 07/12/2004 | Explosive Belt | Nahal Oz Settlement | Hamas |
| 186. | Omar Suleiman Tabash | Gaza | 18/01/2005 | Explosive Belt | Gush Katif Settlement | Hamas |
| 187. | Abdallah Said Badran | Tulkarem | 25/02/2005 | Explosive Belt | Tel Aviv | Islamic jihad |
| 188. | Ahmed Sami Ghawi | Tulkarem | 12/07/2005 | Explosive Bag | Netanya | Islamic jihad |
| 189. | Abdel-Rahman Daoud Al-Qaysiyah | Hebron | 28/08/2005 | Explosive Belt | Beersheba | Hamas |
| 190. | Hasan Ahmed Abu Zaid | Jenin | 26/10/2005 | Explosive Belt | Hadera | Islamic jihad |
| 191. | Lutfi Amin Abu Saada | Tulkarem | 05/12/2005 | Explosive Belt | Netanya | Islamic jihad |
| 192. | Suhaib Ibrahim Yassin | Tulkarem | 29/12/2005 | Explosive Belt | Faron Checkpoint/ Tulkarem | Islamic jihad |
| 193. | Sami Abdel-Hafiz Antar | Nablus | 19/01/2006 | Explosive Belt | Tel Aviv | Islamic jihad |
| 194. | Ahmed Mahmoud Masharqa | Hebron | 30/03/2006 | Explosive Car | Kedumim Settlement | Fateh |
| 195. | Samer Samih Hammad | Jenin | 17/04/2006 | Explosive Belt | Tel Aviv | Islamic jihad |
| 196. | Mervat Amin Massoud | Gaza | 06/11/2006 | Explosive Belt | Israeli Troops at Beit Hanoun | Islamic jihad |
| 197. | Fatima Omar Najjar | Gaza | 23/11/2006 | Explosive Belt | Israeli Troops at Jabaliya Refugee Camp | Hamas |
| 198. | Mohammed Faisal Siksik | Gaza | 29/01/2007 | Explosive Belt | Elat | Islamic jihad |
| 199. | Mohammed Saleem Al-Herbawi | Hebron | 04/02/2008 | Explosive Belt | Dimona | Hamas |
| 200. | Shadi Mohammed Zughayir | Hebron | 04/02/2008 | Explosive Belt | Dimona | Hamas |

332

PFS00000208.0337