UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                        Plaintiffs,<br><br>vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                        Defendants. | No. 04 Civ. 00397 (GBD) |

### SUPPLEMENTAL DECLARATION OF KENT A. YALOWITZ

Kent A. Yalowitz hereby declares as follows:

1. I am a member of the bar of this Court and of the Arnold & Porter law firm. I serve as counsel for Plaintiffs in the above-captioned case. I make this declaration to place additional documents and information before the Court.

2. Exhibit A is a copy of a report provided by the U.S. State Department to the Senate Committee on Foreign Relations pursuant to the Taylor Force Act, Pub. L. No. 115-141, title X.

3. Exhibit B is a copy of a declaration by David Russell submitted to the Second Circuit in this case. The Russell Declaration was Exhibit 34 to my declaration filed on November 12, 2020, but the exhibits were not attached. For the Court's convenience, the entire Russell Declaration (with exhibits) is attached here.

4. Exhibit C is a copy of an announcement by Seton Hall University that on November 19, 2020, Riyad Mansour participated in an undergraduate seminar.

5.      Exhibit D is a copy of an announcement that on October 22, 2020, Mr. Mansour participated in an interview on Facebook Watch hosted by the American-Arab Anti-Discrimination Committee.

6.      Exhibit E is a copy of a news release issued by Senator James Lankford on December 18, 2019, entitled "Senator Lankford Bill to Ensure Justice to US Victims of Terrorism Included in Year-end Funding Bill."

7.      Exhibit F is a copy of a news release issued by Senator Lankford on December 19, 2019, entitled "Senator Lankford Opposes Funding Bill that Adds to National Debt."

8.      Exhibit G is an order issued by the United States District Court for the District of Columbia in *Klieman v. Palestinian Authority*, No. 04-cv-1173, on January 4, 2021.

9.      Exhibit H is an order issued by the a member of this Court in *Shatsky v. Palestine Liberation Organization*, No.18 Civ. 12355, on February 8, 2021.

10.     I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2021

_____
Kent A. Yalowitz