# Exhibit E

Case 1:04-cv-00397-GBD-RLE   Document 1023-5   Filed 02/09/21   Page 2 of 2



ABOUT JAMES  HOW CAN I HELP YOU?  CURRENT ISSUES  NEWS

CONTACT

Newsletter Sign-Up

12.18.19

# Senator Lankford Bill to Ensure Justice to US Victims of Terrorism Included in Year-end Funding Bill

**WASHINGTON, DC** – Senator James Lankford (R-OK) today issued a statement on inclusion of his bill, the Promoting Security and Justice for Victims of Terrorism Act in the funding package for FY2020. The bill seeks to provide justice for US victims of international terrorism while promoting the important security cooperation among US, Israeli, and Palestinian security forces.

"I'm grateful we were able to find a path forward for the Promoting Security and Justice for Victims of Terrorism Act. Finally, Americans (and their families) who have been injured or killed by acts of terrorism abroad will have greater access to pursue justice against the sponsors and perpetrators of terrorism in US courts and those who sponsor terrorism will be held accountable. I look forward to seeing it become law in the days ahead," said Lankford.

The bill is designed to ensure access to courts for Americans who were injured or killed by acts of terrorism while abroad. Recent federal court decisions created loopholes in longstanding US anti-terrorism law, allowing certain foreign actors to evade US court jurisdiction when they support or carry out acts of terrorism against American citizens. The Promoting Security and Justice for Victims of Terrorism Act seeks to close these loopholes and restore jurisdiction. The bill also restores security assistance to the Palestinians authority to help prevent future acts of terror in the region. Senators Chuck Grassley (R-IA), chairman of the Senate Finance Committee, Tammy Duckworth (D-IL), Richard Blumenthal (D-CT), Chris Coons (D-DE), and Marco Rubio (R-FL) are cosponsors of the bill.

The bill passed the Senate Judiciary Committee in October.

###

PRINT   EMAIL   Like 0   Tweet

NEXT ARTICLE   PREVIOUS ARTICLE

ABOUT JAMES  HOW CAN I HELP YOU?  CURRENT ISSUES  NEWS  CONTACT

OFFICE LOCATIONS | PRIVACY POLICY