# Exhibit D

ADC Presents

# A Conversation with Palestinian U.N. Observer & Ambassador

# Dr. Riyad Mansour

**Thursday, October 22, 2020 @ 3:00 PM ET / 12:00 PM PT**

**Register:** HTTPS://TINYURL.COM/Y3GQJVPG



Dr. Riyad Mansour-
Ambassador, Permanent Observer of the
State of Palestine to the United Nations