# Arnold & Porter

**Kent A. Yalowitz**
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

February 10, 2021

**BY ECF**

Hon. George B. Daniels
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow et al. v. Palestine Liberation Organization et al.*
               No. 04 Civ. 397 (GBD)—request for oral argument

Dear Judge Daniels:

    Plaintiffs respectfully request oral argument on the matters presently before this Court.

                                        Respectfully yours,

                                        Kent A. Yalowitz

cc:  ECF Counsel

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com