

**Arnold & Porter**

Kent A. Yalowitz
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

February 10, 2021      SO ORDERED

**BY ECF**

FEB 11 2021

Hon. George B. Daniels
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

The oral argument is scheduled for
May 19, 2021 at 10:30 a.m.

*George B. Daniels*

Re:   *Sokolow et al. v. Palestine Liberation Organization et al.*
      No. 04 Civ. 397 (GBD)—request for oral argument

Dear Judge Daniels:

Plaintiffs respectfully request oral argument on the matters presently before this Court.

Respectfully yours,

Kent A. Yalowitz

cc: ECF Counsel

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com