# Arnold & Porter

Kent A. Yalowitz
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

May 7, 2021

**BY ECF**

Hon. George B. Daniels
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

   Re: *Sokolow et al. v. Palestine Liberation Organization et al.*
      No. 04 Civ. 397 (GBD)

Dear Judge Daniels:

  Plaintiffs respectfully request leave to file the enclosed Second Supplemental Declaration, providing supplemental evidence concerning the activities of the Defendants relevant to the questions before the Court.

  For Your Honor's information, plaintiffs also enclose a copy of a Certification issued by Judge Furman of this Court in a similar case pursuant to 28 U.S.C. § 2403(a), which provides in part that in any case in which "the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General."

              Respectfully yours,

              Kent A. Yalowitz

Encls
cc: ECF Counsel

admissible under the Federal Rules of Evidence and for argument on the question of constitutionality." 28 U.S.C. § 2403(a); *see also* Fed. R. Civ. P. 5.1(c).

The Clerk of Court is directed to serve a copy of this Order and of the complaint on the Attorney General of the United States by certified or registered mail. *See* Fed. R. Civ. P. 5.1(b). The United States is requested to notify the Court in writing within 60 days of service of this certification (i.e., of whether it intends to intervene in this litigation).

SO ORDERED.

Dated: May 6, 2021
New York, New York

JESSE M. FURMAN
United States District Judge

- 2 -

admissible in the case, and for argument on the question of constitutionality," 28 U.S.C. § 2403(a), within the time frames set forth in Rule 5.1(c) of the Federal Rules of Civil Procedure.

In accordance with Rule 5.1(a)(2) of the Federal Rules of Civil Procedure, Defendants shall serve notice and their current briefs on the Attorney General of the United States and promptly file proof such service. In addition, within one day of the filing of their superseding brief, they shall file proof of service on the Attorney General as well.

The Clerk of Court is directed to provide a copy of this Order to the Attorney General of the United States by mailing it to the United States Attorney for this District.

SO ORDERED.

Dated: May 6, 2021
New York, New York

JESSE M. FURMAN
United States District Judge

- 2 -