# EXHIBIT D



**State of Palestine** ✓ @Palestine_UN · Apr 7

The United States Restores Assistance for the Palestinians - United States Department of State state.gov/the-united-sta... @UN @UNRWA @unrwausa @UNISPAL #Palestine #Gaza @UNarabic @ochaopt @POTUS @SecBlinken

STATEMENT BY
**Secretary of State Antony J. Blinken**
U.S. DEPARTMENT of STATE

The United States Restores Assistance for the Palestinians - United Stat...
U.S. foreign assistance for the Palestinian people serves important U.S. interests and values. It provides critical relief to those in great need an...
🔗 state.gov