# EXHIBIT A

**Berger, Mitchell**

| | |
|---|---|
| **From:** | Yalowitz, Kent A. <Kent.Yalowitz@arnoldporter.com> |
| **Sent:** | Wednesday, June 9, 2021 9:22 AM |
| **To:** | Berger, Mitchell |
| **Cc:** | Kedem, Allon; Phillips, Dirk; Wirth, Stephen K.; Russell, David; Baloul, Gassan A. |
| **Subject:** | [EXT] RE: Sokolow v. PLO, No. 04 Civ. 394 (GBD) |

Dear Mitch,

Thank you for your kind wishes.

As previously stated, we oppose Defendant's proposed one-page letter with its 25-page attachment as an unauthorized, improper attempt to evade the five-page limit that Judge Daniels imposed on you for additional briefing.

We will seek an appropriate remedy should Defendants proceed as you have described.

Best,

Kent

_____

Kent Yalowitz

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.8344
Kent.Yalowitz@arnoldporter.com | www.arnoldporter.com

---

**From:** Berger, Mitchell <mitchell.berger@squirepb.com>
**Sent:** Wednesday, June 9, 2021 9:05 AM
**To:** Yalowitz, Kent A. <Kent.Yalowitz@arnoldporter.com>
**Cc:** Kedem, Allon <Allon.Kedem@arnoldporter.com>; Phillips, Dirk <Dirk.Phillips@arnoldporter.com>; Wirth, Stephen K. <Stephen.Wirth@arnoldporter.com>; Russell, David <David.Russell@arnoldporter.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>
**Subject:** RE: Sokolow v. PLO, No. 04 Civ. 394 (GBD)

External E-mail

Dear Kent,

I hope that all goes smoothly with the medical procedure involving one of your children. Nothing is more important than that.

Defendants cannot be in a position where Plaintiffs block their communications with the Court about pertinent developments in the related *Fuld* litigation. Plaintiffs observed no such constraint when they unilaterally advised Judge Daniels of Judge Furman's May 6 order in *Fuld*

1

(Dkt. #1026), even though Judge Daniels' advance-notice requirement for Court submissions has been in place in this case since at least 2015.

Accordingly, while Defendants will defer for now in submitting their five-page letter to the Court, they will advise the Court about their supplemental PSJVTA brief in *Fuld* along the lines of the one-page letter we sent you yesterday.

Regards,

Mitch

**Mitchell R. Berger**
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037

T  +1 202 457 5601
F  +1 202 457 6315

mitchell.berger@squirepb.com | squirepattonboggs.com

---

**From:** Yalowitz, Kent A. <Kent.Yalowitz@arnoldporter.com>
**Sent:** Tuesday, June 8, 2021 3:21 PM
**To:** Berger, Mitchell <mitchell.berger@squirepb.com>
**Cc:** Kedem, Allon <Allon.Kedem@arnoldporter.com>; Phillips, Dirk <Dirk.Phillips@arnoldporter.com>; Wirth, Stephen K. <Stephen.Wirth@arnoldporter.com>; Russell, David <David.Russell@arnoldporter.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>
**Subject:** [EXT] Re: Sokolow v. PLO, No. 04 Civ. 394 (GBD)

Mitch,

Thank you for your note. Judge Daniels ordered simultaneous letters. You cannot expect a response in 24 hours after taking three weeks to prepare a letter. We will do our best to send you our letter next week. Our response will be delayed by several professional and personal obligations on my part, including four depositions between now and Monday and a medical procedure of one of my children that I must attend next week as well.

In addition, I must tell you that citing page references to your 25-page brief is also too cute and too clever by half— fundamentally no different than attaching it to a one-page letter. It is an evasion of Judge Daniels' order, and if you insist on attempting to evade the order we will seek appropriate relief.

Best,

Kent

_____
Kent A. Yalowitz

**Arnold & Porter**
250 West 55th Street | New York | NY 10019

T: +1 212.836.8344
Kent.Yalowitz@arnoldporter.com | www.arnoldporter.com

On Jun 8, 2021, at 1:56 PM, Berger, Mitchell <mitchell.berger@squirepb.com> wrote:

External E-mail

Dear Kent,

Thanks for your prompt response.

It is perfectly ridiculous to suggest that there is something improper in our alerting Judge Daniels to Defendants' PSJVTA brief in *Fuld*, when the *Sokolow* Plaintiffs, the Department of Justice, and the general public already know about that brief, and when Judge Daniels has a right to know what is occurring in parallel proceedings addressing the same issues pending before him.  We certainly intend to inform Judge Daniels of Defendants' supplemental PSJVTA brief in *Fuld*, whose filing was mandated by the May 6 order from Judge Furman that you previously submitted to Judge Daniels.

Given your preference that Defendants submit a five-page letter as Judge Daniels invited, rather than the one-page letter we sent you, attached is Defendants' five-page letter.  We plan to submit it to Judge Daniels not later than tomorrow, so please let us know promptly when and how Plaintiffs plan to respond.

Regards,

Mitch

**Mitchell R. Berger**
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037

T  +1 202 457 5601
F  +1 202 457 6315

mitchell.berger@squirepb.com | squirepattonboggs.com

---

**From:** Yalowitz, Kent A. <Kent.Yalowitz@arnoldporter.com>
**Sent:** Tuesday, June 8, 2021 11:33 AM
**To:** Berger, Mitchell <mitchell.berger@squirepb.com>
**Cc:** Kedem, Allon <Allon.Kedem@arnoldporter.com>; Phillips, Dirk <Dirk.Phillips@arnoldporter.com>; Wirth, Stephen K. <Stephen.Wirth@arnoldporter.com>; Russell, David <David.Russell@arnoldporter.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>
**Subject:** [EXT] RE: Sokolow v. PLO, No. 04 Civ. 394 (GBD)

Dear Mitch,

We oppose your request as an unauthorized, improper attempt to evade the strict five-page limit that Judge Daniels imposed on you for additional briefing. Judge Furman already reprimanded you for filing briefs in other cases to get around page limits, and so you obviously know it is improper to include briefs from one case in the record of another case.  In addition, judicial notice is a method of establishing adjudicative facts, and your brief in *Fuld* is not an adjudicative fact, so the request is obviously improper.

If you have new things to say that were not in your 60-page brief, you should say them in 5 pages, as Judge Daniels instructed you to do.

Please include the text of this email in any request you make to Judge Daniels.

Best,

Kent

_____
Kent Yalowitz

Arnold & Porter
250 West 55th Street | New York, New York 10019-9710
T: +1 212.836.8344
Kent.Yalowitz@arnoldporter.com | www.arnoldporter.com

---

**From:** Berger, Mitchell <mitchell.berger@squirepb.com>
**Sent:** Tuesday, June 8, 2021 11:05 AM
**To:** Yalowitz, Kent A. <Kent.Yalowitz@arnoldporter.com>
**Cc:** Baloul, Gassan A. <gassan.baloul@squirepb.com>
**Subject:** Sokolow v. PLO, No. 04 Civ. 394 (GBD)

External E-mail

Dear Kent,

We hope this note finds you well.

Pursuant to Judge Daniels' requirement that the parties notify each other in advance of planned submissions, attached is a letter that we plan to file by COB today asking Judge Daniels to take judicial notice of the brief Defendants filed yesterday in the *Fuld* litigation.  If you plan to respond to our letter, please let us know promptly.

Regards,

Mitch

**Mitchell R. Berger**
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037

T  +1 202 457 5601
F  +1 202 457 6315

4

**mitchell.berger@squirepb.com** | squirepattonboggs.com

---------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
---------------------------------------------------------------------

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

<Sokolow_Defts Post Argument Ltr Judge Daniels.pdf>

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com