UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARK I. SOKOLOW et al.,

                      Plaintiffs,

    -against-

PALESTINE LIBERATION ORGANIZATION et al.,

                      Defendants.
------------------------------------- x

<u>ORDER</u>

04 Civ. 397 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JUN 15 2021*

GEORGE B. DANIELS, United States District Judge:

    Defendants' letter request that the Court take judicial notice of its Supplemental Brief in *Fuld et al. v. Palestinian Liberation Organization et al.* ("*Fuld* Brief"), (ECF No. 1031), is GRANTED.

    Plaintiffs' letter request for leave to file a 15-page brief in response to new arguments in Defendants' *Fuld* Brief, (ECF No. 1032), is DENIED. Plaintiffs may submit a five page letter response to Defendants' *Fuld* Brief or may ask this Court to take judicial notice of Plaintiffs' responsive brief filed in the *Fuld* Action.

Dated: New York, New York
       June 15, 2021

                                           SO ORDERED.

                                           *George B. Daniels*
                                           GEORGE B. DANIELS
                                           United States District Judge