# Exhibit 3

**General Delegation of the PLO**
**to the United States**
1732 Wisconsin Ave., NW. Washington, DC 20007
Tel: (202) 974-6360 • Fax: (202) 974-6278



المفوضية العامة
لمنظمة التحرير الفلسطينية
الولايات المتحدة – واشنطن
هاتف:٦٣٦٠-٩٧٤ (٢٠٢) • فاكس: ٦٢٧٨-٩٧٤ (٢٠٢)

## Contract for Notary Services

This contract constitutes the agreement between the PLO Delegation to the United States (PLO)

Of

1732 Wisconsin Ave  NW, Washington, DC 20007

(Authorizing Party)

And

AWNI    ABUHDBA

Of  993  Main  st. PATERSON  NJ 07703

(Authorized Party)

The Authorized Party, being a certified notary public in the state of its registration, representing a business entity that is in good standing in the State of its registration;

1- Hereby agrees to provide notary services for use by Authorizing Party

2- Authorized Party understands that notary services are a community service and should not be considered an avenue for commercial gain.

3- Authorizing Party understands that the Authorized Party may charge fees for services rendered such as, but not limited to: translation, typing, drafting and other administrative services

4- Authorized Party responsible for verifying the identity of signer of any document intended for use by authorizing party.

5- Authorized Party may not use "known to me personally" as basis of verifying identity

Hbda-000001

6- Two valid government issued Identification documents must be used to identify signatories and copies of said documents must be included with signed document

7- Authorized Party must confirm that names on the document and the name of the signatory are the same.

8- Documents presented for notarization must remain confidential and no copies can be made or information contained within released or discussed with any party other than;

    a. The signatory
    b. Legal heirs based on valid proof of inheritance
    c. Authorizing Party
    d. Properly designated individual bearing certified power of attorney document granting them the right to the information

9- Signatories must sign separate attached document containing the following attestation: "I the undersigned do hereby attest and acknowledge under the penalties of perjury that I, to my best knowledge and belief that all the information in the document attached is true and accurate"

10- Authorized Party must familiarize themselves with the rules and requirements for certifying documents and may from time to time offer advice and instruction, but may NOT make guarantees about document authentication from Authorizing Party.

11- Authorizing Party will maintain the right to reject to authenticate documents notarized by Authorized Party for any reason and is not required by this contract to reveal, explain or justify those reasons.

12- Notarizations must include a "notary statement" attached or stamped upon the document confirming that said signatories (listing them by name) have appeared in front of Authorized Party and signed the document.

13- This contract does not constitute any diplomatic designation

14- Authorized Party may not represent themselves as a consulate, special office, branch or affiliate of the Authorizing Party

15- The designation of the Authorized Party will be (AUTHORIZED NOTARY)

16- Failure to follow any of the rules set forth in the contract can result in immediate termination of the notary's authorization and prosecution to the full extent of applicable US federal and state laws

Hbda-000002

17- In the case that the Authorized Party cannot perform their designated notary duties for any reason, such as but not limited to, travel, illness, financial or administrative difficulties, the Authorized Party must inform the Authorizing Party within five (5) business days.

The Authorized Party may cancel this contract at any time by providing a thirty day notice to the Authorizing Party. Authorizing Party may terminate this contact by providing written notice of termination to the Authorized Party at anytime.

Signed on behalf of :

*(PLO DELEGATION)*

By:

*(Maen Areikat)*

On :

(_____)

Signed on behalf of :

(_____)

By:

(_____)

On:

(_____)

Hbda-000003