Exhibit 4



PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄  PS-US RELATIONS ⌄  CONSULAR AFFAIRS ⌄  ECONOMIC AFFAIRS ⌄  NEWS ⌄  ABOUT PALESTINE ⌄  CONTACT US ⌄  تريب قنصلية ⌄

# Consular Affairs













## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

> General Powers Of Attorney

> Land Power of Attorney

> NGO and Corporate

> Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit    Reset

---

Document title: Consular Affairs
Capture URL: https://web.archive.org/web/20180910040855/http://www.plodelegation.org/index.php/consular-affairs
Capture timestamp (UTC): Mon, 18 Mar 2019 15:40:26 GMT

A296

Page 1 of 2



# General Powers Of Attorney

Please note:

- Powers of Attorney must be signed in front of a Notary Public
- Send $100 money order payable to CASH
- Send a photocopy of your passport
- Send a return stamped envelope with your address
- General Powers of Attorney must NOT include the right to sell property
- General Powers of Attorney must state: "This instrument does not include the right to sell or otherwise dispose of and or real property."
- To download the General Power of Attorney form, CLICK HERE.

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

> General Powers Of Attorney
> Land Power of Attorney
> NGO and Corporate
> Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.





📞 +1 (202) 974-6360    ✉ info@plodelegation.us    🕐 Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄   PS-US RELATIONS ⌄   CONSULAR AFFAIRS ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US ⌄   دون قسمية ⌄

# Land Power of Attorney



Changes for Real Estate, Land and General Power of Attorney

- All clients must call ahead to make an appointment to sign their documents at the Delegations offices in Washington or one of our designated offices listed below.

- We will certify durable powers of attorney only after verifying ownership of the land mentioned in the POA.

Acceptable documents verifying ownership:

- Land deed showing that signatory in fact owns shares in the property issued within a month of signing.

- Land deed and inheritance statement showing that signatory inherited shares in the property.

- Clear legible copies of original documents must be available at time of signing.

To download the Durable Power of Attorney form, CLICK HERE

---

## The Mission



PLO GENERAL DELEGATION
TO THE UNITED STATES

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

> General Powers Of Attorney

> Land Power of Attorney

> NGO and Corporate

> Passport Renewal

## Subscribe To Our Newsletter



Enter your e-mail :

[                    ]

[ Submit ]   [ Reset ]

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

INTERNET ARCHIVE
WaybackMachine
http://plodelegation.org/index.php/consular-affairs/ngo-and-corporate-registration    Go    JUL SEP OCT
10 captures                                                                                    2017 2018 2019
22 Jan 2018 - 10 Sep 2018                                                    About this capture

f  ✆ +1 (202) 974-6360    ✉ info@plodelegation.us    ⊘ Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄  PS-US RELATIONS ⌄  CONSULAR AFFAIRS ⌄  ECONOMIC AFFAIRS ⌄  NEWS ⌄  ABOUT PALESTINE ⌄  CONTACT US ⌄  تريد قائمة ⌄  ☰

# NGO and Corporate

⚙ ▾

Instructions and applicable fees for certifying documents

**Internal Revenue Service Letter:**

- This letter outlines 501(c) institution statues and is only required for nonprofit registration. For-profit corporations must certify the last year's financial statement as provided by Certified Public Accountants.

    o Clear and legible copies of this document are acceptable.

    o Document processing fees: $100 for nonprofits; $200 for for-profits

**Letter of Intent and Agency:**

- A letter signed by an authorized official or a board resolution, stating the institution's intent to conduct business in the Palestinian Territories and authorizing an agent or a representative to conduct the institution's affairs, including the completion of the registration process.

    o This document must be notarized by a notary public and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.

    o Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

**Articles of Incorporation:**

- This is a document produced by the State and shows that the organization was appropriately registered.

    o Copies of the Articles of Incorporation on file with the State registration agency are acceptable if issued by the relevant State registration agency.

    o Copies from corporate files are acceptable if notarized as true original copies and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.

    o Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

**Bylaws:**

- These are the internal laws that govern the institution. Contents of the bylaws may include the date of the fiscal year of the institution, the institutions mission statement, board meeting frequency, voting quorum etc.

    o Copies of the bylaws on file with the State registration agency are acceptable if issued by the relevant State agency.

    o Copies from corporate files are acceptable if notarized as true original copies and certified by the secretary of the relevant state as well as the Department of State in Washington D.C.

    o Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

- To download the NGO and Corporate Registration form, CLICK HERE.

The Mission        Latest News        Consular Affairs        Subscribe To Our
                                                              Newsletter

### Letter of Intent and Agency:

- A letter signed by an authorized official or a board resolution, stating the institution's intent to conduct business in the Palestinian Territories and authorizing an agent or a representative to conduct the institution's affairs, including the completion of the registration process.

  o This document must be notarized by a notary public and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.

  o Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

### Articles of Incorporation:

- This is a document produced by the State and shows that the organization was appropriately registered.

  o Copies of the Articles of Incorporation on file with the State registration agency are acceptable if issued by the relevant State registration agency.

  o Copies from corporate files are acceptable if notarized as true original copies and certified by the Secretary of the relevant State as well as the Department of State in Washington D.C.

  o Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

### Bylaws:

- These are the internal laws that govern the institution. Contents of the bylaws may include the date of the fiscal year of the institution, the institutions mission statement, board meeting frequency, voting quorum etc.

  o Copies of the bylaws on file with the State registration agency are acceptable if issued by the relevant State agency

  o Copies from corporate files are acceptable if notarized as true original copies and certified by the secretary of the relevant state as well as the Department of State in Washington D.C.

  o Processing fees for this document are: $100 for Nonprofit organizations, and $200 for a For-Profit organization.

- To download the NGO and Corporate Registration form, CLICK HERE.

## The Mission

**PLO GENERAL DELEGATION TO THE UNITED STATES**

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

> General Powers Of Attorney

> Land Power of Attorney

> NGO and Corporate

> Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: NGO and Corporate
Capture URL: https://web.archive.org/web/20180910035943/http://plodelegation.org/index.php/consular-affairs/ngo-and-corporate-registration
Capture timestamp (UTC): Mon, 18 Mar 2019 15:42:38 GMT

A300

INTERNET ARCHIVE
WayBack Machine
http://plodelegation.org/index.php/consular-affairs/passport-renewal    Go
22 Jan 2018 - 10 Sep 2018



📞 +1 (202) 974-6360    ✉ info@plodelegation.us    🕐 Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄  PS-US RELATIONS ⌄  CONSULAR AFFAIRS ⌄  ECONOMIC AFFAIRS ⌄  NEWS ⌄  ABOUT PALESTINE ⌄  CONTACT US ⌄  تزين قنصلية ⌄

# Passport Renewal



The PLO Delegation in Washington, D.C. does not renew passports. The PLO Delegation's role in this process is limited to certifying a Power of Attorney. The person named in the Power of Attorney must renew the passport at the Ministry of Interior in Palestine. You must send the certified Power of Attorney, passport photos and the expired passport, or a certified copy of the passport to the person named in the Power of Attorney to complete the renewal process.

To certify a passport Powers of Attorney please follow these instructions:

- Print and fill out the Power of Attorney form.
- Sign the documents in front of Notary Public
- Send 4 pictures with blue color background
- Send money order of $50 payable to CASH
- Mail to the following address: The General Delegation of the PLO to the United States, 1732 Wisconsin Avenue NW, Washington D.C., 20007
- To ensure speedy delivery include express mail envelope with your address and stamps
- To download the Power of Attorney CLICK HERE. To download the Power of Attorney for minors CLICK HERE.

## The Mission



PLO GENERAL DELEGATION
TO THE UNITED STATES

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

Submit    Reset



Document title: Passport Renewal
Capture URL: https://web.archive.org/web/20180910035751/http://plodelegation.org/index.php/consular-affairs/passport-renewal
Capture timestamp (UTC): Mon, 18 Mar 2019 15:43:07 GMT

**A301**



INTERNET ARCHIVE
WaybackMachine
http://plodelegation.org/index.php/consular-affairs/notary-publics    Go
9 captures
22 Jan 2018 - 10 Sep 2018
JUL SEP OCT
10
2017 2018 2019
About this capture



f  t

+1 (202) 974-6360      info@plodelegation.us      Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄   PS-US RELATIONS ⌄   CONSULAR AFFAIRS ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US ⌄   دزون قصلية

# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
|---|---|---|---|---|
| Houston | Paterson | | | |

**George Saba (جورج سابا)**

24619 FORD RD , DEARBORN, MI 48128

(313) 215 1780

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter



Enter your e-mail :

Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.



http://plodelegation.org/index.php/consular-affairs/notary-publics

9 captures
22 Jan 2018 - 10 Sep 2018

f ✉ 🔗

☎ +1 (202) 974-6360    ✉ info@plodelegation.us    🕐 Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄   PS-US RELATIONS ⌄   CONSULAR AFFAIRS ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US   دليل القنصلية ⌄   ☰

# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
|---|---|---|---|---|
| Houston | Paterson | | | |

**Fuad Ateyeh (فؤاد عطيه)**
200 Valencia street San Francisco California 94103
(415) 990 2500

## The Mission



PLO GENERAL DELEGATION
TO THE UNITED STATES

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :



Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:11:07 GMT

**A303**



http://plodelegation.org/index.php/consular-affairs/notary-publics    Go

22 Jan 2018 - 10 Sep 2018

f  𝕏  ▦        📞 +1 (202) 974-6360    ✉ info@plodelegation.us    🕐 Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄   PS-US RELATIONS ⌄   CONSULAR AFFAIRS ⌄   ECONOMIC AFFAIRS ⌄   NEWS ⌄   ABOUT PALESTINE ⌄   CONTACT US ⌄ شؤون قنصلية ⌄   ≡

# Notary Publics





## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
| --- | --- | --- | --- | --- |

| Houston | Paterson |
| --- | --- |

**Samir Farhat (سمير فرحات)**
3132 Julington Creek Rd. Jacksonville, FL 32223
(904) 705 8293

---

## The Mission

PLO GENERAL DELEGATION
TO THE UNITED STATES

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

›  General Powers Of Attorney

›  Land Power of Attorney

›  NGO and Corporate

›  Passport Renewal

## Subscribe To Our Newsletter



Enter your e-mail :

Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

---

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:11:19 GMT

A304



f  y  ⌾                                    ☎ +1 (202) 974-6360   ✉ info@plodelegation.us   ⏰ Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ˅   PS-US RELATIONS ˅   CONSULAR AFFAIRS ˅   ECONOMIC AFFAIRS ˅   NEWS ˅   ABOUT PALESTINE ˅   CONTACT US   الدورة الفلسطينية ˅   ☰

# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
|---------|---------------|--------------|-------------|---------|

| Houston | Paterson |
|---------|----------|

**Ahamd Alahmad (احمد الاحمد)**
501 N. Brookhurst #150 Anaheim, CA 92801
(714) 803 0038

## The Mission



The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :



Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:11:32 GMT

**A305**



f  t  ▣          +1 (202) 974-6360   ✉ info@plodelegation.us   ⊘ Mon - Fri 8:00 - 17:00

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄ PS-US RELATIONS ⌄ CONSULAR AFFAIRS ⌄ ECONOMIC AFFAIRS ⌄ NEWS ⌄ ABOUT PALESTINE ⌄ CONTACT US ⌄ دليل قنصلية ⌄ ☰

# Notary Publics



### Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |
| Houston | Paterson |

**SAAD MALLEY (سعد معالي)**
4712 West 63rd Street Chicago, IL 60629

(708) 205 2030

**GHASSAN BARAKAT (غسان بركات)**
7372 W. 87th Street Bridgeview, IL 60455

(312) 671 4787

---

## The Mission



PLO GENERAL DELEGATION
TO THE UNITED STATES

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :

| Submit | Reset |

©2018 The General Delegation of PLO to U.S. All Rights Reserved.



INTERNET ARCHIVE
WaybackMachine
http://plodelegation.org/index.php/consular-affairs/notary-publics
Go
9 captures
22 Jan 2018 - 10 Sep 2018
JUL SEP OCT
2017 2018 2019
About this capture

PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄  PS-US RELATIONS ⌄  CONSULAR AFFAIRS ⌄  ECONOMIC AFFAIRS ⌄  NEWS ⌄  ABOUT PALESTINE ⌄  CONTACT US  شؤون قنصلية ⌄

# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |

| Houston | Paterson |

**Mazen Atieh (مازن عطيه)**
3179 Fondren Rd Houston, TX 77063
(832) 512 8848

## The Mission



PLO GENERAL DELEGATION
TO THE UNITED STATES

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :



Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.




PLO GENERAL DELEGATION
TO THE UNITED STATES

THE MISSION ⌄  PS-US RELATIONS ⌄  CONSULAR AFFAIRS ⌄  ECONOMIC AFFAIRS ⌄  NEWS ⌄  ABOUT PALESTINE ⌄  CONTACT US  الشؤون القنصلية ⌄

# Notary Publics



## Notary Publics

| Detroit | San Francisco | Jacksonville | Los Angeles | Chicago |

| Houston | Paterson |

**Awni Abu Hdba** (عوني أبوهدبة)

388 Lake View Avenue Clifton, NJ 07011

(973) 464 2283

## The Mission



PLO GENERAL DELEGATION
TO THE UNITED STATES

The General Delegation of the Palestine Liberation Organization to the U.S. is the official representative of the PLO in the United States.

## Latest News

Ambassador Dr. Zomlot statement on the reports that the US administration decided to cut all aid to UNRWA
31 August 2018

Statement by Ambassador Dr. Husam Zomlot, head of PLO General Delegation to the US, on cutting US aid to Palestine
24 August 2018

Palestine to Lead G77, UN's Largest Group of Developing Nations
24 July 2018

## Consular Affairs

› General Powers Of Attorney

› Land Power of Attorney

› NGO and Corporate

› Passport Renewal

## Subscribe To Our Newsletter

Enter your e-mail :



Submit    Reset

©2018 The General Delegation of PLO to U.S. All Rights Reserved.

Document title: Notary Publics
Capture URL: https://web.archive.org/web/20180910040722/http://plodelegation.org/index.php/consular-affairs/notary-publics
Capture timestamp (UTC): Mon, 18 Mar 2019 16:12:06 GMT

A308