# Exhibit 5

Received by NSD/FARA Registration Unit  10/09/2018 10:42:21 AM

OMB No. 1124-0002; Expires May 31, 2020

U.S. Department of Justice

Washington, DC 20530

# Supplemental Statement
## Pursuant to the Foreign Agents Registration Act of 1938, as amended

For Six Month Period Ending **Sep. 30, 2018**
(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant

    General Delegation of the PLO

    (b) Registration No.

    5244

    (c) Business Address(es) of Registrant
    1732 Wisconsin AVe., NW
    Washington, DC 20007

2. Has there been a change in the information previously furnished in connection with the following?

    (a) If an individual:

    |  | Yes | No |
    |---|---|---|
    | (1) Residence address(es) | ☐ | ☒ |
    | (2) Citizenship | ☐ | ☒ |
    | (3) Occupation | ☐ | ☒ |

    (b) If an organization:

    |  | Yes | No |
    |---|---|---|
    | (1) Name | ☐ | ☐ |
    | (2) Ownership or control | ☐ | ☐ |
    | (3) Branch offices | ☐ | ☐ |

    (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSE TO ITEMS 3, 4, AND 5(a).**

3. If you have previously filed Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.

    Yes ☐    No ☒

    If yes, have you filed an amendment to the Exhibit C?    Yes ☐    No ☒

    If no, please attach the required amendment.

---

[1] The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

FORM NSD-2
Revised 05/17

Received by NSD/FARA Registration Unit  10/09/2018 10:42:21 AM

A49

(PAGE 2)

4. (a) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?
   Yes ☐   No ☒
   If yes, furnish the following information:
   Name                Position                Date Connection Ended

   (b) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?
   Yes ☐   No ☒
   If yes, furnish the following information:
   Name       Residence Address       Citizenship       Position       Date Assumed

5. (a) Has any person named in Item 4(b) rendered services directly in furtherance of the interests of any foreign principal?
   Yes ☐   No ☒
   If yes, identify each such person and describe the service rendered.

   (b) During this six month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?   Yes ☐   No ☒
   Name       Residence Address       Citizenship       Position       Date Assumed

   (c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?   Yes ☐   No ☒
   If yes, furnish the following information:
   Name                Position or Connection                Date Terminated

   (d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?   Yes ☐   No ☒
   If yes, furnish the following information:
   Name       Position or Connection       Foreign Principal       Date Terminated

6. Have short form registration statements been filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement?
   Yes ☒   No ☐
   If no, list names of persons who have not filed the required statement.

Case 1:04-cv-00397-GBD-RLE   Document 1035-5   Filed 07/06/21   Page 4 of 15
Received by NSD/FARA Registration Unit 10/09/2018 10:42:21 AM

(PAGE 3)

## II - FOREIGN PRINCIPAL

7. Has your connection with any foreign principal ended during this 6 month reporting period?  Yes ☒  No ☐
   If yes, furnish the following information:

   Foreign Principal                                               Date of Termination
   The Palestinian Liberation Organization                         October 10, 2018
   (The General Delegation of the PLO to the U.S. is been ordered to close the
   office by the State Department).

8. Have you acquired any new foreign principal(s)[2] during this 6 month reporting period?  Yes ☐  No ☒
   If yes, furnish th following information:

   Name and Address of Foreign Principal(s)                        Date Acquired

9. In addition to those named in Items 7 and 8, if any, list foreign principal(s)[2] whom you continued to represent during the 6 month reporting period.
   The Palestinian Liberation Organization

10. (a) Have you filed exhibits for the newly acquired foreign principal(s), if any, listed in Item 8?
    Exhibit A[3]          Yes ☐           No ☒
    Exhibit B[4]          Yes ☐           No ☒

    If no, please attach the required exhibit.

    (b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal whom you
        represented during this six month period?       Yes ☐       No ☒
        If yes, have you filed an amendment to these exhibits?  Yes ☐       No ☒

        If no, please attach the required amendment.

---

2 The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)). A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act. (See Rule 208.)
3 The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.
4 The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

Case 1:04-cv-00397-GBD-RLE   Document 1035-5   Filed 07/06/21   Page 5 of 15
Received by NSD/FARA Registration Unit 10/09/2018 10:42:21 AM

(PAGE 4)

## III - ACTIVITIES

11. During this 6 month reporting period, have you engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?     Yes ☒     No ☐

    If yes, identify each foreign principal and describe in full detail your activities and services:

    The General Delegation of the PLO acts as the official representative office of the PLO in the United States. The office assists Palestinians in the US with Consular Services, such as Power of Attorney documents, Birth and Death certificates, and other forms. The office also coordinates events for the community, pursues Public Diplomacy in the US, and interacts with members of the US Government, NGOs, and civil society to inform and educate on Palestinian issues.

12. During this 6 month reporting period, have you on behalf of any foreign principal engaged in political activity[5] as defined below?
    Yes ☒     No ☐

    If yes, identify each such foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose. If the registrant arranged, sponsored or delivered speeches, lectures or radio and TV broadcasts, give details as to dates, places of delivery, names of speakers and subject matter.

    Please see attached schedule 1

13. In addition to the above described activities, if any, have you engaged in activity on your own behalf which benefits your foreign principal(s)?     Yes ☐     No ☒

    If yes, describe fully.

---

[5] "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

(PAGE 5)

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**
    During this 6 month reporting period, have you received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?   Yes ☒   No ☐

    If no, explain why.

    If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

    | Date | From Whom | Purpose | Amount |
    |---|---|---|---|
    | | Please see attached schedule 2 | | |

    Total _____

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**
    During this 6 month reporting period, have you received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?   Yes ☐   No ☒

    If yes, have you filed an Exhibit D[8] to your registration?   Yes ☐   No ☒

    If yes, indicate the date the Exhibit D was filed.   Date _____

(c) **RECEIPTS-THINGS OF VALUE**
    During this 6 month reporting period, have you received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?
    Yes ☐   No ☒

    If yes, furnish the following information:

    | Foreign Principal | Date Received | Thing of Value | Purpose |
    |---|---|---|---|

---

6, 7 A registrant is required to file an Exhibit D if he collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8 An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9 Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

Case 1:04-cv-00397-GBD-RLE   Document 1035-5   Filed 07/06/21   Page 7 of 15
Received by NSD/FARA Registration Unit 10/09/2018 10:42:21 AM

(PAGE 6)

15. (a) **DISBURSEMENTS-MONIES**
During this 6 month reporting period, have you
(1) disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?   Yes ☒   No ☐
(2) transmitted monies to any such foreign principal?   Yes ☐   No ☒

If no, explain in full detail why there were no disbursements made on behalf of any foreign principal.


If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Date | To Whom | Purpose | Amount |
|---|---|---|---|
| | Please see attached schedule 2A | | |
| | | | Total |

Received by NSD/FARA Registration Unit 10/09/2018 10:42:21 AM        A54

(PAGE 7)

**(b) DISBURSEMENTS-THINGS OF VALUE**
During this 6 month reporting period, have you disposed of anything of value[10] other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

  Yes ☐      No ☒

If yes, furnish the following information:

| Date | Recipient | Foreign Principal | Thing of Value | Purpose |
|---|---|---|---|---|

**(c) DISBURSEMENTS-POLITICAL CONTRIBUTIONS**
During this 6 month reporting period, have you from your own funds and on your own behalf either directly or through any other person, made any contributions of money or other things of value[11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

  Yes ☐      No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|---|---|---|---|

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

(PAGE 8)

## V - INFORMATIONAL MATERIALS

16. (a) During this 6 month reporting period, did you prepare, disseminate or cause to be disseminated any informational materials?[12]
    Yes ☐   No ☒
    If Yes, go to Item 17.
    (b) If you answered No to Item 16(a), do you disseminate any material in connection with your registration?
    Yes ☐   No ☒
    If Yes, please forward the materials disseminated during the six month period to the Registration Unit for review.

17. Identify each such foreign principal.
    N/A

18. During this 6 month reporting period, has any foreign principal established a budget or allocated a specified sum of money to finance your activities in preparing or disseminating informational materials?   Yes ☐   No ☒
    If yes, identify each such foreign principal, specify amount, and indicate for what period of time.

19. During this 6 month reporting period, did your activities in preparing, disseminating or causing the dissemination of informational materials include the use of any of the following:

    ☐ Radio or TV broadcasts      ☐ Magazine or newspaper      ☐ Motion picture films       ☐ Letters or telegrams
    ☐ Advertising campaigns       ☐ Press releases             ☐ Pamphlets or other publications   ☒ Lectures or speeches
    ☐ Other (specify) _____

    **Electronic Communications**
    ☒ Email
    ☒ Website URL(s): www.plodelegation.us
    ☒ Social media websites URL(s): https://www.facebook.com/PalestineInUSA/   https://twitter.com/PalestineUSA
    ☐ Other (specify) _____

20. During this 6 month reporting period, did you disseminate or cause to be disseminated informational materials among any of the following groups:

    ☐ Public officials         ☐ Newspapers                   ☐ Libraries
    ☐ Legislators              ☐ Editors                      ☐ Educational institutions
    ☐ Government agencies      ☐ Civic groups or associations ☐ Nationality groups
    ☐ Other (specify) N/A

21. What language was used in the informational materials:
    ☒ English          ☒ Other (specify) Arabic

22. Did you file with the Registration Unit, U.S. Department of Justice a copy of each item of such informational materials disseminated or caused to be disseminated during this 6 month reporting period?   Yes ☐   No ☒

23. Did you label each item of such informational materials with the statement required by Section 4(b) of the Act?
    Yes ☐   No ☒

---

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising, books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise. Informational materials disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be filed pursuant to Section 4(b) of the Act.

(PAGE 9)

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swear(s) or affirm(s) under penalty of perjury that he/she has (they have) read the information set forth in this registration statement and the attached exhibits and that he/she is (they are) familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her (their) knowledge and belief, except that the undersigned make(s) no representation as to truth or accuracy of the information contained in the attached Short Form Registration Statement(s), if any, insofar as such information is not within his/her (their) personal knowledge.

(Date of signature)   (Print or type name under each signature or provide electronic signature[13])

October 05, 2018   /s/ Dr. Husam Zomlot   eSigned

---

13 This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

Received by NSD/FARA Registration Unit 10/09/2018 10:42:21 AM

Registration Number 5244

Six months period ending September 30, 2018

## Schedule (1)

### (No Transcript)

**Sunday, April 1, 2018**
**Monday, April 2, 2018**
3:30 p.m.          Suzan Qariot and May Barghouthi/office
**Tuesday, April 3, 2018**
3:00 p.m.          Meeting with Dr. Norbert Goldfield/office
**Wednesday, April 4, 2018**
10:00 a.m.         Interview at CBS News
1:15-2:30 p.m.     Speech at Brookings
                   1775 Massachusetts Ave NW, Washington, DC 20036
**Thursday, April 5, 2018**
11:00 a.m.         Breakfast with CNN Editorial Board
                   820 First Street, NE, Suite 1100
5:00-6:00 p.m.     Model Arab League w/ NCUSAR Student Briefing
                   3900 Reservoir Rd. NW, Washington, DC 20057 (Georgetown
                   University Hotel and Conference Center)
**Friday, April 6, 2018**
11:30 a.m.         Francesco FONTEMAGGI from AFP/office
5:00 p.m.          Meeting with Elise from CNN
**Sunday, April 8, 2018**
2:30 p.m.          PLO Office Easter Event
                   Religious Society of Friends
                   2111 Florida Ave NW, Washington, DC 20008
**Monday, April 9, 2018**
2:30 p.m.          Martine Sherman/office
**Tuesday, April 10, 2018**
4:00 p.m.          Washington Report Meeting
                   Middle East Books and More
                   1902 18th St NW
                   Washington, DC 20009
**Wednesday, April 11, 2018**
1:30 p.m.          Phone call with Rev. Dr. Mae Cannon
**Thursday, April 12, 2018**
                   Princeton University

**Friday, April 13, 2018**
2:00-3:00 p.m.	A private roundtable with H. E. Sheikh Mohammed Al Thani, Deputy Prime Minister and Minister of Foreign Affairs
	Brookings Institution
	1775 Massachusetts Ave NW, Washington, DC 20036

**Monday, April 16, 2018**
10:00 a.m.	Meeting with Rabbis at J-Street Conference
	Omni Shoreham Hotel
	2500 Calvert St NW, Washington, DC 20008
1:40 p.m.	Speech at J-Street Conference
	Omni Shoreham Hotel
	2500 Calvert St NW, Washington, DC 20008
3:30 p.m.	J-Street U
	Omni Shoreham Hotel
	2500 Calvert St NW, Washington, DC 20008
6:30 p.m.	J-Street Gala
	Omni Shoreham Hotel
	2500 Calvert St NW, Washington, DC 20008

**Tuesday, April 17, 2018**
10:30-12:00	Evangelical Leaders Meeting
	110 Maryland Ave NE, Room 103
	Washington DC, 20002
2:30 p.m.	Students from Washington Workshop Foundation/office

**Wednesday, April 18, 2018**
11:00 a.m.	Arab Ambassadors' Meeting
	Arab League
6:00 p.m.	Meeting with Governor Azzam Shawwa
	Intercontinental Hotel (the Wharf)
	801 Wharf Street, SW, Washington, DC 20024

**Thursday, April 19, 2018**
3:30 p.m.	Meeting with Lara Friedman and Daniel Beiman/office

**Friday, April 20, 2018**
12:00 p.m.	Hadeel Oueis, Al-Riyadh Newspaper/office

**Monday, April 23, 2018**
11:00 a.m.	Minister Dr. Shukri Bishara/office
12:00 p.m.	Governor Azzam Shawwa/office
4:30 p.m.	Meeting with Ambassador Tor Wennesland
	Dupont Circle Hotel
	1500 New Hampshire Avenue NW
	Washington DC, 20036

**Tuesday, April 24, 2018**
11:00 a.m.          Meeting with Senator Lindsey Graham (US-Palestinian Relations)
                    Russell Senate Office Building

**Wednesday, April 25, 2018**
12:00 p.m.          Lunch at Mr. Chuck McLeod's house
3:00 p.m.           Grace and the group/office

**Thursday, April 26, 2018**
5:30 p.m.           AAI Gala (Mr. & Mrs.)
                    J.W. Marriott
                    1331 Pennsylvania Ave., NW (Black tie)

**Friday, April 27, 2018**
10:00 a.m.          Meeting with Professor Khalidi/office

**Friday, May 11, 2018**
11:15 a.m.          USMEP International Board Meeting
                    St. Regis Hotel
                    923 16th & K Street, NW

**Saturday, May 12, 2018**

**Sunday, May 13, 2018**
5:00 p.m.           Interview with MSNBC

**Monday, May 14, 2018**
10:00 a.m.          Interview with CNN
                    820 First St NE, Washington, DC 20002
                    **(must be there at 9:45 a.m.)**
12:30 p.m.          Interview with Emiliano Bos Swiss Radio/office
1:30 p.m.           Interview with Alarabya/office
3:00 p.m.           Al-jazeera English
                    1200 New Hampshire Ave., NW (must be there at 2:50)
6:00 p.m.           Interview with CNN
                    820 First St NE, Washington, DC 20002

**Tuesday, May 15, 2018**

Received by NSD/FARA Registration Unit   10/09/2018 10:42:21 AM

**General Delegation of the PLO**
**to the United States**
1732 Wisconsin Ave., NW. Washington, DC 20007
Tel: (202) 974-6360 • Fax: (202) 974-6278



المفوضية العامة
لمنظمة التحرير الفلسطينية
الولايات المتحدة – واشنطن
هاتف: ٦٣٦٠-٩٧٤ (٢٠٢) • فاكس: ٦٢٧٨-٩٧٤ (٢٠٢)

# Schedule No.2

**Registration Number 5244**
**Receipts & Expenditures**
**Six Month Period Ending September 30, 2018**

### Receipt:

| | |
|---|---:|
| - Balance of cash in Abu Dhabi International Bank as of March 31, 2018 | $31,887.52 |
| - Received from Palestine National Found / Amman: | $221,338.00 |
| - Refund value of Attorney of Power ( Proxies Certification): | $154,850.00 |
| - Refund (Personals& Others): | $20,320.00 |
| - Refund (Bank Interests): | $305.17 |
| **Total receipts and balance on hand:** | **$828,747.43** |

### Expenditures:
Total Expenditures (Schedule No. 2A)         $827,819.02

### Reconciliation:
Balance in bank as of September 30, 2018:         $928.41

- Total balance of three accounts we have at Bank Abu Dhabi International Bank located at: 1430 K Street, NW., Washington, DC 20005 as of September 30, 2018:

  Account#  1100008370 for the amount of  $928.41
  Account#  1105385400 for the amount of  $   0.00
  Account#  1100006026 for the amount of  $   0.00

Received by NSD/FARA Registration Unit   10/09/2018 10:42:21 AM

A61

**General Delegation of the PLO**
**to the United States**
1732 Wisconsin Ave., NW. Washington, DC 20007
Tel: (202) 974-6360 • Fax: (202) 974-6278



املفوضية العامة
لنظمة التحرير الفلسطينية
الولايات المتحدة – واشنطن
هاتف: ٦٣٦٠-٩٧٤ (٢٠٢) • فاكس: ٦٢٧٨-٩٧٤ (٢٠٢)

# Schedule No.2A

## Other Expenses
## Six Month Period Ending September 30, 2018

| | |
|---|---|
| - Office (Rent): | $ 0.00 |
| - Office utilities (Water, Electricity, Gas): | $ 7,231.42 |
| - Employees Residential ( Rent ): | $123,780.00 |
| - Employees Residential (Water, Electricity, Gas, Cable): | $ 2,847.20 |
| - Salaries ( Local Employees ): | $227,789.00 |
| - Telephone, Mailing & Shipping: | $ 11,334.25 |
| - Subscriptions (Newspaper, Magazines, CQ Roll Call): | $ 1,150.00 |
| - Equipment Purchase: | $ 0.00 |
| - Furniture Purchased for Residential: | $ 0.00 |
| - Equipment Maintenance: | $ 390.00 |
| - Stationary & Supplies: | $ 880.65 |
| - Entertainment (Luncheon Invitations & Receptions ): | $ 17,726.25 |
| - Cars (Gas, Insurance, Maintenance, Property Tax): | $ 2,050.75 |
| - Travel Tasks ( Airline Tickets & Lodging ) : | $ 18,317.00 |
| - Employees Health Insurance & Medical Expenses : | $ |
| - Employees Schools tuition fees: | $ 0.00 |
| - Employees end of service (severance): | $384,221.00 |
| - Miscellaneous expenses (Transportations, Parking, Over time, Reimbursements & Financial allowances, Property Insurance): | $ 30,101.50 |

Total expenses: **$827,819.02**