# Exhibit 6

**Transcription of KPFA Radio Interview**

Letters and Politics: 10.11.18 - 10:00 AM

7:50 to 13:00:

| | |
|---|---|
| <u>Hakam Takash</u>: | Um, but a large part of our work was what I did, the consular work. So, you know, there was, there was phone calls between the White House and the ambassador every time the delegation, the Palestinian delegation would come to the U.S., you know, our ambassador would accompany them to the meetings and so on. But I've been there for 18 years doing the, sort of, the, you know, what many people view as the secondary work, which is the consular work. But after they closed down the office, it seems to me, that the thing that'll be missed the most is really my work. Um, the contact between officials, I think can carry on without an embassy but actual people on the ground that need services, and we're talking here services from every walk of life. I mean, we're handling about half a million Palestinians in the U.S. I process around 3,600 applications a year, um, and- |
| <u>Mitch Jeserich</u>: | Applications for what? |
| <u>Hakam Takash</u>: | For everything you can imagine. From, you know, Exxon Mobil trying to protect their copyrights in the West Bank, to folks coming over to the U.S. with kids that need their birth certificates certified so they can use them in American elementary schools, so on. It's every walk of life. Basically, paperwork that's produced in the U.S. that needs to be used in Palestine comes to my office and paperwork that's produced in Palestine that needs to be used in America comes through my office as well. So you really see humanity walk in and out of the door. You see the sort of processes of life. Um, it's a different perspective, it gives me a different perspective on conflict and it gives me a different perspective on people. |
| <u>Mitch Jeserich</u>: | So Hakam, tell me who you end up providing services for, and I want to get to businesses in a moment because that's important, businesses, uh, that do business, uh, in Palestine. But for people as well, do you, is it Palestinians who are in the United States that you provide services for? Is it Palestinian Americans who also have citizenship here, uh, in the United States? Tell me about exactly who's gonna be affected by this. |
| <u>Hakam Takash</u>: | So, I think it's about, maybe 70% of the work I do is for Palestinian Americans. Maybe 30% of it is for Palestinians without American citizenship. But then, I'll also remind you, that a lot of the people that call me aren't even Palestinian Americans. They're, you know, the spouses of a Palestinian American, they're the children of a Palestinian American, |

A284

|                 |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|-----------------|------|

they're friends and loved ones of it, so, as long as there's Palestinians in the U.S. they'll have a network of relationships that sometimes they'll have to call the Palestinian office for.

<u>Mitch Jeserich</u>: And now that that just doesn't exist, if somebody, could you basically, I mean it was a consulate basically, but I guess it wasn't officially a consulate.

<u>Hakam Takash</u>: Um, yes, it-

<u>Mitch Jeserich</u>: Or was it?

<u>Hakam Takash</u>: We had all the responsibilities of a consulate but we were never allowed the, let's say the privileges of a consulate. So for example, a real consulate would have a diplomatic pouch that we could use to send say passports for renewal, or, you know, classified documents, court documents, and so on to Palestine, we did not have that privilege. But, we were always expected, by the U.S. government, mind you, to do these, you know, to offer, to provide these services. And, I always like to tell people that, it was my stamp that, the stamp from this PLO consulate, was recognized by all the parties involved in the conflict. So, the U.S. government would ask people to go to my office to get something certified. Obviously, the Palestinian Authority would ask people to get stuff certified from my office. But then, Hamas in Gaza would ask people to come to my office and get certified, and so would the Israelis, sometimes. They would ask people to go to the Washington office and get things certified. Um, so all the parties involved in this wanted Hakam to actually process, they believed in my stamp, they said if this is signed by the office of the PLO in Washington, we will recognize this as a true and original document.

<u>Mitch Jeserich</u>: And certified, I mean, what would people have to get certified? I know you said all kinds of things that people need certification for, are we talking about travel, are we talking about, and what are we talking about?

<u>Hakam Takash</u>: I mean, in the simplest form, I'm here because I understand the legal system in both places. So, if there's, you know, a divorce document in the U.S., if you were to send it directly to Palestine, the Palestinian legal system would look at it and say, "I don't know what this document is, I don't know if it's legal or not, I need somebody on the ground over there to tell me that this divorce decree is correct." And so, I would come in and certify that this is true and correct. And then vice versa. So, the U.S. government would say "I don't know if these Palestinian documents are real or if this person is making them up, go to your embassy and have them certify that this is a true Palestinian document." And so they'd bring it to me. So, I mean, it's such a large bag of things that come through my

A285

|   |   |
|---|---|
|   | office, it's really hard to count them all, and how much time do you have? |
| Mitch Jeserich: | We have about 15 more minutes. |

# Arnold & Porter

## CERTIFICATION

I, Daniella Naaman, hereby certify that the foregoing is a true and correct transcription, to the best of my ability, of a portion of the following portion interview— Letters and Politics, *The Closing of the Palestinian Office in Washington. Then, The Canonization of Salvadoran Archbishop Romero*, KPFA (Oct. 11, 2018, 10:00 AM), https://kpfa.org/episode/letters-and-politics-october-11-2018/.

In witness whereof, I hereby sign this date: March 14, 2019.

_____
Daniella Naaman

STATE OF NEW YORK     )
                     :SS:
COUNTY OF NEW YORK    )

On the 14th day of March, 2019, before me, the undersigned notary public, personally appeared Daniella Naaman, personally known to me to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same

_____
Notary Public

STEPHANIE L. WALSH
Notary Public, State of New York
No. 01WA6264160
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 6/25/20

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com

A287