# Exhibit 7

**PLO's General Delegation to the United State to Close its Doors**

Nov. 10, 2018 | 08:16 AM

Said Erekat

Washington D.C. - www.alquds.com.



The Palestine Liberation Organization has closed the offices of its mission to the US capitol in Washington D.C. A large crowd comprised of representatives of Palestinian-American organizations and organizations that identify with the Palestinian cause, including a number of progressive Jewish-American organizations, as wells as dozens of journalists, gathered outside of the building in Washington D.C.'s Georgetown neighborhood, expressing their feelings of solidarity with the Palestinian struggle for freedom, the end to occupation, and the right of return.

The mission made an announcement in front of the demonstrators and the media, stating on behalf of the Ministry of Foreign Affairs and Expatriates that the diplomatic staff of the PLO's General Delegation to the United States "had completed all of their duties in the United States, as part of a step taken following an antagonistic and arbitrary decision made by the American administration to close the Palestine Liberation Organization's General Delegation, which means cutting off the diplomatic and political relations between the governments of the two countries".

A288

The announcement added that "the ministry has stated that the government of the State of Palestine will unequivocally honor its promises to its citizens living in the United Sates by taking all necessary steps to prevent this decision from affecting or impeding their interests, and has stressed that it would find alternate ways of continuing to provide consular services, and guarantee the continued provision of services to citizens and the safeguarding of their interests." It stressed that diplomatic relations based on mutual respect are the cornerstone of dialog and cooperation between nations and peoples, and this has been the international custom in practice for hundreds of years.

The announcement mentioned that ineffective, antagonistic and aggressive policies and actions of the current U.S. administration, which are based on dictating and imposing negotiations instead of cooperation, are what the American administration had done, and this prevents it from playing any role in the political process that we eagerly await in order to achieve justice and a lasting peace, in accordance with international law, because the American administration cannot continue acting as an intermediary when its actions reflect injustice and aggression."

The announcement concluded with the following statement: "The harmful American policies will not overshadow the strong bonds between the Palestinian people and those who defend peace and cooperation in the United States. We will continue working tirelessly to deepen the ties between the two nations with a common commitment to the values of freedom and dignity for all nations. The Palestinian people holds the generous and benevolent American people in high regard, a people who has continuously supported our people's just struggle to preserve its dignity, oppose a discriminative and racist regime, and fight to take back its liberty from the clutches of a foreign and colonial occupation."

In turn, Robert Palladino, the spokesperson for the U.S. State Department, later responded to a question he was asked by Al-Quds, regarding whether his government wishes to reopen the Palestinian office and restart the diplomatic exchange with the Palestinians.

He said that his government "has not seen anything that would change its position since deciding to close the office on the 10th of September, 2018, giving the mission 30 days to vacate the building".

Those who came to express their solidarity with the Palestinian cause were overtaken by emotion as Hakam Takash, the Palestinian consul, removed the plaque that reads "the General Delegation of the Palestine Liberation Organization to the United States", which stated the identity of the mission, from the facade of the building. Playing in the background was the song "I will hold with my back held

A289

straight", composed by the musician Marcel Khalife, with lyrics by the late Palestinian poet Samih al-Qasem.

As the mission closed, the Palestinian flag continuing fluttering above, and Riyad al-Maliki, the minister of foreign affairs and expatriates, exclaimed: "Although the office will no longer serve as the headquarters for the Palestinian mission, after it is closed and its contents emptied, all we will do is remove the plaque from the entranceway, which stated that the office of the mission of the Palestine Liberation Organization is here. However, the flag will remain where it is, considering that the building is private property, not government property, and the owner of the property may fly any flag he wishes, unless the government orders him to remove it. Palestinian arms shall never remove any Palestinian flag, those very arms that had toiled to raise the flag everywhere, something they had paid a price for."

The Palestinian flag was officially raised above the building housing the mission on the 19th of January, 2011.

The official spokeswoman for the U.S. State Department, Heather Nauert, had issued an announcement on the 10th of September 2018, regarding the closure of the General Delegation of the Palestine Liberation Organization in the American capital.

This announcement stated that "The Administration has determined after careful review that the office of the General Delegation of the Palestine Liberation Organization in Washington should close. We have permitted the Palestine Liberation Organization office to conduct operations that support the objective of achieving a lasting, comprehensive peace between the Israelis and the Palestinians since the expiration of a previous waiver in November 2017. However, the Palestine Liberation Organization has not taken steps to advance the start of direct and meaningful negotiations with Israel. To the contrary, the Palestine Liberation Organization leadership has condemned a U.S. peace plan they have not yet seen and refused to engage with the U.S. government with respect to peace efforts and otherwise. As such, and reflecting Congressional concerns, the Administration has decided that the Palestine Liberation Organization office in Washington will close at this point". In her announcement, Nauert shed light on the decision, saying: "This decision is also consistent with Administration and Congressional concerns with Palestinian attempts to prompt an investigation of Israel by the International Criminal Court."

Nauert told Al-Quds that "The United States continues to believe that direct negotiations between the two parties are the only way forward. This action should not be exploited by those who seek to act as spoilers (of the peace process) to distract from the imperative of reaching a peace agreement. We are not retreating from our efforts to achieve a lasting and comprehensive peace."

A290

It should be noted that the Palestinian ambassador in Washington, D.C. was recalled by Palestinian President Mahmoud Abbas on the 15th of May, 2018, in protest of the transfer of the U.S. embassy from Tel Aviv to occupied Jerusalem, and he has not returned to the U.S. capital since that time.

Palestinian-U.S. relations have noticeably soured since the 10th of September, 2018.



A291

A292

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.  I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2.  The English-language text above is a full and accurate translation of the Arabic-language document below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 12, 2019

Yaniv Berman

## مفوضية منظمة التحرير الفلسطينية في واشنطن تغلق أبوابها

08:16 | 11-10-2018



إغلاق مكتب بعثة منظمة التحرير في واشنطن



واشنطن - "القدس." دوت كوم - سعيد عريقات - أغلقت منظمة التحرير الفلسطينية مكاتب بعثتها في العاصمة الأمريكية واشنطن،

استبدلت اليهودية الشريرة. وشرذمة استيطانية أخرى نصبت مبنى شبيهاً لمبنى السفارة في بوردمون في ونشنطن، ورفعت بكلمات تضامنية مع نضال الفلسطينيين من أجل الحرية وإنهاء الاحتلال وحق العودة .

وقالت البعثة في بيان لها أمام المتظاهرين والصحافة أن وزارة الخارجية والمغتربين الفلسطينية أن الموظفين الدبلوماسيين في المفوضية العامّة لمنظمة التحرير الفلسطينية لدى الولايات المتحدة، "قد أنهوا كافة أعمالهم في الولايات المتحدة، في خطوة تأتي في أعقاب القرار العدائي والتعسفي للإدارة الأميركية والقاضي بإغلاق المفوضية العامة لمنظمة التحرير الفلسطينية، بما يعني قطع العلاقات الدبلوماسية والسياسية بين حكومتي البلدين."

وأضاف البيان "كما وأكدت الوزارة أن حكومة دولة فلسطين ستحافظ على وعودها القاطعة لمواطنيها المقيمين في الولايات المتحدة باتخاذ كافة الإجراءات اللازمة كي لا تتعطل مصالحهم أو تتأثر بهذا القرار، وشددت أنها ستجد الطرق البديلة لمواصلة تقديم الخدمات القنصلية وضمان استمرار خدمة المواطن وحماية مصالحه" مشددة أن العلاقات الدبلوماسية القائمة على الاحترام المتبادل هي حجر الزاوية في الحوار والتعاون بين الأمم والشعوب، وهو الأمر المعمول به في الأعراف الدولية منذ مئات السنين. وأشارت إلى أن السياسات والأفعال الهجومية والعدائية، غير الناجعة للإدارة الأميركية الحالية، والقائمة على الاملاءات وفرض التفاوض بدلا عن التعاون، هو ما يقصي الإدارة الأميركية ويبعدها عن أي دور في العملية السياسية، التي نتطلع إليها لتحقيق العدل والسلام الدائم تماشيا مع القوانين الدولية، إذ لا يمكن أن تستمر الإدارة الأميركية في لعب دور الوسيط في الوقت الذي تعكس أفعالها إجحافا وعدائية.

وفي الختام، أكد البيان أن "السياسات الأميركية الضارة لن تلقي بظلالها على العلاقات القوية بين الشعب الفلسطيني والمدافعين عن السلام والتعاون في الولايات المتحدة ، وشددت أنها ستواصل العمل الدؤوب من أجل تعميق الروابط بين الشعبين مع الالتزام المشترك بقيم الحرّية والكرامة لجميع الشعوب". "وأضافت أن الشعب الفلسطيني يقدّر عاليا الشعب الأميركي الطيب والسخي بدعمه المتواصل لنضال شعبنا المشروع في الحفاظ على الكرامة وانتزاع حريته من براثن الاحتلال الأجنبي الاستعماري ونظام التمييز العنصري".

بدوره قال روبرت باديللو ، الناطق باسم وزارة الخارجية الأميركية ردا على سؤال وجهته له "القدس" عما إذا كانت حكومته ترغب في إعادة فتح المكتب الفلسطيني واستئناف التبادل الدبلوماسي مع الفلسطينيين؟

وقال "أن حكومته لم ترى ما يغير وجهة نظرها منذ اتخاذها قرار إقفال المكتب يوم 10 أيلول 2018 والذي منح البعثة مدة 30 يوما لإخلاء البناية".

وسيطرت العواطف الجياشة على الحاضرين المتضامنين مع القضية الفلسطينية عندما خلع القنصل الفلسطيني حكم طقش اللوحة التي تعرف "المفوضية العامة لمنظمة التحرير الفلسطينية" التي تشير إلى هوية البعثة من على الحائط الأمامي للعمارة على أنغام أغنية "منتصب القامة أمشي" للفنان مرسيل خليفة وكلمات الشاعر الفلسطيني الراحل سميح القاسم.

وفيما أقفلت البعثة، ظل العلم الفلسطيني يرفرف عاليا حيث صرح ا وزير الخارجية والمغتربين رياض المالكي "رغم أن المكتب لم يعد رسميا مقرا لبعثة فلسطين، بعد أن تم إغلاقه وتفريغ محتوياته، فكل ما سنعمله هو خلع اللوحة التي تشير أن هنا يقع مكتب بعثة منظمة التحرير الفلسطينية. أما العلم فيبقى حيث هو، على اعتبار أن العمارة هي ملك خاص، وليست ملك حكومي، ويستطيع صاحب الملك أن يرفع أي علم يريد، إلا إذا أخبرته الدولة على إنزاله" مؤكدا "إن السواعد الفلسطينية لن تنزل أي علم فلسطيني، تلك السواعد التي دأبت على رفعه في كل مكان ودفعت أثمانا لذلك".

وكان العلم الفلسطيني قد رفع رسميا على مبنى البعثة يوم 19 كانون الثاني 2011.

وكانت الناطقة الرسمية باسم وزارة الخارجية الأميركية هيذر ناورت قد أصدرت بيانا يوم 10 أيلول 2018 أعلنت فيه إغلاق مكتب مفوضية منظمة التحرير الفلسطينية في العاصمة الأميركية.

وقال البيان المذكور " قد قررت الإدارة بعد مراجعة دقيقة أن يغلق مكتب البعثة العامة لمنظمة التحرير الفلسطينية في واشنطن. لقد سمحنا لمكتب منظمة التحرير الفلسطينية بالقيام بعمليات تدعم هدف تحقيق سلام دائم وشامل بين الإسرائيليين والفلسطينيين منذ انتهاء التنازل السابق في شهر تشرين الثاني 2017. ومع ذلك ، لم تتخذ منظمة التحرير الفلسطينية الخطوات

اللازمة لبدء تقدم مباشر. ومفاوضات هادفة مع إسرائيل". وأضاف بيان الوزارة "على العكس ، أدانت قيادة منظمة التحرير الفلسطينية خطة سلام أميركية لم ترها بعد ورفضت الانخراط مع الحكومة الأميركية فيما يتعلق بجهود السلام وغيرها. وعلى هذا الأساس، وتماشيا مع مخاوف الكونغرس ، قررت الإدارة أن مكتب منظمة التحرير الفلسطينية في واشنطن سيغلق في هذه المرحلة". وسلطت ناورت الضوء في بيانها على أنه "ينسجم هذا القرار أيضاً مع قلق الإدارة والكونجرس بشأن المحاولات الفلسطينية الرامية إلى إجراء تحقيق في إسرائيل من قبل المحكمة الجنائية الدولية".

وأكدت ناورت للقدس أنه "ما زالت الولايات المتحدة تعتقد أن المفاوضات المباشرة بين الطرفين هي الطريق الوحيد للتقدم، لا ينبغي استغلال هذا الإجراء من قبل أولئك الذين يسعون إلى العمل كمفسدين (لعملية السلام) ، لصرف الانتباه عن ضرورة التوصل إلى اتفاق سلام. إننا لا نتراجع (باتخاذ هذه الخطوة) عن جهودنا لتحقيق سلام دائم وشامل".

يجدر بالذكر أن السفير الفلسطيني في واشنطن كان قد استدعي من قبل الرئيس الفلسطيني محمود عباس يوم 15 أيار 2018 الماضي احتجاجا على نقل السفارة الأميركية من تل أبيب غلى القدس المحتلة ، ولم يعد للعاصمة الأميركية منذ ذلك الوقت.

وقد ساءت العلاقات الفلسطينية الأميركية بشكل ملحوظ منذ العاشر من أيلول 2018 وحتى اليوم.

