```
```

# EXHIBIT 10

facebook    Sign Up

Email or Phone     Password     Log In

Forgot account?

 **جمعية بيت حنينا Beit Hanina Cultural Center of NY/NJ**

January 23, 2020

تشرفت جمعية بيت حنينا في نيويورك/نيوجرسي بإستضافة سفير فلسطين لدى الأمم المتحدة رياض منصور في مقر الجمعية.
Palestine ambassador to the U.N. Dr Riyad Mansour at BHCC center tonight.





 34                                      3 Comments  3 Shares

Share

**Related Pages**

 **Arab American Organization**
Nonprofit Organization

 **جمعية لجنة المعارف الخيرية المحلية - بيت حنينا**
Nonprofit Organization

 **Hoffa A Assad**
Car Dealership

 **Beit Hanina Cultural Center, Inc.**
Community Organization

 **Society of St. Yves**
Non-Governmental Organization (…

 **Hachee Fathee**
Interest

 **Al-Aqsa Institute of Minnesota**
Charity Organization

 **Rumanati**
Blogger

 **DJ Nahla**
Performance & Event Venue

 **DeirDebwan Scope**
Charity Organization



MANSOUR

EX 5

K.N. 07.08.21