UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARK I. SOKOLOW et al.,

                         Plaintiffs,

     -against-

PALESTINE LIBERATION ORGANIZATION et al.,

                        Defendants.
------------------------------------ x

ORDER

04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' letter request, (ECF No. 1037), for permission to file a letter in sealed and redacted form, which Defendants do not oppose, is GRANTED.

Dated: New York, New York
       August 31, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge