UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x

MARK I. SOKOLOW et al.,

        Plaintiffs,

v.

PALESTINE LIBERATION ORGANIZATION et al.,

        Defendants.

―――――――――――――――――――――――――― x

04 Civ. 397 (GBD)

### United States of America's Notice of Intervention to Defend the Constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019

Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), 28 U.S.C. § 2403, the United States hereby intervenes in the above-captioned case for the limited purpose of defending the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019, 18 U.S.C. § 2334(e).

Dated:    New York, New York
            September 7, 2021

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          United States Attorney

                             By:  *s/ Benjamin H. Torrance*
                                   BENJAMIN H. TORRANCE
                                   Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York  10007
                                   Telephone:  (212) 637-2703
                                   E-mail:  benjamin.torrance@usdoj.gov