U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

By ECF

September 7, 2021

The Honorable George B. Daniels
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:  *Sokolow v. Palestine Liberation Organization*, 04 Civ. 397 (GBD)

Dear Judge Daniels:

    This Office represents the United States (the "government") in the above-named action. As this Court is aware, the government recently intervened in *Fuld v. PLO*, No. 20 Civ. 3374 (JMF), to defend the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019. In the action before this Court, the parties have relied on their submissions in *Fuld*, and have provided the Court a copy of the government's memorandum of law in that case. Accordingly, the government has today respectfully filed a notice of intervention in this case, as it did in *Fuld*.

    Thank you for your consideration.

                            Respectfully,

                            AUDREY STRAUSS
                            United States Attorney

By:  */s/ Benjamin H. Torrance*
       BENJAMIN H. TORRANCE
       Assistant United States Attorney
       Telephone: 212.637.2703
       Fax: 212.637.2702
       E-mail: benjamin.torrance@usdoj.gov

cc: counsel, by ECF