AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | | |
|---|---|---|
| Sokolow | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.   04 Civ. 397 (GBD) |
| Palestine Liberation Organization | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

intervenor United States                                                              .

Date:     09/07/2021

/s/ Benjamin H. Torrance
_Attorney's signature_

Benjamin H. Torrance
_Printed name and bar number_
U.S. Attorney's Office, SDNY
86 Chambers St.
New York, NY 10007

_Address_

benjamin.torrance@usdoj.gov
_E-mail address_

(212) 637-2703
_Telephone number_

(212) 637-2702
_FAX number_