UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARK I. SOKOLOW et al.,

                                 Plaintiffs,

       -against-

PALESTINE LIBERATION ORGANIZATION et al.,

                                Defendants.
------------------------------------------------------------ x



ORDER

04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

      Defendant's letter request, (ECF No. 1046), that this Court take judicial notice of Defendants' brief in response to the Government's brief in defense of the Promotions Security and Justice for Victims of Terrorism Act of 2019 in *Fuld et al. v. Palestinian Liberation Organization et al.*, (ECF No. 58), which Plaintiffs have not opposed, is GRANTED.

Dated: New York, New York
       September 20, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge