# Arnold & Porter

Kent A. Yalowitz
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

January 14, 2022

**BY ECF**

Hon. George B. Daniels
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Sokolow et al. v. Palestine Liberation Organization et al.*
                No. 04 Civ. 397 (GBD) — Supplemental Memorandum

Dear Judge Daniels:

    Plaintiffs respectfully seek permission to submit the enclosed supplemental memorandum concerning the constitutionality of the PSJVTA. In particular, the memorandum discusses Judge Furman's decision in *Fuld v. PLO*, No. 20 Civ. 3374 (JMF) (Jan. 6, 2021), which held the statute unconstitutional.

    We hope that this memorandum will be of assistance to the Court.

                                        Respectfully yours,

                                        Kent A. Yalowitz

Encl.
cc: ECF Counsel

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com