

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O    +1 202 457 6000
F    +1 202 457 6315
squirepattonboggs.com


Gassan A. Baloul
T    +1 202 457 6155
gassan.baloul@squirepb.com


**VIA ECF**

January 18, 2022

Hon. George B. Daniels
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312


**Re:**     *Sokolow v. PLO*, **No. 04-cv-00397 (GBD-RLE)**

Dear Judge Daniels:

      We are counsel to Defendants Palestine Liberation Organization and the Palestinian Authority ("Defendants") in this matter.  On Friday, January 14, 2022, Plaintiffs filed an uninvited and unauthorized 17-page "supplemental" brief [ECF 1050-1] criticizing the January 6, 2022 decision in *Fuld v. PLO*, No. 20-cv-3374, ECF 61 (JMF) (S.D.N.Y.), which held that the PSJVTA cannot provide a basis for jurisdiction over Defendants consistent with constitutional due process.  Plaintiffs' brief asserts new arguments not addressed in the prior briefing, and provides legally unsound critiques of the new decision in *Fuld*, to which Defendants should be allowed to respond.  As such, Defendants respectfully propose to file a response brief of up to ten pages not later than January 24, 2022, or as ordered by the Court.

                                          Respectfully submitted,

                                          Squire Patton Boggs (US) LLP

                                          Gassan A. Baloul


cc:     All Counsel (via ECF)


45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.