

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com


Gassan A. Baloul
T    +1 202 457 6155
gassan.baloul@squirepb.com

**VIA ECF**

January 24, 2022

Hon. George B. Daniels
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *Sokolow v. PLO*, **No. 04-cv-00397 (GBD-RLE)**

Dear Judge Daniels:

      We are counsel to Defendants Palestine Liberation Organization and the Palestinian Authority ("Defendants") in this matter.  As proposed in our letter of January 18, 2022, we respectfully seek permission to submit the enclosed response to Plaintiffs' "supplemental" brief criticizing Judge Furman's decision in *Fuld v. PLO*, No. 20-3374 (Jan. 6, 2021).

      Respectfully submitted,

      Squire Patton Boggs (US) LLP

      Gassan A. Baloul

cc:    All Counsel (via ECF)

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.