**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK I. SOKOLOW et al.,                          :

                            Plaintiffs,     :

            -against-                          :

PALESTINE LIBERATION ORGANIZATION et al.,    :

                          Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       ORDER

     04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's letter request for leave to file a supplemental memorandum discussing Judge

Furman's decision in *Fuld et al. v. Palestinian Liberation Organization et al.*, (ECF 61), which

Defendants oppose, is GRANTED.

The Clerk of Court is directed to close the motion at ECF 1050 accordingly.

Dated: February 3, 2022
      New York, New York

                         SO ORDERED.

                         George B. Daniels

                         GEORGE B. DANIELS
                         United States District Judge