# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand twenty-two.

Before:     Pierre N. Leval,
                *Circuit Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 24 2022

Eva Waldman, et al.,

      Plaintiffs - Appellees - Cross - Appellants,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

      Defendants - Appellants - Cross - Appellees,

**ORDER**

Docket Nos. 15-3135(L), 15-3151(CON)

      By order dated September 8, 2020, this Court remanded this matter to the district court for further proceedings pursuant to <u>United States v. Jacobson</u>, 15 F.3d 19, 22 (2d Cir. 1994). By letter dated March 14, 2022, the Appellants-Cross-Appellees indicated that the district court has fulfilled the terms of this Court's limited remand. Appellants-Cross-Appellees also request that this case be consolidated with <u>Fuld v. Palestine Liberation Organization</u>, 22-76(L), 22-496(Con). Upon consideration thereof,

      IT IS HEREBY ORDERED that the mandate is RECALLED and the appeal is REINSTATED. The request to consolidate this appeal with <u>Fuld</u> is DENIED. Briefing shall proceed in the ordinary course. Appellants-Cross-Appellees are directed to file a Local Rule 31.2 Scheduling Notification Letter within 14 days of this order.

                              For the Court:

                              Catherine O'Hagan Wolfe,
                              Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/24/2022