UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>        *Plaintiffs*,<br><br> v.<br><br>PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>        *Defendants*. | Case No. 04 Civ. 397 (GBD) |

## NOTICE OF MOTION TO MAKE ADDITIONAL FINDINGS AND RECONSIDER MEMORANDUM DECISION AND ORDER ON REMAND

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Appendix thereto, and the record in this case, Plaintiffs hereby move under Federal Rules of Civil Procedure 52(b) and 59(e), to request that the Court make additional findings of fact and reconsider this Court's March 10, 2022 Memorandum Decision and Order after considering the applicability and constitutionality of the "U.S. activities" prong of the Promoting Justice and Security for Victims of Terrorism Act.

Dated: March 24, 2022
   New York, New York

                ARNOLD & PORTER KAYE SCHOLER LLP

                By: _____
                   Kent A. Yalowitz
                   250 West 55th Street
                   New York, NY 10019
                   T: (212) 836-8344
                   Kent.Yalowitz@arnoldporter.com

                   *Counsel for Plaintiffs*