UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, et al.,<br><br>       *Plaintiffs*,<br><br> v.<br><br>PALESTINE LIBERATION ORGANIZATION, et al.,<br><br>       *Defendants*. | Case No. 04 Civ. 397 (GBD) |

### APPENDIX TO PLAINTIFFS' MOTION FOR RECONSIDERATION AND ADDITIONAL FINDINGS OF FACT

                   ARNOLD & PORTER KAYE SCHOLER LLP
                   250 West 55th Street
                   New York, NY 10019
                   T: (212) 836-8000
                   F: (212) 836-8689

                   *Attorneys for Plaintiffs*

March 24, 2022

**APPENDIX**

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Abdelhady-Nasser Deposition Transcript Excerpts |
| 2 | Ghannam Deposition Transcript Excerpts |
| 3 | Mansour Deposition Transcript Excerpts |
| 4 | Abdelhady-Nasser Deposition Exhibit 4 |
| 5 | Abdelhady-Nasser Deposition Exhibit 5 |
| 6 | Abdelhady-Nasser Deposition Exhibit 6 |
| 7 | Mansour Deposition Exhibit 3 |
| 8 | Mansour Deposition Exhibit 4 |
| 9 | Mansour Deposition Exhibit 8 |