# EXHIBIT 1

Feda Abdelhady-Nasser
July 22, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT
individually and as
personal representative
of the Estate of Keren
Shatsky, J ANNE
SHATSKY, individually
and as personal
representative of the
Estate of Keren
Shatsky, TZIPPORA
SHATSKY SCHWARZ, YOSEPH
SHATSKY, SARA SHATSKY
TZIMMERMAN, MIRIAM
SHATSKY, DAVID RAPHAEL
SHATSKY, GINETTE LANDO
THALER, individually
and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARONS.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,

Case No. 18-Civ. 12355

VIRTUAL VIDEOTAPED
DEPOSITION OF FEDA
ABDELHADY-NASSER

          Plaintiffs,


          against

Feda Abdelhady-Nasser
July 22, 2021

1

2   THE PALESTINE
    LIBERATION ORGANIZATION
3   and THE PALESTINIAN
    AUTHORITY (a/k/a "The
4   Palestinian Interim
    Self-Government
5   Authority" and/or "The
    Palestinian National
6   Authority"),

7
            Defendants.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Feda Abdelhady-Nasser
July 22, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF FEDA

 2         ABDELHADY-NASSER, witness herein, called by the

 3         Plaintiffs, for examination, taken pursuant to

 4         the Federal Rules of Civil Procedure, by and

 5         before Karen A. Nickel, a Certified Realtime

 6         Reporter and a notary public in and for the

 7         Commonwealth of Pennsylvania, held remotely

 8         with all parties appearing from their

 9         respective locations, on Thursday, July 22,

10         2021, at 9:30 a.m.

11         COUNSEL PRESENT:

12

13         For the Plaintiffs:
           Ronald F. Wick, Esq. (Admitted Pro Hae Vice)
           Cohen & Gresser, LLP
14         2001 Pennsylvania Avenue, NW
           Suite 300
15         Washington, DC 20006

16         Stephen M. Sinaiko, Esq.
           Cohen & Gresser, LLP
17         800 Third Avenue
           New York, NY 10022

18
           For the Defendants:
19         Mitchell R. Berger, Esq.
           Joseph Alonzo, Esq.
20         Salim Kaddoura, Esq.
           Squire Patton Boggs
21         2550 M Street NW
           Washington, DC 20037

22
           Also Present:  Cosette Vincent
23                         Eszter Vincze

24

25
```

Feda Abdelhady-Nasser
July 22, 2021

                              I N D E X

WITNESS                                        PAGE

Feda Abdelhady-Nasser

      By Mr. Sinaiko                             7


                          E X H I B I T S


NUMBER              DESCRIPTION             PAGE

Exhibit 1      Notice of Deposition        13
Exhibit 2      Linkedin Profile            22
Exhibit 3      Mission Personnel List      30
Exhibit 4      Calendar Entries            44
Exhibit 5      Calendar Entries            53
Exhibit 6      Calendar Entries            63
Exhibit 7      Interview

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED

Feda Abdelhady-Nasser
July 22, 2021

1           Q.    Got it.

2           A.    And, actually, some of the times --

3     some of the things seem to have been

4     duplicated.  And it was probably when I did

5     that.

6           Q.    When you say "some of the things

7     seem to have been duplicated," what do you mean

8     by that?

9           A.    I mean that there seems to be the

10    same meeting twice successively.

11          Q.    Can you point to any examples of

12    that on the page in front of you?

13          A.    I would say, for example -- not on

14    the page in front of me, no, but I have seen it

15    in the document at one point.  I don't remember

16    where it was.  But what it was was that a

17    meeting began and ended, and where it began was

18    listed as a meeting and where it ended was

19    listed as the same meeting again.  But it was

20    actually one meeting.

21          Q.    Got it.  So if we come across those,

22    you know, maybe we'll recognize those and we'll

23    try to call them out.

24                Going back to the text that we were

25    looking at a moment ago, it says, there again,

Feda Abdelhady-Nasser
July 22, 2021

1    this is for February 5 at 2200 hours or

2    probably 1000 hours, interaction with civil

3    society organizations on UN topics.

4              Do you see that?

5        A.    Yes.

6        Q.    What do you understand a civil

7    society organization to be?

8        A.    Civil society encompasses all

9    dimensions of the international community

10   beyond the governmental, as far as I understand

11   it.  It includes non-governmental

12   organizations, NGOs, academia, journalists,

13   cultural institutions and others.

14       Q.    But they are organizations; is that

15   correct?

16       A.    Civil society can be an individual

17   working in their capacity as, for example, a

18   scholar or a professor, or it can be an

19   organization.  It can be individuals or

20   organizations.

21       Q.    And when in time did you develop

22   your understanding of the meaning of the term

23   "civil society organization" that you just

24   described for me?

25       A.    Early on in my work.  That was my

Feda Abdelhady-Nasser
July 22, 2021

1      understanding of civil society and what my

2      engagement with civil society would encompass.

3           Q.    By the way, the private lunch, on

4      the third line of this page that I recognize

5      was later deleted, did that lunch -- did that

6      event occur at the building at 165 East -- or

7      115 East 65th Street?

8           A.    No, it did not.

9           Q.    Can you think of any example of any

10     human being or organization that would not fall

11     within the rubric of a civil society

12     organization?

13                MR. BERGER:  Objection,

14     argumentative.

15     BY MR. SINAIKO:

16          Q.    You may answer.

17          A.    If it is related to my work at the

18     United Nations, if the individual or

19     organization is approaching me in connection

20     with my work as a representative of the State

21     of Palestine at the United Nations, then to me,

22     it is a legitimate civil society request.  That

23     is how I see it.

24                If a student, for example, is doing

25     research on Palestine at the United Nations and

Feda Abdelhady-Nasser
July 22, 2021

```
 1        wants to understand about the history of the

 2        Palestine question and the General Assembly and

 3        approaches me, to me, that is a member of civil

 4        society that I should be responsive to.

 5            Q.    So any person or organization who

 6        approaches you to ask about, you know, a

 7        subject related to your work as Deputy

 8        Permanent Observer, that person or organization

 9        falls within the category of civil society

10        organization; correct?

11            A.    Correct.  In my view, if they are

12        obviously, they have to have some kind of

13        affiliation, a student with a university, a

14        professor, someone working with an

15        organization.  It's not usually someone off the

16        street that would ask me about my work as the

17        Deputy Permanent Observer.

18                 But if I was approached, either by a

19        phone call or a letter or an E-mail or in an

20        event, about my work at the UN, then I would

21        consider that to be a legitimate civil society

22        interaction.

23            Q.    Going to the second part of this

24        text that we were looking at a moment ago, it

25        says, UN topics.
```

Feda Abdelhady-Nasser
July 22, 2021

1              Do you see that?

2        A.    Yes.

3        Q.    What do you understand UN topics to

4    mean?

5        A.    Issues regarding Palestine at the

6    UN.

7        Q.    Anything other than that?

8        A.    I wouldn't be discussing anything

9    other than that.  That is my expertise.  That

10   is my purview.

11       Q.    Okay.  So to the extent that -- to

12   the extent that this document that we have

13   marked as Exhibit 5 references UN topics, it is

14   just this question of Palestine that you

15   referred to a moment ago; is that correct?

16       A.    Yes, that is correct.

17       Q.    To come back to a question I asked a

18   moment ago, which I'm not sure I got a complete

19   answer to, can you give me an example of

20   anybody that you would speak to, in your

21   capacity as Deputy Permanent Observer, who

22   would not fall within the category of civil

23   society organizations?

24       A.    I cannot think of anyone that I

25   would speak to, in my capacity as the Deputy

Feda Abdelhady-Nasser
July 22, 2021

1    Permanent Observer of the State of Palestine,

2    that would not fall into civil society, again,

3    if they had a formal affiliation with a school

4    or with an NGO or with an IGO or a humanitarian

5    or human rights organization.

6                    MR. BERGER:  Now that the

7    witness has finished answering the question,

8    may I ask for clarification, whether you mean

9    to put aside, Steve, those who are representing

10   other Member States of the United Nations?

11                   MR. SINAIKO:  Of course.  I

12   mean, yeah, I thought that was implicit in the

13   question, but if you want, I can ask the

14   question again with that qualifier in it.

15   BY MR. SINAIKO:

16       Q.    Maybe it would be better if I just

17   asked Ambassador Abdelhady-Nasser whether she

18   understood that to be excluded from my

19   question.

20       A.    Yes, I did.

21                   MR. SINAIKO:  Let's mark as

22   our next exhibit, I think this will be Exhibit

23   6, a document that is at Tab 17 A in our book.

24                   (Deposition Exhibit No. 6 was

25   marked for identification.)

Feda Abdelhady-Nasser
July 22, 2021

```
 1      BY MR. SINAIKO:
 2          Q.    Ambassador Abdelhady-Nasser, I would
 3      ask you whether you have seen this document
 4      before today?
 5          A.    Yes, I have.
 6          Q.    Do you recognize this document?
 7          A.    Yes, I do.
 8          Q.    And when was the first time you saw
 9      this document?
10          A.    I guess about two weeks ago.
11          Q.    Two weeks ago.  And do you tie that
12      document to your initial meeting with
13      Mr. Berger about two weeks ago?
14          A.    Yes.
15          Q.    And what do you recognize this
16      document to be?
17          A.    This is my calendar of engagements,
18      work assignments, as reflected in the grid.
19          Q.    Let me ask the question a little
20      differently.  Do you understand Exhibit 7 -- I
21      guess we're on Exhibit 6, do you understand
22      that to be a different version of Exhibit 5
23      that we were looking at a moment ago?
24          A.    I believe it's the same thing, only
25      it identifies who I was meeting with.
```

Feda Abdelhady-Nasser
July 22, 2021

1          Q.     And do you know -- do you know when

2     in time that document was prepared?

3          A.     I don't know the exact timeline.

4          Q.     Okay.  Did you have a role in

5     preparing the document that has been marked as

6     Exhibit 6 and is on the screen in front of you

7     now?

8          A.     I gave them my calendar.

9          Q.     Apart from that, did you have any

10    role in preparing this document?

11         A.     I did not type this document, no.

12         Q.     Did you provide any of the

13    descriptive information, apart from delivering

14    your -- withdrawn.  Let me put the question

15    again.

16              Apart from supplying your -- the

17    Excel spreadsheet, into which you had

18    downloaded your Google calendar, to your

19    lawyers, did you have any role in preparing the

20    text that's in the subject column of this

21    document?

22         A.     The text reflects what I sent to my

23    lawyers; the name of the diplomat that I met

24    with, the person that I met with.

25         Q.     Did you review this document before

Feda Abdelhady-Nasser
July 22, 2021

1      it was delivered to the Plaintiff?

2           A.    Yes, I did.

3           Q.    And did you find any inaccuracies in

4      it when you reviewed the document?

5           A.    No, I did not.

6           Q.    All right.  I would like you to

7      focus for a moment on the first line of the

8      first page of this document.  You see there it

9      says, internal Palestine UN Mission business?

10          A.    Yes.

11          Q.    Was that text in the calendar that

12     you supplied to Mr. Berger and his colleague?

13          A.    No.

14          Q.    And do you know whether this

15     reflects an event?

16          A.    It would reflect either a staff

17     meeting or some other interaction with my

18     colleagues at the Mission.

19          Q.    And do you know where the event took

20     place?

21          A.    At the Mission.

22          Q.    Do you know who was in attendance at

23     this meeting?

24          A.    It would be my colleagues at the

25     staff.  It was the beginning of the year, so

Feda Abdelhady-Nasser
July 22, 2021

1    everyone would have returned from holidays,

2    from the New Year, and it was probably the

3    staff meeting to launch the year.

4         Q.    And what -- do you know -- can you

5    tell me what topics were discussed during this

6    meeting?

7                   MR. BERGER:  Objection,

8    instruct the witness not to answer on the basis

9    of functional immunity.

10   BY MR. SINAIKO:

11        Q.    And Dr. Abdelhady-Nasser, are you

12   going to follow your counsel's instruction?

13        A.    Yes, I am.

14        Q.    One last question about that first

15   entry.  Was there anybody at this meeting that

16   is described in the first line of Exhibit 6 --

17   it was a meeting; is that correct?

18        A.    Yes.

19        Q.    Was anybody other than Observer

20   Mission staff in attendance at that meeting?

21        A.    No.

22        Q.    Go to the next line.  It says,

23   personal note about UN Mission business?

24        A.    Yes.

25        Q.    Does this reflect that there was a

Feda Abdelhady-Nasser
July 22, 2021

1       personal note in your calendar?

2               A.      Yes.

3               Q.      And under what circumstances would

4       you put a personal note in your calendar?

5               A.      I often put in reminders to myself

6       about readings that I have to do or documents

7       that I have to prepare, if it's a speech I need

8       to write or a memorandum, I remind myself to

9       answer E-mails or to follow up on various

10      issues.

11              So the personal notes in my calendar

12      are usually about tasks that I am individually

13      responsible for or taking care of or need to

14      follow up on.

15              Q.      And without telling me the subject

16      of the task, can you tell me the type of task

17      that is reflected by this entry, the second

18      line on Exhibit 6?

19              A.      It would be any number of those

20      things.  It could be, again, a letter that I

21      was writing or a report that I was finishing,

22      because the year had concluded and we would

23      have to do reports to reflect on the previous

24      year.

25              Q.      Right.  I guess my question is, as

Feda Abdelhady-Nasser
July 22, 2021

1      the person whose calendar is reflected here,

2      can you tell me what type of -- you know,

3      again, without telling me what the topic was,

4      because I know Mr. Berger will object to that,

5      and maybe I'll ask, maybe I won't, but for the

6      moment, can you tell me the type of personal

7      note that this was?

8           A.    I believe I was writing a

9      recommendation letter.

10          Q.    And this recommendation letter was,

11     in some fashion, related to the business of the

12     Observer Mission?

13          A.    Yes, it was.  It was about an

14     intern.

15          Q.    All right.  Go to an entry that's on

16     the first page here, February, and I'm just

17     going to give you the timestamp that's on the

18     document, although I recognize that the

19     timestamps are probably not accurate, but it's

20     a good way for us to work our way through.

21               I am looking at an entry that says,

22     February 5, 2020 at 2200.  Do you see that one?

23          A.    Yes, I do.

24          Q.    And that says, interaction with

25     civil society organization, Professor Grob, on

Feda Abdelhady-Nasser
July 22, 2021

1    UN topic; do you see that?

2          A.    Yes, I do.

3          Q.    What does that entry reflect?

4          A.    It reflects a meeting that I had

5    with Professor Grob, who is a civil society

6    individual.  He is not an organization.  He is

7    a professor affiliated with Fairleigh Dickinson

8    University who often reaches out to me to

9    discuss the trajectory of the Palestine

10   question at the UN and to propose ideas and

11   initiatives to consider undertaking at the UN.

12         Q.    Professor Grob, that's Leonard Grob;

13   correct?

14         A.    Correct.

15         Q.    Okay.  And how is it that you

16   conclude that he is appropriately classed as a

17   civil society organization?

18         A.    Because Professor Grob is a

19   professor.  He works in an academic

20   institution.  And --

21         Q.    So if

22         A.        he partners with another

23   professor and they often deal with

24   Israel/Palestine.  But their focus has often

25   has been in their engagements with me on the UN

Feda Abdelhady-Nasser
July 22, 2021

1   angle and how to engage the UN angle for

2   Israeli/Palestinian peace.

3        Q.    And would it be fair to say that you

4   regard Professor Grob as a civil society

5   organization on account of his interest in

6   issues related to the UN and Palestine?

7               MR. BERGER:  I'm going to

8   object to the form of the question.  You have

9   twice misstated, after she told you she doesn't

10  regard him as an organization but as an

11  individual.

12              If you want to ask the question, go

13  right ahead.

14              MR. SINAIKO:  I'm just reading

15  from your document, but the witness can answer

16  the question and I would ask the court reporter

17  to repeat it first.

18              (Reporter read back previous

19  question.)

20              THE WITNESS:  I regard

21  Professor Grob as an active individual in civil

22  society based on his interest and work on

23  Israel/Palestine.

24  BY MR. SINAIKO:

25       Q.    Professor Grob doesn't have any

Feda Abdelhady-Nasser
July 22, 2021

```
1    direct connection to the United Nations so far

2    as you know; correct?

3         A.    I know that Professor Grob meets

4    with a lot of UN diplomats, including from

5    other countries, but, specifically, PS

6    countries, permanent members of the Security

7    Council and other Arab countries in the Middle

8    East, particularly Egypt, Jordan and others.

9         Q.    He doesn't hold any title with the

10   United Nations; correct?

11        A.    Fairleigh Dickinson University has a

12   relationship with the United Nations, as do

13   other universities.

14        Q.    Professor Grob, he doesn't have any

15   title with the United Nations; does he?

16        A.    No, he does not.

17        Q.    He is not an employee of the United

18   Nations; is he?

19        A.    No, he is not.

20        Q.    He doesn't have any other formal

21   connection to the United Nations of which you

22   are aware; correct?

23        A.    I am not aware of any other formal

24   connection to the United Nations.

25        Q.    I would direct your attention,
```

Feda Abdelhady-Nasser
July 22, 2021

1    Ambassador Abdelhady-Nasser, to the third line.

2         A.    Uh-huh.

3         Q.    Do you see there it says,

4    interaction with Rana Hajjaj of civil society

5    organization Al-Quds Bard College, on UN topic?

6         A.    Yes.

7         Q.    What is Al-Quds Bard College?

8         A.    Bard College is an academic

9    institution here in New York and they have a

10   branch of the college in Jerusalem called

11   Al-Quds Bard College.

12        Q.    Is that affiliated with Al-Quds

13   University?

14        A.    No.  I believe they are separate.

15        Q.    And who is Rana Hajjaj?

16        A.    She is a director at Bard College

17   that oversees partnerships for Al-Quds Bard

18   College.

19        Q.    And how does Al-Quds Bard College

20   qualify as a civil society organization?

21        A.    It is a university.

22        Q.    So all universities, in your view,

23   qualify as civil society organizations?

24        A.    They are part of the civil society

25   environment or scope, this huge sphere of civil

Feda Abdelhady-Nasser
July 22, 2021

```
 1        society that, again, from my understanding,

 2        includes academia, academia in toto, in its

 3        entirety, university professors, students,

 4        cultural centers, global centers in a

 5        university, for example.

 6              Q.    In your view, would it be fair to

 7        say that any university -- I'm sorry.  There

 8        was an echo in the line.  I will put the

 9        question again.

10                   Would it be fair to say that, in

11        your view, any university, college or other

12        academic institution qualifies as a civil

13        society organization?

14              A.    That is my understanding.

              Q.    And what was the nature of the event

        that is reflected on this line on Exhibit 6?

              A.    The one with Rana Hajjaj?

18              Q.

              A.    She had asked me to discuss -- well,

20        she was presenting her program and seeking

21        possible partnerships through the UN Global

22        Education Initiative.

23              Q.    What is her program?

24              A.    She supervises the Al-Quds Bard

25        College program which offers academic courses
```

Feda Abdelhady-Nasser
July 22, 2021

```
1    to Palestinian students in the West Bank.

2         Q.    What type of partnership was she

3    seeking?

4         A.    With UN institutions.  The UN

5    Division For Palestinian Rights partners with

6    certain colleges and universities for capacity

7    building, for training, for other things, and,

8    often, academics and others participate in

9    events that are organized by the Committee on

10   the Exercise of the Inalienable Rights of

11   Palestinian People, and the UN Division For

12   Palestine Rights is a secretary arm of that

13   committee, so she was seeking an introduction.

14        Q.    She was seeking an introduction.

15   Was she seeking to form a partnership with the

16   Observer Mission?

17        A.    No.  Because we do not partner -- we

18   cannot partner with universities.

19        Q.    Why is that?

20        A.    Because our work is focused on the

21   UN as diplomats.  We don't enter into

22   partnerships with universities or other civil

23   society organizations.  But often, civil

24   society individuals will contact us to, if they

25   are interested in working on Palestine or
```

Feda Abdelhady-Nasser
July 22, 2021

1      Israel/Palestine as sort of an entry point to

2      the UN on this issue.

3          Q.    Let's go down to the line that's at

4      February 20, 2020 at 1730 hours.  Do you see

5      that one?

6          A.    1730?

7          Q.    Yes, ma'am.

8          A.    South Africa?

9          Q.    That's right.  Can you explain to me

10     what the event was that's reflected there?

11         A.    That was the meeting with the

12     political coordinator of the Permanent Mission

13     of South Africa to the United Nations.

14         Q.    Understood.  And who were the

15     participants in that event?

16         A.    It was myself and the political

17     coordinator.

18         Q.    Where did that event take place?

19         A.    At the United Nations.

20         Q.    Let's go down to the very    the

21     very next entry.  It says, interactions with

22     CEIRPP bureau meeting.  Can you tell me what

23     that event was?

24         A.    The CEIRPP is the UN Committee on

25     the Exercise of the Inalienable Rights of the

Feda Abdelhady-Nasser
July 22, 2021

1      Palestinian People.  There is a small bureau

2      composed of various countries chaired by

3      Senegal.  Palestine is a part of that bureau,

4      so that was a meeting of the bureau of that

5      committee.

6           Q.    And why is this meeting -- why is

7      this meeting on this list as opposed to the

8      main calendar that we looked at a few minutes

9      ago, if you know?

10          A.    I don't know.

11          Q.    Did you have any input into

12     determining which entries from your calendar

13     would be placed on this list versus which

14     entries would be placed on the main calendar

15     that we looked at a few minutes ago?

16          A.    I think that, in general, closed

17     meetings that were not public meetings on UN

18     premises in the General Assembly or in the

19     Security Council or in one of the committees

20     were placed on this list.  And so the bureau

21     meeting would be a closed meeting.

22               There wouldn't be anybody in

23     attendance, except the Ambassadors or Deputy

24     Ambassadors of the bureau, which is just a few

25     handful of countries, and those bureau meetings

Feda Abdelhady-Nasser
July 22, 2021

1    are not a matter of public record.

2         Q.    Go down to the entry that's on

3    February 28, 2020 at 1600.  Do you see that

4    one?

5         A.    Yes.

6         Q.    That one says, interaction with

7    civil society organization Fairleigh Dickinson

8    University on UN topics.  Do you see that?

9         A.    Yes.

10        Q.    Was that a meeting that was attended

11    by anyone affiliated with the UN, other than

12    yourself?

13        A.    No, just myself.

14        Q.    And I think -- can you tell us what

15    the nature was of the event that's reflected in

16    this on entry on the calendar?

17        A.    It was a meeting with the global

18    education department at Fairleigh Dickinson

19    University, and it was about their Model UN

20    program.

21        Q.    What aspects of their Model UN

22    program did this meeting concern?

23        A.    About the possibility of my speaking

24    to the Model UN program on Palestine's work at

25    the UN.

Feda Abdelhady-Nasser
July 22, 2021

1      Q.     And did you, in fact, ever do that?

2      A.     No, I did not, because the pandemic

3   happened.  So I met with them, introductions

4   were made, and then two weeks later, everything

5   came to a full stop.

6      Q.     Understood.  And when you say --

7   when you say UN topics in this entry, you're

8   talking about -- you're talking about the

9   request that you appear and speak to or

10  participate in the Model United Nations at

11  Fairleigh Dickinson University?

12     A.     Yes.  It included the request for me

13  to speak at the Model UN and also discussion

14  about the status of the Palestine question at

15  the UN, because it was the director of the

16  Global Education and Affairs Department.

17     Q.     Where did this event take place?

18     A.     At Fairleigh Dickinson University.

19     Q.     This was an in-person meeting?

20     A.     Yes, it was.

21     Q.     And apart from the representative of

22  Fairleigh Dickinson and yourself, was anybody

23  else in attendance?

24     A.     No.

25     Q.     Was Professor Grob at the meeting?

Feda Abdelhady-Nasser
July 22, 2021

```
1            A.     No, he was not.  But I did mention

2       that I knew Professor Grob.  I thought it was a

3       very small world.

4            Q.     Let's move a few more pages into the

5       document and go to the entry on September 22,

6       2020 at 1700.  Let me know, Ambassador

7       Abdelhady-Nasser, when you have that line in

8       front of you.

9            A.     I see it.

10           Q.     And you see that it says,

11      interaction with Arab Group and Judge Emmanuel

12        I'm going to get this wrong -- Ugirashebuja?

13           A.     Yes.

14           Q.     So can you tell me what this -- can

15      you tell me what this entry reflects?

16           A.      It was a meeting of the Arab Group

17      at the UN, and it was a request by Judge

18      Emmanuel to present his candidacy to the Arab

19      group.

20                  So when certain judges or diplomats

21      or others are seeking appointments or election

22      at the UN, they lobby groups.  They lobby the

23      Arab group, they lobby the African group, they

24      lobby the eastern European group.

25                  And so I was in attendance in this
```

Feda Abdelhady-Nasser
July 22, 2021

1    Arab Group meeting and he came to present his

2    candidacy.

3        Q.    And what is the Arab Group?  Sorry

4    for not knowing.  What is the Arab Group?

5        A.    The Arab Group is the constellation

6    of 22 Arab countries, including the State of

7    Palestine.  It is currently 21 because Syria is

8    suspended from the Arab Group at the moment.

9        Q.    So what was Judge Emmanuel looking

10   to be appointed or elected?

11       A.    I don't actually recall if it was

12   for the ICJ or the -- I believe it was for the

13   ICJ, but I'm not sure, actually.

14       Q.    And by ICJ, you mean the

15   International Court of Justice?

16       A.    Correct.

17       Q.    Let's go back to March 9, 2020, at

18   14:00.  Okay.  This is the third line up from

19   the bottom of the page.  Do you see that,

20   Ambassador?

21       A.    Yes, I do.

22       Q.    And do you see it says, interaction

23   with civil society organization, Palestine

24   Institute for Public Diplomacy on UN topics?

25       A.    Yes, I do.

Feda Abdelhady-Nasser
July 22, 2021

```
 1            Q.     And what is the Palestine Institute

 2     for Public Diplomacy?

 3            A.     It is a non-governmental

 4     organization based in Ramallah.

 5            Q.     It is not part of the United

 6     Nations; correct?

 7            A.     No, it is not.

 8            Q.     And was this    I guess we're

 9     getting right up to the line here.  Was this an

10     in-person event or was this a virtual event of

11     some sort?

12            A.     It was a phone call.

13            Q.     And who were the participants in the

14     phone call?

15            A.     Myself and someone from the PIPD.

16            Q.     Okay.  And when you say this was a

17       when you say that this is an event that

18     concerned UN topics, what do you mean?

19            A.     The individual from the PIPD was

20     calling to ask me about initiatives that we

21     would be undertaking at the UN in the coming

22     year, including the annual exhibit at the

23     United Nations on the International Day of

24     Solidarity with the Palestinian people.

25            Q.     Okay.  Let's go to March 17, 2020 at
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1        1900.  The first one on this page, actually.

 2        Do you see that one, Ambassador

 3        Abdelhady-Nasser?

 4             A.    I see it.

 5             Q.    Who is Michael Lynk?

 6             A.    Michael Lynk is the UN Special

 7        Rapporteur on the human rights situation in the

 8        occupied Palestinian territory.

 9             Q.    And Ardi Imseis?

10             A.    Ardi Imseis is a professor and a

11        lawyer based in Canada.  He liaises with the UN

12        Division For Palestinian Rights on legal

13        issues.  He is often presented at the seminars

14        and he is also part of the Commission of

15        Inquiry of the United Nations on Yemen.

16             Q.    And a -- does Professor Imseis have

17        any formal role at the United Nations

18        currently?

19             A.    Yes, he does.  He is part of the UN

20        Commission of Inquiry on Yemen.  It's a high

21        level panel of experts.

22             Q.    Where did this event take place?

23             A.    On the phone.

24             Q.    And where were you when you took

25        this phone call?
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1          A.    At home.

 2          Q.    Going down two lines, on March 17,

 3    at 1800.

 4          A.    Yes.

 5          Q.    It says, interaction with civil

 6    society organization Professor Boon on UN

 7    topics.  Do you see that?

 8          A.    Yes.

 9          Q.    What was the nature of this event?

10          A.    Professor Boon was a professor at

11    Seton Hall University that had E-mailed me to

12    request to speak with her students at Seton

13    Hall Law School about Security Council

14    resolutions on Palestine, and that was a phone

15    call that we had.  In light of the lockdown,

16    she wanted to figure out how we could still

17    have that interaction with her students.

18          Q.    Did the interaction with Professor

19    Boon's students ever occur?

20          A.    Yes,  it  did.

21          Q.    When was that?

22          A.    That occurred at the end of March.

23          Q.    And is that on your calendar here?

24          A.    Yes, it is.

25          Q.    Which entry is that on your
```

Feda Abdelhady-Nasser
July 22, 2021

1    calendar?

2          A.    It's March 30, 2020.

3          Q.    At 1600?

4          A.    Yes, correct.

5          Q.    So during this -- this entry here,

6    interaction with civil society org -- oh, I

7    see.  I'm so sorry.  Now I see it.  That was

8    actually the next thing on my list, in any

9    event.

10              So interaction with civil society

11    organization Seton Hall on UN topics, that

12    entry, am I correct, reflects your conversation

13    with Professor Boon's students?

14          A.    Yes, correct.

15          Q.    And what were the topics that you

16    discussed with Professor Boon's students?

17          A.    The focus was on Security Council

18    resolutions, particularly Security Council

19    Resolution 2334 of 2016, and the Palestine

20    question, in general, at the UN.

21          Q.    Where were you physically located

22    during this interaction with civil society

23    organization Seton Hall on UN topics, that took

24    place on March 30th at 1600?

25          A.    I was at home.

Feda Abdelhady-Nasser
July 22, 2021

1          Q.    And what was the purpose of your

2     conversation with Professor Boon's students on

3     March 30, 2000?

4                    MR. BERGER:  Objection, asked

5     and answered, but you may answer again.

6                    THE WITNESS:  I was responding

7     to a request by Professor Boon to speak to her

8     students on the specific topic, based on my

9     expertise as an Ambassador and a Deputy

10    Permanent Observer of the State of Palestine to

11    the United Nations.

12                   Often professors seek that kind of

13    input, that kind of expertise to be shared with

14    their students, to give them a sense of real

15    life diplomacy or even some background

16    information that they wouldn't otherwise have

17    been able to read in the newspaper or some

18    other coverage of events at the UN.

19    BY MR. SINAIKO:

20         Q.    Would it be fair to say that you

21    participated in that event in your capacity as

22    Deputy Permanent Observer?

23         A.    Yes.  Absolutely.

24         Q.    And would it be fair to say that

25    during that -- well, withdrawn.

Feda Abdelhady-Nasser
July 22, 2021

1              Would it be fair to say that one of

2      the purposes of your discussion with Professor

3      Boon's students or your presentation to

4      Professor Boon's students was to put forward

5      the Palestinian view?

6          A.    Yes.  Everything that I do, in my

7      capacity as the Ambassador Deputy Permanent

8      Observer of the State of Palestine, I represent

9      the perspective, the view, the cause of the

10     Palestinian people.

11         Q.    Would it be fair to say that during

12     the conversation you had or the presentation

13     you made to Professor Boon's students at Seton

14     Hall, that you were advocating for the cause of

15     the Palestinian people to Professor Boon's

16     students?

17              MR. BERGER:  Objection to the

18     form of the question.  Asked and answered and

19     argumentative.  But you may answer again.

20              MR. SINAIKO:  Could the court

21     reporter read the question back for the

22     witness, please?

23              (Reporter read back from the

24     record.)

25              THE WITNESS:  When I speak at

Feda Abdelhady-Nasser
July 22, 2021

```
1    the United Nations or with any civil society

2    organization, I speak in support of the rights

3    of the Palestinian people as per international

4    law, including humanitarian and human rights

5    law.

6              I do so within the framework of

7    international law and of UN resolutions

8    because, despite the fact that I have been

9    doing this now for 29 years to no avail, I

10   still believe that international law and UN

11   resolutions are the way to the realization of

12   the inalienable rights of the Palestinian

13   people.

14             So when I speak, again, at the UN or

15   with any civil society organization, I do so

16   with conviction that this is the path to

17   justice and peace.

18   BY MR. SINAIKO:

19        Q.    And your purpose in speaking to

20   Professor Boon's students was to persuade them

21   of your point of view; correct?

22        A.    No, it was not.  It was to present a

23   reflection of my work at the UN on behalf of

24   the State of Palestine and the Palestinian

25   people, to give them an understanding of what
```

Feda Abdelhady-Nasser
July 22, 2021

1    we do and why we do it, why do we seek General

2    Assembly resolutions on the Palestine question,

3    why do we engage at the Security Council.  In

4    specific, Professor Boon asked me to address

5    the Security Council dimension of the Palestine

6    question at the UN.

7              So it was to explain how we engage

8    as diplomats and why we engage in the UN

9    context.

10        Q.    By the way, this event or -- this

11   event that's covered by the entry on your

12   calendar that we're looking at now, this March

13   30, 1600 event, do you know whether this event

14   was open to anybody other than Professor Boon's

15   students?

16              In other words -- let me leave the

17   question as is.  Do you know whether the event

18   was open to anybody other than the students in

19   Professor Boon's class?

20        A.    I was told by Professor Boon that it

21   was only herself and her students, and that

22   those that are represented on the screen were

23   all of her students in that specific --

24        Q.    So it was done by Zoom, is that

25   right, or something equivalent to the Zoom?

Feda Abdelhady-Nasser
July 22, 2021

1      A.    I think it was MS Teams.  To be

2   quite honest, I mean, I couldn't even get my

3   picture up.  So I had my -- it was like my

4   initials.  It was the beginning of using all of

5   this technology.

6      Q.    Right.  I appreciate that.

7      A.    Yeah.

8      Q.    Okay.  Let's go down to May 11, 2020

9   at 2030 hours.

10     A.    Uh-huh.

11     Q.    It says, interaction with civil

12  society organization, Professors Grob and

13  Segal, on UN topics?

14     A.    Yes.

15     Q.    I think you had mentioned before

16  that Professor Segal had a cohort who sometimes

17  engages in, you know, in these issues with him?

18     A.    Yes.  Professor Grob's partner is

19  Professor Segal.  They are like a team.

20     Q.    So Professor Grob, in this entry, is

21  the same guy we talked about before at

22  Fairleigh Dickinson University; correct?

23     A.    Correct.

24     Q.    And who is Professor Segal, by the

25  way?

Feda Abdelhady-Nasser
July 22, 2021

1          A.     Professor Jerome Segal.

2          Q.     Well, Professor Grob, I think we

3    have been introduced to, but Professor Segal,

4    where does he teach?

5          A.     I don't actually know his university

6    affiliation.  I know that he is an author, he

7    writes columns.  I believe he is somewhere in

8    Baltimore.

9          Q.     Is he a professor at all?

10         A.     He signs his E-mails Professor

11   Jerome Segal, so I am assuming it's legitimate.

12         Q.     He calls himself Professor?

13         A.     He is, I am assuming he is a

14   professor because he calls himself Professor

15   Segal.

16         Q.     Understood.  Okay.  And you regard

17   Professor Segal as a civil society

18   organization?

19         A.     Yes, I do.

20         Q.     On account of his interests in these

21   Palestine issues that are -- that you also work

22   on before the United Nations?

23         A.     Yes, correct.  He often, as I said,

24   writes columns and journalistic pieces on

25   Palestine at the UN.  I know that he is an

Feda Abdelhady-Nasser
July 22, 2021

1    author of certain books, or he is currently

2    authoring a book.

3         Q.    And do you recall the nature of this

4    interaction that's reflected on this calendar

5    at May 11 at 2030 hours?

6         A.    Yes.

7         Q.    What was the nature of it?

8         A.    Professors Grob and Segal were

9    presenting an idea to me that would be launched

10   in the UN General Assembly.

11        Q.    Go to June 22, 2020 and,

12   specifically, 1900 hours.

13        A.    Uh-huh.

14        Q.    There is an entry there that says,

15   interaction with Anita at division?

16        A.    Yes.

17        Q.    Can you tell me the nature of that

18   event, the event that is reflected in that

19   calendar entry?

20        A.    It was a phone call with Anita

21   Mathur, who was the secretary of the UN

22   Division For Palestinian Rights.  It was a

23   farewell phone call.

24        Q.    So Anita is or was, at the time, a

25   departing official at the United Nations?

Feda Abdelhady-Nasser
July 22, 2021

1          A.     Correct.  Well, she was leaving the

2     UN Division For Palestinian Rights to go to

3     another UN department.

4          Q.     Understood.  Okay.  Let's go to the

5     bottom of the page, third line up from the

6     bottom, interaction with Michael O'Toole of

7     Ireland.  Do you see that one?

8          A.     Yes.

9          Q.     Who is Michael O'Toole?

10          A.     Michael O'Toole was with the UN

11     Mission of Ireland, Permanent Mission of

12     Ireland to the United Nations.

13          Q.     And what was the nature of this

14     event?

15          A.     Michael was a first secretary.  He

16     had the    among his files that he was

17     responsible for was Palestine/Israel, and this

18     was a farewell lunch.

19          Q.     That's obviously not in person at

20     that time; right?

21                    (Discussion held off the

22     record.)

23                    THE COURT REPORTER:  Excuse

24     me.  You both cut out and I didn't hear after

25     "that is obviously not in person at that time."

Feda Abdelhady-Nasser
July 22, 2021

1          MR. SINAIKO:  I can repeat

2     that for you, Karen.  I said, obviously, at

3     that time, it was not an in-person event, and

4     then Ambassador Abdelhady-Nasser responded, but

5     I don't want to repeat her response.  I'll just

6     let her give it again.

7               THE WITNESS:  I said that it

8     was an in-person event because it was outdoors

9     in July.

10    BY MR. SINAIKO:

11         Q.    Go to the very next entry.  It says,

12    interaction on UN topics for Indonesia Ph.D.

13    dissertation.

14         A.    Yes.

15         Q.    Can you tell us what event is

16    reflected in that entry?

17         A.    This was a discussion with a

18    student, an Indonesian student, who was the

19    daughter of an Indonesian diplomat to the UN,

20    who was doing research on Palestine.

21         Q.    And this person, this daughter was

22    not herself affiliated with the UN in any way;

23    correct?

24         A.    No, she was not.  She was doing her

25    dissertation, and her parent, who was a

Feda Abdelhady-Nasser
July 22, 2021

```
1    diplomat, connected her with me to discuss

2    Palestine at the UN.

3         Q.    And what topics did you discuss with

4    her around Palestine and the UN?

5         A.    We discussed everything from UN

6    General Assembly Resolution 181 all the way to

7    the present day.

8         Q.    And you have had those conversations

9    in your official capacity as Deputy Permanent

10   Observer?

11        A.    Yes, I did.  She was tapping into my

12   expertise.

13        Q.    And was one of your purposes in

14   having that conversation to advocate for the

15   cause of the Palestinian people?

16        A.    That one, no, because I was simply

17   answering her questions as to Palestine at the

18   UN.  So she asked me the questions, and I would

19   answer.  And it was strictly about her

20   research.

21        Q.    And do you remember the name of this

22   student?

23        A.    I do not.

24        Q.    Would you put the name of the

25   student in your calendar?
```

Feda Abdelhady-Nasser
July 22, 2021

1          A.     I don't actually recall.  I don't

2     think so.  I think it was an extremely long

3     name, and the reminder to myself in the

4     calendar was just to remind myself that I was

5     speaking with the Ph.D. student.

6          Q.     Understood.  Did anybody participate

7     in this conversation other than you and the

8     student?

9          A.     No.  It was just myself and the

10    student.  And it was a phone call on WhatsApp.

11         Q.     Would it be fair to say that you

12    regard any discussion of your work at the

13    Observer Mission as involving a UN topic?

14         A.     Yes.

15         Q.     Would it be fair to say that you

16    regard any conversation relating to the

17    question of Palestine, as you put it, as

18    involving a UN topic?

19         A.     Yes.  Every dimension of the

20    Palestine question is covered at the UN.  It

21    is, actually, and this is something that is

22    often noted by UN diplomats, the

23    longest-standing agenda item at the United

24    Nations.

25         Q.     Let's go to August 3, 1500.  Do you

Feda Abdelhady-Nasser
July 22, 2021

1      see that one is in the middle of the page?

2           A.    Yes.

3           Q.    Do you see that that says,

4      interaction with Brian Flynn of Ireland?

5           A.    Yes.

6           Q.    What does that entry reflect, what

7      events does that entry reflect?

8           A.    Brian Flynn is the Deputy Permanent

9      Representative of the Irish Mission to the UN.

10          Q.    And what does this calendar entry

11     reflect?

12          A.    It was a virtual meeting that we had

13     following Ireland's election to the Security

14     Council.

15          Q.    Got it.  And let's go to the very

16     next line.  You see it says, interaction with

17     Ileana of Romania?

18          A.    Uh-huh.

19          Q.    What does that entry reflect?

20          A.    Ileana is the Deputy Permanent

21     Representative of Romania to the UN, and that

22     was a lunch.

23          Q.    Is Ileana her first or last name?

24          A.    It is her first name.

25          Q.    Go to April -- I'm sorry, August 5th

Feda Abdelhady-Nasser
July 22, 2021

1       at 1700, same page.

2               A.      Yes.

3               Q.      It says, interaction with Georg of

4       Liechtenstein?

5               A.      Yes.

6               Q.      What does that entry reflect?

7               A.      Georg is the Deputy Permanent

8       Representative of Liechtenstein to the UN.

9               Q.      And what does the entry reflect,

10      what sort of event?

11              A.      It was a phone call from Georg to

12      myself about work at the UN General Assembly.

13      There was a draft resolution that Liechtenstein

14      was seeking support for.

15              Q.      Let's go to September 16th at 2000

16      hours.

17              A.      Yes.

18              Q.      Here it says, interaction with civil

19      society organization Greg Khalil on UN topics.

20      Do you see that?

21              A.      Yes.

22              Q.      Tell me what that entry reflects.

23              A.      That reflects a phone call with Greg

24      Khalil, who is a former colleague who is now

25      teaching a course at Columbia University and is

Feda Abdelhady-Nasser
July 22, 2021

1     a co-founder of the Telos Group.

2          Q.    And what is -- you say that Greg

3     Khalil was a former colleague.  What do you

4     mean by that?

5          A.    He used to work for the NSU, the

6     Negotiation Support Unit, of the PLO.

7          Q.    Got it.  And you regard    you

8     regard him -- well, withdrawn.

9                When you say "the PLO," you mean the

10    Palestine Liberation Organization, one of the

11    Defendants in this case; correct?

12         A.    Correct.

13         Q.    And what is this unit that he worked

14    with at the Palestine Liberation Organization?

15         A.    Many years ago he worked for the

16    Negotiation Support Unit, and in 2004, when we

17    went to the International Court of Justice,

18    that is when I met Greg and we became friends.

19         Q.    What is the Negotiation Support Unit

20    or what was it?

21         A.    It was a unit that provided

22    technical support on negotiations to the

23    Palestinian leadership.  It's based in

24    Ramallah.

25         Q.    And Mr. Khalil now teaches at

Feda Abdelhady-Nasser
July 22, 2021

1     Columbia, I think you said?

2          A.     He teaches one course at Columbia,

3     but his main work is with the Telos Group.

4          Q.     What is the Telos Group?

5          A.     It is a faith-based organization

6     that seeks to promote reconciliation between

7     Palestinians and Israelis using faith as a

8     source of good, not confrontation.

9          Q.     And this event that's reflected in

10    this line on your calendar, interaction with

11    civil society organization Greg Khalil on UN

12    topics, can you tell me what this -- what this

13    event concerned?

14         A.     It was a phone call between Greg and

15    myself.  We were, basically, catching up.  And

16    he was telling me about his work and I was

17    telling him about my work at the UN.  And he

18    actually commented that I was running around in

19    circles because what I told him we were doing

20    at the UN was the same thing I said ten years

21    ago.

22         Q.     And how does Mr. Khalil qualify as a

23    civil society organization?

24         A.     He is the co-founder of Telos, which

25    is a faith-based organization that engages in

Feda Abdelhady-Nasser
July 22, 2021

```
 1        civil society work to promote reconciliation

 2        and peacemaking.

 3             Q.    Let's go to October 19, 2020, at

 4        1930.  And I think this is the fourth line down

 5        on the page.  Do you see that, Ambassador

 6        Abdelhady-Nasser?

 7             A.    Yes, I do.

 8             Q.    You see that it says, interaction

 9        with civil society organization NRC on UN

10        topics?

11             A.    Yes.

12             Q.    What is NRC?

13             A.    The Norwegian Refugee Council.

14             Q.    What does this entry in your

15        calendar reflect?

16             A.    It was a phone call with Itay

17        Epshtain of the Norwegian Refugee Council, and

18        he was discussing a report that the NRC had

19        recently presented to the UN.

20             Q.    What was that report?

21             A.    It was about the humanitarian

22        situation in the occupied Palestinian

23        territory.

24             Q.    Right.  And what is the, to the

25        extent you know, the purpose of this Norwegian
```

Feda Abdelhady-Nasser
July 22, 2021

1      refugee committee?

2          A.     The Norwegian Refugee Council

3      provides humanitarian support in many countries

4      around the world, including in Palestine, and

5      Itay was, I guess you could say, doing outreach

6      prior to the convening of the Fourth Committee

7      of the UN General Assembly, to which these

8      reports are very relevant because two of the

9      agenda items in the Fourth Committee concern

10     Palestine, and, particularly, the UNRWA agenda

11     item, U-N-R-W-A, which is the UN agency

12     responsible for Palestine refugees, and NRC

13     engages with UNRWA.

14         Q.     Let's go to a couple of lines down

15     the page, October 27th at 1400?

16         A.     Yes.

17         Q.     Ambassador Abdelhady-Nasser, do you

18     see that it says there, interaction with Greta,

19     UNRWA rep?

20         A.     Yes.

21         Q.     Who is Greta?

22         A.     Greta Gunnarsdottir is the UNRWA

23     representative here in New York to the UN.

24         Q.     She is an official at the United

25     Nations?

Feda Abdelhady-Nasser
July 22, 2021

```
 1           A.    She is an official of the United

 2     Nations.  She represents the United Nations

 3     Relief and Works Agency for Palestine refugees.

 4           Q.    Let's go to November 3, 2020 at

 5     1500.  Do you see that one?  It says, internal

 6     Palestine UN Mission business?

 7           A.    Yes.

 8           Q.    Do you know what that entry

 9     reflects?

10           A.    It reflected a meeting with one of

11     my colleagues in preparation for draft

12     resolutions that we were submitting to the

13     General Assembly, in specific, to the Fourth

14     Committee.

15           Q.    Can we, for one moment, go back?  I

16     think this is Exhibit 6.  Can we go back to

17     Exhibit 5 for a moment?

18                     THE VIDEOGRAPHER:   Would you

19     like to go off the record, Mr. Sinaiko?

20                     MR. SINAIKO:  No need.  I

21     think we can get back to that exhibit quickly.

22     And if we could just go to the same date,

23     November 3 at 1500.

24     BY MR. SINAIKO:

25           Q.    Do you see, for the same day, there
```

Feda Abdelhady-Nasser
July 22, 2021

1    is a different    there's actually a different

2    entry.  Do you see that, the same date and

3    time, November 3, 2020 at 1500?

4         A.    Yes, I see that.

5         Q.    It says, interaction with civil

6    society organizations on UN topics; right?

7         A.    That's what it says.

8         Q.    Right.  And so I guess what I'm

9    wondering is which one of those    I assume

10   that those entries are intended to refer to the

11   same event because they're at the same time and

12   on the same date and they are the only ones on

13   that date and time.

14        A.    I think -- I believe that the entry

15   that says, internal Palestine Mission business,

16   is the correct entry.  That is not --

17        Q.    Okay.  Understood.  I was just

18   trying to clarify the discrepancy between the

19   two documents.

20             So this one here, so whatever

21   happened on November 3, 2020 at 1500 in your

22   calendar, that was not interaction with civil

23   society organizations on UN topics?

24        A.    No, it was not.

25        Q.    Is that right?

Feda Abdelhady-Nasser
July 22, 2021

1        A.     You are correct.

2        Q.     It was an error.  That's fine.

3   Okay.

4              MR. SINAIKO:  Could we go back

5   to the Exhibit 6 now?  Thanks, Cosette.

6              Okay.  And let's go to December 2nd

7   of 2020.  And I'm looking at 2000 hours.

8   BY MR. SINAIKO:

9        Q.     It says, interaction with Division

10  For Palestinian Rights?

11       A.     Yes.

12       Q.     Tell me what the nature of the event

13  was that this entry refers to.

14       A.     It was a meeting with the UN

15  Division For Palestinian Rights.

16       Q.     What is the Division For Palestinian

17  Rights?  Sorry for not knowing.

18       A.     It is the UN Secretary Support Unit

19  for the UN Committee on the Exercise of the

20  Inalienable Rights of the Palestinian People,

21  and it's a General Assembly mandated

22  department.

23       Q.     Got it. Go to the -- 2100.

24       A.     I'm sorry, what was the date?

25       Q.     September 8th of 2020.

Feda Abdelhady-Nasser
July 22, 2021

1          A.    Uh-huh.

2          Q.    2100.  I mean, I recognize these are

3     just the times that are on the list.  They are

4     not

5          A.    Yes.

6          Q.    You know, I assume that it wasn't at

7     9:00 at night, and it doesn't much matter.

8               Do you see, it says, interaction

9     with Peter Mulrean, former UNRWA representative

10    in New York?

11         A.    Right.

12         Q.    And who is Mr. Mulrean?

13         A.    Peter Mulrean was formally the UNRWA

14    representative in New York, and it was a phone

15    call to discuss the status of UNRWA at the time

16    in -- as of December of 2020, but it was also a

17    friendly phone call because Peter had retired.

18         Q.    Got it.  And can you tell me more

19    specifically what you discussed with

20    Mr. Mulrean?

21         A.    We discussed the status of UNRWA.

22         Q.    When you say "the status of UNRWA,"

23    what do you mean?

24         A.    UNRWA was experiencing financial

25    difficulties towards the end of 2020, and

Feda Abdelhady-Nasser
July 22, 2021

```
 1        Peter, as a representative of UNRWA prior to

 2        his retirement, was very much involved in

 3        seeking international support to UNRWA,

 4        including humanitarian funding support.

 5             Q.    And by the fall or by, I guess, the

 6        date, December 8th of 2020, was it the case

 7        that personnel from the Observer Mission were

 8        back in the building, at least on an occasional

 9        basis?

10             A.    At least, yes, on an occasional

11        basis.

12             Q.    Do you know where you were when you

13        had this conversation with Mr. Mulrean on

14        December 8th of 2020?

15             A.    I was at home.

16             Q.    And going back for a moment to the

17        discussion that you had with Professor Boon's

18        students at Seton Hall, that we discussed a few

19        minutes ago, where were you physically located

20        when you had that conversation?

21             A.    I was at home.

22             Q.    All right.  Let's go to the next

23        page.  Looking at January 27, 2021, 1630

24        hours

25             A.    Uh-huh.
```

Feda Abdelhady-Nasser
July 22, 2021

1          Q.      There it is.  Okay.  Do you see that

2     says, interaction with DPR?

3          A.      Yes.

4          Q.      What was the nature of the event

5     reflected in this entry in the calendar?

6          A.      So, actually, that is one of the

7     examples of the duplications.  I think that

8     when I exported my calendar to Excel,

9     interaction with DPR is the same thing as the

10    interaction relating to division mapping

11    project meeting.

12               DPR refers, in this case, to the

13    Division For Palestinian Rights.  The entry

14    above it was Division.

15               The way that this happened is that I

16    put in the entry, which is much more

17    descriptive, interaction relating to division

18    mapping project meeting, in my calendar.  When

19    the division sent me an invite to MS Teams and

20    I clicked accept, then it comes alongside that

21    and they called it, you know, DPR.

22               That is their handle.  And so there

23    are two entries at the same time.  But it is

24    only

25          Q.      Got it.

Feda Abdelhady-Nasser
July 22, 2021

1          A.          because I accepted the

2      invitation.

3          Q.      Understood.  And what is the

4      division mapping project?

5          A.      It is a project that the UN Division

6      for Palestinian Rights is undertaking to map

7      the voting patterns of UN Member States on the

8      Palestine question.

9          Q.      And what does DPR stand for?  Oh,

10     that's Division of Palestinian Rights?

11         A.      Correct.

12         Q.      I was just reacting to the entry

13     immediately below which also uses that, but I

14     think I know what DPR refers to in that second

15     entry.  Maybe you can just tell us what it is.

16         A.      It is, typically, used to refer to

17     any Deputy Permanent Representative at the UN.

18         Q.      And in the case of your entry on

19     January 28, 2021, for 1800, that DPR of Japan

20     refers to the Deputy Permanent Representative

21     of Japan to the United Nations?

22         A.      Correct.

23         Q.      Okey-dokey.  Go to February 25th of

24     2021, at 1930.  And you see this one says,

25     interaction with Muna Amara, student working on

Feda Abdelhady-Nasser
July 22, 2021

1      Master's thesis on the Palestine question at

2      the UN Security Council?

3           A.    Correct.

4           Q.    What does this entry reflect?

5           A.    It reflects a phone conversation

6      that I had with a student, after she conveyed a

7      request to the Palestine Mission to speak with

8      one of the diplomats to better inform her

9      thesis on the Palestine question and,

10     particularly, at the Security Council because

11     she was researching the comparison between

12     resolutions adopted under Chapter 6 or Chapter

13     7 of the charter.

14          Q.    And where were you physically

15     located when you had this conversation with

16     Muna?

17          A.    I was at home.

18          Q.    Let's go to March 1 of 2021, at

19     1900.  Do you see that?  It says, interaction

20     with US UNSC?

21          A.    Uh-huh.

22          Q.    What does that entry reflect?

23          A.    That is with the -- that was a

24     meeting with the U.S. -- the U.S. Mission team

25     to the UN Security Council.

Feda Abdelhady-Nasser
July 22, 2021

1          Q.     And let's go to March 4, at 2020 --

2     March 4, 2021, at 2200.

3          A.     Uh-huh.

4          Q.     Do you see that says, interaction

5     with APG DPR?

6          A.     Yes.

7          Q.     Can you tell me what that entry

8     reflects?

9          A.     That is the -- APG refers to the

10     Asia-Pacific Group at the United Nations, and

11     it is the DPR group of the Asia-Pacific

12     countries.

13          Q.     What is the DPR group of the

14     Asia-Pacific countries?

15          A.     It is the Deputy Permanent

16     Representatives of each of the Asia-Pacific

17     countries.

18     Q.   Got it.  Okay.  Thank you.  Let's go

19     to March 19, 2021 at 1300.

20          A.     Uh-huh.

21          Q.     Do you see that entry -- that entry

22     reads, interaction relating to "meeting on

23     Afghan women"?

24          A.     Correct.

25          Q.     Can you tell me what that entry

Feda Abdelhady-Nasser
July 22, 2021

1      reflects?

2          A.    That was a UN meeting on the

3      situation of Afghan women.  March is when the

4      UN Commission on the Status of Women is

5      convened every year.  The Afghan Ambassador had

6      asked if I could be present.  And Afghanistan

7      is a Vice Chair of the UN Committee on the

8      Exercise of the Inalienable Rights of the

9      Palestinian People.  I attended their event in

10     solidarity.  It was a virtual event.  I was a

11     passive participant.  I did not speak.

12         Q.    Now, let's go to March 19 at 1700,

13     which is actually the penultimate entry on this

14     page.

15         A.    Uh-huh.  Yes.

16         Q.    Do you see, that says, interaction

17     with Itay of Norwegian Refugee Council civil

18     society organization on UN topics.  Do you see?

19         A.    Correct, yes, I see it.

20         Q.    Can you tell us what that entry

21     reflects?

22         A.    Itay Epshtain, again, of the

23     Norwegian Refugee Council, had reached out to

24     me regarding the submission of a new NRC report

25     to the human rights -- to the UN Human Rights

Feda Abdelhady-Nasser
July 22, 2021

```
 1    Council, and he was actually physically present

 2    in New York at that time and had been meeting

 3    with various UN Missions about the NRC report

 4    on the humanitarian situation in the occupied

 5    Palestinian territory.  But I did not meet with

 6    him in person.  We met virtually by Zoom.

 7         Q.    And where were you physically

 8    located when you did that?

 9         A.    I was at home.  I had not yet been

10    vaccinated.

11         Q.    Okay.  Let's go to the very next

12    entry on the page.  It says, interaction with

13    PAL DPR.  That one is another one where it

14    looks like the two entries have the same date

15    and timestamp.  I wonder if that might not be

16    another instance of a double entry?

17         A.    I think that is one of them.  So

18    that is the Division for Palestinian Rights

19    again, and I think that that was a meeting that

20    should have been canceled in my calendar,

21    because it had been postponed to a later date

22    because I would not have been able to double

23    book.

24         Q.    What is PAL DPR?

25         A.    The Division for Palestinian Rights.
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1              Q.    Got it.  Okay.  Let's go to March

 2      30, 2021 at 1700.  Do you see this one says,

 3      interaction with Yale University civil society

 4      organization on UN topics?

 5              A.    Yes.

 6              Q.    And what is the civil society

 7      organization to which this entry refers?

 8              A.    It was a Yale University student

 9      paper, one of the journalists for their student

10      paper that wanted to talk about the medical

11      situation in Palestine, UN support to Palestine

12      in the context of COVID-19 and vaccines, the

13      access to vaccines.

14              Q.    Do you know   do you understand

15      that the person -- let me just back up a little

16      bit.

17                    What was the nature of the event

18      that's reflected in this entry?

19              A.    It was a phone call.  That was the

20      event.

21              Q.    Phone call between yourself and a

22      student journalist?

23              A.    Yes.  She had sent an E-mail to the

24      Palestine Mission, to our general Mission

25      E-mail.  It was forwarded to me by a secretary
```

Feda Abdelhady-Nasser
July 22, 2021

1    who said, can you speak to her to answer her

2    questions, and I did.

3         Q.    And do you know what publication

4    this student journalist worked for?

5         A.    It was a Yale University newsletter

6    or paper.

7         Q.    Got it.  And did you speak with the

8    student    well, strike that.

9              Do you recall the name of the

10   student  journalist you spoke with?

11        A.    I recall her first name was Ruqaiya.

12        Q.    I'm sorry?

13        A.    Ruqaiya.  Her first name was

14   Ruqaiya.

15        Q.    Can you spell that?

16        A.    It was R-U-Q-A-I-Y-A.

17              MR. BERGER:  Just like it

18   sounds.

19              MR. SINAIKO:  Sure.  I tried,

20   but I'm not that good.

21   BY MR. SINAIKO:

22        Q.    When you spoke with this student

23   journalist, you were acting in your official

24   capacity as Deputy Permanent Observer; correct?

25        A.    Yes, I was.  As I said, she reached

Feda Abdelhady-Nasser
July 22, 2021

```
 1        out to the Palestine Mission to speak with a

 2        representative of the Mission to the UN to gain

 3        further knowledge on the subject.

 4            Q.    Was this student looking for a

 5        particular type of comment from you?

 6            A.    She asked me several questions about

 7        the COVID-19 situation in Palestine and about

 8        access to vaccines and the kind of assistance

 9        and support that Palestine was receiving in

10        accessing vaccines, including through the UN

11        COVAX facility.

12            Q.    Do you know whether your comments to

13        the student journalist actually made their way

14        into a publication of any kind?

15            A.    I'm not sure.  I don't know.

16            Q.    You don't know one way or the other;

17        correct?

18            A.    I mean, I'm assuming she may have

19        used it for -- to inform her article.

20            Q.    But you don't know?

21            A.    I don't know.

22            Q.    One way or the other, you don't

23        know?

24            A.    No, I don't know.  I have not seen a

25        piece that had been produced.  It may have
```

Feda Abdelhady-Nasser
July 22, 2021

1    been, but I have not read it.

2        Q.    And was one of your purposes in

3    speaking to the student journalist to advocate

4    for the Palestinian cause?

5        A.    In my capacity as the Ambassador,

6    Deputy Permanent Observer of the State of

7    Palestine, I always speak in support of the

8    Palestinian people and in support of the cause.

9            And so I would always speak

10   favorably in regards to Palestinian rights,

11   including their right in the midst of a global

12   pandemic, to access vaccines and medical

13   assistance.

14       Q.    Let's go to April 20, 2021 at 1500

15   hours.  Do you see this one?  Can you read that

16   entry for me?

17       A.    Yes.  Interaction with civil society

18   organization Wayne Hills High School on UN

19   topics.

20       Q.    And what is Wayne Hills High School,

21   to your knowledge?

22       A.    It is a high school in Wayne, New

23   Jersey.

24       Q.    And you regard Wayne Hills High

25   School as a civil society organization?

Feda Abdelhady-Nasser
July 22, 2021

```
 1          A.    I do.  Schools are part of larger

 2    civil society, many schools participate in

 3    Model UNs.  In a non-pandemic year, we might

 4    get multiple requests by schools whose Model UN

 5    team is assigned to represent Palestine, again,

 6    a very big topic at the UN, and so the schools

 7    often reach out to have Palestinian diplomats

 8    inform their students so they can better model

 9    our delegation at the UN conferences or

10    simulations that they participate in.

11          Q.    So any high school, any college, any

12    educational institution qualifies as a civil

13    society organization in your view?

14                    MR. BERGER:  So that's at

15    least the sixth time you have asked that

16    question.  So I will object that it has been

17    asked and answered and it's still

18    argumentative.

19    BY MR. SINAIKO:

20          Q.    You can answer.

21                    MR. BERGER:  You may answer.

22                    MR. SINAIKO:  Can the court

23    reporter read the question back, please?

24                    (Reporter read back from the

25    record.)
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1                    THE WITNESS:  Yes, in my view,

 2       schools, universities, colleges, qualify as

 3       civil society because they are non-governmental

 4       institutions, entities, that are engaged in

 5       organized functions such as education, training

 6       and otherwise.

 7       BY MR. SINAIKO:

 8            Q.    And can you provide a description of

 9       the event that is reflected in this interaction

10       with civil society organization Wayne Hills

11       High School on UN topics entry in your

12       calendar?

13            A.    Yes.  So the professor, the teacher,

14       asked me to speak to his history class because

15       they had been studying the Middle East, they

16       had been studying Israel/Palestine.  He was

17       I don't know if the Israeli representative

18       spoke before me to the students or after, but

19       he wanted to present both sides of the story to

20       his high school students to inform them.

21                    And he wanted them to understand

22       about the diplomatic process at the UN on this

23       issue.

24            Q.    Were there any participants -- well,

25       do you remember the name of the teacher?
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1           A.    The teacher's name was Chris, either

 2     Ness or van Ness.

 3           Q.    And the teacher's students, were

 4     they participants in this call as well?

 5           A.    Yes, they were.  They were on the

 6     Zoom.

 7           Q.    And where were you physically

 8     located when you participated in this Zoom

 9     call?

10           A.    I was still at home.  I had not yet

11     been vaccinated.

12           Q.    And you mentioned a moment ago that

13     either before or after you spoke to this class,

14     a representative of Israel also spoke to them;

15     correct?

16           A.    I was informed by the teacher that

17     this is their -- this is how they do things,

18     that they like to present both sides.

19           Q.    Understood.  So your position in

20     speaking with these students, then, was to

21     present the Palestinian side; correct?

22           A.    It was to present Palestine's

23     diplomatic work at the UN.  That is what I can

24     speak to.  That is what I have been doing for

25     29 years.
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1        Q.    Understood.  It was to present the

 2    Palestinian side of the story; correct?

 3        A.    It was to present the efforts of

 4    Palestine at the UN in the context of an

 5    ongoing search for the achievement of

 6    Palestinian rights, justice and a peaceful

 7    solution to the Israeli/Palestinian conflict.

 8              And as a diplomat, it is always my

 9    objective to present the peaceful diplomatic

10    search for a solution to the

11    Israeli/Palestinian conflict as the best way to

12    resolve the conflict.

13        Q.    And you made that presentation to a

14    group of high school students; correct?

15        A.    Correct.

16        Q.    Let's go to April 26, 2021 at 1400.

17    That's just a few stops down the page.

18        A.    Yes.

19        Q.    Do you see that one?  It says,

20    interaction with civil society organization HRW

21    on UN topics.

22        A.    Yes.

23        Q.    What is HRW?

24        A.    It is Human Rights Watch.

25        Q.    What is Human Rights Watch?
```

Feda Abdelhady-Nasser
July 22, 2021

1          A.     It is a global human rights

2     organization, non-governmental organization.

3          Q.     And what is the nature of the event

4     that is reflected in this entry from your

5     calendar?

6          A.     Human Rights Watch was going to

7     present or launch a new report that they had

8     done that concerned Israel/Palestine, and the

9     representative of Human Rights Watch to the UN,

10    Louis Charbonneau, with two of his colleagues,

11    were -- had reached out to the Mission to

12    discuss the report and the possibility of

13    presenting the report at the UN, including in

14    an event that would be hosted by the UN

15    Committee on the Exercise of the Inalienable

16    Rights of the Palestinian People.

17         Q.     And do you know whether this report

18    was, in fact, presented at the United Nations?

19         A.     It was presented by a discussion in

20    which one of the authors of the Human Rights

21    Watch report participated in an event that was

22    hosted by the UN, yes.

23         Q.     And what was the content of this

24    report, if you know?

25         A.     It was called A Threshold Crossed,

Feda Abdelhady-Nasser
July 22, 2021

1    and it concerned the determination by Human

2    Rights Watch that Israel has crossed the line

3    and it practices apartheid.

4         Q.    And what was the purpose of your

5    discussion on April 26, 2021 with Human Rights

6    Watch concerning this report?

7         A.    They reached out to us to inform us

8    about the impending launch of the report and to

9    explore the possibility of presenting the

10   report within the UN context.

11        Q.    What aspect of that were they

12   looking to discuss with you?

13        A.    Well, Palestine is a member of the

14   UN Committee on the Exercise of the Inalienable

15   Rights of the Palestinian People as well as the

16   bureau, and often, virtual events are held

17   where civil society organizations present to

18   the committee, present reports, their work.

19             It can be international civil

20   society organizations like Human Rights Watch,

21   like Amnesty International, it can be Israeli

22   human rights organizations like B'Tselem, Yesh

23   Din.  It can be Palestinian human rights

24   organizations like Al-Haq or others.

25             So they were exploring the

Feda Abdelhady-Nasser
July 22, 2021

1    possibility of making a presentation of their

2    report to the committee.

3        Q.    And what were they -- I mean, what,

4    if anything, were they looking for from you in

5    that regard?

6                MR. BERGER:  Objection, calls

7    for speculation.

8    BY MR. SINAIKO:

9        Q.    So far as you understand.

10        A.    They were presenting to us the

11    substance of the report so that we could make a

12    recommendation to the committee and the bureau

13    as to whether this would be appropriate to

14    present in the UN context.

15        Q.    Okay.  Let's go back to Exhibit 4.

16    We can put it on the screen.  I don't know,

17    Ambassador Abdelhady-Nasser, do you have a

18    physical copy of the document in front of you

19    now?

20        A.    I do.

21        Q.    Oh, good.  We can -- I mean, if it's

22    more convenient, we can just work from the

23    physical copy.  That's fine.  We don't have to

24    take up screen space with it.  So long as you

25    have Exhibit 4 in front of you.

Feda Abdelhady-Nasser
July 22, 2021

1        A.     I do.

2        Q.     Then we can -- Okey-doke.  Let's go

3    to February 12, 2020 at 2115.  Do you see that

4    entry there?

5        A.     Yes, I do.

6        Q.     Can you read that to us?

7        A.     Women's Foreign Policy Group.

8        Q.     What is the Women's Foreign Policy

9    Group?

10       A.     It is an NGO that discusses foreign

11   policy from a woman's perspective.

12       Q.     And that NGO is not in any way

13   affiliated with the United Nations; correct?

14       A.     I believe it is accredited to the

15   United Nations.

16       Q.     And what was the nature of the event

17   that's reflected in this entry on your

18   calendar?

19       A.     I don't exactly remember the topic

20   of discussion.  I receive regular invitations

21   from the Women's Foreign Policy Group to come

22   and hear speakers make presentations.  I'm,

23   typically, just a participant, a passive

24   participant.

25       Q.     In this instance, did you attend the

Feda Abdelhady-Nasser
July 22, 2021

```
 1    event?
 2         A.    I believe that I did, yes.
 3         Q.    And were you a speaker at this
 4    event?
 5         A.    No, I was not.  I was listening to a
 6    presentation.  It couldn't have been that
 7    interesting because I can't remember it.
 8         Q.    Let's go down to the bottom of the
 9    Page, August -- April 29 at 13:00.  Do you see
10    that one says, dialogue entitled COVID-19,
11    strengthening the international system amid
12    global crisis response and recovery?
13         A.    I'm sorry, could you repeat the date
14    to me, please?
15         Q.    Certainly.  It's April 29, 2020 at
16    1300
17         A.    Okay.  Yes.
18         Q.    So you see that that one is titled,
19    dialogue entitled "COVID-19, Strengthening the
20    International System Amid Global Crisis
21    Response and Recovery"?
22         A.    Yes.
23         Q.    What is the nature of the event
24    that's reflected in that calendar entry?
25         A.    So UN Missions often host what they
```

Feda Abdelhady-Nasser
July 22, 2021

1      call side events, and they are, typically,

2      informative meetings where experts are brought

3      to discuss any range of subjects, and that was

4      the prevalent theme at the time.

5                So we may have received an

6      invitation from a UN Mission to attend this

7      side event, which was virtual.  And often, we

8      attend just as part of the UN community.  We

9      are not participating actually in the dialogue.

10     We are an attendee being informed.

11          Q.    And in this instance, do you know

12     whether you were an attendee being informed?

13          A.    I certainly was.  I knew nothing

14     about pandemic response or recovery as of April

15     2020.  We were living the pandemic.

16          Q.    We all were.

17          A.    Yeah.

18          Q.    Okay.  You didn't speak at this

19     event?

20          A.    No, I did not.

21          Q.    Let's go to the entry on May 5, 2020

22     at 1845 hours.  I'm just reading the timestamp

23     that's in the margin.  I'm not saying that

24     that's right.  I think, actually, we know that

25     that's not right but it doesn't matter.

Feda Abdelhady-Nasser
July 22, 2021

```
 1          A.     Uh-huh.

 2          Q.     Phone call with Nabil Abi-Saab; do

 3     you see that?

 4          A.     Yes, I do.

 5          Q.     Who is Nabil Abi-Saab?

 6          A.     Nabil is a reporter for a Lebanese

 7     paper who is based in the UN press pool.

 8          Q.     Got it.  And can you tell me the

 9     nature of the conversation -- well, strike --

10     yeah, the nature of the conversation that you

11     had with Mr. Nabil Abi-Saab that's reflected in

12     this calendar entry?

13          A.     Nabil was reaching out to me to get

14     an update, background information on our

15     interactions at the UN at that time, because he

16     had been absent for two months and he wanted me

17     to get him back up to speed.

18          Q.     Do you recall the topics on which he

19     wanted you to get him back up to speed?

20          A.     It was about our interactions with

21     UN Security Council members on the threat of

22     annexation.

23          Q.     And during this conversation, do you

24     recall what information you provided to

25     Mr. Abi-Saab?
```

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED

Feda Abdelhady-Nasser
July 22, 2021

1    representative of Palestine at the UN to speak

2    with one of their reporters about the efforts

3    at the UN to engage Security Council in the

4    context of a ceasefire.

5         Q.    And who is Carol, if you know?

6         A.    She was the outreach coordinator of

7    NPR that contacted the Mission to seek an

8    interview.

9         Q.    And do you remember, were they

10   seeking an interview with you?

11        A.    They were seeking an interview with

12   Ambassador Mansour.

13        Q.    And did Ambassador Mansour

14   participate in an interview in response to this

15   call?

16        A.    He was unable to participate, to

17   fulfill their interview request, and he passed

18   it on to me.

19        Q.    Understood.  So you participated in

20   an interview with a reporter from NPR; correct?

21        A.    Correct.

22        Q.    How was that interview conducted?

23        A.    It was conducted on the phone.

24        Q.    And do you know the name of the

25   reporter who interviewed you?

Feda Abdelhady-Nasser
July 22, 2021

```
 1          A.    I think her name was Mary Louise
 2     Kelly.
 3          Q.    And was that the -- is that the --
 4     let me withdraw and try again.
 5                Was that the only time you have been
 6     interviewed by a member of the media during
 7     2021?
 8          A.    That is correct.
 9                MR. SINAIKO:  Bring up Tab 20,
10     please.  I would like to mark this as our next
11     exhibit.  I think it will be Exhibit 7.
12                THE COURT REPORTER:  I must
13     have missed 6, then.
14                MR. SINAIKO:  Exhibit 6 was
15     the updated privilege log, I think.
16                (Deposition Exhibit No. 7 was
17     marked for identification.)
18     BY MR. SINAIKO:
19          Q.    So this is -- I will just, for the
20     record, I'll just mention what it is.  We are
21     going to mark as Exhibit 7, document titled
22     Palestinian Official Discusses How the UN Can
23     Help End Violence in Israel and Gaza.
24                Do you see that, Ambassador
25     Abdelhady-Nasser?
```

Feda Abdelhady-Nasser
July 22, 2021

1          A.     Yes, I do.

2          Q.     Do you see that that's dated May 19,

3     2021?

4          A.     Yes, I do.

5          Q.     And, again, if you would like to

6     turn the pages of the thing, I would be happy

7     to do it.  Just let us know and Cosette can do

8     that for you.

9                 I would like to know whether you

10    agree that this is a transcript of the

11    interview you gave to Mary Louise Kelly, on NPR

12    Radio, on May 19, 2021.

13                MR. BERGER:  Let's see the

14    other pages, please.

15                MR. SINAIKO:  Certainly.  As I

16    said, she is welcome to look at the pages, as

17    many of them as she likes for as long as she

18    likes.  I mean, there aren't that many.

19                THE WITNESS:  Okay.

20    BY MR. SINAIKO:

21         Q.     So are we in agreement that that's

22    an accurate transcription of your interview, on

23    May 19, 2021, with Mary Louise Kelly of

24    National Public Radio?

25         A.     Yes, it appears to be so.

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED