# EXHIBIT 2

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


| | | |
|---|---|---|
| SHABTAI SCOTT· | ) | Case No. 18-Civ. 12355 |
| individually and as· | | |
| personal representative· | | CONFIDENTIAL |
| of the Estate of Keren· | ) | VIRTUAL VIDEOTAPED |
| Shatsky, J ANNE· | | DEPOSITION OF NADIA |
| SHATSKY, individually· | | GHANNAM |
| and as personal· | | |
| representative of the· | | |
| Estate of Keren· | | |
| Shatsky, TZIPPORA· | | |
| SHATSKY SCHWARZ, YOSEPH· | | |
| SHATSKY, SARA SHATSKY· | | |
| TZIMMERMAN,   MIRIAM· | ) | |
| SHATSKY,  DAVID  RAPHAEL· | ) | |
| SHATSKY, GINETTE LANDO· | ) | |
| THALER, individually· | ) | |
| and as personal·    · | | |
| representative of the· | | |
| Estate of Rachel·    · | ) | |
| Thaler, LEOR THALER,· | ) | |
| ZVI THALER, ISAAC· | | |
| THALER, HILLEL· | ) | |
| TRATTNER, RONIT· | | |
| TRATTNER, ARON **S**.. | ) | |
| TRATTNER,  SHELLEY· | | |
| TRATTNER, EFRAT. | ) | |
| TRATTNER, HADASSA. | ) | |
| DINER, YAEL HILLMAN,· | ) | |
| STEVEN BRAUN, CHANA· | | |
| FRIEDMAN, ILAN· | ) | |
| FRIEDMAN, MIRIAM·    · | ) | |
| FRIEDMAN, YEHIEL·    · | ) | |
| FRIEDMAN, ZVI FRIEDMAN,· | | |
| and BELLA FRIEDMAN,· | | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.                                              )
         THE PALESTINE·
         LIBERATION ORGANIZATION·
         and THE PALESTINIAN·
         AUTHORITY (a/k/a "The·
         Palestinian Interim·
         Self-Government·
         Authority" and/or "The·   )
         Palestinian   National·   )
         Authority"),·             )
6.                                 )
                                   )
7·                           ·     )

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

VIDEOTAPED DEPOSITION OF NADIA

GHANNAM, witness herein, called by the

Plaintiffs, for examination, taken pursuant to

the Federal Rules of Civil Procedure, by and

before Karen A. Nickel, a Certified Realtime

Reporter and a notary public in and for the

Commonwealth of Pennsylvania, held remotely

with all parties appearing from their

respective locations, on Friday, July 23, 2021,

10· at 9:30 a.m.

**11·** **COUNSEL PRESENT:**

**12**

For the Plaintiffs:
13· Ronald F. Wick, Esq. (Admitted Pro Hae Vice)
Cohen & Gresser, LLP
14· 2001 Pennsylvania Avenue, NW
Suite 300
15· Washington, DC 20006

16· Stephen M. Sinaiko, Esq.
Cohen & Gresser, LLP
17· 800 Third Avenue
**New York, NY 10022**

18

For the Defendants:
19· Mitchell R. Berger, Esq.
Joseph Alonzo, Esq.
20· Salim Kaddoura, Esq.
Squire Patton Boggs
21· 2550 M Street NW
Washington, DC 20037

22

Also              Cosette Vincent
23·                        Vincze

24

25

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1 ·
                                I N D E X
2
        WITNESS·                                    PAGE
3
        Nadia Ghannam

             Mr. Sinaiko·
5

6
                           E X H I B I T S
7

8 .     NUMBER·            DESCRIPTION·            PAGE

9 .     Exhibit 1.             of Deposition·
        Exhibit 2.              Profile·          29
10 ·    Exhibit 3.            Personnel List·
        Exhibit 4.                                71
11·     Exhibit 5.               Log·             81
        Exhibit 6.
12      Exhibit 7.
        Exhibit 8.
13 ·    Exhibit 9.
        Exhibit 10·    Tweet·
14 ·    Exhibit 11·    Tweet·
        Exhibit 12·    Tweet·
15 ·    Exhibit 13·    Tweet·
        Exhibit 14·    Tweet·
16 ·    Exhibit 15·    Tweet·
        Exhibit 16·    Tweet·
17 ·    Exhibit 17·    Tweet·
        Exhibit 18·    Tweet·
18 ·    Exhibit 19·    Tweet·
        Exhibit 20·    Tweet·
19 ·    Exhibit 21·    Tweet·
        Exhibit 22·    Tweet·
20 ·    Exhibit 23·    Tweet·

21

22

23

24

25

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

  ..  No.

  ..  And what was your title when you
moved to the Observer Mission?

    My new title and new position was
the advisor on media affairs.

  ·  Advisor on media affairs,  And
is that the title that you currently hold at
the Observer Mission?

  ..  Yes.

10·   ..  And have you held that title at all

11· times since January 4 of 2020?

12·   ..  Yes.

13·   ..  So in your role as advisor on media

14· affairs at the Observer Mission -- let me

15· withdraw that.

16·      is the purpose of the media

17· affairs function at the Observer Mission?

18·     The purpose is to elevate the work

19· of Palestine as mandated through our work at

20· the United Nations.

21·   ..  To elevate the work in what respect?

22·   ..  Through the use of various media

23· outlets and platforms.

24·   ·  And what is the purpose of elevating

25· the work of the Observer Mission?

              To enhance and, basically, project

      the work of the United Nations in hopes of

      accomplishing their mandate of seeing a just

      resolution to the Palestine question.

      …      And when you say promoting, you

      know, when you say promoting, who do you --

      promoting to who?

8.            …      To the international community and

      to whoever chooses to sign in, listen to

10·   whatever the mandate that the UN has.

11·            ·   So that would include, for example,

12·   the American public?

13·                            Objection, first

14·   of all, she didn't use the word "promoting" and

15·   you have loaded up the question with that.  So

16·   I object to the form of the question as

17·   misstating her prior testimony, but you may

18·   answer.

19·                   THE          It includes

20·   anybody in the international community that

21·   would like to voluntarily log in to our various

22·   media platforms that are tied to the UN

23·   mandate.

24·                   if the American public is -- are

25·   people that want to chime in, they are more

than welcome to.

BY MR. SINAIKO:

3·       ·    Would it be fair to say that the
4·  purpose     the purpose of media affairs is to
get the broadest possible attention to the work
of the Observer Mission?

7·                I think it would be fair to say that
the purpose of the media is to bring as much
attention to the plight of the illegal
10·  occupation of the Palestinian people as
11·  mandated through our work with the United
12·  Nations.

13·       ·              So is there, in your view, a
14·  material difference between the role you play
15·  at the Observer Mission today and the role you
16·  previously played when you worked at the
17·  Palestinian Diplomatic Mission to the United
18·  States?

19·       ·    Absolutely, yes.

20·       ·    And what is the difference?

21·       ·    When I worked at the UN Mission to
22·  the U.S., I worked as a public relations and
23·  outreach advisor -- well, a director, I should
24·  say, and now that I am employed at the UN
25·  Mission of the Permanent Observer State of

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

        ..    Correct.

        ..    Anywhere in the world?

        ..    Yes.

        ..    So anyone, any person in the United
States with access to the Internet and a
Facebook account would be able to see those
posts; correct?

8.                   I have never changed the
privacy setting since I started working there.

10·        ·          Now, this -- you probably

11·   know this better than I do because you are the

12·   media affairs person; is it possible to create

13·   similar restrictions with respect to a Twitter

14·   account?

15·        ..    That is a good          I don't

16·   think so.

17·        ..          So, to your knowledge --

18·        ..    No.

19·        ..    To your knowledge, any person with

20·   access to Twitter can see anything that the

21·   Observer Mission posts on its Twitter account?

**22**·        ..    Yes.

23·        ..          So as far as you know, the

24·   information that you post to the Observer

25·   Mission's Twitter account goes to the public at

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

large; correct?

　　　·· Yes.

　　　·· Would it be fair to say that you

regard it as important that the Observer

Mission's Facebook and Twitter account postings

get the broadest possible distribution?

　　　·· Yes.

8.　　　·· And the Twitter and Facebook account

postings that you make to the accounts that are

10·  maintained by the Observer Mission, are those

11·  accounts -- are those postings ever in a

12·  language other than English?

13·　　　·· Yes.

14·　　　·· How frequently are there postings

15·  that are not in the English language?

16·　　　·· Very, very, very infrequently.

17·　　　·· Very infrequently?

18·　　　·· Correct.

19·　　　·· So would you say that in excess of

20·  90 percent of the postings on the Observer

21·  Mission's Facebook and Twitter accounts are in

22·  the English language?

23·　　　·· If not more, yes.

24·　　　·· And, again, this will be a

25·  question I'm asking you because you probably

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

know this stuff better than I do being the

media affairs person; what is the function of a

hashtag on a Twitter post or a Facebook post?

4.　　　　…　So that people can follow it in the

search engine.

6.　　　　·　When you say so people can follow it

in a search engine, what do you mean exactly?

8.　　　　So, for example, in Twitter, there

are certain things that are trending, things

10· trend, that's how you know what's popular.

**11**·　　　　for example, recently, one of

12· the hashtags I have been using is

13· SaveSheikhJarrah, it's a hashtag, is the

14· illegal move by settlers or whatever to remove

15· people who have lived in this neighborhood for

16· decades.

17·　　　　it's　　　　So people -- if

18· you put **in** the hashtag, #SaveSheikhJarrah, you

19· can then begin to see who is tweeting any

20· information under that specific hashtag.

21·　　　…　So would it be fair to say, then,

22· that using the hashtag SaveSheikhJarrah is a

23· means of getting attention to Twitter or

24· Facebook posts that are on the Observer Mission

25· account and that relate to that topic?

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

　　　　　.. 　　Yes.

　　　　　.. 　　And would it be fair to say that the

use of hashtags, again, I'll just restrict it

for the moment to the SaveSheikhJarrah hashtag,

that the use of that hashtag enhances the

ability of the Mission to disseminate its

message around activities related to Sheikh

Jarrah?

　　　　　　　If you are a Twitter user and you

10· know how to use Twitter, you would know that

11· hashtags are the only way that your message is

12· going to get disseminated　　　　Otherwise,

13· it just falls to the fray.

**14**· 　　　　· So would it be fair to say that the

15· very purpose of putting hashtags on these

16· messages or these Twitter postings and Facebook

17· postings is to ensure that your -- that the

18· postings reach the broadest possible audience?

19· 　　　　.. 　　Correct.

20· 　　　　.. 　　　　And it's your intention, by

21· using hashtags, to ensure that the postings on

22· the Observer Mission's Twitter and Facebook

23· feeds reach the broadest possible audience;

24· correct?

25· 　　　　　　Not　　　　Sometimes I hashtag

information that isn't necessarily going to get

a wide, broad audience, but it's the ethical

and the right thing to do based on the UN

mandate.

might be, for example,

Resolution 2334, that is not a hashtag you are

ever going to find          However, because

I like to educate the public and that's one of

the mandates of the UN is to educate, I will

10· hashtag 2334 in hopes that maybe one person

11· might get educated and that's enough for me.

12· So it really varies, the strategy varies every

13· single       So it's not necessarily a means

14· to get the word out to as many people as

15· possible.

16·         …   So to take the SaveSheikhJarrah

17· hashtag for just a moment, I think you said you

18· use that one; right?

19·         …   That is correct.

20·         …   And the use of the SaveSheikhJarrah

21· hashtag, the purpose of that is to ensure the

22· widest possible dissemination of the message

23· that the Observer Mission is disseminating in

24· its Facebook and Twitter posts on that topic;

25· correct?

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.　　　　　　　　Yes, although I don't use hashtags

as frequently on Facebook.  I do do it just for

an aesthetic       It looks       And for

people who follow both platforms, sometimes

they link onto Twitter and Facebook, but

hashtags are more so used for Twitter.

7.　　　　　·　　　　　So, again, the purpose, then,

restricting it to Twitter for a moment, the use

of the SaveSheikhJarrah hashtag on Twitter, the

10·    purpose of using that hashtag is to ensure the

11·    broadest possible dissemination of the messages

12·    on that topic that the Observer Mission, you

13·    know, posts to its Twitter account?

14·　　　　　..　　Yes.

15·　　　　　..　　　　　And in the instance of

16·    SaveSheikhJarrah, just to take that as an

17·    example, the message that the Observer Mission

18·    disseminates through its Twitter and Facebook

19·    feeds is that activity relating to Sheikh

20·    Jarrah is illegal; correct?

21·　　　　　..　　　　　The UN has circulated many

22·    documents, articles, so forth, stating what is

23·    happening in Sheikh Jarrah is illegal and it is

24·    against UN human rights policies, international

25·    law, international human rights laws, various

Nadia Ghannam · Confidential Pursuant to Protective Order
July 23, 2021

UN resolutions, and it's illegal in nature.

yes, therefore, it was in the
framework of my work to disseminate information
within the context of the United Nations.

5.       …              And disseminating the view
of the Observer Mission that activity relating
to Sheikh Jarrah is illegal is an important
part of your work at the Observer Mission;
correct?

10·             Yes, because part of my work is to

11·     elevate the messaging of the United Nations.

12·     That's part of my work as the media advisor.

13·             ·    Well, let me ask        Isn't it to

14·     elevate the work of the

15·             In the United Nations because it's

16·     not just the Permanent Observer Mission of the

17·     State of Palestine that ties onto these

18·             There are many countries that are

19·     in              I mean, many.

20·             mean, if you log onto Security

21·     Council meetings, you can hear Ireland, you can

22·     hear Norway, you can hear many of these

23·     countries who take the        We're not even --

24·     we can't even be a permanent representative in

25·     the Security Council so many countries speak on

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

the illegal occupation of the State of

It's not just our mandate.

3.          ·   I didn't mean to           I'm so

I think I might have cut you off

inadvertently.

6.              ‥   That's okay.

7.              ‥   Your Twitter posts -- not your

Twitter posts, the Twitter posts that go on the

Observer Mission's Twitter and Facebook feeds,

10·  those are the messaging of the Observer Mission

11·  and not of the United Nations and not of any

12·  other -- any Member State or any other member

13·  organization; correct?

**14·**              ‥   That is correct.

15·              ‥         When you post to   well, let

16·  me ask      On and after January 4, 2020, I

17·  think we have established that you are the only

18·  person who has posted to the Observer Mission's

19·  Twitter and Facebook accounts; correct?

20·              ‥   Correct.

21·              ‥   And on and after January 4, 2020,

22·  have you made posts to those two social media

23·  accounts, that is, the Facebook account and the

24·  Twitter account, from the Observer Mission

25·  building at 115 East 65th Street in Manhattan?

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

· · · · · · ·‥· · · Since January 4?

· · · · · · ·‥· · · Since January 4 of 2020, that is

·3·· ·correct.

· · · · · · ·‥· · · Yes, I have.

· · · · · · ·‥· · · And how many times would you say,

· ·just ballpark, on and after January 4, 2020,

· ·you have posted to the Twitter account or the

· ·Facebook account of the Observer Mission from

· ·the Observer Mission building at 115 East 65th

10·· ·Street in Manhattan?

11·· · · · · · · · To take a guess, February, Twitter,

12·· ·maybe 60· · · · Facebook, maybe 15 times.

13·· ·Maybe a dozen times.

14·· · · · · · ··· · And the reason that that number is

15·· ·in the range you just mentioned is because of

16·· ·the pandemic; correct?

17·· · · · · · ·‥· · · That is correct.

18·· · · · · · ·‥· · · And subsequent to, on or subsequent

19·· ·to January 4, 2020, how many times would you

20·· ·say you have posted or you have made a post to

21·· ·the Observer Mission's Facebook account?

**22**·· · · · · · ·‥· · · After January 4 -- excuse me, 2020?

23·· · · · · · ·‥· · · On and after January 4 of 2020.

24·· · · · · · ·‥· · · · · · God, I mean, I don't

25·· · · · I just don't· · · · That's just a very

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

           specific            I don't        Maybe once a

                 Do the        I don't        Once a week

           since January 2020, on average.

4.               ·    So you use Facebook    oh, sorry.

           Didn't mean to interrupt.

6.               It's       I can't do the math in

           my head for     I don't know.

8.               ·    Would it be fair to say that you

           post to the Observer Mission's Facebook account

10·        less than you post to the Observer Mission's

11·        Twitter account?

12·              …    Yes.

13·              …             On and after January 4 of

14·        2020, how many times would you say that you

15·        have posted to the Observer Mission's Twitter

16·        account from the building at 115 East 65th

17·        Street?

18·              From the building, like I said,

19·        probably around 60        I'm just averaging

20·        once a day.

21·              ·             And putting aside -- you

22·        know, putting aside from the building, you

23·        know, from the building at 115 East 65th

24·        Street, how many times would you say, in total,

25·        you have posted to the Observer Mission's

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

Twitter account on or after January 4, 2020?

I couldn't even          Wouldn't
even be able to give you a          A lot.

·    ‥    But it's a large number; right?

·    ‥    Yes.

·    ‥    And are you aware, I don't know,
I'll ask, are you aware of the location of the
servers where the Facebook and Twitter accounts
maintained by the Observer Mission reside, you
10·    know, the Twitter and Facebook --
11·    ‥    Servers?
12·    ‥    Yeah.
13·    ‥    No.
14·    ‥          Have you ever posted -- well,
15·    withdrawn.
16·          and after January 4, 2020, have
17·    you ever posted to the Observer Mission's
18·    Facebook account other than from within the
19·    territory of the United States?
20·          I have only posted in the United
21·    States.
22·    ·          And with respect to the
23·    Observer Mission Twitter account, on and after
24·    January 4, 2020, have you ever posted to the
25·    Twitter account other than from the -- you

know, within the territory of the United

States?

3.⸱      I have only posted in the United

States.

5.⸱      ·      On and after January 4, 2020,

have you left the territory of the United

States?

8.⸱      ··   No.

9.⸱      ··         And on and after -- I think I

10·   know the answer to this already because we may

11·   have covered it, and I apologize if I'm asking

12·   again, I'm just trying to keep all the

13·   questions together in the          On and

14·   after January 4, 2020, has anybody other than

15·   you made a post to either the Observer Mission

16·   Facebook account or the Observer Mission

17·   Twitter account?

18·            No.

19·            MR. SINAIKO:       So I

20·   would ask Cosette to put up on the screen for

21·   our next exhibit, which I think is going to be

22·   No. 6, all right, I would ask Cosette to put up

23·   Tab 19.

24·            (Deposition Exhibit No. 6 was

25·   marked for identification.)

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

BY MR. SINAIKO:

· · · · · ·…· · Ms. Ghannam, do you see the

· · · · · · · ·We're marking this as Exhibit 6.· Is

it· · ·It is 6.· · · · · ·marking as Exhibit 6

the document that I just put up on the screen.

Can you see it in front of you?

· · · · · ·…· · Yes.

8.· · · · · ·…· · And do you recognize that to be a

tweet that you posted to the Observer Mission's

10·  Twitter account?

11·· · · · · · · Yes, I would have written· · ·But

12·  I'm just reading it.

13·· · · · · ··· Oh,· · · · Take your· · · · If you

14·  want to read the -- any document you want to

15·  read, feel free, just let us know that you want

16·  to read it and we'll turn the· · · · · You

17·  should do whatever you think you need to.

18·· · · · · ·…· · It's· · · · I just want to read the

19·  tweet real· · · · · Okay, yes.

20·· · · · · ·…· · And let me ask a· · · · · · And

21·  again, I apologize if this question betrays a

22·  little bit of lack of knowledge on my part.

23·· · · · · · · · · was this a retweet of a tweet

24·  that had originally been posted by the PLO's

25·  Department of Public Diplomacy and Policy?

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1 ·              Yes.

·                     MR. SINAIKO:  And Cosette, can

·      we just turn the page here?

·      BY MR. SINAIKO:

5 ·          ·    This document that is now on the

·      screen in front of you, it's another page of

·      Exhibit 6,  is this the tweet that was reposted?

8 ·          ..    No.

9 ·          ..            Is this the document that was

10·     attached to the tweet that was reposted?

11·          ..    Not that I recall.

12·          ..            Let's back it up       Just

13·     back up one page.

14·                     see what the original -- the

15·     original PLO Department of Public Diplomacy and

16·     Policy tweet says?

17·          ..    Yes.

18·          ..            Do you see it makes reference

19·     to an official position?

20·          ..    Yes.

21·          ..    And the document that we -- or the

22·     page that we showed you a moment ago, is that a

23·     copy of the official position that the PLO

24·     Department of Public Diplomacy and Policy

25·     released along with this tweet?

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.              It looks like it was down to me.

There is nothing written in it other than

something in Arabic and it was just one word.

4.           ·           Let's go to the next page.  I

think there was probably some text at the

bottom that you were having difficulty seeing.

7.         ‥    Oh, I can't -- there's no way I can

read that.

9.         ‥    Let's zoom in a little       There

10·    we      Is that better?

11·       ‥    Yes, it's            I mean, I'm not

12·    going to read all of      It's going to waste

13·    everyone's              What is the question?

**14·**        ‥    So the question is, is that the

15·    position statement that was attached to the PLO

16·    Department of Public Diplomacy -- I'm sorry,

17·    Public Diplomacy and Policy that was attached

18·    to the tweet that the Observer Mission

19·    retweeted?

20·        ‥    It appears so, if it is attached to

21·    it.

22·                MR. SINAIKO:  Let's go to Tab

23·    20, and we will mark that as Exhibit 7.

24·                (Deposition Exhibit No. 7 was

25·    marked for identification.)

BY MR. SINAIKO:

·         ·   And do you recognize this to be

another tweet that was posted to the Observer

Mission's Twitter feed?

·         ‥   I retweeted it, but yes.

·         ‥   Well, I mean, I guess it's a

·             Do you recognize this to be a tweet

that you posted to the Observer Mission's

Twitter account?

10·         ‥   Yes.

11·         ‥   Okay.

12·         ‥   Yes.

13·         ‥   And you see that this document has

14·    the hashtag LandsDay?

15·         ‥   Yes.

16·         ‥   Is the hashtag LandsDay one of those

17·    hashtags that's designed to maximize the

18·    dissemination of the message in the tweet?

19·             That particular context, I am not

20·    sure if I was trying to maximize it or just

21·    commemorate the day.

22·         ‥   In general, though -- well,

23·    withdrawn.

24·                 in this tweet, you are actually

25·    retweeting -- well,           Let me try this

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

question one more time.

·             is actually a retweet of a

tweet that was posted by another organization

within the Palestine Liberation Organization;

correct?

6.·             Yes, the Negotiation Affairs

Department, yes.

8.·       ·             And the purpose of this tweet

was to disseminate publicly the Observer

10·  Mission's view and the view of the PLO that

11·  Israel was engaged in violations against the

12·  land and people of Palestine; is that correct?

13·             MR.        Object to the

14·  form of the question.

15·  BY MR. SINAIKO:

16·       …    You may answer.

17·       …    The purpose of this tweet is to

18·  highlight the violations that the United

19·  Nations continuously addresses against the

20·  people of Palestine and those that are

21·  illegally occupied.

22·             violations are deemed by --

23·  against many international human rights groups,

24·  international human rights law, so these are

25·  violations not just by Palestinian Missions to

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

the United Nations, but violations that are

also discussed at the United Nations.

3· · · · · · · · · But the purpose of the tweet

is, just to cut through it, one of the purposes

of the tweet, at least, is to publicize these

these violations; correct?

· · · · · · · · · Object to the

form of the· · · · · · Asked and answered.

BY MR. SINAIKO:

10· · · · · · You may· · · · Do you need the

11· question back?

**12**· · · · · · · · · The purpose of the tweet is to,

13· once again, highlight the illegal violations,

14· as noted in the United Nations, that are

15· conducted against a people that are occupied.

16· This is something that is legally embedded in

17· the charter of the United· · · · · Therefore,

18· once again, I am doing my work as the advisor

19· to the Permanent Observer Mission of the State

20· of Palestine to the United Nations to educate

21· people on violations that are deemed illegal by

22· the United Nations.

23· · · · · ·‥· Understood.

24· · · · · · · · · MR. SINAIKO:· · · · Let's go

25· to our next· · · · This is going to be Tab 22.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

I think we'll mark it as Exhibit 7; is that

right?

               THE COURT         Exhibit

4·   8.

               MR. SINAIKO:  Exhibit 8,

sorry.

                (Deposition Exhibit No. 8 was

marked for identification.)

BY MR. SINAIKO:

10·      ·  Oh, I'm so sorry, I meant to put up

11·  Tab 21. And, actually, before we do that, let

12·  me just go back to -- let me go back to -- let

13·  me go back to Tab 19.  That's Exhibit 6. Yeah.

14·  Let's just go back to that for one moment.

15·           this tweet here, you see at the

16·  -- you see underneath the tweet, it's dated

17·  1:59 p.m. -- do you have Exhibit 6 in front of

18·  you on the      I can't hear you, ma'am.

19·         Ghannam, can you hear    I'm

20·  having difficulty hearing anything right now.

21·         THE COURT       I cannot

22·  hear her either.

23·         MR. SINAIKO:  I think we have

24·  lost the audio.

25·         THE VIDEOGRAPHER:·     you

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

like to go off the record?

               MR. SINAIKO:  Well, we need to

get the audio          I mean, whatever we

have to     If we have to go off the record to

get the audio working, then fine.

6·               THE VIDEOGRAPHER:.          We

are now off the        The time is 17:24 UTC

time.

              (Discussion held off the

10·   record.)

11·            THE VIDEOGRAPHER:.     are

12·  back on the        The time is 17:26 UTC

13·  time.

14·  BY MR. SINAIKO:

15·       ·  Ms. Ghannam, we are back on the

16·      Can you see that I have put Exhibit 6,

17·  Deposition Exhibit 6 back on the screen in

18·  front of you?

19·       ‥  Yes, I can see it.

20·       ‥  And this is the retweet that we were

21·  talking about a moment ago; correct?

22·       ‥  Correct.

23·       ‥     And if you look at the bottom

24·  of the tweet, you will see that it says, 1:59

25·  p.m., February 4, 2020.  Do you see that?

Nadia Ghannam · Confidential Pursuant to Protective Order
July 23, 2021

　　　　　·　　Yes.

　　　　　·　　Would you agree that this was a

tweet that was posted at 1:59 p.m. on the 4th

of February 2020?

5.　　　　　·　　Yes.

　　　　　·　　　　　And would you agree that this

is a tweet that you posted from the UN --

withdrawn.

　　　　　　　　　you agree that this is a post

10·　that -- to Twitter that you made from the

11·　Observer Mission building at 115 East 65th

12·　Street in Manhattan at the date and time noted

13·　on the tweet?

**14**·　　　　　　　Most likely, yes, unless I wasn't

15·　tweeting from my lunch break because it's close

16·　to 2:00.

17·　　　　　·　But you would say most likely, just

18·　to be clear, you would say most likely --

19·　　　　　·　Yes.

20·　　　　　·　-- you tweeted that from inside the

21·　Observer Mission building at 115 East 65th

22·　Street in Manhattan?

23·　　　　　·　Most likely, yes.

24·　　　　　·　Let's go back to tab, I think we

25·　said Tab 21, and we're marking that as Exhibit

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1· 8.

· · · · · · · · · · · MR. SINAIKO:  Karen, did you

get that?

· · · · · · · · · · · THE COURT· · · · · · Yes.

Exhibit 8, yes.

· · · · · · · · · · · MR. SINAIKO:· · · · · Let's put

up Tab 21.  That will be Exhibit 8.

BY MR. SINAIKO:

9.· · · · · · · All· · · · · And Ms. Ghannam, do you

10· see Exhibit 8 in front of you?

11· · · · · · ‥· Yes.

12· · · · · · ‥· Do we agree that this is another

13· tweet that you posted to the Observer Mission's

14· Twitter account?

15· · · · · · ‥· Yes.

16· · · · · · ‥· Do we agree that this is a tweet

17· that you posted at 9:00 a.m., on April 12,

18· 2020, as stated at the bottom of the tweet?

19· · · · · · ‥· Yes.

20· · · · · · ‥· And this is actually a retweet; is

21· that right?

22· · · · · · ‥· Yes.

23· · · · · · ‥· And you were retweeting on behalf of

24· the Observer Mission, to the Observer Mission's

25· Twitter account, a tweet that had originally

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

been posted by the PLO Department of Public

Diplomacy and Policy; correct?

3.· · · · · ·  ·· · · · · · · ·Yes.

4.· · · · · · · ·· · · And this is another communication by

the PLO relating to annexation of land in the

West Bank; is that correct?

· · · · · · · · · · · · · · · · ·Object to the

form of the question.

BY MR. SINAIKO:

10·· · · · · ·· · · You may answer.

11·· · · · · ·· · · It appears· · ·I can't read all of

12·· it, but I believe it was a statement put out by

13·· Dr. Ashrawi regarding annexation.

14·· · · · · · · ·· · · · · · And that was something that

15·· you felt the Observer Mission should

16·· disseminate on Twitter; correct?

17·· · · · · · · · · · · · ·Annexation is one of

18·· the biggest illegal moves that speaks against

19·· everything that you can possibly read in the UN

20·· charter regarding the illegal occupation of the

21·· State of Palestine.

22·· · · · · ·· · Would it be fair to say that you

23·· felt it was important to raise public awareness

24·· on this issue by making this Twitter post?

25·· · · · · · · · ·Yes.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

                    MR.          Let's go to Tab

22, which we are going to mark as Exhibit 9.

                    (Deposition Exhibit No. 9 was

marked for identification.)

BY MR. SINAIKO:

          ·     And Ms. Ghannam, do you have Exhibit

9 in front of you?

8.        ·     I do.

9.        ·     And do you recognize this to be a

10· retweet that you made to the Observer Mission's

11· Twitter account on April 28, 2020, at 6:30

12· p.m.?

13·             ··     Yes.

14·             ·          And do you recognize this

15· also to be a retweet?

16·             ··     Yes.

17·             ·     And what is it a retweet of?

18·             ··     It was posted by the Institute of

19· Middle East Understanding on, once again,

20· illegal settlements on Palestinian land that

21· the United Nations opposes, and there's several

22· resolutions that oppose it and it is deemed

23· illegal.

24·                          I felt it was extremely

25· important, on behalf of our Mission to the

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

United Nations, to continue working under the

mandate of the UN by elevating the illegal

issue of settlement expansion.

4.·            ·   When you say elevating the illegal

issue of expansion, you mean raising public

awareness on that topic by disseminating --

7.·            ‥   Correct.

8.·            ‥   To bring attention?

9.·            ‥   Correct.

10·                    MR. SINAIKO:        Let's go

11·    to Tab 23, and I think we are on Exhibit 10.

12·                    (Deposition Exhibit No. 10 was

13·    marked for identification.)

14·    BY MR. SINAIKO:

15·            ‥   Ms. Ghannam, can you see Deposition

16·    Exhibit 10 on the screen in front of you?

17·            ‥   Not yet.

18·            ‥   I think we may be having another

19·    technical            It looks like the video is

20·            Can you hear me?

21·            ‥   I can hear you, yes.

22·            ‥   Can you see Exhibit 10 on the screen

23·    in front of you?

24·                    No.

25·                    MR.            Okay    We

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

definitely are having a technical problem

because I, in my Zoom, I can see Exhibit 10 on

the screen in front of me, but I think Ms.

Ghannam is unable to see      And we need to

resolve that.

            MR.          Let me see if I

can show her on my laptop, if that will solve

the problem.

            THE           Yes, I can see

10·   this.

11·            MR. SINAIKO:  Great.

12·   Actually, mine is working      Okay.

13·   BY MR. SINAIKO:

14·         ·   Do you recognize this to be a tweet

15·   that you posted to the Observer Mission's

16·   Twitter account?

17·         ..   Yes.

18·         ..   And when did you make this Twitter

19·   post?

20·         ..   It looks like May 11 at 3:03 p.m.

21·         ..   Do you know where you were -- I

22·   mean, do you know where you were physically

23·   located at the time you made this Twitter post?

24·         ..   May 11th, I was in Washington.

25·         ..           And the purpose of this

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

Twitter post was to raise public awareness of

Israeli annexation threat; is that correct?

3.· · · · · · Yes.

· · · · · · · · MR. SINAIKO:· Let's go to Tab

40.· That will be Exhibit 11.

· · · · · · · · (Deposition Exhibit No. 11 was

marked for identification.)

BY MR. SINAIKO:

9.· · · · ·..· Ms. Ghannam, can you see Deposition

10·· Exhibit 11 in front of you?

11·· · · · ·..· Yes.

12·· · · · ·..· And can you tell me what you

13·· recognize that document to be, if anything?

14·· · · · · · · I believe it speaks to the

15·· illegal annexation policy by the occupying

16·· Tala (phonetic).

17·· · · · · ·.· And,· more· generally,· you

18·· recognize this to be a Twitter post on the

19·· Observer Mission's Twitter feed; correct?

20·· · · · ·..· That is correct.

21·· · · · ·..· And it's actually another retweet;

22·· is that right?

23·· · · · ·..· That is correct.

24·· · · · ·..· And what is it a retweet of?

25·· · · · ·..· It discusses 18 Senate Democrats, I

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

tagged them, expressing their concern regarding

unilateral annexation of Palestinian territory.

··· … ··· And who made the original post?

··· … ··· It looks like   oh, the original

post, excuse me, the PLO Department of Public

Diplomacy and Policy.

········· · ··········· And that's an entity that is

part of one of the Defendants in this case;

9·  correct?

10·  ·········· I ··· Public Diplomacy and Policy is

11·  an extension of the type of work that the PLO

12·  does, I ······· I don't know whether or not

13·  they are Defendants in this case or not, to be

14·  quite frank with ···· I just know from a media

15·  standpoint, without --

16·  ········· · ··Let me put the question again.

17·  ················ you understand that the PLO

18·  Department of Public Diplomacy and Policy is

19·  part of the Palestine Liberation Organization,

20·  one of the Defendants in this case?

21·  ························· Objection, calls

22·  for a legal conclusion, but you can answer

23·  again.

24·  ·············· THE ········· They are part of

25·  the PLO, yes.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

BY MR. SINAIKO:

· · · · · · · · · · And you posted this -- well,

withdrawn.

· · · · · · · · · · it correct that you retweeted, on

the Observer Mission's Twitter account, the

original Twitter posts from the PLO Department

of Public Diplomacy and Policy to call

attention to the fact that members of the

United States Congress had expressed concerns

10·· about annexation?

11·· · · · · · · · · Because the United Nations is

12·· encompassing, the United States is part of the

13·· United · · · · · Therefore, it becomes another

14·· issue, when we talk about unilateral annexation

15·· of Palestinian territory, the United States is

16·· a member of the · · Hence, this falls within

17·· the frame of my work.

18·· · · · · · · · · am doing work on behalf of the

19·· United Nations since the U.S. is a member of

20·· the UN.

21·· · · · · · · · · MR. SINAIKO:· All right.

22·· Let's go to Tab 41.· I think this is going to

23·· be 12.· So let's mark the next document that

24·· pops up as Exhibit 12.

25·· · · · · · · · · (Deposition Exhibit No. 12 was

Nadia Ghannam · Confidential Pursuant to Protective Order
July 23, 2021

marked for identification.)

BY MR. SINAIKO:

3.· · · · · · · And Ms. Ghannam, can you see Exhibit

12 in front of you?

5.· · · · · · Yes.

6.· · · · · · And what do you recognize that to

be?

8.· · · · · · A tweet, it looks -- just a tweet

regarding, it's watch now, which looks like

10.· it's a video.

11.· · · · · · · · · · So this is a Twitter post

12.· that you put on the Observer Mission's Twitter

13.· feed on July 29 of 2020; correct?

14.· · · · · · Correct.

15.· · · · · · And the purpose of this Twitter was

16.· to encourage the public to watch the video that

17.· was attached to the tweet; is that right?

18.· · · · · · Correct.

19.· · · · · · And the video was prepared by the

20.· PLO Department of Public Diplomacy and Policy;

21.· correct?

22.· · · · · · · · · It was prepared by them to highlight

23.· the illegal annexation and the illegal

24.· occupation of Palestinian territory, which are

25.· considered crimes against humanity by the

Nadia Ghannam · Confidential Pursuant to Protective Order
July 23, 2021

United Nations, correct.

          ..                So the question was, this was -- the question was, this is a video that was prepared by the PLO Department of Public Diplomacy and Policy; correct?

            Correct.

              MR.                Let's mark -- let's put up Tab 24, which we will mark as Exhibit 13.

10·               (Deposition Exhibit No. 13 was

11·   marked for identification.)

12·   BY MR. SINAIKO:

13·        ·  Ms. Ghannam, do you have Exhibit 13

14·   in front of you?

15·        ..  I do see it, yes.

16·        ..  And what do you recognize this

17·   document to be?

18·          It's something written against the

19·   illegal use of administrative detention,

20·   Palestinian prisoners.

21·        ..  So let me just ask the question in a

22·   little bit more focused     Do you recognize

23·   this to be a tweet that you posted to the

24·   Observer Mission's Twitter feed?

25·          Yes.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1· · · · · · · And when did you make this post to

the Observer Mission's Twitter feed?

3· · · · · · It looks like October 6, 2020, at

1:00 p.m.

5· · · · · · And this was also a retweet; is that

right?

7· · · · · · Yes.

8· · · · · · And it was a retweet of a tweet

originally posted by the PLO Department of

10· Public Diplomacy and Policy; correct?

11· · · · · · Yes.

12· · · · · · · · And the topic of this -- the

13· topic of this tweet was administrative

14· detention; is that right?

15· · · · · · · · Illegal administrative

16· detention, correct.

17· · · · · · · · · And the purpose of this

18· tweet was to elevate public awareness of

19· illegal -- pardon me -- administrative

20· detention; is that correct?

21· · · · · · Yes.

22· · · · · · That was --· · · Okay.

23· · · · · · · Because many people don't

24· understand what administrative detention is.

25· · · · · · Understood.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

                    MR. SINAIKO:  So let's go to

Tab 25, which we will mark as Exhibit 14.

                    (Deposition Exhibit No. 14 was

marked for identification.)

BY MR. SINAIKO:

·6.·        ·   Ms. Ghannam, can you see Exhibit 14

in front of you?

·8.·            Most of   Your face and my face

block off the right side of it.

10·        ·   Let's fix it so that you can see --

11·    I want to do whatever -- can you see it better

12·    now?

13·            ‥   That works.

14·            ‥   All righty.  So can you see the

15·    document now?

16·            ‥   Yes.

17·            ‥   And can you tell me whether that's a

18·    tweet that you posted to the Observer Mission's

19·    Twitter feed?

20·            ‥   Yes.

21·            ‥   And when did you make this posting

22·    to the Observer Mission's Twitter feed?

23·            ‥   November 28, 2020, at 2:27 p.m.

24·            ‥   By any chance, do you know where you

25·    were located physically when you made that

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

posting?

· · Thanksgiving, that first year, after
COVID -- I believe we were in Washington.

· · But you weren't in the Observer
Mission building?

· · No.

· · · And the purpose of -- would
it be fair to say that the purpose of this
tweet was to call public attention to a letter
10· that Dr. Mansour wrote to a UN official?

11· · · Well, I can't see the original

12· letter, but either Dr. Riyad would have written

13· it or Ambassador Feda would have written it, if

14· Dr. Riyad was out of town.

15· · · · Let's go to the attachment because

16· that's part of the exhibit.

17· · · Okay.

18· · · Let me just ask the question again.

19· Do you see that the document referenced in the

20· Twitter post is a letter that

21· · · A letter by

22· · · I'm sorry?

23· · · You would have to scroll all the way

24· to the bottom to see who it was written by.

25· · · · Let's do that so you get

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

to see it.

　　　　… Go up a little more, please.  I
don't know who drafted     It was either
Ambassador Feda or Dr.     But most
likely --

　　　　… Let's go down to the bottom of the
letter for just a        You will see that it
appears to be signed by Dr. Khalil El-Halabi.
Do you see that?

10· 　　　　… Yes.

11· 　　　　… Do you understand this to be a

12· letter that Dr. Khalil El-Halabi wrote to a UN

13· official or to -- or perhaps to, you know,

14· Ambassador Mansour?

15· 　　　　… It could be -- it could have been

16· that he was quoted in the        I didn't

17· write the        I just posted it.

18· 　　　　·                      The purpose of the Twitter

19· post was to disseminate this letter publicly to

20· draw attention to the issue -- raise public

21· attention to the issue raised in the letter;

22· correct?

23· 　　　　　　　Yes.

24· 　　　　　　　MR. SINAIKO:  Let's go to Tab

25· 26, which we will mark as Exhibit 15.

                     (Deposition Exhibit No. 15 was

          marked for identification.)

          BY MR. SINAIKO:

                 ·    Ms. Ghannam, do you have Exhibit 15

          in front of you?

                 ..   I do.

                 ..   Do you recognize this to be another

          post that you put on the Observer Mission's

          Twitter feed?

10·              ..   Yes.

11·              ..   And when did you put this post on

12·       the Observer Mission's Twitter feed?

13·              ..   January 11, 2021 at 9:16 a.m.

14·              ..   And it says, on the top of the first

15·       line, statement by PMOFA.  Do you see that?

16·              ..   Yes.

17·              ..   What is PMOFA?

18·              ..   The Palestinian Ministry of Foreign

19·       Affairs.

20·              ·    So this was a tweet by which the

21·       Observer Mission was disseminating a message

22·       created by the Ministry of Foreign Affairs;

23·       correct?

24·              ..   This is correct.

25·              ..   And the Ministry of Foreign Affairs,

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

that is -- or the statement by the Ministry of

Foreign Affairs, pardon me, is that the

document attached at the bottom of the tweet?

4.· · · · · · ·… · · · · I believe -- I believe it's

actually a media brief drafted by NAD, the

Negotiation Affairs Department.

7.· · · · · · · · · And it's the PLO -- that's the

Palestine Liberation Organization Negotiation

Affairs Department; correct?

10·· · · · · · ·… · · · Yes.

11·· · · · · · ·… · · · And is that part of the Ministry of

12·· Foreign Affairs?

13·· · · · · · ·… · · · No.

14·· · · · · · ·… · · · What is the connection between the

15·· Negotiation Affairs Department and the Ministry

16·· of Foreign Affairs, if any?

17·· · · · · · ·… · · · I don't know the exact legal

18·· connection between the· · · · My specialty is

19·· not in that realm of work.

20·· · · · · · · · · · · work was to just disseminate the

21·· information as it pertains to the illegality of

22·· the State of Israel's illegal occupation of

23·· Palestinians as a violation of Fourth Geneva

24·· Convention, as a violation of the UN mandate,

25·· as a violation of the UN charter, that they

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

have to take full responsibility of its

citizens of the occupying -- the occupying

power has to take full responsibility of the

citizens it is occupying; hence, the reason for

the information regarding the lack of COVID

vaccinations to the occupied people.

7.· · · · · · · · · · · So the purpose of this post

was to elevate public awareness of the issue

that was being raised in this paper prepared by

10.· the Palestine Liberation Organization

11.· Negotiation Affairs Department; is that

12.· correct?

13.· · · · · · · · · · · Objection, asked

14.· and· · · · · You may answer· · · · You may

15.· answer again.

16.· · · · · · · · · · THE· · · · · · Yes, because,

17.· again, if you note, at the end, I write the

18.· full statement below at UN, which means I

19.· publicly retweet back to the United Nations

20.· that what I am stating is a complete violation

21.· of the UN mandate, of the UN charter.

22.· · · · · · · · · · therefore, it is the occupying

23.· power's obligation to administer vaccines,

24.· vaccinations to the occupyees, so they are in

25.· violation of international law and it is

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

illegal what they are doing to the occupied

people of Palestine.

BY MR. SINAIKO:

4. … So would it be fair to say that the

purpose of this tweet is to draw to public

attention conduct that the Observer Mission

regards as a violation of UN requirements?

8. … Yes.

  MR. SINAIKO: Let's go

10· to Tab 27.  That will be Exhibit 16.

11·  (Deposition Exhibit No. 16 was

12· marked for identification.)

13· BY MR. SINAIKO:

14·  · And Ms. Ghannam, can you see Exhibit

15·  I think the video might be frozen again so

16· I'm not sure you can see it.

17·  Not yet.

18·  MR. SINAIKO: Let's give it a

19· moment and if it doesn't -- if it doesn't pop

20· up, Mitch, maybe we can show her the document

21· on your laptop.

22·  MR. It's popping up.

23·  THE Yes, I

24· remember this.

25· BY MR. SINAIKO:

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.· · · · · · · · ·  ·  Maybe you can start by telling us,

· · in a high level way, whether this is yet

· · another tweet that you posted to the Observer

· · Mission's Twitter account?

5.· · · · · · · ·  ..·  Yes, I did.

6.· · · · · · · ·  ..· · · · · And this was done on February

· · 14, 2021; correct?

· · · · · · · · · ·  Correct.

· · · · · · · · · · ·  · · · · · And what exactly was this

10.·  Twitter, tweet -- let me withdraw that.

11.· · · · · · · · · · · exactly was this tweet

12.·  disseminating?

13.· · · · · · · · · · Why was it disseminated; is that

14.·  your question?

15.· · · · · · · · ·  ·  I was asking what was being

16.·  disseminated through this tweet.

17.· · · · · · · · ·  ..· · · · · It was stories of the

18.·  illegality of the Israeli citizenship law which

19.·  forces citizens to stay away from each other

20.·  because of the illegal occupation.

21.· · · · · · · · ·  ..· · · · · And the purpose of this tweet

22.·  was to draw public attention to an Israeli law

23.·  that the Observer Mission --

24.· · · · · · · · ·  ..·  An illegal Israeli law --

25.· · · · · · · · ·  ..·  Let me finish the · · · · · · Am I

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

correct that the purpose of this tweet was to

draw attention to an Israeli law that the

Observer Mission regarded as inconsistent with

UN mandates?

5 .          Yes.

MR. SINAIKO:         Let's go

to Tab 28, which we will mark as Exhibit 17.

(Deposition Exhibit No. 17 was

marked for identification.)

10 ·   BY MR. SINAIKO:

11 ·          ·   All         Ms. Ghannam, are you

12 ·   able to see Exhibit 17?

13 ·          ‥   Not yet.

14 ·          ‥         Would you let me know when it

15 ·   pops up?

16 ·          ‥   Okay.

17 ·          ‥   This is so much easier in person, I

18 ·   have to tell you.

19 ·                               I've got it on my

20 ·   laptop, so let me show it to     Can you see

21 ·   it from       There you     It's on the big

22 ·   screen now.

23 ·                       THE          Okay.

24 ·   BY MR. SINAIKO:

25 ·          ·   Do you recognize this to be another

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

tweet that you posted to the Observer Mission's

Twitter account?

3.· · · · ·‥· · Yes.

4.· · · · ·‥· · And it's a tweet that you posted on

May 11; correct?

6.· · · · ·‥· · Yes.

7.· · · · ·‥· · And this is a tweet -- what was the

nature of this· · · ·Maybe you can tell us

· · · · · · I'll try to ask it in a more open-ended

10.· way.

11.· · · · · · · · · So a Mark Ruffalo, which many

12.· of you know is a celebrity, used his platform

13.· to expose the illegality of the potential

14.· expulsion of 1500 Palestinians from occupied

15.· Jerusalem.

16.· · · · · ·‥· · And in this tweet, the Observer

17.· Mission thanked Mr. Ruffalo for making his

18.· post; is that correct?

19.· · · · · ·‥· · Yes, I did.

20.· · · · · ·‥· · · · · Let's go to the next page of

21.· this· · · ·Is that Mr. Ruffalo's post that you

22.· were forwarding?

23.· · · · · ·‥· · I believe I was retweeting it, yes.

24.· · · · · ·‥· · · · · And you see that

25.· Mr. Ruffalo's post, in turn, attached a

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

document?

     ·· · · · · · · · · · Would you mind going back
for a second, because I think --

     ·· · · Not at all.

     ·· · · -- I might have just retweeted.
· I'm sorry, go· · · Uh-huh.

     ·· · · Do you see that Mr. Ruffalo's tweet
that the Observer Mission retweeted to its own
Twitter account, in turn, attached the

10· document?

11· · · · ·· · · I may not have noticed it at the

12· · · · I don't recall right· · · There was a

13· lot going on during this time period.

14· · · · · · · · · · · · · But you see that there

15· is a document attached to Mr. Ruffalo's tweet;

16· correct?

17· · · · ·· · · I do see that.

18· · · · ·· · · And do you understand what that

19· document is?

20· · · · · · · · You'd have to open it for me to look

21· at· · · I don't recall.

**22**· · · ·· · · Let's go to the next page.

23· · · · ·· · · Okay.

24· · · · ·· · · Do you understand what that might

25· be?

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

··· No.

·····Do you want to -- do you need

maybe we should show her the rest of the pages

4· of it.

·····Assuming it's some sort of petition.

·············So Mr. Ruffalo's

tweet -- well, Mr. Ruffalo's tweet attached a

petition that members of the public could sign

relating to this topic; correct?

10·····It appears so.

**11·**·····And the Observer Mission retweeted

12· Mr. Ruffalo's tweet to bring Mr. Ruffalo's

13· tweet to the attention of a broader audience;

14· correct?

15·············Yes.

16·············MR. SINAIKO:·····Let's go

17· to Tab 29, which will be Exhibit 18.

18·············(Deposition Exhibit No. 18 was

19· marked for identification.)

20· BY MR. SINAIKO:

21·····   ·············We're going to be on Tab 29.

22· That will be Exhibit 18.

23·············Ghannam, **if** you can just let me

24· know when you are able to see that.

25····················I'll show it to

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

her on my laptop.

·                      MR. SINAIKO:  I've got to say,

I can't wait until we're able to do these

things in person       This is just

incredibly painful.

6·                     MR.            She's got it on

my laptop for now, until it pops up on the big

screen.

BY MR. SINAIKO:

10·          ‥     So Ms. Ghannam, can you see

11·   Deposition Exhibit 18 now?

12·          ‥     Yes.

13·          ‥     And this is another tweet that you

14·   posted to the Observer Mission's Twitter

15·   account; is that correct?

16·                 Yes.

17·              ·    And you made that post on May 15,

18·   2021; is that correct?

19·                 Yes.

20·              ·    There, now you can see it on the big

21·              Once your video pops up, I know you

22·   can see it.

23·                      you've got it on the screen in

24·   front of you now?

25·                 Yes.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.· · · · · · ·‥· · · Was this -- I see that this one,

· · · this tweet actually has the SaveSheikhJarrah

· · · hashtag; do you see that?

4.· · · · · · ·‥· · · Yes.

5.· · · · · · ·‥· · · Would it be fair to say that part of

· · · the purpose of that hashtag was to magnify the

· · · attention, the public attention that this

· · · Twitter posting would receive?

9.· · · · · · ·‥· · · Yes.

10·· · · · · · ·‥· · · · · · And the purpose of this --

11·· · well, what was the· · · · · It looks like

12·· · there's a document attached to this tweet, is

13·· · that right, or maybe this is retweeting?

14·· · · · · · · · · · Retweeting, from what I can recall.

15·· · I don't know if that's a video or just a

16·· · · · · · · · · · If I have to guess, it's just a

17·· · picture because what happened is that the

18·· · occupying power indiscriminately and illegally

19·· · bombed and destroyed the offices of the

20·· · Associated Press and Al Jazeera Arabic in Gaza

21·· · and, therefore, the occupied region of Gaza was

22·· · cut off from the rest of the world, so we had

23·· · to rely on tweets coming out from the region to

24·· · show the world what was happening illegally

25·· · there.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.              ·    So would it be fair to say that the

purpose of this tweet was to call public

attention to the Observer Mission's view that

Israel had indiscriminately and illegally

bombed and destroyed the offices of the

Associated Press in Al Jazeera?

7.              ·    The purpose of this tweet is to

highlight the view of the State of Palestine

and the United Nations in terms of the

10·    illegality of what Israel was doing in terms of

11·    conducting potential war crimes against nearly

12·    two million people who are subjected to an

13·    illegal blockade of nearly 14 years, which is

14·    deemed illegal by the United Nations, yes.

15·                    of this falls within my

16·    framework at the UN because all of these issues

17·    and everything that you have asked me thus far

18·    are things that the UN discusses regularly as

19·    illegal and against the UN charter and the UN

20·    framework.

21·         ·    I notice    I notice, Ms. Ghannam,

22·    that the first line of this tweet references

23·    @POTUS.  Do you see that?

24·                 Yes, the President of the United

25·    States.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.             ·   And why would this tweet make

reference to the President of the United

States?

4.             Because the United States of America

is a permanent member of the UN Security

Council, and the United States, as a permanent

member of the Security Council, regularly votes

against any and all resolutions that speak

against the illegal occupation of the State of

10·   Palestine.

11·            while the whole world watches

12·   this indiscriminate bombing of this illegal

13·   occupation, the United States happens to be the

14·   only member of the Security Council that cannot

15·   publicly make a statement saying that this is

16·   wrong.

17·            ·   And you wanted to -- is it true,

18·   Ms. Ghannam, would it be fair to say,

19·   Ms. Ghannam, that one of the purposes of this

20·   tweet was to raise awareness of the positions

21·   that the Trump administration was taking within

22·   the United States?

23·            …   My purpose was to bring forth the

24·   policies that the United Nations as a voting

25·   member of the -- excuse me, the United States,

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

as a voting member of the United Nations and as

a permanent member of the United Nations

Security Council and their extremely important

role at the United Nations, and how are they

able to sit back and take a side seat to an

issue distressing to many people around the

world, an issue that's illegal.

8.· · · · · ·Was part of the purpose of this

tweet to raise awareness among the American

10·· public of the position that its government was

11·· taking?

12·· · · · · · · · · · · Objection, asked

13·· and· · · · · You may answer again.

14·· BY MR. SINAIKO:

15·· · · · · ·‥· You may answer.

16·· · · · · ·‥· The objection was to raise awareness

17·· that the United States of America, which is a

18·· voting member of the Security Council of the

19·· United Nations, and a permanent member of the

20·· United Nations security member, and the fact

21·· that all work conducted in the region, gets the

22·· blessing of the United States, through the

23·· United Nations, and, therefore, the fact that

24·· the United States of America is unable to make

25·· a public statement regarding something where

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

the majority of the world was able to demonize

in one way or another was perplexing, yes.

3·          ‥                  Just going to try one more

The objective was to raise that

awareness among the American public; is that

correct?

It's

not only asked and answered, but the reason why

you keep coming back is that it's

10·                     So I object to the

11·    argumentative questioning of this witness.

**12·**                     MR. SINAIKO:  She can answer

13·    the question.

14·                     MR.          Do you have

15·    anything to add to your previous answer?

16·                     THE          No.

17·                     MR. SINAIKO:  She can answer

18·    the question that I ask, not the questions that

19·    you ask, Mr. Berger.

20·                          You've asked this

21·    question three      It's argumentative,

22·    asked and          You may answer it again.

23·                     MR. SINAIKO:  I would like the

24·    question read back please, Karen.

25·                     (Reporter read back from the

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

record.)

· · · · · · · · · · THE · · · · · · No.

· · · · · · · · · · MR. SINAIKO:  Let's mark as
our next exhibit Tab 30.  I think this will be
Exhibit 19.

· · · · · · · · · · (Deposition Exhibit No. 19 was
marked for identification.)

BY MR. SINAIKO:

9 ·· · · · · · ·· Ms. Ghannam, can you see Exhibit 19
10· in front of you?

11· · · · · · · ·… · Yes.

12· · · · · · · ·… · · · · And you recognize    what do
13· you recognize this to be, if anything?

14· · · · · · · · · · I recognize this very      It was
15· a mother and a child who were stuck under the
16· rubble of their house after it being illegally
17· shelled and begging for help so that they were
18· not to die.

19· · · · · · · ·… · This was a Twitter post that was put
20· on -- that you put on the Observer Mission's
21· Twitter feed; correct?

22· · · · · · · ·… · Absolutely correct.

23· · · · · · · ·… · And the topic was the one that you
24· just mentioned; correct?

25· · · · · · · · · · Yes.

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

1.          ·    And the purpose of this Twitter feed

was to raise public awareness about the conduct

that is described in this Twitter post and the

Observer Mission's position with respect to

that conduct; correct?

6.                Yes.

                  MR. SINAIKO:        Let's go

to Tab 31, which we will mark as Exhibit 20.

                  (Deposition Exhibit No. 20 was

10·    marked for identification.)

11·    BY MR. SINAIKO:

12·          ·    Do you see Deposition Exhibit 20 on

13·    the screen?

14·          ··        Yes, now I do.

15·          ··    And do you recognize that to be

16·    another tweet that you posted to the Observer

17·    Mission's Twitter account on May 17, 2021?

18·          ··    Yes.

19·          ··        And do you see that this

20·    Twitter post makes reference to AOC?

21·          ··    Yes.

22·          ··    Who is that?

23·          ··    Alexandria Ortez -- I always forget

24·    her       The representative from New York.

25·          ··        Alexandria Ocasio-Cortez; is

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

 that right?

   ·· Yes.

   ·· And what about Bush?

   ··  Cori Bush.

   ·· And what about

   ·· John Oliver.

   ·· Uh-huh, who else?

8.   ·· Ali Velshi, and then Reid, I forget

 his first name, yes.

10·   · And what information was this

11· Twitter post conveying?

12·   That the use of the word "apartheid"

13· is not so illegal, it's not deemed as taboo

14· anymore.

15·   ·· And the purpose of -- the

16· purpose of this, is it correct that the purpose

17· of this tweet was to disseminate publicly the

18· Observer Mission's view that the State of

19· Israel engages in apartheid?

20·   The purpose of this tweet is to

21· share information that is left up to the

22· general public to decipher in any way possible

23· that they see fit in terms of the illegalities

24· of what is happening to the people of Palestine

25· that is repeatedly discussed and repeated at

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

the United Nations.

                    is not up to me to decide what

people take from what I post.

·                   MR. SINAIKO:        Let's put

up Tab 32 and let's mark that as our next

exhibit, which will be Exhibit 21.

                    (Deposition Exhibit No. 21 was

marked for identification.)

BY MR. SINAIKO:

10·       ··     Ms. Ghannam, can you see Exhibit 21?

11·       ··     Not yet.

12·                      Every time I show

13·  her my laptop, it pops on the video.

14·                 MR. SINAIKO:  It's like

15·  clockwork.

16·                 (Off-the-record discussion

17·  held.)

18·  BY MR. SINAIKO:

19·       ·            Can you see the document now,

20·  Exhibit 21?

21·       ··     Yes.

22·       ··     And that's another posting that you

23·  made to the Observer Mission's Twitter account?

24·       ··     Yes.

25·       ··     And that was a retweet?

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

    ··  Yes.

    ··  It was a retweet of a tweet that
originally was put up by Senator Warren;

4· correct?

    ··  Yes.

    ··  And do you think you retweeted
Senator Warren's tweet the same day that
Senator Warren put it up on her own feed?

    ··  I can't tell you.

10·    ··  In any event, the purpose -- is it

11· correct that the purpose of this tweet was to

12· bring to the attention of the public Senator

13· Warren's view that the Eiden administration

14· should press for a just, lasting two-state

15· agreement?

16·    ··  The purpose of this tweet is to

17· press on the viewpoint that a lasting two-state

18· agreement is needed to see a just and viable

19· peace in the region, something that the United

20· Nations had been working towards for decades

21· now and is the longest standing occupation and

22· file at the United Nations.

23·      MR. SINAIKO:   Let's go

24· to Tab 33, which we will mark as Exhibit 22.

25·      (Deposition Exhibit No. 22 was

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

marked for identification.)

MR. SINAIKO:  And Mitch, if
you could just put the laptop in front of her
now so that this works more promptly this time.

MR.                  I don't
have it      See, it worked instantly.

MR. SINAIKO:  Like magic.

BY MR. SINAIKO:

·9.     ·    ··    Anyway, Ms. Ghannam, do you see

10·    Exhibit 22 in front of you?

11·    ·    ··    I do.

12·    ·    ··    And do you recognize that to be a

13·    tweet that you posted to the Observer Mission's

14·    Twitter feed on May 24th of this year?

15·    ·    ··    Yes.

16·    ·    ··    And the purpose of this

17·    ·    ··    Yes, I recognize it.

18·    ·    ··    Is it correct that the purpose of

19·    this Twitter feed was to bring to public

20·    attention criticism of the Eiden administration

21·    in an article that Newsweek had published?

22·    ·         The purpose of this retweet was to

23·    bring attention to the fact that the United

24·    States, a permanent country of the Security

25·    Council who has the right to veto anything they

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

want in the Security Council, and a member of

the larger UN General Assembly, has gone ahead

and provided the State of Israel with smaller

bombs to continue doing the work that they have

done illegally.

·········MR. SINAIKO:········And let's

mark, as Exhibit 23, a Twitter post dated July

9 of 2021.  That will be Tab 34, Cosette.

·········(Deposition Exhibit No. 23 was

10· marked for identification.)

11· BY MR. SINAIKO:

12· ········· ·········And Ms. Ghannam, do you

13· recognize -- can you see Deposition Exhibit 23

14· in front of you now?

15· ········ ··Yes.

16· ········ ··And do you recognize that to be a

17· posting that you made to the Observer Mission's

18· Twitter feed earlier this month?

19· ········ ··Yes, I retweeted it.

20· ········ ·········And this is a retweet from

21· the PLO's Negotiation Affairs Division; is that

22· right?

23· ········ ··Department, yes.

24· ········ ·········I got the title -- I

25· ·········It's the Negotiation Affairs

Nadia Ghannam· Confidential Pursuant to Protective Order
July 23, 2021

Department?

·   ·   ·   ·   ·   ·That's   ·   ·   Yes.

·   ·   ·   ·   ·   ·   ·   ·   And this is another --

another tweet, the purpose of which is to bring

to public attention the Observer Mission's

views about annexation of territory; is that

7·   correct?

8·   ·   ·   ·   ·   ·   ·   ·   Particularly the annexation wall,

yes.

10·   ·   ·   ·   ·   ·Okay.

11·   ·   ·   ·   ·   ·And the illegal settlement units

12·   that have been established in occupied illegal

13·   territories,·   ·   And the number of civilian

14·   deaths as well.

15·   ·   ·   ·   ·   ·Anything else?

16·   ·   ·   ·   ·   ·   ·   The tweet is pretty

17·   self-explanatory.

18·   ·   ·   ·   ·   ·   ·   MR. SINAIKO:  Excellent.  We

19·   can take that one·   ·   If it's okay -- if

20·   it's okay with everybody, I like to just go off

21·   the record for five minutes.

22·   ·   ·   ·   ·   ·   ·   MR.·   ·   Yeah.

23·   ·   ·   ·   ·   ·   ·   MR. SINAIKO:  Good enough.

24·   Thanks.

25·   ·   ·   ·   ·   ·   ·   THE VIDEOGRAPHER:·   ·   are now

# THESE PAGES HAVE BEEN INTENTIONALLY  OMITTED