# EXHIBIT 3

Dr. Riyad Mansour
July 08, 2021

```
           STATES DISTRICT COURT
             DISTRICT OF NEW YORK

        SCOTT            ·    ) Case No. 18-Civ. 12355
             and as ·
           representative ·
  the Estate of Keren ·     ) VIRTUAL VIDEOTAPED
           J ANNE ·            DEPOSITION OF DR. RIYAD
           individually ·     MANSOUR
   as personal ·
              of the ·
        of Keren ·
          TZIPPORA ·
         SCHWARZ, YOSEPH ·
          SARA SHATSKY ·
             MIRIAM ·        )
           DAVID RAPHAEL ·   )
           GINETTE LANDO ·   )
           individually ·    )
   as personal
              of the
        of Rachel
         LEOR THALER,
  THALER, ISAAC
         HILLEL
            RONIT
            ARONS.
            SHELLEY
            EFRAT
            HADASSA
        YAEL HILLMAN,
        BRAUN, CHANA
            ILAN
            MIRIAM
            YEHIEL
            ZVI FRIEDMAN,
  BELLA FRIEDMAN,


        Plaintiffs,


        against
```

Dr. Riyad Mansour
July 08, 2021

PALESTINE
            ORGANIZATION
THE PALESTINIAN
        (a/k/a "The
          Interim

4·              and/or "The
                National


6

        Defendants.

7

8

9

10·

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dr. Riyad Mansour
July 08, 2021

VIRTUAL VIDEOTAPED DEPOSITION OF DR.

MANSOUR, a witness herein, called by the

for examination, taken pursuant to

Federal Rules of Civil Procedure, by and

Karen A. Nickel, a Certified Realtime

and a notary public in and for the

of Pennsylvania, held remotely

all parties appearing from their

locations, on Thursday, July 8,

10·        at 9:30 a.m.

**11·**        **PRESENT:**

**12**

            the Plaintiffs:
13·            F. Wick, Esq. (Admitted Pro Hae Vice)
            & Gresser, LLP
14·        Pennsylvania Avenue, NW
            300
15·                DC 20006

16·            M. Sinaiko, Esq.
            & Gresser, LLP
17·        Third Avenue
            **York, NY 10022**

18

            the Defendants:
19·            R. Berger, Esq.
            Alonzo, Esq.
20·        Kaddoura, Esq.
            Patton Boggs
21·        M Street NW
                DC 20037

22

                Cosette Vincent
23·                Eszter Vincze

24

25

Dr. Riyad Mansour
July 08, 2021

```
 1·                         ND   EX

 2

 3
           Mansour

           By Mr. Wick·                         6
 5

 6

 7

 8·              DESCRIPTION·              PAGE

 9·         1·   Notice of Deposition·     20
            2·   Personnel of the Permanent
10·              Observer  Mission·        20
            3·   Calendar  Entries·        31
11·         4·   Privilege Log·            39
            5·   Facebook  Page·
12·         6·   Video·
            7·   ADC Appearance·           91
13·         8·   Beit Sahour Convention·   94
            9·   Seton Hall Appearance·
14·        10·        Appearance·
           11·     Joe Interview·          111
15·        12·   Jazeera Interview·
           13·        Corp Law·            134
16·        14·         and Objections·
           15·      of Organizations·      186
17

18

19

20

21

22

23

24

25
```

Dr. Riyad Mansour
July 08, 2021

1·        P R O C E E D I N G S

              VIDEOGRAPHER:.

                   We are now on the record.

            should be aware that this

            is being recorded and, as such, all

              held will be recorded unless

         is a request and agreement to go off the

8·    record.

                This is the remote video-recorded

10·          of Riyad          Today is

11·          July 8, 2021.  The time is now 13:32

12·       time.

13·           We are here in the matter of Shatsky

14·            My name is Corey Wainaina, remote

15·       technician on behalf of US Legal Support

16·        at 90 Broad Street, New York, New York.

17·           I am not related to any party in

18·       action, nor am I financially interested in

19·            At this time, will the reporter,

20·       Nickel, on behalf of US Legal Support,

21·        enter the statement for remote

22·          into the record?

23·                      The attorneys

24·           in this deposition acknowledge

25·       I am not physically present in the

Dr. Riyad Mansour
July 08, 2021

room and that I will be reporting

deposition remotely.

They further acknowledge that, in

of an oath administered in person, the

will verbally declare his testimony in

matter is under penalty of perjury.

The parties and their counsel

to this arrangement and waive any

to this manner of            Please

10· your agreement by stating your name

11· your agreement on the record.

12·                         This is Ron Wick,

13·    and Gresser, for the Plaintiffs, and the

14·        agree.

15·                         This is Mitchell

16·    for the Defendants, we agree.

17·    DR. RIYAD MANSOUR, a witness herein,

18·    been first duly sworn, was examined and

19·      as follows:

20·                 EXAMINATION

21· MR. WICK:

22·    Q.·  Good morning, Dr. Mansour.

23·    A.·  Hi.

24·    Q.·  I thank you for coming today.

25·    A.·  Welcome.

Dr. Riyad Mansour
July 08, 2021

Q.    My name is Ron        I represent

in this            And let me just

you off the bat, have you had your

taken before?

A.    Yes.

Q.        So you are somewhat familiar

the process but let's just -- I'm going to

you some questions, of course, but before I

that, I want to go over the process with you

10 ·    that we are all on the same        Is that

11 ·    all right?

12 ·    A.    Okay.

13 ·    Q.    The court reporter will be

14 ·        everything we say today, so to

15 ·    sure that the record is accurate, and

16 ·    especially since this deposition is taking

17 ·     by a video conference, it is important

18 ·    we not speak over each other, so that only

19 ·     person speaks at a time.

20 ·        I would ask that you please wait

21 ·    I finish my questions before you start to

22 ·     them, and I will do my very best to wait

23 ·    you finish your answer before I ask

24 ·     question.

25 ·        Fair enough?

A.. I will do my Thank you.
Q.. It is also important that you
to my questions For example,
you shake or nod your head, the court
cannot transcribe that answer.
A.. I understand.
Q.. If you don't understand a question,
let me know, I will try to rephrase it
If you do answer a question, I will
that you Okay?
A.. Okay.
Q.. Your counsel, Mr. Berger,
will object to some of my
Unless your counsel instructs you
to answer the question, you should go ahead
answer my question even though there was an
Is that understood?
A.. Yes.
Q.. We will be taking periodic breaks
the If at any point you
a break, please let me or Mr. Berger know.
will do my best to accommodate your request.
The only thing I ask of you is that,
a question is pending, I would ask you
that question first before we take a

Dr. Riyad Mansour
July 08, 2021

           All right?

      A.     I understand.

      Q.     Are you taking any medication today

would prevent you from answering my

           fully and accurately?

      A.     No.

      Q.     Is there any other reason that you

think of as to why you would not be able to

      my questions today fully and accurately?

10 ·  **A.**     No.

11·   Q.     Just a few terms I want to go over

12·   I will be using during the course of the

13·           and I want to make sure that we are

14·    on the same page.

15·           I will be referring, from time to

16·    to the PA, and by that I mean the

17·           Authority; is that okay?

18·   A.     Okay.

19·   Q.     And I will use the term PLO to refer

20·   the Palestine Liberation Organization;

21·

**22·**   A.     Yes.

23·   Q.     And I may use the shorthand term

24·       Mission, by which I mean the Permanent

25·       Mission of the State of Palestine to

Dr. Riyad Mansour
July 08, 2021

United Nations; is that all right?

A.·    It is okay.

Q.·            If we could go to the first

I'm going to show you a document,

Mansour.

A.·    Okay.

VIDEOGRAPHER:·

you like to see the document and the

for the video record?

10·                        Yes, please.

11·                    VIDEOGRAPHER:·

12·    MR. WICK:

13·    Q.·            I'm showing you a copy

14·    a Notice that the Plaintiffs in this action,

15·    clients, sent to your counsel regarding your

16·                    Have you seen a copy of this

17·

18·    A.·    No.

19·    Q.·    I'm sorry?

20·    A.·    No.

21·    Q.·    You have not seen a copy?

22·    A.·    Except now in front of me.

23·    Q.·            How did you learn that you

24·    being asked to testify at a deposition

25·    today?

Dr. Riyad Mansour
July 08, 2021

A·   By my lawyer.

Q·   I don't want you to tell me anything
you talked about in that regard with your

     Is it your understanding that you are
     today pursuant to this Notice of
6·

A·   Yes.

8.   Q·   Did you do anything to prepare for
deposition?

10·  A·   Yes.

11·  Q·   What did you do?

12·  A·   Met with my lawyer.

13·  Q·   And was anybody else present when

14·  met with your lawyer?

15·  A·   No.

16·  Q·   Did you meet with anybody other than

17·  lawyer to prepare for your deposition?

18·  A·   No.

19·  Q·   And did you review any documents in

20·       for your deposition?

21·  A.·  I believe that I have seen

22·       I understood from my lawyer, that

23·  been provided to you, basically, about my

24·

25·  Q·   So you reviewed the calendar

Dr. Riyad Mansour
July 08, 2021

```
            that were provided to us?

        A.    Yes.

        Q.    Do you -- to the best of your

              did you review any other

              in preparation for your deposition

6·  today?

        A.    No.

8.      Q.    And when you said you met with your

            to prepare for your deposition, are you

10·           to Mr. Berger?

11·     A.    Yes.

12·     Q.    Did you meet with any other lawyers?

13·     A.    Early in the process, yes, but the

14·     for this deposition is with Mitch.

15·     Q.·  By "early in the process," do you

16·     at the beginning of the lawsuit?

17·     A.·        When we were approached to make

18·

19·     Q.·   And, approximately, how long ago was

20·

21·     A.    A month, month and a half ago.

22·     Q.    And at that time, who did you meet

23·

24·           I think Mitch can -- I don't

25·           the names, Mitch can remember them.
```

Dr. Riyad Mansour
July 08, 2021

Baloul, I think, I believe, his last name.

other one I don't remember.

Q·    Mr. Baloul?

A·    Yes.

Q·    And there was another attorney as

6·

A·    Yes.

8.    Q·    Was it Mr. Alonzo?

A·    I don't remember the name.

10·    Q·    Fair        And when you reviewed

11·    calendar entries that were provided to us

12·    preparing for your deposition, did those

13·         refresh your memory at all as to any

14·    events?

15·    A·    Yes.

16·    Q·    Specifically, did they refresh your

17·     as to the events in question on the

18·    calendar?

19·    A·    Calendar is very basic as to

20·       of             So it refreshed my

21·     as to which meeting, with whom, so that

22·    remember, you know, these sort of -- to

23·       my memory about these things, yes.

24·    Q·    And did you bring any documents with

25·     to the deposition today?

Dr. Riyad Mansour
July 08, 2021

A.·      Other than the two documents
I have here.

Q.·   What are the two documents that you
there?

A.·   These two          This one, this

6·

Q.„          It appears to me that you are
me the copy of your calendar entries
a copy of the Defendants' revised privilege

10·   log?

11·      A.„   Yes.

12·      Q.„   Is that correct?

13·      A.„   Yes.

14·      Q.„          I would like to just step

15·   for just a moment and do a quick

16·                      I understand that

17·   Nickel is in            Dr. Mansour,

18·    are you today?

19·      A.·   In my office in New York, 115 East

20·   Street, New York, New York.

21·      Q.„   So you are in the Observer Mission

22·   building?

23·      A.„   Yes.

24·                      I just want to be

25·    that we are all in agreement, per Rule 29

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED

Dr. Riyad Mansour
July 08, 2021

Ron, I really

know what you mean by "the general

You have asked a question about

something is a staff        That is

acceptable to    If you are asking

what the topics were that were discussed

the staff meeting, that is covered by

immunity.

MR. WICK:

10· Q․    I'm going move down to the, about

11·       of the way down that first page,

12·    is an entry dated February 2, 2020 and

13·   subject line is interactions with civil

14·      organization Beit Hanina Cultural

15·    Brooklyn on UN        Do you see that

16· entry?

17· A․    Yes.

18· Q․    Where did that event take place?

19· A․    In Brooklyn.

20· Q․    I apologize if I am mispronouncing

21·     What is the Beit Hanina Cultural Center?

22· A․    Civil society organization.

23· Q․    What do you mean by a civil society

24· organization?

25·       It is a civil society organization

Dr. Riyad Mansour
July 08, 2021

the community, Palestinian-Americans, who

originally from Beit Hanina, which is a

in Jerusalem, who are residing in

5.· · · · Q.·· · And what is the purpose of the

7.· · · · A.· · I don't really· · · You have to

you know, the organizers of this

· · · · They are better qualified

10·· · · Q.· · To your knowledge, does the Beit

11·· · · · Cultural Center have any connection to

12·· · United Nations?

13·· · · A.·· · So the work of the United Nations,

14·· · people might not know that it is not only

15·· · · · it is diplomats' involvement of

16·· · society organization, involvement of the

17·· · · · involvement of the missions, involvement

18·· parliamentarians, involvement of so many

19·· · · · of different societies, because the way

20·· UN operates, it invites so many different

21·· · · · · · · of different societies and

22·· · · · that participate in the decision

23·· · · · process.

24·· · · · · · So, therefore, there are hundreds,

25·· · · more than hundreds, civil society

Dr. Riyad Mansour
July 08, 2021

that are accredited to the United

or

COURT            Excuse

please.

5.          The videographer, is there some way

correcting the audio between the witness and

Berger because I'm having trouble with the

cutting out and then Mr. Berger, when

speaks, there is a lot of echoing on my end.

10·                         VIDEOGRAPHER:·      are now

11·    the          The time is 14:31 UTC time.

12·                         (Discussion held off the

13·

14·                         VIDEOGRAPHER:.      are

15·     on the          The time is 14:36 UTC

16·

17·    MR. WICK:

18·     Q.·                  before we had to go off

19·     record, you were in the middle of an answer

20·    my          I had asked you whether the

21·     Hanina Cultural Center had any connection

22·    the United Nations and you were explaining

23·     the United Nations involves multiple

24·

25·          Is there anything more that you

Dr. Riyad Mansour
July 08, 2021

to say?

A..        Just, basically, I was saying

nature of work at the United Nations, it is

encompassing and exclusive that it allows

participation in the decisionmaking process

so many different players; representatives

countries, representatives of multicultural

civil society organizations,

parliamentarians, all components of

10· because the agenda of the UN, it

11· humanity in so many different ways.

12· I will give an          For

13· when we debate climate change, that is

14· only the domain of diplomats, it is civil

15· admissions, activists, private sectors,

16· of them, they have a stake on this issue.

17· And the UN and the Secretary General

18· the General Assembly invite all those to

19· to that collective effort of all of

20· of how we view these issues and what we

21·

22· So, therefore, everybody has

23· to          So in this example,

24· civil society organization, the

25· they feel that they have

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED

Dr. Riyad Mansour
July 08, 2021

Q.·       the next        On June 30,

middle of the page, there is an entry, it

says, interview (Zoom)

Do you see that?

A…   Yes.

Q…   And what was that event?

A…   Most likely is, you know, a media


Q…   Who was the media interview with?

10·   **A…**   I don't        It could be, you

11·    the one after     I don't really know,

12·   to be precise.

13·       Q.·        The next entry, which you

14·    referenced, is July 1, 2020.  It says,

15·       with TRT Arabic with Nihal.  What

16·   that entry signify?

17·   A.·   This is an interview that was done

18·   the TRT office in London, England.

19·   Q…   Was that done virtually?

20·   A…   Yes.

21·   Q…   And where were you?

22·   A…   In the office, as far as I remember.

23·   Q…   In your office at the Observer

24·

25·   A.·   Yes.

Dr. Riyad Mansour
July 08, 2021

Q.·   Then, on July 14, 2020, there is an

virtual informal meeting of the General


Do you see that?

A…   Yes.

Q…   What is the General Committee?

A…   The General Committee is a committee

the General Assembly in which it deals with

adoption of the agenda of the United

10·      If any country wants to introduce a

11·   item on the agenda, they go to the General

12·

13·      If the General Committee approves

14·   addition of that item, then the General

15·      decides where to allocate that item,

16·      in the General Assembly directly or one

17·   the major committees of the General

18·

19·      It relates to subject        If it

20·   an economic issue, they might decide to put

21·   on the agenda of the        If it is a

22·      issue, then they will put it in the

23·      If it is a legal issue, they will put

24·   in the second, so that the General

25·      that is the function of the General

Dr. Riyad Mansour
July 08, 2021

to deal with the agenda of the

Assembly.

Q.·   And that meeting relates to UN

4·      correct?

A…    Pardon me?

Q…    That meeting related to United

business; correct?

8.     A…    Absolutely.

Q…    And you participated in that meeting

10·    your official capacity; correct?

11·           I don't remember whether I went or I

12·    somebody else representing me there, but we

13·     on the agenda of the United Nations, many

14·     related to      So, therefore, we have

15·        in the General Committee, yes.

16·    Q.·   So you are not sure whether you

17·        this meeting or not?

18·    A…    I'm not sure.

19·    Q…           Was this a non-public

20·

21·         It is most likely a non-public

22·       yes.

23·    Q.·   And if you attended it, it would

24·    been in your official capacity as an

25·         --

Dr. Riyad Mansour
July 08, 2021

A.   Absolutely.

Q.   And is there any reason in your mind

the substance of that meeting wouldn't be

to functional immunity or privilege?

A.   Can you repeat the question?

Q.   Do you know of any reason why

substance of this non-public meeting that

attended in your official capacity as

Observer, that involved UN topics,

10· not be privileged or subject to

11· immunity as some of the other items

12· discussed were?

13· That meeting, definitely, everyone

14· attended of the member states or Observer

15· as in our case, is -- it applies to --

16· is applies exactly to the General Assembly,

17· all of us would be covered, you know,

18· our headquarters agreement with United

19· of America and the United          All

20· us would have immunity in that meeting

21· it is in the United Nations --

22· Q.   Do you know of any reason why this

23· wasn't included on the privilege log?

24· A.   No, I don't.

25· I can address

Dr. Riyad Mansour
July 08, 2021

and I want to put that on the record,

is the very cover page of the calendar

that it is subject to claims of functional

and jurisdictional        We put

in the public calendar because it's listed

a public event in the UN's public calendar.

Thank you,

Berger.

MR. WICK:

10· Q.·  Let's go to the next        There is

11· entry, not quite halfway down, October 22,

12· titled Zoom meeting with        Do you see

13·

14· A.·  Yes.

15· Q.·  And do you know what that entry is

16· for?

17· A.·  Yes.

18· Q.·  What was that event?

19· A.·  It was an event with ADC, which is

20· accredited organization to the United

21· the Anti-Discrimination Committee,

22· you know, our work at the UN and

23· with those who participated from

24· side on this        They invited me in

25· official capacity as the Ambassador of the

Dr. Riyad Mansour
July 08, 2021

of Palestine, Permanent Observer to the

of Palestine to the United Nations.

Q.·            going to show you a video

we will have marked as Exhibit 7, please.

(Deposition Exhibit No. 7 was

for identification.)

(Video playing.)

MR. WICK:

Q.‥    Dr. Mansour, do you recognize that

10·    a video of the ADC meeting described in your

11·    October 22, 2020 calendar entry?

12·    **A.‥**    Yes.

13·    Q.‥    And where were you when you appeared

14·    at

15·    **A.‥**    In this office.

16·    Q.‥    At your office at the Observer

17·    Mission?

18·    **A.‥**    Yes.

19·    Q.‥    We can go back to the calendar.

20·    was the purpose of your appearance at the

21·    event, Dr. Mansour?

**22·**    A.‥    It's, you know, talking about what

23·    do at the United Nations, and whatever

24·    that they have related to our work,

25·    that time, from the point of view of their

Dr. Riyad Mansour
July 08, 2021

or those who are participating in that

3.    Q.·   Was one of those purposes to

for the Palestinian cause?

5.    A…   I was invited in my capacity as the

of the State of Palestine to the

Nations, and it is my duty to exercise

observership capacities at the United

10·        So it is within that context, I was

11·        and within that context, I shared with

12·      our view and vision.

13·    Q.·   I'm going to ask the question again

14·      I don't think that I got a clear

15·

16·        Was one of your purposes in speaking

17·      the ADC to advocate for the Palestinian

18·

19·        I always advocate to the Palestinian

20·      in my capacity as the Ambassador of the

21·      of Palestine to the United Nations in

22·        out my, and exercising my functions

23·      responsibilities as an Observer of the

24·       Nations.

25·    Q.·   Just a moment,        In the case

Dr. Riyad Mansour
July 08, 2021

the October 22, 2020 meeting, you were

for the Palestinian cause to the

Arab Anti-Discrimination Committee;

4·

I was advocating in my capacity and

my responsibility for those who were under

other end of the Zoom.

8.      Q.·    And that was members of the ADC;

9·

10·            I assume     I don't know if they

11·     members or what.

12·     Q.·    There is another entry on November

13·     2020, speak at the first convention of Beit

14·  Sahour?

15·     A.·    Sahour.  Beit Sahour.

16·     Q.·    Beit Sahour.

17·     A.·    Yes.

18·     Q.·    And what was that event?

19·     A.·    This is another civil society

20·            for Palestinian-Americans.  I

21·        it's in              And then they were

22·            themselves, building an

23·            and they invited me, in my

24·          as the Ambassador of the State of

25·            to the United Nations, to say a few

Dr. Riyad Mansour
July 08, 2021

of congratulating them on the occasion of

convention, and I shared with them what

do at the United Nations.

Q..    And we have another video to show

which we would like to mark as Exhibit 8.

(Deposition Exhibit No. 8 was

for identification.)

8·        (Video playing.)

MR. WICK:

10·        Q..    Dr. Mansour, do you recognize that

11·    a video of the speech described on your

12·        14, 2020 calendar entry?

13·        A..    Yes.

14·        Q..    And you gave that speech virtually;

15·

16·        A..    That is correct.

17·        Q..    And where were you when you gave the

18·    speech?

19·        A..    In this office here.

20·        Q..    At the Observer Mission building?

21·        A..    That is correct.

22·                            May I please ask

23·      clarification of the record, which is,

24·        showing very short clips of maybe eight

25·      ten            When you're asking if he

Dr. Riyad Mansour
July 08, 2021

them, I assume you're asking him if

recognizes only the clips you're showing

because we haven't seen anything more than

is that correct?

5.                              That is correct.  I

asking if he recognizes it as an excerpt

the video.

                              But you are not

if he recognizes the remainder of the

10·        that you weren't showing him because you

11·         shown it to him and given him an

12·            to comment on      So I just want

13·      be clear, for the record, that his answers

14·       -- you're asking for answers that address

15·       short clips you're showing      Yes?

16·                              I am not clear on

17·        question, Mr.      The video is the

18·

19·                              Let me be clear

20·      we can avoid some kind of trap later      If

21·       are planning on using portions of the video

22·       you haven't shown him later on in these

23·          then it's your obligation to show

24·      the entirety of the video rather than just

25·       clips.

Dr. Riyad Mansour
July 08, 2021

　　　　　　　　Otherwise, we object on foundational

　　　　　　　to use of anything other than the clips

　　　　　　have shown him to which he has answered.

　　　　　　　　　　　　　　Fair　　　　　We'll

　　　　　back to that.

　　　MR. WICK:

　　　Q.·　Let's go to entry November 16, 2020,

　　　　　from　　　　What was that event?

　　　A.　What is the date?

10·　Q.　November 16, 2020.

11·　A.　This is a radio interview for media

12·　　　　I did it over the phone.

13·　Q.　And where were you when you gave the

14·

15·　A.　I don't really　　Sometimes I do

16·　things while I'm in the car.

17·　Q.　Were you in the United States?

18·　A.　Yes.

19·　Q.　I would like to back up very quickly

20·　the last event we discussed, the Beit Sahour

21·　　　Was one of your purposes in giving

22·　speech to advocate for the Palestinian

23·　cause?

24·　　　A.·　They approached me and they said

25·　　　they are an establishment organization,

Dr. Riyad Mansour
July 08, 2021

they want, just to say -- they invited me

my capacity as the Ambassador of the State

Palestine for the United Nations, and I

them.

Q.·  And was one of the reasons that you

the invitation and spoke to that group

advocate for the Palestinian cause?

8.    A..    Everything that I do in my capacity

the UN is advocating for the Palestinian

10·

11·    Q.·  There is an entry on November 19,

12·    titled Seton Hall University virtual talk.

13·    does that entry signify?

14·    A.·        What date is        November.

15·      I was invited and it was done virtually

16·        Speche, if I am not mistaken, it might

17·    the political science department or

18·        to do with international law, Seton

19·    University.

20·        Again, academia and universities are

21·    components of the work of the United

22·      I talk about Model UN on part of it

23·    the other part, what they teach, they

24·      you know, concrete issues.

25·        I was a teacher and I used to teach

Dr. Riyad Mansour
July 08, 2021

related to the agenda of the UN, and

wanted to know what we do at the United

in trying to find a peaceful solution

4· to this conflict.

I obliged them and I spoke on that

related to my work at the UN.

Q.·   All         We would like to show

another video which we will mark Exhibit 9,

excerpt from a video.

10·                (Deposition Exhibit No. 9 was

11·         for identification.)

12·             (Video playing.)

13·    MR. WICK:

14·        Q.··   Dr. Mansour, do you recognize that

15·            as an excerpt from a video of the talk

16·             in your November 19, 2020 calendar

17· entry?

18·        A.··   I do.

19·        Q.··   Was that a talk given to university

20·            or college students in the United

21· States?

22·        A.··   Yes.

23·        Q.··   And where were you when you gave the

24·

25·            In my office in the Observer Mission

Dr. Riyad Mansour
July 08, 2021

the State of Palestine, United Nations.

Q.·   And was one of the purposes of

that invitation and giving that talk

advocate for the Palestinian cause?

As I said before, when I am invited

my capacity as the Observer, Ambassador of

State of Palestine for the United Nations,

you know, speak in that capacity on the

the cause of the Palestinians and

10·     Nations.

11·    Q..    The next entry is November 23, 2020

12·  not the next entry -- well, it is the next

13·     It states, bureau          Do you see

14·    entry?

15·    A..    Yes.

16·    Q..    Do you know what that means?

17·    A..    Yes.

18·    Q..    What is the bureau being referred

19·

20·    A.·   It is the Bureau of Committee on the

21·        of the Inalienable Rights of the

22·          People, it is a General Assembly

23·

24·    Q..    Last item on the page, December 10,

25·  2020, titled, all I want for Christmas is a

Dr. Riyad Mansour
July 08, 2021

multilateral system.

Do you know what that event was?

A.    That was a nice         There are

Ambassadors, they would discuss -- well,

me, first of all, yes, I        That is

question.

Q.          What was the event?

8.    A.    As I said, you know, global

that, you know, they dialogue and

10.    defending multilateralism, which

11.    of that is United Nations, because

12.    was a threat against multilateralism from

13.    quarters during the few years before

14.    date, threatening multilateralism so that

15.    group of Ambassadors were brainstorming

16.    the ways and means of how to protecting

17.    ending and what it stands for as an example

18.    multilateralism.  And since that event was

19.    close to Christmas, then, you know the title

20.    it is All I Want for Christmas is a Stronger

21.        System.

22.    Q.    So I'm not clear, what was the

23.        was it a panel discussion or a speech,

24.            What is the event?

25.            It is a brainstorming on a Zoom

Dr. Riyad Mansour
July 08, 2021

among a number of Ambassadors.

Q.·   Can we go to the next page, please,
one after       There are two entries
 down the page from March 17, 2021 and
one two lines below it on March 18, 2021
     Invitation to the Fifth Retreat of the
     of              Do you see that?

8.          A..    Yes.

Q..     And was that an event that you
10·   attended?

11·        A..          I did not attend that.

12·        Q..     Did anyone attend from the Observer
13·        in your place?

14·        A..          I asked one of my colleagues
15·    attend.

16·        Q..     And who attended?

17·        A..     The person who is in charge of
18·        related to development.

19·        Q..     And what is that person's name?

20·        A..     Abdallah.

21·        Q..     Is that a first name or a last name?

22·        A..     Abdallah Abushawesh.

23·        Q..          And what is the Friends of

24·

25·        A..     One of the key issues that was under

Dr. Riyad Mansour
July 08, 2021

for a long period of time at the

is the concept of finance for development.

conference of finance for development

place in Monterrey, Mexico, and every five

a continuation of the same concepts, the

to organize similar            One, the

one, I believe Dor in Hefa (phonetic),

another one, Addis Ababa in Ethiopia.

So the Mexican Ambassador, because

10· is the beginning of a very key component

11· the developmental agenda at the United

12· which it is evaded and discussed

13· in the second committee and also in the

14· the sustainable development goals, and

15· form a Friends of Monterrey to keep the

16· of Monterrey on finance for

17· alive.

18· Before the COVID, they used to

19· a number of friends to go and meet in

20· Mexico, over two days, discussing

21· debating issues related to finance for

22·

23· But because of the COVID, this was

24· So that's what this is all

25· Very, very important pillar of our

Dr. Riyad Mansour
July 08, 2021

in the economic and developmental

of the UN is we finance for development

the founding place for this concept was in

Mexico.

Q.·    Is the Friends of Monterrey

with the UN?

A.·        Of course.

8.    Q.·    How so?

A.·    As I said, you know, that if you

10·    at the SDGs 17 Goal and the 169 targets,

11·        for development is a very important

12·        for eradication of poverty, for better

13·        system for humanity, rights of

14·        climate change and the rest of all of

15·    goals and targets, finance for development

16·    a key component for the implementation of

17·        which it is the SDGs, and implementing

18·        by 2030 is like, you know, the human

19·        you know, elements agenda of human

20·

21·        So that is one of the pillars of the

22·        of the United Nations in the --

23·    Q.·    Other than the fact that the Friends

24·    Monterrey and the United Nations are both

25·        in finance for development, is there

Dr. Riyad Mansour
July 08, 2021

affiliation between the two organizations?

You mean the UN in finance and

Q.·    I mean the UN and Friends of

When the Monterrey conference was

it was a line conference.

Q.·    And Abdallah Abushawesh attended

9·

10·    A.·    I believe so.

11·    Q.·    Do you know where he was when he

12·

13·    A.·    I believe, most likely, in his

14·

15·    Q.·    Where is his house?

16·    A.·    Queens.

17·    Q.·    Queens?

18·    A.·    Yes.

19·    Q.·    And to be clear, the topic discussed

20·    the fifth Retreat of the Friends of

21·         were UN topics?

22·    A.·    Absolutely.

23·    Q.·    Next item I would like to ask about

24·    April 6, 2021 Palestinian affairs and the

25·     administration, status quo versus

Dr. Riyad Mansour
July 08, 2021

           engagement, Dr. Riyad Mansour,

           Observer of the State of Palestine to

United Nations.

           Do you see that?

A…   I see it.

Q…   Do you know what that entry is or

it signifies?

8.      A.·   Is this the university -- Biden

           -- if it is a university,

10·         University, then this is a lecture

11·    a discussion at that institution.

12·    Q.·   You believe this is a speech you

13·    to Bridgewater State University?

14·    A.·   It could be,    I don't remember

15·      but I have a feeling that it might be

16·

17·    Q.·   Would this be a different speech to

18·        State University than the one that

19·    talked about before on your privilege log?

20·        We did not talk about the

21·        University yet.

22·    Q.·   Do you recall, a little while ago

23·    we talked about an entry on your privilege

24·    that referred to Boston College, and you

25·      you believe that that actually was a

Dr. Riyad Mansour
July 08, 2021

State event?

I don't know if it was on that day.

remember, for that university, dates changed

than one time, and it could be that

on April 6, not on that date


Q..         I would like to show you a

that we would like to have marked as

10.

10·             (Deposition Exhibit No. 10  was

**11·**        for identification.)

12·            (Video playing.)

13·    MR. WICK:

14·     Q.·              do you recognize that

15·    an excerpt from a video of, or a speech to

16·            State University as reflected in

17·      calendar entry?

18·    A..     Yes.

19·    Q..     This is the April 6, 2021 entry that

20·    have been discussing, Palestinian affairs

21·     the Biden administration?

22·    A..     I believe so.

23·    Q..     And you were speaking to U.S.

24·        students in that speech; correct?

25·            And professors.

Dr. Riyad Mansour
July 08, 2021

1.      Q.· And                    And where were you

        you gave the presentation?

3.      A.·  My office at the Observer Mission of

        State of Palestine, United Nations.

5.      Q.·  And was one of the purposes of that

             to advocate for the Palestinian cause?

7.                  Again, as I said, you know,

                    are a key component of the

                       process at the United Nations.

10·     universities also have programs, study

11·          on the agenda of the UN, including the

12·            of Palestine.

13·            So when they invite me, they invite

14·      in that capacity, and they ask me questions

15·      it relates to their education, to their

16·            about how the United Nations is with

17·       Palestine question.

18·      Q.·  And was one of the purposes of that

19·          to advocate for the Palestinian cause to

20·        students and professors?

21·            Again, as I said, everything that I

22·      in my capacity as Permanent Observer of the

23·        of Palestine to the United Nations is to

24·          for justice for the Palestinians on

25·       basis of the UN charter and UN

Dr. Riyad Mansour
July 08, 2021

                    --

                    COURT            I'm

        Doctor, you cut out again at the end.

                            At the end, I

        that on the basis of international law and

            UN resolutions.

        MR. WICK:

8.        Q.·  On -- the next item I would like to

          about is May, the very bottom, May 6, 2021,

10·          active dialogues with the candidates.

11·      if we scroll to the next page, you will see

12·      identical entry for May 7, 2021.

13·              Do you see those two entries?

14·      A..    Yes.

15·      Q..    What was that event?

16·      A..    You know, another aspect of the work

17·      the United        Many countries run for

18·            For example, every year we have five

19·            running for seats in the Security

20·            So the candidates, they lobby

21·            or groups so that they can get their

22·        and to win a seat in the Security

23·

24·            Also, we have elections for judges

25·      international corporate        Countries

Dr. Riyad Mansour
July 08, 2021

have candidates, they lobby other countries

their          And there are so many

at the United Nations, for seats in

Social and Economic Councils, for seats in

Human Rights Council.

So these candidates and their

would lobby others to get their

These are meetings related to

running for office at the UN.  And

10·     is another key component of the work of

11·     United Nations.

12·     Q··    And so attending those meetings was

13·     UN business; correct?

14·     A··    Yes.

15·     Q··    And you were attending in your

16·     as Permanent Observer; correct?

17·     A··    Absolutely.

18·     Q··    And what did you discuss with those

19·     candidates?

20·     Basically, they are lobbying us to

21·     our support, if we can vote, get our vote.

22·     we cannot vote, they know that we are

23·     at the UN so that we can say good

24·     about them to those who have the

25·     to vote.

Dr. Riyad Mansour
July 08, 2021

What do I discuss with their

let's say, who are running for seats

the Security          That we are active **in**

agenda of the Security          There is

of issues related to us in the

Council, specifically, so then they

to prove to me that they **will** be

guided by the principles of the

UN resolutions, international law,

10·      these issues are discussed in the Security

**11**·      in order to get my approval and support

12·      them and their candidature -- in the

13·   business of the UN.

**14**·      Q.·   Did you ask any questions of the

15·

16·      A.·   Most likely, yes, but I don't

17·      It's a general discussion, you know,

18·      these candidates, there are so many of

19·       covering so many different issues from

20·      Security Council, Human Rights Council, so

21·       other positions.

**22**·      Q.·   There is an entry on May 19, 2021

23·      interview with Morning Joe on MSNBC.

24·      were interviewed that day, you were

25·          live on the Morning Joe program;

Dr. Riyad Mansour
July 08, 2021

1·

A…    That is correct.

Q…    As you might guess, we are going to

you an interview, or a video, excuse me,

we would like to mark as Exhibit 11.  We

show you an excerpt from the interview.

(Deposition Exhibit No. 11 was

for identification.)

9·       (Video playing. )

10·    MR. WICK:

11·     Q.·                 do you recognize that

12·     an excerpt of a -- of your interview with

13·      Morning Joe program notated on your

14·    calendar for May 19, 2021?

15·     A…    I do.

16·     Q…    And where were you when you gave

17·      interview?

18·     A.·    In my office in the Observer Mission

19·    the State of Palestine to the United

20·

21·     Q.·    Where you are sitting right now;

22·

23·     A…    Correct.

24·     Q…    And you were speaking in that

25·        to the American public; correct?

Dr. Riyad Mansour
July 08, 2021

1.        A…     I was speaking to Joe and the lady

is the co-anchor woman and through them, I

to their audience.

4.        Q.·    And was one of the purposes of

that interview to advocate for the

cause?

7.            The purpose of -- the main purpose

that speech was to exert all efforts

to have a cease fire, stop the war

10·     was waging against the Palestinian people

11·     the occupied territory, particularly in the

12·      Strip.

13·            And that is -- was a discussion in

14·     Security Council at that time and

15·            with all members of the Security

16·         all members, including the P-5, in

17·      to bring about a cease fire as soon as

18·            That was the main objective of that

19·            which is, in my capacity as the

20·            Observer of the State of Palestine to

21·     UN, is to do everything possible within the

22·            Council, within the United Nations,

23·      the entire international community, to

24·       a quick cease fire and put an end to that

25·            to save lives.

Dr. Riyad Mansour
July 08, 2021

Q.· Next, May 22, 2021, there is an

for Al Jazeera          Do you see

A… May what, 20?

Q… May 22, 2021?

A… I see it.

Q… Does that entry reflect you were

by Al Jazeera on that date?

A… Yes.

10· Q… I want to show you a video marked as

11·    12.

12·            (Deposition Exhibit No. 12 was

13·       for identification.)

14· MR. WICK:

15·  Q.· Do you recognize Exhibit 12 as an

16·      from a video of your interview with Al

17·      that's reflected in your calendar on

18· 22, 2021?

19· A… That is correct.

20· Q… And where were you when you gave

21· interview?

22· A… My         In --

23· Q… In the Observer Mission?

24· A… Observer Mission of the State of

25·      to the United Nations.

Dr. Riyad Mansour
July 08, 2021

Q.·   Where you're sitting right now;

2·

A…    Correct.

Q…    And was one of the purposes of

that interview to advocate for the

6·   Palestinian cause?

A…    The main purpose of that interview

to show what was happening in the Security

in our efforts to have a cease fire,

10·        cease fire to the battle that was

11·     at that time and to save lives of

12·        particularly children in which 66 of

13·     were killed in the Gaza Strip during that

14·

15·    Q.·   Then on May 25, 2021, there is an

16·       virtual farewell meeting with ICC

17·

18·        Do you see that?

19·    A…    Yes.

20·    Q…    What was that event?

21·    A…    We are -- it is an event to say

22·        to Madam Bensouda, who is the

23·        of the ICC, she finished and, you

24·     members of the ICC and we are a state

25·      member and, in fact, we sit on the Bureau

Dr. Riyad Mansour
July 08, 2021

the ICC, to say goodbye to her and to thank

for her work during that tenure.

Q.·   And was that meeting virtual, as the

suggests?

A…    It was virtual.

Q…    Where were you when you attended the

7·  meeting?

8·       A…    I did not attend that meeting.

Q…          Why is it on your calendar?

10·      A…    Because I was supposed to attend but

11·          came      I sent one of my colleagues

12·      attend on my behalf.

13·      Q…    Who attended on your behalf?

14·      A…    Majed Bamya.

15·      Q…    Did Mr. Bamya speak at the event?

16·      A…    I don't really know.

17·      Q…    And what was the purpose of sending

18·          from the Observer Mission to attend?

19·          Because he is the specialist that

20·          you know, legal issues including the

21·

22·      Q.·   Why did you think it was appropriate

23·      have somebody from the Observer Mission

24·          the State of Palestine at this event

25·      opposed to someone in Ramallah?

Dr. Riyad Mansour
July 08, 2021

1.··················The ICC has different components to

structure, including the General Assembly

the ICC, which is composed of close to 128

···············We are one of·······We are a full

··········a state party in the ICC.

·············The way they operate is they

··············between New York or the Hague.··And

······of the time in New York, because all of

······countries that are members of the ICC have

10·············representing them here in····and

11·······they need to elect the bureau, they do it

12·······of the times in New York, this is when we

13·······connected for the last two times

14················as a member of the·········It

15·········happen in·········As I said, it

16·········in New York or in the Hague because the

17············of the ICC is in the Hague,

18·

19·······Q.·· So the reason for having somebody

20·······the Observer Mission attend was because it

21········ be more convenient to have somebody based

22······New York to attend than somebody in

23·

24·······A.··· And the person, my colleague is a

25·············from our side, on the ICC affairs,

Dr. Riyad Mansour
July 08, 2021

he would be -- if I do not go to attend, he

be the appropriate person to go and

me, because he is very familiar with

issues and the discussions including even

goodbye to the prosecutor.

6.      Q.·   The reason for having somebody from

Observer Mission attend this rather than

somebody from Ramallah attend would be

the Observer Mission is in New York and

10·     events are frequently in New York?

11·                                      That

12·           his            It's asked and

13·            I know you don't seem to like his

14·           but you have asked that question three

15·

16·                               I'm afraid I don't

17·           the         It's not about liking

18·     not         So I will not misstate his

19·           I will ask the question again.

20·     MR. WICK:

21·      Q.·   What is the purpose of having

22·           from the Observer Mission attend this

23·         as opposed to somebody from Ramallah?

24·           It is not that we are doing

25·           different than other countries do.

Dr. Riyad Mansour
July 08, 2021

other members of the ICC, they have their

at the -- or whomever the

designates, from his Mission, attend

meetings in New York.

So we do like everybody -- others

It is not the representative from the

that attend these meetings when they

place in New          It is the Ambassadors

New York          When it happens in the

10· the Ambassador in the Hague attend.

11· If there is a conference at the

12· level for the ICC, then the

13· attends regardless of the location of

14· the meeting takes          This is how

15· business is done.

16· Q.·          attending a farewell meeting

17· the ICC prosecutor officially UN business

18· your view?

19· A.·    Yes, it is.

20· Q.·    To the best of your recollection, on

21· calendar today, are there any entries

22· public activities, other than those

23· involving official UN business

24· on behalf of the Observer Mission

25· that are missing from this list?

Dr. Riyad Mansour
July 08, 2021

1.          To the best of my ability, there is

            missing from this list.

                        I think we are -- I

        this is probably a good time for a lunch

         but before we set that in motion, can we

        go off the record for a moment?

7.                      VIDEOGRAPHER:·      are now

        the          The time is 1637 UTC time.

                      (Discussion held off the

10.

11·                    VIDEOGRAPHER:.      are

12·        on the          The time is 1640 UTC time.

13·                       I think this is a

14·        time to break for lunch, and I guess I

15·         ask others involved, what do we need in

16·         of time, given that we're virtual; is 45

17·          enough?

18·                         How long do you

19·          you have for your remaining

20·

21·                       Quite a bit.

22·        hours.

23·                       Well, why don't

24·      take a full hour.

25·                         Corne back at

Dr. Riyad Mansour
July 08, 2021

Very good.

3·

VIDEOGRAPHER:·    are now

the        The time is 1641 UTC time.

(At 12:41 p.m., a lunch recess

taken.)

8.                  VIDEOGRAPHER:·    are

on the        The time is 1743 UTC time.

10·    MR. WICK:

11·      Q..    Good afternoon, Dr.        I want

12·    go back to the Observer Mission building.

13·     indicated the Observer Mission owns that

14·         To be clear, the Observer Mission

15·     owned that building at all times since

16·    January 4, 2020; is that correct?

17·      A..    I am sorry, can you repeat the

18·    question, please?

19·      Q.·        The question is, has the

20·        Mission owned the Observer Mission

21·        at all times since January 4th of

22·

23·    A..    That is correct.

24·    Q..    I'm going to return to Exhibit 2

25·    very early in the                As I

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED

Dr. Riyad Mansour
July 08, 2021

1·   is

                    COURT              I'm

         Doctor, the what committee?

                             The first, the

         1 committee, which is the disarmament

                  and he is active in the Security

               affairs as part of our team.

                  He is also our lead representative

         all issues related to the ICC, in New York.

10·      he also has other responsibilities that I

11·

12·      MR. WICK:

13·        Q.·   Does he have an office in the

14·            Mission building?

15·        A..    Yes.

16·        Q..    Next is Mr. Abou Shawesh.  You

17·            him a little bit          What does

18·   he do?

19·              Abdallah Abou Shawesh is our lead

20·                  in the Second          It is

21·        of the extremely busy committees at the

22·          Nations responsible for producing at

23·         40 resolutions annually related to

24·            development.

25·              Remember, I referred to Friends of

Dr. Riyad Mansour
July 08, 2021

is one          It deals with all

the details of the SDGs, the sustainable

goals and targets, and he is

-- represent us on the Social and Economic

on the economic part of the Social and

Council, and as a -- I forgot to say

in the Second Committee, Third Committee

Fourth Committee, and now in this case of

there are resolutions specific to the

10·       of Palestine, at least one resolution

11·   the case of Feda.  In the Fourth Committee

12·    are eight or seven resolutions adopted

13·       or biannually, and they are

14·        for negotiating and, you know,

15·      these draft resolutions and

16·      sponsorships to put them to a vote.

17·   Q.·   Next on the list is Sahar Abu

18·

19·   A.·   Sahar Abu Shawesh is a key player

20·   Abdallah in the Second Committee division

21·  labor as to the term, all of that committee,

22·  she covers a number of these          One

23·    is realignment, the sub item that they

24·   with in the Second Committee.

25·      So she is extremely helpful and

Dr. Riyad Mansour
July 08, 2021

          she leads a group of Ambassadors, on

           of the Group of 77 and China, to

               with other group, the substance of a

               here and resolution there.

     Q․    And does she have an office in the

          Mission building?

     A․    Yes.

8.   Q․    And I neglected to ask, Abdallah

     Shawesh, does he have an office in the

10·        Mission building as well?

11·  A․    Yes.

12·  Q․    What about Nada Tarbush, I believe

13·  mentioned that she has        What did she

14·  do?

15·     A.·   She followed mainly the Fifth

16·        because the Fifth Committee, during

17·  chairmanship of the Group of 77 and China

18·   extremely active committee, it deals with

19·   budget of the UN and the allocations of

20·     to different items, different committees

21·   resolutions that have financial

22·             and she used to help, you know,

23·   some issues related to the First Committee

24·   some issues and activities related to the

25·    of Feda.

Dr. Riyad Mansour
July 08, 2021

1.    Q.·          And did she have an office in

      Observer Mission building?

3.            When she was with us, she had an


5.    Q.·  And next is Sahar Khalil Salem, what

      he or she do?

7.    A…   She has responsibilities with some

          in the Security Council because the way

      Security Council operates, you have

10·           you have the deputy Ambassadors,

11·    have the        Usually the experts,

12·    do a lot of the legwork in terms of

13·     of draft              They keep

14·     with each other details and information

15·   the files that they follow, in our case,

16·    related to the question of Palestine,

17·    cover so many areas, and she is active

18·     her colleagues, the experts.

19·           In addition to that, she is taking

20·   larger responsibility in the Third

21·      after the departure of Nadya Rasheed.

22·   is mainly specialist on issues related to

23·      and children in conflict and she is,

24·   know, the liaison between me and the

25·      representative of the Security General

Dr. Riyad Mansour
July 08, 2021

children in armed conflict, and she also

us on the item -- questions or

of information in the Fourth Committee,

other responsibilities that I ask of her.

Q.·  I'm sorry, I think I asked that

in the past        Ms. Salem still

for the Observer Mission; correct?

8.          A.·   Yes.

Q.·   And she has an office in the

10·          Mission building?

11·     A.·   Yes.

12·     Q.·   The next is Nadia Ghannam, who we

13·      about with respect to social media.

14·     A.·   Yes.

15·     Q.·   What else did she do?

16·     A.·   She is our representative in a group

17·   Asia-Pacific grouping in the United Nations.

18·      group of countries is very important group

19·      deals with nominations of countries for

20·          posts and positions.

21·          For example, when we ran to be the

22·       of the Group 77 and China, we had to

23·       our, you know, nomination to that group,

24·   we had to lobby in order to get a unanimous

25·          of that group to be the candidate

Dr. Riyad Mansour
July 08, 2021

assume that post on behalf of that group

it went to the Group of 77 and China for

and announcement in the General

that the State of Palestine was, in

year 2009, chair of the Group of 77 and

and she does other responsibilities I

7·   ask her.

She has an office in the Mission.

9.      Q.·      And next is Ghada Hassan

10·          What does that individual do?

11·          She is, you know, a financial

12·          She is responsible for, you know, the

13·          the payment of all the bills around

14·      building, the automobile, the telephone

15·          everything of that nature, and the

16·          the regular reports to the finance

17·

18·          And she is also our liaison officer

19·      the President or ministers come, usually

20·          from the State Department contact us

21·          her about all the regulations that they

22·      from us about the arrival of dignitaries

23·      their safety and security.

24·      Q.·          I believe that you told us

25·          that Mr. Alhantouli and Ms. Barghouti

THESE PAGES HAVE BEEN
INTENTIONALLY  OMITTED