# EXHIBIT 4



H.E. Amb. Abdelhady-Nasser 2020

Calendar entries: Public events subject to functional immunity and jurisdictional immunities under the PSJVTA

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| UNSC Debate on Upholding the UN Charter | 01/09/2020 | 15:30 a | 01/09/2020 | 02.50 |
| PGA Briefing on 2020 Priorities | 01/13/2020 | 20:00 a | 01/13/2020 | 02.50 |
| G77 Handover Ceremony | 01/15/2020 | 14:00 a | 01/15/2020 | 01.00 |
| UNSC Debate on Palestine Question | 01/21/2020 | 15:00 a | 01/21/2020 | 07.00 |
| UNSG Briefing on 2020 Priorities | 01/22/2020 | 15:00 a | 01/22/2020 | 03.00 |
| Winter Salon for The Circle of Women Ambassadors hosted by H.E. Ambassador Katalin Annamária Bogyay, Permanent Representative of Hungary | 01/23/2020 | 23:30 a | 01/24/2020 | 01.00 |
| NAM/CoB at the Ambassadorial level | 01/30/2020 | 19:00 a | 01/30/2020 | 01.00 |
| CEIRPP Meeting | 02/04/2020 | 18:15 a | 02/04/2020 | 01.50 |
| Arab Group Meeting | 02/05/2020 | 18:15 a | 02/05/2020 | 01.50 |
| Meeting with PR of UK | 02/07/2020 | 14:15 a | 02/07/2020 | 01.00 |
| NAM SC Caucus Meeting | 02/07/2020 | 20:30 a | 02/07/2020 | 01.00 |
| Security Council Meeting on Palestine | 02/10/2020 | 17:00 a | 02/10/2020 | 01.00 |
| Women's Foreign Policy Group | 02/12/2020 | 21:15 a | 02/12/2020 | 01.00 |
| SC Monthly Briefing on Palestine | 02/21/2020 | 20:30 a | 02/21/2020 | 02.00 |
| Kuwait National Day Reception | 02/24/2020 | 20:00 a | 02/24/2020 | 00.50 |
| NAM COB Ambassadorial Meeting | 02/26/2020 | 18:15 a | 02/26/2020 | 01.50 |
| Human Rights High-Level Event by Germany | 02/27/2020 | 17:00 a | 02/27/2020 | 00.50 |
| IGN on Security Council Reform | 03/04/2020 | 14:30 a | 03/04/2020 | 01.00 |
| Scones Event for Women's Day | 03/05/2020 | 18:00 a | 03/05/2020 | 01.00 |
| UNGA International Women's Day | 03/06/2020 | 13:30 a | 03/06/2020 | 01.00 |
| 9:30am - 5pm Condolences book (former UNSG) | 03/06/2020 | 15:00 a | 03/06/2020 | 03.00 |
| Plenary Session for CSW | 03/06/2020 | 15:30 a | 03/06/2020 | 01.00 |
| IRELAND - RIVERDANCE 25 Opening night 6pm Pre-performance reception  7:30pm Performance | 03/10/2020 | 14:00 a | 03/10/2020 | 01.00 |
| Global Humanitarian Response Briefing | 03/11/2020 | 14:00 a | 03/11/2020 | 02.00 |
| SC Monthly Briefing on Palestine - 2334 Report | 03/25/2020 | 14:00 a | 03/25/2020 | 01.00 |
| PGA, PSC and PECOSOC Briefing on the Pandemic | 03/26/2020 | 14:00 a | 03/26/2020 | 02.00 |
| Security Council VTC Meeting | 03/30/2020 | 14:00 a | 03/30/2020 | 01.00 |
| UNSG Briefing | 04/08/2020 | 16:00 a | 04/08/2020 | 04.00 |
| UNRWA Gaza Briefing to CEIRPP | 04/13/2020 | 14:00 a | 04/13/2020 | 01.00 |
| CEIRPP Palestine CSO Conversation | 04/20/2020 | 14:00 a | 04/20/2020 | 05.00 |
| UNITAR Leadership in Crisis Workshop | 04/20/2020 | 21:00 a | 04/20/2020 | 01.00 |
| UNITAR Leadership in Crisis Workshop | 04/21/2020 | 14:00 a | 04/21/2020 | 02.00 |
| Security Council Open Debate on Palestine | 04/21/2020 | 16:00 a | 04/21/2020 | 03.00 |
| UNITAR Leadership in Crisis Workshop Conclusion | 04/23/2020 | 11:00 a | 04/23/2020 | 04.00 |
| UNGA Town Hall on Covid-19 initiatives | 04/23/2020 | 18:30 a | 04/23/2020 | 03.00 |
| Dialogue entitled "COVID-19: Strengthening the International System Amid Global Crisis, Response, and Recovery" | 04/29/2020 | 13:00 a | 04/29/2020 | 03.00 |
| Virtual meeting/Secretary-General and with the Arab Group Troika | 05/04/2020 | 18:30 a | 05/04/2020 | 02.00 |
| Arab Troika Meeting with UNSG | 05/05/2020 | 14:00 a | 05/05/2020 | 02.00 |

| Event | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Phone call with Nabil Abi Saab | 05/05/2020 | 18:45 a | 05/05/2020 | 00.33 |
| Virtual Meeting between PGA and Arab Troika Group | 05/06/2020 | 14:00 a | 05/06/2020 | 00.50 |
| Webinar on Israeli Annexation at Cairo Institute for Human Rights Studies | 05/07/2020 | 17:30 a | 05/07/2020 | 00.50 |
| Meeting on Role of Religious Leaders in Facing Covid-19 Challenges | 05/11/2020 | 16:30 a | 05/11/2020 | 00.50 |
| PGA Candidate Dialogue on Webex | 05/14/2020 | 17:00 a | 05/14/2020 | 02.00 |
| CEIRPP Virtual Event with PM Shtayyeh | 05/14/2020 | 19:00 a | 05/14/2020 | 01.00 |
| Informal Consultations on GA voting during pandemic | 05/15/2020 | 14:00 a | 05/15/2020 | 01.00 |
| Arab group virtual meeting | 05/18/2020 | 19:00 a | 05/18/2020 | 01.50 |
| Security Council Monthly Briefing on Palestine | 05/19/2020 | 14:00 a | 05/19/2020 | 01.50 |
| Asia-Pacific Group Meeting with Canada PM | 05/20/2020 | 14:00 a | 05/20/2020 | 03.00 |
| Informal Consultations on UN75 Zero Draft | 05/20/2020 | 18:00 a | 05/20/2020 | 01.50 |
| OIC Meeting with UNSG | 05/21/2020 | 19:00 a | 05/21/2020 | 01.00 |
| Arab Group Meeting with Canada PM | 05/22/2020 | 14:00 a | 05/22/2020 | 02.00 |
| UNSC Candidates Debate Djibouti and Kenya | 05/22/2020 | 17:30 a | 05/22/2020 | 01.00 |
| APG Monthly Meeting | 05/22/2020 | 18:30 a | 05/22/2020 | 01.50 |
| UNSC Candidates Debate - Canada, Ireland and Norway | 05/27/2020 | 14:30 a | 05/27/2020 | 02.00 |
| CDC of SG Briefing on High Level Week | 05/27/2020 | 15:00 a | 05/27/2020 | 01.50 |
| France and Germany POW for SC | 05/29/2020 | 19:00 a | 05/29/2020 | 01.50 |
| Event on Unilateral Coercive Measures | 06/01/2020 | 18:00 a | 06/01/2020 | 01.00 |
| UNRWA Webinar | 06/02/2020 | 17:00 a | 06/02/2020 | 01.50 |
| UN Forum on Palestine | 06/03/2020 | 14:30 a | 06/03/2020 | 01.00 |
| UK Event on Women on the International Stage | 06/08/2020 | 19:00 a | 06/08/2020 | 00.50 |
| Event on 75th anniversary of UN Charter | 06/09/2020 | 14:30 a | 06/09/2020 | 01.00 |
| Virtual Event on Food Security and Nutrition - Italy Meeting | 06/09/2020 | 15:00 a | 06/09/2020 | 01.00 |
| Portugal National Day event | 06/10/2020 | 13:00 a | 06/10/2020 | 02.00 |
| Norway SC Candidature Reception | 06/10/2020 | 19:30 a | 06/10/2020 | 01.00 |
| PGA Townhall Meeting on High-Level Week | 06/10/2020 | 22:00 a | 06/10/2020 | 00.50 |
| Christ at the Checkpoint Webinar | 06/11/2020 | 14:00 a | 06/11/2020 | 02.00 |
| EU and Global Citizen Event | 06/12/2020 | 19:00 a | 06/12/2020 | 02.00 |
| Meeting with PGA | 06/15/2020 | 17:00 a | 06/15/2020 | 01.50 |
| Meeting between the PGA and H.E. Mr. Riyad Mansour, Permanent Observer of the State of Palestine | 06/15/2020 | 17:30 a | 06/15/2020 | 01.50 |
| Kenya SC Event | 06/15/2020 | 19:00 a | 06/15/2020 | 02.00 |
| Djibouti SC event | 06/16/2020 | 15:15 a | 06/16/2020 | 01.00 |
| Canada SC Event | 06/16/2020 | 15:15 a | 06/16/2020 | 00.50 |
| Crisis Leadership Webinar | 06/16/2020 | 17:00 a | 06/16/2020 | 01.00 |
| Refugees High Commissioner at UNSC | 06/17/2020 | 18:00 a | 06/17/2020 | 02.00 |
| UN75 Palestine | 06/17/2020 | 20:00 a | 06/17/2020 | 01.00 |
| UNRWA Ministerial Pledging Conference | 06/19/2020 | 15:30 a | 06/19/2020 | 00.50 |
| SC Monthly Meeting on Palestine - 2334 Report | 06/19/2020 | 22:00 a | 06/19/2020 | 01.00 |
| Virtual Event Commemoration of UN Charter | 06/23/2020 | 13:00 a | 06/23/2020 | 01.50 |
| GA Townhall on COVID-19 Resolution | 06/25/2020 | 15:30 a | 06/25/2020 | 01.00 |
| International Day of Vesak | 06/26/2020 | 14:00 a | 06/26/2020 | 01.00 |
| Webinar - Embracing what you can control in your career | 07/03/2020 | 14:00 a | 07/03/2020 | 02.00 |

Confidential

Shatsky-JD00552

| Event | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Good Society Forum Webinar | 07/06/2020 | 18:00 a | 07/06/2020 | 01.00 |
| FW: CEIRPP Meeting | 07/07/2020 | 16:00 a | 07/07/2020 | 01.00 |
| Virtual joint informal meeting for a briefing by Chef of cabinet of the UNSG | 07/07/2020 | 19:00 a | 07/07/2020 | 02.00 |
| Nelson Mandela Day | 07/08/2020 | 14:00 a | 07/08/2020 | 02.00 |
| SC Open Debate on Palestine | 07/08/2020 | 16:00 a | 07/08/2020 | 01.00 |
| CEIRPP Bureau Retreat | 07/08/2020 | 17:00 a | 07/08/2020 | 01.50 |
| CEIRPP Bureau Retreat | 07/09/2020 | 22:30 a | 07/09/2020 | 01.00 |
| GA Townhall on COVID Omnibus Resolution | 07/13/2020 | 20:00 a | 07/13/2020 | 01.00 |
| CEIRPP-OIC event on Jerusalem | 07/22/2020 | 13:30 a | 07/22/2020 | 03.50 |
| Maldives Virtual Reception | 07/22/2020 | 13:30 a | 07/22/2020 | 04.00 |
| Poland Meeting - Victims of Acts of Violence based on Religion or Beliefs | 07/23/2020 | 17:30 a | 07/23/2020 | 01.00 |
| Paraguay Event on International Friendship Day | 07/24/2020 | 14:00 a | 07/24/2020 | 02.00 |
| Germany UNSC Wrap-up Session | 07/28/2020 | 17:00 a | 07/28/2020 | 01.00 |
| Masarat Webinar presentation of Dr. Nasser | 08/04/2020 | 16:00 a | 08/04/2020 | 02.00 |
| Meeting on Jerusalem conference 2 | 08/04/2020 | 19:00 a | 08/04/2020 | 02.00 |
| Security Council briefing on Palestine question | 08/07/2020 | 14:30 a | 08/07/2020 | 01.00 |
| CEIRPP Conference in Jerusalem Youth and Women | 08/12/2020 | 19:30 a | 08/12/2020 | 01.00 |
| Virtual informal meeting of the GA | 08/13/2020 | 22:00 a | 08/13/2020 | 01.00 |
| GA Meeting on SC Report | 08/14/2020 | 13:00 a | 08/14/2020 | 02.00 |
| Consultations on 31st session modalities | 08/25/2020 | 14:00 a | 08/25/2020 | 02.00 |
| Webinar on Israel-UAE Deal | 08/26/2020 | 15:00 a | 08/26/2020 | 01.00 |
| Viet Nam Independence Day Reception | 08/27/2020 | 14:00 a | 08/27/2020 | 02.00 |
| CEIRPP Bureau Meeting with Dr. Zogby | 08/28/2020 | 15:00 a | 08/28/2020 | 01.00 |
| CEIRPP Bureau Meeting with Jim Zogby | 08/31/2020 | 00:00 a | 09/01/2020 | 24.00 |
| GA High Level Forum on the Culture of Peace-Virtual | 08/31/2020 | 14:00 a | 08/31/2020 | 03.00 |
| American Evangelicals and Jerusalem Webinar by Telos | 08/31/2020 | 20:00 a | 08/31/2020 | 02.00 |
| PGA Virtual Reception- Marking the end of the 74th Session | 09/01/2020 | 15:00 a | 09/01/2020 | 01.50 |
| GA Meeting - in person | 09/09/2020 | 14:00 a | 09/09/2020 | 00.75 |
| UNRWA USA Virtual Gaza 5K + Digital Festival | 09/09/2020 | 15:00 a | 09/09/2020 | 01.50 |
| Uzbek Independence Day Reception | 09/10/2020 | 14:00 a | 09/10/2020 | 02.00 |
| Closing of 74th and start of 75th session | 09/10/2020 | 16:00 a | 09/10/2020 | 01.00 |
| Scheduling for General Debate | 09/10/2020 | 20:00 a | 09/10/2020 | 01.00 |
| Telos Webinar with Black Evangelicals witness to Palestine | 09/11/2020 | 19:00 a | 09/11/2020 | 02.00 |
| Istanbul Mediation Conference Virtual | 09/12/2020 | 17:00 a | 09/12/2020 | 03.00 |
| Webinar on Christian Zionism and Settler Colonialism | 09/12/2020 | 17:00 a | 09/12/2020 | 02.00 |
| High Level on UN 75th anniversary | 09/16/2020 | 16:00 a | 09/16/2020 | 01.00 |
| Start of UNGA General Debate | 09/16/2020 | 17:00 a | 09/16/2020 | 01.00 |
| Feda Coverage of GA | 09/17/2020 | 12:00 a | 09/17/2020 | 03.00 |
| Feda Coverage of GA | 09/17/2020 | 16:00 a | 09/17/2020 | 01.50 |
| Feda Coverage of GA | 09/18/2020 | 15:00 a | 09/18/2020 | 01.00 |
| President Abbas speech at UNGA | 09/21/2020 | 14:00 a | 09/21/2020 | 03.00 |
| SC Monthly Briefing - Palestine 2334 | 09/23/2020 | 13:00 a | 09/23/2020 | 04.00 |
| Documentary virtual on food waste - Andorra and San Marino | 09/23/2020 | 17:45 a | 09/23/2020 | 01.00 |

Confidential

| Event | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| High Level 25th Anniversary of 4th World Conference on Women | 09/24/2020 | 13:00 a | 09/24/2020 | 04.50 |
| First meeting of 4th Committee | 10/01/2020 | 16:30 a | 10/01/2020 | 06.50 |
| Virtual 4C Meeting - Q & A Interactive on Human Rights of the Palestinian People | 10/06/2020 | 15:00 a | 10/06/2020 | 01.00 |
| Virtual 4C - Q&A Interactive on UNRWA | 10/06/2020 | 17:00 a | 10/06/2020 | 01.00 |
| GA Memorial for Kuwaiti Emir | 10/08/2020 | 15:30 a | 10/08/2020 | 00.50 |
| Human Rights Council Elections | 10/08/2020 | 16:00 a | 10/08/2020 | 01.00 |
| 4C - General Debate begins items 50-61 (UNRWA 52/Israeli Practices 53) | 10/09/2020 | 19:00 a | 10/09/2020 | 03.00 |
| UN75 High Level Meeting Report 21 September - Embargoed until midnight on Sunday 20 September (Palestine) | 10/12/2020 | 14:00 a | 10/12/2020 | 03.00 |
| 4C General Debate | 10/12/2020 | 15:30 a | 10/12/2020 | 00.75 |
| 4C Debate | 10/12/2020 | 17:30 a | 10/12/2020 | 02.00 |
| 4C Debate | 10/14/2020 | 19:00 a | 10/14/2020 | 03.00 |
| Farewell for Swiss DPR Dominique Favre | 10/16/2020 | 15:00 a | 10/16/2020 | 01.00 |
| Telos Webinar: Principles and Practice of Peacemaking | 10/16/2020 | 19:00 a | 10/16/2020 | 03.00 |
| 4C Debate | 10/19/2020 | 15:00 a | 10/19/2020 | 01.00 |
| 4C Debate | 10/20/2020 | 19:00 a | 10/20/2020 | 03.00 |
| SC Quarterly Debate on Palestine | 10/21/2020 | 14:00 a | 10/21/2020 | 01.00 |
| Pitches for Peace - Inclusive Peace Processes | 10/21/2020 | 15:00 a | 10/21/2020 | 01.00 |
| UN Day 75 Virtual Event and Panel | 10/21/2020 | 23:00 a | 10/22/2020 | 01.00 |
| 4C Debate | 10/22/2020 | 18:00 a | 10/22/2020 | 01.00 |
| 4C Debate | 10/23/2020 | 16:00 a | 10/23/2020 | 01.00 |
| EU presentation on safety of humanitarian personnel | 10/23/2020 | 19:00 a | 10/23/2020 | 03.00 |
| Meeting on Capacity Building | 10/26/2020 | 14:00 a | 10/26/2020 | 03.00 |
| 4C General Debate | 10/26/2020 | 14:00 a | 10/26/2020 | 02.00 |
| 4C Conclusion of General Debate | 10/27/2020 | 19:00 a | 10/27/2020 | 03.00 |
| 4C Action on Resolutions | 10/28/2020 | 16:30 a | 10/28/2020 | 02.00 |
| International Civil Service Compendium Presentation | 10/30/2020 | 14:30 a | 10/30/2020 | 01.00 |
| 4C Concluding Meeting | 10/30/2020 | 15:00 a | 10/30/2020 | 01.00 |
| Jim Zogby Webinar | 11/05/2020 | 15:00 a | 11/05/2020 | 01.00 |
| USMEP Event with Hanan Ashrawi | 11/05/2020 | 16:00 a | 11/05/2020 | 01.00 |
| CEIRPP Parliamentarians Event | 11/06/2020 | 15:00 a | 11/06/2020 | 01.00 |
| Start of Conference on NFWZ in Middle East | 11/09/2020 | 14:00 a | 11/09/2020 | 01.00 |
| Webinar on Healthy Aging by Mission of Chile | 11/09/2020 | 15:00 a | 11/09/2020 | 02.00 |
| MEI Webinar - Palestinian Politics under Biden Administration | 11/09/2020 | 19:00 a | 11/09/2020 | 01.00 |
| Security Council Monthly Meeting on Palestine | 11/10/2020 | 20:00 a | 11/10/2020 | 02.00 |
| Foundation for ME Peace Webinar on Annexation | 11/11/2020 | 15:00 a | 11/11/2020 | 01.00 |
| Part 2: MEI Webinar on Palestinian Politics | 11/12/2020 | 14:30 a | 11/12/2020 | 01.00 |
| Crossing Lines of Difference - Telos Webinar | 11/12/2020 | 15:00 a | 11/12/2020 | 02.00 |
| CEIRPP Bureau Meeting | 11/17/2020 | 16:30 a | 11/17/2020 | 01.50 |
| Mediterranean Dialogue Women's Forum | 11/19/2020 | 16:30 a | 11/19/2020 | 01.50 |
| International Solidarity Day with Palestinian People Meeting | 11/20/2020 | 23:00 a | 11/21/2020 | 01.00 |
| Launch of SG Report on Migration | 11/23/2020 | 16:00 a | 11/23/2020 | 02.00 |
| General Assembly Question of Palestine | 11/24/2020 | 18:30 a | 11/24/2020 | 01.50 |
| Continuation of GA Debate and Vote on Question of Palestine | 11/25/2020 | 14:00 a | 11/25/2020 | 02.00 |

| | | | | |
|---|---|---|---|---|
| GA 31st Special Session on COVID-19 | 11/25/2020 | 20:30 a | 11/25/2020 | 01.00 |
| UNRWA Event on Persons with Disabilities | 11/30/2020 | 15:00 a | 11/30/2020 | 01.00 |
| Participation in International Women's Conference in Viet Nam | 12/02/2020 | 15:00 a | 12/02/2020 | 03.00 |
| WPS Int'l Conference – Dec 8th 2020- BREAKOUT SESSION 3: | 12/03/2020 | 16:30 a | 12/03/2020 | 01.00 |
| WPS Int'l Conference – Dec 8th 2020 - BREAKOUT SESSION 2: | 12/04/2020 | 14:30 a | 12/04/2020 | 01.00 |
| WPS Int'l Conference – Dec 8th 2020 - BREAKOUT SESSION 1: | 12/04/2020 | 16:00 a | 12/04/2020 | 02.00 |
| DGC Media Seminar on Peace in the Middle East | 12/04/2020 | 20:00 a | 12/04/2020 | 01.00 |
| WPS Int'l Conference – Dec 7th-9th 2020 - PLENARY SESSIONS – Strengthen Women's Role in Building & Sustaining Peace: | 12/07/2020 | 15:00 a | 12/07/2020 | 02.00 |
| DGC Media Seminar on Middle East Peace | 12/07/2020 | 20:15 a | 12/07/2020 | 00.75 |
| SC Arria on Youth, Peace and Security | 12/08/2020 | 07:00 a | 12/08/2020 | 03.00 |
| CEIRPP Bureau Meeting | 12/08/2020 | 09:00 a | 12/08/2020 | 03.00 |
| CEIRPP Bureau Meeting | 12/08/2020 | 09:00 a | 12/08/2020 | 03.00 |
| GA Voting on 4C Resolutions - UNRWA and Israeli Practices | 12/08/2020 | 15:00 a | 12/08/2020 | 03.00 |
| FMEP Webinar on IHRA Global Discussion | 12/09/2020 | 11:00 a | 12/09/2020 | 10.00 |
| GA Meeting on UN75 Implementation | 12/09/2020 | 15:00 a | 12/09/2020 | 01.00 |
| GA Epidemiology Update Meeting | 12/09/2020 | 18:00 a | 12/09/2020 | 01.00 |
| Elders Virtual - Reconciliation Forum | 12/09/2020 | 19:00 a | 12/09/2020 | 03.00 |
| SC Meeting on Palestine - 2334 Quarterly Report | 12/15/2020 | 20:30 a | 12/15/2020 | 01.00 |

Confidential

Shatsky-JD00555

**H.E. Amb. Abdelhady-Nasser 2021**

**Calendar entries: Public events subject to functional immunity and jurisdictional immunities under the PSJVTA**

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Webinar on Championing Women in Peace Processes | 01/14/2021 | 14:30 a | 01/14/2021 | 01.50 |
| Event - EU Strategy on Israel-Palestine | 01/14/2021 | 16:00 a | 01/14/2021 | 01.00 |
| UN75 Global Consultation Briefing | 01/15/2021 | 16:30 a | 01/15/2021 | 01.00 |
| Security Council VTC Briefing  Cooperation between the UN and regional and subregioal organizations (League of Arab States) | 01/18/2021 | 15:00 a | 01/18/2021 | 01.00 |
| FMEP Webinar on Israeli Apartheid | 01/21/2021 | 18:30 a | 01/21/2021 | 01.50 |
| SC Open Debate on Palestine | 01/26/2021 | 13:30 a | 01/26/2021 | 04.00 |
| FMEP Webinar on Jerusalem | 01/29/2021 | 16:00 a | 01/29/2021 | 01.00 |
| Fw: wrap up session of Tunisia's presidency of the UNSC | 01/29/2021 | 20:30 a | 01/29/2021 | 01.00 |
| UN Foundation Breakfast Dialogues | 02/03/2021 | 13:30 a | 02/03/2021 | 01.00 |
| UN SG Live at Wash Po | 02/03/2021 | 18:30 a | 02/03/2021 | 01.00 |
| CEIRPP Meeting with UNSG | 02/04/2021 | 15:00 a | 02/04/2021 | 02.00 |
| CEIRPP Bureau Meeting with PGA | 02/10/2021 | 15:00 a | 02/10/2021 | 01.50 |
| Virtual informal meeting of the General Assembly on COVID-19-related business continuity issues - | 02/10/2021 | 16:30 a | 02/10/2021 | 01.00 |
| 2021 Spring Festival hosted by Ambassador Zhang Jun, PR of China | 02/10/2021 | 21:00 a | 02/10/2021 | 02.00 |
| 2021 UNSC Exit Briefing | 02/17/2021 | 13:45 a | 02/17/2021 | 01.00 |
| Telos Geopolitics Discussion with Martin Indyk | 02/18/2021 | 18:00 a | 02/18/2021 | 01.00 |
| CEIRPP virtual meeting | 02/18/2021 | 20:00 a | 02/18/2021 | 02.00 |
| Women's Foreign Policy Group Virtual Event | 02/19/2021 | 18:00 a | 02/19/2021 | 01.00 |
| Good Country, Good Society Webinar | 02/24/2021 | 16:00 a | 02/24/2021 | 01.50 |
| Meeting on virtual event with parliamentarians | 02/24/2021 | 19:30 a | 02/24/2021 | 00.50 |
| CEIRPP Briefing to Diplomats | 02/25/2021 | 15:00 a | 02/25/2021 | 02.50 |
| FMEP Webinar on Middle East | 02/25/2021 | 16:00 a | 02/25/2021 | 01.50 |
| MEI Webinar on Palestine and US Progressive Movement | 02/25/2021 | 20:30 a | 02/25/2021 | 01.00 |
| SC Monthly Briefing on Palestine | 02/26/2021 | 15:00 a | 02/26/2021 | 02.00 |
| UK-UNSC Wrap Up Session | 02/26/2021 | 20:00 a | 02/26/2021 | 01.00 |
| FMEP Webinar: American Evangelicals and Israel-Palestine | 03/02/2021 | 16:00 a | 03/02/2021 | 01.00 |
| UN Foundation Dialogue - Women and Girls at the Centre | 03/03/2021 | 13:30 a | 03/03/2021 | 01.50 |
| GA Meeting | 03/04/2021 | 20:00 a | 03/04/2021 | 01.50 |
| CEIRPP Bureau Meeting with EU | 03/05/2021 | 20:00 a | 03/05/2021 | 01.00 |
| International Women's Day Event | 03/08/2021 | 15:00 a | 03/08/2021 | 02.00 |
| UNSC Arria on Women, Peace and Security | 03/08/2021 | 20:00 a | 03/08/2021 | 02.00 |
| CEIRPP CSW Event on Palestinian Women | 03/10/2021 | 15:00 a | 03/10/2021 | 01.00 |
| UN Security Council High-Level Debate on Food Security | 03/11/2021 | 15:00 a | 03/11/2021 | 02.00 |
| Telos Webinar: Building a Free and Prosperous Palestine | 03/12/2021 | 17:00 a | 03/12/2021 | 01.50 |
| Webinar: Implications of ICC Jurisdiction in Palestine | 03/15/2021 | 15:00 a | 03/15/2021 | 01.50 |
| Women's Foreign Policy Group Webinar | 03/15/2021 | 17:00 a | 03/15/2021 | 01.00 |
| OIC High Level on Islamaphobia | 03/17/2021 | 13:00 a | 03/17/2021 | 02.00 |
| Ireland National Day Virtual Event | 03/17/2021 | 17:00 a | 03/17/2021 | 01.00 |

Confidential

Shatsky-JD00556

| | | | | |
|---|---|---|---|---|
| UN ESCWA and MOWA Event on Palestinian Women | 03/18/2021 | 12:00 a | 03/18/2021 | 01.00 |
| UK Arria Meeting on Religious Beliefs and Conflict | 03/19/2021 | 14:00 a | 03/19/2021 | 02.00 |
| GA Meeting on Racism | 03/19/2021 | 14:00 a | 03/19/2021 | 02.00 |
| Harvard Webinar: Beyond Conflict | 03/22/2021 | 16:00 a | 03/22/2021 | 01.00 |
| Nowruz Virtual Celebration | 03/22/2021 | 17:30 a | 03/22/2021 | 01.00 |
| CAABU Webinar with B'tselem | 03/22/2021 | 18:30 a | 03/22/2021 | 01.00 |
| UNRWA Gaza Event | 03/24/2021 | 13:00 a | 03/24/2021 | 01.00 |
| China-CEIRPP Bureau Meeting | 03/24/2021 | 15:00 a | 03/24/2021 | 01.00 |
| UNSC Meeting on Palestine and 2334 Report | 03/25/2021 | 14:00 a | 03/25/2021 | 02.00 |
| GA Meeting on Revitalization | 03/25/2021 | 19:00 a | 03/25/2021 | 02.50 |
| Webinar Opportunity in Crisis: Reimagining a Just Society | 03/30/2021 | 14:00 a | 03/30/2021 | 01.00 |
| Beinart Lecture at Palestine Center | 03/31/2021 | 16:30 a | 03/31/2021 | 01.00 |
| CEIRPP Virtual Event with UNRWA CG | 04/07/2021 | 14:00 a | 04/07/2021 | 01.50 |
| UN Foundation - Dialogue on Abiding by International Law and Ensuring Justice | 04/07/2021 | 17:30 a | 04/07/2021 | 02.00 |
| Middle East Institute Webinar on Palestinian Elections | 04/08/2021 | 14:00 a | 04/08/2021 | 01.50 |
| Food Security Webinar | 04/12/2021 | 18:00 a | 04/12/2021 | 01.00 |
| Multigenerational Workforce Seminar | 04/14/2021 | 17:00 a | 04/14/2021 | 01.00 |
| UN Breakfast Dialogues - Session on Youth | 04/16/2021 | 12:30 a | 04/16/2021 | 01.50 |
| UNITAR Fellowship Application | 04/16/2021 | 16:30 a | 04/16/2021 | 01.00 |
| UNSC Open Debate on Palestine Question | 04/22/2021 | 14:00 a | 04/22/2021 | 03.00 |
| Palestine Center discussion with Dr. Ashrawi | 04/26/2021 | 15:30 a | 04/26/2021 | 01.00 |
| IPS Webinar on Palestinian Elections | 04/27/2021 | 14:00 a | 04/27/2021 | 01.00 |
| CEIRPP Bureau Meeting | 04/27/2021 | 15:00 a | 04/27/2021 | 02.00 |
| Netherlands National Day Recception | 04/27/2021 | 17:00 a | 04/27/2021 | 01.00 |
| Viet Nam SC Wrap Session | 04/29/2021 | 19:00 a | 04/29/2021 | 01.00 |
| IPSI Webinar on Palestinian Elections Implications | 05/05/2021 | 14:00 a | 05/05/2021 | 01.00 |
| Memorial Service for UN Personnel | 05/06/2021 | 13:30 a | 05/06/2021 | 01.00 |
| FMEP Webinar on Sheikh Jarrah Dispossession and Violence | 05/06/2021 | 14:00 a | 05/06/2021 | 01.00 |
| Palestine Center Lecture | 05/06/2021 | 16:30 a | 05/06/2021 | 01.00 |
| informal interactive dialogues with the candidates | 05/07/2021 | 14:00 a | 05/07/2021 | 03.00 |
| Webinar on Palestinian Nakba | 05/10/2021 | 15:00 a | 05/10/2021 | 01.00 |
| Norway event on UNSC 2286 on Attacks on Healthcare in Armed Conflict | 05/12/2021 | 14:30 a | 05/12/2021 | 01.50 |
| Webinar: The PLO and the Diaspora | 05/12/2021 | 15:00 a | 05/12/2021 | 01.00 |
| UNGA Meeting on R2P | 05/17/2021 | 14:00 a | 05/17/2021 | 03.00 |
| UN Forum on Question of Palestine | 05/18/2021 | 14:00 a | 05/18/2021 | 02.00 |
| UN Forum on the Question of Palestine "International Parliamentarian Support for the QoP" | 05/18/2021 | 14:00 a | 05/18/2021 | 02.00 |
| Call with NPR - Carol | 05/19/2021 | 13:15 a | 05/19/2021 | 00.25 |
| UNGA meeting | 05/20/2021 | 14:00 a | 05/20/2021 | 01.00 |
| PGA meeting at the Ministerial level, on the margin of the GA formal plenary meeting on the agenda items 37 entitled "the situation in the Middle East", and item 38 entitled "Question of Palestine"   Principal+1 | 05/20/2021 | 18:15 a | 05/20/2021 | 00.75 |
| UNGA meeting on Palestine | 05/25/2021 | 14:00 a | 05/25/2021 | 03.00 |
| UNSC Meeting on Palestine | 05/27/2021 | 14:00 a | 05/27/2021 | 03.00 |
| Election of PGA and ECOSOC | 06/07/2021 | 14:00 a | 06/07/2021 | 02.00 |

| SC Elections | 06/11/2021 | 14:00 a | 06/11/2021 | 02.00 |

Confidential
Shatsky-JD00558