# EXHIBIT 8

MANSOUR EX 4
K.N. 07.08.21

# PRIVILEGE LOG

**H.E. Amb. Mansour 2020**
**Calendar entries: Non-public events subject to functional immunity**

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Internal Palestine UN Mission business | 01/09/2020 | 20:00 a | 01/09/2020 | 00.50 |
| Interaction with Virginia Gamba | 01/09/2020 | 21:00 a | 01/09/2020 | 01.00 |
| Interaction with PR of Russia | 01/13/2020 | 16:30 a | 01/13/2020 | 01.00 |
| Interaction with PR of China | 01/14/2020 | 15:00 a | 01/14/2020 | 00.50 |
| Interaction with PR of Estonia | 01/14/2020 | 16:30 a | 01/14/2020 | 00.50 |
| Interaction with G77 | 01/15/2020 | 17:30 a | 01/15/2020 | 02.00 |
| Interaction with Christoph Heusgen | 01/17/2020 | 15:45 a | 01/17/2020 | 00.50 |
| Interaction with PR of UK | 01/22/2020 | 16:00 a | 01/22/2020 | 00.50 |
| Interaction with PR of Tunisia | 01/23/2020 | 18:00 a | 01/23/2020 | 01.00 |
| Interaction with Karen Van Vlierberge | 01/23/2020 | 20:00 a | 01/23/2020 | 00.50 |
| Interaction with OIC | 01/23/2020 | 23:30 a | 01/24/2020 | 01.00 |
| Canceled Event | 01/24/2020 | 00:00 a | 01/24/2020 | 02.00 |
| Interaction with Ambassador Skoog | 01/24/2020 | 15:00 a | 01/24/2020 | 00.50 |
| Interaction with PR of Saint Vincent & Grenadines | 01/24/2020 | 21:00 a | 01/24/2020 | 01.00 |
| Interaction with PGA | 01/30/2020 | 17:00 a | 01/30/2020 | 00.50 |
| Interaction with NAM | 01/30/2020 | 19:00 a | 01/30/2020 | 01.00 |
| Interaction with PR of Russian Federation | 01/31/2020 | 16:00 a | 01/31/2020 | 00.50 |
| Interaction with Vintage PRs | 01/31/2020 | 18:15 a | 01/31/2020 | 01.50 |
| Interaction with civil society organization Beit Hanina Cultural Center Brooklyn on UN topics | 02/02/2020 | 00:00 a | 02/02/2020 | 01.00 |
| Interaction with PR of China | 02/03/2020 | 20:15 a | 02/03/2020 | 01.00 |
| Interaction with PR of Fance | 02/04/2020 | 16:00 a | 02/04/2020 | 01.00 |
| Interaction with PR of Belgium | 02/04/2020 | 21:45 a | 02/04/2020 | 01.00 |
| Interaction with OIC | 02/05/2020 | 15:30 a | 02/05/2020 | 01.50 |
| Interaction with PR of Estonia | 02/05/2020 | 17:30 a | 02/05/2020 | 01.00 |
| Interaction with SG | 02/05/2020 | 21:30 a | 02/05/2020 | 00.25 |
| Interaction with PR of Germany | 02/05/2020 | 22:00 a | 02/05/2020 | 01.00 |
| Interaction with G77 | 02/06/2020 | 00:30 a | 02/06/2020 | 01.50 |

CONFIDENTIAL

| Event | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Interaction with UN delegates at New Zealand National Day Reception | 02/06/2020 | 23:45 a | 02/07/2020 | 02.00 |
| Interaction with NAM SC Caucus | 02/07/2020 | 14:15 a | 02/07/2020 | 01.00 |
| Interaction with PR of UK | 02/07/2020 | 20:30 a | 02/07/2020 | 01.00 |
| Interaction with UN delegates at Iran National Day Reception | 02/11/2020 | 23:30 a | 02/12/2020 | 01.50 |
| Interaction with G77 | 02/13/2020 | 15:00 a | 02/13/2020 | 01.00 |
| Interaction with UN delegates at Japan Emperor's Birthday Reception | 02/13/2020 | 23:30 a | 02/14/2020 | 02.00 |
| Interaction with UN delegates at Lunch in honor of the Tunisian Ambassador | 02/14/2020 | 18:15 a | 02/14/2020 | 01.75 |
| Interaction with UN delegates at DPRK Leader Birth anniversary Reception | 02/14/2020 | 23:30 a | 02/15/2020 | 02.00 |
| Interaction with PR of Norway | 02/17/2020 | 17:00 a | 02/17/2020 | 00.50 |
| Interaction with UN delegates at IPU Reception | 02/17/2020 | 22:45 a | 02/18/2020 | 01.75 |
| Interaction with Taher Elsonni | 02/19/2020 | 20:00 a | 02/19/2020 | 00.50 |
| Interaction with Asada Masahiko | 02/19/2020 | 23:00 a | 02/20/2020 | 01.50 |
| Interaction with NAM Caucus | 02/20/2020 | 17:30 a | 02/20/2020 | 01.00 |
| Bureau Meeting | 02/20/2020 | 20:00 a | 02/20/2020 | 02.00 |
| Interaction with PR of Russia | 02/24/2020 | 16:00 a | 02/24/2020 | 00.50 |
| Interaction with PR of France | 02/24/2020 | 20:00 a | 02/24/2020 | 00.50 |
| Interaction with PRs of EU and Croatia at CSW Reception | 03/09/2020 | 22:30 a | 03/10/2020 | 02.00 |
| Interaction with PR of Poland | 03/10/2020 | 17:15 a | 03/10/2020 | 01.00 |
| Interaction with UN delegates at Italy reception to mark the opening of the exhibition Invisible City | 03/11/2020 | 22:30 a | 03/12/2020 | 02.00 |
| Interaction with PR of Sweden | 03/12/2020 | 19:45 a | 03/12/2020 | 01.00 |
| Canceled Event | 03/15/2020 | 22:00 a | 03/16/2020 | 03.00 |
| Canceled Event | 03/16/2020 | 22:30 a | 03/17/2020 | 01.50 |
| Canceled Event | 03/17/2020 | 19:00 a | 03/17/2020 | 01.00 |
| Canceled Event | 03/18/2020 | 14:45 a | 03/18/2020 | 01.25 |
| Canceled Event | 03/19/2020 | 16:35 a | 03/19/2020 | 01.00 |
| Canceled Event | 03/23/2020 | 22:30 a | 03/24/2020 | 01.50 |
| Canceled Event | 03/30/2020 | 17:15 a | 03/30/2020 | 01.50 |
| Personal note about UN Mission business | 03/31/2020 | 19:00 a | 03/31/2020 | 04.00 |
| Interaction with Arab Group | 04/13/2020 | 15:00 a | 04/13/2020 | 02.00 |
| Interaction with Volkan Bozkır | 04/30/2020 | 18:00 a | 04/30/2020 | 00.50 |
| Interaction with CEIRPP Bureau | 05/05/2020 | 14:00 a | 05/05/2020 | 02.00 |
| Interaction with Arab troika and President of the Security Council | 05/07/2020 | 16:00 a | 05/07/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with Arab Troika | 05/08/2020 | 18:00 a | 05/08/2020 | 01.00 |
| Interaction with UN delegates at charge of UK mission Virtual briefing | 05/13/2020 | 14:00 a | 05/13/2020 | 01.00 |
| Interaction with Russian and Arab Delegation | 05/14/2020 | 16:00 a | 05/14/2020 | 01.00 |
| Interaction with Arab group | 05/19/2020 | 15:00 a | 05/19/2020 | 01.00 |
| Interaction with OIC and FM Ireland | 05/19/2020 | 18:30 a | 05/19/2020 | 02.00 |
| Interaction with Alya Ahmed Saif Al-Thani and Anna Karin Eneström | 05/21/2020 | 17:15 a | 05/21/2020 | 00.50 |
| Interaction with APG UN delegates and Minister of Foreign Affairs of Norway | 05/28/2020 | 15:30 a | 05/28/2020 | 01.00 |
| Internal Palestine UN Mission business | 05/29/2020 | 17:00 a | 05/29/2020 | 01.00 |
| Canceled Event | 05/31/2020 | 15:30 a | 05/31/2020 | 03.00 |
| Interaction with UN delegates at vitual meeting with Sweden and Qatar | 06/03/2020 | 19:30 a | 06/03/2020 | 01.00 |
| Canceled Event | 06/07/2020 | 15:30 a | 06/07/2020 | 03.00 |
| Interaction with UN delegates at Arab meeting with France PR | 06/08/2020 | 19:00 a | 06/08/2020 | 00.50 |
| Interaction with UN delegates at Arab meeting with Germany PR | 06/08/2020 | 19:45 a | 06/08/2020 | 00.50 |
| Interaction with UN delegates at Arab meeting with Belgium PR | 06/08/2020 | 20:30 a | 06/08/2020 | 01.00 |
| Interaction with UN delegates at Arab meeting with UK PR | 06/10/2020 | 19:30 a | 06/10/2020 | 01.00 |
| Interaction with UNRWA | 06/11/2020 | 14:00 a | 06/11/2020 | 02.00 |
| Interaction with UN delegates at Ireland Security Council Event | 06/15/2020 | 17:00 a | 06/15/2020 | 01.50 |
| Interaction with OIC Ambassadors | 06/15/2020 | 19:00 a | 06/15/2020 | 02.00 |
| Interaction with NAM COB Ambassadors | 06/22/2020 | 15:00 a | 06/22/2020 | 02.00 |
| Interaction with Arab Group | 06/29/2020 | 15:00 a | 06/29/2020 | 02.50 |
| Interaction with Ronaldo Costa Filho and George Marques | 07/01/2020 | 15:30 a | 07/01/2020 | 01.00 |
| Internal Palestine UN Mission business | 07/06/2020 | 18:00 a | 07/06/2020 | 01.00 |
| Personal note about UN Mission business | 07/07/2020 | 13:30 a | 07/07/2020 | 04.00 |
| Interaction with Ministry team and Ardi and Michael Lynk | 07/13/2020 | 13:00 a | 07/13/2020 | 01.00 |
| Interaction with Chef of cabinet of the UNSG | 07/13/2020 | 20:00 a | 07/13/2020 | 01.00 |
| Interaction with Secretary General and the Buereau | 07/16/2020 | 16:45 a | 07/16/2020 | 00.50 |
| Interaction with PR of Netherlands | 07/17/2020 | 19:00 a | 07/17/2020 | 00.50 |
| Interaction with Arab group | 07/18/2020 | 20:00 a | 07/18/2020 | 01.00 |
| Interaction with Troika and G77 | 07/20/2020 | 16:00 a | 07/20/2020 | 01.00 |
| Interaction with Arab Troika and President of GA | 07/20/2020 | 19:00 a | 07/20/2020 | 01.00 |
| Interaction with Arab Group | 07/20/2020 | 20:00 a | 07/20/2020 | 01.00 |
| Interaction with UN delegates at Virtual Welcoming Reception of the PR of Switzerland Amb Pascale Baeriswyl | 07/30/2020 | 17:15 a | 07/30/2020 | 01.00 |

CONFIDENTIAL

| Description | Date | Time | Date | Hours |
|---|---|---|---|---|
| Interaction with NAM COB | 07/30/2020 | 19:00 a | 07/30/2020 | 02.00 |
| Interaction with PR of Saudi Arabia | 08/05/2020 | 13:45 a | 08/05/2020 | 00.25 |
| Interaction with OIC | 08/06/2020 | 15:00 a | 08/06/2020 | 01.00 |
| Interaction with PR of Switerland | 08/06/2020 | 17:15 a | 08/06/2020 | 01.00 |
| Interaction with UN delegates at SC Informal Briefing by Indonesia | 08/14/2020 | 14:00 a | 08/14/2020 | 02.00 |
| Internal Palestine UN Mission business | 08/26/2020 | 15:00 a | 08/26/2020 | 01.00 |
| Interaction with PR of Bulgaria | 08/26/2020 | 20:00 a | 08/26/2020 | 00.50 |
| Interaction with James Roscoe | 09/02/2020 | 17:30 a | 09/02/2020 | 01.00 |
| Interaction with CoB NAM | 09/02/2020 | 20:00 a | 09/02/2020 | 02.00 |
| Interaction with UN delegates at IAPR Virtual Afternoon Cruise 2020 | 09/08/2020 | 19:00 a | 09/08/2020 | 01.00 |
| Interaction with the CEIRPP Bureau and James Zogby | 09/09/2020 | 15:00 a | 09/09/2020 | 01.00 |
| Interaction with PR of Mexico | 09/11/2020 | 19:00 a | 09/11/2020 | 01.00 |
| Interaction with G-77 | 09/15/2020 | 13:00 a | 09/15/2020 | 03.00 |
| Interaction with Abdallah Al-Mouallimi | 09/18/2020 | 23:30 a | 09/19/2020 | 01.00 |
| Interaction with Arab Group and Emmanuel Ugirashebuja | 09/25/2020 | 19:00 a | 09/25/2020 | 02.00 |
| Canceled Event | 09/28/2020 | 12:30 a | 09/28/2020 | 01.00 |
| Interaction with UN delegates at virtual reception in celebration of the Kingdom of Saudi Arabia's National Day | 09/30/2020 | 17:15 a | 09/30/2020 | 01.00 |
| Interaction with PR of China | 09/30/2020 | 19:45 a | 09/30/2020 | 00.17 |
| Interaction with Rosemary A. Dicarlo | 09/30/2020 | 20:00 a | 09/30/2020 | 00.50 |
| Interaction with SG | 10/06/2020 | 18:30 a | 10/06/2020 | 00.50 |
| Interaction with ASEAN | 10/18/2020 | 13:30 a | 10/18/2020 | 01.00 |
| Interaction with Bryne Nason | 10/19/2020 | 17:15 a | 10/19/2020 | 01.50 |
| Interaction with UNDP | 10/21/2020 | 19:00 a | 10/21/2020 | 01.00 |
| Interaction with Virginia Gamba | 10/22/2020 | 14:30 a | 10/22/2020 | 01.00 |
| Interaction with PR of Slovakia | 10/23/2020 | 20:15 a | 10/23/2020 | 01.00 |
| Interaction with UN delegates at a welcome lunch in honour of the Permanent Representative of Guyana | 10/27/2020 | 17:15 a | 10/27/2020 | 01.00 |
| Interaction with UN delegates at dinner hosted by Vassely Nebenzia | 10/30/2020 | 23:00 a | 10/31/2020 | 01.50 |
| Interaction with Michal Mlynár | 11/02/2020 | 20:00 a | 11/02/2020 | 00.50 |
| Interaction with Bob Rae | 11/03/2020 | 21:00 a | 11/03/2020 | 01.00 |
| Interaction with UN delegates at farewell phone call with Ambassador Pires' mandate | 11/05/2020 | 20:00 a | 11/05/2020 | 01.00 |
| Interaction with Michal Mlynár | 11/05/2020 | 22:30 a | 11/05/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with Arab Group | 11/06/2020 | 16:00 a | 11/06/2020 | 01.00 |
| Interaction with G-77 | 11/06/2020 | 20:00 a | 11/06/2020 | 02.00 |
| Interaction with Rhonda King and incoming PSC | 11/09/2020 | 16:00 a | 11/09/2020 | 01.00 |
| Interaction with Ambassador Juul | 11/10/2020 | 20:00 a | 11/10/2020 | 01.00 |
| Interaction with PR of Norway | 11/10/2020 | 20:00 a | 11/10/2020 | 01.00 |
| Interaction with USG Dicarlo | 11/19/2020 | 23:00 a | 11/20/2020 | 01.00 |
| Interaction with civil society organization Israa University on UN topics | 11/24/2020 | 23:00 a | 11/25/2020 | 02.00 |
| Interaction with G77 | 12/01/2020 | 20:00 a | 12/01/2020 | 01.00 |
| Interaction with Arab Group | 12/04/2020 | 16:00 a | 12/04/2020 | 01.00 |
| Interaction with NAM-Russia | 12/04/2020 | 20:00 a | 12/04/2020 | 01.00 |
| Interaction with Olof Skoog | 12/10/2020 | 19:00 a | 12/10/2020 | 01.00 |
| Interaction with Netherlands' PR | 12/10/2020 | 20:00 a | 12/10/2020 | 01.00 |
| Interaction with PR of Costa Rica | 12/14/2020 | 16:00 a | 12/14/2020 | 01.00 |
| Interaction with Cob-NAM | 12/17/2020 | 20:00 a | 12/17/2020 | 03.00 |
| Interaction with Ambassadorial Troika | 12/18/2020 | 05:00 a | 12/18/2020 | 01.00 |
| Interaction with PR of India | 12/22/2020 | 21:30 a | 12/22/2020 | 01.00 |

CONFIDENTIAL

H.E. Amb. Mansour 2021
Calendar entries: Non-public events subject to functional immunity

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Interaction with Barbara Woodward | 01/06/2021 | 19:00 a | 01/06/2021 | 00.50 |
| Interaction with PR of Mexico | 01/07/2021 | 19:15 a | 01/07/2021 | 01.00 |
| Interaction with PR of Tunisia | 01/08/2021 | 21:15 a | 01/08/2021 | 01.00 |
| Interaction with Tor Wennesland | 01/11/2021 | 16:30 a | 01/11/2021 | 01.00 |
| Interaction with Arab Group | 01/12/2021 | 18:00 a | 01/12/2021 | 01.00 |
| Interaction with Lynn Hastings | 01/12/2021 | 20:00 a | 01/12/2021 | 01.00 |
| Interaction with Laetitia Courtois | 01/13/2021 | 06:00 a | 01/13/2021 | 01.00 |
| Internal Palestine UN Mission business | 01/14/2021 | 17:00 a | 01/14/2021 | 01.50 |
| Interaction with NAM | 01/15/2021 | 17:00 a | 01/15/2021 | 01.00 |
| Interaction with Philippe Kridelka | 01/19/2021 | 17:30 a | 01/19/2021 | 01.00 |
| Interaction with Group of 77 | 01/19/2021 | 20:00 a | 01/19/2021 | 01.00 |
| Interaction with Ireland Mission | 01/19/2021 | 21:30 a | 01/19/2021 | 01.00 |
| Interaction with Mladenov | 01/25/2021 | 18:00 a | 01/25/2021 | 01.00 |
| Interaction with Maria DiCarlo | 01/27/2021 | 17:00 a | 01/27/2021 | 01.00 |
| Interaction with NAM | 01/29/2021 | 20:00 a | 01/29/2021 | 01.00 |
| Interaction with PR of Mozambique | 02/02/2021 | 16:45 a | 02/02/2021 | 00.50 |
| Interaction with Secretary-General | 02/11/2021 | 18:40 a | 02/11/2021 | 01.00 |
| Interaction with G77 | 02/11/2021 | 20:30 a | 02/11/2021 | 01.00 |
| Interaction with Arab Group | 02/12/2021 | 16:00 a | 02/12/2021 | 01.00 |
| Interaction with OIC | 02/15/2021 | 20:00 a | 02/15/2021 | 02.00 |
| Interaction with Arab Group and Russian Federation delegation | 02/22/2021 | 15:30 a | 02/22/2021 | 01.00 |
| Interaction with Arab Group and EU delegation | 02/23/2021 | 21:30 a | 02/23/2021 | 01.00 |
| Interaction with NAM | 02/26/2021 | 20:00 a | 02/26/2021 | 03.00 |
| Interaction with civil society organization Coalition of Palestinian-American Organizations on UN topics | 02/28/2021 | 16:00 a | 02/28/2021 | 03.00 |
| Interaction with Russian Federation delegation and CEIRPP | 03/11/2021 | 20:30 a | 03/11/2021 | 01.00 |
| Interaction with Arab Group | 03/12/2021 | 21:30 a | 03/12/2021 | 01.00 |

CONFIDENTIAL

| Activity | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Interaction with Khaled Khiari | 03/16/2021 | 14:00 a | 03/16/2021 | 00.50 |
| Interaction with OIC | 03/17/2021 | 13:00 a | 03/17/2021 | 02.00 |
| Interaction with Arab Group and China Ambassador | 03/18/2021 | 20:00 a | 03/18/2021 | 01.00 |
| Interaction with Arab Group and PR of France | 03/19/2021 | 14:00 a | 03/19/2021 | 01.00 |
| Interaction with Arab Group and PR of UK | 03/19/2021 | 20:30 a | 03/19/2021 | 01.00 |
| Interaction with Nicolas de Rivière | 03/22/2021 | 17:15 a | 03/22/2021 | 01.25 |
| Interaction with Arab Group and US delegation | 03/23/2021 | 19:30 a | 03/23/2021 | 01.00 |
| Interaction with PR of US | 03/23/2021 | 20:45 a | 03/23/2021 | 00.50 |
| Interaction with civil society organization Church group on UN topics | 03/26/2021 | 13:00 a | 03/26/2021 | 01.50 |
| Interaction with Melissa Fleming | 03/26/2021 | 15:00 a | 03/26/2021 | 01.00 |
| Interaction with UN Global Compact | 03/31/2021 | 14:00 a | 03/31/2021 | 01.50 |
| Interaction with G77 | 03/31/2021 | 15:00 a | 03/31/2021 | 01.00 |
| Interaction with Khalida Bouzar | 03/31/2021 | 18:00 a | 03/31/2021 | 01.00 |
| Interaction with NAM | 03/31/2021 | 19:00 a | 03/31/2021 | 02.00 |
| Interaction with UN delegates at Virtual Open Conversation series on 'The Global Commons in the 21st century' | 04/01/2021 | 17:00 a | 04/01/2021 | 01.75 |
| Interaction with Arab Group | 04/08/2021 | 15:30 a | 04/08/2021 | 01.00 |
| Interaction with PR of Serbia | 04/15/2021 | 15:00 a | 04/15/2021 | 00.50 |
| Interaction with PR of Syria | 04/15/2021 | 19:00 a | 04/15/2021 | 01.00 |
| Interaction with civil society organization Boston College on UN topics | 04/16/2021 | 16:30 a | 04/16/2021 | 01.00 |
| Interaction with civil society organization HRW on UN topics | 04/26/2021 | 14:00 a | 04/26/2021 | 00.50 |
| Interaction with the President of the Security Council, PR of Vietnam | 04/26/2021 | 21:15 a | 04/26/2021 | 01.00 |
| Virtual Bureau Meeting | 04/27/2021 | 15:00 a | 04/27/2021 | 01.00 |
| Interaction with Arab Group | 04/29/2021 | 19:00 a | 04/29/2021 | 01.00 |
| Interaction with NAM | 04/30/2021 | 19:00 a | 04/30/2021 | 02.00 |
| Canceled Event | 05/03/2021 | 14:00 a | 05/03/2021 | 01.00 |
| Interaction with OIC | 05/10/2021 | 19:00 a | 05/10/2021 | 02.00 |
| Interaction with UN Ireland delegation | 05/12/2021 | 08:00 a | 05/12/2021 | 01.00 |
| Interaction with PR of France | 05/13/2021 | 15:30 a | 05/13/2021 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with Arab Group | 05/16/2021 | 20:00 a | 05/16/2021 | 01.00 |
| Interaction with PGA | 05/17/2021 | 13:00 a | 05/17/2021 | 01.00 |
| Interaction with NAM CoB | 05/17/2021 | 17:30 a | 05/17/2021 | 01.00 |
| Interaction with UNSG | 05/19/2021 | 15:00 a | 05/19/2021 | 00.50 |
| Interaction with President of the General Assembly | 05/20/2021 | 12:30 a | 05/20/2021 | 00.25 |
| Interaction with the PSC | 05/20/2021 | 15:15 a | 05/20/2021 | 00.33 |
| Interaction with MOFA of Indonesia | 05/20/2021 | 16:00 a | 05/20/2021 | 00.50 |
| Interaction with Minister of Foreign Affairs of Kuwait | 05/20/2021 | 20:30 a | 05/20/2021 | 00.50 |
| Interaction with UNSG | 05/20/2021 | 21:00 a | 05/20/2021 | 00.33 |
| Interaction with PR Ambassador Joyini of South Africa | 05/21/2021 | 14:00 a | 05/21/2021 | 01.00 |
| Interaction with Deborah Fikes | 05/24/2021 | 23:30 a | 05/25/2021 | 01.00 |
| Interaction with UN Egypt delegation | 06/01/2021 | 17:15 a | 06/01/2021 | 01.50 |
| Interaction with Pakistan delegation | 06/13/2021 | 17:00 a | 06/13/2021 | 02.00 |
| Interaction with UN delegates at Pakistan dinner | 06/15/2021 | 23:30 a | 06/16/2021 | 01.00 |
| Interaction with civil society organization 2021 International Media Seminar - Madrid on UN topics | 10/26/2021 | 00:00 a | 10/28/2021 | 48.00 |

CONFIDENTIAL