# Arnold & Porter

**Kent A. Yalowitz**
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

March 25, 2022

**BY ECF**

Hon. George B. Daniels
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Sokolow et al. v. Palestine Liberation Organization et al.*
              No. 04 Civ. 397 (GBD)

Dear Judge Daniels:

    Attached is a motion we filed today in the Second Circuit. Defendants were well aware that this motion was imminent but omitted to mention it in their letter to you of earlier today.

    Given these circumstances, which were created in part by Defendants' gamesmanship and in part by an internal communication error within the Second Circuit, we ask that you hold Plaintiffs' pending motion for reconsideration in abeyance pending a ruling from the Second Circuit on the enclosed motion.

                                      Respectfully yours,

                                      Kent A. Yalowitz

Enclosure

cc: ECF Counsel