# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand twenty-two.

Before:  Pierre N. Leval,
     *Circuit Judge.*

_____

Eva Waldman, et al.,

  Plaintiffs - Appellees - Cross - Appellants,

v.

Palestine Liberation Organization, Palestinian Authority, AKA Palestinian Interim Self-Government Authority and or Palestinian Council and or Palestinian National Authority,

  Defendants - Appellants - Cross - Appellees,

_____

ORDER

Docket Nos.
15-3135(L),
15-3151(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 15 2022

  Plaintiffs-Appellees-Cross-Appellants move to hold this appeal in abeyance pending the district court's decision on their motion for reconsideration. Defendants-Appellants-Cross-Appellees oppose the motion.

  IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/15/2022