

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

**VIA ECF**

April 15, 2022

Hon. George B. Daniels
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re:**    *Sokolow v. PLO*, No. 04-cv-00397 (GBD-RLE)

Dear Judge Daniels:

We are counsel to Defendants Palestine Liberation Organization and the Palestinian Authority ("Defendants") in this matter.  Today, the Second Circuit stayed the appeal pending this Court's resolution of the Plaintiff's recent motion for reconsideration, which Plaintiffs asked this Court to hold in abeyance [*See* ECF 1057 & 1060].   Now that this Court has jurisdiction again to decide Plaintiff's motion, Defendants will file their responsive brief to the motion for reconsideration by April 29, 2022, pursuant to Local Rule 6.1(b), absent some other date ordered by this Court, per our letter of April 7, 2022 [ECF 1061].

Respectfully submitted,

Squire Patton Boggs (US) LLP

Gassan A. Baloul

cc:     All Counsel (via ECF)

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.