UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARK I. SOKOLOW et al.,

        Plaintiffs,

   v.

PALESTINE LIBERATION ORGANIZATION et al.,

        Defendants,

UNITED STATES OF AMERICA,

        Intervenor.

---------------------------------------------------------------x

04 Civ. 397 (GBD)

**Notice of Appeal**

    Intervenor the United States appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order entered on March 10, 2022.

Dated:   New York, New York
           May 9, 2022

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Intervenor

By:   /s/ Benjamin H. Torrance
       BENJAMIN H. TORRANCE
       Assistant United States Attorney
       86 Chambers Street
       New York, New York  10007
       Telephone: 212.637.2703
       Fax: 212.637.2702
       E-mail: benjamin.torrance@usdoj.gov