UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK I. SOKOLOW, et al.,

                      *Plaintiffs*,

    v.

PALESTINE LIBERATION ORGANIZATION, et al.,

                      *Defendants*.

Case No. 04 Civ. 397 (GBD)

---

**APPENDIX
(CORRECTED AND SUPPLEMENTED)
IN SUPPORT OF MOTION FOR
RECONSIDERATION AND ADDITIONAL FINDINGS OF FACT**

 

ARNOLD & PORTER
    KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
T: (212) 836-8000
F: (212) 836-8689

*Attorneys for Plaintiffs*

May 25, 2022

Plaintiffs respectfully submit this Appendix in support of their motion for reconsideration and additional findings of fact. Plaintiffs originally filed such an appendix on March 15, 2022 (ECF 1059). Two of the documents in that filing (1059-2 and 1059-3) have computer-generated errors, which this filing corrects. In addition, there are additional pages in these two documents that are cited in their Reply Brief and were not previously cited.

Dated: May 25, 2022
New York, New York

        Respectfully submitted,

        ARNOLD & PORTER
           KAYE SCHOLER LLP

By: _____
     Kent A. Yalowitz
      KENT.YALOWITZ@ARNOLDPORTER.COM
     250 West 55th Street
     New York, NY 10019
     T: (212) 836-8344

*Counsel for Plaintiffs*

# Index of Exhibits

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Abdelhady-Nassar Deposition Transcript Excerpts |
| 2 | Ghannam Deposition Transcript Excerpts |
| 3 | Mansour Deposition Transcript Excerpts |
| 4 | Abdelhady-Nasser Dep. Ex. 4 |
| 5 | Abdelhady-Nasser Dep. Ex. 5 |
| 6 | Abdelhady-Nasser Dep. Ex. 6 |
| 7 | Mansour Dep. Ex. 3 |
| 8 | Mansour Dep. Ex. 4 |
| 9 | Mansour Dep. Ex. 8 (transcript) |