# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, J ANNE SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ, YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN, MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY, GINETTE LANDO THALER, individually and as personal representative of the Estate of Rachel Thaler, LEOR THALER, ZVI THALER, ISAAC THALER, HILLEL TRATTNER, RONIT TRATTNER, ARON S. TRATTNER, SHELLEY TRATTNER, EFRAT TRATTNER, HADASSA DINER, YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL FRIEDMAN, ZVI FRIEDMAN, and BELLA FRIEDMAN, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 18-Civ. 12355  CONFIDENTIAL VIRTUAL VIDEOTAPED DEPOSITION OF NADIA GHANNAM |
| Plaintiffs, ) ) ) | |
| against ) ) ) ) ) ) | |

Nadia Ghannam · Confidential Pursuant to Protective Order
July 23, 2021

```
1                          )
                           )
     THE PALESTINE         )
2    LIBERATION ORGANIZATION  )
     and THE PALESTINIAN   )
3    AUTHORITY (a/k/a "The )
     Palestinian Interim   )
4    Self-Government       )
     Authority" and/or "The  )
5    Palestinian National  )
     Authority"),          )
6                          )
                           )
7         Defendants.      )

8

9

10
                              -   -   -
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1           VIRTUAL VIDEOTAPED DEPOSITION OF NADIA

2       GHANNAM, witness herein, called by the

3       Plaintiffs, for examination, taken pursuant to

4       the Federal Rules of Civil Procedure, by and

5       before Karen A. Nickel, a Certified Realtime

6       Reporter and a notary public in and for the

7       Commonwealth of Pennsylvania, held remotely

8       with all parties appearing from their

9       respective locations, on Friday, July 23, 2021,

10      at 9:30 a.m.

11      COUNSEL PRESENT:

12
        For the Plaintiffs:
13      Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
        Cohen & Gresser, LLP
14      2001 Pennsylvania Avenue, NW
        Suite 300
15      Washington, DC 20006

16      Stephen M. Sinaiko, Esq.
        Cohen & Gresser, LLP
17      800 Third Avenue
        New York, NY 10022

18
        For the Defendants:
19      Mitchell R. Berger, Esq.
        Joseph Alonzo, Esq.
20      Salim Kaddoura, Esq.
        Squire Patton Boggs
21      2550 M Street NW
        Washington, DC 20037

22
        Also Present:  Cosette Vincent
23                     Eszter Vincze

24

25

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
1                    -  -  -
                   I N D E X
2
      WITNESS                              PAGE
3
      Nadia Ghannam
4
          By Mr. Sinaiko                    6
5


6
                   E X H I B I T S
7

8     NUMBER          DESCRIPTION          PAGE

9     Exhibit 1       Notice of Deposition    19
      Exhibit 2       LinkedIn Profile        29
10    Exhibit 3       Mission Personnel List  60
      Exhibit 4       Planner                 71
11    Exhibit 5       Privilege Log           81
      Exhibit 6       Tweet                  155
12    Exhibit 7       Tweet                  158
      Exhibit 8       Tweet                  162
13    Exhibit 9       Tweet                  167
      Exhibit 10      Tweet                  168
14    Exhibit 11      Tweet                  170
      Exhibit 12      Tweet                  173
15    Exhibit 13      Tweet                  174
      Exhibit 14      Tweet                  176
16    Exhibit 15      Tweet                  179
      Exhibit 16      Tweet                  182
17    Exhibit 17      Tweet                  184
      Exhibit 18      Tweet                  187
18    Exhibit 19      Tweet                  194
      Exhibit 20      Tweet                  195
19    Exhibit 21      Tweet                  197
      Exhibit 22      Tweet                  199
20    Exhibit 23      Tweet                  200

21

22

23

24

25
```

**THESE PAGES HAVE BEEN INTENTIONALLY OMITTED**

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1              A.    No.

2              Q.    And what was your title when you

3      moved to the Observer Mission?

4              A.    My new title and new position was

5      the advisor on media affairs.

6              Q.    Advisor on media affairs, okay.  And

7      is that the title that you currently hold at

8      the Observer Mission?

9              A.    Yes.

10             Q.    And have you held that title at all

11     times since January 4 of 2020?

12             A.    Yes.

13             Q.    So in your role as advisor on media

14     affairs at the Observer Mission -- let me

15     withdraw that.

16                   What is the purpose of the media

17     affairs function at the Observer Mission?

18             A.    The purpose is to elevate the work

19     of Palestine as mandated through our work at

20     the United Nations.

21             Q.    To elevate the work in what respect?

22             A.    Through the use of various media

23     outlets and platforms.

24             Q.    And what is the purpose of elevating

25     the work of the Observer Mission?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        A.    To enhance and, basically, project

2     the work of the United Nations in hopes of

3     accomplishing their mandate of seeing a just

4     resolution to the Palestine question.

5        Q.    And when you say promoting, you

6     know, when you say promoting, who do you --

7     promoting to who?

8        A.    To the international community and

9     to whoever chooses to sign in, listen to

10    whatever the mandate that the UN has.

11       Q.    So that would include, for example,

12    the American public?

13                  MR. BERGER:  Objection, first

14    of all, she didn't use the word "promoting" and

15    you have loaded up the question with that.  So

16    I object to the form of the question as

17    misstating her prior testimony, but you may

18    answer.

19                  THE WITNESS:  It includes

20    anybody in the international community that

21    would like to voluntarily log in to our various

22    media platforms that are tied to the UN

23    mandate.

24                  So if the American public is -- are

25    people that want to chime in, they are more

1    than welcome to.

2    BY MR. SINAIKO:

3        Q.    Would it be fair to say that the

4    purpose -- the purpose of media affairs is to

5    get the broadest possible attention to the work

6    of the Observer Mission?

7        A.    I think it would be fair to say that

8    the purpose of the media is to bring as much

9    attention to the plight of the illegal

10   occupation of the Palestinian people as

11   mandated through our work with the United

12   Nations.

13       Q.    Okay.  So is there, in your view, a

14   material difference between the role you play

15   at the Observer Mission today and the role you

16   previously played when you worked at the

17   Palestinian Diplomatic Mission to the United

18   States?

19       A.    Absolutely, yes.

20       Q.    And what is the difference?

21       A.    When I worked at the UN Mission to

22   the U.S., I worked as a public relations and

23   outreach advisor -- well, a director, I should

24   say, and now that I am employed at the UN

25   Mission of the Permanent Observer State of

**THESE PAGES HAVE BEEN INTENTIONALLY OMITTED**

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1               (Discussion held off the

2     record.)

3               THE VIDEOGRAPHER:   We are

4     back on the record.  The time is 14:37 UTC

5     time.

6     BY MR. SINAIKO:

7          Q.   Ms. Ghannam, you mentioned a moment

8     ago that, from time to time, you receive

9     requests -- well, withdrawn.  You mentioned a

10    moment ago that on and after January 4, 2020,

11    you have received requests, from time to time,

12    for Dr. Mansour to speak or appear at events

13    involving issues that don't fall within the

14    Observer Mission's policy work at the United

15    Nations.

16               Do you recall telling me that?

17               MR. BERGER:  Object to the

18    form of the question.  Misstates her prior

19    testimony.  But you may answer.

20               THE WITNESS:  Yes.

21    BY MR. SINAIKO:

22          Q.   Okay.  And what are the issues --

23    can you give me some examples of requests that

24    you have received for Dr. Mansour to speak on

25    issues that don't fall within the Observer

1    Mission's policy work at the United Nations?

2    And we can restrict it to January 4, 2020 and

3    later.

4         A.    I just can't recall.  I mean, just

5    things that stick out to my mind are student

6    groups.  I -- you know, for example, BDS is

7    one.  We don't speak on BDS.  That's not UN

8    mandated work.  It's not part of our portfolio.

9    Whenever I get requests for BDS, I throw it

10   out.

11        Q.    Maybe I could ask the question in a

12   different way, then.  On and after January 4,

13   2020, what are the issues that you regard as

14   falling within the policy work of the Observer

15   Mission at the United Nations?

16              MR. BERGER:  Again, object to

17   the form of the question.  She has never used

18   the phrase "policy work at the United Nations."

19   It's your phrase.

20              You may answer.

21              MR. SINAIKO:  I think,

22   actually, Mitch, I'm going to tell you, those

23   were the exact words she said.  I read it

24   directly from the realtime feed.  So that is

25   exactly -- and I would appreciate it if you

**THESE PAGES HAVE BEEN
INTENTIONALLY OMITTED**

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
1            A.    Correct.

2            Q.    Anywhere in the world?

3            A.    Yes.

4            Q.    So anyone, any person in the United

5       States with access to the Internet and a

6       Facebook account would be able to see those

7       posts; correct?

8            A.    Yes.  I have never changed the

9       privacy setting since I started working there.

10           Q.    Okay.  Now, this -- you probably

11      know this better than I do because you are the

12      media affairs person; is it possible to create

13      similar restrictions with respect to a Twitter

14      account?

15           A.    That is a good question.  I don't

16      think so.

17           Q.    Okay.  So, to your knowledge --

18           A.    No.

19           Q.    To your knowledge, any person with

20      access to Twitter can see anything that the

21      Observer Mission posts on its Twitter account?

22           A.    Yes.

23           Q.    Okay.  So as far as you know, the

24      information that you post to the Observer

25      Mission's Twitter account goes to the public at
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1        large; correct?

 2              A.    Yes.

 3              Q.    Would it be fair to say that you

 4        regard it as important that the Observer

 5        Mission's Facebook and Twitter account postings

 6        get the broadest possible distribution?

 7              A.    Yes.

 8              Q.    And the Twitter and Facebook account

 9        postings that you make to the accounts that are

10        maintained by the Observer Mission, are those

11        accounts -- are those postings ever in a

12        language other than English?

13              A.    Yes.

14              Q.    How frequently are there postings

15        that are not in the English language?

16              A.    Very, very, very infrequently.

17              Q.    Very infrequently?

18              A.    Correct.

19              Q.    So would you say that in excess of

20        90 percent of the postings on the Observer

21        Mission's Facebook and Twitter accounts are in

22        the English language?

23              A.    If not more, yes.

24              Q.    Okay.  And, again, this will be a

25        question I'm asking you because you probably
```

1    know this stuff better than I do being the

2    media affairs person; what is the function of a

3    hashtag on a Twitter post or a Facebook post?

4         A.    So that people can follow it in the

5    search engine.

6         Q.    When you say so people can follow it

7    in a search engine, what do you mean exactly?

8         A.    So, for example, in Twitter, there

9    are certain things that are trending, things

10   trend, that's how you know what's popular.

11             So, for example, recently, one of

12   the hashtags I have been using is

13   SaveSheikhJarrah, it's a hashtag, is the

14   illegal move by settlers or whatever to remove

15   people who have lived in this neighborhood for

16   decades.

17             So it's trending.  So people -- if

18   you put in the hashtag, #SaveSheikhJarrah, you

19   can then begin to see who is tweeting any

20   information under that specific hashtag.

21        Q.    So would it be fair to say, then,

22   that using the hashtag SaveSheikhJarrah is a

23   means of getting attention to Twitter or

24   Facebook posts that are on the Observer Mission

25   account and that relate to that topic?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
1          A.    Yes.

2          Q.    And would it be fair to say that the

3    use of hashtags, again, I'll just restrict it

4    for the moment to the SaveSheikhJarrah hashtag,

5    that the use of that hashtag enhances the

6    ability of the Mission to disseminate its

7    message around activities related to Sheikh

8    Jarrah?

9          A.    If you are a Twitter user and you

10   know how to use Twitter, you would know that

11   hashtags are the only way that your message is

12   going to get disseminated widely.  Otherwise,

13   it just falls to the fray.

14         Q.    So would it be fair to say that the

15   very purpose of putting hashtags on these

16   messages or these Twitter postings and Facebook

17   postings is to ensure that your -- that the

18   postings reach the broadest possible audience?

19         A.    Correct.

20         Q.    Okay.  And it's your intention, by

21   using hashtags, to ensure that the postings on

22   the Observer Mission's Twitter and Facebook

23   feeds reach the broadest possible audience;

24   correct?

25         A.    Not always.  Sometimes I hashtag
```

1    information that isn't necessarily going to get

2    a wide, broad audience, but it's the ethical

3    and the right thing to do based on the UN

4    mandate.

5              There might be, for example,

6    Resolution 2334, that is not a hashtag you are

7    ever going to find trending.  However, because

8    I like to educate the public and that's one of

9    the mandates of the UN is to educate, I will

10   hashtag 2334 in hopes that maybe one person

11   might get educated and that's enough for me.

12   So it really varies, the strategy varies every

13   single time.  So it's not necessarily a means

14   to get the word out to as many people as

15   possible.

16        Q.    So to take the SaveSheikhJarrah

17   hashtag for just a moment, I think you said you

18   use that one; right?

19        A.    That is correct.

20        Q.    And the use of the SaveSheikhJarrah

21   hashtag, the purpose of that is to ensure the

22   widest possible dissemination of the message

23   that the Observer Mission is disseminating in

24   its Facebook and Twitter posts on that topic;

25   correct?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        A.    Yes, although I don't use hashtags

2    as frequently on Facebook.  I do do it just for

3    an aesthetic thing.  It looks nice.  And for

4    people who follow both platforms, sometimes

5    they link onto Twitter and Facebook, but

6    hashtags are more so used for Twitter.

7        Q.    Okay.  So, again, the purpose, then,

8    restricting it to Twitter for a moment, the use

9    of the SaveSheikhJarrah hashtag on Twitter, the

10   purpose of using that hashtag is to ensure the

11   broadest possible dissemination of the messages

12   on that topic that the Observer Mission, you

13   know, posts to its Twitter account?

14       A.    Yes.

15       Q.    Okay.  And in the instance of

16   SaveSheikhJarrah, just to take that as an

17   example, the message that the Observer Mission

18   disseminates through its Twitter and Facebook

19   feeds is that activity relating to Sheikh

20   Jarrah is illegal; correct?

21       A.    Correct.  The UN has circulated many

22   documents, articles, so forth, stating what is

23   happening in Sheikh Jarrah is illegal and it is

24   against UN human rights policies, international

25   law, international human rights laws, various

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    UN resolutions, and it's illegal in nature.

2                 And yes, therefore, it was in the

3    framework of my work to disseminate information

4    within the context of the United Nations.

5         Q.    Right.  And disseminating the view

6    of the Observer Mission that activity relating

7    to Sheikh Jarrah is illegal is an important

8    part of your work at the Observer Mission;

9    correct?

10        A.    Yes, because part of my work is to

11   elevate the messaging of the United Nations.

12   That's part of my work as the media advisor.

13        Q.    Well, let me ask this.  Isn't it to

14   elevate the work of the --

15        A.    In the United Nations because it's

16   not just the Permanent Observer Mission of the

17   State of Palestine that ties onto these

18   documents.  There are many countries that are

19   in agreement.  I mean, many.

20                 I mean, if you log onto Security

21   Council meetings, you can hear Ireland, you can

22   hear Norway, you can hear many of these

23   countries who take the lead.  We're not even --

24   we can't even be a permanent representative in

25   the Security Council so many countries speak on

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      the illegal occupation of the State of

2      Palestine.  It's not just our mandate.

3          Q.    I didn't mean to interrupt.  I'm so

4      sorry.  I think I might have cut you off

5      inadvertently.

6          A.    That's okay.

7          Q.    Your Twitter posts -- not your

8      Twitter posts, the Twitter posts that go on the

9      Observer Mission's Twitter and Facebook feeds,

10     those are the messaging of the Observer Mission

11     and not of the United Nations and not of any

12     other -- any Member State or any other member

13     organization; correct?

14         A.    That is correct.

15         Q.    Okay.  When you post to -- well, let

16     me ask this.  On and after January 4, 2020, I

17     think we have established that you are the only

18     person who has posted to the Observer Mission's

19     Twitter and Facebook accounts; correct?

20         A.    Correct.

21         Q.    And on and after January 4, 2020,

22     have you made posts to those two social media

23     accounts, that is, the Facebook account and the

24     Twitter account, from the Observer Mission

25     building at 115 East 65th Street in Manhattan?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        A.      Since January 4?

2        Q.      Since January 4 of 2020, that is

3    correct.

4        A.      Yes, I have.

5        Q.      And how many times would you say,

6    just ballpark, on and after January 4, 2020,

7    you have posted to the Twitter account or the

8    Facebook account of the Observer Mission from

9    the Observer Mission building at 115 East 65th

10   Street in Manhattan?

11       A.      To take a guess, February, Twitter,

12   maybe 60 times.  Facebook, maybe 15 times.

13   Maybe a dozen times.

14       Q.      And the reason that that number is

15   in the range you just mentioned is because of

16   the pandemic; correct?

17       A.      That is correct.

18       Q.      And subsequent to, on or subsequent

19   to January 4, 2020, how many times would you

20   say you have posted or you have made a post to

21   the Observer Mission's Facebook account?

22       A.      After January 4 -- excuse me, 2020?

23       Q.      On and after January 4 of 2020.

24       A.      Facebook?  God, I mean, I don't

25   know.  I just don't know.  That's just a very

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    specific question.  I don't know.  Maybe once a

2    week.  Do the math.  I don't know.  Once a week

3    since January 2020, on average.

4         Q.    So you use Facebook -- oh, sorry.

5    Didn't mean to interrupt.

6         A.    It's okay.  I can't do the math in

7    my head for you.  I don't know.

8         Q.    Would it be fair to say that you

9    post to the Observer Mission's Facebook account

10   less than you post to the Observer Mission's

11   Twitter account?

12        A.    Yes.

13        Q.    Okay.  On and after January 4 of

14   2020, how many times would you say that you

15   have posted to the Observer Mission's Twitter

16   account from the building at 115 East 65th

17   Street?

18        A.    From the building, like I said,

19   probably around 60 times.  I'm just averaging

20   once a day.

21        Q.    Okay.  And putting aside -- you

22   know, putting aside from the building, you

23   know, from the building at 115 East 65th

24   Street, how many times would you say, in total,

25   you have posted to the Observer Mission's

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    Twitter account on or after January 4, 2020?

2        A.    I couldn't even count.  Wouldn't

3    even be able to give you a ballpark.  A lot.

4        Q.    But it's a large number; right?

5        A.    Yes.

6        Q.    And are you aware, I don't know,

7    I'll ask, are you aware of the location of the

8    servers where the Facebook and Twitter accounts

9    maintained by the Observer Mission reside, you

10   know, the Twitter and Facebook --

11       A.    Servers?

12       Q.    Yeah.

13       A.    No.

14       Q.    Okay.  Have you ever posted -- well,

15   withdrawn.

16            On and after January 4, 2020, have

17   you ever posted to the Observer Mission's

18   Facebook account other than from within the

19   territory of the United States?

20       A.    I have only posted in the United

21   States.

22       Q.    Okay.  And with respect to the

23   Observer Mission Twitter account, on and after

24   January 4, 2020, have you ever posted to the

25   Twitter account other than from the -- you

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    know, within the territory of the United

2    States?

3         A.    I have only posted in the United

4    States.

5         Q.    Okay.  On and after January 4, 2020,

6    have you left the territory of the United

7    States?

8         A.    No.

9         Q.    Okay.  And on and after -- I think I

10   know the answer to this already because we may

11   have covered it, and I apologize if I'm asking

12   again, I'm just trying to keep all the

13   questions together in the transcript.  On and

14   after January 4, 2020, has anybody other than

15   you made a post to either the Observer Mission

16   Facebook account or the Observer Mission

17   Twitter account?

18        A.    No.

19              MR. SINAIKO:  Okay.  So I

20   would ask Cosette to put up on the screen for

21   our next exhibit, which I think is going to be

22   No. 6, all right, I would ask Cosette to put up

23   Tab 19.

24              (Deposition Exhibit No. 6 was

25   marked for identification.)

1    BY MR. SINAIKO:

2         Q.    Ms. Ghannam, do you see the

3    document?  We're marking this as Exhibit 6.  Is

4    it 6?  It is 6.  We are marking as Exhibit 6

5    the document that I just put up on the screen.

6    Can you see it in front of you?

7         A.    Yes.

8         Q.    And do you recognize that to be a

9    tweet that you posted to the Observer Mission's

10   Twitter account?

11        A.    Yes, I would have written it.  But

12   I'm just reading it.

13        Q.    Oh, sure.  Take your time.  If you

14   want to read the -- any document you want to

15   read, feel free, just let us know that you want

16   to read it and we'll turn the pages.  You

17   should do whatever you think you need to.

18        A.    It's okay.  I just want to read the

19   tweet real quickly.  Okay, yes.

20        Q.    And let me ask a question.  And

21   again, I apologize if this question betrays a

22   little bit of lack of knowledge on my part.

23             But was this a retweet of a tweet

24   that had originally been posted by the PLO's

25   Department of Public Diplomacy and Policy?

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1          A.    Yes.

2                    MR. SINAIKO:   And Cosette, can

3     we just turn the page here?

4     BY MR. SINAIKO:

5          Q.    This document that is now on the

6     screen in front of you, it's another page of

7     Exhibit 6, is this the tweet that was reposted?

8          A.    No.

9          Q.    Okay.  Is this the document that was

10    attached to the tweet that was reposted?

11         A.    Not that I recall.

12         Q.    Okay.  Let's back it up here.  Just

13    back up one page.

14                You see what the original -- the

15    original PLO Department of Public Diplomacy and

16    Policy tweet says?

17         A.    Yes.

18         Q.    Okay.  Do you see it makes reference

19    to an official position?

20         A.    Yes.

21         Q.    And the document that we -- or the

22    page that we showed you a moment ago, is that a

23    copy of the official position that the PLO

24    Department of Public Diplomacy and Policy

25    released along with this tweet?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          A.    It looks like it was down to me.

2     There is nothing written in it other than

3     something in Arabic and it was just one word.

4          Q.    Oh.  Let's go to the next page.  I

5     think there was probably some text at the

6     bottom that you were having difficulty seeing.

7          A.    Oh, I can't -- there's no way I can

8     read that.

9          Q.    Let's zoom in a little bit.  There

10    we go.  Is that better?

11         A.    Yes, it's better.  I mean, I'm not

12    going to read all of it.  It's going to waste

13    everyone's time.  Okay.  What is the question?

14         Q.    So the question is, is that the

15    position statement that was attached to the PLO

16    Department of Public Diplomacy -- I'm sorry,

17    Public Diplomacy and Policy that was attached

18    to the tweet that the Observer Mission

19    retweeted?

20         A.    It appears so, if it is attached to

21    it.

22                    MR. SINAIKO:  Let's go to Tab

23    20, and we will mark that as Exhibit 7.

24                    (Deposition Exhibit No. 7 was

25    marked for identification.)

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1    BY MR. SINAIKO:

 2         Q.    And do you recognize this to be

 3    another tweet that was posted to the Observer

 4    Mission's Twitter feed?

 5         A.    I retweeted it, but yes.

 6         Q.    Well, I mean, I guess it's a

 7    question.  Do you recognize this to be a tweet

 8    that you posted to the Observer Mission's

 9    Twitter account?

10         A.    Yes.

11         Q.    Okay.

12         A.    Yes.

13         Q.    And you see that this document has

14    the hashtag LandsDay?

15         A.    Yes.

16         Q.    Is the hashtag LandsDay one of those

17    hashtags that's designed to maximize the

18    dissemination of the message in the tweet?

19         A.    That particular context, I am not

20    sure if I was trying to maximize it or just

21    commemorate the day.

22         Q.    In general, though -- well,

23    withdrawn.

24              And in this tweet, you are actually

25    retweeting -- well, withdrawn.  Let me try this
```

Nadia Ghannam · Confidential Pursuant to Protective Order
July 23, 2021

1       question one more time.

2                    This is actually a retweet of a

3       tweet that was posted by another organization

4       within the Palestine Liberation Organization;

5       correct?

6            A.    Yes, the Negotiation Affairs

7       Department, yes.

8            Q.    Okay.  And the purpose of this tweet

9       was to disseminate publicly the Observer

10      Mission's view and the view of the PLO that

11      Israel was engaged in violations against the

12      land and people of Palestine; is that correct?

13                    MR. BERGER:  Object to the

14      form of the question.

15      BY MR. SINAIKO:

16           Q.    You may answer.

17           A.    The purpose of this tweet is to

18      highlight the violations that the United

19      Nations continuously addresses against the

20      people of Palestine and those that are

21      illegally occupied.

22                    These violations are deemed by --

23      against many international human rights groups,

24      international human rights law, so these are

25      violations not just by Palestinian Missions to

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1    the United Nations, but violations that are
 2    also discussed at the United Nations.
 3         Q.    Okay.  But the purpose of the tweet
 4    is, just to cut through it, one of the purposes
 5    of the tweet, at least, is to publicize these
 6    -- these violations; correct?
 7                    MR. BERGER:  Object to the
 8    form of the question.  Asked and answered.
 9    BY MR. SINAIKO:
10         Q.    You may answer.  Do you need the
11    question back?
12         A.    No.  The purpose of the tweet is to,
13    once again, highlight the illegal violations,
14    as noted in the United Nations, that are
15    conducted against a people that are occupied.
16    This is something that is legally embedded in
17    the charter of the United Nations.  Therefore,
18    once again, I am doing my work as the advisor
19    to the Permanent Observer Mission of the State
20    of Palestine to the United Nations to educate
21    people on violations that are deemed illegal by
22    the United Nations.
23         Q.    Understood.
24                    MR. SINAIKO:  Okay.  Let's go
25    to our next tab.  This is going to be Tab 22.
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
 1      I think we'll mark it as Exhibit 7; is that

 2      right?

 3                      THE COURT REPORTER:  Exhibit

 4      8.

 5                      MR. SINAIKO:  Exhibit 8,

 6      sorry.

 7                      (Deposition Exhibit No. 8 was

 8      marked for identification.)

 9      BY MR. SINAIKO:

10          Q.    Oh, I'm so sorry, I meant to put up

11      Tab 21.  And, actually, before we do that, let

12      me just go back to -- let me go back to -- let

13      me go back to Tab 19.  That's Exhibit 6.  Yeah.

14      Let's just go back to that for one moment.

15                  So this tweet here, you see at the

16      -- you see underneath the tweet, it's dated

17      1:59 p.m. -- do you have Exhibit 6 in front of

18      you on the screen?  I can't hear you, ma'am.

19                  Ms. Ghannam, can you hear me?  I'm

20      having difficulty hearing anything right now.

21                      THE COURT REPORTER:  I cannot

22      hear her either.

23                      MR. SINAIKO:  I think we have

24      lost the audio.

25                      THE VIDEOGRAPHER:  Would you
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    like to go off the record?

2                     MR. SINAIKO:  Well, we need to

3    get the audio working.  I mean, whatever we

4    have to do.  If we have to go off the record to

5    get the audio working, then fine.

6                     THE VIDEOGRAPHER:  Okay.  We

7    are now off the record.  The time is 17:24 UTC

8    time.

9                     (Discussion held off the

10   record.)

11                    THE VIDEOGRAPHER:  We are

12   back on the record.  The time is 17:26 UTC

13   time.

14   BY MR. SINAIKO:

15        Q.    Ms. Ghannam, we are back on the

16   record.  Can you see that I have put Exhibit 6,

17   Deposition Exhibit 6 back on the screen in

18   front of you?

19        A.    Yes, I can see it.

20        Q.    And this is the retweet that we were

21   talking about a moment ago; correct?

22        A.    Correct.

23        Q.    Okay.  And if you look at the bottom

24   of the tweet, you will see that it says, 1:59

25   p.m., February 4, 2020.  Do you see that?

1          A.     Yes.

2          Q.     Would you agree that this was a

3     tweet that was posted at 1:59 p.m. on the 4th

4     of February 2020?

5          A.     Yes.

6          Q.     Okay.  And would you agree that this

7     is a tweet that you posted from the UN --

8     withdrawn.

9                 Would you agree that this is a post

10    that -- to Twitter that you made from the

11    Observer Mission building at 115 East 65th

12    Street in Manhattan at the date and time noted

13    on the tweet?

14         A.     Most likely, yes, unless I wasn't

15    tweeting from my lunch break because it's close

16    to 2:00.

17         Q.     But you would say most likely, just

18    to be clear, you would say most likely --

19         A.     Yes.

20         Q.     -- you tweeted that from inside the

21    Observer Mission building at 115 East 65th

22    Street in Manhattan?

23         A.     Most likely, yes.

24         Q.     Let's go back to tab, I think we

25    said Tab 21, and we're marking that as Exhibit

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    8.

2                       MR. SINAIKO:  Karen, did you

3    get that?

4                       THE COURT REPORTER:  Yes.

5    Exhibit 8, yes.

6                       MR. SINAIKO:  Yeah.  Let's put

7    up Tab 21.  That will be Exhibit 8.

8    BY MR. SINAIKO:

9         Q.    All right.  And Ms. Ghannam, do you

10   see Exhibit 8 in front of you?

11        A.    Yes.

12        Q.    Do we agree that this is another

13   tweet that you posted to the Observer Mission's

14   Twitter account?

15        A.    Yes.

16        Q.    Do we agree that this is a tweet

17   that you posted at 9:00 a.m., on April 12,

18   2020, as stated at the bottom of the tweet?

19        A.    Yes.

20        Q.    And this is actually a retweet; is

21   that right?

22        A.    Yes.

23        Q.    And you were retweeting on behalf of

24   the Observer Mission, to the Observer Mission's

25   Twitter account, a tweet that had originally

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1    been posted by the PLO Department of Public
 2    Diplomacy and Policy; correct?
 3          A.    Correct.  Yes.
 4          Q.    And this is another communication by
 5    the PLO relating to annexation of land in the
 6    West Bank; is that correct?
 7                     MR. BERGER:  Object to the
 8    form of the question.
 9    BY MR. SINAIKO:
10          Q.    You may answer.
11          A.    It appears so.  I can't read all of
12    it, but I believe it was a statement put out by
13    Dr. Ashrawi regarding annexation.
14          Q.    Okay.  And that was something that
15    you felt the Observer Mission should
16    disseminate on Twitter; correct?
17          A.    Absolutely.  Annexation is one of
18    the biggest illegal moves that speaks against
19    everything that you can possibly read in the UN
20    charter regarding the illegal occupation of the
21    State of Palestine.
22          Q.    Would it be fair to say that you
23    felt it was important to raise public awareness
24    on this issue by making this Twitter post?
25          A.    Yes.
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1              MR. SINAIKO:  Let's go to Tab

2      22, which we are going to mark as Exhibit 9.

3                  (Deposition Exhibit No. 9 was

4      marked for identification.)

5      BY MR. SINAIKO:

6          Q.    And Ms. Ghannam, do you have Exhibit

7      9 in front of you?

8          A.    I do.

9          Q.    And do you recognize this to be a

10     retweet that you made to the Observer Mission's

11     Twitter account on April 28, 2020, at 6:30

12     p.m.?

13         A.    Yes.

14         Q.    Okay.  And do you recognize this

15     also to be a retweet?

16         A.    Yes.

17         Q.    And what is it a retweet of?

18         A.    It was posted by the Institute of

19     Middle East Understanding on, once again,

20     illegal settlements on Palestinian land that

21     the United Nations opposes, and there's several

22     resolutions that oppose it and it is deemed

23     illegal.

24              Therefore, I felt it was extremely

25     important, on behalf of our Mission to the

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      United Nations, to continue working under the

2      mandate of the UN by elevating the illegal

3      issue of settlement expansion.

4           Q.    When you say elevating the illegal

5      issue of expansion, you mean raising public

6      awareness on that topic by disseminating --

7           A.    Correct.

8           Q.    To bring attention?

9           A.    Correct.

10                     MR. SINAIKO:  Okay.  Let's go

11     to Tab 23, and I think we are on Exhibit 10.

12                     (Deposition Exhibit No. 10 was

13     marked for identification.)

14     BY MR. SINAIKO:

15          Q.    Ms. Ghannam, can you see Deposition

16     Exhibit 10 on the screen in front of you?

17          A.    Not yet.

18          Q.    I think we may be having another

19     technical problem.  It looks like the video is

20     frozen.  Can you hear me?

21          A.    I can hear you, yes.

22          Q.    Can you see Exhibit 10 on the screen

23     in front of you?

24          A.    No.

25                     MR. SINAIKO:  Okay.  We

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    definitely are having a technical problem

2    because I, in my Zoom, I can see Exhibit 10 on

3    the screen in front of me, but I think Ms.

4    Ghannam is unable to see it.  And we need to

5    resolve that.

6                    MR. BERGER:  Let me see if I

7    can show her on my laptop, if that will solve

8    the problem.

9                    THE WITNESS:  Yes, I can see

10   this.

11                   MR. SINAIKO:  Great.

12   Actually, mine is working again.  Okay.

13   BY MR. SINAIKO:

14        Q.    Do you recognize this to be a tweet

15   that you posted to the Observer Mission's

16   Twitter account?

17        A.    Yes.

18        Q.    And when did you make this Twitter

19   post?

20        A.    It looks like May 11 at 3:03 p.m.

21        Q.    Do you know where you were -- I

22   mean, do you know where you were physically

23   located at the time you made this Twitter post?

24        A.    May 11th, I was in Washington.

25        Q.    Okay.  And the purpose of this

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      Twitter post was to raise public awareness of

2      Israeli annexation threat; is that correct?

3              A.    Yes.

4                          MR. SINAIKO:  Let's go to Tab

5      40.  That will be Exhibit 11.

6                          (Deposition Exhibit No. 11 was

7      marked for identification.)

8      BY MR. SINAIKO:

9              Q.    Ms. Ghannam, can you see Deposition

10     Exhibit 11 in front of you?

11             A.    Yes.

12             Q.    And can you tell me what you

13     recognize that document to be, if anything?

14             A.    Yes.  I believe it speaks to the

15     illegal annexation policy by the occupying

16     Tala (phonetic).

17             Q.    Okay.  And, more generally, you

18     recognize this to be a Twitter post on the

19     Observer Mission's Twitter feed; correct?

20             A.    That is correct.

21             Q.    And it's actually another retweet;

22     is that right?

23             A.    That is correct.

24             Q.    And what is it a retweet of?

25             A.    It discusses 18 Senate Democrats, I

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      tagged them, expressing their concern regarding

2      unilateral annexation of Palestinian territory.

3              Q.    And who made the original post?

4              A.    It looks like -- oh, the original

5      post, excuse me, the PLO Department of Public

6      Diplomacy and Policy.

7              Q.    Right.  And that's an entity that is

8      part of one of the Defendants in this case;

9      correct?

10             A.    I -- Public Diplomacy and Policy is

11     an extension of the type of work that the PLO

12     does, I suppose.  I don't know whether or not

13     they are Defendants in this case or not, to be

14     quite frank with you.  I just know from a media

15     standpoint, without --

16             Q.    Let me put the question again.

17                   Do you understand that the PLO

18     Department of Public Diplomacy and Policy is

19     part of the Palestine Liberation Organization,

20     one of the Defendants in this case?

21                     MR. BERGER:  Objection, calls

22     for a legal conclusion, but you can answer

23     again.

24                     THE WITNESS:  They are part of

25     the PLO, yes.

1    BY MR. SINAIKO:

2         Q.    Okay.  And you posted this -- well,

3    withdrawn.

4              Is it correct that you retweeted, on

5    the Observer Mission's Twitter account, the

6    original Twitter posts from the PLO Department

7    of Public Diplomacy and Policy to call

8    attention to the fact that members of the

9    United States Congress had expressed concerns

10   about annexation?

11        A.    Because the United Nations is

12   encompassing, the United States is part of the

13   United Nations.  Therefore, it becomes another

14   issue, when we talk about unilateral annexation

15   of Palestinian territory, the United States is

16   a member of the UN.  Hence, this falls within

17   the frame of my work.

18              I am doing work on behalf of the

19   United Nations since the U.S. is a member of

20   the UN.

21              MR. SINAIKO:  All right.

22   Let's go to Tab 41.  I think this is going to

23   be 12.  So let's mark the next document that

24   pops up as Exhibit 12.

25              (Deposition Exhibit No. 12 was

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    marked for identification.)

2    BY MR. SINAIKO:

3         Q.    And Ms. Ghannam, can you see Exhibit

4    12 in front of you?

5         A.    Yes.

6         Q.    And what do you recognize that to

7    be?

8         A.    A tweet, it looks -- just a tweet

9    regarding, it's watch now, which looks like

10   it's a video.

11        Q.    Right.  So this is a Twitter post

12   that you put on the Observer Mission's Twitter

13   feed on July 29 of 2020; correct?

14        A.    Correct.

15        Q.    And the purpose of this Twitter was

16   to encourage the public to watch the video that

17   was attached to the tweet; is that right?

18        A.    Correct.

19        Q.    And the video was prepared by the

20   PLO Department of Public Diplomacy and Policy;

21   correct?

22        A.    It was prepared by them to highlight

23   the illegal annexation and the illegal

24   occupation of Palestinian territory, which are

25   considered crimes against humanity by the

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    United Nations, correct.

2         Q.    Right.  So the question was, this

3    was -- the question was, this is a video that

4    was prepared by the PLO Department of Public

5    Diplomacy and Policy; correct?

6         A.    Correct.

7                    MR. SINAIKO:  Okay.  Let's

8    mark -- let's put up Tab 24, which we will mark

9    as Exhibit 13.

10                   (Deposition Exhibit No. 13 was

11   marked for identification.)

12   BY MR. SINAIKO:

13        Q.    Ms. Ghannam, do you have Exhibit 13

14   in front of you?

15        A.    I do see it, yes.

16        Q.    And what do you recognize this

17   document to be?

18        A.    It's something written against the

19   illegal use of administrative detention,

20   Palestinian prisoners.

21        Q.    So let me just ask the question in a

22   little bit more focused way.  Do you recognize

23   this to be a tweet that you posted to the

24   Observer Mission's Twitter feed?

25        A.    Yes.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          Q.    And when did you make this post to

2     the Observer Mission's Twitter feed?

3          A.    It looks like October 6, 2020, at

4     1:00 p.m.

5          Q.    And this was also a retweet; is that

6     right?

7          A.    Yes.

8          Q.    And it was a retweet of a tweet

9     originally posted by the PLO Department of

10    Public Diplomacy and Policy; correct?

11         A.    Yes.

12         Q.    Okay.  And the topic of this -- the

13    topic of this tweet was administrative

14    detention; is that right?

15         A.    Yes.  Illegal administrative

16    detention, correct.

17         Q.    Understood.  And the purpose of this

18    tweet was to elevate public awareness of

19    illegal -- pardon me -- administrative

20    detention; is that correct?

21         A.    Yes.

22         Q.    That was -- right.  Okay.

23         A.    Yes.  Because many people don't

24    understand what administrative detention is.

25         Q.    Understood.

Nadia Ghannam    Confidential Pursuant to Protective Order
July 23, 2021

1           MR. SINAIKO:  So let's go to

2      Tab 25, which we will mark as Exhibit 14.

3                (Deposition Exhibit No. 14 was

4      marked for identification.)

5      BY MR. SINAIKO:

6           Q.    Ms. Ghannam, can you see Exhibit 14

7      in front of you?

8           A.    Most of it.  Your face and my face

9      block off the right side of it.

10          Q.    Let's fix it so that you can see --

11     I want to do whatever -- can you see it better

12     now?

13          A.    That works.

14          Q.    All righty.  So can you see the

15     document now?

16          A.    Yes.

17          Q.    And can you tell me whether that's a

18     tweet that you posted to the Observer Mission's

19     Twitter feed?

20          A.    Yes.

21          Q.    And when did you make this posting

22     to the Observer Mission's Twitter feed?

23          A.    November 28, 2020, at 2:27 p.m.

24          Q.    By any chance, do you know where you

25     were located physically when you made that

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    posting?

2        A.    Thanksgiving, that first year, after

3    COVID -- I believe we were in Washington.

4        Q.    But you weren't in the Observer

5    Mission building?

6        A.    No.

7        Q.    Okay.  And the purpose of -- would

8    it be fair to say that the purpose of this

9    tweet was to call public attention to a letter

10   that Dr. Mansour wrote to a UN official?

11       A.    Well, I can't see the original

12   letter, but either Dr. Riyad would have written

13   it or Ambassador Feda would have written it, if

14   Dr. Riyad was out of town.

15       Q.    Let's go to the attachment because

16   that's part of the exhibit.

17       A.    Okay.

18       Q.    Let me just ask the question again.

19   Do you see that the document referenced in the

20   Twitter post is a letter that --

21       A.    A letter by --

22       Q.    I'm sorry?

23       A.    You would have to scroll all the way

24   to the bottom to see who it was written by.

25       Q.    Certainly.  Let's do that so you get

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    to see it.

2          A.    Go up a little more, please.  I

3    don't know who drafted it.  It was either

4    Ambassador Feda or Dr. Riyad.  But most

5    likely --

6          Q.    Let's go down to the bottom of the

7    letter for just a moment.  You will see that it

8    appears to be signed by Dr. Khalil El-Halabi.

9    Do you see that?

10          A.    Yes.

11          Q.    Do you understand this to be a

12    letter that Dr. Khalil El-Halabi wrote to a UN

13    official or to -- or perhaps to, you know,

14    Ambassador Mansour?

15          A.    It could be -- it could have been

16    that he was quoted in the letter.  I didn't

17    write the letter.  I just posted it.

18          Q.    Okay.  The purpose of the Twitter

19    post was to disseminate this letter publicly to

20    draw attention to the issue -- raise public

21    attention to the issue raised in the letter;

22    correct?

23          A.    Yes.

24                MR. SINAIKO:  Let's go to Tab

25    26, which we will mark as Exhibit 15.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1                    (Deposition Exhibit No. 15 was

2        marked for identification.)

3        BY MR. SINAIKO:

4            Q.    Ms. Ghannam, do you have Exhibit 15

5        in front of you?

6            A.    I do.

7            Q.    Do you recognize this to be another

8        post that you put on the Observer Mission's

9        Twitter feed?

10           A.    Yes.

11           Q.    And when did you put this post on

12       the Observer Mission's Twitter feed?

13           A.    January 11, 2021 at 9:16 a.m.

14           Q.    And it says, on the top of the first

15       line, statement by PMOFA.  Do you see that?

16           A.    Yes.

17           Q.    What is PMOFA?

18           A.    The Palestinian Ministry of Foreign

19       Affairs.

20           Q.    So this was a tweet by which the

21       Observer Mission was disseminating a message

22       created by the Ministry of Foreign Affairs;

23       correct?

24           A.    This is correct.

25           Q.    And the Ministry of Foreign Affairs,

1    that is -- or the statement by the Ministry of

2    Foreign Affairs, pardon me, is that the

3    document attached at the bottom of the tweet?

4         A.    Yes.  I believe -- I believe it's

5    actually a media brief drafted by NAD, the

6    Negotiation Affairs Department.

7         Q.    And it's the PLO -- that's the

8    Palestine Liberation Organization Negotiation

9    Affairs Department; correct?

10        A.    Yes.

11        Q.    And is that part of the Ministry of

12   Foreign Affairs?

13        A.    No.

14        Q.    What is the connection between the

15   Negotiation Affairs Department and the Ministry

16   of Foreign Affairs, if any?

17        A.    I don't know the exact legal

18   connection between the two.  My specialty is

19   not in that realm of work.

20             My work was to just disseminate the

21   information as it pertains to the illegality of

22   the State of Israel's illegal occupation of

23   Palestinians as a violation of Fourth Geneva

24   Convention, as a violation of the UN mandate,

25   as a violation of the UN charter, that they

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    have to take full responsibility of its

2    citizens of the occupying -- the occupying

3    power has to take full responsibility of the

4    citizens it is occupying; hence, the reason for

5    the information regarding the lack of COVID

6    vaccinations to the occupied people.

7        Q.   Okay.  So the purpose of this post

8    was to elevate public awareness of the issue

9    that was being raised in this paper prepared by

10   the Palestine Liberation Organization

11   Negotiation Affairs Department; is that

12   correct?

13                MR. BERGER:  Objection, asked

14   and answered.  You may answer again.  You may

15   answer again.

16                THE WITNESS:  Yes, because,

17   again, if you note, at the end, I write the

18   full statement below at UN, which means I

19   publicly retweet back to the United Nations

20   that what I am stating is a complete violation

21   of the UN mandate, of the UN charter.

22                And, therefore, it is the occupying

23   power's obligation to administer vaccines,

24   vaccinations to the occupyees, so they are in

25   violation of international law and it is

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1      illegal what they are doing to the occupied

 2      people of Palestine.

 3      BY MR. SINAIKO:

 4          Q.    So would it be fair to say that the

 5      purpose of this tweet is to draw to public

 6      attention conduct that the Observer Mission

 7      regards as a violation of UN requirements?

 8          A.    Yes.

 9                    MR. SINAIKO:  Okay.  Let's go

10      to Tab 27.  That will be Exhibit 16.

11                    (Deposition Exhibit No. 16 was

12      marked for identification.)

13      BY MR. SINAIKO:

14          Q.    And Ms. Ghannam, can you see Exhibit

15      16?  I think the video might be frozen again so

16      I'm not sure you can see it.

17          A.    Not yet.

18                    MR. SINAIKO:  Let's give it a

19      moment and if it doesn't -- if it doesn't pop

20      up, Mitch, maybe we can show her the document

21      on your laptop.

22                    MR. BERGER:  It's popping up.

23                    THE WITNESS:  Okay.  Yes, I

24      remember this.

25      BY MR. SINAIKO:
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1           Q.     Maybe you can start by telling us,

2     in a high level way, whether this is yet

3     another tweet that you posted to the Observer

4     Mission's Twitter account?

5           A.     Yes, I did.

6           Q.     Okay.  And this was done on February

7     14, 2021; correct?

8           A.     Correct.

9           Q.     Okay.  And what exactly was this

10    Twitter, tweet -- let me withdraw that.

11                 What exactly was this tweet

12    disseminating?

13          A.     Why was it disseminated; is that

14    your question?

15          Q.     I was asking what was being

16    disseminated through this tweet.

17          A.     Oh.  It was stories of the

18    illegality of the Israeli citizenship law which

19    forces citizens to stay away from each other

20    because of the illegal occupation.

21          Q.     Okay.  And the purpose of this tweet

22    was to draw public attention to an Israeli law

23    that the Observer Mission --

24          A.     An illegal Israeli law --

25          Q.     Let me finish the question.  Am I

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    correct that the purpose of this tweet was to

2    draw attention to an Israeli law that the

3    Observer Mission regarded as inconsistent with

4    UN mandates?

5          A.    Yes.

6                    MR. SINAIKO:  Okay.  Let's go

7    to Tab 28, which we will mark as Exhibit 17.

8                    (Deposition Exhibit No. 17 was

9    marked for identification.)

10   BY MR. SINAIKO:

11         Q.    All right.  Ms. Ghannam, are you

12   able to see Exhibit 17?

13         A.    Not yet.

14         Q.    Okay.  Would you let me know when it

15   pops up?

16         A.    Okay.

17         Q.    This is so much easier in person, I

18   have to tell you.

19                    MR. BERGER:  I've got it on my

20   laptop, so let me show it to you.  Can you see

21   it from here?  There you go.  It's on the big

22   screen now.

23                    THE WITNESS:  Okay.

24   BY MR. SINAIKO:

25         Q.    Do you recognize this to be another

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

 1    tweet that you posted to the Observer Mission's

 2    Twitter account?

 3         A.    Yes.

 4         Q.    And it's a tweet that you posted on

 5    May 11; correct?

 6         A.    Yes.

 7         Q.    And this is a tweet -- what was the

 8    nature of this tweet?  Maybe you can tell us

 9    that.  I'll try to ask it in a more open-ended

10    way.

11         A.    Sure.  So a Mark Ruffalo, which many

12    of you know is a celebrity, used his platform

13    to expose the illegality of the potential

14    expulsion of 1500 Palestinians from occupied

15    Jerusalem.

16         Q.    And in this tweet, the Observer

17    Mission thanked Mr. Ruffalo for making his

18    post; is that correct?

19         A.    Yes, I did.

20         Q.    Okay.  Let's go to the next page of

21    this one.  Is that Mr. Ruffalo's post that you

22    were forwarding?

23         A.    I believe I was retweeting it, yes.

24         Q.    Okay.  And you see that

25    Mr. Ruffalo's post, in turn, attached a

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1      document?

2           A.    Although.  Would you mind going back

3      for a second, because I think --

4           Q.    Not at all.

5           A.    -- I might have just retweeted.

6      Okay.  I'm sorry, go ahead.  Uh-huh.

7           Q.    Do you see that Mr. Ruffalo's tweet

8      that the Observer Mission retweeted to its own

9      Twitter account, in turn, attached the

10     document?

11          A.    I may not have noticed it at the

12     time.  I don't recall right now.  There was a

13     lot going on during this time period.

14          Q.    Understood.  But you see that there

15     is a document attached to Mr. Ruffalo's tweet;

16     correct?

17          A.    I do see that.

18          Q.    And do you understand what that

19     document is?

20          A.    You'd have to open it for me to look

21     at it.  I don't recall.

22          Q.    Let's go to the next page.

23          A.    Okay.

24          Q.    Do you understand what that might

25     be?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          A.    No.

2          Q.    Do you want to -- do you need --

3    maybe we should show her the rest of the pages

4    of it.

5          A.    Assuming it's some sort of petition.

6          Q.    Okay.  Right.  So Mr. Ruffalo's

7    tweet -- well, Mr. Ruffalo's tweet attached a

8    petition that members of the public could sign

9    relating to this topic; correct?

10         A.    It appears so.

11         Q.    And the Observer Mission retweeted

12   Mr. Ruffalo's tweet to bring Mr. Ruffalo's

13   tweet to the attention of a broader audience;

14   correct?

15         A.    Yes.

16                    MR. SINAIKO:  Okay.  Let's go

17   to Tab 29, which will be Exhibit 18.

18                    (Deposition Exhibit No. 18 was

19   marked for identification.)

20   BY MR. SINAIKO:

21         Q.    Okay.  We're going to be on Tab 29.

22   That will be Exhibit 18.

23                    Mr. Ghannam, if you can just let me

24   know when you are able to see that.

25                    MR. BERGER:  I'll show it to

1    her on my laptop.

2                      MR. SINAIKO:  I've got to say,

3    I can't wait until we're able to do these

4    things in person again.  This is just

5    incredibly painful.

6                      MR. BERGER:  She's got it on

7    my laptop for now, until it pops up on the big

8    screen.

9    BY MR. SINAIKO:

10        Q.    So Ms. Ghannam, can you see

11   Deposition Exhibit 18 now?

12        A.    Yes.

13        Q.    And this is another tweet that you

14   posted to the Observer Mission's Twitter

15   account; is that correct?

16        A.    Yes.

17        Q.    And you made that post on May 15,

18   2021; is that correct?

19        A.    Yes.

20        Q.    There, now you can see it on the big

21   screen.  Once your video pops up, I know you

22   can see it.

23                So you've got it on the screen in

24   front of you now?

25        A.    Yes.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        Q.    Was this -- I see that this one,

2    this tweet actually has the SaveSheikhJarrah

3    hashtag; do you see that?

4        A.    Yes.

5        Q.    Would it be fair to say that part of

6    the purpose of that hashtag was to magnify the

7    attention, the public attention that this

8    Twitter posting would receive?

9        A.    Yes.

10       Q.    Okay.  And the purpose of this --

11    well, what was the document?  It looks like

12    there's a document attached to this tweet, is

13    that right, or maybe this is retweeting?

14       A.    Retweeting, from what I can recall.

15    I don't know if that's a video or just a

16    picture.  If I have to guess, it's just a

17    picture because what happened is that the

18    occupying power indiscriminately and illegally

19    bombed and destroyed the offices of the

20    Associated Press and Al Jazeera Arabic in Gaza

21    and, therefore, the occupied region of Gaza was

22    cut off from the rest of the world, so we had

23    to rely on tweets coming out from the region to

24    show the world what was happening illegally

25    there.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      Q.    So would it be fair to say that the

2   purpose of this tweet was to call public

3   attention to the Observer Mission's view that

4   Israel had indiscriminately and illegally

5   bombed and destroyed the offices of the

6   Associated Press in Al Jazeera?

7      A.    The purpose of this tweet is to

8   highlight the view of the State of Palestine

9   and the United Nations in terms of the

10  illegality of what Israel was doing in terms of

11  conducting potential war crimes against nearly

12  two million people who are subjected to an

13  illegal blockade of nearly 14 years, which is

14  deemed illegal by the United Nations, yes.

15           All of this falls within my

16  framework at the UN because all of these issues

17  and everything that you have asked me thus far

18  are things that the UN discusses regularly as

19  illegal and against the UN charter and the UN

20  framework.

21     Q.    I notice -- I notice, Ms. Ghannam,

22  that the first line of this tweet references

23  @POTUS.  Do you see that?

24     A.    Yes, the President of the United

25  States.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        Q.    And why would this tweet make

2   reference to the President of the United

3   States?

4        A.    Because the United States of America

5   is a permanent member of the UN Security

6   Council, and the United States, as a permanent

7   member of the Security Council, regularly votes

8   against any and all resolutions that speak

9   against the illegal occupation of the State of

10  Palestine.

11            So while the whole world watches

12  this indiscriminate bombing of this illegal

13  occupation, the United States happens to be the

14  only member of the Security Council that cannot

15  publicly make a statement saying that this is

16  wrong.

17       Q.    And you wanted to -- is it true,

18  Ms. Ghannam, would it be fair to say,

19  Ms. Ghannam, that one of the purposes of this

20  tweet was to raise awareness of the positions

21  that the Trump administration was taking within

22  the United States?

23       A.    My purpose was to bring forth the

24  policies that the United Nations as a voting

25  member of the -- excuse me, the United States,

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    as a voting member of the United Nations and as

2    a permanent member of the United Nations

3    Security Council and their extremely important

4    role at the United Nations, and how are they

5    able to sit back and take a side seat to an

6    issue distressing to many people around the

7    world, an issue that's illegal.

8         Q.    Was part of the purpose of this

9    tweet to raise awareness among the American

10   public of the position that its government was

11   taking?

12                   MR. BERGER:  Objection, asked

13   and answered.  You may answer again.

14   BY MR. SINAIKO:

15        Q.    You may answer.

16        A.    The objection was to raise awareness

17   that the United States of America, which is a

18   voting member of the Security Council of the

19   United Nations, and a permanent member of the

20   United Nations security member, and the fact

21   that all work conducted in the region, gets the

22   blessing of the United States, through the

23   United Nations, and, therefore, the fact that

24   the United States of America is unable to make

25   a public statement regarding something where

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        the majority of the world was able to demonize

2        in one way or another was perplexing, yes.

3            Q.    Okay.  Just going to try one more

4        time.  The objective was to raise that

5        awareness among the American public; is that

6        correct?

7                        MR. BERGER:  Objection.  It's

8        not only asked and answered, but the reason why

9        you keep coming back is that it's

10       argumentative.  So I object to the

11       argumentative questioning of this witness.

12                       MR. SINAIKO:  She can answer

13       the question.

14                       MR. BERGER:  Do you have

15       anything to add to your previous answer?

16                       THE WITNESS:  No.

17                       MR. SINAIKO:  She can answer

18       the question that I ask, not the questions that

19       you ask, Mr. Berger.

20                       MR. BERGER:  You've asked this

21       question three times.  It's argumentative,

22       asked and answered.  You may answer it again.

23                       MR. SINAIKO:  I would like the

24       question read back please, Karen.

25                       (Reporter read back from the

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1      record.)

 2                      THE WITNESS:  No.

 3                      MR. SINAIKO:  Let's mark as

 4      our next exhibit Tab 30.  I think this will be

 5      Exhibit 19.

 6                      (Deposition Exhibit No. 19 was

 7      marked for identification.)

 8      BY MR. SINAIKO:

 9          Q.    Ms. Ghannam, can you see Exhibit 19

10      in front of you?

11          A.    Yes.

12          Q.    Okay.  And you recognize -- what do

13      you recognize this to be, if anything?

14          A.    I recognize this very well.  It was

15      a mother and a child who were stuck under the

16      rubble of their house after it being illegally

17      shelled and begging for help so that they were

18      not to die.

19          Q.    This was a Twitter post that was put

20      on -- that you put on the Observer Mission's

21      Twitter feed; correct?

22          A.    Absolutely correct.

23          Q.    And the topic was the one that you

24      just mentioned; correct?

25          A.    Yes.
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1          Q.    And the purpose of this Twitter feed
 2     was to raise public awareness about the conduct
 3     that is described in this Twitter post and the
 4     Observer Mission's position with respect to
 5     that conduct; correct?
 6          A.    Yes.
 7                     MR. SINAIKO:  Okay.  Let's go
 8     to Tab 31, which we will mark as Exhibit 20.
 9                     (Deposition Exhibit No. 20 was
10     marked for identification.)
11     BY MR. SINAIKO:
12          Q.    Do you see Deposition Exhibit 20 on
13     the screen?
14          A.    No.  Yes, now I do.
15          Q.    And do you recognize that to be
16     another tweet that you posted to the Observer
17     Mission's Twitter account on May 17, 2021?
18          A.    Yes.
19          Q.    Okay.  And do you see that this
20     Twitter post makes reference to AOC?
21          A.    Yes.
22          Q.    Who is that?
23          A.    Alexandria Ortez -- I always forget
24     her name.  The representative from New York.
25          Q.    Right.  Alexandria Ocasio-Cortez; is
```

Nadia Ghannam    Confidential Pursuant to Protective Order
July 23, 2021

1    that right?

2          A.    Yes.

3          Q.    And what about Bush?

4          A.    Yes.  Cori Bush.

5          Q.    And what about --

6          A.    John Oliver.

7          Q.    Uh-huh, who else?

8          A.    Ali Velshi, and then Reid, I forget

9    his first name, yes.

10         Q.    And what information was this

11   Twitter post conveying?

12         A.    That the use of the word "apartheid"

13   is not so illegal, it's not deemed as taboo

14   anymore.

15         Q.    Okay.  And the purpose of -- the

16   purpose of this, is it correct that the purpose

17   of this tweet was to disseminate publicly the

18   Observer Mission's view that the State of

19   Israel engages in apartheid?

20         A.    The purpose of this tweet is to

21   share information that is left up to the

22   general public to decipher in any way possible

23   that they see fit in terms of the illegalities

24   of what is happening to the people of Palestine

25   that is repeatedly discussed and repeated at

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1      the United Nations.

 2                   It is not up to me to decide what

 3      people take from what I post.

 4                   MR. SINAIKO:  Okay.  Let's put

 5      up Tab 32 and let's mark that as our next

 6      exhibit, which will be Exhibit 21.

 7                   (Deposition Exhibit No. 21 was

 8      marked for identification.)

 9      BY MR. SINAIKO:

10          Q.    Ms. Ghannam, can you see Exhibit 21?

11          A.    Not yet.

12                   MR. BERGER:  Every time I show

13      her my laptop, it pops on the video.

14                   MR. SINAIKO:  It's like

15      clockwork.

16                   (Off-the-record discussion

17      held.)

18      BY MR. SINAIKO:

19          Q.    Okay.  Can you see the document now,

20      Exhibit 21?

21          A.    Yes.

22          Q.    And that's another posting that you

23      made to the Observer Mission's Twitter account?

24          A.    Yes.

25          Q.    And that was a retweet?
```

1          A.    Yes.

2          Q.    It was a retweet of a tweet that

3     originally was put up by Senator Warren;

4     correct?

5          A.    Yes.

6          Q.    And do you think you retweeted

7     Senator Warren's tweet the same day that

8     Senator Warren put it up on her own feed?

9          A.    I can't tell you.

10         Q.    In any event, the purpose -- is it

11    correct that the purpose of this tweet was to

12    bring to the attention of the public Senator

13    Warren's view that the Biden administration

14    should press for a just, lasting two-state

15    agreement?

16         A.    The purpose of this tweet is to

17    press on the viewpoint that a lasting two-state

18    agreement is needed to see a just and viable

19    peace in the region, something that the United

20    Nations had been working towards for decades

21    now and is the longest standing occupation and

22    file at the United Nations.

23              MR. SINAIKO:  Okay.  Let's go

24    to Tab 33, which we will mark as Exhibit 22.

25              (Deposition Exhibit No. 22 was

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        marked for identification.)

2                        MR. SINAIKO:  And Mitch, if

3        you could just put the laptop in front of her

4        now so that this works more promptly this time.

5                        MR. BERGER:  Yeah.  I don't

6        have it yet.  See, it worked instantly.

7                        MR. SINAIKO:  Like magic.

8        BY MR. SINAIKO:

9            Q.    Anyway, Ms. Ghannam, do you see

10       Exhibit 22 in front of you?

11           A.    I do.

12           Q.    And do you recognize that to be a

13       tweet that you posted to the Observer Mission's

14       Twitter feed on May 24th of this year?

15           A.    Yes.

16           Q.    And the purpose of this --

17           A.    Yes, I recognize it.

18           Q.    Is it correct that the purpose of

19       this Twitter feed was to bring to public

20       attention criticism of the Biden administration

21       in an article that Newsweek had published?

22           A.    The purpose of this retweet was to

23       bring attention to the fact that the United

24       States, a permanent country of the Security

25       Council who has the right to veto anything they

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1   want in the Security Council, and a member of

2   the larger UN General Assembly, has gone ahead

3   and provided the State of Israel with smaller

4   bombs to continue doing the work that they have

5   done illegally.

6                    MR. SINAIKO:  Okay.  And let's

7   mark, as Exhibit 23, a Twitter post dated July

8   9 of 2021.  That will be Tab 34, Cosette.

9                    (Deposition Exhibit No. 23 was

10  marked for identification.)

11  BY MR. SINAIKO:

12       Q.    Okay.  And Ms. Ghannam, do you

13  recognize -- can you see Deposition Exhibit 23

14  in front of you now?

15       A.    Yes.

16       Q.    And do you recognize that to be a

17  posting that you made to the Observer Mission's

18  Twitter feed earlier this month?

19       A.    Yes, I retweeted it.

20       Q.    Right.  And this is a retweet from

21  the PLO's Negotiation Affairs Division; is that

22  right?

23       A.    Department, yes.

24       Q.    Sorry.  I got the title -- I

25  misspoke.  It's the Negotiation Affairs

Nadia Ghannam    Confidential Pursuant to Protective Order
July 23, 2021

1      Department?

2             A.      That's okay.  Yes.

3             Q.      Okay.  And this is another --

4      another tweet, the purpose of which is to bring

5      to public attention the Observer Mission's

6      views about annexation of territory; is that

7      correct?

8             A.      Particularly the annexation wall,

9      yes.

10            Q.      Okay.

11            A.      And the illegal settlement units

12     that have been established in occupied illegal

13     territories, yes.  And the number of civilian

14     deaths as well.

15            Q.      Anything else?

16            A.      No.  The tweet is pretty

17     self-explanatory.

18                    MR. SINAIKO:  Excellent.  We

19     can take that one down.  If it's okay -- if

20     it's okay with everybody, I like to just go off

21     the record for five minutes.

22                    MR. BERGER:  Yeah.

23                    MR. SINAIKO:  Good enough.

24     Thanks.

25                    THE VIDEOGRAPHER:   We are now

**THESE PAGES HAVE BEEN INTENTIONALLY OMITTED**