# EXHIBIT 3

Dr. Riyad Mansour
July 08, 2021

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
                         -   -   -
SHABTAI SCOTT SHATSKY,      ) Case No. 18-Civ. 12355
individually and as         )
personal representative     )
of the Estate of Keren      ) VIRTUAL VIDEOTAPED
Shatsky, J ANNE             ) DEPOSITION OF DR. RIYAD
SHATSKY, individually       ) MANSOUR
and as personal             )
representative of the       )
Estate of Keren             )
Shatsky, TZIPPORA           )
SHATSKY SCHWARZ, YOSEPH     )
SHATSKY, SARA SHATSKY       )
TZIMMERMAN, MIRIAM          )
SHATSKY, DAVID RAPHAEL      )
SHATSKY, GINETTE LANDO      )
THALER, individually        )
and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,

        Plaintiffs,


        against
```

Dr. Riyad Mansour
July 08, 2021

1   THE PALESTINE
    LIBERATION ORGANIZATION
2   and THE PALESTINIAN
    AUTHORITY (a/k/a "The
3   Palestinian Interim
    Self-Government
4   Authority" and/or "The
    Palestinian National
5   Authority"),

6

7         Defendants.

8

9

10                    -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dr. Riyad Mansour
July 08, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF DR.

 2     RIYAD MANSOUR, a witness herein, called by the

 3     Plaintiffs, for examination, taken pursuant to

 4     the Federal Rules of Civil Procedure, by and

 5     before Karen A. Nickel, a Certified Realtime

 6     Reporter and a notary public in and for the

 7     Commonwealth of Pennsylvania, held remotely

 8     with all parties appearing from their

 9     respective locations, on Thursday, July 8,

10     2021, at 9:30 a.m.

11     COUNSEL PRESENT:

12
       For the Plaintiffs:
13     Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
       Cohen & Gresser, LLP
14     2001 Pennsylvania Avenue, NW
       Suite 300
15     Washington, DC 20006

16     Stephen M. Sinaiko, Esq.
       Cohen & Gresser, LLP
17     800 Third Avenue
       New York, NY 10022
18
       For the Defendants:
19     Mitchell R. Berger, Esq.
       Joseph Alonzo, Esq.
20     Salim Kaddoura, Esq.
       Squire Patton Boggs
21     2550 M Street NW
       Washington, DC 20037
22
       Also Present:  Cosette Vincent
23                    Eszter Vincze

24


25
```

Dr. Riyad Mansour
July 08, 2021

```
1                        -  -  -
                      I N D E X
2
    WITNESS                          PAGE
3
    Dr. Mansour
4
         By Mr. Wick                  6
5


6
                    E X H I B I T S
7


8    NUMBER          DESCRIPTION          PAGE

9    Exhibit 1     Notice of Deposition      20
     Exhibit 2     Personnel of the Permanent
10                 Observer Mission          20
     Exhibit 3     Calendar Entries          31
11   Exhibit 4     Privilege Log             39
     Exhibit 5     Facebook Page             50
12   Exhibit 6     Video                     84
     Exhibit 7     ADC Appearance            91
13   Exhibit 8     Beit Sahour Convention    94
     Exhibit 9     Seton Hall Appearance     98
14   Exhibit 10    Bridgewater Appearance   106
     Exhibit 11    Morning Joe Interview    111
15   Exhibit 12    Al Jazeera Interview     113
     Exhibit 13    Diplomatic Corp Law      134
16   Exhibit 14    Responses and Objections 167
     Exhibit 15    List of Organizations    186
17

18

19

20

21

22

23

24

25
```

Dr. Riyad Mansour
July 08, 2021

```
1                    P R O C E E D I N G S
2                         THE VIDEOGRAPHER:    Good
3        morning, everyone.   We are now on the record.
4        Participants should be aware that this
5        proceeding is being recorded and, as such, all
6        conversations held will be recorded unless
7        there is a request and agreement to go off the
8        record.
9                         This is the remote video-recorded
10       deposition of Riyad Mansour.   Today is
11       Thursday, July 8, 2021.   The time is now 13:32
12       UTC time.
13                        We are here in the matter of Shatsky
14       versus PLO.   My name is Corey Wainaina, remote
15       video technician on behalf of US Legal Support
16       located at 90 Broad Street, New York, New York.
17                        I am not related to any party in
18       this action, nor am I financially interested in
19       the outcome.   At this time, will the reporter,
20       Karen Nickel, on behalf of US Legal Support,
21       please enter the statement for remote
22       proceedings into the record?
23                        THE REPORTER:   The attorneys
24       participating in this deposition acknowledge
25       that I am not physically present in the
```

Dr. Riyad Mansour
July 08, 2021

```
 1    deposition room and that I will be reporting

 2    this deposition remotely.

 3              They further acknowledge that, in

 4    lieu of an oath administered in person, the

 5    witness will verbally declare his testimony in

 6    this matter is under penalty of perjury.

 7              The parties and their counsel

 8    consent to this arrangement and waive any

 9    objections to this manner of reporting.  Please

10    indicate your agreement by stating your name

11    and your agreement on the record.

12                  MR. WICK:  This is Ron Wick,

13    Cohen and Gresser, for the Plaintiffs, and the

14    Plaintiffs agree.

15                  MR. BERGER:  This is Mitchell

16    Berger for the Defendants, we agree.

17            DR. RIYAD MANSOUR, a witness herein,

18    having been first duly sworn, was examined and

19    testified as follows:

20                      EXAMINATION

21    BY MR. WICK:

22         Q.    Good morning, Dr. Mansour.

23         A.    Hi.

24         Q.    I thank you for coming today.

25         A.    Welcome.
```

Dr. Riyad Mansour
July 08, 2021

```
 1          Q.    My name is Ron Wick.  I represent
 2     Plaintiffs in this lawsuit.  And let me just
 3     ask you off the bat, have you had your
 4     deposition taken before?
 5          A.    Yes.
 6          Q.    Okay.  So you are somewhat familiar
 7     with the process but let's just -- I'm going to
 8     ask you some questions, of course, but before I
 9     do that, I want to go over the process with you
10     so that we are all on the same page.  Is that
11     all right?
12          A.    Okay.
13          Q.    The court reporter will be
14     transcribing everything we say today, so to
15     make sure that the record is accurate, and
16     especially since this deposition is taking
17     place by a video conference, it is important
18     that we not speak over each other, so that only
19     one person speaks at a time.
20                I would ask that you please wait
21     until I finish my questions before you start to
22     answer them, and I will do my very best to wait
23     until you finish your answer before I ask
24     another question.
25                Fair enough?
```

A. I will do my best. Thank you.
Q. Okay. It is also important that you respond to my questions verbally. For example, if you shake or nod your head, the court reporter cannot transcribe that answer.
A. I understand.
Q. If you don't understand a question, please let me know, I will try to rephrase it for you. If you do answer a question, I will assume that you understood. Okay?
A. Okay.
Q. Your counsel, Mr. Berger, undoubtedly will object to some of my questions. Unless your counsel instructs you not to answer the question, you should go ahead and answer my question even though there was an objection. Is that understood?
A. Yes.
Q. We will be taking periodic breaks through the deposition. If at any point you need a break, please let me or Mr. Berger know. I will do my best to accommodate your request.
The only thing I ask of you is that, if a question is pending, I would ask you answer that question first before we take a

Dr. Riyad Mansour
July 08, 2021

```
 1    break.  All right?
 2         A.    I understand.
 3         Q.    Are you taking any medication today
 4    that would prevent you from answering my
 5    questions fully and accurately?
 6         A.    No.
 7         Q.    Is there any other reason that you
 8    can think of as to why you would not be able to
 9    answer my questions today fully and accurately?
10         A.    No.
11         Q.    Just a few terms I want to go over
12    that I will be using during the course of the
13    deposition and I want to make sure that we are
14    all on the same page.
15              I will be referring, from time to
16    time, to the PA, and by that I mean the
17    Palestinian Authority; is that okay?
18         A.    Okay.
19         Q.    And I will use the term PLO to refer
20    to the Palestine Liberation Organization;
21    understood?
22         A.    Yes.
23         Q.    And I may use the shorthand term
24    Observer Mission, by which I mean the Permanent
25    Observer Mission of the State of Palestine to
```

Dr. Riyad Mansour
July 08, 2021

1    the United Nations; is that all right?

2         A.    It is okay.

3         Q.    Okay.  If we could go to the first

4    tab.  I'm going to show you a document,

5    Mr. Mansour.

6         A.    Okay.

7                    THE VIDEOGRAPHER:   Counsel,

8    would you like to see the document and the

9    witness for the video record?

10                    MR. WICK:  Yes, please.

11                    THE VIDEOGRAPHER:   Okay.

12   BY MR. WICK:

13        Q.    Dr. Mansour, I'm showing you a copy

14   of a Notice that the Plaintiffs in this action,

15   my clients, sent to your counsel regarding your

16   deposition today.  Have you seen a copy of this

17   Notice?

18        A.    No.

19        Q.    I'm sorry?

20        A.    No.

21        Q.    You have not seen a copy?

22        A.    Except now in front of me.

23        Q.    Okay.  How did you learn that you

24   were being asked to testify at a deposition

25   today?

Dr. Riyad Mansour
July 08, 2021

```
 1          A.    By my lawyer.
 2          Q.    I don't want you to tell me anything
 3    that you talked about in that regard with your
 4    lawyer.  Is it your understanding that you are
 5    testifying today pursuant to this Notice of
 6    Deposition?
 7          A.    Yes.
 8          Q.    Did you do anything to prepare for
 9    your deposition?
10          A.    Yes.
11          Q.    What did you do?
12          A.    Met with my lawyer.
13          Q.    And was anybody else present when
14    you met with your lawyer?
15          A.    No.
16          Q.    Did you meet with anybody other than
17    your lawyer to prepare for your deposition?
18          A.    No.
19          Q.    And did you review any documents in
20    preparing for your deposition?
21          A.    I believe that I have seen
22    documents, I understood from my lawyer, that
23    have been provided to you, basically, about my
24    schedule.
25          Q.    So you reviewed the calendar
```

Dr. Riyad Mansour
July 08, 2021

```
 1    documents that were provided to us?
 2         A.    Yes.
 3         Q.    Do you -- to the best of your
 4    recollection, did you review any other
 5    documents in preparation for your deposition
 6    today?
 7         A.    No.
 8         Q.    And when you said you met with your
 9    lawyer to prepare for your deposition, are you
10    referring to Mr. Berger?
11         A.    Yes.
12         Q.    Did you meet with any other lawyers?
13         A.    Early in the process, yes, but the
14    -- for this deposition is with Mitch.
15         Q.    By "early in the process," do you
16    mean at the beginning of the lawsuit?
17         A.    No.  When we were approached to make
18    deposition.
19         Q.    And, approximately, how long ago was
20    that?
21         A.    A month, month and a half ago.
22         Q.    And at that time, who did you meet
23    with?
24         A.    I think Mitch can -- I don't
25    remember the names, Mitch can remember them.
```

Dr. Riyad Mansour
July 08, 2021

1    One, Baloul, I think, I believe, his last name.

2    The other one I don't remember.

3        Q.    Mr. Baloul?

4        A.    Yes.

5        Q.    And there was another attorney as

6    well?

7        A.    Yes.

8        Q.    Was it Mr. Alonzo?

9        A.    I don't remember the name.

10        Q.    Fair enough.  And when you reviewed

11    your calendar entries that were provided to us

12    in preparing for your deposition, did those

13    documents refresh your memory at all as to any

14    events?

15        A.    Yes.

16        Q.    Specifically, did they refresh your

17    memory as to the events in question on the

18    calendar?

19        A.    Calendar is very basic as to

20    hundreds of meetings.  So it refreshed my

21    memory as to which meeting, with whom, so that

22    I remember, you know, these sort of -- to

23    refresh my memory about these things, yes.

24        Q.    And did you bring any documents with

25    you to the deposition today?

Dr. Riyad Mansour
July 08, 2021

```
 1         A.    No.  Other than the two documents

 2    that I have here.

 3         Q.    What are the two documents that you

 4    have there?

 5         A.    These two documents.  This one, this

 6    one.

 7         Q.    Okay.  It appears to me that you are

 8    showing me the copy of your calendar entries

 9    and a copy of the Defendants' revised privilege

10    log?

11         A.    Yes.

12         Q.    Is that correct?

13         A.    Yes.

14         Q.    Okay.  I would like to just step

15    back for just a moment and do a quick

16    housekeeping measure.  I understand that

17    Ms. Nickel is in Pennsylvania.  Dr. Mansour,

18    where are you today?

19         A.    In my office in New York, 115 East

20    65th Street, New York, New York.

21         Q.    So you are in the Observer Mission

22    building?

23         A.    Yes.

24              MR. WICK:  I just want to be

25    clear that we are all in agreement, per Rule 29
```

**THESE PAGES HAVE BEEN INTENTIONALLY OMITTED**

Dr. Riyad Mansour
July 08, 2021

```
 1                    MR. BERGER:  Ron, I really
 2      don't know what you mean by "the general
 3      nature."  You have asked a question about
 4      whether something is a staff meeting.  That is
 5      perfectly acceptable to us.  If you are asking
 6      about what the topics were that were discussed
 7      at the staff meeting, that is covered by
 8      functional immunity.
 9      BY MR. WICK:
10           Q.    I'm going move down to the, about
11      two-thirds of the way down that first page,
12      there is an entry dated February 2, 2020 and
13      the subject line is interactions with civil
14      society organization Beit Hanina Cultural
15      Center Brooklyn on UN topics.  Do you see that
16      entry?
17           A.    Yes.
18           Q.    Where did that event take place?
19           A.    In Brooklyn.
20           Q.    I apologize if I am mispronouncing
21      this.  What is the Beit Hanina Cultural Center?
22           A.    Civil society organization.
23           Q.    What do you mean by a civil society
24      organization?
25           A.    It is a civil society organization
```

Dr. Riyad Mansour
July 08, 2021

1    of the community, Palestinian-Americans, who

2    were originally from Beit Hanina, which is a

3    neighborhood in Jerusalem, who are residing in

4    Brooklyn.

5         Q.    And what is the purpose of the

6    organization?

7         A.    I don't really know.  You have to

8    ask, you know, the organizers of this

9    organization.  They are better qualified --

10        Q.    To your knowledge, does the Beit

11   Hanina Cultural Center have any connection to

12   the United Nations?

13        A.    So the work of the United Nations,

14   many people might not know that it is not only

15   diplomats, it is diplomats' involvement of

16   civil society organization, involvement of the

17   media, involvement of the missions, involvement

18   of parliamentarians, involvement of so many

19   sectors of different societies, because the way

20   the UN operates, it invites so many different

21   representations of different societies and

22   countries that participate in the decision

23   making process.

24             So, therefore, there are hundreds,

25   maybe more than hundreds, civil society

Dr. Riyad Mansour
July 08, 2021

1    organizations that are accredited to the United

2    Nations or --

3                        THE COURT REPORTER:   Excuse

4    me, please.

5                   The videographer, is there some way

6    of correcting the audio between the witness and

7    Mr. Berger because I'm having trouble with the

8    witness cutting out and then Mr. Berger, when

9    he speaks, there is a lot of echoing on my end.

10                       THE VIDEOGRAPHER:   We are now

11   off the record.   The time is 14:31 UTC time.

12                  (Discussion held off the

13   record.)

14                       THE VIDEOGRAPHER:   We are

15   back on the record.   The time is 14:36 UTC

16   time.

17   BY MR. WICK:

18        Q.    Dr. Mansour, before we had to go off

19   the record, you were in the middle of an answer

20   to my question.   I had asked you whether the

21   Beit Hanina Cultural Center had any connection

22   to the United Nations and you were explaining

23   that the United Nations involves multiple

24   organizations.

25                  Is there anything more that you

Dr. Riyad Mansour
July 08, 2021

1    wanted to say?

2         A.    No.  Just, basically, I was saying

3    the nature of work at the United Nations, it is

4    so encompassing and exclusive that it allows

5    for participation in the decisionmaking process

6    to so many different players; representatives

7    of countries, representatives of multicultural

8    organizations, civil society organizations,

9    media, parliamentarians, all components of

10   society because the agenda of the UN, it

11   involves humanity in so many different ways.

12              I will give an example.  For

13   example, when we debate climate change, that is

14   not only the domain of diplomats, it is civil

15   society admissions, activists, private sectors,

16   all of them, they have a stake on this issue.

17              And the UN and the Secretary General

18   and the General Assembly invite all those to

19   contribute to that collective effort of all of

20   us of how we view these issues and what we

21   legislate.

22              So, therefore, everybody has

23   something to contribute.  So in this example,

24   this civil society organization, the

25   Palestinian-Americans, they feel that they have

Dr. Riyad Mansour
July 08, 2021

1    a role to influence those who are dealing with

2    the question of Palestine at the UN with

3    whatever they have in their mind.

4         Q.    Does the Beit Hanina Cultural Center

5    have any accreditation from the United Nations?

6         A.    As far as I know, I don't really

7    know.  They may, they may not.  I will just

8    give an example.  There are hundreds who are

9    accredited civil society organizations.  Some

10   of them are Palestinian, some of them are

11   Palestinian-American.  Many of them are

12   Jewish-American organization or Israeli

13   organization.

14        Some of them, they go through the

15   scrutiny of the Social and Economic Council to

16   approve them as accredited civil society

17   organization, who may be on the Exercise of the

18   Inalienable Rights has its own mechanism of

19   accrediting civil society organization, and

20   there are hundreds of them that are accredited

21   by that group.  I am just giving you an example

22   how things are at the United Nations, not only

23   diplomats operating in a vacuum.  We operate

24   within the dynamics of what is happening, all

25   of us.

Dr. Riyad Mansour
July 08, 2021

1          Q.    I understand that.  To be clear, you

2    don't know whether the Beit Hanina Cultural

3    Center is accredited by the United Nations;

4    correct?

5          A.    I don't know.

6          Q.    And what does it mean for a civil

7    society organization to be accredited by the

8    United Nations?

9          A.    To be invited --

10                    THE COURT REPORTER:  I'm

11    sorry, I did not hear the ending.

12                    THE WITNESS:  To be

13    accredited, to be invited to events.  For

14    example, if you are an accredited women

15    organization, there are so many conferences and

16    events related to the rights of women.  So then

17    if you are accredited, you will be invited, you

18    will listen to debates, you can contribute to

19    debates, you can lobby for certain kind of

20    resolutions and you are allowed to vote on

21    these things, as an example.

22                    MR. WICK:  Let me put up Tab

23    16, please.  I am going to ask that this

24    document be marked as next in order, I believe

25    Exhibit 5.

# THESE PAGES HAVE BEEN INTENTIONALLY OMITTED

Dr. Riyad Mansour
July 08, 2021

1        A.     No.

2        Q.     Did he have any connection to the

3    United Nations at the time of this interaction?

4        A.     I think that, in general, everything

5    that he does is related to the work of the

6    United Nations, particularly in the legal

7    field, in the international criminal court, and

8    the international court of justice.  He is

9    highly involved in all these issues, or key

10   components of the work of the --

11       Q.     But you're not aware of any formal

12   position or connection or accreditation between

13   Ardi and the United Nations as of the time of

14   this meeting; correct?

15       A.     I don't know.  I don't have any

16   knowledge.

17       Q.     Where did this event take place?

18       A.     I believe it is Zoom, because it's

19   Ramallah, New York.  Michael Lynk is either in

20   Geneva or Canada, the same thing with Ardi.

21       Q.     And where were you at the time of

22   the meeting?

23       A.     Most likely in my office.

24       Q.     And what was the substance of this

25   meeting?

Dr. Riyad Mansour
July 08, 2021

```
 1        A.    Legal issues.

 2        Q.    Legal issue?

 3        A.    Legal issues, not one issue.

 4        Q.    Okay.  Which legal issues?

 5              I'm sorry, did you hear my question,

 6    Dr. Mansour?

 7        A.    I did, I heard what -- Mitch is

 8    advising me.

 9                   MR. WICK:  If Mr. Berger is

10    speaking, we can't hear him.

11                   MR. BERGER:  I'm on double

12    mute.  I thought I had my phone -- was off

13    mute, but my computer is on mute.  I said I

14    object on grounds of functional immunity and

15    instruct the witness not to answer, because you

16    are getting into the substance of a meeting for

17    which we claim functional immunity.

18                   MR. WICK:  Even though the

19    witness has testified that there was an

20    individual present who has no known connection

21    or relationship with the United Nations?

22                   MR. BERGER:  Yes.  As we

23    explained to you in a letter I sent to you

24    yesterday, functional immunity does not turn on

25    the presence or absence of somebody not with
```

Dr. Riyad Mansour
July 08, 2021

 1    the United Nations.

 2              It turns, according to the UN

 3    Secretariat, on whether the meeting occurred in

 4    the exercise of the Observer's function.  His

 5    testimony confirms it did.  So it's, therefore,

 6    covered by functional immunity.

 7    BY MR. WICK:

 8         Q.    Scroll down two more pages, please.

 9    There is, about seven lines down, there is a

10    notation on November 24, 2020, interaction with

11    civil society organization Israa University on

12    UN topics.

13              Do you see that?

14         A.    Yes.

15         Q.    And where did that event take place?

16         A.    It's a virtual event.  I was in my

17    office, and Israa University is one of the

18    Palestine universities in the Gaza Strip.

19         Q.    Was the event virtual?

20         A.    Yes.

21         Q.    And you were in your office in the

22    Observer Mission?

23         A.    Yes.

24         Q.    And what type of interaction was

25    this; was it a speech?

Dr. Riyad Mansour
July 08, 2021

1      A.    Yes, speech and questions and

2    answers.

3      Q.    And was that speech open to the

4    public?

5      A.    I don't know what they did in the

6    Gaza Strip.  I just was speaking through, you

7    know, Zoom to a group of people, individuals

8    that appeared on -- as we are communicating.

9      Q.    So you have no knowledge as to

10   whether or not the event was public or not

11   public?

12     A.    I think it was a course, graduate

13   course related to media and UN issues related

14   to the question of Palestine.

15     Q.    So were you a guest lecturer in the

16   class?

17     A.    You can say that, yes.

18     Q.    And were you compensated for that?

19     A.    No.

20     Q.    And to your knowledge, does Israa

21   University have any connection to the United

22   Nations?

23     A.    I don't really know the connection

24   of that university but academia, in general,

25   are extremely interested in the UN.  Many

Dr. Riyad Mansour
July 08, 2021

1    universities, as you probably know, have UN

2    Model organizations teach students about the

3    work of the UN, agenda of the UN, and many

4    student groups, they like to represent in the

5    General Assembly format or Security Council

6    format, different countries.  Very often when

7    they approach us, they want to represent

8    Palestine in these training sessions for

9    students.

10              Therefore, they ask us about all

11   kind of questions, what we do at the UN, the

12   topic, how we discuss them, so that they can

13   emulate representation of the State of

14   Palestine in their UN models.

15        Q.    By the way, there are a number of

16   entries on the privilege log that use the

17   letters PR.  For example, two lines above the

18   Israa University entry, it states, interaction

19   with PR of Norway.

20              Do you see that?

21        A.    Yes.

22        Q.    What does PR stand for?

23        A.    Permanent Representative.  And you

24   know what my abbreviation is, PO.

25        Q.    No.

Dr. Riyad Mansour
July 08, 2021

```
1           A.    PO.

2           Q.    For Permanent Observer?

3           A.    Yes.

4           Q.    Go over to the next page.  Three

5     lines from the bottom, there is a note,

6     interaction with civil society organization

7     Coalition of Palestinian American Organizations

8     on UN topics.  Again, February 28, 2021.

9                 Do you see that?

10          A.    Yes.

11          Q.    And where did that event take place?

12          A.    It was a Zoom event.

13          Q.    And where were you during that

14    event?

15          A.    In my office.

16          Q.    In your office where you are now?

17          A.    Yes.

18          Q.    And were you giving a speech?

19          A.    No.  I was just listening because

20    the speaker was our Prime Minister,

21    Dr. Shtayyeh.

22          Q.    Okay.  And does, to your knowledge,

23    the Coalition of Palestinian American

24    Organizations have any connection to the United

25    Nations?
```

Dr. Riyad Mansour
July 08, 2021

1          A.    They might be accredited to the

2    United Nations.

3          Q.    You have no knowledge as to whether

4    they are or they are not accredited?

5          A.    No, I don't.

6          Q.    And was the Prime Minister

7    discussing UN topics?

8          A.    Everything is related to the UN when

9    you talk about peace, classes, two-state

10   solution, under the auspices of the United

11   Nation, the involvement of the Security

12   Council, in terms of reference to international

13   law and relevant --

14                    THE COURT REPORTER:  I'm

15   sorry, Doctor, you cut out again.

16                    THE WITNESS:  I said that in

17   his reference to the peace process, a just

18   solution to the conflict is the convening of

19   international peace conference under the

20   auspices of the Security Council, the

21   involvement of the Quartet of Peace in the

22   Middle East, under the banner of international

23   law and relevant UN resolutions, all these

24   things are issues related to United Nations.

25   BY MR. WICK:

Dr. Riyad Mansour
July 08, 2021

```
 1          Q.    So in your view, any discussion of

 2   peace in the Middle East is a UN topic?

 3          A.    At the UN, it is a UN topic.  Peace

 4   in the Middle East is a UN topic.  It's a big

 5   UN topic.

 6          Q.    Is climate change a UN topic?

 7          A.    Climate change is a UN topic, a big

 8   UN topic.

 9          Q.    Is women's rights a UN topic?

10          A.    Absolutely.

11          Q.    So would it -- so it is your view

12   that any event that you attend that discusses

13   climate change or women's rights is official UN

14   business?

15          A.    Yes.  And I can add, for example,

16   climate change, we are a state party as the

17   State of Palestine to the climate change

18   convention.  So we participate as equal with

19   all states as parties to the climate change

20   conference and the Paris Agreement on climate

21   change.  We are equal.

22               The same thing, we are a party, as a

23   state party to so many conventions related to

24   the rights of women.  They are equal with

25   everyone else.  So we discuss these issues in
```

Dr. Riyad Mansour
July 08, 2021

1    the general term and in the specific term as

2    related to Palestine.

3              It is like everybody else, we are

4    not different than anybody else.  This is how

5    we do business at the UN.

6         Q.    Can you think of any topic that is

7    not official UN -- that is not official UN

8    business in your view?

9         A.    I am so busy in being submerged on

10   those, so many issues on the agenda of the UN

11   to the point that I don't think of other

12   issues.

13        Q.    Would you consider the use of

14   plastics to be a UN topic?

15        A.    In fact, it is.  And I attended a

16   conference and event in one of the Caribbean

17   states with other officials, the Prime Minister

18   of that state, and normalizing for eliminating

19   plastic as a polluter against humanity and

20   affecting us in the negative way and polluters

21   of oceans and, you know, we were part of the

22   efforts to normalize humanity against plastic

23   things because they are, you know, negatively

24   affecting our environment.

25              And if you pass by the United

Dr. Riyad Mansour
July 08, 2021

1    Nations, you will see big signs on the wall of

2    the United Nations for the public to see how

3    plastic is bad and eliminate plastic from use.

4            Q.    So if you speak to an organization

5    at a non-public event about the use of

6    plastics, you would consider that part of your

7    organization's functional immunity?

8            A.    If they invite me on my capacity as

9    Permanent Observer, Ambassador of the State of

10   Palestine, and in my capacity as a previous

11   chair of the Group of 77 and China, speak about

12   plastic and its negative effect on our

13   environment, that is within my exclusive domain

14   in exercising my authority as observership

15   activities as the Observer of the --

16           Q.    Let's go to the next page, please.

17   On the next page, there is, about a third of

18   the way down, there's an entry dated March 26,

19   2021, interactions with civil society

20   organization church group on UN topics.

21           Do you see that?

22           A.    March 20 what?

23           Q.    6.

24           A.    26.  Yes.

25           Q.    And where did that event take place?

Dr. Riyad Mansour
July 08, 2021

```
 1          A.     It was virtual for a church group in
 2     Orlando, Florida.
 3          Q.     Were you in your office at the
 4     Observer Mission at the time?
 5          A.     Yes.
 6          Q.     What was the name of the church
 7     group?
 8          A.     My wife belongs to that group.  I
 9     cannot remember now the name, but it's a group
10     that she belongs to in Orlando, Florida.
11          Q.     What was the nature of the group?
12          A.     They are a group that work for peace
13     and justice in the Middle East.
14          Q.     Okay.  And does your wife's church
15     have any connection to the United Nations?
16          A.     No, it doesn't.  But I can, again,
17     tell you that faith-based organizations, almost
18     all churches in the United States and
19     worldwide, have Observers at the United
20     Nations.  There is a building across the street
21     from the United Nations where there are so many
22     representatives from these different churches,
23     they represent them in the works of the General
24     Assembly, and they are a key player in so many
25     global issues in the agenda of the UN.
```

**THESE PAGES HAVE BEEN
INTENTIONALLY OMITTED**

Dr. Riyad Mansour
July 08, 2021

1          Q.    Go to the next page.  On June 30,

2    2020, middle of the page, there is an entry, it

3    simply says, interview (Zoom).

4              Do you see that?

5          A.    Yes.

6          Q.    And what was that event?

7          A.    Most likely is, you know, a media

8    interview.

9          Q.    Who was the media interview with?

10         A.    I don't remember.  It could be, you

11    know, the one after it.  I don't really know,

12    to be precise.

13         Q.    Okay.  The next entry, which you

14    just referenced, is July 1, 2020.  It says,

15    interview with TRT Arabic with Nihal.  What

16    does that entry signify?

17         A.    This is an interview that was done

18    from the TRT office in London, England.

19         Q.    Was that done virtually?

20         A.    Yes.

21         Q.    And where were you?

22         A.    In the office, as far as I remember.

23         Q.    In your office at the Observer

24    Mission?

25         A.    Yes.

Dr. Riyad Mansour
July 08, 2021

1          Q.    Then, on July 14, 2020, there is an

2     entry, virtual informal meeting of the General

3     Committee.

4               Do you see that?

5          A.    Yes.

6          Q.    What is the General Committee?

7          A.    The General Committee is a committee

8     of the General Assembly in which it deals with

9     the adoption of the agenda of the United

10    Nations.  If any country wants to introduce a

11    new item on the agenda, they go to the General

12    Committee.

13              If the General Committee approves

14    the addition of that item, then the General

15    Assembly decides where to allocate that item,

16    whether in the General Assembly directly or one

17    of the major committees of the General

18    Assembly.

19              It relates to subject matter.  If it

20    is an economic issue, they might decide to put

21    it on the agenda of the second.  If it is a

22    disarmament issue, then they will put it in the

23    first.  If it is a legal issue, they will put

24    it in the second, so that the General

25    Committee, that is the function of the General

Dr. Riyad Mansour
July 08, 2021

1    Committee, to deal with the agenda of the

2    General Assembly.

3         Q.    And that meeting relates to UN

4    business; correct?

5         A.    Pardon me?

6         Q.    That meeting related to United

7    Nations business; correct?

8         A.    Absolutely.

9         Q.    And you participated in that meeting

10   in your official capacity; correct?

11        A.    I don't remember whether I went or I

12   had somebody else representing me there, but we

13   have, on the agenda of the United Nations, many

14   items related to us.  So, therefore, we have

15   interest in the General Committee, yes.

16        Q.    So you are not sure whether you

17   attended this meeting or not?

18        A.    I'm not sure.

19        Q.    Okay.  Was this a non-public

20   meeting?

21        A.    It is most likely a non-public

22   meeting, yes.

23        Q.    And if you attended it, it would

24   have been in your official capacity as an

25   Observer --

Dr. Riyad Mansour
July 08, 2021

```
 1            A.    Absolutely.

 2            Q.    And is there any reason in your mind

 3     why the substance of that meeting wouldn't be

 4     subject to functional immunity or privilege?

 5            A.    Can you repeat the question?

 6            Q.    Sure.  Do you know of any reason why

 7     the substance of this non-public meeting that

 8     you attended in your official capacity as

 9     Permanent Observer, that involved UN topics,

10     would not be privileged or subject to

11     functional immunity as some of the other items

12     we discussed were?

13            A.    That meeting, definitely, everyone

14     who attended of the member states or Observer

15     states as in our case, is -- it applies to --

16     it is applies exactly to the General Assembly,

17     meaning all of us would be covered, you know,

18     under our headquarters agreement with United

19     States of America and the United Nations.  All

20     of us would have immunity in that meeting

21     because it is in the United Nations --

22            Q.    Do you know of any reason why this

23     item wasn't included on the privilege log?

24            A.    No, I don't.

25                  MR. BERGER:  I can address
```

Dr. Riyad Mansour
July 08, 2021

1    that and I want to put that on the record,

2    which is the very cover page of the calendar

3    says that it is subject to claims of functional

4    immunity and jurisdictional immunity.  We put

5    it in the public calendar because it's listed

6    as a public event in the UN's public calendar.

7                    MR. WICK:   Thank you,

8    Mr. Berger.

9    BY MR. WICK:

10        Q.    Let's go to the next page.  There is

11   an entry, not quite halfway down, October 22,

12   2020, titled Zoom meeting with ADC.  Do you see

13   that?

14        A.    Yes.

15        Q.    And do you know what that entry is

16   for?

17        A.    Yes.

18        Q.    What was that event?

19        A.    It was an event with ADC, which is

20   an accredited organization to the United

21   Nations, the Anti-Discrimination Committee,

22   about, you know, our work at the UN and

23   discussions with those who participated from

24   their side on this event.  They invited me in

25   my official capacity as the Ambassador of the

Dr. Riyad Mansour
July 08, 2021

1    State of Palestine, Permanent Observer to the

2    State of Palestine to the United Nations.

3         Q.    We are going to show you a video

4    that we will have marked as Exhibit 7, please.

5                   (Deposition Exhibit No. 7 was

6    marked for identification.)

7                   (Video playing.)

8    BY MR. WICK:

9         Q.    Dr. Mansour, do you recognize that

10   as a video of the ADC meeting described in your

11   October 22, 2020 calendar entry?

12        A.    Yes.

13        Q.    And where were you when you appeared

14   at --

15        A.    In this office.

16        Q.    At your office at the Observer

17   Mission?

18        A.    Yes.

19        Q.    We can go back to the calendar.

20   What was the purpose of your appearance at the

21   ADC event, Dr. Mansour?

22        A.    It's, you know, talking about what

23   we do at the United Nations, and whatever

24   questions that they have related to our work,

25   at that time, from the point of view of their

Dr. Riyad Mansour
July 08, 2021

1    audience or those who are participating in that

2    event.

3         Q.    Was one of those purposes to

4    advocate for the Palestinian cause?

5         A.    I was invited in my capacity as the

6    Ambassador of the State of Palestine to the

7    United Nations, and it is my duty to exercise

8    my observership capacities at the United

9    Nations.

10            So it is within that context, I was

11   invited, and within that context, I shared with

12   them our view and vision.

13        Q.    I'm going to ask the question again

14   because I don't think that I got a clear

15   answer.

16            Was one of your purposes in speaking

17   to the ADC to advocate for the Palestinian

18   cause?

19        A.    I always advocate to the Palestinian

20   cause in my capacity as the Ambassador of the

21   State of Palestine to the United Nations in

22   carrying out my, and exercising my functions

23   and responsibilities as an Observer of the

24   United Nations.

25        Q.    Just a moment, please.  In the case

Dr. Riyad Mansour
July 08, 2021

1    of the October 22, 2020 meeting, you were

2    advocating for the Palestinian cause to the

3    American Arab Anti-Discrimination Committee;

4    correct?

5        A.    I was advocating in my capacity and

6    in my responsibility for those who were under

7    the other end of the Zoom.

8        Q.    And that was members of the ADC;

9    correct?

10       A.    I assume so.  I don't know if they

11   are members or what.

12       Q.    There is another entry on November

13   14, 2020, speak at the first convention of Beit

14   Sahour?

15       A.    Sahour.  Beit Sahour.

16       Q.    Beit Sahour.

17       A.    Yes.

18       Q.    And what was that event?

19       A.    This is another civil society

20   organization for Palestinian-Americans.  I

21   believe it's in Michigan.  And then they were

22   organizing themselves, building an

23   organization, and they invited me, in my

24   capacity as the Ambassador of the State of

25   Palestine to the United Nations, to say a few

Dr. Riyad Mansour
July 08, 2021

1    words of congratulating them on the occasion of

2    their convention, and I shared with them what

3    we do at the United Nations.

4        Q.    And we have another video to show

5    you, which we would like to mark as Exhibit 8.

6                (Deposition Exhibit No. 8 was

7    marked for identification.)

8                (Video playing.)

9    BY MR. WICK:

10       Q.    Dr. Mansour, do you recognize that

11   as a video of the speech described on your

12   November 14, 2020 calendar entry?

13       A.    Yes.

14       Q.    And you gave that speech virtually;

15   correct?

16       A.    That is correct.

17       Q.    And where were you when you gave the

18   speech?

19       A.    In this office here.

20       Q.    At the Observer Mission building?

21       A.    That is correct.

22                MR. BERGER:  May I please ask

23   for clarification of the record, which is,

24   you're showing very short clips of maybe eight

25   or ten seconds.  When you're asking if he

Dr. Riyad Mansour
July 08, 2021

1   recognizes them, I assume you're asking him if

2   he recognizes only the clips you're showing

3   him, because we haven't seen anything more than

4   that; is that correct?

5                    MR. WICK:  That is correct.  I

6   am asking if he recognizes it as an excerpt

7   from the video.

8                    MR. BERGER:  But you are not

9   asking if he recognizes the remainder of the

10  video that you weren't showing him because you

11  haven't shown it to him and given him an

12  opportunity to comment on it.  So I just want

13  to be clear, for the record, that his answers

14  are -- you're asking for answers that address

15  the short clips you're showing him.  Yes?

16                   MR. WICK:  I am not clear on

17  your question, Mr. Berger.  The video is the

18  video.

19                   MR. BERGER:  Let me be clear

20  so we can avoid some kind of trap later on.  If

21  you are planning on using portions of the video

22  that you haven't shown him later on in these

23  proceedings, then it's your obligation to show

24  him the entirety of the video rather than just

25  show clips.

Dr. Riyad Mansour
July 08, 2021

```
 1              Otherwise, we object on foundational
 2     grounds to use of anything other than the clips
 3     you have shown him to which he has answered.
 4                   MR. WICK:  Fair enough.  We'll
 5     come back to that.
 6     BY MR. WICK:
 7          Q.   Let's go to entry November 16, 2020,
 8     interview from Cairo.  What was that event?
 9          A.   What is the date?
10          Q.   November 16, 2020.
11          A.   This is a radio interview for media
12     from Cairo.  I did it over the phone.
13          Q.   And where were you when you gave the
14     interview?
15          A.   I don't really know.  Sometimes I do
16     these things while I'm in the car.
17          Q.   Were you in the United States?
18          A.   Yes.
19          Q.   I would like to back up very quickly
20     to the last event we discussed, the Beit Sahour
21     speech.  Was one of your purposes in giving
22     that speech to advocate for the Palestinian
23     cause?
24          A.   They approached me and they said
25     that they are an establishment organization,
```

Dr. Riyad Mansour
July 08, 2021

1    and they want, just to say -- they invited me

2    in my capacity as the Ambassador of the State

3    of Palestine for the United Nations, and I

4    obliged them.

5         Q.    And was one of the reasons that you

6    accepted the invitation and spoke to that group

7    to advocate for the Palestinian cause?

8         A.    Everything that I do in my capacity

9    for the UN is advocating for the Palestinian

10   cause.

11        Q.    There is an entry on November 19,

12   2020 titled Seton Hall University virtual talk.

13   What does that entry signify?

14        A.    Yes.  What date is that?  November.

15   Again, I was invited and it was done virtually

16   through Speche, if I am not mistaken, it might

17   be the political science department or

18   something to do with international law, Seton

19   Hall University.

20             Again, academia and universities are

21   key components of the work of the United

22   Nations.  I talk about Model UN on part of it

23   and the other part, what they teach, they

24   teach, you know, concrete issues.

25             I was a teacher and I used to teach

Dr. Riyad Mansour
July 08, 2021

1    issues related to the agenda of the UN, and

2    they wanted to know what we do at the United

3    Nations in trying to find a peaceful solution

4    to this conflict.

5            I obliged them and I spoke on that

6    subject related to my work at the UN.

7        Q.    All right.  We would like to show

8    you another video which we will mark Exhibit 9,

9    an excerpt from a video.

10           (Deposition Exhibit No. 9 was

11   marked for identification.)

12           (Video playing.)

13   BY MR. WICK:

14       Q.    Dr. Mansour, do you recognize that

15   excerpt as an excerpt from a video of the talk

16   described in your November 19, 2020 calendar

17   entry?

18       A.    I do.

19       Q.    Was that a talk given to university

20   students or college students in the United

21   States?

22       A.    Yes.

23       Q.    And where were you when you gave the

24   talk?

25       A.    In my office in the Observer Mission

Dr. Riyad Mansour
July 08, 2021

1    of the State of Palestine, United Nations.

2        Q.    And was one of the purposes of

3    accepting that invitation and giving that talk

4    to advocate for the Palestinian cause?

5        A.    As I said before, when I am invited

6    in my capacity as the Observer, Ambassador of

7    the State of Palestine for the United Nations,

8    I, you know, speak in that capacity on the

9    advancing the cause of the Palestinians and

10   United Nations.

11       Q.    The next entry is November 23, 2020

12   -- not the next entry -- well, it is the next

13   entry.  It states, bureau meeting.  Do you see

14   that entry?

15       A.    Yes.

16       Q.    Do you know what that means?

17       A.    Yes.

18       Q.    What is the bureau being referred

19   to?

20       A.    It is the Bureau of Committee on the

21   Exercise of the Inalienable Rights of the

22   Palestinian People, it is a General Assembly

23   committee.

24       Q.    Last item on the page, December 10,

25   2020, titled, all I want for Christmas is a

Dr. Riyad Mansour
July 08, 2021

1     stronger multilateral system.

2             Do you know what that event was?

3         A.    That was a nice event.  There are

4     global Ambassadors, they would discuss -- well,

5     let me, first of all, yes, I know.  That is

6     your question.

7         Q.    Okay.  What was the event?

8         A.    As I said, you know, global

9     Ambassadors that, you know, they dialogue and

10    discuss defending multilateralism, which

11    embodiment of that is United Nations, because

12    there was a threat against multilateralism from

13    certain quarters during the few years before

14    that date, threatening multilateralism so that

15    those group of Ambassadors were brainstorming

16    about the ways and means of how to protecting

17    and ending and what it stands for as an example

18    of multilateralism.  And since that event was

19    so close to Christmas, then, you know the title

20    of it is All I Want for Christmas is a Stronger

21    Multilateral System.

22        Q.    So I'm not clear, what was the

23    event, was it a panel discussion or a speech,

24    for example?  What is the event?

25        A.    It is a brainstorming on a Zoom

Dr. Riyad Mansour
July 08, 2021

1    session among a number of Ambassadors.

2         Q.    Can we go to the next page, please,

3    the one after that.  There are two entries

4    midway down the page from March 17, 2021 and

5    then one two lines below it on March 18, 2021

6    titled, Invitation to the Fifth Retreat of the

7    Friends of Monterrey.  Do you see that?

8         A.    Yes.

9         Q.    And was that an event that you

10   attended?

11        A.    No.  I did not attend that.

12        Q.    Did anyone attend from the Observer

13   Mission in your place?

14        A.    Yes.  I asked one of my colleagues

15   to attend.

16        Q.    And who attended?

17        A.    The person who is in charge of

18   issues related to development.

19        Q.    And what is that person's name?

20        A.    Abdallah.

21        Q.    Is that a first name or a last name?

22        A.    Abdallah Abushawesh.

23        Q.    Okay.  And what is the Friends of

24   Monterrey?

25        A.    One of the key issues that was under

Dr. Riyad Mansour
July 08, 2021

```
 1    consideration for a long period of time at the
 2    UN is the concept of finance for development.
 3    First conference of finance for development
 4    took place in Monterrey, Mexico, and every five
 5    years, a continuation of the same concepts, the
 6    need to organize similar conferences.  One, the
 7    second one, I believe Dor in Hefa (phonetic),
 8    and another one, Addis Ababa in Ethiopia.
 9              So the Mexican Ambassador, because
10    this is the beginning of a very key component
11    of the developmental agenda at the United
12    Nations, which it is evaded and discussed
13    heavily in the second committee and also in the
14    SDGs, the sustainable development goals, and
15    they form a Friends of Monterrey to keep the
16    principals of Monterrey on finance for
17    development alive.
18              Before the COVID, they used to
19    invite a number of friends to go and meet in
20    Monterrey, Mexico, over two days, discussing
21    and debating issues related to finance for
22    development.
23              But because of the COVID, this was
24    done virtually.  So that's what this is all
25    about.  Very, very important pillar of our
```

Dr. Riyad Mansour
July 08, 2021

1    discussion in the economic and developmental

2    team of the UN is we finance for development

3    and the founding place for this concept was in

4    Monterrey, Mexico.

5         Q.    Is the Friends of Monterrey

6    affiliated with the UN?

7         A.    Yes.  Of course.

8         Q.    How so?

9         A.    As I said, you know, that if you

10    look at the SDGs 17 Goal and the 169 targets,

11    finance for development is a very important

12    concept for eradication of poverty, for better

13    educational system for humanity, rights of

14    women, climate change and the rest of all of

15    the goals and targets, finance for development

16    is a key component for the implementation of

17    SDGs, which it is the SDGs, and implementing

18    them by 2030 is like, you know, the human

19    rights, you know, elements agenda of human

20    rights.

21         So that is one of the pillars of the

22    thinking of the United Nations in the --

23         Q.    Other than the fact that the Friends

24    of Monterrey and the United Nations are both

25    interested in finance for development, is there

Dr. Riyad Mansour
July 08, 2021

1    any affiliation between the two organizations?

2           A.    You mean the UN in finance and

3    development?

4           Q.    I mean the UN and Friends of

5    Monterrey.

6           A.    When the Monterrey conference was

7    convened, it was a line conference.

8           Q.    And Abdallah Abushawesh attended

9    virtually?

10          A.    I believe so.

11          Q.    Do you know where he was when he

12   attended?

13          A.    I believe, most likely, in his

14   house.

15          Q.    Where is his house?

16          A.    Queens.

17          Q.    Queens?

18          A.    Yes.

19          Q.    And to be clear, the topic discussed

20   at the fifth Retreat of the Friends of

21   Monterrey were UN topics?

22          A.    Absolutely.

23          Q.    Next item I would like to ask about

24   is April 6, 2021 Palestinian affairs and the

25   Biden administration, status quo versus

Dr. Riyad Mansour
July 08, 2021

1    political engagement, Dr. Riyad Mansour,

2    Permanent Observer of the State of Palestine to

3    the United Nations.

4              Do you see that?

5        A.    I see it.

6        Q.    Do you know what that entry is or

7    what it signifies?

8        A.    Is this the university -- Biden

9    administration -- if it is a university,

10   Bridgewater University, then this is a lecture

11   -- a discussion at that institution.

12       Q.    You believe this is a speech you

13   gave to Bridgewater State University?

14       A.    It could be, yes.  I don't remember

15   exactly, but I have a feeling that it might be

16   that.

17       Q.    Would this be a different speech to

18   Bridgewater State University than the one that

19   we talked about before on your privilege log?

20       A.    We did not talk about the

21   Bridgewater University yet.

22       Q.    Do you recall, a little while ago

23   when we talked about an entry on your privilege

24   log that referred to Boston College, and you

25   indicated you believe that that actually was a

Dr. Riyad Mansour
July 08, 2021

1    Bridgewater State event?

2         A.    I don't know if it was on that day.

3    I remember, for that university, dates changed

4    more than one time, and it could be that

5    function on April 6, not on that date

6    previously.

7         Q.    Okay.  I would like to show you a

8    video that we would like to have marked as

9    Exhibit 10.

10                  (Deposition Exhibit No. 10 was

11   marked for identification.)

12                  (Video playing.)

13   BY MR. WICK:

14        Q.    Dr. Mansour, do you recognize that

15   as an excerpt from a video of, or a speech to

16   Bridgewater State University as reflected in

17   your calendar entry?

18        A.    Yes.

19        Q.    This is the April 6, 2021 entry that

20   we have been discussing, Palestinian affairs

21   and the Biden administration?

22        A.    I believe so.

23        Q.    And you were speaking to U.S.

24   college students in that speech; correct?

25        A.    And professors.

Dr. Riyad Mansour
July 08, 2021

```
1          Q.    And professors.  And where were you
2     when you gave the presentation?
3          A.    My office at the Observer Mission of
4     the State of Palestine, United Nations.
5          Q.    And was one of the purposes of that
6     speech to advocate for the Palestinian cause?
7          A.    Again, as I said, you know,
8     universities are a key component of the
9     decisionmaking process at the United Nations.
10    And universities also have programs, study
11    issues on the agenda of the UN, including the
12    question of Palestine.
13               So when they invite me, they invite
14    me in that capacity, and they ask me questions
15    as it relates to their education, to their
16    students, about how the United Nations is with
17    the Palestine question.
18         Q.    And was one of the purposes of that
19    speech to advocate for the Palestinian cause to
20    those students and professors?
21         A.    Again, as I said, everything that I
22    do in my capacity as Permanent Observer of the
23    State of Palestine to the United Nations is to
24    advocate for justice for the Palestinians on
25    the basis of the UN charter and UN
```

Dr. Riyad Mansour
July 08, 2021

```
 1    resolutions --

 2                    THE COURT REPORTER:  I'm

 3    sorry, Doctor, you cut out again at the end.

 4                    THE WITNESS:  At the end, I

 5    said that on the basis of international law and

 6    relevant UN resolutions.

 7    BY MR. WICK:

 8        Q.    On -- the next item I would like to

 9    ask about is May, the very bottom, May 6, 2021,

10    informal active dialogues with the candidates.

11    And if we scroll to the next page, you will see

12    an identical entry for May 7, 2021.

13              Do you see those two entries?

14        A.    Yes.

15        Q.    What was that event?

16        A.    You know, another aspect of the work

17    of the United Nations.  Many countries run for

18    offices.  For example, every year we have five

19    countries running for seats in the Security

20    Council.  So the candidates, they lobby

21    countries or groups so that they can get their

22    votes and to win a seat in the Security

23    Council.

24              Also, we have elections for judges

25    of international corporate justice.  Countries
```

Dr. Riyad Mansour
July 08, 2021

1    who have candidates, they lobby other countries

2    for their votes.  And there are so many

3    elections at the United Nations, for seats in

4    the Social and Economic Councils, for seats in

5    the Human Rights Council.

6            So these candidates and their

7    Ambassadors would lobby others to get their

8    votes.  These are meetings related to

9    candidates running for office at the UN.  And

10   that is another key component of the work of

11   the United Nations.

12       Q.   And so attending those meetings was

13   officially UN business; correct?

14       A.   Yes.

15       Q.   And you were attending in your

16   capacity as Permanent Observer; correct?

17       A.   Absolutely.

18       Q.   And what did you discuss with those

19   candidates?

20       A.   Basically, they are lobbying us to

21   get our support, if we can vote, get our vote.

22   If we cannot vote, they know that we are

23   influential at the UN so that we can say good

24   things about them to those who have the

25   capacity to vote.

Dr. Riyad Mansour
July 08, 2021

1              What do I discuss with their

2     members, let's say, who are running for seats

3     in the Security Council?  That we are active in

4     the agenda of the Security Council.  There is

5     discussions of issues related to us in the

6     Security Council, specifically, so then they

7     have to prove to me that they will be

8     objective, guided by the principles of the

9     charter, UN resolutions, international law,

10    when these issues are discussed in the Security

11    Council in order to get my approval and support

12    for them and their candidature -- in the

13    business of the UN.

14         Q.    Did you ask any questions of the

15    candidates?

16         A.    Most likely, yes, but I don't

17    recall.  It's a general discussion, you know,

18    and these candidates, there are so many of

19    them, covering so many different issues from

20    the Security Council, Human Rights Council, so

21    many other positions.

22         Q.    There is an entry on May 19, 2021

23    titled, interview with Morning Joe on MSNBC.

24    You were interviewed that day, you were

25    interviewed live on the Morning Joe program;

Dr. Riyad Mansour
July 08, 2021

1    correct?

2         A.    That is correct.

3         Q.    As you might guess, we are going to

4    show you an interview, or a video, excuse me,

5    that we would like to mark as Exhibit 11.  We

6    will show you an excerpt from the interview.

7                     (Deposition Exhibit No. 11 was

8    marked for identification.)

9                (Video playing.)

10   BY MR. WICK:

11        Q.    Dr. Mansour, do you recognize that

12   as an excerpt of a -- of your interview with

13   the Morning Joe program notated on your

14   calendar for May 19, 2021?

15        A.    I do.

16        Q.    And where were you when you gave

17   that interview?

18        A.    In my office in the Observer Mission

19   of the State of Palestine to the United

20   Nations.

21        Q.    Where you are sitting right now;

22   correct?

23        A.    Correct.

24        Q.    And you were speaking in that

25   interview to the American public; correct?

Dr. Riyad Mansour
July 08, 2021

```
 1          A.    I was speaking to Joe and the lady

 2    who is the co-anchor woman and through them, I

 3    guess, to their audience.

 4          Q.    And was one of the purposes of

 5    giving that interview to advocate for the

 6    Palestinian cause?

 7          A.    The purpose of -- the main purpose

 8    of that speech was to exert all efforts

 9    possible to have a cease fire, stop the war

10    that was waging against the Palestinian people

11    in the occupied territory, particularly in the

12    Gaza Strip.

13              And that is -- was a discussion in

14    the Security Council at that time and

15    consultation with all members of the Security

16    Council, all members, including the P-5, in

17    order to bring about a cease fire as soon as

18    possible.  That was the main objective of that

19    interview, which is, in my capacity as the

20    Permanent Observer of the State of Palestine to

21    the UN, is to do everything possible within the

22    Security Council, within the United Nations,

23    and the entire international community, to

24    bring a quick cease fire and put an end to that

25    tragedy to save lives.
```

Dr. Riyad Mansour
July 08, 2021

1      Q.    Next, May 22, 2021, there is an

2  entry for Al Jazeera interview.  Do you see

3  that?

4      A.    May what, 20?

5      Q.    May 22, 2021?

6      A.    I see it.

7      Q.    Does that entry reflect you were

8  interviewed by Al Jazeera on that date?

9      A.    Yes.

10     Q.    I want to show you a video marked as

11  Exhibit 12.

12               (Deposition Exhibit No. 12 was

13  marked for identification.)

14  BY MR. WICK:

15     Q.    Do you recognize Exhibit 12 as an

16  excerpt from a video of your interview with Al

17  Jazeera that's reflected in your calendar on

18  May 22, 2021?

19     A.    That is correct.

20     Q.    And where were you when you gave

21  that interview?

22     A.    My office.  In --

23     Q.    In the Observer Mission?

24     A.    Observer Mission of the State of

25  Palestine to the United Nations.

Dr. Riyad Mansour
July 08, 2021

1      Q.    Where you're sitting right now;

2   correct?

3      A.    Correct.

4      Q.    And was one of the purposes of

5   giving that interview to advocate for the

6   Palestinian cause?

7      A.    The main purpose of that interview

8   is to show what was happening in the Security

9   Council in our efforts to have a cease fire,

10  immediate cease fire to the battle that was

11  waging at that time and to save lives of

12  civilians, particularly children in which 66 of

13  them were killed in the Gaza Strip during that

14  aggression.

15     Q.    Then on May 25, 2021, there is an

16  entry, virtual farewell meeting with ICC

17  prosecutor.

18         Do you see that?

19     A.    Yes.

20     Q.    What was that event?

21     A.    We are -- it is an event to say

22  goodbye to Madam Bensouda, who is the

23  prosecutor of the ICC, she finished and, you

24  know, members of the ICC and we are a state

25  party member and, in fact, we sit on the Bureau

Dr. Riyad Mansour
July 08, 2021

1    of the ICC, to say goodbye to her and to thank

2    her for her work during that tenure.

3         Q.    And was that meeting virtual, as the

4    entry suggests?

5         A.    It was virtual.

6         Q.    Where were you when you attended the

7    meeting?

8         A.    I did not attend that meeting.

9         Q.    Oh.  Why is it on your calendar?

10        A.    Because I was supposed to attend but

11   something came up.  I sent one of my colleagues

12   to attend on my behalf.

13        Q.    Who attended on your behalf?

14        A.    Majed Bamya.

15        Q.    Did Mr. Bamya speak at the event?

16        A.    I don't really know.

17        Q.    And what was the purpose of sending

18   somebody from the Observer Mission to attend?

19        A.    Because he is the specialist that

20   handles, you know, legal issues including the

21   ICC.

22        Q.    Why did you think it was appropriate

23   to have somebody from the Observer Mission

24   represent the State of Palestine at this event

25   as opposed to someone in Ramallah?

Dr. Riyad Mansour
July 08, 2021

1           A.    The ICC has different components to

2     its structure, including the General Assembly

3     of the ICC, which is composed of close to 128

4     countries.  We are one of them.  We are a full

5     member, a state party in the ICC.

6                 The way they operate is they

7     alternate between New York or the Hague.  And

8     most of the time in New York, because all of

9     the countries that are members of the ICC have

10    Ambassadors representing them here in -- and

11    when they need to elect the bureau, they do it

12    most of the times in New York, this is when we

13    were connected for the last two times

14    successively as a member of the bureau.  It

15    doesn't happen in capitals.  As I said, it

16    happens in New York or in the Hague because the

17    headquarter of the ICC is in the Hague,

18    Netherlands.

19          Q.    So the reason for having somebody

20    from the Observer Mission attend was because it

21    would be more convenient to have somebody based

22    in New York to attend than somebody in

23    Ramallah?

24          A.    And the person, my colleague is a

25    specialist from our side, on the ICC affairs,

Dr. Riyad Mansour
July 08, 2021

```
1    so he would be -- if I do not go to attend, he

2    would be the appropriate person to go and

3    represent me, because he is very familiar with

4    the issues and the discussions including even

5    saying goodbye to the prosecutor.

6         Q.    The reason for having somebody from

7    the Observer Mission attend this rather than

8    have somebody from Ramallah attend would be

9    because the Observer Mission is in New York and

10   the events are frequently in New York?

11                  MR. BERGER:  Objection.  That

12   misstates his testimony.  It's asked and

13   answered.  I know you don't seem to like his

14   answer, but you have asked that question three

15   times.

16                  MR. WICK:  I'm afraid I don't

17   understand the answer.  It's not about liking

18   or not liking.  So I will not misstate his

19   testimony.  I will ask the question again.

20   BY MR. WICK:

21        Q.    What is the purpose of having

22   somebody from the Observer Mission attend this

23   event as opposed to somebody from Ramallah?

24        A.    It is not that we are doing

25   something different than other countries do.
```

Dr. Riyad Mansour
July 08, 2021

1   All other members of the ICC, they have their

2   Ambassadors at the -- or whomever the

3   Ambassador designates, from his Mission, attend

4   these meetings in New York.

5              So we do like everybody -- others

6   do.  It is not the representative from the

7   capital that attend these meetings when they

8   take place in New York.  It is the Ambassadors

9   in New York attend.  When it happens in the

10  Hague, the Ambassador in the Hague attend.

11             If there is a conference at the

12  ministerial level for the ICC, then the

13  minister attends regardless of the location of

14  where the meeting takes place.  This is how

15  this business is done.

16      Q.    And is attending a farewell meeting

17  with the ICC prosecutor officially UN business

18  in your view?

19      A.    Yes, it is.

20      Q.    To the best of your recollection, on

21  this calendar today, are there any entries

22  concerning public activities, other than those

23  activities involving official UN business

24  undertaken on behalf of the Observer Mission

25  that are missing from this list?

Dr. Riyad Mansour
July 08, 2021

1          A.    To the best of my ability, there is

2    nothing missing from this list.

3                    MR. WICK:  I think we are -- I

4    think this is probably a good time for a lunch

5    break, but before we set that in motion, can we

6    just go off the record for a moment?

7                    THE VIDEOGRAPHER:   We are now

8    off the record.  The time is 1637 UTC time.

9                    (Discussion held off the

10   record.)

11                   THE VIDEOGRAPHER:   We are

12   back on the record.  The time is 1640 UTC time.

13                   MR. WICK:  I think this is a

14   good time to break for lunch, and I guess I

15   would ask others involved, what do we need in

16   terms of time, given that we're virtual; is 45

17   minutes enough?

18                   MR. BERGER:  How long do you

19   anticipate you have for your remaining

20   questioning?

21                   MR. WICK:  Quite a bit.

22   Several hours.

23                   MR. BERGER:  Well, why don't

24   we take a full hour.

25                   MR. WICK:  Okay.  Come back at

Dr. Riyad Mansour
July 08, 2021

```
1    1:40?

2                    MR. BERGER:  Very good.

3    Thanks.

4                    THE VIDEOGRAPHER:   We are now

5    off the record.  The time is 1641 UTC time.

6                    (At 12:41 p.m., a lunch recess

7    was taken.)

8                    THE VIDEOGRAPHER:   We are

9    back on the record.  The time is 1743 UTC time.

10   BY MR. WICK:

11       Q.   Good afternoon, Dr. Mansour.  I want

12   to go back to the Observer Mission building.

13   You indicated the Observer Mission owns that

14   building.  To be clear, the Observer Mission

15   has owned that building at all times since

16   January 4, 2020; is that correct?

17       A.   I am sorry, can you repeat the

18   question, please?

19       Q.   Yes.  The question is, has the

20   Observer Mission owned the Observer Mission

21   building at all times since January 4th of

22   2020?

23       A.   That is correct.

24       Q.   I'm going to return to Exhibit 2

25   from very early in the deposition.  As I
```

# THESE PAGES HAVE BEEN INTENTIONALLY OMITTED

Dr. Riyad Mansour
July 08, 2021

```
 1    engaged in any activity intended to raise money

 2    for the State of Palestine?

 3         A.    No.

 4         Q.    Are you aware of any fundraising

 5    events that have taken place, after January 4th

 6    of 2020, that were conducted on behalf of the

 7    PLO or the PA?

 8         A.    I am not aware.

 9         Q.    Are you aware of any fundraising

10    events that have taken place after January 4th

11    of 2020 that were conducted on behalf of the

12    Observer Mission?

13         A.    I am not aware.

14         Q.    Are you aware of any fundraising

15    events that have taken place after January 4,

16    2020 that were conducted on behalf of the State

17    of Palestine?

18                   MR. BERGER:  I assume you mean

19    in the United States?

20                   MR. WICK:  Yes, thank you for

21    that clarification, Mr. Berger, in the United

22    States.

23                   THE WITNESS:  No.

24    BY MR. WICK:

25         Q.    At any time after January 4th of
```

Dr. Riyad Mansour
July 08, 2021

1    2020, has the Observer Mission provided members

2    of the Palestinian community in the United

3    States with assistance in getting documents

4    authenticated or notarized?

5         A.    Can you repeat the last part of it?

6         Q.    I will repeat the whole question to

7    be clear.

8         A.    Okay.

9         Q.    At any time after January 4th of

10   2020, has the Observer Mission provided members

11   of the Palestinian community in the United

12   States with assistance in getting documents

13   authenticated or notarized?

14        A.    No.

15        Q.    To your knowledge, has the PLO or

16   the PA or the State of Palestine provided such

17   assistance during that time period?

18        A.    No.

19        Q.    At any time after January 4th of

20   2020, has the Observer Mission maintained a

21   list of notaries that it recommends to

22   Palestinian-Americans?

23        A.    No.

24        Q.    To your knowledge, has the PLO

25   maintained such a list?

Dr. Riyad Mansour
July 08, 2021

```
 1           A.     No.
 2           Q.     And to your knowledge, has the PA
 3    maintained such a list?
 4           A.     I don't know.
 5           Q.     To your knowledge, has the State of
 6    Palestine maintained such a list?
 7           A.     As far as I know, no.
 8           Q.     Are you familiar with the term
 9    consular services?
10           A.     Yes.
11           Q.     What is your understanding of what
12    consular services are?
13           A.     Consular services means with the
14    passport and certification of documents for
15    companies, individuals, and a host of things
16    known as consular services outside the
17    representation, like in our case, the UN or if
18    you have a bilateral relationship
19    representation to the country where you
20    represent --
21           Q.     At any time after January 4th of
22    2020, has the Observer Mission provided
23    consular services in the United States?
24           A.     No.
25           Q.     To your knowledge, any time after
```

# THESE PAGES HAVE BEEN INTENTIONALLY OMITTED

Dr. Riyad Mansour
July 08, 2021

```
 1    is --

 2                    THE COURT REPORTER:  I'm

 3    sorry, Doctor, the what committee?

 4                    THE WITNESS:  The first, the

 5    No. 1 committee, which is the disarmament

 6    committee, and he is active in the Security

 7    Council affairs as part of our team.

 8                    He is also our lead representative

 9    in all issues related to the ICC, in New York.

10    And he also has other responsibilities that I

11    designate.

12    BY MR. WICK:

13         Q.    Does he have an office in the

14    Observer Mission building?

15         A.    Yes.

16         Q.    Next is Mr. Abou Shawesh.  You

17    mentioned him a little bit earlier.  What does

18    he do?

19         A.    Abdallah Abou Shawesh is our lead

20    representative in the Second Committee.  It is

21    one of the extremely busy committees at the

22    Unites Nations responsible for producing at

23    least 40 resolutions annually related to

24    economic development.

25                    Remember, I referred to Friends of
```

Dr. Riyad Mansour
July 08, 2021

1    Monterrey is one component.  It deals with all

2    of the details of the SDGs, the sustainable

3    development goals and targets, and he is

4    also -- represent us on the Social and Economic

5    Council, on the economic part of the Social and

6    Economic Council, and as a -- I forgot to say

7    that, in the Second Committee, Third Committee

8    and Fourth Committee, and now in this case of

9    Abdallah, there are resolutions specific to the

10   question of Palestine, at least one resolution

11   in the case of Feda.  In the Fourth Committee

12   there are eight or seven resolutions adopted

13   annually or biannually, and they are

14   responsible for negotiating and, you know,

15   operating these draft resolutions and

16   collecting sponsorships to put them to a vote.

17        Q.    Next on the list is Sahar Abu

18   Shawesh?

19        A.    Sahar Abu Shawesh is a key player

20   with Abdallah in the Second Committee division

21   of labor as to the term, all of that committee,

22   so she covers a number of these issues.  One

23   example is realignment, the sub item that they

24   deal with in the Second Committee.

25                   So she is extremely helpful and

Dr. Riyad Mansour
July 08, 2021

1    often she leads a group of Ambassadors, on

2    behalf of the Group of 77 and China, to

3    negotiate with other group, the substance of a

4    resolution here and resolution there.

5         Q.    And does she have an office in the

6    Observer Mission building?

7         A.    Yes.

8         Q.    And I neglected to ask, Abdallah

9    Abou Shawesh, does he have an office in the

10   Observer Mission building as well?

11        A.    Yes.

12        Q.    What about Nada Tarbush, I believe

13   you mentioned that she has left.  What did she

14   do?

15        A.    She followed mainly the Fifth

16   Committee because the Fifth Committee, during

17   our chairmanship of the Group of 77 and China

18   is extremely active committee, it deals with

19   the budget of the UN and the allocations of

20   money to different items, different committees

21   and resolutions that have financial

22   implications, and she used to help, you know,

23   with some issues related to the First Committee

24   and some issues and activities related to the

25   work of Feda.

Dr. Riyad Mansour
July 08, 2021

1          Q.    Okay.  And did she have an office in

2     the Observer Mission building?

3          A.    When she was with us, she had an

4     office.

5          Q.    And next is Sahar Khalil Salem, what

6     did he or she do?

7          A.    She has responsibilities with some

8     experts in the Security Council because the way

9     the Security Council operates, you have

10    Ambassadors, you have the deputy Ambassadors,

11    you have the experts.  Usually the experts,

12    they do a lot of the legwork in terms of

13    details of draft resolutions.  They keep

14    sharing with each other details and information

15    of the files that they follow, in our case,

16    files related to the question of Palestine,

17    they cover so many areas, and she is active

18    with her colleagues, the experts.

19               In addition to that, she is taking

20    now larger responsibility in the Third

21    Committee after the departure of Nadya Rasheed.

22    She is mainly specialist on issues related to

23    children and children in conflict and she is,

24    you know, the liaison between me and the

25    special representative of the Security General

Dr. Riyad Mansour
July 08, 2021

1    on children in armed conflict, and she also

2    represents us on the item -- questions or

3    issues of information in the Fourth Committee,

4    and other responsibilities that I ask of her.

5          Q.    I'm sorry, I think I asked that

6    question in the past tense.  Ms. Salem still

7    works for the Observer Mission; correct?

8          A.    Yes.

9          Q.    And she has an office in the

10   Observer Mission building?

11         A.    Yes.

12         Q.    The next is Nadia Ghannam, who we

13   talked about with respect to social media.

14         A.    Yes.

15         Q.    What else did she do?

16         A.    She is our representative in a group

17   of Asia-Pacific grouping in the United Nations.

18   This group of countries is very important group

19   that deals with nominations of countries for

20   different posts and positions.

21               For example, when we ran to be the

22   chair of the Group 77 and China, we had to

23   submit our, you know, nomination to that group,

24   and we had to lobby in order to get a unanimous

25   endorsement of that group to be the candidate

Dr. Riyad Mansour
July 08, 2021

1    to assume that post on behalf of that group

2    before it went to the Group of 77 and China for

3    endorsement and announcement in the General

4    Assembly, that the State of Palestine was, in

5    the year 2009, chair of the Group of 77 and

6    China, and she does other responsibilities I

7    ask her.

8              She has an office in the Mission.

9         Q.    Okay.  And next is Ghada Hassan

10   Abdelwahab.  What does that individual do?

11        A.    She is, you know, a financial

12   officer.  She is responsible for, you know, the

13   payroll, the payment of all the bills around

14   our building, the automobile, the telephone

15   bills, everything of that nature, and the

16   preparing the regular reports to the finance

17   department.

18             And she is also our liaison officer

19   when the President or ministers come, usually

20   officers from the State Department contact us

21   through her about all the regulations that they

22   want from us about the arrival of dignitaries

23   and their safety and security.

24        Q.    Okay.  I believe that you told us

25   earlier that Mr. Alhantouli and Ms. Barghouti

**THESE PAGES HAVE BEEN
INTENTIONALLY OMITTED**