# EXHIBIT 5

ABDELHADY-NASSER

**EX 5**

K.N. 07.22.21

H.E. Amb. Abdelhady-Nasser 2020
Calendar entries: Non-public events subject to functional immunity

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Internal Palestine UN Mission Business | 01/07/2020 | 17:00 a | 01/07/2020 | 01.00 |
| Personal note about UN Mission business | 01/07/2020 | 18:00 a | 01/07/2020 | 01.00 |
| Private Lunch | 01/09/2020 | 18:15 a | 01/09/2020 | 01.00 |
| Interaction with UN delegate(s) | 01/09/2020 | 22:30 a | 01/09/2020 | 00.50 |
| Interaction with UN delegate(s) | 01/13/2020 | 16:30 a | 01/13/2020 | 01.00 |
| Interaction with UN delegate(s) | 01/13/2020 | 17:30 a | 01/13/2020 | 01.00 |
| Interaction with UN delegate(s) | 01/14/2020 | 15:00 a | 01/14/2020 | 00.50 |
| Interaction with UN delegate(s) | 01/14/2020 | 16:30 a | 01/14/2020 | 00.50 |
| Interaction with UN delegate(s) | 01/15/2020 | 17:30 a | 01/15/2020 | 02.00 |
| Interaction with UN delegate(s) | 01/15/2020 | 19:00 a | 01/15/2020 | 00.75 |
| Interaction with UN delegate(s) | 01/18/2020 | 00:00 a | 01/18/2020 | 01.50 |
| Interaction with UN delegate(s) and official(s) | 01/20/2020 | 20:00 a | 01/20/2020 | 01.50 |
| Interaction with UN delegate(s) | 01/22/2020 | 16:00 a | 01/22/2020 | 00.50 |
| Interaction with UN official(s) | 01/29/2020 | 14:00 a | 01/29/2020 | 01.00 |
| Interaction with UN delegate(s) | 01/30/2020 | 17:00 a | 01/30/2020 | 00.50 |
| Interaction with UN delegate(s) | 01/30/2020 | 17:30 a | 01/30/2020 | 01.00 |
| Interaction with UN official(s) | 01/30/2020 | 20:00 a | 01/30/2020 | 02.00 |
| Interaction with UN delegate(s) | 01/31/2020 | 13:30 a | 01/31/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/03/2020 | 17:30 a | 02/03/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/03/2020 | 20:15 a | 02/03/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/04/2020 | 16:00 a | 02/04/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/04/2020 | 20:00 a | 02/04/2020 | 02.00 |
| Interaction with UN official(s) | 02/04/2020 | 21:45 a | 02/04/2020 | 01.00 |
| Interaction with UN official(s) | 02/05/2020 | 15:30 a | 02/05/2020 | 01.50 |
| Interaction with UN delegate(s) | 02/05/2020 | 17:15 a | 02/05/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/05/2020 | 17:30 a | 02/05/2020 | 01.00 |
| Interaction with UN official(s) | 02/05/2020 | 20:00 a | 02/05/2020 | 02.00 |
| Interaction with UN delegate(s) | 02/05/2020 | 21:30 a | 02/05/2020 | 00.25 |
| Interaction with civil society organization(s) on UN topics | 02/05/2020 | 22:00 a | 02/05/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/06/2020 | 16:00 a | 02/06/2020 | 01.00 |
| Interaction with UN official(s) | 02/11/2020 | 15:00 a | 02/11/2020 | 03.00 |
| Interaction with civil society organization(s) on UN topics | 02/11/2020 | 20:00 a | 02/11/2020 | 02.00 |
| Internal Palestine UN Mission Business | 02/13/2020 | 18:00 a | 02/13/2020 | 01.50 |
| Interaction with UN delegate(s) | 02/14/2020 | 18:00 a | 02/14/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/17/2020 | 15:45 a | 02/17/2020 | 00.50 |
| Internal Palestine UN Mission Business | 02/17/2020 | 16:30 a | 02/17/2020 | 00.50 |
| Internal Palestine UN Mission Business | 02/17/2020 | 17:30 a | 02/17/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/17/2020 | 21:00 a | 02/17/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/19/2020 | 18:00 a | 02/19/2020 | 01.50 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with UN delegate(s) | 02/20/2020 | 17:30 a | 02/20/2020 | 01.00 |
| Interaction with UN delegate(s) and official(s) | 02/20/2020 | 19:00 a | 02/20/2020 | 00.75 |
| Interaction with UN delegate(s) | 02/20/2020 | 20:00 a | 02/20/2020 | 02.00 |
| Interaction with UN delegate(s) | 02/24/2020 | 15:00 a | 02/24/2020 | 03.00 |
| Interaction with UN delegate(s) | 02/24/2020 | 23:00 a | 02/25/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/25/2020 | 18:15 a | 02/25/2020 | 01.50 |
| Interaction with UN delegate(s) | 02/25/2020 | 19:15 a | 02/25/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/26/2020 | 20:00 a | 02/26/2020 | 03.00 |
| Interaction with UN delegate(s) | 02/27/2020 | 19:00 a | 02/27/2020 | 01.50 |
| Interaction with civil society organization(s) on UN topics | 02/28/2020 | 16:00 a | 02/28/2020 | 01.00 |
| Interaction with UN delegate(s) | 02/29/2020 | 23:00 a | 03/01/2020 | 01.50 |
| Interaction with UN official(s) | 03/02/2020 | 17:00 a | 03/02/2020 | 01.00 |
| Interaction with UN delegate(s) | 03/04/2020 | 16:00 a | 03/04/2020 | 02.00 |
| Interaction with UN official(s) | 03/05/2020 | 15:00 a | 03/05/2020 | 03.00 |
| Interaction with UN delegate(s) | 03/06/2020 | 14:30 a | 03/06/2020 | 00.50 |
| Interaction with UN official(s) | 03/09/2020 | 13:00 a | 03/09/2020 | 00.50 |
| Interaction with civil society organization(s) on UN topics | 03/09/2020 | 14:00 a | 03/09/2020 | 02.00 |
| Personal note about UN Mission business | 03/10/2020 | 21:00 a | 03/10/2020 | 01.00 |
| Cancelled Event | 03/10/2020 | 22:00 a | 03/10/2020 | 01.00 |
| Interaction with UN official(s) | 03/17/2020 | 19:00 a | 03/17/2020 | 02.00 |
| Interaction with UN official(s) | 03/25/2020 | 15:00 a | 03/25/2020 | 01.00 |
| Interaction with UN official(s) | 03/26/2020 | 16:00 a | 03/26/2020 | 00.50 |
| Interaction with civil society organization(s) on UN topics | 03/27/2020 | 18:00 a | 03/27/2020 | 01.00 |
| Personal note about UN Mission business | | | | |
| Interaction with civil society organization(s) on UN topics | 03/30/2020 | 16:00 a | 03/30/2020 | 01.00 |
| Personal note about UN Mission business | 03/30/2020 | 18:30 a | 03/30/2020 | 01.50 |
| Personal note about UN Mission business | 03/31/2020 | 14:30 a | 03/31/2020 | 02.00 |
| Personal note about UN Mission business | 03/31/2020 | 19:00 a | 03/31/2020 | 02.00 |
| Interaction with UN delegate(s) | 04/01/2020 | 13:00 a | 04/01/2020 | 00.50 |
| Interaction with UN delegate(s) | 04/01/2020 | 14:00 a | 04/01/2020 | 02.00 |
| Interaction with UN official(s) | 04/01/2020 | 16:00 a | 04/01/2020 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 04/01/2020 | 19:00 a | 04/01/2020 | 01.00 |
| Personal note about UN Mission business | 04/02/2020 | 14:00 a | 04/02/2020 | 00.50 |
| Personal note about UN Mission business | 04/02/2020 | 15:00 a | 04/02/2020 | 01.00 |
| Personal note about UN Mission business | 04/08/2020 | 14:00 a | 04/08/2020 | 00.50 |
| Interaction with UN delegate(s) | 04/08/2020 | 15:00 a | 04/08/2020 | 00.50 |
| Interaction with UN official(s) | 04/09/2020 | 17:30 a | 04/09/2020 | 01.50 |
| Personal note about UN Mission business | 04/09/2020 | 19:00 a | 04/09/2020 | 02.00 |
| Personal note about UN Mission business | 04/10/2020 | 16:00 a | 04/10/2020 | 00.50 |
| Personal note about UN Mission business | 04/10/2020 | 19:00 a | 04/10/2020 | 01.00 |
| Interaction with UN delegate(s) | 04/10/2020 | 20:00 a | 04/10/2020 | 00.50 |
| Interaction with UN delegate(s) and official(s) | 04/13/2020 | 13:00 a | 04/13/2020 | 01.00 |
| Personal note about UN Mission business | 04/13/2020 | 15:00 a | 04/13/2020 | 02.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Personal note about UN Mission business | 04/13/2020 | 19:00 a | 04/13/2020 | 01.00 |
| Personal note about UN Mission business | 04/14/2020 | 14:00 a | 04/14/2020 | 01.00 |
| Personal note about UN Mission business | 04/14/2020 | 16:00 a | 04/14/2020 | 01.00 |
| Personal note about UN Mission business | 04/15/2020 | 14:00 a | 04/15/2020 | 01.00 |
| Personal note about UN Mission business | 04/15/2020 | 15:00 a | 04/15/2020 | 02.00 |
| Personal note about UN Mission business | 04/15/2020 | 18:00 a | 04/15/2020 | 01.00 |
| Personal note about UN Mission business | 04/15/2020 | 20:00 a | 04/15/2020 | 01.00 |
| Personal note about UN Mission business | 04/16/2020 | 14:00 a | 04/16/2020 | 03.00 |
| Personal note about UN Mission business | 04/16/2020 | 18:00 a | 04/16/2020 | 01.00 |
| Personal note about UN Mission business | 04/17/2020 | 14:00 a | 04/17/2020 | 01.00 |
| Personal note about UN Mission business | 04/17/2020 | 15:00 a | 04/17/2020 | 01.00 |
| Interaction with UN official(s) | 04/17/2020 | 16:00 a | 04/17/2020 | 01.00 |
| Personal note about UN Mission business | 04/20/2020 | 19:00 a | 04/20/2020 | 02.00 |
| Interaction with UN delegate(s) | 04/22/2020 | 11:00 a | 04/22/2020 | 04.00 |
| Personal note about UN Mission business | 04/23/2020 | 14:00 a | 04/23/2020 | 03.00 |
| Personal note about UN Mission business | 04/24/2020 | 11:00 a | 04/24/2020 | 04.00 |
| Personal note about UN Mission business | 04/27/2020 | 13:30 a | 04/27/2020 | 01.00 |
| Personal note about UN Mission business | 04/27/2020 | 15:00 a | 04/27/2020 | 01.50 |
| Personal note about UN Mission business | 04/27/2020 | 17:00 a | 04/27/2020 | 02.50 |
| Interaction with UN official(s) | 04/28/2020 | 14:00 a | 04/28/2020 | 01.00 |
| Interaction with UN official(s) | 04/29/2020 | 16:00 a | 04/29/2020 | 01.00 |
| Personal note about UN Mission business | 04/30/2020 | 14:00 a | 04/30/2020 | 02.00 |
| Internal Palestine UN Mission Business | 05/01/2020 | 14:30 a | 05/01/2020 | 01.00 |
| Interaction with UN delegate(s) and official(s) | 05/02/2020 | 14:00 a | 05/02/2020 | 01.00 |
| Personal note about UN Mission business | 05/03/2020 | 22:00 a | 05/03/2020 | 01.50 |
| Personal note about UN Mission business | 05/05/2020 | 17:00 a | 05/05/2020 | 01.00 |
| Interaction with UN official(s) | 05/05/2020 | 18:45 a | 05/05/2020 | 00.50 |
| Interaction with UN delegate(s) and official(s) | 05/05/2020 | 20:00 a | 05/05/2020 | 01.00 |
| Interaction with UN delegate(s) and official(s) | 05/06/2020 | 15:00 a | 05/06/2020 | 02.00 |
| Interaction with UN delegate(s) | 05/07/2020 | 16:00 a | 05/07/2020 | 00.50 |
| Interaction with UN official(s) | 05/07/2020 | 17:30 a | 05/07/2020 | 00.50 |
| Personal note about UN Mission business | 05/08/2020 | 18:00 a | 05/08/2020 | 01.00 |
| Interaction with UN delegate(s) | 05/11/2020 | 14:00 a | 05/11/2020 | 02.00 |
| Interaction with civil society organization(s) on UN topics | 05/11/2020 | 20:30 a | 05/11/2020 | 00.50 |
| Personal note about UN Mission business | 05/12/2020 | 14:00 a | 05/12/2020 | 01.00 |
| Cancelled Event | 05/12/2020 | 15:00 a | 05/12/2020 | 01.50 |
| Interaction with UN delegate(s) | 05/12/2020 | 16:30 a | 05/12/2020 | 00.50 |
| Personal note about UN Mission business | 05/12/2020 | 18:00 a | 05/12/2020 | 01.00 |
| Personal note about UN Mission business | 05/12/2020 | 19:00 a | 05/12/2020 | 01.00 |
| Interaction with UN delegate(s) | 05/13/2020 | 14:00 a | 05/13/2020 | 01.00 |
| Interaction with UN delegate(s) | 05/13/2020 | 17:00 a | 05/13/2020 | 01.00 |
| Interaction with UN delegate(s) and official(s) | 05/13/2020 | 19:00 a | 05/13/2020 | 00.50 |
| Interaction with UN delegate(s) | 05/13/2020 | 21:30 a | 05/13/2020 | 00.50 |

CONFIDENTIAL

| Description | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Interaction with UN delegate(s) | 05/14/2020 | 14:30 a | 05/14/2020 | 00.50 |
| Personal note about UN Mission business | 05/14/2020 | 15:00 a | 05/14/2020 | 01.00 |
| Interaction with UN delegate(s) | 05/14/2020 | 16:00 a | 05/14/2020 | 01.00 |
| Interaction with UN delegate(s) and official(s) | 05/15/2020 | 15:00 a | 05/15/2020 | 02.00 |
| Interaction with UN delegate(s) and official(s) | 05/18/2020 | 18:30 a | 05/18/2020 | 01.50 |
| Interaction with UN delegate(s) | 05/19/2020 | 14:00 a | 05/19/2020 | 01.50 |
| Personal note about UN Mission business | 05/19/2020 | 15:00 a | 05/19/2020 | 01.00 |
| Interaction with UN delegate(s) | 05/19/2020 | 18:30 a | 05/19/2020 | 02.00 |
| Interaction with UN delegate(s) | 05/21/2020 | 16:00 a | 05/21/2020 | 02.00 |
| Interaction with UN official(s) | 05/22/2020 | 17:00 a | 05/22/2020 | 01.00 |
| Interaction with UN official(s) | 05/26/2020 | 18:30 a | 05/26/2020 | 01.00 |
| Internal Palestine UN Mission Business | 06/01/2020 | 16:00 a | 06/01/2020 | 01.00 |
| Personal note about UN Mission business | 06/01/2020 | 16:00 a | 06/01/2020 | 01.00 |
| Interaction with other diplomat(s) and official(s) | 06/01/2020 | 19:00 a | 06/01/2020 | 01.50 |
| Personal note about UN Mission business | 06/02/2020 | 15:00 a | 06/02/2020 | 00.50 |
| Interaction with UN delegate(s) | 06/03/2020 | 16:00 a | 06/03/2020 | 01.00 |
| Interaction with UN delegate(s) | 06/04/2020 | 12:00 a | 06/04/2020 | 01.50 |
| Interaction with UN delegate(s) | 06/04/2020 | 14:00 a | 06/04/2020 | 02.00 |
| Interaction with UN delegate(s) | 06/08/2020 | 20:30 a | 06/08/2020 | 01.00 |
| Interaction with UN delegate(s) | 06/09/2020 | 20:00 a | 06/09/2020 | 01.00 |
| Interaction with UN delegate(s) and official(s) | 06/10/2020 | 16:00 a | 06/10/2020 | 01.50 |
| Interaction with UN delegate(s) | 06/12/2020 | 17:00 a | 06/12/2020 | 01.00 |
| Interaction with UN delegate(s) | 06/13/2020 | 17:00 a | 06/13/2020 | 02.00 |
| Personal note about UN Mission business | 06/16/2020 | 18:00 a | 06/16/2020 | 01.00 |
| Personal note about UN Mission business | 06/16/2020 | 22:00 a | 06/16/2020 | 01.00 |
| Personal note about UN Mission business | 06/17/2020 | 16:00 a | 06/17/2020 | 01.00 |
| Personal note about UN Mission business | 06/17/2020 | 21:00 a | 06/17/2020 | 00.50 |
| Interaction with UN official(s) | 06/18/2020 | 14:00 a | 06/18/2020 | 02.00 |
| Personal note about UN Mission business | 06/18/2020 | 17:30 a | 06/18/2020 | 00.50 |
| Personal note about UN Mission business | 06/18/2020 | 19:00 a | 06/18/2020 | 00.50 |
| Interaction with UN delegate(s) | 06/18/2020 | 19:30 a | 06/18/2020 | 01.00 |
| Personal note about UN Mission business | 06/19/2020 | 14:00 a | 06/19/2020 | 01.00 |
| Interaction with UN official(s) | 06/22/2020 | 14:00 a | 06/22/2020 | 01.00 |
| Interaction with UN official(s) | 06/22/2020 | 15:00 a | 06/22/2020 | 02.00 |
| Interaction with UN official(s) | 06/22/2020 | 19:00 a | 06/22/2020 | 02.00 |
| Personal note about UN Mission business | 06/24/2020 | 13:00 a | 06/24/2020 | 03.50 |
| Interaction with UN official(s) | 06/24/2020 | 20:30 a | 06/24/2020 | 00.50 |
| Interaction with UN delegate(s) | 06/25/2020 | 16:30 a | 06/25/2020 | 00.50 |
| Interaction with UN official(s) | 06/26/2020 | 16:30 a | 06/26/2020 | 00.50 |
| Personal note about UN Mission business | 06/26/2020 | 17:00 a | 06/26/2020 | 00.50 |
| Personal note about UN Mission business | 06/29/2020 | 14:00 a | 06/29/2020 | 03.00 |
| Personal note about UN Mission business | 06/29/2020 | 15:00 a | 06/29/2020 | 02.50 |
| Internal Palestine UN Mission Business | 07/01/2020 | 16:00 a | 07/01/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Personal note about UN Mission business | 07/02/2020 | 13:00 a | 07/02/2020 | 01.00 |
| Personal note about UN Mission business | 07/03/2020 | 16:30 a | 07/03/2020 | 01.00 |
| Personal note about UN Mission business | 07/03/2020 | 18:00 a | 07/03/2020 | 02.00 |
| Internal Palestine UN Mission Business | 07/05/2020 | 18:00 a | 07/05/2020 | 03.00 |
| Interaction with UN delegate(s) and official(s) | 07/06/2020 | 19:00 a | 07/06/2020 | 02.00 |
| Interaction with UN official(s) | 07/07/2020 | 17:30 a | 07/07/2020 | 01.50 |
| Interaction with UN delegate(s) | 07/10/2020 | 19:45 a | 07/10/2020 | 00.75 |
| Interaction with civil society organization(s) on UN topics | 07/11/2020 | 14:00 a | 07/11/2020 | 01.00 |
| Interaction with UN official(s) | 07/20/2020 | 14:00 a | 07/20/2020 | 01.50 |
| Interaction with UN official(s) | 07/21/2020 | 14:00 a | 07/21/2020 | 03.00 |
| Internal Palestine UN Mission Business | 07/22/2020 | 18:30 a | 07/22/2020 | 01.00 |
| Interaction with UN official(s) | 07/23/2020 | 14:00 a | 07/23/2020 | 01.00 |
| Interaction with UN delegate(s) | 07/27/2020 | 15:00 a | 07/27/2020 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 07/27/2020 | 19:00 a | 07/27/2020 | 01.00 |
| Interaction with UN delegate(s) | 07/28/2020 | 14:00 a | 07/28/2020 | 01.50 |
| Personal note about UN Mission business | 07/29/2020 | 14:00 a | 07/29/2020 | 01.00 |
| Interaction with UN delegate(s) and official(s) | 07/29/2020 | 16:30 a | 07/29/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 14:00 a | 07/30/2020 | 02.00 |
| Personal note about UN Mission business | 07/30/2020 | 17:00 a | 07/30/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 17:15 a | 07/30/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 18:30 a | 07/30/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 19:00 a | 07/30/2020 | 02.00 |
| Personal note about UN Mission business | 07/30/2020 | 20:00 a | 07/30/2020 | 01.00 |
| Interaction with UN delegate(s) | 08/03/2020 | 15:00 a | 08/03/2020 | 01.00 |
| Interaction with UN delegate(s) | 08/03/2020 | 17:00 a | 08/03/2020 | 01.00 |
| Personal note about UN Mission business | 08/03/2020 | 18:30 a | 08/03/2020 | 00.50 |
| Interaction with UN delegate(s) | 08/04/2020 | 14:00 a | 08/04/2020 | 01.00 |
| Personal note about UN Mission business | 08/04/2020 | 15:00 a | 08/04/2020 | 01.00 |
| Interaction with UN official(s) | 08/05/2020 | 14:30 a | 08/05/2020 | 00.50 |
| Interaction with UN delegate(s) | 08/05/2020 | 17:00 a | 08/05/2020 | 01.50 |
| Interaction with UN official(s) | 08/05/2020 | 19:00 a | 08/05/2020 | 01.00 |
| Personal note about UN Mission business | 08/06/2020 | 14:00 a | 08/06/2020 | 01.00 |
| Personal note about UN Mission business | 08/06/2020 | 15:00 a | 08/06/2020 | 01.00 |
| Interaction with UN delegate(s) | 08/06/2020 | 16:00 a | 08/06/2020 | 00.50 |
| Interaction with UN delegate(s) | 08/06/2020 | 16:00 a | 08/06/2020 | 02.00 |
| Internal Palestine UN Mission Business | 08/07/2020 | 14:30 a | 08/07/2020 | 01.00 |
| Personal note about UN Mission business | 08/10/2020 | 15:00 a | 08/10/2020 | 01.00 |
| Interaction with UN delegate(s) | 08/13/2020 | 15:00 a | 08/13/2020 | 02.00 |
| Interaction with UN official(s) | 08/13/2020 | 18:00 a | 08/13/2020 | 02.00 |
| Interaction with UN delegate(s) and official(s) | 08/27/2020 | 17:30 a | 08/27/2020 | 01.50 |
| Interaction with UN official(s) | 09/02/2020 | 16:15 a | 09/02/2020 | 01.00 |
| Personal note about UN Mission business | 09/11/2020 | 13:00 a | 09/11/2020 | 01.00 |
| Personal note about UN Mission business | 09/11/2020 | 14:00 a | 09/11/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with UN official(s) | 09/15/2020 | 14:00 a | 09/15/2020 | 03.00 |
| Interaction with UN official(s) | 09/16/2020 | 15:00 a | 09/16/2020 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 09/16/2020 | 20:00 a | 09/16/2020 | 01.50 |
| Interaction with UN delegate(s) | 09/17/2020 | 19:00 a | 09/17/2020 | 01.00 |
| Interaction with UN delegate(s) | 09/18/2020 | 15:00 a | 09/18/2020 | 01.00 |
| Interaction with UN official(s) | 09/22/2020 | 14:00 a | 09/22/2020 | 03.00 |
| Interaction with UN official(s) | 09/22/2020 | 16:00 a | 09/22/2020 | 00.75 |
| Interaction with UN delegate(s) | 09/22/2020 | 17:00 a | 09/22/2020 | 06.00 |
| Interaction with UN delegate(s) | 09/24/2020 | 17:30 a | 09/24/2020 | 01.50 |
| Internal Palestine UN Mission Business | 09/25/2020 | 14:00 a | 09/25/2020 | 02.00 |
| Personal note about UN Mission business | 09/25/2020 | 15:00 a | 09/25/2020 | 01.00 |
| Interaction with UN delegate(s) | 09/25/2020 | 17:00 a | 09/25/2020 | 01.00 |
| Personal note about UN Mission business | 09/25/2020 | 19:00 a | 09/25/2020 | 02.00 |
| Personal note about UN Mission business | 09/29/2020 | 19:00 a | 09/29/2020 | 02.00 |
| Interaction with UN delegate(s) and official(s) | 09/29/2020 | 20:00 a | 09/29/2020 | 02.00 |
| Internal Palestine UN Mission Business | 10/01/2020 | 18:00 a | 10/01/2020 | 01.00 |
| Internal Palestine UN Mission Business | 10/02/2020 | 16:00 a | 10/02/2020 | 02.00 |
| Internal Palestine UN Mission Business | 10/06/2020 | 14:00 a | 10/06/2020 | 01.00 |
| Internal Palestine UN Mission Business | 10/06/2020 | 18:00 a | 10/06/2020 | 02.00 |
| Interaction with UN official(s) | 10/07/2020 | 17:00 a | 10/07/2020 | 03.00 |
| Personal note about UN Mission business | 10/08/2020 | 14:00 a | 10/08/2020 | 01.50 |
| Interaction with civil society organization(s) on UN topics | 10/08/2020 | 14:00 a | 10/08/2020 | 03.00 |
| Personal note about UN Mission business | 10/08/2020 | 17:00 a | 10/08/2020 | 01.00 |
| Personal note about UN Mission business | 10/12/2020 | 16:15 a | 10/12/2020 | 00.50 |
| Internal Palestine UN Mission Business | 10/13/2020 | 14:00 a | 10/13/2020 | 01.00 |
| Interaction with UN official(s) | 10/13/2020 | 15:00 a | 10/13/2020 | 01.50 |
| Interaction with UN official(s) | 10/13/2020 | 16:30 a | 10/13/2020 | 00.50 |
| Interaction with UN official(s) | 10/15/2020 | 15:00 a | 10/15/2020 | 00.50 |
| Personal note about UN Mission business | 10/15/2020 | 19:00 a | 10/15/2020 | 03.00 |
| Interaction with civil society organization(s) on UN topics | 10/19/2020 | 19:30 a | 10/19/2020 | 00.50 |
| Personal note about UN Mission business | 10/19/2020 | 19:30 a | 10/19/2020 | 00.50 |
| Interaction with UN delegate(s) | 10/20/2020 | 13:00 a | 10/20/2020 | 01.00 |
| Personal note about UN Mission business | 10/22/2020 | 19:00 a | 10/22/2020 | 03.00 |
| Internal Palestine UN Mission Business | 10/23/2020 | 14:00 a | 10/23/2020 | 01.50 |
| Interaction with UN delegate(s) | 10/23/2020 | 17:15 a | 10/23/2020 | 01.00 |
| Interaction with UN official(s) | 10/27/2020 | 14:00 a | 10/27/2020 | 01.50 |
| Personal note about UN Mission business | 10/28/2020 | 15:00 a | 10/28/2020 | 01.00 |
| Personal note about UN Mission business | 10/28/2020 | 19:00 a | 10/28/2020 | 03.00 |
| Personal note about UN Mission business | 10/29/2020 | 22:00 a | 10/29/2020 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 11/03/2020 | 15:00 a | 11/03/2020 | 03.00 |
| Personal note about UN Mission business | 11/03/2020 | 18:00 a | 11/03/2020 | 01.00 |
| Personal note about UN Mission business | 11/04/2020 | 15:00 a | 11/04/2020 | 03.00 |
| Interaction with UN delegate(s) | 11/04/2020 | 16:00 a | 11/04/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Personal note about UN Mission business | 11/04/2020 | 20:00 a | 11/04/2020 | 03.00 |
| Interaction with UN official(s) | 11/06/2020 | 20:00 a | 11/06/2020 | 03.00 |
| Interaction with UN delegate(s) | 11/11/2020 | 19:00 a | 11/11/2020 | 01.00 |
| Personal note about UN Mission business | 11/13/2020 | 16:00 a | 11/13/2020 | 00.50 |
| Interaction with UN official(s) | 11/16/2020 | 15:00 a | 11/16/2020 | 01.00 |
| Interaction with UN delegate(s) | 11/17/2020 | 15:00 a | 11/17/2020 | 01.00 |
| Personal note about UN Mission business | 11/18/2020 | 15:00 a | 11/18/2020 | 03.00 |
| Interaction with UN delegate(s) | 11/18/2020 | 17:00 a | 11/18/2020 | 01.50 |
| Interaction with UN official(s) | 11/18/2020 | 18:15 a | 11/18/2020 | 01.50 |
| Personal note about UN Mission business | 11/19/2020 | 18:00 a | 11/19/2020 | 01.00 |
| Internal Palestine UN Mission Business | 11/19/2020 | 20:00 a | 11/19/2020 | 02.00 |
| Interaction with UN delegate(s) | 11/20/2020 | 17:30 a | 11/20/2020 | 01.00 |
| Personal note about UN Mission business | 11/24/2020 | 20:30 a | 11/24/2020 | 01.00 |
| Interaction with UN delegate(s) | 11/30/2020 | 20:00 a | 11/30/2020 | 02.50 |
| Interaction with UN official(s) | 12/01/2020 | 15:00 a | 12/01/2020 | 03.00 |
| Interaction with UN delegate(s) | 12/01/2020 | 18:30 a | 12/01/2020 | 01.00 |
| Interaction with UN delegate(s) | 12/01/2020 | 22:00 a | 12/02/2020 | 02.00 |
| Personal note about UN Mission business | 12/02/2020 | 16:00 a | 12/02/2020 | 01.00 |
| Interaction with UN official(s) | 12/02/2020 | 20:00 a | 12/02/2020 | 03.00 |
| Interaction with UN official(s) | 12/03/2020 | 14:00 a | 12/04/2020 | 12.00 |
| Personal note about UN Mission business | 12/03/2020 | 15:00 a | 12/03/2020 | 01.00 |
| Personal note about UN Mission business | 12/07/2020 | 09:00 a | 12/07/2020 | 01.00 |
| Personal note about UN Mission business | 12/07/2020 | 17:00 a | 12/07/2020 | 01.00 |
| Personal note about UN Mission business | 12/07/2020 | 22:00 a | 12/07/2020 | 01.00 |
| Interaction with UN official(s) | 12/08/2020 | 21:00 a | 12/08/2020 | 01.00 |
| Interaction with UN delegate(s) | 12/09/2020 | 15:30 a | 12/09/2020 | 02.50 |
| Interaction with UN official(s) | 12/10/2020 | 16:00 a | 12/10/2020 | 02.00 |
| Interaction with UN delegate(s) | 12/10/2020 | 20:00 a | 12/10/2020 | 02.50 |
| Interaction with UN official(s) | 12/11/2020 | 14:30 a | 12/11/2020 | 01.00 |
| Personal note about UN Mission business | 12/14/2020 | 18:00 a | 12/14/2020 | 01.50 |
| Interaction with UN official(s) | 12/15/2020 | 15:00 a | 12/15/2020 | 03.00 |
| Interaction with UN delegate(s) | 12/15/2020 | 18:00 a | 12/15/2020 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 12/16/2020 | 15:00 a | 12/16/2020 | 01.00 |
| Interaction with UN delegate(s) | 12/16/2020 | 16:00 a | 12/16/2020 | 01.00 |
| Interaction with UN delegate(s) | 12/16/2020 | 16:00 a | 12/16/2020 | 01.00 |
| Interaction with UN official(s) | 12/16/2020 | 20:00 a | 12/16/2020 | 01.00 |

CONFIDENTIAL

H.E. Amb. Abdelhady-Nasser 2021
Calendar entries: Non-public events subject to functional immunity

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Interaction with UN delegate(s) | 01/08/2021 | 21:15 a | 01/08/2021 | 01.00 |
| Interaction with UN official(s) | 01/11/2021 | 16:30 a | 01/11/2021 | 01.00 |
| Interaction with UN official(s) | 01/12/2021 | 20:00 a | 01/12/2021 | 01.00 |
| Interaction with UN delegate(s) | 01/14/2021 | 15:00 a | 01/14/2021 | 01.00 |
| Internal Palestine UN Mission business | 01/14/2021 | 17:00 a | 01/14/2021 | 01.50 |
| Interaction with UN delegate(s) | 01/15/2021 | 17:00 a | 01/15/2021 | 01.00 |
| Personal note about UN Mission business | 01/18/2021 | 17:00 a | 01/18/2021 | 01.00 |
| Interaction with UN delegate(s) | 01/19/2021 | 21:30 a | 01/19/2021 | 01.00 |
| Personal note about UN Mission business | 01/20/2021 | 19:00 a | 01/20/2021 | 01.00 |
| Personal note about UN Mission business | 01/20/2021 | 20:00 a | 01/20/2021 | 01.00 |
| Interaction with UN official(s) | 01/27/2021 | 16:30 a | 01/27/2021 | 01.00 |
| Interaction with UN official(s) | 01/27/2021 | 16:30 a | 01/27/2021 | 01.00 |
| Interaction with UN delegate(s) | 01/28/2021 | 18:00 a | 01/28/2021 | 01.50 |
| Interaction with UN official(s) | 01/28/2021 | 20:00 a | 01/28/2021 | 01.00 |
| Interaction with UN delegate(s) | 01/29/2021 | 20:00 a | 01/29/2021 | 02.00 |
| Personal note about UN Mission business | 02/01/2021 | 15:00 a | 02/01/2021 | 02.00 |
| Internal Palestine UN Mission business | 02/01/2021 | 17:00 a | 02/01/2021 | 01.00 |
| Personal note about UN Mission business | 02/02/2021 | 15:00 a | 02/02/2021 | 02.00 |
| Interaction with UN official(s) | 02/02/2021 | 18:00 a | 02/02/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/02/2021 | 20:00 a | 02/02/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/03/2021 | 16:00 a | 02/03/2021 | 01.00 |
| Personal note about UN Mission business | 02/03/2021 | 17:30 a | 02/03/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/04/2021 | 21:00 a | 02/04/2021 | 01.00 |
| Interaction with UN official(s) | 02/05/2021 | 14:00 a | 02/05/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/05/2021 | 16:00 a | 02/05/2021 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 02/11/2021 | 16:00 a | 02/11/2021 | 01.00 |
| Interaction with UN official(s) | 02/11/2021 | 18:45 a | 02/11/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/12/2021 | 16:00 a | 02/12/2021 | 01.00 |
| Interaction with UN official(s) | 02/16/2021 | 18:00 a | 02/16/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/19/2021 | 15:00 a | 02/19/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/19/2021 | 20:00 a | 02/19/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/22/2021 | 14:30 a | 02/22/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/22/2021 | 15:30 a | 02/22/2021 | 01.00 |
| Personal note about UN Mission business | 02/22/2021 | 17:00 a | 02/22/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/22/2021 | 21:30 a | 02/22/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/22/2021 | 21:30 a | 02/22/2021 | 00.50 |
| Interaction with UN official(s) | 02/23/2021 | 18:00 a | 02/23/2021 | 00.50 |
| Interaction with UN delegate(s) | 02/23/2021 | 20:00 a | 02/23/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/23/2021 | 21:30 a | 02/23/2021 | 01.00 |

CONFIDENTIAL

| Activity | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Interaction with UN official(s) | 02/24/2021 | 19:30 a | 02/24/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/24/2021 | 21:00 a | 02/24/2021 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 02/25/2021 | 19:30 a | 02/25/2021 | 01.00 |
| Interaction with UN delegate(s) | 02/26/2021 | 20:00 a | 02/26/2021 | 03.00 |
| Personal note about UN Mission business | 03/01/2021 | 16:00 a | 03/01/2021 | 01.00 |
| Personal note about UN Mission business | 03/01/2021 | 17:00 a | 03/01/2021 | 01.00 |
| Interaction with UN delegate(s) and UN official(s) | 03/01/2021 | 19:00 a | 03/01/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/03/2021 | 20:00 a | 03/03/2021 | 01.50 |
| Personal note about UN Mission business | 03/04/2021 | 15:00 a | 03/04/2021 | 01.00 |
| Personal note about UN Mission business | 03/04/2021 | 16:00 a | 03/04/2021 | 02.00 |
| Interaction with UN official(s) | 03/04/2021 | 22:00 a | 03/04/2021 | 01.00 |
| Personal note about UN Mission business | 03/09/2021 | 15:00 a | 03/09/2021 | 01.00 |
| Personal note about UN Mission business | 03/09/2021 | 19:00 a | 03/09/2021 | 01.00 |
| Interaction with UN official(s) | 03/09/2021 | 20:30 a | 03/09/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/10/2021 | 23:00 a | 03/11/2021 | 02.00 |
| Interaction with UN official(s) | 03/15/2021 | 13:00 a | 03/15/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/18/2021 | 18:15 a | 03/18/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/18/2021 | 19:45 a | 03/18/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/18/2021 | 20:00 a | 03/18/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/19/2021 | 13:00 a | 03/19/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/19/2021 | 14:00 a | 03/19/2021 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 03/19/2021 | 17:00 a | 03/19/2021 | 01.00 |
| Interaction with UN official(s) | 03/19/2021 | 17:00 a | 03/19/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/19/2021 | 20:30 a | 03/19/2021 | 01.00 |
| Interaction with UN official(s) | 03/22/2021 | 16:00 a | 03/22/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/23/2021 | 15:00 a | 03/23/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/23/2021 | 19:30 a | 03/23/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/23/2021 | 19:30 a | 03/23/2021 | 00.75 |
| Interaction with UN delegate(s) | 03/23/2021 | 20:45 a | 03/23/2021 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 03/30/2021 | 17:00 a | 03/30/2021 | 01.00 |
| Interaction with UN official(s) | 03/30/2021 | 19:00 a | 03/30/2021 | 01.00 |
| Interaction with UN official(s) | 03/31/2021 | 15:00 a | 03/31/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/31/2021 | 16:00 a | 03/31/2021 | 01.00 |
| Interaction with UN official(s) | 03/31/2021 | 18:00 a | 03/31/2021 | 01.00 |
| Interaction with UN delegate(s) | 03/31/2021 | 19:00 a | 03/31/2021 | 02.00 |
| Internal Palestine UN Mission business | 04/01/2021 | 14:00 a | 04/01/2021 | 01.00 |
| Interaction with UN official(s) | 04/01/2021 | 17:00 a | 04/01/2021 | 01.00 |
| Internal Palestine UN Mission business | 04/06/2021 | 15:00 a | 04/06/2021 | 01.00 |
| Personal note about UN Mission business | 04/06/2021 | 22:00 a | 04/07/2021 | 02.00 |
| Personal note about UN Mission business | 04/07/2021 | 16:30 a | 04/07/2021 | 01.00 |
| Personal note about UN Mission business | 04/07/2021 | 22:00 a | 04/08/2021 | 02.00 |
| Interaction with UN delegate(s) | 04/08/2021 | 15:00 a | 04/08/2021 | 02.00 |
| Interaction with other diplomat(s) and official(s) | 04/08/2021 | 15:30 a | 04/08/2021 | 01.00 |

CONFIDENTIAL

| Description | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Personal note about UN Mission business | 04/08/2021 | 22:00 a | 04/09/2021 | 02.00 |
| Canceled Event | 04/09/2021 | 00:00 a | 04/09/2021 | 01.50 |
| Personal note about UN Mission business | 04/09/2021 | 14:00 a | 04/09/2021 | 01.00 |
| Interaction with UN delegate(s) | 04/09/2021 | 17:15 a | 04/09/2021 | 02.00 |
| Personal note about UN Mission business | 04/12/2021 | 14:00 a | 04/12/2021 | 01.00 |
| Personal note about UN Mission business | 04/12/2021 | 15:00 a | 04/12/2021 | 01.00 |
| Personal note about UN Mission business | 04/12/2021 | 17:00 a | 04/12/2021 | 01.00 |
| Personal note about UN Mission business | 04/14/2021 | 15:00 a | 04/14/2021 | 01.00 |
| Personal note about UN Mission business | 04/14/2021 | 18:30 a | 04/14/2021 | 01.00 |
| Personal note about UN Mission business | 04/15/2021 | 17:30 a | 04/15/2021 | 01.00 |
| Personal note about UN Mission business | 04/15/2021 | 18:30 a | 04/15/2021 | 01.00 |
| Personal note about UN Mission business | 04/15/2021 | 19:30 a | 04/15/2021 | 01.50 |
| Personal note about UN Mission business | 04/16/2021 | 18:00 a | 04/16/2021 | 01.00 |
| Personal note about UN Mission business | 04/19/2021 | 17:00 a | 04/19/2021 | 01.50 |
| Interaction with UN delegate(s) | 04/19/2021 | 19:30 a | 04/19/2021 | 01.00 |
| Personal note about UN Mission business | 04/20/2021 | 13:20 a | 04/20/2021 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 04/20/2021 | 15:00 a | 04/20/2021 | 01.00 |
| Personal note about UN Mission business | 04/20/2021 | 16:30 a | 04/20/2021 | 01.00 |
| Interaction with UN delegate(s) | 04/21/2021 | 00:00 a | 04/21/2021 | 01.00 |
| Internal Palestine UN Mission business | 04/22/2021 | 19:00 a | 04/22/2021 | 01.00 |
| Interaction with civil society organization(s) on UN topics | 04/26/2021 | 14:00 a | 04/26/2021 | 00.50 |
| Interaction with UN delegate(s) | 04/26/2021 | 21:15 a | 04/26/2021 | 01.00 |
| Interaction with UN delegate(s) | 04/29/2021 | 19:00 a | 04/29/2021 | 01.50 |
| Interaction with civil society organization(s) on UN topics | 04/30/2021 | 15:00 a | 04/30/2021 | 01.00 |
| Interaction with UN delegate(s) | 04/30/2021 | 19:00 a | 04/30/2021 | 02.00 |
| Internal Palestine UN Mission business | 05/05/2021 | 16:00 a | 05/05/2021 | 01.00 |
| Personal note about UN Mission business | 05/06/2021 | 19:00 a | 05/06/2021 | 01.00 |
| Personal note about UN Mission business | 05/06/2021 | 20:00 a | 05/06/2021 | 01.00 |
| Interaction with UN official(s) | 05/06/2021 | 21:00 a | 05/06/2021 | 01.00 |
| Interaction with UN delegate(s) | 05/07/2021 | 17:00 a | 05/07/2021 | 01.00 |
| Interaction with UN official(s) | 05/11/2021 | 14:00 a | 05/11/2021 | 01.00 |
| Interaction with UN delegate(s) | 05/11/2021 | 16:00 a | 05/11/2021 | 01.00 |
| Interaction with UN delegate(s) | 05/11/2021 | 20:00 a | 05/11/2021 | 01.00 |
| Interaction with UN delegate(s) and UN official(s) | 05/12/2021 | 21:00 a | 05/12/2021 | 00.75 |
| Interaction with UN delegate(s) | 05/12/2021 | 21:30 a | 05/12/2021 | 01.00 |
| Interaction with UN official(s) | 05/13/2021 | 13:00 a | 05/13/2021 | 01.00 |
| Interaction with UN delegate(s) | 05/16/2021 | 20:00 a | 05/16/2021 | 01.00 |
| Interaction with UN delegate(s) | 05/17/2021 | 17:30 a | 05/17/2021 | 01.00 |
| Interaction with UN official(s) | 05/19/2021 | 12:00 a | 05/19/2021 | 01.00 |
| Interaction with UN official(s) | 05/19/2021 | 15:00 a | 05/19/2021 | 00.50 |
| Interaction with UN official(s) | 05/20/2021 | 12:30 a | 05/20/2021 | 00.25 |
| Interaction with UN delegate(s) and UN official(s) | 05/20/2021 | 13:20 a | 05/20/2021 | 00.25 |
| Interaction with UN official(s) | 05/20/2021 | 15:20 a | 05/20/2021 | 00.33 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with UN official(s) | 05/20/2021 | 16:00 a | 05/20/2021 | 01.00 |
| Interaction with UN delegate(s) and UN official(s) | 05/20/2021 | 16:00 a | 05/20/2021 | 00.50 |
| Interaction with UN official(s) | 05/20/2021 | 20:30 a | 05/20/2021 | 01.00 |
| Interaction with UN official(s) | 05/20/2021 | 21:00 a | 05/20/2021 | 00.33 |
| Personal note about UN Mission business | 05/21/2021 | 14:00 a | 05/21/2021 | 01.00 |
| Personal note about UN Mission business | 05/25/2021 | 18:30 a | 05/25/2021 | 01.00 |
| Interaction with UN official(s) | 05/26/2021 | 13:30 a | 05/26/2021 | 01.00 |
| Personal note about UN Mission business | 05/26/2021 | 15:00 a | 05/26/2021 | 01.00 |
| Personal note about UN Mission business | 05/26/2021 | 17:00 a | 05/26/2021 | 01.00 |
| Interaction with UN delegate(s) | 05/26/2021 | 20:00 a | 05/26/2021 | 01.00 |
| Interaction with UN official(s) | 05/27/2021 | 12:00 a | 05/27/2021 | 02.00 |
| Interaction with UN delegate(s) and UN official(s) | 05/27/2021 | 19:00 a | 05/27/2021 | 02.00 |
| Interaction with UN official(s) | 06/02/2021 | 16:00 a | 06/02/2021 | 01.00 |
| Interaction with UN delegate(s) | 06/02/2021 | 17:15 a | 06/02/2021 | 01.75 |
| Interaction with UN delegate(s) | 06/06/2021 | 17:15 a | 06/06/2021 | 01.50 |
| Interaction with UN delegate(s) | 06/09/2021 | 17:15 a | 06/09/2021 | 01.50 |
| Personal note about UN Mission business | 06/22/2021 | 15:00 a | 06/22/2021 | 01.00 |

CONFIDENTIAL

**Non-Calendar Documents subject to functional immunity**

| |
|---|
| **Civil society briefing regarding UN Mission Business prepared by Amb. Abdelhady** |
| **Documents related to UNRWA fundraising** |

CONFIDENTIAL