# EXHIBIT 9

**Transcript of Mansour Deposition Exhibit 8**



https://m.facebook.com/beitsahourusa/videos/beit-sahour-usa-convention-2020/2855553161435978/

## English Language Remarks of Riyad Mansour



(1:59:56 – 2:07:45)

Let me now shift to say a few words in English.

I know that a significant portion of your community are young. I wrote a book in the late 70s about the Palestinian American community and how it organizes itself. I can say now that we have hundreds of thousands of Palestinian Americans in the United States of America. And I can say further that more than 90 [percent] of them have been born in the United States.

There is a significant number from within our community who are teenagers or younger, who are attending high school or attending colleges and universities.

1

I know that in American universities there are a very active group of organizations and there is a strong trend on campuses for movements and organizations and solidarity committees working for supporting justice for the Palestinian people.

I think that the young Palestinian Americans are exactly like anyone else. Like the Italian Americans, like the Latino Americans, like the Afro Americans, like all the other minority groups of Americans.

They are very active in so many important issues to the youth and to their communities. Among these issues is supporting justice for the Palestinian people and lobbying the government, lobbying Congress, in order really to take more of a balanced and just position, to acknowledge and recognize that the Palestinian people should be granted the right to self determination and independence in their own state and the right to [unintelligible].

So then I call upon the young men and women of your community, especially those who are attending university, to be given all the support that they should be given and to recognize their activism and their role in supporting the just cause of the Palestinians. And we urge them to become even more active, especially in light of the arrival of a new administration in Washington, D.C., of President-elect Biden. I think that, we hope, that this new administration will move in the direction of fairness and justice for the Palestinian people and not to be like the previous administration, the administration of President Trump, that was siding with the Israeli side, having adopted their position fully.

I believe that you have opportunities in this very important country to play a bigger role in supporting your families in Beit Sahour, Palestine, who are steadfastly [unintelligible] in the occupied land of the State of Palestine. They are defending our towns and cities in the occupied land of the State of Palestine. They are defending our holy places for Christians and Muslims whether in Bethlehem or Jerusalem. And you have a big responsibility being put on your shoulders to play an active role in this endeavor.

The first step you have taken by organizing yourselves. The second step is empowering your youth and those who are active among you with the system that you live in as Palestinian Americans.

You are not foreigners in this country since you are citizens of the United States of America. And don't act like foreigners. You should act like everyone in this society because everyone in America came from somewhere. Your neighbors they might be Italian Americans, Greek Americans, Irish Americans. In your case you are Palestinian Americans.

And in order to be effective in this society, you are not a foreigner, you are exactly like everybody else. And you are so proud of the fact that your parents, or your grandparents, came from Palestine. You remember them with affection. And you are committed for helping your people for justice for the Palestinian people and for the State of Palestine. This is normal in the United States, and I am sure that you know that, and I advise you to act on such basis because if you act this way you will be extremely effective and therefore very helpful in advancing the cause of the Palestinian people, for justice, independence, and self-determination.

Again, I want to congratulate you for forming your own organization. I congratulate you for convening the first national convention. And I want to congratulate the executive committee that will be elected, or the board, at the end of your convention. And I will be delighted to always communicate with your organization if there is anything that I can do, or our mission to the United Nations can do, representing the State of Palestine at the United Nations, and we are in New York, we will be more than happy to do so. We are all together brothers and sisters, sons and daughters of the great nation of Palestine.

Thank you very much. I wish you the best, and Mabrouk [congratulations] for your very wonderful convention that you are convening in this manner through zoom and I hope in the future you will convene it in a place where hundreds of us will be together, where our women will be wearing our wonderful robes and dresses, and we can all of us sing and do the Dabke and do the things that we learned to how do over hundreds of years as proud Palestinians and as proud people from Beit Sahour. Thank you very much and all the best.

## CERTIFICATION

The foregoing photographs are true and accurate representations of the portions of video appearing at 0:01 and 2:00:34 of the following website:

>   https://m.facebook.com/beitsahourusa/videos/beit-sahour-usa-convention-2020/2855553161435978/

The foregoing transcript is a true, accurate and complete record of that portion of the same video starting at 1:59:56 and ending at 2:07:45.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2021

                                                          _____
                                                                      Kent A. Yalowitz

4