**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

SOKOLOW, et al.,

Plaintiffs,

-against-

PALESTINE LIBERATION ORGANIZATION, et al.,

Defendants.

---------------------------------------x

ORDER

04 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

On July 22, 2026, the Second Circuit issued a judgment and mandate in this case, which recalled its November 28, 2016, mandate and affirmed this Court's October 1, 2015, judgment. (*See* ECF No. 1076.) In conformance with the Second Circuit's mandate, this Court's order dated December 1, 2016, (ECF No. 1003,) is vacated. The Clerk of Court is respectfully ordered to note on the docket that the October 1, 2015, judgment, (ECF No. 980,) has been reinstated.

Dated: August 3, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge