UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK SOKOLOW, et al.,

Plaintiffs,

- against -

PALESTINE LIBERATION ORGANIZATION, et al.

Defendants.

---

04-CV-397 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on September 17, 2026, and for the reasons stated on the record:

1. Defendants' motion to quash the deposition notices of Dr. Ramzi Khoury and Dr. Estephan Salameh; or, in the alternative, to adjourn their depositions *sine die*, is denied. However, their depositions, presently scheduled for October 5 and 6, 2026, are adjourned to dates in November 2026 to be agreed upon by the parties. Defendants may elect for the depositions to be held remotely.

2. The dates for Defendants' compliance with currently pending discovery requests (consisting of both document requests and interrogatories) are extended as follows. Defendants shall provide their procedural responses and objections to the interrogatories and requests for documents by **September 30, 2026**. Defendants shall provide their substantive answers to interrogatories and produce documents by **October 15, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 1096.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2026
New York, New York

Copies transmitted this date to all counsel of record.