Arnold & Porter

**Kent A. Yalowitz**
+1 212.836.8344 Direct
Kent.Yalowitz@arnoldporter.com

October 1, 2026

**BY ECF**

Hon. George B. Daniels
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Sokolow et al. v. Palestine Liberation Organization et al.*
No. 04 Civ. 397 (GBD)

Dear Judge Daniels:

I write on behalf of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") to seek the Court's approval for the withdrawal of the appearances of certain lawyers who are no longer with Arnold & Porter or who are no longer working on the above-captioned action.

The Court entered Judgment on October 1, 2015. After extensive appellate proceedings, the Second Circuit affirmed that judgment, and the case has now returned to this Court. Certain post-judgment matters have arisen.

In the meantime, certain Arnold & Porter attorneys either have left our firm or are not working on the case. Therefore, Plaintiff respectfully requests an order granting leave for the following attorneys to withdraw: Ken Laves Hashimoto, Philip W. Horton, Lucy Sarah McMillan, Tal Rachel Machnes, and Carmela T. Romeo.

No retaining or charging lien is asserted by any of these lawyers.

I intend to remain as counsel of record for Plaintiffs, and the withdrawal of these attorneys will not affect any deadline or otherwise disrupt the case. As described in the attached certificate of service, I have served a copy of this letter on each remaining Plaintiff.

Respectfully yours,

Kent A. Yalowitz

cc: ECF Counsel

**CERTIFICATE OF SERVICE**

1. I periodically communicate with my clients in the above-referenced matter by email.

2. On October 1, 2026, I sent the foregoing letter-motion by email to the following individuals:

| | |
|---|---|
| Baker, Katherine | Goldberg, Karen |
| Bauer, Alan | Goldberg, Shoshana |
| Bauer, Binyamin | Goldberg, Tzvi |
| Bauer, Daniel | Goldberg, Yitzhak |
| Bauer, Yehonathon | Rine, Jessica (Gould) |
| Bauer, Yehuda | Gould, Elise |
| Blutstein, Estate of Benjamin | Gould, Ronald |
| Blutstein, Rebekah | Elliott, Shayna (Gould) |
| Blutstein, Richard | Gritz, Estate of David |
| Carter, Estate of Dianne | Gritz, Nevenka |
| Carter, Larry | Gritz, Norman |
| Choffel, Shaun | Mandelkorn, Leonard |
| Coulter Miller, Dianne | Sokolow, Elana |
| Coulter, Ann Marie | Sokolow, Jamie |
| Coulter, Estate of Janis | Sokolow, Lauren |
| Coulter, Robert Jr. | Sokolow, Mark |
| Goldberg, Yaakov | Sokolow, Rena |
| Goldberg, Hannah | Waldman, Henna |
| Goldberg, Eliezer | Waldman, Morris |

| | |
|---|---|
| Goldberg, Esther | Waldman, Shmuel |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 1, 2026
New York, New York

Kent A. Yalowitz